28.   Garg U, Arnett DK, Evans G, Eckfeldt JH.  No Association between Factor V Leiden Mutation and Coronary Heart Disease or Carotid Intima Media Thickness.  Thromb Res 1998;89:289-293.

29.   Borecki IB, Higgins M, Schreiner PJ, Arnett DK, Mayer-Davis E, Hunt S, Province MA.  Evidence for multiple determinants of the body mass index: the Family Heart Study.  Obes Res 1998;6:107-114.

30.   Djousse L, Ellison C, Zhang Y, Arnett DK, Sholinsky P, Borecki I.  Relation between dietary fiber consumption and fibrinogen and plasminogen activator inhibitor type-1: The National Health, Lung, and Blood Institute (NHLBI) Family Heart Study.  Am J Clin Nutr 1998;68:568-575.

31.   Smith MA, Doliszny KM, Shahar E, McGovern PG, Arnett DK, Luepker RV.  Delayed Hospital Arrival for Acute Stroke: The Minnesota Stroke Survey.  Ann Intern Med 1998;129(3):190-196.

32.   Zheng ZJ, Folsom AR, Arnett DK, McGovern P, Eckfeldt J.   Plasma Fatty Acid Composition and 6-Year Incidence of Hypertension in Middle-Aged Adults: The Atherosclerosis Risk in Communities (ARIC) Study. Am J Epidemiol 1999;150(5);492-500.

33.   Pereira MA, McGovern PG, Arnett DK, Hutchinson RG, Szklo M, Carpenter M, Folsom AR.  Physical activity and incident hypertension in black and white adults: The Atherosclerosis Risk in Communities Study (ARIC).  Prev Med 1999;28:304-312.

34.   Peacock JM, Folsom AR, Arnett DK, Eckfeldt JH, Chambless LE, Szklo M.  Relationship of Serum and Dietary Magnesium to Incident Hypertension.  The Atherosclerosis Risk in Communities (ARIC) Study.  Ann Epidemiol 1999;3:159-165.

35.   Arnett DK, Chambless LE, Kim H, Evans GW, Riley W.  Variability in Ultrasonic Measurements of Arterial Stiffness in the Atherosclerosis Risk in Communities Study.  Ultrasound Med Biol 1999;25(2):175-180.

36.   Liao D, Arnett DK, Tyroler HA, Riley WA, Chambless LE, Szklo M.  Arterial Stiffness and the Development of Hypertension.  The ARIC Study.  Hypertension 1999;34(2):201-206.

37.   Rose KM, Newman B, Tyroler HA, Szklo M, Arnett DK, Srivastava N.  Women, Employment Status, and Hypertension: Cross-Sectional and Prospective Findings From the Atherosclerosis Risk in Communities Study.  Ann Epidemiol 1999;6:374-382.

38.   Smith MA, Shahar E, McGovern PG, Doliszny KD, Arnett DK, Luepker RV.  HMO Membership, Patient Age and the Use of Specialty Care for Acute Hospitalized Stroke: The Minnesota Stroke Survey.  Med Care 1999;37(12):1186-1198.

39.    Kronenberg F, Rich SS, Sholinsky P, Arnett DK, Province ME, Myers RH, Eckfeldt JH, Williams RR, Hunt SC.  Insulin and Hypertension in the NHLBI Family Heart Study: A sibpair approach to a controversial issue.  Am J Hypertens 2000;13(3):240-250.

40.    Djoussé L, Ellison RC, Pankow JS, Arnett DK, Zhang Y, Hong, Y, Province M.  Alcohol consumption and plasminogen activator inhibitor type-1: the NHLBI Family Heart Study. Am Heart J 2000;139:704-709.

41.    Wilk JB, Djousse L, Arnett D, Rich S, Province M, Hunt S, Crapo R, Higgins M, Myers RH. Evidence for Major Genes Influencing Pulmonary Function in the NHLBI Family Heart Study.  Genet Epidemiol 2000;19(1):81-94.

42.    Coon H, Leppert M, Hunt S, Province M, Myers R, Arnett DK, Eckfeldt J, Heiss G, Kronenberg F.  Evidence for a major gene accounting for mild elevation in LDL cholesterol: The NHLBI Family Heart Study.  Ann Hum Genet 1999;63(pt 5):401-412.

43.    Arnett DK, Williams R, Folsom AR, Rao DC, Heiss G.  Dyslipidemic Hypertension as a Screening Tool for Excess Familial Risk of Coronary Heart Disease: The Atherosclerosis Risk in Communities (ARIC) and the NHLBI Family Heart Study.  CVD Prevention 1999;2:180-186.

44.    Luoto R, Sharrett R, Arnett D, Sorlie P, Schreiner P, Ephross.  Blood pressure and menopausal transition - The ARIC Study 1987-1995.  J Hypertens 2000;18(1):27-33.

45.    Arnett DK, Xiong B, McGovern PG, Blackburn H, Luepker RV.  Secular Trends in Dietary Macronutrient Intake in Minneapolis-St. Paul, 1980-1992.  Am J Epidemiol 2000;152:868-873.

46.    Arnett DK, Boland LL, Evans GW, Riley W, Barnes R, Tyroler HA, Heiss G. Hypertension and Arterial Stiffness: The Atherosclerosis Risk in Communities Study. Am J Hypertens 2000;13:317-323.

47.    Rose K, Tyroler HA, Nardo CJ, Arnett DK, Light KC, Rosamond W, Sharrett AR, Szklo M.  Orthostatic Hypotension and Incident Coronary Heart Disease in the ARIC Study. Am J Hypertens 2000;13:571-578.

48.    Pankow JS, Arnett DK, Borecki I, Hunt S, Eckfeldt J, Folsom AR, Djousse L.  Lack of association between the angiotensin converting enzyme insertion/deletion polymorphism and plasminogen activator inhibitor-1 antigen levels in the NHLBI Family Heart Study. Blood Coagul Fibrinolysis 2000;11:551-558.

49.    Phillips ELR, Arnett DK, Himes JH, McGovern PG, Luepker RV.  Differences and Trends in Antioxidant Dietary Intake in Smokers and Non-smokers, 1980-1992.  The Minnesota Heart Survey.  Ann Epidemiol 2000;10:417-423.

50.   al'Absi M, Arnett DK.  Adrenocortical Responses to Stress and Risk for Hypertension. Biomed & Pharmacother 2000;54:234-244.

51.   Kronenberg F, Pereira MA, Schmitz MKH, Arnett DK, Evenson KR, Crapo RO, Jensen RL, Burke G, Sholinsky P, Ellison RC, Hunt SC:  Influence of leisure time physical activity and television watching on atherosclerosis risk factors in the NHLBI Family Heart Study. Atherosclerosis 2000;153:433-443.

52.   Arnett DK.  Genetic contributions to left ventricular hypertrophy.  Current Hypertension Reports, Pathogenesis of Hypertension: Genetic and Environmental Factors 2000;2:50-55.

53.   Tsai MY, Arnett DK, Eckfeldt JH, Williams RR, Ellison RC.  Plasma Homocysteine and its Association with Carotid Intimal-Medial Wall Thickness and Prevalent Coronary Artery Disease: NHLBI Family Heart Study. Atherosclerosis 2000;151:519-524.

54.   Rose KM, Nardo CJ, Tyroler HA, Rosamond WD, Light KC, Sharrett AR, Arnett D, Szklo M. Postural Change in Blood Pressure and Incident CHD in the Atherosclerosis Risk in Communities (ARIC) Study.  In press, Am J Epidemiol.

55.   Williams RR, Rao DC, Ellison RC, Arnett DK, Heiss G, Oberman A, Eckfeldt JH, Leppert MF, Province MA, Mockrin SC, Hunt SC.  NHLBI Family Blood Pressure Program: Methodology and Recruitment in the HyperGEN Network.  Ann Epidemiol 2000;10(6):389-400.

56.   Hong Y, Leppert MF, Lin J, Hunt SC, Rich SS, Arnett DK, Myers R, Eckfeldt J, Williams RR, Province MA.  No evidence of linkage between VLDL receptor gene and fasting serum insulin or HOMA insulin resistance index: The NHLBI Family Heart Study.  Metabolism 2000;49:293-297.

57.   Wilk JB, Djousse L, Borecki I, Atwood L, Hunt SC, Rich SS, Eckfeldt JH, Arnett DK, Rao DC, Myers RH.  Segregation Analysis of Serum Uric Acid in the NHLBI Family Heart Study.  Hum Genet 2000;106(3)355-359.

58.   Weinert CR, Arnett D, Jacobs D Jr, Kane RL.  The relationship between persistence of abdominal symptoms and a successful outcome after cholecystectomy.  Arch Intern Med 2000;160:989-995.

59.   Rose KM, Arnett DK, Ellison RC, Heiss G.  Skip Patterns in DINAMAP-Measured Blood Pressure in 3 Epidemiological Studies.  Hypertension 2000;35:1032-1036.

60.   Coon H, Myers RH, Borecki IB, Arnett DK, Hunt SC, Province MA, Djousse L, Leppert MF.  Replication of linkage of familial combined hyperlipidemia to chromosome 1q with an additional heterogeneous effect of the apolipoprotein AI/CIII/AIV locus: The NHLBI Family Heart Study.  Arterioscler Thromb Vasc Biol 2000;20(10):2275-2280.

