Disease Epidemiology and Prevention, March, 2000, San Diego, CA.  Circulation 2000;101(6):79.

79.    Arnett DK, Dewan AT, Devereux RB, Oberman A, Rao DC.  Linkage of Left Ventricular Systolic Function to Chromosome 11: The HyperGEN Study.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

80.    Tang W, Arnett DK, Devereux RB, Hopkins PN, Oberman A, Province MA, Kitzman DW.  Heritability of Left Ventricular Diastolic Filing in Hypertensive African-Americans and Whites: The HyperGEN Echocardiography Study.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

81.    McGovern PG, Jacobs DR, Shahar E, Arnett DK, Luepker RV.  Trends in Acute Myocardial Infarction Incidence, Case-Fatality, and Medical Care, 1985-1995: The Minnesota Heart Survey.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

82.    Shahar E, McGovern PG, Smith MA, Jacobs DR, Arnett DK, Luepker RV.  Recent Trends in Stroke Mortality Rate, Incidence, and Case-Fatality in Metropolitan Minneapolis-St. Paul, Minnesota: The Minnesota Stroke Survey.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

83.    Djousse L, Pankow JS, Arnett DK, Eckfeldt JH, Province MA, Hunt SC, Coon H, Ellison RC.  Influence of Apolipoprotein E Allele E4 on the Relation of Lewis Blood Group Phenotype to Coronary Heart Disease in the NHLBI Family Heart Study.  American Heart Association, 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

84.    Eigenbrodt M, Rose K, Arnett D, Brown A, Hutchinson R, Jones D.  Orthostatic Hypotension and Incident Stroke, the Atherosclerosis Risk in Communities Study, 1987-96.  American Heart Association, 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

85.    Measurements from Three National Heart, Lung, and Blood Institute-Sponsored Studies.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

86.    Su YR, Rei MC, Cui Y, Hiremath L, Herbert L, Eckfeldt J, Arnett D, Layne M, Carter V, Pun RYK, Menon AG.  The Association of ß-T594M Variant in the Amiloride Sensitive Sodium Channel with Hypertensive Renal Disease.  American Society of Hypertension, May, 2000 New York City, NY.

87.   Arnett DK, Devereux RB, Oberman A, Rao DC.  Linkage of Left Ventricular Systolic Function to Chromosome 11.  Genetics of Experimental and Human Hypertension Symposium, August, 2000, Toledo, OH.

88.   Feitosa MF, Borecki IB, Rich SS, Arnett DK, Sholinsky P, Myers RH, Province MA. Genome scan of body mass index in the National Heart, Lung, and Blood Institute Family Heart Study.  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):49.

89.   Peacock JM, Arnett DK, Atwood LD, Myers RH, Province MA, Coon H, Rich SS, Heiss G. Full Genome Scan of HDL-cholesterol in the NHLBI Family Heart Study (FHS). American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):305.

90.   Tang W, Arnett DK, Devereux RB, Kitzman DW, Rao DC.  A genome-wide linkage analysis of left ventricular diastolic early filing velocity in hypertensive African-Americans and Whites: The NHLBI Family Blood Pressure Program HyperGen Echocardiography Study.  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):305.

91.   Province MA, Hunt SC, Shannon W, Myers RH, Arnett DK, Pankow J, Lewis CE, Rao DC.  Resolution of Linkage Heterogeneity in Complex Traits: Regression Tree Linkage Analysis of Blood Pressure in the NHLBI HyperGEN Study.  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):52.

92.   Arnett DK, Devereux RB, Dewan AT, Oberman A, Province MA, Rao DC.  Suggestive Linkage of Large Artery Compliance to Chromosome 2 and 18 in African Americans: The HyperGEN Study.  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):321.

93.   Arnett DK.  The Genetics of Hypertensive Heart Disease.  UAB School of Medicine, Eleventh Annual Vascular Biology and Hypertension Research Symposium, October, 2000, Birmingham, AL.

94.   Pezeshkian NG, Arnett DK, Rao DC, Devereux RB.  Heritability of aortic root diameter in African Americans and whites: The HyperGEN Study.  American Heart Association 73rd Scientific Sessions, November, 2000, New Orleans, LA.  Circulation 2000;102(18):II-844.

95.   Benjamin E, McNamara RL, Ding J, Arnett DK, Liebson PR, Tyroler HA, Cooper LS, Taylor H, Hutchinson RG, Skelton TN.  Left ventricular mass and prevalent MRI cerebrovascular disease in an African American cohort: The ARIC Study.  American Heart Association 73rd Scientific Sessions, November, 2000, New Orleans, LA. Circulation 2000;102(18):II-586.

96.   Arnett DK, Atwood L, Province MA, Coon H, Pankow J.  Evidence of a Genetic Susceptibility Locus Influencing Interindividual Variation in Triglycerides: The NHLBI Family Heart Study.  American Heart Association 41st Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2001, San Antonio, CA.

97.   Nunez E, Arnett DK, Hannan PJ, Tyroler HA, Jones D, Szklo M.  The Longitudinal Relation Between Pulse Pressure and Age, in Middle-Age and Older Adults in a Population-Based Cohort: The ARIC Study.  American Heart Association 41st Conference on Cardiovascular Disease, Epidemiology and Prevention, March, 2001, San Antonio, CA.

98.   Burchfiel CM, Skelton TN, Andrew ME, Garrison RJ, Arnett DK, Jones DW, Taylor HA.  Insulin Resistance Syndrome and Echocardiographic Left Ventricular Mass in African-Americans.  American Heart Association 41st Conference on Cardiovascular Disease, Epidemiology and Prevention, March, 2001, San Antonio, CA.

99.   Djousse L, Hong Y, Arnett DK, Hunt SC, Heiss G, Ellison RC.  Birth weight and cardiovascular disease: The NHLBI Family Heart Study.  American Heart Association 41st Conference on Cardiovascular Disease, Epidemiology and Prevention, March, 2001, San Antonio, CA.

