
Restricted
Confidential
limited access

## Cardiovascular Safety Report for APPROV*e*

### 1. Executive Summary

The purpose of this report is to summarize the cardiovascular (CV) safety data for the Adenomatous Polyp Prevention on VIOXX (APPROV*e*) trial. Efficacy results and general safety results from the trial are reported in two separate reports.

The 3-year study was designed to assess the effect of rofecoxib 25 mg once a day compared to placebo on the recurrence of colorectal adenomas in patients with increased risk of developing colorectal cancer and in patients with a history of colorectal adenoma. A total of 2586 patients were randomized to either rofecoxib 25 mg once daily treatment (N=1287) or placebo treatment (N=1299). Potential cardiovascular events were adjudicated by an independent external committee and all safety data were regularly monitored by an external safety monitoring board (ESMB). The trial was terminated on September 30, 2004, 2 months earlier than planned, due to the recommendation of the ESMB because of the occurrence of significantly more cardiovascular adverse events with rofecoxib 25 mg in comparison to placebo found in the interim cardiovascular data of August 16, 2004.

Based on the pre-specified Data Analysis Plan (DAP), safety analyses were based on adverse events that occurred between randomization and 14 days after the last dose of study therapy.

For confirmed thrombotic events, there were 46 patients with events in the rofecoxib treatment group and 26 patients with events in the placebo treatment group. Over the 3-year treatment period, the patient-year adjusted event rates were 1.50 and 0.78 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively. The relative risk of rofecoxib versus placebo therapy was 1.92 with a 95% confidence interval of (1.19, 3.11). The relative risk was significantly greater than 1 (p=0.008). Examination of the Kaplan-Meier plot for the cumulative proportion of patients with these events revealed similarity of risk between treatments for the first 18 months of the study and increased risk with rofecoxib therapy after approximately 18 months. The test for proportional hazards was statistically significant, indicating different relative risks over time.

Results for confirmed Antiplatelet Trialists' Collaboration (APTC) events and for investigator reported events were similar to those for confirmed thrombotic events.

New ischemic event was not a pre-specified DAP endpoint for analysis but was included in the analysis based on a regulatory agency request for the Etoricoxib versus Diclofenac Sodium Gastrointestinal Tolerability and Effectiveness (EDGE) trial of etoricoxib. There was no significant difference between rofecoxib and placebo treatment with respect to new ischemic events.

6

MRK-AHD0075762



## 2. Introduction

Colorectal cancer (CRC) is among the most common malignancies in both the United States and the other economically developed countries. The risk of colorectal cancer can be diminished by screening, recommendations for which have been issued by several major medical organizations. Sporadic colorectal adenomas are thought to be the precursors of 95% of colorectal cancers, but despite improvements in surgical technique and the development of adjuvant chemotherapy, cure rates for advanced disease have remained low. Therefore, the focus of clinical attention has been on the endoscopic removal of colonic polyps via scheduled surveillance colonoscopy as well as the development of chemopreventive treatments for patients at risk for colon cancer.

A large and persuasive body of research has shown that non-steroidal anti-inflammatory drugs (NSAIDs) inhibit colorectal carcinogenesis. Complimentary data from carcinogen-induced and genetically induced CRC animal models from more than 30 epidemiological studies suggest 30%–50% reductions in colorectal adenomas, CRCs, and cancer-associated mortality among users of aspirin or other NSAIDs, as compared with nonusers (English (U.S.) Am J Cancer 2003;2:27-55). The evidence is based upon consistent effects in greater than 90% of the more than 100 rodent trials, epidemiologic data, intervention trials of familial polyposis using the NSAID sulindac and selective cyclooxygenase (COX-2) inhibitors and, more recently, randomized controlled trials in humans.

After the start of the Vioxx™ colon polyp trial (first patient enrolled in February, 2000), two, notable, randomized, placebo-controlled aspirin trials were published in 2003 that supported the concept of COX suppression and prevention of adenomatous colon polyps.

- A randomized intervention trial over 3 years supported a benefit of aspirin, especially at low doses (81 mg/day), on recurrent adenoma risk (N Engl J Med 2003 Mar 6;348 [10]:891-9). Patients (n=1121) with a history of adenomas were randomly assigned to aspirin (81 or 325 mg daily) or placebo. Colonoscopy was performed at least one year after study entry in 1084 patients (97 %). The risk of recurrent adenomas was significantly lower in the aspirin 81 mg treatment group compared to the placebo treatment group (38 versus 47 percent, RR 0.81, 95 percent CI, 0.69 to 0.96). For uncertain reasons, the 325 mg dose was not associated with a significantly reduced risk of adenoma recurrence (RR 0.96 [95% CI 0.81, 1.13]). It is noteworthy that there were numerically more cardiovascular SAEs associated with the aspirin therapy than with placebo though the difference did not reach statistical significance (myocardial infarction, coronary revascularization and stroke was reported for 5, 5, and 5 patients each with 325 mg of aspirin, for 2, 3, and 2 patients each with 81 mg of aspirin, and for 1, 4, and 0 patients each with placebo).

7

MRK-AHD0075763



- An additional trial focused on patients (n=517) with a history of colorectal cancer who were randomly assigned to aspirin (325 mg daily) or placebo (N Engl J Med 2003 Mar 6;348 [10]:883-90). Recurrent adenomas were noted significantly less often in the aspirin treatment group (17 versus 25 percent, RR 0.65, 95 percent CI 0.46 to 0.91) during a colonoscopy performed at a median of 13 months after randomization.

