
Restricted
Confidential
limited access

Supplementary analyses of blood pressure did not demonstrate a consistent relationship between hypertension and the cardiovascular safety findings in APPROVe, nor did modeling based on the Framingham data suggest that the magnitude of the effect be explained by the mean blood pressure change observed in APPROVe, although a relationship cannot be excluded.

As per protocol, patient follow up will occur for one year following the cessation of study therapy in the base study in order to assess any evidence of either "rebound" rate of occurrence of colon polyps as well as to detect any continued difference in CV risk.

## 9. Conclusions

1. Increased risk of thrombotic cardiovascular events beginning approximately 18 months associated with rofecoxib therapy.

    – First 18 months consistent with prior placebo-controlled and non-naproxen controlled data.

2. Uncertain mechanism for the increased risk of thrombotic cardiovascular events

    – Analyses not suggestive of a consistent relationship between blood pressure and thrombotic CV events.

## Reference

Guess HA, Lydick EG, Small RD and Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. *American Journal of Epidemiology*, 125, 340-347, 1987.

MRK-AHD0075812



Restricted Confidential Limited access

## Supplemental Tables

### Table 27
### List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 90043 | 909 | Rofecoxib 25 mg | 02/17/03 | 1036 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 2 | 90114 | 465 | Rofecoxib 25 mg | 10/16/00 | 110 | . | Myocardial infarction | Acute myocardial infarction[1,2] |
| 3 | 90114 | 951 | Rofecoxib 25 mg | 06/13/03 | 1080 | . | Transient ischaemic attack, Carotid artery stenosis | Transient ischemic attack[1] |
| 4 | 90132 | 976 | Rofecoxib 25 mg | 04/23/03 | 1070 | . | Ventricular fibrillation | Acute myocardial infarction[1,2] |
| 5 | 90149 | 679 | Rofecoxib 25 mg | 07/22/01 | 371 | 07/22/01 | Sudden cardiac death | Sudden cardiac death[1,2] |
| 6 | 90151 | 844 | Rofecoxib 25 mg | 08/22/02 | 765 | . | Transient ischaemic attack, Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 7 | 90161 | 686 | Rofecoxib 25 mg | 05/06/01 | 293 | . | Coronary artery disease | Unstable angina pectoris[1] |
| 8 | 90165 | 820 | Rofecoxib 25 mg | 05/11/02 | 564 | . | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 9 | 90281 | 970 | Rofecoxib 25 mg | 08/11/03 | 1034 | . | Intestinal ischaemia | Peripheral arterial thrombosis[1] |
| 10 | 90310 | 722 | Rofecoxib 25 mg | 10/18/01 | 134 | . | Angina pectoris, Myocardial infarction | Acute myocardial infarction[1,2] |
| 11 | 90324 | 672 | Rofecoxib 25 mg | 06/28/01 | 39 | . | Angina Pectoris, Coronary artery occlusion | Unstable angina pectoris[1] |
| 12 | 90422 | 708 | Rofecoxib 25 mg | 09/21/01 | 409 | . | Coronary artery disease | Unstable angina pectoris[1] |
| 13 | 90619 | 874 | Rofecoxib 25 mg | 07/25/02 | 675 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 14 | 90619 | 911 | Rofecoxib 25 mg | 07/25/02 | 675 | . | Myocardial infarction | Acute myocardial infarction[1,2] |
| 15 | 90806 | 845 | Rofecoxib 25 mg | 08/13/02 | 610 | . | Myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1, 4.14]

