f.   Fosslien E. **Mitochondrial medicine: Molecular pathology of defects in oxidative phosphorylation.** *Ann Clin Lab Sci* 2001;31(1):25-67.

    g.   Fosslien E. **Molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis.** *Ann Clin Lab Sci* 2001;31(4):325-47.

    h.   Fosslien E. **Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs.** *Ann Clin Lab Sci* 2005 Fall;35(4):347

## II. BACKGROUND INTEREST IN ATHEROSCLEROTIC PLAQUE

26. For many years I have been interested in the role of inflammation as a risk factor in the development of tumors (neoplasia) and atherosclerosis, the arterial disease that is a major risk factor for heart attacks and stroke. During residency training and as a junior faculty member at the University of Chicago I worked with Dr. Robert Wissler on atherosclerosis research. At the University of Illinois I started first a protein and then a cell proliferation research laboratory. Working with medical and graduate students, post doctoral fellows and visiting researchers, we investigated protein expression and cell proliferation in young and old human aortas affected with or free of atherosclerotic lesions. We investigated early atherosclerotic lesions (fatty streaks) and advanced lesions (plaques) and obtained biochemical evidence, which show that atherosclerotic plaques develop in a background of inflammation. Our results corroborated other, different evidence in support of an important role of inflammation in the development of atherosclerosis, as was emphasized by Dr. Russell Ross, in his 'response to injury' theory. Our results were presented at

10

national meetings and published in peer-reviewed journals such as Atherosclerosis and Experimental and Molecular Pathology.

27. Whereas inflammation is a major risk factor for atherosclerosis, aberrant smooth muscle cell proliferation plays an important role as well: Dr. Earl Benditt pointed out that the growth of smooth muscle cells in plaques resembles growth of smooth muscle cells in benign tumors of the human uterus, so-called uterine fibroids (uterine leiomyomas). Fibroids are monoclonal tumors: the tumors cells are descendants of a mutated cell. Benditt presented evidence that smooth muscle cells in plaques are monoclonal, and correspondingly called his theory the 'monoclonal theory' of atherosclerosis.

28. We supplemented cultured leiomyoma and normal uterine muscle cells with various cytokines and growth factors, such as transforming growth factor-beta (TGF-$\beta$) that plays an important role in atherosclerosis. TGF-$\beta$ is a bimodal growth factor because it stimulates and inhibits growth at low and high concentrations respectively. It is part of a family of growth factors that play essential roles in embryogenesis. Our cultured smooth muscle cells responded with bimodal cellular growth responses to TGF-$\beta$. Also, the tumor cells grew very slowly but persistently, similar to the growth behavior that Benditt had shown for smooth muscle cells from atherosclerotic lesions. Our studies were supported by the Pathology Graduate Program and by the Campus Research Board of the University of Illinois. On further analysis of our cell culture data and comparing our results with relevant findings in the literature, I developed a hypothesis (published in Medical Hypotheses) on curvature control by gradients of bimodal growth factors, on their role in determining biological

11

structures, and how loss of curvature control may contribute to abnormal tissue architecture seen in atherosclerosis and tumors.

29. When a new enzyme was discovered that is expressed at sites of inflammation I became quite interested in its role in atherosclerosis and tumor development. The enzyme was cyclooxygenase (COX)-2. By comparison, COX-1, another isoform of the enzyme, is important especially for platelets function: too much inhibition of COX-1 causes excessive bleeding. I wrote review articles on COX-1 and COX-2, on the role of the latter in tumor development, atherosclerosis, in tumor-induced angiogenesis, and about anti-cancer effects of selective COX-2 inhibitors. These articles were published in peer-reviewed journals (Critical Reviews in Clinical and Laboratory Science and Annals of Clinical and Laboratory Science). When clinical studies revealed that some coxibs, such as rofecoxib (Vioxx, Merck), were associated with an increase in cardiovascular complications, and was finally withdrawn from the market, I decided to investigate how selective COX-2 inhibitors could be associated with cardiovascular complications, and wrote a long, detailed review that was published in Annals of Clinical and Laboratory Science in 2005. In the review I examined and summarized published clinical and basic science findings and outlined my opinions on mechanisms of the pathology involved in such complications. The present report focuses on the pathogenesis of rofecoxib-induced cardiovascular complications.

## III. SUBJECT BACKGROUND

30. A few months after publication of my review paper on "Cardiovascular complications of non-steroidal anti-inflammatory drugs" (NSAIDs)[1], I was asked

by John Restaino, Esq. to analyze additional material and render an opinion on the pathogenesis of cardiovascular complications induced by rofecoxib (Vioxx®), a selective inhibitor of cyclooxygenase (COX-2), an enzyme mainly expressed at sites of inflammation such as atherosclerotic lesions.   Rofecoxib exhibits fewer gastrointestinal complications than traditional NSAIDs, and found widespread use. However, rofecoxib was withdrawn from the world market in 2004 as clinical studies substantiated that its use increased the risk of cardiovascular complications.

