UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| **Anthony Dedrick v. Merck & Co, Inc.** | * | **CASE NO. 02:05CV2524** |

## PLAINTIFF'S OPPOSITION TO MERCK & CO.'S MOTION TO EXCLUDE OPINION TESTIMONY OF COLIN FUNK, PH.D REGARDING ATHEROSCLEROSIS

Plaintiff Anthony Wayne Dedrick, files this Opposition to Merck & Co., Inc.'s Motion to Exclude Opinion Testimony of Dr. Colin Funk, and in support thereof shows:

### I.      INTRODUCTION

In the area of prostaglandin research, Dr. Colin Funk is one of the preeminent pharmacologists in the world. He helped pioneer research in this field, and he continues to be one of the leading researchers regarding the role and function of eicosanoids, such as prostacyclin and thromboxane. Dr. Funk's curriculum vitae is attached as Ex. A, however, the following is an abbreviated list of accomplishments pertinent to Merck's motion to exclude his testimony:

- In 1985, Dr. Colin Funk joined the laboratory of Nobel Laureate Professor Bengt Samuelsson at Karolinski Institutet in Stockholm, Sweden as a postdoctoral fellow for 3 years. Professor Samuelsson, his colleague Sune Bergstrom, and Professor John Vane shared the Nobel Prize in 1982 for their discovery of prostaglandins and related molecules and which included the mechanism of action of non-steroidal anti-inflammatory drugs. Following his postdoctoral training, Dr. Funk was appointed as Instructor in Pharmacology (1989), then Assistant Professor (1991), and Associate Professor (1994) in the Department of Pharmacology, Division of Clinical Pharmacology at Vanderbilt University Medical Center in Nashville, TN. In September 1995, Dr. Funk

1

was recruited to the University of Pennsylvania (UPenn) as Associate Professor in Pharmacology (Primary) and Medicine (Secondary). He was promoted to full professor in 2000 and remained at UPenn until June 2004. While at these universities, both Vanderbilt and UPenn Departments of Pharmacology ranked as the top pharmacology departments in the United States in terms of total NIH research funding.

- Dr. Colin Funk holds a Canada Research Chair position and received a Career Investigator Award of the Heart and Stroke foundation of Canada, Ontario Section and has received the National Institutes of Health Research Career Development Award.

- Dr. Colin Funk has taught pharmacology graduate students and medical students about eicosanoids and NSAIDs for fifteen years. He has lectured in numerous countries around the world and has been invited to speak at many international eicosanoid meetings. Dr. Funk has consulted for the pharmaceutical industry and serves on the scientific advisory board of VIA Pharmaceuticals Inc., a company devoted to the use of pharmaceuticals to treat vascular inflammation.

- Dr. Colin Funk has been conducting research on lipid mediators known as eicosanoids, which include prostacyclin, thromboxanes and leukotrienes, and the enzymes and receptors that generate eicosanoids and transduce their biological signals for over 25 years. He has authored or co-authored over 115 scientific, peer-reviewed publications relating to eicosanoids including investigations into the role of COXs in cardiovascular function, platelet thromboxane and vascular wall biology, and mechanisms contributing to atherosclerotic disease. Working with Merck scientists and Dr. Garret FitzGerald, Dr. Colin Funk cloned and expressed the prostaglandin EP1 receptor in 1993.

- Dr. Colin Funk has written the chapter on platelet eicosanoids in the pre-eminent textbook dealing with hemostasis and thrombosis for the last two editions (Hemostasis and Thrombosis, 5th Edition, Editors, Colman, Marder, Clowes, George and Goldhaber; Lippincott Williams and Wilkens Publishers, London, 2006).

- From 1989-1995, while at the Division of Clinical Pharmacology at Vanderbilt University, Dr. Funk worked with a team of investigators that included Drs. Garret FitzGerald and John Oates, both well-known and respected in the field of pharmacology of prostaglandins, coxibs and non-steroidal NSAIDs. The team of investigators also included Dr. Alastair Wood, Chair of the FDA advisory panel committee on coxibs and Dr. Grant Wilkinson, an expert in drug metabolism and drug interactions. From 1995 to 2004, Dr. Funk worked with Dr. Garret FitzGerald at the University of Pennsylvania. Their work involved the interactions of NSAIDs with COX enzymes.

- Following the initial studies which showed that coxibs could block prostacyclin formation and the publication of the VIGOR trial results, Dr. Funk developed a more comprehensive research program to examine the two COX isoforms, COX-1 and COX-2, using genetic techniques and mouse models that he had previously utilized over the

course of several years. From 2001 to the present, these studies have focused on several goals including examination of COX function in cardiovascular disease and general physiological functions.

Dr. Colin Funk has been funded by the NIH and Canadian Institutes of Health Research to generate the appropriate mouse models and to carry out studies related to COX-1 and COX-2. He currently holds a grant from the Heart and Stroke Foundation of Ontario to understand the mechanisms for COX-2 inhibition and cardiovascular disease. Dr. Funk has conducted extensive research and published articles with Garret FitzGerald, the name-sake of the "FitzGerald Hypothesis," that has become the generally accepted mechanism of action for the increased risk of cardiovascular events seen with Vioxx

Merck does not challenge Dr. Funk's qualifications and admits he is highly qualified in his field of expertise.[1] Merck has itself retained Dr. Funk on occasion and has sought his consultation in his area of expertise involving prostaglandins and prostaglandin synthesis.

Merck contends that the FitzGerald hypothesis, which is the accepted scientific mechanism of action for why the Cox-2 inhibitors cause adverse cardiovascular events, has been disproved. For support, Merck cites to the FDA and certain of Merck's own witnesses. For this reason, Plaintiff has offered Dr. Funk for his expert opinions that:

1.  Prostacyclin is a powerful and important anti-platelet aggregating mediator with potent vasodilator properties; Prostacyclin released from the vasculature is derived primarily from Cox-2 in humans and in animal models, and thromboxane, a potent platelet aggregating agent, is made by platelet Cox-1. The existence of Cox-2 in human blood vessels has been known since 1992.

2.  Coxibs inhibit vascular prostacyclin synthesis without disturbing platelet thromboxane production, and this imbalanced inhibition promotes a pro-thrombotic, hypertensive and potentially pro-atherosclerotic environment. Such environment increases cardiovascular risk in humans and forms the well accepted basis for the

---

[1]     Merck's Motion to Exclude p. 2. Further, Merck did not even attach Dr. Funk's curriculum vitae, a true and correct copy of which is attached hereto as Exhibit A.

