7, 2002.

58.   "The Biology of Lipoxygenases and Leukotriene Receptors", Department of Pharmacology, Drexel University, Philadelphia, PA, October 7, 2002.

59.   "Lipoxygenases and Leukotrienes in Atherosclerosis, Asthma and Biochemistry", Department of Biochemistry, Queen's University, Kingston, ON, Canada, October 23, 2002.

60.   "The Biology of Lipoxygenases and Leukotriene Receptors", Department of Biochemistry, University of Houston, Houston, TX, November 11, 2002.

61.   "Lipoxygenases and Leukotriene Receptors in Atherosclerosis and Asthma", Department of Cellular and Molecular Medicine, University of Ottawa, Ottawa, Canada, December 10, 2002.

62.   "Transgenic Cysteinyl Leukotriene Receptor Overexpressing Mice", Keystone Winter Meeting on Eicosanoid Lipid Mediators: From Molecular Discovery to Clinical Application, Granlibakken Resort, Tahoe City, CA, March 15, 2003.

63.   "Lipoxygenases in Atherosclerosis", Merck and Co., Rahway, NJ, April 24, 2003.

64.   "Lipoxygenases and Leukotriene Receptors: Sorting out the Roles of Eicosanoids in Genetically Modified Mice Using Models of Atherosclerosis and Allergic Asthma", Lankenau Medical Research Institute, Wynnewood, PA, May 13, 2003.

65.   "The Spectrum of Lipoxygenases in Atherosclerosis", Gordon Conference on Atherosclerosis, Kimball Academy, NH, June 16, 2003.

66.   "Lipoxygenases in Atherosclerosis", 6th World Congress on Inflammation, Vancouver, BC, Canada, August 4, 2003.

67.   "Targeting Eicosanoid Pathways for Study using Gene Manipulated Mice, 8th International Meeting on Eicosanoids and Other Bioactive Lipids in Cancer, Inflammation and Related Diseases, Chicago, IL, September 8, 2003.

68.   "Lipoxygenase and Leukotriene Receptor Transgenic and Knockout Models in Inflammatory Diseases", Society for Leukocyte Biology, Inflammation Meeting, October 4, 2003.

69.   "Manipulating the Arachidonate Cascade in Mice: What have we learned?" Penn State University, A.L. Bortree Lecture Series, Department of Pathobiology, Veterinary Science, University Park, PA, November 5, 2003.

70.   "Lipoxygenases in Atherosclerosis", Astra Zeneca Inc., Mölndal, Sweden, November 21, 2003.

71.   "Role of 5-Lipoxygenase in Atherosclerosis", Institute for Vascular Medicine, Friedrich-Schiller-Universität Jena, Jena, Germany, November 24, 2003.

72.   "Manipulating the Arachidonate Cascade in Mice: What have we learned?" Institute for Environmental Medicine, University of Pennsylvania, Philadelphia, PA, January 20, 2004.

73. "Manipulation of the arachidonic acid cascade in mice: What have we learned?", Huntsman Cancer Institute, University of Utah, Salt Lake City, UT, March 24, 2004.

74. "Lipoxygenase Pathways and Cardiovascular Disease", Eli Lilly Co., Indianapolis, IN, June 15, 2004.

75. "Novel Mouse Models of PGHS (Cyclooxygenase) and 5-Lipoxygenase Function", University of Connecticut Health Sciences Center, Department of Physiology, Center for Vascular Biology, Farmington, CT, October 5, 2004.

76. "Novel Mouse Models of PGHS (Cyclooxygenase) and 5-Lipoxygenase Function", Queen's University, Department of Pharmacology, Kingston, ON, November 2, 2004.

77. "The 5-Lipoxygenase Pathway in Atherosclerosis and Aortic Aneurysm Pathogenesis", AHA Meeting, New Orleans, LA, November 9, 2004.

78. "Lipoxygenase Pathways in Cardiovascular Disease", Critical Therapeutics, Lexington, MA, December 17, 2004.

79. Department of Cell Biology and Anatomy, Queen's University, Kingston, ON, January 20, 2005.

80. "Lipoxygenase Pathways in Cardiovascular Disease", Department of Biochemistry, McMaster University, Hamilton, Canada, January 25, 2005.

81. "Eicosanoids in Cardiovascular Disease: Stories of Mice, Vioxx, Atherosclerosis and Aneurysm", Cardiology Conference, Queen's University, Kingston, ON, March 1, 2005.

82. "Mouse Models to Study Leukotriene and Prostaglandin Function", Meakins-Christie Labs, McGill University, Montreal, PQ, Canada, March 21, 2005.

83. "Novel Mouse Models for Elucidating Eicosanoid Functions", Keystone Symposium on Bioactive Lipids, Lipidomics and their Targets, Whistler, BC, Canada, April 12-17, 2005.

84. "Leukotrienes and Leukotriene Modifiers in Cardiorespiratory Disease", Respirology Conference Rounds, Queen's University, Kingston, ON April 26, 2005.

85. "Mouse Models to Study Leukotriene and Prostaglandin Function", Mass General Hospital, Renal Unit, Harvard University, Boston, MA, May 10, 2005.

86. "Leukotriene $A_4$ Hydrolase: Potential Drug Target?", Critical Therapeutics Inc., Lexington, MA, May 11, 2005.

87. "Mouse Models to Study Leukotriene and Prostaglandin Function", Molecular Medicine Series, University of Navarra, Pamplona, Spain, June 17, 2005.

88. "The Role of 5-Lipoxygenase in the Cardiovascular System, VIA Pharmaceuticals, San Francisco, CA, September 8, 2005.

89.     "Cyclooxygenases and Lipoxygenases in the Cardiovascular System", Chieti University, Rome, Italy, September 15, 2005.

90.     "Mouse Models to Study Leukotriene and Prostaglandin Function", University of Frankfurt, Frankfurt, Germany, October 12, 2005.

91.     "Mouse Models to Study Leukotriene and Prostaglandin Function", Linköping University, Linköping, Sweden, October 14, 2005.

92.     "The 5-Lipoxygenase and Cyclooxygenase Pathways in Cardiovascular Disease", Japanese Biochemical Society Meeting, Kobe, Japan, October 20, 2005.

93.     "Cyclooxygenase Induced Mutant Mouse Models to Study Prostaglandin Function", Department of Biochemistry, University of Tokyo, Tokyo, Japan, October 24, 2005.

94.     "5-Lipoxygenase in Vascular Disease and a New Knock-in Model (COX1>COX2) to Study Prostaglandin Function, Keystone Symposium on Eicosanoids in Inflammation and Chronic Diseases, Jan. 13, 2006, Yarrow Resort Hotel, Park City, Utah.

95.     "The 5-Lipoxygenase Pathway and Cardiovascular Inflammation – What's the Role?", Winter Eicosanoid Conference, March 14, 2006, Baltimore, MD.

96.     "Is There a Role for Macrophage 5-Lipoxygenase in Aortic Aneurysm Pathogenesis?", New York Academy of Sciences, Tenth Anniversary Symposium: The Abdominal Aortic Aneurysm: Genetics, Pathophysiology, and Molecular Biology. New York City, NY, April 4, 2006.

97.     "Novel aspects of eicosanoid signaling", Swedish Nutrition Foundation, Ystad, Sweden, June 15, 2006.

98.     "5-Lipoxygenase/Leukotriene Pathway in Cardiovascular Disease", Bristol Meyers Squibb, September 11, 2006.

99.     "5-Lipoxygenase/Leukotriene Pathway in Cardiovascular Disease", Pfizer Global Research, Ann Arbor, MI, September 27, 2006 [scheduled].

100.    "Mouse Models to Study Eicosanoid Function", 6th Framework European Union, Eicosanox Meeting, Madrid, Spain, October 16-18, 2006 [scheduled].


### BIBLIOGRAPHY (Abstracts not included)

Publications (peer reviewed)
    1.    **Funk, C.D.** and Powell, W.S. Conversion of 8,11,14-icosatrienoic acid to 11,12-epoxy-10 hydroxy-8 heptadecenoic acid by aorta. Prostaglandins 25, 299-309 (1983).

    2.    Powell, W.S. and **Funk, C.D.** Metabolism of 8,11,14-icosatrienoic acid by fetal calf aorta. Adv. Prostaglandin Thromboxane, and Leukotriene Res. 11, 111-117 (1983).

16

3.    **Funk, C.D.** and Powell, W.S. Metabolism of linoleic acid by prostaglandin synthase from adult and fetal blood vessels.  Biochim. Biophys. Acta 754, 57-71 (1983).

4.    **Funk, C.D.** and Powell, W.S. Release of prostaglandins and monohydroxy and trihydroxy metabolites of linoleic and arachidonic acids by adult and fetal aortae and ductus arteriosus. J. Biol. Chem. 260, 7481-7488 (1985).

5.    **Funk, C.D.** Boubez, W., and Powell, W.S. Effects of selenium-deficiency on the production of prostaglandins and other oxygenated metabolites of arachidonic acid and linoleic acid by rat and rabbit aortae. Biochim. Biophys. Acta 921, 213-220 (1987).

