thromboxane are formed in small amounts and that they do not act as circulating hormones but exert their actions locally in a so-called paracrine/autocrine manner (i.e. in the immediate adjacent cells or same cell of synthesis) during platelet-vascular wall interactions (89-95). Due to the contrasting biological functions of thromboxane and prostacyclin, a concept of "balance" in the body was established 30 years ago (12,94,95) for maintenance of healthy cardiovascular status. A quote from ref.12 "thus a balance between the amounts of $TXA_2$ formed by platelets and PGX (prostacyclin) formed by vessels might be critical for thrombus formation" summarizes this concept. Thromboxane production by platelets with its pro-platelet activating properties and vascular prostacyclin with its platelet inhibition properties is key to this balance.  Treatments aimed at tipping this balance in favor of prostacyclin using aspirin, a NSAID that reacts covalently with COX enzymes, have been developed in human subjects (96-98). Thus, aspirin dosing can be established that preferentially blocks COX-1-derived thromboxane synthesis by platelets and generally leaves vascular prostacyclin synthesis intact. $PGI_2$ limits platelet activation by thromboxane in vivo and reduces the thrombotic response to vascular injury (99). These eicosanoids are one of the many facets of an intricately organized and exquisitely regulated vasculature to maintain cardiovascular health. Other cardioprotective mechanisms of the vascular endothelium, in addition to prostacyclin, include nitric oxide (which has similar anti-platelet aggregating and vascular relaxation properties to prostacyclin), CD39 ecto-ADPase (a molecule on the surface of blood vessels that destroys the platelet pro-aggregating substance ADP, adenosine diphosphate), thrombomodulin, heparin-like proteoglycan substances, tissue factor pathway inhibitor and tissue plasminogen activator (100-102). Other pro-thrombotic agents besides thromboxane are thrombin and ADP, as well as substances from a perturbed endothelium which include tissue factor, plasminogen activator inhibitor, von Willebrand factor, collagen and P-selectin (100,102). Thus, prostacyclin and thromboxane have important and opposing biological activities in the cardiovascular system and while this concept of balance has evolved (12,100,101), the essential elements of these important lipid mediators in the cardiovascular system have stood the test of time over 30 years.

The "FitzGerald" Hypothesis

COX-1 was generally regarded as the main enzyme capable of forming both thromboxane and prostacyclin in blood platelets and the vascular wall prior to the striking observations by

McAdam and FitzGerald in 1999 which ascribed prostacyclin biosynthesis in humans predominantly to COX-2 instead of COX-1 (103). In this study, urinary PGI-M metabolite measurements indicated that prostacyclin is coming mainly (about 65-80 %) from COX-2 and thromboxane synthesis from COX-1 (103). These conclusions were drawn based on administration of celecoxib (Celebrex), a selective COX-2 inhibitor, and ibuprofen (a mixed COX-1/COX-2 inhibitor). Another parallel study revealed that rofecoxib (Vioxx; MK-966) caused a similar suppression of PGI-M (104). An additional study by another research group using nimesulide, a partially selective COX-2 inhibitor, showed that in patients with atherosclerosis both COX-1 and COX-2 can contribute to prostacyclin production (105). **These studies, therefore, indicated that COX-2 inhibitors could potentially be harmful in the cardiovascular system by blocking prostacyclin biosynthesis without affecting thromboxane production, in effect yielding a more favorable pro-thrombotic state. The hypothesis that this mechanism might mediate a risk of thrombosis and atherogenesis suggested originally by FitzGerald (103) has become known in lay literature as the FitzGerald Hypothesis (106). This hypothesis is well-known and accepted in the scientific literature in review articles and in Goodman and Gilman's most recent 11th edition of the Pharmacologic Basis of Therapeutics, the leading textbook of pharmacology for medical students in the USA (66,100,101)**

### H. The Cardiovascular Consequences of COX-2 Inhibition

The VIGOR clinical (67) trial mentioned above, in which there was a significant 5-fold divergence in the incidence of myocardial infarction between patients receiving rofecoxib vs naproxen raised the distinct possibility that coxibs, as a class of drugs, might indeed be associated with a cardiovascular hazard (107). In fact, this hazard has been borne out by several clinical studies after the VIGOR trial which resulted in the removal of rofecoxib (Vioxx) from the market and subsequently also of valdecoxib (Bextra) (108-113).

### I. Mechanisms by which COX-2 Inhibition Promote Cardiovascular Injury

The most straightforward explanation for the mechanistic basis by which COX-2 inhibition advances cardiovascular hazard is through experiments and clinical studies which show a decrease in prostacyclin production without a concomitant change in thromboxane levels. This

leads to a state that is pre-disposed to thrombosis, hypertension and atherosclerosis. Celecoxib or rofecoxib administration to volunteers causes a 65-80 % decrease in prostacyclin synthesis from COX-2 based on urinary metabolite measures (103,104). When blood is removed from these volunteers at peak drug concentration, the ability of the platelets to aggregate ex vivo is not affected as it is with a traditional NSAID (ibuprofen and indomethacin) that blocks both COX-1 and COX-2 and consistent with this observation was the finding of no effect on platelet thromboxane synthesis from coxibs. These human studies, therefore, indicate that the cardiovascular actions of thromboxane would be exaggerated during coxib therapy (103,104).

Both COX-1 and COX-2 are found in human blood vessels, and both can play a role in the production of prostacyclin in the vasculature (100). COX-1 is found predominantly in normal, healthy blood vessels ex vivo using immuno-staining techniques (105,114-116). The evidence supporting the importance of COX-2 in vascular tissue comes from several kinds of study. First, the human gene, or more specifically, complementary DNA (cDNA) for COX-2, was first cloned from a blood vessel source, namely endothelial cells derived from human umbilical veins (HUVEC)(29,30) Note, cDNA copies of mRNA can be synthesized in the test tube since they are easier to work with than mRNA. Second, the COX-2 gene is induced by laminar shear stress using HUVEC, an in vitro model system, for blood vessels (117). This stress on the vascular wall is evident throughout most regions of the vascular tree and can be modeled in cultured cell systems (118). Third, COX-2 mRNA and protein can be found in human and mouse blood vessels in the endothelium and smooth muscle cells to varying degrees in normal and atherosclerotic states using techniques of in situ hybridization and immunohistochemistry (100,105,114-116,119,120). Fourth, COX-2 is so important to a blood vessel called the ductus arteriosus (a vessel that shunts blood away from the high resistance lungs to the aorta during fetal life) that without its presence about 40 % of newborn mice end up dying from patent (open) ductus arteriosus (121).

The vascular endothelium, especially in areas of strong hemodynamic forces where atherosclerosis susceptibility is highest, is under a consistent state of chronic low-grade inflammation (122). This would be expected to enhance COX-2 expression. In humans it is not possible to document the precise in vivo quantitation of COX-1 vs COX-2 in vascular endothelium throughout the arterial network. Since COX-2 is an immediate-early gene that is induced rapidly and the turnover of COX-2 mRNA and protein is rapid and regulated by post-

13

transcriptional mechanisms (25,123,124) it is likely that ex vivo immunohistochemistry measurements from autopsy specimens have not predicted an accurate amount of COX-2 in the vasculature. Vascular tissue is highly dynamic, acting much more than a passive conduit of blood (102). The endothelial cells lining the vascular wall are dynamic sensors of wall shear stress and exhibit highly sensitive means of regulation in discrete, localized regions of the vasculature (125,126). This vascular heterogeneity at the level of individual endothelial cells has been examined by microarray analysis (126). COX-2 gene expression has shown modulation by disturbed flow in this setting (126) indicating that there are specific microdomains of the vasculature that express COX-2. In these regions, COX-2 is acting as a cardioprotective mechanism that contributes to prostacyclin biosynthesis.

