Dr. Colin Funk

Page 118

1 right?
2        A.  Yeah, would inhibit both thromboxane
3 and prostacyclin.
4        Q.  Okay.  And so to the extent an
5 imbalance between thromboxane and prostacyclin was
6 important in any way, there would still be a balance
7 because it inhibited both thromboxane and prostacyclin;
8 right?
9        A.  You're talking about a traditional
10 NSAID?
11        Q.  Yes, sir.
12        A.  Well there could be some, let's see --
13 the -- a traditional NSAID could block both COX-1 and
14 COX-2 and could block both platelet thromboxane formation
15 and the vascular prostacyclin, yeah.
16        Q.  Okay.  So to the extent a balance was
17 important, it would block both and so there was no reason
18 to think that a traditional NSAID would cause
19 cardiovascular events; right?
20        A.  Well I guess you can -- well, I think
21 the -- yeah, the idea was you would be blocking both
22 prostacyclin and thromboxane so that it might be neutral.
23        Q.  Okay.  And Vioxx, or a COX-2 selective
24 inhibitor, prior to these urine findings wouldn't inhibit
25 either?  Wouldn't inhibit thromboxane, would not inhibit

Page 119

1 prostacyclin because it doesn't inhibit COX-1, so it would
2 be neutral as well; right?
3        MS. SANFORD:  Object to the form.
4        THE WITNESS:  The -- it was known that
5 COX-2 was in the blood vessel and -- prior to that.  But
6 whether the connections could be made until this
7 FitzGerald finding with McAdam, I'm not sure if anyone had
8 made that prior to this study that came out.
9        BY MR. TOMASELLI:
10        Q.  Yeah, I mean, you, yourself, say that
11 you were part of the group that believed that COX-1 makes
12 both thromboxane and prostacyclin.  So if a drug didn't
13 touch COX-1 then it didn't effect either, so it would be
14 neutral?
15        MS. SANFORD:  Object to the form.
16        THE WITNESS:  I suppose it could be
17 theorized that COX-2 wouldn't -- COX-2 inhibition wouldn't
18 effect prostacyclin formation until those observations of
19 FitzGerald had actually been seen.
20        So, I don't think some investigators had
21 made the connection that COX-2 could be -- was present in
22 the blood vessel prior to the FitzGerald studies.
23        BY MR. TOMASELLI:
24        Q.  You've told me that.  I'm asking
25 whether you think that prior to the urine studies, because

Page 120

1 Vioxx only inhibited COX-2 and didn't effect COX-1, that
2 it would be neutral in terms of cardiovascular effects?
3        MS. SANFORD:  Object to the form.
4        THE WITNESS:  I guess the -- it would have
5 been predicted just based on considering prostacyclin
6 thromboxane that thromboxane coming from the platelets and
7 prostacyclin from the vasculature that people hadn't made
8 that observation that COX-2 was there until the FitzGerald
9 studies.  So they possibly could have been viewed as
10 neutral.
11        BY MR. TOMASELLI:
12        Q.  And you thought that because you were
13 part of "the group"; right?
14        A.  Well I was -- I mentioned here COX-1
15 was generally regarded as the main enzyme capable of
16 forming both thromboxane and prostacyclin in the blood
17 platelets and the vascular wall.
18        Q.  And you told me you were part of the,
19 generally part of the group.  And so you as part of the
20 group would believe it to be neutral prior to that time?
21        MS. SANFORD:  Object to the form.
22        THE WITNESS:  Well I hadn't really
23 considered the COX-2 inhibitors at that time.
24        BY MR. TOMASELLI:
25        Q.  Sitting here today, prior to the urine

Page 121

1 studies, are you aware of any reason to believe they would
2 be anything other than neutral based on the imbalance
3 theory?
4        A.  Well I had known that COX-2 was in the
5 vasculature made by human cells in endothelial cells.  But
6 I guess I hadn't really considered the full impact that it
7 could have of blocking prostacyclin.  I guess most
8 researchers were focussed more on the inflammation side of
9 things.  So the blood vessel good overlooked a bit during
10 that time.
11        Q.  Prior to the urine studies, researchers
12 thought COX-1 made prostacyclin in the endothelium, not
13 COX-2; correct?
14        MS. SANFORD:  Object to the form.
15        MR. TOMASELLI:  What's the basis for that?
16        MS. SANFORD:  You've asked this one 15
17 times.
18        MR. TOMASELLI:  And he keeps changing.
19        MS. SANFORD:  He hasn't changed his answer
20 at all.  You keep mischaracterizing his answer into
21 something else.
22        MR. TOMASELLI:  No, I do not.  I do not.
23        MS. SANFORD:  It's just time to move on, is
24 my basis.
25        THE WITNESS:  So repeat your question.

31  (Pages 118 to 121)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 122

1     BY MR. TOMASELLI:
2        Q. Sure. Prior to the urine studies did
3  researchers believe COX-2 made prostacyclin in the
4  endothelial cells in the vasculature?
5        A. Well researchers knew that COX-2 was in
6  endothelial cells but they -- I don't think the exact in
7  vivo connection in man had been considered in full impact,
8  no.
9        Q. And when you say that there were
10 researchers that knew COX-2 was in the vasculature prior
11 to the urine studies; which researchers are you referring
12 to?
13       A. Well I knew that COX-2 was cloned from
14 this endothelial cell source from human endothelial cells.
15       I had -- I'm not sure if I reviewed those
16 papers, but I was involved in reading them when they came
17 out in 1992/'93, and I'm sure there were many others who
18 had read the papers, too, that -- including FitzGerald and
19 others -- that COX-2 could be found in endothelial cells.
20       Q. And were the papers you're referring
21 to, did they culture what are known as HUVECs?
22       A. Yeah, that's correct.
23       Q. Okay. And HUVECs are human umbilical
24 vein endothelial cells; right?
25       A. Yes.

Page 123

1        Q. Did anybody that took Vioxx have a
2  HUVEC?
3        MS. SANFORD: Object to the form.
4        THE WITNESS: Human umbilical vein
5  endothelial cells, these are cells derived from an
6  umbilical cord. So I can't state whether a mother who has
7  taken, a pregnant mother took Vioxx or not.
8        BY MR. TOMASELLI:
9        Q. Okay. But as far as anybody in the
10 world who took Vioxx who would have those cells that
11 you're referring to, it would have to be a pregnant mother
12 who took Vioxx while being pregnant; right?
13       A. Well these are endothelial cells from a
14 vein and it's probably most likely that the, any other
15 type of vein endothelial cell would be similar in its
16 properties.
17       Q. Okay. When did we first know that
18 artery cells, artery endothelial cells have COX-2?
19       A. I can't say for sure the exact date.
20       Q. Okay. Can you think of any paper that
21 you would want to look at to know that answer to that
22 question?
23       A. Umm... Well I referenced a few in my
24 report about different tissues expressing COX-2.
25       Q. And you think that some of those papers

Page 124

1  referenced COX-2 in the endothelial cells of arteries;
2  correct?
3        A. There are some papers, yeah, that show
4  COX-2 in endothelial cells.
5        Q. Okay. And that's what's important here
6  in the Vioxx controversy is whether there's COX-2 that
7  makes prostacyclin in the endothelial cells in the
8  arteries of people in their hearts; right?
9        A. Well, prostacyclin in general made by
10 the vasculatures would be important to consider the
11 whole --
12       Q. Okay. So studies, for example, that
13 maybe didn't look at the prostacyclin production in the
14 actual coronary arteries that we are taking about but say
15 in the microvasculature, those would also be important to
16 look at; correct?
17       A. Any type of vasculature would be
18 important to look at for prostacyclin production.
19       Q. Okay. Did you see in your review of
20 the literature, any studies that looked at people who were
21 given Vioxx and whether it had any effect on their
22 prostacyclin in either the coronary vasculature or the
23 microvasculature?
24       A. I probably looked at a few papers in
25 the literature, yeah.

Page 125

1        Q. And do you recall that those papers
2  showed -- or what do you recall that those papers showed
3  with respect to whether Vioxx decreased prostacyclin
4  production in the vasculature?
5        A. Well, I'm basing my results -- or what
6  I've written here on some of the, like the McAdam's study
7  and Catella-Lawson, when COX-2 inhibitors like rofecoxib
8  or Vioxx inhibited prostacyclin metabolites.
9        Q. Okay. Let's pursue that for a second
10 and then I'm going to come back to my question regarding
11 whether -- regarding studies with Vioxx in the
12 vasculature.
13       Your opinion that Vioxx reduces
14 prostacyclin in the vasculature is based upon studies
15 McAdam and Catella-Lawson in 1999 that showed a reduction
16 in a urine metabolite of prostacyclin called PGIM; is that
17 right?
18       MS. SANFORD: I'm going to object to the
19 form.
20       THE WITNESS: Yeah. I'm saying that these
21 studies showed that COX-2 inhibitor reduced prostacyclin
22 vascular prostacyclin production by somewhere in between
23 65 to 80 percent.
24       BY MR. TOMASELLI:
25       Q. Okay. And those studies measured PGIM,

32  (Pages 122 to 125)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 126

1 which is a breakdown product of prostacyclin that can be
2 detected in the urine?
3       A. That's true.
4       Q. And prostacyclin is produced and acts
5 locally and is rapidly broken down?
6       A. That's true.
7       Q. No matter where it is made and acts, it
8 ultimately ends up, as metabolites do, in the urine?
9       A. That's correct.
10       Q. And again the issue here that we're
11 interested in is whether -- or rather -- what is the
12 source of prostacyclin production from the endothelial
13 cells in the coronary arteries; right?
14       A. Yes.
15       Q. Okay. And endothelial cells are the
16 cells that line the -- it's a one-cell thick membrane, of
17 sorts, that lines the inside of the artery; do I have that
18 right?
19       A. Well it's a one-layer cell. Not a
20 membrane, but it's a one-layer cell thick --
21       Q. I knew you were going to get mad at me
22 on the membrane, so withdrawn.
23       A. One-layer cell thick throughout most of
24 the vasculature. There are some areas where it's a little
25 bit not so -- not quite like that.

Page 127

1       Q. Let me ask it again so the record's
2 clear.
3             Endothelial cells are the one-cell lining
4 on the inside of the artery?
5       A. Yes.
6       Q. Okay. Prostacyclin is when it comes
7 from the endothelial cells, acts as a vasodilator and
8 anti-aggregator of platelets?
9       A. That's true.
10       Q. And you would agree that if you could
11 measure prostacyclin in the vasculature that would be a
12 better measure than what's in the urine?
13       A. It would be ideal if you could measure
14 prostacyclin directly from, for instance, a coronary
15 artery endothelial cell that would be the best, yes.
16       Q. Or some other part of the heart or?
17       A. Or other --
18       Q. Artery?
19       A. Or other vascular -- yeah, artery.
20       Q. Okay. You agree that PGIM in the urine
21 does not tell you the tissue origin of the decreased
22 prostacyclin?
23       A. The decreased?
24       Q. Well, that's a good point.
25             If -- you agree that whatever PGIM shows up

Page 128

1 in the urine, that doesn't tell you the origin of the
2 prostacyclin?
3       A. When you measure the PGIM metabolite in
4 the urine, you can get some idea as to where it's coming
5 from. You can't say exactly where it's coming from but
6 you can make some reasonable inferences where it is coming
7 from.
8       Q. Okay. Where else is prostacyclin made
9 in the human body?
10       A. Prostacyclin is made primarily in the
11 vasculature. It's also made by certain cell types in
12 other organs, for instance in the kidney, the glomerulus.
13 G-l-o-m-e-r-u-l-u-s, I think. It's in some neurons in the
14 brain.
15       Q. What about the lungs?
16       A. Are you saying?
17       Q. Prostacyclin.
18       A. Prostacyclin, where is it coming from
19 or where else can it be made?
20       Q. Yeah. You said that it's in different
21 organs.
22       A. Yeah, it can be made in the vasculature
23 in every organ in the body. It can also be made in the
24 lungs, for instance.
25       Q. When it's made in the lungs,

Page 129

1 prostacyclin that is, is it made by COX-1 or COX-2?
2       A. In the lungs, it's probably made mostly
3 by COX-1. There could possibly be some made from COX-2
4 and it depends under what circumstances. For instance
5 some of the lung cells, these pneumocytes, can get COX-2
6 induced infection, for instance, and you could get
7 prostacyclin being made by those cells.
8       Q. Okay. And you claim that PGIM is a
9 good marker of endothelial prostacyclin?
10       A. Yes.
11       Q. And it's your claim that a reduction in
12 PGIM after giving a COX-2 inhibitor means that the
13 endothelial prostacyclin has also been reduced?
14       A. Yeah, it's my claim that if you give a
15 COX-2 inhibitor and you're reducing primarily vascular
16 prostacyclin synthesis. But you're also reducing anywhere
17 elsewhere COX-2 is expressed.
18       Q. Okay. Before we come back to this
19 subject I want to cover a couple other things so I'm
20 switching gears on you a lit bit.
21             MS. SANFORD: In about five minutes or so
22 can we take a lunch break? Whenever you want to go.
23             MR. TOMASELLI: Sure. I think I can do
24 this in five minutes.
25             MS. SANFORD: That's fine. And I think if

