Dr. Colin Funk

1      Q. Okay. And so if we look at the numbers
2 of prostacyclins and thromboxanes, there is 20
3 thromboxanes, 25 or 26 prostacyclins. It probably should
4 be the reverse? There should be probably 25 thromboxanes
5 and 20 prostacyclins; right?
6      MS. SANFORD: Object to the form.
7      THE WITNESS: Right. Well, yeah, if you do
8 count all these little dots according to way it's
9 described in that legend, the numbers, you would think,
10 would be reversed.
11      BY MR. TOMASELLI:
12      Q. I'm not trying to be tricky, I'm just
13 trying to see if we agree if you're in a prothrombotic
14 state there should be more of the thromboxanes than the
15 prostacyclins?
16      A. Yeah, if you're officially looking at
17 these little dots and triangles as representing the
18 situation, then, I guess this should be more shown for the
19 thromboxane versus the prostacyclin.
20      Q. And so people who are untreated with
21 any drug, those people that have atherosclerosis, they're
22 already in a prothrombotic state walking around; isn't
23 that right?
24      MS. SANFORD: Object to the form.
25      THE WITNESS: People with atherosclerosis

1 are more susceptible, yeah, to thrombosis than those
2 without atherosclerosis.
3      BY MR. TOMASELLI:
4      Q. Right. Because people with
5 atherosclerosis, they're in a prothrombotic state, they
6 have a balance that favors thromboxane; right?
7      A. The -- there's the potential, yeah, for
8 this imbalance with someone that has atherosclerosis that
9 thromboxane could be outweighing the production of
10 prostacyclin.
11      Q. And so if somebody who's untreated with
12 any drug and has atherosclerosis has plaque rupture, when
13 that plaque rupture occurs, that person's already in a
14 state that favors clotting; right?
15      MS. SANFORD: Object to the form.
16      THE WITNESS: Well, I can't really say
17 exactly how that particular situation would play out.
18      BY MR. TOMASELLI:
19      Q. Well, all we're doing is adding plaque
20 rupture to the top right box. If we add plaque rupture to
21 the top right box, they're still in a prothrombotic state;
22 right?
23      MS. SANFORD: Same objection, object to the
24 form.
25      THE WITNESS: So -- do you want to repeat

1 the question?
2      BY MR. TOMASELLI:
3      Q. Sure. We've already agreed, I think,
4 that people with atherosclerosis are in a prothrombotic
5 state. And I was just adding one more thing to that to say
6 that people with atherosclerosis, if they have plaque
7 rupture, they're also going to be already in a
8 prothrombotic state?
9      MS. SANFORD: Object to the form.
10      THE WITNESS: If there is plaque rupture,
11 then there is a definite prothrombotic state, yeah.
12      BY MR. TOMASELLI:
13      Q. A prothrombotic state due to the plaque
14 rupture or the prothrombotic state that they're already
15 in?
16      A. Well once that plaque ruptures that's a
17 triggering event for platelet activation triggering a very
18 big thrombotic reaction.
19      Q. A what kind of thrombotic?
20      A. A very big thrombotic reaction.
21      Q. So when you compare people with
22 atherosclerosis, like the one in the top right, and you
23 compare people with atherosclerosis with plaque rupture;
24 those are two different ball games, really?
25      A. Yeah. Plaque rupture is, is a

1 different scenario than just having atherosclerosis.
2      Q. If you turn to -- keep that document
3 open, please, the Antman article, but if you turn to your
4 report, page 13?
5      A. Okay.
6      Q. The first full paragraph starts "both
7 COX-1 and COX-2", do you see that?
8      A. Yes, I do.
9      Q. The second sentence says:
10      "COX-1 is found predominantly in normal,
11 healthy blood vessels ex vivo using immuno-staining
12 techniques."
13      Right?
14      A. Yes.
15      Q. Do you agree that COX-1 is the only
16 enzyme, the only COX enzyme in normal healthy arteries?
17      A. No, I don't.
18      Q. If you can read, go back to the Antman
19 article. And in the legend, down from where we were
20 reading previously, there's a sentence that starts "COX
21 abuse suppresses"; do you see that?
22      A. I see that, yeah.
23      Q. "COX abuse suppresses COX-2 dependant
24 prostacyclin in endothelial cells, which has only a
25 marginal effect on the net anti-thrombotic imbalance owing

Dr. Colin Funk

Page 222

1 to the importance of COX-1 as a source of prostacyclin in
2 the normal state."
3           Do you see that?
4      A. Yes.
5      Q. Do you agree with Dr. Antman that COX-1
6 is the source of prostacyclin in the normal state?
7           MS. SANFORD: Object to the form.
8           THE WITNESS: Well, I, I'm saying that
9 there's both COX-1 and COX-2 in the normal state and that
10 both can contribute to prostacyclin formation.
11           BY MR. TOMASELLI:
12      Q. It's your opinion that COX-1 is not the
13 major source of prostacyclin in the normal state?
14      A. It's my opinion that prostacyclin in
15 the normal state is coming from both COX-1 and COX-2.
16      Q. And when you said that, you believe
17 there's COX-2 in normal arteries --
18      A. Yes.
19      Q. -- in humans. What studies are you
20 relying on or what studies come to mind for that opinion?
21      A. Well, I am referring to some of the
22 references I put in my report here.
23      Q. Some of the references after the
24 sentence we read on page 13?
25      A. Yeah, in the middle of --

Page 223

1      Q. 105?
2      A. -- page 13. So, yeah, I'm referring to
3 these different studies that I reference here 105, 114 to
4 116, 29, 30, 117, 118, 100.
5           EXHIBIT NO. FUNK-18: Belton article
6 entitled: Cyclooxygenase-1 and -2-Dependent Prostacyclin
7 Formation in Patients With Atherosclerosis, dated 2000.
8           BY MR. TOMASELLI:
9      Q. I'm going to hand you what I've marked
10 as Funk Exhibit 18.
11           Exhibit 18's study be Dr. Belton?
12      A. Yes.
13      Q. Published in circulation in 2000?
14      A. Yes.
15      Q. You've reviewed this study before;
16 right?
17      A. Yes.
18      Q. This is cite number 105 in your report?
19      A. Yes, it is.
20      Q. And the under the methods and results,
21 the second sentence reads:
22           "COX-2 mRNA was detected in areas of
23 atherosclerosis but not in normal blood vessel walls and
24 there was evidence of COX-1 induction."
25           Did I read that right?

Page 224

1      A. I think so, yes.
2      Q. At least as far as this study goes,
3 Dr. Belton did not find COX-2 in normal blood vessels?
4      A. In this particular study, no, he
5 didn't.
6           EXHIBIT NO. FUNK-19: Schonbeck article
7 entitled: Augmented Expression of Cyclooxygenase-2 in
8 Human Atherosclerotic Lesions, dated 1999.
9           BY MR. TOMASELLI:
10      Q. Dr. Funk, I'm going to hand you Exhibit
11 Number 19. That's a study by Schonbeck?
12      A. Yes.
13      Q. And this was published in 1999?
14      A. Yes.
15      Q. And this is the reference number 114 in
16 your report?
17      A. Yup.
18      Q. And if we look at the abstract about,
19 oh, nine/eight -- nine lines down, there's a sentence that
20 starts "COX-1 mRNA", do you see that?
21           MS. SANFORD: In the abstract?
22           MR. TOMASELLI: Yes, ma'am.
23           THE WITNESS: Yeah, I see that.
24           BY MR. TOMASELLI:
25      Q. Let me read that sentence:

Page 225

1           "COX-1, mRNA and protein localized on
2 endothelial and medial smooth muscle cells of normal
3 arteries, (n = 5), whereas COX-2 expression was not
4 detectable."
5           Do you see that?
6      A. I see that there, yeah.
7      Q. So at least as far as Dr. Schonbeck's
8 study, COX-2 is not present in normal arteries; fair?
9      A. Well I explain in my report why these
10 studies don't see any COX-2 by these techniques, because
11 of the problems associated with getting some of these
12 samples from autopsy specimens and also from the stability
13 standpoint in COX-2 mRNA protein are unstable. So one of
14 the reasons you can't see them is because of that.
15      Q. And is it because there are some
16 concern that the COX-2 mRNA goes away before you can start
17 analyzing it?
18      A. That can be a problem, yes.
19      Q. What's the half life of COX-2 mRNA?
20      A. It depends on the cell type.
21      Q. In endothelial cells?
22      A. Well, it's on the order of 30 minutes
23 to a couple hours.
24      Q. But as far as what's published here so
25 far with Belton and Schonbeck, they didn't see COX-2 in a

Dr. Colin Funk

**Page 226**

1  normal artery; fair?
2          A. Yeah. And I've explained to you,
3  perhaps, why they're not seeing that.
4          Q. So even though they didn't see it, you
5  say they really would have seen it if they would have
6  looked a little quicker?
7          A. Well, some of the in vitro studies
8  looking at the half life can't be extrapolated to the
9  actual vessel itself. So it could be even faster.
10         So I'm saying, yeah, that they might not be
11 able to pick it up because of what happens once you take
12 these vessels out from a person.
13         EXHIBIT NO. FUNK-20: Baker article
14 entitled: Cyclooxygenase-2 Is Widely Expressed in
15 Atherosclerotic Lesions Affecting Native and Transplanted
16 Human Coronary Arteries and Colocalizes With Inducible
17 Nitric Oxide synthase and Nitrotyrosine Particularly in
18 Macrophages, dated 1999.
19 BY MR. TOMASELLI:
20         Q. Dr. Funk, Exhibit 20, I'm handing you
21 is a study by Dr. Baker?
22         A. Yeah.
23         Q. Published in 1999 in ATVB?
24         A. Yes.
25         Q. This is, I believe, your reference

