the concentration of bicarbonate in plasma already is low due to increased renal bicarbonate excretion, the acid–base status at this stage essentially is an uncompensated respiratory acidosis. Superimposed, however, is a true metabolic acidosis caused by accumulation of acids as a result of three processes. First, toxic concentrations of salicylates displace about 2 to 3 mEq per liter of plasma bicarbonate. Second, vasomotor depression caused by toxic doses of salicylates impairs renal function, with consequent accumulation of sulfuric and phosphoric acids. Third, salicylates in toxic doses may decrease aerobic metabolism as a result of inhibition of various enzymes. This derangement of carbohydrate metabolism leads to the accumulation of organic acids, especially pyruvic, lactic, and acetoacetic acids.

The same series of events also causes alterations of water and electrolyte balance. The low plasma $P_{CO_2}$ leads to decreased renal tubular reabsorption of bicarbonate and increased renal excretion of $Na^+$, $K^+$, and water. Water also is lost by salicylate-induced sweating (especially in the presence of hyperthermia) and hyperventilation; dehydration, which can be profound, particularly in children, rapidly occurs. Because more water than electrolyte is lost through the lungs and by sweating, the dehydration is associated with hypernatremia. Prolonged exposure to high doses of salicylate also causes depletion of $K^+$ due to both renal and extrarenal factors.

**Cardiovascular Effects.** Toxic doses of salicylates lead to an exaggeration of the unfavorable cardiovascular responses seen at high therapeutic doses (*see* above), and central vasomotor paralysis occurs. Petechiae may be seen due to defective platelet function.

### Metabolic Effects

*Carbohydrate Metabolism.* Large doses of salicylates may cause hyperglycemia and glycosuria and deplete liver and muscle glycogen; these effects are explained partly by the release of epinephrine. Such doses also reduce aerobic metabolism of glucose, increase glucose-6-phosphatase activity, and promote the secretion of glucocorticoids. There is a greater risk of hypoglycemia and subsequent permanent brain injury in children.

*Nitrogen Metabolism.* Salicylates in toxic doses cause a significant negative nitrogen balance, characterized by an aminoaciduria. Adrenocortical activation may contribute to the negative nitrogen balance by enhancing protein catabolism.

*Fat Metabolism.* Salicylates reduce lipogenesis by partially blocking incorporation of acetate into fatty acids; they also inhibit epinephrine-stimulated lipolysis in fat cells and displace long-chain fatty acids from binding sites on human plasma proteins. The combination of these effects leads to increased entry and enhanced oxidation of fatty acids in muscle, liver, and other tissues, and to decreased plasma concentrations of free fatty acids, phospholipid, and cholesterol; the oxidation of ketone bodies also is increased.

**Endocrine Effects.** Very large doses of salicylate stimulate steroid secretion by the adrenal cortex through an effect on the hypothalamus and transiently increase plasma concentrations of free corticosteroids by their displacement from plasma proteins. The therapeutic antiinflammatory effects of salicylate are independent of these effects.

**Treatment.** Salicylate poisoning represents an acute medical emergency, and death may result despite heroic efforts (Dargan *et al.*,

2002). Monitoring of salicylate levels is a useful guide to therapy but must be used in conjunction with an assessment of the patient's overall clinical condition, acid–base balance, formulation of salicylate ingested, timing, and dose.

There is no specific antidote for salicylate poisoning. Management begins with a rapid assessment (*see* Chapter 64) followed by the "A (airway), B (breathing), C (circulation), D (decontamination)" approach to medical emergencies.

**Airway.** Because of the need for respiratory alkalosis to compensate for the metabolic acidosis of salicylate toxicity, intubation should be avoided unless the patient demonstrates hypoventilation or obtundation.

**Breathing.** The use of paralytic agents and difficulty in achieving the very high minute volumes needed tend to induce respiratory acidosis in the patient. Aspirin ($pK_a = 3.5$) becomes non-ionized at an acidic pH and crosses the blood–brain barrier more readily, increasing its toxic central effects. It is the tissue rather than plasma levels that are dangerous to the patient. Noncardiogenic pulmonary edema interferes with oxygenation of the patient and high concentrations of inspired oxygen may be required.

**Circulation.** Aspirin poisoning leads to inappropriate vasodilation compounded by volume depletion and acidosis, which worsens vasodilation. Aggressive volume repletion with intravenous fluids should be instituted. The aim is to achieve large-volume diuresis to optimize salicylate elimination. If necessary, vasopressors (*e.g.*, norepinephrine, phenylephrine) are added.

**Decontamination.** Activated charcoal is used to prevent further absorption of aspirin from the GI tract. This is particularly important when enteric-coated aspirin, which has delayed absorption, has been ingested. Sodium bicarbonate should be administered to maintain the pH between 7.5 and 7.55, and if possible, the pH of the urine greater than 8. Forced alkaline diuresis maximizes salicylate elimination. Hemodialysis may be required if the above measures are inadequate, there is clinical deterioration despite therapy, or if plasma salicylate levels are greater than 1000 $\mu g/ml$. Plasma salicylate, glucose, pH, and potassium should be monitored frequently and therapy modified accordingly. Decreased CNS glucose levels may occur despite normal plasma glucose levels, and supplemental glucose should be given in cases of altered mental status, regardless of the plasma glucose levels.

## Diflunisal

Diflunisal (DOLOBID) is a difluorophenyl derivative of salicylic acid (Figure 26–1).

It is almost completely absorbed after oral administration, and peak plasma concentrations occur within 2 to 3 hours. It is extensively bound to plasma albumin (99%). It is not converted to salicylic acid *in vivo*. About 90% of the drug is excreted as glucuronide conjugates, and its rate of elimination is dose-dependent. At the usual analgesic dose (500 to 750 mg per day), the plasma half-life averages between 8 and 12 hours (Davies, 1983). Diflunisal appears in the milk of lactating women.

Diflunisal is more potent than aspirin in antiinflammatory tests in animals and appears to be a competitive inhibitor of cyclooxy-

genase. However, it is largely devoid of antipyretic effects, perhaps because of poor penetration into the CNS. The drug has been used primarily as an analgesic in the treatment of osteoarthritis and musculoskeletal strains or sprains; in these circumstances it is about three to four times more potent than aspirin. The usual initial dose is 500 to 1000 mg, followed by 250 to 500 mg every 8 to 12 hours. For rheumatoid arthritis or osteoarthritis, 250 to 500 mg is administered twice daily; maintenance dosage should not exceed 1.5 g per day. Diflunisal does not produce auditory side effects and appears to cause fewer and less intense gastrointestinal and antiplatelet effects than does aspirin.

## PARA-AMINOPHENOL DERIVATIVES: ACETAMINOPHEN

Acetaminophen (paracetamol; *N*-acetyl-*p*-aminophenol; TYLENOL, others) is the active metabolite of *phenacetin*, a so-called coal-tar analgesic. (Due to its association with analgesic nephropathy, hemolytic anemia, and perhaps bladder cancer, phenacetin is no longer available for medicinal purposes.) Acetaminophen is an effective alternative to aspirin as an analgesic-antipyretic agent; however, its antiinflammatory effects are much weaker. While it is indicated for pain relief in patients with noninflammatory osteoarthritis, it is not a suitable substitute for aspirin or other NSAIDs in chronic inflammatory conditions such as rheumatoid arthritis. Acetaminophen is well tolerated and has a low incidence of gastrointestinal side effects. It is available without a prescription and is used as a common household analgesic. However, acute overdosage can cause severe hepatic damage, and the number of accidental or deliberate poisonings with acetaminophen continues to grow. Chronic use of less than 2 g/day is not typically associated with hepatic dysfunction.

**History.** *Acetanilide* is the parent member of this group of drugs. It was introduced into medicine in 1886 under the name antifebrin by Cahn and Hepp, who had discovered its antipyretic action accidentally. However, acetanilide proved to be excessively toxic. A number of chemical derivatives were developed and tested. One of the more satisfactory of these was phenacetin. It was introduced into therapy in 1887 and was extensively employed in analgesic mixtures until it was implicated in analgesic-abuse nephropathy and withdrawn in the 1980s. Discussion of its pharmacology can be found in earlier editions of this textbook.

Acetaminophen was first used in medicine by von Mering in 1893. However, it gained popularity only after 1949, when it was recognized as the major active metabolite of both acetanilide and phenacetin.

**Pharmacological Properties.** Acetaminophen has analgesic and antipyretic effects similar to those of aspirin. However, as mentioned above, it has only weak antiinflammatory effects and has

been thought to have a generally poor ability to inhibit COX in the presence of high concentrations of peroxides, as are found at sites of inflammation. However, this aspect of its action has not been addressed rigorously. Certainly, the most commonly consumed daily dose, 1000 mg, results in roughly 50% inhibition of both COX-1 and COX-2 in whole blood assays *ex vivo* in healthy volunteers. It has been suggested that COX inhibition might be disproportionately pronounced in the brain, explaining its antipyretic efficacy (Boutaud *et al.*, 2002; Ouellet and Percival, 2001; Catella-Lawson *et al.*, 2001). A COX-1 splice variant identified in canine brain, termed COX-3, shows some susceptibility for inhibition by acetaminophen *in vitro* (Chandrasekharan *et al.*, 2002). However, it is presently unknown if this splice variant exists in human brain or if its inhibition relates to the efficacy of acetaminophen in humans. Minor metabolites contribute significantly to the toxic effects of acetaminophen (*see* below). The pharmacological properties of acetaminophen have been reviewed by Brune (1988).

Single or repeated therapeutic doses of acetaminophen have no effect on the cardiovascular and respiratory systems, on platelets, or on coagulation. Acid–base changes and uricosuric effects do not occur, nor does the drug produce the gastric irritation, erosion, or bleeding that may occur after salicylate administration.

**Pharmacokinetics and Metabolism.** Oral acetaminophen has excellent bioavailability. Peak plasma concentrations occur within 30 to 60 minutes and the half-life in plasma is about 2 hours after therapeutic doses. Acetaminophen is relatively uniformly distributed throughout most body fluids. Binding of the drug to plasma proteins is variable but less than with other NSAIDs; only 20% to 50% is bound at the concentrations encountered during acute intoxication. Some 90% to 100% of the drug may be recovered in the urine within the first day at therapeutic dosing, primarily after hepatic conjugation with glucuronic acid (about 60%), sulfuric acid (about 35%), or cysteine (about 3%); small amounts of hydroxylated and deacetylated metabolites also have been detected (Table 26–1). Children have less capacity for glucuronidation of the drug than do adults. A small proportion of acetaminophen undergoes CYP-mediated *N*-hydroxylation to form *N*-acetyl-*p*-benzoquinoneimine (NAPQI), a highly reactive intermediate. This metabolite normally reacts with sulfhydryl groups in glutathione (GSH) and thereby is rendered harmless. However, after ingestion of large doses of acetaminophen, the metabolite is formed in amounts sufficient to deplete hepatic GSH and contributes significantly to the toxic effects of overdose (*see* below).

**Therapeutic Uses.** Acetaminophen is a suitable substitute for aspirin for analgesic or antipyretic uses; it is particularly valuable for patients in whom aspirin is contraindicated (*e.g.*, those with peptic ulcer, aspirin hypersensitivity, children with a febrile illness). The conventional oral dose of acetaminophen is 325 to 1000 mg (650 mg rectally); total daily doses should not exceed 4000 mg (2000 mg/day for chronic alcoholics). The most common daily dose is 1000 mg, the dose at which epidemiological studies suggest that gastrointestinal adverse effects are less common than with therapeutic doses of tNSAIDs (Garcia Rodriguez *et al.*, 2004). Higher doses, which may accomplish complete inhibition of COXs, may approach the adverse effect profile of tNSAIDs. Single doses for children range from 40 mg to 480 mg, depending upon age and weight; no more than five doses should be administered in 24 hours. A dose of 10 mg/kg also may be used.

**Toxicity and Common Adverse Effects.** Acetaminophen usually is well tolerated at recommended therapeutic doses. Rash and other allergic reactions occur occasionally. The rash usually is erythematous or urticarial, but sometimes it is more serious and may be accompanied by drug fever and mucosal lesions. Patients who show hypersensitivity reactions to the salicylates only rarely exhibit sensitivity to acetaminophen. The use of acetaminophen has been associated anecdotally with neutropenia, thrombocytopenia, and pancytopenia.

The most serious acute adverse effect of overdosage of acetaminophen is a potentially fatal hepatic necrosis. Renal tubular necrosis and hypoglycemic coma also may occur. The mechanism by which overdosage with acetaminophen leads to hepatocellular injury and death involves its conversion to the toxic NAPQI metabolite (*see* Chapter 64). The glucuronide and sulfate conjugation pathways become saturated, and increasing amounts undergo CYP-mediated *N*-hydroxylation to form NAPQI. This is eliminated rapidly by conjugation with GSH and then further metabolized to a mercapturic acid and excreted into the urine. In the setting of acetaminophen overdose, hepatocellular levels of GSH become depleted. The highly reactive NAPQI metabolite binds covalently to cell macromolecules, leading to dysfunction of enzymatic systems and structural and metabolic disarray. Furthermore, depletion of intracellular GSH renders the hepatocytes highly susceptible to oxidative stress and apoptosis.

**Hepatotoxicity.** In adults, hepatotoxicity may occur after ingestion of a single dose of 10 to 15 g (150 to 250 mg/kg) of acetaminophen; doses of 20 to 25 g or more are potentially fatal. Conditions of CYP induction (*e.g.*, heavy alcohol consumption) or GSH depletion (*e.g.*, fasting or malnutrition) increase the susceptibility to hepatic injury, which has been documented, albeit uncommonly, with doses in the therapeutic range. Symptoms that occur during the first 2 days of acute poisoning by acetaminophen reflect gastric distress (nausea, abdominal pain, and anorexia) and belie the potential seriousness of the intoxication. Plasma transaminases become elevated, sometimes markedly so, beginning approximately 12 to 36 hours after ingestion. Clinical indications of hepatic damage are manifest within 2 to 4 days of ingestion of toxic doses, with right subcostal pain, tender hepatomegaly, jaundice, and coagulopathy. Renal impairment or frank renal failure may occur. Liver enzyme abnormalities typically peak 72 to 96 hours after ingestion. The onset of hepatic encephalopathy or worsening coagulopathy beyond this time indicates a poor prognosis. Biopsy of the liver reveals centrilobular necrosis with sparing of the periportal area. In nonfatal cases, the hepatic lesions are reversible over a period of weeks or months.

### Management of Acetaminophen Overdose

Acetaminophen overdose constitutes a medical emergency. Severe liver damage occurs in 90% of patients with plasma concentrations of acetaminophen greater than 300 μg/ml at 4 hours or 45 μg/ml at 15 hours after the ingestion of the drug. Minimal hepatic damage can be anticipated when the drug concentration is less than 120 μg/ml at 4 hours or 30 μg/ml at 12 hours after ingestion. The nomogram provided in Figure 26-2 relates the plasma levels of acetaminophen and time after ingestion to the predicted severity of liver injury.

Early diagnosis and treatment of acetaminophen overdose is essential to optimize outcome. Perhaps 10% of poisoned patients



*Figure 26–2. Relationship of plasma levels of acetaminophen and time after acute ingestion to hepatic injury.* (Adapted with permission from Rumack *et al.*, 1981.)

who do not receive specific treatment develop severe liver damage; 10% to 20% of these eventually die of hepatic failure despite intensive supportive care. Activated charcoal, if given within 4 hours of ingestion, decreases acetaminophen absorption by 50% to 90% and is the preferred method of gastric decontamination. Gastric lavage generally is not recommended.

*N-acetylcysteine* (NAC) (MUCOMYST, MUCOSIL, PARVOLEX) is indicated for those at risk of hepatic injury. NAC therapy should be instituted in suspected cases of acetaminophen poisoning before blood levels become available, with treatment terminated if assay results subsequently indicate that the risk of hepatotoxicity is low.

NAC functions by detoxifying NAPQI. It both repletes GSH stores and may conjugate directly with NAPQI by serving as a GSH substitute. There is some evidence that in cases of established acetaminophen toxicity, NAC may protect against extrahepatic injury by its antioxidant and antiinflammatory properties (Keays *et al.*, 1991; Jones, 1998). Even in the presence of activated charcoal, there is ample absorption of NAC, and neither should activated charcoal be avoided nor NAC administration be delayed because of concerns of a charcoal-NAC interaction. Adverse reactions to NAC include rash (including urticaria, which does not require drug discontinuation), nausea, vomiting, diarrhea, and rare anaphylactoid reactions.

