Ex 1 - 5-26-06 depo transcript

18  other than Merck in this case?
19      A    I have read articles that have assessed their
20  campaigns.  I have not done any prior research on my
21  own.
22      Q    You have never directly analyzed any integrated
23  marketing communications campaign for any pharmaceutical
24  company?
25      A    No, that's not correct.  When I review
0080
1  articles, I am analyzing the campaign.
2      Q    What pharmaceutical companies do you believe
3  you have analyzed in terms of their integrated
4  advertising marketing -- what pharmaceutical companies
5  do you believe that you analyzed in terms of their
6  integrated marketing communications campaign?
7      A    I can't remember specific articles that I have
8  read because that I didn't get together for my report;
9  but over the years, I have read numerous articles on
10  pharmaceutical marketing and integrated marketing
11  campaigns.
12          There are several articles in this journal and
13  I review those on an ongoing basis.  So, you know, that
14  was part of my general knowledge before even coming into
15  this -- into this case.
16          And I have been thinking of starting to do some
17  research in the area, so -- on my own.  So I have been
18  reading those types of articles.
19      Q    Have you ever done any independent research,
20  Dr. Pechmann, on the integrated marketing communications
21  campaigns of any pharmaceutical company?
22      A    Have I done any independent research, no.
23      Q    I noticed that you receive several grants for
24  research for tobacco related research; is that right?
25      A    Yes, it is correct.
0081
1      Q    All of the research grants that you have
2  received have been for tobacco-related research; is that
3  right?
4      A    Yes, that's correct.
5      Q    Would you agree, Dr. Pechmann, that virtually
6  all of your research and publications have been in the
7  area of tobacco advertising or comparative advertising?
8      A    No.  I have several articles on other topics.
9      Q    Would you agree that a vast majority of your
10  research and publications have been in the area of
11  tobacco advertising or comparative advertising?
12      A    I would say the majority.
13      Q    When you were describing --
14      A    But, for example, I was just going to say that
15  in the case of anti-drug campaign, I had not done any
16  independent work on anti-drug; but they still chose me
17  as the national expert to oversee that campaign.  And
18  marijuana is very different from tobacco.
19      Q    Marijuana is also very different from
20  prescription drugs?
21      A    But they are both drugs.
22      Q    But one is allowed and prescribed and one is
23  illegal and not prescribed.
24      A    There is a lot of difference between tobacco
25  and marijuana, too, but I would not say the difference
0082
1  is any greater.  They are different.
2          But the point is, I had the knowledge that I

Page 34



11636609

Jun 26 2006
7:11PM

# Plaintiffs' Response re PECHMANN

# Exhibit 1B of 4

Ex 1 - 5-26-06 depo transcript

3   had and the research that I had in one, transfers to the
4   other.  And there was no question and the senators of
5   this state recommended me for that panel.
6        Q    The reason that you were recommended on the
7   panel for anti-drug campaigns is because you are one of
8   the leading experts in tobacco advertising in tobacco
9   campaigns; right?
10       A    No, that wasn't the only reason.  It was
11  because --
12       Q    Well, that was a reason?
13       A    That was a reason, but the main reason is that
14  I know about research involved in integrated marketing
15  campaigns.
16            The reason why I was chosen, they needed
17  someone that knew copy testing and tracking.  And that
18  is what I know, and that is why I was chosen.  There are
19  lots of other people that have expertise in tobacco.
20       Q    Are advertise -- withdrawn.
21            Would you agree, Dr. Pechmann, that
22  prescription drugs are different from tobacco?
23       A    In what way?
24       Q    In how they are used?
25            MR. SKIKOS:  I'll object.  I don't understand
0083
1   that.
2            THE WITNESS:  I don't know.  that is such a
3   vague question.  I don't understand the question.
4   BY MR. GOLDMAN:
5        Q    Were you -- can you tell me any differences
6   between tobacco advertising and pharmaceutical
7   advertising?
8        A    The main difference is in pharmaceutical
9   advertising, there is a sales representative selling to
10  the physicians to encourage them to -- let them know
11  about the drug, so that they can prescribe it.
12       Q    Any other differences between tobacco
13  advertising and pharmaceutical advertising?
14            MR. SKIKOS:  Objection.
15            THE WITNESS:  Well, the regulations are
16  different.  The FDA is covering pharmaceutical and they
17  tried to cover tobacco.
18            And I wrote -- I helped write a -- prepared a
19  response for the American Psychological Association, but
20  the supreme court did not allow the FDA to get involved.
21            MR. GOLDMAN:  We will get to that in a minute.
22       Q    The Vioxx advertisements are not in the form of
23  comparative advertising.  Do you agree with that?
24       A    Some of them were.
25       Q    The vast majority of Vioxx advertising did not
0084
1   comment on any other competitive products; right?
2        A    That -- I don't agree with that.  Much of the
3   materials that the physicians saw were comparative.
4        Q    Let's talk about the advertising on television,
5   direct-to-consumer advertising for a minute.
6        A    You're correct.
7        Q    On direct-to-consumer advertising that people
8   see on TV, you agree that, that form of advertising that
9   Merck used for Vioxx is not comparative advertising?
10       A    Yes.  I agree with that.  It is not a direct
11  comparative ad.
12       Q    The vast majority of presentations you have
13  given at academic conferences and universities have

Page 35

Ex 1 - 5-26-06 depo transcript

```
14    related to your work in tobacco advertising; true?
15         A    Oh, absolutely not.
16         Q    Well, I don't want to go through your whole CV
17    and look at all of your presentations.
18              Would you agree that a significant number of
19    your presentations given at universities and academic
20    conferences have involved tobacco advertising?
21         A    I would agree that I have given a number of
22    presentations on tobacco-related advertising or
23    marketing at conferences.
24         Q    You refer in your C.V. to a technical report
25    that you wrote on strategies for preventing youth
0085
 1    tobacco use.
 2              Do you remember that?
 3         A    Yes.
 4         Q    You never written a technical report on
 5    pharmaceutical advertising; have you?
 6         A    No, I have not.
 7         Q    You have been on television before and you have
 8    been quoted in various newspapers and news magazines;
 9    true?
10         A    Yes.
11         Q    And all of that related to your work in tobacco
12    advertising; right?
13         A    No.
14         Q    What else did it relate to?
15         A    Well, I was just interviewed for an article on
16    retailing.  I was the main person that they cited.  So I
17    am interviewed on a variety of marketing issues.
18         Q    Have you ever been interviewed or appeared on
19    television to discuss pharmaceutical advertising?
20         A    Not that I recall, but I might have.
21         Q    Would you agree, Dr. Pechmann, that the -- we
22    talked about this briefly, but that the marketing that
23    is involved in tobacco is much different from the
24    marketing that is involved in the pharmaceutical market?
25         A    I don't agree with that.
0086
 1         Q    Cigarette advertising is not regulated; is it?
 2         A    There are industry regulations.  It is
 3    self-regulated.
 4         Q    There is no independent, outside body that
 5    regulates cigarette advertising; is there?
 6         A    In the United States, no.
 7         Q    But in the United States, the Food and Drug
 8    Administration regulates marketing for prescription
 9    drugs; do they not?
10         A    Yes, they do.
11         Q    And prescription drugs are heavily regulated by
12    the Food and Drug Administration; right?
13         A    I wouldn't know if you would characterize it as
14    "heavily," but it is regulated.
15         Q    You are not an expert on FDA regulations on
16    prescription drugs; are you?
17         A    I am an expert now.
18         Q    Based on what?
19         A    Having reviewed all of the documents.
20         Q    What documents?
21         A    The FDA -- the FDA has documents on all their
22    regulations.
23         Q    Have you read all of the FDA's documents on the
24    regulations?
```

