Ex 1 - 5-26-06 depo transcript

```
22   research or published any articles on direct-to-consumer
23   advertising in a pharmaceutical industry?
24        A    No.
25        Q    Have you ever done any research or published
0138
 1   any articles on the effects of pharmaceutical
 2   advertising on patients or doctors?
 3        A    You mean prior to this case?
 4        Q    Yes.
 5        A    I believe that the 50 articles that I have
 6   written about integrated marketing communications relate
 7   to this -- relate to pharmaceutical marketing -- not --
 8   yeah.
 9        Q    Have you ever done any research or published
10   any articles on the effects of pharmaceutical
11   advertising on patients or doctors?
12        A    As I said, I believe the research I have done
13   relates to that topic.
14        Q    Has any --
15        A    All of the research that I have done.
16        Q    Have you published any articles at all
17   specifically mentioning pharmaceutical advertising and
18   their effects on patients or doctors?
19        A    No, I have not.
20        Q    Have you done any survey or interviews of any
21   doctors or patients about their reactions to
22   advertisements about pharmaceutical products?
23        A    No, I have not.
24        Q    Have you ever observed any patients or doctors
25   as they watch advertisements on television?
0139
 1        A    Not in any of my research as to how my research
 2   is done.
 3        Q    Have you ever interviewed anybody that ever
 4   used Vioxx?
 5        A    Yes, I have.
 6        Q    Who?
 7             MR. SKIKOS:  Objection.  Was it as part of your
 8   research or is this something some person who --
 9             THE WITNESS:  Just some person.
10             MR. SKIKOS:  He doesn't want to know.  It's
11   irrelevant.
12   BY MR. GOLDMAN:
13        Q    In formulating your opinions in this case,
14   Dr. Pechmann, have you ever spoken to a single person
15   who had used Vioxx?
16        A    No, I have not.
17        Q    Have you ever spoken with a single doctor who
18   has prescribed Vioxx as part of your analysis here in
19   this litigation?
20        A    I read the depositions only.
21        Q    Of Dr. --
22        A    Micola and McCaffrey.
23        Q    Other than reading the depositions of
24   Drs. Micola and McCaffrey, have you ever spoken to any
25   doctors that ever prescribed Vioxx?
0140
 1        A    I read hundreds of pages on research on
 2   doctors.
 3        Q    Have you ever interviewed or spoken with any
 4   doctors who have prescribed Vioxx to their patients?
 5        A    I have read the interviews but I personally did
 6   not conduct any of the interviews, but I never do in my
```

Ex 1 - 5-26-06 depo transcript

```
 7  research.
 8       Q    You said in your article -- in your --
 9  withdrawn.
10            In your report, you are saying that you are an
11  expert in integrated marketing communications campaigns;
12  right?
13       A    Yes.
14       Q    Can you just briefly describe what that is?
15       A    Sure.  It is an approach to marketing where you
16  have a comprehensive plan that involves several
17  different methods of communications and several
18  different communication disciplines:  Advertising, sales
19  promotion, public relations, packaging; and combines all
20  of these forms of communication to disseminate a
21  consistent, clear message so that it maximizes the
22  impact.
23            And as part of it, you conduct research on
24  different segments to figure out what this clear message
25  is going to be.  And you study the affects on consumers
0141
 1  of this message --
 2       Q    Are you reading your report as you are giving
 3  the answer?
 4       A    No.  No.
 5       Q    All right.
 6       A    And make adjustments to the plan.  So that it
 7  is effective, but always trying to have a consistent
 8  message across all of the different types of
 9  communications.
10       Q    Is it fair to say that integrated marketing
11  communications plan is a term that can describe
12  marketing efforts through a number of avenues that
13  companies can use to market their products?
14       A    That is one aspect.  That you are using
15  multiple avenues, yes, but it is not all of it by any
16  means.
17            (Discussion held off the record.)
18  BY MR. GOLDMAN:
19       Q    Have you ever consulted for any conditions that
20  had used an integrated marketing communications plan?
21       A    Yes, several.
22       Q    Which ones?
23       A    Well, I worked for Ogilvy and Mather, who had
24  the contract from the Office of National Drug Control
25  Policy to run the anti-drug advertising campaign.  I was
0142
 1  hired by an ad agency in Massachusetts, who was
 2  responsible for the anti-smoking campaign.
 3            Let's see.  What was the name of that --
 4  anyway, Houston Efler, Dafett (phonetic), which is now
 5  Arnold.  That is the name of them.  They are a very
 6  well-known ad agency.  And we -- and I, on behalf of the
 7  American Marketing Association, assisted the Census
 8  Bureau and their ad agency with the census advertising
 9  campaign for the 2000 Census.  I believe it was Y & R.
10       Q    Any other companies that you have consulted for
11  with respect to their integrated marketing
12  communications plan?
13       A    Yes.  I worked with the University of Vermont
14  to help with an anti-smoking ad campaign in Vermont.
15       Q    Anything else?
16       A    A long time ago when I worked for the National
17  consulting Group, I helped with several integrated
```

Page 59

Ex 1 - 5-26-06 depo transcript

```
18  marketing campaigns --
19       Q    In what areas?
20       A    -- when I was an MBA student.
21       Q    Since you graduated --
22       A    Well, I had a master's degree in psychology,
23  so --
24       Q    Since you graduated from business school, have
25  you consulted in any capacity for the integrated
0143
 1  marketing communications campaigns for any companies
 2  other that what you just described?
 3       A    Oh, other than what I just described, yes, I
 4  worked on the campaign for Commerce Bank and American
 5  Savings Bank, as I supervised teams of students who
 6  worked on those projects.
 7       Q    Did that involve integrated marketing
 8  communications?
 9       A    I believe they both did, yes.  And I
10  continually supervise students on projects where they
11  work on integrated marketing communications campaigns.
12            We have projects that students engage in as
13  teams, and I find on a routine basis, I supervise those
14  teams on integrated marketing campaigns.  And I stopped
15  listing them because it would have gotten, too, big on
16  my resume.
17       Q    Any other integrated marketing communications
18  campaigns that you have described that you have been
19  involved with?
20            MR. SKIKOS:  You said companies.  You are not
21  talking about any universities?
22            MR. GOLDMAN:  No, companies.
23            MR. SKIKOS:  Companies.
24            THE WITNESS:  I am helping out the business
25  school.
0144
 1  BY MR. GOLDMAN:
 2       Q    That is a university?
 3       A    Yes.
 4       Q    I am interested in companies.
 5       A    Companies, okay.
 6       Q    How many for profit companies have you worked
 7  for or consulted with on their integrated marketing
 8  communications --
 9       A    Yes, I worked with Ogilvy directly on the
10  anti-drug campaign.  So yes.
11       Q    Other than that?
12       A    I helped them with the campaign for the Tobacco
13  Free Kids, but it is minimal.
14            Yes, it is the major ones that I helped with
15  that I can recall.
16       Q    Have you ever consulted with any pharmaceutical
17  company with its integrated marketing communication --
18       A    Not that I recall.
19       Q    Did you ever work with any ad agency who had
20  developed an integrated marketing communications
21  campaign for a pharmaceutical company?
22       A    No, I have not.
23       Q    Am I right that your work with respect to the
24  anti-drug media campaign that you have been describing
25  involved consulting with an ad agency once a week?
0145
 1       A    Approximately once a week, yes, for about four
 2  years -- over four years.
```

