3) Pechmann Deposition "Exhibit 5" Pages 8-11 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 53 of the Expert Report that: **Merck's marketing executives purchased extensive marketing research to ensure that their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing physicians' concerns that Vioxx posed a potential cardiovascular risk.**

E. Pechmann Deposition "Exhibit 5" Pages 12-14 Regarding the "Awareness and Action or Chronic Pain Consumer Tracking Study" Contains a Subset of the Information Provided in Pechmann's Expert Report Plus Some Additional Details.

1) Pechmann Deposition "Exhibit 5" page 12 describes the methodology used in the "Awareness and Action or Chronic Pain Consumer Tracking Study."

a) Research Methodology and Participants (See Expert Report Exhibit 30, Pages 5-6). "Methodology and Sub-Groups 2003. Telephone interviewing (CATI) 7 days a week, 12 months, 3600 interviews annually. Arthritis (1st Priority) … Frequent Back Pain (2nd priority) … Tendonitis or Bursitis (3rd Priority) … Other Pain (4th Priority)" (Page 5). "VIOXX® Awareness and Action Study 2003 Overall Questionnaire Structure. Screener → Freq. of Usage of Medication → Satisfaction w/ Medication → Brand Awareness → Advertising Awareness → Net Action Series → Trial and Usage → Brand Imagery → Classification. Millward Brown." (Page 6).

b) This methodology was also described in Pechmann's Expert Report. In addition, Pechmann's Expert Report described in greater detail the consumers who were interviewed.

— **Pechmann Expert Report, Page 32-33.** To monitor the beliefs and behaviors of patients with osteoarthritis and other chronic pain, Merck commissioned a consumer tracking study called the "Awareness and Action Study;" it was also sometimes called the "Chronic Pain Study." The study was conducted by a

20

marketing research firm called Millward Brown from about May 2000 through at least December 20003. Millward Brown conducted telephone interviews of consumers who said that they experienced chronic pain. Interviews were conducted 7 days a week, 12 months a year, and about 3600 interviews were completed annually. Most of the consumers who were interviewed either had arthritis or frequent back pain. (See Exhibit 30, Millward Brown "VIOXX Annual Review 2002 – 2003 January – December," page 5; see also Exhibit 31a, "Awareness, Action & Attributes for the A & A Franchise, T. Hayden June 5, 2002" page 3.) Based on the December 2000 findings, the average age of those interviewed was 55. About 26% were 65 years of age or older, and 50% were 55 years of age or older. (See Exhibit 32, "Vioxx Chronic Pain Study Dec. 1-17, 2000," page 4.)

— Pechmann Expert Report, Page 66-67. Merck also commissioned a tracking study of mostly elderly consumers who suffered from chronic pain. ... Merck's consumer tracking study, which was called the "Awareness and Action Study," was conducted by Millward Brown from May 2000 through at least 2003... The study monitored on a monthly basis what percent of consumers were aware of Vioxx, asked their physicians for Vioxx, filled Vioxx prescriptions, or asked to be taken off of Vioxx and why.

— Pechmann Expert Report, Page 33. Merck's "Awareness and Action Study" showed that a high percentage of the Vioxx target patient population of chronic pain sufferers had preexisting cardiovascular problems. In 2002, approximately 43% to 53% of Vioxx users had hypertension (a cardiovascular disease with high blood pressure as its primary symptom). In 2002, approximately 12% to 22% of Vioxx users had heart disease. (See Exhibit 31b, "Hayden slides and Back up, pages 8-9.)

21

2) <u>Pechmann Deposition "Exhibit 5" Pages 13-14 summarize the results of the "Awareness and Action or Chronic Pain Consumer Tracking Study." These results are also summarized in Pechmann's Expert Report as shown below.</u>

— **<u>Pechmann Expert Report, Page 67.</u>** Merck's consumer tracking study found that among the primary consumer target audiences, awareness of Vioxx was very high. In December 2003, 87% of arthritic sufferers were aware of Vioxx. By comparison, 93% of them were aware of Tylenol, which was a far more established nonprescription brand. Also, 38% of arthritis sufferers had tried Vioxx as compared to 73% for Tylenol. Sixteen percent currently used Vioxx as compared to 39% for Tylenol. <u>(See Exhibit 30, pages 13-15.)</u> Also in 2003, 59% of arthritic sufferers were aware of Vioxx's advertising; 60% were aware of Tylenol's advertising. (<u>Exhibit 30, page 46.</u>)

— **<u>Pechmann Expert Report, Page 67.</u>** Merck's consumer tracking study also examined Vioxx's "brand imagery." The study found that 40% of arthritic sufferers perceived Vioxx as a "brand that you trust" in 2002 as compared to 41% in 2001. Similarly, 44% of arthritic sufferers perceived Vioxx as a brand that is "prescribed for millions of patients" in both 2002 and 2001. <u>(Exhibit 30, page 79.)</u>

— **<u>Pechmann Expert Report, Pages 67-68.</u>** Finally, Merck's consumer tracking study showed that "the number of patients being treated for heart disease and asking for VIOXX or Celebrex remains similar but is trending down" and a graph showed a downward trend starting about May 2001 when the unfavorable New York Times article about Vioxx appeared, which lasted through April 2002. Another graph of the same time period documented a gradual increase in the "percentage of respondents who have asked their doctors to be taken off VIOXX" and noted that this percentage was "significantly higher when compared to those who have asked their doctor to be taken off of CELEBREX." <u>(See Exhibit 31a, pages 8 and 10.)</u>

22

**However, this report and a later report documented that consumer requests to be taken off Vioxx had stabilized by mid 2002 and remained stable through December 2003.** (See Exhibit 31a, page 27 and Exhibit 30, pages 33-36.

— Some related results from Pechmann Expert Report Exhibit 31a are listed in Pechmann's Deposition "Exhibit 5" Pages 13-14, as shown below.

- Pechmann Deposition "Exhibit 5" citing Exhibit 31a, pages 16-17. Graphs show that consumers' perceptions of Vioxx as "safe as a sugar pill" and "brand that you can trust" remained stable from Jan. 01 – March 02 despite negative press in the New York Times, JAMA, and Wall St. Journal.

— Also, some related results from Pechmann Expert Report Exhibit 30 are listed in Pechmann's Deposition "Exhibit 5" Pages 13-14, as shown below.

