IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JO ANN B. WILLIAMS, <br> (DOB APRIL 3, 1951) <br> **Plaintiff** <br><br> VS. <br><br> MERCK & CO., INC. <br> **Defendant** | § § § § § § § § § | Civil Action No. 05-6034 |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY <br> LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> JO ANN B. WILLIAMS <br> (DOB APRIL 3, 1951) | § § § § § § § § § § | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

### THE O'QUINN LAW FIRM'S MOTION
### TO WITHDRAW AS ATTORNEY IN CHARGE
### AND REQUEST FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH, Movants herein, ask that this Court allow them to withdraw as attorneys in charge for Plaintiff Jo Ann B. Williams. In support of their motion, Movants show the Court the following

1. Plaintiff is Jo Ann B. Williams; Defendant is Merck & Co., Inc.

2. Plaintiff sued Defendant for Strict Products Liability, Negligence, Misrepresentation and Fraud, Civil Conspiracy and Commercial Bribery, Breach of the Implied Warranty of Merchantability, Breach of the Implied Warranty of Fitness For a Particular Purpose, Breach of Express Warranty, and Gross Negligence/Malice.

3. Discovery is being conducted under this Court's Case Management Order No. 19.

4. The case is not presently set for trial.

### A. STATEMENT OF FACTS

5. Plaintiff was prescribed and ingested the drug Vioxx as directed by a physician. She suffered physical injury and damages arising from the prescription of Vioxx. Plaintiff was using Vioxx in a manner for which it was intended and/or in a reasonably foreseeable manner.

### B. ARGUMENT & AUTHORITIES

6. Pursuant to Louisiana Rules of Professional Conduct 1.16 (b) 4 and 5, there is good cause for this Court to grant the Motion to Withdraw because, Plaintiff Jo Ann B. Williams and the Firm have philosophical differences as to how to prosecute her case and it is not in the best interest of the client for our representation to continue.

7. THE O'QUINN LAW FIRM is, contemporaneously with the filing of this Motion, delivering a copy of the Motion to Ms. Williams and has notified her in writing, by both certified and regular mail, of her right to object to the Motion.

8. The following information is provided pursuant to Louisiana Local Civil Rule 83.2.11:

Ms. Jo Ann B. Williams' last known mailing address is:

P. O. Box 51536

New Orleans Louisiana, 70151

Ms. Jo Ann B. Williams' last known physical address is

2005 Barronne St.

New Orleans, Louisiana 70113

Ms. Jo Ann B. Williams' telephone number is

504-523-3439

9. Following is a list of all pending settings and deadlines in this case:

Plaintiff's Profile Form is due February 6, 2006.

### C. CONCLUSION

10. Because Ms. Jo Ann B. Williams and THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH have philosophical differences as to how best to proceed with the prosecution of her case, THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH request that they be permitted to withdraw as attorneys in charge.

11. The O'QUINN LAW FIRM discussed this matter with the original referring attorney who maintained responsibility for the case, Michael Hingle & Associates, L.C.C.[1] and after discussing this matter with one of Michael Hingle's attorneys, THE O'QUINN FIRM was advised to withdraw and return the file to their office at 220 Gause Blvd., P.O. Box 1129, Slidell, LA. 70458.

12. Accordingly, Movants request that Ron Savre of Michael Hingle & Associates be substituted as counsel in this matter until such time as the court is otherwise advised of that firm's position. Mr. Savre has signed this motion indicating his assent to the substitution of counsel.

### D. PRAYER

WHEREFORE Movants request that THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH be allowed to withdraw as the Attorneys-of-Record for Plaintiff, and Michael Hingle & Associates, L.L.C. and Ron Savre, Attorney, be substituted as counsel on Ms. Williams' behalf, and for such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,
THE O'QUINN LAW FIRM

By: _____
John R. Leach, III
SBN: 12084500
Michael J. Lowenberg
SBN: 24001164
Anthony E. Farah
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002

---

[1] Plaintiff's counsel Stephenie Shapiro specifically spoke with attorney Ron Savre at Michael Hingle & Associates, L.L.C..

3

(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

**AGREED:**

**MICHAEL HINGLE & ASSOCIATES, L. L. C.**

_____
Ron Savre, Attorney

## VERIFICATION

STATE OF TEXAS  §
HARRIS COUNTY  §

Before me, the undersigned notary, on this day personally appeared JOHN R. LEACH, III, a person whose identity is known to me. After I administered an oath to him and upon his oath he stated that he had read The O'Quinn Law Firm's Motion to Withdraw and that the facts stated therein are within his personal knowledge and are true and correct.

_____
JOHN R. LEACH, III

SUBSCRIBED AND SWORN to before me on this 31st day of October, 2006.

SUSAN CASTILLO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 27, 2010

_____
Notary Public for the State of Texas

03/27/2010
My commission expires

4

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Motion to Withdraw as Attorney in Charge and Request for Substitution of Counsel, and Proposed Order were served on the _1_ day of _November_, 2006, as described below to the Plaintiff and all counsel of record in accordance with the Federal Rules of Civil Procedure, the Local Rules of Court for the Eastern District of Louisiana, and more specifically, this Court's orders as entered in the MDL No. 1657:

Mr. Wilfred P. Coronato  
Hughes Hubbard & Reed LLP  
101 Hudson Street, Suite 3601  
Jersey City, New Jersey 07302-3918  
**Attorney for Defendant Merck**

Attn: Ron Savre Via U.S. Mail  
Michael Hingle & Associates, L. L. C.  
220 Gause Blvd.  
P.O. Box 1129  
Slidell, LA 70458

Jo Ann B. Williams [CMRRR# 7006 0810 0000 1725 0414 and Regular U.S.Mail]  
P. O. Box 51536  
New Orleans Louisiana, 70151

All Counsel of Record Via LexisNexis File & Serve:

By: _____  
      John R. Leach, III