IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -6  AM 9: 12
LORETTA G. WHYTE
      CLERK
```

| | | |
|---|---|---|
| JO ANN B. WILLIAMS, (DOB APRIL 3, 1951) **Plaintiff** | § § § § | |
| VS. | § § | Civil Action No. 05-6034 |
| MERCK & CO., INC. **Defendant** | § § § | |

---

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: JOANN B. WILLIAMS (DOB APRIL 3, 1951) | § § § § § | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER ON THE O'QUINN LAW FIRM'S MOTION TO WITHDRAW AS ATTORNEY IN CHARGE AND REQUEST FOR SUBSTITUTION OF COUNSEL

After considering THE O'QUINN LAW FIRM'S, JOHN R. LEACH, III'S; MICHAEL J. LOWENBERG'S and ANTHONY E. FARAH's Motion to Withdraw as attorneys in charge, the Court is of the opinion that Movants' motion should be in all things GRANTED. It is therefore:

**ORDERED** that Movants THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH are hereby withdrawn as attorneys in charge for Jo Ann B. Williams.

```
___ Fee_____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No_____
```

It is **FURTHER ORDERED** that Ron Savre of Michael Hingle & Associates, L.L.C. is substituted as attorney in charge for Jo Ann B. Williams.

SIGNED on November 3, 2006.

*/s/ Eldon E. Fallon*
**JUDGE ELDON E. FALLON**

AGREED:

**Michael Hingle & Associates, L. L. C.**

*/s/ Ron Savre*
Ron Savre
For the Firm