UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -1  AM 11: 19

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION §§§ | MDL Docket No. 1657 |
| | | SECTION:  L |
| | | JUDGE FALLON |
| | | MAG. JUDGE KNOWLES |

ELLA BURKS, INDIVIDUALLY AND §
AS PERSONAL REPRESENTATIVE §
OF THE ESTATE OF KATHERINE §
ROSS, OSCAR BURKS, CHRISTOPHER§
ROSS, PHILLIP ROSS, ZANDRA §
PLATT, AND NICOLE PIERCE, §

     Plaintiffs §

v. §

MERCK & CO., INC., §

     Defendant §

Civil Action No. 05-2364 §

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Roberts & Roberts, a Professional Corporation engaged in the practice of law, and respectfully moves for leave to withdraw as counsel of record in representing Plaintiffs Ella Burks, Individually and as Personal Representative of the Estate of Katherine Ross, Oscar Burks, Christopher Ross, Phillip Ross, Zandra Platt, and Nicole Pierce, in the above styled and numbered civil action, and in support of, states as follows:

1.     Plaintiffs Ella Burks and Oscar Burks are the surviving parents of Katherine Ross, who died on April 8, 2003.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

2.      Plaintiffs Christopher Ross, Phillip Ross, Zandra Platt, and Nicole Pierce are the sole surviving children of the late Katherine Ross. Said Plaintiffs are the sole surviving statutory beneficiaries of the late Katherine Ross.

3.      Plaintiff Ella Burks brought this civil action against Merck & Co., Inc. on behalf of the late Katherine Ross and her estate as well as all surviving statutory beneficiaries of the late Katherine Ross.

4.      Plaintiff Ella Burks has now requested that Roberts & Roberts withdraw as counsel of record in the above styled and numbered civil action.

5.      Said Plaintiff has received a copy of this Motion to Withdraw as Counsel, and is unopposed to said Motion.

6.      Said Plaintiff has been notified of all current deadlines and pending court appearances relating to the above styled and numbered civil action.

7.      Said Plaintiff has released Roberts & Roberts from further responsibility in preserving, protecting, or prosecuting the claims relating to the above styled and numbered civil action.

8.      Said Plaintiff understands that other legal counsel will need to be retained immediately to preserve, protect, and prosecute the claims relating to the above styled and numbered civil action.

9.      Said Plaintiff has requested that all further notices and other communications relating to the above styled and numbered civil action be directed to said Plaintiff at the following present address:

> Ella M. Burks
> 619 North Parkdale
> Tyler, Texas 75702
> (Telephone: 903-595-2862).

WHEREFORE, PREMISES CONSIDERED, Roberts & Roberts prays for an order permitting its withdrawal in the above styled and numbered civil action, and for such other and further relief, general and specific, legal and equitable, to which it is justly entitled.

Respectfully submitted,

ROBERTS & ROBERTS

BY: _____
RANDELL C. ROBERTS
Bar No. 17016490
STEVEN S. SCHULTE
Bar No. 24051306
Roberts & Roberts
118 W. Fourth
Tyler, TX  75701-4000
Fax: (903) 597-1600
Ph:  (903) 597-6655
randy@robertslawfirm.com
steve@robertlawfirm.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiffs Ella Burks has been notified of all deadlines and pending court appearances by certified mail.  There are no current pending deadlines or court appearances.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Postal Service Certified Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 8(B), and mailed via U.S. Postal Service Certified Mail to

the Plaintiff's address, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of October, 2006.

ROBERTS & ROBERTS

BY: _____

RANDELL C. ROBERTS
Bar No. 17016490
STEVEN S. SCHULTE
Bar No. 24051306
Roberts & Roberts
118 W. Fourth
Tyler, TX  75701-4000
Fax: (903) 597-1600
Ph:  (903) 597-6655
randy@robertslawfirm.com
steve@robertlawfirm.com

Attorneys for Plaintiffs

ACKNOWLEDGMENT

I have been provided a copy of this Motion to Withdraw as Counsel and am unopposed to said Motion in my individual as well as representative capacity.  I have been notified of all current deadlines and pending court appearances. I have authorized Roberts & Roberts to withdraw as counsel in the above styled and numbered civil action.

Signed and Dated on October 2 7   , 2006.

_____
Ella M. Burks