UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -6  AM 9: 12
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION § § § § § § | MDL Docket No. 1657<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| ELLA BURKS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KATHERINE ROSS, OSCAR BURKS, CHRISTOPHER ROSS, PHILLIP ROSS, ZANDRA PLATT, AND NICOLE PIERCE,<br><br>    Plaintiffs<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant<br><br>Civil Action No. 05-2364 | § § § § § § § § § § § § § § § § § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

BE IT REMEMBERED that on this day came on to be heard Roberts & Roberts' Motion to Withdraw as Counsel, and the Court after considering said Motion, is of the opinion that said Motion should be and is hereby GRANTED.

It is therefore ORDERED that Roberts & Roberts and its attorneys be and the same are hereby dismissed and excused from further representing the Plaintiffs.

It is further ORDERED that Roberts & Roberts and its attorneys be and the same are hereby relieved of any further obligations as counsel of record for Plaintiffs in the above styled and numbered civil action.

It is further ORDERED that all further notices and other communications be directed to the Plaintiffs at the following address until further notice:



Ella M. Burks
619 North Parkdale
Tyler, Texas 75702
(Telephone: 903-595-2862)

SIGNED this 3rd day of November, 2006.

_____
JUDGE PRESIDING