FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -2  PM 1: 55

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BETTY OCHELLO** | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 05-6603 |
| | * | |
| **MERCK& CO.,** | * | |
| **AND DR. PHUONG VO** | * | SECTION "L" |
| | * | |
| | * | MAGISTRATE (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW

On Motion of Allan Berger and John D. Sileo with the law firm of Allan Berger & Associates, P.L.C., and William P. Connick with the law firm of Connick and Connick, and on suggesting to the court that they have hereto represented the plaintiff in this case, but that they are no longer counsel for plaintiff and desire to withdraw from this cause. Petitioner, Betty Ochello, has been notified of this Motion to Withdraw and a copy of certified return receipt card and letter are attached. Notices and correspondences may be sent to plaintiff, Betty Ochello, 5133 Oak Drive, Marrero, LA 70072.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

ALLAN BRGER & ASSOCIATES, PLC

_____
John D. Sileo (La. Bar No. 17797)
**Allan Berger (La. Bar No. 2977)**
473 Canal St.
New Orleans, LA 70119-5972
(504) 486-9481
E-mail: aberger@allan-berger.com

William P. Connick
2551 Metairie Road
Metairie, Louisiana 70001
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same in the United States mail, postage prepaid, this 2 day of November, 2006.

_____
JOHN D. SILEO