LAW OFFICES OF
# ALLAN BERGER & ASSOCIATES, P.L.C.
4173 CANAL STREET
NEW ORLEANS, LOUISIANA 70119-5972
TELEPHONE: (504) 486-9481
TOLL FREE: 1-877-820-3198
FAX: (504) 483-8130

ATTORNEYS:
ALLAN BERGER, J.D.
JOHN D. SILEO, J.D.
ARTHUR J. O'KEEFE, J.D.

LEGAL ASSISTANT:
AMANDA MAILLHO

FINANCIAL ADMINISTRATOR:
SUE PIPER

DRUG LITIGATION ADMINISTRATOR:
MELANIE A. BRENNAN

October 27, 2006

CERTIFIED MAIL
Ms. Betty Ochello
5133 Oak Drive
Marrero, Louisiana  70072

Re:   Vioxx Litigation
      Betty Ochello vs. Merck & Co., et al
      **Civil Action No. 05-6603, Section L**

Dear Ms. Ochello:

As per your conversation with John D. Sileo and William P. Connick, we are withdrawing as counsel of record in the above referenced case. There are no trial dates in your case set at this time.

As per your request, we have enclosed a copy of all your medical records in our possession, as well as a copy of your Petition for Damages. Please have your new attorney contact us at the above number and we will be happy to provide him with any further information he requests.

We are sorry we were not able to pursue this case on your behalf. If we can be of assistance to you in the future, please do not hesitate to contact us.

With kindest regards, I am

Sincerely yours,

John D. Sileo

JDS/mb
Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Betty L. Ochello     ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br>Ms. Betty Ochello<br>5133 Oak Drive<br>Marrero, LA 70072 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br>OCT 28 2006 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0003 2703 8605 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES POSTAL SERVICE   NEW ORLEANS, LA 701
28 OCT 2006 PM 2

• Sender: Please print your name, address, and ZIP+4 in this box •

LAW OFFICES OF
ALLAN BERGER & ASSOCIATES
4173 CANAL STREET
NEW ORLEANS, LA 70119-5972