UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -6 AM 9: 07
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| **This document relates to:** | * | JUDGE FALLON |
| | * | |
| Mary R. Dangerfield v. Merck & Co., Inc., 05-cv-5984 | * | MAG. JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other. The Plaintiff shall make the necessary changes to Lexis/Nexis File+Serve pursuant to Pre-Trial Order No. 8B.

IT IS SO ORDERED.

ENTERED this 3rd day of November, 2006.

Hon. Eldon Fallon, U.S.D.J.