UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Motion for Leave to File Plaintiff's Reply to Merck's Opposition To Plaintiff's Motion *in Limine* To Exclude Evidence Regarding Plaintiff's Prior Criminal History and Drug Use Under Seal and to Submit Exhibits In Camera and Under Seal,

IT IS ORDERED that Plaintiff be and hereby is granted leave to file his Reply to Merck's Opposition To Plaintiff's Motion *in Limine* To Exclude Evidence Regarding Plaintiff's Prior Criminal History and Drug Use under seal and to submit the accompanying exhibits in camera and under seal.

NEW ORLEANS, LOUISIANA, this 3rd day of November, 2006.

DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.