61.  Arnett DK, Glasser SP, McVeigh G, Prineas R, Donahue R, Cohn JN, Sinaiko A.  Blood Pressure and Arterial Compliance in Young Adults: The Minnesota Children's Blood Pressure Study.  Am J Hypertens 2001;14:200-205.

62.  Djousse L, Myers RH, Coon H, Arnett DK, Province MA, Ellison RC.  Smoking Influences the Association Between Apolipoprotein E and Lipids: The National Heart, Lung, and Blood Institute Family Heart Study.  Lipids 2000;35:827-831.

63.  DeWan AT, Arnett DK, Atwood LD, Province MA, Lewis CE, Hunt SC, Eckfeldt J.  A Genome Scan for Renal Function Among Hypertensive: The HyperGEN Study.  Am J Hum Genet 2001;68:136-144.

64.  Hong Y, Rautaharju PM, Hopkins PN, Arnett DK, Djousse L, Pankow JS, Sholinsky P, Rao DC, Province MA.  Familial aggregation of QT interval variability in a general population: results from the NHLBI Family Heart Study.  Clin Genet 2001;59:171-177.

65.  Folsom AR, Pankow JS, Tracy RP, Arnett DK, Peacock JM, Hong Y, Djousse L, Eckfeldt JH.  Association of C-reactive Protein with Markers of Prevalent Atherosclerotic Disease.  Am J Cardiol 2001;88:112-117.

66.  Palmieri V, Bella JN, Arnett DK, Roman MJ, Oberman A, Kitzman DW, Hopkins PN, Paranicas M, Rao DC, Devereux RB.  Aortic Root Dilatation at Sinuses of Valsalva and Aortic Regurgitation in Hypertensive Normotensive Subjects.  The Hypertension Genetic Epidemiology Network (HyperGEN) Study.  Hypertension 2001;37(5):1229-1135.

67.  Bella JN, Palmieri V, Liu JE, Kitzman DW, Oberman A, Hunt SC, Hopkins PN, Rao DC, Arnett DK, Devereux RB.  Relationship Between Left Ventricular Diastolic Relaxation and Systolic Function in Hypertension: The HyperGEN Study.  Hypertension 2001;38:424-428.

68.  Devereux RB, Bella JN, Palmieri V, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Morgan D, Paranicas M, Fishman D, Arnett DK.  Left Ventricular Systolic Dysfunction in a Bi-Racial Sample of Hypertensive Adults: The HyperGEN Study.  Hypertension 2001;38:417-423.

69.  Arnett DK, Devereux RB, Kitzman D, Oberman A, Hopkins PN, Atwood LA, Dewan A, Rao DC.  Linkage of Left Ventricular Contractility to Chromosome 11 in Humans: The HyperGEN Study.  Hypertension 2001;38:767-772.

70.  Schmitz MKH, Arnett DK, Bank A, Liao Duanping, Evans GW, Evenson KR, Stevens J, Sorlie P, Folsom AR.  Arterial Distensibility and Physical Activity in the ARIC Study.  Med Sci Sports Exerc 2001;33(12):2065-2071.

71.  McGovern PG, Jacobs DR JR, Shahar E, Arnett DK, Folsom AR, Blackburn H, Luepker RV.  Trends in Acute Coronary Heart Disease Mortality, Morbidity, and Medical Care From 1985 Through 1997: The Minnesota Heart Survey.  Circulation 2001;104:19-24.

72.  Province MA, Arnett DK, Hunt SC, Leiendecker-Foster C, Eckfeldt JH, Oberman A, Ellison RC, Heiss G, Mockrin SC, Williams RR.  Association between the alpha-adducin gene and hypertension in the HyperGEN Study.  Am J Hypertens 2000;13(6 pt 1):710-718.

73.  Palmieri V, Bella JN, Liu JE, Oberman A, Schuck MY, Kitzman D, Hopkins P, Rao DC, Morgan D, Arnett D, Devereux RB.  Effect of Type 2 Diabetes Mellitus on Left Ventricular Geometry and Systolic Function in Hypertensive Subjects: Hypertension Genetic Epidemiology Network (HyperGEN) Study.  Circulation 2001;103:102-107.

74.  Feitosa MF, Borecki I, Hunt SC, Arnett DK, Rao DC, Province M.  Inheritance of the waist-to-hip ratio in the National Heart, Lung, and Blood Institute Family Heart Study.  Obes Res 2000;8(4):294-301.

75.  Diez Roux AV, Stein Merkin S, Arnett D, Chambless L, Massing M, Nieto FJ, Sorlie, P, Szklo M, Tyroler HA, Watson RL.  Neighborhood of residence and incidence of coronary heart disease.  N Engl J Med 2001;345(2):99-106.

76.  Arnett DK, Hong Y, Bella J, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Devereux RB.  Sibling Correlation of Left Ventricular Mass and Geometry in Hypertensive Blacks and Whites: The HyperGEN Study.  Am J Hypertens 2001;14:1226-1230.

77.  The FBPP Investigators.  A Multi-Center Genetic Study of Hypertension: The Family Blood Pressure Program (FBPP).  Hypertension 2002;39(1):3-9.

78.  Palmieri V, de Simone G, Arnett DK, Bella JN, Kitzman DW, Oberman A, Hopkins PN, Province MA, Devereux RB. Relation of Various Degrees of Body Mass Index in Patients with Systemic Hypertension to Left Ventricular Mass, Cardiac Output, and Peripheral Resistance (The Hypertension Genetic Epidemiology Network Study). Circulation. 2001;88:1163-1168.

79.  Peacock JM, Arnett DK, Atwood LD, Myers RH, Coon H, Rich SS, Province MA, Heiss.  Genome Scan for Quantitative trait Loci Linked to High-Density Lipoprotein Cholesterol.  The NHLBI Family Heart Study.  Arterioscler Thromb Vasc Biol 2001;21:1823-1828.

80.  Feitosa MF, Borecki IB, Rich SS, Arnett DK, Sholinsky P, Myers RH, Leppert M, Province MA.  A quantitative trait locus influencing body mass index resides on chromosome 7: The NHLBI FHS.  Am J Hum Genet 2002;70:72-82.

81.  Arnett DK, Black H, Boerwinkle E, Davis B, Eckfeldt J, Ford C.  Pharmacogenetic Approaches to Hypertension Treatment: The Genetics of Hypertension Associated Treatment (GenHAT).  Pharmacogenomics Journal 2002;2:309-317.

82.    al'Absi M, Devereux RB, Lewis C, Kitzman D, Rao DC, Hopkins P, Markovitz J, Arnett DK.  Blood Pressure Responses to Acute Stress and Left Ventricular Mass (The Hypertension Genetic Epidemiology Network Study).  Am J Cardiol 2002;89:536-540.

83.    Tang W, Arnett DK, Devereux R, Province MA, Oberman A, Hopkins P, Kitzman D.  Associations between angiotensinogen gene variants and left ventricular mass and functions in HyperGEN Study.  Am Heart J 2002;143:854-860.

84.    Knox SS, Adelman A, Ellison RC, Arnett D, Siegmund K, Weidner G, Province M.  Hostility, Social Support, and Carotid Artery Atherosclerosis in the NHLBI Family Heart Study.  Am J Cardiol 2000;86(10):1086-1089.

85.    de Simone G, Palmieri V, Bella J, Celentano A, Hong Y, Oberman A, Kitzman DW, Hopkins PN, Arnett DK, Devereux RB.  Association of Left Ventricular Hypertrophy with Metabolic Risk Factors: The HyperGEN Study.  J Hypertens 2002;20:1-9.

86.    Juhaeri, Stevens J, Chambless LE, Tyroler HA, Rosamond W, Nieto FJ, Schreiner P, Jones SW, Arnett D.  Association between weight gain and hypertension in a bi-ethnic cohort: The Atherosclerosis Risk in Communities Study.  Int J Obesity 2002;26:58-64.

87.    Palmieri V, Arnett DK, Roman MJ, Liu JE, Bella JN, Oberman A, Kitzman DW, Hopkins PN, Morgan D, de Simone G, Devereux RB.  Appetite Suppressants and Valvular Heart Disease in a Population-Based Sample.  The HyperGEN Study.  Am J Med 2002;112(9):710-715.

88.    DeWan AT, Arnett DK, Miller MB, Peacock JM, Atwood LD, Province MA, Lewis CE, Hunt SC, Eckfeldt JH.  Refined Mapping of Suggestive Linkage to Renal Function in African Americans: The HyperGEN Study.  Am J Hum Genet 2002;71:204-205.

89.    Austin M, Arnett D, Beaty T, Durfy S, Fineman R, Gettig E, Lochner-Doyle D, Peyser P, Sorenson J, Thompson J, Watts C.  Opportunities for Public Health Genetics Trainees: Results of an Employer/Workplace Survey.  Community Genetics 2001;4:143-147.

90.    Bella JN, Palmieri V, Kitzman DW, Liu JE, Oberman A, Hunt SC, Hopkins PN, Rao DC, Arnett DK, Devereux RB.  Gender Difference in Diastolic Function in Hypertension: The HyperGEN Study.  Am J Cardiol 2002;89:1052-1056.

91.    Tang W, Arnett DK, Devereux RB, Atwood L, Kitzman DW, Rao DC.  Linkage of Left Ventricular Early Diastolic Peak Filling Parameters to Chromosome 5 in Hypertensive African-Americans: The HyperGEN Echocardiography Study.  Am J Hypertens 2002;5:621-627

92.    Kronenberg F, Pereira MA, Schmitz MKH, Arnett DK, Evenson KR, Crapo RO, Jensen RL, Burke G, Sholinsky P, Ellison RC, Hunt SC:  Influence of leisure time physical activity and television watching on atherosclerosis risk factors in the NHLBI Family Heart Study. Compendium Series: Obesity 2002;153:433-443.