100.   Taylor HA, Brown AC, Jones DW, Skelton TN, Arnett DK, Clemons TL, Clark BL, Criqui MH.  Pulse Pressure and Prevalence of Peripheral Arterial Disease: The Atherosclerosis Risk in Communities (ARIC) Study.  American Heart Association 41st Conference on Cardiovascular Disease, Epidemiology and Prevention, March, 2001, San Antonio, CA.

101.   Nunez E, Arnett DK, Benjamin EJ, Liebson PR, Skelton TN, Tyroler HA, Taylor H, Szklo M.  Continuous Relation in Risk Between LV Mass and Cardiovascular Disease Incidence in African-Americans.  American Heart Association 41st Conference on Cardiovascular Disease, Epidemiology and Prevention, March, 2001, San Antonio, CA.

102.   Arnett DK, Devereux RB, Kitzman D, Oberman A, Hopkins P, Rao DC.  Linkage of Multiple Echocardiographic Phenotypes to Chromosome 4: The HyperGEN Study.  International Genetic Epidemiology Society, September, 2001, Germany.

103.   Lin JP, Sholinsky P, Coon HH, Hunt SC, Myers RH, Arnett DK.  Linkage between cholesterol 7 a-hydroxylase (CYP7) gene and low-density lipoprotein cholesterol (LDL-C) in increased CHD risk Caucasian families-The NHLBI Family Heart Study.  51st Annual Meeting of the American Society of Human Genetics, October, 2001, San Diego, CA.  Am J Hum Genet 2001;69(4):532.

104.   Lynch AI, Arnett DK, Atwood LD, Devereux RB, Kitzman DW, Hopkins PN, Oberman A, Rao DC.  A genome scan of aortic root diameter in hypertensive African Americans and Whites in the HyperGEN Study.  51st Annual Meeting of the American Society of Human Genetics, October, 2001, San Diego, CA.  Am J Hum Genet 2001;69(4):500.

105.  Pankow JS, Province MA, Hunt SC, Arnett DK.  Little evidence for bias due to population stratification in a population-based study of non-Hispanic blacks and whites. Presented at the 51st Annual Meeting of the American Society of Human Genetics, October, 2001, San Diego, CA.  Am J Hum Genet 2001;69(4):412.

106.  Weis KA, Arnett DK, Tsai MY, Coon H, Heiss G, Atwood LD, Hong Y.  Genome Scans for Apolipoproteins A-I and B in the NHLBI Family Heart Study (FHS).  51st Annual Meeting of the American Society of Human Genetics, October, 2001, San Diego, CA. Am J Hum Genet 2001;69(4):527.

107.  Lee S, Harnack L, Schakel S, Duval S, Arnett D, Luepker R.  Secular trends in the trans-fatty acid composition of the diet in a metropolitan area:  The Minnesota Heart Survey. FASEB Journal 16(5): March 22, 2002; A750.

108.  Arnett, DK, Lynch A, Miller MB, Devereux RB, Kitzman D, Province D, Rao DC. Linkage of Left Ventricular Structural Phenotypes to Chromosome 7: The HyperGEN Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

109.  Barber C, Duval S, Arnett DK, Shah GS, Luepker RV.  Trends in Hormone Replacement Therapy and Cardiovascular Heart Disease Risk Factors in Post-Menopausal Women: The Minnesota Heart Survey (1990-92 through 1995-97).  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

110.  Taylor H, Andrew M, Samdershi T, Skelton T, Clark B, Arnett D, Garrison R, Jones D. Aortic Valve Sclerosis and Coronary Heart Disease in the atherosclerosis Risk in Communities (ARIC) Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

111.  Luepker RV, Arnett DK, Zheng ZJ, Shah G, Shahar E.  Prevalence of Peripheral Arterial Disease in the General Population Measured by Ankle Brachial Blood Pressure Index. American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

112.  Nunez E, Arnett DK, Tyroler HA, Jones D, Szklo M.  The Longitudinal Relation Between Pulse Pressure and Carotid Arterial Wall Thickness in Middle-Age and Older Adults in a Population-Based Cohort: The ARIC Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

113.  Nunez E, Arnett DK, Benjamin EJ, Liebson PR, Skelton TN, Taylor H.  Cornell Voltage Left Ventricular (LV) Hypertrophy Does Not Add Incremental Prognostic Value Beyond Echocardiographic Criteria in African-Americans: The ARIC Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

114.    Pankow JS, Rich SS, Province MA, Arnett DK, Hunt SC, Djousse L.  Genome scan for plasma PAI-1 and fibrinogen levels in the NHLBI Family Heart Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

115.    Shah GS, Arnett D, Schmitz KH, Himes JH, Duval SJ, Luepker RV.  Secular Trends in Body Mass Index (BMI) and Obesity: The Minnesota Heart Survey, 1980-82 through 1995-97.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

116.    Steffen LM, Arnett DK, Shah G, McGovern PG, Luepker RV, Jacobs DR.  Trends in Leisure Time Physical Activity: The Minnesota Heart Survey, 1980-97.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

117.    Tang W, Arnett DK, Devereux RB, Kitzman DW, Wall M, Oberman A, Hopkins PN, Rao DC.  Linkage Analysis of a Composite Factor for Left Ventricular Structure and Function: The Hypertension Genetic Epidemiology Network Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

118.    Tang W, Devereux RB, Kitzman DW, Province MA, Leppert M, Oberman A, Hopkins PN, Arnett DK.  Associations Between Beta-2 Adrenergic Receptor Gene Polymorphism and Left Ventricular Systolic Function: The Hypertension Genetic Epidemiology Network Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

119.    Lynch AI, Miller MB, Devereux RB, Kitzman D, Province M, Rao DC, Arnett DK.  Linkage of Left Ventricular Structural Phenotypes to Chromosome 7: The HyperGEN Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

120.    Peacock JM, Arnett DK, Atwood LD, Myers RH, Coon H, Rich SS, Province MA, Heiss G.  Replication of linkage to High Density Lipoprotein cholesterol in the NHLBI Family Heart Study (FHS).  Presented at the National Heart, Lung, and Blood Institute Cardiovascular Epidemiology, Biostatistics and Behavioral Medicine Training Session, 23 April 2002, Honolulu, HI.