The totality of evidence from diverse studies, based upon retrospective and prospective collection of data, in men and women of diverse socioeconomic status, and in adenomas and cancers, suggests an association between aspirin and other NSAID use and a reduction in the risk of CRC. It is recognized that nonselective NSAIDs inhibit both COX-1 and COX-2. The enzyme COX-1 is constitutively expressed and is believed to play a key role in gastric mucosal maintenance and protection from injury. Therefore, a selective COX-2 inhibitor like rofecoxib might represent a novel and well tolerated anti-inflammatory agent for use in the prevention of recurrent colorectal adenomas and their subsequent progression to colon cancer based on its selective inhibitory activity against COX-2 with less gastrointestinal toxicity due to its sparing of inhibition of COX-1. Importantly, an improved gastrointestinal safety profile is particularly necessary for any chemopreventive agent since the prevention of colorectal cancers is anticipated to require chronic daily therapy.

### 3. Rationale for the APPROVe Study

The APPROVe colon polyp study (Protocol 122) was designed to determine, using colonoscopy, the comparative cumulative percentage of patients with a recurrence of colorectal adenomas during 3 years of treatment with rofecoxib 25 mg or placebo in patients with increased risk of developing colorectal cancer and in all patients with a history of colorectal adenoma. Protocol 122 was a multicenter, randomized, placebo-controlled, double-blind, parallel-group study with in-house blinding. Prime therapy duration was planned for 3 years and the enrollment period lasted approximately 24 months. Patients had to be ≥40 years of age, and had to have removal of at least one histologically-confirmed large bowel adenoma within 18 weeks prior to randomization to study treatment (all large bowel polyps must have been removed prior to study entry). Patient enrollment was stratified at randomization based on use (or non-use) of low-dose aspirin (≤100 mg daily) at baseline for cardioprotective or antiplatelet effects.

### 4. Efficacy

In all patients, colonoscopy was performed at Year 1 and Year 3. If a patient discontinued study therapy before Year 3, the patient was offered the opportunity to return for the Year 1 and Year 3 colonoscopies, and an interim office visit at Year 2. If a discontinued patient chose not to return for Year 1 and Year 3 colonoscopies, a colonoscopy was performed at the time of discontinuation.

The primary efficacy endpoint in this study was the cumulative incidence of recurrence of colorectal adenoma in patients with an increased risk for colorectal cancer during 156

8

MRK-AHD0075764



weeks of treatment with rofecoxib 25 mg or placebo. Patients with an increased risk for colorectal cancer were defined as patients with one or more of the following characteristics at the pre-study colonoscopy: an adenoma ≥1 cm; an adenoma with tubulovillous or villous characteristics by histology; ≥2 adenomas; age <55 years at the time of first-identified colorectal adenoma; family history of colorectal cancer.

## 5. Cardiovascular Safety

The design and conduct of the APPROV*e* trial with respect to prospective identification and adjudication of thrombotic cardiovascular serious adverse events (TCVSAEs) was influenced by the results of the Vioxx™ Gastrointestinal Outcomes Research Study (VIGOR). The VIGOR study showed a two-fold increase in TCVSAE's in patients taking 50 mg of rofecoxib daily (2-4 times the highest recommended dose for chronic administration) versus 500 mg twice daily of naproxen. The difference between the treatment groups in the rates of thrombotic cardiovascular events was due primarily to a lower incidence of myocardial infarction in patients treated with naproxen (0.1%) compared with rofecoxib (0.5%). Extensive data available at the time did not demonstrate a difference in CV events between rofecoxib and NSAIDs without sustained anti-platelet effects, and between rofecoxib and placebo. However, to further explore the cardiovascular safety of rofecoxib, Merck initiated a CV outcomes study comparing the CV safety of rofecoxib and placebo. This study was a prespecified, hypothesis driven analysis of three large, placebo-controlled studies designed, collectively, to analyze cardiovascular event rates:

- The first was the in-progress APPROV*e* study, which was initiated in February 2000, one month before Merck learned of the VIGOR results.
- The second was a study (VICTOR) to determine whether rofecoxib could help prevent the recurrence of colon cancer.[1]
- The third was a study (protocol 201, ViP) to determine whether rofecoxib could help prevent prostate cancer.

The patient safety in all three trials was overseen at regular intervals by committees of external medical experts who conducted ongoing monitoring of unblinded safety data. All trials were terminated on September 30, 2004 when rofecoxib was voluntarily withdrawn from marketing due to CV safety concerns that arose from the review of the analysis of adjudicated CV events in the APPROV*e* study by its External Safety and Monitoring Board (ESMB) for the study.

This report provides the results of the cardiovascular safety of rofecoxib 25 mg therapy versus placebo therapy over three years of treatment in patients with a history of colorectal adenoma from Merck & Co., Inc. colon polyp prevention study; the APPROV*e* trial, (Protocol 122). Results provided in this report include results for adjudicated and confirmed thrombotic cardiovascular events, adjudicated and confirmed Antiplatelet Trialists' Collaboration (APTC) events, investigator-reported cardiovascular events and

---

[1] Clinical Colorectal Cancer May 2003:58-60

9


Restricted
Confidential
limited access

new ischemic events. The numbers of deaths by time interval and treatment group are also provided. The new ischemic event endpoint was not a pre-planned cardiovascular endpoint and its analysis was performed to meet a regulatory request.