MRK-AHD0075813


Restricted Confidential limited access

Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 90811 | 4032 | Rofecoxib 25 mg | 08/02/01 | 184 | 08/02/01 | Death | Fatal acute myocardial infarction[1,2] |
| 17 | 90891 | 661 | Rofecoxib 25 mg | 06/04/01 | 88 | | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 18 | 91037 | 840 | Rofecoxib 25 mg | 07/25/02 | 550 | | Coronary artery occlusion | Unstable angina pectoris[1] |
| 19 | 91093 | 941 | Rofecoxib 25 mg | 05/01/03 | 756 | | Ischaemic stroke NOS | Ischemic cerebrovascular stroke[1,2] |
| 20 | 91093 | 962 | Rofecoxib 25 mg | 07/13/03 | 829 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 21 | 91273 | 990 | Rofecoxib 25 mg | 12/24/03 | 1043 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 22 | 91354 | 795 | Rofecoxib 25 mg | 02/22/02 | 545 | | Age indeterminate myocardial infarction. Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 23 | 91354 | 946 | Rofecoxib 25 mg | 05/23/03 | 1000 | | Coronary artery disease | Acute myocardial infarction[1,2] |
| 24 | 91363 | 792 | Rofecoxib 25 mg | 03/18/02 | 524 | | Venous thrombosis NOS | Peripheral venous thrombosis[1] |
| 25 | 91435 | 727 | Rofecoxib 25 mg | 11/04/01 | 145 | | Intracranial hemorrhage | Hemorrhagic stroke[2] |
| 26 | 91512 | 709 | Rofecoxib 25 mg | 05/28/01 | 200 | | Age indeterminate myocardial infarction | Acute myocardial infarction[1,2] |
| 27 | 91584 | 950 | Rofecoxib 25 mg | 06/03/03 | 769 | 06/04/03 | Myocardial infarction. Metastatic carcinoma | Fatal acute myocardial infarction[1,2] |
| 28 | 91621 | 780 | Rofecoxib 25 mg | 02/20/02 | 548 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 29 | 91757 | 859 | Rofecoxib 25 mg | 10/17/02 | 498 | | Angina unstable | Unstable angina pectoris[1] |
| 30 | 91773 | 954 | Rofecoxib 25 mg | 06/30/03 | 724 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 31 | 91779 | 827 | Rofecoxib 25 mg | 04/21/02 | 301 | | Myocardial ischaemia | Unstable angina pectoris[1] |

Data Source: [4.4.1, 4.14]

58

MRK-AHD0075814


Restricted Confidential Limited access

Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Rclday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 32 | 91815 | 964 | Rofecoxib 25 mg | 09/08/03 | 1028 | 09/08/03 | Sudden Death, Myocardial infarction | Sudden cardiac death[1,2] |
| 33 | 91843 | 771 | Rofecoxib 25 mg | 02/05/02 | 435 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 34 | 92040 | 743 | Rofecoxib 25 mg | 12/15/01 | 459 | 12/15/01 | Cardiac arrest | Sudden cardiac death[1,2] |
| 35 | 92095 | 975 | Rofecoxib 25 mg | 10/12/03 | 837 | 10/23/03 | Cerebellar infarction | Fatal ischemic cerebrovascular stroke[c,1,2] |
| 36 | 92131 | 3570 | Rofecoxib 25 mg | 02/12/04 | 977 | | Acute coronary syndrome | Acute myocardial infarction[1,2] |
| 37 | 92314 | 830 | Rofecoxib 25 mg | 07/13/02 | 375 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 38 | 92591 | 901 | Rofecoxib 25 mg | 12/01/02 | 577 | | Cerebral infarction | Ischemic cerebrovascular stroke[1,2] |
| 39 | 92591 | 966 | Rofecoxib 25 mg | 08/31/03 | 850 | | Brain stem infarction. | Ischemic cerebrovascular stroke[1,2] |
| 40 | 92591 | 3652 | Rofecoxib 25 mg | 02/16/04 | 1019 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 41 | 92608 | 938 | Rofecoxib 25 mg | 05/05/03 | 1009 | | Acute myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 42 | 92754 | 983 | Rofecoxib 25 mg | 11/07/03 | 900 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 43 | 92809 | 794 | Rofecoxib 25 mg | 03/21/02 | 324 | | Age indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 44 | 93028 | 969 | Rofecoxib 25 mg | 09/22/03 | 789 | | Transient ischaemic attack | Ischemic cerebrovascular stroke[1,2] |
| 45 | 93193 | 646 | Rofecoxib 25 mg | 06/06/01 | 9 | | Myocardial infarction, Coronary artery disease | Acute myocardial infarction[1,2] |
| 46 | 93369 | 732 | Rofecoxib 25 mg | 11/07/01 | 77 | | Non-Q wave myocardial infarction; Ventricular tachycardia | Acute myocardial infarction[1,2] |
| 47 | 93522 | 3634 | Rofecoxib 25 mg | 02/10/04 | 933 | | Coronary artery disease, Myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1, 4.14]