31. **The objective** of this Rule26 report is to provide an opinion on the pathogenesis of adverse cardiovascular complications induced by rofecoxib.

32. **Method**: I reviewed and analyzed publications from the peer-reviewed medical and basic science literature, legal depositions, FDA documents, internal Merck communications, and other material provided by council.  In reaching my opinions I relied on these materials as well as my own education, experience, and research, and I employed standard methodologies that are generally accepted in the scientific communities.

33. **Findings**: In clinical settings, rofecoxib selectively inhibits cyclooxygenase (COX)-2 but not COX-1.  The two COX isoforms are rate-limiting for the synthesis of prostanoids, which regulate homeostasis via specific prostanoid receptors.  Selective inhibition of COX-2 decreases the synthesis of prostacyclin, an inhibitor of thromboxane, a prothrombotic prostanoid and accelerator of atherogenesis, the development of atherosclerosis.  In experimental models of atherosclerosis, inhibition or gene knockout of thromboxane receptors (TP) and inhibition or gene knockout of prostacyclin receptors (IP) significantly inhibits and accelerates

13

atherogenesis, respectively.  In young, healthy adults, the effects of thromboxane, which promotes thrombogenesis, and prostaglandin, which opposes the effects of thromboxane, is balanced, as evidenced by the fact that there is no bleeding tendency and there is no inclination towards abnormal thrombosis.  Experimental evidence shows that selective inhibition of COX-2 has an immediate prothrombotic effect. Patients with atherosclerosis, cardiovascular post-operative patients (coronary bypass grafting), and older subjects have elevated levels of thromboxane and prostacyclin. A study of an older population revealed increased rates of cardiovascular complications in rofecoxib users already during the first 60 days; the risk persisted for several years in either low of high baseline risk patients [2].  Aspirin, as noted above, inhibits thromboxane synthesis and reduces the risk of myocardial infarction. However, rofecoxib does not reduce thromboxane signaling, and therefore lacks the cardioprotective properties of aspirin.  Rofecoxib causes hypertension in patients and in experimental models.  Hypertension promotes thrombogenesis and atherogenesis. Thromboxane contracts arteries.  Prostacyclin opposes this effect of thromboxane. Inhibition of prostacyclin synthesis leads to contraction of arteries, which causes hypertension. Rofecoxib-induced renal sodium retention additionally contributes to the development of hypertension [3],[4].   Furthermore, rofecoxib promotes atherosclerosis by increasing low density lipoprotein (LDL) oxidation leading to formation of oxidized LDL (oxLDL), an important risk factor in atherogenesis. Rofecoxib increases chemotaxis, it stimulates circulating monocytes to express receptors that bind to endothelial cells, thus increasing monocyte migration into the

arterial wall, an important component in the initiation and progression of atherosclerosis [5],[6].

34. **Opinion**: The risk of cardiovascular complications associated with rofecoxib treatment depends upon several factors.  Treatment with rofecoxib reduces cyclooxygenase-dependent prostacyclin synthesis and prostacyclin signaling. Rofecoxib also increases formation of non-enzymatically generated isoprostanes, which promote thrombosis and atherogenesis via the thromboxane receptor pathway. Furthermore, rofecoxib promotes formation of oxidized low-density lipoproteins (oxLDL), a risk factor for atherogenesis.  In healthy, young subjects this leads to a modest but important excess of uncompensated thromboxane signaling that raises microthrombi formation and accelerates atherogenesis without causing immediate clinical symptoms (sub-clinical effects).   In patients with atherosclerosis, cardiovascular post-operative patients, and older subjects who already have elevated baseline risk levels for cardiovascular events rofecoxib treatment potently accelerates the risk of acute myocardial infarction and death.  Rofecoxib-induced reduction in prostacyclin signaling in the presence of increased thromboxane pathway signaling (by thromboxane and isoprostanes) induces a prothrombotic state and accelerates atherogenesis.  The thromboxane pathway signaling excess is higher in at risk patients than in young, healthy subjects who have low baseline cardiovascular risk. However, in the latter as well as the former, rofecoxib also promotes hypertension, monocyte chemotaxis, and oxLDL formation, all of which accelerate atherogenesis. In summary, rofecoxib induces a prothrombotic state and accelerates atherogenesis. These mechanisms explain how rofecoxib increases the risk of coronary

atherosclerosis, coronary thrombosis, and acute myocardial infarction. Further details are discussed below.