FitzGerald Hypothesis, formulated no later than 1999, that this mechanism might mediate a risk of thrombosis and atherogenesis.

3.    The reduction of prostacyclin by coxibs can lead to the progression or acceleration of atherogenesis.

A more detailed analysis of these opinions is available in Dr. Funk's report in this case, attached hereto as Exhibit B.

## II.

Merck's Motion to Exclude hones in on only one word in the above summary of opinions – atherogenesis. This Court has previously and consistently allowed testimony in this area and there is no new basis for excluding it here. Indeed, Merck does not contend Dr. Funk is scientifically or methodologically wrong in stating that the reduction of prostacyclin by coxibs leads to the progression or acceleration of atherogenesis. As shown herein, this point is even made in Merck's own reported studies. Rather, as a matter of semantics, Merck contends this Court should exclude Dr. Funk's testimony unless he can say to a reasonable scientific certainty that Vioxx (an admitted Cox-2 selective inhibitor) in fact *caused* atherosclerosis.[2]   To support this (specific) causation argument, Merck cites to a Tennessee District Court case for the proposition that plaintiff's treating physician was unable to establish a "but for" causation standard and therefore was excluded. *Id.* at n. 4. It is inapplicable. Dr. Funk is not a medical doctor. Nor is he a treating physician. Nor did he or will he offer any opinion on specific causation. The "but for" standard of causation is simply not applicable to any opinion of Dr. Funk's and is misplaced in this challenge to Dr. Funk, who is not offered as a specific causation expert for Mr. Dedrick.   Rather, a cursory review of Dr. Funk's curriculum vitae shows that Dr. Funk, a colleague of Dr. FitzGerald's, is a well known expert on the

---

2    Merck's Motion to Exclude sets out the argument at p. 3  that "[i]n short, Professor Funk could not state with *any* certainty that Vioxx causes atherosclerosis, let alone the requisite "reasonable certainty")(emphasis in original).

4

prostacyclin pathway, including the mechanism of action of drugs such as Vioxx that inhibit prostacyclin.

As can be seen by the testimony cited in Merck's Motion, Dr. Funk repeatedly explained to Merck's counsel that the accepted and known pathway of blocking prostacyclin *via* Vioxx or a Cox-2 inhibitor is detrimental and can lead to atherosclerosis. In the same series of questions, Dr. Funk explained that the coxibs block prostacylin and also block prostaglandin E-2. Merck's counsel's questions about atherosclerosis are an issue for cross-examination, not an expert challenge. Dr. Funk was asked extensively about this area in his deposition, including the following part left out of Merck's Motion:

> A.  I think in the middle of page 15 I say: "COX-2 inhibition studied in mouse models of atherosclerosis has yielded variable effects in terms of lesion development.  The reason for this variation could be attributable to the disparate actions of the different prostaglandins in atherothrombosis." And I'm saying that blocking COX-2 downstream, then the differences in the PGE-2 synthesis versus prostacyclin could be controlling this. So that if you block further down the pathway at the, this step that blocks PGE-2 formation, then, you'll see -- you would always see a decrease in atherosclerosis; that's what I'm saying. That you can't distinguish when you're blocking COX-2 further up in the pathway because you have to consider both prostacyclin and the other prostaglandins.

> Q.  Okay.  Turn with me to page 5 of your report.  In the summary of your opinions toward the bottom it says -- you say: "It is my opinion that coxibs promote inhibition of vascular prostacyclin synthesis without disturbing platelet thromboxane production, and that this imbalanced inhibition can promote a pro-thrombotic, hypertensive and potentially pro-atherosclerotic environment." Did I read that right?

> A.  Yes, you did.

> Q.  Now turn with me to page 13?

> A.  Okay.

> Q.  All right.  Top sentence, actually I guess you have to go to the last word of 12?

A.      Yup.

Q.      "This leads to a state..."  I think you're talking about the imbalance. "This leads to a state that is pre-disposed to thrombosis, hypertension and atherosclerosis."  There's no potentially in that one.  You see that, sir?

A.      Yeah, I see it.

Q.      Okay.  And I'm not trying to be tricky, I just want to know.  Is it your opinion to a reasonable degree of scientific certainty that people who take Vioxx have increased atherosclerosis as a result of taking Vioxx?

A.      **Well I'm stating that blocking the prostacyclin via Vioxx or a COX-2 inhibitor is detrimental and that can lead to atherosclerosis.**

Dep. of Colin Funk, Ph.D., at 184:21 – 186:20 (Ex. "C").

Merck left all but the last question and answer of this series out of the Motion to Exclude because it highlights that Dr. Funk is giving and has consistently opined that suppression of prostacyclin leads to atherosclerosis.  It is in his report as identified above and re-stated in his deposition.  As shown in Section IV below, this is also set out in the peer-reviewed literature including Merck's own clinical study, APPROVe. *See* Ex. "D."

### III.

Merck further challenges the opinion that Vioxx can accelerate the progression of atherogenesis (Section II B) because one of the bases for the opinion is reliance by Dr. Funk upon animal studies. This argument is made despite common acceptance that mechanism of action for a drug is always based upon animal studies required by FDA of a manufacturer before human clinical tests are done. See generally *Merck KGaA v. Integra Lifesciences I, Ltd.,* 545 U.S. 193, 125 S. Ct. 2372, 162 L.Ed. 2d 160, 165 (2005). In testimony in Vioxx trials, Merck's corporate representative, Briggs Morrison, concedes this point as well and testifies that animal studies for mechanism made up

a part of the work of the project team for Vioxx at Merck.3   Dr. Morrison testified on direct examination in the *Barnett* trial that such animal testing was done to assess the cardiovascular safety of Vioxx in humans and that this is the standard methodology.4

In support of its claim in this Motion to Exclude that Dr. Funk is not entitled to rely upon animal studies for mechanism of action, Merck cites the 5th Circuit case of *Allen v. Pennsylvania Engineering Corp.*, 102 F.3[rd] 194, 197-198 & n. 5 (5th Cir. 1996), for the proposition that "rat studies were inconclusive and unreliable and could not establish that a chemical would have the same effect in humans." Merck's Motion to Exclude, p. 8.  The *Allen* case involved the contention that Ethylene Oxide (EtO) caused a brain tumor from exposure.  Distinguished from *Allen* and the lack of scientific data supporting an association with brain tumors, a plethora of Vioxx epidemiologic studies and clinical trials -- including ultimately the APPROVe clinical study on Vioxx -- provides evidence of a doubling or higher of the risk for myocardial infarction and actually sets atherogenesis acceleration as a biologically plausible mechanism of action. Significantly, the *Allen* Court based its opinion on the fact that "not a single scientific study has revealed a link between human brain cancer and EtO exposure." *Id.*  The *Allen* Court pointed out that "undoubtedly, the most useful and conclusive type of evidence in a case such as this is epidemiologic studies." *Id.*  Here, Dr. Funk cited the relevant animal studies and the relevant epidemiologic literature as well as the animal studies that went the other way. *See generally* Report of Dr. Funk, pp. 14-16.  Dr Funk further offered the explanation that based upon more recent studies the few animal studies not showing the acceleration of atherosclerosis in Vioxx as compared to the ones that did were probably due to its blocking not only prostacyclin but that it will also block prostaglandin E-2. *See* Merck's Motion, p. 6. This is also