6.    **Funk, C.D.**, Rådmark, O., Fu, J.Y., Matsumoto, T., Jornvall, H., Shimizu, T., and Samuelsson, B. Molecular cloning and amino acid sequence of leukotriene $A_4$ hydrolase. Proc. Natl. Acad. Sci. USA 84, 6677-6681 (1987).

7.    Matsumoto, T., **Funk, C.D.**, Rådmark, O., Höög, J.-O., Jörnvall, H., and Samuelsson, B. Molecular cloning and amino acid sequence of human 5-lipoxygenase. Proc. Natl. Acad. Sci. USA 85, 26-30 (1988).

8.    Fu, J.Y., Medina, J.F., **Funk, C.D.**, Wetterholm, A., and Rådmark, O. Leukotriene $A_4$, conversion to leukotriene $B_4$ in human T-cell lines. Prostaglandins 36, 241-248 (1988).

9.    Karaplis, A., **Funk, C.D.**, and Powell, W.S. Binding of prostaglandin $E_2$ to cultured bovine adrenal chromaffin cells and its effect on catecholamine secretion. Biochim. Biophys. Acta 1010, 369-376 (1989).

10.   **Funk, C.D.**, Hoshiko, S., Matsumoto, T., Rådmark, O., and Samuelsson, B. Characterization of the human 5-lipoxygenase gene. Proc. Natl. Acad. Sci. USA, 86, 2587-2591 (1989).

11.   Matsumoto, T., **Funk, C.D.**, Rådmark, O., Höög, J.-O., Jörnvall, H. and Samuelsson, B. Molecular cloning and amino acid sequence of human 5-lipoxygenase.  Adv. Prostaglandin, Thromboxane, Leukotriene Res., 19, 466-469 (1989).

12.   **Funk, C.D.**, Gunne, H., Steiner, H., Izumi, T., and Samuelsson, B. Native and mutant 5-lipoxygenase expression in a baculovirus/insect cell system. Proc. Natl. Acad. Sci.  USA, 86, 2592-2596 (1989).

13.   Samuelsson, B., **Funk, C.D.**, Hoshiko, S., Matsumoto, T., and Rådmark, O. Molecular biology of leukotriene and lipoxin formation. Adv. Prostaglandin, Thromboxane, Leukotriene Res., 19, 1-10 (1989).

14.   Rådmark, O., **Funk, C.D.**, Fu, J.Y., Matsumoto, T., Jörnvall, H., Shimizu, T., Medina, J.F., Haeggström, J., Kumlin, M., and Samuelsson, B. Leukotriene $A_4$ hydrolase, cloning of the human enzyme and tissue distribution in the rat. Adv. Prostaglandin, Thromboxane, Leukotriene Res., 19, 484-487 (1989).

15.   **Funk, C.D.**, Matsumoto, T., Hoshiko, S., Rådmark, O., and Samuelsson, B. Characterization of the human 5-lipoxygenase gene. Adv. Prostaglandin, Thromboxane,

17

Leukotriene Res., <u>19</u>, 470-473 (1989).

16. Medina, J.F., Odlander, B., **Funk, C.D.**, Fu, J.Y., Claesson, H-E., and Rådmark, O. B-lymphocytic cell line Raji expresses the leukotriene $A_4$ hydrolase gene but not the 5-lipoxygenase gene. Biochem. Biophys. Res. Commun. <u>161</u>, 740-745 (1989).

17. **Funk, C.D.**, Matsumoto, T., and Samuelsson, B. Molecular biology and cloning of arachidonate 5-lipoxygenase. Meth. Enzymol., <u>187</u>, 491-501 (1990).

18. Rådmark, O., **Funk, C.D.**, Fu, J.Y., Matsumoto, T., Minami, M., Ohno, S., Kawasaki, H., Seyama, Y., Suzuki, K., Shimizu, T., Jornvall, H., and Samuelsson, B. Cloning of leukotriene $A_4$ hydrolase cDNA. Meth. Enzymol., <u>187</u>, 484-491 (1990).

19. Medina, J.F., Barrios, C., **Funk, C.D.**, Larsson, O., Haeggstrom, J., and Rådmark, O. Human fibroblasts show expression of the leukotriene $A_4$ hydrolase gene, which is increased after SV-40 transformation. Eur. J. Biochem., <u>191</u>, 27-31 (1990).

20. **Funk, C.D.**, Furci, L. and FitzGerald, G.A. Molecular cloning, primary structure and expression of the human platelet/erythroleukemia cell 12-lipoxygenase. Proc. Natl. Acad. Sci. USA, <u>87</u>, 5638-5642 (1990).

21. **Funk, C.D.**, Furci, L. and FitzGerald, G.A. Polymerase chain reaction cloning and expression of eicosanoid metabolizing enzymes from blood cells. Adv. Prostaglandins, Thromboxane, Leukotriene Res., <u>21</u>, 33-36 (1990).

22. FitzGerald, G.A., Murray, R., Moran, N., **Funk, C.D.**, Charman, W., Clarke, R., Furci, L. and Fitzgerald, D.J. Mechanisms of eicosanoid action. Adv. Prostaglandin, Thromboxane Leukotriene Res., <u>21</u>, 577-581 (1990).

23. **Funk, C.D.** and FitzGerald, G.A. Molecular cloning of the platelet 12-lipoxygenase. Trans. Am. Assoc. Phys. <u>C111</u>, 180-186 (1991).

24. Rådmark, O., Medina, J.F., Macchia, L., Barries, C., **Funk, C.D.**, Larsson, O., and Haeggström, J. Leukotriene $A_4$ hydrolase in two human cell lines. Adv. Prostaglandin, Thromboxane Leukotriene Res., <u>21</u>, 41-44 (1990).

25. Medina, J.F., **Funk, C.D.**, Rådmark, O., and Haeggstrom, J. Molecular cloning and expression of mouse leukotriene $A_4$ hydrolase cDNA. Biochem. Biophys. Res. Commun. <u>176</u>, 1516-1524 (1991).

26. **Funk, C.D.**, Funk, L.B., Kennedy, M., Pong, A., and FitzGerald, G.A. Human platelet/erythroleukemia cell prostaglandin endoperoxide synthase: cDNA cloning, expression, and gene chromosomal assignment. FASEB J. <u>5</u>, 2304-2312 (1991).

27. **Funk, C.D.** and FitzGerald, G.A. Eicosanoid forming enzyme mRNA in human tissues: Analysis by quantitative PCR. J. Biol. Chem. <u>266</u> 12508-12513 (1991).

28. Sheppard, K-A., Greenberg, S.M., **Funk, C.D.**, Romano, M. and Serhan, C.N. Lipoxin generation by human megakaryocyte-induced 12-lipoxygenase. Biochim. Biophys. Acta

1133, 223-234 (1992).

29.   **Funk, C.D.**, Funk, L.B., FitzGerald, G.A and Samuelsson, B.   Characterization of two human 12-lipoxygenase genes.  Proc. Natl. Acad. Sci. USA 89, 3962-3966 (1992).

30.   Makita, N., **Funk, C.D.**, Imai E., Hoover, R.L. and Badr, K.F.  Molecular cloning and functional expression of rat LTA$_4$ hydrolase using the polymerase chain reaction.  FEBS Lett. 299, 273-277 (1992).

31.   Chen, X.-S. and **Funk, C.D.**   Structure-function properties of human platelet 12-lipoxygenase. Chimeric enzyme and *in vitro* mutagenesis studies.  FASEB J. 7, 694-701 (1993).

32.   **Funk, C.D.**, Furci, L. Moran, N. and FitzGerald, G.A.  Point mutation in the seventh hydrophobic domain of the human thromboxane A$_2$ receptor allows discrimination between agonist and antagonist binding sites. Mol. Pharmacol., 44, 934-939 (1993).

33.   **Funk, C.D.**, Furci, L., FitzGerald, G.A., Grygorczyk, R., Rochette, C., Bayne, M.A., Abramovitz, M., Adam, M. and Metters, K.  Cloning and expression of a cDNA for the human prostaglandin E receptor EP1 subtype.  J. Biol. Chem. 268, 26767-26772 (1993).

34.   Chen, X.-S. Brash A.R. and **Funk, C.D.**  Purification and characterization of recombinant histidine-tagged human platelet 12-lipoxygenase expressed in a baculovirus/insect cell system. Eur. J. Biochem. 214, 845-852 (1993).

35.   Romano, M., Chen, X-S, Takahashi, Y., Yamamoto, S., **Funk, C.D.** and Serhan, C. Lipoxin synthase activity of human platelet 12-lipoxygenase. Biochem. J., 296, 127-133 (1993).

36.   Song, W.-C., **Funk, C.D.** and Brash, A.R.   Molecular cloning of an allene oxide synthase:  a cytochrome P-450 specialized for the metabolism of fatty acid hydroperoxides. Proc. Natl. Acad. Sci., USA 90,8519-8523 (1993).