Assessing the cardiovascular risk with COX-2 inhibition is most easily studied in animal models. A genetic model of selective COX-2 inhibition has been established to investigate this matter by introducing a mutation into the COX-2 gene to disrupt COX activity (127,128). These mice and mice treated with two selective COX-2 inhibitors (celecoxib or 5,5-dimethyl-3-(3–fluorophenyl)-4-(4–methylsulphonyl)phenyl-2(5H)-furanone (DFU) show decreased urinary measures of PGI-M, just like in humans, with little, if any, effect on Tx-M urinary metabolites (127). These findings establish mice as a useful model for exploring the effects of COX-2 inhibition on mechanisms for increased cardiovascular risk in humans. In three different models of thrombosis, either genetic COX-2 deletion or pharmacological treatment (celecoxib or DFU) led to increased thrombosis (127). Moreover, in the same groups of mice there were also small, but significant, increases in both systolic and diastolic blood pressures associated with COX-2 inhibition (127).

In other sets of experiments, salt-sensitive rats were also shown to have an elevation of blood pressure with COX-2 inhibition using NS-398 (129) and a COX-2 inhibitor (SC-58236) or genetic COX-2 deficiency in mice reduced renal medullary blood flow, decreased urine flow, and enhanced the pressor effect of angiotensin II (130). Intravascular thrombosis was associated with COX-2 inibition (SC-58236) including suppression of prostacyclin in a model of pulmonary hypertension in rats (131). Similarly, selective COX-2 inhibition with NS-398 suppressed prostacyclin (measured as 6-keto-PGF$_{1\alpha}$) and enhanced platelet-vessel wall interactions in vivo and platelet adhesion to hamster cheek pouch arterioles (132). Absence of the prostacyclin

14

receptor, known as IP, which transduces the effects of prostacyclin, augmented the response to a thrombogenic stimulus in mice (133).

In human coronary artery smooth muscle cells prostacyclin stimulates an important molecule known as thrombomodulin that constrains activation of the blood coagulant thrombin (134). Therefore, blockade of prostacyclin with COX-2 inhibition will lead to enhanced platelet activation and resultant thrombosis by promoting assembly of the pro-thrombinase complex.

Atherosclerosis is a chronic arterial wall inflammatory disease that develops over decades in humans but the early stages of fatty streak formation can even be detected in the fetus of mothers with hypercholesterolemia (135). Long-term suppression of COX-2-derived prostacyclin by coxibs would be expected to predispose to a gradual elevation in cardiovascular risk over time (100). In atherosclerosis studies in mice, disruption of the prostacyclin receptor IP gave rise to enhanced atherosclerotic lesions while in mice lacking the thromboxane receptor TP the mice were protected in their development of atherosclerotic lesions (136,137). COX-2 inhibition studied in mouse models of atherosclerosis has yielded variable effects in terms of lesion development (138-141). The reason for this variation could be attributable to the disparate actions of the different prostaglandins in atherothrombosis (100). Thus, blocking COX-2 downstream at the level of $PGE_2$ synthesis by disruption of the main gene that makes $PGE_2$ (called microsomal PGE synthase-I) can reduce atherothrombosis (127,142) but blocking COX-2-derived prostacyclin is detrimental (136,137). Therefore, during coxib administration the relative contributions of COX-2-derived $PGE_2$ vs $PGI_2$ in the lesion and vicinity of the lesions would be important in determining the outcome of COX-2 inhibition on atherosclerosis.

COX-2 is expressed within the kidney in the macula densa of the juxtaglomerular apparatus and other vascular regions of the kidney and is capable of generating prostacyclin (143-145). Prostacyclin within the kidney can regulate water and salt balance, glomerular filtration and renal blood flow (145). Loss of prostacyclin capability to signal through its receptor IP (146,147) and inhibition of COX-2 (127) elevate blood pressure and augment the blood pressure response to dietary sodium. In addition, both disruption of the IP receptor and COX-2 inhibition modulate vascular remodeling induced by hemodynamic stress such as hypertension in vivo (100,119).

15

## Summary and Conclusions

Taken together, these study results support a detrimental effect of COX-2-derived prostacyclin inhibition that in my opinion would be expected to lead to conditions predisposing to hypertension, increased susceptibility to thrombosis, and atherosclerosis. In upsetting the thromboxane/prostacyclin ratio with a COX-2 inhibitor one important aspect of a delicate balance is disrupted (summarized in Figure 2). While it is expected that other protective mechanisms will be operative in the majority of normal individuals, in people with compromised endothelial function (e.g. atherosclerosis) or renal function (e.g. salt retention, fluid imbalances), other protective factors (e.g. nitric oxide) will be disrupted and administration of a COX-2 inhibitor would be expected to lower the threshold for cardiovascular pro-thrombotic events. Arteriolar vascular endothelium is an extremely rich source of prostacyclin synthase (73,74). The endothelial cells that line the intimal surface throughout the circulatory tree are estimated to cover a surface area equivalent to a half dozen tennis courts in an average-sized man (102). Taking into account this huge surface area of the vascular endothelium, combined with the great capacity of the vascular endothelium to produce prostacyclin, the dynamic nature of endothelium and rapid regulation of COX-2, and that COX-2 inhibitors reduce 65-80 % of urinary prostacyclin metabolites, combined with past studies showing that local vascular stimulation and short-term systemic administration of prostacyclin is reflected by readily detectable alterations in urinary prostacyclin metabolites (92,148) than there is overwhelming evidence for a vascular diminution of prostacyclin synthesis with COX-2 inhibitor usage that translates to an elevation of cardiovascular risk.

I reserve the right to modify this text and viewpoints based on new or additional scientific information made available to me.

**Date**  9/18/06

Colin D. Funk, Ph.D.

16

## References

1. Funk CD. Prostaglandins and leukotrienes: advances in eicosanoid biology. Science. 2001 Nov 30;294(5548):1871-5.
2. Needleman P, Turk J, Jakschik BA, Morrison AR, Lefkowith JB. Arachidonic acid metabolism. Annu Rev Biochem. 1986;55:69-102.
3. Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: the biology of prostaglandin synthesis and inhibition. Pharmacol Rev. 2004 Sep;56(3):387-437.
4. Smith WL, Garavito RM, DeWitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and -2. J Biol Chem. 1996 Dec 27;271(52):33157-60.
5.v on Euler, US. On the specific vaso-dilating and plain muscle stimulating substances from accessory genital glands in man and certain animals (prostaglandin and vesiglandin). J Physiol. 1936 Nov 6; 88(2): 213-234.
6. Bergstrom S, Samuelsson B. Isolation of prostaglandin E1 from human seminal plasma. Prostaglandins and related factors. 11. J Biol Chem. 1962 Sep;237:3005-6.
7. Bergstroem S, Danielsson H, Samuelsson B. The enzymatic formation of prostaglandin e2 from arachidonic acid prostaglandins and related factors 32. Biochim Biophys Acta. 1964 Jul 15;90:207-10.
8. van Dorp D, Beerthuis RK, Nugteren DH, Vonkeman H. The biosynthesis of prostaglandins. Biochim Biophys Acta. 1964 Jul 15;90:204-7.
9. Hamberg M, Samuelsson B. On the mechanism of the biosynthesis of prostaglandins E-1 and F-1-alpha. J Biol Chem. 1967 Nov 25;242(22):5336-43.
10. Hamberg M, Svensson J, Samuelsson B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proc Natl Acad Sci U S A. 1975 Aug;72(8):2994-8.
11. Moncada S, Higgs J, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. Lancet 1977 1:18-20.
12. Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. Nature. 1976 Oct 21;263(5579):663-5.
13. Whittaker N, Bunting S, Salmon J, Moncada S, Vane JR, Johnson RA, Morton DR, Kinner JH, Gorman RR, McGuire JC, Sun FF. The chemical structure of prostaglandin X (prostacyclin). Prostaglandins. 1976 Dec;12(6):915-28.
14. Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nat New Biol. 1971 Jun 23;231(25):232-5.
15. Flower R, Gryglewski R, Herbaczynska-Cedro K, Vane JR. Effects of anti-inflammatory drugs on prostaglandin biosynthesis. Nat New Biol. 1972 Jul 26;238(82):104-6.
16. Ferreira SH, Moncada S, Vane JR. Prostaglandins and the mechanism of analgesia produced by aspirin-like drugs. Br J Pharmacol. 1973 Sep;49(1):86-97.
17. DeWitt DL, Smith WL. Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence. Proc Natl Acad Sci U S A. 1988 Mar;85(5):1412-6. Erratum in: Proc Natl Acad Sci U S A 1988 Jul;85(14):5056.
18. Merlie JP, Fagan D, Mudd J, Needleman P. Isolation and characterization of the complementary DNA for sheep seminal vesicle prostaglandin endoperoxide synthase (cyclooxygenase). J Biol Chem. 1988 Mar 15;263(8):3550-3.