33 (Pages 126 to 129)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 130

1  you switched your question to COX-2 from COX-1 last time.
2  then I was in error in saying you asked it 15 times. I
3  apologize. I noted --
4        MR. TOMASELLI: Shelly, we're not going to
5  get mad at each other, it's okay. I still like you.
6        MS. SANFORD: I still like you too.
7        BY MR. TOMASELLI:
8        Q. Switching gears real fast before we go
9  to lunch. On page 9 of your report you have a section on
10 Vioxx there; correct?
11       A. Yes, that's right.
12       Q. And some of the hoped-for benefits of
13 COX-2s, in terms of GI complications, those were actually
14 seen and realized; right?
15       A. There were some studies that did show
16 it was -- it reduced GI complications, yes.
17       Q. For example, you say that in animal
18 studies there was efficacy without GI toxicity?
19       A. Yes.
20       Q. And in clinical trials with Vioxx, they
21 showed that Vioxx relieved the pain the same as other
22 prescription traditional NSAIDs that came before Vioxx but
23 did not cause as many of those complications of
24 perforations, ulcers and bleeds; right?
25       A. Well in the dental pain study I don't

Page 131

1  think they looked at GI, GI effects.
2        Q. I guess I was kind of focussing on the
3  next sentence.
4        A. Okay, yeah. I do mention that. Some
5  of the clinical trials did show that they reduced some of
6  these upper GI complications.
7        Q. And that's a good thing; right?
8        A. Yes.
9        Q. Do you agree that COX-2 is a bad actor
10 in cancer?
11       A. COX-2's role in cancer cells, in
12 general, seems to be causing some effects that are, could
13 be beneficial if they were blocked.
14       Q. Okay. And COX-2 selective inhibitors
15 have been tested in certain cancers; correct?
16       A. That's right.
17       Q. And you would agree that COX-2
18 selective inhibitors have been shown to be effective and
19 have utility in the treatment of certain cancers?
20       MS. SANFORD: Object to the form.
21       THE WITNESS: I think there have been some
22 clinical trials, yes, that's shown COX-2 inhibitors
23 improve the outcomes in colon cancer.
24       BY MR. TOMASELLI:
25       Q. In breast cancer too; right?

Page 132

1        A. There have been some studies. I wasn't
2  asked to comment on the breast cancer, so.
3        Q. But you know that generally; right?
4        A. Well I know that COX-2 inhibitors have
5  been tried in a number of different cancer settings
6  including breast cancer.
7        Q. And they've been effective, as you've
8  said?
9        A. Well I didn't say it, you said it.
10 But...
11       Q. Oh, sorry. Are they effective?
12       A. I'd have to see a study, if you're
13 referring to one in particular --
14       Q. What --
15       A. -- with breast cancer.
16       Q. What types of cancer have they been
17 effective with that you know about?
18       A. Well treating polyp formation, pre
19 colon cancer.
20       MR. TOMASELLI: I think that's my five
21 minutes, so we'll move on to something else later.
22       --- Upon luncheon recess at 12:05 p.m.
23       --- Upon resuming at 12:50 p.m.
24       BY MR. TOMASELLI:
25       Q. Before lunch, Dr. Funk, we talked about

Page 133

1  the fact that it's your claim that Vioxx reduces
2  endothelial prostacyclin and how you know that is through
3  reduction in PGIM; right?
4        A. Yes.
5        Q. And in your report at page 13 at the
6  top you state that:
7        "Celecoxib or rofecoxib administration to
8  volunteers causes a 65-80% decrease in prostacyclin."
9        Right?
10       A. Yeah, I wrote that there.
11       Q. And what are you claiming is the
12 reduction in prostacyclin in the vasculature for people
13 who take Vioxx?
14       A. I'm claiming a reduction in that range,
15 somewhere 65 to 80 percent.
16       EXHIBIT NO. FUNK-5: Van Hecken article
17 entitled Comparative Inhibitory Activity of Rofecoxib,
18 Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2
19 versus COX-1 in Healthy volunteers, dated in 2000.
20       BY MR. TOMASELLI:
21       Q. I'm going to hand you Funk Exhibit 5
22 which is a publication by van Hecken, v-a-n H-e-c-k-e-n,
23 from the year 2000.
24       And are you familiar with that article,
25 sir?

Golkow Litigation Technologies - 1.877.DEPS.USA

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

## Page 134

1     A. Yeah, I've looked at it before.
2     Q. Okay. If you can turn to page 1116 for
3  me, please. Tell me when you there?
4     A. I see it now.
5     Q. Okay. Do you see figure 5 at the top?
6     A. Yes.
7     Q. Is that a "yes"?
8     A. Yes, I do.
9     Q. Okay. And it looks like the top right
10  graph is a graph of reduction in PGIM after taking Vioxx;
11  right?
12     A. There is -- there are a couple of bars
13  there with rofecoxib, yes.
14     Q. Okay. We have bars for placebo, Vioxx
15  12.5 milligrams, Vioxx 25 milligrams, meloxicam 15
16  milligrams, and diclofenac 50 milligrams, three times a
17  day?
18     A. Yes.
19     Q. And the, the "Y" axis talks about
20  change from baseline in PGIM; right?
21     A. Yes.
22     Q. And the 12.5 dose of Vioxx appears to
23  reduce PGIM a little over 40 percent; right?
24     A. It looks about 43 or something like
25  that.

## Page 135

1     Q. Okay. And how much does the
2  25-milligram dose of Vioxx reduce prostacyclin metabolite
3  PGIM?
4     A. It looks like 48/49, something like
5  that, 50.
6     Q. Okay. Is that consistent with your
7  beliefs?
8     A. It's in the range, pretty close, to 65
9  to 80.
10     Q. Okay. No reason to disagree that the
11  prostacyclin reduction -- the PGIM reduction by 25
12  milligrams of Vioxx is a little less than 50 percent?
13     MS. SANFORD: Object to the form.
14     THE WITNESS: Sorry, could you repeat that?
15     BY MR. TOMASELLI:
16     Q. Sure. Would you agree that the PGIM
17  reduction with 25 milligrams of Vioxx is on the nature of
18  roughly 50 percent?
19     A. Yeah, in this particular study it looks
20  like it's around 50 percent.
21     Q. Okay. Do you know of any other studies
22  with 25 milligrams of Vioxx that you're thinking of or
23  that you know about?
24     A. The Catella-Lawson study, I'm just
25  thinking about that one.

## Page 136

1     EXHIBIT NO. FUNK-6: Catella-Lawson study
2  entitled Effects of Specific Inhibition of
3  Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and
4  Vasoactive Eicosanoids, dated 1999.
5     BY MR. TOMASELLI:
6     Q. Okay. Well you and I are thinking of
7  the same thing. So Exhibit 6 is the Catella-Lawson study
8  from 1999; is that right?
9     A. It is.
10     Q. You're familiar with this study?
11     A. Yes.
12     Q. And if you look at page 736; which is
13  maybe one page in.
14     If you look down, bottom left, under
15  "materials and methods", there's a section called
16  "interventions"?
17     A. I see that, yes.
18     Q. And do you see that in this
19  Catella-Lawson study the patients who received Vioxx got
20  50 milligrams?
21     A. Yes, I see that.
22     Q. And if we read up and over to the top
23  of the right column, there's a sentence that starts
24  "thus' do you see that?
25     A. Where is it?

## Page 137

1     Q. Top right.
2     A. "Thus the dose chosen"?
3     Q. Correct. So the dose in this study was
4  twice the maximum dose for osteoarthritis?
5     A. Well there's a sentence before that
6  that says "25 milligrams once daily for 6 weeks". So, I'm
7  not exactly clear what you're saying there.
8     Q. Well I think all I'm saying is this
9  study used 50 milligrams and that's twice the 25-milligram
10  dose; do we agree on that?
11     A. There's a statement in front of that,
12  that says 25 milligrams once daily for 6 weeks. So I'd
13  have to check that. Because that's -- 25 milligrams is
14  the same as what we just looked at.
15     Q. Right. I think they're talking about a
16  different study.
17     A. It says:
18     "In addition, in a pilot study of treatment
19  of osteoarthritis of the knee, 25 milligrams once daily
20  for 6 weeks."
21     Q. Right. That's not this study; right?
22     A. Well it's in the "materials and
23  methods", so I'm not sure. Just from reading it here, it
24  looks like it is in this study, so.
25     Q. Okay. Well take a look at -- if you

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

1  can read all the interventions and let me know what you
2  think what dose of Vioxx was used in this study.
3      A. Well there is a statement there, it
4  says:
5          "Thus the dose chosen for this study is the
6  twice the maximum dose needed for treatment of chronic
7  osteoarthritis."
8      Q. So we can agree that in this study the
9  Catella-Lawson 1999 study that 50 milligrams of Vioxx is
10 what the patients took?
11     A. Yes. In this study it looks like it
12 was 50 milligrams.
13     Q. Okay. If you can turn over to page
14 739?
15     A. Okay.
16     Q. You see at the top left there's a
17 Figure 6?
18     A. Yes.
19     Q. And this, this graph measures PGIM;
20 right?
21     A. Yes.
22     Q. And the middle bars are Vioxx, MK 966;
23 right?
24     A. Yes.
25     Q. And at baseline the PGIM value was 125

1  or so?
2      A. Yes.
3      Q. And after 13 days of treatment it's
4  about 50?
5      A. Yeah, a little -- 45/50. 45, somewhere
6  there.
7      Q. Okay, so... So between somewhere
8  between 60 and 64 percent reduction in this study?
9      A. Yeah, I think that fits with what I put
10 there as 65 percent, yeah, in my report.
11     Q. So this is what you were thinking of
12 when you wrote 65?
13     A. Yeah. When I wrote 65 percent, that is
14 what I was thinking.
15     Q. Okay. And just so we're clear, the 65
16 percent reduction in PGIM is for people who were taking 50
17 milligrams of Vioxx?
18     A. Yes.
19     Q. And for people who take 25 milligrams
20 of Vioxx, we've seen that the reduction in PGIM is about
21 50 percent?
22     A. Well that was by another research group
23 so I can't really say if their methodology was exactly the
24 same as this Catella-Lawson study.
25     EXHIBIT NO. 7: McAdam article entitled

1  Systemic biosynthesis of prostacyclin by cyclooxygenase
2  (COX)-2: The human pharmacology of a selective inhibitor
3  of COX-2, dated 1999
4      BY MR. TOMASELLI:
5      Q. I hand you deposition Exhibit Number 7.
6  You're familiar with this study? This is a study by
7  McAdam in 1999?
8      A. Yes, I am.
9      Q. And this is the other study that you
10 reference in your report, sir?
11     A. Yes.
12     Q. Or one of them, I guess. But in this
13 section the other one; that's correct?
14     A. Yes, it is.
15     Q. All right. This is a study that
16 measured urine metabolites, PGIM being one, for persons
17 taking Celebrex; right?
18     A. That's correct.
19     Q. If you turn over to page 275?
20     A. Yes.
21     Q. You see Table 2 at the bottom?
22     A. Yeah, I do.
23     Q. And that's measuring there or records
24 the measurements of PGIM reductions from placebo for
25 people taking various doses of Celebrex?

1      A. Yes.
2      Q. And do you see that the reduction for
3  Celebrex 400 milligrams is about 80 percent?
4      A. Yes.
5      Q. Okay. So is that what you were -- is
6  this study what you were referring to when you said that
7  Vioxx and Celebrex reduce PGIM on the order of 65 to 80
8  percent?
9      A. This was one of the papers. There was
10 actually a paper I didn't put in here. I sort of
11 neglected to put in. There was another one by
12 Catella-Lawson, from what I recall.
13     Q. That measured PGIM, sir?
14     A. I believe so.
15     Q. Catella-Lawson is a co-author on the
16 McAdam study?
17     A. Yes, she was on here. But there was
18 another study I didn't actually mention, a New England
19 Journal of Medicine study.
20     Q. That was an interaction study, wasn't
21 it, that showed that there was no interaction between
22 aspirin and Vioxx?
23     A. That was, yeah, to look at interactions
24 of, of other drugs like ibuprofen and aspirin, and I think
25 Vioxx was in there.

Golkow Litigation Technologies - 1.877.DEPS.USA

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 142

1    Q. And in that study she came to the
2  conclusion that Vioxx and aspirin did not interact?
3    A. That's correct. There was also some
4  measurement of urinary metabolites in that study, and I
5  think that's another area where I got my 80 percent value.
6    Q. I'm going to show you what I think is
7  what you're referring to on my computer, because I don't
8  have a copy of it, but it's from Catella-Lawson '01. And
9  I think what she may have been referring to is Vioxx and
10 aspirin together?
11   A. Well there are two columns in that
12 table. There's aspirin before rofecoxib and rofecoxib
13 before aspirin. So that's what I was referring to.
14   Q. Right.
15   A. Yeah.
16   Q. They're given two drugs instead of one?
17   A. That was true, yeah.
18   Q. All right. So if we just look at, at
19 least to your knowledge, the best source to look at for
20 when we look at what happens to PGIM with Vioxx alone, we
21 can look at the van Hecken study and the Catella-Lawson
22 1999 study; is that fair?
23   A. Well I think since there is no
24 interaction between the two drugs, it is valid to look at
25 that particular study as well.