**Page 227**

1  number 115?
2          A. That's correct.
3          Q. And if you open the study to page 650,
4  please, sir?
5          A. Okay.
6          Q. Do you see the section on results in
7  the right-hand column?
8          A. Yes.
9          Q. The first sentence of the second
10 paragraph under that section states:
11         "Immunoreactivity for COX-2 was not
12 detected in coronary arteries taken from unused donor
13 hearts or in histologically normal arteries taken at the
14 time of autopsy."
15         Did I read that right?
16         A. Actually, I don't see where you're
17 reading, no. I didn't see the...
18         Q. I'm sorry. The first sentence of the
19 second paragraph.
20         A. Oh, the second. I was looking at the
21 first one.
22         Q. I'm sorry, I may have said first.
23         Do you see how in the first sentence of the
24 second paragraph it says we didn't see COX-2 in the
25 coronary arteries when we looked at the donor hearts and

**Page 228**

1  the --
2          A. Yeah, I see that.
3          Q. You see that. And so like Dr. Belton's
4  study and Dr. Schonbeck's study, Dr. Baker didn't see
5  COX-2 in normal arteries?
6          A. Again, this was an autopsy specimen.
7  So there's issues with the processing and time to obtain
8  the tissue. That could have explained that result.
9          Q. If you look at page 648, sir, if you'll
10 turn to that page, please?
11         A. Okay.
12         Q. The left-hand column, about seven lines
13 down?
14         A. Yup.
15         Q. It says 'tissue was fixed within two
16 hours of receipt".
17         A. Okay.
18         Q. For the donor hearts?
19         A. Yeah.
20         Q. So COX-2 should show up in this one
21 from the donor hearts at least; right?
22         A. No, not necessarily.
23         Q. So when you said the half life was two
24 hours, it's not two hours?
25         A. I think I said the half life was

**Page 229**

1  somewhere between 30 minutes and a couple hours, so --
2          Q. And how long -- I'm sorry, sir.
3          A. -- it could have been completely gone
4  by the time they isolated the tissue.
5          Q. How long -- how many half lives does
6  something go through before it becomes undetectable?
7          A. Well the thing is, when people do
8  half-life studies they're done in vitro and you can't
9  always extrapolate from those cultured cell experiments to
10 what's actually going on in the in tact blood vessels.
11         So it could have gone through many half
12 lives by the time it had been processed, the tissue.
13         Q. But at least, as we can agree, that at
14 least what this study says is that when they looked for
15 COX-2 in the normal arteries they didn't see it?
16         A. We can say, yeah, this particular time
17 point when they collected the, by this particular method
18 immuno staining they didn't see any.
19         Q. What's the half life of COX-1 mRNA;
20 sir?
21         A. I don't know the exact half life.
22         Q. Is it about the same as COX-2?
23         A. It should be more than COX-2, the half
24 life, because it doesn't contain any of the -- this gene
25 doesn't contain any of these instability sequences in

Golkow Litigation Technologies - 1.877.DEPS.USA

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 230

1   their part of the gene.
2        Q.  So --
3        A.  COX-1 is a more stable protein than
4   COX-2 and the mRNA as well, more stable.
5        Q.  So you think there's a longer half life
6   of COX-2 but you're not sure of the time; fair?
7        A.  I just don't know off the top of my
8   head --
9        Q.  Okay.
10        A.  -- what's been reported in the
11   endothelial cells.
12        EXHIBIT NO. FUNK-21:  Stemme article
13   entitled: Expression of Cyclo-oxygenase-2 in Human
14   Atherosclerotic Carotid Arteries, dated 2000.
15        BY MR. TOMASELLI:
16        Q.  The next study you cite for the
17   proposition -- or the next study you referred me to for
18   the proposition that COX-2 is in normal arteries is
19   reference number 116, which I believe is an article by
20   Stemme?
21        A.  Yes.
22        MS. SANFORD:  That's 21?
23        MR. TOMASELLI:  That's 21, yes.
24        BY MR. TOMASELLI:
25        Q.  And you've reviewed this article?

Page 231

1        A.  Yes.
2        Q.  And if you turn over, well the results
3   I'm sorry the abstract, the results, the first thing they
4   say is COX-2 is found in atherosclerotic plaque?
5        A.  Yes.
6        Q.  But to be fair, if you turn over to
7   page 148, please?
8        A.  Okay.
9        Q.  You see the results section?
10        A.  Yes.
11        Q.  And there's a subsection underneath
12   that that says, basically, COX expression in
13   non-atherosclerotic vessels?
14        MR. BIRCHFIELD:  I'm sorry, Joe, where are
15   you?
16        MR. TOMASELLI:  Page 148, under results,
17   under the subsection, COX expression in
18   non-atherosclerotic vessels.
19        MR. BIRCHFIELD:  Okay.
20        THE WITNESS:  Yup, on the right hand side?
21        BY MR. TOMASELLI:
22        Q.  Yes, sir.  Sorry, I should have said
23   right.
24        A.  I see that.
25        Q.  And if you read down, it says:

Page 232

1        "Sparse staining for COX-2 was also
2   detected in some parts of the endothelium."
3        A.  Umm...
4        Q.  You see that?  Last two sentences of
5   the --
6        A.  "Sparse staining for COX-2 was also
7   detected in some parts of the endothelium (data not
8   shown)."  Yes?
9        Q.  And:
10        "COX-1 protein was detected in the luminal
11   endothelium in the mammary arteries as well as in the
12   saphenous veins."
13        A.  Yes.
14        Q.  So here's a study where they looked for
15   COX-2 in normal arteries and actually found a little bit,
16   but it was sparse, in some parts of the endothelium;
17   right?
18        A.  That's what they say, yeah.
19        Q.  Is that different than your
20   understanding?
21        A.  Well they say sparse staining was
22   detected but they didn't show the data.  So, I'm just
23   reading their statement there.
24        Q.  In this case what we're worried about
25   is what enzymes are present in the endothelium; right?

Page 233

1        A.  We're interested, yeah, it depends what
2   we're talking about we're interested in.
3        Right now I guess we're covering where
4   these COX enzymes are in the blood vessel, it could be the
5   endothelium smooth muscle cells, the front layers of the
6   blood vessels.
7        Q.  Right, from the prostacyclin production
8   that's going to come from endothelial cells; right?
9        A.  It's coming from the endothelial cells,
10   it's also being made by the smooth muscle cells.
11        Q.  So Dr. Antman in his cartoon should
12   have drawn some prostacyclin coming from smooth muscle
13   cells?
14        MS. SANFORD:  Object to the form.
15        THE WITNESS:  Well, I don't know why he
16   drew it like this, but prostacyclin is also made by smooth
17   muscle as well as endothelial cells.
18        BY MR. TOMASELLI:
19        Q.  I thought you said the major producer
20   of prostacyclin, earlier, is the endothelium?
21        A.  Yeah.  The endothelium layer is the
22   most abundant producer of prostacyclin.
23        Q.  So it's the biggest player in this
24   whole deal; right?
25        A.  Yeah.  Yeah, when we're considering the

59 (Pages 230 to 233)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 234

1  vasculature, the endothelial cell the most abundant
2  producer of prostacyclin.
3        Q.  And this study, although they don't
4  show us the data, says that there was COX-2 sparsely in
5  the endothelium and in some parts?
6        A.  In some parts of the endothelium, yeah.
7        Q.  We talked, I think, about the studies
8  in this HUVEC cells.
9        A.  Which study.
10       Q.  I think what you referred to as 29 and
11  30 in your report on that page?
12       A.  Okay.
13       Q.  You remember talking about those?
14       A.  Well there's been brief mention of them
15  today.  We didn't really go into any detail of them.
16       Q.  Right.  But the people who have those
17  cells that took Vioxx would be pregnant women; right?
18       A.  Well I can't answer it in that form.
19       Q.  You can't answer it in that form?
20       A.  No.  The question is kind of ambiguous.
21  What are you asking me?
22       Q.  What humans have HUVEC cells that could
23  potentially have taken Vioxx?
24       A.  Humans have endothelium cells, all
25  humans.

Page 235

1        Q.  Right.  But my question is what humans
2  have HUVEC cells that could potentially have taken Vioxx?
3        MS. SANFORD:  Object to the form.
4        THE WITNESS:  HUVEC are a model cell used
5  for culture studies in vitro.
6        BY MR. TOMASELLI:
7        Q.  They're the studies we look at in the
8  test tube and in the culture dishes?
9        A.  Yeah.
10       Q.  And you would agree that culturing
11  cells can sometimes create artifacts and alter expression
12  of genes and enzymes?
13       MS. SANFORD:  Object to the form.
14       BY MR. TOMASELLI:
15       Q.  You disagree with that?
16       MS. SANFORD:  Same objection.
17       THE WITNESS:  I would say that cultured
18  cells are used by scientists to study cultured endothelial
19  cells, in particular HUVEC, are used to study what goes on
20  in a blood vessel.
21       MR. BIRCHFIELD:  Joe, when you get to a
22  breaking point let's take a quick break, if we could?
23       MR. TOMASELLI:  Sure, any time.
24       --- Upon recess at 3:59 p.m.
25       --- Upon resuming at 4:08 p.m.