An oral loading dose of 140 mg/kg is given, followed by the administration of 70 mg/kg every 4 hours for 17 doses. Where available, the intravenous loading dose is 150 mg/kg by intravenous infusion in 100 ml of 5% dextrose over 15 minutes (for those weighing less than 20 kg), followed by 50 mg/kg by intravenous infusion in 250 ml of 5% dextrose over 4 hours, then 100 mg/kg by intravenous infusion in 500 ml of 5% dextrose over 16 hours.

Assistance in treatment of patients with acetaminophen overdose can be obtained from national poison centers: 1-800-222-1222 in the United States and 0870-600-6266 in the United Kingdom.

In addition to NAC therapy, aggressive supportive care is warranted. This includes management of hepatic and renal failure should they occur and intubation should the patient become obtunded. Hypoglycemia can result from liver failure, and plasma glucose should be monitored closely. Fulminant hepatic failure is an indication for liver transplantation, and a liver transplant center should be contacted early in the course of treatment of patients who develop severe liver injury despite NAC therapy.

## ACETIC ACID DERIVATIVES: INDOMETHACIN, SULINDAC, AND ETODOLAC

Indomethacin was the product of a laboratory search for drugs with antiinflammatory properties. It was introduced in 1963 for the treatment of rheumatoid arthritis and related disorders. It is a nonselective COX inhibitor. Although indomethacin still is used clinically and is effective, toxicity and the availability of safer alternatives have limited its use. Sulindac was developed in an attempt to find a less toxic, but effective, congener of indomethacin and also is a nonselective COX inhibitor. The pharmacology of both drugs has been reviewed (Rainsford, 2003; Haanen, 2001). *Etodolac* is a structurally related tNSAID; it has been found to be a somewhat selective inhibitor of COX-2.

### Indomethacin

**Chemistry.** The structural formula of indomethacin, a methylated indole derivative, is:

INDOMETHACIN

**Pharmacological Properties.** Indomethacin has prominent antiinflammatory and analgesic-antipyretic properties similar to those of the salicylates. Indomethacin is a more potent inhibitor of the cyclooxygenases than is aspirin, but patient intolerance generally limits its use to short-term dosing. Indomethacin has analgesic properties distinct from its antiinflammatory effects, and there is evidence for central and peripheral actions.

Indomethacin also inhibits the motility of polymorphonuclear leukocytes and depresses the biosynthesis of mucopolysaccharides. It also may have a direct, cyclooxygenase-independent vasoconstrictor effect (Edlund *et al.*, 1985). Observational studies have raised the possibility that indomethacin may increase the risk of myocardial infarction and stroke, but controlled clinical trials to address this hypothesis have not been performed.

**Pharmacokinetics and Metabolism.** Oral indomethacin has excellent bioavailability. Peak concentrations occur 1 to 2 hours after dosing (Table 26–1). Indomethacin is 90% bound to plasma proteins and tissues. The concentration of the drug in the CSF is low, but its concentration in synovial fluid is equal to that in plasma within 5 hours of administration.

Between 10% and 20% of indomethacin is excreted unchanged in the urine, partly by tubular secretion. The majority is converted to inactive metabolites, including those formed by *O*-methylation (about 50%), conjugation with glucuronic acid (about 10%), and *N*-deacylation. Free and conjugated metabolites are eliminated in the urine, bile, and feces. There is enterohepatic cycling of the conjugates and probably of indomethacin itself. The half-life in plasma is variable, perhaps because of enterohepatic cycling, but averages about 2.5 hours.

**Drug Interactions.** The total plasma concentration of indomethacin plus its inactive metabolites is increased by concurrent administration of probenecid, but it is not clear if concomitant use requires dose adjustment. Indomethacin does not interfere with the uricosuric effect of probenecid.

Indomethacin does not directly modify the effect of warfarin, but platelet inhibition and gastric irritation increase the risk of bleeding; concurrent administration is not recommended. Indomethacin antagonizes the natriuretic and antihypertensive effects of *furosemide* and thiazide diuretics and blunts the antihypertensive effect of $\beta$ receptor antagonists, $AT_1$ receptor antagonists, and ACE inhibitors.

**Therapeutic Uses.** A high rate of intolerance limits the long-term analgesic use of indomethacin (INDOCIN). Likewise, it is not used commonly as an analgesic or antipyretic unless the fever has been refractory to other agents (*e.g.*, Hodgkin's disease).

Indomethacin is effective for relieving joint pain, swelling, and tenderness, increasing grip strength, and decreasing the duration of morning stiffness. It is estimated to be approximately 20 times more potent than aspirin. Overall, about two-thirds of patients benefit from treatment with indomethacin, which typically is initiated at 25 mg two or three times daily. In some patients, 100 mg taken at night provides better nighttime analgesia and relief from morning stiffness. Failure to obtain adequate symptom relief with 100 mg within 7 to 10 days is an indication to try an alternative therapy.

When tolerated, indomethacin often is more effective than aspirin in the treatment of ankylosing spondylitis and osteoarthritis. It also is very effective in the treatment of acute gout, although it is not uricosuric.

Indomethacin is FDA approved for closure of persistent patent ductus arteriosus. A typical regimen involves the intravenous administration of 0.1 to 0.2 mg/kg every 12 hours for three doses. Successful closure can be expected in more than 70% of neonates treated with the drug. Such therapy is indicated primarily in premature infants who weigh between 500 and 1750 g, who have a hemodynamically significant patent ductus arteriosus, and in whom other supportive maneuvers have been attempted. Unexpectedly, treatment with indomethacin also may decrease the incidence and severity of intraventricular hemorrhage in low-birth-weight neonates (Ment *et al.*, 1994). The principal limitation of treating neonates is renal toxicity, and therapy is stopped if the output of urine falls to less than 0.6 ml/kg per hour. Renal failure, enterocolitis, thrombocytopenia, or hyperbilirubinemia are contraindications to the use of indomethacin.

**Common Adverse Effects.** A very high percentage (35% to 50%) of patients receiving usual therapeutic doses of indomethacin experience untoward symptoms, and about 20% must discontinue its use because of the side effects. Most adverse effects are dose-related.

Gastrointestinal complaints are common and can be serious. Diarrhea may occur and sometimes is associated with ulcerative lesions of the bowel. Underlying peptic ulcer disease is a contraindication to indomethacin use. Acute pancreatitis has been reported, as have rare, but potentially fatal, cases of hepatitis. The most frequent CNS effect (indeed, the most common side effect) is severe frontal headache, occurring in 25% to 50% of patients who take the drug for long periods. Dizziness, vertigo, light-headedness, and mental confusion may occur. Seizures have been reported, as have severe depression, psychosis, hallucinations, and suicide. Caution is advised when administering indomethacin to elderly patients or to those with underlying epilepsy, psychiatric disorders, or Parkinson's disease, because they are at greater risk for the development of serious CNS adverse effects.

Hematopoietic reactions include neutropenia, thrombocytopenia, and rarely aplastic anemia. As is common with other tNSAIDs, platelet function is impaired transiently during the dosing interval.

## Sulindac

**Chemistry.** Sulindac is related closely to indomethacin; its structural formula is:



SULINDAC

Sulindac is a prodrug whose antiinflammatory activity resides in its sulfide metabolite.

**Pharmacological Properties.** Sulindac is less than half as potent as indomethacin. Because sulindac is a prodrug, it appears to be either inactive or relatively weak *in vitro* because it is not metabolized to its active sulfide metabolite. The sulfide metabolite is more than 500 times more potent than sulindac as an inhibitor of cyclooxygenase. The notion that gastric or intestinal mucosa is not directly exposed to high concentrations of active drug after oral administration of sulindac provides a rationale for the claim that there is a lower incidence of GI toxicity with sulindac as compared with indomethacin. This claim ignores the fact that the mucosa of the GI tract is directly exposed to circulating levels of active drug. Formal proof of the hypothetical advantage of sulindac is lacking, and the clinical experience in this regard has been disappointing. Similarly, early clinical studies suggesting that sulindac, in contrast to other NSAIDs, did not alter renal prostaglandin levels and therefore might avoid the association with hypertension in susceptible individuals, have been discredited (Kulling *et al.*, 1995). In short, the same precautions that apply to other NSAIDs regarding patients at risk for gastrointestinal toxicity or renal impairment also apply to sulindac.

**Pharmacokinetics and Metabolism.** The metabolism and pharmacokinetics of sulindac are complex. About 90% of the drug is absorbed in humans after oral administration (Table 26–1). Peak concentrations of sulindac in plasma are attained within 1 to 2 hours, while those of the sulfide metabolite occur about 8 hours after the oral administration of sulindac.

Sulindac undergoes two major biotransformations. It is oxidized to the sulfone and then reversibly reduced to the sulfide, the active metabolite. The sulfide is formed largely by the action of bowel microflora on sulindac excreted in the bile.

All three compounds are found in comparable concentrations in human plasma. The half-life of sulindac itself is about 7 hours, but the active sulfide has a half-life as long as 18 hours. Sulindac and its metabolites undergo extensive enterohepatic circulation, and all are bound extensively to plasma protein.

Little of the sulfide (or of its conjugates) is found in urine. The principal components excreted in the urine are the sulfone and its conjugates, which account for nearly 30% of an administered dose; sulindac and its conjugates account for about 20%. Up to 25% of an oral dose may appear as metabolites in the feces.

**Therapeutic Uses.** Sulindac (CLINORIL) has been used mainly for the treatment of rheumatoid arthritis, osteoarthritis, ankylosing spondylitis, and acute gout. Its analgesic and antiinflammatory effects are comparable to those achieved with aspirin. The most common dosage for adults is 150 to 200 mg twice a day. The drug usually is given with food to reduce gastric discomfort, although this may delay absorption and reduce its concentration in plasma. A use proposed for sulindac is to prevent colon cancer in patients with familial adenomatous polyposis (*see* above).

**Common Adverse Effects.** Although the incidence of toxicity is lower than with indomethacin, untoward reactions to sulindac are common. The typical gastrointestinal side effects are seen in nearly 20% of patients, but are thought to be less severe at common doses than with indomethacin. CNS side effects as described above for indomethacin are seen in up to 10% of patients. Rash and pruritus occur in 5% of patients. Transient elevations of hepatic transaminases in plasma are less common.

## Etodolac

Etodolac is another acetic acid derivative with some degree of COX-2 selectivity. Thus, at antiinflammatory doses, the frequency of gastric irritation may be less than with other tNSAIDs (Warner *et al.*, 1999).

**Pharmacokinetics and Metabolism.** Etodolac is rapidly and well absorbed orally. It is highly bound to plasma protein and undergoes hepatic metabolism and renal excretion (Table 26–1). The drug may undergo enterohepatic circulation in humans; its half-life in plasma is about 7 hours.

**Therapeutic Uses.** A single oral dose (200 to 400 mg) of etodolac (LODINE) provides postoperative analgesia that typically lasts for 6 to 8 hours. Etodolac also is effective in the treatment of osteoarthritis and rheumatoid arthritis and the drug appears to be uricosuric. A sustained-release preparation (LODINE XL) is available, allowing once-a-day administration.

**Common Adverse Effects.** Etodolac appears to be relatively well tolerated. About 5% of patients who have taken the drug for up to 1

year discontinue treatment because of side effects, which include gastrointestinal intolerance, rashes, and CNS effects.

## THE FENAMATES

The fenamates are a family of NSAIDs first discovered in the 1950s that are derivatives of *N*-phenylanthranilic acid. They include *mefenamic, meclofenamic,* and *flufenamic acids.*

Therapeutically, they have no clear advantages over several other tNSAIDs and frequently cause GI side effects.

Mefenamic acid (PONSTEL, PONSTAN [UK], DYSMAN [UK]) and *meclofenamate sodium* (MECLOMEN) have been used mostly in the short-term treatment of pain in soft-tissue injuries, dysmenorrhea, and in rheumatoid and osteoarthritis. These drugs are not recommended for use in children or pregnant women.

Mefenamic acid and meclofenamate, but not flufenamic acid, are available in the United States. All three are available in Europe. They are used rarely for chronic therapy of the arthritides.

**Chemistry.** Mefenamic acid and meclofenamate are *N*-substituted phenylanthranilic acids.

**Pharmacological Properties.** The fenamates are typical tNSAIDs. Mefenamic acid has central and peripheral actions, and meclofenamic acid (and perhaps other fenamates) may antagonize directly certain effects of prostaglandins, although it is not clear that receptor blockade is attained at therapeutic concentrations.

**Pharmacokinetic Properties.** These drugs are absorbed rapidly and have short durations of action. In humans, approximately 50% of a dose of mefenamic acid is excreted in the urine, primarily as the 3-hydroxymethyl and 3-carboxyl metabolites and their conjugates. Twenty percent of the drug is recovered in the feces, mainly as the unconjugated 3-carboxyl metabolite.

**Common Adverse Effects and Precautions.** Approximately 25% of users develop gastrointestinal side effects at therapeutic doses. Roughly 5% of patients develop a reversible elevation of hepatic transaminases. Diarrhea, which may be severe and associated with steatorrhea and inflammation of the bowel, also is relatively common. Autoimmune hemolytic anemia is a potentially serious but rare side effect.

The fenamates are contraindicated in patients with a history of gastrointestinal disease. If diarrhea or rash occur, these drugs should be stopped at once. Vigilance is required for signs or symptoms of hemolytic anemia.

## TOLMETIN, KETOROLAC, AND DICLOFENAC

*Tolmetin* and *ketorolac* are structurally related heteroaryl acetic acid derivatives with different pharmacological fea-
tures. Diclofenac is a phenylacetic acid derivative that was developed specifically as an antiinflammatory agent.

## Tolmetin

Tolmetin is an antiinflammatory, analgesic, and antipyretic agent introduced into clinical practice in the United States in 1976. Tolmetin, in recommended doses (200 to 600 mg three times a day), appears to be approximately equivalent in efficacy to moderate doses of aspirin. Tolmetin possesses typical tNSAID properties and side effects (Morley *et al.*, 1982).

**Pharmacokinetics and Metabolism.** Tolmetin demonstrates rapid and complete absorption, extensive plasma protein binding, and a short half-life (Table 26–1). It undergoes extensive hepatic metabolism, mostly by oxidation of the *para*-methyl group to a carboxylic acid. Metabolites are excreted in the urine. Accumulation of the drug in synovial fluid begins within 2 hours and persists for up to 8 hours after a single oral dose.

**Therapeutic Uses.** Tolmetin (*tolmetin sodium*, TOLECTIN) is approved in the United States for the treatment of osteoarthritis, rheumatoid arthritis, and juvenile rheumatoid arthritis; it also has been used in the treatment of ankylosing spondylitis. In general, tolmetin is thought to have similar therapeutic efficacy to aspirin. The maximum recommended dose is 2 g per day, typically given in divided doses with meals, milk, or antacids to lessen abdominal discomfort. However, peak plasma concentrations and bioavailability are reduced when the drug is taken with food.

**Common Adverse Effects.** Side effects occur in 25% to 40% of patients who take tolmetin, and 5% to 10% discontinue use of the drug. Gastrointestinal side effects are the most common (15%) and gastric ulceration has been observed. CNS side effects similar to those seen with indomethacin and aspirin occur, but they are less common and less severe.

## Ketorolac

Ketorolac is a potent analgesic but only a moderately effective antiinflammatory drug. It is one of the few NSAIDs approved for parenteral administration. The structure of ketorolac is:



KETOROLAC

**Pharmacological Properties.** Ketorolac has greater systemic analgesic than antiinflammatory activity. Like other tNSAIDs, it inhibits platelet aggregation and promotes gastric ulceration. Ketorolac also has antiinflammatory activity when topically administered in the eye. The pharmacology of ketorolac has been reviewed (Buckley and Brogden, 1990).

**Pharmacokinetics and Metabolism.** Ketorolac has a rapid onset of action, extensive protein binding, and a short duration of action

(Table 26–1). Oral bioavailability is about 80%. Urinary excretion accounts for about 90% of eliminated drug, with about 10% excreted unchanged and the remainder as a glucuronidated conjugate. The rate of elimination is reduced in the elderly and in patients with renal failure.