Page 36

Ex 1 - 5-26-06 depo transcript

25    A    Yes. And I spoke with the DDMAC person also

0087
1    and I spoke -- when I spoke to the sales rep, I also got
2    her perspective on it and I read numerous articles on
3    this topic.
4    Q    Before you were retained as an expert witness
5    in the Vioxx litigation, would you agree that you never
6    held yourself out as an expert in FDA regulations over
7    pharmaceutical drugs?
8    A    Correct.
9    MR. SKIKOS:  Can we take a bathroom break?
10    (Brief recess.)
11    BY MR. GOLDMAN:
12    Q    What is A CFR?
13    MR. ROBINSON:  Is it a level X?
14    THE WITNESS:  Is it on my list?
15    BY MR. GOLDMAN:
16    Q    Have you ever heard of FDA documents referring
17    to CFR?
18    A    Oh, yeah, federal register.
19    Q    And how much time did you spend reviewing the
20    regulations in the federal register?
21    A    All of the different relations?
22    Q    Um-hmm.
23    A    Meaning my entire life?  Everything that is in
24    CFR?  I don't know.  Days, weeks -- probably weeks.  I
25    mean, overall, I would say actually, weeks.

0088
1    Q    Have you ever consulted anybody on the FDA
2    regulations or served as an expert in on FDA
3    regulations?
4    A    Have I ever consulted on FDA regulations prior
5    to this time?
6    Q    Um-hmm.
7    A    Yes, I recommended American Psychological
8    Association with regard to the FDA regulations for
9    tobacco.
10    Q    That was you assisting the American
11    Psychological Association in response when the FDA was
12    attempting to exert jurisdiction and try to implement
13    guidelines for the tobacco industry?
14    A    Well, we were commenting on the proposed
15    regulations and -- and so it wasn't we commenting
16    whether or not we had the authority, we were commenting
17    on the regulations.  And I was one of the few people in
18    the country that was hand picked to do that work.
19    Q    Other than consulting with the American
20    Psychological Association --
21    A    I'm sorry.  It was also the American Marketing
22    Association.
23    Q    Other than consulting for the American
24    Marketing Association and the American Psychological
25    Association on the FDA proposed rules on -- concerns to

0089
1    tobacco advertising, have you had any other dealings
2    with the FDA?
3    A    Yes.  I regularly attend sessions that are --
4    where there are speakers from the FDA.  The FDA comes to
5    our conferences.  I review papers related to the FDA in
6    journals.
7    There may be more, but I'm not sure if I can
8    think of it off the top of my head.
9    Q    Do you know the name of the division that

Page 37

Ex 1 - 5-26-06 depo transcript

```
10    oversees marketing of pharmaceutical drugs?
11        A    DDMAC.
12        Q    And do you know what that stands for?
13        A    I used to.  Let's see.  You know, I used so.  I
14    may have forgotten what it stands for.
15        Q    Have you ever reviewed any --
16        A    I used to know, and I probably would remember
17    if I wasn't a little bit nervous.
18        Q    Would you agree, Dr. Pechmann, that the effect
19    of a tobacco advertisement on a child's or youth's
20    decisions to smoke is different in kind from the effect
21    of a prescription drug advertisement on an adult's
22    decision to use medicine?
23        A    No, I don't agree with that statement.  Nor is
24    the research any different.  The research to study the
25    effects are identical.
0090
1         Q    Can you cite any article, any study, any
2     research anything in the world that says that a
3     pharmaceutical advertising and the effects on an adult's
4     decision to use medicine is similar to tobacco's
5     advertising and its influence on children to smoke?
6         A    You are saying:  Are there articles that have
7     compared them?
8         Q    Yes.
9         A    There probably are.
10        Q    But you don't know any?
11        A    If I had time to think it over for about a half
12    an hour, I might be able to come up with something.
13        Q    Why don't you think it over during the course
14    of the deposition.  And if you can cite --
15        A    I am not going to be able to think about it
16    during the deposition, but I do believe there are
17    studies that have been written about that.
18            MR. GOLDMAN:  I am going to mark an exhibit
19    that is going to be blank and it is going to be
20    Exhibit 6.
21            MR. ROBINSON:  I am going to object to that.
22            MR. GOLDMAN:  And Exhibit 6 is going to be the
23    research that you are going to find that is saying
24    pharmaceutical advertising and its affects on an adult's
25    decision to use prescription drugs is similar to the way
0091
1     that tobacco advertising affects a youth's decision to
2     use cigarettes.  Okay?
3             MR. ROBINSON:  I have an objection.
4             THE WITNESS:  I am positive that these
5     articles -- that they exist.  I'm positive that they are
6     discussed in textbooks in similar parts of textbooks.
7     They are discussed in numerous articles.  I don't have
8     time to go get that research now.
9             MR. GOLDMAN:  Why don't we mark it as a blank
10    exhibit.  We will mark Exhibit 6.
11            (Defendant's Exhibit 6 was marked
12             for identification by the court
13             reporter.)
14    BY MR. GOLDMAN:
15        Q    And, Dr. Pechmann, will you do me a favor and
16    before the trial, we can identify and we can add it to
17    the transcript, all of the articles that you can find
18    that specifically discuss how pharmaceutical advertising
19    and its influence on an adults' decision to use
20    prescription drugs is similar to tobacco advertising and
```

Page 38

```
                          Ex 1 - 5-26-06 depo transcript
21    its ability to influence youth?
22         A     I have a clarification question.
23               MR. O'CALLAHAN:  I am also going objecting in
24    the California litigation that this is an inappropriate
25    use of exhibits in a deposition.
0092
1                The only comparable or sensible way might be to
2     leave a blank and ask her to provide information in the
3     blank; but you cannot have a blank exhibit.  It is a
4     nonstarter.
5                MR. SKIKOS:  She had a clarification.
6                THE WITNESS:  Yes.  Also, there is -- in
7     marketing and advertising, we do not -- there is no
8     literature to indicate that people react fundamentally
9     differently to different types of ads.
10               There is no literature on that.  I am not an
11    expert --
12    BY MR. GOLDMAN:
13         Q     Because it is an obvious truth?
14         A     No, because it is absolutely false.  I am not
15    considered to be an expert in academia on -- in the
16    sense that all I know is how tobacco advertising affects
17    children and how tobacco advertising affects adults.
18               I am an expert in integrated marketing
19    communications on people.  Okay.  We do not have
20    expert -- there is no such thing as someone, who is on
21    tobacco marketing affects on kids because what you have
22    is, you have expertise on how advertising affects
23    everyone, and then you also done studies to apply those
24    principles to advertising affecting kids.
25               Many, many times when I have worked on
0093
1     research, people have said, why even bother, do the
2     study on tobacco.  We know that phenomenon already
3     occurs with adults.  Why do we even need an extra study
4     on tobacco.
5                And I have to fight is because people don't
6     understand that the study necessarily applies, the
7     general public might not realize that, so it helps if
8     you have a trial to be able to replicate the same result
9     with adolescents and kids; but we, in academia, know
10    that we are doing that not because we expect there to be
11    any difference.
12               In fact, I have to fight to get things
13    published when people say we already know this effect.
14    It is the same effect, so --
15         Q     Okay.
16         A     You know, it's -- that is why it would be kind
17    of hard exactly what you are describing.
18               What I will find is articles that they are
19    talking about it on the same page, same -- same general
20    type of advertising, but saying that the effect is the
21    same.  It would be saying that the earth is round or
22    something.
23               You just would not say that.  It makes no
24    sense.  It is so obvious to everyone in academia that
25    advertising effects are -- are fundamental effects that
0094
1     occur regardless of the ad and regardless of the viewer.
2     You know what I am saying?
3                It wouldn't be something to state that there is
4     something obvious -- such an obvious belief to us.  It
5     is underpinning of our whole field.
```