Page 60

```
                          Ex 1 - 5-26-06 depo transcript
 3      Q     And this was a campaign that was supposed to
 4  help the government combat illegal use of drugs?
 5      A     Yes.
 6      Q     So that integrated marketing communications
 7  campaign was for a government, not a company; correct?
 8      A     I was hired by Ogilvy and Mather, yes, but --
 9      Q     But the campaign that was being implemented was
10  being implemented for the benefit of a government agency
11  not a corporation; correct?
12      A     Well, the government paid the bills, yes.  I
13  was working for Ogilvy and Mather as if I was an
14  employee of Ogilvy and Mather.
15            I never worked with a government official.  I
16  was working with all of the vendors -- all of the for
17  profit companies that worked with Ogilvy and Mather and
18  they treated it like any other campaign.
19      Q     Were you ever employed by Ogilvy and Mather?
20      A     Yes, that is who I was employed by.
21      Q     Page 2 of your report, Dr. Pechmann, you say in
22  the middle of the second paragraph, "I worked
23            As a consultant to the Anti-Drug
24            campaign during approximately the
25            same time frame as the Vioxx
0146
 1            campaign."
 2      Q     You didn't work on the Vioxx campaign; correct?
 3      A     No, I did not.
 4      Q     You are not trying to suggest that your
 5  involvement in the anti-drug campaign had anything to do
 6  with the Vioxx campaign; right?
 7            You are just pointing out that those occurred
 8  at the same time?
 9      A     Well, I am saying that there were tremendous
10  parallels between the two campaigns.  And in terms of
11  the vendors that we used, the amount of money that we
12  used on the campaign were very similar.  So I think
13  there were parallels.
14      Q     What other parallels were there?
15      A     Significant parallels?  Well, the whole
16  approach to integrated marketing communication was the
17  same.
18      Q     To deliver a consistent message?
19      A     Not just to deliver a consistent message, but
20  to engage in extensive upfront research and tracking
21  research, to make sure that that message was being
22  conveyed; and in our case -- and in their case, too, to
23  make sure that no other messages were being conveyed
24  that you didn't want to convey.
25      Q     Did you at the time you were working on this
0147
 1  anti-drug campaign do any work whatsoever on the Vioxx
 2  campaign?
 3      A     I did not.
 4      Q     You also point out that "Ogilvy
 5            Public Relations which was
 6            responsible for Vioxx's public
 7            relations campaign is a sister
 8            company to the company I worked for"?
 9      A     That is correct, yes.
10      Q     But the fact that a sister company was
11  responsible for Vioxx's public relations campaign does
12  not mean that you had any role with Vioxx's campaign;
13  correct?
```

                              Page 61

Ex 1 - 5-26-06 depo transcript

```
14      A    Well, we use the same vendor, possibly
15  because -- you know, because Ogilvy tends to use
16  Millward Brown.  Whether this is Ogilvy Public Relations
17  or Ogilvy and Mather, but basically, we used Millward
18  Brown as a major research vehicle.
19      Q    Is Ogilvy a reputable advertising firm?
20      A    I'm sorry.  I didn't finish my other question.
21           Also, we had a public relations firm -- we did
22  not use Ogilvy Public Relations, but I routinely saw
23  information from our public relations firm.
24           So, you know, so many, many ways, it was very
25  similar.  We had the same structure of -- in the
0148
1   campaign.  The same types of entities were involved,
2   both research wise and just servicewise as they did.  It
3   was moneywise very comparable.
4       Q    Did you, when you were at Ogilvy and Mather, do
5   any work on Vioxx's public relations campaign?
6       A    I did not.
7       Q    You agree that Ogilvy and Mather, which
8   consulted with Merck on Vioxx, is a reputable agency?
9       A    Yes, they are.
10      Q    You would not have worked there if they were
11  not?
12      A    Correct.
13      Q    Ogilvy and Mather does their best to make sure
14  that advertisements that they sponsor are accurate;
15  true?
16      A    I worked with Ogilvy and Mather.  They did not
17  use Ogilvy and Mather, but that is correct.
18      Q    They used -- they used Ogilvy Public Relations;
19  right?
20      A    Right.  The public relations arm does not have
21  advertising.  They are doing press releases and that
22  sort of thing.
23      Q    Having worked with Ogilvy, they do their best
24  to convey accurate information in the materials they
25  sponsor?
0149
1       A    Yes.  I was not surprised when Ogilvy
2   Publications asked Merck, where the evidence for the
3   Naproxen theory -- where is the evidence?  We want to
4   know what the evidence is.  Can we help you obtain the
5   evidence you need to substantiate these claims?
6            That is what Ogilvy would do.  They did not
7   collect the evidence themselves, but they are concerned
8   and they asked if someone should collect the data, which
9   indicates they themselves thought the data was tenuous.
10      Q    You don't comment at all about that in your
11  report; right?
12      A    You know, I had so much to put in the report, I
13  didn't put that in.  That document is in those boxes.
14      Q    You don't intend to offer any opinions about
15  the interactions between Ogilvy and Merck about the
16  Naproxen hypothesis; do you, ma'am?
17           MR. ROBINSON:  Objection.  She has already been
18  talking on half the depo on that.
19           THE WITNESS:  We may decide to use that because
20  it is part of the overall opinion I am giving that they
21  mislead the public.
22  BY MR. GOLDMAN:
23      Q    Nowhere in your report do you mention anything
24  about Ogilvy's discussions with Merck about the Naproxen
```

Page 62

Ex 1 - 5-26-06 depo transcript

```
25  hypothesis; correct?
0150
 1       A    That is correct.
 2       Q    And in your report, you included everything you
 3  felt was important to your opinion; true?
 4       A    To my opinion, yes, and my overall --
 5       MR. ROBINSON:  You have enough time.  You have
 6  two months.  You heard that new opinion.
 7       MR. GOLDMAN:  What are you doing?
 8       MR. ROBINSON:  You have a right now to
 9  cross-examine her on this because I may want to ask her
10  about that.  Since you asked her about it in depo, I am
11  going to ask her about it at trial.  I am going to put
12  you on notice.  I am going to ask her the same line of
13  questioning at trial.
14  BY MR. GOLDMAN:
15       Q    You know, I am sticking with what is in your
16  report, ma'am.
17       A    I did not leave it out of my report assuming
18  that I didn't want to testify to it.  I said I only had
19  a certain number of pages, and it was consistent with my
20  opinion.  I was told to put my opinion in, not every
21  single fact.
22            There are numerous documents that substantiate
23  these opinions.  I did the best I could to put the main
24  ones in the report, but I mostly was certain that these
25  were my opinions and that is what I felt I needed to put
0151
 1  is my opinions.
 2       Q    Dr. Pechmann, is your knowledge about any
 3  communications between Ogilvy and Merck about the
 4  Naproxen hypothesis based on your review of Merck's
 5  internal documents?
 6       A    It was in the documents that we -- we were
 7  given by one of the entities who was subpoenaed.  I
 8  mean --
 9       Q    Did you understand my question?
10       A    I guess not.
11       Q    Is your understanding about the interactions
12  between Ogilvy and Mather and Merck about Vioxx limited
13  to what you have seen in the documents that the
14  plaintiffs' lawyers have given to you?
15       A    Yes.
16       Q    Okay.  You've never spoken with anyone from
17  Merck about their discussions with Ogilvy about the
18  Naproxen hypothesis; have you, ma'am?
19       A    No, I have not.
20       Q    Nor have you spoken with anybody from Ogilvy;
21  correct?
22       A    That's correct.  It just sounded -- it was a
23  very Ogilvy-like memo from having worked with them.
24       MR. GOLDMAN:  Move to strike the last part of
25  the answer as nonresponsive.
0152
 1       Q    You claim to be an expert in misleading
 2  advertising; right?
 3       A    Yes.  I published articles in that area.
 4       Q    Incidentally, have you ever published articles
 5  that specifically address integrated marketing
 6  communications campaigns?
 7       A    I've published articles and in every one of my
 8  articles, it addresses an aspect of the integrated
 9  marketing communications campaign.
```