- Pechmann Deposition "Exhibit 5" citing Exhibit 30, pages 68-69. "Impact of DTC Advertising. Net action rate for VIOXX and Celebrex is comparable (6% for VIOXX vs. 8% for Celebrex in 2003. This holds true within all pain subgroups. There is no change over time in net action rate. ... Among those who received a prescription for either brand, almost everyone (average of 90%) filled the prescription."

3) Pechmann Deposition "Exhibit 5" Pages 12-14 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 62 of the Expert Report that: **Merck's marketing executives purchased extensive marketing research to ensure their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing consumers' concerns that Vioxx posed a potential cardiovascular risk.**

F. Pechmann Deposition "Exhibit 5" Pages 15-16 Regarding "Consumer Ad Copy Testing" Contains a Subset of the Information Provided in Pechmann's Expert Report Plus Some Additional Details.

23

1) <u>Pechmann Deposition "Exhibit 5" page 15 describes the methodology used for Consumer Ad Copy Testing (See MRK-ACB0005808).</u>

   a) <u>Research Objectives (See MRK-ACB0005808, page 4).</u> "To measure in-market performance ... We learn/know about how advertising works in-market .. To predict in-market performance."

   b) <u>Research Methodology and Participants (See MRK-ACB0005808, pages 5-6).</u> "Sample: 150 males (40%) / females (60%). Aged 30 and over (24% 30-39, 26% 40-49, 24% 50-59, 23% 60+). Arthritis sufferers (50% and other chronic pain sufferers (50%). Must be taking Rx or OTC medication for arthritis or chronic pain, Last saw doctor about condition in the past 12 months, Take OTC medication at least four times per week or Rx medication at least once a week, and Have asked doctor about a medication they have seen on television, in a magazine or newspaper... Field Dates: Vioxx 'Stairs/Bath' January 6-27, 2000. 'Celebrex' January 20 – February 10, 2000."

   c) <u>The research methodology and participants were briefly described in Pechmann's Expert Report, Page 64.</u>

   **Merck also commissioned "copy test" studies of its Vioxx television and print ads from a marketing research firm called Millward Brown. Merck commissioned this research to ensure that its advertisements were as persuasive as possible, and did not contain side effect information that would deter consumers from "taking action" in terms of finding out more about Vioxx or requesting a Vioxx prescription. Merck sometimes copy tested Celebrex ads as well. Celebrex was Vioxx's main competitor. Merck wanted to ensure that its Vioxx advertisements were at least as persuasive as those of Celebrex, and at least as innocuous in terms of the risk information conveyed.**

2) <u>Pechmann Deposition "Exhibit 5" Pages 15-16 summarize the results of the Consumer Ad Copy Testing. The results are also summarized in Pechmann's Expert Report as shown below.</u>

— **Pechmann Expert Report, Pages 64-65.** A Merck document entitled "Vioxx© DTC [direct-to-consumer advertising] Research Review Doug Black and Alan Heaton February 17, 2000" discusses some of the research findings regarding Vioxx's direct-to-consumer advertisements. The research found that: "Approximately 60 Percent of Consumers Reported that Seeing [the Vioxx television advertisement] Stairs/Bath Would Increase their Interest in Learning More about Vioxx©." (Exhibit 66, page 30.) The findings also indicated that: "Side Effects were NOT the Main Idea that Consumers were Taking Away [from the television advertisement]" and that "As with the TV Ads, Side Effects were NOT the Main Idea that Consumers were Taking Away From the Vioxx© Print Ads." The document noted that: "Consumers are concerned about side effects, but it does not significantly affect motivation [to visit or call their doctor for information about Vioxx]." (Exhibit 66, pages 32, 33 and 36.)[5] The document concluded that Vioxx's direct-to-consumer advertisements were highly effective: "Consumer awareness of ads for Vioxx© rose significantly in January 2000 which added to ... Significant increases in awareness of the brand which is associated with ... Higher patient-initiated action for Vioxx©. Once patients take action, there is a high conversion rate to the brand for which they initiated action." (Exhibit 66, page 23.) Details were also provided: "At initial read, approximately 40% of the patients receiving Rx for Coxibs in late 1999/early 2000 engaged in some patient-initiated action" and "When a consumer takes action for a brand, an Rx [prescription] is received almost 9 times out of 10. In addition between 70 and 90% of the time the Rx is filled for the Coxibs [Vioxx/Celebrex]." (Exhibit 66, pages 17-19.)

---

[5] Pechmann Expert Report Exhibit 66, page 32 contains a bar chart and shows that there was no statistically significant difference between consumers who reported being very concerned vs. not very concerned about Vioxx's side effects in terms of their motivation to visit or call their doctor for information about Vioxx.

25

— **Pechmann Expert Report, Pages 65-66.** A Merck document entitled "Consumer Perceptions of Side Effects for Vioxx© 'Stairs/Bath' and CELEBREX 'Bicycle' Alan Heaton March 7, 2000" describes the results of a copy test study to test the Stairs/Bath and Bicycle ads. The research showed that "Consumers are concerned about side effects for both Vioxx© and CELEBREX" but "Concern about side effects [as conveyed in these ads] does not appear to affect intended action for either product." (Exhibit 67, pages 1-2.) The consumers who participated in the copy test study of these ads were asked: "Do you recall seeing or hearing any mention of side effects from Vioxx/Celebrex in the commercial?" and "What side effects do you remember?" The most common responses were related to stomach or bleeding risks, or liver or kidney risks. Consumers did not mention heart attacks or related problems because these risks weren't included in the ads. Consumers were also asked: "How strongly does the [Vioxx] commercial give you the impression Vioxx is safe to use" and 41% responded: "strongly gave that impression." (Exhibit 67, pages 11- 12.)

— **Pechmann Expert Report, Page 63.** After the FDA had recommended that a cardiovascular warning be included on the new Vioxx label (see Appendix A), Merck commissioned consumer research to assess the "business risk" of including such a warning in its advertisements. Merck also studied how to word or phrase any required cardiovascular warning, so that the warning "would not keep us from our product claim." This research is discussed in a Merck document entitled "VIGOR DTC (direct-to-consumer advertising) Strategy Meeting June 7th, 2001." The document states that research was done to: "Assess business risk of new fair balance in product claim" and states that the following potential cardiovascular warning would be tested: "People who need to take asa [aspirin] with VIOXX are at greater risk of developing stomach ulcers. VIOXX is not a substitute for prevention of heart

26

attack. Rarely, heart attacks have been reported." The document noted that "All of this is dependent upon final [Vioxx] label. Assume qualitative and quantitative research will confirm that additional balance does not keep us from product claim. If incorrect, reassess media options (Reminder) and Help Seeking advertising." (Exhibit 64, page 14.) In other words, if Merck's research showed that including a cardiovascular warning in Vioxx ads detracted from the ads' product claims, Merck would stop using Vioxx product claim ads altogether. Instead, Merck would revert to using "reminder" ads and "help-seeking" ads, which would not require warnings. Reminder ads remind people of a product (e.g., Vioxx). Help-seeking ads tell people to talk to their physicians if they suffer from particular medical problems. Since reminder ads and help seeking ads do not contain product claims, they do not require warnings.