93.     Kronenberg F, Coon H, Ellison RC, Borecki I, Arnett DK, Tyroler A, Province MA, Eckfeldt JH, Hopkins PN, Hunt SC.  Segregation analysis of HDL cholesterol in the NHLBI Family Heart Study and in Utah pedigrees.  European Journal of Human Genetics 2002;10:367-374.

94.     Coon H, Eckfeldt JH, Leppert MF, Myers RH, Arnett DK, Heiss G, Province MA, Hunt SC.  A genome-wide screen reveals evidence for a locus on chromosome 11 influencing variation in LDL cholesterol in the NHLBI Family Heart Study.  Human Genetics 2002;111(3):263-269.

95.     Arnett DK, McGovern PG, Jacobs DR, Shahar E, Duval S, Blackburn H, Luepker RV.  Fifteen-Year Trends in Cardiovascular Risk Factors (1980-82 through 1995-97): The Minnesota Heart Survey.  Amer J Epidemiol 2002;156:929-935.

96.     Diez Roux AV, Chambless L, Stein Merkin S, Arnett D, Eigenbrodt M, Nieto FJ, Szklo M, Sorlie P.  Socioeconomic disadvantage and change in blood pressure associated with aging.  Circulation 2002;106:703-710.

97.     Luoto R, Sharrett R, Arnett D, Eigenbrodt M.  Pulse Pressure and Age at Menopause - the ARIC Study.  Biomed Central Women's Health 2002;2:6.

98.     Tang W, Arnett DK, Devereux RB, Province MA, Atwood LD, Oberman A, Hopkins PN, Kitzman DW.  Sibling resemblance for left ventricular structure, contractility and diastolic filling.  Hypertension 2002;40(3):233-238.

99.     Djoussé L, Rothman KJ, Cupples LA, Arnett DK, Ellison RC. Relation between serum albumin and carotid atherosclerosis: the NHLBI Family Heart Study. Stroke, 2003;34:53-57.

100.    Pankow JS, Province MA, Hunt SC, Arnett DK.  Regarding "Testing for Population Subdivision and Association in Four Case-Control Studies".  Letter to the Editor, Am J Hum Genet 2002;71(6):1478-1480.

101.    Skelton TN, Andrew ME, Arnett DK, Burchfiel CM, Garrison RJ, Taylor HA.  Echocardiographic Left Ventricular Mass in African-Americans.  The Jackson Cohort of the Atherosclerosis Risk in Communities Study.  Echocardiography 2003;20(2):111-120.

102.    Devereux RB, Hopkins PN, Kitzman DW, Rao DC, Arnett DK.  Relation of Insulin to Left Ventricular Geometry and Function in African-American and White Hypertensive Adults: The HyperGEN Study. Am Heart J 2002;15(12):1029-1035.

103.    Juhaeri, Stevens J, Chambless LE, Tyroler HA, Harp J, Jones D, Arnett D.  Weight change among self-reported dieters and non-dieters in white and African American men and women.  European Journal of Epidemiology 2001;17:917-923.

104.  Mosca L, Arnett DK, Dracup K, Hansen BC, Labarthe DR, Marks JS, Matthews KA, Pearson TA, Weintraub W, Wilson W. Task Force on Strategic Research Direction: Population/Outcomes/Epidemiology/Social Science Subgroup key science topics report. Circulation. 2002;106(20):e167-172.

105.  Rao DC, Province MA, Leppert MF, Oberman A, Heiss G, Ellison RC, Arnett DK, Eckfeldt JH, Schwander K, Mockrin SC, Hunt SC. A Genome-Wide Affected Sibpair Linkage Analysis of Hypertension: The HyperGEN Network. American Journal of Hypertension 2003;16:148-150.

106.  Harnack L, Lee S, Schakel SF, Duval S, Luepker RV, Arnett DK. Trends in the trans fatty acid composition of the diet in a metropolitan area: The Minnesota Heart Survey. Journal of the American Dietetic Association 2003;103:1160-1166.

107.  Palmieri V, Bella JN, Arnett DK, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Roman MJ, Devereux RB. Associations of aortic and mitral regurgitation with body composition and myocardial energy expenditure in adults with hypertension: The Hypertension Genetic Epidemiology Network study. Am Heart J 2003;145(6):1071-1077.

108.  Wilk JB, DeStefano AL, Arnett DK, Rich SS, Djousse L, Crapo RO, Leppert MF, Province MA, Cupples LA, Gottlieb DJ, Myers RH. A genome wide scan of pulmonary function measures in the NHLBI Family Heart Study. Am J Respiratory and Critical Care Medicine 2003;167:1528-1533.

109.  Grizzard WS, Arnett D, Haag SL. Twin Study of Age Related Macular Degeneration. Ophthalmic Epidemiology 2003;5:315-322.

110.  Juhaeri, Stevens J, Jones DW, Arnett D. Associations of aging and birth cohorts with body mass index in a biethnic cohort. Obesity Research 2003;11:426-433.

111.  Arnett DK, Skelton T, Liebson PR, Benjamin E, Hutchinson RG. Comparison of M-Mode Echocardiographic Left Ventricular Mass Measured Using Digital and Strip Chart Readings: The ARIC Study. Cardiovascular Ultrasound 2003;1(1):8.

112.  Juhaeri, Stevens J, Chambless LE, Nieto FJ, Jones D, Schreiner P, Arnett D, Cai J. Associations of weight loss and changes in fat distribution with the remission of hypertension in a bi-ethnic cohort: the Atherosclerosis Risk in Communities Study. Preventive Medicine 2003;36:330-339.

113.  Tang W, Devereux RB, Kitzman DW, Province MA, Leppert M, Oberman A, Hopkins PN, Arnett, DK. ARG16Gly Polymorphism of the ß2-Adrenergic Receptor and Left Ventricular Systolic Function. American Journal of Hypertension 2003;16:945-951.

114. de Simone G, Devereux RB, Palmieri V, Bella JN, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Arnett DK. Influence of fat-free mass on detection of appropriateness of left ventricular mass: The HyperGEN study. J Hypertens 2003;21:1747-1752.

115. Freedman BI, Beck SR, Rich SS, Heiss G, Lewis CE, Turner S, Province MA, Schwander KL, Arnett DK, Mellen BG. A Genome-Wide Scan for Urinary Albumin Excretion in Hypertensive Families. Hypertension 2003;42:291-296.

116. Djoussé L, Hunt SC, Arnett DK, Province MA, Eckfeldt JH, Ellison RC. Dietary linolenic acid is inversely associated with plasma triacylglycerol: the NHLBI Family Heart Study. Am J Clin Nutr 2003;79(6):1098-1102.

117. Tang W, Arnett DK, Rich SS, North KE, Pankow JS, Miller MB, Borecki IB, Hopkins PN, Leppert M, Myers RH. Linkage analysis of a composite factor for multiple metabolic syndrome (MMS): The NHLBI Family Heart Study. Diabetes 2003;52:2840-2847.

118. Djousse L, Arnett DK, Coon H, Province MA, Moore LL, Ellison RC. Fruit and Vegetable Consumption and LDL-cholesterol: The NHLBI Family Heart Study. Am J Clin Nutr 2004;79(2):213-217.

119. Ellison RC, Zhang Y, Qureshi MM, Knox S, Arnett DK, Province MA. Lifestyle determinants of HDL-cholesterol: the NHLBI Family Heart Study. American Heart Journal 2004;147(3):529-535.

120. Rose K, North KE. Arnett DK, Ellison RC, Hunt SC, Lewis CE, Tyroler HA. Blood pressure and pulse responses to three stressors: Associations with sociodemographic characteristics and cardiovascular risk factors. J Hum Hypertens 2004;18:333-341.

121. Arnett DK, Des Fuentes L, Broeckel U. Genes for left ventricular hypertrophy. Current Hypertension Reports Feb 2004;6(1):36-41.

122. Astor BC, Arnett DK, Brown A, Coresh J. Association of Kidney Function and Hemoglobin with Left Ventricular Morphology Among African Americans: The Atherosclerosis Risk in Communities (ARIC) Study. American Journal of Kidney Disease 2004;43:836-845.

123. Din-Dzietham R, Heiss G, Couper D, Evans G, Arnett D, Jones D, Tyroler HA. Arterial Stiffness is Greater in African Americans Than in European Americans. The ARIC Study. American Journal of Hypertension 2004;17:304-313.

124. De Simone G, Kitzman DW, Palmieri V, Liu JE, Oberman A, Hopkins PN, Bella JN, Rao DC, Arnett DK, Devereux RB. Association of inappropriate left ventricular mass with systolic and diastolic dysfunction: The HyperGEN Study. In press, American Heart Journal.

125.   Arnett, DK; Claas, SA.  Pharmacogenetics of Antihypertensive Treatment.  Drug
       Development Research 2004; 62:191-199.