121.    de Simone G, Devereux RB, Palmieri V, Bella JN, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Arnett DK.  Prediction of compensatory left ventricular mass by height or fat-free mass using different method to evaluate stroke volume: The HyperGEN Study. American Heart Association Scientific Sessions, November 2002.

122.    Kizer JR, Arnett DK, Bella JN, Paranicas M, Rao DC, Province MA, Oberman A, Kitzman DW, Hopkins PN, Roman MJ, Devereux RB.  Interplay of Race, Vascular Parameters and Left Ventricular Structure in Hypertensive Adults.  American Heart Association Scientific Sessions, November 2002.

123.   Astor BC, Arnett DK, Brown A, Coresh J.  Left ventricular morphology associated with reduced kidney function and anemia in African Americans: The Atherosclerosis Risk in Communities (ARIC) Study.  American Heart Association Scientific Sessions, November 2002.

124.   Luepker RV, Arnett D, Jacobs D, Shahar E.  Population Trends in Knowledge About Cardiovascular Disease Prevention.  American Heart Association Scientific Sessions, November, 2002.

125.   Shah, GS, Arnett DK, Jacobs Jr DR, Luepker RV.  Are Observed Trends in the Prevalence of Regular Use of Aspirin for Primary Prevention of Coronary Heart Disease Desirable? The Minnesota Heart Survey Experience: 1980-82 to 1995-97.  Submitted to the American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology, March, 2003, Miami Beach, FL.

126.   Tang W, Rich SS, North KE, Pankow JS, Miller MB, Borecki IB, Myers RH, Hopkins PN, Leppert M, Arnett DK.  Linkage analysis of a composite factor for the multiple metabolic syndrome (MMS): The NHLBI Family Heart Study.  National Heart, Lung, and Blood Institute Cardiovascular Epidemiology, Biostatistics and Behavioral Medicine Training Session, American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2003, Miami Beach, FL.

127.   Pankow JS, Insulin Resistance and CVD Risk Factors in Children of Parents with the Insulin Resistance Syndrome.  American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention in association with the Council on Nutrition, Physical Activity and Metabolism.  March, 2003, Miami Beach, FL.

128.   Rose KM, Eigenbrodt ML, Biga RL, Arnett DK, Couper DJ, Light KC, Sharrett AR.  Orthostatic Hypotension Predicts All Cause Mortality in Middle-Aged Adults: The ARIC Study.  American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention in association with the Council on Nutrition, Physical Activity and Metabolism.  March, 2003, Miami Beach, FL.

129.   Kizer JR, Arnett DK.  Relations of ethnicity and vascular parameters to left ventricular structure in hypertensive adults: The HyperGEN Study.  American College of Cardiology Scientific Sessions, Spring, 2003.

129.   Harnack L, Steffen L, Arnett D, Luepker R.  Accuracy of estimation of large food portions.  Experimental Biology 2003, April, 2003, San Diego, CA.

130.   Lee S, Harnack L, Jacobs D, Steffen L, Arnett D, Luepker R.  Evaluation of dietary phytic acid as a proxy measure of whole grain consumption.  Experimental Biology 2003, April, 2003, San Diego, CA.

131.   Agno FS, Chinali M, Bella JN, Liu JE, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Devereux RB.  Prevalence and Correlates of Aortic Valve Sclerosis in

Hypertensive Adults: The HyperGEN Study.  American Society of Hypertension.  May, 2003, New York, NY.

133.   Hunt SC, Arnett DK, Eckfeldt JH, Ellison RC, Heiss G, Leppert MF, Rao DC. Sequential Linkage Analysis of AGT and Hypertension: The HyperGEN Study. Submitted, American Heart Association's 57th Annual Fall Conference – Council for High Blood Pressure Research in Association with the Council on Kidney in CV Diseases.  September, 2003, Washington DC.

134.   Miller MB, Tang W, Province M, Hunt S, Arnett D.  Sequential QTL Mapping by Variance Components in Ordered Subsets.  IGES.  November, 2003, Redondo Beach, CA.

135.   Steffen LM, Lin E, Harnack L, Arnett DK.  Parental body mass index and television watching is associated with offspring body mass index and television watching:  The Minnesota Heart Survey (MHS).  American Heart Association Scientific Sessions, November, 2003.

136.   Agno FS, Chinali M, Bella JN, Liu JE, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Devereux RB.  Prevalence and Correlates of Mitral Annular Calcification in Hypertensive Adults: The HyperGEN Study.  American Heart Association Scientific Sessions, November, 2003.

137.   Chinali M, de Simone G, Liu JE, Bella JN, Oberman A, Hopkins PN, Kitzman D, Rao DC, Arnett D, Devereux RB.  Left Atrial Systolic Force Influences Ventricular Geometry and Function in Hypertension: The HyperGEN Study.  American Heart Association Scientific Sessions, November, 2003.

138.   Cushman M, Brown E, Tsai M, Psaty B, Arnett D, Jacobs D, Goff D, Wong N, Kondos G.  Associations of Novel Cardiovascular Risk Markers with Coronary Artery Calcium: the Multiethnic Study of Atherosclerosis.  American Heart Association Scientific Sessions, November, 2003.

139.   Arnett DK, Jacobs D, Luepker RV.  Twenty Year Secular Trends in Serum Cholesterol, Hypercholesterolemia, and Cholesterol-Lowering Medication Use: The Minnesota Heart Survey.  American Heart Association Scientific Sessions, November, 2003.