The trial was terminated on September 30, 2004, 2 months earlier than planned, due to the observation of significantly greater cardiovascular adverse effects on rofecoxib 25 mg therapy than on placebo therapy, revealed by the interim safety analysis based on the cardiovascular data available on August 16, 2004.

The last visit of the last patient of the 3-year base study was originally planned to occur in November, 2004. Thus, most patients had completed the 3-year base study before the termination of the trial and results from this report reflect the 3-year or nearly 3-year cardiovascular safety results from the base study of rofecoxib 25 mg therapy versus placebo therapy in patients with a history of colorectal adenoma, up to the time of early termination of the study due to the voluntary withdrawal of rofecoxib on September 30, 2004. A total of 2586 patients were randomized to either rofecoxib 25 mg once daily treatment group (N=1287) or placebo treatment group (N=1299). Another 26 patients were originally randomized to the rofecoxib 50 mg treatment group and then were given the choice to be converted to either open label rofecoxib 25 mg or to be discontinued from the trial. None of these 26 patients had any cardiovascular events and none died during the study period; data from these patients were not included in the analyses.

For consistency with the Data Analysis Plan (DAP), only cardiovascular adverse events which occurred between randomization and up to 14 days after the last dose of study therapy were included in the analyses for this report for the abbreviated Clinical Study Report (aCSR) of the base study. This study has a one-year off-drug extension study for assessing potential off-drug rebound in the recurrence of colorectal adenomas. During this extension study, serious adverse experiences are being collected and any cardiovascular events will be submitted to an external committee for adjudication per the Cardiovascular Adjudication Standard Operating Procedure, as described below. The data from this extension will be described in a subsequent report.

## 5.1 Cardiovascular Events

All reported cardiovascular events and deaths were reviewed through an external, independent, expert adjudication process. The Vascular Events Adjudication Standard Operating Procedure (Cardiovascular Adjudication SOP) provides for blinded external adjudication of potential thrombotic and APTC events by an independent Case Review Committee (CRC).

The purpose of the Adjudication SOP was to standardize the evaluation of cardiovascular serious adverse experiences and to improve accuracy in diagnosis across the group of study investigators in different nations and having different clinical specialties. To be consistent with the previous cardiovascular safety reports, the output of this adjudication process and the most comprehensive endpoint would be one based on all thrombotic events confirmed by adjudication. Analyses of APTC events, investigator-reported cardiovascular events

10

MRK-AHD0075766



and new ischemic events were also performed for this report.  Confirmed thrombotic cardiovascular event was the primary endpoint, APTC and investigator-reported CV events were secondary endpoints, and new ischemic event (following a regulatory request for etoricoxib) was a post hoc endpoint.  Terms for adjudicated confirmed thrombotic and APTC events are provided in Table 1.  Terms identifying potential cardiovascular events reported by investigators were defined in the SOP.

11

MRK-AHD0075767



Restricted
Confidential
Limited access

**Table 1**
**Adjudicated Confirmed Thrombotic Cardiovascular and APTC[†] Combined Endpoints**

| Adjudication Committee Categories for Cardiovascular Events | Thrombotic Cardiovascular Event | APTC[†] Combined Endpoint |
|---|:---:|:---:|
| *Thrombotic Events* | | |
| **Cardiac Events** | | |
| Acute MI | √ | √ |
| Fatal: Acute MI | √ | √ |
| Unstable Angina Pectoris | √ | |
| Sudden and/or Unexplained Death | √ | √ |
| Resuscitated Cardiac Arrest | √ | √ |
| Cardiac Thrombus | √ | |
| **Peripheral Vascular Events** | | |
| Pulmonary Embolism | √ | |
| Fatal: Pulmonary Embolism | √ | |
| Peripheral Arterial Thrombosis | √ | |
| Fatal: Peripheral Arterial Thrombosis | √ | √ |
| Peripheral Venous Thrombosis | √ | |
| **Cerebrovascular Events** | | |
| Ischemic Cerebrovascular Stroke | √ | √ |
| Fatal: Ischemic Cerebrovascular Stroke | √ | √ |
| Cerebrovascular Venous Thrombosis | √ | |
| Fatal: Cerebrovascular Venous Thrombosis | √ | √ |
| Transient Ischemic Attack | √ | |
| *Hemorrhagic Events* | | |
| Hemorrhagic Cerebrovascular Stroke | | √ |
| Fatal: Hemorrhagic Cerebrovascular Stroke | | √ |
| Fatal: Hemorrhagic deaths of any cause | | √ |
| [†]APTC = Antiplatelet Trialists' Collaboration. | | |

New ischemic event was not a pre-specified DAP endpoint for analysis and was included in the analysis based on a regulatory agency request for the Etoricoxib versus Diclofenac Sodium Gastrointestinal Tolerability and Effectiveness (EDGE) trial of etoricoxib. The new ischemic events were defined based on the composite of any patient with one of the following events who had no documented history of ischemic heart disease:

• Confirmed thrombotic serious adverse experiences which represent a cardiac event

-Or-

12

MRK-AHD0075768


Restricted
Confidential
R
limited access

• Nonserious cardiovascular adverse experiences of angina pectoris, ischemic heart disease, myocardial infarction or ST-T change compatible with ischemia (as defined by a subset of MedDRA preferred terms).

In order to qualify as an event in this definition, a patient would be required to have incurred one of these events as well as having had no documented previous history of ischemic heart disease.