MRK-AHD0075815


Restricted
Confidential
limited access

Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 48 | 93966 | 730 | Rofecoxib 25 mg | 11/13/01 | 170 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 49 | 94267 | 888 | Rofecoxib 25 mg | 12/10/02 | 513 | . | Myocardial ischaemia | Unstable angina pectoris[1] |
| 50 | 94403 | 982 | Rofecoxib 25 mg | 12/03/03 | 983 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 51 | 94556 | 3807 | Rofecoxib 25 mg | 05/29/04 | 951 | . | Myocardial infarction, Cardiac arrest | Acute myocardial infarction[1,2] |
| 52 | 94712 | 931 | Rofecoxib 25 mg | 03/16/03 | 544 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 53 | 94728 | 3728 | Rofecoxib 25 mg | 04/16/04 | 920 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 54 | 90161 | 677 | Rofecoxib 25 mg | 06/24/01 | 342 | . | Coronary artery disease | |
| 55 | 90281 | 3839 | Rofecoxib 25 mg | 11/25/03 | 1140 | . | Peripheral vascular disorder | |
| 56 | 90285 | 4045 | Rofecoxib 25 mg | 02/04/02 | 494 | . | Coronary artery disease | |
| 57 | 90291 | 721 | Rofecoxib 25 mg | 09/21/01 | 457 | . | Shock | |
| 58 | 90422 | 882 | Rofecoxib 25 mg | 08/01/02 | 723 | 11/08/02 | AML(8/1/02), Neutropenia, Septic shock(11/04/02) | |
| 59 | 90565 | 944 | Rofecoxib 25 mg | 05/09/03 | 950 | . | Coronary artery stenosis | |
| 60 | 90591 | 765 | Rofecoxib 25 mg | 12/06/01 | 324 | . | Coronary artery disease | |
| 61 | 90591 | 796 | Rofecoxib 25 mg | 12/06/01 | 324 | . | Carotid artery stenosis | |
| 62 | 90623 | 536 | Rofecoxib 25 mg | 12/05/00 | 71 | . | Cerebral ischemia | |
| 63 | 90656 | 968 | Rofecoxib 25 mg | 09/04/03 | 948 | . | Coronary artery atherosclerosis | |

Data Source: [4.4.1, 4.14]