## IV. INTRODUCTION

35. I address the following issues in this report:

    a.   What is the pathogenesis of rofecoxib-induced cardiovascular complications?

    b.   What is the effect of rofecoxib on blood pressure?

    c.   How does rofecoxib initiate and promote vascular inflammation and atherosclerosis?

    d.   Does rofecoxib promote leukocyte recruitment and endothelial transmigration (chemotaxis)?

    e.   Does rofecoxib induce coronary artery thrombus formation and acute myocardial infarction (AMI)?

    f.   Does rofecoxib restrain formation and function of cardiac collateral circulation?

36. I hold the following opinions to a reasonable degree of medical certainty:

    a.   Atherosclerosis is a chronic disease and a major risk factor for myocardial infarction. Atherogenesis is the pathophysiology of the temporal development of the disease.

    b.   Two factors, atherosclerosis, and thrombosis, are major risk factors in the development of cardiovascular complications of selective COX-2 inhibition.

    c.   Rofecoxib does not inhibit COX-1 and therefore does not reduce prothrombotic signaling by thromboxane $A_2$.

16

d.  A prothrombotic state is a risk factor for atherosclerosis and cardiovascular events.

e.  Rofecoxib-induced vasoconstriction, hypertension, and increase platelet aggregation, and increase chemotaxis, all contribute to a substantial degree to coronary atherosclerosis and coronary thrombosis.

f.  Rofecoxib inhibits COX-2 and thereby restricts the synthesis of prostacyclin ($PGI_2$), an arachidonic acid product that potently limits platelet activation, thrombus formation and cholesterol accumulation in arteries. Therefore, rofecoxib activates platelets, promotes thrombosis, atherogenesis, and reduces vascular perfusion.

g.  Rofecoxib disrupts the physiological balance in signaling of the thromboxane and prostacyclin pathways.  The rofecoxib-induced lowering of prostacyclin synthesis reduces restraints on the prothrombotic effect of signaling via the thromboxane receptor, which also promotes atherosclerosis, thrombogenesis, and increases the risk of cardiovascular complications

h.  Rofecoxib promotes chemotaxis, the recruitment of monocytes to the endothelium and their migration into the intima.  Chemotaxis plays an important role both in the initiation and progression of atherosclerosis.

i.  It is generally accepted that hypertension is an independent risk factor for atherosclerosis, an arterial inflammatory disease that is, itself, a major risk factor for myocardial infarction and stroke.

17

j. Rofecoxib, which is more selective for COX-2 than celecoxib ex vivo, elevates blood pressure more and causes more edema formation than celecoxib.

k. A well developed collateral circulation can protect against gradual occlusion of a large coronary artery and against sudden ischemic damage. Inhibition of COX-2 by coxibs such as rofecoxib causes reduced prostacyclin synthesis, which hampers cardiac angiogenesis, the development of collateral circulation downstream of the plaque. Furthermore, if collaterals have already been established, lack of prostacyclin leads to reduced dilation of the collateral vessels, reduced blood flow via collaterals, and more downstream ischemic damage, even if the upstream plaque itself remains unaffected.

## V. ROFECOXIB

37. Merck and Company (Merck) obtained Food and Drug Administration (FDA) approval for rofecoxib (MK-966, VIOXX®) in May of 1999. Rofecoxib, like celecoxib and valdecoxib, selectively inhibits cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. Expression of COX-2 is elevated at sites of inflammation such as in synovial tissues in rheumatoid arthritis, osteoarthritis, and ankylosing spondylitis [8] and atherosclerotic lesions. Unlike traditional non-steroidal anti-inflammatory drugs (NSAIDs) rofecoxib does not inhibit COX-1 and may be less toxic to the gastrointestinal tract. Hence, rofecoxib widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory conditions. However, in several clinical studies, rofecoxib became associated with higher risks of myocardial infarction (MI) and stroke.

18

38. In late 2000 the results from the Vioxx Gastrointestinal Outcomes Research Study (VIGOR, 8076 patients) suggested that rofecoxib had better gastrointestinal safety than naproxen. The VIGOR study was a randomized trial of rofecoxib comparing it with the non-steroidal anti-inflammatory drug, naproxen [9]. However, there was a statistically significant increase in cardiovascular complications in patients using rofecoxib compare to patients treated with naproxen [10]. Adverse cardiovascular events included unstable angina, thrombosis, myocardial infarction, cardiac arrest with resuscitation, and sudden and unexplained death. The relative risk in the rofecoxib-treated group compared with the naproxen group was 2.38 (95% confidence interval, 1.39-4.00; P=.002) [11].