---

3       Barnett Trial, 1968:19-1969:4.
4       Id. at 1982:12 – 1983:25.

generally set out throughout Dr. Funk's report and more specifically at p. 15 of his report, with citation to and analysis of the studies.

In a tacit admission of this, Merck then moves to an argument that even if Dr. Funk can show the mechanistic probability that prostacyclin and prostaglandin E-2 is blocked by Vioxx, there is no study that shows any coxib reduces prostacyclin to "zero" in any part of the body of mice or man. *See* Merck's Motion, p. 9. This is a classic *red herring*. As Dr. Funk testified, prostacyclin knocked out by Cox-2 is primarily in the vasculature, although prostacyclin exists in other organs of the body. *See* Dr. Funk's deposition at 124:1-130:17.

## IV.

Finally, Merck attempts to distinguish Cox-2 inhibition from Vioxx (a Cox-2 inhibitor) with a contention that the Egan study, showing Cox-2 inhibition reduces prostacyclin and accelerates atherogenesis, wasn't specifically done with Vioxx. *See* Motion to Exclude, p. 10; n. 11 and 13.[5] This is again followed by a contention that animal studies are useless. *Id.* at n.12. There is no citation for the former proposition. For the later, cases are cited in a footnote (n. 12), none of which are supportive of Merck's position.

First, Merck cites to the 1989 case of *Brock v. Merrell Dow Pharmaceuticals*, 874 F.2d 307 (5th Cir. 1989). Similar to the Court of Appeals for the Fifth Circuit's analysis in the *Allen* case discussed above, the *Brock* Court found it determinative that the plaintiff was unable to show a single epidemiological study that linked the drug Bendictin to birth defects. *Id.* That is not the case with Vioxx. Given the fact that the plaintiff in *Brock* was unable to point to a single study linking Benedictin to birth defects, the *Brock* court looked skeptically upon animal studies to prove specific

---

5       The same argument is made about the Rudic study at p. 11 of the Motion to Exclude,

causation and did not even address the issue of whether animal studies can be used to show the mechanism of action of the drug. In a stunning contrast to Merck's position, one need only read the portion of the APPROVe clinical trial publication by Merck authors and outside consultants that admit the very position that Merck asks this Court to throw out – "...and Cox-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. Cox-2 inhibition combined with Thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque." The citation by the authors in this APPROVe article is to the very Egan article Merck contends cannot be used by Dr. Funk for the same proposition. *See* APPROVe study, Exhibit D, n. 12. Thus, the factors not present in the *Brock* case are present in a single clinical trial conducted and reported by Merck, the drug's manufacturer. Many other peer-reviewed articles also set out the same proposition. Accordingly, the *Brock* case is not applicable to Dr. Funk's opinion that inhibition of prostacyclin by the coxibs leads to promotion of atherosclerosis.

Merck also relies upon the 11th Circuit case involving the over–the-counter product, Metabolife. *McClain v. Metabolife Intn'l*, 401 F.3d 1233 (11th Cir. 2005). In *McClain*, the specific causation expert was precluded and it was noted that the physician relied upon other drugs with different biological properties when the class of drugs had not been adequately defined. *Id*. Here, unlike in *McClain*, Vioxx is known to be within the class of drugs known as Cox-2 inhibitors, and the class is so well defined as to be included in the pre-eminent pharmacological textbook. Goodman & Gillman (11th Edition, 2006) (Ex. "E" contains the section on Cardiovascular Safety).

Thus, as aptly stated by Dr. Fitzgerald and agreed to by Dr. Funk, "a single mechanism, depression of prostaglandin formation, might be expected to elevate blood pressure, accelerate atherogenesis, and predispose patients receiving coxibs to an exaggerated thrombotic response to the

9

rupture of an atherosclerotic plaque." Exhibit F, Fitzgerald, G. 2004. This methodologically sound and widely accepted opinion should not now be disallowed by this Court.

## V.    CONCLUSION

For the reasons stated herein, Plaintiff urges the Court deny Merck's Motion to Exclude the Testimony of Colin Funk, Ph.D in its entirety and for such other and further relief to which Plaintiff may be entitled.

Respectfully submitted this 7th day of November, 2006.

**ANDY BIRCHFIELD, JR.**
P. LEIGH O'DELL
**Attorney for Plaintiff**
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

11

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Opposition to Merck & Co.'s Motion to Exclude the Opinion Testimony of Colin Funk, Ph.D. Regarding Atherosclerosis has been served on Defendants' Liaison Counsel, Phillip A. Wittman, Merck's Counsel, Douglas R. Marvin and Philip S. Beck, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of November, 2006.

Andy D. Birchfield, Jr.
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

12

# EXHIBIT  A

1

*CURRICULUM VITAE*

**Colin D. Funk, Ph.D.**
**Professor and Canada Research Chair in Molecular, Cellular and Physiological Medicine,**
**Departments of Physiology and Biochemistry,**
**Queen's University,**
**Stuart Street, Kingston, ON K7L 3N6**
**CANADA**
**funkc@post.queensu.ca**

| | |
|---|---|
| **Birthplace** | St. Catharines, Ontario, Canada |
| **Date of birth** | July 18, 1958 |
| **Civil Status** | Married, 2 children |
| **Languages** | English, Swedish, French |

**Education**

| Institution | Degree/Certificate | Date | Major Field |
|---|---|---|---|
| Queen's University<br>Dept. Biochemistry<br>Kingston, Canada | B.Sc. | May 1980 | Biochemistry |
| McGill University<br>Department of Medicine,<br>Montreal, Canada | Ph.D. | Sept. 1985 | Experimental<br>Medicine |

Ph.D. Thesis: The Metabolism of Polyunsaturated Fatty Acids by Vascular Tissue


PLAINTIFF'S
EXHIBIT
A
tabbies

**EMPLOYMENT HISTORY**

Postgraduate Training and Fellowship Appointments

| | |
|---|---|
| 1986-1988 | Postdoctoral Fellow, Department of Physiological Chemistry, Karolinska Institutet, Stockholm, Sweden |
| | Mentor: Professor Bengt Samuelsson, Nobel Laureate 1982 |

Topic: The molecular biology of enzymes involved in leukotriene biosynthesis.