37.   Hussain, H. Shornick, L.P., Shannon, V.R., Wilson, J.D., **Funk, C.D.**, Pentland, A. and Holtzman, M.  Epidermis contains platelet-type12-lipoxygenase that is overexpressed in germinal layer keratinocytes in psoriasis. Am. J. Physiol., 266, C243-C253 (1994).

38.   **Funk, C.D.**, Kurre, U. and Griffis, G.   Targeted gene disruption by homologous recombination: towards an understanding of specific blood cell functions.  Annals N.Y. Acad. Sci., 714, 253-258 (1994).

39.   Chen X.-S., Kurre, V. Jenkins, N.A., Copeland, N.G. and **Funk, C.D.**  cDNA cloning, expression, mutagenesis of C-terminal isoleucine, genomic structure and chromosomal localizations of murine 12-lipoxygenases. J. Biol. Chem. 269, 13979-13987 (1994).

40.   Reddy, R.G. Yoshimoto, T., Yamamoto, S., **Funk, C.D.** and Marnett, L.J. Expression of porcine leukocyte 12-lipoxygenase in a baculovirus/insect cell system and its characterization. Arch. Biochem. Biophys. 312, 219-226 (1994).

41. Laneuville, O., Breuer, D.K., DeWitt, D.L., Hla, T., **Funk, C.D.**, and Smith, W.L. Differential inhibition of human prostaglandin endoperoxide H synthases -1 & -2 by nonsteroidal anti-inflammatory drugs. J. Pharmacol. Exp. Ther. 271, 927-934 (1994).

42. Kuchinke, W. and **Funk, C.D.** Fibronectin-induced cell spreading and down-regulation of 12-lipoxygenase expression in megakaryocytic DAMI cells. Biochem. Biophys. Res. Commun. 204, 606-612 (1994).

43. Brash, A.R., Chang, M.S., **Funk, C.D.**, and Song, W. Novel transformations of HPETEs by cytochrome P450s. Ann. NY Acad. Sci. 744, 25-30 (1994).

44. Chen, X-S., Sheller, J.R., Johnson, E.N. and **Funk, C.D.** Role of leukotrienes revealed by targeted disruption of the 5-lipoxygenase gene. Nature 372, 179-182 (1994).

45. Abramovitz, M., Adam, M. Boie, Y. Grygorczyk, R., Rushmore, T.H. Nguyen, T., **Funk, C.D.**, Bastien, L., Sawyer, N., Rochette, C., Slipetz, D.M. Metters, K.M. Cloning, expression & characterization of human prostanoid receptors. Adv. Prostaglandin, Thromboxane, Leukotriene Res. 23, 499-504 (1995).

46. **Funk, C.D.**, Chen, X-S., Kurre, U. and Griffis, G. Leukotriene-deficient mice generated by targeted disruption of the 5-lipoxygenase gene. Adv. Prostaglandin, Thromboxane, Leukotriene Res. 23, 145-150 (1995).

47. Duncan, A.M.V., Anderson, L.L., **Funk, C.D.**, Abramovitz, M. and Adam, M. Chromosomal localization of the human prostanoid receptor gene family. Genomics 25, 740-742 (1995).

48. Chen, X.-S., Naumann, T., Kurre, U., Jenkins, N.A., Copeland, N.G. and **Funk, C.D.** cDNA cloning, expression, mutagenesis, intracellular localization and gene chromosomal assignment of mouse 5-lipoxygenase. J. Biol. Chem. 270, 17993-17999 (1995).

49. **Funk, C.D.**, Keeney, D.S., Oliw, E.H., Boeglin, W.E. and Brash, A.R. Functional expression and cellular localization of a mouse epidermal lipoxygenase. J. Biol. Chem. 271, 23338-23344 (1996).

50. Sun, D.-X. and **Funk, C.D.** Disruption of 12/15-lipoxygenase expression in peritoneal macrophages: enhanced utilization of the 5-lipoxygenase pathway and diminished oxidation of LDL. J. Biol. Chem. 271, 24055-24062 (1996).

51. Dworski, R.T., **Funk, CD**, Oates, J.A. and Sheller, J.R. Prednisone increases PGH synthase 2 in human atopics *in vivo*. Am. J. Respir. Crit. Care Med. 155, 351-357 (1997).

52. Goldhill, J., Morris, S.C., Maliszewski, C., Urban, J.F., **Funk, C.D.**, Finkelman, F.D. and Shea-Donahue, T. Interleukin-4 modulates cholinergic neural control of mouse small intestinal longitudinal muscle. Am. J. Physiol. 272, G1135-G1140 (1997).

53. Irvin, C.G., Tu, Y.-P., Sheller, J.R., **Funk, C.D.** 5-Lipoxygenase products are necessary for ovalbumin-induced airway responsiveness in mice. Am. J. Physiol. 272, L1053-L1058 (1997).

54.    Ho, Y.-S., Magnenat, J.-L., Bronson, R.T., Cao, J., Gargano, M., Sugawara, M., and **Funk, C.D.** Mice deficient in cellular glutathione peroxidase develop normally and show no increased sensitivity to hyperoxia. J. Biol. Chem. <u>272</u>, 16644-16651 (1997).

55.    **Funk CD**, Chen, XS, Sheller, J.R., Tu, Y.-P., Irvin, C.G. The role of 5-lipoxygenase products in a mouse model of allergic airway inflammation. In: Lung Biology in Health and Disease series, Vol. 114, "Eicosanoids, Aspirin and Asthma", pp. 187-200, eds. A. Szczeklik, R. Gryglewski, J. Vane, Marcel Dekker, Inc. (1998).

56.    Johnson, E.N., Brass, L.and **Funk, C.D.** Increased platelet sensitivity to ADP in mice lacking platelet-type 12-lipoxygenase, Proc. Natl. Acad. Sci. USA, <u>95</u>, 3100-3105 (1998).

57.    Sun, D., Elsea, S., Patel, P.I. and **Funk, C.D.** Cloning of a human "epidermal-type" 12-lipoxygenase-related gene and chromosomal localization to 17p13. Cytogenet. Cell Genet:, <u>81</u>, 79-82 (1998).

58.    Sun, D., McDonnell, M., Elsea, S., Patel, P.I., Chen, X.-S. and **Funk, C.D.** Human 12($R$)-lipoxygenase and the mouse ortholog: molecular cloning, expression, and gene chromosomal assignment. J. Biol. Chem., <u>273</u>, 33540-33547 (1998).

59.    Secor, W.E., Powell, M.R., Morgan, J., Wynn, T.A., **Funk, C.D.** Mice deficient for 5-lipoxygenase, but not 12-lipoxygenase, display altered immune responses during infection with *Schistosoma mansoni*. Prostaglandins and Other Lipid Mediators, <u>56</u>, 291-304 (1998).

60.    Chen, X.-S., Zhang, Y. and **Funk, C.D.** Determinants of 5-lipoxygenase nuclear localization using green fluorescent protein/5-lipoxygenase fusion proteins, J. Biol. Chem., <u>273</u>, 31237-31244 (1998).

61.    Kennedy, C.R.J., Zhang, Y., Brandon, S., Guan, Y., Coffee, K., **Funk, C.D.**, Magnuson, M.A., Oates, J.A., Breyer, M.D. and Breyer, R.M. Hypertension and reduced fertility in mice lacking the prostaglandin EP2 receptor, Nature Medicine, <u>5</u>, 217-220 (1999).

62.    Martin, V., Ronde, P.J, Lerner, E., Wong, A. and **Funk, C.D.** Leukotriene binding, signaling and analysis of HIV co-receptor function in mouse and human leukotriene B$_4$ receptor transfected cells, J. Biol. Chem., <u>274</u>, 8597-8603 (1999).

63.    Cyrus, T., Witztum, J.L., Rader, D.J., Tangirala, R.K., Fazio, S., Linton, M.F. and **Funk, C.D.** Disruption of the 12/15-lipoxygenase gene diminishes atherosclerosis in apoE deficient mice. J. Clin. Invest., <u>103</u>, 1597-1604 (1999).

64.    Johnson, E.N., Nanney, L.B., Virmani, J. and **Funk, C.D.** Basal transepidermal water loss is increased in platelet-type 12-lipoxygenase deficient mice. J. Invest. Dermatol. <u>112</u>, 861-865 (1999).

65.    Bleich, D., Chen, S., Zipser, B. Sun, D., **Funk, C.D.** and Nadler, J.L. Resistance to type 1 diabetes induction in 12-lipoxygenase knockout mice. J. Clin. Invest, <u>103</u>, 1431-1436 (1999).

66.    Sun, X., **Funk, C.D.**, Deng, C., Sahu, A., Lambris, J.D. and Song, W.-C. Role of decay

accelerating factor in regulating complement activation on the erythrocyte surface as revealed by gene targeting. Proc. Natl. Acad. Sci. (USA), <u>96</u>, 628-633 (1999).