19. Yokoyama C. Tanabe T. Cloning of human gene encoding prostaglandin endoperoxide synthase and primary structure of the enzyme. Biochem Biophys Res Commun. 1989 Dec 15;165(2):888-94.

20. Rosen GD, Birkenmeier TM, Raz A, Holtzman MJ. Identification of a cyclooxygenase-related gene and its potential role in prostaglandin formation. Biochem Biophys Res Commun. 1989 Nov 15;164(3):1358-65.

21. Raz A, Wyche A, Needleman P. Temporal and pharmacological division of fibroblast cyclooxygenase expression into transcriptional and translational phases. Proc Natl Acad Sci U S A. 1989 Mar;86(5):1657-61.

22. Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes. J Biol Chem. 1990 Oct 5;265(28):16737-40.

23. Han JW, Sadowski H, Young DA, Macara IG. Persistent induction of cyclooxygenase in p60v-src-transformed 3T3 fibroblasts. Proc Natl Acad Sci U S A. 1990 May;87(9):3373-7.

24. Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci U S A. 1991 Apr 1;88(7):2692-6.

25. Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. J Biol Chem. 1991 Jul 15;266(20):12866-72.

26. Fletcher BS, Kujubu DA, Perrin DM, Herschman HR. Structure of the mitogen-inducible TIS10 gene and demonstration that the TIS10-encoded protein is a functional prostaglandin G/H synthase. J Biol Chem. 1992 Mar 5;267(7):4338-44.

27. Kujubu DA, Reddy ST, Fletcher BS, Herschman HR. Expression of the protein product of the prostaglandin synthase-2/TIS10 gene in mitogen-stimulated Swiss 3T3 cells. J Biol Chem. 1993 Mar 15;268(8):5425-30.

28. Funk CD, Funk LB, Kennedy ME, Pong AS, Fitzgerald GA. Human platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning, expression, and gene chromosomal assignment. FASEB J. 1991 Jun;5(9):2304-12.

29. Hla T, Neilson K. Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci U S A. 1992 Aug 15;89(16):7384-8.

30. Jones DA, Carlton DP, McIntyre TM, Zimmerman GA, Prescott SM. Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. J Biol Chem. 1993 Apr 25;268(12):9049-54.

31. Moncada S, Vane JR. Mode of action of aspirin-like drugs. Adv Intern Med. 1979;24:1-22.

32. Vane J, Botting R. Inflammation and the mechanism of action of anti-inflammatory drugs. FASEB J. 1987 Aug;1(2):89-96.

33. Rainsford KD. Gastrointestinal and other side-effects from the use of aspirin and related drugs; biochemical studies on the mechanisms of gastrotoxicity. Agents Actions Suppl. 1977;(1):59-70.

34. Fries JF, Williams CA, Bloch DA, Michel BA. Nonsteroidal anti-inflammatory drug-associated gastropathy: incidence and risk factor models. Am J Med. 1991 Sep;91(3):213-22.

35. Chaudhury TK, Jacobson ED. Prostaglandin cytoprotection of gastric mucosa. Gastroenterology. 1978 Jan;74(1):58-63.
36. Cohen MM. Mucosal cytoprotection by prostaglandin E2. Lancet. 1978 Dec 9;2(8102):1253-4.
37. DeWitt DL, Meade EA, Smith WL. PGH synthase isoenzyme selectivity: the potential for safer nonsteroidal antiinflammatory drugs. Am J Med. 1993 Aug 9;95(2A):40S-44S.
38. Collins PW, Pappo R, Dajani EZ. Chemistry and synthetic development of misoprostol. Dig Dis Sci. 1985 Nov;30(11 Suppl):114S-117S.
39. Herting RL, Nissen CH. Overview of misoprostol clinical experience. Dig Dis Sci. 1986 Feb;31(2 Suppl):47S-54S.
40. Seibert K, Zhang Y, Leahy K, Hauser S, Masferrer J, Perkins W, Lee L, Isakson P. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci U S A. 1994 Dec 6;91(25):12013-7.
41. Masferrer JL, Zweifel BS, Manning PT, Hauser SD, Leahy KM, Smith WG, Isakson PC, Seibert K. Selective inhibition of inducible cyclooxygenase 2 in vivo is antiinflammatory and nonulcerogenic. Proc Natl Acad Sci U S A. 1994 Apr 12;91(8):3228-32.
42. Boyce S, Chan CC, Gordon R, Li CS, Rodger IW, Webb JK, Rupniak NM, Hill RG. L-745,337: a selective inhibitor of cyclooxygenase-2 elicits antinociception but not gastric ulceration in rats. Neuropharmacology. 1994 Dec;33(12):1609-11.
43. Copeland RA, Williams JM, Giannaras J, Nurnberg S, Covington M, Pinto D, Pick S, Trzaskos JM. Mechanism of selective inhibition of the inducible isoform of prostaglandin G/H synthase. Proc Natl Acad Sci U S A. 1994 Nov 8;91(23):11202-6.
44. Laneuville O, Breuer DK, Dewitt DL, Hla T, Funk CD, Smith WL. Differential inhibition of human prostaglandin endoperoxide H synthases-1 and -2 by nonsteroidal anti-inflammatory drugs. J Pharmacol Exp Ther. 1994 Nov;271(2):927-34.
45. Patrignani P, Panara MR, Greco A, Fusco O, Natoli C, Iacobelli S, Cipollone F, Ganci A, Creminon C, Maclouf J, et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. J Pharmacol Exp Ther. 1994 Dec;271(3):1705-12.
46. Brideau C, Kargman S, Liu S, Dallob AL, Ehrich EW, Rodger IW, Chan CC. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res. 1996 Feb;45(2):68-74.
47. Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci U S A. 1999 Jun 22;96(13):7563-8. Erratum in: Proc Natl Acad Sci U S A 1999 Aug 17;96(17):9666.
48. Chan CC, Boyce S, Brideau C, Ford-Hutchinson AW, Gordon R, Guay D, Hill RG, Li CS, Mancini J, Penneton M, et al. Pharmacology of a selective cyclooxygenase-2 inhibitor, L-745,337: a novel nonsteroidal anti-inflammatory agent with an ulcerogenic sparing effect in rat and nonhuman primate stomach. J Pharmacol Exp Ther. 1995 Sep;274(3):1531-7.
49. Riendeau D, Percival MD, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Falgueyret JP, Ford-Hutchinson AW, Gordon R, Greig G, Gresser M, Guay J, Kargman S, Leger S, Mancini JA, O'Neill G, Ouellet M, Rodger IW, Therien M, Wang Z, Webb JK, Wong E, Chan CC, et al. Biochemical and pharmacological profile of a

tetrasubstituted furanone as a highly selective COX-2 inhibitor. Br J Pharmacol. 1997 May;121(1):105-17.