Page 143

1    The van Hecken study was carried out by a
2  different group than the Catella-Lawson study, so I can't
3  really say if their methodology was exactly the same for
4  measuring urinary metabolites.
5    Q. It looks like the compounds in van
6  Hecken were detected and quantified by gas chromatography
7  and it looks like the eicosanoids were measured in
8  Catella-Lawson by gas chromatography?
9    A. Yeah, the Catella-Lawson study they use
10 what's known as gas chromatography mass spectrometry for
11 their analysis of these products.
12   Q. It's pretty standard; isn't it?
13   A. That's the usual way for doing it. I
14 can't really say -- I haven't looked at the exact methods
15 that were used in that van Hecken paper.
16   Q. Sitting here today, you don't have
17 any -- I mean, you said you reviewed the study before;
18 right?
19   A. I did look at it, yes.
20   Q. And sitting here today, you don't have
21 any specific criticism of the van Hecken study; is that
22 fair?
23   MS. SANFORD: Object to the form.
24   BY MR. TOMASELLI:
25   Q. With respect to how they measured PGIM?

Page 144

1    MS. SANFORD: Same objection.
2    THE WITNESS: I would assume they had
3  measured it correctly, yes. But it is a difficult assay,
4  so I'm not sure if they have the experience of doing this,
5  these particular investigators.
6    BY MR. TOMASELLI:
7    Q. We talked to -- we obviously have seen
8  how Vioxx can reduce PGIM; right?
9    A. What are you referring to specifically?
10   Q. Well the articles that we've looked at
11 that show Vioxx at various doses reduce the level of PGIM?
12   A. Yes, that's correct.
13   Q. Are you aware of any studies where
14 Vioxx was given and there was a reduction in prostacyclin
15 in the coronary arteries in either animals or humans?
16   A. Prostacyclin can't be measured
17 directly.
18   Q. Okay. Are you aware of any studies
19 with Vioxx where there was a reduction in the metabolite
20 6-keto-PGF1-alpha, the immediate hydration product of
21 prostacyclin, in either the coronary arteries of either
22 animals or humans?
23   A. No, I'm not aware of any of those
24 studies.
25   Q. Are you aware of any studies where

Page 145

1  Vioxx was given and there was no reduction in prostacyclin
2  in the vasculature?
3    A. I'm aware of these studies here that
4  we've just gone over looking at the urinary metabolites,
5  which I believe are representative of the vascular
6  synthesis of prostacyclin.
7    Q. Right. Are you aware of any studies
8  where Vioxx was given to either animals or humans and
9  there was not a reduction in prostacyclin in the
10 vasculature?
11   A. All the studies that we've dealt with
12 in my research, and these ones we've looked at, are a
13 reduction in this PGI metabolite as a result of Vioxx in
14 animals and humans.
15   Q. Okay. And is the answer to my
16 question, though, 'no, you're not aware of any studies
17 where Vioxx was given and there was not a reduction in
18 prostacyclin in either animals or humans in the
19 vasculature'?
20   A. The studies that I've looked at and
21 that I mention in my report indicate a reduction in this
22 PGIM metabolite which is the standard in the field for
23 measuring prostacyclin, so this is measuring the
24 inhibition in the vasculature.
25   Q. Okay. And what I'm saying is let's go

37 (Pages 142 to 145)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 146

1  one step backwards.  You agree, don't you, that
2  6-keto-PGF1-alpha is the immediate hydration product of
3  prostacyclin; right?
4      A.  Yes, it is.
5      Q.  Okay.  And if we went backwards into
6  the vasculature, are you aware of any studies where Vioxx
7  was given to animals or humans and they measured
8  6-keto-PGF1-alpha in the vasculature and there was no
9  reduction with Vioxx?
10      A.  Well there has been -- I'm not sure if
11  there has been a number of studies.  But I know of a
12  study, yes, where they looked at it.
13      Q.  And which one was that?
14      A.  There was a Polish group that studied
15  this.
16      Q.  Okay.  And what they found is when they
17  looked -- when they gave Vioxx to people and they looked
18  at whether there was a reduction in prostacyclin in the
19  vasculature, they found that there was not a reduction
20  with Vioxx; correct?
21      A.  Well that particular study, if you want
22  to bring it out I can comment on it because there are a
23  lot of flaws in that particular study that should be
24  mentioned.  And I can go into it if you want me to.
25      Q.  You're aware of the study, though;

Page 147

1  right?
2      A.  Yes, I am.
3      Q.  Okay.  Are you aware of -- and the
4  bottom-line result, whether flawed or not in your opinion,
5  was that those researchers found that when they gave Vioxx
6  there was not a reduction in prostacyclin in the
7  vasculature; correct?
8      MS. SANFORD:  Object to the form.
9      THE WITNESS:  Well, like I said, that study
10  is flawed in several respects, so, if you want to go
11  through some of the data I can tell you why it's flawed
12  and why they didn't see any reduction with Vioxx.
13      BY MR. TOMASELLI:
14      Q.  That study was published in
15  Arthrosclerosis, Thrombosis and Vascular Biology Journal;
16  correct?
17      A.  ATTV, yeah.
18      Q.  It's a peer-review journal?
19      A.  It is, yes.
20      Q.  And, in fact, you're an ad hoc reviewer
21  on that journal; correct?
22      A.  Yes, I do review for it quite often.
23      Q.  Okay.  Did they ask you to review that
24  study?
25      A.  No, they didn't.

Page 148

1      Q.  Are you aware of any studies in animals
2  where they gave Vioxx to animals and they measured
3  6-keto-PGF1-alpha in the vasculature of the animals and
4  found that there was no reduction in prostacyclin?
5      A.  No, I can't recall any right now.
6      Q.  Certainly it would be an important
7  study in your mind; right?
8      A.  If it would do like you're saying it
9  could be important, yeah.
10      Q.  Assume with me that they -- the
11  researchers in this case measured prostacyclin in the
12  vasculature of rabbits with atherosclerosis and found that
13  Vioxx did not reduce prostacyclin.  That would be a study
14  that you would want to look at and consider; right?
15      MS. SANFORD:  Object to the form.
16      THE WITNESS:  Yeah, there are studies in
17  animals for certain that should be looked at if they are
18  dealing with Vioxx, yes.
19      BY MR. TOMASELLI:
20      Q.  And that study, if I've characterized
21  it correctly, would go against the proposition that Vioxx
22  reduces prostacyclin in the vasculature; right?
23      A.  Well you'd have to show me the study.
24      I think I'm recalling one now, the -- I
25  think the first author was Wong -- I didn't cite it in my

Page 149

1  paper -- or my report, but I remember one now by this
2  about some rabbit studies.
3      Q.  Okay.  That's right.  Wong?
4      A.  Wong, yeah.
5      Q.  2001; right?
6      A.  I think it was that year, umm, in
7  atherosclerosis, think that was the journal.
8      Q.  And that study along with the -- well
9  that study itself would be on one side of the scientific
10  literature suggesting that Vioxx does not reduce
11  prostacyclin versus your belief that -- your claim that
12  Catella-Lawson shows that Vioxx reduces prostacyclin in
13  the vasculature.  Those would be on two different sides of
14  the debate; fair?
15      A.  Well, again, there are certain problems
16  with that particular study and, again, I could go into
17  them.
18      Q.  Another bad study?
19      A.  There are some points about it, yeah,
20  that are problematic, yes.
21      Q.  You know, Dr. Riendeau; right?
22      A.  Yes.
23      Q.  That's R-i-e-n-d-e-a-u?
24      A.  Yes.
25      Q.  And he's a good researcher; don't you

38  (Pages 146 to 149)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 150

1  think?
2          MS. SANFORD:  Object to the form.
3          THE WITNESS:  I can't vouch for every study
4  he's performed, no.
5  BY MR. TOMASELLI:
6          Q.  You've certainly cited other studies by
7  Dr. Riendeau in your report; right?
8          A.  I think I mentioned some in this
9  report, yeah, there are a few.
10         Q.  But that particular study you think
11  is -- has problems, you said?
12         A.  Yeah.
13         Q.  Okay.  We've talked about a study in
14  humans that looked at prostacyclin in the vasculature and
15  found no reduction in Vioxx.  That's the Polish arms
16  study; right?
17         A.  Yes.
18         Q.  We've talked about another study that
19  you're aware of that, in animals, when Vioxx was given
20  there was no reduction in prostacyclin; right?
21         A.  This rabbit study?
22         Q.  Yes, sir.
23         A.  Yes.
24         Q.  Okay.  Are you aware of any other
25  studies that have looked at prostacyclin in the

Page 151

1  vasculature and what happens to either humans or animals
2  when they take Vioxx?
3          A.  Let's see...  These are a couple of the
4  studies that I did look at, yes.
5          Q.  Right.  And we've talked about those
6  and my question is just beyond that.  Which is, are you
7  aware of any others that looked at prostacyclin production
8  in the vasculature and how it's affected, if at all, by
9  Vioxx?  And, again, other studies other than the ones --
10  the two we've just talked about?
11         A.  I can't recall any others right now,
12  no.
13         Q.  Switch gears.  You in your research
14  work with what are called knockout models of animals;
15  right?
16         A.  Yes.
17         Q.  And I'm sorry if I butcher some of your
18  terminology so bear with me.
19         But I understand that one of the reasons we
20  study animals is because in the name of science and
21  advancement we can genetically alter their makeup whereas
22  it wouldn't be very nice to do that to humans?
23         A.  That's true.
24         Q.  Okay.  And you've done studies in mice
25  where you've knocked out certain of genes, for example, in

Page 152

1  mice that relate to production of atherosclerosis or the
2  receptors for prostacyclin; right?
3          A.  Well I've, in particular, looked at
4  some knockout mice or some mutated mice where we've
5  altered this COX-2 gene.
6          Q.  Right.  And the reason you do those
7  knockout studies is to try to give you, the researchers
8  and the scientific community, clues as to the importance
9  of certain enzymes or chemicals in the bodies, potentially
10  in the human's bodily processes and functions; is that
11  fair?
12         A.  Yes.
13         Q.  Okay.  One type of modification to
14  animals, in particular mice, is to knockout what's known
15  as the IP receptor?
16         A.  Yes.
17         Q.  And if you can turn to page 27 of your
18  report.  You've drawn a figure that talks about a lot of
19  things but it actually, on the right side, has the IP
20  receptor identified; right?
21         A.  Yes, yes.
22         Q.  And my understanding is that if you
23  completely knockout this IP receptor it's -- the animals
24  are referred to as IP -/- or double knockout?
25         A.  Well it's not "double knockout" but

Page 153

1  it's IP -/- means an IP knockout mouse.
2          Q.  Okay, my bad.  You got to do something
3  else to get it to a double knockout, this is just a
4  knockout?
5          A.  Yeah.  A single knockout, actually.
6          Q.  Okay.  And my understanding is that
7  prostacyclin, which is just to the left of the IP receptor
8  where you have identified as PGI-2; right?
9          A.  Yes.
10         Q.  Okay.  Prostacyclin can't function and
11  can't act without its buddy the receptor, the IP?
12         A.  Well there has been some suggestion
13  that it can act on another -- some other proteins that are
14  not really receptors.  But the principal route for
15  prostacyclin acting is through this process IP receptor.
16         Q.  Okay.  And the way I understand it
17  is -- or the way I've tried to understand it in my mind is
18  prostacyclin being the key and the IP receptor being the
19  lock; is that a fair way to understand it?  Somebody else
20  said it, I just stole it.
21         A.  Yeah, that's a good simple analogy.
22         Q.  Okay.  So prostacyclin are the keys and
23  the IP receptors are the locks.  And you need a key to act
24  with a lock to make it work?
25         A.  Yes.

39 (Pages 150 to 153)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 154

1       Q. And the IP knockout mice the -/- mice,
2  that takes away all the IP receptors so they don't have
3  any of those locks?
4       A. Yup.
5       Q. Okay. And is it fair to assume that if
6  you basically, generally, don't have any of your IP
7  receptors you basically decrease prostacyclin 100 percent
8  because it can't act without its buddy the receptor?
9       A. Well you don't decrease the
10 prostacyclin. Prostacyclin will still be there, it's just
11 that it's missing this protein so that it can't act as it
12 normally does in the particular organ of interest.
13      Q. Right. And I didn't mean to suggest
14 that the prostacyclin actually went away. I was trying to
15 say it's effectively 100 percent reduced, even though it's
16 still there it can't function?
17      A. That's true.
18      Q. All right. And I guess there's a
19 different type of modification that you can do to mice
20 which is to knockout only part of the receptors, and you
21 refer to those mice as the IP +/-?
22      A. That's right.
23      Q. So the +/- mice have some of the
24 receptors to work and some of them have been knocked out?
25      A. Yeah. These IP +/- mice would have

Page 155

1  approximately 50 percent of these IP receptors.
2       Q. Okay. So, in layman's terms using --
3  back to our analogy, you have 50 percent of the locks for
4  the keys to work in but not the other half of the locks?
5       A. Yeah, that's true.
6       Q. And in both of these situations when
7  you have mice that have -/- and mice that are +/-, those
8  are both genetic ways to effectively take away
9  prostacyclin?
10      I know it's still there, but you're taking
11 away the effectiveness of it; is that fair?
12      A. Yeah, they're a genetic, genetic means
13 of blocking the effects of prostacyclin.
14      Q. And NSAIDs, instead of targeting the
15 right side of your chart, the IP receptor, they target,
16 really, the left side where they knock out prostacyclin
17 through actually inhibiting the prostacyclin itself and
18 not touching the actual receptor?
19      Do you understand what I'm trying to say?
20      MS. SANFORD: Object to the form.
21      THE WITNESS: Well NSAIDs block further up
22 in this pathway.
23      BY MR. TOMASELLI:
24      Q. Okay. So the NSAIDs don't target the
25 IP receptor, they target a different part of the pathway?