Page 236

1        EXHIBIT NO. FUNK-22:  Loftin article
2  entitled: Failure of ductus arteriosus closure and
3  remodeling in neonatal mice deficient in cyclooxygenase-1
4  and cyclooxygenase-2, dated 2001.
5        BY MR. TOMASELLI:
6        Q.  Dr. Funk, we've been going through some
7  of the studies that you claim support your opinion that
8  COX-2 is found in the endothelium of arterial vessels in
9  humans.
10       I'm going to hand you what I've marked as
11  Funk Exhibit 22 and this is a study that you rely on for
12  that proposition; right?
13       A.  Yes, it's one of the studies that I've
14  referenced.
15       Q.  And it's study number 121.
16       A.  Yes.
17       Q.  And this, this study by Loftin was
18  published in 2001?
19       A.  Yes.
20       Q.  And this study talks about the role of
21  COX-1 and COX-2 in a vessel called the ductus arteriosis;
22  correct?
23       A.  Yes.
24       Q.  And the role of COX-2, in this
25  instance, is to actually shut the vessel down, to close it

Page 237

1  off the ductus arteriosis; correct?
2        A.  The role is to, yeah, assist with the
3  closure of the ductus arteriosis.
4        Q.  And the reason we have to have closure
5  to the ductus arteriosis when we're born is so that the
6  blood goes to the, the oxygenated blood goes to the lung
7  instead of back to the umbilical cord; correct?
8        A.  Well actually it's not the oxygenated
9  blood, it's the -- this is one of the -- it's blood going
10  from the pulmonary arteries; which is one of the few
11  instances where the blood's not the, what's referred to as
12  the oxygenated form.  But it needs to get to the lungs,
13  that's the idea.
14       Q.  Okay.  So, big picture, our bodies --
15  with our bodies when we're born, the blood has to now get
16  to the lungs and for that to happen we need to have
17  closure of the ductus arteriosis; right?
18       A.  Yes.
19       Q.  And the smooth muscle cells of the
20  ductus arteriosis, in this instance, perform
21  vasoconstriction to the point where it actually closes the
22  artery off so the artery is no longer functional; right?
23       A.  Yeah.  They're the specialized smooth
24  muscle cells in the ductus arteriosis that need to
25  constrict.

Golkow Litigation Technologies - 1.877.DEPS.USA

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 238

1    Q. And COX-2 is the enzyme in the smooth
2  muscle cells that make this happen?
3    A. It's one of the main ones, yes,
4  required.
5    Q. And what this study says is, is that
6  the COX-2s and the smooth muscle cells but it's not in the
7  endothelium; right?
8    A. Yeah. In this particular blood vessel
9  it's in the smooth muscle cells.
10   Q. Yeah. If we turn over the page 1063,
11 left column, under the heading Immunohistochemistry of
12 COX-1 and COX-2 in the ductus arteriosis. You see that?
13   A. Yes.
14   Q. And eight lines down, do you see where
15 it says:
16   "COX-2 was not detected in the endothelial
17 cells lining the ductus arteriosis lumen."
18   A. Yeah, I see that.
19   Q. And, again, what we're worried about in
20 the Vioxx case is whether prostacyclin is being produced
21 from the endothelium, not generally from somewhere else;
22 right?
23   A. Well I've mentioned to you that
24 prostacyclin can be made by both endothelial cells and
25 smooth muscle cells.

Page 239

1    Q. But I thought we also agreed that the
2  biggest player in this whole issue with prostacyclin
3  production was what enzyme is making the prostacyclin in
4  the endothelial cells?
5    A. Well what I've said that prostacyclin
6  synthesis is greatest in the endothelial cells and then
7  decreases as you progress out towards the outside of the
8  blood vessel. But the smooth muscle component of
9  prostacyclin synthesis can also be important.
10   Q. Is it your contention that Vioxx
11 reduces the manufacture of prostacyclin in the smooth
12 muscle cells as well?
13   A. It would reduce all the vascular
14 prostacyclin production both in endothelial cells and
15 smooth muscle cells.
16   Q. Okay. But for this study our take home
17 from this study can be that COX-2 was not present in the
18 endothelial cells of this artery; right?
19   MS. SANFORD: Object to the form.
20   THE WITNESS: Well in this particular study
21 COX-2 was found primarily in the smooth muscle cells, yes.
22   BY MR. TOMASELLI:
23   Q. And it was not detected in the
24 endothelial cells; correct?
25   A. In this particular study, in this

Page 240

1  vessel, it wasn't detected in the endothelial cells it was
2  in the smooth muscle cells.
3    Q. Now you would agree that closing off or
4  shutting down a coronary artery, that would be a bad thing
5  in a human; right?
6    A. Yeah, you don't want to close off the
7  coronary artery.
8    Q. So if COX-2 shut down a coronary artery
9  like it shuts down the ductus arteriosus, COX-2 would be a
10 bad actor in that instance; correct?
11   A. Well you can't consider it that way
12 because the ductus arteriosus is a different type of blood
13 vessel. It has a very unique type of smooth muscle
14 structure. It's not the same as in a coronary artery,
15 so...
16   Q. So we should really just throw this
17 study out with respect to whether prostacyclin or what
18 makes prostacyclin in the coronary arteries, because, as
19 you said, the ductus arteriosus is a special case?
20   MS. SANFORD: Object to the form.
21   THE WITNESS: Well I put it in here to say
22 in my particular line of reasoning that COX-2 is in blood
23 vessels and in this particular blood vessel it's very
24 important for specific function to close off the -- this
25 particular blood vessel.

Page 241

1  BY MR. TOMASELLI:
2    Q. This study doesn't help us in any way
3  determine whether COX-2 is in a coronary artery; correct?
4    MS. SANFORD: Object to the form.
5    THE WITNESS: This study is the not dealing
6  with a coronary artery, no, it's dealing with the ductus
7  arteriosus.
8    EXHIBIT NO. FUNK-23: Topper article
9  entitled: Identification of vascular endothelial genes
10 differentially responsive to fluid mechanical stimuli:
11 Cyclooxygenase-2, manganese superoxide dismutase, and
12 endothelial cell nitric oxide synthase are selectively
13 up-regulated by steady laminar shear stress, dated 1996.
14   BY MR. TOMASELLI:
15   Q. I'm going to hand you what I've marked
16 as Funk Exhibit 23. And this is a study by Dr. Topper?
17   A. Yes.
18   Q. That was published in 1996?
19   A. Yes.
20   Q. You've read this study; correct?
21   A. Yes.
22   Q. And Dr. Topper studied these HUVEC
23 cells; right?
24   A. That's correct.
25   Q. And on the first page, left-hand column

Dr. Colin Funk

Page 242

1  almost to the bottom but maybe ten lines from the bottom
2  or so, there's a sentence that starts "arterial
3  bifurcations and curvatures"; do you see that?
4      A.  Yes.
5      Q.  And that's what we talked about before
6  that when there's arterial bifurcations and curvatures, we
7  have lesion-prone areas that they might have lesions and
8  there's disturbed flow over those?
9      A.  Yeah.
10     Q.  But when we go to the smooth portions
11  of the arteries, they're lesion protected, that's where
12  the laminar flow occurs; right?
13     A.  Well in normal, in normal vessels,
14  depending on where you are in the vasculature, there is
15  this laminar flow.  If there's no bifurcations or curve --
16  sudden curves, yeah.
17     Q.  But the disturbed flow that's where the
18  bifurcation might be or the atherosclerotic lesion; right?
19     A.  Yes.
20     Q.  And if you go up to the abstract, about
21  in the middle, seven/eight lines down.  Do you see a
22  sentence that starts "A differential display strategy"?
23     A.  Yes.
24     Q.  It says:
25         "A differential display strategy using

Page 243

1  cultured human endothelial cells has identified two genes,
2  manganese superoxide dismutase..."
3      A.  Yes.
4      Q.  ..."and COX-2..."
5      A.  Yes.
6      Q.  "...that exhibit selective and
7  sustained up-regulation by steady laminar shear stress..."
8          And then it goes on to say that:
9          "Turbulent shear stress, a nonlaminar fluid
10  mechanical stimulus, does not induce these genes."
11         Right?
12     A.  That's correct.
13     Q.  What Dr. Topper found is the cells that
14  were exposed to turbulent shear stress did not have an
15  increase in the COX-2, gene; right?
16     MS. SANFORD:  Object to the form.
17     THE WITNESS:  This particular study showed
18  that turbulent shear stress did not induce a COX-2 gene.
19     EXHIBIT NO. FUNK-24:  McCormick article
20  entitled: DNA microarray reveals changes in gene
21  expression of shear stressed human umbilical vein
22  endothelial cells, dated 2001.
23     BY MR. TOMASELLI:
24     Q.  I'm going to hand you what I've marked
25  as Funk Exhibit Number 24.  This is a study be

Page 244

1  Dr. McCormick?
2      A.  Yes.
3      Q.  That was published in the proceedings
4  in 2001?
5      A.  Yes.
6      Q.  And if you look at the last sentence of
7  the methods section on the first page, she cultured HUVEC
8  cells for three days and then exposed them to shear
9  stress; right?
10     A.  Cells were cultured for three days
11  before exposure to shear stress, yup.
12     Q.  Is that right?
13     A.  Yeah.
14     Q.  If you turn over to page 8956?
15     A.  Okay.
16     Q.  Do you see the right-hand column?
17     A.  Yeah.
18     Q.  The last paragraph above the
19  discussion?
20     A.  Yes.
21     Q.  If you go down to the second sentence,
22  it says PGHS-2; what's that?
23     A.  That's COX-2.
24     Q.  So:
25         "COX-2 had a microarray mRNA ratio of 2.2