**Therapeutic Uses.** Ketorolac (administered as the tromethamine salt TORADOL, ULTRAM) has been used as a short-term alternative (less than 5 days) to opioids for the treatment of moderate to severe pain and is administered intramuscularly, intravenously, or orally. Unlike opioids, tolerance, withdrawal, and respiratory depression do not occur. Like other NSAIDs, aspirin sensitivity is a contraindication to the use of ketorolac. Typical doses are 30 to 60 mg (intramuscular); 15 to 30 mg (intravenous); and 5 to 30 mg (oral). Ketorolac is used widely in postoperative patients, but it should not be used for routine obstetric analgesia. Topical (ophthalmic) ketorolac is FDA approved for the treatment of seasonal allergic conjunctivitis and postoperative ocular inflammation after cataract extraction.

**Common Adverse Effects.** Side effects at usual oral doses include somnolence, dizziness, headache, gastrointestinal pain, dyspepsia, nausea, and pain at the site of injection.

## Diclofenac

Diclofenac is the most commonly used tNSAID in Europe (McNeely and Goa, 1999). The selective inhibitor of COX-2 lumiracoxib is an analog of diclofenac. The structure of diclofenac is:



DICLOFENAC

**Pharmacological Properties.** Diclofenac has analgesic, antipyretic, and antiinflammatory activities. Its potency against COX-2 is substantially greater than that of indomethacin, naproxen, or several other tNSAIDs. In addition, diclofenac appears to reduce intracellular concentrations of free AA in leukocytes, perhaps by altering its release or uptake. The selectivity of diclofenac for COX-2 resembles that of celecoxib. Indeed, the incidence of serious gastrointestinal adverse effects did not differ between celecoxib and diclofenac in the CLASS trial (Juni *et al.*, 2002). Furthermore, observational studies have raised the possibility of a cardiovascular hazard from chronic therapy with diclofenac. A large-scale randomized comparison of diclofenac and the selective COX-2 inhibitor etoricoxib is currently under way.

**Pharmacokinetics.** Diclofenac has rapid absorption, extensive protein binding, and a short half-life (Table 26–2). There is a substantial first-pass effect, such that only about 50% of diclofenac is available systemically. Diclofenac accumulates in synovial fluid after oral administration, which may explain why its duration of therapeutic effect is considerably longer than the plasma half-life. Diclofenac is metabolized in the liver by a

member of the CYP2C subfamily to 4-hydroxydiclofenac, the principal metabolite, and other hydroxylated forms; after glucuronidation and sulfation the metabolites are excreted in the urine (65%) and bile (35%).

**Therapeutic Uses.** Diclofenac is approved in the United States for the long-term symptomatic treatment of rheumatoid arthritis, osteoarthritis, and ankylosing spondylitis. Three formulations are available: an intermediate-release potassium salt (CATAFLAM), a delayed-release form (VOLTAREN, VOLTAROL [UK]), and an extended-release form (VOLTAREN-XR). The usual daily dosage for those indications is 100 to 200 mg, given in several divided doses. Diclofenac also is useful for short-term treatment of acute musculoskeletal pain, postoperative pain, and dysmenorrhea. Diclofenac is also available in combination with misoprostol, a $PGE_1$ analog (ARTHROTEC) (Davis *et al.*, 1995). This combination, which retains the efficacy of diclofenac while reducing the frequency of gastrointestinal ulcers and erosions, is cost-effective relative to the selective COX-2 inhibitors despite the cost of the added misoprostol (Morant *et al.*, 2002). In addition, an ophthalmic solution of diclofenac is available for treatment of postoperative inflammation following cataract extraction.

**Common Adverse Effects.** Diclofenac produces side effects (particularly gastrointestinal) in about 20% of patients, and approximately 2% of patients discontinue therapy as a result. Modest elevation of hepatic transaminases in plasma occurs in 5% to 15% of patients. Although usually moderate, transaminase values may increase more than threefold in a small percentage of patients. The elevations usually are reversible. Another member of this phenylacetic acid family of NSAIDs, *bromfenac*, was withdrawn from the market because of its association with severe, irreversible liver injury in some patients. Therefore, transaminases should be measured during the first 8 weeks of therapy with diclofenac, and the drug should be discontinued if abnormal values persist or if other signs or symptoms develop. Other untoward responses to diclofenac include CNS effects, rashes, allergic reactions, fluid retention, and edema, and rarely impairment of renal function. The drug is not recommended for children, nursing mothers, or pregnant women. Consistent with its preference for COX-2, and unlike ibuprofen, diclofenac does not interfere with the antiplatelet effect of aspirin (Catella-Lawson *et al.*, 2001). Given these observations, diclofenac is not a suitable alternative to a selective COX-2 inhibitor in individuals at risk of cardiovascular or cerebrovascular disease.

# PROPIONIC ACID DERIVATIVES

Propionic acid derivatives are approved for use in the symptomatic treatment of rheumatoid arthritis, osteoarthritis, ankylosing spondylitis, and acute gouty arthritis; they also are used as analgesics, for acute tendinitis and bursitis, and for primary dysmenorrhea.

Ibuprofen, the most commonly used tNSAID in the United States, was the first member of the propionic acid class of NSAIDs to come into general use, and it is available without a prescription in the United States. Naprox-

*Figure 26–3. Chemical structures of the propionic acid derivatives.*

en, also available without prescription, has a longer but variable half-life, making twice-daily administration feasible (and perhaps once daily in some individuals). Oxaprozin also has a long half-life and may possibly be given once daily. The structural formulas of these drugs are shown in Figure 26–3.

Small clinical studies suggest that the propionic acid derivatives are comparable in efficacy to aspirin for the control of the signs and symptoms of rheumatoid arthritis and osteoarthritis, perhaps with improved tolerability.

Ibuprofen, naproxen, *flurbiprofen*, fenoprofen, ketoprofen, and *oxaprozin*, which are available in the United States, are described individually below. Several additional agents in this class are in use or under study in other countries. These include *fenbufen, carprofen, pirprofen, indobufen,* and *tiaprofenic acid.*

*Pharmacological Properties.* The pharmacodynamic properties of the propionic acid derivatives do not differ significantly. All are nonselective cyclooxygenase inhibitors with the effects and side effects common to other tNSAIDs. Although there is considerable variation in their potency as COX inhibitors, this is not of obvious clinical consequence. Some of the propionic acid derivatives, particularly naproxen, have prominent inhibitory effects on leukocyte function, and some data suggest that naproxen may have slightly better efficacy with regard to analgesia and relief of morning stiffness (Hart and Huskisson, 1984). Epidemiological studies suggest that while the relative risk of myocardial infarction is unaltered by ibuprofen, it is reduced by around 10% by naproxen, compared to a reduction of 20% to 25% by aspirin. This suggestion of benefit accords with the clinical pharmacology of naproxen that suggests that some but not all individuals dosed with 500 mg twice daily sustain platelet inhibition throughout the dosing interval.

*Drug Interactions.* As do other NSAIDs, the propionic acid derivatives may interfere with the action of antihypertensive and diuretic agents, increase the risk of bleeding with warfarin, and increase the risk of bone marrow suppression with methotrexate. Ibuprofen also has been shown to interfere with the antiplatelet effects of aspirin (*see* above). There is also evidence for a similar interaction between aspirin and naproxen. In addition, propionic acid derivatives may interact with other drugs due to the high avidity for albumin. However, they have not been shown to alter the pharmacokinetics of the oral hypoglycemic drugs or warfarin.

## Ibuprofen

Ibuprofen is supplied as tablets containing 200 to 800 mg; only the 200-mg tablets (ADVIL, MOTRIN, NUPRIN, BRUFEN [UK], ANADIN ULTRA [UK], others) are available without a prescription.

Doses of up to 800 mg four times daily can be used in the treatment of rheumatoid arthritis and osteoarthritis, but lower doses often are adequate. The usual dose for mild to moderate pain, such as that of primary dysmenorrhea, is 400 mg every 4 to 6 hours as needed. Ibuprofen has been reviewed (Davies, 1998a).

**Pharmacokinetics.** Ibuprofen is absorbed rapidly, bound avidly to protein, and undergoes hepatic metabolism (90% is metabolized to hydroxylate or carboxylate derivatives) and renal excretion of metabolites. The half-life is roughly 2 hours. Slow equilibration with the synovial space means that its antiarthritic effects may persist after plasma levels decline. In experimental animals, ibuprofen and its metabolites readily cross the placenta.

**Common Adverse Effects.** Ibuprofen is thought to be better tolerated than aspirin and indomethacin and has been used in patients with a history of gastrointestinal intolerance to other NSAIDs. Nevertheless, 5% to 15% of patients experience gastrointestinal side effects.

Other adverse effects of ibuprofen have been reported less frequently. They include thrombocytopenia, rashes, headache, dizzi-

ness. blurred vision, and in a few cases toxic amblyopia. fluid retention, and edema. Patients who develop ocular disturbances should discontinue the use of ibuprofen. Ibuprofen can be used occasionally by pregnant women; however, the concerns apply regarding third-trimester effects, including delay of parturition. Excretion into breast milk is thought to be minimal, so ibuprofen also can be used with caution by women who are breastfeeding.

## Naproxen

The pharmacological properties and therapeutic uses of naproxen (ALEVE, NAPROSYN, others) have been reviewed (Davies and Anderson, 1997).

**Pharmacokinetics.** Naproxen is absorbed fully when administered orally. Food delays the rate but not the extent of absorption. Peak concentrations in plasma occur within 2 to 4 hours and are somewhat more rapid after the administration of naproxen sodium. Absorption is accelerated by the concurrent administration of sodium bicarbonate but delayed by magnesium oxide or aluminum hydroxide. Naproxen also is absorbed rectally, but more slowly than after oral administration. The half-life of naproxen in plasma is variable. About 14 hours in the young, it may increase about twofold in the elderly because of age-related decline in renal function (Table 26–1).

Metabolites of naproxen are excreted almost entirely in the urine. About 30% of the drug undergoes 6-demethylation, and most of this metabolite, as well as naproxen itself, is excreted as the glucuronide or other conjugates.

Naproxen is almost completely (99%) bound to plasma proteins after normal therapeutic doses. Naproxen crosses the placenta and appears in the milk of lactating women at approximately 1% of the maternal plasma concentration.

**Common Adverse Effects.** Typical gastrointestinal adverse effects with naproxen occur at approximately the same frequency as with indomethacin, but perhaps with less severity. CNS side effects range from drowsiness, headache, dizziness, and sweating, to fatigue, depression, and ototoxicity. Less common reactions include pruritus and a variety of dermatological problems. A few instances of jaundice, impairment of renal function, angioedema, thrombocytopenia, and agranulocytosis have been reported.

## Fenoprofen

The pharmacological properties and therapeutic uses of fenoprofen (NALFON) have been reviewed (Brogden *et al.*, 1981).

**Pharmacokinetics and Metabolism.** Oral doses of fenoprofen are readily but incompletely (85%) absorbed. The presence of food in the stomach retards absorption and lowers peak concentrations in plasma, which usually are achieved within 2 hours. The concomitant administration of antacids does not seem to alter the concentrations that are achieved.

After absorption, fenoprofen binds avidly to protein, is extensively metabolized, and is excreted in the urine with a half-life of approximately 3 hours (Table 26–1).

**Common Adverse Effects.** The gastrointestinal side effects of fenoprofen are similar to those of ibuprofen or naproxen and occur in approximately 15% of patients.

## Ketoprofen

Ketoprofen (ORUDIS, ORUVAIL) shares the pharmacological properties of other propionic acid derivatives (Veys, 1991) and is available for sale without a prescription in the United States. A more potent S-enantiomer is available in Europe (Barbanoj *et al.*, 2001). In addition to COX inhibition, ketoprofen may stabilize lysosomal membranes and antagonize the actions of bradykinin. It is unknown if these actions are relevant to its efficacy in humans.

**Pharmacokinetics.** Ketoprofen demonstrates a pharmacokinetic profile similar to fenoprofen (Table 26–1). It has a half-life in plasma of about 2 hours except in the elderly, in whom it is slightly prolonged. Ketoprofen is conjugated with glucuronic acid in the liver, and the conjugate is excreted in the urine. Patients with impaired renal function eliminate the drug more slowly.

*Common Adverse Effects.* Approximately 30% of patients experience mild gastrointestinal side effects with ketoprofen, which are decreased if the drug is taken with food or antacids. Ketoprofen can cause fluid retention and increased plasma concentrations of creatinine. These effects generally are transient and asymptomatic and are more common in patients who are receiving diuretics or in those older than 60. Thus, renal function should be monitored in such patients.

## Flurbiprofen

The pharmacological properties, therapeutic indications, and adverse effects of flurbiprofen (ANSAID) are similar to those of other antiinflammatory derivatives of propionic acid (Table 26–1) and have been reviewed (Davies, 1995). Flurbiprofen also has been investigated as an antiplatelet therapy; however, evidence that it offers an advantage over aspirin in this regard has not appeared.

## Oxaprozin

Oxaprozin (DAYPRO) has similar pharmacological properties, adverse effects, and therapeutic uses to those of other propionic acid derivatives (Davies, 1998b). However, its pharmacokinetic properties differ considerably. Peak plasma levels are not achieved until 3 to 6 hours after an oral dose, while its half-life of 40 to 60 hours allows for once-daily administration.

## ENOLIC ACIDS (OXICAMS)

The oxicam derivatives are enolic acids that inhibit COX-1 and COX-2 and have antiinflammatory, analgesic, and antipyretic activity. In general, they are nonselective COX inhibitors, although one member (meloxicam) shows modest COX-2 selectivity comparable to celecoxib in human blood *in vitro* and was approved as a selective COX-2 inhibitor in some countries (*see* below). They are similar in efficacy to aspirin, indomethacin, or naproxen for the long-term treatment of rheumatoid

arthritis or osteoarthritis. Controlled trials comparing gastrointestinal tolerability with aspirin have not been performed. The main advantage suggested for these compounds is their long half-life, which permits once-a-day dosing.

## Piroxicam

The pharmacological properties and therapeutic uses of piroxicam have been reviewed (Guttadauria, 1986).

**Pharmacological Properties.** Piroxicam is effective as an antiinflammatory agent. It can inhibit activation of neutrophils, apparently independently of its ability to inhibit cyclooxygenase; hence, additional modes of antiinflammatory action have been proposed, including inhibition of proteoglycanase and collagenase in cartilage. Approximately 20% of patients experience side effects with piroxicam, and about 5% of patients discontinue use because of these effects.

**Pharmacokinetics and Metabolism.** Piroxicam is absorbed completely after oral administration and undergoes enterohepatic recirculation; peak concentrations in plasma occur within 2 to 4 hours (Table 26–1). Food may delay absorption. Estimates of the half-life in plasma have been variable; the average is roughly 50 hours.

After absorption, piroxicam is extensively (99%) bound to plasma proteins. Concentrations in plasma and synovial fluid are similar at steady state (e.g., after 7 to 12 days). Less than 5% of the drug is excreted into the urine unchanged. The major metabolic transformation in humans is CYP-mediated hydroxylation of the pyridyl ring (predominantly by an isozyme of the CYP2C subfamily), and this inactive metabolite and its glucuronide conjugate account for about 60% of the drug excreted in the urine and feces.

**Therapeutic Uses.** Piroxicam (FELDENE) is approved in the United States for the treatment of rheumatoid arthritis and osteoarthritis. Due to its slow onset of action and delayed attainment of steady state, it is less suited for acute analgesia but has been used in acute gout. Caution is warranted in patients taking lithium because piroxicam can reduce the renal excretion of this drug to a clinically significant extent. The usual daily dose is 20 mg and because of the long half-life, steady-state blood levels are not reached for 7 to 12 days.

## Meloxicam

Meloxicam (MOBIC) was approved recently by the FDA for use in osteoarthritis. It has been reviewed (Fleischmann *et al.*, 2002).

The recommended dose for meloxicam is 7.5 to 15 mg once daily for osteoarthritis and 15 mg once daily for rheumatoid arthritis.