Ex 1 - 5-26-06 depo transcript
6          MR. ROBINSON:  I want to make an objection for
7     the record.  I don't know if this is kind of a
8     circus-like device to come up with a blank exhibit; but
9     I am going to object that these blank exhibits should
10    not be used in the Barnett case.
11         Judge Fallon does not like these circus kind of
12    games.  And frankly, if you want to leave a blank in the
13    deposition, or if you want to ask her to look for
14    documents, fine, but I am not going to have a blank
15    exhibit.
16    BY MR. GOLDMAN:
17         Q     Will you do me a favor, Dr. Pechmann, and try
18    to find all of the articles and literature that you said
19    existed, showing that the effects of tobacco advertising
20    on children are similar to the effects of pharmaceutical
21    advertising on an adult's decision to use prescription
22    medication?
23         A     What I just told you right now is that
24    something that states it as obvious as that, you
25    wouldn't be able to find because it is so obvious that
0095
1     nobody would be able to publish it.
2          What I can find is articles of controversial
3     forms of advertising, which is my area of expertise or
4     integrated marketing communication campaigns and use as
5     examples of pharmaceutical and tobacco.  That is all I
6     can find.
7          I can never find the exact thing you are
8     stating because it would be like stating that the earth
9     is round.
10         Q     Would you agree, Dr. Pechmann, that different
11    people can respond to the same advertisement
12    differently?
13         A     Yes.  That is why we do research.
14         Q     One of the reasons that people respond
15    differently to the same advertisement is because people
16    have different belief systems; right?
17         A     That is one of the reasons, yes.
18         Q     And people come from different backgrounds and
19    have different values and different levels of education,
20    and so an advertisement that you and I look at, it means
21    one thing to you and it might be something else to me;
22    true?
23         A     It might although there is many, many more
24    consistencies in how people react than inconsistencies.
25         Q     Are children more impressionable than adults
0096
1     when it comes to advertising?
2          A     The research does not show that, no.  And I did
3     not study children anyway.  I chose to study
4     adolescents.
5          Q     You will agree that adolescents are more
6     impressionable than 55-year-old men?
7          A     No, I don't -- it depends on the exact type of
8     issues you are talking about, but as a general rule, I
9     think 55-year-old men can be impressed by ads just like
10    15-year-old men can be impressed or have an impression
11    from advertising.
12         Q     Will you agree, Dr. Pechmann, that adolescents
13    lack the sophistication that a lot of adults have to be
14    able to see through some of the -- you are shaking your
15    head like you know my question.
16         A     I do.  Um-hmm.  Go ahead finish your question.
                              Page 40

Ex 1 - 5-26-06 depo transcript

17 Q Will you agree, Dr. Pechmann, that adolescents
18 lack the sophistication -- some might have it, but some
19 might not, generally adolescents lack the sophistication
20 that adults have in interpreting the advertisements?
21 A No.  The research does not show that.
22 Q Would you agree that children or adolescents
23 are more impulsive than adults when it comes to
24 advertisements?
25 A Not when it comes to advertisements.
0097
1 Q When adolescents used to see cigarette
2 advertisements on television, it was fairly easy for
3 them to go buy cigarettes; right?
4 A I believe there have been regulations that
5 would prohibit the sale of cigarettes below a certain
6 age.
7 Q Well, you agree --
8 A For state, regulations about that.
9 Q You will agree, Dr. Pechmann, that it is much
10 easier for an adolescent to go get cigarettes after
11 seeing some tobacco advertisement than it is for an
12 adult to go get a prescription drug --
13 MR. SKIKOS:  Hmm-um.
14 THE WITNESS:  I guess that is an objection.
15 BY MR. GOLDMAN:
16 Q after seeing a pharmaceutical advertisement.
17 A Well, I have not done research to study that
18 topic, but in both cases, there are major barriers
19 involved.
20 Q What are the barriers with respect to an adult
21 getting a prescription drug after seeing a
22 pharmaceutical advertisement?
23 A They have to go to the physician.
24 Q And for tobacco products, adolescents and
25 adults don't have to go see a doctor in order to get
0098
1 cigarettes; right?
2 A That's correct.
3 Q And the whole purpose of direct-to-consumer
4 advertising in the pharmaceutical industry is to attempt
5 to persuade people to talk to their doctor about a
6 particular product for a disease that they may be
7 experiencing or a condition that they may be
8 experiencing; true?
9 A Yes.  Or well, that is one of the purposes.
10 Another would be to find more information out in other
11 ways.
12 Q So the purpose of direct-to-consumer
13 advertising is to try to get those who see the ads to go
14 talk to their doctor about the medicine?
15 A That is one of the purposes.
16 Q And the training that the doctors have allow
17 them to be learned intermediaries.
18 Do you know what that is?
19 A Yes, I do.
20 Q You don't have learned intermediaries in the
21 smoking world; do you?
22 A Well, parents.
23 Q Well, parents might tell a child, "I don't want
24 you to smoke," but the child could go smoke and often
25 does; right?
0099
1 A No.  In many cases, the child gets their

Page 41

Ex 1 - 5-26-06 depo transcript

2   cigarettes from the parent.  The parent either decides
3   to give the cigarette or not give the cigarette.  It is
4   a very similar situation.
5        Q    But in a situation where a intermediary is
6   trying to stop --
7        A    No.  Some parents let their kids smoke.
8        Q    Do you agree, Dr. Pechmann, that adults can't
9   get prescription drugs unless a doctor tells them that
10  they can and prescribes the medicine to them?
11       A    Yes, I agree with that --
12       Q    And --
13       A    -- as a general rule.
14       Q    And doctors in a much better position to
15  determine the risks and benefits of medicine than most
16  lay people; correct?
17       A    Well, the reason we have prescription drug
18  advertising is because we as a society decided to give
19  people a greater role in their medical decisions.
20       So we understand people to be capable of
21  learning information from the ads and having a greater
22  role in whether they should take prescription medicine.
23       Q    Are doctors in a better position than lay
24  people to determine the risk of benefits of medicine?
25       A    Yes, as a general rule.
0100
1        Q    Will you agree that all patients defer to the
2   medical judgment of their doctors before taking
3   medicine?
4        MR. SKIKOS:  Before taking the prescription
5   drug?
6        MR. GOLDMAN:  Yeah.  I will ask the question --
7        THE WITNESS:  Well, they can't get a
8   prescription generally unless the doctor has given it to
9   them, but the research shows that doctors are heavily
10  influenced by patients who have seen drug --
11  prescription drug advertising.
12       And Merck research shows that a very
13  significant percentage of the doctors who were
14  confronted by patients wanting Vioxx gave them the
15  prescription for Vioxx.
16  BY MR. GOLDMAN:
17       Q    Would you agree that --
18       A    The number -- if you would give me a second to
19  find the number -- but it is a very high number, I
20  think -- well, if you give me one second, I can do it.
21       Q    It was actually not responsive to my question.
22  I will ask it again.
23       A    I would say 90 percent of the time.
24       Q    90 percent of the time what?
25       A    That patients asked for Vioxx, they got it
0101
1   according to Merck's own records.
2        Q    Back to the question I asked.
3        Dr. Pechmann, will you agree that the vast
4   majority of patients defer to the medical doctors to
5   decide what prescription medicine to take?
6        A    I am trying to answer your question.  What I am
7   saying is that the research shows that patients asked
8   the doctors for certain drugs and so in that sense --
9        MR. SKIKOS:  Let her answer.
10       THE WITNESS:  If the doctor says, no, they
11  don't get the prescription.  And, therefore, they have
12  to go to a different doctor.