Page 63

Ex 1 - 5-26-06 depo transcript
```
10           You can't, in academia, publish a descriptive
11  article of an integrated marketing communications
12  campaign because that is not considered novel enough to
13  be publishable.
14           So, in other words, someone who did -- if you
15  are involved in a campaign where people are using
16  generally accepted practices to deliver an outstanding
17  integrated marketing campaign, I would love to write an
18  article like that, but it is not publishable because in
19  the type of journals that the --
20       Q   Ma'am, I didn't ask you whether it is
21  publishable.
22       A   No, I have not.
23       Q   My question is did you -- withdrawn.
24           Have you ever published a single article that
25  talks about integrated marketing communications
0153
1   campaigns?
2        A   Yes, all of mine.
3        Q   All of them talk about a segment of it;
4   correct?  Right?
5            You just told me that the articles address
6   different segments of integrated marketing
7   communications campaigns?
8        A   Yes.  Therefore, they address integrated
9   marketing communications.
10       Q   Have you ever written a single article that
11  addressed a single integrated marketing communications
12  campaign along the lines of what you are trying to do in
13  this case?
14           MR. SKIKOS:  Objection.
15           THE WITNESS:  Well, that is what I was trying
16  to answer.
17  BY MR. GOLDMAN:
18       Q   Yes or no?
19           MR. ROBINSON:  Steve, let her go.
20           THE WITNESS:  I have not published that type of
21  article because -- because it is not possible to publish
22  it and get credit for it at UCI Irvine.  And I can't
23  afford to work on things that I don't get credit for.
24  BY MR. GOLDMAN:
25       Q   Well, you feel that your work here in this case
0154
1   is important to talk about Merck's integrated marketing
2   communications campaign; right?  Right?
3        A   What do you mean you think it is important?
4        Q   You feel it is important to participate in this
5   case and evaluate Merck's integrated marketing
6   communications campaign; is that right?
7        A   Yes.
8        Q   And have you written a report in this case
9   where you attempted to describe your view of Merck's
10  integrated marketing communications campaign?
11       A   Yes.
12       Q   You've never attempted to write an article and
13  try to have it published talking about anybody -- any
14  company, any government agency, anybody who has used an
15  integrated marketing communications campaign?
16       A   Yes.  I have published articles about companies
17  that have integrated marketing communications campaigns
18  and describing major parts of those campaigns in
19  articles, yes.
20       Q   Which ones?
```
Page 64

```
                        Ex 1 - 5-26-06 depo transcript
21      A     Well, I brought one with me.  Where did I put
22  it?  I believe we made a copy for you.  It is the --
23  this one.  We made a copy for you.
24      Q     So the one article that you have cited that
25  talks about integrated marketing communications
0155
 1  campaigns is one just titled the National Youth
 2  Anti-drug Media Campaign Copy Test Program; right?
 3      A     I don't agree that that is the only one that I
 4  wrote on integrated marketing communications.  I have
 5  written several articles about integrated marketing
 6  communications campaigns.
 7      Q     Have you published any articles of an
 8  integrated marketing communications campaign used by a
 9  company?
10      A     And Ogilvy is a company.
11      Q     I am not talking about ad agencies.
12      A     That is a company.
13          (Discussion held off the record.)
14          MR. GOLDMAN:  I am marking as Exhibit 7 the
15  article that you showed me, the National Youth Anti-drug
16  Media Copy Test System.
17          (Defendant's Exhibit 7 was marked
18          for identification by the court
19          reporter.)
20  BY MR. GOLDMAN:
21      Q     Other than the work that you did for Ogilvy
22  concerning the anti-drug campaign, have you ever
23  published an article talking about a complete integrated
24  marketing communications campaign for any company?
25      A     As I said, I did not because I cannot.
0156
 1      Q     Okay.  Let's talk about your expertise in
 2  misleading advertising.  What does it mean to be an
 3  expert in misleading advertising?
 4      A     I have to go back to your question because
 5  although I didn't publish it, I co-wrote a case on
 6  integrated marketing communications for a cell phone
 7  company that I used in class for a number of years.
 8          And we were thinking of publishing that, but
 9  then the case got out of date because cell phones get
10  out of date real fast.
11      Q     You were thinking about publishing, but you did
12  not publish it?
13          MR. ROBINSON:  This is our version.
14  BY MR. GOLDMAN:
15      Q     Can you answer my question?  I am getting tired
16  of the long-winded explanations.  Just like he gets
17  tired of our witnesses.
18          MR. ROBINSON:  It's a good witness.
19  BY MR. GOLDMAN:
20      Q     Dr. Pechmann, other than your work for Ogilvy,
21  you have never published a single article about a
22  complete integrated marketing campaign for any company;
23  true?
24      A     Not that I can think of.
25      Q     Now, let's talk about your expertise that you
0157
 1  say that you have in misleading advertising.  Okay?
 2          What does it mean to be an expert in misleading
 3  advertising?
 4      A     It means that I understand the criteria for
 5  distinguishing between regular advertising and
```

Page 65

Ex 1 - 5-26-06 depo transcript

6  misleading advertising.  And I know how to conduct
7  research to find out if an ad is misleading.
8     Q   What research have you conducted to determine
9  whether any of Merck's advertisements are misleading
10  about Vioxx?
11     A   I didn't have to conduct any of my own research
12  because they conducted their own research -- extensive
13  research.
14     Q   What research did you do to determine that
15  Merck's advertisements for Vioxx were misleading?
16     A   Let me explain it this way.  I conducted -- I
17  view what I did as research because I looked at their
18  research.
19     Q   You looked at documents that were created by
20  other companies that performed certain surveys and that
21  kind of thing?
22     A   Exactly.  And I did my research on their
23  research, but I didn't collect any data myself.
24     Q   You never analyzed the underlying data that
25  these other companies did when they conducted their
0158
1  surveys for Merck on Vioxx?
2     A   I did double-check one survey.  I recalculated
3  the numbers -- well, I didn't actually have their
4  summary.  So I only had the data and then it coincided
5  with what they concluded when I got that data.  So in
6  one case, yes, I did.
7     Q   Have you ever published any articles that
8  addressed misleading advertising other than in the
9  tobacco industry?
10     A   Yes.
11     Q   Have you ever --
12     A   You don't want it?
13     Q   No, that's okay.  I don't need to see it.
14        When you say that you are an expert in
15  misleading advertising, whose definition of misleading
16  are you using?
17     A   I have one in my report.  And it is the common
18  definition of misleading advertising that is used in
19  marketing.  It is a term of art in marketing.
20     Q   You said that your definition of misleading is
21  consistent with the FDA's definition of misleading; is
22  that what you said in your report?
23     A   Yes.
24     Q   What is the definition of the FDA's of
25  misleading?
0159
1     A   Well, they have several documents that discuss
2  what is misleading.  So they don't have a single one
3  sentence definition.
4     Q   How would you describe the FDA's definition of
5  misleading, ma'am, when it comes to advertising for
6  prescription drugs?
7     A   By choice of words or omission, you could not
8  have a meaning that's contrary to the facts or contrary
9  to truth.
10     Q   And that is what -- that is how you think FDA
11  defines misleading?
12     A   Yes, roughly.
13     Q   You are not an FDA expert; true?
14     A   I am an expert in the FDA rules governing
15  advertising.
16     Q   Ma'am, before you signed up to be a plaintiffs'