— **Pechmann Expert Report, Page 64.** A Merck document entitled "VIGOR Updated June 29th, 2001" noted that once the Vioxx product label was changed to include the VIGOR study, Vioxx ads might need to include a cardiovascular fair balance warning. The document explained that one warning had already been tested, which stated: "Rarely, heart attacks have been reported." The research showed that "Although another serious side effect, it did not overwhelm the product benefits." (Exhibit 65, pages 6-7.) Note that the cardiovascular information that Merck ultimately included in its print ads for Vioxx used somewhat similar wording.

3) Pechmann Deposition "Exhibit 5" Pages 15-16 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 62 of the Expert Report that: Merck's marketing executives purchased extensive marketing research to ensure their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing consumers' concerns that Vioxx posed a potential cardiovascular risk.

27



Jun 26 2006 7:11PM

**CORNELIA (CONNIE) PECHMANN**
**PROFESSOR, MARKETING**
**THE PAUL MERAGE SCHOOL OF BUSINESS**
**UNIVERSITY OF CALIFORNIA, IRVINE**
**IRVINE, CALIFORNIA 92697**

| | | | |
|---|---|---|---|
| **HOME:** | 1604 Harkness Street. Manhattan Beach, CA 90266 | **PHONES:** | (949) 824-4058 (work) (949) 725-2840 (work fax) (310) 372-9007 (home) (310) 372-9008 (home fax) |
| **EMAIL:** | cpechman@uci.edu | | |
| **WEB:** | http://web.gsm.uci.edu/~cpechmann/ | | |

## TEACHING AND RESEARCH AFFILIATIONS SINCE PH.D.

- Graduate School of Management, University of California, Irvine (UCI)
- Renamed The Paul Merage School of Business in 2005.
    - UCI Graduate School of Management (GSM)
        - Assistant Professor of Marketing, Fall 1988 - Spring 1995
        - Associate Professor of Marketing, Summer 1995 - Spring 2003
        - Full Professor of Marketing, Summer 2003 - present
    - UCI School of Social Ecology, Department of Environmental Analysis and Design
        - Adjunct Professor, Fall 1997 - present
- UCI Center for Health Policy & Research
- UCI Transdisciplinary Tobacco Use Research Center
- UCI Cancer Center

## TEACHING AFFILIATION PRIOR TO PH.D.

California State University - Fullerton, School of Business Administration and Economics
- Assistant Professor of Marketing, Fall 1986 - Spring 1988

## TEACHING AND SERVICE AWARDS

2005 Co-chair of Association for Consumer Research North American Conference
2004 UCI Graduate School of Management "Exceptional Faculty Service" Award
2004 Journal of Public Policy & Marketing "Exceptional Contribution by Reviewer" Honorable Mention
2003 Graduate School of Management "Best Elective" course in Full Time MBA program
2001 Charles and Twyla Martin Excellence in Teaching Award, GSM, UCI
2001 Business 2.0 "Key Professor" List, in article on 20 Top Technology-Savvy Business Schools
2000 Lincoln Mercury Marketing Lab Sponsorship, GSM, UCI (5 year sponsorship)
2000 Conexant Teaching Award, GSM, UCI
2000 BusinessWeek, B-Schools Rankings & Profiles, "Most Popular Professors" Listing
2000 BusinessWeek, B-Schools Rankings & Profiles, "Most Popular Electives" Listing
2000 Journal of Consumer Research "Outstanding Reviewer" Award
1999 Journal of Public Policy & Marketing "Exceptional Contribution by Reviewer" Award

## PARTIAL LIST OF ACADEMIC AND PROFESSIONAL HONORS

"Best Paper in 2002" Award, Journal of Consumer Research (awarded in 2005)
List of Top 50 Marketing Scholars, 2003 (based on citation counts)
Who's Who in Economics, Fourth Edition, 2002 (based on citation counts)
Chair of Terry Zhao's dissertation, runner-up in SCP-Sheth dissertation competition 2004
Chair of Dipayan Biswas' dissertation, recipient of ACR-Sheth dissertation competition 2002
Marketing Science Institute Alden G. Clayton Dissertation Award 1987
American Marketing Association Doctoral Consortium Faculty Member 1993, 1997, 2001
American Marketing Association Doctoral Consortium Fellow, 1986
Phi Beta Kappa National Honor Society (President)
Beta Gamma Sigma National Honor Society (Management)



PLAINTIFF'S EXHIBIT 5

Alpha Lambda Delta National Honor Society (Psychology)
Bucknell University Rhodes Scholar Nominee
Who's Who of American Women
Who's Who in Advertising
Who's Who in Executives and Professionals
Who's Who in Finance and Business
Who's Who in the West
Who's Who in the World
Who's Who in Executives and Professionals

## COURSES TAUGHT
Introduction to Marketing, Undergraduate
Consumer Behavior, Undergraduate
Freshman Seminar on Tobacco Use Prevention, Undergraduate
Principles of Marketing for Management, MBA
Consumer Behavior, MBA
Database Marketing, MBA
Micro Marketing, MBA
Marketing IT Lab, MBA (on GIS and POS systems)
Marketing Field Study Projects, MBA
Design of Experiments and Quasi Experiments (Ph.D.)
Analysis of Data from Experiments & Quasi Experiments (Ph.D.)
Research Topics in Marketing (Ph.D., team taught)

## EDUCATION

| | |
|---|---|
| Vanderbilt University, Nashville, TN | August 1988, Ph.D. (Marketing Management) |
| | December 1985, M.B.A. (Marketing Management) |
| | May 1985, M.S. (General Psychology) |
| Bucknell University, Lewisburg, PA | May 1981, B.A. (Psych/Spanish), Summa Cum Laude |

## DOCTORAL DISSERTATION IN MARKETING MANAGEMENT
The Development and Partial Validation of a Contingency Model of Comparative Advertising