126.   Nkomo VT, Arnett DK. Benjamin EJ, Liebson PR, Hutchinson RG, Skelton TN.  Left
       ventricular structure and systolic function in African Americans: The Atherosclerosis
       Risk in Communities (ARIC) Study.  Ethnicity & Disease 2004;14(483-88):

127.   Kizer JR, Arnett DK, Bella JN, Paranicas M, Rao DC, Province MA, Oberman A,
       Kitzman DW, Hopkins PN, Liu JE, Roman MJ, Devereux RB.  Racial-Ethnic Differences
       in Left Ventricular Structure in Hypertensive Adults.  The Hypertension Genetic
       Epidemiology Network (HyperGEN) Study.  In press, Hypertension.

128.   Barkley RA, Chakravarti A, Cooper RS, Ellison RC, Hunt SC, Province MA, Turner sT,
       Weder AB, Boerwinkle, on behalf of the Family Blood Pressure Program. Positional
       Identification of Hypertension Susceptibility Genes on Chromosome 2.  Hypertension
       2004;43(part 2):477-482.

129.   Smith SC Jr, Milani RV, Arnett DK, Crouse JR III, McGrae McDermott M, Ridker PM,
       Rosenson RS, Taubert KA, Wilson PWF.  Atherosclerotic Vascular Disease Conference.
       Writing Group II: Risk Factors.  AHA Conference Proceedings.  Circulation
       2004;109:2613-2616.

130.   Davis BR, Ford CE, Boerwinkle E, Arnett D, Eckfeldt J, Black H.  Imputing Gene-
       Treatment Interactions When the Genotype Distribution is Unknown Using Case-Only
       and Putative Placebo Analyses – A New Method for the Genetics of Hypertension
       Associated treatment (GenHAT) Study.  Statistics in Medicine 2004;23(15):

131.   Harnack L, Steffen L, Arnett DK, Gau S, Luepker RV.  Accuracy of estimation of large
       food protions. Journal of the American Dietetic Association 2004;104(5):804-806.

132.   Tsai MY, Georgopoulos A, Otvos JD, Ordovas JM, Hanson NQ, Peacock JM, Arnett DK.
       Comparison of ultracentrifugation and nuclear magnetic resonance spectroscopy in the
       quantification of triglyceride-rich lipoproteins after oral fat load.  Clin Chem
       2004:50:1201-1204.

133.   Djousse L, Arnett DK, Eckfeldt JH, Province MA, Singer MR, Ellison RC.  Alcohol
       Consumption and Metabolic Syndrome in the NHLBI Family Heart Study: Does the
       Type of Beverage Matter?  Obesity Research  2004; 12:1375-1385.

134.   Djoussé L, Pankow JS, Arnett DK, Eckfeldt JH, Myers RH, Ellison RC.  Apolipoprotein
       E polymorphism modifies the alcohol-HDL association in the NHLBI Family Heart
       Study, Am J Clin Nutr. 2004; 80:1639-44

135.   Wilk JB, Djousse L, Arnett DK, Hunt SC, Province MA, Heiss G, Myers
       RH.  Genome-wide linkage analyses for age at diagnosis of hypertension and

early-onset hypertension in the HyperGEN Study.  Am J Hypertens 2004;17:839-844.

136.   Taylor HA, Benjamin EB; Ding J; Liebson P; Arnett DK;  Skelton TK. Left Ventricular Mass Indexed to Height and Prevalent Magnetic Resonance Imaging Cerebrovascular Disease in an African American Cohort:  The Atherosclerotic Risk In Communities Study. Stroke 2004/416545

137.   Djousse L, Arnett DK, Eckfeldt JH, Province MA, Singer MR, Ellison, RC.  Alcohol Consumption and Metabolic Syndrome: Does the Type of Beverage Matter? Obesity Research, Vol. 12 No. 9 September 2004:1375-85

138.   Nunez E; Arnett D; Benjamin EJ; Liebson PR; Skelton TN; Tyroler HA; Taylor H; Andrew M. Optimal Threshold Value for Left Ventricular Hypertrophy in African-Americans: The ARIC Study.  Hypertension; 2005; 45(1):58-63.

139.   Djousse L; Arnett DK; Pankow JS; Hopkins PN, Province MA: Dietary linolenic acid is associated with a lower prevalence of hypertension in the NHLBI Family Heart Study: Hypertension 2005;45:368-373.

140.   Barber CA, Margolis K, Luepker RV, Arnett DK.  The Impact of the Women's Health Initiative on Discontinuation of Postmenopausal Hormone Therapy: The Minnesota Heart Survey (2000-2002).  Journal of Women's Health Vol. 13, No. 9, 2004:975-85

141.   Avery CL, Freedman BI, Heiss G, Kraja A, Rice T, Arnett D, Miller MB, Pankow JS, Lewis CE, Myers RH, Hunt SC, Almasy L, North KE.  Linkage Analysis of Diabetes Status Among Hypertensive Families.  Diabetes Vol. 53, Dec 2004:3307-12

142.   Arnett DK; Miller MB; Coon H; Ellison RC; North KE; Province M; Leppert M; Eckfeldt JH: Genome-wide linkage analysis replicates susceptibility locus for fasting plasma triglycerides: NHLBI Family Heart Study. Human Genetics 2004; 115; 468-74

143.   Taylor HA; Clark BL; Garrison RJ; Andrew ME; Han H; Fox ER; Arnett DK; Samdarshi T; Jones DW: Relation of Aortic Valve Sclerosis to Risk of Coronary Heart Disease in African-Americans.  Am J Cardiol 2005;95:401-404

144.   Wu J; Kraja AT; Oberman A; Lewis CE; Ellison RC; Arnett DK; Heiss G; Lalouel JM; Turner ST; Hunt SC; Province MA; Rao DC: A Summary of Antihypertensive Medication Effects on Measured Blood Pressure American Journal of Hypertension in press 2005

145.   Lewis CE, North KE, Arnett D, Borecki IB, Coon H, Ellison RC, Hunt SC, Oberman A, Rich SS, Province MA, Miller MB. Sex-specific findings from a genome-wide linkage analysis of human fatness in non-Hispanic white and African Americans: The HyperGEN Study. International Journal of Obesity, in press 2005

146.   Agno FS, Chinali M, Bella JN, Liu JE, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Devereux EB:  Aortic valve sclerosis is associated with preclinical

cardiovascular disease in hypertensive adults: The Hypertension Genetic Epidemiology Network Study. J Hypertens 2005; 23(4):867-73.

147.   Arnett DK, Tang W, Province MA, Oberman A, Ellison RC, Morgan D, Eckfeldt JH, Hunt SC: Interarm differences in seated systolic and diastolic blood pressure: The HyperGEN Study. J Hypertens 2005; 23(6):1141-1147.

148.   Wu J, Kraja AT, Oberman A, Lewis CE, Ellison RC, Arnett DK, Heiss G, Lalouel J, Turner ST, Hunt SC, Province MA, Rao DC: A Summary of Antihypertensive Medication Effects on Measured Blood Pressure; American Journal of Hypertension 2005 (in press).

149.   Lin JP, Myers RH, Almasy L, Coon HH, Arnett DK, Hong Y, Hunt SC.  Linkage of the cholesterol 7alpha-hydroxylase gene and low-density lipoprotein cholesterol conditional on apolipoprotein E association: the National Heart, Lung, and Blood Institute Family Heart Study. Chin Med J (Engl). 2005;118(5):362-9.

150.   North KE, Miller MB, Coon H, Martin LJ, Peacock JM, Arnett DK, Zhang B, Province M, Oberman A, Blangero J, Almasy L, Ellison RC, Heiss G.  Evidence for a gene influencing fasting LDL cholesterol and triglyceride levels on chromosome 21q. Atherosclerosis 2005; 179:119-125

151.   de Simone G, Devereux R, Kizer JR, Chinali M, Bella JN, Oberman A, Kitzman DW, Hopkins PN Rao DC , Arnett DK. Body composition and fat distribution influence systemic hemodynamics in the absence of obesity:the HyperGEN Study. Am J Clin Nutr 2005;81:757–61.

152.   Lynch Amy I., Arnett Donna K., Atwood Larry D., Devereux Richard B., Kitzman Dalane W., Hopkins Paul N., Oberman Albert, Rao Dabeeru C.  A Genome Scan for Linkage With Aortic Root Diameter in Hypertensive African Americans and Whites in the Hypertension Genetic Epidemiology Network (HyperGEN) Study.  Am J Hypert 2005; 18:627-632

153.   Daniels SR, Arnett DK, Eckel RH, Gidding SS, Hayman LL, Kumanyika S, Robinson TN, Scott BJ, St Jeor S, Williams CL. Overweight in children and adolescents: pathophysiology, consequences, prevention, and treatment.  Circulation 2005;111(15):1999-2012.

154.   Djousse L, Rautaharju PM, Hopkins PN, Whitsel EA, Arnett DK, Eckfeldt JH, Province MA, Ellison RC. Dietary linolenic acid and adjusted QT and JT intervals in the National Heart, Lung, and Blood Institute Family Heart study.  J Am Coll Cardiol 2005; 45(10):1716-22.

155.   Benjamin IJ, Arnett DK, Loscalzo J; American Heart Association Basic Science Writing Group. Discovering the full spectrum of cardiovascular disease: Minority Health Summit 2003: report of the Basic Science Writing Group. Circulation. 2005;111(10):e120-3.

156.   Taylor HA Jr, Clark BL, Garrison RJ, Andrew ME, Han H, Fox ER, Arnett DK, Samdarshi T, Jones DW. Relation of aortic valve sclerosis to risk of coronary heart disease in African-Americans. Am J Cardiol. 2005;95(3):401-4.