140.   Rose KM, North KM, Arnett DK, Ellison RC, Hunt SC,  Lewis CE, Tyroler HA. Difference in Estimates of Systolic Blood Pressure Response to Three Stressors. American Heart Association Scientific Sessions, November, 2003.

141.   Freedman BI, Beck SR, Rich SS, Lewis CE, Turner S, Province MA, Schwander KL, Arnett DK, Mellen BG.  A Genome-Wide Scan for Urinary Albumin Excretion in Hypertensive Families.  Presented at the ISN, June 2003 and the ASN, October 2003.

142.    Barber CA, Arnett DK, Margolis K, Bengsten S, Dehn K, Luepker RV.  Impact of the Women's Health Initiative: Survey of postmenopausal women that are hormone replacement therapy users: The Minnesota Heart Survey (2000-2002).  Presented at the American Public Health Association (APHA) Annual Meeting, November, 2003.

143.    Agno FS, Liu JE, Bella JN, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Devereux RB.  Prevalence and Correlates of Mitral Annular Calcification in Hypertensive Adults: The HyperGEN Study.  Submitted, American Heart Association Scientific Sessions, November, 2003.

144.    Duval S, Arnett DK, Armstrong CJ, Jacobs DR, Luepker RV.  Trends in Cigarette Smoking: The Minnesota Heart Survey, 1980-82 through 2000-02.  American Heart Association Scientific Sessions, November, 2003.

145.    Tsai MY, Georgopoulos A, Otvos JD, Ordovas JM, Hanson NQ, Peacock JM, Arnett DK.  Comparison of Ultracentrifugation, Nuclear Magnetic Resonance Spectroscopy and Isolation of Remnant-like Particles in Analysis of Triglyceride-Rich Lipoproteins.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

146.    Heckbert SR, Arnett DK.  Traditional cardiovascular risk factors in relation to left ventricular mass and function by magnetic resonance imaging: the Multi-Ethnic Study of Atherosclerosis.  American Heart Association Epidemiology Council, March 3-7, 2004.

147.    Harnack L, Lee S, Steffen L, Jacobs D, Armstrong C, Arnett DK, Luepker RV.  Trends in the Macronutrient Distribution and Fatty Acid Composition of the Diet Among Adults in the Minneapolis St. Paul, MN Metropolitan Area.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

148.    Leon JM, Freedman BI, Miller MB, North KE, Hunt SC, Eckfeldt J, Ellison RC, Lewis CE, Kraja A, Arnett DK.  Evidence for a pleiotrophic locus on chromosome 7 affecting glomerular filtration rate and urinary microalbumin in African Americans: The HyperGEN Study.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

149.    Duval SJ, Arnett DK, Armstrong CJ, Jacobs DR, Luepker RV.  Trends in Cigarette Smoking: The Minnesota Heart Survey, 1980-82 through 2000-02.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

150.    Artz MB, Harnack LJ, Armstrong C, Duval SJ, Arnett DK, Luepker RV.  Prevalence of Use of Over-the-Counter, Vitamin, and Herbal Medications for Cardiovascular Health by Adults in the Minneapolis-St. Paul, Minnesota Metropolitan Area.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

151.   Djousse L, Pankow JS, Arnett DK, et al.  Apolipoprotein E Polymorphism Modifies the
       Alcohol-HDL Association in the NHLBI Family Heart Study.  American Heart
       Association 44th Annual Conference on Cardiovascular Disease Epidemiology and
       Prevention, March 3-7, 2004.

152.   North KE, Borecki IB, Miller MB, Arnett D, Coon H, Ellison RC, Hunt SC, Oberman A,
       Rich SS, Province MA, Lewis CA.  Genotype by sex interaction in the pathogenesis of
       obesity: Evidence for sex specific QTLs in male and female participants of the
       HyperGEN study.  American Heart Association 44th Annual Conference on
       Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

153.   Avery CL, Freedman BL, Heiss G, Kraja A, Rice T, Arnett D, Miller MB, Pankow J,
       Almasy L, Lewis CE, Myers R, Hunt SC, North KE.  Linkage analysis of diabetes
       susceptibility among hypertensive families: the HyperGEN study.  American Heart
       Association 44th Annual Conference on Cardiovascular Disease Epidemiology and
       Prevention, March 3-7, 2004.

154.   Tang W, Arnett DK, Devereux RB, Panagiotou D, Province M, Gu C, Ferrell RE.
       Identification of a Novel 5-bp Deletion in Calcineurin B (PPP3R1) Promoter Region and
       Its Association with Left Ventricular Hypertrophy.  American Heart Association 44th
       Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7,
       2004.

155.   Fermin D, Tang W, Devereux R, de Simone G, Kitzman D, Hopkins P, Oberman A,
       Province M, Arnett D.  Association of Inappropriate Left Ventricular Mass with
       Polymorphisms in $\alpha$-Adducin, $\beta$-Adrenergic Receptor, Angiotensinogen and ACE:  The
       HyperGEN Study.  American Heart Association 44th Annual Conference on
       Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

156.   Steffen LM, Jacobs DR, Harnack L, Armstrong C, Luepker RV, Arnett DK.  Ten-year
       trends in waist circumference: The Minnesota Heart Survey, 1990 to 2000.  American
       Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and
       Prevention, March 3-7, 2004.

157.   Chinali M, Bella JN, Liu JE, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC,
       Devereux RB.  Association of Mitral Annular Calcification and Aortic Valve Sclerosis with Left
       Ventricular Geometry and Function in Hypertensive Adults: The HyperGEN Study.   American
       Society of Hypertension, May 22, 2004.