## 5.2 Statistical Methodology

As mentioned earlier, only adverse events which occurred between randomization and up to 14 days after the last dose of study therapy were included in the analyses for this report. The risk period for patients was also adjusted accordingly; in particular, for patients without events, the risk period was censored on the 14th day after the last dose of study therapy. The only exception to this 14-day censoring occurred for the accounting and analysis of deaths. To be most inclusive, a death was included in the analysis even if it occurred beyond 14 days after the last dose of study therapy when the death was judged by the investigator to have resulted from an adverse experience that had its onset during the patient's time in the study or less than or equal to 14 days after the last dose of study therapy.

No multiplicity adjustment was made for these multiple analyses of safety endpoints. Therefore, the significant p-values reported in this context should be interpreted with caution.

Estimates of relative risks for rofecoxib versus placebo treatment and the associated 95% confidence intervals were provided for all between-treatment comparisons. Even though randomization was performed within each study site and stratification was based on low dose aspirin use at baseline, because of the small number of events, both study site and stratification effects were not considered in the analysis model. A Cox proportional hazards model with a covariate for treatment was used to calculate the relative risk (i.e., hazard ratio) estimates and the corresponding 95% confidence intervals when there were sufficient events ($\geq 11$) for each treatment. The proportionality assumption for the Cox model was assessed by testing a time-dependent covariate, Treatment * log (Time), in the Cox model. A 2-sided p-value of <0.05 would indicate a violation of the proportionality assumption. If the proportionality assumption was not satisfied, the estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study.

If only a few events (<11) for a particular endpoint occurred in either treatment group, the ratio of rates defined as the numbers of events per 100 patient-years was calculated instead along with the corresponding 95% confidence interval. The confidence interval was computed using a conditional exact method (Guess et al. 1987).

13

MRK-AHD0075769



Kaplan-Meier curves were provided in this report to display the cumulative rates over time. Smoothed (band-width 6 months using the SAS statistical program) hazard functions over the course of the study were also plotted.

Cox proportional hazards models with terms for treatment and subgroup factor (Model 1), and separately with terms for treatment, subgroup factor and treatment by subgroup interaction (Model 2) were used for subgroup analysis of thrombotic events. Model 1 was used for testing whether a factor was a significant risk factor for thrombotic events. Model 2 was used to assess treatment by subgroup interaction. Both p-value for main effect, testing whether a factor was a significant risk factor, and p-value for the treatment by subgroup factor interaction, testing for different treatment effect (i.e., hazard ratio) across levels of the subgroup factor, were provided.

## 6. Demographic and Other Patient Characteristics

Table 2 shows baseline patient characteristics for patients for each of the two treatment groups and for the combined study population. These baseline characteristics were comparable across the two treatment groups as a result of the randomization. The mean age was 59 years and approximately 30% of the patients were 65 years or older. There were 62% male and 38% female patients. The majority of the patients were White, 51% of the patients were from the US study sites and about 78% of the patients were with an increased risk for colorectal cancer.

**Table 2**
**Baseline Patient Characteristics**

|  | Rofecoxib 25 mg | Placebo | Total |
|---|---|---|---|
| **Age (yr)** | | | |
| N | 1287 | 1299 | 2586 |
| Mean (SD) | 59.37 ( 9.25) | 59.40 ( 9.22) | 59.39 ( 9.23) |
| Median | 59.00 | 59.00 | 59.00 |
| Range | 40.00 - 96.00 | 40.00 - 86.00 | 40.00 - 96.00 |
| **Weight (kg)** | | | |
| N | 1287 | 1299 | 2586 |
| Mean (SD) | 81.33 ( 17.69) | 81.08 ( 17.78) | 81.21 ( 17.73) |
| Median | 79.80 | 79.56 | 79.59 |
| Range | 38.00 - 160.12 | 34.00 - 158.99 | 34.00 - 160.12 |

Data Source: [4.1, 4.2]

14

MRK-AHD0075770



Restricted
Confidential
Limited access

### Table 2 (Continued)
### Baseline Patient Characteristics

| | Rofecoxib 25 mg | Placebo | Total |
|---|---|---|---|
| **Age Group** | | | |
| N | 1287 | 1299 | 2586 |
| <65 , n (%) | 903 ( 70.16) | 914 ( 70.36) | 1817 ( 70.26) |
| ≥65 , n (%) | 384 ( 29.84) | 385 ( 29.64) | 769 ( 29.74) |
| **Gender** | | | |
| N | 1287 | 1299 | 2586 |
| Female , n (%) | 483 ( 37.53) | 494 ( 38.03) | 977 ( 37.78) |
| Male , n (%) | 804 ( 62.47) | 805 ( 61.97) | 1609 ( 62.22) |
| **Race** | | | |
| N | 1287 | 1299 | 2586 |
| Black , n (%) | 70 ( 5.44) | 78 ( 6.00) | 148 ( 5.72) |
| Caucasian , n (%) | 1082 ( 84.07) | 1085 ( 83.53) | 2167 ( 83.80) |
| Hispanic , n (%) | 43 ( 3.34) | 42 ( 3.23) | 85 ( 3.29) |
| Others , n (%) | 92 ( 7.15) | 94 ( 7.24) | 186 ( 7.19) |
| **Region** | | | |
| N | 1287 | 1299 | 2586 |
| Non-US , n (%) | 627 ( 48.72) | 630 ( 48.50) | 1257 ( 48.61) |
| US , n (%) | 660 ( 51.28) | 669 ( 51.50) | 1329 ( 51.39) |
| **Patients with Increased Risk for Colorectal Cancer** | | | |
| N | 1287 | 1299 | 2586 |
| Yes , n (%) | 1020 ( 79.25) | 1002 ( 77.14) | 2022 ( 78.19) |
| No , n (%) | 267 ( 20.75) | 297 ( 22.86) | 564 ( 21.81) |