MRK-AHD0075816



Restricted Confidential
limited access

## Table 26 (Continued)
### List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
### Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 64 | 90969 | 878 | Rofecoxib 25 mg | 11/08/02 | 593 | . | Coronary artery stenosis | |
| 65 | 91113 | 877 | Rofecoxib 25 mg | 11/08/02 | 619 | 11/15/02 | Lung cancer metastatic | |
| 66 | 91301 | 4094 | Rofecoxib 25 mg | 07/07/04 | 1087 | . | Oedema peripheral, Pain in extremity | |
| 67 | 91375 | 980 | Rofecoxib 25 mg | 10/16/03 | 983 | . | Coronary artery disease | |
| 68 | 91390 | 621 | Rofecoxib 25 mg | 03/11/01 | 88 | . | Phlebitis NOS | |
| 69 | 91536 | 703 | Rofecoxib 25 mg | 09/05/01 | 224 | . | Ischemic heart disease | |
| 70 | 91602 | 810 | Rofecoxib 25 mg | 04/03/02 | 467 | 04/26/02 | Lung cancer stage unspecified (excl metast), Bone neoplasm malignant | |
| 71 | 91642 | 4091 | Rofecoxib 25 mg | 10/07/03 | 891 | 06/01/04 | Renal neoplasm | |
| 72 | 91671 | 973 | Rofecoxib 25 mg | 10/14/03 | 884 | . | Coronary artery disease NOS | |
| 73 | 91706 | 912 | Rofecoxib 25 mg | 03/03/03 | 885 | . | Myocardial ischemia, Coronary artery disease NOS | |
| 74 | 91712 | 693 | Rofecoxib 25 mg | 07/29/01 | 296 | . | cardiac catheter complication | |
| 75 | 91828 | 3651 | Rofecoxib 25 mg | 06/06/01 | 142 | . | Cardiac disorder | |
| 76 | 92171 | 3819 | Rofecoxib 25 mg | 02/17/04 | 1066 | . | Myocardial ischaemia | |
| 77 | 92211 | 3970 | Rofecoxib 25 mg | 05/11/04 | 946 | . | Cardiac failure congestive, Acute pulmonary oedema, Bronchopneumonia | |
| 78 | 92213 | 849 | Rofecoxib 25 mg | 10/01/02 | 434 | . | Coronary artery occlusion | |
| 79 | 92555 | 622 | Rofecoxib 25 mg | 04/27/01 | 4 | . | Transient ischemic attack | |

Data Source: [4.4.1, 4.14]

61

MRK-AHD0075817



Restricted Confidential
limited access

Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N  | An    | Case ID | Treatment       | Onset Date | Relday | Death Date | Term                                          | Adjudication Outcome |
|----|-------|---------|-----------------|------------|--------|------------|-----------------------------------------------|----------------------|
| 80 | 92739 | 986     | Rofecoxib 25 mg | 12/03/03   | 897    | .          | Angina unstable                               |                      |
| 81 | 92832 | 883     | Rofecoxib 25 mg | 12/12/02   | 648    | .          | Angina pectoris. Coronary artery disease NOS  |                      |
| 82 | 92849 | 884     | Rofecoxib 25 mg | 11/11/02   | 498    | .          | Coronary artery stenosis                      |                      |
| 83 | 92919 | 939     | Rofecoxib 25 mg | 03/27/03   | 614    | .          | Subdural haematoma                            |                      |
| 84 | 93264 | 3581    | Rofecoxib 25 mg | 02/16/04   | 951    | .          | Coronary artery disease                       |                      |
| 85 | 93311 | 942     | Rofecoxib 25 mg | 05/04/03   | 661    | .          | Transient ischaemic attack                    |                      |
| 86 | 93602 | 4072    | Rofecoxib 25 mg | 08/30/04   | 1044   | .          | Myocardial ischaemia                          |                      |
| 87 | 94272 | 987     | Rofecoxib 25 mg | 11/01/03   | 783    | .          | Myocardial infarction                         |                      |
| 88 | 94388 | 724     | Rofecoxib 25 mg | 07/18/01   | 162    | .          | Ischemic heart disease                        |                      |
| 89 | 94494 | 749     | Rofecoxib 25 mg | 12/20/01   | 46     | .          | Angina pectoris                               |                      |
| 90 | 94500 | 958     | Rofecoxib 25 mg | 09/01/02   | 381    | .          | Intermittent claudication                     |                      |
| 91 | 94615 | 914     | Rofecoxib 25 mg | 02/01/03   | 467    | .          | Angina pectoris                               |                      |
| 92 | 94678 | 815     | Rofecoxib 25 mg | 04/24/02   | 183    | .          | Deep venous thrombosis NOS                    |                      |
| 93 | 90016 | 723     | Placebo         | 10/13/01   | 542    | .          | Transient ischemic attack                     | Transient ischemic attack[1] |
| 94 | 90254 | 509     | Placebo         | 12/11/00   | 35     | .          | Peripheral vascular disorder                  | Peripheral arterial thrombosis[1] |
| 95 | 90296 | 885     | Placebo         | 11/30/02   | 838    | .          | Acute myocardial infarction                   | Acute myocardial infarction[1,2] |