39. Merck proposed that the difference was due to cardioprotective properties of naproxen or to the type of patients involved in the trial. In a March 27, 2000 press release Merck attributed the observed increase in cardiac events in patients given rofecoxib to 'naproxen's ability to block platelet aggregation". However, concerns about cardiotoxic effects of rofecoxib were clearly expressed by Dr. Scolnick, who wrote within an internal Merck memo, dated March 9, 2000:

> "The CV (cardiovascular) events are clearly there....this is real....it is a shame but it is a low incidence and it is mechanism-based as we worried it was. Oates and Alan and Barry were right about the metabolic meanings, i.e., urine Pg (prostaglandin) data....this will limit the class somewhat..."

19

40. The statement appears to express concern for rofecoxib-induced inhibition of prostacyclin, an antihypertensive and antithrombotic prostaglandin (Figure 1).

Figure 1. Adverse effects of rofecoxib (VIOXX®) on vasoactive eicosanoids

Fosslien: Rule26Report2006



Nevertheless, a Merck news release of April 28, 2000 (MRK-PRL0000122) states that "extensive review of data from the completed osteoarthritis trials and on-going clinical trials with Vioxx, as well as post-marketing experience with Vioxx, have shown no difference in the incidence of cardiovascular event, such as heart attack, among patients taking Vioxx…"

41. Furthermore, VIGOR was published in the New England Journal of Medicine (NEJM) on November 23, 2000 [9], and, despite it being known and generally accepted that an imbalance in thromboxane/prostacyclin synthesis can result in thrombosis formation, there is no mention whatsoever within the published study regarding effects of rofecoxib upon this essential physiological balance.

20

## VI.    ROFECOXIB-INDUCED CARDIOVASCULAR TOXICITY

42. Rofecoxib has both direct and indirect effects on the cardiovascular system. The direct effects are local in nature and involve the coronary arteries and the myocardium. These complications include coronary artery thrombosis, vasoconstriction, and atherogenesis, exacerbation of pre-existing atherosclerosis, cardiac arrhythmias and intracardiac thrombosis. Another local effect consists of impairment of coronary angiogenesis (late-phase myocardial ischemic preconditioning). Indirect effects include rofecoxib-induced increases in blood pressure and blood volume, and development of edema (MRK-AAD0200946). Collectively and separately each of these can cause or substantially contribute to the cause of myocardial infarctions and/or sudden cardiac death; furthermore, one or more of these conditions can contribute to the cause of cerebrovascular accidents.

43. Rofecoxib selectively inhibits cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. COX-2 and COX-1 convert arachidonic acid to various prostaglandin (PG) $H_2$, the substrate for the synthesis by specific synthases to various prostanoid such as the vasoactive prostanoids prostacyclin and thromboxane, which are vital to vascular homeostasis and are important in vascular pathophysiology [12]. Arachidonic acid may also be converted by other enzymes (lipoygenases), to leukotrienes [13] or can also be converted to isoprostanoids by non-enzymatic pathways.

44. As discussed, unlike most traditional NSAIDs rofecoxib does not inhibit COX-1 and may be less toxic to the gastrointestinal tract. Hence, rofecoxib widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory

21

conditions. However, in clinical studies, rofecoxib caused cardiovascular adverse risks such as myocardial infarction (MI) and stroke. Several mechanisms involved in the pathogenesis of such complications are outlined below.

45. First, rofecoxib does not inhibit COX-1 and therefore does not reduce prothrombotic signaling by thromboxane $A_2$ ($TxA_2$), an arachidonic acid product that can induce platelet aggregation and thrombosis and contract arteries. By contrast, low-dose aspirin is cardioprotective because it inhibits COX-1 and lowers platelet synthesis of thromboxane. Also, rofecoxib can increase prothrombotic signaling via the thromboxane pathway: Rofecoxib can increase the generation of isoprostanes, which stimulates prothrombotic signaling by interacting with the thromboxane receptor.

46. Second, rofecoxib inhibits COX-2 and thereby restricts the synthesis of prostacyclin ($PGI_2$), an arachidonic acid product that potently limits platelet activation [14] and thrombus formation and cholesterol accumulation in arteries [15], [12]. Prostacyclin counteracts the effects of thromboxane and isoprostanes. Thus rofecoxib disrupt the physiological balance in signaling of the thromboxane and prostacyclin pathways. The rofecoxib-induced lowering of prostacyclin synthesis reduces restraints on the prothrombotic effect of signaling via the thromboxane receptor, which promotes atherosclerosis, thrombogenesis, and increases the risk of cardiovascular complications (Figure 2).