Faculty Appointments

| | |
|---|---|
| 1989 - 1990 | Instructor, Department of Pharmacology, Division of Clinical Pharmacology, Vanderbilt University, Nashville, TN USA |
| 1991 - 1993 | Assistant Professor, Department of Pharmacology, Division of Clinical Pharmacology, Vanderbilt University, Nashville, TN USA |
| 1993 - 9/95 | Associate Professor, Department of Pharmacology, Division of Clinical Pharmacology, Vanderbilt University, Nashville, TN USA |
| 9/95 - 6/00 | Associate Professor, Department of Pharmacology, Center for Experimental Therapeutics, University of Pennsylvania, Philadelphia, PA USA (secondary appointment in Medicine) |
| 9/01-3/02 | Visiting Professor, Department of Cell and Molecular Biology, Karolinska Institutet, Stockholm, Sweden. Labs of Drs. Urban Lendahl and Jonas Frisén |
| 4/02-7/02 | Visiting Professor, Mt. Sinai Hospital, Samuel Lunenfeld Research Institute, Toronto, ON, Canada. Lab of Dr. Janet Rossant |
| 7/00- 6/04 | Professor of Pharmacology, Department of Pharmacology, Center for Experimental Therapeutics, University of Pennsylvania School of Medicine (secondary appointment in Medicine) |
| 7/04-present | Professor, Departments of Physiology and Biochemistry, Faculty of Health Sciences, Queen's University, Kingston, ON Canada; Adjunct Professor, University of Pennsylvania, Department of Pharmacology |

Awards, Honors and Memberships in Honorary Societies

| | |
|---|---|
| 1981 - 1984 | McGill Summer Research Graduate Fellowship |
| 1985 | Dean's honor list - Ph.D. thesis |
| 1986 - 1988 | Postdoctoral research fellowship - Fonds de la Recherche en Santé du Québec (Medical Research Council of Quebec) |
| 1991 - 1996 | Research Career Development Award - NIH-NHLBI |
| 1995 - | Member, American Association for the Advancement of Science |
| 1996 - | Member, American Society of Biochemistry and Molecular Biology |
| 2004-2011 | Canada Research Chair in Molecular, Cellular and Physiological Medicine;   Canadian Foundation for Innovation Grant |
| 2006-2011 | Career Investigator Award, Heart and Stroke Foundation of Canada |
| 2004 - | Member, Canadian Society of Atherosclerosis, Thrombosis and Vascular Biology |

3

Patents and Intellectual Property

Title: A gene coding for human 5-lipoxygenase polypeptide.  patent number EP0325773, Japan Tobacco Co., Samuelsson, B., Funk, C.D., Radmark, O., Hoog, J.O., Jornvall, H., August 2, 1989.

Title: DNA encoding prostaglandin receptor EP1.United States Patent 5,985,597 Ford-Hutchinson, A.W., Funk, C.D., Grygorcyk, R., Metters, K., Nov. 16, 1999.

Title: Methods of identifying modulators of prostaglandin receptor EP1. United States Patent 6,440,681 B1, 597 Ford-Hutchinson, A.W., Funk, C.D., Grygorcyk, R., Metters, K., Aug. 27, 2002.

Scientific Journal Editorial Board Member
Journal of Biological Chemistry 1996-2000
Prostaglandins and Other Lipid Mediators 2003-present

Scientific Journal *Ad hoc* Reviewer
Journals
Science
Nature
Nature Medicine
Nature Neuroscience
Proceedings of the National Academy of Sciences USA
Journal of Clinical Investigation

American Journal of Physiology
American Journal of Respiratory Care and Critical Medicine
Analytical Biochemistry
Archives of Biochemistry and Biophysics
Arteriosclerosis Thrombosis and Vascular Biology
Biochemical Journal
Biochemical Pharmacology
Biochemistry
Biochimica et Biophysica Acta
Biomed Central (free-access journal)
Circulation
Circulation Research
Current Enzyme Inhibition (Review Series)
Diabetes
European Journal of Biochemistry
FEBS Letters
Free Radicals in Biology and Medicine
Gastroenterology
Journal of Experimental Medicine
Journal of Immunology
Journal of Investigative Dermatology
Journal of Lipid Research
Journal of Pharmacology and Experimental Therapeutics
Molecular Carcinogenesis
Molecular Nutrition and Food Research
Pharmacogenetics

Prostaglandins
Trends in Cardiovascular Medicine

Granting agencies – Review panels
NIH- Site visit GCRC Johns Hopkins University Medical Center – 12/03/03
NIH-NIGMS Program Project Grants-5/94, 12/97, 10/98
NIH-NIDDK Program Project Grant- 12/98
National Institutes of Health, Pathology A Study Section, ad hoc member Feb. 2000, June 2001
National Institutes of Health, Medical Biochemistry Study Section, ad hoc member June 2000
NIH, NHLBI, Program Project Grant review committee, ad hoc member June 2006
Medical Research Council of Canada
College of Reviewers, Canada Research Chairs Program, 2004-present
American Heart Association – abstract grader Animal Models of Atherosclerosis, Mechanisms of
     Atherosclerosis (2001, 2003, 2005)
Israel Research Foundation
Frontier Science Program – Taiwan
Canadian Institutes of Health Research, ad hoc member – Fall 2004, Spring 2005 Operating and
     Research Group Grants
Heart and Stroke Foundation of Ontario – Fall 2004; Grants Allocation Committee Feb. 2005, 2006
Alberta Heritage Foundation – Fall 2004
Science Foundation of Ireland, Programme Grant 2006