67.  Huang, J.T., Welch, J.S., Ricote, M., Binder, C., Willson, T.M., Kelly, C., Witztum, J.L., **Funk, C.D.**, Conrad, D., and Glass, C.K. Interleukin-4-dependent production of PPARgamma ligands in macrophages by 12/15-lipoxygenase. Nature, <u>400</u>, 378-382 (1999).

68.  Zhang, Y.Y., Hammerberg, T., Rådmark, O., Samuelsson, B., Ng, C., **Funk, C.D.**, Loscalzo, J. Analysis of a nucleotide binding site of 5-lipoxygenase by affinity labeling: binding characteristics and amino acid sequences. Biochem. J., <u>351</u>, 697-707 (2000).

69.  Virmani, J., Johnson, E.N., Klein-Szanto, A.J.P. and **Funk, C.D.** Role of "platelet-type" 12-lipoxygenase in skin carcinogenesis. Cancer Lett., <u>162</u>, 161-165 (2001).

70.  McDonnell, M., Davis, W., Li, H., **Funk, C.D.** Characterization of the murine epidermal 12/15-lipoxygenase. Prostaglandins and Other Lipid Mediators, <u>63</u>, 93-107 (2001).

71.  Chen, X-S. and **Funk, C.D.** The N-terminal "β-barrel" domain of 5-lipoxygenase is essential for nuclear membrane translocation. J. Biol. Chem. <u>276</u>, 811-818 (2001).

72.  Martin, V., Sawyer, N., Stocco, R., Unett, D., Lerner, M.R., Abramovitz, M., **Funk, C.D.** Molecular cloning and functional characterization of murine cysteinyl leukotriene 1 (CysLT$_1$) receptors. Biochem. Pharmacol., <u>62</u>, 1193-1200 (2001).

73.  Gabel, S.A., London, R.E., **Funk, C.D.**, Steenbergen, C. and Murphy, E. Leukocyte-type 12-lipoxygenase deficient mice show impaired ischemic preconditioning-induced cardioprotection. Am. J. Physiol, <u>280</u>, 1963-1969 (2001).

74.  Bendixen, A.C., Shevde, N.K., Dienger, K.M., Willson, T.M., **Funk, C.D.**, Pike, J.W.. IL-4 inhibits osteoclast formation through a direct action on osteoclast precursors via peroxisome proliferator-activated receptor γ1. Proc. Natl. Acad. Sci. USA, <u>98</u>, 2443-2448 (2001).

75.  Cyrus, T., Pratico, D., Witztum, J.L., Rader, D.J., FitzGerald, G.A. and **Funk, C.D.** Absence of 12/15-lipoxygenase expression decreases lipid peroxidation and atherogenesis in apolipoprotein E deficient mice. Circulation, <u>103</u>, 2277-2282 (2001).

76.  George, J., Afek, A., Shaish, A., Levkovitz, H., Bloom, N., Cyrus, T., Zhao, L., **Funk, C.D.**, Sigal, E., Harats, D. 12/15-Lipoxygenase gene disruption attenuates atherogenesis in LDL-receptor deficient mice: evidence for the involvement of macrophages in-vivo. Circulation, <u>104</u>, 1646-1650 (2001).

77.  Miller, Y.I., Chang, M.K., **Funk, C.D.**, Feramisco, J.R., Witztum, J.L. 12/15-Lipoxygenase enhances site-specific actin polymerization in macrophages phagocytosing apoptotic cells. J. Biol. Chem., <u>276</u>, 19431-19439 (2001).

78.  Hui, Y., Yang, G., Galczenski, H., Copeland, N.G., Gilbert, D.J., Jenkins, N.A., and **Funk, C.D.** The murine cysteinyl leukotriene 2  (cysLT$_2$) receptor: cDNA and genomic cloning, alternative splicing, and in vitro characterization. J. Biol. Chem., <u>276</u>, 47489-

47495 (2001).

79. Kulkarni, S., Das, S., **Funk, C.D.** Murray, D., and Cho, W. A molecular basis of specific subcellular localization of the C2-like domain of 5-lipoxygenase. J. Biol. Chem. 277, 13167-13174 (2002).

80. Zhao, L., Cuff, C., Moss, E., Wille, U., Cyrus, T., Klein, E.A., Song, S., Praticò, D., Rader, D.J., Hunter, C.A., Puré, E., **Funk, C.D.** Selective interleukin-12 synthesis defect in 12/15-lipoxygenase deficient macrophages associated with reduced atherosclerosis in a mouse model of familial hypercholesterolemia. J. Biol. Chem., 277, 35350-35356 (2002).

81. Cyrus, T., Sung, S., Zhao, L., **Funk, C.D.**, Tang, S., Praticò D. The effect of low-dose of aspirin on vascular inflammation, plaque stability and atherogenesis in LDL-receptor deficient mice. Circulation, 106, 1282-1287 (2002).

82. Mehrabian, M., Allayee, H., Wong, J., Shih, W., Wang, X.P., Shaposhnik, Z., **Funk, C.D.,** and Lusis, A.J. Identification of 5-lipoxygenase as a major gene contributing to atherosclerosis susceptibility in mice. Circulation Res. 91, 120-126 (2002).

83. McDonnell, M., Li, H., **Funk, C.D.** Characterization of epidermal 12(S) and 12(R) lipoxygenases. Adv. Exp. Med. Biol. 507:147-153 (2002).

84. Walters, C.L., Wang, B., Godfrey, M., Sun, D., **Funk, C.D.** and Blendy, J.A. Augmented responses to morphine and cocaine in mice with a 12-lipoxygenase gene disruption. Psychopharmacology (Berl). 170(2), 124-131 (2003).

85. Shappell, S.B., Olson, S.J., Hannah, S.E., Manning, S., Roberts, R.L., Masumori, N., Jisaka, M., Boeglin, W.E., Vader, V., Dave, D.S., Shook, M.F., Thomas, T.Z., **Funk, C.D.**, Brash, A.R., Matusik, R.J. Elevated expression of 12/15-lipoxygenase and cyclooxygenase-2 in a transgenic mouse model of prostate carcinoma. Cancer Res. 63, 2256-2267 (2003).

86. Miller, Y.I., Worrall, D.S., **Funk, C.D.**, Feramisco, J.R. and Witztum, J.L. Actin polymerization in macrophages in response to oxidized LDL and apoptotic cells: role of 12/15-lipoxygenase and phosphoinositide 3-kinase, Mol. Biol. Cell, 14, 4196-4206 (2003).

87. Feinmark, S.J., Begum, R., **Funk, C.D.**, Siegelbaum, S.A. and Bolshakov, V.Y. 12-Lipoxygenase metabolites of arachidonic acid mediate metabotropic glutamate receptor-dependent LTD at hippocampal CA3-CA1 synapses, J. Neurosci., 23, 11427-11435 (2003).

88. Medina, J.F., Recalde, S., Prieto, J., Lecanda, J., Saez, E., **Funk, C.D.**, Vecino, P., van Roon, M.A., Ottenhof, R., Bosma, P.J., Bakker, C.T., and Oude-Elferink, R.P. AE2 anion exchanger is essential for spermiogenesis in mice. Proc. Natl. Acad. Sci. USA, 100, 15847-15852 (2003).

89. Yang, G., Haczku, A., Martin, V., Chen, H., Galczenski, H., Tomer, Y., Van Besien, C.R., Evans, J.F., Panettieri, R.A., and **Funk, C.D.** Transgenic smooth muscle expression of the human CysLT₁ receptor induces enhanced responsiveness of murine airways to

leukotriene D$_4$. Am. J. Physiol. (Lung Cellular and Molecular Physiology), 286, L992-L1001 (2004).

90.    Praticò, D., Zhukareva, V., Yao, Y., Uryu, K., **Funk, C.D.**, Lawson, J.A., Trojanowski, J.Q., Lee, V.M.Y. 12/15-Lipoxygenase is increased in Alzheimer's disease: possible involvement in brain oxidative stress. Am. J. Pathol., 164, 1655-1662 (2004).

91.    Huo, Y., Zhao, L., Hyman, M.C., Shashkin, P., Harry, B.L., Burcin, T., Forlow, S.B., Stark, M., Smith, D.F., Clarke, S., Srinivasan, S., Hedrick, C.C., Praticò, D., Witztum, J.L., Nadler, J.L., **Funk, C.D.**, and Ley, K.F., Critical role of macrophage 12/15-lipoxygenase for atherosclerosis in apolipoprotein E deficient mice. Circulation, 110, 2024-2031 (2004).

92.    Zhao, L., Moos, M.P.W., Gräbner, R., Pédrono, F., Fan, J., Kaiser, B., John, N., Schmidt, S., Spanbroek, R., Huang, L., Cui, J., Rader, D.J., Evans, J.F., Habenicht, A.J.R., and **Funk, C.D.** The 5-lipoxygenase pathway promotes pathogenesis of hyperlipidemia-dependent aortic aneurysm. Nature Medicine, 10, 966-973 (Published online: 22 August 2004; | doi:10.1038/nm1099) (2004).