50. Futaki N, Yoshikawa K, Hamasaka Y, Arai I, Higuchi S, Iizuka H, Otomo S. NS-398, a novel non-steroidal anti-inflammatory drug with potent analgesic and antipyretic effects, which causes minimal stomach lesions. Gen Pharmacol. 1993 Jan;24(1):105-10.

51. Gans KR, Galbraith W, Roman RJ, Haber SB, Kerr JS, Schmidt WK, Smith C, Hewes WE, Ackerman NR. Anti-inflammatory and safety profile of DuP 697, a novel orally effective prostaglandin synthesis inhibitor. J Pharmacol Exp Ther. 1990 Jul;254(1):180-7.

52. Shah AA, Murray FE, Fitzgerald DJ. The in vivo assessment of nimesulide cyclooxygenase-2 selectivity. Rheumatology (Oxford). 1999 May;38 Suppl 1:19-23.

53. Oshima M, Dinchuk JE, Kargman SL. Oshima H, Hancock B, Kwong E, Trzaskos JM, Evans JF, Taketo MM. Suppression of intestinal polyposis in Apc delta716 knockout mice by inhibition of cyclooxygenase 2 (COX-2). Cell. 1996 Nov 29;87(5):803-9.

54. Penning TD. Talley JJ, Bertenshaw SR. Carter JS. Collins PW, Docter S, Graneto MJ, Lee LF, Malecha JW, Miyashiro JM. Rogers RS, Rogier DJ, Yu SS, AndersonGD, Burton EG, Cogburn JN, Gregory SA, Koboldt CM. Perkins WE, Seibert K, Veenhuizen AW, Zhang YY. Isakson PC. Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benze nesulfonamide (SC-58635, celecoxib). J Med Chem. 1997 Apr 25;40(9):1347-65.

55. Simon LS, Lanza FL, Lipsky PE, Hubbard RC, Talwalker S, Schwartz BD, Isakson PC, Geis GS. Preliminary study of the safety and efficacy of SC-58635, a novel cyclooxygenase 2 inhibitor: efficacy and safety in two placebo-controlled trials in osteoarthritis and rheumatoid arthritis, and studies of gastrointestinal and platelet effects. Arthritis Rheum. 1998 Sep;41(9):1591-602.

56. Chan CC, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Ford-Hutchinson AW, Forrest MJ, Gauthier JY, Gordon R, Gresser M, Guay J, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Patrick D, Percival MD, Perrier H, Prasit P, Rodger I, et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. J Pharmacol Exp Ther. 1999 Aug;290(2):551-60.

57. Ehrich EW, Dallob A, De Lepeleire I, Van Hecken A, Riendeau D, Yuan W, Porras A, Wittreich J, Seibold JR, De Schepper P, Mehlisch DR, Gertz BJ. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther. 1999 Mar;65(3):336-47.

58. Picot D, Loll PJ, Garavito RM. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. Nature. 1994 Jan 20;367(6460):243-9.

59. Kurumbail RG, Stevens AM, Gierse JK, McDonald JJ, Stegeman RA, Pak JY, Gildehaus D, Miyashiro JM, Penning TD, Seibert K. Isakson PC, Stallings WC. Structural basis for selective inhibition of cyclooxygenase-2 by anti-inflammatory agents. Nature. 1996 Dec 19-26;384(6610):644-8. Erratum in: Nature 1997 Feb 6;385(6616):555.

60. Malkowski MG, Ginell SL, Smith WL, Garavito RM. The productive conformation of arachidonic acid bound to prostaglandin synthase. Science. 2000 Sep 15;289(5486):1933-7.

20

61. Gierse JK, McDonald JJ, Hauser SD, Rangwala SH, Koboldt CM, Seibert K. A single amino acid difference between cyclooxygenase-1 (COX-1) and -2 (COX-2) reverses the selectivity of COX-2 specific inhibitors. J Biol Chem. 1996 Jun 28;271(26):15810-4.

62. Wong E, Bayly C, Waterman HL, Riendeau D, Mancini JA. Conversion of prostaglandin G/H synthase-1 into an enzyme sensitive to PGHS-2-selective inhibitors by a double His513 --> Arg and Ile523 --> val mutation. J Biol Chem. 1997 Apr 4;272(14):9280-6.

63. Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC. Kinetic basis for selective inhibition of cyclo-oxygenases. Biochem J. 1999 May 1;339 ( Pt 3):607-14.

64. Hawkey CJ. COX-2 inhibitors. Lancet. 1999 Jan 23;353(9149):307-14.

65. Prasit P, Wang Z, Brideau C, Chan CC, Charleson S, Cromlish W, Ethier D, Evans JF, Ford-Hutchinson AW, Gauthier JY, Gordon R, Guay J, Gresser M, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Percival MD, Perrier H, Riendeau D, Rodger I, Zamboni R. et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett. 1999 Jul 5;9(13):1773-8.

66. Burke A, Smyth E, FitzGerald GA. Analgesic-antipyretic agents; pharmacotherapy of gout. In: Goodman and Gilman's The Pharmacological Basis of Therapeutics, Chapter 26, 11th Edition (2006) and Smyth E, Burke A, FitzGerald GA. Lipid-derived autocoids: eicosanoids and platelet-activating factor, ibid, Chapter 25.

67. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ; VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med. 2000 Nov 23;343(21):1520-8.

68. FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov. 2003 Nov;2(11):879-90.

69. FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med. 2001 Aug 9;345(6):433-42.

70. Talley JJ, Brown DL, Carter JS, Graneto MJ, Koboldt CM, Masferrer JL, Perkins WE, Rogers RS, Shaffer AF, Zhang YY, Zweifel BS, Seibert K. 4-[5-Methyl-3-phenylisoxazol-4-yl]- benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J Med Chem. 2000 Mar 9;43(5):775-7.

71. Moncada S. Eighth Gaddum Memorial Lecture. University of London Institute of Education, December 1980. Biological importance of prostacyclin. Br J Pharmacol. 1982 May;76(1):3-31.

72. Baenziger NL, Becherer PR, Majerus PW. Characterization of prostacyclin synthesis in cultured human arterial smooth muscle cells, venous endothelial cells and skin fibroblasts. Cell. 1979 Apr;16(4):967-74.

73. Moncada S, Herman AG, Higgs EA, Vane JR. Differential formation of prostacyclin (PGX or PGI2) by layers of the arterial wall. An explanation for the anti-thrombotic properties of vascular endothelium. Thromb Res. 1977 Sep;11(3):323-44.

74. Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, Tanabe T. Molecular cloning and expression of human prostacyclin synthase. Biochem Biophys Res Commun. 1994 May 16;200(3):1728-34.

75. Gryglewski RJ, Korbut R, Ocetkiewicz A. Generation of prostacyclin by lungs in vivo and its release into the arterial circulation. Nature. 1978 Jun 29;273(5665):765-7.

21

76. Kothapalli D, Stewart SA, Smyth EM, Azonobi I, Pure E, Assoian RK. Prostacyclin receptor activation inhibits proliferation of aortic smooth muscle cells by regulating cAMP response element-binding protein- and pocket protein-dependent cyclin a gene expression. Mol Pharmacol. 2003 Aug;64(2):249-58.

77. Smyth E, Funk CD. Platelet eicosanoids. In: Hemostasis and Thrombosis, 5th Edition, Editors, Colman, Marder, Clowes, George and Goldhaber; Lippincott Williams and Wilkens Publishers, London, 2006

78. Needleman P, Moncada S, Bunting S, Vane JR, Hamberg M, Samuelsson B. Identification of an enzyme in platelet microsomes which generates thromboxane A2 from prostaglandin endoperoxides. Nature. 1976 Jun 17;261(5561):558-60.