Page 156

1       A. The NSAIDs will block the COX-1 and the
2  COX-2 enzymes, and they don't interact with this IP
3  receptor.
4       Q. Okay. So if we can go back to the
5  analogy. Is it fair to say that NSAIDs take away the keys
6  or some of the keys and the IP knockout models, they take
7  away the locks?
8       MS. SANFORD: Object to the form.
9       THE WITNESS: Well, I'm not sure about
10 the -- how far we can go with these analogies.
11      What I can say is that the NSAIDs block
12 prostaglandin formation. So at the top of the, top of the
13 pathway they'll block whatever comes below there.
14      EXHIBIT NO: FUNK-8: Pratico article
15 entitled Acceleration of atherogenesis by COX-1-dependent
16 prostanoid formation in low density lipoprotein receptor
17 knockout mice, dated 2000.
18      BY MR. TOMASELLI:
19      Q. Okay. I'm going to hand you what I've
20 marked as Exhibit 8, Dr. Funk.
21      And this is a paper by Dr. FitzGerald and
22 Dr. Pratico that was published in the proceedings in the
23 National Academy of Sciences in 2001; correct?
24      A. Yeah, that's correct.
25      Q. And you're familiar with this study;

Page 157

1  correct?
2       A. Yes, I've looked at it before.
3       Q. And getting back to this, this idea of
4  deleting the receptors and that has the effectiveness of
5  reducing prostacyclin. Can you turn over to page 3361 for
6  me?
7       A. Okay.
8       Q. And if you look at the top right-hand
9  column about 10 lines down or so there's a sentence that
10 starts "recently". And tell me when you're there?
11      A. I see it now.
12      Q. Okay. And tell me if I read this
13 right, but it says:
14      "Recently, we reported that deletion of the
15 PGI-2 receptor (IP) accelerates atherogenesis in LDLR-KO
16 mice. However, this effect is much less evident in mice
17 retaining one copy of the IP, which may resemble more
18 closely the effect of an inhibitor."
19      Did I read that right?
20      A. Yes, I think so.
21      Q. Okay. And so what Dr. FitzGerald is
22 saying here is that he did a study, not this study, but he
23 did a previous study and reported that when he took away
24 all the locks, the mice got atherosclerosis or had
25 accelerated atherosclerosis; right?

40  (Pages 154 to 157)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 158

1      A.  When he took away the prostacyclin
2  receptor completely?
3      Q.  Yes, sir.  I guess you can't really
4  tell; can you?
5      A.  Those mice -- well that's referring to
6  another paper and, I think that I cite in my report there.
7  I think that's the Egan paper.  I'm not sure what
8  number --
9      Q.  Actually Egan's later in time?
10     A.  -- on my reference list.
11     EXHIBIT NO. FUNK-9:  FitzGerald article
12  entitled Cyclo-oxygenase products and atherothrombosis,
13  dated 2000.
14     BY MR. TOMASELLI:
15     Q.  Let's try this.  I'm going to hand you
16  what I've marked as deposition Exhibit Number 9.  That's
17  another paper by Dr. FitzGerald; correct?
18     A.  It looks like it, yes.
19     Q.  And it is in 2000, so it's before this
20  Exhibit 8 that we just looked at right?
21     A.  Yes.  This is 2000, the other one is
22  2001.
23     Q.  So focus on the 2000 article, Exhibit 9
24  for me for a second.  And if you can focus on the
25  abstract, I think the third sentence of the abstract

Page 159

1  states:
2      "Although deletion of the prostacyclin
3  receptor (the IP) accelerates atherogenesis in the mouse,
4  retention of one copy of the IP is atheroprotective."
5      Right?
6      A.  Well that's what it says there.
7      Q.  And what's he saying there?
8      A.  I guess in this particular statement
9  he's mentioning something about having just one copy, one
10  half of the IP receptors, he's saying that it has a
11  protective effect in atherosclerosis.  Which doesn't fit
12  with the later published studies.
13     So, on this particular paper is -- it seems
14  to be a review article, came before publishing their
15  actual work on the, on the study.  So I don't know where
16  that statement came from.
17     Q.  Okay.  Well, what he's saying in the
18  statement, though, if I've understood you right, is that
19  when they look at the mice that are -/-, they act
20  differently than the mice that are +/-; is that fair?
21     A.  Well this particular statement might be
22  saying something like that.  But, again, this doesn't seem
23  to fit with the study that they actually published, the
24  actual research article.
25     Q.  Okay.  And -- but back in the day, and

Page 160

1  we'll get there, but back in the day in 2000 when this was
2  published, it's your understanding that Dr. FitzGerald was
3  saying the mice that are -/- have accelerated
4  atherosclerosis versus the mice that are +/-, they are
5  protected against atherosclerosis?
6      A.  Well, once again, I haven't seen this
7  paper before and this particular statement does not seem
8  to fit with the actual research publication.
9      So I don't know where that particular
10  statement came from.
11     Q.  Okay.  But you, know doubt, you highly
12  respect Garett FitzGerald?
13     A.  Yes, he's a respected scientist and
14  colleague, yeah.
15     Q.  Is he saying that, effectively,
16  knocking out 50 percent of the prostacyclin is a lot
17  different than knocking out 100 percent of the
18  prostacyclin?
19     A.  The prostacyclin receptor.
20     Q.  Well we agreed, didn't we, that when
21  you knockout the receptors, that's like effectively
22  knocking out -- if you knockout both of them, it's 100
23  percent; if you knockout 1, it's 50.
24     So effectively, what Dr. FitzGerald is
25  saying in this paper and we'll look at the one later.  But

Page 161

1  in this paper he's saying, 50 percent of your prostacyclin
2  is a different story, you're atheroprotected, versus 100
3  percent of your prostacyclin being knocked out, that
4  accelerates atherosclerosis?
5      MS. SANFORD:  Object to the form.
6      THE WITNESS:  I think that we'd have to
7  look at the actual research publication because this seems
8  to be a review article where the data isn't presented.
9      So we'd have to look at where they actually
10  published this study and looked at the +/- versus the -/-
11  mice to see if that statement is true or not.
12     BY MR. TOMASELLI:
13     Q.  You're not saying Dr. FitzGerald got it
14  wrong?
15     MS. SANFORD:  Object to the form.
16     BY MR. TOMASELLI:
17     Q.  In the year 2000; are you?
18     MS. SANFORD:  Sorry, same objection.
19     BY MR. TOMASELLI:
20     Q.  You're not saying he would report his
21  results incorrectly?
22     MS. SANFORD:  Object to the form.
23     THE WITNESS:  This paper doesn't seem to go
24  into results, so I'm not sure where that statement came
25  from.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 162

1      BY MR. TOMASELLI:
2           Q.  Okay.  Well, going back to Exhibit 8.
3    This is an actual study; right?
4           A.  Yes.
5           Q.  And this is, again, by Dr. FitzGerald
6    and Dr. Pratico?
7           A.  Yes.
8           Q.  And the statement we looked at
9    previously at the top of 3361?
10          A.  Okay.
11          Q.  When we looked at the statement,
12   recently reported the deletion of the receptor accelerates
13   atherosclerosis but it's less evident when you have one
14   copy of the IP still there; you remember that?
15          A.  This is referring to comment on an
16   abstract, yeah.  There's a little foot -- or superscript
17   note there with a ---
18          Q.  Okay.
19          A.  -- this was pre-publication abstract,
20   before the actual manuscript came out.
21          Q.  Sorry, I didn't mean to interrupt you.
22          You understand what he's saying by this
23   sentence, though, is that when you have effective 100
24   percent reduction in prostacyclin, that accelerates
25   atherosclerosis.  But if you have 50 percent, it doesn't?

Page 163

1           A.  Well, once again, I think we actually
2    have to look at the full paper where they reported on
3    their results.
4           Q.  Okay.  Well let's look at this study
5    real quick before we go on to that one.  And if you look
6    at -- I hate to keep skipping around but it's -- the
7    easiest place to find it is probably in the abstract, sir.
8    So can you can flip back to the front?
9           A.  Okay.
10          Q.  If you read the abstract, a few lines
11   down it starts:  Because deletion of the PGI-2 receptor
12   accelerates atherosclerosis we wanted to look at what a
13   COX-2 inhibitor would do; is basically what it's saying,
14   right?
15          A.  Yes.
16          Q.  And the next sentence:
17          "To address this hypothesis, we uses dosing
18   with knew nimesulide which inhibited COX-2 ex vivo,
19   depressed urinary..."
20          PGIM.
21          "...by approximately 60 percent..."
22          A.  Yes.
23          Q.  And had no effect on thromboxane?
24          A.  That's correct.
25          Q.  Okay.  So what they were going to do is

Page 164

1    look at what COX-2 inhibition, what the effect of COX-2
2    inhibition would have on lesion formation or
3    atherosclerosis formation when mice were given a COX-2
4    inhibitor, in this case nimesulide?
5           MS. SANFORD:  Object to the form.
6           BY MR. TOMASELLI:
7           Q.  Right?
8           MS. SANFORD:  Same objection.
9           THE WITNESS:  What was the exact question?
10          BY MR. TOMASELLI:
11          Q.  I'm just trying to set up what they're
12   doing here.
13          What they're doing in this study is testing
14   whether if you gave nimesulide, a COX-2 inhibitor, to
15   mice, whether they would have an increase, decrease or no
16   effect of atherosclerosis?
17          MS. SANFORD:  Object to the form, again.
18          THE WITNESS:  They were looking for the
19   effect of this nimesulide on atherosclerotic legions.
20          BY MR. TOMASELLI:
21          Q.  That's basically what said; right?
22          A.  I'm just rephrasing what you said.
23          Q.  Okay.  And this nimesulide COX-2
24   inhibitor, it, like Vioxx, reduces PGIM?
25          A.  Yes, it does reduce PGIM.

Page 165

1           Q.  And this is greater than 50 percent, it
2    actually reduces it 60 percent in this case?
3           A.  60 percent, approximately.
4           Q.  So greater than 50 percent but it's not
5    like the IP knockouts that have 100 percent gone; right?
6           A.  Well, we're also looking at blocking
7    all the prostaglandins, if you go back to our Figure 1 in
8    my report.  So we're blocking prostacyclin, we're also
9    blocking other prostaglandins in the pathway.
10          Q.  Well we know it doesn't block
11   thromboxane, though; right?
12          A.  Well it can block thromboxane in other
13   types of cells than platelets, for instance in monocytes.
14          Q.  But in this case nimesulide is like
15   Vioxx, it reduces PGIM but doesn't reduce thromboxane in
16   the platelets; right?
17          A.  It reduces -- it reduces, yes, the
18   urinary metabolites prostacyclin.  And, let me just look
19   and see if, if they looked at thromboxane in the study.
20          In Figure 1, yeah, they showed that it did
21   not effect thromboxane formation.
22          Q.  Okay.  And Figure 2, when you turn the
23   page over, it reduced PGIM, nimesulide, did; right?
24          A.  Yes.
25          Q.  Went from 3.6 to 1.2?