Page 245

1  at 6 hours, in agreement with the Northern mRNA ratio of
2  2.5."
3      A.  Oh, okay, yeah.
4      Q.  "But at 24 hours we found no
5  significant differences in COX-2 mRNA levels between shear
6  stressed and controlled cells."
7          Do you see that?
8      A.  I see it.
9      Q.  So when you allowed shear stress to
10  keep going on these HUVEC cells for 24 hours, COX-2 is no
11  longer up-regulated; isn't that true?
12     A.  Well this is one particular study that
13  did it their methods, Topper did it another way.  So just
14  because one found it and one didn't doesn't really mean
15  anything.
16     Q.  Well you're relying on Topper; right?
17     A.  Yeah.
18     Q.  And you didn't cite this McCormick
19  study; did you?
20     A.  No, I don't think so.
21     Q.  And actually, Topper, he didn't find
22  COX-2 up-regulated with turbulent flow where the
23  atherosclerotic lesions would be either?
24     MS. SANFORD:  Object to the form.
25     BY MR. TOMASELLI:

Dr. Colin Funk

Page 246

1    Q. Did he?
2    MS. SANFORD: Object to the form.
3    THE WITNESS: Topper didn't do studies in
4  turbulent flow in actual blood vessels, he did it in
5  endothelial cells.
6    BY MR. TOMASELLI:
7    Q. Right. The study that you relied on by
8  Topper when he exposed those HUVEC cells to turbulent
9  flow --
10    A. Yeah.
11    Q. -- there was no increase in COX-2
12  expression; right?
13    A. Well he did these umbilical vein
14  studies in vitro. But I also reference in my report a
15  study that did the microarray analysis in a different
16  fashion where they did observe an increase in turbulent
17  flow.
18    Q. And I think, Dr. Davies -- you're
19  referring to that study; right?
20    A. Yes.
21    Q. And Dr. Davies found that basically the
22  coronary arteries would be under turbulent flow; right?
23    MS. SANFORD: Object to the form.
24    THE WITNESS: Well the, it depends which
25  study we're looking at. Davies, I don't think, was the

Page 247

1  first author. Wait, let's see. It was actually the one
2  reference 126, Davies was the senior author on that.
3    Q. And just so the record's clear, when
4  Topper did his study, he did not find any increase in
5  COX-2 expression when he exposed his cells to turbulent
6  flow; right?
7    A. Yeah, in his in vitro studies he
8  observed the change in COX-2 expression in laminar shear
9  and not the turbulent shear stressed cells.
10    EXHIBIT NO. FUNK-25: Passerini article
11  entitled: Coexisting proinflammatory and antioxidative
12  endothelial transcription profiles in a disturbed flow
13  region of the adult porcine aorta, dated 2004.
14    BY MR. TOMASELLI:
15    Q. You refer to another study where
16  Dr. Davies was the senior author. I'm going to hand you
17  deposition number 25 and ask you if that's the study you
18  were thinking of?
19    A. Yes, that is.
20    Q. That study is with a first author named
21  Passerini?
22    A. Yes.
23    Q. And what Dr. Passerini did is he was
24  looking for any difference in gene expression when you
25  exposed, I think, pig cells to flow?

Page 248

1    A. Yes, these were pig blood vessels.
2    Q. First time we've seen pigs; right?
3    A. Yes. So far I think this is the first
4  time we've looked at pigs.
5    Q. And what Dr. Passerini found is that
6  when you exposed these pig cells to disturbed flow, COX-2
7  is up-regulated about 1.5 times; right?
8    A. That's correct.
9    Q. And you would agree that as a matter of
10  science, less than 2-fold increase is considered a small
11  amount of induction?
12    MS. SANFORD: Object to the firm.
13    THE WITNESS: Well in this particular
14  study, according to the way they did it, they observed a
15  1.55-fold increase, which is relatively small but it is an
16  increase.
17    BY MR. TOMASELLI:
18    Q. But you would agree it's a weak
19  induction or a small induction?
20    A. It's an induction. Since it's an in
21  vitro study, again, I can't comment how much actually is
22  going on in vivo because it's difficult to actually
23  analyze these samples.
24    Q. And if you if you look at 2484, it
25  looks like there's a chart where they looked at whether

Page 249

1  gene were up-regulated or not?
2    A. Where are you, 2484?
3    Q. 2484, upper left. You see that?
4    A. Yes, I do.
5    Q. And certain gene were tested a couple
6  of times in order to validate the increase --
7    A. Yeah.
8    Q. -- was it real or not?
9    A. Yeah.
10    Q. And you can see toward the bottom that
11  some of the gene were not validated?
12    A. Well there's a white area which says
13  high inter-animal variability.
14    Q. And COX-2, that gene is not even in the
15  chart as being validated; right?
16    A. No, it's not in this chart. So I'm not
17  sure -- I can't explain why they didn't do it. They might
18  have done it or they might not have done it in this --
19  they had a lot of genes in their lists here.
20    Q. What we do know is that, for example,
21  the first gene, GPX-3, if we look on the next page the
22  first one under oxidative mechanism, that ratio is 5.64;
23  right?
24    A. That's correct.
25    Q. So that's a much larger induction ratio

63 (Pages 246 to 249)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 250

1 than 1.55; right?
2        A. Yeah. The GPX-3 would have been
3 induced under these particular settings more than the
4 COX-2.
5        But one of the explanations, again, could
6 be the stability of this measure -- this COX-2 measure,
7 which has a very short half life that could explain some
8 of the problems.
9        Q. You'd agree if there's not much COX-2
10 in endothelial cells, like Stemme told us that it was
11 sparse, that 1.5 times sparse is still sparse; would you
12 agree with that?
13        MS. SANFORD: Object to the form.
14        THE WITNESS: No, I don't because I
15 mentioned that in my report that there are a number of
16 reasons why we don't detect very large amounts of COX-2 in
17 some of these human blood vessel samples.
18        BY MR. TOMASELLI:
19        Q. You'd agree there's a scientific debate
20 regarding whether the COX-2 gene is expressed in
21 endothelial cells; wouldn't you?
22        A. I don't think there's any debate. I
23 think we know that COX-2 is there in blood vessels,
24 especially based on these urinary metabolite measures and
25 the fact that the coxibs are causing the 65 to 80 percent

Page 251

1 reduction.
2        Q. You keep saying 85 percent reduction --
3        A. No. I said 65 to 80.
4        Q. Okay. You keep saying 80 percent
5 reduction with Vioxx and, just so I'm clear, that's with
6 Vioxx and aspirin; right?
7        MS. SANFORD: Object to the form.
8        THE WITNESS: That -- in that particular
9 study, that was 80 percent with Vioxx, yeah, that was with
10 aspirin.
11        BY MR. TOMASELLI:
12        Q. But without aspirin, when it's just
13 Vioxx alone and it's 25 milligrams, it's about 50 percent;
14 right?
15        MS. SANFORD: Object to the form.
16        THE WITNESS: Well we've gone over some of
17 that where the one that I cite I think was around 65
18 percent, the Catella-Lawson paper.
19        BY MR. TOMASELLI:
20        Q. Would you agree there's a scientific
21 debate regarding whether COX-2 gene expression is
22 increased when cells are exposed to shear stress like
23 blood flow?
24        MS. SANFORD: Object to the form.
25        THE WITNESS: I would say that the data is

Page 252

1 out there and COX-2 is expressed by shear stress. There
2 might be some debate about whether it's laminar shear
3 stress or turbulent shear stress, but COX-2 is expressed
4 in the vasculature.
5        BY MR. TOMASELLI:
6        Q. I think we've established it's your
7 position that Vioxx reduces PGIM and does not effect
8 thromboxane levels and this creates an imbalance which
9 puts a person who took Vioxx at an increased risk for
10 cardiovascular event?
11        A. Yeah.
12        Q. It is your position that any drug that
13 creates this imbalance would pose a cardiovascular risk?
14        MS. SANFORD: Object to the form.
15        THE WITNESS: You'd have to tell me what
16 drug you're referring to.
17        BY MR. TOMASELLI:
18        Q. A hypothetical drug that reduces PGIM
19 but does not reduce thromboxane, is that drug -- is that
20 drug because of the imbalance put you -- or a person, at
21 an increased risk for cardiovascular events?
22        MS. SANFORD: Object to the form.
23        THE WITNESS: I can't speculate on a
24 hypothetical drug.
25        BY MR. TOMASELLI:

Page 253

1        Q. Say a drug reduced PGIM by 60 percent
2 and did not effect thromboxane levels, would that drug
3 with that kind of imbalance put a person at a risk for
4 cardiovascular events?
5        MS. SANFORD: Object to the form.
6        THE WITNESS: Well if you refer me to a
7 specific drug then I can maybe answer that.
8        BY MR. TOMASELLI:
9        Q. You can't answer it just with that
10 hypothetical?
11        A. No. It would be better if you give me
12 a drug.
13        Q. Well what we know about Vioxx is this
14 imbalance theory that it reduces PGIM by, say, 60 percent,
15 and it does not effect thromboxane levels; right?
16        A. We've gone through, yeah, that Vioxx
17 can decrease this PGIM by about 65 to 80 percent and then
18 without effecting thromboxane production.
19        Q. Say another drug reduced PGIM by 60
20 percent and didn't effect thromboxane, would that same
21 drug put you in an imbalanced state?
22        MS. SANFORD: Object to the form.
23        THE WITNESS: Well blocking prostacyclin
24 production by Vioxx by that amount would create some risk.
25        BY MR. TOMASELLI:

64  (Pages 250 to 253)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 254

1    Q. What about Celebrex? That reduces PGIM
2 by 80 percent and doesn't effect thromboxane. Does
3 Celebrex create an imbalance that puts persons at a
4 cardiovascular risk?
5        MS. SANFORD: Object to the form.
6        THE WITNESS: Well Celebrex is a member of
7 this COX-2 inhibitor family and can also promote
8 cardiovascular risk.
9        BY MR. TOMASELLI:
10    Q. And what about if there's another drug
11 that's similar to Vioxx, similar to Celebrex, reduced PGIM
12 by 60 percent but didn't effect thromboxane levels;
13 wouldn't that also put a person in an imbalanced state and
14 create a cardiovascular risk?
15        MS. SANFORD: Object to form.
16        THE WITNESS: Well you'll have to tell me
17 the drug you're thinking about.
18        BY MR. TOMASELLI:
19    Q. Why?
20    A. Well because I need to know if it's a
21 COX-2 inhibitor and the mechanism of action is known. If
22 it's some other drug that might have some other effects
23 that we can't see that if it's doing something else
24 besides what we know COX-2 inhibitors do.
25    Q. So it's not the imbalance that's the

Page 255

1 issue, it's the imbalance plus whatever else a COX-2
2 inhibitor does that creates the risk?
3    A. I'm not sure I'm following exactly
4 what --
5    Q. Well I thought you said that the
6 cardiovascular risk with Vioxx was created because of an
7 imbalance between two things, prostacyclin and
8 thromboxane; right?
9    A. Well I've put down in my report here
10 that COX-2 derived in addition of prostacyclin -- excuse
11 me I'm getting a bit distracted.
12        (REPORTER'S NOTE: Knock on the door.)
13        BY MR. TOMASELLI:
14    Q. Okay. I think we agreed earlier that
15 the cardiovascular risk that you believe exists with Vioxx
16 stems from the fact that Vioxx produces prostacyclin
17 without a valid concomitant reduction of thromboxane; is
18 that fair.
19        MS. SANFORD: Object to the form.
20        THE WITNESS: Well we've gone through some
21 of the things in my report where I've said that Vioxx can
22 decrease vascular prostacyclin without effecting platelet
23 thromboxane.
24        BY MR. TOMASELLI:
25    Q. And that's the essence of the risk;

Page 256

1 right?
2        A. Well this is the, one of the major, you
3 know, ideas behind what I've written here.
4    Q. That's the major idea behind what's in
5 your report; right?
6        A. Well, yeah, I'm stating that the way
7 that these COX-2 inhibitors act is to reduce vascular
8 prostacyclin without effecting platelet thromboxane as
9 really the main mechanism of how they react in the
10 vasculature.
11    Q. You obviously followed the development
12 of COX-2 inhibitors and followed the literature while
13 Vioxx was on the market and Bextra was on the market;
14 right?
15        MS. SANFORD: Object to the form.
16        THE WITNESS: Followed the development of
17 the drugs?
18        BY MR. TOMASELLI:
19    Q. You followed, at least once they hit
20 the market, you followed them in the literature?
21        A. I've looked at the literature that
22 deals with the various COX-2 inhibitors.
23    Q. But you followed the literature back in
24 the day when they were on the market; right?
25        MS. SANFORD: Object to the form.

Page 257

1        THE WITNESS: I'm always reading the
2 literature related to these particular drugs.
3        BY MR. TOMASELLI:
4    Q. You continue to follow the literature
5 today?
6        A. With COX-2 inhibitors?
7    Q. Yes, sir.
8    A. Yes.
9    Q. You agree that Vioxx worked well for
10 the vast majority of people and was safe for the vast
11 majority of people who took it?
12        MS. SANFORD: Object to the form.
13        THE WITNESS: I can't say it was helpful
14 for the vast majority of people that took it.
15        BY MR. TOMASELLI:
16    Q. You cannot say that?
17    A. No, I can't, because it depends who
18 you're referring to.
19    Q. You never said or published anything
20 saying that Vioxx should never be developed or come to
21 market; isn't that true?
22    A. Did I ever say that it shouldn't be?
23    Q. Yes, sir.
24    A. No, I don't think so.
25    Q. Did you ever publish anything saying

65 (Pages 254 to 257)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 258

1 that Vioxx should not be developed or come to market?
2         A. I don't recall ever publishing
3 anything.
4         Q. Have you ever published anything saying
5 that Vioxx should have been withdrawn from the market?
6         A. No, I don't think so.
7         Q. You never told anyone at Merck that
8 Vioxx should be withdrawn from the market; correct?
9         A. No.
10         MS. SANFORD: Object to the form.
11         THE WITNESS: I don't recall any
12 conversations with people at Merck about this.
13         BY MR. TOMASELLI:
14         Q. You never published anything while
15 Vioxx was on the market saying that the risks of Vioxx
16 outweighed any of the benefits; right?
17         A. No, I don't recall publishing anything
18 on that.
19         Q. I think we've covered this, but you've
20 worked with Dr. FitzGerald in the past?
21         A. Yes, I have.
22         Q. And still today probably?
23         A. Yeah, I'm still working with him.
24         Q. You've published with him?
25         A. Yes.

Page 259

1         Q. You believe he's a reliable and
2 respected scientist?
3         MS. SANFORD: Object to the form.
4         THE WITNESS: I can say he's published a
5 lot of respectable studies, yes.
6         BY MR. TOMASELLI:
7         Q. Do you believe he uses good and
8 appropriate and reliable methodology when he writes?
9         MS. SANFORD: Object to the form.
10         THE WITNESS: Well I believe that
11 Dr. FitzGerald is, umm, well carries out studies in a, in
12 a reasonable manner, yeah.
13         BY MR. TOMASELLI:
14         Q. Have you read his writings on the
15 imbalance hypothesis and what he's written in the
16 literature?
17         A. I've reviewed most of his publications
18 in the literature, in the scientific literature.
19         EXHIBIT NO. FUNK-26: FitzGerald article
20 entitled: Coxibs and Cardiovascular Disease, dated 2004.
21         BY MR. TOMASELLI:
22         Q. I'm going to hand you what I've marked
23 as Deposition Exhibit Number 26. And this is a
24 publication by Dr. FitzGerald; right?
25         A. Yes.

Page 260

1         Q. And if you look at the first page, down
2 at the bottom right, there's a paragraph that starts with
3 "thus", do you see that?
4         A. Yes.
5         Q. He writes:
6         "Thus, a single mechanism, depression of
7 prostaglandin I2 formation, might be expected to elevate
8 blood pressure, accelerate atherogenesis, and predispose
9 patients receiving coxibs to an exaggerated thrombotic
10 response to the rupture of an atherosclerotic plaque."
11         Do you see that?
12         A. Yes.
13         Q. This is what you've written about in
14 your report. Do you agree with Dr. FitzGerald on that?
15         A. Yeah.
16         Q. If you turn over the page, please. The
17 right-hand column.
18         A. Okay.
19         Q. You see a paragraph about three down
20 that starts "before the results"?
21         A. I see that yeah.
22         Q. It says:
23         "Before the results of the APPROVE study
24 were released, the scientific evidence of gastrointestinal
25 benefit from coxibs in VIGOR and TARGET trials appeared to

Page 261

1 outweigh the evidence of cardiovascular risk."
2         Do you see that?
3         A. Yes. Yes, I do.
4         Q. And you agree with Dr. FitzGerald on
5 that; correct?
6         A. Yeah, I would agree with him there.
7         Q. Have you ever studied the effect of
8 smoking on the endothelium?
9         A. No, I haven't.
10         Q. Have you ever studied what effect a
11 high-fat diet has on the endothelium?
12         A. In my animal studies I've looked at
13 high fat on atherosclerosis, yes.
14         Q. And can you summarize for the jury what
15 you found with respect to a high-fat diet and what effect
16 that has on the coronary endothelium?
17         A. Well, I'm not in front of a jury, I
18 guess, so what do you mean?
19         Q. Can you explain, can you explain to me
20 what effects a high-fat diet has on a coronary
21 endothelium?
22         A. In our animal studies high-fat diet can
23 lead to increase in atherosclerosis.
24         Q. So just a high-fat diet in and of
25 itself can cause atherosclerosis?

66  (Pages 258 to 261)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 262

1        A.  Well it can lead to accumulation of fat
2  in the blood vessel wall.
3        Q.  And what does the accumulation of fat
4  in the blood vessel wall, what does that lead to?
5        A.  The build up of fat in the blood vessel
6  wall will lead to fatty streaks in the vessel wall.
7        Q.  And I guess the fatty streaks begin the
8  process of endothelial dysfunction and potential problems?
9        A.  There are problems that can develop if
10  they -- the fat is not removed.
11        Q.  And what, what are those problems that
12  can develop?
13        A.  Well fatty streaks can progress to more
14  advanced lesions and more advanced lesions that have
15  different, different types build up of cholesterol
16  deposits, some plaques can be classified as stable/some as
17  unstable.
18        Q.  And the unstable plaques can rupture
19  and clots can form and people can have heart attacks;
20  right?
21        A.  Yeah, that's right.
22        Q.  And you don't need a drug for that to
23  happen?  That can happen naturally; right?
24        A.  Yeah, you don't need a drug for plaque
25  to rupture.