Meloxicam demonstrates roughly tenfold COX-2 selectivity on average in *ex vivo* assays (Panara *et al.*, 1999). However, this is quite variable, and a clinical advantage or hazard has yet to be established. Indeed, even with surrogate markers, the relationship to dose is nonlinear. There is significantly less gastric injury compared to piroxicam (20 mg/day) in subjects treated with 7.5 mg/day of meloxicam, but the advantage is lost with 15 mg/day (Patoia *et al.*, 1996). Like diclofenac, meloxicam would not seem like a desirable alternative to prescribing celecoxib to patients at increased risk of myocardial infarction or stroke.

### Other Oxicams

A number of other oxicam derivatives are under study or in use outside of the United States. These include several prodrugs of piroxicam (*ampiroxicam, droxicam,* and *pivoxicam*), which have been designed to reduce gastrointestinal irritation. However, as with sulindac, any theoretical diminution in gastric toxicity associated with administration of a prodrug is offset by gastric COX-1 inhibition from active drug circulating systemically. Other oxicams under study or in use outside the United States include *lornoxicam* (XEFO [UK]) (Balfour *et al.*, 1996), *cinnoxicam* (SINARTROL [ITALY]), *sudoxicam,* and *tenoxicam* (Nilsen, 1994). The efficacy and toxicity of these drugs are similar to those of piroxicam. Lornoxicam is unique among the enolic acid derivatives in that it has a rapid onset of action and a relatively short half-life (3 to 5 hours) (Skjodt and Davies, 1998).

## Nabumetone

Nabumetone is an antiinflammatory agent approved in 1991 for use in the United States. It has been reviewed (Davies, 1997). The structure of nabumetone is:



Clinical trials with nabumetone (RELAFEN) have indicated substantial efficacy in the treatment of rheumatoid arthritis and osteoarthritis, with a relatively low incidence of side effects. The dose typically is 1000 mg given once daily. The drug also has off-label use in the short-term treatment of soft-tissue injuries.

**Pharmacological Properties.** Nabumetone is a prodrug; thus it is a weak inhibitor of COX *in vitro* but a potent COX inhibitor *in vivo*.

**Pharmacokinetics and Metabolism.** Nabumetone is absorbed rapidly and is converted in the liver to one or more active metabolites, principally 6-methoxy-2-naphthylacetic acid, a potent nonselective inhibitor of COX (Patrignani *et al.*, 1994). This metabolite, inactivated by *O*-demethylation in the liver, is then conjugated before excretion, and is eliminated with a half-life of about 24 hours.

**Side Effects.** Nabumetone is associated with crampy lower abdominal pain and diarrhea, but the incidence of gastrointestinal ulceration appears to be lower than with other tNSAIDs (Scott *et al.*, 2000), although randomized, controlled studies directly comparing tolerability and clinical outcomes have not been performed. Other

*Section IV / Autacoids: Drug Therapy of Inflammation*

side effects include rash, headache, dizziness, heartburn, tinnitus, and pruritus.

## PYRAZOLON DERIVATIVES

This group of drugs includes *phenylbutazone, oxyphenbutazone, antipyrine, aminopyrine,* and *dipyrone;* currently, only antipyrine otic drops are available in the United States. These drugs were used clinically for many years but have essentially been abandoned because of their propensity to cause irreversible agranulocytosis. Dipyrone was reintroduced in Europe approximately 10 years ago because epidemiological studies suggested that the risk of adverse effects was similar to that of acetaminophen and lower than that of aspirin. However, its use remains limited. The pyrazolone derivatives are discussed in previous editions of this book.

## CYCLOOXYGENASE-2 SELECTIVE NSAIDS

The therapeutic use of the tNSAIDs has been limited by poor tolerability. Chronic users are prone to experience gastrointestinal irritation in up to 20% of cases. However, the incidence of these adverse events had been falling sharply in the population prior to the introduction of the coxibs, perhaps reflecting a move away from use of high-dose aspirin as an antiinflammatory drug strategy. Studies of the immediate early genes induced by inflammation led to the discovery of a gene with significant homology to the original COX enzyme, now designated COX-2. Because expression of this second COX enzyme was regulated by cytokines and mitogens, it was proposed to be the dominant source of prostaglandin formation in inflammation and cancer. It further was proposed that the original, constitutively expressed COX was the predominant source of cytoprotective prostaglandins formed by the gastrointestinal epithelium. Thus, selective inhibition of COX-2 was postulated to afford efficacy similar to tNSAIDs but with better tolerability. Subsequent crystallization of COX-1 and COX-2 revealed remarkable conservation of tertiary structure. However, one difference was in the hydrophobic channel by which the AA substrate gains access to the COX active site, buried deep within the molecule. This channel is more accommodating in the COX-2 structure and consequently exhibits wider substrate specificity than in COX-1. It also contains a side pocket that in retrospect affords a structural explanation for the identification in screens of the two enzymes *in vitro* of small molecule inhibitors that are differentially specific for COX-2 (Smith *et al.,* 2000). Although there were differences in relative hierarchies, depending on whether screens were performed using recombinantly

expressed enzymes, cells, or whole blood assays, most tNSAIDs expressed similar selectivity for inhibition of the two enzymes.

This section focuses on drugs that were developed specifically to favor inhibition of COX-2, of which the initial class are the coxibs. As discussed above, several older drugs (*e.g.,* nimesulide [not available in the United States], diclofenac, and meloxicam) exhibit relative selectivity for COX-2 inhibition in whole blood assays that resembles that of the first-approved specific inhibitor of COX-2, celecoxib (Brune and Hinz, 2004; FitzGerald and Patrono, 2001).

Three members of the initial class of COX-2 inhibitors, the coxibs, were approved for use in the United States and Europe. Both rofecoxib and valdecoxib have now been withdrawn from the market in view of their adverse event profile. Two others, *parecoxib* and etoricoxib, are approved in Europe but still under consideration in the United States. The newest drug in the class, lumiracoxib, is under consideration for approval in Europe and the United States. The relative degree of selectivity for COX-2 inhibition is lumiracoxib = etoricoxib > valdecoxib = rofecoxib >> celecoxib. However, there is considerable difference in response to the coxibs among individuals and it is not known how the degree of selectivity may relate to either efficacy or adverse effect profile, although it seems likely to be related to both. No controlled clinical trials comparing outcomes among the coxibs have been performed. The chemical structures of the coxibs are shown in Figure 26–4.

*Pharmacokinetics.* Most of the coxibs are distributed widely throughout the body. Celecoxib is particularly lipophilic, so it accumulates in fat and is readily transported into the CNS. Lumiracoxib is more acidic than the others, which may favor its accumulation at sites of inflammation. Despite these subtle differences, all of the coxibs achieve sufficient brain concentrations to have a central analgesic effect and all reduce prostaglandin formation · in inflamed joints. All are well absorbed, but peak concentrations are achieved with lumiracoxib and etoricoxib in approximately 1 hour compared to 2 to 4 hours with the other agents (Table 26–1). All of the coxibs are extensively protein-bound (etoricoxib and rofecoxib approximately 90%, the others approximately 97% to 99%). Published estimates of the half-lives of these drugs vary (2 to 6 hours for lumiracoxib, 6 to 12 hours for celecoxib and valdecoxib, 15 to 18 hours for rofecoxib, and 20 to 26 hours for etoricoxib). However, peak plasma concentrations of lumiracoxib exceed considerably those necessary to inhibit COX-2, suggesting an extended pharmacodynamic half-life. Few data linking pharmacokinetics to pharmacodynamics for any of the coxibs are in the public domain. Likewise, there is little information on the

**Figure 26–4.** *Chemical structures of the coxibs.*

causes of inter- and intraindividual variability in drug response, which is considerable.

*Drug–Drug Interactions.* The coxibs are metabolized by a variety of CYPs, including CYP3A, CYP2C9, CYP2D6. and CYP1A2. Rofecoxib differs slightly in that the first step in its metabolism is catalyzed by cytosolic reductases. Celecoxib, valdecoxib, and the prodrug parecoxib all are metabolized predominantly by CYP2D6, which metabolizes approximately 20% of all drugs (*see* Chapter 3). Although it is poorly inducible, it has pharmacogenetic importance because polymorphic variants with very low activity differ in frequency among populations. The prevalence of homozygosity for these variants is approximately 10% in Caucasians. 5% in Indians, 2% to 3% in Africans, and 1% in Asians. Poor metabolizers are prone to develop high concentrations of relevant NSAIDs, while extensive metabolizers are prone to drug interactions involving competitive inhibition of the enzyme. For example, celecoxib inhibits the metabolism of *metoprolol* and results in its accumulation. Similar interactions have been observed with selective serotonin reuptake inhibitors, tricyclic antidepressants, some neuroleptic agents, and antiarrhythmic drugs. Valdecoxib (and parecoxib) are prone to similar interactions, while rofecoxib interacts with *theophylline*. Unlike tNSAIDs, specific inhibitors of COX-2 would not be expected to pharmacodynamically augment the bleeding risk on warfarin. However, both rofecoxib and valdecoxib may influence the disposition of warfarin, increasing measures of drug action such as the prothrombin times and amplifying the risk of bleeding. There are anecdotal suggestions of an interaction with methotrexate resulting in bone marrow depression. Specific COX-2 inhibitors, like tNSAIDs, may limit the effectiveness of several classes of antihypertensive drugs. Presently, the comparative incidence of renovascular complications on tNSAIDs *versus* COX-2 selective inhibitors is unknown. As with all NSAIDs, use of these drugs must be cautious in patients with secondary hyperaldosteronism due to hepatic, cardiac, or renal decompensation.

*Clinical Use.* The first COX-2 inhibitors (*e.g.*, celecoxib, rofecoxib, and valdecoxib) gained FDA approval based on a superior side-effect profile in gastrointestinal endoscopy studies when compared to tNSAIDs. Subsequent to approval, clinical outcome studies against tNSAIDs were performed with celecoxib (the CLASS study; Silverstein *et al.*, 2000) and rofecoxib (the VIGOR study; Bombardier *et al.*, 2000). Only one of these, the VIGOR study, reported a significant difference in clinically significant gastrointestinal outcomes; these were halved from 4% on the tNSAID comparator, naproxen, to 2% on rofecoxib. Publication of the full dataset of the CLASS study revealed no difference between celecoxib and its comparators, ibuprofen and diclofenac (Juni *et al.*, 2002). While the results of these trials are reflected in the labeling of the coxibs, the data did not justify labeling the COX-2 selective inhibitors as a drug class distinct from the tNSAIDs. All three of the FDA-approved coxibs have been shown to afford relief from postextraction dental pain and to afford dose-dependent relief from inflammation in osteoarthritis and rheumatoid arthritis. Celecoxib also is approved for the chemoprevention of polyposis coli; however, a placebo-controlled trial revealed a dose-dependent increase in myocardial infarction and stroke (Bresalier *et al.*, 2005).

## Celecoxib

Celecoxib (CELEBREX) was approved for marketing in the United States in 1998. Details of its pharmacology have been reviewed (Davies *et al.*, 2000).

**Pharmacokinetics.** The bioavailability of oral celecoxib is not known, but peak plasma levels occur at 2 to 4 hours postdose. Celecoxib is bound extensively to plasma proteins. Little drug is excreted unchanged; most is excreted as carboxylic acid and glucuronide metabolites in the urine and feces. The elimination half-life is approximately 11 hours. The drug commonly is given once or twice per day during chronic treatment. Renal insufficiency is associated with a modest, clinically insignificant decrease in plasma concentration. Celecoxib has not been studied in patients with severe renal insufficiency. Plasma concentrations are increased by approximately 40% and 180% in patients with mild and moderate hepatic impairment, respectively, and dosages should be reduced by at least 50% in patients with moderate hepatic impairment. Significant interactions occur with *fluconazole* and *lithium* but not with *ketoconazole* or *methotrexate*. Celecoxib is metabolized predominantly by CYP2C9. Although not a substrate, celecoxib also is an inhibitor of CYP2D6. Clinical vigilance is necessary during coadministration of drugs that are known to inhibit CYP2C9 and drugs that are metabolized by CYP2D6.

**Pharmacological Properties, Adverse Effects, and Therapeutic Uses.** Effects attributed to inhibition of prostaglandin production in the kidney—hypertension and edema—occur with nonselective COX inhibitors and also with celecoxib. Studies in mice and some epidemiological evidence suggest that the likelihood of hypertension on NSAIDs reflects the degree of inhibition of COX-2 and the selectivity with which it is attained. Thus, the risk of thrombosis, hypertension, and accelerated atherogenesis are mechanistically integrated. The coxibs should be avoided in patients prone to cardiovascular or cerebrovascular disease. None of the coxibs has established clinical efficacy over tNSAIDs, while celecoxib has failed to establish superiority over tNSAIDs in reducing gastrointestinal adverse events. While selective COX-2 inhibitors do not interact to prevent the antiplatelet effect of aspirin, it now is thought that they lose their gastrointestinal advantage over a tNSAID alone when used in conjunction with aspirin. Experience with selective COX-2 inhibitors in patients who exhibit aspirin hypersensitivity is limited, and caution should be observed.

Celecoxib is approved in the United States for the treatment of osteoarthritis and rheumatoid arthritis. The recommended dose for treating osteoarthritis is 200 mg per day as a single dose or as two 100-mg doses. In the treatment of rheumatoid arthritis, the recommended dose is 100 to 200 mg twice per day. In the light of recent information on a potential cardiovascular hazard, physicians are advised to use the lowest possible dose for the shortest possible time. Current evidence does not support use of a coxib as a first choice among the tNSAIDs.

## Valdecoxib

**Pharmacokinetics.** Valdecoxib (BEXTRA) is absorbed rapidly (1 to 2 hours), but peak serum concentrations are delayed by the presence of food (Table 26–1). It undergoes extensive hepatic metabolism by CYP3A4 and CYP2C9 and non–CYP-dependent glucu-

ronidation. Valdecoxib is a weak inhibitor of CYP2C9 and a weak to moderate inhibitor of CYP2C19. Concomitant administration of valdecoxib with known CYP3A4 and 2C9 inhibitors (*e.g.*, fluconazole and ketoconazole) increases plasma levels of valdecoxib. Coadministration of valdecoxib with warfarin (a CYP2C9 substrate) caused a small but significant increase in the plasma level and anticoagulation effect of warfarin. Interactions with *diazepam, glyburide, norethindrone, ethinyl estradiol, omeprazole,* and *dextromethorphan* also have been documented. The metabolites of valdecoxib are excreted in the urine. The half-life is approximately 7 to 8 hours but can be significantly prolonged in the elderly or those with hepatic impairment, with subsequent drug accumulation (Fenton *et al.*, 2004). Outside the United States, valdecoxib is available for injection.

**Pharmacological Properties, Adverse Effects, and Therapeutic Uses.** At therapeutic doses, valdecoxib has demonstrated significantly fewer endoscopically demonstrable lesions than tNSAIDs. Like other NSAIDs, valdecoxib can elevate blood pressure in predisposed individuals (Fenton *et al.*, 2004). Valdecoxib has received FDA approval for use in osteoarthritis, adult rheumatoid arthritis, and primary dysmenorrhea. It is also effective in moderate to severe acute pain, particularly if given preemptively (*e.g.*, before a dental procedure) and has been shown to decrease postoperative opioid requirements substantially (Fenton *et al.*, 2004). However, valdecoxib has been associated with a threefold increase in cardiovascular risk in two studies of patients undergoing cardiovascular bypass graft surgery (Furberg *et al.*, 2005). As with celecoxib, the FDA advisory committee reviewed the totality of the evidence and concluded that valdecoxib did indeed elevate the risk of heart attack and stroke and should be avoided in patients prone to these conditions. An additional concern was the causative link to Stevens-Johnson syndrome, a disfiguring skin condition that rarely complicates sulfonamides, like valdecoxib. Based on these considerations and the absence of established benefit compared to traditional NSAIDs, the FDA prompted withdrawal of valdecoxib from the market. No gastrointestinal outcome study with valdecoxib has been performed and there is no evidence that its clinical efficacy exceeds that of tNSAIDs. Thus, current evidence of benefit:risk would not support selection of valdecoxib as an NSAID of first choice, if at all. Finally, life-threatening skin reactions (including toxic epidermal necrolysis, Stevens-Johnson syndrome, and erythema multiforme) have been reported in association with valdecoxib. The drug must be discontinued at the first sign of rash, mucosal lesion, or any other sign of hypersensitivity. This additional hazard renders valdecoxib an unlikely therapeutic choice.