Page 42

Ex 1 - 5-26-06 depo transcript

13   BY MR. GOLDMAN:
14       Q    If the doctor says, "yes, I think this medicine
15   is good for you," generally patients refer to their
16   doctors; correct?
17           MR. SKIKOS:  Objection.
18           THE WITNESS:  I am telling you that the
19   research suggested on -- what the research consistently
20   shows is that a significant percentage of the patients,
21   who request a drug, get either that brand or a very
22   similar drug.
23           And that it is a statistically significant
24   increase relative to people who didn't ask for that
25   drug.
0102
1    BY MR. GOLDMAN:
2        Q    I am not asking you about patients who asked
3    for drugs.  Let's exclude that from my question.  Okay?
4        A    Okay.
5        Q    Will you agree that for those patients who go
6    into the doctor's office and they have a medical
7    condition, regardless of what they have seen on
8    television about a particular drug, they are going to
9    defer to the medical judgment of their doctor as to what
10   drug is the best one to take?
11       A    I am not an expert in that.  I am an expert in
12   marketing prescription drugs.
13       Q    You are not an expert as to why people decide
14   to use prescription drugs?
15       A    I am an expert on how integrated marketing
16   affects that decision.  Whether they saw that or talk
17   about ads, you just took me outside of my area of
18   expertise.  You just took me outside of my expertise in
19   the question.
20       Q    No, I didn't.
21       A    I thought your question is if they didn't see
22   the ad or didn't ask for the product.
23       Q    No, I said they did not ask for the product.
24           So assume with me that you have a patient who
25   hasn't asked the doctor for a particular medication, but
0103
1    had seen an advertisement for the medicine and the
2    patient goes to the doctor's office, "My back is hurting
3    me.  I can use some medication to treat it"; and I think
4    the doctor says, "I think you should take prescription
5    strength Ibuprofen."
6        A    And then the patient might ask for some other
7    drug having seen the ad.
8        Q    And the patient might say, "Okay.  I will
9    because you are my doctor and I trust your judgment"?
10       A    They might say that, too, and then they may
11   fill or not fill the prescription based on the ads they
12   have seen.  They may or may not take the drug based on
13   the ads.
14           Every step of the way, the ads could influence
15   them on not influence them.  And that is why you do
16   research to find out exactly what is happening in your
17   case.
18       Q    Because each individual patient reacts
19   differently to particular advertisements they see with
20   respect to pharmaceutical drugs?
21       A    No, that is not true.  Why do you do research?
22           Marketing is the science and we can predict
23   with quite a degree of certainty of how people are going

Page 43

```
                        Ex 1 - 5-26-06 depo transcript
24  to react to ads.  That is our whole field.
25      Q    How will Mr. Barnett react when he sees a
0104
1   advertisement about --
2       A    Cigarettes?
3       Q    No.
4       A    I'm kidding.
5           MR. ROBINSON:  I am not going to help you.
6           MR. SKIKOS:  Plus, I am going to object.
7   BY MR. GOLDMAN:
8       Q    Is it you -- withdrawn.
9           Is it your testimony, Dr. Pechmann, that you
10  can predict how Mr. Barnett is going to respond on
11  certain advertisements on televisions?
12      A    I am saying that what Merck's own research
13  shows which is the type of research that is generally
14  accepted -- it is accepted practice.  It is the
15  validated research people rely on all of the time, told
16  them statistically what percentage of people would be
17  influenced by the ad to talk to the doctor.  That was
18  six percent year after year.
19      Q    That was different from my question.
20      A    Then we have to ask Barnett what happened with
21  him and he said the ads influenced him.
22      Q    Let me ask my question again.
23          Is it your testimony, Dr. Pechmann, that you
24  can tell me how Mr. Barnett will respond to a particular
25  advertisement he sees on television?
0105
1       A    No.  That is not my testimony.  My testimony is
2   that once they have research about a patient like him, I
3   can give a statistical prediction about him as a member
4   of that class of people might respond.
5       Q    Well, was Mr. Barnett in the exact sample of
6   people that you say were the subject of this research
7   that Merck did?
8       A    Yes, he was.  He fit into the sample of the
9   people that they studied, 300 a month for three years.
10      Q    Okay.  And we will look at some of that.
11          Do you agree, Dr. Pechmann, that before a
12  patient can use a prescription medication, the doctor
13  has to be convinced that the benefits outweigh the risks
14  of the medicine?
15      A    I believe that, yes, that is what they are
16  supposed to do.
17      Q    And doctors obtain information about the risks
18  of medicine from a number of sources; true?
19      A    Yes, I would assume they do.
20      Q    Doctors obtain information about the risks of
21  medicine from FDA approved labels; right?
22      A    Yes, they do.
23      Q    Doctors obtain information about risks of
24  medicine from other medical colleagues; true?
25      A    Yes, they do.
0106
1       Q    Doctors obtain information about risks of
2   medicine that is prescribed by medical articles and
3   conferences they attend; right?
4       A    Yes, they do as a general rule.
5       Q    Doctors obtain information about the risk of
6   medicine that they prescribe from their own experience
7   prescribing the medicine; right?
8       A    Yes.
```

Page 44

Ex 1 - 5-26-06 depo transcript

```
 9      Q    You never prescribed any medicine in your life;
10   right?
11      A    I am not a medical doctor.
12      Q    And you never surveyed a doctor to see how they
13   prescribe medicine; right?
14      A    I have not, but I have read articles about that
15   with respect to integrated marketing communications.
16      Q    You have done no independent research into what
17   motivates doctors to prescribe medicine; right?
18      A    Well, I would say that what I did in this case
19   is --
20      Q    I am not talking about this case.
21      A    Oh, in this case -- okay.  Outside of this
22   case --
23      Q    Let me ask the question again.
24      A    -- I have not done independent research.
25      Q    Before you were retained as an expert in this
0107
 1   Vioxx litigation you have not done any independent
 2   research into what motivates doctors to prescribe
 3   medicine; right?
 4      A    Correct.
 5      Q    Do you agree, Dr. Pechmann, that what one
 6   doctor knows about the risk of medicine may vary from
 7   what another doctor knows about the risk of medicine?
 8      A    Depending on the situation, there could be a
 9   great deal of similarity in what people know or a great
10   deal of difference.  It really depends.  I cannot make
11   an answer to the question.
12           I think that, for example, that if the risks
13   are clearly conveyed, virtually everyone will know those
14   risks, and so this would be homogeneity.  Everyone will
15   know the risk.
16           If the risk is not clearly conveyed, only some
17   people are going to figure it out and some people are
18   not.  There are going to be considerable homogeneity.
19      Q    Some doctors pay close attention to the warning
20   label that is approved by the Food and Drug
21   Administration and other doctors don't pay attention to
22   the label and they base their prescription decisions on
23   their experience prescribing the drug?
24      A    Well, I don't know about that, but all I know
25   is that marketing influences the information that they
0108
 1   have very extensively.  Prescription drug marketing
 2   influences the decisions they have, the information they
 3   have, and therefore, the decisions that they make.
 4      Q    Some doctors will be influenced by
 5   conversations that they have with sales representatives
 6   about medicine and other doctors won't be influenced by
 7   conversations they have with sales representatives;
 8   true?
 9      A    Well, I would say that the research indicates
10   that people are influenced by the information from the
11   sales representatives.
12      Q    All 100 percent?
13      A    Oh, no.  But they at least get information from
14   the sales representatives, or they get -- that this was
15   given to them by the sales representatives.
16      Q    Let's take Dr. Micola, for example, one of
17   Mr. Barnett's treating physicians.  Okay?
18      A    Yes.
19      Q    Did you read his entire deposition?
```