Page 66

                          Ex 1 - 5-26-06 depo transcript
17    expert in this case, you never analyzed a single FDA
18    regulation on pharmaceutical advertising?
19              You told me that earlier.
20         A    I analyzed the regulation for tobacco.
21         Q    Dr. Pechmann, that is not my question.
22              Dr. Pechmann, my question was prior to you
23    signing up to be an expert witness in this litigation,
24    you never reviewed a single regulation by the FDA
25    concerning advertising pharmaceutical products; true?
0160
1          A    Of course, I did.  You mean was I not familiar
2     with these regulations?
3          Q    Yes.
4          A    I have seen them before.
5          Q    When have you seen them?  In what context?
6          A    I review articles about the FDA in journals.  I
7     am on the review board of the General Public Policy in
8     Marketing.  There are articles submitted all of the time
9     by FDA and FDC and I get those articles.
10         Q    What section of the CFR code addresses the
11    advertising for pharmaceutical products?
12              MR. ROBINSON:  Can she look at her --
13              THE WITNESS:  I need to look.  I don't have
14    that memorized.
15    BY MR. GOLDMAN:
16         Q    You don't know off the top of your head and you
17    say that you are an expert in FDA advertising?
18         A    21 CFR, 2.2 F1.
19         Q    When was the first time you read that?
20         A    I don't remember but years ago.
21         Q    Dr. Pechmann, have you ever written a single
22    article about the FDA regulations that apply to
23    pharmaceutical advertising?
24         A    No.
25         Q    Have you ever given a single speech, a single
0161
1     lecture about the FDA regulations on pharmaceutical
2     advertising?
3          A    I may have discussed it in class.  I discussed
4     FTC and I may have discussed the FDA, too.
5          Q    Have you ever presented anywhere to any
6     audience, other than maybe in your classroom, your
7     interpretation of the FDA regulations on pharmaceutical
8     advertising?
9          A    No.
10         Q    Have you ever written anything about your
11    understanding of what is misleading under the FDA
12    regulations?
13         A    My report.
14         Q    Other than the report that you generated as a
15    plaintiffs' expert in the Vioxx litigation, have you
16    ever written anything about your interpretation of the
17    FDA regulations when it comes to pharmaceutical
18    advertising?
19         A    No, just for tobacco.
20         Q    Do you think that you are in a better position,
21    Dr. Pechmann, to look at a Vioxx advertisement and
22    determine whether it is misleading compared to a juror?
23         A    Yes.
24         Q    Why?
25         A    Because I have extensive research that shows
0162
1     what -- what they found when they did research on
                          Page 67

Ex 1 - 5-26-06 depo transcript
2   various types of promotional materials and what the
3   research shows from tracking; so what happened when the
4   ads were out in the real world.
5        And that is the kind of thing that a juror
6   could not understand and the reason I can understand it
7   is because of my extensive expertise.
8        Q   You claim to be an expert in misleading
9   advertising of any kind?
10       A   Yeah.  Well, there is a general definition of
11  what is misleading.  We don't distinguish between
12  industry.
13       Q   Are you an expert in misleading advertising in
14  every industry for every product?
15       A   Yes.  That is how we are in academia.  We are
16  not industry specific.
17       Q   You said you are -- have expertise in reading
18  medical journals; is that right?
19       A   Yes.
20       Q   What is your expertise in that area?
21       A   I review for the journal of American Medical
22  Association and other related journals.  Those are --
23       Q   You are a peer reviewer?
24       A   Yes.
25       Q   For what publications?
0163
1        A   Well, one that I can think of is the journal of
2   the American Medical Association, American Journal of
3   Public Health.  I am wondering if any of the others are
4   medical -- I reviewed for the National Cancer Institute,
5   for preventative medicine, tobacco control -- just
6   several articles that publish medical articles.
7        Q   Have you ever consulted or been retained as an
8   expert in medical journals and how to interpret them?
9        A   How to interpret articles in --
10       Q   Yes.
11       A   I mean, I review articles for medical journals.
12  So in that review, you evaluate the validity of the
13  research and the conclusions.
14       Q   Okay.
15       A   And I also review research.  I was elected to
16  the committee on research.  At UC Irvine, we are
17  continually reviewing medical research to determine what
18  would get funding.  And I also review medical protocols
19  for the institution's review board where I was an
20  advisory chair.
21       Q   You are not going to come into court and
22  attempt to interpret the medical journal articles
23  written by Vioxx; are you, ma'am?
24       A   Well, I have the Vigor in my -- in the New
25  England Journal materials in my Appendix.  So if it came
0164
1   up, I would speak about them.
2        Q   When was the first time you read the Vigor
3   article?
4        A   December of '05 or January of '06.
5        Q   And you have read the editorial of concerns
6   written by the New England Journal of Medicine about
7   that article?
8        A   Yes, that's right.  There is a series of them.
9   I think there were two.
10       Q   Did you read the author's responses to that?
11       A   Absolutely.
12       Q   Do you know who Dr. Kurfm is?

Page 68

Ex 1 - 5-26-06 depo transcript

```
13     A    Yes.
14     Q    Have you read his deposition?
15     A    I looked it over.
16     Q    Did you read Dr. Kurfm's entire deposition?
17     A    I skimmed through it and read relevant parts.
18     Q    Dr. Kurfm and our cross-examination of him
19  would be a better way to describe the Vigor article
20  then for you to describe it at trial; do you agree with
21  that?
22          MR. ROBINSON:  I object to tone.
23          MR. GOLDMAN:  Let me ask it a different way.
24          THE WITNESS:  I have an opinion about --
25
0165
1   BY MR. GOLDMAN:
2      Q    I'm sure you have an opinion about that.  You
3   are not the best person to interpret the Vigor Study for
4   the jury?
5      A    I disagree because I am a marketing person and
6   we are talking about integrated marketing communications
7   campaign --
8      Q    Ma'am --
9      A    -- and I worked on the integrated marketing
10  communication campaigns where we had to compare the
11  science to actually what we were doing.  And that is
12  what I am trying to do here.
13     Q    Ma'am --
14     A    So from a marketing perspective, I am much
15  better than he is to state what that article said to a
16  marketer.
17     Q    What dose of Naproxen was used in the Vigor
18  study?
19     A    50 milligrams.
20     Q    What dose of Vioxx was used in the --
21     A    Oh, I'm sorry.  Vioxx was 50 milligrams and --
22     Q    What does was Naproxen?
23     A    -- Naproxen was, I think, 200-something.
24     Q    What was the difference in serious
25  gastrointestinal problems in the Vioxx arm versus the
0166
1   Naproxen arm?
2      A    Gastrointestinal, I know there was a
3   significant difference in the favored Vioxx.
4      Q    How much of a difference?
5      A    I can't remember -- significant.
6      Q    How many cardiovascular events were seen in the
7   Vigor trial for Vioxx and Naproxen?
8      A    What I remember is that the incidents of heart
9   attacks was .5 for Vioxx and .1 for Naproxen, which
10  means, you know, out of 1,000, so five versus one.
11     Q    How many patients were involved in the Vigor
12  Study?
13     A    Over 8,000.
14     Q    You mentioned that Merck sold, you say, $9 1/2
15  billion of Vioxx between March of 2000 and
16  September 2004; is that right?
17     A    I believe that is a little bit of an under
18  estimate, but it is close.
19     Q    Do you consider yourself an expert of knowing
20  how much Merck sold of Vioxx?
21     A    Yes.  I reviewed the documents.
22     Q    Other than reviewing the documents that have
23  the number 9.5 billion on it, you agree that you don't
```