## MASTER'S THESIS IN GENERAL PSYCHOLOGY
Development of a Scale to Measure the Marital Role Dissonance of Parents with Diabetic Children

## GRANTS

| | |
|---|---|
| Tobacco-Related Disease Research Program of the State of California 2005 | $480,000 |
| UCI Transdisciplinary Tobacco Use Research Center 2003 (Pilot) | $ 25,000 |
| Tobacco-Related Disease Research Program of the State of California 2000 | $590,375 |
| Tobacco-Related Disease Research Program of the State of California 1999 (Pilot) | $ 10,000 |
| Tobacco-Related Disease Research Program of the State of California 1997 | $136,953 |
| Palmer Jarvis Advertising (for Health Canada) 1996 | $ 3,759 |
| Tobacco-Related Disease Research Program of the State of California 1993 | $192,570 |
| U.C.I. Graduate School of Management, Office of Research Grant 1993 | $ 3,667 |
| Tobacco-Related Disease Research Program of the State of California 1991 | $ 72,837 |
| U.C.I. Faculty Career Development Grant 1990 | $ 8,563 |
| U.C.I. Faculty Research Grant 1990 | $ 3,600 |
| National Institute of Mental Health Undergraduate Research Grant 1976 | $ 5,000 |

2

## REFEREED PUBLICATIONS

### Journal Articles (chronological order)

1. Pichert, J.W., S.L. Hanson, and C. Pechmann (1984), Modifying Dieticians' Use of Patient Time," *The Diabetes Educator*, 10, 1, 43-46.

2. Pichert, J.W., S.L. Hanson, and C. Pechmann (1985), "A System For Assessing Use of Patients' Time," *Evaluation and The Health Professions*, 8, 1, 39-54.

3. Stewart, D.W., C. Pechmann, S. Ratneshwar, J. Stroud, and B. Bryant (1985), "Methodological and Theoretical Foundations of Advertising Copytesting: A Review," in *Current Issues and Research in Advertising*, J.H. Leigh and C.R. Martin, eds., Ann Arbor, MI: The University of Michigan Press, 1-74.

4. Pechmann, C. and D. W. Stewart (1988), "Advertising Repetition: A Critical Review of Wearin and Wearout," in *Current Issues and Research in Advertising*, J.H. Leigh and C.R. Martin, eds. Ann Arbor, MI: The University of Michigan Press, p. 285-330.

5. ~~Stewart, D.W., G.B. Hickson, C. Pechmann, S. Koslow, and W.A. Altemeier (1989), "Information Search and Decision Making in the Selection of Family Health Care," *Journal of Health Care Marketing*, 9, 2 (June), 29-39.~~

6. Pechmann, C. and D. W. Stewart (1990), "The Effects of Comparative Advertising on Attention, Memory, and Purchase Intentions," *Journal of Consumer Research*, 17 (September), 180-191.

7. Pechmann, C. and S. Ratneshwar (1991), "The Use of Comparative Advertising for Brand Positioning: Association versus Differentiation," *Journal of Consumer Research*, 18 (September), 145-160.

8. Pechmann, C. and D.W. Stewart (1991), "How Direct Comparative Ads Promoting Low, Moderate and High Share Brands Affect Brand Choice," *Journal of Advertising Research*, 31 (December), 47-55.

9. Pechmann, C. (1992), "Predicting When Two-Sided Ads Will Be More Effective Than One-Sided Ads: The Role of Correlational and Correspondent Inferences," *Journal of Marketing Research*, 29 (November), 441-453.

10. Pechmann, C. and S. Ratneshwar (1992), "Consumer Covariation Judgments: Theory or Data Driven?" *Journal of Consumer Research*, 19 (December), 373-386.

11. Pechmann, C. and S. Ratneshwar (1994), "The Effects of Anti-Smoking and Cigarette Advertising on Young Adolescents' Perceptions of Peers Who Smoke," *Journal of Consumer Research*, 21 (September), 236-251.

12. Pechmann, C. and G. Esteban (1994), "Persuasion Processes Associated with Direct Comparative and Noncomparative Advertising and Implications for Advertising Effectiveness," *Journal of Consumer Psychology*, 2(4), 403-432.

13. Pechmann, C. (1996), "Do Consumers Overgeneralize One-sided Comparative Price Claims and Are More Stringent Regulations Needed?" *Journal of Marketing Research*, 33 (May), 150-162.

3

14. Ratneshwar, S., C. Pechmann, and A.D. Shocker (1996), "Goal-Derived Categories and the Antecedents of Across-Category Consideration," *Journal of Consumer Research*, 23 (December), 240-250.

15. Pechmann, C., P. Dixon, and N. Layne (1998), "An Assessment of the United States and Canadian Smoking Reduction Objectives for Year 2000," *American Journal of Public Health*, 88 (September), 1362-1367.

16. Pechmann, C. and C.F. Shih (1999), "Smoking Scenes in Movies and Antismoking Advertisements Before Movies: Effects on Youth," *Journal of Marketing*, 63 (July), 1-13.
    o **Presented at California legislative hearings on smoking in movies**
    o **Presented to National Association of Attorneys' General**
    o **Presented to National Association of Theater Owners**

17. Pechmann, C. and E.T. Reibling (2000), "Planning an Effective Anti-Smoking Mass Media Campaign Targeting Adolescents," *Journal of Public Health Management and Practice*, 6 (3), 80-94.

18. Pechmann, C. and E.T. Reibling (2000), "Anti-Smoking Advertising Campaigns Targeting Youth: Case Studies from USA and Canada," *Tobacco Control*, Supplement II, Volume 9, ii18-ii31.

19. Ratneshwar, S., L.W. Barsalou, C. Pechmann, and M. Moore (2001), "Goal-Derived Categories: The Role of Personal and Situational Goals in Category Representations," *Journal of Consumer Psychology*, 10 (3), 147-158.

20. Pechmann, C. (2001), "A Comparison of Health Communication Models: Risk Learning Versus Stereotype Priming," *Media Psychology*, 3 (2), 189-210.

21. Pechmann, C. and S. J. Knight (2002), "An Experimental Investigation of the Joint Effects of Advertising and Peers on Adolescents' Beliefs and Intentions about Cigarette Consumption," *Journal of Consumer Research*, 29 (June), 5-19.
    o **Selected "Best Paper in 2002" by Journal of Consumer Research**
    o **Reprinted in "Consumer Behaviour" edited by Margaret Hogg, Sage Library in Business and Management Series, 2005 (forthcoming)**
    o **Presented during trial of U.S. Attorney General's case against tobacco firms, 2005**

22. Pechmann, C. (2002), "Overview of the Special Issue on Social Marketing Initiatives," *Journal of Public Policy and Marketing*, 21 (Spring), 1-2.