157.   de Simone G, Kitzman DW, Chinali M, Oberman A, Hopkins PN, Rao DC, Arnett DK, Devereux RB. Left ventricular concentric geometry is associated with impaired relaxation in hypertension: the HyperGEN study. Eur Heart J. 2005; 26(10):1039-45.

158.   Nunez E, Arnett DK, Benjamin EJ, Oakes JM, Liebson PR, Skelton TN. Comparison of the prognostic value of left ventricular hypertrophy in African-American men versus women. Am J Cardiol. 2004;94(11):1383-90.

159.   Tsai MY, Hanson NQ, Straka RJ, Hoke TR, Ordovas JM, Peacock JM, Arends VL, Arnett DK. Effect of influenza vaccine on markers of inflammation and lipid profile. J Lab Clin Med. 2005;145(6):323-7.

160.   Arnett DK, Davis BR, Ford CE, Boerwinkle E, Leiendecker-Foster C, Miller MB, Black H, Eckfeldt JH. Pharmacogenetic association of the angiotensin-converting enzyme insertion/deletion polymorphism on blood pressure and cardiovascular risk in relation to antihypertensive treatment: the Genetics of Hypertension-Associated Treatment (GenHAT) study. Circulation. 2005;111(25):3374-83.

161.   Djousse L, Arnett DK, Carr JJ, Eckfeldt JH, Hopkins PN, Province MA, Ellison RC; Investigators of the NHLBI FHS. Dietary linolenic acid is inversely associated with calcified atherosclerotic plaque in the coronary arteries: the National Heart, Lung, and Blood Institute Family Heart Study. Circulation. 2005;111(22):2921-6.

162.   Burchfiel CM, Skelton TN, Andrew ME, Garrison RJ, Arnett DK, Jones DW, Taylor HA Jr. Metabolic Syndrome and Echocardiographic Left Ventricular Mass in Blacks. The Atherosclerosis Risk in Communities (ARIC) Study. Circulation. 2005 Aug 1; [Epub ahead of print]

163.   Wu J, Kraja AT, Oberman A, Lewis CE, Ellison RC, Arnett DK, Heiss G, Lalouel JM, Turner ST, Hunt SC, Province MA, Rao DC. A summary of the effects of antihypertensive medications on measured blood pressure. Am J Hypertens. 2005;18(7):935-42.

164.   Chinali M, de Simone G, Liu JE, Bella JN, Oberman A, Hopkins PN, Kitzman DW, Rao DC, Arnett DK, Devereux RB. Left Atrial Systolic Force and Cardiac Markers of Preclinical Disease in Hypertensive Patients The Hypertension Genetic Epidemiology Network (HyperGEN) Study. Am J Hypertens. 2005;18(7):899-905.

165.   Laura J. Rasmussen-Torvik, Kari E. North, C. Charles Gu, Cora E. Lewis, Jemma B. Wilk, Aravinda Chakravarti, Yen-Pei C. Chang, Michael B. Miller, Na Li, Richard B. Devereus, and Donna K. Arnett. A Population Association Study of Angiotensinogen

Polymorphisms and Haplotypes With Left Ventricular Phenotypes.  Hypertension 2005 46:  1294-1299. (PubMed ID 16286570)

166.  Tang, W. Pankow J.S., Arnett D.K.  (Mis)use of factor analysis in the study of insulin resistance syndrome.  AM J Epidemiol. 2005 Nov 1; 162(9):921-2; author reply 923. Epub 2005 Sep 8.

167.  Hsu FC, Zaccaro DJ, Lange LA, Arnett DK, Langefeld CD, Wagenknecht LE, Herrington DM, Beck SR, Freedman BI, Bowden DW, Rich SS  The impact of pedigree structure on heritability estimates for pulse pressure in three studies.  Hum Hered. 2005;60(2):63-72. Epub 2005 Sep 8.

168.  Tang W, Arnett DK, Devereux RB, Panagiotou D, Province MA, Miller MB, de Simone G, Gu C, Ferrell RE.  Identification of a novel 5-base pair deletion in calcineurin B (PPP3R1) promoter region and its association with left ventricular hypertrophy.  Am Heart  J. 2005 Oct; 150 (4):845-51 PMID: 16209992.

169.  Wu J, Kraja AT, Oberman A, Lewis CE, Ellison RC, Arnett DK, Heiss G, Lalouel JM, Truner ST, Hunt SC, Province MA, Rao DC.  A summary of the effects of antihypertensive medications on measured blood pressure. Am J Hypertens. 2005 Jul; 18(7):935-42. PMID: 16053990.

170.  Chinali M, de Simone G, Liu JE, Bella JN, Oberman A, Hopkins PN, Kitzman DW, Rao DC, Arnett DK, Devereux RB.  Left atrial systolic force and cardiac markers of preclinical disease in hypertensive patients:  the Hypertension Genetic Epidemiology Network (HyperGEN) Study.  Am J Hypetens. 2005 jul; 18(7):899:905. PMID:  16053984.

171.  Bielinski SJ, Lynch Al, Miller MB, Weder A, Cooper R, Oberman A, Chen YD, Turner St, Forange M, Province M, Arnett DK.  Genome-wide linkage analysis for loci affecting pulse pressure: the Family Blood Pressure Program. Hypertension. 2005 Dec; 46(6):1286-93. Epub 2005 Nov 14. PMID: 16286574.

172.  Rasmussen-Torvik LJ, North KE, Gu CC, Lewis CE, Wilk JB, Chakravarti A, Chang YP, Miloer MB, Li N, Devereus RB, Arnett DK.  A population association study of angiotensinogen polymorphisms and haplotypes with left ventricular phenotypes. Hypertension. 2005 Dec;46(6):1294-9.  Epub 2005 Nov 14. PMID:  16286570

173.  Tang W, Pankow JS, Arnett DK.  Re: "(Mis)use of factor analysis in the study of insulin resistance syndrome".  Am J Epidemiol.  2005 Nov 1;162(9):921-2l author reply 923. Epub 2005 Sep 8. No abstract available. PMID 16150887

174.  The National Heart, Lung, and Blood Institute Working Group on Future Directions in Hypertension Treatment Trials.  Major clinical trials of hypertension:  what should be done next?  Hypertension. 2005 Jul;46(1):1-6. Epub 2005 May 23.

175.   Feitosa M, Miller MB, Heiss G, DK Arnett, Myers R, Pankow JS, Hopkins P.  Evidence of QTL on 15q21 for High-Density Lipoprotein Cholesterol:  The National Heart, Lung, and Blood Institute Family Heart Study (NHLBI FHS) Atherosclerosis. Ref.: Ms. No. ATH-D-05-00614R1

176.   An P, Freedman BI, Rich SS, Mandel SA, Arnett DK, Myers RH, Chen YD, Hunt SC, Rao DC. Quantitative trait loci on chromosome 8q24 for pancreatic beta-cell function and 7q11 for insulin sensitivity in obese nondiabetic white and black families: evidence from genome-wide linkage scans in the NHLBI Hypertension Genetic Epidemiology Network (HyperGEN) study. *Diabetes*. Feb 2006; 55(2):551-558.

177.   Arnett DK, Class SA, Glasser SP. Pharmacogenetics of antihypertensive treatment. *Vascul Pharmaol*. Feb 2006; 44(2):107-118.

178.   Feitosa MF, Provinice MA, Heiss G, Arnett DK, Myers RH, Pankow JS, Hopkins PN, Borecki IB. Evidence of QTL on 15q21 for high-density lipoprotein cholesterol: The National Heart, Lung, and Blood Institute Family Heart Study (NHLBI FHS). *Atherosclerosis*. Mar 7 2006.

179.   Rosen BD, Saad MF, She S, Nasir K, Edvardsen T, Burke G, Jerosch-Herold M, Arnett, DK, Lai S, Bluemke DA, Lima JA. Hypertension and smoking are associated with reduced regional left ventricular function in asymptomatic: individuals the Multi-Ethnic Study of Atherosclerosis. *J Am Coll Cardiol*. Mar 21 2006; 47(6):1150-1158.

180.   Tang W, Hong Y, Province MA, Rich SS, Hopkins PN, Arnett DK, Pankow JS, Miller MB, Eckfeldt JH. Familial Clustering for features of the metabolic syndrome: the National Heart, Lund, and Blood Institute (NHLBI) Family Heart Study. *Diabetes Care*. Mar 2006;29(3):631-636.

181.   Avery CL, Freedman BI, Kraja AT, Borecki IB, Miller MB, Pankow JS, Arnett DK, Lewis CE, Myers RH, Hunt SC, North KE. "Genotype-by-sex interaction in the aetiology of type 2 diabetes mellitus:  support for sex-specific quantitative trait loci in Hypertension Genetic Epidemiology Network participants. Diabetologia DOI 10.1007/s00125-006-0375-4

182.   Susan G. Lakoski, Mary Cushman, Roger S. Blumenthal, Richard Kronmal, Donna Arnett, Ralph B. D'Agostino Jr., Robert C. Detrano, David M. Herrington. Implications of C-reactive protein or coronary artery calcium score as an adjunct to global risk assessment for primary prevention of CHD.(2006), doi:10.1016/j.atherosclerosis.2006.07.006.

183.   de Simone G, Devereux RB, Chinali M, Palmieri V, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Arnett DK:  Body fat distribution influences cardiac output in normotensive and hypertensive overweight individuals: The HyperGEN Study.  J Am Coll Cardiol 2004;43:512A.