158.   Li Z, Devereux RB, Liu JE, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Arnett DK.
       Prevalence and Correlates of Aortic Regurgitation in Hypertensive Patients: The HyperGen
       Study.  Poster presentation - 16th Annual Scientific Sessions of the American Society of
       Echocardiography

159.   North K; Brown M; Hunt S; Borecki I; Lewis CE; Arnett DK; Province M; Miller M; Freedman B; Myers R.  Genotype by sex interaction in the joint regulation of fasting insulin concentration and waist circumference: The HyperGEN Study.  Poster presentation – 65th Scientific Sessions of the American Diabetes Association, June 13, 2005

160.   R.J. Straka, R.T. Burkhardt, M. Tsai, J.M. Peacock, S.H. Stephenson, P.M. Hopkins, B. Staels, D.K. Arnett.  Fenofibrate (Fenofibric acid) exposure and magnitude of Triglyceride (TG) response from NHLBI sponsored Genetics of Lipid Lowering Drugs and Diet Network (GOLDN) Study.  International Symposium On Triglycerides And Hdl: Role In Cardiovascular Disease And The Metabolic Syndrome New York Marriott Marquis New York, NY (USA) July 14-17, 2005

167.   Donna Arnett, Barry Davis, Charles Ford, Eric Boerwinkle, Cathie Leiendecker-Foster, Michael Miller, Henry Black, John Eckfeldt, The ALLHAT Collaborative Research Group.  American Society of Hypertension Twentieth Annual  Scientific Meeting.  May 14-18, 2005.  The San Francisco Marriott San Francisco, California.

168.   Paul Hopkins, John Eckfeldt, Yongmei Liu, Thomas Register, Richard Myers, Donna Arnett, James Hixson.  Genome-wide scans for loci affecting MCP-1 and ICAM-1 levels in the NHLBI Family Heart Study Follow-up Examination.  American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

169.   Aldi Kraja, Mike Miller, Jim Pankow, Donna Arnett, Beth Lewis, Karen Mohike, Rick Myers, Steven Hunt, Laura J. Scott.  Evidence for association between /TNRC6B/ and type 2 diabetes under a chromosome 22 linkage peak:  the HyperGEN study.  American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006

170.   KE North, CL Avery, LA Lange, RH Myers, CE Lewis, D Arnett, U Boreckel, R. Kraemer, SC Hunt, MB Miller, IB Borecki.  Evidence for association between a SNP at 12q24.3 and FAT and BMI under a chromosome 12 linkage peak: the HyperGEN study.  American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

171.   Straka RJ, Burkhardt RT, Li N, Tsai MY, Peacock JM, Stephenson SH, Hopkins PM, Arnett DK.  Fenofibric acid Exposure and Determinants of Triglyceride response form NHLBI sponsored Genetics of Lipid Lowering Drugs and Diet Network (GOLDN) Study.  Clinical Pharmacology and Therapeutics, 2006; 79 (2), P37

172.   Peacock JM, Pankow JS, Straka RJ, Tsai MY, Ordovas JM, Province MA, Arnett DK, Fenofibrate Exposure and Inflammatory Response in the NHLBI Genetics of Lipid-Lower Drugs and Diet Network Study. American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

173.   Djousse L, Hunt SC, Eckfeldt JH, Arnett DK, Province MA, Ellison RC. Alcohol Consumption and Atrial Natriuretic Peptide in the HyperGEN Study. American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

174.   Bielinski SJ, Pankow JS, Hopkins PN, Eckfeldt JH, Hixon J, Liu Y, Register T, Myers RH, Arnett DK. Genome-Wide Scans for :Loci Affecting MCP-1 and ICAM-1 Levels in the NHLBI Family Heart Study Follow-up Examination.  American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

175.   Arnett DK, Broeckel U, Li N, Rao DC. Novel Genes for Left Ventricular Hypertrophy identified by Genome-Wide SNP Association Testing:  The HyperGEN Study. American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

176.   Avery CL, Mohike KL, Freedman BI, Kraja AT, Arnett DK, Miller MB, Pankow, JS, Lewis CE, Myers RH, Baird L, Leppert M, Hunt SC, Bergman RN, Tuomilehto J, Collins FS, Scott, LJ, Boehnke M, North KE. Evidence for Association Between TNRC6B and Tupe 2 Diabetes Under a Chromosome 22 Linkage Peak: The HyperGEN Study. American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

*Letters*

1.   Smith MA, Doliszny KM, Shahar E, McGovern PG, Arnett DK, Luepker RV.  Delayed Hospital Arrival for acute Stroke: The Minnesota Stroke Survey.  (Letter to Editor)  Ann Intern Med 1999;130(4 Pt 1):328.

*Teaching Experience at the University of South Florida*

|  | Year(s) |
|---|---|
| Epidemiology (core course for MPH) | 1991 |
| Research Methods in Epidemiology | 1992 |
| Ethnicity in Epidemiology | 1992 |

*Teaching Experience at the University of Minnesota*

|  | Year(s) |
|---|---|
| Epidemiology II: Strategies and Methods | 1995 - 1999 |
| Epidemiology IV: Seminar in Epidemiology | 1996 - 1997 |
| Genetic Epidemiology | 1998, 1999, 2002, 2003 |
| Epidemiology I | 1999, 2000 |

### *Invited Lectures*

1992   Ethnic and Gender Contrasts in Hypertension.  American College of Clinical Pharmacology, Washington, DC

1993   Hypertension in Women.  Cardiology Update '93, Orlando, FL

1993   Ethnic and Gender Bias in Clinical Trials.  American College of Clinical Pharmacology, Boston, MA

1993   Multiple Fisk Factor Clustering in the ARIC Study.  Joint CARDIA/ARIC/CHS Meeting, Bethesda, MD

1994   Gender Differences in Cardiovascular Disease.  Cardiology Update '94, Orlando, FL.

1995   Estrogen Replacement Therapy in Postmenopausal Women.  Cardiology Update '95, Orlando, FL

1997   Electrocardiography Estimates of LVH in African Americans: The ARIC and Charleston Studies.  NIH Conference on ECG Databases, Bethesda, MD

1999   Getting the Right Drug to the Right Patient: Applications from Pharmacogenetics and Pharmacogenomics.  Clinical Laboratory Science, Spring Collaborative Meeting, Duluth, MN