Data Source: [4.1, 4.2]

15

MRK-AHD0075771



Table 3 shows the patients' cardiovascular-related characteristics at baseline. About 16% of the patients were from the low-dose aspirin use stratum (i.e. had a history of aspirin use at baseline), 8% of patients had a history of symptomatic atherosclerotic cardiovascular disease (ASCVD). In addition, about 28% of the patients were at an increased risk for CV events because they either had a history of symptomatic ASCVD or had 2 or more cardiovascular risk factors. These risk factors included a history of:

    o diabetes (9%),
    o hypercholesterolemia (27%),
    o hypertension (35%), or
    o current cigarette use (22%).

Slight trends were noted towards increased patient percentages in the rofecoxib 25 mg treatment arm of patients with increased risk of CV disease (i.e. patients with either a history of symptomatic ASCVD or 2 or more cardiovascular risk factors), history of hypercholesterolemia, or a history of hypertension.

16

MRK-AHD0075772



Restricted
Confidential
Limited access

**Table 3**
**Baseline Cardiovascular Related Characteristics**

| Subgroup | Rofecoxib 25 mg n/N(%) | Placebo n/N(%) | Total n/N(%) |
|---|---|---|---|
| Low Dose Aspirin Use (Stratum for Randomization) | | | |
| No | 1074/1287 (83.45) | 1095/1299 (84.30) | 2169/2586 (83.87) |
| Yes | 213/1287 (16.55) | 204/1299 (15.70) | 417/2586 (16.13) |
| History of Symptomatic ASCVD[†] | | | |
| No | 1171/1287 (90.99) | 1197/1299 (92.15) | 2368/2586 (91.57) |
| Yes | 116/1287 (9.01) | 102/1299 (7.85) | 218/2586 (8.43) |
| ≥2 Risk Factors for Coronary Artery Disease[‡] | | | |
| No | 969/1287 (75.29) | 1010/1299 (77.75) | 1979/2586 (76.53) |
| Yes | 318/1287 (24.71) | 289/1299 (22.25) | 607/2586 (23.47) |
| History of Diabetes | | | |
| No | 1172/1287 (91.06) | 1188/1299 (91.45) | 2360/2586 (91.26) |
| Yes | 115/1287 (8.94) | 111/1299 (8.55) | 226/2586 (8.74) |
| History of Hypercholesterolemia | | | |
| No | 914/1287 (71.02) | 961/1299 (73.98) | 1875/2586 (72.51) |
| Yes | 373/1287 (28.98) | 338/1299 (26.02) | 711/2586 (27.49) |
| History of Hypertension | | | |
| No | 824/1287 (64.02) | 853/1299 (65.67) | 1677/2586 (64.85) |
| Yes | 463/1287 (35.98) | 446/1299 (34.33) | 909/2586 (35.15) |
| Current Cigarette Use | | | |
| No | 1007/1287 (78.24) | 1014/1299 (78.06) | 2021/2586 (78.15) |
| Yes | 280/1287 (21.76) | 285/1299 (21.94) | 565/2586 (21.85) |
| Increased CV Risk[§] | | | |
| No | 907/1287 (70.47) | 958/1299 (73.75) | 1865/2586 (72.12) |
| Yes | 380/1287 (29.53) | 341/1299 (26.25) | 721/2586 (27.88) |
| Baseline Hypertension Drug Use | | | |
| No | 900/1287 (69.93) | 927/1299 (71.36) | 1827/2586 (70.65) |
| Yes | 387/1287 (30.07) | 372/1299 (28.64) | 759/2586 (29.35) |
| History of Ischemic Heart Disease | | | |
| No | 1186/1287 (92.15) | 1205/1299 (92.76) | 2391/2586 (92.46) |
| Yes | 101/1287 (7.85) | 94/1299 (7.24) | 195/2586 (7.54) |

[†] ASCVD=atherosclerotic cardiovascular disease
[‡] 2 or more risk factors for coronary artery disease from History of diabetes, History of Hypercholesterolemia, History of Hypertension, Current Cigarette Use
[§] History of Symptomatic ASCVD or 2 or more Risk Factors for Coronary Artery Disease

Data Source: [4.1, 4.2. 4.4.1]

17

MRK-AHD0075773



Also noted, approximately 19% of the patients were concomitant aspirin users for more than 50% of the time during the study before a cardiovascular event. See Table 4.