Data Source: [4.4.1, 4.14]

62

MRK-AHD0075818



Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 96 | 90700 | 557 | Placebo | 02/14/01 | 93 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 97 | 90728 | 781 | Placebo | 01/17/02 | 492 | | Pulmonary embolism | Pulmonary embolism[1] |
| 98 | 90902 | 802 | Placebo | 02/23/02 | 202 | | Coronary artery disease NOS | Unstable angina pectoris[1] |
| 99 | 91003 | 905 | Placebo | 01/24/03 | 743 | | Transient ischemic attack | Transient ischemic attack[1] |
| 100 | 91003 | 926 | Placebo | 01/28/03 | 747 | | Ischemic stroke NOS | Ischemic cerebrovascular stroke[1,2] |
| 101 | 91173 | 720 | Placebo | 10/12/01 | 185 | | Cardiac arrest, Myocardial infarction | Acute myocardial infarction[1,2] |
| 102 | 91583 | 717 | Placebo | 09/19/01 | 152 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 103 | 91583 | 805 | Placebo | 04/29/02 | 374 | 04/29/02 | Myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 104 | 91583 | 851 | Placebo | 04/10/02 | 355 | | Angina unstable | Unstable angina pectoris[1] |
| 105 | 92073 | 890 | Placebo | 11/14/02 | 458 | | Coronary artery disease NOS | Unstable angina pectoris[1] |
| 106 | 92073 | 891 | Placebo | 11/21/02 | 465 | | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 107 | 92301 | 637 | Placebo | 05/06/01 | 69 | | Angina pectoris | Unstable angina pectoris[1] |
| 108 | 92354 | 729 | Placebo | 11/06/01 | 319 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 109 | 92358 | 841 | Placebo | 08/04/02 | 399 | 08/04/02 | Cardiac arrest | Sudden cardiac death[1,2] |
| 110 | 92455 | 856 | Placebo | 10/03/02 | 605 | | Phlebitis NOS | Peripheral venous thrombosis[1] |
| 111 | 92480 | 787 | Placebo | 03/15/02 | 330 | | Pulmonary embolism | Pulmonary embolism[1] |

Data Source: [4.4.1, 4.14]

MRK-AHD0075819

Restricted Confidential limited access

Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 112 | 92741 | 870 | Placebo | 11/14/02 | 585 | 12/10/02 | Cerebrovascular accident | Fatal hemorrhagic stroke[2] |
| 113 | 92839 | 920 | Placebo | 03/19/03 | 673 | . | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 114 | 92858 | 761 | Placebo | 01/09/02† | 265 | 01/09/02† | Acute myocardial infarction; Cardio-respiratory arrest; Coronary artery thrombosis | Fatal acute myocardial infarction[1,2] |
| 115 | 93260 | 930 | Placebo | 02/13/03 | 508 | . | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 116 | 93267 | 948 | Placebo | 05/28/03 | 707 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 117 | 93371 | 684 | Placebo | 07/31/01 | 6 | . | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 118 | 93572 | 799 | Placebo | 04/09/02 | 189 | . | Deep venous thrombosis NOS | Peripheral venous thrombosis[1] |
| 119 | 93616 | 3881 | Placebo | 06/28/04 | 1042 | . | Cerebral haemorrhage | Hemorrhagic stroke[2] |
| 120 | 94319 | 898 | Placebo | 01/18/03 | 457 | 02/01/03 | Myocardial infarction, Coronary artery disease NOS | Fatal acute myocardial infarction[1,2] |
| 121 | 94336 | 3735 | Placebo | 04/26/04 | 937 | . | Myocardial infarction | Acute myocardial infarction[1,2] |
| 122 | 94384 | 819 | Placebo | 05/15/02 | 484 | . | Cerebral infarction | Ischemic cerebrovascular stroke[1,2] |
| 123 | 94405 | 834 | Placebo | 04/25/02 | 394 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 124 | 94430 | 759 | Placebo | 01/21/02 | 188 | . | Cerebral infarction | Ischemic cerebrovascular stroke[1,2] |
| 125 | 90164 | 952 | Placebo | 05/31/03 | 986 | . | Angina unstable | |
| 126 | 90342 | 474 | Placebo | 10/17/00 | 55 | . | Coronary artery disease, Unstable angina | |
| 127 | 90406 | 940 | Placebo | 03/31/03 | 855 | . | Gangrene NOS | |