47. This opinion is supported by results obtained in mouse models of atherosclerosis ($apoE^{-/-}$ mice); interruption of the $TxA_2$ signaling pathway by deletion of the thromboxane receptor (TP) limits atherogenesis. By contrast, interruption of prostacyclin signaling by deletion of the prostacyclin receptor (IP) accelerates

atherogenesis.  Also,  COX  inhibition  can  raise  levels  of  arachidonic

Figure 2. Adverse effects of rofecoxib (VIOXX®): Reduced prostacyclin signaling, thromboxane-induced vasoconstriction, accelerated atherosclerosis, and thrombosis



Fosslien: Rule26Report2006

acid, which can inhibit mitochondrial oxidative phosphorylation (OXPHOS) and increase OXPHOS generation of reactive oxygen species (ROS).  Studies of apoE[-/-] mice indicate that mitochondrial dysfunction plays an early role in atherogenesis.

48. Third, rofecoxib increases expression of monocyte receptors (CCR5) that can bind to endothelial monocyte chemoattractant proteins (MCP)-1.  Thus rofecoxib promotes chemotaxis, the recruitment of monocytes to the endothelium and their migration into the intima.  Chemotaxis plays an important role both in the initiation and progression of atherosclerosis.

VII.  **ROFECOXIB USE INCREASES THE RISK OF ACUTE MYOCARDIAL INFARCTION**

49. Myocardial infarction occurs when the blood supply to a region of the heart is insufficient for maintenance of normal function and causes irreversible damage.

23

Acute myocardial infarction occurs when an obstructing coronary thrombus stops the flow of blood though a coronary artery. A predisposing factor to the formation of a thrombus is typically the presence of an atherosclerotic lesion (atheromas or atherosclerotic plaques) in the coronary artery involved. Thus, these two factors, atherosclerosis and thrombosis, are major risk factors in the development of cardiovascular complications of selective COX-2 inhibition.

50. In coronary arteries the space-occupying atheromas can cause ischemia and angina. However, for some time, remodeling of the arterial wall of a coronary artery can maintain a near normal lumen diameter, as the lesion evolves outward, the "Glagov Phenomenon". Gradually, the internal lamina next to the atherosclerotic plaque is partially destroyed as the disease process extends into the inner part of the arterial media. In the aorta, this development may progress deep into the aortic wall and so weaken the wall that it leads to the formation of an aneurysm, a very serious complication as it may suddenly rupture and cause fatal hemorrhage. In coronary arteries, when the lumen gradually narrows due to the expansion of the space-occupying plaque, chronic ischemia develops that causes chronic ischemic heart disease, cardiac failure, and pulmonary edema. A most severe clinical complication of atherosclerosis is caused by plaque rupture, thrombosis, and acute myocardial infarction, which in a large number of cases causes sudden death due to arrhythmias and cardiac pump failure [16].

## VIII.   HYPERTENSION – ROFECOXIB INCREASES BLOOD PRESSURE

51. Trials in hypertension show that lowering of elevated systolic blood pressure is essential in reducing cardiovascular risk. It is especially important in reducing

cardiovascular risk in elderly patients who have increased arterial stiffness and widening pulse pressure that cause isolated systolic hypertension [17]. Rofecoxib, which is more selective for COX-2 than celecoxib ex vivo, elevates blood pressure more and causes more edema formation than celecoxib [18]. In the VIGOR trial data that was available in late 2000, users of rofecoxib experienced a mean blood pressure increase of 4.6 mm Hg compared to a mean increase of 1 mm Hg in the naproxen arm of the study (MRK-ANR0011512).

52. This problem with rofecoxib, i.e. that it increases blood pressure in hypertensive patients was acknowledged by Merck in late 2000 as evidenced in a Merck email transmission (MRK-NJ0281966) of December 26, 2000, from Dr. Rush of Merck US Medical and Scientific Affairs (US MEDSA) to Wendy Dixion of Merck's US Human Health Division (USHH). Dr. Rush notes that the effect of rofecoxib is greater on systolic than on diastolic blood pressure and also recognizes that rofecoxib will probably be used more in the elderly who are more likely suffer from systolic hypertension and who are therefore at higher risk of cardiovascular complications.

53. Figure 1 in the memo is a copy of Figure 2 in a paper by Staessen et al published in THE LANCET in March 2000. The authors found that in untreated patients systolic blood pressure was a more accurate indicator than diastolic blood pressure in predicting coronary risk and mortality. Risk of death increased with lower diastolic pressure and greater pulse pressure. The investigators concluded that treatment with hypotensive drugs is warranted in elderly patients whose blood pressure is higher than 159 mm Hg [19].

54. In patients with treated hypertension use of an NSAID can destabilize blood pressure. In such patients, even a relatively modest increase in blood pressure is significant [20]. Russel et al (MRK-ABK0493642) in evaluating the effect of rofecoxib-induced increase in systolic blood pressure calculated that during a 4 year period an increase of 3 mm Hg was associated with 20,800 additional events caused by congestive heart failure and 21,600 additional stroke events (MRK-ABK0493642). .