Research Funding: Principal Investigator of Grants
(i)      Pharmaceutical Manufacturers Association Foundation; Research Starter Grant, The Mo-
         lecular Pharmacology of 12-Lipoxygenase (1990-1991)
(ii)     National Heart Lung Blood Institute (R01 HL46017), The Molecular Biology of 12-
         Lipoxygenase; direct costs, all years $401,475 (1990-1994).
(iii)    National Heart Lung Blood Institute (RO1 HL30400) Principal Investigator, Pharmacology
         of Platelet Vascular Interactions, direct costs $176,977 (1991).
(iv)     National Institute General Medical Sciences (GM15431) Research Center for Pharmacology
         and Drug Toxicology, Principal Investigator, Project 3.  Targeted Disruption of the 5-
         Lipoxygenase Gene in Mice; direct costs all years $495,628 (1993-1996).
(v)      National Heart Lung Blood Institute (RO1 HL53558) The Biology of 12-Lipoxygenase
         Isozymes; direct costs all years $ 767,802 [1.5 percentile ranking](1994-1999).
(vi)     National Heart Lung Blood Institute (RO1 HL58464) Biochemistry and Biology of 5-
         Lipoxygenase and Leukotrienes; first year direct costs $194,041, direct costs all years
         $824,698 (1997-2000).
(vii)    National Heart Lung Blood Institute (RO1 HL53558) The Biology of 12-Lipoxygenase
         Isozymes; first year direct costs $191,923, direct costs all years $ 802,930 (2000-2004).
(viii)   National Heart Lung Blood Institute (RO1 HL58464) Biochemistry and Biology of 5-
         Lipoxygenase and Leukotrienes; first year direct costs $200,000, direct costs all years
         $800,000 (2000-2004).
(ix)     National Institute General Medical Sciences (RO1 GM63130) Biology of Single Activity
         PGH Synthases; first year direct costs $180,000, direct costs all years $875,000 (2001-2005).
(x)      American Heart Association (Mid-Atlantic Affiliate) – Sponsor for Lei Zhao, Mechanism of
         12/15-Lipoxygenase in Atherosclerosis: Selective Interleukin-12 Defect in 12/15-
         Lipoxygenase Deficient Macrophages
(xi)     National Heart Lung Blood Institute (RO1 HL53558) Lipoxygenase Pathways and
         Atherosclerosis; first year direct costs $225,000, direct costs all years $ 900,000 (2004-2008).
(xii)    Canadian Institutes of Health Research, 5-Lipoxygenase Pathway and Atherosclerosis; first

        year direct costs $133,366 (2004-2009) [Rank 2 of 33 applications].

(xiii)   Heart and Stroke Foundation of Ontario, 5-Lipoxygenase Pathway and Atherosclerosis; declined (for 2004-2007).

(xiv)   Canadian Institutes of Health Research, Leukotrienes in Health and Disease, first year direct costs $135,500 (2004-2009) [Rank 2 of 30 applications].

(xv)   European Union 6th Framework Programme, LifeSci Health, EICOSANOX: mediators of cardiovascular, cerebral and neoplastic diseases. 2005-2009. Project 12 group leader, Queen's University, 68,000 Euros.

(xvi)   Merck and Co., Evaluation of MK-0591 and L-739,010 in a mouse model of aneurysm. December 2004-December 2005, $42,500 USD (total costs).

(xvii)   Heart and Stroke Foundation of Ontario, COX-2 Pathway and Cardiovascular Disease; first year direct costs $116,208 (2006-2009).

(xviii)   Canadian Institutes of Health Research, Biochemistry and Biology of Cyclooxygenases, first year direct costs $112,251 (2006-2009).


Committees, Conferences

1991-1994   Department of Pharmacology Recruiting Officer for MARC (Minority Access to Research Careers) Program.

1991-1995   Member, Graduate Faculty Delegate Assembly, Vanderbilt University.

9/96- 2003   Pharmacology representative to the Medical Faculty Senate, University of Pennsylvania;
        Admissions and academic review committees for Pharmacological Sciences Graduate Group, University of Pennsylvania

10/97-3/98   Member of committee to review the Pennsylvania Muscle Institute

11/10/97   Symposium session leader, Mouse Models of Atherothrombotic Disease and Vascular Dysfunction, American Heart Association Meeting, Orlando, FL

2000 - 2003   Member, Institutional Animal Care and Use Committee (IACUC) Review Committee, University of Pennsylvania

11/20/02   Session Leader/Moderator, American Heart Association session, Metabolic Factors in Atherosclerosis, Chicago, IL

March 2003   Co-organizer Keystone Winter Symposium on Eicosanoids and Bioactive Lipid Mediators, March 11-16, 2003, Graanlibakken, CA, USA.

10/04/03   Plenary Session leader, 36th Annual Society for Leukocyte Biology Meeting, Philadelphia, PA

July 2004-   Appointments Committee and Promotions, Renewal and Tenure Committee, Department of Biochemistry, Queen's University

Feb 2005,   Grants Allocations Committee, Heart and Stroke Foundation of Ontario, Toronto, ON.
Feb 2006

March 2005-   Animal Care Facilities User Group – Facilities Planning Committee, Queen's University Faculty of Health Sciences

March 2005   Chair, New Queen's Faculty of Health Sciences Faculty Committee

July 2005-   Subcommittee I – Advisory Research Committee (ARC), Queen's University, School of Graduate Studies; Chair – July 2006-2008.

Sept. 2005,   Queen's University, Internal Committee to evaluate Microbiology and Immunology
Nov. 2005   Department


Consultant

Boehringer-Ingelheim Pharmaceuticals Inc., Ridgefield, CT  1992.

Oxford Biomedical Inc., Oxford, MI  1993-1996.

Cayman Chemical Company Inc., Ann Arbor, MI 1997

Johnson and Johnson, Inc. 2002-2003, Raritan, NJ (atherosclerosis-related research)
Merck and Co., Inc., Rahway, NJ 2003 – atherosclerosis-related studies
Astra-Zeneca, Inc., Mölndal, Sweden, 2003 – atherosclerosis-related studies
Critical Therapeutics Inc., Lexington, MA 2004/2005 – leukotriene pathway and cardiovascular disease
VIA Pharmaceuticals Inc., San Francisco, CA 2005- scientific advisory board member
Bristol Myers Squibb 2006, Hopewell, NJ – consultant regarding 5-lipoxygenase pathway and cardiovascular disease
Pfizer Global Research 2006, Ann Arbor, MI - consultant regarding 5-lipoxygenase pathway and cardiovascular disease


Licensing Agreements
Oxford Biomedical Inc. (eicosanoid cDNA and polyclonal antibody reagents)
Syntex, Inc. (Roche) 1994 (12/15-lipoxygenase deficient mice)
Abbott Pharmaceuticals 1994 (5-lipoxygenase/leukotriene deficient mice)
Neurocrine Biosciences, Inc. 1996 (EP$_1$ receptor-related technology)
RWI Johnson, Inc. 2000, 2002-2003 (baculovirus lipoxygenase expression systems, 12/15-lipoxygenase deficient mice, murine atherosclerosis models and roles of lipoxygenase)