93.    Hui, Y., Cheng, Y., Smalera, I., Jian, W., Goldhahn, L., FitzGerald, G.A., and **Funk, C.D.** Directed vascular expression of cysteinyl leukotriene receptor 2 modulates endothelial permeability and systemic blood pressure. Circulation, 110, 3360-3366 (2004).

94.    Anning, P.B., Coles, B., Bermudez-Fajardo, A., Martin, P.E.M., Levison, B.S., Hazen, S.L., Funk, C.D., Kühn, H. and O'Donnell, V.B. Elevated endothelial nitric oxide bioactivity and resistance to angiotensin-dependent hypertension in 12/15-lipoxygenase knockout mice. Am. J. Pathol., 166, 653-662 (2005).

95.    Yu, Y., Fan, J., Chen, X.S., Klein-Szanto, A., FitzGerald, G.A., and **Funk, C.D.** Differential impact of prostaglandin H synthase 1 knock down on platelets and parturition. J. Clin. Invest., 115, 986-995 (2005) plus Supplemental online data.

96.    Tietge, U.J.F., Pratico, D., Ding, T., **Funk, C.D.**, Hildebrand, R.B., VanBerkel, T.J. and Van Eck, M. Macrophage-specific expression of type IIA secretory phospholipase A$_2$ results in accelerated early atherogenesis by increasing oxidative stress in LDL-receptor deficient mice. J. Lipid Res., 46, 1604-1614 (2005).

97.    Moos, M.P.W., John, N., Gräbner, R., Noßmann, S., Gunther, B., Vollandt, R., **Funk, C.D.**, Kaiser, B., and Habenicht, A.J.R. The lamina adventitia is the major site of immune cell accumulation in standard chow-fed apolipoprotein E-deficient mice, Arterioscl. Thromb. Vasc. Biol., 25, 2386-2391 (2005).

98.    Chinnici, C., Yao, Y., Ding, T., **Funk, C.D.**, Pratico, D. Absence of 12/15-lipoxygenase reduces brain oxidative stress in apoE deficient mice. Am. J. Pathol. (2005), 167, 1371-1377.

99.    Zhao, L., Pratico, D., Rader, D.J. and **Funk, C.D.** 12/15-Lipoxygenase gene disruption and vitamin E diminish atherosclerosis and oxidative stress in apolipoprotein E deficient mice through a final common pathway. Prostaglandins and Other Lipid Mediators, 78,

185-193 (2005).

100.    Cheng, Y., Wang, M., Yu, Y., Lawson, J., **Funk, C.D.** and FitzGerald, G.A. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J. Clin. Invest., 116, 1391-1396 (2006).

101.    Uzonyi, B., Lötzer, K., Jahn, S., Kramer, C., Hildner, M., Bretschneider, E., Radke, D., Beer, M., Vollandt, R., Evans, J.F., **Funk, C.D.**, and Habenicht, A.J.R. Cysteinyl leukotriene 2 receptor and protease-activated receptor 1 activate strongly correlated gene signatures in endothelial cells. Proc. Natl. Acad. Sci. USA, 103, 6326-6331 (2006).

102.    Yu, Y., Fan, J., Chen, X.S., Wang, D., Klein-Szanto, A., Campbell, R.L., FitzGerald, G.A. and **Funk, C.D.** Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat. Med, 12, 699-704 (2006).

103.    Yu, Y., Fan, J., Rouzer, C.A., Marnett, L.J., Klein-Szanto, A.J., FitzGerald, G.A. and **Funk, C.D.** Targeted cyclooxygenase gene (Ptgs) exchange reveals discriminant isoform functionality, Manuscript in preparation.

104.    Deshpande, D.A., Pascual, R.M., Wang, S.-W., Eckman, D.M., Riemer, E., **Funk, C.D.**, Penn, R.B. PKC-dependent regulation of the receptor locus dominates functional consequences of cysteinyl leukotriene type 1 receptor activation. J. Physiol., manuscript submitted.

105.    Tanabe, M., Rakonjac, M., Provost, P., Persson, B., Chen, X., Hammarberg, T., Watanabe, T., **Funk, C.D.**, Samuelsson, B. and Radmark, O. Attenuated interaction between 5-lipoxygenase domains leads to increased enzyme activity. Manuscript in preparation.

106.    Doepping, S., **Funk, C.D.**, Habenicht, A.J.R. and Spanbroek, R. Selective 5-lipoxygenase (5-LO) expression in Langerhans cells (LCs) and impaired LC migration in 5-LO deficient mice reveal leukotriene action in skin. Manuscript in preparation.


Review Articles/Commentaries (peer reviewed noted with *)

1.    *Powell, W.S. and **Funk, C.D.** Metabolism of arachidonic acid and other polyunsaturated fatty acids by blood vessels. Prog. Lipid Res. 26, 180-206 (1987).

2.    *Samuelsson, B. and **Funk, C.D.** Enzymes involved in the biosynthesis of leukotriene $B_4$. J. Biol. Chem., 264, 19469-19472 (1989).

3.    ***Funk, C.D.** Molecular biology in the eicosanoid field. Prog. Nucleic Acid Res. and Mol. Biol. 45, 67-98. (1993).

4.    ***Funk, C.D.** The Molecular Biology of Lipoxygenases and the Quest for Eicosanoid Functions Using Lipoxygenase-Deficient Mice. Biochim. Biophys. Acta, 1304, 65-84 (1996).

5.    **Funk, C.D.**, Brash, A.R. and Maxey, K.M. Lipoxygenases. Cayman Currents Newsletter, issue 7, 1-3 (1997).

6.   Funk, C.D. and Loll, P.  A Molecular Dipstick? Nature Struct. Biol., 4, 966-968 (1997). [News and Views article on crystal structure of mammalian 15-lipoxygenase]

7.   *Austin, S. and Funk, C.D.  Biological insight into prostaglandin, leukotriene, and other eicosanoid functions using mice with targeted gene disruptions. Prostaglandins and Other Lipid Mediators, 58, 231-252 (1999).

8.   Funk, C.D. and Chen, X.-S.  5-Lipoxygenase and leukotrienes: transgenic mouse and nuclear targeting studies. Am. J. Resp. Crit. Care Med., 161, S120-S124 (2000).

9.   *Funk, C.D. and Cyrus, T. 12/15-lipoxygenase, oxidative modification of LDL and atherogenesis. Tr. Cardiov. Med., 11, 116-124 (2001).

10.  *Funk, C.D.  Prostaglandins and leukotrienes: advances in eicosanoid biology. Science, 294, 1871-1875 (2001).

11.  Funk, C.D., Chen, X.-S., Johnson, E.N., Zhao, L. Lipoxygenase genes and their targeted disruption. Prostaglandins and Other Lipid Mediators, 68-69, 303-312 (2002).

12.  *Hui, Y. and Funk, C.D. Cysteinyl Leukotriene Receptors. Biochem. Pharmacol., 64, 1549-1557 (2002).

13.  *Zhao, L. and Funk, C.D. Lipoxygenase Pathways and Atherosclerosis, Tr. Cardiov. Med., 14, 191-195 (2004).

14.  *Funk, C.D. Leukotriene Modifiers as Potential Therapeutics in Cardiovascular Disease. Nature Reviews Drug Discovery, 4, 664-672 (2005).

15.  *Lotzer, K., Funk, C.D., Habenicht, A.J.R. The 5-lipoxygenase pathway in arterial wall biology and atherosclerosis. Biochim. Biophys. Acta, 1736, 30-37 (2005).

16.  Funk, C.D. Lipoxygenase pathways as mediators of inflammatory events in early atherogenesis. Commentary on "12/15 Lipoxygenase Mediates Monocyte Adhesion to Aortic Endothelium in Apolipoprotein E-Deficient Mice Through Activation of RhoA and NFκB" Arterioscl. Thromb. Vasc. Biol., 26, 1204-1206 (2006).

17.  Funk, C.D., Cao, R.Y., Zhao, L., Habenicht, A.J.R. Is there a role for macrophage 5-lipoxygenase pathway in aortic aneurysm development in apolipoprotein E deficient mice? N.Y. Acad. Sci., in press (2006).

18.  *Yu, Y., Funk, C.D. A novel genetic model of selective COX-2 inhibition: comparison with COX-2 null mice. Prostaglandins and Other Lipid Mediators, in press (2006).

19.  Yu, Y., Funk, C.D. Novel aspects of eicosanoid signaling through use of gene targeted mice. Swed. J. Food and Nutr., in press (2006).

Book Chapters

1.   FitzGerald, G.A., Murray, R., Fitzgerald, D.J., Catella, F. and Funk, C.D.  Eicosanoids and blood pressure: mechanisms of action and biosynthesis in pregnancy hypertension.  In:

Clinical Pharmacology Vol. 7. Importance of Prostacyclin and Potassium Channels for the Regulation of Vascular Tone.  Frolich C. and Forstermann U. (eds).   W. Zuckschwerdt Verlag 1990 pp. 65-71.