79. Halushka PV, Mais DE, Saussy DL Jr. Platelet and vascular smooth muscle thromboxane A2/prostaglandin H2 receptors. Fed Proc. 1987 Jan;46(1):149-53.

80. Dorn GW 2nd. Role of thromboxane A2 in mitogenesis of vascular smooth muscle cells. Agents Actions Suppl. 1997;48:42-62.

81. Smith JB. The prostanoids in hemostasis and thrombosis: a review. Am J Pathol. 1980 Jun;99(3):743-804.

82. Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002;324:71-86. [Erratum, BMJ 2002;324:141.]

83. Steering Committee of the Physicians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. N Engl J Med 1989;321:129-135.

84. Peto R, Gray R, Collins R, et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J (Clin Res Ed) 1988;296:313-316.

85. The Medical Research Council's General Practice Research Framework. Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. Lancet 1998;351:233-241.

86. Collaborative Group of the Primary Prevention Project. Low-dose aspirin and vitamin E in people at cardiovascular risk: a randomised trial in general practice. Lancet 2001;357:89-95. [Erratum, Lancet 2001;357:1134.]

87. Ridker PM, Cook NR, Lee IM, Gordon D, Gaziano JM, Manson JE, Hennekens CH, Buring JE. A randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women. N Engl J Med. 2005 Mar 31;352(13):1293-304.

88. Hennekens CH. Aspirin in chronic cardiovascular disease and acute myocardial infarction. Clin Cardiol. 1990 Mar;Suppl 5:V62-6; discussion V67-72.

89. Catella F, Healy D, Lawson JA, FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. Proc Natl Acad Sci U S A. 1986 Aug;83(16):5861-5.

90. Catella F, Nowak J, Fitzgerald GA. Measurement of renal and non-renal eicosanoid synthesis. Am J Med. 1986 Aug 25;81(2B):23-9.

91. Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA. FitzGerald GA. Estimated rate of thromboxane secretion into the circulation of normal humans. J Clin Invest. 1986 Feb;77(2):590-4.

92. FitzGerald GA, Brash AR, Falardeau P, Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest. 1981 Nov;68(5):1272-6.

93. Brash AR, Jackson EK, Saggese CA, Lawson JA, Oates JA, FitzGerald GA. Metabolic disposition of prostacyclin in humans. J Pharmacol Exp Ther. 1983 Jul;226(1):78-87.

94. Bunting S, Moncada S, Vane JR. The prostacyclin--thromboxane A2 balance: pathophysiological and therapeutic implications. Br Med Bull. 1983 Jul;39(3):271-6.

95. Fitzgerald GA, Catella F, Oates JA. Eicosanoid biosynthesis in human cardiovascular disease. Hum Pathol. 1987 Mar;18(3):248-52.

96. FitzGerald GA, Oates JA, Hawiger J, Maas RL, Roberts LJ 2nd, Lawson JA, Brash AR. Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man. J Clin Invest. 1983 Mar;71(3):676-88.

97. Knapp HR, Healy C, Lawson J, FitzGerald GA. Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men. Thromb Res. 1988 May 1;50(3):377-86.

98. Clarke RJ, Mayo G, Price P, FitzGerald GA. Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin. N Engl J Med. 1991 Oct 17;325(16):1137-41.

99. Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA, FitzGerald GA. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science. 2002 Apr 19;296(5567):539-41.

100. Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest. 2006 Jan;116(1):4-15.

101. Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation. 2005 Aug 2;112(5):759-70.

102. Schafer AI. Vascular endothelium: in defense of blood fluidity. J Clin Invest. 1997 Mar 15;99(6):1143-4.

103. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2.Proc Natl Acad Sci U S A. 1999 Jan 5;96(1):272-7. Erratum in: Proc Natl Acad Sci U S A 1999 May 11;96(10):5890.

104. Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, FitzGerald GA. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther. 1999 May;289(2):735-41.

105. Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation. 2000 Aug 22;102(8):840-5.

106. Medscape Today (http://www.medscape.com/viewarticle/523511_2).

107. FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov. 2003 Nov;2(11):879-90.

108. Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med. 2005 Mar 17;352(11):1092-102. Epub 2005 Feb 15. Erratum in: N Engl J Med. 2006 Jul 13;355(2):221.

109.     Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R, Finn P, Anderson WF, Zauber A, Hawk E, Bertagnolli M; Adenoma Prevention with Celecoxib (APC) Study Investigators. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med. 2005 Mar 17;352(11):1071-80.

110.     Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med. 2005 Mar 17;352(11):1081-91.

111.     Fitzgerald GA. Coxibs and cardiovascular disease. N Engl J Med. 2004 Oct 21;351(17):1709-11.

112.     Psaty BM, Furberg CD. COX-2 inhibitors--lessons in drug safety. N Engl J Med. 2005 Mar 17;352(11):1133-5.

113.     Solomon SD, Pfeffer MA, McMurray JJ, Fowler R, Finn P, Levin B, Eagle C, Hawk E, Lechuga M, Zauber AG, Bertagnolli MM, Arber N, Wittes J; APC and PreSAP Trial Investigators. Effect of celecoxib on cardiovascular events and blood pressure in two trials for the prevention of colorectal adenomas. Circulation. 2006 Sep 5;114(10):1028-35.

114.     Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol. 1999 Oct;155(4):1281-91.

115.     Baker CS, Hall RJ, Evans TJ, Pomerance A, Maclouf J, Creminon C, Yacoub MH, Polak JM. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc Biol. 1999 Mar;19(3):646-55.

116.     Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg. 2000 Aug;20(2):146-52.

117.     Topper JN, Cai J, Falb D, Gimbrone MA Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci U S A. 1996 Sep 17;93(19):10417-22.

118.     Davies PF, Remuzzi A, Gordon EJ, Dewey CF Jr, Gimbrone MA Jr. Turbulent fluid shear stress induces vascular endothelial cell turnover in vitro. Proc Natl Acad Sci U S A. 1986 Apr;83(7):2114-7.

119.     Rudic RD, Brinster D, Cheng Y, Fries S, Song WL, Austin S, Coffman TM, FitzGerald GA. COX-2-derived prostacyclin modulates vascular remodeling. Circ Res. 2005 Jun 24;96(12):1240-7.

120.     Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol. 1997 Sep;17(9):1644-8.

121.     Loftin CD, Trivedi DB, Tiano HF, Clark JA, Lee CA, Epstein JA, Morham SG, Breyer MD, Nguyen M, Hawkins BM, Goulet JL, Smithies O, Koller BH, Langenbach R. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 and cyclooxygenase-2. Proc Natl Acad Sci U S A. 2001 Jan 30;98(3):1059-64.

122.    Jongstra-Bilen J, Haidari M, Zhu SN, Chen M, Guha D, Cybulsky MI. Low-grade chronic inflammation in regions of the normal mouse arterial intima predisposed to atherosclerosis. J Exp Med. 2006 Sep 4;203(9):2073-83.

123.    Ristimaki A, Garfinkel S, Wessendorf J, Maciag T, Hla T. Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation. J Biol Chem. 1994 Apr 22;269(16):11769-75.

124.    Dixon DA, Kaplan CD, McIntyre TM, Zimmerman GA, Prescott SM. Post-transcriptional control of cyclooxygenase-2 gene expression. The role of the 3'-untranslated region. J Biol Chem. 2000 Apr 21;275(16):11750-7.

125.    Davies PF, Barbee KA, Volin MV, Robotewskyj A, Chen J, Joseph L, Griem ML, Wernick MN, Jacobs E, Polacek DC, dePaola N, Barakat AI. Spatial relationships in early signaling events of flow-mediated endothelial mechanotransduction. Annu Rev Physiol. 1997;59:527-49.