42 (Pages 162 to 165)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 166

1    A. Yes, approximately.
2    Q. So 60 percent or more reduction in
3 PGIM?
4    MS. SANFORD: Object to the form.
5    THE WITNESS: Approximately 60 percent,
6 yeah.
7    BY MR. TOMASELLI:
8    Q. Okay. And they actually looked at what
9 happened to lesion formation; right?
10    A. In this study, yes, they did look at
11 lesion formation.
12    Q. And that's in Figure 5; right?
13    A. Yes.
14    Q. And what they found was, was that when
15 they gave a non-selective NSAID, in this case
16 indomethacin, they found a reduction in lesion size
17 compared to mice that got no drug?
18    A. That's right. They saw about a 50
19 percent reduction in lesions in this one study.
20    Q. And compared to mice that didn't get
21 any drug, the mice that got the nimesulide they also saw a
22 reduction in atherosclerosis?
23    A. Yeah, they saw a reduction of about 25
24 percent or so.
25    Q. Now, to be fair, it doesn't appear that

Page 167

1 the reduction by nimesulide was statistically significant?
2    A. According to this figure, it doesn't
3 seem like it is significant. There's no asterisk above
4 the bar of the nimesulide.
5    Q. Right. And so, to be fair, as
6 scientists we would say there's no difference between the
7 mice that got no drug and the mice that got nimesulide?
8    A. Strictly speaking, yes, in this
9 particular study, it would be regarded as non-significant.
10    Q. No difference?
11    A. Yeah, if they're -- they did the
12 statistical tests correct then and there is no asterisk
13 there, then it is not statistically significant and
14 therefore you would say there is no difference between the
15 nimesulide group and the placebo group.
16    Q. So if you were reporting these results
17 to Dr. FitzGerald what you would tell him as scientist is
18 'well, there was a significant reduction in lesion size
19 with the mice got indomethacin but there was no difference
20 in the mice that got nimesulide'?
21    MS. SANFORD: Object to the form.
22    THE WITNESS: In this particular study,
23 yeah, we would say that there's no, no statistical
24 difference between nimesulide and placebo.
25    BY MR. TOMASELLI:

Page 168

1    Q. And you, yourself, calculate
2 statistical significant in your studies; right?
3    A. Yes.
4    Q. And when you do not find that the
5 results of a study are significantly different, you report
6 them as there was no difference; right?
7    A. Usually, yes.
8    Q. That's what science tells us to do;
9 right?
10    A. Yeah we -- if there is no statistical
11 significant difference we report them as no difference
12 between the two groups.
13    Q. Sorry, I didn't hear the last part?
14    A. We report that as no different between
15 the two groups.
16    Q. Now this study does not raise a concern
17 that there would be an increase in atherosclerosis with
18 chronic use of COX-2 inhibitors; correct?
19    MS. SANFORD: Object to the form.
20    THE WITNESS: Well this is only one of many
21 studies that have looked at the issue of COX-2 inhibition
22 and atherosclerosis. So there so there is -- and I do
23 mention it in my report, there are mixed results of --
24 with COX-2 inhibition or some reports showing a reduction
25 in atherosclerosis, some showing no effect and some

Page 169

1 showing an increase in atherosclerotic lesions.
2    BY MR. TOMASELLI:
3    Q. But if we're looking back at what the
4 state of the science was back in 2001, this study says
5 it's unlikely that there's going to be a progression of
6 atherosclerosis with chronic use of COX-2 inhibitors?
7    MS. SANFORD: Object to the form.
8    THE WITNESS: Well we'd have to look at the
9 other studies and see the exact chronology when they came
10 out.
11    BY MR. TOMASELLI:
12    Q. Okay. If you take a look at the
13 bottom -- I'm sorry, the second sentence from the bottom
14 of the abstract. It starts with the words "accelerated
15 progression"?
16    A. Yes.
17    Q. Can you read that sentence?
18    A. "Accelerated progression of
19 atherosclerosis is unlikely during chronic intake of
20 specific COX-2 inhibitors."
21    Q. And you agreed with that back in
22 late -- well back in March of 2001 when this was
23 published?
24    A. Well, again, I'd have to look at when
25 the other papers that looked at COX inhibition and

43 (Pages 166 to 169)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 170

1  atherosclerosis came out. I cited a number of these
2  papers, and I'm not sure of the exact dates. I can look
3  them up if you want to.
4        Q. You would agree with me that based on
5  the results of this study, at least, accelerated
6  progression of atherosclerosis is unlikely during chronic
7  intake of specific COX-2 inhibitors?
8        MS. SANFORD: Object to the form.
9        THE WITNESS: Well when this particular
10 paper was published, at least for this study, this is what
11 the statement was here.
12       BY MR. TOMASELLI:
13       Q. That's what Garret FitzGerald said;
14 right?
15       A. Yeah, he is the senior author.
16       EXHIBIT NO. FUNK-10: Egan article
17 entitled: COX-2-Derived Prostacyclin confers
18 Atheroprotection on Female Mice.
19       BY MR. TOMASELLI:
20       Q. I'm going to hand you what I marked as
21 Funk Exhibit Number 10.
22       And the first author on this study is
23 Dr. Egan, right?
24       A. Yes, yes.
25       Q. Do you know Dr. Egan?

Page 171

1        A. Yes, I do.
2        Q. Is she a well-respected scientist?
3        A. Yes. She was a postdoctorate fellow in
4  Dr. FitzGerald's lab while I was at the University of
5  Pennsylvania.
6        Q. Did she do good work?
7        MS. SANFORD: Object to the form.
8        THE WITNESS: I know her as a postdoctorate
9  fellow in Garret's lab. I'm sure she did good work.
10       BY MR. TOMASELLI:
11       Q. Going back to what you thought
12 following the literature in mid 2001. You did not believe
13 at that time that COX-2 inhibitors increased
14 atherosclerosis; did you?
15       A. Are you referring to a certain paper
16 we've just looked at or?
17       Q. Sorry. Just set the paper aside, we'll
18 come back to it in a second.
19       Back in the middle of 2001 and into 2002,
20 sir, it was not your opinion that COX-2 inhibitors
21 increased or caused atherosclerosis; was it?
22       MS. SANFORD: Object to the form.
23       THE WITNESS: Again, I'd have to look at
24 the -- when the other papers came out that were looking at
25 atherosclerosis in my report.

Page 172

1        BY MR. TOMASELLI:
2        Q. Let me ask you this question, Dr. Funk,
3  when did you come to the belief and claim that COX-2
4  inhibitors increase atherosclerosis?
5        A. I can't say for sure that I know the
6  exact date.
7        Q. Was it while Vioxx was still on the
8  market, sir?
9        A. Let's see... I can't give a clear
10 answer, I guess, on the exact date when I would have
11 assumed it might influence atherosclerosis.
12       Q. You don't have a belief in your mind as
13 to, as a scientist, when you came to the conclusion that
14 COX-2 -- selective COX-2 inhibition resulted in increased
15 atherogenesis?
16       A. I can't come up with an exact date. It
17 might have been in the, in that period of 2003/2004 where
18 I -- based on some of this work with prostacyclin receptor
19 knockout mice that I was considering that COX-2
20 inhibition, especially on the prostacyclin side would be
21 detrimental in the fetting setting of atherosclerosis.
22       Q. When did you come to the belief that it
23 caused -- selective inhibition of COX-2 caused
24 atherogenesis? Not "might be", not "might cause" or
25 "raises questions". But when did you come to the belief

Page 173

1  that COX-2 selective inhibition causes atherosclerosis?
2        A. Well, are you referring to some
3  statement I made in my report? Is that where you -- what
4  you're looking at something that I've written on?
5        Q. No, sir, just your professional
6  opinion. You state in the report that the imbalance
7  between thromboxane and prostacyclin results in increased
8  atherosclerosis; right?
9        A. Yeah, when -- if you block the effects
10 of prostacyclin, yeah, that would enhance atherosclerosis.
11       Q. And to put a finer point on it, you
12 believe, you claim, that the imbalance between thromboxane
13 and prostacyclin that Vioxx allegedly results in, that
14 Vioxx causes atherosclerosis; right?
15       A. I don't think I said that in my report,
16 no.
17       Q. Well, okay. Stepping away from your
18 report for a second.
19       Is it your claim in this case that
20 selective inhibition of COX-2 of persons taking Vioxx
21 causes atherogenesis?
22       A. I think what I've written here in my
23 report, I said that COX-2 inhibition has mixed effects on
24 atherogenesis. And this is to be distinguished in
25 inhibiting prostacyclin action on atherogenesis because

44 (Pages 170 to 173)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 174

1  you have to take into account different prostaglandins, in
2  Figure 1 in my report, when considering the, the selective
3  COX-2 inhibition side of things.
4       Q.  Okay.  If trial comes and it's late
5  November/December and you're called to trial and someone
6  asks you on the stand under oath, 'Dr. Funk, isn't it true
7  or is it true that Vioxx causes atherosclerosis?'
8       Are you going to say, 'yes, it does'?  Or
9  'no, it doesn't'?  Or 'science is too unclear at the
10  moment for an answer'?
11       MS. SANFORD:  Object to the form.
12       THE WITNESS:  Well I can't answer, like, a
13  hypothetical situation.
14       BY MR. TOMASELLI:
15       Q.  You can't tell me if you're asked a
16  question in trial 'does Vioxx increase atherosclerosis?'
17  You can't tell me 'yes', 'no' or 'science is unclear'?
18       A.  Well I can tell you my opinions based
19  on the report I wrote here from experimental animals that
20  COX-2 inhibition has caused no effects on atherosclerosis,
21  that it's caused an acceleration of atherosclerosis and
22  that it's also reduced atherosclerosis.
23       Q.  And, in fact, the only studies that
24  have looked at Vioxx and its effect on atherosclerosis
25  have shown a reduction in atherosclerosis; you would agree

Page 175

1  with that, wouldn't you?
2       A.  You'd have to show me what figure -- or
3  which paper you're talking about.
4       Q.  Okay.  I promise you we'll come back to
5  Exhibit 10.
6       A.  Okay.
7       EXHIBIT NO. FUNK-11:  Burleigh article
8  entitled:  Cyclooxygenase-2 Promotes Early Atherosclerotic
9  Lesion Formation in LDL Receptor-Deficient Mice, dated
10  2002.
11       BY MR. TOMASELLI:
12       Q.  I'm going to show you Exhibit 11 first
13  and this is a study by the first author with the name of
14  Burleigh.  That was published in 2002; is that right?
15       A.  Yes, it is.
16       Q.  And you know and respect and have
17  worked with Dr. John Oates; right?
18       A.  Yes I've worked with Dr. Oates.
19       Q.  And this comes from Dr. Oates'
20  laboratory?
21       A.  Actually it comes from another lab but
22  he was a co-author on this publication.
23       Q.  Okay.  So Dr. Oates is a co-author on
24  the publication and was involved with the study at least?
25       A.  Yeah, he was on this particular

Page 176

1  publication.
2       Q.  Okay.  And if you can read to yourself
3  the abstract and answer me the question once you're done:
4  Did Vioxx increase or decrease atherosclerosis in this
5  study?
6       MS. SANFORD:  You're asking him to read the
7  abstract?
8       MR. TOMASELLI:  He can read whatever he
9  wants in the study.  I don't want to limit him.
10       THE WITNESS:  Okay.  So the particular
11  conclusion of this study, they mention that
12  pharmacological and genetic evidence that COX-2 promotes
13  early atherosclerotic lesion formation LDL receptor -/-
14  mice.
15       BY MR. TOMASELLI:
16       Q.  And Vioxx was given to mice in this
17  study; right?
18       A.  It says they administered rofecoxib,
19  yes.
20       Q.  That's Vioxx?
21       A.  Yup.
22       Q.  And when they administered Vioxx to the
23  mice in the study, did their atherosclerosis go up or
24  down?
25       A.  The atherosclerotic lesions went down

Page 177

1  in this particular study.
2       Q.  And you cited this study in your
3  report; right?
4       A.  Yes, I did.
5       EXHIBIT NO. FUNK-12:  Burleigh article
6  entitled:  Cyclooxygenase-2 promotes early atherosclerotic
7  lesion formation in ApoE-deficient and C57BL/6 mice, dated
8  2005.
9       BY MR. TOMASELLI:
10       Q.  I'm going to hand you what I've marked
11  as Funk Exhibit Number 12.  Exhibit 12 is another study by
12  Burleigh and Dr. Oates and others in 2005?
13       A.  Yes.
14       Q.  And you cite this in your report;
15  correct?
16       A.  Yes, I do.
17       Q.  And having reviewed this study, they
18  gave Vioxx to mice in this study as well; right?
19       A.  Yes, they did.
20       Q.  And when they gave Vioxx to the mice in
21  this study, did their atherosclerotic lesions increase or
22  did they decrease and go down?
23       A.  The atherosclerotic lesions went down
24  with the rofecoxib.
25       Q.  So the mice that were given Vioxx

45  (Pages 174 to 177)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 178

1  compared to mice that were given no drug, the mice that
2  were given Vioxx had their atherosclerosis decrease, go
3  down?
4         A.  That's right.  And I cited this in my
5  report that there were mixed studies:  Some where it went
6  down; some where it went up; and some where it was not
7  changed.
8         Q.  Dr. Funk, there's not a single study in
9  animals that were given Vioxx where their atherosclerotic
10 lesions went up; is there?
11        A.  Well there's a study with a drug from
12 Merck it's MF tricyclic, which was a drug very similar to
13 Vioxx.  So it did cause the opposite effect.
14        Q.  Let me be clear.  MF tricyclic, is that
15 Vioxx?
16        A.  No, it's not Vioxx.  But it's quite
17 similar to Vioxx.
18        Q.  And the study that you cite where MF
19 tricyclic was given and the lesions increased some, was
20 the Rott study?
21        A.  That's right.
22        Q.  And you think it's important, we
23 discussed earlier, to consider the totality of the
24 evidence with respect to a certain issues; right?
25        A.  Yes.  It's important to look at the

Page 179

1  evidence that's relevant when we're here considering
2  atherosclerosis, yes.
3         Q.  Right.  And other evidence that would
4  be relevant would be other studies with MF tricyclic;
5  right?
6         A.  Well it depends what you're -- we're
7  talking about.
8         Q.  Well, studies with MF tricyclic that
9  looked at whether that had any effect on lesion formation.
10 Those would be directly relevant; right?
11        A.  I suppose so.
12        Q.  And you're aware that there are two
13 other studies with MF tricyclic; right?
14        A.  Well you'd have to show me what studies
15 they are.
16        Q.  You didn't look into that?
17        A.  Well, if you're referring to a
18 particular one, you can show me.
19        Q.  Do you remember the Olesen study?
20        A.  The one I mentioned here in my report?
21        Q.  No, you mentioned the Rott study.
22        A.  No, I have an Olesen paper here
23 mentioned too --
24        Q.  Oh, do you?
25        A.  -- Number 139:  No effect of

Page 180

1  cyclooxygenase inhibition on plaque size in
2  atherosclerosis-prone mice.
3         Q.  You're right, you did.  That's with MF
4  tricyclic; right?
5         A.  Well we'd have to bring up the paper,
6  I'm a little bit blank right now on it.
7         Q.  Will you take my word that they gave MF
8  tricyclic in that study?
9         MS. SANFORD:  Object to the form.
10        THE WITNESS:  No.
11        BY MR. TOMASELLI:
12        Q.  You don't like my word?
13        A.  I'd rather see the paper.
14        EXHIBIT NO. FUNK-13:  Olesen article
15 entitled: No effect of Cyclooxygenase Inhibition on Plaque
16 Size in Atherosclerosis-prone Mice, dated 2002.
17        BY MR. TOMASELLI:
18        Q.  All right.  Funk Exhibit 13, as I think
19 the study you cited, Olesen from 2002, I think?
20        A.  2002, yes.
21        Q.  Right.  How long -- going back to the
22 Rott study that used MF tricyclic that saw the increase in
23 lesions, that was after how many weeks of study?
24        A.  That was an early time point, I think.
25        Q.  It was three weeks; right?