Page 263

1        Q.  As of late 2001 -- I want to take you
2  back in time again.  As of late 2001, would you agree that
3  there was no support for an increased incidence of adverse
4  effects for COX-2 selective inhibitors compared with
5  traditional NSAIDs?
6        MS. SANFORD:  Object to the form.
7        THE WITNESS:  Can you repeat that?
8        BY MR. TOMASELLI:
9        Q.  Sure, sure.  Taking you back to late
10  2001?
11        A.  Yeah.
12        Q.  Would you agree that as of that time
13  there was no support for an increased incidence of adverse
14  effect for COX-2 selective inhibitors compared to
15  traditional NSAIDs?
16        MS. SANFORD:  Object to the form.
17        THE WITNESS:  No, I wouldn't agree with
18  that.
19        BY MR. TOMASELLI:
20        Q.  You would not.  Are you planning on
21  offering an opinion one way or the other whether Vioxx
22  actually caused Mr. Dedrick's heart attack?
23        A.  I don't know anything about
24  Mr. Dedrick, so at this time I can't say I would offer any
25  opinion.

Page 264

1        Q.  Okay.  Let's go off the record.
2        --- Upon recess at 4:52 p.m.
3        --- Upon resuming at 5:00 p.m.
4        BY MR. TOMASELLI:
5        Q.  Okay, Dr. Funk, are you ready?
6        A.  Just a second, I'm almost done.
7        Q.  Sure.
8        A.  Okay, I'm ready.
9        EXHIBIT NO. FUNK-27:  Four binders
10  containing exhibits cited by Dr. Funk in his expert
11  report.
12        BY MR. TOMASELLI:
13        Q.  Okay, Dr. Funk, down to your right I
14  marked Exhibit Number 27.  On the floor to your right,
15  sorry.  There's four binders with some articles in them
16  and it looks like the articles that you cited in Exhibit
17  1, which is your report.  If you can just confirm that,
18  I'd appreciate it?
19        A.  Yeah.  These look like the papers I
20  referenced in my report.
21        Q.  Okay.
22        A.  Yeah.
23        Q.  Thank you, sir.
24        I'm going to hand you what I've marked as
25  Funk Exhibit 28?

Page 265

1        A.  Okay.
2        EXHIBIT NO. FUNK-28:  Cheng article
3  entitled: Cyclooxygenases, microsomal prostaglandin E
4  synthase-1, and cardiovascular function, dated 2006.
5        BY MR. TOMASELLI:
6        Q.  This is an article by, the lead author
7  is by a Dr. Cheng, and you're a co-author on this
8  publication; correct?
9        A.  Yes.
10        Q.  And when we talked earlier in the
11  deposition about Cheng 2006, is this the article that you
12  and I were referring to?
13        A.  Yes.
14        Q.  Dr. FitzGerald is an author of this
15  study as well?
16        A.  Yes.
17        Q.  If you can turn to page 4, although
18  it's I don't know what --
19        A.  I see it, yeah.
20        Q.  Maybe Figure 3?
21        A.  Yes.
22        Q.  Do you see Figure 3?
23        A.  Yeah.
24        Q.  Tell me if I'm reading this right, but
25  Panel B of Figure 3 shows that when you give DFU you to

67 (Pages 262 to 265)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

## Page 266

1  mice and you, you stimulate a clotting cascade in their
2  carotid artery, that the mice who took or were given DFU
3  clotted quicker than mice that got no drug?
4        A. Yeah, that's true. They formed a clot
5  that occluded the blood vessel quicker than the control
6  vehicle.
7        Q. And is this part of your evidence that
8  you rely on that COX-2 inhibitors are prothrombotic?
9        A. This is part of the evidence, yes.
10       Q. You also studied Celebrex in the trial;
11  right?
12       A. Yes, we did.
13       Q. What happened to Celebrex?
14       A. In this particular model or in the, in
15  Panel C?
16       Q. In the, my question to you is in Panel
17  B where would Celebrex fall in the question of time to
18  occlusion?
19       A. I'm not sure if we actually did
20  Celebrex in this particular model, I don't see the data in
21  there.
22       Q. Are you aware of previous studies with
23  Celebrex that looked in animal models and stimulated a
24  clotting cascade in the carotid artery? Are you aware of
25  any studies like that?

## Page 267

1        A. Well there are various studies with
2  Celebrex or celecoxib in different animal models.
3        Q. Do you remember a study by Henen in
4  2001 where Celebrex was given to dogs and they started a
5  clot in the carotid artery and they looked to see whether
6  the dogs who got Celebrex clotted quicker than dogs who
7  weren't given any drug?
8        A. I can't recall that study right now.
9        Q. Okay. Are you aware of any studies in
10  Vioxx where in an animal model some animals were given
11  Vioxx, some were given no drug and they looked to see
12  whether the animals that were given Vioxx clotted quicker
13  than the animals that were not given anything?
14       MS. SANFORD: Object to the form.
15       THE WITNESS: Are you referring to a
16  particular study?
17       BY MR. TOMASELLI:
18       Q. I'm just asking if you've seen any like
19  that?
20       MS. SANFORD: Same objection.
21       THE WITNESS: It's possible, but nothing is
22  coming to mind right now.
23       BY MR. TOMASELLI:
24       Q. And what if there was such a study and,
25  unlike your study here where a COX-2 inhibitor clotted

## Page 268

1  quicker than a placebo, what if there was a study where
2  they did the same thing with Vioxx and it -- and there was
3  no difference in clotting time between Vioxx and placebo?
4  How would that weigh in on your analysis?
5        MS. SANFORD: Object to the form.
6        THE WITNESS: Well I'd have to see on a
7  peer-reviewed publication so I could examine the data.
8        BY MR. TOMASELLI:
9        Q. Could you examine the data if it wasn't
10  in a peer-reviewed publication?
11       A. I could examine it but it would be more
12  valid if was in a peer-reviewed publication.
13       Q. The data would be more valid or just
14  that another pair of eyes would have looked at it?
15       A. Then it would have gone through
16  scientific review and then it would be valuable
17  information in the public domain and I could evaluate.
18       Q. You're familiar with the United States
19  Food and Drug Administration; right?
20       A. Yes.
21       Q. They have doctors there; right?
22       MS. SANFORD: Object to the form.
23       BY MR. TOMASELLI:
24       Q. That work at the FDA?
25       A. I imagine they do.

## Page 269

1        Q. They have epidemiologists and
2  biostatisticians that work at the FDA?
3        MS. SANFORD: Object to the form.
4        THE WITNESS: I'm not really familiar with
5  all the organization of the FDA.
6        BY MR. TOMASELLI:
7        Q. Do you know if the FDA has persons like
8  yourself who specialize in biology?
9        A. Well, actually I really don't know
10  who's -- how the organization of FDA is set up with
11  doctors and scientists. I don't think they have people
12  doing science there. I think there are people who are
13  evaluating the drug applications, I'm not sure who they
14  are.
15       Q. They don't do their own basic science
16  at the FDA but they certainly are equipped to evaluate
17  basic science studies; correct?
18       MS. SANFORD: Object to the form.
19       THE WITNESS: Well I can't vouch for
20  anybody's abilities there at the FDA. Unless you mention
21  somebody who I might know or if they've carried out
22  scientific studies.
23       BY MR. TOMASELLI:
24       Q. You just don't know; right?
25       MS. SANFORD: Object to the form.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 270

1  THE WITNESS: I can't really answer that.
2  BY MR. TOMASELLI:
3  Q. You can't answer that?
4  A. What are you saying?
5  Q. You don't really know all the people at
6  the FDA, so you can't offer an opinion?
7  A. No, I don't know the people, I don't
8  know anyone at the FDA. So I can't speculate on...
9  Q. Did you try to consider, prior to
10 coming up with your expert opinions, any opinions of the
11 FDA with respect to COX-2 inhibitors?
12 A. No, I never consulted with anybody or
13 looked at any FDA reports.
14 Q. Okay. Have you ever served or been
15 asked to serve on an advisory committee for the FDA?
16 A. No, I haven't.
17 Q. Have you ever worked or consulted for
18 the FDA in any way?
19 A. No.
20 Q. Have you served on an advisory
21 committee or been asked to serve on an advisory committee
22 for Health Canada?
23 A. No.
24 Q. Have you worked for Health Canada in
25 any way?

Page 271

1  A. No.
2  MR. TOMASELLI: Subject to -- I'm prepared
3  to pass the witness just with the understanding that if he
4  has any in-press articles that he's going to rely on for
5  his opinions that we get a copy of those, and I think
6  ya'll are going to try to round up any correspondence and
7  give that to us as well.
8  U/A      MS. SANFORD: We'll take both under
9  advisement and give --
10 MR. BIRCHFIELD: Any e-mails or anything
11 that he has, yeah, we will -- yeah, right. We'll get that
12 in and get a copy of the in-press articles.
13 MR. TOMASELLI: If he's not relying on them
14 for his opinions then I'm not as concerned but if he's --
15 if that forms part of his calculus then we need to take a
16 look at it.
17 MR. BIRCHFIELD: Okay, all right, sounds
18 good. Give us one minute.
19 --- Whereupon matter adjourned at 5:11 p.m.
20
21
22
23
24
25

Page 272

1  CERTIFICATE OF REPORTER
2
3  CANADA          )
4  PROVINCE OF ONTARIO )
5
6  I, LISA BAKER, the officer before whom the foregoing
7  deposition was taken, do hereby certify that the witness
8  whose testimony appears in the foregoing deposition was
9  duly sworn by Lisa Baker; that the testimony of the said
10 witness was taken by me to the best of my ability and
11 thereafter reduced to typewriting under my direction; that
12 I am neither counsel for, related to, nor employed by any
13 of the parties to the action in which this deposition was
14 taken, and further that I am not a relative or employee of
15 any attorney or counsel employed by the parties thereto,
16 nor financially or otherwise interested in the outcome of
17 the action.
18
19 _____
20 Lisa Baker, Commissioner for taking Oaths in
21     and for the Province of Ontario
22
23
24
25

Page 273

1  CORRECTIONS
2
3  PAGE    LINE      CORRECTION
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 WITNESS SIGNATURE
24 _____
25 (PRINT NAME)

69 (Pages 270 to 273)

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

# EXHIBIT  D

The NEW ENGLAND JOURNAL of MEDICINE

---

ORIGINAL ARTICLE

---

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D.,
James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D.,
Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D.,
Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D.,
for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

---

## ABSTRACT

**BACKGROUND**

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

**RESULTS**

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall cardiovascular mortality was similar in the two groups.