## Rofecoxib

Rofecoxib (VIOXX) was introduced in 1999. Details of its pharmacodynamics, pharmacokinetics, therapeutic efficacy, and toxicity have been reviewed (Davies *et al.*, 2003). Based on interim analysis of data from the Adenomatous Polyp Prevention on Vioxx (APPROVe) study, which showed a significant (twofold) increase in the incidence of serious thromboembolic events in subjects receiving 25 mg of rofecoxib relative to placebo (Bresalier *et al.*, 2005), rofecoxib was withdrawn from the market worldwide (FitzGerald, 2004). The FDA advisory panel agreed that rofecoxib increased the risk of myocardial infarction and stroke and that the evidence accu-

mulated was more substantial than for valdecoxib and appeared more convincing than for celecoxib. Only rofecoxib, however, has established superiority over tNSAIDs in terms of gastrointestinal outcomes, which adjusts the risk:benefit ratio. If reintroduced, it would only merit consideration in patients with severe gastrointestinal intolerance of tNSAIDs who were at demonstrably low risk of cardiovascular or cerebrovascular disease.

## Other Coxibs

Clinical experience with other coxibs is limited. Parecoxib is a pro-drug of valdecoxib and can be administered parenterally. Etoricoxib is given once a day and has been on the market in Europe. The European regulatory agency concluded that it, along with other coxibs, increased the risk of heart attack and stroke; they restricted specifically its use in patients with hypertension. Lumiracoxib is still under review in both Europe and the United States. Pharmacokinetic considerations are outlined in Table 26–1.

*Parecoxib.* Pharmacokinetics. Parecoxib is available outside of the United States for intravenous and intramuscular injection. It is absorbed rapidly (approximately 15 minutes) and converted (15 to 52 minutes) by deoxymethylation to valdecoxib, the active drug (Table 26–1) (Karim *et al.*, 2001).

**Pharmacological Properties, Common Adverse Effects, and Therapeutic Uses.** Parecoxib (DYNASTAT) is available in Germany and Australia, but not in the United Kingdom or United States. It is the only coxib available by injection and has been shown to be an effective analgesic for the perioperative period when patients are unable to take oral medication. However, it is not yet widely available, and clinical experience is limited. In general, the advantages and disadvantages pertaining to valdecoxib (*see* above) apply to parecoxib, including the risk of hypersensitivity or skin reactions.

*Lumiracoxib.* Pharmacokinetics. Lumiracoxib is unique among the coxibs in being a weak acid. It is rapidly and well absorbed, with peak plasma concentrations occurring in 1 to 3 hours. Its acidic nature allows it to penetrate well into areas of inflammation. The half-life in synovial fluid is considerably longer than in plasma. The concentration of lumiracoxib in synovial fluid 24 hours after administration of a single dose would be expected to result in substantial COX-2 inhibition. This may explain why once-daily dosing may suffice for some users despite its short plasma half-life. However, peak plasma concentrations greatly exceed those necessary to maximally inhibit COX-2, consistent with a longer pharmacodynamic half-life, reflected by sustained inhibition of prostacyclin metabolite excretion comparable to that observed with other coxibs. *In vitro*, lumiracoxib demonstrates greater COX-2 selectivity than any of the currently available coxibs (Tacconelli *et al.*, 2004).

**Pharmacological Properties, Common Adverse Effects, and Therapeutic Uses.** Lumiracoxib demonstrates potency similar to naproxen but with much greater COX-2 selectivity. Studies in small numbers of subjects showed little or no endoscopic evidence of gastric injury at high therapeutic doses (Kivitz *et al.*, 2004; Atherton *et al.*, 2004). It has been shown to be effective in the treatment of dysmenorrhea with efficacy similar to naproxen (Bitner *et al.*, 2004). It should be noted that these were not equivalence studies.

Further information regarding the safety of lumiracoxib has been provided by findings of the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET; Farkouh *et al.*, 2004; Schnitzer *et al.*, 2004). The trial actually consisted of two distinct studies comparing lumiracoxib to either ibuprofen or naproxen in more than 18,000 osteoarthritis patients in aggregate. Patients were aged 50 years or older and this was stratified on the basis of low-dose aspirin. Patients with significant preexisting coronary artery disease were excluded. TARGET detected an excess number of myocardial infarctions among patients taking lumiracoxib compared to naproxen and this difference was attenuated by aspirin. By contrast, ibuprofen appeared to undermine the beneficial effects of aspirin. The cardiovascular event rates on lumiracoxib differed considerably between the two studies, making their combined assessment complex. TARGET was grossly underpowered to assess the relative impact of lumiracoxib *versus* the tNSAIDs on vascular events. While lumiracoxib elevated blood pressure to a marginally lesser degree than the NSAIDs, these differences of a few millimeters of mercury on average were assessed retrospectively and are difficult to interpret. Lumiracoxib was associated with a significant decrease in the frequency of ulcer complications in patients not concurrently taking low-dose aspirin; the benefit disappeared, however, in patients taking aspirin. Finally, the frequency of greater than three-fold elevation of hepatic transaminases was 2.6% for lumiracoxib *versus* 0.6% for the comparator tNSAIDs. Balanced against the tradeoffs of heightened risk for cardiovascular events and hepatotoxicity, the narrow gastrointestinal protective benefit of lumiracoxib makes its use difficult to justify, particularly in patients also taking low-dose aspirin.

*Etoricoxib.* Pharmacokinetics. Etoricoxib is incompletely (83%) absorbed and has a long half-life of approximately 20 to 26 hours (Table 26–1) (Rodrigues *et al.*, 2003). It is extensively metabolized before excretion. Small studies suggest that those with moderate hepatic impairment are prone to drug accumulation, and the dosing interval should be adjusted (Agrawal *et al.*, 2003). Renal insufficiency does not affect drug clearance (Agrawal *et al.*, 2004).

**Pharmacological Properties, Common Adverse Effects, and Therapeutic Uses.** Etoricoxib (ARCOXIA) is approved in the United Kingdom as a once-daily medicine for symptomatic relief in the treatment of osteoarthritis, rheumatoid arthritis, and acute gouty arthritis, as well as for the short-term treatment of musculoskeletal pain, postoperative pain, and primary dysmenorrhea (Patrignani *et al.*, 2003). Its COX-2 selectivity is second only to lumiracoxib, and in keeping with other coxibs, it shows decreased gastrointestinal injury as assessed endoscopically. A large randomized clinical outcome study of etoricoxib (MEDAL) is under way.

# OTHER NONSTEROIDAL ANTIINFLAMMATORY DRUGS

## Apazone (Azapropazone)

*Apazone* is a tNSAID that has antiinflammatory, analgesic, and antipyretic activity and is a potent uricosuric agent. It is available in

Europe but not the United States. Some of its function may arise from its ability to inhibit neutrophil migration, degranulation, and superoxide production.

Apazone has been used for the treatment of rheumatoid arthritis, osteoarthritis, ankylosing spondylitis, and gout, but usually is restricted to cases where other tNSAIDs have failed. Typical doses are 600 mg three times per day for acute gout. Once symptoms have abated, or for nongout indications, typical dosage is 300 mg three to four times per day. Clinical experience to date suggests that apazone is well tolerated. Mild gastrointestinal side effects (nausea, epigastric pain, dyspepsia) and rashes occur in about 3% of patients, while CNS effects (headache, vertigo) are reported less frequently. Precautions appropriate to other nonselective COX inhibitors also apply to apazone.

## Nimesulide

Nimesulide is a sulfonanilide compound available in Europe that demonstrates COX-2 selectivity similar to celecoxib in whole blood assays. Additional effects include inhibition of neutrophil activation, decrease in cytokine production, decrease in degradative enzyme production, and possibly activation of glucocorticoid receptors (Bennet, 1999). Its structure is:

$$NHSO_2CH_3$$

NIMESULIDE

Nimesulide is antiinflammatory, analgesic, and antipyretic and reportedly is associated with a low incidence of gastrointestinal adverse effects. Given its selectivity profile, it is not a logical alternative for patients switching from the coxibs because of the risk of cardiovascular and cerebrovascular events.

## OTHER DRUGS FOR RHEUMATOID ARTHRITIS

Rheumatoid arthritis is an autoimmune disease that affects approximately 1% of the population. The pharmacological management of mild rheumatoid arthritis is geared towards symptomatic relief through the use of NSAIDs. Although they have antiinflammatory effects, they do not prevent or delay joint deformity. Thus, there now is a trend to use disease-modifying antirheumatic drugs earlier in the course of the disease (Olson and Stein, 2004; O'Dell, 2004). Most of these immunosuppressive and immune-modulatory agents have been discussed in other chapters (*see* Chapters 38 and 52) and will be mentioned only briefly here. The use of these agents early in the course of the disease must be weighed against their potentially serious adverse effects. Therapy is tailored to the individual patient, but short-term glucocorticoids often are used to bring the level of inflammation quickly under control. Glucocorticoids are not suitable for long-term use because of adrenal suppression, so methotrexate, sulfasalazine, or low-dose immunosuppressants commonly are used early in the course of the disease. Should these agents be

ineffective, TNF-receptor antagonists or IL-1-receptor antagonists may be administered. The combination of NSAIDs with these agents is increasingly common.

The older agents (gold, penicillamine, sulfasalazine, and *hydroxychloroquine*) have unclear mechanisms of action and with the exception of sulfasalazine, tend to have slight efficacy and significant side effects.

## GOLD

Gold, in its elemental form, has been employed for centuries to relieve the itching palm. The more recent use of gold in the treatment of rheumatoid arthritis continues to wane as more effective and better-tolerated agents become available.

Gold is associated with serious adverse effects in the skin and mucous membranes (*e.g.*, erythema, glossitis, exfoliative dermatitis), kidneys (*e.g.*, proteinuria, membranous glomerulonephritis), and blood (*e.g.*, thrombocytopenia, leukopenia, agranulocytosis, aplastic anemia). These side effects tend to increase with cumulative dose. Gold therapy is reserved for patients with progressive disease who do not obtain satisfactory relief from therapy with NSAIDs and who cannot tolerate the more commonly used immunosuppressants or cytokine receptor antagonists. Gold should not be used if the disease is mild and usually is of little benefit in advanced disease.

The pharmacology of gold compounds is described in more detail in previous editions of this book.

## PHARMACOTHERAPY OF GOUT

Gout results from the precipitation of urate crystals in the tissues and the subsequent inflammatory response. Acute gout usually causes an exquisitely painful distal monoarthritis, but it also can cause joint destruction, subcutaneous deposits (tophi), and renal calculi and damage. Gout affects approximately 0.5 to 1% of the population of Western countries.

The pathophysiology of gout is understood poorly. While a prerequisite, hyperuricemia does not inevitably lead to gout. Uric acid, the end product of purine metabolism, is relatively insoluble compared to its hypoxanthine and xanthine precursors, and normal serum urate levels approach the limit of solubility. In most patients with gout, hyperuricemia arises from underexcretion rather than overproduction of urate. Urate tends to crystallize in colder or more acidic conditions. Neutrophils ingesting urate crystals secrete inflammatory mediators that lower the local pH and lead to further urate precipitation.

The aims of treatment are to decrease the symptoms of an acute attack, decrease the risk of recurrent attacks, and

lower serum urate levels. This section focuses on *colchicine*, *allopurinol*, and the uricosuric agents—probenecid, sulfinpyrazone, and *benzbromarone*.

### Treatment of Acute Gout

Several tNSAIDs reportedly are effective in the treatment of acute gout. The specific COX-2 inhibitor etoricoxib has been shown to be effective in gout (Rubin *et al.*, 2004). When effective, NSAIDs should be given at relatively high doses for 3 to 4 days and then tapered for a total of 7 to 10 days. Indomethacin, naproxen, sulindac, and celecoxib all have been found to be effective, although the first three are the only NSAIDs that have received FDA approval for the treatment of gout. Aspirin is not used because it can inhibit urate excretion at low doses, and through its uricosuric actions increase the risk of renal calculi at higher doses. In addition, aspirin can inhibit the actions of uricosuric agents. Likewise, apazone should not be used in acute gout because of the concern that its uricosuric effects may promote nephrolithiasis.

Glucocorticoids and *corticotropin* (rarely used today) give rapid relief within hours of therapy. High doses are used initially and then tapered rapidly (*e.g.*, prednisone 30 to 60 mg/day for 3 days then tapered over 10 to 14 days), depending on the size and number of affected joints. Intra-articular glucocorticoids are useful if only a few joints are involved and septic arthritis has been ruled out. Further information on these agents is available in Chapter 59. Colchicine also is used in the treatment of acute gout (*see* below). There are anecdotal reports of the use of *ondansetron* in acute gout (*see* Chapter 11), but it is not used commonly for this purpose (Schworer and Ramadori, 1994).

### Prevention of Recurrent Attacks

Recurrent attacks of gout can be prevented with the use of colchicine (*e.g.*, 0.6 mg daily or on alternate days). Indomethacin (25 mg/day) also has been used. These agents are used early in the course of uricosuric therapy when mobilization of urate is associated with a temporary increase in the risk of acute gouty arthritis.

**Antihyperuricemic Therapy.** Isolated hyperuricemia is not necessarily an indication for therapy, as not all of these patients develop gout. Persistently elevated uric acid levels, complicated by recurrent gouty arthritis, nephropathy, or subcutaneous tophi, can be lowered by allopurinol, which inhibits the formation of urate, or by uricosuric agents. Some physicians recommend measuring 24-hour urinary urate levels in patients who are on a low-purine diet to distinguish underexcretors from overproducers. However, tailored and empirical therapies have similar outcomes (Terkeltaub, 2003).

Certain drugs, particularly thiazide diuretics (*see* Chapter 28) and immunosuppressant agents (especially *cyclosporine*) may impair urate excretion and thereby increase the risk of gout.

## Colchicine

Colchicine is one of the oldest available therapies for acute gout. Plant extracts containing colchicine were used for joint pain in the sixth century. Colchicine now is considered second-line therapy because it has a narrow thera-

peutic window and a high rate of side effects, particularly at higher doses.

*Chemistry.* The structural formula of colchicine is:



COLCHICINE

Its structure–activity relationship has been discussed (Levy *et al.*, 1991).

*Mechanism of Action.* Colchicine exerts a variety of pharmacological effects, but how these occur or how they relate to its activity in gout is not well understood. It has antimitotic effects, arresting cell division in G1 by interfering with microtubule and spindle formation (an effect shared with vinca alkaloids). This effect is greatest on cells with rapid turnover (*e.g.*, neutrophils and GI epithelium). Although somewhat controversial, colchicine may alter neutrophil motility in *ex vivo* assays (Levy *et al.*, 1991). Colchicine also renders cell membranes more rigid and decreases the secretion of chemotactic factors by activated neutrophils.

Colchicine inhibits the release of histamine-containing granules from mast cells, the secretion of insulin from pancreatic $\beta$ cells, and the movement of melanin granules in melanophores. These processes also may involve interference with the microtubular system, but whether this occurs at clinically relevant concentrations is questionable.

Colchicine also exhibits a variety of other pharmacological effects. It lowers body temperature, increases the sensitivity to central depressants, depresses the respiratory center, enhances the response to sympathomimetic agents, constricts blood vessels, and induces hypertension by central vasomotor stimulation. It enhances gastrointestinal activity by neurogenic stimulation but depresses it by a direct effect, and alters neuromuscular function.

**Pharmacokinetics and Metabolism.** The absorption of colchicine is rapid but variable. Peak plasma concentrations occur 0.5 to 2 hours after dosing. In plasma, 50% of colchicine is protein-bound. There is significant enterohepatic circulation. The exact metabolism of colchicine is unknown but seems to involve deacetylation by the liver. Only 10% to 20% is excreted in the urine, although this increases in patients with liver disease. The kidney, liver, and spleen also contain high concentrations of colchicine, but it apparently is largely excluded from heart, skeletal muscle, and brain. The plasma half-life of colchicine is approximately 9 hours, but it can be detected in leukocytes and in the urine for at least 9 days after a single intravenous dose.