Page 45

Ex 1 - 5-26-06 depo transcript
```
20      A    Well, I at least skimmed every bit of it and
21  carefully read sections that look particularly relevant.
22      Q    What did Dr. Micola say about the role, if any,
23  that sales representatives had in his decision to
24  prescribe medicine?
25      A    I would need to refer to the deposition to
0109
1   remember exactly, but --
2       Q    Well, you expressed an opinion in this case.
3       A    Well, I can refer to my report.  That is just a
4   part of what I read that he said.  So I could refer to
5   that.  I don't have everything memorized in an 80-page
6   report.  I have to refer to my report to remember.
7       Q    Okay.  Well, let's turn then to the part about
8   Dr. Micola and look on Page 18.
9       A    Yeah.
10      Q    Do you see anything here about Dr. Micola
11  saying he relies on sales representatives to learn about
12  the risks of Vioxx?
13      A    Well, yes.  On Page 19, "You would
14           Expect that Merck would advise you of
15           the potential of one of their drugs
16           like Vioxx to increase the risk of
17           cardiovascular problems?"
18           And he said, "I would think that
19           They would make me aware of it."
20           And he says, yes, that is the sales rep's job.
21      Q    What is the sale rep's job?
22      A    To advise of the risk if they are promoting the
23  drug.
24      Q    Do you remember from Dr. Micola's deposition
25  what he said about how he used sales representatives in
0110
1   his practice?
2       A    I would have to refer to the deposition.
3       Q    I am asking:  If you remember now without doing
4   that?
5       A    I think I remember, but --
6       Q    What do you think you remember?
7            MR. ROBINSON:  Don't speculate.
8            THE WITNESS:  Yeah, I am told I am not supposed
9   to speculate.  So why would I have to speculate?
10  BY MR. GOLDMAN:
11      Q    Well, you don't know, as you sit here today,
12  what Dr. Micola said about how he uses sales
13  representatives; correct?
14      A    I'm pretty sure I know, but I would like to
15  refer to the deposition to make sure that I am talking
16  about the right person.
17      Q    Okay.
18           MR. ROBINSON:  Do you want me to get the depo?
19           MR. GOLDMAN:  Sure.
20           THE WITNESS:  I believe it is in this -- it is
21  right here.
22           MR. ROBINSON:  Hold on.  I think --
23           MR. GOLDMAN:  She has got the portion.
24           THE WITNESS:  I have the whole deposition.
25           MR. ROBINSON:  You do?
0111
1            THE WITNESS:  I believe so.
2   BY MR. GOLDMAN:
3       Q    What tab are you looking at in your binder?
4       A    8.  Exhibit 8.
```

Page 46

Ex 1 - 5-26-06 depo transcript

```
 5    Q    Is Exhibit 8 consistent of all of the pages of
 6  Dr. Micola's transcript that you reviewed?
 7    A    No.
 8         MR. ROBINSON:  No.  Let me get the depo.
 9         THE WITNESS:  It doesn't include all of it.
10  BY MR. GOLDMAN:
11    Q    Well, that is what's found to be important.
12    A    No.  No.  I mean that --
13         MR. ROBINSON:  You asked a specific question.
14         THE WITNESS:  There was a lot of things that is
15  consistent with my opinion, but isn't in this report.  I
16  mean, I read boxes and boxes of documents.  I --
17  BY MR. GOLDMAN:
18    Q    Okay.  Who would be in a better position,
19  Dr. Pechmann, to know --
20    A    Well, shouldn't we be getting the report?
21    Q    Okay.  He is getting it.
22         Who would be in the better position to know how
23  much attention Dr. Micola pays to what sales
24  representatives say about safety, Dr. Micola or you?
25    A    I think we both contribute to that because --
0112
 1    Q    My question was not do you both contribute.  I
 2  am saying:  who would be -- who is in a better position
 3  to know whether sales representatives and what they say
 4  about medicine in terms of safety play a role in
 5  Dr. Micola's decision to prescribe a medicine, you or
 6  Dr. Micola?
 7    A    I think we both have something to say about it
 8  and I'm not sure what the relative -- it would depend
 9  on --
10    Q    Have you ever talked to Dr. Micola about what
11  factors he considers before he prescribed medicines?
12    A    No, I have not.  I just read his deposition.
13    Q    And Dr. Micola --
14    A    But in general, what I am saying that in
15  research, we do not ask people -- simply ask people.  We
16  do not ask people:  How did that ad affect you and then
17  rely on them.
18    Q    Dr. --
19    A    We do everything possible in our research to
20  understand the answer to that question without a direct
21  question to the person because a person is invariably
22  wrong in answering that question.
23    Q    Dr. Pechmann --
24    A    They may know something about it, but there is
25  a huge amount of research in here to figure out derived
0113
 1  importance weight, very sophisticated because they could
 2  not trust the doctors even to say what attributes were
 3  important in prescribing the drug.  And the research
 4  showed that something that they said was twelfth in
 5  importance was like first in importance.  So we have a
 6  lot to say beyond what they can say about how they are
 7  prescribing from the research.
 8    Q    Dr. Pechmann, are you in a better position than
 9  Dr. Micola to know what factors he considers when he
10  decides to prescribe a medicine like Vioxx?
11         MR. O'CALLAHAN:  Asked and answered.
12         MR. SKIKOS:  That is a different question.
13         Go ahead.  Read that question back.
14         (Whereupon, the question was read
15         back as follows:
```

Page 47

```
                              Ex 1 - 5-26-06 depo transcript
16                  "Q   Dr. Pechmann, are you in a
17             better position than Dr. Micola to
18             know what factors he considers when
19             he decides to prescribe a medicine
20             like Vioxx?")
21             THE WITNESS:  I know things about his decision
22     that he doesn't know.
23     BY MR. GOLDMAN:
24        Q    Okay.  I will leave it at that.
25             MR. ROBINSON:  So we don't need to go to the
0114
1      depo?
2              MR. GOLDMAN:  No.
3         Q    Whether an advertisement misleads a particular
4      patient varies from patient to patient; right?
5         A    The research tells you that.  So sometimes it
6      is consistent.  Sometimes it depends on the segment.  It
7      depends on the specifics of the case.
8         Q    Do you know what percentage of former Vioxx
9      users use Vioxx because of advertisements they saw?
10        A    I am trying to think if I saw that number.
11             Merck had research to suggest how the ads were
12     influencing people and I reviewed that research.  I did
13     not refresh my memory with regard to that particular
14     question at the moment, but --
15        Q    As you sit here today, you don't know what
16     percentage of Vioxx users use Vioxx because of
17     advertisements they saw; correct?
18        A    I know that 6 percent of people who saw the ads
19     said that they were going to take action.  And I know
20     some other facts, too.
21             If we look at Exhibit 66, it has the research
22     findings -- some of the research findings with regard to
23     that question or you can look at my report on Page 65.
24             So, yeah, it says, "Approximately 40
25             Percent of the patients receiving
0115
1              prescription for Coxibs in late
2              1999/early 2000 engaged in some
3              patient-initiated action and when a
4              consumer takes action for a brand, a
5              prescription is received almost 9
6              times out of 10."
7              And then between 70 and 90 percent of the time
8      it is filled because you don't have to necessarily fill
9      it.  So their estimate based on their research is that
10     40 percent is patient initiated.
11        Q    And so --
12        A    Largely patient initiated -- see, the thing is
13     you cannot just look at the ad effect immediately.  The
14     ad has a spill over effect on through word of mouth.
15             So one person saw the ad, caused someone else
16     to take initiation.  You know what I am saying?  So
17     their -- their estimate of the percent of who received
18     it is 40 percent and their --
19        Q    No, that is not what that says.
20        A    "Engaged in some patient-initiated action."
21        Q    Right.
22        A    And the patient initiated action is believed to
23     be in some way linked to the direct consumer ads or some
24     other aspect of the integrated marketing communications
25     campaign.
0116
                              Page 48
```