Ex 1 - 5-26-06 depo transcript

```
24    have any independent knowledge of what Merck made when
25    it sold Vioxx; true?
0167
 1       A    What do you mean; dollar sales or profits?
 2       Q    Either.
 3       A    Yes, I do.  I have several documents that
 4    provide information.  Some which were from Merck and
 5    some were independent.  And some were in publications
 6    that are in my folders.
 7       Q    Have you ever reviewed any of Merck's financial
 8    statements?
 9       A    Yes, I have.  The ones that are in the
10    documents.
11       Q    Do you consider yourself an expert in
12    interpreting financial statements?
13       A    Those related to marketing, yes.
14       Q    What about those related to the sales of drugs?
15       A    Yes.
16       Q    Do you think you are in a better position,
17    ma'am, than a juror to understand that Merck made a lot
18    of money selling Vioxx?
19            MR. ROBINSON:  Objection.
20    BY MR. GOLDMAN:
21       Q    You think the jurors might get that in the case
22    without your help?
23            MR. ROBINSON:  Objection.  Compound.
24            MR. O'CALLAHAN:  Join.
25            THE WITNESS:  I think it would have to have an
0168
 1    marketing expert in the study.  I find that with MBA
 2    students, they don't really understand those numbers.
 3    BY MR. GOLDMAN:
 4       Q    Do you think that if a witness for Merck were
 5    asked a question of how much money Merck made on Vioxx,
 6    that the jurors would understand that testimony; how
 7    much money Merck made on Vioxx?
 8       A    No.
 9       Q    You think you need to be there to tell the jury
10    the exact amount?
11       A    I thought you said understand how much you
12    made?
13       Q    Yeah.
14       A    Understand is different from hearing a word.
15    Hearing a word is just knowing the number, but
16    understanding means you have a context to understand
17    what does that mean.  And I don't believe the -- juries
18    don't understand.  I'm pretty sure they don't.  MBA's
19    don't understand that.
20       Q    MBA's don't understand what it means when a
21    company sells $9 1/2 billion of a drug?
22       A    No, they don't understand what that number
23    means.  You have to have a context.
24       Q    You said that -- you asked the question, how
25    did Merck sell so much given Vioxx's significant CV
0169
 1    potential; right?  Do you remember being asked that?
 2       A    Yes, I do.  Something like that.
 3       Q    You don't know how significant the
 4    cardiovascular risk was of Vioxx; do you, ma'am?
 5       A    I know that it was -- that there was a
 6    significant potential.  It was a statistically
 7    significant effect.  It was a significant potential.
 8       Q    Were there clinical trials that showed there
```

Page 70

Ex 1 - 5-26-06 depo transcript

9   was no difference in cardiovascular events between Vioxx
10  and placebo?
11      A    On what?
12      Q    Vioxx.
13      A    You mean what outcome?
14      Q    Any outcome.  Are you aware of clinical trials,
15  ma'am, when you say that there was a significant
16  cardiovascular risk that showed that the difference
17  between Vioxx and placebo in terms of cardiovascular
18  risk was at zero?
19      A    I am aware of studies that they put in their CV
20  card that the FDA told them that they could not put on
21  the label that were against --
22      Q    Is that an answer to my question?  Is that in
23  any way an answer to my question?
24      A    Tell me your question again.
25           MR. O'CALLAHAN:  That is argumentative.
0170
1   BY MR. GOLDMAN:
2       Q    Look, Dr. Pechmann, my question was very
3   simple:  Did you review studies, not CV cards -- did you
4   review any studies showing the difference between Vioxx
5   and placebo in terms of cardiovascular risks was at
6   zero?
7       A    I reviewed descriptions of the studies.
8       Q    But not the studies themselves?
9       A    No, I don't believe -- I may have, but I don't
10  recall doing that.
11      Q    You said that Merck devised and implemented an
12  unprecedented integrated management communications
13  campaign for Vioxx?
14      A    No.  It is a marketing communications campaign.
15           (Discussion held off the record.)
16  BY MR. GOLDMAN:
17      Q    Dr. Pechmann, you said that Merck devised and
18  implemented an unprecedented integrated marketing
19  campaign for Vioxx; correct?  Right?
20      A    Yes.
21      Q    When you say "unprecedented,"what are you
22  talking about?
23      A    What I am talking about is that it was the
24  number one prescription drug advertised in the United
25  States.  I believe it was 2000, and it was unprecedented
0171
1   in its scope and its sophistication.
2       Q    Have you ever analyzed any integrated
3   management -- marketing communications plan for Pfizer?
4       A    I have read articles on multiple different --
5   on different pharmaceutical campaigns.  I don't have the
6   details about any other campaign like I do about this
7   one.
8       Q    Have you ever analyzed the integrated marketing
9   communications campaign for Pfizer and its sale of
10  Celebrex?
11      A    Well, many of those documents were in here.
12  They describe Celebrex -- I mean, aspects of the
13  Celebrex campaign in here.  For example, they tested the
14  Celebrex ads.
15      Q    Do you consider your review of the documents in
16  this case to put you in the position to say, yes, I have
17  reviewed and analyzed Pfizer's integrated marketing
18  communications campaign for Celebrex?
19      A    Not the entire campaign, no.

Page 71

Ex 1 - 5-26-06 depo transcript

```
20        Q    You have never analyzed an integrated
21  communications marketing campaign -- withdrawn.
22        You've never analyzed an integrated marketing
23  communications campaign for any pharmaceutical company?
24        MR. ROBINSON:  Objection.  Asked and answered.
25
0172
1   BY MR. GOLDMAN:
2         Q    Other than your involvement in this case?
3         A    Yes, I have read pharmaceutical campaigns.
4         MR. ROBINSON:  We are retreading.
5   BY MR. GOLDMAN:
6         Q    Which ones?
7         A    I read hundreds of articles a month -- a year,
8   so --
9         Q    What integrated marketing communications
10  campaigns have you read about pharmaceutical companies?
11        MR. O'CALLAHAN:  I am going to object.  You cut
12  off her answer.  I just think that it's -- it's a lack
13  of courtesy, which I don't think it is characteristic of
14  you?
15        MR. GOLDMAN:  Thank you.  I appreciate that.  I
16  am not trying to be discourteous.  I am trying to move
17  forward.
18        Q    New question:  Did you ever --
19        A    Let me just say some of the articles are there
20  about other campaigns.
21        Q    Other than your work in this case,
22  Dr. Pechmann, am I right that you've never analyzed an
23  integrated marketing communications campaign for any
24  drug company?
25        A    What do you mean by "analyze"?  Some of those
0173
1   articles in my folder I read before I was involved in
2   the case and those described -- I have not done any
3   research on any other integrated marketing communication
4   campaign that involved pharmaceuticals.
5         Q    You have never done any research or published
6   any articles on integrated marketing campaigns for any
7   drug company; right?
8         A    Yes, I agree with that statement.
9         Q    You said Merck's integrated marketing
10  communications campaign for Vioxx was perfect except on
11  the most important dimension of all; campaign was
12  misleading.
13        Do you remember making that statement?
14        A    Yes, I do.
15        Q    Who was the campaign misleading to?
16        A    Physicians, consumers, and the general public.
17        Q    What objective criteria do you use to decide
18  that Merck's marketing campaign was misleading?
19        A    I used the data from the studies.
20        Q    What studies?
21        A    Well, for example, there is a physician
22  tracking study, very extensive, and it shows what the
23  sales representatives -- well, what the physicians
24  recalled that the sales representatives said to them
25  about Vioxx.
0174
1         Q    Okay.
2         A    And they said that the sales representatives
3   affirmatively asserted that --
4         Q    What page are you on?  If you can point me to
```