23. Kelder, S., C. Pechmann, M.D. Slater, J.K. Worden, and A. Levitt (2002), "The National Youth Anti-drug Media Campaign," *American Journal of Public Health*, 92 (8), 1211-1212 (letter).

24. Pechmann, C., G. Zhao, M.E. Goldberg, and E.T. Reibling (2003), "What to Convey in Antismoking Advertisements for Adolescents? The Use of Protection Motivation Theory to Identify Effective Message Themes," *Journal of Marketing*, 67 (April), 1-18.

25. Foley, D. and Pechmann, C. (2004), "The National Youth Anti-Drug Media Campaign Copy Test System," *Social Marketing Quarterly*, X-Special Issue (2-Summer), 34-42.

26. Pechmann, C., L. Levine, S. Loughlin, and F. Leslie (2005), "Impulsive and Self-conscious: Adolescents' Vulnerability to Advertising and Promotion, *Journal of Public Policy and Marketing*, forthcoming (Vol. 24, Number 2).

27. Pechmann, C. and E.T. Reibling (2006), "Antismoking Advertisements for Youth: An Independent Evaluation of Health, Counter-industry, and Industry Approaches," *American Journal of Public Health,* forthcoming.

**Book Chapters and Edited Volumes (chronological order)**

28. Pechmann, C. and D.W. Stewart (1988), "The Multidimensionality of Persuasive Communication: Theoretical and Empirical Foundations," in *Cognitive and Affective Responses to Advertising*, A. Tybout and P. Cafferata eds., Lexington, MA: Lexington Press, 31-65.

29. Pechmann, C. and D.W. Stewart (1994), "The Psychology of Comparative Advertising" in *Attention, Attitude and Affect in Response to Advertising*, E. M. Clark, T. C. Brock, and D. W. Stewart eds., Hillsdale, NJ: Lawrence Erlbaum Associates, 79-96.

30. Pechmann, C. (1997), "Does Antismoking Advertising Combat Underage Smoking? A Review of Past Practices and Research," in *Social Marketing: Theoretical and Practical Perspectives*, M.E. Goldberg, M. Fishbein and S. Middlestadt eds., Hillsdale, NJ: Lawrence Erlbaum Associates, 189-216.

31. D. Grewal and C. Pechmann (1998), Editors of *American Marketing Association Winter Educators' Conference Proceedings: Marketing Theory and Applications,* Volume 9, Chicago, Illinois: American Marketing Association.

32. Pechmann, C. (2002), "Changing Adolescent Smoking Prevalence: Impact of Advertising Interventions," in *Changing Adolescent Smoking Prevalence: Where It Is and Why,* D. Burns, ed., Silver Spring, MD: National Cancer Institute, 171-181.

33. Pechmann, C., L. FitzSimons and A. Chamie (2003), "Using Geographic Information Systems for Marketing Research," *Marketing Research,* A. Parasuraman, D. Grewal and R. Krishnan, eds., Houghton Mifflin Co., Chapter 5, 128-155.

34. Pechmann, C. and Slater, M.D. (2005), "Social Marketing Messages That May Motivate Irresponsible Consumption Behavior, " in *Inside Consumption: Frontiers of Research on Consumer Motives, Goals, and Desires,* D. Mick and S. Ratneshwar, eds., London, UK: Routledge, 185-207, 185-207.

35. Pechmann, C. and Price, L. (2006), Editors of *Advances in Consumer Research,* Volume 33, Duluth, MN: Association for Consumer Research, forthcoming.

**Conference Proceedings Papers (chronological order)**

36. Pechmann, C. (1983), "A System For Assessing Use of Time in Clinic," in *Diabetes*, New York, NY: American Diabetes Association, 20.

37. Stewart, D.W., G.B. Hickson, S. Ratneshwar, C. Pechmann, and W. Altemeier (1985), "Information Search and Decision Strategies Among Health Care Consumers," in *Advances in Consumer Research,* Volume 12, E.C. Hirschman and M.B. Holbrook eds., Provo, Utah: Association for Consumer Research, 252-257.

38. Stewart, D.W., C. Pechmann, S. Ratneshwar, J. Stroud, and B. Bryant (1985), "Advertising Evaluation: A Review of Measures," in *Marketing Communications - Theory and Research,* M.J. Houston and R.J. Lutz eds., Chicago, IL: American Marketing Association, 3-6.

5

...

39. Pechmann, C. and D.W. Stewart (1989), "A Learning Perspective of How Advertising Works: The Accumulation Model of Advertising Response," in the *Proceedings of the Division of Consumer Psychology*, Washington, DC: American Psychological Association, 97-99.

40. Pechmann, C. and D.W. Stewart (1989), "Nonverbal Communication in a Natural Context: Consumer Markets," in the *Proceedings of the Division of Consumer Psychology*, Washington, DC: American Psychological Association, 68-71.

41. Pechmann, C. (1990), "How Do Consumer Inferences Mediate the Effectiveness of Two-Sided Messages?" in *Advances in Consumer Research*, Volume 17, M. Goldberg, G. Gorn and R. Pollay eds., Provo, Utah: Association for Consumer Research, 337-341.

42. Pechmann, C. and S. Ratneshwar (1990), "The Use of Comparative Advertising for Positioning Unfamiliar Brands: The Moderating Role of Attribute Typicality," in the *Proceedings of the Society for Consumer Psychology*, Washington, DC: American Psychological Association, 35-36.

43. Pechmann, C. and G. Esteban (1991), "How Comparative Ads Affect Persuasion: The Moderating Role of Prior Motivation" in the *Proceedings of the Society for Consumer Psychology*, Washington, DC: American Psychological Association, 11.

44. Pechmann, C. and S. Ratneshwar (1993), "Smoking-Related Advertising and Its Effects on Preteens: A Social Cognitive Perspective," in *Advances in Consumer Research*, Volume 20, L. McAlister and M. Rothschild eds., Provo, Utah: Association for Consumer Research, 265.

45. Ratneshwar, S., C. Pechmann and A.D. Shocker (1994), "Consumer Consideration Sets and Choice Across Nominal Categories: The Role of Individual and Situational Goals," *Advances in Consumer Research*, Volume 22, C.T. Allen and D. Roedder John eds., Provo, Utah: Association for Consumer Research, 589.