184.   Li ZB, Devereux RB, Liu JE, Kitzman DW, Oberman A, Hopkins P, Gu CC, Arnett DK: Prevalence and correlates of mitral regurgitation in hypertensive patients: The HyperGEN Study.   J Am Coll Cardiol 2004;43:429A.

185.   Krasikov T, Devereux RB, Arnett DK, Oberman A, Hopkins PN, Kitzman DW, Rao DC: Correlates of high pulse pressure in hypertensive adults from a population-based sample: The HyperGEN study.   J Am Coll Cardiol 2005;(in press).

186.   Agno FS, Bella JN, Arnett DK, Oberman A, Hopkins PN, Kitzman DW, Rao DC, Devereux RB: Left ventricular mass among hypertensive adults without clinical disease: The HyperGEN study.  J Am Coll Cardiol 2005;(in press).

187.   Agno FS, Arnett DK, Bella JN, Oberman A, Hopkins PN, Kitzman DW, Rao DC, Devereux RB: Left ventricular mass among offspring of hypertensive adults: The HyperGEN study. *J Am Coll Cardiol* 2005;(in press).

188.   Davis BR, Arnett D, Boerwinkle E, Ford CE, Leiendecker-Foster C, Miller M, Black H, Eckfeldt J. Absence of an Interaction Between the Alpha Adducin Polymorphism and Antihypertensive Treatment on Cardiovascular Risk in High-Risk Hypertensives: The GENHAT Study. Pharmacogenomics J. 2006 May 16; [Epub ahead of print] PMID: 16702981 [PubMed - as supplied by publisher]

189.   B.Rosen, T.Edvardsen, S.Lai, E.Castillo, L.Pan, M.Jerosch-Herold, S.Sinha, R.Kronmal, D.Arnett, J.Crouse III, S. Heckbert, D. Bluemke, J.Lima. Left Ventricular Concentric Remodeling Is Associated With Decreased Global and Regional Systolic Function The Multi-Ethic Study of Atherosclerosis. Circulation. 2005 Aug 16;112(7):984-91. PMID: 16103253 [PubMed - indexed for MEDLINE]

190.   Tang W, Hong Y, Province MA, Rich SS, Hopkins PN, Arnett DK, Pankow JS, Miller MB, Eckfeldt JH., Familial clustering for features of the metabolic syndrome: the National Heart, Lung, and Blood Institute (NHLBI) Family Heart Study. Diabetes Care. 2006 Mar;29(3):631-6. PMID: 16505518 [PubMed - indexed for MEDLINE]

191.   Artz MB, Harnack LJ, Duval SJ, Armstrong C, Arnett DK, Luepker RV. Use of nonprescription medications for perceived cardiovascular health. Am J Prev Med. 2006 Jan;30(1):78-81

192.   Arnett DK, Class SA, Glasser SP. Phamacogenetics of antihypertensive treatment Vascul Pharmacol. 2006 Feb;44(2):107-18. Epub 2005 Dec 13. PMID: 16356784

193.   Arnett DK, Jacobs DR Jr, Luepker RV, Blackburn H, Armstrong C, Class SA. Twenty-year trends in serum cholesterol, hypercholesterolemia, and cholesterol medication use: the Minnesota Heart Survey, 1980-1982 to 2000-2002.Circulation. 2005 Dec 20; 112(25):3884-91. Epub 2005 Dec 12. PMID: 16344385

194.  C.Charles Gu, Yen-Pei C. Chang, Steven C. Hunt, Karen Schwander, Donna Arnett, Luc Djousse, Gerardo Heiss, Al Oberman, Jean-Marc Lalouel, Mike Province, Aravinda Chakravarti, D.C. Rao. Haplotype Association Analysis of AGT Variants with Hypertension-Related Traits:  The HyperGEN Study. Hum Hered 2005;60:164-176 DOI:10.1159/000090118

195.  Ping An, Barry I. Freedman, Stephen S. Rich, Stehpen A. Mandel, Donna K. Arnett, Richard H. Myers, Yii-Der I. Chen, Steven C. Hunt, and D.C. Rao. Quantitative Trait Loci on Chromosome 8q24 for Pancreatic $\beta$-Cell Function and 7q11 for Insulin Sensitivity in Obese Nondiabetic White and Black Families. Evidence From Genome-Wide Linkage Scans in the NHLBI Hypertension Genetic Epidemiology Network (HyperGEN) Study. Diabetes, Vol 55, February 2006. 551-558

196.  Li ZB, de Simone G, Bella NJ, Cai L, Kitzman DW, Oberman A, Hopkins P, Rao DC, Arnett DK, Devereux RB Relation of Left Ventricular Geometry and Isovolumeric Relaxation Time in Hypertensive Patients: The HyperGEN study.

197.  Lakoski SG, Cushman M, Blumenthal RS, Kronmal R, Arnett D, D'Agostino RB Jr, Detrano RC, Herrington DM. Implications of C-reactive protein or coronary artery calcium score as an adjunct to global risk assessment for primary prevention of CHD. Atherosclerosis. 2006 Aug 14; [Epub ahead of print] PMID: 16914155

### Non-Peer Reviewed Articles

1.  Arnett DK.  Multiple Risk Factor Approaches.  "Optimizing Antianginal Therapy.  The Role of the Nurse in Clinical Practice."  Ischemic Heart Disease:  A Comprehensive Review for Nurse Clinicians, Monograph, University of South Florida, Tampa, FL, 1994, 5-12.

### Book Chapters

1.  Mulla Z, Arnett DK.  Gender Differences in the Rates of Therapeutic Cardiac Procedures and Associated Mortality Among elderly Patients Hospitalized for Acute Myocardial Infarction.  In: Facts and Research in Gerontology.  JM Ribera, D Carrie, J Puel, J Serro-Azul, B Vellas, L Albarede, PJ Garry (ed.).  Paris: Serdi Publisher, 1997:104-119.

Presentations & Abstracts (formerly published under Koehn)

1.  Glasser SP, Koehn DK.  Lack of LVH regression in hypertensive subjects treated alone or in combination with amlodipine.  American College of Pharmacology, 1988, Orlando, FL.

2.  Glasser SP, Koehn DK.  The effect of dilevalol, a new beta blocker with ISA, on asymptomatic myocardial ischemia.  American College of Pharmacology, 1988, Orlando, FL.

3.     Glasser SP, Koehn DK.  The effect of antianginal therapy upon the exercise test's ability to predict the presence of asymptomatic ischemia.  American College of Pharmacology, 1988, Orlando, FL.

4.     Glasser SP, Koehn DK.  Impact of Antianginal Drug Therapy on the Incidence of Asymptomatic Ischemia.  American College of Pharmacology, 1988, Orlando, FL.

5.     Arnett DK, Ephross SA, Strogatz DS, Hames CG, Tyroler HA.  Differences in mortality associated with left ventricular hypertrophy in black and white men at thirteen year follow-up in Evans County, Georgia.  Fifth International Interdisciplinary Conference of Hypertension in Blacks, 1990, Chicago, IL.

6.     Arnett DK, Riley W, Rautaharju P, Tyroler HA, Heiss G.  Electrocardiographic left ventricular mass and its association with arterial stiffness and menopause.  The ARIC Study.  American Heart Association 64th Scientific Sessions, November 1991, Anaheim, CA. Circulation 1991;84(4):548.

7.     Arnett DK, Tyroler HA, Chambless LE, Heiss G.  Are target organ manifestations of elevated blood pressure different in blacks and whites?  The ARIC Study.  American Heart Association 32nd Annual Conference on Cardiovascular Disease Epidemiology, March, 1992, Memphis, TN.

8.     Arnett DK, Ephross SA, Riley WA, Tyroler HA, Heiss G.  Is hormone replacement therapy among surgically or naturally postmenopausal women associated with lower arterial stiffness?  The ARIC Study.  American Heart Association 65th Scientific Sessions, November, 1992, Anaheim, CA. Circulation 1992;86(4):674.

9.     Evans GW, Riley WA, Arnett DK, Barnes RW, Burke GL.  Statistical issues in the use of arterial distensibility as a surrogate endpoint in clinical trials.  14th Annual Meeting of the Society for Clinical Trials, 1993, Orlando, FL.

10.    Arnett DK, Evans GW, Riley WA, Barnes RW, Heiss G.  Differences in arterial elasticity by antihypertensive medication, gender, and ethnicity.  The ARIC Study.  American Heart Association 33rd Annual Conference on Cardiovascular Disease Epidemiology, March, 1993, Santa Fe, NM.

11.    Arnett DK.  Risk factor clustering in the Atherosclerosis Risk in Communities Study.  National Heart, Lung, and Blood Institute, 1993, Bethesda, MD.

12.    Hutchinson RG, Arnett DK, Watson RL, Barnes RA, Brown S, Davis CE, Tyroler HA.  Gender differences in multiple risk factor clustering among Blacks and Whites.  American Heart Association 66th Scientific Sessions, November, 1993, Atlanta, GA. Circulation 1993;88(4 Pt 2):357.

13.    Bright P, Arnett DK, Blair C, Bayona M.  Ethnic and Gender Differences in Survival among an HIV Positive Cohort.  Society for Epidemiologic Research Meeting, 27th Annual Meeting, 1994, Miami, FL.

14.    Brancati FL, Folsom AR, Watson RL, Tyroler HA, Cai J, Arnett D, Szklo M.  Race, physical activity, and diabetes mellitus:  The ARIC Study.  Society of General Internal Medicine, National Meeting, 1994, Chicago, IL.