2000   Epidemiology and Genetics of Arterial Stiffness.  University of Minnesota, Faculty Development Conferences.  Dallas, TX; Orlando, FL; Phoenix, AZ

2000   Grand Rounds, Fairview University.  The Genetics of Left Ventricular Hypertrophy in Hypertension.

2000   Molecular Genetics of Hypertension.  International Society of Hypertension.  Bethesda, MD

2001   Relationship of Arterial Stiffness and Hypertension.  Second Virtual Congress of Cardiology

2002   Life Sciences Student Lecture.  University of Minnesota.  Contact: Elizabeth Paulson, Biology Colloquium TA

2002   Cardiology Grand Rounds, Northwestern University Medical School, Chicago, IL

2002   Cardiology Grand Rounds, Boston University School of Medicine, Boston, MA

2002   American Society of Hypertension's 70th Annual Scientific Meeting, New York, NY

2002   Grand Rounds, Washington University, St. Louis, MO  (Victor Davila)

2002   AACTG Genomics Presentation, Washington DC

2003   Presented at the Thirteenth in the Series, "On Doctoring, Science, Medicine and the Social Fabric".  Genes "R" Us: Medical and Social Issues in Genomics, Minneapolis, MN

2004   AHA Scientific Sessions 2004, "Who will counsel the patients about the results of genetic tests?", New Orleans, LA

### *Professional Service*

#### *Service to state committees*

1992-1994     American Heart Association, Florida Affiliate, Community Programs Committee Chair

| 1993 | American Heart Association, Florida Affiliate, Research Peer Review Committee |
| 1994 | Institutional Review Board, JAEB Center for Health Research, Inc. |
| 1996 | Community Blood Pressure Screening, Pillsbury House |
| 1998 | American Heart Association, Minnesota Grassroots Network |
| 2001-Present | The Minnesota Cardiovascular Health Initiative |
| 2004 – Present | UAB Clinical Nutritional Research Center, Senior Scientist |

*Service to national committees (American Heart Association)*

| 1995 | Reviewed abstracts and moderated session at the 35th Annual American Heart Association Council on Epidemiology and Prevention |
| 1995 | Reviewed abstracts at the 36th Annual American Heart Association Council on Epidemiology and Prevention |
| 1996-1999 | American Heart Association Council on Epidemiology and Prevention, Long Range Planning Committee |
| 1997-1999 | American Heart Association Executive Committee, Epidemiology and Prevention Council |
| 1997-2001 | American Heart Association Task Force on Council and Affiliate Relations |
| 1997-Present | Faculty, American Heart Association's Ten-Day Seminar on the Epidemiology and Prevention of Cardiovascular Diseases, Tahoe City, CA |
| 1998-1999 | Member, American Heart Association Council on Epidemiology and Prevention, Program Committee |
| 1998-2000 | Member, American Heart Association Behavioral Science, Epidemiology and Prevention Research Committee |
| 1998-2001 | Member, American Heart Association Scientific Sessions Program Committee, Epidemiology and Prevention Council |
| 1999-2000 | Member, American Heart Association Affiliate Behavioral Science, Epidemiology and Prevention Research Committee |
| 1999-2002 | Member, American Heart Association Council on Epidemiology and Prevention, Working Group on the Council on Epidemiology and Prevention in the 21st Century |
| 2000-2001 | Member, American Heart Association Expert Panel on Translational Genomics |
| 2000-2002 | Vice-chair, American Heart Association Council on Epidemiology and Prevention, Program Committee |
| 2001 | Member, American Heart Association Science Classification Task Force |
| 2002 | Member, American Heart Association Affiliate Behavioral Science, Epidemiology and Prevention Research Committee |
| 2002-Present | Member, American Heart Association Distinguished Fellows Task Force |
| 2002-Present | Chair, American Heart Association Functional Genomics Interdisciplinary Working Group |
| 2003 | Member, American Heart Association Committee of Scientific Sessions Program (CSSP) |
| 2003-Present | Council of Epidemiology Leadership Committee |
| 2003-Present | Scientific Advisory Committee (SACC) (national level advisory group to AHA Board of Directors) |

| 2003 – Present | 2nd International Conference on Women and Cardiovascular Disease, Program Committee Chair |
| 2003 – Present | Writing Group on Future of Genomics in Clinical Cardiology, Chair |
| 2004 – 2005 | Member, American Heart Association Council Operations Committee |
| 2004 – Present | Editorial Board of the AHA Journal of Epidemiology |
| 2005 – 2006 | Liaison, Council on Epidemiology and Prevention |
| 2006 – 2007 | Associate Editor, American Heart Association Learning Library |
| 2006 – 2008 | Member, American Heart Association Expert Panel on Subclinical Atherosclerotic Disease and Emerging Risk Factors (EP/SAD/ERF) |
| 2007 - | World Congress on Heart Disease 2007 – the 13th Annual Scientific Sessions of the International Academy of Cardiology, Vancouver, B.C., Canada |

*Service to national committees (Government)*

| 1994-Present | Food and Drug Administration Special Government Employee |
| 1995 | National Institutes of Aging, Panel for Concept Clearance for Program Project on Arterial Stiffness |
| 1995 | National Institutes of Aging Special Emphasis Panel on arterial stiffness |
| 1995 | National Heart, Lung, and Blood Institute, Planning Committee, Conference on Electrocardiography in Epidemiologic Studies |
| 1996-1997 | National Heart, Lung, and Blood Institute, Planning Committee, Conference on Electrocardiography in Epidemiologic Studies |
| 1997-1998 | National Heart, Lung, and Blood Institute Training Grant Reviewer |
| 1997-2000 | National Heart, Lung, and Blood Institute, Program Project Reviewer |
| 1998 | National Heart, Lung, and Blood Institute Workshop: Genetic Basis of Variability in the Progression and Outcome of Heart, Lung, and Blood Diseases, Special Emphasis Panel |
| 2001 | National Heart, Lung, and Blood Institute Task Force on Research in Prevention of Cardiovascular Disease |
| 2002 | National Institutes of Health, Epidemiology & Disease Control (EDC) -1, Member |
| 2003 | Member, Program Project Review |

*Journal editorial activities*

| 1997-Present | Associate Editor, American Journal of Epidemiology |

**Consultantships**

University of Mississippi, Jackson, MS.  Oversee the quality control program for the collection of echocardiography as part of the Atherosclerosis Risk in Communities (ARIC) Study.