**Table 4**
**Post-Randomization Cardiovascular Related Characteristics**

| Subgroup | Rofecoxib 25 mg n/N(%) | Placebo n/N(%) | Total n/N(%) |
|---|---|---|---|
| Concomitant Aspirin Use[1] | | | |
| No | 1035/1287 (80.42) | 1053/1299 (81.06) | 2088/2586 (80.74) |
| Yes | 252/1287 (19.58) | 246/1299 (18.94) | 498/2586 (19.26) |

[1] Aspirin use defined as patient who took any dose of aspirin, clopidogrel, colpidogrel bisulfate, ticlopidine, and ticlopidine hydrochloride for at least 50% of the time while on study therapy and did not start any of these medications after a confirmed thrombotic cardiovascular event

Data Source: [4.1]

## 7. Results of Cardiovascular Safety

### 7.1 Accounting of Events

The analysis included 2,586 patients from the rofecoxib 25 mg and placebo treatment groups with approximately 6,386 patient-years at risk with a mean treatment duration of 2.47 years. Most patients completed the 3-year base study. As shown in Figure 1, for the base study, 129 patients had a total of 147 investigator-reported cardiovascular events. Twenty two deaths not related to CV events were reported. All deaths were adjudicated whether or not they were potential cardiovascular events based on the SAE term reported by the investigator. Three other events were not investigator-reported cardiovascular events and did not involve deaths but were included in the adjudication process. Thus, there were a total of 172 cases for the base study in the Cardiovascular Related Data Set of December 23, 2004.

As of December 23, 2004, all 172 events of the base study went through the adjudication process. A total of 72 patients had confirmed thrombotic cardiovascular events and 52 patients had confirmed APTC events between randomization and 14 days after the last dose of study therapy. In addition, 121 patients had a total of 136 investigator-reported cardiovascular events between randomization and 14 days after the last dose of study therapy. No CV events occurred between Day 15 and Day 28 after the last dose of study therapy. At the time the 3-year study data base was cleaned and frozen for this analysis, among the patients who did not have a previous CV event, seven patients (5 in the rofecoxib treatment group and 2 in the placebo treatment group) had confirmed thrombotic cardiovascular events, seven patients (4 in the rofecoxib treatment group and 3 in the placebo treatment group) had confirmed APTC events, and eight patients (5 in the rofecoxib and 3 in the placebo treatment group) had investigator-reported CV events more than 28 days after the last dose of study therapy. As mentioned above, these events will be analyzed when the 1-year follow-up extension study is completed. Note that not all adjudicated confirmed cardiovascular events were investigator-reported events (one

18

MRK-AHD0075774



case in this trial); only events with eligible cardiovascular terms were included in the investigator-reported analysis. See Figure 1.

MRK-AHD0075775



Restricted
Confidential
R   limited access

**Figure 1**
**Accounting of Cardiovascular Related Events (Patients) for the Base Study**



[†] Events on treatment through 14 days after the last dose of study therapy
@ including events which occurred more than 28 days after the last dose of study therapy
(no events occurred between 15 days and 28 days after the last dose of study therapy)

## 7.2 Mortality

The ESMB recommended in April 2004 to follow up all discontinued patients to assess their vital status; subsequently the base study protocol was amended to allow for the collection of vital status information on all patients at Year 3 after randomization.
Copies of medical records pertaining to any fatal events were submitted to a committee, external to Merck Research Laboratories, for adjudication to determine whether cardiovascular in etiology. In the final dataset of December 23, 2004, the following mortality information was available for patients for three years following randomization.

Of the 2586 patients that were randomized to either rofecoxib 25 mg or placebo treatment, the vital status is as follows:

20

MRK-AHD0075776



- A total of twenty patients died within 14 days of discontinuing blinded therapy; 10 deaths were in patients treated with rofecoxib 25 mg (6 thrombotic) and 10 deaths were in patients treated with placebo (4 thrombotic, 1 hemorrhagic). Among these 20 patients are 4 who had a serious adverse experience onset within 14 days of blinded treatment with subsequent fatal outcome (all non-cardiovascular).

- A total of 21 patients died more than 14 days after discontinuing blinded study therapy but before the anticipated end of their 3-year study period. Thirteen deaths occurred in patients treated with rofecoxib (3 thrombotic) and 8 deaths occurred in patients treated with placebo (3 thrombotic).

- A total of 2471 patients (1223 in the rofecoxib treatment group and 1248 in the placebo treatment group) were reported alive at Year 3 after randomization. (not included: patients with a serious adverse experience within 14 days of blinded treatment and subsequent fatal outcome).

- Vital status information could not be obtained on 74 patients for one of two reasons:
    A total of 6 patients (3 in the rofecoxib treatment group and 3 in the placebo treatment group) due to a lack of IRB approval for the amended protocol (p.122-04).
    A total of 68 patients (38 in the rofecoxib treatment group and 30 in the placebo treatment group) because they were lost to follow-up (patient did not respond to repeated attempts of contact 3 years after randomization).


## 7.3 Confirmed Thrombotic Events

Table 5 summarizes the confirmed thrombotic events which occurred between randomization and 14 days after the last dose of study therapy by class of terms and treatment.

There were 46 patients with confirmed thrombotic events in the rofecoxib treatment group and 26 patients with the events in the placebo treatment group. Most of the thrombotic events were in the category of either acute myocardial infarction or ischemic cerebrovascular stroke.

The patient-year adjusted event rates were 1.50 and 0.78 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively.