† The correct date should be 1/8/02. However, 1/9/02 was what in the data set for the analysis. This error had no impact on analysis results.

Data Source: [4.4.1, 4.14]

MRK-AHD0075820




Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 128 | 90406 | 977 | Placebo | 03/31/03 | 855 | 05/27/03 | Pneumonia NOS | |
| 129 | 90481 | 932 | Placebo | 04/02/03 | 765 | | Carotid artery occlusion | |
| 130 | 90779 | 985 | Placebo | 11/20/03 | 802 | | Coronary artery occlusion | |
| 131 | 91335 | 957 | Placebo | 04/10/03 | 984 | | Myocardial ischaemia | |
| 132 | 91638 | 833 | Placebo | 07/23/02 | 559 | | Cerebrovascular disorder NOS | |
| 133 | 91704 | 4063 | Placebo | 09/19/03 | 1086 | 12/18/03 | Metastatic renal cell carcinoma | |
| 134 | 91724 | 832 | Placebo | 05/20/02 | 557 | | Subdural haematoma | |
| 135 | 91904 | 735 | Placebo | 11/21/01 | 463 | | Coronary artery disease | |
| 136 | 92046 | 850 | Placebo | 08/12/02 | 667 | | Myocardial ischaemia | |
| 137 | 92163 | 791 | Placebo | 01/02/02 | 242 | | Coronary artery disease NOS | |
| 138 | 92301 | 668 | Placebo | 06/07/01 | 101 | | Angina pectoris | |
| 139 | 92582 | 814 | Placebo | 05/20/02 | 389 | | Angina unstable | |
| 140 | 92814 | 904 | Placebo | 01/27/03 | 664 | | Carotid artery stenosis | |
| 141 | 92887 | 702 | Placebo | 08/27/01 | 146 | | Coronary artery stenosis | |
| 142 | 93260 | 907 | Placebo | 02/21/03 | 516 | 02/21/03 | Brain death, Sepsis NOS | |
| 143 | 93260 | 994 | Placebo | 02/17/03 | 512 | | Cerebrovascular accident | |

Data Source: [4.4.1, 4.14]

65

MRK-AHD0075821


Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|----|---------|-----------|------------|--------|------------|------|---------------------|
| 144 | 93398 | 4029 | Placebo | 09/07/04 | 1126 | 09/16/04 | Hepatic failure, Renal failure acute, Disseminated intravascular coagulation | |
| 145 | 93601 | 3709 | Placebo | 12/29/03 | 798 | | Coronary artery disease | |
| 146 | 94059 | 963 | Placebo | 03/23/03 | 738 | | Vertebrobasilar insufficiency | |
| 147 | 94405 | 835 | Placebo | 05/10/02 | 409 | | Carotid artery stenosis | |
| 148 | 94732 | 4119 | Placebo | 07/09/02 | 262 | 12/31/02 | Gastric cancer NOS | |

Note: [1] Confirmed TCVSAE event; [2] Confirmed APTC event

Data Source: [4.4.1, 4.14]