55. Furthermore, in the March/April 2001 issue of the American Journal of Therapeutics, Whelton et al warned about loss of blood pressure control in older, at risk patients treated with rofecoxib [21]. Clearly, Merck was concerned about problems with rofecoxib use in 'at risk' populations. Already in a January 23, 2000 meeting of the MSGP Review Committee for VIOXX™, a proposal titled "*Modulating inflammation in symptomatic atherosclerosis: safety and efficacy of rofecoxib in acute coronary syndrome*" was rejected with a comment that it was an "at risk" population and that "...it would be undesirable to pursue VIOXX in this patient population" (MRK-AEH0016403).

56. The apprehension expressed by Welton et al was based upon a 6-week study of patients who were taking antihypertensive medications and who were treated either with celecoxib or with rofecoxib [21]. In May of 2001, results of the study were presented at the 16th Scientific Meeting of the American Society of Hypertension. The study revealed adverse cardiovascular effects of rofecoxib treatment in older treated hypertensive patients with osteoarthritis. In the trial, 411 patients were treated with celecoxib 200 mg QD and 399 patients were treated with rofecoxib 25

26

mg QD. After 6 weeks of treatment, rofecoxib was linked with significant increases in mean systolic blood pressure and peripheral edema. According to a Merck memo of May 21, 2001 (from Dr. Rush) these results were communicated to Dr. Scolnick (MRK-AGV009670-74). In addition, an abstract published in February 2001 suggests that the same data had been presented even at an earlier date (MRK-AHO0072871).

57. Inhibition of renal COX-2 by traditional NSAIDs or selective COX-2 inhibitors causes potential adverse events such as fluid retention, edema, hypertension, and congestive heart failure [22]. In August 2001 Zhao et al published a report on renal-related adverse drug reactions induced by rofecoxib and celecoxib. Their findings were based on the World Hearth Organization/Uppsala Monitoring Centre (WHO/UMC) safety database, a large data base, which at that time included over 2 million reports from 57 countries. Zhao et al found that adverse renal effects such as water retention, renal failure, cardiac failure, and hypertension were significantly higher in patients treated with rofecoxib compared to celecoxib. Renal-related adverse drug reactions (ADRs) were up to 4-fold higher with rofecoxib than with celecoxib. Fatal events in the renal-failure group were 2.8-fold higher in patients treated with rofecoxib compared with patients treated with celecoxib. Furthermore, cardiac failure was 4.4 times higher in the rofecoxib group compared to the celecoxib group [23].

58. In April 2002 Gebo et al presented data from a comparison of the effects of rofecoxib and naproxen treatments in a group of 5557 osteoarthritis patients (MRK-ADJ0044415). No significant difference in relative incidence of edema-related

27

events or events related to increased blood pressure were detected among patients who were treated with either rofecoxib 25 mg QD or naproxen 500 mg BID. However, in women, in patients who were 65 years or older, in patients with baseline hypertension, and in non-black race patients there was an associated with edema-related events in both arms of the study.

59. Rofecoxib increases in blood pressure and edema formation is dose-related [24]. Concomitant treatment with an ACE inhibitor or β-blocker augments the increase in blood pressure, edema, and weight gain [25]. In a comparison study of rofecoxib versus celecoxib, patients receiving rofecoxib 25 mg/day had close to twice the number of cases with blood pressure elevations and edema formation as those treated with celecoxib 200 mg/day.. In the VIGOR trial, rofecoxib increased diastolic blood pressure and systolic blood pressure by 1.7 mm Hg and 4.6 mg Hg respectively.

60. Prostacyclin is a potent vasodilator and concern was expressed early during the marketing period of rofecoxib that inhibition of COX-2 reduces prostacyclin synthesis and would increase blood pressure (Dr. Scolnick, internal Merck memo, dated March 9, 2000). This concern was also understandable in view of other experimental findings showing that inhibition of COX-2 can increase blood pressure in both normal and hypertensive rats and promote leukocyte adherence [26]. Moreover, the importance of COX-2 products in preventing hypertension was demonstrated in mice: COX-2 products lowered blood pressure and selective COX-2 inhibition increased the response to vasopressors [27].

61. COX-2 supports important physiological functions in healthy organs (MRK-ANR0011512). In the kidney, COX-2 is involved in regulation of salt and water

28

balance [28], [10].  Inhibition of COX-2 by traditional NSAIDs or by selective COX-2 inhibitors such as rofecoxib leads to fluid retention and edema in patients with baseline risk factors, such as cardiac, renal, or vascular disease.  In at risk patients, rofecoxib induced destabilization of their blood pressure control after but one week of treatment and the adverse effect persisted during the treatment thereafter (MRK-ANR0011512).