Major Teaching Responsibilities
Course-Pharmacologic Techniques & Instrumentation: Molecular Biology Lectures (Vanderbilt Univ).
Interdisciplinary Graduate Program (IGP) Core Course-Cell Regulation: Flex time session leader.
40th NATO Course - Eicosanoids: From Biotechnology to Therapeutic Applications. Erice, Sicily, April 27-May 7, 1995
Pharmacology 100 and Curriculum 2000 - Leukotriene, prostaglandin lectures to medical students (University of Pennsylvania) 1996-2002, Univ. PA
Pharmacology 600 (Medical Pharmacology) - Leukotriene, prostaglandin lectures to graduate students 1996-2004, Univ. PA.
Pharmacology 560 (Principles of Cancer Pharmacology) – Lecture on Cyclooxygenases and Cancer 1999-2003; Univ. PA
Course Director for Cardiovascular Pharmacology track within Pharmacological Sciences (Principles of Cardiovascular Biology – PHRM570 and Topics in Cardiovascular Pharmacology – PHRM650 courses) 2000-2004; Univ. PA
Biochemistry 431/831 Biochemical Regulatory Mechanisms – 4 lecture hours on prostaglandin, leukotrienes and eicosanoid signaling via GPCR plus 2 hours student presentation supervisory role; Queen's University – Fall 2004; 9 lecture hours Spring/Fall 2006 covering same topics above plus small molecule regulators, S1P/Edg receptors, reactive oxygen species, macrophage, platelet and nuclear hormone signaling pathways via GPCRs and PPARs
Physiology 350 – 3 lecture hours, Respiratory Physiology section - Fall 2005, 2006
Physiology 810 – Current Concepts in Physiology; Course coordinator – Fall 2006


Direct Supervisor of Visiting Scholars, Fellows and Students:
   Visiting Scholars

   1) Dr. Ernst Oliw, professor of biochemical pharmacology, Uppsala University, 1994-1995
   2) Dr. Angela Wong, Smith Kline Beecham Pharmaceuticals, summer 1996
   3) Wen Lin, China (sponsored by World Health Organization Fellowship) 2001-2002

7

Postdoctoral Fellows

1) Xin-Sheng Chen                          1990-1994
   (Senior Investigator, Dr. Charles Abrams laboratory, University of PA)
2) Lucinda Furci                           1991-1992
   (Senior Staff Scientist, Institute San Raffaele, Milan, Italy – AIDS research)
3) Wolfgang Kuchinke                        1992-1993
   (Control Manager/Informatics, Clinical Studies Ctr., Dusseldorf, Germany)
4) Keith Coffee                            1994-1995
   (Director, Clinical Sciences, Introgen Therapeutics, Inc., Austin, TX)
5) Duxin Sun                               1994-1998
   (Assistant Professor, College of Pharmacy, Ohio State University)
6) Maeve McDonnell,                        1997-1999
   (Clinical Programs Coordinator, Neurocrine Biosciences, San Diego, CA)
7) Tillman Cyrus,                          1996-2000
   (Cardiology Division, Washington University)
8) Viviane Martin                          1997- 2000
   (Licensing Associate, Technology Transfer Office, Memorial Sloan-Kettering Cancer Ctr.)
9) Jyoti Virmani                           1998- 2000
10) Lei Zhao                               2000-2003
   (Senior Scientist, Cordis Corp. of J&J)
11) Guochang Yang                          2000-2003
   (Medical doctor – China)
12) Ying Yu                                2002-2006
   (Research Associate – Univ. PA)
13) Frédérique Pédrono                     2003-2005
   (Assistant Professor, Rennes, France)
14) Michael Moos                           2005-
15) Wei Jiang                              2005-
16) Manhong Guo                            2006-
17) Francesca Seta                         2006 (October start)
18) Daniel Poeckel                         2007 (April start)

Students

1) Amy Pong, rotation student Pharmacology      1990
2) Matt Kennedy, rotation student Pharmacology  1990
   (Senior Scientist, Schering-Plough, Kennilworth, NJ)
   3) Eric Johnson, thesis student Pharmacology      1994-1998
   (Scientist, GlaxoSmithKline, Raleigh, NC)
4) Todd Naumman, summer student                 1994
5) Alan Yuk Mui, work study student             1996-1997
   (medical student, Temple University, Philadelphia, PA)
6) Angela Gupta, summer student                 1998
7) Benjamin Fryer, rotation student Pharmacology 1999 fall
8) Yuqin Hui, Ph.D. thesis student Pharmacology  2000-2004
   (postdoctoral fellow, Univ. of Pennsylvania)
9) Eric Klein, rotation student Pharmacology     2001 summer
10) Wenying Jian, rotation student Pharmacology  2002 fall
11) Ying Ye, rotation student Pharmacology       2003 summer
12) Stephen Taylor, M.Sc. student Biochemistry   2004 – 2005

13) Nick Yarymowich, M.Sc. student Biochemistry   2004 – present
14) Jennifer MacGillivray, M.Sc. student Biochem.   2004 – present
15) Jonathan Rayment, Biochem 422 project         2005 winter/spring
16) Clare Sun, Summer student, PHYS 499 project  2005-2006
17) Julie Smith, Biochem 421 project, M.Sc. student   2005-present
18) Alana Minty, Biochem 421 project             2005-2006
19) Andrea Brunet, Biochem 422 project           2006