2.    **Funk, C.D.**, Chen, X-S., and FitzGerald, G.A.   Lipoxygenase, cyclooxygenase and leukotriene $A_4$ hydrolase:quantitative polymerase chain reaction and expression studies.  In: Prostaglandins, leukotrienes, lipoxins, and PAF.  Bailey, J.M. (editor) Plenum Press 1991, pp. 17-105.

3.    **Funk, C.D.**   Lipoxygenases of Mice and Men. in: Eicosanoids: From Biotechnology to Therapeutic Applications, pp. 13-20, Folco, G., Samuelsson, B.,  Maclouf, J.and Velo, G., eds. Plenum Press, New York (1996).

4.    **Funk, C.D.** and Sun, D.  Manipulations of the arachidonic acid cascade with lipoxygenase gene-inactivated mice.  In: Frontiers in Bioactive Lipids, pp. 127-132, Vanderhoek, J., ed., Plenum Press, New York (1996).

5.    Johnson, E.N., Sun, D., Chen, X.-S., and **Funk, C.D.** Lipoxygenase Gene Disruption Studies - Status and Applications. In: Lipoxygenases and Their Metabolites - Biological Functions; Adv. Exp. Med. Biol. 447, 63-73, eds. Nigam, S. and Pace-Asciak, C., Kluwer Academic/Plenum Publishers (New York)(1999).

6.    **Funk, C.D.**  Lipid mediator deficient mice in mouse models of inflammation. In: Molecular and Cellular Basis of Inflammation, pp.109-125, eds. Serhan, C.N. and Ward, P.A., Humana Press Inc., Totowa, NJ (1999).

7.    **Funk, C.D.** and Chen, X.-S. Targeted disruption of 5-lipoxygenase. In: Novel Inhibitors of Leukotrienes, eds. Folco, G., Samuelsson, B., and Murphy, R.C., Birkhauser Publ., Basel (1999).

8.    **Funk, C.D.**   Platelet Eicosanoids. In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 4th edition, eds. Colman, R.W., Hirsch, J., Marder, V.J., Clowes, A.W., Marder, V.J., Clowes, A.W. and George, J.N., Lippincott Williams and Wilkens, London, November 2000.

9.    *Zhao, L. and **Funk, C.D.** Lipoxygenases: Potential Therapeutic Target in Atherosclerosis, Chapter 18 in: Advances in Translational Medical Science: Lipids and Atherosclerosis, Editors, CJ Packard and DJ Rader, Taylor and Francis (2006), Ch.18, pp.207-218.

10.   Smyth, E. and **Funk, C.D.**   Platelet Eicosanoids. In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 5th edition, eds. Colman, R.W., Hirsch, J., Marder, V.J., Clowes, A.W., Marder, V.J., Clowes, A.W. and George, J.N., Lippincott Williams and Wilkens, London, 2006.

# EXHIBIT  B

Expert Report of
**Colin D. Funk, Ph.D.**
September 18, 2006

## A. Statement of Qualifications

I am currently Professor in the Departments of Physiology and Biochemistry at Queen's University in Kingston, Canada and holder of a Tier I Canada Research Chair (CRC) in Molecular, Cellular and Physiological Medicine. The CRC program was instituted by the Canadian government in 2000 as a means to recruit and retain top research and clinician scientists. I received my B.Sc. Honours degree in Biochemistry at Queen's University in 1980 and my Ph.D. in Experimental Medicine (Dean's Honour List) from McGill University in Montreal, Canada in 1985. I then joined the laboratory of Nobel Laureate Professor Bengt Samuelsson at Karolinska Institutet in Stockholm, Sweden as a postdoctoral fellow for 3 years. Professor Samuelsson, his colleague Sune Bergström, and Professor John Vane shared the Nobel Prize in 1982 for their discovery of prostaglandins and related molecules and which included the mechanism of action of non-steroidal anti-inflammatory drugs. After my postdoctoral training, I was appointed as Instructor in Pharmacology (1989), then Assistant Professor (1991), and Associate Professor (1994) in the Department of Pharmacology, Division of Clinical Pharmacology at Vanderbilt University Medical Center (VUMC) in Nashville, TN. In September 1995 I was recruited to the University of Pennsylvania (UPenn) as Associate Professor in Pharmacology (Primary) and Medicine (Secondary). I was promoted to full professor in 2000 and remained at UPenn until June 2004. While at these universities, both VUMC and UPenn Departments of Pharmacology ranked as the top pharmacology departments in the USA in terms of total NIH research funding. I was recruited to Canada to my current position in July 2004.

Besides holding a Canada Research Chair position, I hold a Career Investigator Award of the Heart and Stroke Foundation of Canada, Ontario Section and have been a past recipient of the National Institutes of Health Research Career Development Award.

I am a member of the American Association for the Advancement of Science (AAAS), the American Society of Biochemistry and Molecular Biology (ASBMB) and the Canadian Society of Atherosclerosis, Thrombosis and Vascular Biology and have participated in the American Heart Association (AHA) plenary sessions and evaluation of scientific studies to be admitted to the annual AHA meetings.

1



I am a current member of the editorial board of the journal Prostaglandins and Other Lipid Mediators and have served as board member for the Journal of Biological Chemistry during 1996-2000. I have participated in hundreds of peer-reviews of scientific publications for numerous scientific journals and grants submitted to the United States National Institutes of Health (NIH).

I have taught pharmacology graduate students and medical students about eicosanoids and non-steroidal anti-inflammatory drugs for 15 years. I have lectured in numerous countries around the world and have been invited to speak at many international Eicosanoid meetings. I have consulted for industry, primarily large pharmaceutical companies. I am currently on the scientific advisory board of VIA Pharmaceuticals Inc., a company devoted to the use of pharmaceuticals to treat vascular inflammation.

**B. Research Background in Relation to COX (Cyclooxygenase) Enzymes, COX-2 Inhibitors, Prostacyclin and Platelet-Vessel Wall Functions**

I have been conducting research on lipid mediators known as eicosanoids, which include prostacyclin, thromboxanes and leukotrienes, and the enzymes and receptors that generate eicosanoids and transduce their biological signals for over 25 years. I embarked on this line of research in 1981 with my doctoral thesis research which involved studying the metabolism of polyunsaturated fatty acids by blood vessels. I have authored or co-authored over 115 scientific, peer-reviewed publications relating to eicosanoids including investigations into the role of COXs in cardiovascular function, platelet thromboxane and vascular wall biology, and mechanisms contributing to atherosclerotic disease. During the years 1981-1987, in particular, I studied prostaglandin and related lipid mediator production from arterial tissues during my doctoral studies (**Funk, C.D.** and Powell, W.S. Conversion of 8,11,14-icosatrienoic acid to 11,12-epoxy-10 hydroxy-8 heptadecenoic acid by aorta. Prostaglandins <u>25</u>, 299-309 (1983); Powell, W.S. and **Funk, C.D.** Metabolism of 8,11,14-icosatrienoic acid by fetal calf aorta. Adv. Prostaglandin Thromboxane, and Leukotriene Res. <u>11</u>, 111-117 (1983); **Funk, C.D.** and Powell, W.S. Metabolism of linoleic acid by prostaglandin synthase from adult and fetal blood vessels. Biochim. Biophys. Acta <u>754</u>, 57-71 (1983); **Funk, C.D.** and Powell, W.S. Release of prostaglandins and monohydroxy and trihydroxy metabolites of linoleic and arachidonic acids by adult and fetal aortae and ductus arteriosus. J. Biol. Chem. <u>260</u>, 7481-7488 (1985); **Funk, C.D.**

2

Boubez, W., and Powell, W.S. Effects of selenium-deficiency on the production of prostaglandins and other oxygenated metabolites of arachidonic acid and linoleic acid by rat and rabbit aortae. Biochim. Biophys. Acta 921, 213-220 (1987)).

Together with Merck scientists, I cloned and expressed the prostaglandin EP1 receptor in 1993 (**Funk, C.D.**, Furci, L., FitzGerald, G.A., Grygorczyk, R., Rochette, C., Bayne, M.A., Abramovitz, M., Adam, M. and Metters, K.  Cloning and expression of a cDNA for the human prostaglandin E receptor EP1 subtype. J. Biol. Chem. 268, 26767-26772 (1993)), for which two patents were awarded for its use in pharmaceutical development. I have studied the thromboxane receptor, enzymes within platelets, and platelet eicosanoids, including thromboxane, during the 1990s (**Funk, C.D.**, Furci, L. and FitzGerald, G.A.  Molecular cloning, primary structure and expression of the human platelet/erythroleukemia cell 12-lipoxygenase. Proc. Natl. Acad. Sci. USA, 87, 5638-5642 (1990); **Funk, C.D.**, Funk, L.B., Kennedy, M., Pong, A., and FitzGerald, G.A.  Human platelet/erythroleukemia cell prostaglandin endoperoxide synthase:  cDNA cloning, expression, and gene chromosomal assignment. FASEB J. 5, 2304-2312 (1991); Chen, X.-S. and **Funk, C.D.**  Structure-function properties of human platelet 12-lipoxygenase. Chimeric enzyme and *in vitro* mutagenesis studies.  FASEB J. 7, 694-701 (1993); **Funk, C.D.**, Furci, L. Moran, N. and FitzGerald, G.A.  Point mutation in the seventh hydrophobic domain of the human thromboxane $A_2$ receptor allows discrimination between agonist and antagonist binding sites. Mol. Pharmacol., 44, 934-939 (1993); Chen, X.-S. Brash A.R. and **Funk, C.D.**  Purification and characterization of recombinant histidine-tagged human platelet 12-lipoxygenase expressed in a baculovirus/insect cell system. Eur. J. Biochem. 214, 845-852 (1993); Johnson, E.N., Brass, L.and **Funk, C.D.**  Increased platelet sensitivity to ADP in mice lacking platelet-type 12-lipoxygenase, Proc. Natl. Acad. Sci. USA, 95, 3100-3105 (1998). I have written the chapter on platelet eicosanoids in the pre-eminent textbook dealing with hemostasis and thrombosis for the last two editions (Hemostasis and Thrombosis, 5th Edition, Editors, Colman, Marder, Clowes, George and Goldhaber; Lippincott Williams and Wilkens Publishers, London, 2006).