126.    Passerini AG, Polacek DC, Shi C, Francesco NM, Manduchi E, Grant GR, Pritchard WF, Powell S, Chang GY, Stoeckert CJ Jr, Davies PF. Coexisting proinflammatory and antioxidative endothelial transcription profiles in a disturbed flow region of the adult porcine aorta. Proc Natl Acad Sci U S A. 2004 Feb 24;101(8):2482-7.

127.    Cheng Y, Wang M, Yu Y, Lawson J, Funk CD, Fitzgerald GA. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J Clin Invest. 2006 May;116(5):1391-9.

128.    Yu Y, Fan J, Chen XS, Wang D, Klein-Szanto AJ, Campbell RL, Fitzgerald GA, Funk CD. Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat Med. 2006 Jun;12(6):699-704.

129.    Zewde T, Mattson DL. Inhibition of cyclooxygenase-2 in the rat renal medulla leads to sodium-sensitive hypertension. Hypertension. 2004 Oct;44(4):424-8.

130.    Qi Z, Hao CM, Langenbach RI, Breyer RM, Redha R, Morrow JD, Breyer MD. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J Clin Invest. 2002 Jul;110(1):61-9. Erratum in: J Clin Invest 2002 Aug;110(3):419.

131.    Pidgeon GP, Tamosiuniene R, Chen G, Leonard I, Belton O, Bradford A, Fitzgerald DJ. Intravascular thrombosis after hypoxia-induced pulmonary hypertension: regulation by cyclooxygenase-2. Circulation. 2004 Oct 26;110(17):2701-7.

132.    Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation. 2004 Oct 5;110(14):2053-9.

133.    Murata T, Ushikubi F, Matsuoka T, Hirata M, Yamasaki A, Sugimoto Y, Ichikawa A, Aze Y, Tanaka T, Yoshida N, Ueno A, Oh-ishi S, Narumiya S. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature. 1997 Aug 14;388(6643):678-82.

134.    Rabausch K, Bretschneider E, Sarbia M, Meyer-Kirchrath J, Censarek P, Pape R, Fischer JW, Schror K, Weber AA. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res. 2005 Jan 7;96(1):e1-6.

135.    Napoli C, D'Armiento FP, Mancini FP, Postiglione A, Witztum JL, Palumbo G, Palinski W. Fatty streak formation occurs in human fetal aortas and is greatly enhanced by maternal hypercholesterolemia. Intimal accumulation of low density lipoprotein and

its oxidation precede monocyte recruitment into early atherosclerotic lesions. J Clin Invest. 1997 Dec 1;100(11):2680-90.

136. Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, Arai H, Oida H, Yurugi-Kobayashi T, Yamashita JK, Katagiri H, Majima M, Yokode M, Kita T, Narumiya S. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest. 2004 Sep;114(6):784-94.

137. Egan KM, Lawson JA, Fries S, Koller B, Rader DJ, Smyth EM, Fitzgerald GA. COX-2-derived prostacyclin confers atheroprotection on female mice. Science. 2004 Dec 10;306(5703):1954-7.

138. Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation. 2002 Apr 16;105(15):1816-23.

139. Olesen M, Kwong E, Meztli A, Kontny F, Seljeflot I, Arnesen H, Lyngdorf L, Falk E. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. Scand Cardiovasc J. 2002 Dec;36(6):362-7.

140. Rott D, Zhu J, Burnett MS, Zhou YF, Zalles-Ganley A, Ogunmakinwa J, Epstein SE. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. J Am Coll Cardiol. 2003 May 21;41(10):1812-9.

141. Burleigh ME, Babaev VR, Yancey PG, Major AS, McCaleb JL, Oates JA, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. J Mol Cell Cardiol. 2005 Sep;39(3):443-52.

142. Wang M, Zukas AM, Hui Y, Ricciotti E, Pure E, Fitzgerald GA. Deletion of microsomal prostaglandin E synthase-1 augments prostacyclin and retards atherogenesis. Proc Natl Acad Sci U S A. 2006 Sep 14; [Epub ahead of print]

143. Harris RC, McKanna JA, Akai Y, Jacobson HR, Dubois RN, Breyer MD. Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest. 1994 Dec;94(6):2504-10.

144. Therland KL, Stubbe J, Thiesson HC, Ottosen PD, Walter S, Sorensen GL, Skott O, Jensen BL. Cyclooxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. J Am Soc Nephrol. 2004 May;15(5):1189-98.

145. Harris RC. Cyclooxygenase-2 and the kidney: functional and pathophysiological implications. J Hypertens Suppl. 2002 Sep;20(6):S3-9.

146. Watanabe H, Katoh T, Eiro M, Iwamoto M, Ushikubi F, Narumiya S, Watanabe T. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J. 2005 Jan;69(1):124-6.

147. Francois H, Athirakul K, Howell D, Dash R, Mao L, Kim HS, Rockman HA, Fitzgerald GA, Koller BH, Coffman TM. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab. 2005 Sep;2(3):201-7.

148. Roy L, Knapp HR, Robertson RM, FitzGerald GA. Endogenous biosynthesis of prostacyclin during cardiac catheterization and angiography in man. Circulation. 1985 Mar;71(3):434-40.



Figure 1 Biosynthesis of Prostaglandins from Arachidonic Acid. The five main prostaglandins are shown along with the various receptors (DP, EP1-4, FP, TP and IP) that bind the prostaglandins.



Figure 2 (taken from ref.101, Antman, EM et al. Circulation 2005;112:759-770) Consequences
of COX inhibition for prostacyclin and thromboxane production in normal and atherosclerotic

arteries. Endothelial cells are shown as a source of prostacyclin ($PGI_2$) and platelets as a source of thromboxane $A_2$ ($TxA_2$) under untreated conditions (top row) or treated with low-dose aspirin (middle row) or a coxib (bottom row) in the normal (left column) and atherosclerotic artery (right column) for comparison. COX-1 is the only isoenzyme expressed in platelets; endothelial cells express both COX-1 and COX-2. In the normal artery, the balance between $PGI_2$ and $TxA_2$ production favors $PGI_2$ and inhibition of platelet-dependent thrombus formation. In the atherosclerotic artery, both $PGI_2$ and $TxA_2$ production is increased, owing in part to increased platelet activation with compensatory $PGI_2$ formation via both COX-1 and COX-2 in endothelial cell; the net effect is an imbalance favoring $TxA_2$ production and platelet-dependent thrombus formation. Low-dose aspirin selectively impairs COX-1–mediated $TxA_2$ production in platelets restoring the net antithrombotic balance. Coxib use suppresses COX-2–dependent $PGI_2$ production in endothelial cells, which has only a marginal effect on the net antithrombotic balance owing to the importance of COX-1 as a source of $PGI_2$ in the normal state. In the setting of atherosclerosis, however, COX-2 plays a greater role as a source of $PGI_2$ and more $TxA_2$ is produced; thus, inhibiting COX-2 has a more profound effect on prostanoid balance, favoring $TxA_2$ production and promoting platelet-dependent thrombosis.

# EXHIBIT  C

Dr. Colin Funk

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In re:  VIOXX            x    MDL Docket No. 1657

PRODUCTS LIABILITY       x

LITIGATION               x    SECTION L

                         x

This document relates to x    JUDGE FALLON

ANTHONY WAYNE DEDRICK     x

            Plaintiff x        MAGISTRATE JUDGE

V.                       x    KNOWLES

                         x

MERCK & CO., INC.,       x

            Defendant x

                         x

Civil Action No.         x

        2:05-CV-2524     x

                         x

xxxxxxxxxxxxxxxxxxxxxxxxxx


--- This is the Deposition of Dr. Colin Funk, a

representative of the Plaintiff herein, taken at the Four

Seasons Hotel, 21 Avenue Road, Toronto, Ontario, Canada on

Monday, the 2nd day of October, 2006.