Page 181

1         A.  Three weeks I think it was, yes.
2         Q.  Yeah.  And this Olesen study, how long
3  did they -- how long did they study these mice that got MF
4  tricyclic?
5         A.  It looks like it was four months.
6         Q.  And what happened after four months to
7  the mice that got MF tricyclic?
8         A.  At this particular point, four months,
9  they didn't see a difference in COX-2 inhibition by MF
10 tricyclic in the lesions.
11        Q.  So now we have one study that shows an
12 increase in early lesions and another study that goes out
13 four months that shows no difference; right?
14        A.  Yeah.  Just like I reported here in
15 what I've written, I mention that there was some studies
16 with no change, some with an increase, and some with a
17 decrease.
18        EXHIBIT NO. FUNK-14:  Egan article
19 entitled: Cyclooxygenases, Thromboxane, and
20 Atherosclerosis Plaque Destabilization by Cyclooxygenase-2
21 Inhibition Combined With Thromboxane Receptor Antagonism,
22 dated 2004.
23        BY MR. TOMASELLI:
24        Q.  And here's Funk Exhibit 14, which is a
25 study by Egan?

46 (Pages 178 to 181)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 182

1    A. Yes.
2        Q. Another study that -- she and
3  Dr. FitzGerald used MF tricyclic?
4        A. In this study they used indomethacin
5  and MF tricyclic, yeah.
6        Q. Okay. And if you read the conclusions
7  of the abstract, when they gave MF tricyclic, what
8  happened to the lesions?
9        A. According to this study, it failed to
10 modify the disease progression but the plaque stability
11 was effected.
12        Q. The plaque stability was effected when
13 MF tricyclic was alone or?
14        A. When combined with this thromboxane
15 antagonist.
16        Q. Was the plaque stability effected at
17 all with just MF tricyclic alone, just the COX-2
18 inhibitor?
19        A. I'd have to look and see... I can't
20 see anywhere where they just looked at COX-2 inhibitor
21 alone. In the discussion it says combined treatment with
22 COX-2 inhibitor and TP antagonist, results in plaque
23 destabilization.
24        Q. They don't say anywhere in the study
25 that COX-2 inhibition alone may undermine the stability of

Page 183

1  plaque; do they? Based on the results of their study?
2        A. I'm not sure, I'd have to look through
3  this a little bit more.
4        Q. Well, regardless, with respect to
5  lesion formation with respect to atherosclerosis, COX-2
6  inhibition alone failed to modify the progression of the
7  disease at all; correct?
8        MS. SANFORD: Object to the form.
9        THE WITNESS: Again, this particular study,
10 would fit with all the other ones I've mentioned, these
11 mixed results with COX-2 inhibition.
12        BY MR. TOMASELLI:
13        Q. Okay. But this study, first, this --
14 the conclusion of this study with respect to
15 atherosclerosis is that COX-2 inhibition with MF tricyclic
16 did not alter the atherosclerotic lesions up or down, it
17 stayed the same?
18        A. Just let me read through this...
19        Looking at Figure 4, yes, they state COX-2
20 inhibition has no effect on atherogenesis in these
21 particular mice.
22        Q. Okay, so if we just look at MF
23 tricyclic, that COX-2 inhibitor alone, there's a study
24 that shows an increase in early lesions but there's two
25 other studies that show no effect; right?

Page 184

1        A. A study with an early effect that's
2  detrimental and then two that are neutral, yeah.
3        Q. Two that are neutral. And if we look
4  at Vioxx studies, the two that there are, both show
5  actually reductions in atherosclerotic lesions; correct?
6        A. The two Burleigh studies we looked at,
7  yeah, they showed reduction.
8        Q. So, is it your opinion to a reasonable
9  degree of scientific certainty that Vioxx increases
10 atherosclerosis?
11        A. Well I've made my statement in this
12 report that you see a mixed effect of COX-2 inhibition on
13 atherosclerosis. And I've tried to explain this, this has
14 to do with the different prostaglandins being made in
15 Figure 1, and I should probably look at my statement that
16 mentions that.
17        Q. Well let me --
18        MS. SANFORD: Let him, I just want him to
19 finish looking at what he wants to.
20        MR. TOMASELLI: Sure.
21        THE WITNESS: I think in the middle of page
22 15 I say:
23        "COX-2 inhibition studied in mouse models
24 of atherosclerosis has yielded variable effects in terms
25 of lesion development. The reason for this variation

Page 185

1  could be attributable to the disparate actions of the
2  different prostaglandins in atherothrombosis."
3        And I'm saying that blocking COX-2
4  downstream, then the differences in the PGE-2 synthesis
5  versus prostacyclin could be controlling this very
6  ability.
7        So that if you block further down the
8  pathway at the, this step that blocks PGE-2 formation,
9  then, you'll see -- you would always see a decrease in
10 atherosclerosis; that's what I'm saying.
11        That you can't distinguish when you're
12 blocking COX-2 further up in the pathway because you have
13 to consider both prostacyclin and the other
14 prostaglandins.
15        Q. Okay. Turn with me to page 5 of your
16 report. In the summary of your opinions toward the bottom
17 it says -- you say:
18        "It is my opinion that coxibs promote
19 inhibition of vascular prostacyclin synthesis without
20 disturbing platelet thromboxane production, and that this
21 imbalanced inhibition can promote a pro-thrombotic,
22 hypertensive and potentially pro-atherosclerotic
23 environment."
24        Did I read that right?
25        A. Yes, you did.

47 (Pages 182 to 185)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 186

1    Q. Now turn with me to page 13?
2    A. Okay.
3    Q. All right. Top sentence, actually I
4  guess you have to go to the last word of 12?
5    A. Yup.
6    Q. "This leads to a state..."
7    I think you're talking about the imbalance.
8    "This leads to a state that is pre-disposed
9  to thrombosis, hypertension and atherosclerosis."
10    There's no potentially in that one. You
11  see that, sir?
12    A. Yeah, I see it.
13    Q. Okay. And I'm not trying to be tricky,
14  I just want to know. Is it your opinion to a reasonable
15  degree of scientific certainty that people who take Vioxx
16  have increased atherosclerosis as a result of taking
17  Vioxx?
18    A. Well I'm stating that blocking the
19  prostacyclin via Vioxx or a COX-2 inhibitor is detrimental
20  and that can lead to atherosclerosis.
21    Q. So it's your opinion that if somebody
22  asked you on the stand at trial, 'Dr. Funk, is it true
23  that Vioxx increases atherosclerosis?' Your answer is,
24  "yes, it is"?
25    A. Let's see, I would go through my

Page 187

1  reasoning in this report about how blocking prostacyclin
2  is detrimental, and then some of the other prostaglandin
3  effects if you blocked on the other pathway that it could
4  be beneficial.
5    Q. Right. But if somebody said 'well
6  that's, I like your explanation, Dr. Funk, that's very
7  helpful but for this jury, yes, no or the science isn't
8  sure, does Vioxx increase atherosclerosis'?
9    MS. SANFORD: Object to the form.
10    THE WITNESS: I don't know if I can answer,
11  like, in that way you're stating it.
12    MR. TOMASELLI: I think we're entitled to
13  an answer to know whether he's going to claim that Vioxx
14  increases atherosclerosis or not. Do ya'll disagree with
15  that or?
16    MS. SANFORD: I think he said his opinion.
17    BY MR. TOMASELLI:
18    Q. Dr. Funk, if you're asked at trial
19  'does Vioxx increase atherosclerosis?' You're not going
20  to say 'yes', you're not going to say 'no', you're not
21  going to say 'the science is uncertain', but every time
22  you're asked that question you're going to give the long
23  explanation of what can potentially happen when you block
24  certain prostanoids?
25    MS. SANFORD: Object to form.

Page 188

1    THE WITNESS: I'm going to go through my
2  reasoning in this report, what I have stated here and what
3  I have told you how I view the situation with --
4    BY MR. TOMASELLI:
5    Q. And so your view, Dr. Funk, is if
6  you're asked that question at trial 'does Vioxx increase
7  atherosclerosis?' your answer is, 'well, there's variation
8  in the studies, some of the studies show that there is --
9  that COX-2 inhibition does not increase atherosclerosis,
10  some studies show it -- one study shows it does, and all
11  the studies with Vioxx show it doesn't, and if we block
12  further down the chain the PGE-2, we might be able to
13  reduce atherosclerosis'. I'm just trying to make sure I
14  understand what you're saying?
15    MS. SANFORD: I'm going to object to the
16  form.
17    THE WITNESS: Well I'm basically going to
18  say what I've said in here relating to the different
19  prostaglandins and if you block COX-2 and you're
20  influencing primarily prostacyclin formation, and I will
21  be stating that that effects atherogenesis.
22    BY MR. TOMASELLI:
23    Q. It does?
24    A. Yeah, I mean, when you're blocking down
25  the prostacyclin side of things.

Page 189

1    Q. So selective inhibition by Vioxx does
2  increase atherosclerosis, that's your opinion?
3    A. Well, once again, I have to bring out
4  this point that COX-2 inhibitors block all prostaglandins
5  and I would have to state that it blocks not only
6  prostacyclin but it will also block prostaglandin E-2.
7    Q. When you're at trial would you also
8  have to bring out that the studies that have actually
9  tested Vioxx in animals and looked at atherosclerotic
10  lesions have shown actually reductions in atherosclerosis,
11  not increases?
12    MS. SANFORD: Object to the form.
13    THE WITNESS: Well I don't -- I haven't
14  been formally asked to be at trial, so I can't, I can't
15  say right now.
16    BY MR. TOMASELLI:
17    Q. You don't know if you would tell -- if
18  you're asked the question about atherosclerosis and you
19  went through this explanation that you don't know if you'd
20  say that Vioxx, when it was actually tested, showed
21  reductions in atherosclerosis?
22    MS. SANFORD: Object to form.
23    THE WITNESS: I would present the studies
24  we have just gone through.
25    BY MR. TOMASELLI:

48 (Pages 186 to 189)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 190

1    Q. You would present the data as a whole?
2    A. Yeah, as a total picture of the data.
3    Q. Okay. And just so I understand the
4  data as a whole regarding atherogenesis that you would be
5  talking about, it's the animal studies that are in your
6  report; is that right?
7    MS. SANFORD: Object to the form.
8    THE WITNESS: Well we've only dealt with
9  animal studies here and there are no human studies looking
10 at atherosclerosis, so I have to focus on the animal data.
11   BY MR. TOMASELLI:
12   Q. And I think I heard you but you were
13 talking quietly, sir, I'm sorry.
14   Let me make sure I understood because you
15 were speaking softly. You're not aware of any human
16 studies with COX-2 inhibitors or Vioxx that have looked at
17 the question of whether Vioxx increases, decreases or is
18 neutral with respect to atherosclerotic lesions?
19   A. I haven't seen any, no.
20   Q. Okay. And so when we talk about the
21 totality of the data regarding whether Vioxx or a COX-2
22 inhibitor increases, decreases or is neutral with respect
23 to atherosclerotic lesions, we're going to be looking at
24 these animal studies?
25   A. Yeah, we'll be looking at the studies

Page 191

1  that have been published.
2    Q. Okay. If you can turn back to Exhibit
3  10, I think it is. It may be in front of you?
4    A. Egan.
5    Q. Egan. Yes, sir. This is a study that
6  was published in the Journal of Science?
7    A. Yes.
8    Q. And it was published in December of
9  '04?
10   A. That's right.
11   Q. And this is Drs. Egan and FitzGerald
12 again?
13   A. Yes.
14   Q. And we were talking earlier about how
15 mice can have all their receptors knocked out or mice can
16 have only some of their receptors knocked out; right?
17   A. Yes, we were.
18   Q. Okay. And this study -- you've
19 reviewed this study; right?
20   A. Yeah, I've looked at it.
21   Q. Okay. And you know that on the first
22 page, Figure 1 of this study looks at atherosclerosis in
23 mice that have all their receptors knocked out and have
24 just some of their receptors knocked out; right?
25   A. Yeah. All their receptors knocked out

Page 192

1  and then half of them knocked out.
2    Q. Okay. And just so we're clear on
3  terminology, the ones that have them all knocked out those
4  are referred to as the IPKO?
5    A. Yes, that's right.
6    Q. And the ones that only have half of
7  them knocked out those are referred to as the IP +/-?
8    A. Yes.
9    Q. And the IPWT, that's those are the
10 wild-type mice? Those are mice without -- or, I'm sorry,
11 those are mice with all of their receptors still?
12   A. Yes, with all of their IP receptors.
13   Q. And within Figure 1 slides C and D talk
14 about whether there's atherosclerosis and the effect of
15 knocking out some or all of these receptors on
16 atherosclerosis; right?
17   A. Yes.
18   Q. And the C panel is for female mice and
19 the D panel is for male mice?
20   A. That's right.
21   Q. Let's talk about the female mice first.
22   At three months, when the female mice had
23 all of their receptors knocked out, they showed an
24 increase in atherosclerosis; right?
25   A. Yes.