**CONCLUSIONS**

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@ mdanderson.org.

*The members of the APPROVe Trial are listed in the Appendix.

N Engl J Med 2005;352.
Copyright © 2005 Massachusetts Medical Society.

BRESALIER-1

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

PLAINTIFF'S
EXHIBIT
D

P2.0167

The NEW ENGLAND JOURNAL of MEDICINE

**N**ONSTEROIDAL ANTIINFLAMMATORY drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment or prevention of atherosclerosis and various cancers.[1,2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not a straightforward proposition. COX-2 inhibition has several effects that could increase the risk of cardiovascular disease, including reducing prostacyclin levels, increasing blood pressure, decreasing angiogenesis,[3-11] and destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than nonselective nonsteroidal antiinflammatory drugs (NSAIDs).[13] In one trial,[13] there were more cardiovascular events among patients given a high dose of rofecoxib than among those given naproxen, an NSAID with platelet-inhibiting properties of unclear clinical relevance.[4,5,14-16] Pooled data from other randomized trials have not shown a significant difference in cardiovascular risk between rofecoxib and placebo or other nonselective NSAIDs.[4,5,17] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies suggested that there was no effect, some suggested that the risk was increased only at high doses, and others indicated a possible increase in the risk of cardiovascular events at standard or unspecified doses.[6,9,11,18-21]

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was designed to evaluate the hypothesis that three years of treatment with rofecoxib would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Potential thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety-monitoring committee. We report the cardiovascular findings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men and women who were at least 40 years old were eligible if they had had at least one histologically confirmed large-bowel adenoma removed within 12 weeks before study entry and were not anticipated to need long-term NSAID therapy (including high-dose aspirin) during the study. Initially, patients who were taking low-dose aspirin (no more than 100 mg daily) were excluded from the study. However, in May 2000, after the results of the Vioxx Gastrointestinal Research (VIGOR) trial[13] had become available, the protocol was amended to allow randomized subjects to take low-dose aspirin (no more than 100 mg daily) for cardiovascular protection. The proportion of subjects taking low-dose aspirin at enrollment was capped at 20 percent because of the possible chemopreventive effects of the drug.[22] Exclusion criteria were evidence of uncontrolled hypertension (defined by a blood pressure of more than 165/95 mm Hg); angina or congestive heart failure, with symptoms evoked by minimal activity; myocardial infarction, coronary angioplasty, or coronary-artery bypass grafting within the preceding year; or stroke or transient ischemic attack within two years before screening.

Written informed consent was obtained from all patients. The institutional review board at each center approved the study.

### TREATMENT

The randomized treatment period was preceded by a six-week, single-blind, placebo run-in period to assess patients' compliance. Patients who took at least 80 percent of their tablets during the placebo run-in period were randomly assigned to receive either one 25-mg tablet of rofecoxib per day (the maximal recommended long-term daily dose) or one identical-appearing placebo tablet per day for three years. The computer-derived randomization was stratified according to the clinical center and the use or nonuse of low-dose aspirin, with blocks of 2. Patients, investigators, and sponsor personnel who monitored the study, other than the unblinded study statistician, were unaware of the treatment assignments.

Patients were evaluated clinically at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121, 138, 156, and 158 or after the discontinuation of

2-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.



CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB



**Figure 1. Enrollment, Randomization, and Outcomes.**
The original study design included a group assigned to receive 50 mg of rofecoxib per day; 26 patients had been assigned to this treatment before it was decided not to proceed with this group.

treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

### CARDIOVASCULAR EVENTS

Monitoring and analysis of the cardiovascular events in the trial were part of a planned assessment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of the study drug. Serious vascular events were reviewed in a blinded fashion by adjudication committees, which confirmed events that met prespecified case definitions for two sets of events. Thrombotic events included fatal and nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and non-

fatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[23] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. Other relevant but not independently adjudicated events were also analyzed, including hypertension-related events, edema-related events, and the combined end point of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming cardiovascular events was prespecified in the protocol. All serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all deaths (regardless of cause) were prespecified as eligible for adjudication according to standard procedures for rofecoxib studies initiated by the spon-

BRESALIER-3

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

sor in 1998. For each eligible event, source documents were collected and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Decisions were made on the basis of majority rule with the use of prespecified criteria.

### STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. The investigators had full and unfettered access to the data. A statistician who was aware of patients' study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8.2). All patients who underwent randomization and took at least one dose of study

medication were included in the analyses. For confirmed serious thrombotic events and the APTC end point, event rates were determined and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[24] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the logarithm of time and the assigned treatment in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

### RESULTS

#### PARTICIPANTS

A total of 3260 patients were screened for the study, of whom 2586 were deemed to be eligible; 1287 of the eligible patients were randomly assigned to receive rofecoxib, and 1299 to receive placebo (Fig. 1). The two groups were generally similar with regard to baseline characteristics, including age, sex, use or nonuse of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (in 20 percent of the rofecoxib group and 19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent

| Table 1. Baseline Characteristics of the Patients | | |
|---|---|---|
| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
| **Age (yr)** | | |
| Mean | 59 | 59 |
| Range | 40–96 | 40–86 |
| **Height (cm)** | | |
| Mean | 170 | 170 |
| Range | 137–198 | 133–199 |
| **Weight (kg)** | | |
| Mean | 81 | 81 |
| Range | 38–160 | 34–159 |
| Male sex (%) | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Use of antihypertensive medication (%)‡ | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of symptomatic atherosclerotic cardio-vascular disease (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

\* Race was self-reported.
† Low-dose aspirin was defined as 100 mg per day or less.
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for cardiovascular disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use.

4-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

and 28 percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

The study was terminated on September 30, 2004, approximately two months ahead of the planned date of completion, at the recommendation of the external safety-monitoring board and the steering committee. At the time of termination, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent vs. 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group),

and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

INCIDENCE OF THROMBOTIC EVENTS AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between the two groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo group, sudden death from cardiac causes occurred

| Table 2. Incidence of Adjudicated Thrombotic Adverse Events.* | | | | | |
|---|---|---|---|---|---|
| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Total | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| Cardiac events | 33 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Myocardial infarction | 21 | | 9 | | |
| Fatal myocardial infarction | 2 | | 3 | | |
| Sudden death from cardiac causes | 3 | | 1 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| Cerebrovascular events | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| Peripheral vascular events | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

BRESALIER-5

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE



No. at Risk

|  | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Rofecoxib | 1287 | 1129 | 1057 | 989 | 938 | 896 | 777 |
| Placebo | 1299 | 1195 | 1156 | 1079 | 1042 | 1001 | 835 |

**Figure 2.** Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.
Vertical lines indicate 95 percent confidence intervals.

in three patients in the rofecoxib group and one in the placebo group, ischemic stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs' at baseline; low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the rel-

ative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (5.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

**NONADJUDICATED CARDIOVASCULAR EVENTS**

As compared with the placebo group, the rofecoxib group had higher percentages of patients with hypertension-related events and edema-related events. The Kaplan–Meier curves for the cumulative incidence of congestive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation of the two groups (at approximately five months) with no significant departures from proportional hazards over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hypertension were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for the combined end point (data not shown).

During the trial, the rofecoxib group had mean (±SE) increases of 3.4±0.4 mm Hg in systolic blood pressure and 0.9±0.2 mm Hg in diastolic blood pressure, as compared with respective changes of –0.5±0.3 mm Hg and –0.8±0.2 mm Hg in the placebo group (P<0.01 for the comparison between the two groups). Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The mean arterial pressure throughout the study, included as a time-varying covariate, did not materially modify

6-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment. The overall risk did not appear to be significantly influenced by baseline or subsequent use of low-dose aspirin. In addition, there was an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, which occurred much earlier in the study.

Thromboxane $A_2$, a major COX-1–mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis,[25] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[32] In addition, COX-2 plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether the partial inhibition of COX-1 by various nonselective NSAIDs offsets any adverse cardiovascular effects of COX-2 inhibition, since this possibility has not been evaluated explicitly in trials.

The VIGOR study[33] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these fac-



**Figure 3.** Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Thrombotic Adjudicated Serious Cardiovascular Events (Myocardial Infarction, Unstable Angina, Sudden Death from Cardiac Causes, Ischemic Stroke, Transient Ischemic Attack, Peripheral Arterial Thrombosis, Peripheral Venous Thrombosis, or Pulmonary Embolism), Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).