**Toxic Effects.** Exposure of the GI tract to large amounts of colchicine and its metabolites *via* enterohepatic circulation and the rapid rate of turnover of the gastrointestinal mucosa may explain why the GI tract is particularly susceptible to colchicine toxicity. Nausea, vomiting, diarrhea, and abdominal pain are the most common untoward effects of colchicine and the earliest signs of impending toxici-

ty. Drug administration should be discontinued as soon as these symptoms occur. There is a latent period, which is not altered by dose or route of administration, of several hours or more between the administration of the drug and the onset of symptoms. For this reason, adverse effects are common during initial dosing for acute gout. However, since patients often remain relatively consistent in their response to a given dose of the drug, toxicity can be reduced or avoided during subsequent courses of therapy by reducing the dose. Acute intoxication causes hemorrhagic gastropathy. Intravenous colchicine sometimes is used to treat acute gouty arthritis when other medications are not effective, when the patient is unable to take oral medications, or when rapid therapeutic intervention is necessary. The narrow margin of safety for colchicine is even further diminished by intravenous administration because this route obviates early gastrointestinal side effects that can be a harbinger of serious systemic toxicity. Indiscriminate use of intravenous colchicine has been associated with preventable fatalities. Due to the high rate of serious bone marrow and renal complications (including death from sepsis), this route, although occasionally used, is not generally recommended.

Colchicine toxicity is associated with bone marrow suppression, particularly from the third to eighth days. There is a tendency toward leukocytosis with appearance of less mature forms. Chronic colchicine use may lead to agranulocytosis. Thrombocytopenia also can occur, and disseminated intravascular coagulation has been reported in cases of severe poisoning.

Chronic use is associated with a proximal myopathy. The associated weakness may go unrecognized, and creatine kinase levels should be monitored in those receiving chronic therapy. Ascending paralysis of the CNS has been reported with acute poisoning.

Proteinuria, hematuria, and acute tubular necrosis have been reported in severely intoxicated patients. Gouty nephropathy may occur in chronically treated patients. Azoospermia has been reported with chronic use.

There is no specific therapy for acute colchicine poisoning. Supportive measures should be used, particularly fluid repletion. Activated charcoal may decrease total colchicine exposure. Hemodialysis does not remove colchicine but may be required as part of supportive care. Colchicine antibodies and the use of granulocyte colony-stimulating factor to treat the leukopenia are under investigation.

**Therapeutic Uses. *Acute Gout.*** Colchicine dramatically relieves acute attacks of gout. It is effective in roughly two-thirds of patients if given within 24 hours of the onset of the attack. Pain, swelling, and redness abate within 12 hours and are completely gone within 48 to 72 hours. The typical oral dose is 0.6 mg each hour for a total of three doses. This dose should not be exceeded. Treatment with colchicine should not be repeated within 7 days to avoid cumulative toxicity.

Great care should be exercised in prescribing colchicine for elderly patients. For those with cardiac, renal, hepatic, or gastrointestinal disease, NSAIDs or glucocorticoids may be preferred.

*Prevention of Acute Gout.* The main indication for colchicine is in the prevention of recurrent gout, particularly in the early stages of antihyperuricemic therapy. The typical dose is 0.6 mg twice a day, which should be decreased for patients with impaired renal function. One suggestion is 0.6 mg/day for a creatinine clearance of 35 to 50 ml/minute, or in patients younger than 70 years of age, 0.6 mg every 2 to 3 days for creatinine clearances of 10 to 35 ml/minute, and avoidance in those with creatinine clearance of less than 10 ml/minute or with combined hepatic and renal disease (Terkeltaub, 2003).

*Familial Mediterranean Fever.* Daily administration of colchicine is useful for the prevention of attacks of familial Mediterranean fever and prevention of amyloidosis, which may complicate this disease (Zemer *et al.*, 1991).

There no longer is a role for colchicine in the treatment of primary biliary cirrhosis, psoriasis, or Behçet's disease.

## Allopurinol

Allopurinol inhibits xanthine oxidase and prevents the synthesis of urate from hypoxanthine and xanthine. It is used to treat hyperuricemia in patients with gout and to prevent it in those with hematological malignancies about to undergo chemotherapy (acute tumor lysis syndrome). Even though underexcretion rather than overproduction is the underlying defect in most gout patients, allopurinol remains effective therapy.

**History.** Allopurinol initially was synthesized as a candidate antineoplastic agent but was found to lack antineoplastic activity. Subsequent testing showed it to be an inhibitor of xanthine oxidase that was useful clinically for the treatment of gout.

**Chemistry and Pharmacological Properties.** Allopurinol, an analog of hypoxanthine, has the following structural formula:



ALLOPURINOL

Both allopurinol and its primary metabolite, oxypurinol (alloxanthine), inhibit xanthine oxidase. Allopurinol competitively inhibits xanthine oxidase at low concentrations and is a noncompetitive inhibitor at high concentrations. Allopurinol also is a substrate for xanthine oxidase; the product of this reaction, oxypurinol, is also a noncompetitive inhibitor of the enzyme. The formation of oxypurinol, together with its long persistence in tissues, is responsible for much of the pharmacological activity of allopurinol.

In the absence of allopurinol, the dominant urinary purine is uric acid. During allopurinol treatment, the urinary purines include hypoxanthine, xanthine, and uric acid. Since each has its independent solubility, the concentration of uric acid in plasma is reduced and purine excretion increased, without exposing the urinary tract to an excessive load of uric acid. Despite their increased concentrations during allopurinol therapy, hypoxanthine and xanthine are efficiently excreted, and tissue deposition does not occur. There is a small risk of xanthine stones in patients with a very high urate load before allopurinol therapy, which can be minimized by liberal fluid intake and alkalization of the urine.•

Allopurinol facilitates the dissolution of tophi and prevents the development or progression of chronic gouty arthritis by lowering the uric acid concentration in plasma below the limit of its solubility. The formation of uric acid stones virtually disappears with therapy, which prevents the development of nephropathy. Once significant renal injury has occurred, allopurinol cannot restore renal

function but may delay disease progression. The incidence of acute attacks of gouty arthritis may increase during the early months of allopurinol therapy as a consequence of mobilization of tissue stores of uric acid.

Coadministration of colchicine helps suppress such acute attacks. After reduction of excess tissue stores of uric acid, the incidence of acute attacks decreases and colchicine can be discontinued.

In some patients, the allopurinol-induced increase in excretion of oxypurines is less than the reduction in uric acid excretion; this disparity primarily is a result of reutilization of oxypurines and feedback inhibition of *de novo* purine biosynthesis.

**Pharmacokinetics.** Allopurinol is absorbed relatively rapidly after oral ingestion, and peak plasma concentrations are reached within 60 to 90 minutes. About 20% is excreted in the feces in 48 to 72 hours, presumably as unabsorbed drug, and 10% to 30% is excreted unchanged in the urine. The remainder undergoes metabolism, mostly to oxypurinol. Oxypurinol is excreted slowly in the urine by glomerular filtration, counterbalanced by some tubular reabsorption. The plasma half-life of allopurinol is approximately 1 to 2 hours and of oxypurinol approximately 18 to 30 hours (longer in those with renal impairment). This allows for once-daily dosing and makes allopurinol the most commonly used antihyperuricemic agent.

Allopurinol and its active metabolite oxypurinol are distributed in total tissue water, with the exception of brain, where their concentrations are about one-third of those in other tissues. Neither compound is bound to plasma proteins. The plasma concentrations of the two compounds do not correlate well with therapeutic or toxic effects.

**Drug Interactions.** Allopurinol increases the half-life of probenecid and enhances its uricosuric effect, while probenecid increases the clearance of oxypurinol, thereby increasing dose requirements of allopurinol.

Allopurinol inhibits the enzymatic inactivation of *mercaptopurine* and its derivative *azathioprine* by xanthine oxidase. Thus, when allopurinol is used concomitantly with oral mercaptopurine or azathioprine, dosage of the antineoplastic agent should be reduced to one-fourth to one-third of the usual dose (*see* Chapters 38 and 51). This is of importance when treating gout in the transplant recipient. The risk of bone marrow suppression also is increased when allopurinol is administered with cytotoxic agents that are not metabolized by xanthine oxidase, particularly *cyclophosphamide*.

Allopurinol also may interfere with the hepatic inactivation of other drugs, including warfarin. Although the effect is variable, increased monitoring of prothrombin activity is recommended in patients receiving both medications.

It remains to be established whether the increased incidence of rash in patients receiving concurrent allopurinol and *ampicillin* should be ascribed to allopurinol or to hyperuricemia. Hypersensitivity reactions have been reported in patients with compromised renal function, especially those who are receiving a combination of allopurinol and a thiazide diuretic. The concomitant administration of allopurinol and theophylline leads to increased accumulation of an active metabolite of theophylline, 1-methylxanthine; the concentration of theophylline in plasma also may be increased (*see* Chapter 27).

**Therapeutic Uses.** Allopurinol (ZYLOPRIM, ALOPRIM, others) is available for oral use and provides effective therapy for the primary hyperuricemia of gout and the hyperuricemia secondary to polycy-

themia vera, myeloid metaplasia, other blood dyscrasias, or acute tumor lysis syndrome.

Allopurinol is contraindicated in patients who have exhibited serious adverse effects or hypersensitivity reactions to the medication, and in nursing mothers and children, except those with malignancy or certain inborn errors of purine metabolism (*e.g.*, Lesch-Nyhan syndrome). Allopurinol generally is used in complicated hyperuricemia (*see* above), to prevent acute tumor lysis syndrome, or in patients with hyperuricemia posttransplantation. If necessary, it can be used in conjunction with uricosuric agents.

The goal of therapy is to reduce the plasma uric acid concentration to less than 6 mg/dl (equivalent to 360 $\mu$mol). In the management of gout, it is customary to antecede allopurinol therapy with colchicine and to avoid starting allopurinol during an acute attack of gouty arthritis. Fluid intake should be sufficient to maintain daily urinary volume of more than 2 liters; slightly alkaline urine is preferred. An initial daily dose of 100 mg is increased by 100-mg increments at weekly intervals. Most patients can be maintained on 300 mg/day. Those with more severe gout may require 400 to 600 mg/day, and those with hematological malignancies may need up to 800 mg/day beginning 2 to 3 days before the start of chemotherapy. Daily doses in excess of 300 mg should be divided. Dosage must be reduced in patients in proportion to the reduction in glomerular filtration (*e.g.*, 300 mg/day if creatinine clearance is >90 ml/minute, 200 mg/day if creatinine clearance is between 60 and 90 ml/minute, 100 mg/day if creatinine clearance is 30 to 60 ml/minute, and 50 to 100 mg/day if creatinine clearance is <30 ml/minute) (Terkeltaub, 2003).

The usual daily dose in children with secondary hyperuricemia associated with malignancies is 150 to 300 mg, depending on age.

Allopurinol also is useful in lowering the high plasma concentrations of uric acid in patients with Lesch-Nyhan syndrome and thereby prevents the complications resulting from hyperuricemia; there is no evidence that it alters the progressive neurological and behavioral abnormalities that are characteristic of the disease.

**Common Adverse Effects.** Allopurinol is tolerated well by most patients. The most common adverse effects are hypersensitivity reactions that may occur after months or years of medication. The effects usually subside within a few days after medication is discontinued. Serious reactions preclude further use of the drug.

The cutaneous reaction caused by allopurinol is predominantly a pruritic, erythematous, or maculopapular eruption, but occasionally the lesion is urticarial or purpuric. Rarely, toxic epidermal necrolysis or Stevens-Johnson syndrome occurs, which can be fatal. The risk for Stevens-Johnson syndrome is limited primarily to the first 2 months of treatment (Roujeau *et al.*, 1995). Because the rash may precede severe hypersensitivity reactions, patients who develop a rash should discontinue allopurinol. If indicated, desensitization to allopurinol can be carried out starting at 10 to 25 $\mu$g per day, with the drug diluted in oral suspension and doubled every 3 to 14 days until the desired dose is reached. This is successful in approximately half of patients (Terkeltaub, 2003). Oxypurinol is available for compassionate use in the United States for patients intolerant of allopurinol. The safety of oxypurinol in patients with severe allopurinol hypersensitivity is unknown and not recommended.

Fever, malaise, and myalgias also may occur. Such effects are noted in about 3% of patients with normal renal function and more frequently in those with renal impairment. Transient leukopenia or leukocytosis and eosinophilia are rare reactions that may require

cessation of therapy. Hepatomegaly and elevated levels of transaminases in plasma and progressive renal insufficiency also may occur.

## Rasburicase

*Rasburicase* (ELITEK) is a recombinant urate-oxidase that catalyzes the enzymatic oxidation of uric acid into the soluble and inactive metabolite allantoin. It has been shown to lower urate levels more effectively than allopurinol (Bosly *et al.*, 2003). It is indicated for the initial management of elevated plasma uric acid levels in pediatric patients with leukemia, lymphoma, and solid tumor malignancies who are receiving anticancer therapy expected to result in tumor lysis and significant hyperuricemia.

Produced by a genetically modified *Saccharomyces cerevisiae* strain, the therapeutic efficacy may be hampered by the production of antibodies against the drug. Hemolysis in glucose-6-phosphate dehydrogenase (G6PD)-deficient patients, methemoglobinemia, acute renal failure, and anaphylaxis all have been associated with the use of rasburicase. Other frequently observed adverse reactions include vomiting, fever, nausea, headache, abdominal pain, constipation, diarrhea, and mucositis. Rasburicase causes enzymatic degradation of the uric acid in blood samples, and special handling is required to prevent spuriously low values for plasma uric acid in patients receiving the drug. The recommended dose of rasburicase is 0.15 mg/kg or 0.2 mg/kg as a single daily dose for 5 days, with chemotherapy initiated 4 to 24 hours after infusion of the first rasburicase dose.

## URICOSURIC AGENTS

Uricosuric agents increase the rate of excretion of uric acid. In humans, urate is filtered, secreted, and reabsorbed by the kidneys. Reabsorption predominates, and the amount excreted usually is about 10% of that filtered. This process is mediated by a specific transporter, which can be inhibited.

The first step in urate reabsorption is its uptake from tubular fluid by a transporter that exchanges urate for either an organic or an inorganic anion. Uricosuric drugs compete with urate for the brush-border transporter, thereby inhibiting its reabsorption *via* the urate-anion exchanger system. However, transport is bidirectional, and depending on dosage, a drug may either decrease or increase the excretion of uric acid. Decreased excretion usually occurs at a low dosage, while increased excretion is observed at a higher dosage. Not all agents show this phenomenon, and one uricosuric drug may either add to or inhibit the action of another. The biphasic effect may be seen within the normal dosage range with some drugs such as salicylates.

Two mechanisms for a drug-induced decrease in urate excretion of urate have been advanced; they are not mutually exclusive. The first presumes that the small secretory movement of urate is inhibited by very low concentrations of the drug. Higher concentrations may inhibit urate reabsorption in the usual manner. The second proposal suggests that the urate-retaining anionic drug gains access to the intracellular fluid by an independent mechanism and promotes reabsorption of urate across the brush border by anion exchange.

There are two mechanisms by which one drug may nullify the uricosuric action of another. First, the drug may inhibit the secretion of the uricosuric agent, thereby denying it access to its site of action, the luminal aspect of the brush border. Second, the inhibition of urate secretion by one drug may counterbalance the inhibition of urate reabsorption by the other.

Many compounds have incidental uricosuric activity, probably by acting as exchangeable anions, but only probenecid is prescribed routinely for this purpose. Benzbromarone is an alternative uricosuric agent that is available in Europe. Conversely, a number of drugs and toxins cause retention of urate; these have been reviewed elsewhere (Maalouf *et al.*, 2004).

## Probenecid

**Chemistry.** Probenecid is a highly lipid-soluble benzoic acid derivative (p$K_a$ 3.4) with the following structural formula:



PROBENECID

**Pharmacological Actions.** *Inhibition of Inorganic Acid Transport.* The actions of probenecid are confined largely to inhibition of the transport of organic acids across epithelial barriers. When tubular secretion of a substance is inhibited, its final concentration in the urine is determined by the degree of filtration, which in turn is a function of binding to plasma protein, and by the degree of reabsorption. The significance of each of these factors varies widely with different compounds. Usually, the end result is decreased tubular secretion of the compound, leading to decreased urinary and increased plasma concentration.