Ex 1 - 5-26-06 depo transcript

```
 1      Q    What percentage of former Vioxx users used
 2  Vioxx because of advertisements on television?
 3      A    Because they personally saw it?
 4      Q    Yes.
 5      A    It is not a relevant question and I don't know
 6  the answer.  It is too much of a narrow of a question.
 7           You would ask the question they asked and it is
 8  40 percent.
 9      Q    So it is your testimony that 40 percent of
10  people who saw Vioxx advertisements initiated action and
11  went to their doctors to ask about Vioxx?
12      A    No.  It is my testimony that based on the Merck
13  research, which was very good research, that their
14  estimate was that 40 percent of the people who took
15  Vioxx or Celebrex were influenced by their integrated
16  marketing communications campaign.
17      Q    So 60 percent were not?
18      A    That's their estimate, yes.
19      Q    How does the --
20      A    Well, I'm sorry.  That is not correct.  This is
21  just the patient part of the -- direct-to-consumer part
22  of the integrated?
23      Q    Yes.
24      A    So not all the other -- most of the money in
25  integrated marketing communications was spent on the
```

0117
```
 1  physicians, not the consumer.
 2      Q    I am asking about the consumer.  Just stick to
 3  my question.
 4      A    I'm sorry.  I didn't understand it.
 5      Q    As I understand your testimony, you are relying
 6  on the research that Merck did to form the conclusion
 7  that 40 percent of people who saw Vioxx advertisements
 8  initiated action by going to their doctors and asking
 9  them to prescribe Vioxx; true?
10      A    No, I did not say that.  What they are saying
11  is exactly what they are saying here.
12      Q    Yes.
13      A    40 percent of the people who got the -- who
14  received a prescription -- who received a prescription
15  not as -- who received a prescription and engaged in
16  patient-initiated action, meaning they didn't
17  necessarily -- they -- they initiated the request of the
18  doctor.
19           As to whether they exactly saw the ad or
20  someone else saw the ad and told it to them, which is a
21  huge part of advertising effects, I am not claiming what
22  caused it.
23      Q    You have no medical training; right?
24      A    Correct.  I am not -- I have not gone to
25  medical school.  No.
```

0118
```
 1      Q    You have never consulted, written or done any
 2  research addressing risks of prescription drugs?
 3           MR. SKIKOS:  Medical risks, you ask?
 4           THE WITNESS:  Are you asking about the medical
 5  risks?
 6           MR. GOLDMAN:  Yes.
 7      Q    So you never done any consulting, writing, or
 8  research addressing the medical risks of prescription
 9  drugs?
10      A    Correct.
11      Q    You never published any work on prescription
```

Page 49

Ex 1 - 5-26-06 depo transcript

12   drug advertising; correct?
13        A     I have never published anything on prescription
14   drug advertising, no.
15        Q     Am I right?
16        A     I'm sorry.  You are correct.  I have not, yes.
17        Q     You have never --
18        A     But I published 50 articles on integrated
19   marketing communications, which is what they used, and I
20   was considered a national expert brought in on this
21   federal campaign because I had expertise in that area.
22              And as I told you, we don't discriminate.  We
23   don't say someone is an expert in that type --
24        Q     Dr. Pechmann, you can explain all you want when
25   Mr. Robinson asks you questions.  Please just try to
0119
1    stick with the questions that I ask.
2              MR. ROBINSON:  We can actually save time.  This
3    way I don't have to ask her questions.
4    BY MR. GOLDMAN:
5         Q     You have not --
6         A     Just like trying to --
7         Q     -- conducted any independent research on
8    pharmaceutical advertising and its affects; correct?
9         A     Well, I did this research.  So you mean other
10   than this case?
11        Q     Would you consider what you did in this case to
12   be independent research or are you relying on research
13   that others did?
14        A     I did my own independent assessment of the
15   research.
16        Q     Before you were --
17              MR. SKIKOS:  She did not finish.
18   BY MR. GOLDMAN:
19        Q     Before you were retained as an expert witness
20   in this case, did you do any research in pharmaceutical
21   advertising?
22        A     Any independent research?
23        Q     Yes.
24        A     No.
25        Q     Before you were retained as an expert witness
0120
1    in this case, did you do any independent research into
2    integrated marketing campaigns used by pharmaceutical
3    companies?
4         A     No.
5         Q     Would you agree that you are not an expert in
6    the following areas:  Assessing risks associated with
7    prescription drugs?
8         A     Medical risks?
9         Q     Yes.  What other risks are there other than
10   medical risks?
11        A     Advertising risks.  There is advertising risks.
12   There is a risk to advertising.
13        Q     Okay.  Would you agree that you are not an
14   expert in the following areas:  Assessing medical risks
15   associated with prescription drugs?
16        A     Yes, I agree I am not an expert.
17        Q     Assessing potential cardiovascular risks
18   associated with Vioxx?
19        A     I do believe I have expertise in that, yes.
20        Q     Do you believe you are an expert --
21        A     So I disagree with that statement.
22              I am confused because I am not sure of

Page 50

```
                          Ex 1 - 5-26-06 depo transcript
23    answering his question properly.  So ask it again.
24        Q    Do you believe you are an expert in assessing
25    potential cardiovascular risks associated with Vioxx?
0121
1         A    Yes.
2         Q    Based on what?
3         A    I -- I am an expert in whether Merck knew or
4     should have known about the cardiovascular risks from
5     having reviewed all of these documents.
6         Q    You are claiming to be an expert in what Merck
7     knew or should have known on cardiovascular risks of
8     Vioxx based on documents that lawyers that have a
9     financial interest in the outcome of this case gave you?
10             MR. ROBINSON:  I am going to object.  Move to
11    strike.  No.  No, I don't think you have to answer when
12    he throws the financial interest and that kind of stuff
13    in there.
14    BY MR. GOLDMAN:
15        Q    Dr. Pechmann --
16        A    It was independent documents.
17             MR. ROBINSON:  Hold on.  Don't answer.  You
18    don't have to answer.  That is an insulting question.
19    BY MR. GOLDMAN:
20        Q    Dr. Pechmann, you were claiming to be an expert
21    in assessing potential cardiovascular risks associated
22    with Vioxx based on documents that you were given by
23    plaintiffs' lawyers in this case?
24             MR. SKIKOS:  Objection.
25             THE WITNESS:  Yes, based on my scientific
0122
1     review of documents that they gave me.
2     BY MR. GOLDMAN:
3         Q    What experience do you have in cardiovascular
4     medicine?
5         A    I do not have experience in cardiovascular
6     medicine.
7         Q    What are the cardiovascular risks associated
8     with Celebrex?
9         A    I didn't study Celebrex.
10        Q    Have you ever studied the cardiovascular risks
11    associated with any drug?
12        A    Yes, with Vioxx.
13        Q    Other than --
14             MR. SKIKOS:  Hold on.
15             MR. ROBINSON:  She answered it.
16    BY MR. GOLDMAN:
17        Q    Other than -- withdrawn.
18             Since you have been retained in this case, have
19    you ever assessed the potential cardiovascular risks of
20    any medicine?
21             MR. SKIKOS:  Objection.
22             THE WITNESS:  No, I have not.
23    BY MR. GOLDMAN:
24        Q    You are not a cardiologist; right?
25        A    That is correct.
0123
1         Q    You are not a gastroenterologist?
2         A    That's correct.
3         Q    You are not an expert in biostatistics?
4         A    Biostatistics, no.
5         Q    You are not an expert in epidemiology?
6         A    Why, I have expertise in the techniques that
7     are used in epidemiology.
```