Page 72

Ex 1 - 5-26-06 depo transcript

5    the page, you don't need to read the whole thing.
6         A    Exhibit 56, Page 17.
7         Q    Okay.  Now, here you were relying on a document
8    that purports to report what doctors sometimes after
9    they meet with sales representatives remember sales
10   representatives telling them about Vioxx?
11        A    Yes, and that is the standard -- generally
12   accepted research method in this industry and in any
13   evaluation of an integrated marketing communications
14   campaign.
15        Q    So you were relying on a study report of what
16   166 doctors seem to remember about their interactions
17   with certain sales representatives and you are
18   concluding that Merck --
19        A    No.  No.  I'm sorry.  First of all, it was 300
20   a month for years.  It was not 166.  You are talking
21   about a different document.  That is Exhibit 55.
22        Q    Um-hmm.
23        A    That is where I independently counted up the
24   comments to see whether in that sample it coincided with
25   the numbers that they said and it did.  That is where I
0175
1    validated their numbers.
2         Q    You think that you are in a better position
3    than a juror, ma'am, to look at a comment by a doctor
4    and see whether or not what he remembers a sales
5    representative telling him is misleading?
6         A    What I am saying is that the jury --
7         Q    Can you answer my question yes or no?
8         A    Yes.  I do believe I am better qualified than
9    the jury, yes.
10        Q    Do you believe that the jury is not capable of
11   determining whether Vioxx's marketing efforts was
12   misleading if you are not there to help them?
13        A    I think that I could add a huge amount to their
14   knowledge.  That -- I think that they will not be able
15   to understand the vast majority of the documents in this
16   case that are relevant to that issue unless they have an
17   expert like me to explain it to them.
18        Q    You don't think that the jury can understand a
19   report about what doctors remembered a representatives
20   telling them?
21        A    No, I think that jurors would need to be --
22   need to be explained -- needs someone to explain to them
23   what the research method is, what the validity of that
24   method is, what the different data points indicate; what
25   the statistical, statistical analyses were done.
0176
1         I don't think a jury -- and it is not just this
2    one study.  There is six different types of studies.
3    And I do not think that a jury could handle this on
4    their own.
5         Many of the documents, you can't even
6    understand them.  If you were to put the document up,
7    they would have no idea how to read it.  So you need an
8    expert to explain what the X axis is, what the Y axis
9    is, what are the acronyms; what are the statistical
10   tests; is it valid -- you know, is this a valid
11   technique?  How do we know it's valid?  I mean for every
12   study.
13        I just think they would have a difficult time
14   and they would not understand the majority of the
15   evidence.

Page 73



Jun 26 2006
7:11PM

# Plaintiffs' Response re PECHMANN

# Exhibit 1C of 4

Ex 1 - 5-26-06 depo transcript

```
16       Q     Let's look at an example -- well, actually, we
17  will get there in a minute.
18            You claim that Merck's marketing campaign was
19  expressly designed to neutralize the concerns of Vioxx's
20  cardiovascular potential; is that your testimony?
21       A     Yes, I found that in the documents in several
22  places.
23       Q     And that is your personal interpretation of the
24  documents; right?
25       A     No, it is verbatim from the documents.
0177
1        Q     So the jury can understand that; right?
2        A     That statement, yes.
3        Q     There are actually lots of examples in your
4   report where all you are doing is quoting from documents
5   and then going to your next example of what you think is
6   misleading; right?
7        A     Because -- yes, because what I was trying to do
8   was describe the campaign before getting into all of the
9   research.
10       Q     Can you --
11       A     But, really, what I spent most of my time is on
12  the research.  Much of my time was on the research.
13       Q     Would you do me a favor and point me to
14  paragraphs in your report where you are talking about
15  the six studies and the research that you think that you
16  need to explain to the jury?
17       A     Okay.  Well, first of all, the materials that
18  you would need to know is on Page 6 and 7 and top of 8.
19  You can't understand many of the documents unless you
20  know the definitions for those terms.
21       Q     I don't think 90 percent of those terms are
22  even in those documents, but --
23       A     But that is where I got every single term.  I
24  didn't pick a term right out of my head.  They were all
25  from a document.
0178
1        Q     Okay.  Let me ask you:  On the actual studies
2   themselves, Dr. Pechmann, tell me where in your report
3   and just mention the paragraphs, do you offer opinions
4   about the six studies that you want to tell the jury
5   about?
6        A     It is really throughout the report.  So I will
7   go page by page and find --
8        Q     Okay.
9        A     -- and find them.
10            Okay.  There is material on Page 32 and 33.
11       Q     Let me get there.
12            Okay.  You are referring here to an Awareness
13  and Action Study?
14       A     Yes, or the Chronic Pain Study.  That is what
15  they more commonly called it.
16       Q     That is one study?
17       A     Yeah.
18       Q     Okay.
19       A     It was conducted monthly from May 2000 through
20  December, 2003.
21       Q     So that is paragraph 27(b) of your report?
22       A     Yes.
23       Q     Where is the next time you talk about the
24  second study?
25       A     Okay.  47, the Attribute Tracker Study.
0179
```

Ex 1 - 5-26-06 depo transcript

1    Q    That's Paragraph 35(a)?
2    A    Yes, and (b).  And then there is some
3    additional research on Page 50.
4    Q    Where is that?
5    A    It is at the top of the page.  It is part of
6    (c) from Page 49.
7    Q    I want you to identify the study.
8    A    Additional 10 to 15 prescriptions, so it is
9    Exhibit 41.  Do you see it on the top of Page 50?
10   Q    Yes.  So Exhibit 41, that is cited in
11   subparagraph (d) that is on Page 50.
12   Okay.  What is the next study that you want to
13   talk about?
14   A    Page 51, 52, 53.
15   Q    What study is that?
16   A    Well, you know, let me explain.  I am
17   describing several studies sometimes.  I don't say -- I
18   was -- I addressed several studies that all reached the
19   same conclusion.
20   Q    Yes.
21   A    And so on Page 50 and 51, that is the -- I
22   believe that is the Attribute Tracking Study.
23   Q    Okay.  That is the one that we already covered?
24   A    Yeah, more data from it.  Let me make sure.
25   And on Page 53, that is a different research

0180
1    project.
2    Q    Which one?
3    A    The middle of the paragraph, so that is
4    Exhibit 54.
5    Q    Okay.  Paragraph H on 53.
6    What is the next study that you wanted to talk
7    about?
8    A    Okay.  That is the Message Tracking Study.  The
9    sales rep message tracking study that looked at what the
10   physicians recalled from the sales reps and how it
11   affected their prescribing behavior.
12   MR. ROBINSON:  Are you on Page 53?
13   THE WITNESS:  Yes.  53, 54, 55, 56.
14   BY MR. GOLDMAN:
15   Q    Let me just ask you about this study as an
16   example.
17   Do you see on Page 54, where you are reporting
18   on the findings of that study, and you have a bullet
19   that says, "Safe and effective and not associated with
20   cardiac deaths"?
21   Do you see that?
22   A    Yes.  That is a quote from a doctor.
23   Q    That is a quote from a doctor.  Do you think
24   that the jury can understand that without your
25   particular help?

0181
1    A    That particular quote?
2    Q    Yes.
3    A    Yes, but not the research, not the validity of
4    the research, not the approach to the research, not the
5    statistics involved.  I mean, there is --
6    Q    What statistics do you report on here?  What
7    statistics are you reporting on here?
8    A    This particular one, is very, very, very clever
9    statistics.
10   Q    Where do you report on the statistics in your
11   study -- in your report, ma'am?