46. Pechmann, C. (1995), "When and How Extraneous Reference Prices Deter Choice of Competitors: Alternative Mediational Paths and Implications for Consumer Deception," *Advances in Consumer Research*, Volume 21, F.R. Kardes and M. Sujan eds., Provo, Utah: Association for Consumer Research, 430-431.

47. Pechmann, C. and S.J. Knight (1996), "Cigarette Ads, Anti-Smoking Ads and Peers: Why Do Underage Youths Start Smoking Cigarettes?" *Advances in Consumer Research*, Volume 23, K.P. Corfman and J. Lynch eds., Provo, Utah: Association for Consumer Research, 267.

48. Pechmann, C. and C.F. Shih (1997), "How Smoking in Movies and Antismoking Ads Before Movies may Affect Teenagers' Perceptions of Peers who Smoke, *Advances in Consumer Research*, Volume 24, M. Brucks and D.J. MacInnis eds., Provo, Utah: Association for Consumer Research, 62-63.

49. Pechmann, C. and M.E. Goldberg (1999), "Should Anti-smoking Ads Attempt to Denormalize Tobacco Use? Alternative Perspectives and Theoretical Frameworks," *Advances in Consumer Research*, Volume 26, E. Arnold and L. Scott, eds., Provo, Utah: Association for Consumer Research, 410-411.

50. Pechmann, C., M.E. Goldberg, E.T. Reibling and G. Zhao (2001), "Antismoking Advertising Campaigns Targeting Youth in the U.S. and Canada," *Proceedings of the 2001 Conference of the American Academy of Advertising*, C.R. Taylor, ed., Villanova, PA: Villanova University.

51. Pechmann, C. et al. (2001), "Adolescents and Cigarette Advertising in Popular Magazines: The Fifteen Percent Rule and Beyond," *Marketing and Public Policy Conference Proceedings*, Chicago, Illinois: American Marketing Association, 47-51.

52. Pechmann, C and E.T. Reibling (2003), "Research on Antismoking Advertising Messages For Youth," American Public Health Association 2003 Conference Abstracts, http://apha.confex.com/apha/131am/techprogram/paper_59362.htm.

**Published Working Papers (chronological order)**

53. Pechmann, C. and D.W. Stewart (1990), "Advertising Repetition: A Critical Review of Wear-In and Wear-Out," Marketing Science Institute, 90-106.

54. Pechmann, C. and D.W. Stewart (1990), "The Development of a Contingency Model of Comparative Advertising," Marketing Science Institute, 90-108.

55. Pechmann, C. and S. Ratneshwar (1993), "Advertising Versus Prior Beliefs: Does Anti-Smoking and Cigarette Advertising Alter Young Adolescents' Perceptions of Smokers?", Marketing Science Institute, 93-125.

**TECHNICAL REPORT**

56. Pechmann, C. and M.E. Goldberg (1998), "Evaluation of Ad Strategies for Preventing Youth Tobacco Use," report submitted to the California Tobacco Related Disease Research Program.
    - **Highlighted in Tobacco-Related Disease Research Program's "Report of Research from 1990 – 2000," p. 20.**

## PRESENTATIONS AT ACADEMIC CONFERENCES (alphabetical order)

Advertising and Consumer Psychology (1985, 1987, 1995)
American Academy of Advertising (1989, 1992, 2001)
American Diabetes Association (1983)
American Marketing Association (1985-1989, 2004, 2005)
American Public Health Association (2003)
American Psychological Association (1982, 1989-1992, 1994, 1998)
Association for Consumer Research (1987-1996, 1998, 2005)
Evaluation Network/Evaluation Research Society (1982)
Public Policy and Marketing Conference (1994, 2000, 2001)
Society for Consumer Psychology (1997)
Tobacco-Related Disease Research Program, Annual Investigator Meeting (1993, 1997, 1998)

## INVITED PRESENTATIONS (most current listed first)

Stanford University, Department of Marketing, January 2006
University of California Irvine, HCEMBA luncheon talk, July 2005
INSEAD, France, Department of Marketing, April 2005
University of Southern California, Annenberg School for Communication, January 2005
Colorado State University, Ft. Collins, Marketing Dept., November 2004
University of Missouri, Columbia, Marketing Dept., October 2004
Researching Risk Workshop, University of Utah, sponsored by AMA, May 2004

UCI Transdisciplinary Tobacco Use Research PhD trainee program, guest speaker, Spring 2003
University of Pennsylvania, Annenberg Center, Conference on "Reducing Adolescent Risk," June 2002
University of Oregon, Department of Marketing, April 2002
UCLA/USC/UCI Marketing Colloquium, University of California, Los Angeles, April 2002
UCI Transdisciplinary Tobacco Use Research undergraduate class, guest speaker, Fall 2001
American Marketing Association, Doctoral Consortium, University of Miami, June 2001
University of California, Irvine, Graduate School of Management, Corporate Partners, May 2001
Pennsylvania State University, Dept. of Marketing, talks on tobacco research, ITM for MBAs, May 2001
UCI, Transdisciplinary Tobacco Use Research undergraduate class, guest speaker, Fall 2000
University of California, Irvine, Dept. of Psych. & Social Bch., School of Social Ecology, October 2000
Association for Consumer Research Doctoral Consortium, Annual Conference, October 2000
University of Southern California, Instit. for Health Promotion & Disease Prev. Research, July 2000
Georgetown University, School of Business, April 2000
Tri-County Regional Team, Tobacco Education and Prevention, Ventura CA, March 2000
University of California, Irvine, Health Research Seminar, School of Social Ecology, January 2000
University of California, San Diego, Tobacco Control Policies Project, May 1999
University of California, Los Angeles (UCLA), Marketing Camp, January 1999
University of Alabama, Department of Marketing, December 1998
Tobacco-Related Disease Research Program, Annual Investigator Meeting, Plenary Session, Dec 1998
Simi Valley, CA High School Journalism Competition, November 1998
California State Senate Judiciary Committee Hearing on "Antismoking Advertising," October 1998
The Depiction of Tobacco and Illicit Drug Use in Entertainment Forum, June 1998
Project Directors' Meeting, California Department of Health Services, May 1998
University of Pennsylvania, Wharton School of Business Administration, April 1998
University of California, Irvine, Tobacco Research Mini-Conference, March 1998
Dartmouth University, Medical School, Cancer Center, December 1997
California State Senate Judiciary Committee Hearing on "Smoking in the Movies," October 1997
American Marketing Association Doctoral Consortium, University of Cincinnati, August 1997
University of Houston, Department of Marketing, April 1997
Seminar on Conducting Applied Research, CA Dept. of Health Services, Spring 1997
National High School Journalism Convention, CA Dept. of Health Services and Rogers & Assoc., 1996
Televised Press Conference, CA Depart. of Health Services and Rogers & Assoc., 1995
Ph.D. Student Information Session, Association for Consumer Research Conference, October 1995
GSM Corporate Partners and Faculty Speaker Series, June 1995
University of Southern California, UCLA/USC/UCI Marketing Colloquium, June 1995
University of Washington, Department of Marketing, March 1995
Washington State University, Department of Marketing, Winter 1993
Tobacco-Related Disease Research Program, First Scientific Conference, December 1993
American Marketing Association Doctoral Consortium, University of Illinois, August 1993
University of Southern California, Instit. for Health Promotion & Disease Prev. Research, Nov. 1992
University of Southern California, UCLA/USC/UCI Marketing Colloquium, June 1991
University of California, Santa Barbara, Department of Psychology, May 1990