15.    Arnett DK, Rautaharju PM, Sutherland SE, Keil JE.  The validity of electrocardiographic estimates of left ventricular mass in African-Americans.  The Charleston Heart Study.  American Heart Association 34th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1994, Tampa, FL.

16.    Arnett DK.  Cardiology Update '95, January, 1995.  Estrogen Replacement Therapy in Postmenopausal Women.  1995, Orlando, FL.

17.    Mulla ZD, Arnett DK, Straumford JV, Leaverton PE.  Sex Differences in the Outcomes of Myocardial Infarction: An Analysis of 262,105 Patient Records.  Society for Epidemiologic Research, 28th Annual Meeting.  1995, Snowbird, UT.

18.    Arnett DK, Tyroler HA, Hutchinson RG, Howard G, Heiss G.  The paradoxical effect of hypertension and its association with subclinical atherosclerosis in African Americans: The ARIC Study.  American Heart Association 35th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1995, San Antonio, TX.

19.    Arnett DK, Province MA, Williams RR, Pankow JS, Heiss G, Folsom AR.  Dyslipidemic Hypertension is Associated with Familial Aggregation of Coronary Heart Disease.  The Atherosclerosis Risk in Communities (ARIC) Study.  American Heart Association 68th Scientific Sessions, November, 1995, Anaheim, CA.  Circulation 1995;92(8):800.

20.    Arnett DK, McGovern PG, Peterson DM, Shahar E, Luepker RV.  Ten Year Trends in Leisure Time Physical Activity:  The Minnesota Heart Survey.  American Heart Association 68th Scientific Sessions, November, 1995, Anaheim, CA.  Circulation 1995;92(8):311.

21.    Peterson DM, Arnett DK, McGovern PG, Shahar E, Luepker RV.  Leisure-Time Physical Activity Trends in the Minnesota Heart Survey, 1980-1992.  American Heart Association 68th Scientific Sessions, November, 1995, Anaheim, CA.  Circulation 1995;92(8):617.

22.    Iribarren C, Luepker RV, McGovern PG, Arnett DK, Peterson DM, Blackburn H.  Twelve-year trends in cardiovascular disease risk factors:  Are socioeconomic differences widening? The Minnesota Heart Survey.  American Heart Association 68th Scientific Sessions, November, 1995, Anaheim, CA.

23.  Rose K, Newman B, Tyroler HA, Arnett D, Szklo M.  A Comparison of Employment Status-Hypertension Associations in Women Based on Prevalence and Incidence Data. Society of Epidemiologic Research, 1996, Boston, MA.

24.  Arnett DK, Skelton T, Vitelli L, Ephross S, Hutchinson R.  Hormone Replacement Therapy and Echocardiographic Left Ventricular Mass in Most-Menopausal African American Women:  The ARIC Study.  American Heart Association 36th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1996, San Francisco, CA.

25.  Pieper RM, Arnett DK, Shahar E, McGovern PG, Luepker RV.  Trends in Knowledge, Awareness, and Treatment of Hypercholesterolemia:  The Minnesota Heart Survey.  American Heart Association 36th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1996, San Francisco, CA.

26.  Howard G, Wagenknecht LE, Nieto FJ, Arnett D, Burke GL, for the ARIC Investigators. Passive and Active Smoking are Related to Progression of Atherosclerosis.  American Heart Association 36th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1996, San Francisco, CA.

27.  Xiong B, Arnett DK, McGovern PG, Blackburn H, Luepker RV.  Secular Trends in Dietary Macronutrient Intake in the Minnesota Heart Survey, 1980-1992.  American Heart Association 69th Scientific Sessions, November, 1996, New Orleans, LA. Circulation 196;94(8):578.

28.  Falkner N, Arnett DK, McGovern PG, Blackburn H, Luepker RV.  Twelve Year in Obesity, Systolic Blood Pressure, and Cholesterol: The Minnesota Heart Survey. American Heart Association 69th Scientific Sessions, November, 1996, New Orleans, LA.  Circulation 1996;94(8):738.

29.  Tsai M, Arnett DK.  Homocysteine and MTHFR, Carotid Intima Media Thickness and CHD.  The NHLBI Family Heart Study.  February, 1997, Bethesda, MD.

30.  Norman J, Arnett DK.  Electrocardiographic Determinants of Echocardiographic Left Ventricular Mass.  National Heart, Lung, and Blood Institute, June, 1997, Bethesda, MD.

31.  Zheng ZJ, Folsom AR, Ma J, Arnett D, McGovern PG, Eckfeldt JH.  Plasma Fatty Acid Composition and 6-Year Incidence of Hypertension in Middle-Aged Adults: The ARIC Study. The 4th International Conference on Preventive Cardiology, June, 1997, Montreal, Quebec.

32.  Arnett DK, Vitelli LL, Chambless LE, Howard G, Hutchinson RG, Tyroler HA, Heiss G. Pulse Pressure, Diastolic Blood Pressure and Progression of Carotid Artery Atherosclerosis: The Atherosclerosis Risk in Communities Study.  The 4th International Conference on Preventive Cardiology, June, 1997, Montreal, Quebec.

33.   Hutchinson RG, Skelton TN, Arnett DK, Benjamin EJ, Liebson PR, Eigenbrodt ML. Left Ventricular Hypertrophy by Echocardiogram in African-Americans: The ARIC Study.  The 4th International Conference on Preventive Cardiology, June, 1997, Montreal, Quebec.

34.   Robinson EL, Arnett DK, Himes JH, McGovern PG, Luepker RV.  Differences and Trends in Antioxidant Dietary Intake in Smokers and Non-Smokers, 1980-1992: The Minnesota Heart Survey.  The 4th International Conference on Preventive Cardiology, June 1997, Montreal, Quebec.

35.   Rose KM, Nardo C, Tyroler HA, Rosamond W, Light KC, Arnett D, Sharrett AR, Szklo M.  Postural Change in Blood Pressure and Incident Coronary Heart Disease in the Atherosclerosis Risk in Communities Study.  The 4th International Conference on Preventive Cardiology, June, 1997, Montreal, Quebec.

36.   Pereira M, Arnett D, Hutchinson R, Szklo M, Carpenter M, Folsom A.  Physical Activity and Incidence of Hypertension in Middle-Aged Adults.  The 4th International Conference on Preventive Cardiology, June, 1997, Montreal, Quebec.

37.   Hutchinson RG, Skelton TN, Arnett DK, Benjamin EJ, Liebson PR, Eigenbrodt ML. Echocardiographic Left Ventricular Hypertrophy in African-Americans: The ARIC Study. College of Chest Physician's Meeting, October, 1997.  Chest Supplement, 1997;112(3):38S.

38.   Arnett DK, Tsai MY, Evans GW, Williams RR, Province MA, Heiss G.  Homocysteine is Associated with Arterial Stiffness in Current Smokers: The NHLBI Family Heart Study. American Heart Association 38th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1998, Santa Fe, NM.

39.   McGovern PG, Shahar E, Doliszny KM, Arnett DK, Luepker RV.  Trends in congestive heart failure among Twin Cities residents aged 30-84 years, 1980- 1996.  American Heart Association 38th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1998, Santa Fe, NM.

40.   Liao D, Arnett D, Tyroler HA, Riley W, Chambless LE, Brown A, Szklo M.  Arterial stiffness and the development of hypertension-The ARIC Study.  American Heart Association 38th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1998, Santa Fe, NM.

41.   Liao D, Evans G, Arnett D, Pankow J, Liese A, Davis CE, Salomma V, Heiss G. Multiple metabolic syndrome is associated with increased arterial stiffness-The ARIC Study.  American Heart Association 38th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1998, Santa Fe, NM.

42.   Peacock JM, Folsom AR, Arnett DK, Eckfeldt JH, Szklo M.  Relationship of Serum and Dietary Magnesium to Incident Hypertension: The Atherosclerosis Risk in Communities

(ARIC) Study.  American Heart Association 38th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1998, Santa Fe, NM.

43.     Davis BR, Ford CE, Boerwinkle E, Atwood L, Arnett D.  Design and Analysis Considerations for Assessing Gene-Treatment Interactions in a Clinical Trial.  The Joint Statistical Meetings, August, 1998, Dallas, TX.

44.     Knox S, Adelman A, Ellison RC, Weidner G, Siegmund K, Arnett D.  Hostility, Social Support & Carotid Artery Atherosclerosis in the NHLBI Family Heart Study.  Society of Behavioral Medicine, August, 1998.

45.     Arnett DK, Devereux RB, Hong Y, Rao DC, Oberman A, Kitzman DW, Hopkins PN. Strong heritability of left ventricular mass in hypertensive African Americans and wall thickness in hypertensive whites: The HyperGEN Echocardiography Study.  American Heart Association 71st Scientific Sessions, November, 1998. Circulation 1998;98(17):I-658.

46.     Arnett DK, Paranicas M, Bella JN, Rao DC, Oberman A, Kitzman DW, Hopkins PN. Differences between African American and whites in left ventricular mass and geometry. The HyperGEN Echocardiography Study.  American Heart Association 71st Scientific Sessions, November, 1998. Circulation 1998;98(17):I-204.

47.     Liao D, Simpson R, Jr., Arnett DK, Manolio T, Szklo M, Evans G, Heiss G.  Association of arterial stiffness and left ventricular hypertrophy. American Heart Association 71st Scientific Sessions, November, 1998. Circulation 1998;98(17):I-721.