University of Mississippi Medical Center, Jackson. MS.  Developing the design for the family study in the upcoming examination for the Jackson Heart Survey.

Department of Veterans Affairs, Office of External Reviews.  Reviewer of a proposal titled "Genetic Markers of Hypercoagulability in Atherosclerosis".

Constella Health Sciences, Bethesda, MD.  Chair of publications committee for the GENELINK project.

Constella Health Sciences, Bethesda, MD.  Scientific Consultant Team.

# EXHIBIT  B

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY WAYNE DEDRICK, an Individual, | * * | MDL DOCKET No. 1657 |
| | * | |
| Plaintiff, | * * | SECTION L - DIVISION 3 |
| | * | JUDGE FALLON |
| v. | * * | |
| | * | MAG. JUDGE KNOWLES |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | CASE NO. 2:05CV2524 |

## EXPERT WITNESS REPORT OF DONNA K. ARNETT, Ph.D, M.S.P.H. PLANTIFF ANTHONY DEDRICK

My name is Donna K. Arnett, Ph.D, M.S.P.H. I have been retained by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. as an expert witness in the case of Anthony Dedrick vs. Merck and Company, Inc. I have been asked to render an opinion concerning epidemiological issues surrounding Merck's drug Vioxx. I understand that this report is being submitted to the United States District Court for the Eastern District of Louisiana in accordance with Rule 26 (a)(2)(B) of the Federal Rules of Civil Procedure and as a disclosure of myself as an expert witness in this matter.

### Professional Background and Qualifications

My educational background, qualifications, experience and publications are set forth in my curriculum vitae, a copy of which is attached to this report as Exhibit A. I am currently the Chair, as well as a Professor, for the Department of Epidemiology, School of Public Health at the University of Alabama at Birmingham. I received my Ph.D. in epidemiology from the University of North Carolina Chapel Hill and a master's degree in biostatistics and epidemiology from the University of South Florida. My primary research area is



EXHIBIT

B

cardiovascular and genetic epidemiology and I have conducted significant research in pharmacogenetics as well. I have broad expertise in reference to cardiovascular system pathophysiology. I have published on the issue of arterial stiffness and endothelial function as risk factors for cardiovascular disease. Further, I have received education on the topics of pathophysiology and vascular biology. In fact, my dissertation concerned ventricular coupling wherein I evaluated the effect of vascular compliance in relation to cardiovascular outcomes. My current research involves the genetic epidemiology of atherosclerosis hypertension and target organ damage from hypertension.

I am currently as Chair of the Programs Subcommittee of the Research Committee for the American Heart Association (AHA). I am the immediate past Chair of the AHA Functional Genomics Interdisciplinary Working Group (IWG) and serve as a Liaison to the Council of the Epidemiology Leadership Committee. Until July of this year when I rotated off of my term as Chair of the Functional Genomics IWG, I served on the Scientific Advisory Committee (SACC) which is a national level advisory group to the AHA Board of Directors that has responsibility for overseeing all scientific matters relative to the AHA. I am a member of the strategic planning panel for the American Heart Association and the National Heart Lung and Blood Institute.

I am on the Editorial Board of the American Journal of Epidemiology and serve as a consulting editor for the journal Circulation. I have published about 200 peer-reviewed articles.

I have been the Principal Investigator and Co-Investigator on numerous research grants funded by the National Institutes of Health (NIH). I also serve as a volunteer scientist reviewing grants for NIH. I have also served as a member of the Data Safety Monitoring Board for the NIH sponsored AIM High clinical trial. I am a recent grant recipient from NIH in

reference to the Hypergen:  Genetics of Left Ventricular Hypertrophy. I am also currently a Special Government Employee for the Food and Drug Administration.  I have previously served as a consultant for Merck in reference to Cox-2 inhibitors.

**Issues Addressed and Opinions**

The basis for my opinions expressed herein is derived from my education, training, research, experience, and review of the peer-reviewed medical literature and other publicly available documents concerning Vioxx and its relationship to cardiovascular problems. In developing my opinions in this case, I am relying primarily upon the Vioxx related published literature, the meta-analysis conducted by Merck, the major Vioxx related studies conducted by Merck and FDA published Vioxx related documents. I have spent over 100 hours reviewing literature and documents related to Vioxx.

Based upon my review of the above specified documents, I have developed the following opinions in this case: (1) Vioxx is cardiotoxic; (2) the cardiovascular risk from Vioxx is present in short term usage and is continuous; and (3) the VIGOR results demonstrated a significant heart attack risk which should have been clearly communicated to the scientific community, physicians, patients and the public.. I have developed these opinions utilizing the normal methodology that I exercise as a cardiovascular epidemiologist in the ordinary scope of my practice. Further, I state these opinions to a reasonable degree of scientific certainty.

In further substantiation of these opinions, I would note the following points that were important in my development in these opinions. The ingestion of Vioxx is associated with an increased risk of cardiovascular events. Such a finding is consistent with a review of the confirmed cardiovascular thrombotic events, investigator reporter events and APTC events

delineated within the major Vioxx clinical trials. Moreover, there was compelling evidence of the cardiovascular risk associated with Vioxx from the inception of the development program. For example, protocols 010 and 017 noted an increase in Vioxx participant blood pressure. Later, protocol 023 confirmed the previously hypothetical deleterious mechanism of action whereby the reduction of prostacyclin through Vioxx ingestion would tip users towards a prothrombotic state. The totality of the evidence up to this point in time, contributed a "red flag" for cardiovascular risk.