21



Restricted
Confidential
R  limited access

**Table 5**
**Summary of Confirmed Thrombotic Cardiovascular Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3059 Patient-Years | | Placebo (N=1299) 3327 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| **Total number of patients with events** | **46 (3.57)** | **1.50 (1.10, 2.01)** | **26 (2.00)** | **0.78 (0.51, 1.15)** |
| **Cardiac Events** | 31 (2.41) | 1.01 (0.69, 1.44) | 12 (0.92) | 0.36 (0.19, 0.63) |
| Acute myocardial infarction | 21 (1.63) | 0.69 (0.42, 1.05) | 9 (0.69) | 0.27 (0.12, 0.51) |
| Fatal acute myocardial infarction | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Sudden cardiac death | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Unstable angina pectoris | 7 (0.54) | 0.23 (0.09, 0.47) | 4 (0.31) | 0.12 (0.03, 0.31) |
| **Cerebrovascular Events** | 15 (1.17) | 0.49 (0.27, 0.81) | 7 (0.54) | 0.21 (0.08, 0.43) |
| Fatal ischemic cerebrovascular stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic cerebrovascular stroke | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Transient ischemic attack | 5 (0.39) | 0.16 (0.05, 0.38) | 2 (0.15) | 0.06 (0.01, 0.22) |
| **Peripheral Vascular Events** | 3 (0.23) | 0.10 (0.02, 0.29) | 7 (0.54) | 0.21 (0.08, 0.43) |
| Peripheral arterial thrombosis | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Peripheral venous thrombosis | 2 (0.16) | 0.07 (0.01, 0.24) | 4 (0.31) | 0.12 (0.03, 0.31) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.12) | 2 (0.15) | 0.06 (0.01, 0.22) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[†] Crude Incident(n/Nx100)
[‡] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event

Data Source: [4.4.1]

22



Figure 2 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups. The curve for the rofecoxib treatment group appeared generally linear from 0 to 36 months while the curve for the placebo treatment group appeared generally linear during the first 18 months and then the curve flattened during 18 to 36 months. The two curves appeared to be similar during the first 18 months and then started to separate at approximately 18 months.

**Figure 2**
**Kaplan-Meier Plot for Confirmed Thrombotic Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



Data Source: [4.4.1]

Figure 3 and Tables 6a and 6b demonstrate that the hazard ratio or the relative risk for thrombotic cardiovascular events did not appear to be a constant over time. This was confirmed by the testing of the proportional hazard assumption for the Cox proportional hazards model (p=0.014). Therefore, the relative risk calculated as an estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study (i.e. over 36 months).

The overall relative risk of rofecoxib versus placebo over the 36-month study treatment period was 1.92 with a 95% confidence interval of (1.19, 3.11). The relative risk was significantly greater than 1 (p=0.008) (Table 7). Results in Table 7 for other endpoints will be discussed in the subsequent sections.

23



**Figure 3**
**Hazard Plot for Confirmed Thrombotic Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



(Proportionality p-value=0.014)
Confirmed Thrombotic Events

Data Source: [4.4.1]

MRK-AHD0075780



Restricted Confidential limited access

Table 6a

Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (6 Months)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Relative Risk(95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)† | Number At Risk | Events/Patient-years | Rate (95% CI)† | |
| 0 - 6 Months | 1287 | 7/602 | 1.16(0.47, 2.40) | 1299 | 5/622 | 0.80(0.26, 1.88) | 1.45 (0.40, 5.78) |
| 6 - 12 Months | 1129 | 5/544 | 0.92(0.30, 2.14) | 1195 | 7/586 | 1.20(0.48, 2.46) | 0.77 (0.19, 2.81) |
| 12 - 18 Months | 1057 | 10/510 | 1.96(0.94, 3.61) | 1156 | 8/558 | 1.43(0.62, 2.82) | 1.37 (0.49, 3.99) |
| 18 - 24 Months | 989 | 7/481 | 1.46(0.59, 3.00) | 1079 | 3/531 | 0.57(0.12, 1.65) | 2.58 (0.50, 15.43) |
| 24 - 30 Months | 938 | 6/456 | 1.32(0.48, 2.86) | 1042 | 2/510 | 0.39(0.05, 1.42) | 3.35 (0.60, 33.97) |
| > 30 Months | 896 | 11/466 | 2.36(1.18, 4.23) | 1001 | 1/521 | 0.19(0.00, 1.07) | 12.30 (1.79, 529.46) |

† Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

Table 6b

Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (18 Months)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)† | Number At Risk | Events/Patient-years | Rate (95% CI)† | Difference(95% CI) | Relative Risk(95% CI) |
| Months 0 - 18 | 1287 | 22/1656 | 1.33(0.83, 2.01) | 1299 | 20/1765 | 1.13(0.69, 1.75) | 0.20 (-0.55, 0.94) | 1.18 (0.64, 2.15) |
| Months 19 - 36 | 989 | 24/1403 | 1.71(1.10, 2.55) | 1079 | 6/1561 | 0.38(0.14, 0.84) | 1.33 (0.58, 2.08) | 4.45 (1.77, 13.32) |
| Ratio | | | 1.32 (0.74, 2.35) | | | 0.34 (0.11, 0.88) | | |

† Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

MRK-AHD0075781



Restricted Confidential
R limited access

Table 7

Analysis of Cardiovascular Saftey Endpoints

(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Type of Events | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[1] | PY-Rate[1] (95% CI) | Events/Patient -Years[1] | PY-Rate[1] (95% CI) | Difference[1](95% CI) | Relative Risk(95% CI) | P-Value |
| Confirmed Thrombotic Events | 46/3059 | 1.50 (1.10, 2.01) | 26/3327 | 0.78 (0.51, 1.15) | 0.72 (0.19, 1.25) | 1.92 (1.19, 3.11) | 0.008 |
| Confirmed APTC Events | 34/3070 | 1.11 (0.77, 1.55) | 18/3334 | 0.54 (0.32, 0.85) | 0.57 (0.12, 1.02) | 2.06 (1.16, 3.64) | 0.013 |
| Investigator-Reported Cardiovascular Events | 77/3035 | 2.54 (2.00, 3.17) | 44/3312 | 1.33 (0.97, 1.78) | 1.21 (0.52, 1.90) | 1.90 (1.31, 2.76) | 0.001 |
| New ischemic events | 38/3062 | 1.24 (0.88, 1.70) | 28/3308 | 0.85 (0.56, 1.22) | 0.39 (-0.11, 0.90) | 1.48 (0.90, 2.43) | 0.121 |