Table 28
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events between 15 Days and 28 Days after the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|----|---------|-----------|------------|--------|------------|------|---------------------|
| 1 | 90156 | 683 | Rofecoxib 25 mg | 05/01/01 | 275 | 05/15/01 | Metastatic neoplasm of unknown primary | |
| 2 | 94718 | 852 | Rofecoxib 25 mg | 06/07/02 | 304 | 07/09/02 | Pulmonary tuberculosis | |
| 3 | 90577 | 754 | Placebo | 12/18/01 | 387 | 12/27/01 | Stab Wound, Completed suicide | |

Note: [1] Confirmed TCVSAE event; [2] Confirmed APTC event

Data Source: [4.4.1, 4.14]

Restricted Confidential — limited access

MRK-AHD0075822



Restricted
Confidential
limited access

Table 28
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events 28 Days after the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 90070 | 4146 | Rofecoxib 25 mg | 02/15/01 | 351 | 02/15/01 | Death | Sudden cardiac death[1,2] |
| 2 | 90310 | 4182 | Rofecoxib 25 mg | 07/24/02 | 413 | | Coronary artery disease | Unstable angina pectoris[1] |
| 3 | 90732 | 956 | Rofecoxib 25 mg | 07/05/03 | 964 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 4 | 91247 | 714 | Rofecoxib 25 mg | 08/17/01 | 86 | 08/18/01 | Thromboembolic stroke. Carotid artery obstruction. Cerebral infarction | Fatal ischemic cerebrovascular stroke[1,2] |
| 5 | 92718 | 725 | Rofecoxib 25 mg | 10/09/01 | 203 | 10/09/01 | sudden death | Sudden cardiac death[1,2] |
| 6 | 94072 | 933 | Rofecoxib 25 mg | 04/04/03 | 729 | | Pulmonary embolism | Pulmonary embolism[1] |
| 7 | 90310 | 4255 | Rofecoxib 25 mg | 07/24/02 | 413 | 08/29/02 | CRC split: death due to post-op complications | |
| 8 | 90324 | 4181 | Rofecoxib 25 mg | 01/04/04 | 959 | 01/04/04 | Hepatic neoplasm malignant | |
| 9 | 90623 | 4061 | Rofecoxib 25 mg | 01/02/02 | 1463 | 01/02/02 | Dementia Alzheimer's type | |
| 10 | 91843 | 4121 | Rofecoxib 25 mg | 10/27/03 | 1064 | 10/27/03 | Cerebrovascular accident | |
| 11 | 92708 | 4120 | Rofecoxib 25 mg | 09/21/01 | 306 | 10/10/01 | Hepatic cancer metastatic | |
| 12 | 93385 | 4145 | Rofecoxib 25 mg | 02/22/02 | 282 | 05/07/04 | Breast cancer metastatic | |
| 13 | 94392 | 4122 | Rofecoxib 25 mg | 07/02/02 | 492 | 07/02/02 | Aspiration | |
| 14 | 94503 | 945 | Rofecoxib 25 mg | 12/31/02 | 455 | 04/22/03 | Lung cancer metastatic | |
| 15 | 90873 | 4179 | Placebo | 02/15/03 | 807 | 02/15/03 | Death | Sudden cardiac death[1,2] |

Data Source: [4.4.1, 4.14]

67

MRK-AHD0075823



Table 28 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events 28 Days after Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 92455 | 889 | Placebo | 12/02/02 | 665 | 12/04/02 | Myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 17 | 92998 | 4033 | Placebo | 05/15/03 | 717 | 05/15/03 | Acute myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 18 | 90209 | 989 | Placebo | 10/07/03 | 1044 | 10/23/03 | Hepatic failure | |
| 19 | 90243 | 4180 | Placebo | 05/25/02 | 376 | 05/25/02 | Lung neoplasm malignant | |
| 20 | 90936 | 760 | Placebo | 11/12/01 | 229 | 11/12/01 | Injury NOS | |
| 21 | 91365 | 947 | Placebo | 04/16/03 | 898 | 04/16/03 | Circulatory collapse | |

Note: [1] Confirmed TCVSAE event; [2] Confirmed APTC event

Data Source: [4.4.1, 4.14]

68

MRK-AHD0075824