62. It is generally accepted that hypertension is an independent risk factor for atherosclerosis; an arterial inflammatory disease that is, itself, a major risk factor for myocardial infarction and stroke.  Whelton and Spalding provide a linkage between blood pressure treatments and adverse thrombovascular events associated with the use of rofecoxib:  In treated hypertensive patients there was a significant increase in the risk of AMI and stroke during chronic rofecoxib dosing (MRK-ANR0011512).

## IX.    ROFECOXIB INCREASES THE RISK OF THROMBOSIS AND MYOCARDIAL INFARCTION

### IX.1.   Thromboxane Synthesis and Signaling

63. Because of the key role of inflammation in initiation and progression of atherosclerosis, it was hoped that an anti-inflammatory drug such as rofecoxib might potentially have antiatherogenic effects.  However, unlike aspirin, which has cardioprotective effects, rofecoxib does not inhibit cyclooxygenase (COX)-1, the COX isoform that is mainly responsible for platelet thromboxane (Tx) $A_2$ synthesis. Rofecoxib activates platelets, promotes thrombosis, atherogenesis, and reduces vascular perfusion because it inhibits COX-2-derived synthesis of prostacyclin, the prostanoid that normally counteracts the effects of thromboxane [29], [28].

29

Rofecoxib-induced inhibition of prostacyclin production decreases vascular dilation, increases blood pressure, and increases platelet aggregation and prothrombotic activity [11].

64. By comparison, traditional non-selective NSAIDs, which inhibit both COX-1 and COX-2 [30], and coxibs that are less COX-2-selective than rofecoxib and therefore inhibit COX-1 to some extent, are less likely to disrupt the balance of thromboxane and prostacyclin signaling. The proper balance of these two vasoactive prostanoids, thromboxane and prostacyclin, is vital for normal homeostasis and for prevention of atherosclerosis.

65. Thromboxane is a thrombogenic and atherogenic eicosanoid that activates platelets and stimulates platelet mediated processes that are involved in all stages of atherogenesis. Platelets adhere to the endothelium during the early phase of atherogenesis and also mediate processes in acute vessel closure at sites of atherosclerotic plaque rupture that lead to thrombosis and acute myocardial infarction [31].

66. Thromboxane is largely synthesized by platelets, in which cyclooxygenase (COX)-1 converts arachidonic acid to prostaglandin (PG) $H_2$ that serves as substrate for thromboxane synthase. The latter produces thromboxane that signals via thromboxane receptors (TP) expressed by platelets and vascular smooth muscle cells. The signaling activates platelets and contracts vascular smooth muscle cells that causes vascular constriction and promotes hypertension.

67. Aspirin inhibits COX-1, which, located upstream in the chain of thromboxane synthesis, lowers platelet synthesis of thromboxane. This lowers the risk of

30

thrombosis and inhibits atherogenesis. Thromboxane-induced vasospasm, platelet aggregation, thrombosis and smooth muscle cell proliferation are reduced. The synthesis of thromboxane can also be inhibited by inhibition of prostaglandin synthase [32]. In mice, complete deletion of the thromboxane receptor eliminates the excessive proliferative response to vascular injury [33].

68. Rofecoxib does not inhibit COX-1. Clinical evidence that rofecoxib does not inhibit thromboxane synthesis emerged from a study of 44 patients with Alzheimer's disease. Urinary 11-dehydro-TxB$_2$, a stable metabolite of thromboxane (Tx) A$_2$ and a marker of platelet activation, was found to be elevated in these patients. Treatment with aspirin, but not with rofecoxib, significantly reduced the urinary metabolite, corroborating a COX-1-mediated biosynthesis of thromboxane and that aspirin lowers platelet activation, whereas rofecoxib does not [34].

69. Concerns were raised in the medical literature about possible thrombotic tendencies attributable to selective inhibition of COX-2 [35]. Clinical studies revealed an increased rate of cardiovascular complications after use of rofecoxib. It emerged that rofecoxib significantly increased the risk of adverse thrombosis-related events such as myocardial infarction and stroke. Recently released copies of internal document suggest that the manufacturer of rofecoxib was aware of increased cardiovascular risks of rofecoxib use even during the early development and clinical marketing of the drug [36].

70. Experimental evidence verifies that selective inhibition of COX-2 can trigger thrombotic events, and that aspirin can inhibit such events. Selective inhibition of COX-2 was thrombogenic in a hamster model of thrombosis: Treatment with the

COX-2-selective inhibitor NS-398, increased firm platelet adhesion to hamster arterioles and increased the rate of occlusion of damaged vessels. Importantly, prostacyclin could inhibit such formation of platelet thrombi in the hamster cheek arterioles and venules    Aspirin treatment abridged these effects [37], [38]. Furthermore, aspirin but not rofecoxib inhibits adhesion of platelets to neutrophils induced by thrombin or lipopolysaccharide (LPS) [39].