Ph.D. Thesis Committees

1. Molly Ann Hughes, Department of Pharmacology, Vanderbilt University. Role of 8R-hydroxyeicosatetraenoic acid in induction of starfish oocyte maturation. Ph.D. granted Dec. 1993.
2. Chris J. Smith, Department of Biochemistry, Vanderbilt University. Cysteines and Prostaglandin Endoperoxide Synthase Catalysis. Ph.D. granted May 1995.
3. Karen M. Richards, Department of Biochemistry, Vanderbilt University. The mechanism of inhibition of leukocyte 12-lipoxygenase by the oxaacetylenic acid J-GG-199. Ph.D. granted Aug. 1996.
4. Joseph A.L. Mancini, Department of Biochemistry, McGill University. Molecular and biochemical characterization of leukotriene $A_4$ hydrolase. Ph.D. granted July 1997 [external examiner].
5. Murat Bastepe, Department of Pharmacology, Temple University. Structure-activity relationship studies with the cloned human prostaglandin EP4 receptor with respect to agonist-induced short-term desensitization. Ph.D. granted May 1998.
6. Eric N. Johnson, Department of Pharmacology, Vanderbilt University. The biological role of the platelet-type 12-lipoxygenase (P-12LO) as revealed by targeted disruption of the P-12LO gene in mice. Ph.D. granted May 1998.
7. Kutbuddin S. Doctor, Department of Biophysics, Johns Hopkins University. The structure and EPR spectroscopy of soybean lipoxygenase-1: activated structure, beta-barrel domain binding site and geometry of the iron ligand field. Ph.D. granted December 1998.
8. Filippa Kull, Department of Medical Biochemistry and Biophysics, Karolinska Institutet, Sweden. Evolution and structure of leukotriene $A_4$ hydrolase. Ph.D. granted Nov. 2001 [for this thesis I was the official faculty opponent]
9. Yiqun Hui, Department of Pharmacology, University of Pennsylvania. Cysteinyl leukotriene receptor 2 characterization , Ph.D. defended August 14, 2004.
10. Mathieu Garand, Ph.D. candidate – Mechanism of the human TAFI gene regulation. Department of Biochemistry, Queen's University – proposal May 24, 2005.
11. Chris Udell, Ph.D. candidate. Fps/Fer kinases in bone marrow-derived mast cells. Department of Biochemistry, Queen's University July 2005.
12. Panagiota Stamatiou, Ph.D. candidate. Department of Physiology, McGill University, The pro-inflmammatory effects of 5-oxo-ETE on leukocytes and endothelial cells. July 2005 [external referee].
13. Jesper Svartz, Ph.D., Department of Medicine and Cell Biology, Linköping University, Sweden; Leukotriene $C_4$ Synthase. October 14, 2005 [faculty opponent].
14. Zhongdong Zhao, Ph.D. candidate, April 18, 2006, Department of Chemistry, External examiner.

Master's Thesis Committees

1. Joellen Lin –Expression of human thrombin-activatable fibrinolysis inhibitor in various vascular cell types: a survey. Department of Biochemistry, Queen's University, Thesis proposal May 24,

2005.
2. Nicholas Yarymowich – Expression and characterization of human CysLT2 receptors. Department of Biochemistry, Queen's University. Successfully defended thesis June 20, 2006.
3. Tony Ming-Chuan Hung – The role of calpain in regulating cell migration and metastasis. M.Sc., January 25, 2006, Department of Biochemistry [internal examiner].
4. Jennifer MacGillivray, Department of Biochemistry, Queen's University. Thesis successfully defended August 14, 2006.

Lectures by Invitation

1.   "Cyclooxygenase-derived products in the cardiovascular system." Spanish Clinical Chemistry Society, University of Navarra, Pamplona, Spain; September 1988.

2.   "5-Lipoxygenase." American Heart Association Symposium, New Orleans, LA; November 2, 1989.

3.   "The Molecular Biology of Lipoxygenases and Cyclooxygenase." Department of Gastroenterology, University of Calgary, Calgary, Canada; November 22, 1990.

4.   "Molecular biology of key enzymes involved in the formation of prostaglandins, thromboxanes and leukotrienes." Department of Biochemistry, Queen's University, Kingston, Canada; January 9, 1991.

5.   "Recent advances in eicosanoid molecular biology." Meakins-Christie Laboratories, McGill University, Montreal, Canada; February 1991.

6.   "Lipoxygenases, cyclooxygenase and leukotriene $A_4$ hydrolase: recent advances in our understanding of eicosanoid-forming enzymes." International Congress on Inflammation, Rome, Italy, October 8, 1991.

7.   "The Molecular Biology of Arachidonic Acid Metabolism." Boehringer Ingelheim Pharmaceuticals, Inc., Ridgefield, CT; March 18, 1992.

8.   "The Molecular Biology of Eicosanoids." Departments of Obstetrics, Gynecology and Biochemistry, University of Louisville, Louisville, KY; March 30, 1992.

9.   "The Molecular Biology of Lipoxygenases and Prostanoid Receptors." Department of Pharmacology, University of Toronto, Toronto, Canada; November 4, 1992.

10.  "The Molecular Biology of Eicosanoid Receptors." Merck Frosst Pharmaceuticals, Kirkland, Quebec, Canada; February 26, 1993.

11.  "Update on Molecular Biology of Prostanoid Receptors." Allergan Therapeutics, Irvine, California; April 22, 1993.

12.  "Targeted Gene Disruption by Homologous Recombination-Towards an Understanding of Specific Blood Cell Functions." 3rd International Meeting on Platelets & Vascular Occlusion, Santa Fe, NM; June 9, 1993.

13. "Cloning & Expression of a cDNA for the human prostaglandin E receptor $EP_1$ subtype". 3rd International Conference Eicosanoids and Other Bioactive Lipids In Cancer, Inflammation and Radiation Injury.  Georgetown, Washington, D.C.  October 13, 1993.

14. "Targeted Disruption of The Murine 5-Lipoxygenase Gene."  Symposium on Molecular biological approaches to the Arachidonate Cascade.  Kyoto, Japan; December 6, 1993.

15. "The Molecular Biology of Lipoxygenase Enzymes & Related Studies with Gene Knockout Mice."  University College Dublin, Dublin, Ireland.  December 17, 1993.

16. "Leukotriene-Deficient Mice Generated by Targeted Disruption of the 5-Lipoxygenase Gene and Recent Studies on 12-Lipoxygenase."  National Jewish Center for Immunology and Respiratory Medicine.  Denver, CO, February 4, 1994.

17. "Studies with 5- & 12-Lipoxygenase-Deficient Mice."  Syntex Inc., Palo Alto, CA.  March 14, 1994.

18. "Leukotriene-Deficient Mice Generated by 5-Lipoxygenase Gene Disruption". Abbott Pharmaceuticals, Abbott Park, IL.  March 17, 1994.

19. "Inactivation of Lipoxygenases by Gene Targeting". 9th International Conference on Prostaglandins and Related Compounds, Florence, Italy, June 6-10, 1994.

20. "Studies with Lipoxygenase Knockout Mice". University of Pennsylvania, Philadelphia, PA, October 20, 1994.

21. "Role of Leukotrienes in Inflammation: Studies with 5-Lipoxygenase Knock-Out Mice". American Academy of Allergy and Immunology Workshop, New York, NY, February 26, 1995.

22. "Lipoxygenases: Molecular Biology and Gene-Targeting Studies". 40th NATO Course: Eicosanoids: From Biotechnology to Therapeutic Applications, Erice, Sicily, April 27- May 7, 1995.