From 1989-1995, while at the Division of Clinical Pharmacology at Vanderbilt University, I had the opportunity to interact with pharmacologists and clinicians on a frequent basis. The team of investigators included skilled basic research scientists, pharmacologists, and clinician-scientists among which were Drs. Garret FitzGerald and John Oates, both well-known and respected in the field of pharmacology of prostaglandins, coxibs and non-steroidal anti-

inflammatory drugs, and both advisors to Merck for their clinical studies with coxibs. Also in this group were Dr. Alastair Wood, chair of the FDA advisory panel committee on coxibs and Dr. Grant Wilkinson, an expert in drug metabolism and drug interactions. Such an excellent training ground facilitated investigations into drugs, and included many clinical Grand-round conferences on interesting case studies and discussions of clinical trials. Similar scientific interactions took place at the Department of Pharmacology, Center for Experimental Therapeutics, University of Pennsylvania with Dr. Garret FitzGerald, Chair, over the course of 1995-2004. The interactions of NSAIDs with the COX enzymes was an important area we examined (Laneuville, O., Breuer, D.K., DeWitt, D.L., Hla, T., **Funk, C.D.**, and Smith, W.L. Differential inhibition of human prostaglandin endoperoxide H synthases -1 & -2 by nonsteroidal anti-inflammatory drugs. J. Pharmacol. Exp. Ther. <u>271</u>, 927-934 (1994)).

Following the initial studies which showed that coxibs could block prostacyclin formation and publication of the VIGOR trial results, I developed a more comprehensive research program to examine the two COX isoforms, COX-1 and COX-2, using genetic techniques and mouse models that I had previously utilized over the course of several years. From 2001 to the present, these studies have focused on several goals including examination of COX function in cancer, cardiovascular disease and general physiological functions. I have been funded during this period by the NIH and Canadian Institutes of Health Research (CIHR) to generate the appropriate mouse models and to carry out studies related to COX-1 and COX-2. I currently hold a grant from the Heart and Stroke Foundation of Ontario to understand the mechanisms for COX-2 inhibition and cardiovascular disease. Some relevant publications related to these grants are: Yu, Y., Fan, J., Chen, X.S., Klein-Szanto, A., FitzGerald, G.A., and **Funk, C.D.** Differential impact of prostaglandin H synthase 1 knock down on platelets and parturition. J. Clin. Invest., 115, 986-995 (2005) plus Supplemental online data; Cheng, Y., Wang, M., Yu, Y., Lawson, J., **Funk, C.D.** and FitzGerald, G.A. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J. Clin. Invest., 116, 1391-1396 (2006); Yu, Y., Fan, J., Chen, X.S., Wang, D., Klein-Szanto, A., Campbell, R.L., FitzGerald, G.A. and **Funk, C.D.** Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat. Med, 12, 699-704 (2006); Yu, Y., **Funk, C.D.** A novel genetic model of selective COX-2 inhibition: comparison with COX-2 null mice. Prostaglandins and Other Lipid Mediators, in press (2006).

4

### C. Summary of Opinions

I have been asked to provide my expert opinion regarding cyclooxygenase (COX) enzymes, COX-2 inhibitors, also known as coxibs, prostacyclin-thromboxane synthesis in the cardiovascular system and the mechanism for coxibs causing adverse cardiovascular events in relation to a set of studies that has become known as the FitzGerald hypothesis. My opinions are given to a reasonable degree of scientific probability, and are based on my education, research and experience, which are described in my CV, and from the published literature listed in this report. I have not previously testified in trial or by deposition. My statement of rates for expert witness testimony is attached as Exhibit A.

It is my opinion that prostacyclin is a powerful and important anti-platelet aggregating mediator with potent vasodilator properties. Prostacyclin released from the vasculature is derived primarily from COX-2 in humans and in animal models, and thromboxane, a potent platelet aggregating agent, is made by platelet COX-1. The existence of COX-2 in human vascular endothelial cells has been known since 1992. It is my opinion that coxibs promote inhibition of vascular prostacyclin synthesis without disturbing platelet thromboxane production, and that this imbalanced inhibition can promote a pro-thrombotic, hypertensive and potentially pro-atherosclerotic environment. Such an environment increases cardiovascular risk in humans and forms the basis for the FitzGerald hypothesis with which I concur.

### D. Prostaglandin biosynthesis – Studies Pre-1989

Prostaglandins are a family of bioactive lipid mediators involved in numerous physiological and pathophysiological activities in humans and animals (1-4). They are formed from arachidonic acid contained in lipid membranes in virtually all cells of the body (1-4). The term "prostaglandin" was coined by von Euler based on his and other studies in the early 1930s when he identified a fatty acid substance from human seminal fluid that had blood pressure lowering properties and stimulatory activity on smooth muscle strips (5) and postulated that the substance originated in the prostate gland. The first biosynthetic pathways of arachidonic acid metabolism to prostaglandins were elucidated by two research groups in 1962-1964 (6-8). There are five major biologically active prostaglandins referred to as prostaglandin (PG)D$_2$, PGE$_2$, PGF$_{2\alpha}$, PGI$_2$ (also known as prostacyclin) and thromboxane A$_2$ (TxA$_2$). There are additional PG

compounds that can be formed non-enzymatically (in the test tube) as a result of acid or base transformation (PGA, PGB) and two main intermediates in the biosynthetic pathway ($PGG_2$, $PGH_2$). The "2" subscript, in $PGI_2$ for instance, refers to the number of double bonds in the structure. In 1967, an enzyme that catalyzed the transformation of fatty acid to PGH, containing an endoperoxide group, was identified (9) and this enzyme became known as prostaglandin endoperoxide synthase but is now often formally referred to as prostaglandin H synthase (PGHS). The enzyme possesses two distinct catalytic activities referred to as cyclooxygenase (COX) and hydroperoxidase, respectively (1-4). COX is a common way of referring to this enzyme. After the initial isolation of PGD, PGE, and PGF (the "classical" prostaglandins; 6-8), about 10 years later an unstable compound $TxA_2$ was identified (10). Moncada and Vane were the first to describe the formation of a prostaglandin substance, first called PGX, in 1976, as an unstable substance that inhibits platelet aggregation (11,12). Its chemical structure was quickly elucidated and first called prostacyclin by the end of the same year (13). During the early 1970s, Sir John Vane's research led to the understanding that non-steroidal anti-inflammatory drugs (NSAIDs) can block the synthesis of prostaglandins which represented a monumental advance in the pharmacology field to explain the mechanism of action of these drugs (14-16). In order for the five major prostaglandins to be formed there are additional enzymes required to transform the $PGH_2$ intermediate derived from COX (PGD, PGE, PGF, PGI and Tx synthases). The biosynthetic pathways for prostaglandin formation are shown in Figure 1. Until 1989, researchers were under the impression that there was only one COX enzyme or isoform and this was reinforced by the cloning of only one DNA sequence for a COX gene from sheep (17,18) and one from humans (19) in 1988-1989.