PLAINTIFF'S
EXHIBIT
C

Dr. Colin Funk

<table>
<tr><td colspan="2">

Page 2

1  APPEARANCES:
2  FOR THE PLAINTIFF AND THE PLAINTIFF STEERING COMMITTEE:
3      SHELLY A. SANFORD
4      Goforth Lewis Sanford LLP
5      1111 Bagby, Suite 2200, Houston, Texas
6      PH: 713-650-0022
7
8      ANDY D. BIRCHFIELD, JR. and
9      P. LEIGH O'DELL
10     Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
11     234 Commerce Street, P.O. Box 4160
12     Montgomery, Alabama 36103-4160
13     PH: 800-898-2034
14 FOR THE DEFENDANT:
15     JOE W. TOMASELLI, JR.
16     Fulbright & Jaworski LLP
17     2200 Ross Avenue, Suite 2800
18     Dallas, Texas 75201-2784
19     PH: 214-855-8000
20
21     KEN BAUM, M.D.
22     Bartlit Beck Herman Palenchar & Scott LLP
23     Courthouse Place, 54 West Hubbard Street
24     Chicago, IL 60610
25     PH: 312-494-4445

</td></tr>
</table>

Page 4

1
2  EXHIBIT NO. FUNK-1:  Expert report of Colin D.
3      Funk, PhD.  Dated September 18, 2006. ....   76
4
5  EXHIBIT NO. FUNK-2:  Copy of Dr. Funk's CV. ......   79
6
7  EXHIBIT NO. FUNK-3:  Vane article, entitled
8      Mechanism of Action of Nonsteroidal
9      Anti-inflammatory Drugs, published
10     1998. .....................          95
11
12 EXHIBIT NO. FUNK-4:  Clarke study, entitled
13     Suppression of Thromboxane A2 but not
14     of Systemic Prostacyclin by Controlled-
15     Release Aspirin.  .............      109
16
17
18
19
20
21
22
23
24
25

Page 3

TABLE OF CONTENTS

3  INDEX OF EXAMINATIONS:
4  DR. COLIN FUNK:  Affirmed. ..............     11
5  EXAMINATION BY MR. TOMASELLI: ............     1

INDEX OF UNDERTAKINGS
8  Undertakings are noted by U/T and are found on the
9  following pages: 79

INDEX OF UNDER ADVISEMENT QUESTIONS
13 Under advisement questions are noted by U/A and are found
14 on the following pages: 22, 271

Page 5

1  EXHIBIT NO. FUNK-5:  Van Hecken article entitled
2      Comparative Inhibitory Activity of
3      Rofecoxib, Meloxicam, Diclofenac,
4      Ibuprofen, and Naproxen on COX-2 versus
5      COX-1 in Healthy volunteers, dated in
6      2000. ...................          133
7
8  EXHIBIT NO. FUNK-6:  Catella-Lawson study
9      entitled Effects of Specific Inhibition
10     of Cyclooxygenase-2 on Sodium Balance,
11     Hemodynamics, and Vasoactive
12     Eicosanoids, dated 1999. .........      136
13
14 EXHIBIT NO. 7:  McAdam article entitled Systemic
15     biosynthesis of prostacyclin by
16     cyclooxygenase (COX)-2:  The human
17     pharmacology of a selective inhibitor
18     of COX-2, dated 1999. ..........      139
19
20 EXHIBIT NO. FUNK-8:  Pratico article entitled
21     Acceleration of atherogenesis by COX-1-
22     dependent prostanoid formation in low
23     density lipoprotein receptor knockout
24     mice, dated 2000. .............      156

2 (Pages 2 to 5)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 6

1  EXHIBIT NO. FUNK-9:  FitzGerald article entitled
2      Cyclo-oxygenase products and
3      atherothrombosis, dated 2000. .......      158
4
5  EXHIBIT NO. FUNK-10:  Egan article entitled:
6      COX-2-Derived Prostacyclin confers
7      Atheroprotection on Female Mice. .....      170
8
9  EXHIBIT NO. FUNK-11:  Burleigh article entitled:
10     Cyclooxygenase-2 Promotes Early
11     Atherosclerotic Lesion Formation in LDL
12     Receptor-Deficient Mice, dated 2002.  ...   175
13
14 EXHIBIT NO. FUNK-12:  Burleigh article entitled:
15     Cyclooxygenase-2 promotes early
16     atherosclerotic lesion formation in
17     ApoE-deficient and C57BL/6 mice, dated
18     2005. ...................     177
19
20 EXHIBIT NO. FUNK-13:  Olesen article entitled:
21     No effect of Cyclooxygenase Inhibition
22     on Plaque Size in Atherosclerosis-prone
23     Mice, dated 2002. .............      180
24
25

Page 7

1  EXHIBIT NO. FUNK-14:  Egan article entitled:
2  Cyclooxygenases, Thromboxane, and Atherosclerosis Plaque
3  Destabilization by Cyclooxygenase-2 Inhibition Combined
4  With Thromboxane Receptor Antagonism, dated 2004. ..  181
5
6  EXHIBIT NO. FUNK-15:  Sleeve containing a CD
7      entitled Funk articles, containing all
8      148 articles referred to in the expert
9      report of Dr. Funk. ............      200
10
11 EXHIBIT NO. FUNK-16:  Stack of literature
12     comprising roughly half of the articles
13     referred to in expert report of Dr.
14     Funk. ...................     200
15
16 EXHIBIT NO. FUNK-17:  Antman article entitled:
17     Cyclooxygenase Inhibition and
18     Cardiovascular Risk, dated 2005. .....     209
19
20 EXHIBIT NO. FUNK-18:  Belton article entitled:
21     Cyclooxygenase-1 and -2-Dependent
22     Prostacyclin Formation in Patients With
23     Atherosclerosis, dated 2000. .......     223
24
25

Page 8

1  EXHIBIT NO. FUNK-19:  Schonbeck article entitled:
2      Augmented Expression of Cyclooxygenase-2 in Human
3  Atherosclerotic Lesions, dated 1999. ........      224
4
5  EXHIBIT NO. FUNK-20:  Baker article entitled:
6      Cyclooxygenase-2 Is Widely Expressed in
7      Atherosclerotic Lesions Affecting
8      Native and Transplanted Human Coronary
9      Arteries and Colocalizes With Inducible
10     Nitric Oxide synthase and Nitrotyrosine
11     Particularly in Macrophages, dated
12     1999. ...................     226
13
14 EXHIBIT NO. FUNK-21:  Stemme article entitled:
15     Expression of Cyclo-oxygenase-2 in
16     Human Atherosclerotic Carotid Arteries,
17     dated 2000. .................     230
18
19 EXHIBIT NO. FUNK-22:  Loftin article entitled:
20     Failure of ductus arteriosus closure
21     and remodeling in neonatal mice
22     deficient in cyclooxygenase-1 and
23     cyclooxygenase-2, dated 2001. .......     236
24
25

Page 9

1  EXHIBIT NO. FUNK-23:  Topper article entitled:
2  Identification of vascular endothelial genes
3  differentially responsive to fluid mechanical stimuli:
4  Cyclooxygenase-2, manganese superoxide dismutase, and
5  endothelial cell nitric oxide synthase are selectively up-
6  regulated by steady laminar shear stress, dated 1996.  241
7
8  EXHIBIT NO. FUNK-24:  McCormick article
9      entitled:  DNA microarray reveals
10     changes in gene expression of shear
11     stressed human umbilical vein
12     endothelial cells, dated 2001. ......     243
13
14 EXHIBIT NO. FUNK-25:  Passerini article
15     entitled:  Coexisting proinflammatory
16     and antioxidative endothelial
17     transcription profiles in a disturbed
18     flow region of the adult porcine aorta,
19     dated 2004. .................     247
20
21 EXHIBIT NO. FUNK-26:  FitzGerald article
22     entitled:  Coxibs and Cardiovascular
23     Disease, dated 2004. ...........     259
24
25