Page 193

1    Q. And that's significant because there's
2  a star there?
3    A. There's a mark there, yes.
4    Q. Is that what it means?
5    A. The cross hatch or whatever it is,
6  yeah, it denotes significance.
7    Q. And again, so we're clear, the IPKO
8  that's effectively like having zero prostacyclin; right?
9    A. That would be like no prostacyclin
10 ability to act at its receptor.
11   Q. All right.
12   A. They're still making prostacyclin.
13   Q. Still making prostacyclin there but
14 it's useless?
15   A. For binding, yeah, to this particular
16 receptor.
17   Q. And at six months, the IPKO mice still
18 have significantly more atherosclerosis than our regular
19 mice; right?
20   A. Yes.
21   Q. Now there's a middle bar, though, where
22 it's the IP +/- mice; right?
23   A. Yes.
24   Q. And those are the mice that have
25 basically 50 percent of their prostacyclin; half of its

49 (Pages 190 to 193)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 194

1  there, half of its gone?
2       A. Yeah.
3       Q. And was there any significant
4  difference between those mice and the regular mice?
5       A. In terms of atherosclerotic lesions,
6  this didn't show any particular difference, no.
7       Q. So the mice that had 50 percent of
8  their prostacyclin but had 50 percent of it knocked out,
9  they were no different than the regular mice? And this is
10 in the females; right?
11      A. They would be considered no different
12 than the wild type in this particular study.
13      Q. All right. And then if we look at
14 Panel D with the males. You following me down there?
15      A. Yes.
16      Q. Panel D?
17      A. Yes.
18      Q. Is the male mice who have either all,
19 some -- all or some of their receptors knocked out
20 compared to the wild-type mice who have all their
21 receptors?
22      A. Yes.
23      Q. Okay. And at three months, there was
24 no difference between the mice that had all the receptors,
25 the mice that had half the receptors and the mice that had

Page 195

1  no receptors?
2       A. That's right.
3       Q. So another way of saying that is
4  there's no difference between the mice that have all the
5  prostacyclin, mice that have only half the prostacyclin
6  and mice that have no prostacyclin; right?
7       A. In terms of prostacyclin action at this
8  IP receptor in the male mice in the study there was no
9  difference.
10      Q. And if we go out to six months.
11 There's no difference in these male mice between the mice
12 that have all the receptors, the mice that have half the
13 receptors and the mice that have no receptors; right?
14      A. Well that's true.
15      Q. Another way, again, of saying that is
16 that the mice with all the prostacyclin are just the same,
17 in terms of atherosclerosis, as the mice with half the
18 prostacyclin and with no prostacyclin?
19      A. Yeah, this study revealed no difference
20 in atherosclerosis in the male LDL receptor knockout mice
21 between the three different groups of IP receptor gene
22 type.
23      Q. Of those three, the IPWT the IP +/- or
24 the IPKO, what type of mouse is closest to mice that take
25 Vioxx?

Page 196

1       A. If you were to administer Vioxx to a
2  mouse, depending on the dosing interval, you might see
3  somewhere, somewhere between the +/- and the KO groups in
4  terms of ability to, to, knockout the prostacyclin.
5       Q. The van Hecken study that we looked at
6  where people were given 25 milligrams of Vioxx, they had
7  roughly a 50 percent reduction; correct?
8       A. That paper, yeah, showed about a 50
9  percent.
10      Q. And IP +/-, those are mice that have
11 about a reduction of 50 percent of their prostacyclin;
12 right?
13      A. A 50 percent reduction of their
14 receptor, yeah.
15      Q. Effectively a 50 percent reduction in
16 their prostacyclin?
17      A. Yeah, in the bioactivity of the
18 prostacyclin it would be about 50 percent, yeah.
19      Q. Now if we go back and look at the
20 female mice at six months, what we can see is that there's
21 a difference, a significant difference between having zero
22 prostacyclin and having 50 percent of your prostacyclin?
23      A. Well you'd have to take into account
24 what's been seen in the other studies, like, from giving
25 Vioxx where you see a 65 to 80 percent reduction.

Page 197

1       So it could fit in between those two bars,
2  somewhere in there.
3       Q. The only study we've seen where Vioxx
4  reduces PGIM by as much as 80 percent is when it's also
5  given with aspirin; right?
6       A. Well aspirin wouldn't -- well,
7  actually, I don't know because that study with aspirin, I
8  would have to go back and look at it.
9       Q. Remember Catella-Lawson 2001, they were
10 looking at whether Vioxx --
11      A. Yeah, they were looking at aspirin with
12 the different drugs ibuprofen and Vioxx, yeah.
13      Q. And there was no group that had just
14 Vioxx, they were only groups tested that had aspirin
15 before Vioxx or aspirin after Vioxx; right?
16      A. That's correct, yeah. But still with
17 the other paper in Catella-Lawson with a 65 percent
18 reduction, you'd come in between those two bars. But we
19 can't really speculate since it's not the same as knocking
20 out this IP receptor.
21      Q. And Catella-Lawson 2001, when you had
22 an 80 percent reduction in PGIM, that was with Vioxx and
23 aspirin; do you remember that?
24      MS. SANFORD: Object to form.
25      THE WITNESS: The New England Journal of

50 (Pages 194 to 197)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 198

1 Medicine paper?
2         BY MR. TOMASELLI:
3         Q. Yes, sir.
4         A. There was an 80 percent reduction,
5 yeah, with both aspirin and Vioxx.
6         Q. And the previous new England Journal of
7 Medicine paper we looked at had about a little over 70
8 percent reduction with just aspirin; right?
9         A. Which previous one?
10        Q. Remember Clarke?
11        A. Oh, the Clarke paper?
12        Q. Yes, sir.
13        A. Well there was differences between the
14 controlled-release and the normal low-dose aspirin.
15        Q. And the immediate-release low-dose
16 aspirin people had greater than 70 percent reduction;
17 right?
18        MS. SANFORD: Object to the form.
19        THE WITNESS: I'd have to go back and look
20 at the Clarke paper.
21        BY MR. TOMASELLI:
22        Q. Well going back to Exhibit 10, the Egan
23 study. What we can take home from this study is that
24 female mice are different than male mice when you knockout
25 all their receptors; right?

Page 199

1         A. In this particular study with the LDL
2 receptor knockout female mice appear to be different, yes
3         Q. And a partial reduction in prostacyclin
4 whether in males or females is not relevant to increased
5 atherosclerosis?
6         A. Sorry, can you repeat that?
7         Q. Sure. That when you have a 50 percent
8 reduction in your prostacyclin, whether you're a male or a
9 female mouse, it doesn't matter in terms of
10 atherosclerosis?
11        MS. SANFORD: Object to the form.
12        THE WITNESS: Well in this particular study
13 it showed no significant difference between males and
14 females with having this IP +/- gene type.
15        BY MR. TOMASELLI:
16        Q. So am I correct to say that there was
17 no significant difference between mice that had all their
18 prostacyclin and mice that had 50 percent of their
19 prostacyclin?
20        A. There was no significant difference in,
21 yeah, in IP receptor levels at approximately 50 percent
22 versus the wild type that had 100 percent.
23        MS. SANFORD: When you're at a stopping
24 point, we need a break.
25        MR. TOMASELLI: This is fine.

Page 200

1         --- Upon recess at 2:43 p.m.
2         --- Upon resuming at 2:56 p.m.
3         EXHIBIT NO. FUNK-15: Sleeve containing a
4 CD entitled Funk articles, containing all 148 articles
5 referred to in the expert report of Dr. Funk.
6         BY MR. TOMASELLI:
7         Q. Dr. Funk, I'm handing you Exhibit 15
8 which is a sleeve with a CD in it. Do you see that?
9         A. Yes.
10        Q. It's entitled "Funk articles"?
11        A. Yes.
12        Q. And what's your understanding of what's
13 on that CD?
14        A. It's my understanding that they are the
15 references from my report, the 148 scientific articles
16 that I cite in this report.
17        Q. The articles you cite on Exhibit 1, it
18 is your understanding they are on Exhibit 15?
19        A. Yes.
20        EXHIBIT NO. FUNK-16: Stack of literature
21 comprising roughly half of the articles referred to in
22 expert report of Dr. Funk.
23        BY MR. TOMASELLI:
24        Q. Okay. And I've marked Exhibit 16 as a
25 stack of literature that you've brought with you today.

Page 201

1 Can you just describe generally what that stack of
2 literature is?
3         A. This Exhibit 16 is approximately 50
4 percent, I think, of the articles that are listed in my
5 witness report.
6         Q. Okay. So there's probably going to be
7 some overlap between 15 and 16?
8         A. Yes.
9         Q. All right. Switching gears, I want to
10 talk to you a little bit about thromboxane; all right?
11        A. Okay.
12        Q. Thromboxane is, as I understand it, a
13 platelet aggregator and a vasoconstrictor?
14        A. That's correct.
15        Q. And thromboxane is also a measure of
16 platelet activation?
17        A. Yes.
18        Q. And thus an increase in thromboxane
19 would be an increase in platelet activation or platelet
20 activity?
21        A. Yeah, that's one, one measure of
22 looking at platelet activity.
23        Q. Okay. But if we chose to look at the
24 thromboxane measure of platelet activity and thromboxane
25 went up, we could surmise that the platelets had become

51 (Pages 198 to 201)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 202

1   more active?
2          A.  Yeah, when they release thromboxane
3   they've become -- yeah, in a state where they can
4   aggregate and would be classified as more active.
5          Q.  Okay.  And COX-2 inhibition does not
6   increase thromboxane levels, in humans, alone; correct?
7          A.  That's correct.  When you inhibit
8   COX-2, it doesn't effect thromboxane.
9          Q.  All right.  And so when we talk about
10  Vioxx specifically, Vioxx does not increase thromboxane
11  levels in humans?
12         A.  That's true.
13         Q.  And so taking Vioxx in and of itself
14  does not make a person's platelets more active or increase
15  thrombotic activity?
16         A.  Taking a COX-2 inhibitor like Vioxx
17  does not effect the thromboxane release from platelets.
18         Q.  And so it would not be correct to say
19  taking Vioxx makes your platelets more active and
20  stickier, if you will?
21         A.  Yeah, thromboxane does not effect
22  the -- or Vioxx, I should say, does not effect
23  thromboxanes or they would not become more reactive.
24         Q.  When we, when we talk about the
25  imbalance theory, is another name for that the FitzGerald

Page 203

1   hypothesis or the imbalance hypothesis?
2          A.  These are some terms that are going
3   around, the FitzGerald hypothesis, imbalance theory, yes.
4          Q.  I think maybe COX-2 hypothesis?
5          A.  Well the COX-2 hypothesis is really a
6   little bit different, that preceded -- well no, I
7   shouldn't say preceded.  That was in reference to when
8   COX-2 was first discovered.
9          So the COX-2 hypothesis could be a little
10  bit separate from what's known as the FitzGerald
11  hypothesis.
12         Q.  Okay.  And is that still an apt name
13  for it, in your mind?
14         A.  The?
15         Q.  FitzGerald hypothesis, or?
16         A.  Well this is a term I don't commonly
17  use. In the scientific literature we refer to scientific
18  studies.  We might refer to the name of the person who
19  developed a hypothesis, and in this case FitzGerald's lab
20  was one that's described when COX-2 inhibition blocked
21  prostacyclin and left the thromboxane synthesis sort of
22  unscathed.
23         Q.  Okay.  And so the imbalance is a
24  decrease in prostacyclin with no effect on thromboxane?
25         A.  Yeah.

Page 204

1          Q.  Okay.  We looked at this before but in
2   your report you say the imbalance leads to, as you state,
3   thrombosis, potentially atherogenesis and hypertension?
4          A.  Yes.
5          Q.  And before we talk about those, the
6   imbalance hypothesis or the FitzGerald hypothesis does not
7   theorize that COX-2 inhibition alone destabilizes plaque
8   or makes plaque more prone to rupture, that's -- am I
9   right on that?
10         MS. SANFORD:  Object to the form.
11         THE WITNESS:  Well, it depends who's
12  defining FitzGerald hypothesis or what exactly we're
13  talking about.
14         BY MR. TOMASELLI:
15         Q.  Okay.
16         A.  So if we can look at a specific
17  statement or --
18         Q.  Well the way you've defined the
19  imbalance theory and what you've said is that the
20  imbalance may lead to thrombosis and potentially
21  atherosclerosis and hypertension.  But nowhere in your
22  report do you say that the imbalance or COX-2 selective
23  COX-2 inhibition destabilizes plaque or makes plaque more
24  prone to rupture; correct?
25         A.  I don't believe I've said that in my

Page 205

1   report about plaque stability --
2          Q.  And you -- I'm sorry I didn't mean to
3   talk over you.
4          Your opinion as an expert witness, you're
5   not going to have the opinion that Vioxx makes plaque more
6   prone to rupture?
7          MS. SANFORD:  Object to the form.
8          THE WITNESS:  Well, I wasn't asked to talk
9   about plaque stability in this particular report.
10         BY MR. TOMASELLI:
11         Q.  You were asked to give your opinions
12  with respect to what happens when you have an imbalance,
13  when you have imbalance between prostacyclin and
14  thromboxane; right?
15         A.  Yes.
16         Q.  And you did not mention plaque rupture;
17  correct?
18         A.  In this particular report I didn't go
19  into great detail on the atherosclerosis side of things,
20  and I might have -- I don't think I mentioned anything
21  about the plaque stability in here.
22         Q.  And that's -- that's my question.  It's
23  not mentioned in your report; is that fair?
24         A.  Let me just look again here to make
25  sure.