The I bars indicate 95 percent confidence intervals.

| No. at Risk | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Rofecoxib | 1287 | 1132 | 1060 | 996 | 948 | 906 | 736 |
| Placebo | 1299 | 1197 | 1159 | 1083 | 1045 | 1007 | 841 |

tors.[26] A recent meta-analysis[21] suggested that the magnitude of any cardioprotective effect of naproxen is unlikely to account entirely for these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or conventional NSAIDs other than naproxen have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B, or phase 3 trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and various nonselective NSAIDs.[5] A pooled analysis of data from more than 28,000 patients with various diseases (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5), including patients from the VIGOR trial, also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with placebo or NSAIDs other than naproxen.[4] This analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[5] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib suggested an increased relative risk among patients taking rofecoxib, as compared with those taking naproxen, but not placebo.[22] Dif-

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

**Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.**

| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| **Confirmed event** | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| **APTC end point** | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

* CI denotes confidence interval, and APTC Antiplatelet Trialists' Collaboration.

ferences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction among new users of rofecoxib as compared with control subjects,[18] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the findings in the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[19] showed an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other inves-

tigator-reported cardiovascular events known to be associated with NSAID use, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial, a finding that is consistent with the previously reported renovascular effects of NSAIDs. These changes in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks and an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the explanation for the excess cardiovascular risk in our study. However, hemodynamic changes could have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofecoxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case–control study[27] suggested that the odds of nonfatal myocardial infarction differ between patients who take

8-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

| Adverse Event† | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100-Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Hypertension | 377 (29.3) | 14.9 | 219 (16.9) | 7.3 | 2.02 (1.71–2.38) |
| Serious event | 11 | | 1 | | |
| Edema | 111 (8.6) | 3.8 | 76 (5.9) | 2.4 | 1.57 (1.17–2.10) |
| Serious event | 3 | | 0 | | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | 0.6 | 4 (0.3) | 0.1 | 4.61 (1.50–18.83) |
| Serious event | 12 | | 2 | | |

Table 4. Incidence of Nonadjudicated Cardiovascular Adverse Events.*

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

rofecoxib and those who take celecoxib, and a nested case–control study[20] also suggested that there are differences in the risk of serious coronary heart disease between the two agents. Elsewhere in this issue of the Journal, Nussmeier et al. report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up.[28] Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were assigned to receive placebo,[29] leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.

Drs. Bresalier, Sandler, Riddell, Morton, Lanas, and Baron report having received consulting fees from Merck Research Laboratories. Dr. Baron also reports having served as an unpaid consultant to Bayer. Dr. Konstam reports having received consulting fees from Merck. Mr. Bolognese and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck, and Drs. Quan, Bolognese, Oxenius, Horgan, and Lines own equity in the company.

APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — J.A. Baron (chair), R.S. Bresalier, R.S. Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius (nonvoting member), J.A. Bolognese (nonvoting member), K. Horgan (nonvoting member); External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Bjorkman, R. Logan, H. Quan (nonvoting member); Adjudication Committees — Cardiology: L.S. Dreifus, G. Vetrovec, B. Chaitman; Neurology: H. Adams, J.P. Mohr, J. Zivin; Peripheral Vascular: J. Ginsberg, C. Kearon, T. Rooke; Gastrointestinal: M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clinics Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N. Arber, Tel Aviv Sourasky Medical Center, Tel Aviv; J.M.P. Badia, Hospital Clinic i Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Baistrocchi, Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan, Italy; T. Bolin, Prince of Wales Hospital, Randwick, Australia; R.M. Bostick, Palmetto Health South Carolina Cancer Center, Columbia; R.S. Bresalier, A.A. Dekovich, T. Ben-Menachem, S.K. Batra, Henry Ford Hospital, Detroit; E. Bruun, J. Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C. Burke, Cleveland Clinic Foundation, Cleveland; E. Butruk, Akademia Medyczna w Warszawie, Warsaw; L. Capurso, Azienda Ospedaliera San Filippo, Rome; J.P. Cello, San Francisco General Hospital, San Francisco; S. Chaussade, Hospital Cochin Saint-Jacques, Paris; D.P. Cleland, Montreal General Hospital, Montreal; G. Costamagna, Università Cattolica del Sacro Cuore, Rome; P. Crone, Kobenhavns Amtssygehus i Glostrup, Glostrup, Denmark; E.V. Cutsem, Universitaire Ziekenhuizen, Leuven, Belgium; G.R. D'Haens, Imeldaziekenhuis, Bon Heiden, Belgium; W. Dekker, J. Ferwerda, Kennemer Gasthuis, Haarlem, the Netherlands; B. Dominguez-Munoz, Hospital de Conxo, La Coruna, Spain; D.S. Eskreis, R.E. Teppez, Long Island Clinical Research Associates, Great Neck, N.Y.; R. Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M. Färkkilä, University Central Hospital, Helsinki; G.M. Fugarolas, J.F. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genoa, Italy; M.J. Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, N.Y.; F. Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P. Gandrup, Aalborg Syen-

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

hus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de São Paulo, São Paulo; M. Haque, S. Parry, Middlemore Hospital, Auckland, New Zealand; R. Hardi, Metropolitan Gastroenterology Group, Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center, Dallas; S.M. Harris, M.B. Vakil, Aurora Sinai Medical Center, Milwaukee; P.R. Holt, P.P. Kofler, Saint Luke's–Roosevelt Hospital, New York; P.A. Holt, Endoscopic Microsurgery Associates, Towson, Md.; R.W. Hultcrantz, Karolinska Universitetssjukhuset-Solna, Stockholm; S.H. Itzkowitz, Mount Sinai Medical Center, New York; R.F. Jacoby, University of Wisconsin Medical School, Madison; K.E.J. Jensen, Centralsygehuset Esbjerg Varde, Esbjerg, Denmark; J.F. Johanson, Rockford Gastroenterology Associates, Rockford, Ill.; P.W. Jørgensen, Bispebjerg Hospital, Copenhagen; K.E. Kim, University of Chicago Medical Center, Chicago; P. Knoflach, AKH Barmherzige, Schwestern vom heiligen Kreuz, Wels, Austria; M. Koch, Capital Gastroenterology Consultants, Silver Spring, Md.; B. Koch, St. Vincenz Krankenhaus, Datteln, Germany; A. Lanas, University Clinical Hospital, Zaragoza, Spain; M.R. Lane, Auckland City Hospital, Auckland, New Zealand; T.R. Liebermann, Radiant Research, Austin, Tex.; M. Lukas, University Karlova, Prague; C.M. Schmitt, Southern Clinical Research, Chattanooga, Tenn.; F. Macrae, Cabrini Hospital, Malvern, Australia; E.R. Mains, Hospital Jose Joaquin Aguirre, Santiago, Chile; N.E. Marcon, Toronto; R.D. Marks, Alabama Digestive Research Center, Alabaster; C.E. Martinez, Hospital Militar Central, Bogota, Colombia; R. McLeod, Mount Sinai Hospital, Toronto; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como, Italy; M. Montoro, Hospital San Jorge, Huesca, Spain; A. Montoya, Clinica Shaio, Bogota, Colombia; G. Morelli, Optimum Clinical Research, Montreal; D.G. Morson, Queen Elizabeth Hospital, Edgbaston, United Kingdom; T.J. Myrhoj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame, Tournai, Belgium; V. Narayen, Gastrointestinal Diagnostic Center, Baltimore; Y. Niv, Rabin Medical Center, Petah Tikva, Israel; P.M. Pardoll, S. Scheinert, Center for Digestive Diseases, St. Petersburg, Fla.; C. Plinio, J.M. Soares, Celestial Ordem Terceira da Santíssima, Porto, Portugal; J. Pokorny, Prerov, Czech Republic; J. Ponce-García, Hospital Universitari La Fe Valencia, Valencia, Spain; T. Ponchon, Hospital Edouard Herriot, Lyon, France; J.H. Pressman, San Diego Digestive Disease Consultants, San Diego, Calif.; V. Procházka, Fakultní Nemocnice Olomouc, Olomouc, Czech Republic; J.M. Provenza, Louisiana Research Center, Shreveport; W.S. Putnam, Seattle Gastroenterology Associates, Seattle; B. Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman, V. Raj, University of Arkansas for Medical Sciences, Little Rock; D.K. Rex, Indiana University Hospital, Indianapolis; P.P. Rossini, M. Spandre, Azienda Sanitaria Ospedaliera, Turin, Italy; R.I. Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, N.H.; A.K. Rustgi, University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schweizer, Sunninghill Clinic, Sandton, South Africa; R.E. Schoen, University of Pittsburgh Medical Center, Pittsburgh; T.T. Schubert, Allenmore Medical Center, Tacoma, Wash.; H.I. Schwartz, Miami Research Associates, Miami; E. Segal, Hospital General de Agudos Carlos G. Durand, Buenos Aires; F. Seow-Choen, K.W. Eu, Singapore General Hospital, Singapore; N.R. Shah, Philip J. Bean Medical Center, Hollywood, Md.; N. Skandalis, Peripheral General Hospital, Athens; P.L. Szego, Royal Victoria Hospital, Montreal; N. Toribara, University of Colorado Health Sciences Center, Denver; J. Torosis, Gastrointestinal Research, Redwood City, Calif.; D.R. Turgeon, University of Michigan, Ann Arbor; S.W. Van der Merwe, Pretoria, South Africa; R. VanStolk, C.W. Howden, Northwestern University, Chicago; P. Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk, Belgium; B. Vergeau, C. Nirou, Hopital d'Instruction des Armées, Paris; G. Wisdé, Klinikum Kreis Herford, Herford, Germany; J. Wolosin, M.W. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper, P.L. Yudelman, Digestive Health Physicians, Fort Myers, Fla.; B.C.Y. Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; J.P. Wright, Kinsbury Hospital, Claremont, South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

REFERENCES

1. Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4:431-6.
2. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.
3. Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.
4. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.
5. Weir MR, Sperling RS, Reicin A, Gertz B). Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146:591-604.
6. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.
7. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

8. Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.
9. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.
10. Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomised, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8:85-95. [Erratum, Am J Ther 2001;8:220.]
11. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90: 959-63.
12. Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.
13. Bombardieri C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxic-

ity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
14. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]
15. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. [Erratum, Arch Intern Med 2002;162:1779.]
16. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.
17. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.
18. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.