Uric acid is the only important endogenous compound whose excretion is known to be increased by probenecid. This results from inhibition of its reabsorption (see above). The uricosuric action of probenecid is blunted by the coadministration of salicylates.

*Inhibition of Transport of Miscellaneous Substances.* Probenecid inhibits the tubular secretion of a number of drugs, such as methotrexate and the active metabolite of *clofibrate*. It inhibits renal secretion of the inactive glucuronide metabolites of NSAIDs such as naproxen, ketoprofen, and indomethacin, and thereby can increase their plasma concentrations.

*Inhibition of Monoamine Transport to CSF.* Probenecid inhibits the transport of 5-hydroxyindoleacetic acid (5-HIAA) and other acidic metabolites of cerebral monoamines from the CSF to the plasma. The transport of drugs such as *penicillin G* also may be affected.

*Inhibition of Biliary Excretion.* Probenecid depresses the biliary secretion of certain compounds, including the diagnostic agents indocyanine green and bromosulphthalein (BSP). It also decreases the biliary secretion of *rifampin*, leading to higher plasma concentrations.

**Absorption, Fate, and Excretion.** Probenecid is absorbed completely after oral administration. Peak concentrations in plasma are reached in 2 to 4 hours. The half-life of the drug in plasma is dose-dependent and varies from less than 5 hours to more than 8 hours over the therapeutic range. Between 85% and 95% of the drug is bound to plasma albumin. The 5% to 15% of unbound drug is cleared by glomerular filtration. The majority of the drug is secreted actively by the proximal tubule. The high lipid solubility of the undissociated form results in virtually complete absorption by backdiffusion unless the urine is markedly alkaline. A small amount of probenecid glucuronide appears in the urine. It also is hydroxylated to metabolites that retain their carboxyl function and have uricosuric activity.

**Common Adverse Effects.** Probenecid is well tolerated. Approximately 2% of patients develop mild gastrointestinal irritation. The risk is increased at higher doses, and caution should be used in those with a history of peptic ulcer. It is ineffective in patients with renal insufficiency and should be avoided in those with creatinine clearance of <50 ml/minute. Hypersensitivity reactions usually are mild and occur in 2% to 4% of patients. Serious hypersensitivity is extremely rare. The appearance of a rash during the concurrent administration of probenecid and penicillin G presents the physician with an awkward diagnostic dilemma. Substantial overdosage with probenecid results in CNS stimulation, convulsions, and death from respiratory failure.

**Therapeutic Use. Gout.** Probenecid (BENEMID [US], BENURYL [UK]) is marketed for oral administration. The starting dose is 250 mg twice daily, increasing over 1 to 2 weeks to 500 to 1000 mg twice daily. Probenecid increases urinary urate levels. Liberal fluid intake therefore should be maintained throughout therapy to minimize the risk of renal stones. Probenecid should not be used in gouty patients with nephrolithiasis or with overproduction of uric acid. Concomitant colchicine or NSAIDs are indicated early in the course of therapy to avoid precipitating an attack of gout, which may occur in up to 20% of gouty patients treated with probenecid alone.

*Combination with Penicillin.* Probenecid was developed for the purpose of delaying the excretion of penicillin. Higher doses of probenecid are used as an adjuvant to prolong penicillin concentrations. This usually is confined to those being treated for gonorrhea or neurosyphilis infections or to cases where penicillin resistance may be an issue (*see* Chapter 44).

## Sulfinpyrazone

**History.** Sulfinpyrazone was developed from phenylbutazone, an early NSAID whose toxicity precluded its continued use. Sulfinpyrazone lacks antiinflammatory and analgesic activity but has potent uricosuric effects. It rarely is used today.

**Chemistry.** Sulfinpyrazone is a strong organic acid ($pK_a = 2.8$) that readily forms soluble salts.

**Pharmacological Actions.** In sufficient doses, sulfinpyrazone potently inhibits the renal tubular reabsorption of uric acid. As with other uricosuric agents, small doses may reduce the excretion of uric acid. Like probenecid, sulfinpyrazone reduces the renal tubular secretion of many other organic anions. In addition, it may induce hypoglycemia by inhibiting the metabolism of the sulfonylurea oral hypoglycemic

agents. The hepatic metabolism of warfarin also is impaired. The uricosuric action of sulfinpyrazone is additive to that of probenecid, but it antagonizes that of salicylates. The inhibitory effect of sulfinpyrazone on platelet function is discussed in Chapter 54.

**Absorption, Fate, and Excretion.** Sulfinpyrazone is absorbed well after oral administration. It is bound strongly to plasma albumin (98% to 99%) and displaces other anionic drugs that have their highest affinity for the same binding site. Its plasma half-life is about 3 hours, but its uricosuric effect may persist for as long as 10 hours. Sulfinpyrazone is secreted by the proximal tubule and undergoes little passive backdiffusion. Approximately half of the orally administered dose appears in the urine within 24 hours, mostly (90%) as unchanged drug; the remaining 10% is eliminated as the $N^1$-*p*-hydroxyphenyl metabolite, which also is a potent uricosuric substance.

**Common Adverse Effects.** Gastrointestinal irritation occurs in roughly 10% to 15% of patients receiving sulfinpyrazone, and occasionally may lead patients to discontinue its use. Gastric distress is lessened when the drug is taken in divided doses with meals. Sulfinpyrazone should be given to patients with a history of peptic ulcer only with extreme caution. Hypersensitivity reactions, usually a rash with fever, do occur, but less frequently than with probenecid. Depression of hematopoiesis has been demonstrated, and periodic blood cell counts therefore are advised during prolonged therapy. Sulfinpyrazone should not be used by patients with underlying blood dyscrasias.

**Therapeutic Use.** Sulfinpyrazone (ANTURANE) is available for oral administration. The initial dosage for the treatment of chronic gout is 100 to 200 mg given twice daily. After the first week, the dosage may be gradually increased until a satisfactory lowering of plasma uric acid is achieved and maintained. This may require from 200 to 800 mg per day, divided in two to four doses and preferably given with meals or milk; a liberal fluid intake should be maintained. Larger doses are tolerated poorly and unlikely to produce a further uricosuric effect in resistant patients. Sulfinpyrazone is ineffective in patients with renal insufficiency and should be avoided in those with creatinine clearance of <50 ml/minute. As with probenecid, concomitant colchicine is indicated early in the course to avoid precipitating an attack of gout.

## Benzbromarone

This is a potent uricosuric agent that is used in Europe. The drug is absorbed readily after oral ingestion, and peak concentrations in blood are achieved in about 4 hours. It is metabolized to monobromine and dehalogenated derivatives, both of which have uricosuric activity, and is excreted primarily in the bile. The uricosuric action is blunted by aspirin or sulfinpyrazone. No paradoxical retention of urate has been observed. It is a potent and reversible inhibitor of the urate–anion exchanger in the proximal tubule. As the micronized powder it is effective in a single daily dose of 40 mg to 80 mg, which makes it significantly more potent than other uricosuric drugs. It is effective in patients with renal insufficiency and may be useful clinically in patients who are either allergic or refractory to other drugs used for the treatment of gout. Preparations that combine allopurinol and benzbromarone are more effective than either drug alone in lowering serum uric acid levels, in spite of the fact

that benzbromarone lowers plasma levels of oxypurinol, the active metabolite of allopurinol.

## CONCLUSION

The emergence of clear evidence from placebo-controlled trials of a cardiovascular hazard for three coxibs has prompted a broad reappraisal of NSAID therapy. Selective inhibitors of COX-2 were developed to reduce gastrointestinal adverse effects and have never been shown to exhibit an efficacy advantage over tNSAIDs. The likelihood of hazard would be expected to be related to selectivity attained *in vivo*, dose, duration of action, and duration of dosing, as well as the underlying risk profile of an individual patient. It seems likely that some of the older drugs, specifically meloxicam and diclofenac, may closely resemble celecoxib, while naproxen may afford cardioprotection due to an extended half-life in some individuals, translating into a modest benefit when compared to aspirin.

## BIBLIOGRAPHY

Agrawal, N.G., Matthews, C.Z., Mazenko, R.S., *et al.* Pharmacokinetics of etoricoxib in patients with renal impairment. *J. Clin. Pharmacol.,* 2004, *44:*48–58.

Agrawal, N.G., Rose, M.J., Matthews, C.Z., *et al.* Pharmacokinetics of etoricoxib in patients with hepatic impairment. *Clin. Pharmacol.,* 2003, *43:*1136–1148.

Atherton, C., Jones, J., McKaig, B., *et al.* Pharmacology and gastrointestinal safety of lumiracoxib, a novel cyclooxygenase-2 selective inhibitor: an integrated study. *Clin. Gastroenterol. Hepatol.,* 2004, *2:*113–120.

Bennet, A. Overview of nimesulide. *Rheumatology,* 1999, *38:*1–3.

Bitner, M., Kattenhorn, J., Hatfield, C., Gao, J., and Kellstein, D. Efficacy and tolerability of lumiracoxib in the treatment of primary dysmenorrhoea. *Int. J. Clin. Pract.,* 2004, *58:*340–345.

Bombardier, C., Laine, L., Reicin, A., *et al.* Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *N. Engl. J. Med.,* 2000, *343:*1520–1528.

Bosly, A., Sonet, A., Pinkerton, C.R., *et al.* Rasburicase (recombinant urate oxidase) for the management of hyperuricemia in patients with cancer: report of an international compassionate use study. *Cancer,* 2003, *98:*1048–1054.

Boutaud, O., Aronoff, D.M., Richardson, J.H., Marnett, L.J., and Oates, J.A. Determinants of the cellular specificity of acetaminophen as an inhibitor of prostaglandin H(2) synthases. *Proc. Natl. Acad. Sci. U.S.A.,* 2002, *99:*7130–7135.

Breder, C.D., Dewitt, D., and Kraig, R.P. Characterization of inducible cyclooxygenase in rat brain. *J. Comp. Neurol.,* 1995, *355:*296–315.

Bresalier, R.S., Sandler, R.S., Quan, H., *et al.* Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N. Engl. J. Med.,* 2005, *352:*1092–1102.

Capone, M.L., Tacconelli, S., Sciulli, M.G., *et al.* Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. *Circulation,* 2004, *109:*1468–1471.

Catella-Lawson, F., McAdam, B., Morrison, B.W., *et al.* Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J. Pharmacol. Exp. Ther.,* 1999, *289:*735–741.

Catella-Lawson, F., Reilly, M.P., Kapoor, S.C., *et al.* Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. *N. Engl. J. Med.,* 2001, *345:*1809–1817.

Chandrasekharan, N.V., Dai, H., Roos, K.L., *et al.* COX-3, a cyclooxygenase-1 variant inhibited by acetaminophen and other analgesic/antipyretic drugs: cloning, structure, and expression. *Proc. Natl. Acad. Sci. U.S.A.,* 2002, *99:*13926–13931.

Charlier, C., and Michaux, C. Dual inhibition of cyclooxygenase-2 (COX-2) and 5-lipoxygenase (5-LOX) as a new strategy to provide safer non-steroidal anti-inflammatory drugs. *Eur. J. Med. Chem.,* 2003, *38:*645–659.

Clyman, R.I., Hardy, P., Waleh, N., *et al.* Cyclooxygenase-2 plays a significant role in regulating the tone of the fetal lamb ductus arteriosus. *Am. J. Physiol.,* 1999, *276:*R913–R921.

Cruz-Correa, M., Hylind, L.M., Romans, K.E., Booker, S.V., and Giardiello, F.M. Long-term treatment with sulindac in familial adenomatous polyposis: a prospective cohort study. *Gastroenterology,* 2002, *122:*641–645.

Dargan, P.I., Wallace, C.I., and Jones, A.L. An evidence-based flowchart to guide the management of acute salicylate (aspirin) overdose. *Emerg. Med. J.,* 2002, *19:*206–209.

Duley, L., Henderson-Smart, D.J., Knight, M., and King, J.F. Antiplatelet agents for preventing pre-eclampsia and its complications. *Cochrane Database Syst. Rev.,* 2004, CD004659.

Edlund, A., Berglund, B., van Dorne, D., *et al.* Coronary flow regulation in patients with ischemic heart disease: release of purines and prostacyclin and the effect of inhibitors of prostaglandin formation. *Circulation,* 1985, *71:*1113–1120.

Farkouh, M.E., Kirshner, H., Harrington, R.A., *et al.* Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. *Lancet,* 2004, *364:*675–684.

Fenton, C., Keating, G.M., and Wagstaff, A.J. Valdecoxib: a review of its use in the management of osteoarthritis, rheumatoid arthritis, dysmenorrhoea and acute pain. *Drugs,* 2004, *64:*1231–1261.

FitzGerald, G.A. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. *Nat. Rev. Drug Discov.,* 2003, *2:*879–890.

FitzGerald, G.A. Coxibs and cardiovascular disease. *N. Engl. J. Med.,* 2004, *351:*1709–1711.

Furberg, C.D., Psaty, B.M., and FitzGerald, G.A. Parecoxib, valdecoxib and cardiovascular risk. *Circulation,* 2005, *111:*249.

Garcia Rodriguez, L.A., Varas-Lorenzo, C., Maguire, A., and Gonzalez-Perez, A. Nonsteroidal drugs and the risk of myocardial infarction in the general population. *Circulation,* 2004, *109:*3000–3006.

Giardiello, F.M., Yang, V.W., Hylind, L.M., *et al.* Primary chemoprevention of familial adenomatous polyposis with sulindac. *N. Engl. J. Med.,* 2002, *346:*1054–1059.

Hallak, A., Alon-Baron, L., Shamir, R., *et al.* Rofecoxib reduces polyp recurrence in familial polyposis. *Dig. Dis. Sci.,* 2003, *48:*1998–2002.

Jacobs, E.J., Connell, C.J., Rodriguez, C., *et al.* Aspirin use and pancreatic cancer mortality in a large United States cohort. *J. Natl. Cancer Inst.,* 2004, *96:*524–528.

Jones, M.K., Wang, H., Peskar, B.M., et al. Inhibition of angiogenesis by nonsteroidal anti-inflammatory drugs: insight into mechanisms and implications for cancer growth and ulcer healing. Nat. Med., 1999, 5:1418–1423.

Jungnickel, P.W., Maloley, P.A., Vander Tuin, E.L., Peddicord, T.E., and Campbell, J.R. Effect of two aspirin pretreatment regimens on niacin-induced cutaneous reactions. J. Gen. Intern. Med., 1997, 12:591–596.

Juni, P., Rutjes, A.W., and Dieppe, P.A. Are selective COX 2 inhibitors superior to traditional nonsteroidal antiinflammatory drugs? BMJ, 2002, 324:1287–1288.

Karim, A., Laurent, A., Slater, M.E., et al. A pharmacokinetic study of intramuscular (i.m.) parecoxib sodium in normal subjects. J. Clin. Pharmacol., 2001, 41:1111–1119.

Keane, W.F. Merck announces voluntary worldwide withdrawal of Vioxx [Letter], Merck & Co. Inc., North Wales, PA, Sept. 30, 2004 http://www.vioxx.com/vioxx/documents/english/ hcp_notification_physicians.pdf.

Keays, R., Harrison, P.M., Wendon, J.A., et al. Intravenous acetylcysteine in paracetamol induced fulminant hepatic failure: a prospective controlled trial. BMJ, 1991, 303:1026–1029.

Kivitz, A.J., Nayiager, S., Schimansky, T., et al. Reduced incidence of gastroduodenal ulcers associated with lumiracoxib compared with ibuprofen in patients with rheumatoid arthritis. Aliment. Pharmacol. Ther., 2004, 19:1189–1198.

Kulling, P.E., Backman, E.A., Skagius, A.S., and Beckman, E.A. Renal impairment after acute diclofenac, naproxen, and sulindac overdoses. J. Toxicol. Clin. Toxicol., 1995, 33:173–177.

Kune, G.A., Kune, S., and Watson, L.F. Colorectal cancer risk, chronic illnesses, operations, and medications: case control results from the Melbourne Colorectal Cancer Study. Cancer Res., 1988, 48:4399–4404.

Loftin, C.D., Trivedi, D.B., and Langenbach, R. Cyclooxygenase-1-selective inhibition prolongs gestation in mice without adverse effects on the ductus arteriosus. J. Clin. Invest., 2002, 110:549–557.