Page 51

```
                    Ex 1 - 5-26-06 depo transcript
 8      Q     Are you an epidemiologist?
 9      A     No, but I teach classes and statistics on
10  epidemiology as part of my Ph.D. classes in experimental
11  design and people from all across the campus come to
12  take.
13      Q     Have you ever held yourself out as an expert in
14  epidemiology?
15            MR. SKIKOS:  Objection.  Asked and answered.
16            MR. ROBINSON:  Go ahead.
17            THE WITNESS:  Well, I published -- there is
18  epidemiological methods that I used --
19            MR. GOLDMAN:  That is different.
20      Q     Have you ever held yourself out as an expert --
21            MR. ROBINSON:  Let her answer the question.
22            Go ahead and answer the question.
23            THE WITNESS:  I published an article in the
24  American Journal of Public Health in which we use
25  epidemiological statistics, measures, approaches.
0124
 1  BY MR. GOLDMAN:
 2      Q     Does that make you an expert in epidemiology?
 3      A     In the statistical approaches for epidemiology.
 4      Q     Did you use any statistical approaches to
 5  epidemiology in your analysis in this case?
 6      A     Yes.  We -- there is several studies that
 7  involve observational -- observational data, analysis of
 8  observational data, and that is my characterization of
 9  what is epidemiology.
10            You may have a different characterization, but
11  that is my characterization.  Epidemiology research is
12  observational research, and that is what I -- I know the
13  statistics that are involved with that type of research.
14  And I teach and I have published in it.
15      Q     Have you ever represented to anybody that you
16  are an expert in epidemiology?
17      A     Medical epidemiology, no.
18      Q     Do you know what Prostacyclin is?
19      A     Yes, I do.
20      Q     What is it?
21      A     I have a basic understanding.  It is a
22  substance in the blood that is thinning -- a thinning
23  substance.
24      Q     Is that your complete understanding of
25  Prostacyclin?
0125
 1      A     Yes.
 2      Q     What is Thromboxane?
 3      A     It is another substance in the blood that is
 4  the opposite effect, more of a thickening agent.
 5      Q     What is the relationship between Prostacyclin
 6  and Thromboxane in the body?
 7      A     They are counter -- they are opposing forces.
 8      Q     Who told you that?
 9      A     I learned that from Paul Sizemore.
10      Q     So your understanding about the relationship
11  between Prostacyclin and Thromboxane comes from one of
12  the plaintiffs' lawyers in this case?
13      A     No.  It also comes from a Merck manual.
14      Q     What Merck manual?
15      A     Their medical manual that describes it.
16      Q     When did you read the Merck manual on
17  Prostacyclin and Thromboxane?
18      A     I am a scientist.  I like reading things.  I
                         Page 52
```

Ex 1 - 5-26-06 depo transcript

19  saw it after -- I think I asked him some questions.  So
20  he gave me a really basic understanding and he gave me
21  the manual and I looked it over.
22      Q    You would agree that you are not an expert in
23  pharmacology?  Prostacyclin?  Thromboxane?
24      A    The medicine of pharmacology, no.
25      Q    Have you ever read the -- have you ever drafted
0126
1  a label for a prescription drug?
2      A    No.
3      Q    Do you consider yourself to be an expert in
4  clinical trials or how to interpret them?
5      A    I -- I am an expert in the statistics that are
6  used to analyze data from clinical trials because I also
7  teach that in the course.
8           When we do experiments with placebo, it is the
9  same type of method and same type of statistics as in
10  medical trials.  And I also am involved in the IRB
11  process whereby you get permission and I served on
12  committees involving medical protocols.  So I do have
13  some expertise in clinical trials.
14      Q    Have you ever taken any statistics courses?
15      A    Yes, several.  I teach a Ph.D. class.  They
16  don't let you teach them unless you've taken a class.
17      Q    How many statistics courses have you taken?
18      A    Eight.
19      Q    Have you ever published any articles describing
20  how you think clinical trials should be done or how they
21  should be interpreted?
22      A    No, I have not.
23      Q    Have you ever held yourself out as an expert in
24  clinical trials, ma'am?
25      A    In the statistics, underlining controlled
0127
1  experiments, I am an expert.  In -- as I told you, I am
2  an expert in how you analyze the data from a clinical
3  trial because it is the same as how you analyze the data
4  within the controlled experiments in marketing.
5           There is some aspects of the clinical trial
6  that I am not familiar with and I am not an expert in.
7      Q    Have you ever done any research or publish any
8  articles about Vioxx?
9      A    I have done extensive research on Vioxx for
10  this case.
11      Q    Before you were retained by plaintiffs' lawyers
12  in this case, have you ever done any research or
13  published any articles on Vioxx?
14      A    No, I had not.
15      Q    Do you know when Vioxx was first approved by
16  the FDA?
17      A    I knew that at one time.  I may have it down
18  here.
19           It was 1999.
20      Q    Do you know for what conditions?
21      A    I believe it was -- well, I should check it
22  because I think -- I need to look at the initial label.
23      Q    Well, I'm --
24      A    In all of these cases, I am 90 percent sure,
25  but I would rather be 100 percent sure and really check
0128
1  the label.
2      Q    You are planning to go to trial and you are
3  planning to testify about how you think Merck misled

Page 53

                         Ex 1 - 5-26-06 depo transcript
 4    doctors and patients through their advertising campaign,
 5    and you can't tell me off the top of your head what
 6    indications Vioxx was approved for?
 7              MR. SKIKOS:  Objection.
 8              THE WITNESS:  Well, I said I could tell you
 9    with 90 percent certainty if you would like.  It is
10    osteoarthritis.
11    BY MR. GOLDMAN:
12       Q    Any other conditions that it was approved for?
13              MR. ROBINSON:  At what time?
14    BY MR. GOLDMAN:
15       Q    Initially?
16       A    Based on their marketing documents, that is the
17    main one they were focusing on initially.
18       Q    Do you know what other conditions Vioxx was
19    approved for during the time that it was on the market?
20       A    I believe it was approved for rheumatoid
21    arthritis.  And I know they had marketing discussions
22    about menstrual cramps, for dental -- so there was
23    marketing discussions about different indications.
24       Q    But you don't know whether Vioxx was ever
25    approved for those?
0129
 1       A    Not with certainty, no.  My expertise is about
 2    the integrated marketing campaign.  And that was not a
 3    big issue in the integrated marketing campaign.
 4       Q    Have you ever reviewed any materials that Merck
 5    submitted to the FDA?
 6       A    I am trying to think if I did.  I may have
 7    but -- but I would say that in general, that is not --
 8    that is not what I was looking at.
 9              So I may have, but I wasn't -- it may have been
10    something that I looked at, but it was not labeled as
11    something they had submitted to the FDA.
12              I never received anything that said this is the
13    package of information that Merck sent to the FDA.
14       Q    Don't you think, Dr. Pechmann, as a scientist
15    wouldn't you want to know what Merck sent to the FDA
16    before coming to court and telling jurors what Merck
17    knew about the risks of Vioxx?
18              MR. ROBINSON:  Objection.  Argumentative.
19              THE WITNESS:  No, I don't think that is
20    important.  I know what the FDA told them.
21    BY MR. GOLDMAN:
22       Q    What did they tell them?
23       A    They sent them a warning letter about their
24    marketing and that told them exactly what the FDA
25    standard card was for what they should and should not
0130
 1    say in their marketing.
 2              And they -- and they continued to make
 3    statements or leave out information, despite the fact
 4    that the FDA told them that that was misleading or
 5    false.
 6              Merck -- the letter says these -- this type of
 7    marketing campaign is misleading or false.  And they
 8    continued to do it.  So that is what I am basing it on.
 9       Q    What did Merck continue to do that you claim
10    the FDA said was false and misleading in that warning
11    letter?
12       A    They said the following, it says here:
13              "You have engaged in a promotional
14              campaign for Vioxx that minimizes" --
                         Page 54

```
                            Ex 1 - 5-26-06 depo transcript
15      Q    You are reading from the warning letter?
16      A    Yes.  "-- that minimizes the
17           Potentially serious cardiovascular
18           findings that were observed in the
19           Vioxx gastrointestinal outcomes
20           research Vigor Study, and thus,
21           misrepresents the safety profile of
22           Vioxx."
23               "Specifically your promotional
24           campaign discounts the fact that in
25           the Vigor Study patients on Vioxx
0131
1            were observed to have a four- to
2            fivefold increase in myocardial
3            infarctions, MI, compared to patients
4            on the comparator nonsteroidal
5            anti-inflammatory drug NSAID,
6            Naprosyn, and then Naproxen."
7            It is not easy to read because there is
8       parentheses.
9            MR. ROBINSON:  Keep reading.  Let her keep
10      reading.
11           THE WITNESS:  Well, that is what they did.  I
12      mean, if you look at the marketing materials, they did
13      not reveal the fact -- in fact, they left out in the
14      materials -- the fact that there was a four- or fivefold
15      increase of myocardial, the Dear Doctor letters.
16           The detail materials that they gave to
17      physicians.  The ads to consumers, the ads to physicians
18      did not -- the PR, the press releases, did not -- did
19      not disclose that information.
20           There were possibly a few pieces of the
21      promotional that -- a few pieces of the promotional
22      materials that might have said that; but then they would
23      have qualifications which as it gets to the next
24      paragraph -- the next paragraph it says you can't
25      qualify or try to blow it off because -- "although
0132
1            The exact reason for the increase
2            rate of MI's observed in the Vioxx
3            treatment is unknown, your
4            promotional campaign selectively
5            presents the following hypothetical
6            explanation for the observed increase
7            in MI" --
8            MR. ROBINSON:  Let her go.
9            MR. GOLDMAN:  I don't need for --
10           MR. ROBINSON:  Connie, just finish that
11      sentence.
12      BY MR. GOLDMAN:
13      Q    Ma'am, I am not interested in hearing the
14      entire warning letter.  I read it.  I know exactly what
15      it says.
16           My question was very simple:  What practices do
17      you claim Merck engaged in after receiving the warning
18      letter from the Food and Drug Administration that you
19      think the Food and Drug Administration had told Merck
20      not to do?
21           MR. SKIKOS:  Well, she was going to tell you.
22           MR. ROBINSON:  You cut her off and she was
23      reading it.
24           Go ahead and finish your reading.
25
```