Page 75

Ex 1 - 5-26-06 depo transcript

12       A    I don't.  I just talk about my opinion, but in
13  the -- in the -- and said I was going to talk about
14  these studies.
15            So I did not get into all of the details, the
16  methods, and all of the statistics in this report.  I
17  focused on my conclusions and the studies that I used to
18  reach those conclusions.
19            So this study had very significant -- had --
20       Q    Let's go to the next study.
21       MR. SKIKOS:  So you don't want her --
22       THE WITNESS:  You didn't want me to answer the
23  question about the statistics?
24       MR. GOLDMAN:  No.
25       MR. ROBINSON:  Let her keep going.
0182
1   BY MR. GOLDMAN:
2        Q    What is the next study?  Tell me the next study
3   that you would want to talk to the jury about.
4        MR. ROBINSON:  Here, Page 54, DTW Marketing and
5   Research Group; is that what you are --
6        MR. GOLDMAN:  That is the one that she just
7   covered.  Mark, let me handle the dep, please.
8        Q    Dr. Pechmann, what is the next study that you
9   would like to talk to the jury about?
10       A    On 57(c), that is prescribing data.  So that is
11  behavioral tracking.  There is extensive charts and
12  figures and statistics associated with that because they
13  tracked that continuously.
14       Q    So you want to talk about C on 57?
15       A    Uh-huh.
16       Q    Okay.  And what is the next study that you want
17  to talk about?
18       A    And (d).
19       Q    Okay.  And these are Merck reports.
20            What are Vioxx Monthly EAR's?
21       A    Early Assessments and Response.
22       Q    Okay.
23       A    It was research designed to help them adjust
24  the campaign if something went wrong, which they did do.
25  They used their research to adjust the campaign.
0183
1        Q    Okay.  Keep going.
2        A    Page 58 at the top.
3        Q    Yeah.  Which?
4        A    And (e) and (f).
5        Q    Exhibit 57, you want to talk about?
6        A    Um-hmm.
7        MR. ROBINSON:  You mean page?  Oh, --
8        THE WITNESS:  Page 58.  There are other
9   exhibits that have comparable -- there is a pattern
10  across multiple different studies, multiple different
11  exhibits.  I just put in representative ones.
12  BY MR. GOLDMAN:
13       Q    Tell me what other studies in your report that
14  you want to talk about.
15       A    So everything on Page 58.
16       Q    Okay.
17       A    Page 59 is another.  It says, Copy Test of
18  Physicians is on Page 59.
19       Q    Okay.
20       A    And Page 60 at the top.  And then, I believe,
21  the research picks up again on 63.  That is the Consumer
22  Copy Test Research.  64, that is the Consumer Copy Test.

                              Page 76

Ex 1 - 5-26-06 depo transcript
23    65, Consumer Copy Test.
24         These reports are 100-pages long and I know for
25    a fact a jury cannot understand them because we had to
0184
1    present this type of thing to the government officials
2    and they didn't understand.
3         Q    I did not ask you about whether the jury can
4    understand.  I want to know which studies you would like
5    to talk about that are in this report.
6         A    And Page 66.
7         Q    Which one on 66?
8         A    Well, there are different copy tests.  So it is
9    on the top of Page 66.
10        Q    Which is Exhibit 67?
11        A    Yes.  And then on Page 66 at the bottom, that
12    is the same study, again, but more details on it.  So it
13    picks up again.  66, 67, 68.
14        Q    Through -- before 39; right?
15        A    Yeah.
16        Q    Paragraph 39; right?
17        A    Yes.
18        Q    What about after Paragraph 39, what research
19    studies?
20        A    39(a).
21        Q    Where is the research study there?
22        A    Well, that was a progression -- I mean, a trend
23    analysis.
24        Q    Is that a research study?
25        A    Oh, yeah.  There is a whole class that is
0185
1    taught on that.
2         Q    This is a Profit Plan?
3         A    No, no.  There is a forecast in there.  It is a
4    research based --
5         Q    Is it a Profit Plan, ma'am, that you are
6    quoting from?
7         A    The document is called Profit Plan, but it
8    reports research, yes.
9         Q    What else do you want to talk to the jury about
10    concerning research?
11        A    56, at the top, it is another forecast.  I
12    mean, 69.
13        Q    This is another financial forecast you want to
14    talk about?
15        A    Right.  Well, it is a progression.  It is a
16    sales -- it is a progression.  It is not a financial --
17    well, it is a -- it forecast sales.  So if you think
18    sales is financial, that is okay.  We consider that
19    marketing -- a marketing forecast.
20        Q    What other research studies in your report?
21        A    So (c), that is another --
22        Q    Profit Plan?
23        A    It is a --
24        Q    It is a Merck document --
25        A    It is a forecasting model.
0186
1         Q    -- called a Profit Plan?
2         A    I don't think that is -- Oh, yes, it is.  It
3    says, Profit Plan -- "Profit Plan 2002."  It is.
4              It has forecasts in them.  That is research.
5         Q    You want to talk about Profit Plans as
6    research.
7              What is the next type of research that you

Page 77

Ex 1 - 5-26-06 depo transcript

```
 8    would like to talk about to the jury?
 9           MR. SKIKOS:  No, that misstates what she said.
10           THE WITNESS:  It is.  No.  There is research
11    that is reported in the plan.
12           MR. O'CALLAHAN:  She did not name the document.
13    It says what it says and the information in there is
14    what it is, and it is exactly as she described it.
15    BY MR. GOLDMAN:
16      Q    I would like to know what other research
17    reports that you would like to talk to the jury about.
18      A    Well, like I said, I would like to talk to them
19    about the research showing their sales, which is 69 and
20    70.  Giving them a context to understand that.
21      Q    Okay.
22      A    And that's it.
23      Q    Okay.
24      A    It is about half of the boxes of documents,
25    that are about research.
0187
 1      Q    Are you familiar with the procedure that Merck
 2    followed before approving an advertisement for use on
 3    Vioxx?
 4      A    Yes.
 5      Q    What procedure did Merck follow?
 6      A    Well, I read the document that described it and
 7    I read the FDA documents.  And so they had to submit it
 8    to the FDA.  The FDA did not approve the ad, but they
 9    had to, basically, file it with the FDA, with DDMAC.
10      Q    What did Merck do internally to approve
11    advertisements or other promotional material that were
12    used for Vioxx?
13      A    They had an office that looked it over.  I
14    can't remember the name of the office, but there was an
15    internal office that looked it over before it went to
16    FDA.
17      Q    Do you know what the procedure that Merck
18    followed internally to make sure that its promotional
19    pieces were fairly balanced and accurate?
20      A    Yes, I read a document that described it.
21      Q    Tell me what the process was.
22      A    The people -- there was a key -- a list of
23    different types of materials.  And there were -- they
24    all had to be submitted to this office for review.
25           And then that office would forward some of it
0188
 1    onto the FDA.  And that nothing could be used until it
 2    was approved by that office.
 3      Q    Do you know if Merck sent direct-to-consumer
 4    advertising to the FDA in advance of using their ads?
 5      A    Yes, they did and I know they did.
 6      Q    You mentioned that you met with and/or
 7    interviewed a former sales representative.
 8           Who was that?
 9      A    I don't remember her name.  She was a friend of
10    Shannon's and I just wanted to speak to someone to get,
11    you know, a human -- a human's validation of everything
12    I was seeing.
13      Q    What did this person, whose name you don't
14    remember, tell you?
15      A    Well, she described her typical day as a sales
16    rep and -- and then I -- let's see, I asked her some
17    specific questions about Vioxx.  Did she know that it
18    posed a cardiovascular risk?  Did she tell the doctors?
```