## MEDIA COVERAGE OF RESEARCH (partial list, most current listed first)

- *REAL ORANGE* interview on KOCE-TV, Antismoking Messages in TV Sitcoms, July 15, 2005
- Mike Beirne, Brandweek.com, Effectiveness of anti-smoking messages in sit coms, July 5, 2005
- Gregory, John (2004), "Groundbreaking Research on Antismoking Ads," *i Magazine*, UC Irvine Graduate School of Management, Winter 2004, Issue 4, p. 4.

8

- Burton, Scot et al. (2003), "Certain Themes in Anti-smoking Ads Deter Teens," *Marketing News*, April 14, p. 30.
- Fairclough, Gordon (2002), "Study Slams Philip Morris Ads Telling Teens Not to Smoke," *Wall Street Journal*, May 29, B1.
- Newman, Deirdre (2002), "Ahead of the Curve," *Daily Pilot*, a division of the *LA Times*, Feb. 26.
- *Prevention File* (2001), "A Q&A With Connie Pechmann," Orange County, CA Edition, Spring, 3-4.
- Martelle, Scott & Yi, Daniel (2001), "Diversity Comes with Division," *LA Times*, April 15, B1 & B5.
- Dill, Mallorre (2000), "Butt-Kicking Advertising," *AdWeek*, November 6, p. 28.
- Rose, Jaimee (2000), "Messages that Cut Through the Smoke," *LA Times*, Aug. 20, B2.
- Orange County Newschannel (2000), Prime Story, Report on Antismoking Advertising Campaigns Targeting Youth, August 15.
- Johansson, Catrine (2000), *Irvine Spectrum News*, "Study Dissects Anti-smoking Campaigns' Effect on Teens," July 24-28, A5 & A7.
- Morgan, John (2000), "Movie Ratings Board Gets an 'F' on Smoking," *USA TODAY.com*, May 26.
- Boucher, Philippe (2000), "Rendez-vous with Cornelia (Connie) Pechmann," *Philippe Boucher's Rendez Vous*, May 15, www.tobacco.org.
- Pollay, Jeff (2000), "Silver Smoke Screen. Reality Bites Back," *Brill's Content*, January, p. 120.
- Beck, Jerome (1999), "Unselling Tobacco: An Overview of Counteradvertising Campaigns," *TRDRP Newsletter, News from Tobacco Related Disease Research Program*, Vol. 2, No. 3, Nov., p. 6-8.
- Marketing News (1999), "Identifying Enemy is Key Theme in JM," July 19, p. 45.
- Azar, Beth (1999), "Antismoking Ads that Curb Teen Smoking," *American Psychological Association Monitor*, January, p. 14.
- Garvey, Megan (1998), "US Anti-Smoking Drive Falling Short," *LA Times*, Sept. 9, Metro 1.
- Gellene, Denise (1997), "Anti-Smoke Screen: L. A. County Films Ads to Counter Cigarettes' 'Cool' Movie Image --but Few Theaters Show Them," *LA Times*, Dec. 11, D1 & D5.
- Canadian Broadcast Service (1997), Sunday Morning News Show, Depictions of Smoking in Movies, November.
- Russell, Sabin (1997), "Studios Asked to Deglamorize Smoking: State Legislator Wants Films to Stop Gratuitous Tobacco Use," *San Francisco Chronicle*, Oct. 28, A1.
- ABC World News This Morning (1997), Report on Depictions of Smoking in Movies, Oct. 28.
- Eyewitness News (1997), KABC-TV, LA, Report on Depictions of Smoking in Movies, Oct. 27.
- Vanzi, Max (1997), "Lawmaker Targets On-Screen Smoking," *LA Times*, Oct. 26, A3.
- Adelson, Andrea (1997), "Is Anybody Getting the Picture? Despite Ads, Teen-Age Smoking is Unabated, *The New York Times*, July 16, C1 & C6.
- Parker-Pope, Tara (1997), "Push Against Smoking Opens on Silver Screen", *Wall Street Journal*, May 19, B1 & B6.
- Adelson, Andrea (1997), "California Takes on the Tobacco Industry with a $22 Million Campaign to Discourage Smoking," *The New York Times*, April 4, C2.
- Peterson, Karen S. (1997), "Teens Pick Up on Move Smoking. Study: Turn Them Off with Anti-tobacco Ads," *USA Today*, Jan. 6, D1.
- Alsberg, Peter, (1996), "Up in Smoke," *The Washington Post*, Dec. 29, C5.
- Archibold, Randal C., (1996), "Anti-Tobacco Ads 'Inoculate' Teen Filmgoers in UCI Study," *LA Times*, Dec. 20, B1 & B6.