48.     Luepker RV, McGovern PG, Shahar E, Arnett DK, Jacobs DR, Blackburn H.  Trends in blood pressure control and stroke in a metropolitan area: The Minnesota Heart Survey. American Heart Association 71st Scientific Sessions, November, 1998.  Circulation 1998;98(17):I-657.

49.     Palmieri V, Bella JN, Liu J, Oberman A, Kitzman D, Hopkins P, Rao DC, Morgan D, Fishman D, Arnett D, Devereux RB.  Does Diabetes Affect LV Structure and Systolic Function Independent of Blood Pressure, Age and Gender?  A Population Sample-based Study from the Hypertension Genetic Epidemiology Network (HyperGEN) Study. American College of Cardiology, 1999.

50.     Bella JN, Palmieri V, Schuck MY, Kitzman D, Hopkins P, Rao DC, Oberman A, Arnett D, Devereux RB.  Impaired Diastolic Relaxation and Left Ventricular Systolic Function. The Hypertension Genetic Epidemiology Network (HyperGEN) Study.  American College of Cardiology, 1999.

51.     Devereux RB, Bella JN, Palmieri V, Oberman A, Kitzman D, Hopkins P, Rao DC, Morgan D, Paranicas M, Arnett D.  Prevalence and Correlates of Mild and Moderate/Severe Left Ventricular Dysfunction in Hypertension Patients in a Population Sample: The HyperGEN Study.  American College of Cardiology, 1999.

52.   Tang W, Arnett D, Devereux R, Rao DC, Oberman A, Hopkins P, Kitzman D. Associations between angiotensinogen gene polymorphism and left ventricular mass and geometric pattern. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

53.   McGovern PG, Arnett DK, Shahar E, Luepker RV. Trends in serum cholesterol levels, 1980-1997: The Minnesota Heart Survey. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

54.   Arnett DK, McGovern PG, Jacobs DR, Luepker RV. Continued declines in cigarette smoking: The Minnesota Heart Survey. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

55.   Pankow J, Arnett D, Ellison C, Hopkins P, Tracy R, Eckfeldt J. Familial Aggregation of Systemic Inflammatory Markers: The NHLBI Family Heart Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

56.   Hong Y, Province MA, Rich SS, Hopkins PN, Williams RR, Arnett DK, Pankow J, Rao DC. Familial clustering of features of multiple metabolic syndrome with special reference to plasminogen activator inhibitor-1: The NHLBI Family Heart Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

57.   Rose KM, Tyroler HA, Ephross SA, Arnett DK, Couper D, Light KC, Skelton TN. Blood Pressure Decreases in Response to a Change in Posture: Variations by menopausal Status and Use of Hormone Replacement Therapy among Women in the ARIC Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

58.   Gross M, Schmitz KH, Jacobs DR, Luepker RV, Arnett DK, Wessman J. The Age-Associated Distribution of Serum Alpha-Tocopherol in an Adult Population: The Minnesota Heart Survey. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

59.   Ellison RC, Zhang Y, Knox S, Arnett DK, Province MA. Lifestyle Determinants of HDL-Cholesterol: The NHLBI Family Heart Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

60.   Djousse L, Ellison RC, Pankow S, Arnett DK, Zhang Y, Hong Y, Province M.  Alcohol consumption and plasminogen activator inhibitor type-1 in the NHLBI Family Heart Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL.  Circulation 1999;99(8):1109-1125.

61.   Schmitz K, Arnett D, Folsom A, Liao D, Evans G, Evenson K, Stevens J, Sorlie P. Physical Activity and Arterial Stiffness in the ARIC Study.  American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL.  Circulation 1999;99(8):1109-1125.

62.   Din-Dzietham R, Heiss G, Couper D, Jones D, Liao D, Arnett D, Evans G, Tyroler H. African-Americans have stiffer common carotid arteries (CCA) than European-Americans: The ARIC Study 1987-1992.  Society for Epidemiologic Research, June, 1999.

63.   Feitosa M, Borecki I, Hunt S, Arnett D, Schreiner P, Rao DC, Province M.  The genetics of regional fat distribution phenotypes in the population-based National Heart, Lung, and Blood Institute Family Heart Study (NHLBI-FHS).  International Genetic Epidemiology Society, September, 1999, St. Louis, MO.

64.   Tang W, Devereux R, Province M, Atwood L, Arnett D.  Sibling Correlations of Echocardiographic Left Ventricular (LV) Measurements Derived from Factor Models: The HyperGEN Study.  International Genetic Epidemiology Society, September, 1999, St. Louis, MO.

65.   Arnett DK, Devereux RB, Oberman A, Kitzman DW, Province MA, Rao DC. Comparison of linkage using simple echocardiographic left ventricular (LV) mass versus factor analysis of LV mass in African Americans: The HyperGEN Study.  American Society of Human Genetics 49th Annual Meeting, October, 1999, San Francisco, CA.

67.   Leppert MF, Coon H, Borecki I, Arnett DK, Hunt SC, Province MA, Djousse L, Myers RH.  Analysis of Familial Combined Hyperlipidemia with chromosome 1q21-q23 markers and the APOAI/CIII/AIV gene cluster in the NHLBI Family Heart Study. American Society of Human Genetics 49th Annual Meeting, October, 1999, San Francisco, CA.

68.   Lewis CE, Arnett D, Borecki I, Coon H, Ellison RC, Hunt S, Oberman A, Rich S, Province MA.  Genome-wide linkage analysis of human fatness: The HyperGEN Blood Pressure Study.  American Society of Human Genetics 49th Annual Meeting, October, 1999, San Francisco, CA.

69.   Fisher K, Arnett DK, Atwood L, Hunt S, Coon H, Province M, Rao DC, Myers R, Oberman A, Lewis CE, Heiss G.  A Genome-Wide Linkage Analysis in Hypertensive African American and White Siblings for Loci that Influence Variation in Pulse Pressure: The HyperGEN Network of the Family Blood Pressure Program.  American Society of Human Genetics 49th Annual Meeting, October, 1999, San Francisco, CA.

70.   Dewan AT, Eckfeldt J, Rao DC, Hunt S, Lewis CE, Rich S, Arnett DK.  A genome scan
      for creatinine clearance among hypertensive siblings: The HyperGEN Network of the
      NHLBI Family Blood Pressure Program.  American Society of Human Genetics 49th
      Annual Meeting, October, 1999, San Francisco, CA.

71.   Juhaeri, Stevens J, Chambless LE, Tyroler HA, Rosamond W, Nieto FJ, Arnett D, Jones
      D, Schreiner P.  Associations between weight change and hypertension in a bi-ethnic
      cohort: The ARIC Study.  NAASO (North American Association for the Study of
      Obesity), November, 1999.

72.   Taylor HA, Brown A, Burchfiel C, Clemons T, Arnett D, Skelton T, Garrison R, UNC
      Coord Ctr Rep, Jones D.  Pulse pressure: Potent predictor of coronary disease risk in a
      biracial cohort of normo- and hypertensives.  American Heart Association 72nd Scientific
      Sessions, November, 1999, Atlanta, GA. Circulation 1999;100(18):I-230.

73.   Arnett DK, Devereux RB, Rao DC, Kitzman D, Oberman A, Hopkins P.  A Genome
      Search in Hypertensive African American and White Siblings Detects a Locus Mapping
      to Chromosome 7 that Influences Variation in Left Ventricular Mass: The HyperGEN
      Study.  American Heart Association 72nd Scientific Sessions, Atlanta, GA, November,
      1999, Atlanta, GA. Circulation 1999;100(18):I-193.

74.   Palmieri V, de Simone G, Arnett DK, Bella JN, Liu JE, Kitzman DW, Oberman A,
      Hopkins PN, Fishman D, Devereux RB.  Impact of Lean Body Mass on Left Ventricular
      Mass and Hemodynamics in Obese and Non-Obese Hypertensives: The HyperGEN
      Study.  American Heart Association 72nd Scientific Sessions, November, 1999, Atlanta,
      GA. Circulation 1999;100(18):I-741.

75.   Liao D, Sloan R, Simpson R, Massing MW, Evans G, Arnett DK, Heiss G.  Left
      Ventricular Mass is Associated with Poor Cardiac Autonomic Control: The ARIC Study.
      American Heart Association 72nd Scientific Sessions, November, 1999, Atlanta, GA.
      Circulation 1999;100(18):I-157.

76.   Bella JN, Arnett DK, Kitzman D, Oberman A, Hopkins P, Rao DC, Palmieri V,
      Devereux R.  Gender Difference in Diastolic Function in a Population-Based Sample of
      Hypertensive Adults: The HyperGEN Study.  American College of Cardiology Scientific
      Sessions, March, 2000, Anaheim, CA.

77.   Rose KM, Arnett DK, Ellison RC, Heiss G.  Skip Patterns in Automated Blood Pressure
      Measurements from Three National Heart, Lung, and Blood Institute-Sponsored Studies.
      American Heart Association 40th Conference on Cardiovascular Disease Epidemiology
      and Prevention, March, 2000, San Diego, CA.

78.   Peacock JM, Atwood LD, Arnett DK, Borecki IB, Hunt SC, Myers RH, Pankow JS,
      Hong Y.  Gene-environment interactions in the prediction of HDL cholesterol: Influence
      of waist-hip ratio.  American Heart Association 40th Conference on Cardiovascular