The inherent cardiovascular risk of Vioxx was acknowledged by Merck through the dissemination and filing of patents which describe a Coxib/anti-thrombotic combination product. These patents further delineate the cardiovascular risk associated with unopposed Cox-2 inhibition consistent with the above mechanism of action.

This cardiovascular hazard, which should have been recognized by Merck prior to the approval of Vioxx, was both confirmed and consistently replicated in subsequent studies. The well known VIGOR study revealed a five fold increase in myocardial infarctions for Vioxx users compared to Naproxen users. The short term (i.e., twelve week) ADVATAGE study, which involved one-half the Vioxx dosage utilized in the VIGOR study, is evidence of the consistency of the hazard associated with Vioxx. The ADVATAGE study was inappropriately powered to collect cardiovascular events, yet detected the cardiotoxicity of Vioxx. For example, APTC adverse events were 7 to 1 in favor of the comparator. Similarly, acute myocardial infarctions were 5 to 1 in favor of the comparator in ADVATANGE. Numerous other studies conducted by Merck clearly established and replicated the cardiovascular hazard associated with Vioxx (e.g., 090, APPROVE and VICTOR).

Despite the consistency of the evidence establishing the cardiotoxicity of Vioxx, Merck failed to adequately warn the public, as well as the prescribing physician population of the cardiovascular risk associated with Vioxx. For example, there should have been a clear description of the findings of a cardiovascular risk associated with Vioxx delineated in the medical literature. Explicit articulation of the excess cardiovascular risk of Vioxx should have been enunciated in the medical literature, especially the VIGOR publication by Bombardier. There should have been a table in the Bombardier paper devoted to cardiovascular disease; unfortunately, there was not. This paper should have also labeled the effects seen in VIGOR as being attributable to Vioxx's cardiotoxicity instead of attribution of the difference to the unsubstantiated and now defunct allegations of Naproxen cardioprotection. The totality of the data prior to VIGOR, coupled with the VIGOR findings, clearly established the cardiotoxicity of Vioxx. Moreover, the ADVANTAGE study should have been published in a more expeditious fashion so as to warn of the cardiovascular risk associated with Vioxx. For example, the ADVATAGE study was completed near in time to the completion of the VIGOR trial, but was not published until June of 2005.

The FDA warned Merck that: (1) there was a cardiovascular risk associated with Vioxx and that additional research needed to be done to define the risk; (2) that the Naproxen hypothesis was not a salient explanation for VIGOR; and (3) there was inadequate power to detect cardiovascular events in the Alzheimer's and Osteoarthritis studies. Indeed, utilizing my epidemiological expertise I have conducted my own power calculations in reference to Merck's studies. I have concluded that both the Alzheimer's and Osteoarthritis studies were underpowered to detect cardiovascular hazards. Moreover, the meta-analysis conducted by Merck and published the Konstam article had less than a 5% chance of finding the correct

answer about whether Vioxx was causally related in terms of increased cardiovascular risk. Such a study is patently unreliable and Merck's continued reliance upon this meta-analysis to argue the cardiovascular safety of Vioxx is misplaced.

Finally, Merck sponsored studies clearly reveal that the hazard associated with Vioxx manifests itself quickly after initial ingestion. Protocols 090 and ADVANTAGE were both short term studies (i.e., 6 weeks and 12 weeks respectively) that revealed early onset cardiovascular problems with Vioxx. VIGOR reveals onset of the cardiovascular hazard within a matter of weeks. VICTOR revels near instantaneous onset of the hazard. The Shapiro meta-analysis is additionally consistent with this proposition. These studies are all supported by the APPROVe study (and correction thereof) which establishes an early and consistent danger over time with Vioxx.

Moreover, the major clinical trials, including VIGOR and APPROVe, show very early discontinuations due to hypertension, elevated blood pressure and edema. All of these early discontinuation events are related to the cardiovascular consequences of Vioxx. Indeed, there was an approximate four-fold increase in dropouts on Vioxx that was consistent throughout the major studies. Thus, the major Merck sponsored clinical trials reveal that the hazard associated with Vioxx develops early with usage and is consistent over time.

Similar consistency is observed in reference to the hazard associated with all doses of Vioxx. Internal Merck studies in doses of 12.5 mg, 25 mg, 50 mg and even 125 mg have all evidenced cardiotoxicity. There is no evidence in the major Merck sponsored Vioxx trials of a dose dependant hazard. All doses of Vioxx are unsafe and cardiotoxic.

**Conclusion**

I have reviewed the published literature, the Merck sponsored meta-analysis, the major studies in reference to Vioxx conducted by Merck and relevant FDA documentation in developing the following opinions: (1) Vioxx is cardiotoxic; (2) the cardiovascular risk from Vioxx appears early and is continuous; and (3) after VIGOR it was reasonable to warn future patients about the cardiovascular risk associated with Vioxx. I have developed the above opinions utilizing the methodology typical of an epidemiologist and maintain these opinions to a reasonable degree of scientific certainty. As medical literature is consistently being published in reference to this subject I reserve the right to supplement this report at anytime. Past testimony and charges are attached, as exhibits hereto.

Executed this 18 September, 2006

Donna K. Arnett, Ph.D., M.S.P.H.

# EXHIBIT  C

Donna K. Arnett

Page 1

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CASE NO:  CV05-2316

GARY ALBRIGHT

V.

MERCK & CO, INC., et al..

VIDEOTAPED DEPOSITION OF:

DONNA K. ARNETT

S T I P U L A T I O N S

     IT IS STIPULATED AND AGREED, by and between

the parties through their respective counsel, that

the deposition of:

          DONNA ARNETT,

may be taken before Lisa Bailey, CSR, Notary

Public, State at Large, at University of Alabama,

1665 University Boulevard, Birmingham, Alabama, on

September 6, 2006 commencing at approximately

9:15 a.m.



EXHIBIT
C