[1] Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

26

MRK-AHD0075782



Since events of acute myocardial infarction and ischemic cerebrovascular stroke were the majority of the events that constituted thrombotic events, post hoc and not pre-planned analyses were also performed for confirmed thrombotic sub-classes of cardiac events, acute myocardial infarction, cerebrovascular events, ischemic cerebrovascular stroke, and peripheral vascular events. Results of these analyses are provided in Table 8. There were significant between-treatment differences for all cardiac events and the sub-category of acute myocardial infarction events. Numerically the results for cerebrovascular events and ischemic cerebrovascular events were consistent with the results for the composite endpoints, although these were not statistically significant. Peripheral vascular events were few and trended numerically in the opposite direction from the composite endpoints, although the rarity of these events precluded definitive conclusions. Caution must be exercised when interpreting these post hoc results.

27

MRK-AHD0075783


Restricted Confidential limited access

## Table 8
### Analysis of Confirmed Thrombotic Cardiovascular Events by Class of Terms
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years† | PY-Rate‡ (95% CI) | Events/Patient -Years† | PY-Rate‡ (95% CI) | Difference(95% CI) | Relative Risk(95% CI) | P-Value |
| **Total number of patients with events** | **46/3059** | **1.50 (1.10, 2.01)** | **26/3327** | **0.78 (0.51, 1.15)** | **0.72 (0.19, 1.25)** | **1.92 (1.19, 3.11)** | **0.008** |
| **Cardiac Events** | 31/3065 | 1.01 (0.69, 1.44) | 12/3335 | 0.36 (0.19, 0.63) | 0.65 (0.24, 1.06) | 2.80 (1.44, 5.45) | 0.002 |
| Acute myocardial infarction | 21/3075 | 0.68 (0.42, 1.04) | 9/3338 | 0.27 (0.12, 0.51) | 0.41 (0.07, 0.75) | 2.53 (1.11, 6.28) | 0.024 |
| **Cerebrovascular Events** | 15/3080 | 0.49 (0.27, 0.80) | 7/3341 | 0.21 (0.08, 0.43) | 0.28 (-0.01, 0.57) | 2.32 (0.89, 6.74) | 0.091 |
| Ischemic cerebrovascular stroke | 11/3082 | 0.36 (0.18, 0.64) | 6/3341 | 0.18 (0.07, 0.39) | 0.18 (-0.08, 0.43) | 1.99 (0.67, 6.55) | 0.255 |
| **Peripheral Vascular Events** | 3/3087 | 0.10 (0.02, 0.28) | 7/3341 | 0.21 (0.08, 0.43) | -0.11 (-0.30, 0.08) | 0.46 (0.08, 2.03) | 0.412 |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
‡: Events per 100 Patient-Years

Data Source: [4.4.1]

Restricted
Confidential
Rmited access

### 7.4  Confirmed APTC Events

Table 9 summarizes the confirmed APTC events which occurred between randomization and 14 days after the last dose of study therapy by class of terms and treatment.

There were 34 patients with confirmed APTC events in the rofecoxib treatment group and 18 patients with the events in the placebo treatment group. Again, most of the APTC events were in the classes of acute myocardial infarction and ischemic cerebrovascular stroke. There were 6 cardiovascular deaths in the rofecoxib treatment group and 5 cardiovascular deaths in the placebo treatment group. The patient-year adjusted APTC event rates were 1.11 and 0.54 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively. The relative risk of an APTC event for rofecoxib versus placebo therapy was 2.06 with a 95% confidence interval of (1.16, 3.64). The relative risk was significantly greater than 1 (p= 0.013) (Table 7).

**Table 9**
**Summary of Confirmed APTC Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3070 Patient-Years | | Placebo (N=1299) 3334 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| **Total number of patients with events** | **34 (2.64)** | **1.11 (0.77, 1.55)** | **18 (1.39)** | **0.54 (0.32, 0.85)** |
| **Cardiac Events** | 24 (1.86) | 0.78 (0.50, 1.16) | 10 (0.77) | 0.30 (0.14, 0.55) |
| Acute myocardial infarction | 21 (1.63) | 0.68 (0.42, 1.05) | 9 (0.69) | 0.27 (0.12, 0.51) |
| Fatal acute myocardial infarction | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Sudden cardiac death | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| **Cerebrovascular Events** | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Fatal ischemic cerebrovascular stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic cerebrovascular stroke | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| **Hemorrhagic Events** | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Hemorrhagic stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[†] Crude Incident(n/Nx100)
[‡] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event
Data Source: [4.4.1]

29



Figure 4 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups, which showed similar patterns as those for confirmed thrombotic events. The curve for the rofecoxib treatment group appeared generally linear from 0 to 36 months while the curve for the placebo treatment group appeared generally linear during the first 18 months and then the curve flattened between 18 and 36 months. The two curves appeared to be similar during the first 18 months and then diverged at approximately 18 months.

**Figure 4**
**Kaplan-Meier Plot for Confirmed APTC Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



Data Source: [4.4.1]

30