71. Thromboxane is rapidly converted to 11-dehydro-TxB$_2$ (TxB$_2$), a stable hydration product, which is metabolized in further steps including β-oxidation [40]. A study of the effect of 17 different traditional NSAIDs found that they all bound to a subunit of tri-functional protein, an important enzyme of β-oxidation. All the NSAIDs tested inhibited oxidation of long-chain fatty acids (LCFA) such as prostanoids [41]. Inhibition of β-oxidation would reduce the rate of TxB$_2$ degradation and increase the urinary output of TxB$_2$, thus leading to underestimation of rofecoxib-induced lowering of prostacyclin synthesis. Surprisingly, no report is available in the literature on the effect of rofecoxib on β-oxidation.

72. Returning to the vasoactive balance problem, Fries and Grosser opine that it is not just a matter of an imbalance of prostacyclin and thromboxane that causes the elevation in blood pressure, a prothrombotic state, and acceleration of atherogenesis. They suggest that such a view might imply that suppression of thromboxane signaling with low-dose aspirin could completely protect against cardiovascular hazards induced by selective inhibition of COX-2. The authors imply that other agonists, not inhibited by aspirin, but having activities that resemble thromboxane may also be involved [42]. For example, 'other agonists' such as isoprostanes, non-

32

enzymatic arachidonic products, also interact with the thromboxane receptor. Rofecoxib can markedly increase formation of isoprostanes [43] and can therefore promote thrombosis and accelerate atherogenesis via the thromboxane receptor pathway.

## IX.2.   Prostacyclin Synthesis and Signaling

73. Prostacyclin $I_2$ ($PGI_2$), counteracts the effects of thromboxane signaling. It is an active, in vivo antithrombotic prostanoid [44]. It inhibits platelet aggregation, vasoconstriction, and smooth muscle cell proliferation [45]. Selective inhibition of COX-2 by rofecoxib reduces synthesis of prostacyclin, and limits restraints on adverse effect of excessive thromboxane signaling.

74. Grosser et al recently opined that suppression of COX-2-derived prostacyclin synthesis accelerates atherogenesis by augmenting the response to thrombotic and hypertensive stimuli. In support of their mechanistic view of the cardiovascular hazard caused by selective COX-2 inhibition, they noted that COX-1 is the only isoform expressed in endothelial cell under static in vitro conditions. However, under in vivo physiological conditions in humans endothelial prostacyclin is mainly COX-2-derived. Rofecoxib, which selectively inhibits COX-2, therefore suppresses formation of urinary 2,3-dinor 6-ketao $PGF_{1\alpha}$, a stable metabolite (PGIM) of prostacyclin ($PGI_2$). Whereas traditional NSAIDS, which inhibit both COX-2 and COX-1, also reduce COX-1-dependent thromboxane synthesis, rofecoxib does not because it does not inhibit COX-1. As a result, rofecoxib exaggerates thromboxane signaling [46].

33

### XI.2.1. Prostacyclin Synthase

75. Prostacyclin synthase (PGIS) converts the cyclooxygenase product $PGH_2$ to prostacyclin. A deletion (intron 9) of the prostacyclin synthase gene is associated with essential hypertension. The deletion produces a truncated protein and reduces urinary excretion of prostacyclin metabolites, which illustrates that defective prostacyclin signaling can increase blood pressure [45]. Furthermore, direct evidence of the vital importance of prostacyclin signaling was obtained in mice with genetic disruption of the prostacyclin receptor: the mice developed mural thickening of the aorta and of renal arteries with arteriosclerosis, renal cysts and progressive renal fibrosis. Disruption of the prostacyclin receptor also verified the importance of prostacyclin signaling in restraining adverse thromboxane effects. The prostacyclin receptor gene disruption increased thromboxane synthesis and significantly elevated the blood pressure [47].

76. Prostacyclin is produced by endothelial cells in response to shear stress or other physical forces and [48]. The genes for COX-2 and for prostacyclin synthase both contain shear stress responsive elements in their promoter region, and mechanical stress increases both COX-2 [48] and prostacyclin expression. Thus, vascular shear stress can increase prostacyclin signaling, which can dilate arteries and reduce shear stress. For example, in cultured HUVECs laminar fluid shear stress induces COX-2 and stabilizes COX-2 mRNA. However, COX-1 expression is unaltered [49]. In rat coronary arteries, mild physical trauma induces endothelial cell COX-2 expression and COX-2 is expressed in cultured endothelial cells [50]. Selective COX-2 inhibitors, such as NS-398, inhibits flow-induced vessel dilation and reduces the

34