23. "Discerning the Role of Lipid Mediators in the Arachidonic Acid Cascade through Gene Targeting Studies". Lipid Mediators Symposium, FASEB, Atlanta, GA, April 1995.

24. "Lipoxygenases in Inflammation and Other Cellular Functions". Anti-Inflammatory Drug Discovery Summit, Princeton, NJ, Feb.2-3, 1996.

25. "Targeted Disruption of the 5-Lipoxygenase Gene". University of Navarra, Pamplona, Spain, April 27, 1996.

26. "Deciphering the Roles of Lipoxygenase-derived Eicosanoids by Targeted Gene Disruption", IVth International Symposium of Jagiellonian Medical Research Centre, Eicosanoids, Aspirin and Asthma, Cracow, Poland, May 1-3, 1996.

27. "Lipoxygenase Gene Knockouts". XVIth Washington International Spring Symposium, Washington, D.C., May 6-9, 1996.

28.     "Arachidonate Lipoxygenases- Molecular and Gene Knockout Studies". ASBMB/ASIP/AAI Joint Meeting, New Orleans, LA, June 1-2, 1996.

29.     "Eicosanoid Signalling through the Lipoxygenase and Cyclooxygenase Pathways". 10th Signal Transduction Symposium; Lipid Signaling:Cell Regulation and Organization. University of Virginia, Charlottesville, VA, October 10-11, 1996.

30.     "Eicosanoid Effects in Thrombosis", 69th Scientific Session, American Heart Association, Conference on Haemostasis and Thrombosis, plenary speaker, New Orleans, LA, November 11, 1996.

31.     "The Biology of Lipoxygenases", Philadelphia College of Pharmacy and Science, November 18, 1996.

32.     "Lipoxygenases in Health and Disease", Keystone symposium on Lipid Mediators: Recent Advances in Molecular Biology, Regulation, and Pharmacology, Keystone, CO, January 26-30, 1997.

33.     "Lipoxygenases and Arachidonic Acid Metabolites: Lessons from Transfected Cells and Knockout Mice", Washington University, St. Louis, MO, April 11, 1997.

34.     "Lipoxygenase Gene Disruption Studies- Status and Applications", Conference on Lipoxygenases, Malta, May 21-24, 1997.

35.     "Targeted Disruption of LO Pathways", FASEB Summer Mtg, Saxtons River, VT, June 6-12, 1997.

36.     "Lipoxygenases, Leukotrienes and Lessons from Knockout Mice", Department of Pharmacology, Temple University, Philadelphia, PA, February 6, 1998.

37.     "Targeted Inactivation of Lipoxygenase Genes", Enzyme Symposium IV: Recent Advances in Mechanism and Structure and Their Implications for Drug Design, Univ. Pennsylvania, March 12, 1998.

38.     "Lessons from Lipoxygenase Knockout Mice", NIEHS, Research Triangle Park, NC, May 6, 1998.

39.     "Lipoxygenases and Their Biological Functions Studied with Knockout Mice", Uppsala University, Uppsala, Sweden, June 2, 1998.

40.     "Targeted Disruption of Macrophage 12/15-Lipoxygenase and Platelet 12-Lipoxygenase: Relevance to Oxidative Modification of LDL, Atherosclerosis and Platelet Biology", American Heart Association Meeting, Dallas, TX, November 8, 1998.

41.     "Studies of 5-Lipoxygenase in Transgenic Mice", Symposium on "Leukotrienes as Targets for Treatment of Asthma and Other Diseases: Current Basic and Clinical Research", Stockholm, Sweden, November 17, 1998.

42.     "Lipoxygenases, Leukotrienes and Lipid Mediators: Lessons from Knockout Mice and

Transfected Cells", Humboldt University, Institute Charité, Department of Biochemistry, Berlin, Germany, November 19, 1998.

43. "Studies of Lipoxygenase Function Using Gene-Disrupted Mice" Keystone Symposium on Lipid Mediators: Recent Advances in the Understanding of Molecular Biology, Biochemistry and Pharmacology, Keystone, CO, April 6, 1999.

44. "Lipoxygenases in Carcinogenesis and Inflammation" 6th International Conference on Eicosanoids and Other Bioactive Lipids in Cancer, Inflammation and Related Diseases, Boston, MA, September 15, 1999.

45. "Lipoxygenases and Lipoxygenase Knockout Mice", FASEB Summer Research Conference on Cytokines and Lipid Mediators, Saxton's River, VT, August 9, 2000.

46. "The Biology of Lipoxygenases", Schering-Plough Inc., Kennilworth, New Jersey, November 19, 2000. Host: Dr Matt Kennedy, Neuroscience Division.

47. "Linking the 12/15-Lipoxygenase Pathway to Oxidative Events in Atherogenesis", 3rd International Conference on Oxygenases, Kyoto, Japan, November 28, 2000.

48. "Lipoxygenases and Leukotriene Receptors", Winter Keystone Symposium on Eicosanoid Lipid Mediators: Molecular Biology, Pharmacology and Cell-Cell Interactions in Inflammation, Snowbird, UT, April 9, 2001.

49. "The Biology of Lipoxygenases", Merck and Co., Rahway, NJ, June 15, 2001.

50. "The Lipoxygenase Gene Family and Lessons from Knockout Mice", Division of Endocrinology, University of Virginia, Charlottesville, VA, July 19, 2001.

51. "Biology of 5-Lipoxygenase and Cysteinyl Leukotriene Receptors", Seventh International Congress on PAF and Lipid Mediators, Tokyo, Japan, September 24-27, 2001.[cancelled]

52. "Biology of 5-Lipoxygenase and Cysteinyl Leukotriene Receptors", Seventh International Meeting on Eicosanoids and Other Bioactive Lipids in Cancer, Inflammation and Related Diseases, Nashville, TN, October 14-17, 2001.

53. "Lipoxygenases and Cysteinyl Leukotriene Receptors", Department of Bioorganic Chemistry, Institute of Chemistry at Tallinn Technical University, Tallinn Estonia. January 14, 2002.

54. "Lipoxygenases and Cysteinyl Leukotriene Receptors", Department of Medical Biochemistry and Biophysics, Karolinska Institutet, Stockholm, Sweden, January 29, 2002.

55. "Cysteinyl Leukotriene Receptors", Department of Medicine, University of Linköping, Sweden, March 22, 2002.

56. "Lipoxygenases in Cardiovascular Disease", Johnson and Johnson Co., Raritan, NJ, April 15, 2002.

57. "5-Lipoxygenase and Cysteinyl Leukotriene Receptors", Chiron Corp., Emeryville, CA, June