## E. The Discovery of a Second Cyclooxygenase (COX)

In 1989-1990, three separate research groups independently described experiments suggesting that a second form of COX, one that is inducible, might exist (20-23). Using sheep trachea epithelial cultured cells Holtzman's group (20) identified increased COX activity that did not correlate with the only known COX gene known at the time (a 2.8 kb mRNA; the messenger (m)RNA represents the actively transcribed genes in a particular cell type or organ and mRNA gives rise to the proteins made in the particular cell/organ). Needleman's team (21) found that using human dermal fibroblasts an inflammatory mediator known as interleukin-1 could potently

6

induce COX activity and that this induction could be regulated by a type of steroid hormone known as glucocorticoid. They also found that a COX activity in human monocytes could be controlled by the bacterial substance lipopolysaccharide (LPS) and they postulated that "cells may contain two pools of COX, each with a differential sensitivity to LPS or DEX" (n.b. DEX is short for dexamethasone which is a glucocorticoid)(22). Han et al. (23) detected persistent induction of a COX in viral-transformed mouse 3T3 fibroblasts. However, it took a couple of years before other investigators could connect these early results to a second COX enzyme. Thus, two research groups working in completely different experimental systems cloned the gene for a second COX isoform (24,25). Simmon's group (24) was working with chicken embryo fibroblasts that were infected with a Rous sarcoma virus and identified a COX-encoding gene with about 60 % sequence identity to the original COX isoform. Herschmann's group (25-27), on the other hand, identified a COX gene he originally referred to as TIS-10, that was induced by a tumor promoting substance, known as TPA (for 12-O-tetradecanoyl phorbol 13-acetate) in mouse fibroblasts. It was about 1992 when investigators started referring to the two prostaglandin synthase enzymes as PGHS-1 and PGHS-2 or COX-1 and COX-2 when both the human platelet PGHS-1 (COX-1) and human endothelial cell PGHS-2 (COX-2) sequences were cloned and expressed (28-30). In most experimental systems the COX-1 gene does not undergo large changes in gene expression and this enzyme isoform is often referred to as the "housekeeping" or "constitutive" COX while the newer discovered COX-2 isoform was found to undergo profound regulation by many factors including cytokines, tumor promoters, inflammatory stimuli, glucocorticoids, etc. so that COX-2 is often called the "inducible" or "regulatable" COX isoform (1-4).

## F. The Development of Selective COX-2 Inhibitors (Coxibs)

NSAIDs have long been known to possess anti-inflammatory activity, combined with the ability to block pain and fever (14-16,31,32). However, they also promote gastric bleeding and ulceration as major side-effects (33,34). Prostaglandins act as cytoprotective agents in the gastric mucosa by blocking gastric acid secretion and by increasing mucus production and studies after the initial discovery of two COX isoforms indicated that these gastric protective prostaglandins derived from COX-1 (35-37). The development of a prostaglandin analog, misoprostol, to be administered together with NSAID therapy was introduced in the 1980s (38) as means to protect

7

the stomach but this drug has its own set of side-effects (e.g. cramps, diarrhea)(39). Studies in the early 90s indicated that the inducible COX-2 was largely responsible for prostaglandin formation associated with inflammation, while COX-1 was important for prostaglandins of housekeeping function (e.g. gastric cytoprotection)(40-42). Thus, the pharmaceutical industry devoted immediate attention to develop selective COX-2 inhibitors (now known as coxibs). To do this, experimental assays had to be established to discern the relative potencies of inhibition by drugs of COX-1 and COX-2 (43-47). A variety of experimental compounds, either pre-existing NSAIDs or newly developed compounds (e.g. L745,337, NS-398, nimesulide, DFU, DuP-697, MF-tricyclic, SC-58125) became available for use by research investigators to study their particular field of interest (40,48-53). Two leading drug candidates for human development were selected by Pfizer (formerly Monsanto Searle, Pharmacia) and Merck and became known as celecoxib and rofecoxib, respectively (54-57).

A number of different assays for determining selectivity of NSAIDs for COX-1 and COX-2 exist (43-47). They consist of incubating NSAIDs with purified recombinant enzymes, or cells expressing each individual COX isoform, or blood samples (whole blood assay; WBA). Purified recombinant enzymes, while the most straightforward, can give markedly different COX selectivity measures depending on the mode of inhibition and pre-incubation time with drug (43,47). WBA measurements of drug selectivity are commonly used because of their simplicity. Usually the ability of a drug to inhibit thromboxane synthesis by platelets in clotted blood or in blood stimulated with a calcium ionophore is a measure of COX-1 inhibition (45-47). To assess COX-2 function, COX-1 in platelets and other blood cells is first inactivated with aspirin pre-treatment and than the blood monocytes are stimulated with LPS to selectively induce COX-2 (45,47). The ability to inhibit $PGE_2$ synthesis by monocyte COX-2 is used as an index of COX-2 inhibition. The ratios of the inhibitory concentrations that result in 50% (or 80%) inhibition of COX-1 vs COX-2 are compared to yield a selectivity measure.

The three-dimensional crystal structures of sheep COX-1 and mouse COX-2 have been determined in the presence of different NSAIDs and substrate (58-60). Both enzymes exist as homodimers. The arachidonic acid substrate gains access into the COX catalytic site via a hydrophobic channel. The COX-1 active site is smaller than the COX-2 site. The bulkier side-pocket in the COX-2 site is more accommodating than for COX-1 and allows for the introduction of bulkier chemical constituents in the active site which is not feasible for COX-1

and therefore provides a basis for the design of specific inhibitors (58,59). The size of this side-pocket appears to be controlled primarily by the difference in size of one amino acid (valine in COX-2 and isoleucine in COX-1 (61,62). The sulfonamide group in celecoxib, for instance, binds within this side-pocket of the active site and confers the selectivity of the drug. The drug binds in a competitive manner at first which then becomes irreversible (63).

Rofecoxib (Vioxx)

  4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone, also known as rofecoxib, was developed as a highly selective and potent COX-2 inhibitor that showed over 800-fold selectivity in a cell assay system (56,57,64-66) and 36-fold selectivity using the WBA (47). Various animal studies showed efficacy of rofecoxib in models of inflammation and pain and without GI toxicity (3). Rofecoxib provided dental pain relief on par with NSAIDs (e.g. ibuprofen) and significantly greater than placebo (57). Various clinical trials showed efficacy in managing pain in osteoarthritis (OA) and rheumatoid arthritis (RA) without upper gastrointestinal (UGI) complications. The United States Food and Drug Administration approved the therapeutic use of rofecoxib in 1999 at the recommended dose of 25-50 mg. The VIoxx Gastrointestinal Outcomes Research study (VIGOR) evaluated about 8000 RA patients in a randomized trial comparing rofecoxib (50 mg/day) to naproxen (500 mg bid) over 9 months (67). This drug was in use for about five years when it was removed from the market for reasons mentioned below.

Second Generation Coxibs

  Several coxibs were developed with improved COX-2 selectivity after celecoxib and rofecoxib (3,66,68-70). These include: valdecoxib (Bextra), etoricoxib (Arcoxia), parecoxib and lumiracoxib (Prexige). Parecoxib is a prodrug of valdecoxib that is administered by intravenous or intramuscular injection routes. This drug is converted to the active compound valdecoxib by deoxymethylation (66). Valdecoxib showed efficacy for management of OA, RA and menstrual pain (3) and was approved for use in the USA in 2003, but has since been withdrawn from the market. The most selective coxib is lumiracoxib followed by etoricoxib. These drugs have not yet reached the clinical market in the USA.

**G. Prostacyclin, Thromboxane and Cardiovascular Homeostasis**

Prostacyclin – Prostacyclin (PGI$_2$) is a potent inhibitor of platelet aggregation (11,12,71). It is synthesized by human arterial and venous tissues/cells from arachidonic acid, with highest capacity to synthesize prostacyclin in the arterial endothelium (71-73). Prostacyclin can also be made in other tissues of the body both in the blood vessels within these tissues and the tissues themselves as detected by the mRNA for the main prostacyclin synthesizing enzyme, prostacyclin synthase (71,74). Prostacyclin besides inhibiting platelet clumping (71) can also de-clump previously aggregated platelets (75) and can promote blood vessel wall relaxation (vasodilatation) and modulate vascular tone (66,71) and inhibit proliferation of vascular smooth muscle cells (76). Clinically, PGI$_2$ (epoprostanol) is used in the treatment of primary pulmonary hypertension and in treatment of portopulmonary hypertension that arises secondary to liver disease (66). **In the cardiovascular system, therefore, this prostaglandin product is regarded and has been regarded as an important, beneficial homeostatic regulator for 30 years.**

Thromboxane - Thromboxane, an unstable substance derived from arachidonic acid, with a half-life of about 30 seconds, is a potent platelet aggregating agent synthesized within the platelet (10). This powerful platelet clumping agent synthesized via COX-1 and thromboxane synthase in platelets amplifies the response to other platelet agonists (e.g. collagen and ADP)(77,78). Besides its effects on platelets, this compound can also constrict blood vessels (79) and promote the proliferation of blood vessel smooth muscle cells (80). Activation of this pathway is important in the context of hemostasis (77,81). The importance of this pathway to thrombosis is attested by the findings that a low-dose aspirin regimen has been used by millions as a means to maintain cardiovascular health via its ability to block platelet COX-1-derived thromboxane production. Many clinical trials have shown the benefit of low-dose aspirin in blocking acute myocardial infarction and in secondary prevention (82-88). **Dysregulated thromboxane synthesis in the cardiovascular system, therefore, is regarded as a detrimental event that can lead to thrombosis.**

Concept of thromboxane/prostacyclin balance established

Data from measurements of prostacyclin and thromboxane metabolites (the main urinary metabolites are referred to as PGI-M and Tx-M, respectively) indicate that prostacyclin and