3 (Pages 6 to 9)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 10

1  EXHIBIT NO. FUNK-27:  Four binders containing exhibits
2  cited by Dr. Funk in his expert report. .......    264
3
4  EXHIBIT NO. FUNK-28:  Cheng article entitled:
5       Cyclooxygenases, microsomal
6       prostaglandin E synthase-1, and
7       cardiovascular function, dated 2006. ...    265
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

1  --- Upon commencing at 9:00 a.m.
2            DR. COLIN FUNK:  Affirmed.
3            EXAMINATION BY MR. TOMASELLI:
4       Q.  My name is Joe Tomaselli and I
5  represent Merck; you understand that?
6       A.  Yes.
7       Q.  Can you state your name and your
8  business address for the record?
9       A.  Colin Funk, Queens University,
10  Kingston, Ontario, Canada.
11       Q.  And where do you live?
12       A.  Kingston, Canada.
13       Q.  Did you grow up in Kingston?
14       A.  No, I didn't.  No.
15       Q.  I can't hear you.
16       A.  No, I didn't.
17       Q.  Are you here -- do you understand
18  you're here as an expert witness hired by Plaintiff in the
19  Dedrick matter?
20       A.  Yes.
21       Q.  Is there any reason you cannot give
22  accurate testimony today?
23       A.  No.
24       Q.  Have you ever given a deposition
25  before?

Page 12

1       A.  No.
2       Q.  A few ground rules for it, just so you
3  and I are on the same page.  You have to answer audibly,
4  which means you have to answer "yes" or "no" out loud so
5  the court reporter can take all of your statements and my
6  statements down for the record so we can look back at them
7  later.
8            So, "uh-huhs" or "uh-uhs" or things like
9  that, nods of the head; those can't be taken down.  So if
10  you can answer audibly, I'd appreciate it.  Okay?
11       A.  Okay.
12       Q.  If you don't understand my question, if
13  you can say "I don't understand, can you rephrase the
14  question".  Let me know, and I'll try to do that.
15            But if you answer the question, can I
16  assume that you understood it well enough to answer it?
17       A.  Yeah.
18       Q.  Okay.  And it's not a marathon or
19  anything like that, so if you need a break for any reason
20  to get a drink or anything like that just let us know and
21  we'll take a break.  Okay?
22       A.  Okay.
23       Q.  How do you describe your profession to
24  others?  Are you a biologist?  Or how do you describe
25  yourself?

Page 13

1       A.  I guess it depends who I'm talking
2  with. Scientist in general.
3       Q.  You're a scientist in general?
4       A.  Yeah.
5       Q.  If you're talking to your professional
6  colleagues, how do you define yourself?
7       A.  I could define myself as a biochemist,
8  a physiologist, a pharmacologist.
9       Q.  Do you hold yourself out to the
10  scientific community as a vascular biologist or expert in
11  vascular biology?
12       A.  Yeah, I do.
13       Q.  Okay.  You're not a medical doctor; are
14  you?
15       A.  No.
16       Q.  You're not a cardiologist,
17  rheumatologist, gastroenterologist, epidemiologist or
18  biostatistician; correct?
19            MS. SANFORD:  Object to the form.
20            MR. TOMASELLI:  Is that because I put them
21  all in the same question?
22            MS. SANFORD:  Yes.  I'd rather you break
23  them down.
24            BY MR. TOMASELLI:
25       Q.  You're not a cardiologist; correct?

4  (Pages 10 to 13)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 14

1        A. I'm not a practicing cardiologist but I
2    do cardiology research.
3        Q. You don't hold yourself out as a
4    cardiologist; correct?
5        A. I do cardiology research in animals.
6        Q. In animals but not in people?
7        A. No, not in people.
8        Q. You're not a rheumatologist? You don't
9    hold yourself out to the medical community as a
10   rheumatologist; correct?
11       A. No.
12       Q. You don't hold yourself out to the
13   medical community as a gastroenterologist; correct?
14       A. That's correct.
15       Q. You don't hold yourself out to the
16   medical community as an epidemiologist, correct?
17       A. I read the epidemiological studies in
18   the literature, but I'm not an epidemiologist.
19       Q. You understand epidemiology concepts
20   but you're not a practicing epidemiologist; right?
21       A. I read the clinical literature, trials.
22       Q. You don't hold yourself out to the
23   medical community as an epidemiologist; right?
24       A. That's right.
25       Q. And you don't hold yourself out to the

Page 15

1    medical community as a biostatistician; is that right?
2        A. Well I look at the clinical trials and
3    try to evaluate the biostatistics in those studies, but
4    I'm not a biostatistician.
5        Q. You're not a practicing
6    biostatistician?
7        A. No, I don't do biostatistics.
8        Q. And you haven't had any formal training
9    in biostatistics; is that correct?
10       A. I have taken courses in statistics.
11       Q. Biostatistics or statistics?
12       A. Statistics.
13       Q. Statistics alone?
14       A. Well statistics, yeah.
15       Q. You cannot prescribe medicine; is that
16   true?
17       A. That's true.
18       Q. You've never prescribed medicine; is
19   that true?
20       A. That's true, yeah.
21       Q. You've never diagnosed a person with a
22   medical problem; is that right?
23       A. That would be correct.
24       Q. You've never evaluated a particular
25   individual and opined as to any cause of any event; is

Page 16

1    that right?
2        A. That's true.
3        Q. You mentioned the Nobel Prize winner
4    John Vane in your report. Did you have anything to do
5    with winning that Nobel Prize?
6        A. No.
7        Q. Have you ever designed a clinical trial
8    with a prescription drug?
9        A. I haven't designed one myself but I've
10   been involved with people that have.
11       Q. And what trial was that?
12       A. Well I've been with some of Garret
13   FitzGerald's studies when he's looked at some of the
14   different drugs.
15       Q. Drugs in people?
16       A. Yeah. He's evaluated different drugs
17   in people, yes.
18       Q. Okay. And have you been part of the
19   design of that clinical trial or have you just been a
20   helper?
21       A. Helper, sort of, in discussions.
22       Q. Okay. Have you ever been a principal
23   investigator for a clinical trial?
24       A. No, I haven't.
25       Q. Do you -- part of your regular job

Page 17

1    analyze results of clinical trials as part of your work?
2        A. I've looked at the clinical trial
3    literature and it's part of the things I go through
4    routinely.
5        Q. For all the different areas of
6    cardiovascular research that you undertake, you look at
7    the clinical trials related to those?
8        A. Yeah. Anything related to my area on
9    the eicosanoid molecules, yeah.
10       Q. So what sorts of clinical trials do you
11   review on a daily basis as part of your work?
12       MS. SANFORD: Object to the form.
13       BY MR. TOMASELLI:
14       Q. Sometimes she'll object to my question
15   and that's okay. But under the rules we have, you have to
16   answer my question unless you don't understand it. Okay?
17       So I'll ask it again.
18       What sorts of clinical trials have you
19   reviewed as part of your work, say, in the last couple of
20   years?
21       A. I've looked at various clinical trial
22   studies relating to COX-2 inhibitors, NSAIDs, other drugs
23   in this 5-lipoxygenase pathway that I'm working with.
24       Q. And what drugs do you actively watch
25   the clinical trials for? You said NSAIDs and COX-2

5 (Pages 14 to 17)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7