52  (Pages 202 to 205)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 206

1    Q. Sure.
2    A. I don't see anything that mentions
3 directly plaque stability here.
4    Q. Okay. I want to talk to you a little
5 bit about the hypertension part of the FitzGerald
6 hypothesis that you referred to; okay?
7    A. The hypertension part?
8    Q. Yeah.
9    A. Okay.
10    Q. You would agree -- or would you agree
11 that hypertension is a well known side effect of all
12 NSAIDs?
13    A. Well, NSAIDs do cause -- as one
14 potential side effect, they can increase blood pressure.
15    Q. Okay. And that potential side effect
16 of increased blood pressure, that was known in the
17 scientific community prior to Vioxx coming to market;
18 right?
19    A. Yes.
20    Q. And I guess not all people get the side
21 effect of increased blood pressure, would you agree with
22 that?
23    A. Well, there are a certain number of
24 people that are taking NSAIDs that do get the said effect
25 but not all of them.

Page 207

1    Q. And the blood pressure effect, the
2 increase in blood pressure, to the extent you're one of
3 the people that have the side effect, the average is, from
4 what I understand, relatively small, 2 to 4 millimeters of
5 mercury; is that about right?
6    MS. SANFORD: Object to the form.
7    THE WITNESS: The effects on blood pressure
8 are variable and it depends on the particular patient.
9    BY MR. TOMASELLI:
10    Q. Okay. And, as we said, not all
11 patients have that side effect of increased blood
12 pressure?
13    A. Yeah, not all people get this
14 particular side effect.
15    Q. Do you believe that atherosclerosis is
16 an inflammatory disorder?
17    A. Atherosclerosis has an inflammatory
18 component.
19    Q. And is that arterial wall inflammation
20 that develops generally over decades?
21    MS. SANFORD: Object to the form.
22    THE WITNESS: Atherosclerosis is a disease
23 process that humans develops over decades, yes.
24    BY MR. TOMASELLI:
25    Q. And it's my understanding that the

Page 208

1 atherosclerotic lesions ultimately encroach on the blood
2 flow that's going through the vessel? They make the area
3 for the blood to flow smaller?
4    A. No, that's not always true in
5 atherosclerosis. You can get certain settings where the
6 blood vessel remodels. So it actually expands so you
7 don't actually get a decrease in the so-called lumen area.
8 But you can sometimes, the lesion can encroach upon the
9 other side of the wall to decrease these lumen size.
10    Q. And it's my understanding that this
11 remodeling is generally in the earlier phases of
12 atherosclerosis versus the making the lumen smaller is
13 more of an advanced process?
14    A. Well I think the remodeling process can
15 occur throughout the time course of the disease.
16    Q. I take it that blood flow, when you
17 have atherosclerotic lesions that are intruding into the,
18 into the space where the blood usually flows, the blood
19 flow over those lesions is different than it would be over
20 a smooth surface?
21    A. There can be differences, yeah, in
22 blood flow depending where you are in the arterial wall or
23 in the blood vessel, depending if there's a lesion there
24 or not.
25    Q. And I've seen statements in the

Page 209

1 literature where if there's a lesion there and blood's
2 flowing over it or by it it's considered turbulent or
3 disturbed flow; is that accurate?
4    A. Yeah, that's correct.
5    Q. And when the blood flows over the
6 smooth part of the vessel, the smooth part of the artery,
7 that's called laminar flow?
8    A. Yeah, depending on where you are in the
9 and what you're talking about with the smooth part. There
10 is laminar flow and disturbed or turbulent flow.
11    EXHIBIT NO. FUNK-17: Antman article
12 entitled: Cyclooxygenase Inhibition and Cardiovascular
13 Risk, dated 2005.
14    BY MR. TOMASELLI:
15    Q. I'm going to hand you what I've marked
16 as Funk Exhibit Number 17. And this is a study that is
17 authored by Drs. Antman, DeMets, and Loscalzo. I can't
18 remember if I called it a study or not, but it's a review
19 article?
20    A. Yes.
21    Q. And this was published in 2005?
22    A. Yes, that's correct.
23    Q. And you've studied this article
24 closely?
25    A. Yes, I've looked at it.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

|  | Page 210 |
|---|---|

1      Q. And, in fact, if you turn over to page
2  764, please. Are you there?
3      A. Not yet. Now I am, yes.
4      Q. Okay. If you look at 764, there's a
5  Figure 4 on that page; right?
6      A. Yes.
7      Q. And that Figure 4 you have actually
8  reproduced in your report?
9      A. Yes.
10      Q. It didn't appear to me that you've
11  reproduced any other figure from the scientific literature
12  in your report other than this one; is that fair?
13      A. Other than Figure 1 where I just put
14  the chemical structures down on the pathway.
15      Q. You made that though; right?
16      A. Yeah, I made that myself.
17      Q. So as far as from the, from the
18  published literature, this is the only figure you chose to
19  reproduce in your report?
20      A. Well I think Figure 1 might have been
21  reproduced from one of my articles, one of my review
22  articles.
23      Q. Oh, okay. Let me say it this way.
24  From people other than yourself, this is the one figure
25  you chose to put in your report?

|  | Page 211 |
|---|---|

1      A. Yeah, this is the one I put in.
2      Q. Okay. Figure 4 has a side that has
3  normal vessels and a side with atherosclerotic vessels;
4  right?
5      A. Yes, yeah.
6      Q. And it's depicting, according to the
7  legend, the consequences of COX inhibition for
8  prostacyclin and thromboxane production in normal and
9  atherosclerotic arteries; right?
10      A. Yeah.
11      Q. And in this figure, there are little
12  dots that are pinkish/reddish, that represent thromboxane?
13      A. Yes.
14      Q. And there are little dots that are
15  green that represent prostacyclin?
16      A. Yes.
17      Q. And that the thromboxane is being
18  produced by the little red disks which are platelets?
19      A. Yeah.
20      Q. And the prostacyclin is being produced
21  by the green layer of cells representing the endothelium?
22      A. Yes.
23      Q. I'd like you to mark on your Figure 4
24  the number of dots for thromboxane and prostacyclin in
25  each of these panels. So, for example, the untreated

|  | Page 212 |
|---|---|

1  normal, the top left, I count 9 thromboxane and 13
2  prostacyclin.
3      A. Okay. I see 9 thromboxane. 13
4  prostacyclin.
5      Q. And going down the left, it looks like
6  there's, for the low-dose aspirin, there's 3 thromboxane
7  and the same number of prostacyclins, so 13.
8      A. Yeah.
9      Q. And going down, it looks like the
10  normal for coxib is the same as the untreated, so 9 and
11  13?
12      A. You're testing out my eyes. Yeah, 9
13  and 13.
14      Q. Anyone is welcome to correct me, but
15  I'm trying to save a little time.
16      And back to the top for the untreated
17  atherosclerotic artery. It appears to me there's 20
18  thromboxane and 26 prostacyclins?
19      A. I get 20, yeah, for thromboxane. How
20  many did you get, 26?
21      Q. I got 26.
22      A. I get 25. I've got 25 twice, but...
23  Let's say 25/26.
24      Q. Pretty close. The low-dose aspirin, it
25  looks like there are 5 thromboxanes?

|  | Page 213 |
|---|---|

1      A. Yeah.
2      Q. And it's the same number of
3  prostacylins, so I count 26 but?
4      A. Okay. 25/26.
5      Q. And then the atherosclerotic coxib, I
6  count the same number of thromboxanes as the untreated,
7  which is 20, and then I count 10 prostacyclins?
8      A. I'm getting less. Did you say you got
9  20 thromboxanes?
10      Q. I got 20 thromboxanes?
11      A. Okay, yeah, there's 20. And 10
12  prostacyclin, is that what you count?
13      Q. That's what I counted.
14      A. Okay, yeah.
15      Q. So we're on the same page; going down
16  the left of normal, we have: 9 and 13; 3 and 13; and 9
17  and 13 for thromboxane and prostacyclin; right?
18      A. Yeah.
19      Q. And then for the atherosclerosis side,
20  thromboxane and prostacyclin, we have: 20 and 25 or 26;
21  we have 5 and 25 or 26; and 20 and 10?
22      A. Yeah.
23      Q. All right. And looking at this figure,
24  the authors state that, on the left, we have a vessel that
25  is in normal, normal humans; right?

54  (Pages 210 to 213)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 214

1        A. Yes.
2        Q. No atherosclerosis. So these are
3   people in their, you know, 20s, early 30s maybe, that
4   don't have atherosclerosis yet?
5        A. Well I'm not sure exactly when it could
6   be. Like some people might already have, at 20 and 30,
7   some atherosclerosis, so...
8        Q. Well on the right it has, it looks like
9   there's atherosclerosis that's impinging on the flow of
10  the blood?
11       A. Yeah. The way it's drawn here it --
12  you can't really see the whole blood vessel lumen, so it
13  could be outwardly remodeled but you haven't shown a bulge
14  in this particular diagram.
15       Q. And for the normal it's, you know,
16  there's no bulge into the lumen and there appears to be
17  healthy artery?
18       A. Yeah, that's the way it's depicted
19  there.
20       Q. Okay. And 20-year old, 25-year old
21  women, this would be normal, would be pretty
22  representative of what they, what their arteries look
23  like?
24       MS. SANFORD: Object to the form.
25       THE WITNESS: Well, 20/25 year old women,

Page 215

1   maybe not all but might have -- represents a clean, normal
2   blood vessel.
3        BY MR. TOMASELLI:
4        Q. Do you see on the legend of Figure 4
5   there's a sentence that starts "in the normal artery"?
6        A. Yes.
7        Q. And it states:
8        "In the normal artery, the balance between
9   prostacyclin and thromboxane production favors
10  prostacyclin and inhibition of platelet-dependent thrombus
11  formation."
12       A. I can see that, yeah.
13       Q. Okay. And if we look at our dots,
14  there's 13 prostacyclins and 9 thromboxanes in the normal
15  untreated artery and so there's more prostacyclin than
16  thromboxane; right?
17       A. Yeah. According to this diagram
18  there's more of these little dots for prostacyclin.
19       Q. Right. And the legend says that in
20  this normal artery the balance favors prostacyclin. So,
21  so maybe the 13 is more than 9 means something; agree?
22       MS. SANFORD: Object to the form.
23       THE WITNESS: Well, yeah, the way it's
24  depicted here, I'm not sure where they came up with the
25  numbers for these little symbols, but they're trying to

Page 216

1   show prostacyclin by the blood vessel endothelial wall and
2   then the platelets making thromboxane.
3        BY MR. TOMASELLI:
4        Q. Right. And do you agree with the
5   authors that in a normal untreated artery the balance
6   between prostacyclin and thromboxane favors prostacyclin?
7        A. Well, I'm -- let's see... Well I
8   guess, yeah, I can agree with that.
9        Q. Okay. So you agree with the authors
10  that in the normal untreated artery the balance favors
11  prostacyclin?
12       A. Yup.
13       MS. SANFORD: Object to the form.
14       THE WITNESS: Well that is what is stated
15  there, yeah.
16       BY MR. TOMASELLI:
17       Q. You agree with the authors?
18       MS. SANFORD: Same objection.
19       THE WITNESS: Well I'm -- I put this
20  paper -- I put this article and this figure in my, in my
21  report, so I'm saying that thromboxane and PGI-2
22  prostacyclin in this normal state could be balancing each
23  other.
24       BY MR. TOMASELLI:
25       Q. Right. And the authors in their legend

Page 217

1   say in the normal artery the balance between prostacyclin
2   and thromboxane favors prostacyclin.
3        And my question is do you agree with them?
4        A. Well, yeah, the way it's set out with
5   this, this figure, yeah. And the way there's 13 PGI-2
6   dots there versus 9, yeah.
7        Q. Okay. And then if we go to the
8   atherosclerotic state with the untreated, untreated
9   people?
10       A. Yeah.
11       Q. I think the next sentence in the legend
12  says that:
13       "In the atherosclerotic artery, both
14  prostacyclin and thromboxane productions increased and the
15  net effect is a balance favoring thromboxane."
16       So it's the reverse of the normal artery;
17  right?
18       A. Yeah.
19       Q. And do you agree with the authors?
20       A. Yeah.
21       Q. And so when thromboxane outweighs or is
22  imbalanced against prostacyclin, we would call that a
23  prothrombotic state, favoring thromboxane; right?
24       A. Favoring, yeah. If there is increased
25  thromboxane, it would favour, prothrombotic state.

55 (Pages 214 to 217)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7