Maalouf, N.M., Cameron, M.A., Moe, O.W., and Sakhaee, K. Novel insights into the pathogenesis of uric acid nephrolithiasis. Curr. Opin. Nephrol. Hypertens., 2004, 13:181–189.

Ma, L., del Soldato, P., and Wallace, J.L. Divergent effects of new cyclooxygenase inhibitors on gastric ulcer healing: shifting the angiogenic balance. Proc. Natl. Acad. Sci. U.S.A., 2002, 99:13243–13247.

McAdam, B.F., Catella-Lawson, F., Mardini, I.A., et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (cox)-2: the human pharmacology of a selective inhibitor of COX-2. Proc. Natl. Acad. Sci. U.S.A., 1999, 96:272–277.

Ment, L.R., Oh, W., Ehrenkranz, R.A., et al. Low-dose indomethacin and prevention of intraventricular hemorrhage: a multicenter randomized trial. Pediatrics, 1994, 93:543–550.

Mizuno, H., Sakamoto, C., Matsuda, K., et al. Induction of cyclooxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. Gastroenterology, 1997, 112:387–397.

Morant, S.V., Shield, M.J., Davey, P.G., and MacDonald, T.M. A pharmacoeconomic comparison of misoprostol/diclofenac with diclofenac. Pharmacoepidemiol. Drug Saf., 2002, 11:393–400.

Ouellet, M., and Percival, M.D. Mechanism of acetaminophen inhibition of cyclooxygenase isoforms. Arch. Biochem. Biophys., 2001, 38:7273–7280.

Panara, M.R., Renda, G., Sciulli, M.G., et al. Dose-dependent inhibition of platelet cyclooxygenase-1 and monocyte cyclooxygenase-2 by meloxicam in healthy subjects. J. Pharmacol. Exp. Ther., 1999, 290:276–280.

Patoia, L., Santucci, L., Furno, P., et al. A 4-week, double-blind, parallel-group study to compare the gastrointestinal effects of meloxicam 7.5 mg, meloxicam 15 mg, piroxicam 20 mg and placebo by means of faecal blood loss, endoscopy and symptom evaluation in healthy volunteers. B. Brit. J. Rheumatol., 1996, 35:61–67.

Patrignani, P., Capone, M.L., and Tacconelli, S. Clinical pharmacology of etoricoxib: a novel selective COX2 inhibitor. Expert Opin. Pharmacother., 2003, 4:265–284.

Patrignani, P., Panara, M.R., Greco, A., et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. J. Pharmacol. Exp. Ther., 1994, 271:1705–1712.

Pederson, A.K., and FitzGerald, G.A. Dose-related kinetics of aspirin: presystemic acetylation of platelet cyclooxygenase. N. Engl. J. Med., 1984, 311:1206–1211.

Pillinger, M.H., Capodici, C., Rosenthal, P., et al. Modes of action of aspirin-like drugs: salicylates inhibit erk activation and integrin-dependent neutrophil adhesion. Proc. Natl. Acad. Sci. U.S.A., 1998, 95:14540–14545.

Qi, Z., Hao, C.M., Langenbach, R.I., et al. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J. Clin. Invest., 2002, 110:61–69.

Rigas, B., and Shiff, S.J. Is inhibition of cyclooxygenase required for the chemopreventive effect of NSAIDs in colon cancer? A model reconciling the current contradiction. Med. Hypotheses, 2000, 54:210–215.

Rodrigues, A.D., Halpin, R.A., Geer, L.A., et al. Absorption, metabolism, and excretion of etoricoxib, a potent and selective cyclooxygenase-2 inhibitor, in healthy male volunteers. Drug Metab. Dispos., 2003, 31:224–232.

Roujeau, J.C., Kelly, J.P., Naldi, L., et al. Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis. N. Engl. J. Med., 1995, 333:1600–1607.

Rubin, B.R., Burton, R., Navarra, S., et al. Efficacy and safety profile of treatment with etoricoxib 120 mg once daily compared with indomethacin 50 mg three times daily in acute gout: a randomized controlled trial. Arthritis Rheum., 2004, 50:598–606.

Rumack, B.H., Peterson, R.C., Koch, C.G., and Amara, I.A. Acetaminophen overdose. 662 cases with evaluation of oral acetylcysteine treatment. Arch. Intern. Med., 1981, 141:380–385.

Schnitzer, T.J., Burmester, G.R., Mysler, E., et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet, 2004, 364:665–674.

Schworer, H., and Ramadori, G. Treatment of acute gouty arthritis with the 5-hydroxytryptamine antagonist ondansetron. Clin. Investig., 1994, 72:811–813.

Scott, D.L., and Palmer, R.H. Safety and efficacy of nabumetone in osteoarthritis: emphasis on gastrointestinal safety. Aliment. Pharmacol. Ther., 2000, 14:443–452.

Seibert, K., Zhang, Y., Leahy, K., et al. Distribution of COX-1 and COX-2 in normal and inflamed tissues. Adv. Exp. Med. Biol., 1997, 400A:167–170.

Sigthorsson, G., Simpson, R.J., Walley, M., et al. COX-1 and 2, intestinal integrity, and pathogenesis of nonsteroidal anti-inflammatory drug enteropathy in mice. Gastroenterology, 2002, 122:1913–1923.

Silverstein, F.E., Faich, G., Goldstein, J.L., et al. Gastrointestinal toxicity with celecoxib vs. nonsteroidal antiinflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized con-

trolled trial. Celecoxib Long-term Arthritis Safety Study. *JAMA,* 2000, *284*:1247–1255.

Smith, W.L., De Witt, D.L., and Garavito, R.M. Cyclooxygenases: structural, cellular, and molecular biology. *Annu. Rev. Biochem.,* 2000, *29*:145–182.

Steinbach, G., Lynch, P.M., Phillips, R.K., *et al.* The effect of celecoxib, a cyclooxygenase-2 inhibitor, in familial adenomatous polyposis. *N. Engl. J. Med.,* 2000, *342*:1946–1952.

Topper, J.N., Cai, J., Falb, D., and Gimbrone, M.A. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc. Natl. Acad. Sci. U.S.A.,* 1996, *93*:10417–10422.

Warner, T.D., Giuliano, F., Vojnovic, I., *et al.* Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. *Proc. Natl. Acad. Sci. U.S.A.,* 1999, *96*:7563–7568.

Yin, M.J., Yamamoto, Y., and Gaynor, R.B. The anti-inflammatory agents aspirin and salicylate inhibit the activity of I(kappa)B kinase-beta. *Nature,* 1998, *396*:77–80.

Zemer, D., Livneh, A., Danon, Y.L., Pras, M., and Sohar, E. Long-term colchicine treatment in children with familial Mediterranean fever. *Arthritis. Rheum.,* 1991, *34*:973–977.

## MONOGRAPHS AND REVIEWS

Amann, R., and Peskar, B.A. Anti-inflammatory effects of aspirin and sodium salicylate. *Eur. J. Pharmacol.,* 2002, *447*:1–9.

Balfour, J.A., Fitton, A., and Barradell, L.B. Lornoxicam. A review of its pharmacology and therapeutic potential in the management of painful and inflammatory conditions. *Drugs,* 1996, *51*:639–657.

Barbanoj, M.J., Antonijoan, R.M., and Gich, I. Clinical pharmacokinetics of dexketoprofen. *Clin. Pharmacokin.,* 2001, *40*:245–262.

Brogden, R.N., Heel, R.C., Speight, T.M., and Avery, G.S. Fenbufen: a review of its pharmacological properties and therapeutic use in rheumatic diseases and acute pain. *Drugs,* 1981, *21*:1–22.

Brune, K., and Hinz, B. Selective cyclooxygenase-2 inhibitors: similarities and differences. *Scand. J. Rheumatol.,* 2004, *33*:1–6.

Brune, K. The pharmacological profile of non-opioid (OTC) analgesics: aspirin, paracetamol (acetaminophen), ibuprofen, and phenazones. *Agents Actions Suppl* 1988, *25*:9–19.

Buckley, M.M., and Brogden, R.N. Ketorolac. a review of its pharmacodynamic and pharmacokinetic properties, and therapeutic potential. *Drugs,* 1990, *39*:86–109.

Cheng, H.F., and Harris, R.C. Cyclooxygenases, the kidney, and hypertension. *Hypertension,* 2004, *43*:525–530.

Davies, N.M. Clinical pharmacokinetics of flurbiprofen and its enantiomers. *Clin. Pharmacokinet.,* 1995, *28*:100–114.

Davies, N.M. Clinical pharmacokinetics of nabumetone. the dawn of selective cyclo-oxygenase-2 inhibition? *Clin. Pharmacokinet.,* 1997, *33*:404–416.

Davies, N.M. Clinical pharmacokinetics of ibuprofen. The first 30 years. *Clin. Pharmacokinet.,* 1998a, *34*:101–154.

Davies, N.M. Clinical pharmacokinetics of oxaprozin. *Clin. Pharmacokinet.,* 1998b, *35*:425–436.

Davies, N.M., and Anderson, K.E. Clinical pharmacokinetics of naproxen. *Clin. Pharmacokinet.,* 1997, *32*:268–293.

Davies, N.M., McLachlan, A.J., Day, R.O., and Williams, K.M. Clinical pharmacokinetics and pharmacodynamics of celecoxib: a selective cyclo-oxygenase-2 inhibitor. *Clin. Pharmacokinet.,* 2000, *38*:225–242.

Davies, N.M., Teng, X.W., and Skjodt, N.M. Pharmacokinetics of rofecoxib: a specific cyclo-oxygenase-2 inhibitor. *Clin. Pharmacokinet.,* 2003, *42*:545–556.

Davies, R.O. Review of the animal and clinical pharmacology of diflunisal. *Pharmacotherapy,* 1983, *3*:9S–22S.

Davis, R., Yarker, Y.E., and Goa, K.L. Diclofenac/misoprostol. A review of its pharmacology and therapeutic efficacy in painful inflammatory conditions. *Drugs Aging,* 1995, *7*:372–393.

Deeks, J.J., Smith, L.A., and Bradley, M.D. Efficacy, tolerability, and upper gastrointestinal safety of celecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials. *BMJ,* 2002, *325*:619–626.

Dempsey, P.W., Doyle, S.E., He, J.Q., and Cheng, G. The signaling adaptors and pathways activated by TNF superfamily. *Cytokine Growth Factor Rev.,* 2003, *14*:193–209.

Diaz-Gonzalez, F., and Sanchez-Madrid, F. Inhibition of leukocyte adhesion: an alternative mechanism of action for anti-inflammatory drugs. *Immunol. Today,* 1998, *19*:169–172.

FitzGerald, G.A., and Patrono, C. The coxibs, selective inhibitors of cyclooxygenase-2. *N. Engl. J. Med.,* 2001, *345*:433–442.

Fleischmann, R., Iqbal, I., and Slobodin, G. Meloxicam. *Expert Opin. Pharmacother.,* 2002, *3*:1501–1512.

Glasgow, J.F., and Middleton, B. Reye syndrome—insights on causation and prognosis. *Arch. Dis. Child.,* 2001, *85*:351–353.

Guay-Woodford, L.M. Bartter syndrome: unraveling the pathophysiologic enigma. *Am. J. Med.,* 1998, *105*:151–161.

Guttadauria, M. The clinical pharmacology of piroxicam. *Acta Obstet. Gynecol. Scand. Suppl.,* 1986, *138*:11–13.

Haanen, C. Sulindac and its derivatives: a novel class of anticancer agents. *Curr. Opin. Investig. Drugs.* 2001, *2*:677–683.

Hart, F.D., and Huskisson, E.C. Nonsteroidal anti-inflammatory drugs. Current status and rational therapeutic use. *Drugs,* 1984, *27*:232–255.

Jones, A.L. Mechanism of action and value of N-acetylcysteine in the treatment of early and late acetaminophen poisoning: a critical review. *J. Toxicol. Clin. Toxicol.,* 1998, *36*:277–285.

Kyriakis, J.M., and Avruch, J. Mammalian mitogen-activated protein kinase signal transduction pathways activated by stress and inflammation. *Physiol. Rev.,* 2001, *81*:807–869.

Levy, M., Spino, M., and Read, S.E. Colchicine: a state-of-the-art review. *Pharmacotherapy,* 1991, *11*:196–211.

Louie, S.G., Park, B., and Yoon, H. Biological response modifiers in the management of rheumatoid arthritis. *Am. J. Health. Syst. Pharm.,* 2003, *60*:346–355.

McNeely, W., and Goa, K.L. Diclofenac-potassium in migraine: a review. *Drugs,* 1999, *57*:991–1003.

Marjoribanks, J., Proctor, M.L., and Farquhar, C. Nonsteroidal antiinflammatory drugs for primary dysmenorrhoea. *Cochrane Database Syst. Rev.,* 2003, CD001751.

Meager, A. Cytokine regulation of cellular adhesion molecule expression in inflammation. *Cytokine Growth Factor Rev.,* 1999, *10*:27–39.

Morley, P.A., Brogden, R.N., Carmine, A.A., *et al.* Zomepirac: a review of its pharmacological properties and analgesic efficacy. *Drugs,* 1982, *23*:250–275.

Nilsen, O.G. Clinical pharmacokinetics of tenoxicam. *Clin. Pharmacokinet.,* 1994, *26*:16–43.

Nussmeier, N.A., Whelton, A.A., Brown, M.T., *et al.* Complications of COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. *N. Engl. J. Med.,* 2005, *352*:1081–1091.

O'Dell, J.R. Therapeutic strategies for rheumatoid arthritis. *N. Engl. J. Med.,* 2004, *305*:2591–2602.

Olson, N.J., and Stein. C.M. New drugs for rheumatoid arthritis. *N. Engl. J. Med.*, 2004, *350*:2167–2179.

Patrono, C., and Dunn. M.J. The clinical significance of inhibition of renal prostaglandin synthesis. *Kidney Int.*, 1987, *32*:1–12.

Rainsford, K.D. Discovery, mechanisms of action and safety of ibuprofen. *Int. J. Clin. Pract. Suppl.*, 2003, *135*:3–8.

Rostom, A., Dube, C., Wells, G., *et al.* Prevention of NSAID-induced gastroduodenal ulcers. *Cochrane Database Syst. Rev.*, 2002, CD002296.

Serhan, C.N., and Chiang, N. Novel endogenous small molecules as the checkpoint controllers in inflammation and resolution: entree for resoleomics. *Rheum. Dis. Clin. North Am.*, 2004, *30*:69–95.

Serhan, C.N., and Oliw, E. Unorthodox routes to prostanoid formation: new twists in cyclooxygenase-initiated pathways. *J. Clin. Invest.*, 2001, *107*:1481–1489.

Skjodt, N.M., and Davies, N.M. Clinical pharmacokinetics of lornoxicam. A short half-life oxicam. *Clin. Pharmacokinet.*, 1998, *34*:421–428.

Slater, D.M., Zervou, S., and Thornton, S. Prostaglandins and prostanoid receptors in human pregnancy and parturition. *J. Soc. Gynecol. Investig.*, 2002, *9*:118–124.

Solomon, S.D., McMurray, J.V., Pfeffer, M.A., *et al.* Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. *N. Engl. J. Med.*, 2005, *352*:1071–1080.

Tacconelli, S., Capone, M.L., and Patrignani, P. Clinical pharmacology of novel selective COX-2 inhibitors. *Curr. Pharm. Des.*, 2004, *10*:589–601.

Terkeltaub, R.A. Clinical practice. Gout. *N. Engl. J. Med.*, 2003, *349*:1647–1655.

Vane, J.R., and Botting, R.M. Mechanism of action of nonsteroidal anti-inflammatory drugs. *Am. J. Med.*, 1998, *104*:2S–8S.

Veys, E.M. 20 years' experience with ketoprofen. *Scand. J. Rheumat. Suppl.*, 1991, *90*:1–44.

Villar, J., Abalos, E., Nardin, J.M., Merialdi, M., and Carroli, G. Strategies to prevent and treat preeclampsia: evidence from randomized controlled trials. *Semin. Nephrol.*, 2004, *24*:607–615.

Worobec, A.S. Treatment of systemic mast cell disorders. *Hematol. Oncol. Clin. North Am.*, 2000, *14*:659–687.

# EXHIBIT  F