Page 55

Ex 1 - 5-26-06 depo transcript

0133
```
1    BY MR. GOLDMAN:
2         Q    No.  No, I don't want you to finish your
3    reading.  Okay.
4              It is not about Mr. Robinson conducting the
5    deposition, Dr. Pechmann.  Can you answer my question?
6         A    Well, first I think we have to say -- it says
7    here, do you assert that Vioxx doesn't increase the risk
8    of MI's, and that the Vigor Study finds consistent with
9    Naproxen's ability to block platelet aggregation like
10   aspirin, that is a possible explanation, but you failed
11   to disclose that your explanation is a hypothetical and
12   it has not been demonstrated by evidence that --
13        Q    Ma'am --
14        A    -- reasonable explanation --
15        Q    -- Ma'am, I --
16        A    I need to explain this to them, so that we can
17   just expose it to what they actually said in their press
18   releases.
19             MR. SKIKOS:  You are asking her.
20   BY MR. GOLDMAN:
21        Q    Can you put that down, please?
22        A    Let me just say, it wasn't just this, but it is
23   the exact same thing that the FDA had told them in
24   February of 2001 about the study, the implications of
25   the study, the fact they could not assert that it was
```
0134
```
1    Naproxen.
2              So they were given substantial information from
3    the FDA as to what -- what the FDA expected of them,
4    what the FDA believed to be true and not true with
5    regard to the risks.
6              And I am relying on the FDA's information to
7    say that they knew or should have known because the FDA
8    told them.  How can they have not have known?
9              The FDA is the body that they have to listen
10   to.
11        Q    Are you done?
12        A    Yes.
13        Q    Is it your position, Dr. Pechmann, that after
14   Merck received the warning letter that it, in its
15   advertisements and in its marketing campaign, was saying
16   that the reason for the difference in heart attacks in
17   Vigor was because of Naproxen; is that your sworn
18   testimony?
19        A    I would need to look at the exact dates of when
20   they stopped saying Naproxen.  Let's see.
21             But certainly, after the February warning about
22   Naproxen -- the February, 2001 warning about Naproxen
23   not being the only possible explanation.
24        Q    That was not my question.
25        A    Then they did continue to state that after this
```
0135
```
1    warning label.
2         Q    Let me ask the question again then.
3         A    I have to double-check the date.  What happened
4    subsequent to this date.
5         Q    Is it your testimony that Merck continued to
6    tell people that in advertising that they thought
7    Naproxen explained the difference between the heart
8    attacks and the Vigor Study between -- is it your
9    testimony, Dr. Pechmann, sworn testimony, that after
10   Merck received that letter from the Food and Drug
```

Page 56

Ex 1 - 5-26-06 depo transcript

11  Administration, it continued in a marketing campaign to
12  advance the Naproxen hypothesis?  Is that your sworn
13  testimony?
14          MR. SKIKOS:  Argumentative.
15          Go ahead.
16          THE WITNESS:  It is my sworn testimony that
17  they violated the mandate of this warning letter.  That
18  they misrepresented the safety profile.
19  BY MR. GOLDMAN:
20      Q   Did the Food and Drug Administration ever send
21  Merck another warning letter after September of 2001
22  saying that they felt Merck violated the rules that they
23  were setting forth in that September, 2001 letter?
24      A   Not that I have seen, but that doesn't mean it
25  didn't happen.
0136
1       Q   It doesn't mean that it did either?
2       A   Of course not.  That is why I looked at all of
3   the research.
4           MR. O'CALLAHAN:  Mr. Goldman, let's put in here
5   for the California plaintiffs, I think there is an
6   unfortunate tendency to interrupt her answers.
7           For purposes of the record, I would just ask
8   that you let her finish her answers before you
9   interject.
10          MR. ROBINSON:  We have been going three hours.
11  Can we break for lunch, please?
12          MR. GOLDMAN:  It is just three hours.  We will
13  stop shortly.
14      Q   Am I right, Dr. Pechmann, that the only
15  knowledge that you have about Vioxx and Merck's
16  integrated marketing communications campaign is based on
17  work that you have done as an expert witness in this
18  case?
19      A   The only expertise I have on Merck's integrated
20  marketing campaign is from the work that I have done in
21  this case.  Yes, that's correct.
22      Q   And your only knowledge about Vioxx and any
23  cardiovascular risk associated with Vioxx came from your
24  review of documents that the plaintiffs' lawyers gave
25  you in this case; correct?
0137
1       A   A few documents I obtained on the web, but
2   largely, yes.
3           (Discussion held off the record.)
4           (Lunch recess.)
5   BY MR. GOLDMAN:
6       Q   Dr. Pechmann, have you ever done any research
7   or published any articles about prescription drugs?
8       A   I did research for this case.
9       Q   Other than your involvement in the Vioxx
10  litigation, have you ever done any research or published
11  any articles about prescription drugs?
12      A   No, I have not.
13      Q   Have you done any research or published any
14  articles on pharmaceutical marketing other than --
15  withdrawn.
16          Other than in your involvement in this case,
17  have you done any research or published any articles on
18  pharmaceutical marketing?
19      A   Not on pharmaceutical marketing per se.  Just
20  on integrated marketing communications.
21      Q   Have you ever prior to this case done any

Page 57