Page 78

Ex 1 - 5-26-06 depo transcript
```
19          And she said, no, that they believed -- she
20  believed the Naproxen hypothesis.  And then I showed her
21  some of the materials that I had reviewed and confirmed
22  that she would use those materials.
23          I asked her about the confidence -- Efficacy
24  Confidence Program because it was a huge success.  And
25  that is when she left the company and so she didn't know
0189
 1  about that one.
 2      Q    When did she leave the company?
 3      A    Right before the Efficacy Confidence.  I
 4  believe it was August of '02 -- August '02.
 5      Q    What else did you discuss with this former
 6  sales representative?
 7      A    What she knew about the FDA regulations or
 8  Merck's own regulations regarding advertising.
 9      Q    Anything else?
10      A    What were the challenges to her in selling
11  Vioxx.
12      Q    What did she say about that?
13      A    She said they were concerned about the bad
14  press.  The salespeople were concerned about the bad
15  press.
16          And that is, of course, apparent in the Be The
17  Power videotape that they created and the Efficacy
18  Confidence Program.  And so the salespeople were getting
19  a little discouraged because they felt they were getting
20  unfair bad press.
21      Q    You are talking about the one sales rep?
22      A    That's correct, but the documents state that in
23  general, the sales reps were -- needed boosting up.
24  They were a little discouraged.
25      Q    What else did you discuss with this sales
0190
 1  representative you can't remember?
 2      A    Those are the main things that I remember
 3  discussing.
 4      Q    When did you meet with her or him?
 5      A    It is a her.  And it was a Friday morning.
 6      Q    For how long?
 7      A    For maybe four hours.
 8      Q    Who else was there?
 9      A    Maybe my daughter was in the back room for part
10  of the time with the nanny.
11          MR. ROBINSON:  Your four-year-old daughter?
12          THE WITNESS:  Um-hmm.
13  BY MR. GOLDMAN:
14      Q    This was at your house?
15      A    Yes, she came to my house.  She lives by me.
16      Q    Did this former salesperson ever call on
17  Dr. Micola or Dr. McCaffrey?
18      A    No, she called around here.
19      Q    Which is in California?
20      A    Los Angeles is her territory.  Yeah, South Bay.
21  Los Angeles County, not L.A. city.
22      Q    You don't know what doctors this person called
23  on; do you, ma'am?
24      A    No.
25      Q    How is the interview with the one sales
0191
 1  representative relevant to your opinions here today?
 2      A    They just helped me to validate what I was
 3  seeing.  There was nothing that she said that surprised
```
Page 79

Ex 1 - 5-26-06 depo transcript

```
 4  me.
 5          That is what we learn in doing research.  You
 6  want to triangulate, use multiple sources of
 7  information.  So you can feel that you are confident
 8  that you've got the story right.
 9      Q    So this sales rep validated what you have seen.
10  What does that mean?
11      A    Well, in terms of what the message was -- I
12  mean, we have several other documents that say what the
13  messages was.  We have several of the documents that say
14  how ads were approved, both within Merck and going to
15  the FDA.
16          We have several other documents that say how
17  they used the promotional materials, how they
18  approached, how often they approached doctors; how they
19  worked in teams; and all of that.
20          And you know, so she just confirmed what I was
21  seeing.
22      Q    Did you think it might be a good idea to talk
23  to more than one sales representative?
24      A    If there had been discrepancies between what
25  she said and what I saw, then I would have had to do
0192
 1  something.
 2      Q    So you think meeting with one sales
 3  representative is sufficient validation of your
 4  findings?
 5      A    No, she didn't validate any of the research
 6  findings.
 7      Q    You said she validated what you saw?
 8      A    She validated certain parts of the story -- a
 9  very, very, small part.  I mean, I didn't discuss any of
10  the research with her.
11          I'm sure the sales reps didn't see the research
12  and would not understand the research.  So mostly I --
13  she validated what -- how these promotion materials were
14  used, the CV card and so forth.
15          And she validated what Kaghe said, who is in
16  Southern California, that they did not tell the doctors
17  about the heart attack risk because they didn't think
18  there was one; and they told them the Naproxen
19  hypothesis.
20      Q    Did you think that you might want to speak to
21  more than one sales representative to validate what you
22  had seen in the documents that the plaintiffs' lawyers
23  gave you?
24      A    No, because I had the documents months for
25  years and it did not validate itself.  I was not
0193
 1  actually talking to her to validate the research.  It
 2  was just to validate what the experience was of the
 3  sales rep.
 4      Q    On Page 6, Paragraph 14, you refer to having
 5  expertise in pharmaceutical marketing matrix.
 6          What does that mean?
 7      A    Well, okay, I list them:  Patient volume, total
 8  patients, new-to-market patients, reinitiated patients,
 9  which volume.  These are all terms of art that are very
10  related to any other type of marketing.
11          It says, "patient" instead of "consumer," you
12  know.  So I was familiar with the general terms and the
13  general constructs; but I learned how they are worded,
14  what the correct term is in pharmaceutical marketing.
```

Page 80

                          Ex 1 - 5-26-06 depo transcript
15      Q    You learned that as part of your role as an
16   expert in this case?
17      A    Yes.  Some of the words, I knew, and some of
18   them, I learned.  But you become --
19      Q    So you became an expert in pharmaceutical
20   marketing matrix during your work in this case?
21      A    Well, no.  I knew the matrix before.  All I
22   learned was how the acronyms for what they are called in
23   the pharmaceutical marketing, so -- you know --
24      Q    What --
25      A    -- TRX, ANRX, those things.
0194
1       Q    What experience do you have that makes you an
2    expert in pharmaceutical marketing matrix?
3       A    I am an expert in marketing matrix.
4    Pharmaceutical marketing is the same matrix as any other
5    marketing, so --
6       Q    So you are not an expert in pharmaceutical
7    marketing matrix, you are an expert in marketing matrix?
8            MR. SKIKOS:  Objection.
9            THE WITNESS:  Including pharmaceutical
10   marketing matrix.  I don't agree with your assessment of
11   my expertise.
12           I am an expert in pharmaceutical marketing
13   matrix and the marketing matrix used in other
14   industries.  It is the same matrix.
15   BY MR. GOLDMAN:
16      Q    Have you written any articles, done any
17   research involving pharmaceutical marketing matrix?
18      A    I have not published any research that
19   discusses pharmaceutical marketing matrix to date.
20      Q    Have you written any articles anywhere on
21   pharmaceutical marketing matrix, Dr. Pechmann?
22      A    Have I written any articles?  No.
23      Q    Is there a particular place in your report
24   where you apply these pharmaceutical marketing matrix?
25      A    Yes.  Those matrixes were primarily used to
0195
1    understand the behavioral tracking data.  Although --
2    and also, the data that is the tracking of the sales rep
3    messages.  So in both -- those two types of studies.
4            Oh, and also, the Attribute Tracking Study had
5    to do with efficacy and safety perceptions and gaps and
6    all of that.  So three of the studies use those matrix.
7            Like I said, I am familiar with the matrix
8    before.  They just have a -- they have a spin on them
9    for -- I mean, a certain label in pharmaceutical is
10   slightly different than what you would use in another
11   industry, but the matrixes are the same.
12      Q    You say that you want to help the jury
13   understand testimony in the case; is that right?
14      A    Well, to understand the research and --
15      Q    What testimony do you want the jurors to --
16   withdrawn.
17           Is there a particular testimony that you are
18   saying that is going to come into evidence in the trial
19   that you need to explain to the jury?
20           MR. SKIKOS:  Huh?  Objection.
21           MR. O'CALLAHAN:  Objection.
22           THE WITNESS:  Am I supposed to answer the
23   question?
24   BY MR. GOLDMAN:
25      Q    Do you understand?

                              Page 81