## OTHER PROFESSIONAL ACTIVITIES

**Service to Academic Community**

Editor

   Journal of Public Policy and Marketing, Special Issue, Social Marketing Initiatives (Spring '02)
 Editorial Review Boards
   Journal of Consumer Research (1992 - present)
   Journal of Public Policy and Marketing (1993 - present)
   Journal of Consumer Psychology (1996 - 2000, 2005 - present)
   Current Issues and Research in Advertising (1998 - present)
   Media Psychology (1995 - present)
   Social Influence (2005 - present)
   Journal of Marketing (1996 - 2005)
   Journal of Marketing Research (1999 - 2003)
Conference Co-chair
   Association for Consumer Research, North American Conference (9/05)
   American Marketing Association Winter Educators' Conference (2/98)
   Tobacco-Related Disease Research Program, Second Scientific Conference (12/97)
   Society for Consumer Psychology Annual Conference (2/97)
Conference Track Chair
   American Marketing Association Winter Educators' Conference, Promotions Track, 1995
   American Psychological Association Annual Conference, Division 23 Track, 1994
Conference Program Committee
   Association for Consumer Research (1991, 1993, 1995, 1997)
Ad Hoc Reviewer
   American Journal of Public Health
   Health Psychology
   Journal of Advertising
   Journal of Business Research
   Journal of American Medical Association (JAMA)
   Journal of Communication
   Journal of Health Communication
   Journal of International Marketing
   Journal of Interactive Marketing
   Journal of Marketing
   Marketing Letters
   National Cancer Institute, Monograph Series on Tobacco
   Nicotine and Tobacco Research
   Prevention Research Center, Berkeley, California
   Psychology and Marketing
   Sloan Management Review
   Tobacco Control
Conference Paper Reviewer
   Association for Consumer Research
   American Marketing Association
   American Academy of Advertising
   Academy of Marketing Science
   Public Policy and Marketing
   Advertising and Consumer Psychology
Dissertation Award Reviewer
   Academy of Marketing Science
   American Marketing Association
   John A. Howard Dissertation Competition
   SCP-Sheth Foundation Dissertation Proposal Competition
   Marketing Science Institute
   Procter & Gamble
Grant Proposal Reviewer or Grant Evaluator
   Louisiana Health Excellence Fund

      Social Sciences and Humanities Research Council of Canada
      Ontario Tobacco Research Unit, University of Toronto
      U.S. National Science Foundation
Textbook Reviewer
      Prentice Hall
      Harper Collins Publishers
      South-Western Publishing Company
External Reviewer for Promotion Cases
      2004-05: Wrote 4 letters

## School and Campus Service (most current listed first)

GSM Faculty Chair, 2004 - 2005
GSM Faculty Advisory Committee 2003 - 2005 (chair in 03-04)
GSM Strategic Planning Committee, 2003 - 2005 (chair)
GSM Masters' Program Committee, 1989-1990, 1995-1996, 1999-2001, 2001-2002 (chair), 2002-2003
GSM Information Technology and Management Program Committee, 1998-2001 (chair)
GSM Computing Committee, 1997-1999
GSM Faculty Advisor to Director of Marketing, 1993-1998
GSM Affirmative Action Committee, 1993-1996
GSM Marketing Area Coordinator, 1994-1995
GSM Undergraduate Educational Policy Committee, 1994
GSM Faculty Executive Committee, 1990-1993
GSM Faculty Recruiting Committee, 1988-1989

UCI Council on Research, Computing & Library Resources, 2003-2007 (chair 04-05)
UCI Academic Senate, Council Representative, 2004-2005
UCI Ad-hoc Reviewer of Faculty Career Development Awards (2005)
UCI Human Subjects' Institutional Review Board, member 1998 - 2001, vice chair 2001-2002
UCI Advisory Board, Extension Program in Marketing Communications, 1988-1998
UCI Pregraduate Mentorship Program, Faculty Mentor, 1995-1996
UCI Advisory Committee on Research Infrastructure and Computing, 1995-1996
UCI Fulbright Campus Committee, 1994
UCI Chancellor's Advisory Committee on Intercollegiate Athletics, 1990-1993

## Professional Affiliations

American Academy of Advertising (AAA)
Association for Consumer Research (ACR)
American Marketing Association (AMA)
American Psychological Association (APA)
American Public Health Association (APHA)
Society for Consumer Psychology (SCP), served as Education and Training Chair

## Consulting – Paid and Pro Bono (most current listed first)

- Robinson, Calcagnie & Robinson, Newport Beach, CA, tobacco litigation (2004 – present)
- PRISM Awards Reviewer (EIC, NIDA, Robert Wood Johnson; pro-bono, 1997 - present)
- Sentinel Awards Reviewer (Hollywood, Health & Society, CDC, NCI; pro-bono, 2005 – present)
- Wilmer Cutler Pickering Hale & Dorr, Washington DC, American Legacy Foundation v. Lorillard (2004 – 2005)
- Consultant on Mary Ann Pentz's smoking prevention media literacy project, USC (2000 - 2005)
- Youth Media Expert Panel, University of Vermont project on antismoking ads (2001 - 2003)
- American Legacy Foundation, Media and Countermarketing Expert Panel (2000 – 2004)
- White House Office of National Drug Control Policy, Behavior Change Expert Panel, National Youth Anti-Drug Media Campaign (1998 - 2004)
- Blumenthal & Markham, San Diego, CA, tobacco litigation (1999 - 2003)

11

- Consultant on Don Helme's antismoking ad research project, Cooper Institute, CO (2001 – 2002)
- US Census Bureau, Advisory Committee of Professional Associations (pro-bono, 1998 – 2002)
- Campaign for Tobacco-Free Kids (tobacco policy expert)
- American Psychological Association (pro-bono), contributed to APA response to FDA Tobacco regs.
- Houston Effler Favat Advertising (now Arnold Advertising; contract with Mass. Dept. Health)
- California Air Resources Board (ICAT Program)
- Merrill Lynch (for Munger, Tolles & Olsen - Attorneys at Law)
- Rogers & Sheffield, Attorneys and Counselors At Law, Santa Barbara, CA
- Osler, Hoskin and Harcourt, Barristers & Solicitors, Toronto, Canada (comparative ad litigation)
- American Savings Bank, Irvine, CA
- CommerceBank, Newport Beach, CA
- San Clemente Savings and Loan, Irvine, CA
- The Nashville Consulting Group, Nashville, TN
- Neighborhood Housing Services, Nashville, TN
- The Vanderbilt University Diabetes Research and Training Center, Nashville, TN
- The Program Evaluation Laboratory, Vanderbilt University, Nashville, TN
- The Veterans Administration Hospital, Nashville, TN

## PERSONAL

Mother of Erica Henrietta Leventhal, born October 25, 2002.
USHGA Para IV Advanced Paraglider pilot and safety observer, 1992-1999.
Institute of European Studies Junior Year Abroad Program, Madrid, Spain, 1979-1980.
Founder and 1st President of Gamma Phi Beta Sorority, Bucknell University, 1978-1979.
Rotary International Exchange Student Program, Cochabamba, Bolivia, 1975-1976.