U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   11 - 1 - 06

LORETTA G. WHYTE
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Vioxx | **MDL DOCKET NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | Section L |
| THIS DOCUMENT RELATES TO: | |
| Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v. | Mag. Judge Knowles |
| MERCK & CO., INC. | |

# JEROME AVORN, M.D.

# (VIDEO) DEPOSITION

# ~~PLAY LISTS~~

*played for jury on 10-31-06.*

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

 **Avorn, Jerome L. (Vol. 01) - 06/29/2006**                    1 CLIP  (RUNNING 02:10:21.354)

 Avorn-trial-6-29-06

**AVORN 1**                        **139 SEGMENTS  (RUNNING 02:10:21.354)**

**1. PAGE 31:02 TO 34:06  (RUNNING 00:02:26.217)**

```
       02          Q.    Good afternoon, Doctor.
       03          A.    Good afternoon.
       04          Q.    Would you please introduce
       05  yourself to the members of the jury.
       06          A.    Yes.  My name is Jerry
       07  Avorn.
       08          Q.    And where do you currently
       09  live, sir?
       10          A.    In Brookline, just outside
       11  of Boston, Massachusetts.
       12          Q.    And do you hold any academic
       13  positions?
       14          A.    Yes.  I'm a professor of
       15  medicine at Harvard Medical School.
       16          Q.    And do you hold any other
       17  professional positions at Harvard Medical
       18  School?
       19          A.    Yes.  I am the chief of the
       20  division of pharmacoepidemiology and
       21  pharmacoeconomics at the Brigham and
       22  Women's Hospital, which is one of the
       23  main Harvard teaching hospitals.
       24          Q.    And would you tell us a
00032:01  little bit about the division of
       02  pharmacoepidemiology and
       03  pharmacoeconomics?
       04          A.    Yes.  That's a division that
       05  I was asked to start in 1997, and it
       06  opened its doors in 1998.  And it is a
       07  collection of 25 researchers of whom
       08  there's 11 faculty, and the rest are
       09  programmers and research assistants and
       10  administrators.  And our main agenda is
       11  the study of patterns of medication use,
       12  side effects caused by drugs, good
       13  effects caused by drugs, the cost
       14  effectiveness of drugs, the impact of
       15  policy such as reimbursement and other
       16  sorts of policy on how doctors prescribe
       17  drugs, how patients use drugs, and,
       18  finally, the way that physicians make
       19  prescribing decisions and how those
       20  decisions can be made better.
       21          Q.    And forgive me if
       22  occasionally I ask you to explain some
       23  terms.
       24                You mentioned the term
00033:01  "pharmacoepidemiology."  Would you please
       02  describe what that is?
       03          A.    Sure.  That is the study of
       04  the beneficial and adverse effects of
       05  drugs as seen in, quote, the real world
       06  as typical doctors and typical patients
       07  use those medications, both the good
```

## 25964 Mason v Merck

```
08    effects and the bad effects.
09         Q.    And what about the term
10    "pharmacoeconomics"?
11         A.    Pharmacoeconomics is the
12    study of the relationship between what a
13    drug does and what its cost is.  So, we
14    try to understand whether a given drug is
15    worth its price and whether it's cost
16    effective, whether it might even save
17    money for the healthcare system, and how
18    those balance out.
19         Q.    How is your division funded,
20    Dr. Avorn?
21         A.    Primarily by our
22    peer-reviewed research grants from the
23    National Institutes of Health, which is,
24    of course, the federal agency that
00034:01    supports scientific research.  We also
02    receive money from foundations that are
03    devoted to, let's say, arthritis and
04    other areas that we are concerned in.
05    And we also will accept research grants
06    from pharmaceutical companies.
```

**2. PAGE 35:09 TO 36:15 (RUNNING 00:00:54.207)**

```
09              I'd like to go through some
10    of your education and experience a little
11    bit.  Okay?
12         A.    Sure.
13         Q.    All right.
14              Would you please tell the
15    men and women of the jury a little bit
16    about your educational background, how
17    you became a professor of medicine at
18    Harvard?
19         A.    Sure.  In brief, I grew up
20    in New York City.  I went to Columbia as
21    an undergrad.  I then went to Harvard
22    Medical School, where I was awarded the
23    M.D. degree in 1974.  I then did my
24    internship and residency in various of
00036:01    the Harvard teaching hospitals and became
02    certified in internal medicine.  And
03    around the time that I was a resident, I
04    also began teaching at the medical school
05    in a variety of areas that primarily
06    related to medication use.
07         Q.    Do you currently teach
08    medical students and residents at
09    Harvard?
10         A.    Yes.  That's where I just
11    came from an hour ago.
12         Q.    Okay.
13              And do you conduct
14    independent research?
15         A.    Yes, I do.
```

**3. PAGE 36:18 TO 39:02 (RUNNING 00:01:56.972)**

```
18              In what medical and
19    scientific fields do you conduct medical
20    research?
21         A.    The utilization of drugs by
22    doctors, the side effects of those drugs,
23    the utilization of drugs by patients, the
24    relationship between the healthcare
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
00037:01   system and medication use, and in
      02   general, the outcomes of drug use and how
      03   it can be improved.
      04         Q.   Now, you mentioned Brigham
      05   and Women's Hospital.  Does the division
      06   that you head have any relationship to
      07   the day-to-day function of the Brigham
      08   and Women's Hospital?
      09         A.   Yes.  One of the missions of
      10   our division is to help advise the
      11   hospital about what medications should be
      12   used at the hospital and also to teach
      13   the interns and residents and medical
      14   students and physicians who are
      15   practicing at the hospital about the best
      16   way to use the drugs that are on our list
      17   of drugs or the formulary.
      18         Q.   Okay.
      19              Now, you previously
      20   described to the members of the jury
      21   pharmacoepidemiology, pharmacoeconomics.
      22   You also mentioned that you do research
      23   in the field of looking at the factors
      24   that affect prescribing choices of
00038:01   physicians?
      02         A.   That's right.
      03         Q.   Okay.
      04              Would you describe your
      05   particular interest in that area?
      06         A.   Sure.  The first paper I
      07   published in that area was actually back
      08   in 1982 in which I was interested in how
      09   doctors make decisions about what drugs
      10   to use.  And I was interested in whether
      11   -- the balance between the information
      12   that we as prescribers get from the
      13   medical literature versus from commercial
      14   sources like advertising or sales reps.
      15   And so we did a study of primary care
      16   docs in the Boston area, and we asked
      17   them where they got their information
      18   from, and then we gave them little
      19   quizzes about the drugs that they
      20   commonly used.  And although they thought
      21   that they got most of their information
      22   from just reading the medical journals,
      23   in fact, what our quiz showed was that a
      24   lot of what they believed actually came
00039:01   from what you could only find in ads or
      02   from sales reps.
```

**4. PAGE 42:16 TO 44:03 (RUNNING 00:00:59.000)**

```
      16              Have you published in each
      17   of the areas that you've identified,
      18   pharmacoepidemiology, pharmacoeconomics,
      19   and physician drug practices?
      20         A.   Yes, I have.
      21         Q.   In the course of your
      22   career, Dr. Avorn, have pharmaceutical
      23   companies funded some of your research?
      24         A.   Yes.  As I said, we do have
00043:01   research support from a number of drug
      02   companies.
      03         Q.   Do these include some of the
      04   studies that you have conducted with
      05   respect --
```

```
06              Well, first of all, let me
07  back up.
08              Have you studied the class
09  of drugs that we'll talk about here today
10  called nonsteroidal anti-inflammatory
11  drugs or NSAIDs?
12       A.    That's right.
13       Q.    And have you studied COX-2
14  drugs?
15       A.    That's right.  We've been
16  looking at that class of drugs since
17  before 1990.
18       Q.    Okay.
19              And have you received grants
20  and funds from various pharmaceutical
21  companies to study that class of drugs?
22       A.    Yes.  Both drug companies
23  and also the National Institutes of
24  Health.
00044:01       Q.    Would you tell us some of
02  the drug companies who have funded your
03  research?
```

**5. PAGE 44:08 TO 48:05 (RUNNING 00:02:42.324)**

```
08       A.    In general, Pfizer, Glaxo,
09  Pharmacia, Kabi, Merck.
10       Q.    Are you currently being
11  funded by Merck?
12       A.    Yes.  Dr. Solomon in our
13  group has a project in which I'm
14  participating in which Merck has funded
15  us to look at the underuse of drugs for
16  osteoporosis or bone thinning.
17       Q.    And have you been funded by
18  Merck to do studies in the field of COX-2
19  drugs including Vioxx?
20       A.    Yes, we have.
21       Q.    Other than your experience
22  with Vioxx, which we'll talk about during
23  the course of this deposition, putting
24  that aside for a moment, how would you
00045:01  have described your experience with
02  Merck?
03       A.    Other than with our Vioxx
04  experience?
05       Q.    Yes.
06       A.    I always thought of Merck as
07  the most respected, upstanding, careful
08  pharmaceutical company in the country, as
09  most everybody else did back in, let's
10  say, the 1980s and early '90s.
11       Q.    Was your, and we'll talk
12  about this, but was your experience with
13  Merck different with respect to the COX-2
14  drugs?
15       A.    Yes, it was.
16       Q.    Do you currently hold any
17  leadership appointments within your
18  field?
19       A.    Well, I have served in the
20  past as the president of the
21  International Society for
22  Pharmacoepidemiology, which is the main
23  professional body of researchers all
24  around the world who study drug side
00046:01  effects and drug utilization and drug
```

## 25964 Mason v Merck

```
02   cost effectiveness.
03        Q.    And are you licensed to
04   practice medicine?
05        A.    Yes, I am, in Massachusetts.
06        Q.    And are you board certified
07   in any specialty of medicine?
08        A.    Internal medicine.
09        Q.    Do you supervise the
10   treatment of patients at Harvard's
11   Brigham and Young -- Brigham Hospital?
12        A.    Brigham and Women's, yes, I
13   do.
14        Q.    Has there ever been a time
15   in the past 20 years where you have not
16   treated or supervised treatment of
17   patients?
18        A.    No.  I've treated or
19   supervised continuously pretty much since
20   I got my M.D.
21        Q.    Okay.
22              Do you specialize in the
23   treatment of any particular patient
24   populations, Dr. Avorn?
```
```
00047:01       A.    I've had a particular
02   expertise and interest in medication use
03   in the elderly, people over 65.
04        Q.    As an internist, do you
05   supervise the treatment of patients with
06   chronic pain conditions such as
07   arthritis?
08        A.    Sure.
09        Q.    As an internist, you
10   supervise patients with acute pain
11   conditions?
12        A.    Yes.
13        Q.    How about cardiovascular
14   disease?
15        A.    Certainly.
16        Q.    Okay.
17              Have you had occasion to
18   prescribe or supervise the prescription
19   of medications for patients at the
20   Brigham Hospital, including nonsteroidal
21   anti-inflammatory drugs?
22        A.    Yes.
23        Q.    In addition to your --
24              Let me talk for a moment
```
```
00048:01   about your publications, Doctor.
02   Approximately how many original articles
03   have you written for the peer-reviewed
04   medical literature?
05        A.    About 200.
```

**6. PAGE 48:12 TO 49:13 (RUNNING 00:00:46.845)**

```
12        Q.    What are some of the
13   medical, the peer-review medical journals
14   in which you have been published?
15        A.    The New England Journal of
16   Medicine, the Journal of the American
17   Medical Association, the British Medical
18   Journal, Health Affairs, the Archives of
19   Internal Medicine, the Annals of Internal
20   Medicine and a few dozen others.
21        Q.    Okay.
22              Have you been now or --
23              Are you now or have you been
```

### 25964 Mason v Merck

```
        24  a peer reviewer yourself?
00049:01       A.    Yes.  I regularly review
        02  articles for the New England Journal of
        03  Medicine and for JAMA in particular,
        04  "JAMA" being the Journal of the American
        05  Medical Association.
        06       Q.    Thank you.
        07             Has your publications  --
        08             Has your work as an
        09  academician in publishing information
        10  been recognized generally?
        11       A.    Yes.
        12       Q.    Would you tell us a little
        13  bit about that?
```

**7. PAGE 50:01 TO 50:10 (RUNNING 00:00:16.355)**

```
00050:01             THE WITNESS:  That I was
        02             identified by the scientific body
        03             that keeps track of all medical
        04             references in the world as one of
        05             the most highly cited researchers
        06             in the field of medicine and
        07             social science because of the
        08             number of citations to my research
        09             that have been in the medical
        10             literature.
```

**8. PAGE 50:12 TO 51:20 (RUNNING 00:01:11.286)**

```
        12       Q.    Doctor, have you published
        13  specifically about the safety of Vioxx?
        14       A.    Yes, I have.
        15       Q.    Have you published
        16  specifically regarding the safety of
        17  COX-2 drugs including both Vioxx and
        18  Celebrex?
        19       A.    Yes.
        20       Q.    Have you published
        21  specifically about the safety of
        22  nonsteroidal anti-inflammatory drugs?
        23       A.    That's right.
        24       Q.    How long have you been
00051:01  publishing in that particular field?
        02       A.    I think the first paper on
        03  nonsteroidals was one that I did with Dr.
        04  Gurwitz that I believe was in the Journal
        05  of the American Medical Association back
        06  in 1990.
        07       Q.    Have you published
        08  specifically about Merck's conduct in
        09  their communication of risk and benefit
        10  of Vioxx to physicians?
        11       A.    I've written about that,
        12  yes.
        13       Q.    Dr. Avorn, from the almost
        14  200 peer-reviewed articles that are in
        15  your curriculum vitae, I have pulled
        16  documents from your peer-reviewed
        17  documents, the articles which I'm going
        18  to hand to you as an exhibit, and they
        19  would be Exhibits 2 through 15.
        20       A.    Right.
```

**9. PAGE 55:15 TO 55:19 (RUNNING 00:00:07.000)**

```
        15       Q.    Would these be the articles
        16  that you have written in the
```

## 25964 Mason v Merck

```
17   peer-reviewed medical literature
18   pertaining to nonsteroidal
19   anti-inflammatory drugs?
```

**10. PAGE 55:22 TO 56:14  (RUNNING 00:00:27.572)**

```
22               Yes, that's some of them.
23        Q.    Okay.
24               Would that include articles
00056:01  you've written on various COX-2 drugs
02   including Vioxx?
03        A.    Yes.
04        Q.    Are any of these studies
05   funded by Merck?
06        A.    Yes.  The one from
07   Circulation that appeared in 2004 was
08   supported by Merck.  And several of the
09   others were based on our research funded
10   by Merck as well.
11        Q.    Could you identify the
12   article that was supported by Merck?
13        A.    Sure.
14        Q.    And identify it by exhibit
```

**11. PAGE 56:15 TO 60:13  (RUNNING 00:04:08.812)**

```
15   number.
16        A.    Sure.
17               (Witness reviewing
18   documents.)
19               Okay.  One of them is
```

AVORN01 - avorn01

```
20   Exhibit Number 7, which is the one that
21   appeared in the journal called
22   Circulation in 2004.
```

AVORN02 - avorn02

```
23               There's another one that
24   appeared in the journal called
00057:01  Epidemiology in 2005 that was also
02   supported by Merck.
03        Q.    And the title of that --
04        A.    I'm sorry.
05        Q.    Those both involve Vioxx?
06        A.    Yes.  Those are both about
07   the COX-2 drugs, which were basically
08   Vioxx and Celebrex primarily.
```

AVORN03 - avorn03

```
09               There's also a paper we had
10   in the New England Journal of Medicine in
11   2004 called "Medicaid Prior-Authorization
12   Programs and the Use of COX-2
13   Inhibitors," and we acknowledge there
14   that we also were receiving a grant from
15   Merck which contributed to that study.
16               I'm checking carefully
17   because we usually don't pay attention to
18   who's paying for the study when we do the
```

-KEAVORN03 - Clear Attached Exhibit AVORN03

```
19   work.
```

### 25964 Mason v Merck

```
20               We acknowledged in a paper
21  that came out in the Journal of Clinical
22  Epidemiology in 2005 about physician
23  preferences in relation to the use of
24  COX-2 drugs like Vioxx and Celebrex in
00058:01  which we received funding from Merck, but
02  Merck did not specifically fund that
03  study.
04               There's another paper here,
05  Exhibit Number 13, "Cardiovascular
```

**AVORN04 - avorn04**  

```
06  Outcomes in New Users of Coxibs and
07  NSAIDs," that also acknowledges that
08  we've received support from Merck to do
09  that work.
10               Not that one.
```

**-KEAVORN04 - Clear Attached Exhibit AVORN04**  

```
11               So, that's pretty much it.
12       Q.    Have you written any books
13  which pertain to issues of drug safety?
14       A.    Yes, I have.
15       Q.    Doctor, I'm going to hand
16  you a book.  I'm not going to mark it as
17  an exhibit unless we have to.  Is that
18  the book that you've written?
19       A.    Yes.  "Powerful Medicines:
20  The Benefits, Risks, and Costs of
21  Prescription Drugs."  It came out in
22  2004.
23       Q.    Doctor, have you been a
24  consultant for the United States Food &
00059:01  Drug Administration at any time in the
02  past?
03       A.    Yes, I have.
04       Q.    Would you describe for the
05  members of the jury what that is about?
06       A.    Sure.  There was a
07  medication on the market called Lotronex,
08  which was a drug for irritable bowel
09  syndrome.  And there was a concern that
10  it was causing severe side effects, even
11  death, in patients who took it, and the
12  FDA was trying to determine whether its
13  safety was such that it should be kept on
14  the market or pulled from the market.
15  And the FDA asked me to consult with it
16  as part of its Advisory Committee that
17  would look at the safety of that drug.
18       Q.    Have you testified before
19  the United States Congress on issues
20  relating to drug safety and healthcare
21  policy?
22       A.    Yes.  On a number of
23  occasions, I was invited to testify by
24  the U.S. Senate, Special Committee on
00060:01  Aging, the House Committee on Aging, and
02  other committees of Congress about
03  medication effects.
04       Q.    Have you advised the
05  President of the United States on drug
06  safety or drug policy?
07       A.    I was invited by a
```

## 25964 Mason v Merck

```
08    transition team of the president-elect to
09    advise about drug policy.
10            Q.    And have you received grants
11    from the National Institute of Health to
12    conduct your research?
13            A.    Yes.
```

**12. PAGE 62:12 TO 63:19  (RUNNING 00:01:04.000)**

```
12            Q.    Dr. Avorn, are you prepared
13    to offer the jury in this case your
14    professional opinions regarding the drug
15    Vioxx manufactured by Merck?
16            A.    Yes.
17            Q.    During the time that Vioxx
18    was on the market, did you have occasion
19    to speak with Merck officials concerning
20    Vioxx?
21            A.    Yes.
22            Q.    During the time that Vioxx
23    was on the market, did you formulate
24    opinions regarding Vioxx's safety,
00063:01    efficacy and its cardiovascular risk?
02            A.    Yes.
03            Q.    Did you share those opinions
04    with Merck?
05            A.    Yes.
06            Q.    Until 2004, when Vioxx was
07    no longer available on the market, were
08    you asked to present your scientific and
09    medical opinions on Vioxx and other
10    NSAIDs, including naproxen, which we'll
11    talk about, at national and international
12    scientific and professional meetings?
13            A.    Yes.
14            Q.    During the time Vioxx was on
15    the market and shortly thereafter, did
16    you publish articles and editorials in
17    the peer-reviewed literature concerning
18    the FDA's role in evaluating Vioxx?
19            A.    I did.
```

**13. PAGE 63:23 TO 64:06  (RUNNING 00:00:17.380)**

```
23                  When you were formulating
24    these opinions and publishing them in the
00064:01    medical literature, were you consulting
02    with any lawyers like myself who were
03    representing individuals who claim that
04    they were injured as a result of Vioxx?
05            A.    No.  I try to avoid
06    consulting with lawyers whenever I can.
```

**14. PAGE 64:18 TO 66:08  (RUNNING 00:01:20.000)**

```
18            Q.    When is the first time you
19    met with any lawyer representing people
20    who claimed injuries as a result of
21    Vioxx?
22            A.    I would say the only time I
23    actually -- well, the first time I
24    actually met with anybody, as opposed to
00065:01    calling them back and saying no thank
02    you, would have been May of '05.
03            Q.    Since May of 2005 when you
04    first had your meeting with lawyers
05    representing people who claim injuries as
06    a result of Vioxx, have you been provided
```

## 25964 Mason v Merck

```
07   with additional materials that you had
08   not had an opportunity to see while you
09   were conducting studies involving Vioxx,
10   NSAIDs and COX-2s?
11        A.    Yes.  There was a lot of
12   material that came out as a result of the
13   discovery process that I had not had
14   access to before.
15        Q.    Have you formed additional
16   opinions since May of 2005 as a result of
17   reviewing those additional documents that
18   were provided to you?
19        A.    Yes.
20        Q.    Are you prepared to offer
21   those additional opinions to the members
22   of the jury today?
23        A.    Sure.
24        Q.    Doctor, are all the opinions
00066:01   that you will testify about today,
02   whether they were formed before you were
03   retained as an expert in this litigation
04   or since you were retained as an expert
05   in this litigation, opinions that you
06   hold to a reasonable degree of medical
07   and scientific certainty?
08        A.    Definitely.
```

**15.  PAGE 109:11 TO 109:16  (RUNNING 00:00:09.001)**

```
11                  Have you carefully studied.
12   Vioxx?
13        A.    Yes, I have.
14        Q.    And have you carefully
15   studied Merck's conduct?
16        A.    Yes, I have.
```

**16.  PAGE 109:18 TO 110:13  (RUNNING 00:00:47.126)**

```
18                  Do you have an opinion that
19   you hold to a reasonable degree of
20   medical certainty as to whether or not
21   Vioxx is a drug for which the risks
22   outweigh the benefits?
23        A.    Yes, I have that opinion.
24        Q.    What is that opinion?
00110:01        A.    That Vioxx's risks do indeed
02   outweigh its benefits, which is the view
03   that the FDA agreed with as well.
04        Q.    And do you have an opinion
05   that you hold to a reasonable degree of
06   medical certainty as to whether or not
07   Merck accurately conveyed through all of
08   its activities, publications, detailing,
09   direct-to-consumer advertising, labeling,
10   "Dear Doctor" letters, et cetera,
11   effectively communicated the risks and
12   benefits so doctors can make
13   evidence-based prescribing decisions?
```

**17.  PAGE 110:18 TO 110:19  (RUNNING 00:00:02.064)**

```
18                  THE WITNESS:  Yes, I have
19             such an opinion.
```

**18.  PAGE 110:21 TO 110:22  (RUNNING 00:00:01.254)**

```
21        Q.    Okay.
22                  And what is that opinion?
```

## 25964 Mason v Merck

**19. PAGE 110:24 TO 111:10 (RUNNING 00:00:25.857)**

```
        24              THE WITNESS: That Merck's
00111:01        conduct over the research program
        02      and analysis of its data and
        03      communication of those data to
        04      physicians, to patients, even to
        05      FDA, was inadequate in that it
        06      failed to truthfully represent
        07      what was known to Merck at the
        08      time about the risks of its drug
        09      in relation to the cardiovascular
        10      symptoms.
```

**20. PAGE 112:02 TO 112:05 (RUNNING 00:00:08.912)**

```
        02      Q.    Do you have an opinion as to
        03      whether or not Merck acted reasonably and
        04      prudently in communicating the risks of
        05      Vioxx to physicians?
```

**21. PAGE 112:11 TO 113:07 (RUNNING 00:00:33.000)**

```
        11              THE WITNESS: As someone who
        12      has conducted years of research on
        13      how physicians make prescribing
        14      decisions in relation to what
        15      evidence is available to them and
        16      have conducted studies and actual
        17      interventions to improve
        18      physicians' use of drugs which
        19      have been published in the New
        20      England Journal of Medicine and
        21      other peer-reviewed journals, I
        22      think a lot about how physicians
        23      use information that they have
        24      available to them in making
00113:01        prescribing decisions. And my
        02      clear impression is that doctors
        03      did not have adequate information
        04      presented to them by Merck to make
        05      a fair and reasonable
        06      evidence-based decision about
        07      Vioxx.
```

**22. PAGE 113:09 TO 113:15 (RUNNING 00:00:13.493)**

```
        09      Q.    Doctor, let me move into
        10      your, what I would call your factual
        11      testimony portion of your deposition
        12      here. But before I do, let me ask you
        13      some basic questions about it so we can
        14      orient the jury as to what some of the
        15      terms are that we're talking about here.
```

**23. PAGE 113:21 TO 115:15 (RUNNING 00:01:32.409)**

```
        21      Q.    First, I would like to help
        22      the jury understand a little bit about
        23      the drugs we'll be talking about today.
        24              What are nonsteroidal
00114:01        anti-inflammatory drugs?
        02      A.    That's a class of drugs that
        03      actually includes aspirin, but the more
        04      modern nonsteroidal anti-inflammatory
        05      drugs began to appear in the 1970s, and
        06      they are called nonsteroidal
        07      anti-inflammatory drugs because they
        08      reduce inflammation like steroids do, but
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
      09  they are not steroids.  They have a
      10  different mechanism of action that's a
      11  little bit more like aspirin.
      12         Q.     Would you give us examples
      13  of commonly known nonsteroidal
      14  anti-inflammatory drugs that the jury
      15  might be familiar with?
      16         A.     Sure.  The most common and
      17  oldest ones are ibuprofen, which is sold
      18  as Motrin, and it's also available
      19  over-the-counter as Advil or Nuprin.
      20             Another older and commonly
      21  used one is naproxen, which used to be, I
      22  guess is still sold as Naprosyn as a
      23  prescription drug, and that's sold as
      24  Aleve over the counter.
00115:01       Q.     Let's talk about aspirin for
      02  a moment.  Prior to 2000, 1999/2000 when
      03  Vioxx came on the market, was there any
      04  evidence that you're aware of that
      05  aspirin might be good for the heart?
      06         A.     Yes.  There were studies
      07  that were actually done by colleagues of
      08  mine at Harvard and the Brigham and
      09  Women's Hospital in which thousands of
      10  doctors were actually randomized to get
      11  aspirin or a placebo or a dummy pill.
      12  And they were followed for years.  And
      13  then Dr. Hennekens, who did the study,
      14  and his colleagues attempted to find out
      15  whether they had heart attacks or not.
```

**24. PAGE 116:06 TO 117:09  (RUNNING 00:01:04.605)**

```
      06         Q.     Doctor, in 2000 when Vioxx
      07  was being promoted on the market, was the
      08  use of aspirin, low-dose aspirin a
      09  standard of care for treatment of
      10  patients with cardiovascular risk
      11  factors?
      12         A.     Yes.
      13         Q.     And have you ever personally
      14  prescribed aspirin to patients at risk
      15  for heart disease?
      16         A.     Yes.
      17         Q.     And switching to a drug
      18  called naproxen, I think we talked about
      19  before, Aleve?
      20         A.     Yes.
      21         Q.     How long has naproxen or
      22  Aleve been on the market?
      23         A.     I would say since the 1970s.
      24         Q.     And what, if any, evidence
00117:01  existed prior to 2000 that naproxen was
      02  good for the heart in the same way that
      03  aspirin was?
      04         A.     Virtually no evidence.
      05         Q.     Did the manufacturers of
      06  naproxen ever make the claim that that
      07  drug was what we call cardioprotective?
      08         A.     They couldn't because they
      09  had no grounds to claim that.
```

**25. PAGE 117:11 TO 121:17  (RUNNING 00:03:53.000)**

```
      11             Do you know whether the
      12  manufacturer of naproxen makes that claim
```

**25964 Mason v Merck**

```
13   even today?
14        A.    No, they don't.
15        Q.    Is it and has it ever been
16   the standard of care for physicians such
17   as yourself to prescribe naproxen to
18   patients to protect their hearts?
19        A.    No.
20        Q.    Have you ever prescribed
21   naproxen to patients for the purpose of
22   protecting their hearts?
23        A.    No.   There's no evidence
24   that it protects your heart in any useful
00118:01 way.
02        Q.    And do you know anybody who
03   does that?
04        A.    No.
05        Q.    Second question.
06             NSAIDs in general,
07   traditional NSAIDs as a class --
08        A.    Right.
09        Q.    -- are there safety issues
10   that are understood about traditional
11   NSAIDs?
12        A.    Sure.
13        Q.    Would you describe the
14   significant side effects of NSAIDs as you
15   knew them back in 2000, 1999, 2000, 2001?
16        A.    Sure.   We actually did some
17   of those studies in which we looked at
18   the capacity of the older NSAIDs, like
19   Motrin, to reduce kidney function in
20   older people.   We did studies showing
21   that the older NSAIDs like, again, like
22   Motrin, which is ibuprofen, can raise
23   your blood pressure.   Other people have
24   done studies showing the association
00119:01 between the older nonsteroidals or NSAIDs
02   and congestive heart failure.   That was
03   pretty well known by 2000.
04        Q.    What about GI, what we call
05   gastrointestinal issues?
06        A.    Yeah.   That's the biggest
07   problem from the traditional
08   nonsteroidals.   They can cause stomach
09   pain, stomach upset in a lot of patients,
10   and they also can cause gastrointestinal
11   bleeding.
12        Q.    Is that a serious problem
13   associated with traditional nonsteroidal
14   anti-inflammatories?
15        A.    Yes, it can be.
16        Q.    Now, with that in mind, did
17   there come a time when you became
18   familiar with the fact that certain drug
19   manufacturers were developing a class of
20   drugs called COX-2 inhibitors?
21        A.    Right.
22        Q.    Would you describe for the
23   members of the jury what a COX-2
24   inhibitor is and your understanding about
00120:01 why they were being developed?
02        A.    Sure.   The COX-2 inhibitors,
03   sometimes called coxibs, are a subset of
04   the bigger class of nonsteroidal
05   anti-inflammatory drugs or NSAIDs.   And
06   the hope was that -- well, I should back
```

## 25964 Mason v Merck

```
07  up.
08              It turns out that there's an
09  enzyme called cyclooxygenase, which is
10  abbreviated as COX.  And people
11  discovered that there are two subsets of
12  that, COX-1 and COX-2.  And one kind of
13  simple way of thinking about it was that
14  COX-2 was the bad subset, because that's
15  the one that caused pain and
16  inflammation, and COX-1, in a very
17  simplistic way, was thought to be the
18  good COX because that protected the
19  lining of your stomach.
20              And viewed in that kind of
21  simple black and white way, the hope was
22  that if you could develop a drug -- since
23  nonsteroidals tend to block both the
24  COX-1 and the COX-2 enzymes, if you could
00121:01  develop a drug that would only block the
02  bad COX, or COX-2, you would be able to
03  get rid of pain and inflammation without
04  blocking the good COX, or COX-1, which
05  protects the stomach lining.
06              And the hope was, and this
07  is what went into the development of
08  Vioxx and Celebrex, that by doing so, you
09  would be able to have a drug that would
10  treat pain and inflammation and not cause
11  as much risk of stomach bleeding.
12      Q.   Do you have any problem, Dr.
13  Avorn, with Merck investigating COX-2s as
14  a potential pain medication with the lack
15  of a GI side effect?
16      A.   No.  It seemed like a neat
17  idea at the time.
```

**26. PAGE 123:03 TO 124:19  (RUNNING 00:01:03.507)**

```
03              MR. TISI:  I'm going to hand
04  you what I'd like to have marked
05  as the next exhibit, Exhibit
```

AVORN05 - avorn05

```
06  Number 16.
07              -  -  -
08              (Whereupon, Deposition
09  Exhibit Avorn-16, Article, NEJM,
10  "Comparison of Upper
11  Gastrointestinal Toxicity of
12  Rofecoxib and Naproxen in
13  Patients with Rheumatoid
14  Arthritis," Pages 1520-1528, was
15  marked for identification.)
16              -  -  -
17  BY MR. TISI:
18      Q.   Doctor, do you recognize
19  that?
20      A.   Yes.  That is the VIGOR
21  study as it was published in the New
22  England Journal of Medicine in November
23  of 2000.
24      Q.   And what is the exact date
```

AVORN06 - avorn06

```
00124:01  of this article?
```

## 25964 Mason v Merck

```
02          A.     November 23, 2000.
03          Q.     When did you first learn of
04 the VIGOR study?
05          A.     Well, actually, information
06 about the findings began to circulate in
07 the spring of 2000, I think it would have
08 been March when I guess it was either
09 presented or Merck issued a statement
10 about the findings.
11          Q.     And do you know, would you
12 briefly describe the study and what it
13 was designed to do?
```

### AVORN07 - avorn07



```
14          A.     Sure.  It was funded by
15 Merck, and a number of the co-authors
16 were Merck employees.  And it was
17 designed to ask the question, is Vioxx
```

### -KEAVORN07 - Clear Attached Exhibit AVORN07

```
18 safer on your stomach than older
19 nonsteroidals?  And so about 8,000
```

### 27. PAGE 126:01 TO 127:13 (RUNNING 00:01:20.534)

```
00126:01           THE WITNESS:  About 8,000
02          patients were randomly divided
03          into two groups.  One group was
04          given Vioxx at a dose of 50
05          milligrams a day, and the other
06          group was given naproxen, this
07          older nonsteroidal.  And then they
08          were followed for a median period
09          of nine months.  And there were a
10          number of outcomes that were
11          studied.  One was whether or  --
12          what kind of pain relief it gave,
13          because its purpose was to be a
14          pain reliever.  And another
15          outcome, which was the one of
16          particular interest, was whether
17          or not the patients who were
18          randomly assigned to the Vioxx
19          group were having a lower rate of
20          stomach bleeding and perforation
21          and ulcer.
22                 And the findings, as they
23          emerged, were that as a pain
24          reliever, Vioxx worked about as
00127:01          well as naproxen, no better, no
02          worse, but there was the hope for
03          reduction in gastrointestinal
04          events like ulcers and
05          perforations in the patients
06          taking Vioxx compared to the
07          patients taking naproxen.  And a
08          surprise finding that emerged from
09          that study was that there was an
10          approximately five-fold increase
11          in heart attacks in the people
12          randomly assigned to take Vioxx as
13          compared to taking naproxen.
```

## 25964 Mason v Merck

**28. PAGE 127:15 TO 129:19 (RUNNING 00:01:57.276)**

```
        15           Q.    When you say "surprise
        16    finding," was it a surprise to you,
        17    Doctor?
        18           A.    Well, there had been
        19    evidence of a potential there, but this
        20    was a large demonstration of this in a
        21    big randomized trial, even though there
        22    had been other evidence of patients who
        23    had been given Vioxx having similar
        24    problems.  But I think to the medical
00128:01    public as a whole, it was something which
        02    they did not know was going to happen.
        03           Q.    Now, as a
        04    pharmacoepidemiologist, was the finding
        05    about the cardiovascular risk a concern
        06    to you personally?
        07           A.    If you mean personally in my
        08    professional role?
        09           Q.    Yes.
        10           A.    Yes.
        11           Q.    Okay.
        12           And why was that a
        13    significant concern to you
        14    professionally?
        15           A.    Because if there were a drug
        16    that causes a five-fold increase in your
        17    risk of having a heart attack, that's a
        18    real problem.  It's not a drug that you
        19    would be happy about giving to a patient
        20    unless it had some other incredible
        21    benefit to outweigh that.
        22           Q.    At the time that VIGOR came
        23    out, how prevalent was the use of Vioxx?
        24           A.    It was on the upswing.  The
00129:01    curve of Vioxx use was just heading for
        02    the moon, and by November of 2000, it was
        03    well on that upswing.
        04           Q.    Given the findings of VIGOR
        05    and the number of patients that were
        06    actually taking it, did you have an
        07    opinion at the time as to whether or not
        08    there were any potential public health
        09    issues concerned with Vioxx?
        10           A.    Yes.  At the time, I clearly
        11    remember saying and discussing with my
        12    colleagues and with Dr. Sherwood and with
        13    a number of people that if it were true
        14    that this drug causes a five-fold or
        15    four-fold increase in the risk of heart
        16    attacks, then that could be a real issue
        17    that could well outweigh whatever benefit
        18    it might have in reducing stomach
        19    problems.
```

**29. PAGE 130:14 TO 130:20 (RUNNING 00:00:15.236)**

```
        14           Q.    When you reviewed the actual
        15    text of the VIGOR article, as an
        16    epidemiologist, in the way in which the
        17    statistics were reported, were they
        18    reported in a way that was of concern to
        19    you?
        20           A.    Yes.
```

### 25964 Mason v Merck

**30. PAGE 131:02 TO 131:19 (RUNNING 00:00:46.455)**

```
02              What was very unusual and
03  unorthodox about the way the findings
04  were presented in the VIGOR paper was
05  that instead of saying patients randomly
06  assigned to take Vioxx had five times the
07  number of heart attacks or four times,
08  there's different numbers in different
09  parts of the paper, compared to people
10  assigned to take naproxen, instead, it
11  was flipped around in a way that is
12  virtually never done in reporting a
13  clinical trial, which is to say the
14  patients assigned to take naproxen had a
15  reduction in their heart attack rate.
16  And that was striking.  I remember the
17  first time I read the paper, that was a
18  striking difference, because you just
19  never see reports written like that.
```

**31. PAGE 132:03 TO 133:16 (RUNNING 00:01:22.749)**

```
03              As somebody who does
04  epidemiology, you work with statistics,
05  would that be fair to say?
06      A.   Yes.
07      Q.   And in doing so, does the
08  manner in which you convey statistics,
09  present statistics, can that sometimes
10  convey a message about what the
11  statistics mean?
12      A.   Yes.  In fact, there's a
13  whole section in my book about what's
14  called framing of risk information.  And
15  it's been well known, and there's groups
16  at Stanford and, in fact, the Nobel Prize
17  was awarded in economics on this topic,
18  that how you frame a question can often
19  drive the kind of answer that you get or
20  the kind of belief that somebody has.
21              So, if you say that here's
22  an operation that works 95 percent of the
23  time, do you want to have that operation,
24  you get a different answer than if you
00133:01  say 5 percent of people who have this
02  operation will get no benefit from it.
03  And similarly -- and we think a lot about
04  framing when we do our programs to
05  present information to doctors about
06  choices, and what you want to do is have
07  the framing be as neutral as possible and
08  let the data speak for themselves.
09              And if you frame the VIGOR
10  study as naproxen reduces the risk of
11  heart attack instead of framing it as
12  there were five times more people who
13  were given Vioxx who had heart attacks
14  than people given naproxen, it creates a
15  very different sense of the riskiness of
16  the drug to the doctor.
```

**32. PAGE 133:23 TO 135:12 (RUNNING 00:01:30.018)**

```
23      Q.   Doctor, having read the
24  paper, and I return your attention to the
00134:01  last page of the paper and actually the
```

## 25964 Mason v Merck

```
02  page before the last paragraph --
03        A.    Yes.
04        Q.    -- does it discuss the
05  cardiovascular findings in VIGOR in that
06  section of the paper?
07        A.    Yes.
08        Q.    Okay.
09              What, if anything, does the
10  paper say about naproxen and the role of
11  naproxen in heart disease?
```

AVORN08 - avorn08

```
12        A.    Okay.
13              At the very bottom of Page
14  1526, the last two words "Thus, our,"
15  and then it goes on to 1527.  "Thus, our
16  results are consistent with the theory
17  that naproxen has a coronary protective
18  effect and highlight the fact that
19  rofecoxib does not provide this kind of
20  protection owing to its selective
21  inhibition of cyclogenase-2," or COX-2,
22  "at its therapeutic dose and at higher
23  doses."
24        Q.    Doctor, having reviewed the
00135:01  entirety of the paper, but looking at
02  this particular statement as well, did
03  Merck and the Merck authors on this paper
04  ever communicate that there was a
05  potential for an increased risk of heart
06  attacks related to the use of Vioxx as
07  opposed to a decreased risk associated
08  with the cardioprotectiveness of
09  naproxen?
10        A.    I don't think there is
11  anything in the paper that suggests that
12  Vioxx increases the risk of heart attack.
```

**33.  PAGE 136:07 TO 136:11  (RUNNING 00:00:08.589)**

```
07        Q.    Did you have any concerns
```

-KEAVORN08 - Clear Attached Exhibit AVORN08

```
08  about the way in which this particular
09  article was written in terms of the
10  accurate presentation of the potential
11  benefits and the potential risks?
```

**34.  PAGE 136:14 TO 137:02  (RUNNING 00:00:22.001)**

```
14              THE WITNESS:  Yes.  As
15  someone who thinks about drug
16  benefits and risks and patterns of
17  use of drugs and has written about
18  the presentation of risk data to
19  physicians, I was concerned that
20  it did not seem to be an accurate
21  way of presenting the risk and, in
22  fact, it was, I think the term
23  that the Merck people might have
24  used was "flipped" from the way
00137:01  that one would normally present
02  risk information.
```

### 25964 Mason v Merck

**35.  PAGE 137:04 TO 137:12 (RUNNING 00:00:17.429)**

```
04            Q.    Let me ask you this
05  question, Doctor.
06                  A reasonable and prudent
07  company presenting the risks and the
08  benefits, potential risks and benefits of
09  a drug using evidence-based medicine,
10  does this comport with what is expected
11  of pharmaceutical companies in doing
12  that?
```

**36.  PAGE 137:17 TO 138:16 (RUNNING 00:00:46.013)**

```
17                  THE WITNESS:  Well, as
18        someone who reviews papers for the
19        New England Journal of Medicine
20        and JAMA and also runs programs
21        about communication of risks and
22        benefits to physicians and has
23        written a book about that topic, I
24        don't feel that this was a fair
00138:01        way of presenting the data.  I
02        think a fair way would have been
03        to say, in essence, the good news
04        is, our drug seems to cause less
05        gastrointestinal problems.  The
06        bad news is, it doesn't work any
07        better or any worse than the
08        comparison drug in terms of being
09        a pain reliever.  And the really
10        bad news is that the people given
11        our drug had five times more heart
12        attacks than the people given a
13        comparison drug.  I think that
14        would have been a fair and neutral
15        presentation of the good and bad
16        news that came out of this study.
```

**37.  PAGE 138:18 TO 143:17 (RUNNING 00:04:24.597)**

```
18            Q.    Now, Doctor, did there come
19  a time where you had contact with Merck
20  officials about the results of VIGOR?
21            A.    Yes.
22            Q.    Who is Lou Sherwood?
23            A.    Lou Sherwood was actually a
24  physician at the Beth Israel Hospital in
00139:01  Boston, another one of the Harvard
02  teaching hospitals, at around the same
03  time that I was there.  He was in
04  academics before he went to work for
05  Merck.  And I kind of knew him a little
06  bit around those years, and we had been
07  at some meetings together in the
08  intervening years.
09                  And around January of 2000,
10  I was asked by the chairman of our
11  department of medicine to set up a weekly
12  lecture that would be about controversies
13  in pharmaceuticals.  And they asked me to
14  moderate it and to pick the presenters.
15  So, I thought it would be fair to pick
16  somebody from the pharmaceutical industry
17  and somebody from an HMO who had been
18  critical of the pharmaceutical industry
19  and have them discuss issues about
```

### 25964 Mason v Merck

```
        20   medications.
        21           And I identified Dr.
        22   Sherwood as somebody who had been an
        23   academic who was known to me and who was
        24   now in a senior position with the drug
00140:01   company, and I asked Lou to come and be
        02   the pharmaceutical company guy.  And I
        03   asked somebody from one of the HMOs in
        04   Boston to be the critic guy.  And it was
        05   a very stimulating discussion which I was
        06   just kind of the referee for.
        07           And then afterwards, we
        08   arranged to have Dr. Sherwood meet with
        09   me and members of my division to talk
        10   about matters of mutual interest, our
        11   work on drugs, his work at Merck.  And
        12   since this was within a brief number of
        13   weeks after the VIGOR study had come out,
        14   and because Dr. Solomon, who is my
        15   colleague who is a rheumatologist as well
        16   as an epidemiologist was there, the
        17   conversation turned to VIGOR and my
        18   noting that it was a disturbing finding
        19   that there was this dramatic increase in
        20   the number of people who had heart
        21   attacks in the VIGOR group -- in the
        22   Vioxx group, I'm sorry.
        23           And I was somewhat taken
        24   aback because Dr. Sherwood said, oh,
00141:01   that's just because naproxen prevents
        02   heart attacks.
        03           And I remember asking at the
        04   time, well, how do we know that?  Is that
        05   something that should be studied or
        06   tested?  And he kind of dismissed it as,
        07   well, you know, sort of it's an obvious
        08   finding, and that's what was said in the
        09   paper, and there was really nothing more
        10   to be discussed.
        11       Q.    Doctor, at the time you were
        12   having this conversation with Dr.
        13   Sherwood, were you in the process of
        14   doing any research on the issue of the
        15   effect of NSAIDs on the heart?
        16       A.    Yes.  As a matter of fact,
        17   Dr. Solomon in my division and I had
        18   already become interested in this
        19   question of regular nonsteroidals and the
        20   heart.  And we realized that there was
        21   essentially no literature out there in
        22   humans that suggested that the older
        23   nonsteroidals like naproxen or Motrin or
        24   ibuprofen can protect the heart.
00142:01           And Dr. Solomon and I
        02   decided it would be interesting to look
        03   at whether that was something you could
        04   find.  If there was such a massive
        05   protective effect of naproxen as was
        06   found in VIGOR, you'd think that you
        07   would be able to find that in a study
        08   looking at tens of thousands of people,
        09   and we have databases in our division in
        10   which we have information about
        11   medication use and hospitalizations and
        12   doctor visits for hundreds of thousands
        13   of people, although we have their names
```

## 25964 Mason v Merck

```
14   and identifiers stripped off. But we can
15   look at all the people who were
16   prescribed any drug and see if their rate
17   of heart attacks was higher or lower than
18   the rate of heart attacks of people
19   either not taking that drug or taking
20   another drug.
21          And so I believe we had been
22   talking about that throughout 2000. Our
23   interest in it was increased in the
24   spring of 2000 when the initial VIGOR
00143:01  findings were released. And then, of
02   course, when they were published in the
03   New England Journal in 2000, we decided
04   that this was definitely something that
05   we wanted to proceed on just because it
06   seemed like an important question. If
07   naproxen was that great and no one had
08   ever discovered it before, maybe that
09   would be something that was worth
10   knowing.
11          Q.   And did you do that study?
12          A.   Yes, we did.
13          Q.   Did you perform what we call
14   an epidemiologic study that studied the
15   question of naproxen's effect on the
16   heart?
17          A.   Yes, we did.
```

**38. PAGE 146:13 TO 147:03 (RUNNING 00:00:22.791)**

```
13          Q.   And, in fact, did you
14   publish a study, the study results that
15   came out of this epidemiologic study that
16   we just talked about?
17          A.   Yes, we did.
18          Q.   And it's all right just for
19   the purposes of this deposition, I know
20   you studied a lot of drugs in the context
21   of that particular study, if I call it
22   the naproxen study?
23          A.   That's fine.
24          Q.   Okay.
00147:01         Did you --
02               You published it -- do you
03   remember where it was published, Doctor?
```

**39. PAGE 147:11 TO 147:16 (RUNNING 00:00:07.912)**

```
11               It was published in the
12   Archives of Internal Medicine in 2002, in
13   May of 2002.
14          Q.   Are you the senior author on
15   the paper?
16          A.   That's right.
```

**40. PAGE 147:22 TO 148:16 (RUNNING 00:00:42.205)**

```
22          Q.   And what, if any,
23   conclusions did you and Dr. Solomon reach
24   regarding naproxen?
00148:01         A.   Well, overall, we found that
02   nonsteroidals in general like Motrin and
03   so forth taken as a group did not seem to
04   have any important protective effect on
05   the heart. But when you looked at
06   naproxen separately, it had a very modest
07   reduction in the risk of heart disease in
```

### 25964 Mason v Merck

```
08   people who took it compared to the
09   comparison patients who were similar in
10   all other ways.  That is, there was about
11   a 16 percent reduction in the risk of
12   heart attack, which is a pretty small
13   reduction.
14          Q.      Did you address the findings
15   of VIGOR in the context of this article?
16          A.      Yes, we did.
```

**41. PAGE 149:12 TO 150:24 (RUNNING 00:01:28.882)**

```
12          Q.      Would you please go to the
13   section where that is addressed?  And if
14   you go down to the last paragraph, I
15   think that's where that is.
16          A.      Yes.  Right.
17              In the end of the
18   discussion, "To place the effect of
19   naproxen in perspective, in a large
20   randomized trial of daily aspirin use in
21   primary prevention, patients in the
22   intervention arm experienced a 44%
23   reduction in the risk of acute myocardial
24   infarction" or heart attack.  "Therefore,
00150:01  it would be false to equate the more
02   modest effect of naproxen," that is a 16
03   percent reduction as compared to a 44
04   percent reduction, "it would be false to
05   equate the more modest effect of naproxen
06   suggested in this study with the
07   cardioprotection afforded by aspirin."
08          Q.      Would you tell the members
09   of the jury in a very simple way what you
10   were saying there about the VIGOR study?
11          A.      Yes.  What we said in that
12   paper that came out in 2002 was that the
13   very, I guess you could say wimpy effect
14   of naproxen in protecting the heart of
15   just reducing the rate by 16 percent was
16   in no way big enough to account for what
17   would have had to have been an 80 percent
18   reduction in risk to give you that 5 to 1
19   difference that was seen between Vioxx
20   and naproxen in the VIGOR study.
21   Naproxen would have had to have been the
22   most magical drug to protect your heart
23   that was ever invented, and we didn't
24   find that.
```

**42. PAGE 151:18 TO 153:11 (RUNNING 00:01:13.867)**

```
18          Q.      Okay.
19              Doctor, were the results of
20   this paper actually presented before it
21   was actually published?
22          A.      Yes, it was.  Dr. Solomon
23   presented them at the International
24   Society for Pharmacoepidemiology
00152:01  meetings.
02          Q.      The International Society
03   for Pharmacoepidemiology, is that the
04   international society that you had been a
05   president of?
06          A.      That's right.
07          Q.      Okay.
08              And do you remember actually
```

## 25964 Mason v Merck

```
09  that presentation?
10        A.    Yes.
11        Q.    And who made the
12  presentation?
13        A.    Dr. Solomon did.
14        Q.    Do you remember when it was
15  in relationship to this paper?
16        A.    Yes.  The meetings occur in
17  August, and so given that we finished the
18  paper in late'01, this would have been
19  the August '01 presentation.
20        Q.    And do you recall, do you
21  have any specific recollection whether
22  there were any people from Merck in the
23  audience to hear the presentation on your
24  naproxen study?
00153:01       A.    Yes, there were.
02        Q.    Okay.
03              Do you remember who was in
04  the audience from Merck to hear your
05  presentation about the effect of
06  naproxen?
07        A.    One person I remember
08  clearly, because we talked about it right
09  at the end of the presentation, was Dr.
10  Harry Guess, who at that time was the
11  head of epidemiology at Merck.
```

**43.  PAGE 154:20 TO 155:03  (RUNNING 00:00:20.090)**

```
20        Q.    And you personally spoke to
21  Dr. Guess about these results?
22        A.    Yes.  The reason I spoke
23  with Dr. Guess was that Dr. Solomon had
24  been in touch with Dr. Cannuscio at Merck
00155:01  since actually the beginning of 2001,
02  because he had indicated to her that he
03  thought this was --
```

**44.  PAGE 155:08 TO 157:24  (RUNNING 00:02:22.738)**

```
08        A.    -- that there was an issue
09  which we had been discussing in our
10  division that this needed to be studied
11  subsequent to the VIGOR paper.  And I
12  instructed Dr. Solomon to see whether
13  this was something which a study could be
14  funded by anybody.  And one of the
15  difficulties about adverse effects
16  research is that FDA doesn't have hardly
17  any money to spend on them and the
18  National Institutes of Health doesn't
19  spend that much money on them.  And
20  often, if you are a scientist studying
21  drug side effects, as we are, one needs
22  to go to the manufacturer of the drug and
23  say, we think this is an important issue
24  in relation to the drug that you're
00156:01  making, and we want to do a study.
02              And as I said earlier, we've
03  often had perfectly fine relationships
04  with companies.  Sometimes a company will
05  come to us and say we think there may be
06  a problem with our drug, would you study
07  it for us so that we can know what's true
08  about our drug.  We had a very good
09  experience with a Parkinson's drug not
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
10  long ago in that way.
11           And so I asked Dr. Solomon
12  to talk with people at Merck, and as it
13  turns out, Dr. Cannuscio had recently
14  graduated from the Harvard School of
15  Public Health in epidemiology and then
16  went to work for Merck, so, she was kind
17  of a conduit for our communications with
18  Merck.  And nothing had come of those
19  discussions even though he was trying
20  hard.
21           And so I took Dr. Guess
22  aside as Dr. Cannuscio's boss at that
23  pharmacoepi meeting in August of 2001,
24  and sort of chief to chief, and I said,
00157:01  Harry, my guy has been talking to your
02  person and it doesn't seem to be getting
03  anywhere.  We think this issue is
04  important, and we now can study Vioxx as
05  well as naproxen, because when we first
06  did this study, Vioxx was new enough on
07  the market that there weren't enough
08  people actually taking it for us to be
09  able to do a big population study.  But
10  by the time it was getting to be the
11  summer of 2001, it was being very heavily
12  promoted, and the number of people taking
13  it was on the rise.
14           And I told Dr. Guess that I
15  thought that this really was something
16  that ought to move forward, because we
17  could do a study very much like the study
18  that we're looking at now, but instead of
19  looking at naproxen and the older
20  nonsteroidals, we would be able to have
21  the same design and to look at Vioxx and
22  Celebrex as well and answer that question
23  in a large population to try to get to
24  the bottom of this.
```

**45. PAGE 158:17 TO 162:09  (RUNNING 00:03:04.973)**

```
17           Q.    I'm going to represent that
```

AVORN09 - avorn09                                      

```
18  this document came from the Merck files.
19  It is Bates Number MRK-ACC0018681.
20           It's a memo from a gentleman
21  by the name of Doug Watson to various
22  people.  These are some of the people
23  you've mentioned here in your testimony
24  here today?
00159:01  A.    Right.
02           Q.    And it includes some of the
03  papers, actually, some of the
04  presentations that were made at that
05  meeting in mid-2001?
06           A.    Right.
```

AVORN10 - avorn10

```
07           Q.    If you'd go to Page 1 -- the
08  document that ends with 686.  Is that the
09  paper that Dr. Solomon presented?
10           A.    Yes.
11           Q.    Okay.
```

## 25964 Mason v Merck

```
        12              And following that is some
        13    notes that Dr. Guess made of that
        14    meeting.  Do you see that?
        15         A.   Right.  Handwritten notes.
        16         Q.   Have you had an opportunity
        17    to read this, Doctor?
        18         A.   Yes.
        19         Q.   Is this something --
        20              Just to be fair, is this
        21    something I presented to you -- is this a
        22    document you had ever seen at the time of
        23    your involvement with Vioxx in mid-2001?
        24         A.   No.
00160:01         Q.   Okay.
        02              And do you see at the bottom
        03    of the second page where it says, "The
        04    Conclusion"?
        05         A.   Yes.
        06         Q.   Okay.
        07              Would you go to the next
        08    page, two pages down, please.  Keep
        09    going.  One more.
        10         A.   Actually, a couple more.
        11         Q.   One more.
        12              Now, have you read this,
        13    Doctor?
```

### AVORN11 - avorn11

```
        14         A.   Yes.
        15         Q.   Does this appear to comport
        16    with your recollection of Dr. Solomon's
        17    presentation at that meeting?
        18         A.   Correct.
        19         Q.   Would you please read the
        20    conclusion as recorded by Dr. Guess?
```

### AVORN12 - avorn12

```
        21         A.   Yes.
        22              "NSAIDs as group, no effect.
        23    Naproxen, 16-20% decrease in risk.
        24    Hypothesis that selective" that is
00161:01    selective COX-2 inhibitors like Vioxx,
        02    "may increase risk."
        03         Q.   Is this something --
        04              Does this comport with your
        05    recollection of what you and Dr. Guess
        06    talked about?
        07         A.   Absolutely.
```

### -KEAVORN12 - Clear Attached Exhibit AVORN12

```
        08         Q.   Did you consider it
        09    important in mid-2001 to specifically
        10    study the relationship between COX-2s and
        11    heart attacks?
        12         A.   Yes.
        13         Q.   Why?
        14         A.   Because there are a couple
        15    of reasons, the largest of which was the
        16    VIGOR study, which, as I said, had been
        17    published in November of 2000, had been
        18    kind of announced, the findings, in
        19    spring of 2000, and here was sitting out
        20    there this finding that five times more
```

## 25964 Mason v Merck

```
    21    people in the Vioxx group were having
    22    heart attacks than people in the naproxen
    23    group, and that seemed like an important
    24    public health issue that somebody should
00162:01    look at.
    02         Q.    How much does a study like
    03    that you discussed with Dr. Guess cost?
    04         A.    Oh, about 5 or $600,000.
    05         Q.    And how long does such a
    06    study typically take?
    07         A.    If we pull out all the stops
    08    and can proceed real quickly, we can do
    09    it in about a year or less.
```

**46. PAGE 163:04 TO 166:19 (RUNNING 00:02:38.536)**

```
    04              I'm going to show you what
    05              I'd like to have marked as Exhibit
```

📄 **AVORN13 - avorn13**

```
    06         Number 18.
    07                   -   -   -
    08              (Whereupon, Deposition
    09              Exhibit Avorn-18, E-mails,
    10              MRK-ABY0020300, was marked for
    11              identification.)
    12                   -   -   -
    13    BY MR. TISI:
    14         Q.    Following the meeting, the
    15    ISPE meeting in August of 2001, did you
    16    have followup contacts with Merck
    17    regarding the proposed study to study
    18    Vioxx and heart attacks?
    19         A.    Frequently.
    20         Q.    Okay.
    21              When you say "frequently,"
    22    what do you mean?
    23         A.    That there was ongoing
    24    discussion from -- really from the
00164:01    beginning of 2001, I believe, that it was
    02    February of 2001 when I asked Dr. Solomon
    03    to begin those conversations through
    04    until actually the publication of the
    05    paper in 2004.
    06         Q.    And is this an e-mail that
    07    you recall?
    08         A.    Yes.
    09         Q.    Okay.
    10              Did you have any role in
    11    this e-mail exchange?
    12         A.    Yes.  I urged Dr. Solomon or
    13    instructed Dr. Solomon to please move
    14    things along as best he could with Merck.
    15    Once there was an expression of interest
    16    in such a study, to please get it
    17    finalized so that we could actually get
    18    the funding we needed to do the work.
    19         Q.    Okay.
    20              Could you please go down to
    21    the e-mail from Dr. Solomon.  First of
    22    all, is that an e-mail that you received
```

📄 **AVORN14 - avorn14**

```
    23    in the normal course of business?
    24         A.    Yes.  It was cc'd to me.
```

## 25964 Mason v Merck

```
00165:01        Q.    Okay.
      02              Is this an e-mail that you
      03  directed Dr. Solomon to send to Merck?
      04        A.    Yes.
      05        Q.    And would you please --
      06              Who is it sent to?
      07        A.    It was sent by Dr. Solomon
      08  to Dr. Cannuscio, who, as I mentioned,
      09  was the epidemiologist that had trained
      10  in our neighborhood and then went to work
      11  as a Merck staffer.
      12        Q.    Okay.
      13              And would you please read
      14  for the record what Dr. Solomon, at your
      15  direction, told Dr. Cannuscio?
      16        A.    Sure.  So, this is September
      17  of 2001, which would have been a month
      18  after the pharmacoepi meeting in which I
      19  spoke with Dr. Guess and Dr. Solomon
      20  presented our findings and about eight
      21  months or seven or eight months after he
      22  had initiated his first contact with Dr.
```

📄 AVORN15 - avorn15

```
      23  Cannuscio.
      24              It says, "Dear Carolyn, I
00166:01  was pleased to hear last week that Merck
      02  is indeed prepared to move forward with
      03  support of our study on NSAIDs, COX-2s,"
      04  including Vioxx, "and MI," which is heart
```

📄 AVORN16 - avorn16

```
      05  attack, "but as I mentioned when we
      06  spoke, after so many months we really
      07  need at least an e-mail note from you
      08  indicating that the commitment is truly
      09  there.  We will need to forego other
      10  possible sources of support for this
      11  project to work with Merck, and given how
      12  long it has taken thus far, we're nervous
      13  about rejecting other possibilities
      14  without any written indication of
      15  commitment."
      16        Q.    Let me stop you there,
      17  Doctor.
      18              What was your purpose in
      19  writing this to Dr. Cannuscio?
```

**47. PAGE 167:03 TO 168:04 (RUNNING 00:00:53.610)**

```
      03              I told Dr. Solomon to
      04  essentially, after so many months from
      05  February to September, particularly on
      06  the heels of the meeting with Dr. Guess
      07  in August, to basically tell them to fish
      08  or cut bait, that I felt this was an
      09  important project to do, that there were
      10  important clinical and public health
      11  issues at stake, and that we had been
      12  working along with Merck or trying to
      13  based on their indicating to us that they
      14  were kind of interested in supporting the
      15  study.
      16              But so many months later, I
      17  told Dr. Solomon to write a note saying,
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
         18   look, if you guys aren't going to really
         19   fund this study, we need to know that so
         20   we can look for funding from somewhere
         21   else since we don't like to peddle the
         22   same study to a lot of different people
         23   and hope that somebody will accept it.
         24   And so it was basically I asked him to
00168:01   write a fish or cut bait memo to Merck.
         02        Q.   And that's what this memo
         03   was?
         04        A.   Yes.
```

### 48. PAGE 169:23 TO 173:20 (RUNNING 00:03:08.219)

```
         23             What was Dr. Cannuscio's
         24   response to your fish or cut bait memo,
```

📄 AVORN17 - avorn17

```
00170:01   as you called it?
         02        A.   The note that she sent to
         03   both Dr. Solomon and to me on September
         04   17th about two hours after Dr. Solomon's
         05   note to her was that they -- she had --
         06   we, I can't know who "we" was, but
         07   somebody at Merck had presented the idea
         08   of the study that we had proposed to
         09   several groups within Merck, and that she
         10   said that there was interest in working
         11   with us to develop a complete protocol,
         12   present the detailed protocol to Merck's
         13   scientific review committee, and to
         14   basically discuss having a contract.
```

📄 AVORN18 - avorn18

```
         15             And then she mentioned in
         16   that last paragraph, "I have spoken with
         17   Harry Guess, who heads the epidemiology
         18   department."  "Though Harry and I are not
         19   authorized to finalize a contract to
         20   support a research project of this scale,
         21   we wish to affirm our interest in
         22   pursuing with you the steps outlined
         23   above."  And so basically it was an
         24   agreement to have further discussions
```

📄 -KEAVORN18 - Clear Attached Exhibit AVORN18

```
00171:01   about having an agreement.
         02        Q.   Okay.
         03             Doctor, at about the time
         04   that you were involved with the
         05   discussions with Dr. Cannuscio, were you
         06   aware that the company was in discussions
         07   with the Food & Drug Administration about
         08   what would go into the label on the
         09   results of VIGOR?
         10        A.   No.
         11        Q.   Doctor, I did provide you
         12   material that was sent to the Food & Drug
         13   Administration.  Have I showed you this
         14   before today's deposition?
         15        A.   Yes.
         16        Q.   Have you had an opportunity
         17   to take a look at it?
```

### 25964 Mason v Merck

**AVORN19 - avorn19**

```
18         A.    Yes.
19         Q.    Is this a letter that was
20    sent to the -- appear to be a letter sent
21    to the Food & Drug Administration in part
22    referring to your study results on the
23    naproxen study?
24         A.    Yes.  It was sent by Merck
00172:01    by Dr. Silverman, I believe.
```

**AVORN20 - avorn20**

```
02         Q.    Okay.
03               Can you turn to Page 3 of
04    that cover letter that was sent to the
05    Food & Drug Administration.
06         A.    (Witness complies.)
07         Q.    And the top part of it
08    refers to "Thrombotic Cardiovascular
09    Data," and has some discussion about the
10    VIGOR study.  Do you see that, Doctor?
11         A.    Yes.
12         Q.    Okay.
13               If you'd go down to the
14    second full paragraph --
15         A.    Yes.
16         Q.    -- is there a reference to
17    your study?
18         A.    Yes, there is.
19         Q.    Okay.
20               Would you tell us where that
```

**AVORN21 - avorn21**

```
21    is, Doctor?
22         A.    Yes.  That would be
23    beginning on line 4, the last word of the
24    line, "The."  Okay.
00173:01               Shall I read it?
02         Q.    Yes.  Sure.
03         A.    "The concept that there are
04    differences among NSAIDs is supported by
05    external epidemiologic data from three
06    separate studies that utilized different
07    clinical databases, indicating that the
08    use of naproxen, but not other NSAIDs, is
09    cardioprotective."  And then it is
10    references 2, 3 and 4, and ours is
```

**AVORN22 - avorn22**

```
11    reference 4.
12               "Among these studies, is a
13    U.S. study of over 22,000 patients in New
14    Jersey by a Boston academic group
15    unaffiliated with industry."  And that's
16    us.
17         Q.    Doctor, having read this
18    document, do you have any impression
19    about what was being conveyed to the FDA
20    about your study?
```

**49. PAGE 173:22 TO 174:06  (RUNNING 00:00:18.521)**

```
22               THE WITNESS:  Well, it's not
```

### 25964 Mason v Merck

```
      23          an impression.  It's what they
      24          say.  What they say is that our
00174:01          study shows that naproxen protects
      02          the heart.  And in the context of
      03          what is on the rest of the page,
      04          it is justification for the notion
      05          that Vioxx does not cause heart
      06          attacks, naproxen prevents them.
```

**50. PAGE 174:08 TO 174:21 (RUNNING 00:00:30.105)**

```
      08          Q.    Did they specifically single
      09    out your study as being, quote,
      10    independent?
```

-KEAVORN22 - Clear Attached Exhibit AVORN22

```
      11          A.    Yes.
      12          Q.    Doctor, were you aware at
      13    the time that Merck was using your study
      14    results that were presented to Dr. Guess
      15    in August of 2001 to suggest that the
      16    results of VIGOR were the result of the
      17    cardioprotective effect of naproxen?
      18          A.    No, I was not aware of that
      19    at the time.
      20          Q.    If you had been aware of
      21    that, what would your reaction have been?
```

**51. PAGE 174:24 TO 176:02 (RUNNING 00:00:56.771)**

```
      24                THE WITNESS:  Well, I can
00175:01    tell you what my reaction is right
      02    now, which is I'm indignant that
      03    they took a finding of ours that
      04    was very clearly communicated,
      05    that is, the very modest effect of
      06    protection of the hearts that we
      07    found with naproxen, which we
      08    explicitly said was not enough to
      09    explain the increase in heart
      10    attacks in the naproxen/Vioxx
      11    comparison in VIGOR, that Dr.
      12    Guess was in the room when we
      13    presented that, and I now
      14    understand, even wrote down, that
      15    we hypothesized that what really
      16    was probably going on was an
      17    increased risk from the selective
      18    COX-2, or Vioxx, as an explanation
      19    of the VIGOR study.
      20                I am upset right now, and I
      21    was the first time I saw this, to
      22    know that they were essentially
      23    distorting our scientific findings
      24    to justify exactly the opposite
00176:01    position from what we have said
      02    both in writing and in public.
```

**52. PAGE 176:12 TO 176:18 (RUNNING 00:00:11.106)**

```
      12                Looking at that document, is
```

AVORN22 - avorn22

```
      13    that a fair and accurate representation
      14    of the science that you presented to Dr.
      15    Guess at the ISPE meeting in August of
```



## 25964 Mason v Merck

```
      16  2001?
```

-KEAVORN22 - Clear Attached Exhibit AVORN22

```
      17      A.    No, it's a distortion of
      18  what was presented.
```

**53. PAGE 177:01 TO 178:01 (RUNNING 00:00:53.453)**

```
00177:01          You mentioned the study that
      02  we talked about before, the published
      03  version of this study.  Have you on other
      04  occasions said that the results of your
      05  study does not explain cardioprotective
      06  -- does not explain the results that were
      07  seen in VIGOR?
      08      A.    Yes.  There are a number of
      09  times in the course of early 2000 where I
      10  stated that.
      11      Q.    Okay.
      12            Would you go to another
      13  article that I have in your book, Exhibit
```

AVORN23 - avorn23

```
      14  Number 14?
      15      A.    Yes.
      16      Q.    Do you recognize that,
      17  Doctor?
      18      A.    Yes.  That is a paper that
      19  was published in a journal called
      20  "Pharmacoepidemiology and Drug Safety"
      21  describing a panel that I was invited to
      22  be on at another meeting of the
      23  Pharmacoepidemiology Society that was
      24  held in Edinborough in Scotland in August
00178:01  of 2002.
```

**54. PAGE 179:14 TO 180:07 (RUNNING 00:00:43.362)**

```
      14            Would you tell the members
      15  of the jury what you wrote in 2000, and I
      16  guess this is 2003?
      17      A.    It was based on the
      18  presentation that occurred in 2002.
      19      Q.    Okay.
      20            The top of the second
```

AVORN24 - avorn24

```
      21  column.
      22      A.    I'm sorry.  We're on a
      23  different pages, I'm sorry.  You are on a
      24  page with a Bates Number of 798 or Page
00180:01  68.  Right?  Okay.  Fine.
      02            Right.  In brief, the key
      03  sentence there is, "These studies," which
      04  reviews what was known at the time,
      05  "suggest that any potential protective
      06  effect of naproxen does not fully account
      07  for the findings in the VIGOR study."
```

**55. PAGE 181:23 TO 181:24 (RUNNING 00:00:02.669)**

```
      23      Q.    What were you trying to
      24  communicate there in this sentence?
```

### 25964 Mason v Merck

**56.  PAGE 182:05 TO 183:05  (RUNNING 00:00:50.000)**

```
      05              THE WITNESS:  Okay.
      06              What I said was, there are
      07      only -- and the context of the
      08      proceeding paragraph, there's only
      09      two ways that you can explain a
      10      five-fold difference in heart
      11      attack between group A and group B
      12      in a randomized trial.  Either the
      13      people in the group that has the
      14      higher number of heart attacks
      15      were given a drug that causes
      16      heart attacks, or the people in
      17      the group given the comparison
      18      drug got a drug that prevents
      19      heart attacks or perhaps some
      20      combination of the two.
      21              And what that sentence says
      22      is that you can't explain the
      23      five-fold increase in number of
      24      heart attacks in VIGOR seen in
00183:01      people given Vioxx by the data
      02      that were available at the time
```

 **-KEAVORN24 - Clear Attached Exhibit AVORN24** 

```
      03      about naproxen preventing heart
      04      attacks because it just wasn't
      05      there.
```

**57.  PAGE 183:07 TO 183:08  (RUNNING 00:00:03.461)**

```
      07       Q.   And did you draw any
      08      conclusions from that?
```

**58.  PAGE 183:15 TO 183:24  (RUNNING 00:00:19.961)**

```
      15       A.   The only logical -- this was
      16      discussed widely from the podium, I
      17      recall it vividly.  The only logical
      18      alternative is that if it is not because
      19      naproxen is preventing heart attacks or
      20      if only a teeny fraction of the
      21      difference can possibly be expected, be
      22      explained by that, then the only other
      23      logical possibility is that Vioxx caused
      24      heart attacks.
```

**59.  PAGE 184:10 TO 184:20  (RUNNING 00:00:31.735)**

```
      10       Q.   All right.  Moving forward.
      11      Let's go back to your
      12      negotiations with Merck to do your study.
      13              Following the September fish
      14      or cut bait e-mail with Dr. Cannuscio,
      15      September 2001 fish or cut bait memo with
      16      Dr. Cannuscio, did they execute a
      17      contract?
      18       A.   Not for many, many months
      19      until later did they finally actually
      20      sign the contract.
```

**60.  PAGE 189:07 TO 189:15  (RUNNING 00:00:23.470)**

```
      07       Q.   Okay.
      08              Doctor, did there come a
      09      time that the contract was actually
      10      signed?
```

## 25964 Mason v Merck

```
11        A.    Yes.  My recollection is
12   that it was in April of 2002, about 15
13   months after the initial conversation
14   that Dr. Solomon had with Dr. Cannuscio
15   that the contract was eventually signed.
```

**61. PAGE 190:24 TO 191:09 (RUNNING 00:00:21.000)**

```
24             Are you aware that at the
00191:01   time that Merck executed the contract for
02   your study on April 24th, 2002 that Merck
03   had just received two weeks prior the
04   approval for the new label that did not
05   contain a cardiovascular warning?
06        A.    I was not aware of that.
07        Q.    Doctor, are you familiar
08   with the term "First, do no harm"?
09        A.    Yes.
```

**62. PAGE 193:07 TO 194:20 (RUNNING 00:01:10.704)**

```
07        Q.    Doctor, before we broke, I
```

AVORN25 - avorn25

```
08   showed you a public affairs plan for the
09   GI label change for Vioxx dated March
10   23rd, 2001.
11        A.    Right.
12        Q.    Have you seen that before?
13   I've shown you that in context of showing
14   you documents for litigation here.
15        A.    That's right.
16        Q.    Okay.
17             Would you please turn to the
18   page containing the Bates range 20167.
19   Do you see that?
```

AVORN26 - avorn26

```
20        A.    Yes.
21        Q.    See "Overall Communication
22   Objectives."  Do you see that?
23        A.    Yes.
24        Q.    Do you see the first bullet
00194:01   point?
02        A.    Yes.
03        Q.    Would you please tell the
04   members of the jury what it says?
```

AVORN27 - avorn27

```
05        A.    It says "Do no harm."
06        Q.    Can you read the rest?
07        A.    Yes.
08             "Refrain from proactively
09   generating coverage that jeopardizes
10   label negotiations and/or that links
11   Vioxx to cardiovascular adverse events."
```

-KEAVORN27 - Clear Attached Exhibit AVORN27

```
12        Q.    Doctor, were you concerned
13   in 2001 and 2002 about the delay in
14   actually getting your study off the
15   ground?
16        A.    Very concerned.
```

## 25964 Mason v Merck

```
17        Q.    Do you have any explanation
18   for Merck's inability to execute a
19   contract until after the label was
20   approved for Vioxx?
```

**63. PAGE 194:24 TO 195:13  (RUNNING 00:00:29.157)**

```
         24              THE WITNESS:  At that time,
00195:01        I had no understanding of the
         02     label discussions that were going
         03     on.  I just was concerned that
         04     either this was a very big company
         05     that couldn't get out of its own
         06     way and make a decision in less
         07     than a year on an important study,
         08     or perhaps, and I vividly recall
         09     raising this possibility with Dr.
         10     Solomon, perhaps the foot dragging
         11     was intentional because they
         12     really didn't want the study to
         13     get done.
```

**64. PAGE 195:24 TO 196:03  (RUNNING 00:00:06.739)**

```
         24              First of all, was that what
00196:01   was on your mind at the time, that there
         02   was a concern there was foot dragging on
         03   the part of the company?
```

**65. PAGE 196:08 TO 196:11  (RUNNING 00:00:06.750)**

```
         08              THE WITNESS:  We had
         09     conversations on almost a biweekly
         10     basis about why is it taking so
         11     long.
```

**66. PAGE 196:13 TO 196:17  (RUNNING 00:00:08.267)**

```
         13        Q.    Okay.
         14              Now, Doctor, I assume that
         15   once the contract was signed, you got
         16   right to work on actually doing the
         17   study; is that correct?
```

**67. PAGE 196:19 TO 196:20  (RUNNING 00:00:02.669)**

```
         19              THE WITNESS:  We -- that was
         20     our plan, but...
```

**68. PAGE 196:22 TO 198:16  (RUNNING 00:01:46.944)**

```
         22        Q.    What happened?
         23        A.    There was -- I learned a
         24   lesson, which is that I had learned with
00197:01   discussions with other pharmaceutical
         02   companies to never allow the funding to
         03   be contingent upon their acceptance of
         04   the work product because that, in effect,
         05   would give a company censorship over what
         06   we were able to publish.  And we managed
         07   every step of the way except for one to
         08   not have as any of the benchmarks in the
         09   contract any words like "produce a
         10   manuscript that is acceptable to Merck"
         11   or "produce data that are satisfactory to
         12   Merck" because I learned not to do that.
         13              The thing I hadn't learned
         14   yet but learned from this was that as one
         15   of the -- as the only benchmark that was
```

### 25964 Mason v Merck

```
     16   there in the beginning was language, and
     17   it's in the contract, and perhaps I
     18   should actually refer to the contract,
     19   the first milestone or benchmark was,
     20   payment to our hospital to fund the
     21   research "will be made upon acceptance of
     22   a detailed protocol."
     23              And it turns out that --
     24   that's not a mistake I'll make again.  It
00198:01   turns out that Merck's acceptance of the
     02   protocol even after more than a year of
     03   discussion about getting the contract
     04   signed, took another nine months before
     05   they actually accepted the protocol.
     06              MR. TISI:  Doctor, I'm going
     07         to hand you a group of documents
     08         that I'm going to collectively
     09         refer to as Exhibits 23A through,
     10         I think it's K.
     11              -   -   -
     12              (Whereupon, Deposition
     13         Exhibit 23A-K, Study protocols,
     14         was marked for identification.)
     15              -   -   -
     16   BY MR. TISI:
```

**69. PAGE 198:17 TO 200:04 (RUNNING 00:01:51.795)**

```
     17         Q.    Doctor, is this -- what are
     18   those, Doctor?
     19         A.    This is a succession of
     20   study protocols that we submitted to
     21   Merck and which Merck then was not
     22   satisfied with and then resubmit -- asked
     23   us to make this change or that change,
     24   often matters that seemed to us to be
00199:01   relatively modest to trivial, but each
     02   step of the way we were told, no, you
     03   need to fix that, you need to change
     04   that.  And this is what occupied the
     05   better part of 2002 before we could
     06   actually get their okay to start doing
     07   the work.
     08         Q.    How long did it take
     09   Harvard and Merck to agree on the
```

📄 **AVORN28 - avorn28**

```
     10   protocol of the study?
     11         A.    Well, the first one in your
     12   pile is dated June 7th, 2002, which was
     13   relatively soon after the contract was
```

📄 **AVORN29 - avorn29**

```
     14   signed in the end of April.  And then
     15   there's another one dated September 4th,
     16   2002, and then another revision dated --
     17   let's see, there's several revisions,
     18   "Comments from Dan from 10-1," another
```

📄 **AVORN30 - avorn30**

```
     19   revision October 4th; October 22nd;
     20   October 24th; another revision dated
     21   October 31st, and then changed November
     22   6th; another one from November 12th;
```

## 25964 Mason v Merck

```
        23  another one from December 17th; and
        24  another one from February 2003.
00200:01          And this was unprecedented
        02  in my many years of research, that there
```

**-KEAVORN30 - Clear Attached Exhibit AVORN30**

```
        03  would be this long a period before a
        04  company signs off on a research protocol.
```

**70. PAGE 203:09 TO 206:22 (RUNNING 00:02:53.827)**

```
        09          Q.   Doctor, the protocols that I
        10  laid in front of you, after those
        11  protocols in early 2003, did you actually
        12  get to start the study?
        13          A.   Well, no.  Part of what
        14  Merck asked us to do during this many,
        15  many months of negotiation was they asked
        16  us to go back and review the individual
        17  patient records for a sample of the
        18  subjects in our study to see if the
        19  people that we were studying as having
        20  heart attacks actually had heart attacks.
        21          And we pointed out to Merck
        22  that that was a question that had been
        23  studied by other groups previously and
        24  that there was pretty good evidence in
00204:01  the medical literature that a combination
        02  of diagnosis codes and hospital codes
        03  virtually always meant that the person
        04  had had a heart attack.  And Merck's
        05  response was, no, we really want to be
        06  sure, and so go out and validate, have
        07  people go down to Pennsylvania, get in
        08  contact with the hospitals, have them
        09  pull the patient's actual medical records
        10  and check to see if they really had heart
        11  attacks.
        12          Q.   Doctor, you've done -- how
        13  many studies have you done with this
        14  particular database that you're talking
        15  about here?
        16          A.   Dozens.
        17          Q.   Have you ever had any
        18  company ask you to do the kind of
        19  validation that Merck asked you to do?
        20          A.   No.
        21          Q.   Did you actually do what
        22  Merck asked you to do?
        23          A.   We had to.
        24          Q.   What did you do?  What
00205:01  happened?
        02          A.   We hired a professional
        03  review organization to go down to
        04  Pennsylvania, we established a protocol
        05  for how they would review the charts, the
        06  criteria from the World Health
        07  Organization about how you define a heart
        08  attack, and we gave them the list of a
        09  sample of patients.  And they went and
        10  pulled each one of their medical records,
        11  which was both an expensive and a time
        12  consuming process.  And they then
        13  confirmed that indeed in about 93 or 94
        14  percent of the cases, they had heart
        15  attacks, which is about as good as any
```

## 25964 Mason v Merck

```
16  validation study gets.
17        Q.      Doctor, who conducted the
18  independent validation?
19        A.      It was a company that was a
20  professional review organization.  I
21  think they were called KeyPro, which is a
22  group sanctioned by the government to go
23  in and inspect hospital records.
24        Q.      And did they find any
00206:01  problem with what you did?
02        A.      No.  They found that we had
03  a remarkably high rate of validation.
04        Q.      Okay.
05              And when you finally got the
06  approval and the contract was signed and
07  all of the protocols were done and the
08  independent evaluation was done and all
09  those things, did you finally get to do
10  your study?
11        A.      No.
12        Q.      What happened?
13        A.      Merck told us that we could
14  not proceed until we had an independent
15  epidemiologist come in and review the
16  protocol as an outsider and also review
17  all the programming code that our
18  programmers had written to do the
19  analyses.
20        Q.      And who was that?  Who did
21  that?
22        A.      That was Dr. Rhonda Bohn.
```

**71. PAGE 210:07 TO 211:02 (RUNNING 00:00:40.132)**

```
07        Q.      Did she find any problems
08  with your codes and the things she was
09  asked to do?
10        A.      No.
11        Q.      Okay.
12              Now, Doctor, did there
13  finally come a time where you actually
14  had an opportunity to do the study?
15        A.      Yes.  By spring of 2003,
16  we -- there was finally no other concerns
17  that Merck had and we were given a green
18  light to proceed.
19        Q.      And did you actually do the
20  data analysis at that time?
21        A.      Yes.
22        Q.      And what did you find?
23        A.      We found that there was a
24  significant increase in the risk of heart
00211:01  attack in patients taking Vioxx compared
02  to comparator drugs.
```

**72. PAGE 212:03 TO 213:15 (RUNNING 00:01:15.131)**

```
03              Let me ask you these
04  questions.
05              Did Merck have input into
06  the design of the study?
07        A.      Yes, in that they would not
08  let us proceed until they were perfectly
09  satisfied with the protocol.
10        Q.      And did they indicate that
11  they were satisfied with the protocol in
12  the end of the day?
```

## 25964 Mason v Merck

```
13        A.    Yes.  They signed off on the
14 protocol.
15        Q.    Okay.
16              Did they have one of
17 their --
18              Did they have any employees
19 who they employed working on the study?
20        A.    Yes.  Dr. Cannuscio was a
21 key member of the project team, and she
22 was a Merck employee.
23        Q.    All right.
```

AVORN31 - avorn31 

```
24              Now, I put in front of you a
00213:01 document entitled "The Relationship
02 Between COX-2 Inhibitors and Acute
03 Myocardial Infarction" dated May 5th,
04 2003.  Would you tell me what this is?
05        A.    Yes.  This is just the
06 tables, basically the data as we had it
07 in May of 2003 from the study.
08        Q.    Okay.
09              In an overview, what did it
10 tell the people at Merck about the
11 results of your study of the -- the
12 epidemiologic study?
13        A.    That we found an increased
14 rate of heart attacks in people taking
15 Vioxx compared to comparison drugs.
```

### 73. PAGE 214:21 TO 216:09 (RUNNING 00:01:10.048)

```
21        Q.    Okay.
22              Now, the results that you
23 saw here, from a public health
24 standpoint, did you consider them to be
00215:01 important findings?
```

-KEAVORN31 - Clear Attached Exhibit AVORN31 

```
02        A.    Yes.
03        Q.    Why?
04        A.    Because in there -- let me
05 just turn to the page with the data on it
06 as it was eventually published.  We found
07 that in the final tables, there was a
08 significant increase in the risk of heart
09 attack that we found with Vioxx compared
10 to with Celebrex.  We also found that it
11 was particularly high in people who were
12 taking higher doses of Vioxx.  And that
13 seemed like an important finding.  The
14 data for the high-dose Vioxx versus
15 high-dose Celebrex was a 70 percent
16 increase, or almost a doubling of the
17 risk of heart attack in our patient
18 population.
19        Q.    Did you find an increased
20 risk with low dose?
21        A.    Yes.
22        Q.    Did you find an increased
23 risk at less than 30 days?
24        A.    Yes.
00216:01   Q.    Did you find an increased
02 risk at 30 to 90 days?
03        A.    Yes.
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
04        Q.    And was that increased risk
05  seen whether you were comparing it to
06  Celebrex or other NSAIDs?
07        A.    We found it with a wide
08  variety of comparison drugs or
09  nonexposures.
```

**74. PAGE 245:18 TO 246:03 (RUNNING 00:00:14.264)**

```
18        Q.    And you testified before,
19  and I just want to refer you to that
20  testimony, that you felt this was an
21  important public health issue that your
22  study was addressing?
23        A.    I've said that, and I felt
24  that, and I feel that.
00246:01        Q.    Okay.
02              Now, let me show you what I
```

📄 AVORN32 - avorn32



```
03  have had marked as Exhibit Number 29 --
```

**75. PAGE 246:06 TO 247:04 (RUNNING 00:00:33.630)**

```
06        Q.    30.  I will represent to you
07  that it is a bulletin being used for
08  detailers detailing Vioxx.
09        A.    You mean the sales
10  representatives?
11        Q.    The sales representatives.
12        A.    For Merck?
13        Q.    Yes.
14              And it's dated April 21st,
15  2004.
16        A.    Correct.
17        Q.    Do you see that, Doctor?
18              And does it refer to your
19  particular study?
20        A.    Yes.
21        Q.    And it's called an "Obstacle
22  Response."  Do you see that?
23        A.    Right.
24        Q.    Did you consider your paper
00247:01  an obstacle?
02        A.    No.
03        Q.    You're smiling.  Why do you
04  smile?
```

**76. PAGE 247:07 TO 247:15 (RUNNING 00:00:22.709)**

```
07              THE WITNESS:  Because it was
08  an important finding about the
09  risks of a very, very widely-used
10  drug in relation to a very common
11  and important and dangerous side
12  effect that was only an obstacle,
13  I suppose, from the perspective of
14  Vioxx sales, but it was not an
15  obstacle in terms of science.
```

**77. PAGE 247:20 TO 248:07 (RUNNING 00:00:25.362)**

```
20        Q.    When it says "Action
```

📄 AVORN34 - avorn34



```
21  required," it says, "Do not initiate
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
        22   discussions on this article with
        23   physicians."  Do you see that?
        24        A.    I see that.
00248:01            Q.    Doctor, as somebody who has
        02   been involved in academic detailing,
        03   which we spoke about before, can you
        04   think of any medical or scientific reason
        05   why a responsible drug company would not
        06   want to have all of the evidence
        07   discussed with physicians?
```

**78. PAGE 248:13 TO 248:18 (RUNNING 00:00:13.305)**

```
        13        Q.    I'm not asking you to
        14   speculate, Doctor.  I'm asking you as
        15   somebody who has done research in this
        16   area, is there any medical or scientific
```

📄 -KEAVORN34 - Clear Attached Exhibit AVORN34



```
        17   reason why this article and this research
        18   should not be shared with doctors?
```

**79. PAGE 248:20 TO 248:20 (RUNNING 00:00:00.412)**

```
        20            THE WITNESS:  No.
```

**80. PAGE 248:22 TO 249:10 (RUNNING 00:00:32.953)**

```
        22        Q.    Why not?
        23        A.    As someone who has spent his
        24   life studying how doctors make
00249:01   prescribing decisions and written papers
        02   about and conducted programs in the fair
        03   and evidenced-based presentations of both
        04   benefit and risk data to physicians so
        05   that they can be helped to make more
        06   appropriate decisions to benefit their
        07   patients, I can think of no reason that
        08   anybody would -- no legitimate reason why
        09   it would be ever appropriate to suppress
        10   negative findings about a drug risk.
```

**81. PAGE 274:13 TO 275:05 (RUNNING 00:00:32.431)**

```
        13        Q.    Now, let me ask you some of
        14   your opinions generally, and we can
        15   hopefully move through these fairly
        16   quickly.
        17            Doctor, we addressed this
        18   previously about what your opinions were
        19   at the time that you were studying Vioxx.
        20   Let's move forward in time.
        21            As of today, do you have an
        22   opinion to a reasonable degree of medical
        23   certainty as to whether or not Vioxx was
        24   any more effective as a pain reliever
00275:01   than other nonsteroidal
        02   anti-inflammatories, whether it be
        03   aspirin, Motrin, naproxen, all the others
        04   we've talked about?
        05        A.    Yes, I have such an opinion.
```

**82. PAGE 275:23 TO 277:17 (RUNNING 00:01:31.314)**

```
        23        Q.    What is your opinion?
        24        A.    My opinion, I think it's
00276:01   pretty universal, is that there's really
        02   no evidence that Vioxx was or is any more
```

## 25964 Mason v Merck

```
03    effective as an analgesic or a pain
04    reliever than any of the older
05    nonsteroidals that are on the market.
06          Q.    Do you know whether or not
07    Merck ever claimed that Vioxx was better
08    at pain relief than any other drug that
09    was on the market?
10          A.    It did not.
11          Q.    Is that important in
12    applying the risk/benefit analysis that
13    we talked about before?
14          A.    Yes.  Because if there were
15    a drug that was -- when Vioxx first came
16    out, there were a lot of articles in the
17    newspapers calling it the super aspirin
18    and kind of implying that it worked much
19    better than aspirin or Motrin.  If that
20    were true, then maybe for somebody with
21    really bad arthritis, you might even be
22    willing to consider a slight increase in
23    some other risks if this was really the
24    most fantastic pain reliever ever.  But
00277:01    it's about as good as all the others we
02    have.
03          Q.    Let me go on.
04          Do you know whether or
05    not -- do you have an opinion as to
06    whether or not Vioxx had any effect on
07    the GI system?
08          A.    Yes.
09          Q.    And what is that opinion?
10          A.    Well, like all drugs in the
11    nonsteroidal class, it's more irritating
12    than not taking anything.  But it also,
13    in the VIGOR study, was found to actually
14    be less irritating to the stomach and
15    less producing of important gastric
16    problems than other drugs like naproxen
17    in particular.
```

**83. PAGE 277:20 TO 280:08  (RUNNING 00:02:18.814)**

```
20          In assessing the benefits
21    and the risks of Vioxx, have you
22    considered the fact that at least
23    compared to naproxen it had a better GI
24    benefit?
00278:01          A.    Yes.  That was actually the
02    substance of the discussions that I had
03    with my colleagues around the time that
04    the VIGOR data was coming out, that,
05    well, if it is worse for your heart but
06    better for your stomach, is that a
07    tradeoff that was worth making?  Because
08    often in either practice or research or
09    teaching medical students or residents, I
10    have to confront the issue of this drug
11    is worse in this respect but better in
12    this respect, and how do you balance
13    those two.
14          There's a couple of sections
15    in my book about that, because a lot of
16    drugs will have some pluses and some
17    minuses, and you have to be able to
18    measure them and then weigh them.
19          Q.    Do you know whether or not
20    Merck, in connection with Vioxx, as time
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
        21   went on, suggested that patients who are
        22   at risk for heart problems should take
        23   aspirin?
        24       A.    Yes.
00279:01       Q.    That Vioxx was no substitute
        02   for aspirin?
        03       A.    Correct.  They stated that.
        04       Q.    In patients in which aspirin
        05   and Vioxx were taken, how did that affect
        06   the GI benefit?  Do you have an opinion
        07   as to that?
        08       A.    I have an opinion.
        09       Q.    And what is that opinion?
        10       A.    Well, based on Merck's own
        11   study, they did a study which I think was
        12   called the aspirin endoscopy study in
        13   which they actually looked at whether or
        14   not the gentler on your stomach advantage
        15   of Vioxx would still be there in patients
        16   who needed to take a baby aspirin a day
        17   to protect their heart.
        18              Because after the VIGOR
        19   study came out, Merck themselves were
        20   saying, if you need to be on aspirin
        21   while you're taking Vioxx, you should
        22   take aspirin to protect your heart.
        23              And in the study which they
        24   conducted of patients who were given both
00280:01   aspirin and Vioxx, what they found was
        02   that the protective effect on the stomach
        03   of Vioxx was actually lost if a patient
        04   was taking aspirin in addition.  That is,
        05   you couldn't demonstrate the
        06   gastroprotective effect of Vioxx if a
        07   patient was taking a baby aspirin
        08   alongside it.
```

**84. PAGE 280:11 TO 281:02 (RUNNING 00:00:25.407)**

```
        11              Do you have an opinion that
        12   you hold to a reasonable degree of
        13   medical and scientific certainty as to
        14   whether or not Vioxx is capable of
        15   causing heart attacks in human beings?
        16       A.    I have an opinion.
        17       Q.    And what is that opinion?
        18       A.    That Vioxx does cause heart
        19   disease, specifically heart attacks in
        20   human beings.
        21       Q.    Would you briefly give us
        22   the basis of that opinion?
        23       A.    Yes.  I think that there's a
        24   number of different reasons for coming to
00281:01   that opinion, all of which, in my view,
        02   point in the same direction.
```

**85. PAGE 284:11 TO 286:12 (RUNNING 00:01:44.145)**

```
        11              What are the bases of your
        12   opinion as an epidemiologist that Vioxx
        13   is capable of causing heart attacks in
        14   human beings?
        15       A.    The clinical trial evidence
        16   I think is the number one strongest
        17   indication for -- or evidence for this,
        18   that randomized controlled clinical
        19   trials double blind in which patients who
```

## 25964 Mason v Merck

```
20    were given Vioxx compared to other drugs,
21    the consistency of the evidence that
22    Vioxx causes a higher number of heart
23    attacks or other cardiovascular adverse
24    events from a number of studies which we
00285:01    could go through, that is one key
02    foundation of this association.  And that
03    was found in VIGOR, in 090, in ADVANTAGE,
04    in a number of studies, most of which
05    actually were conducted by Merck which
06    showed --
07         Q.    APPROVe?
08         A.    -- a higher -- I'm sorry?
09         Q.    APPROVe, does APPROVe fit in
10    there?
11         A.    APPROVe, I'm sorry, that was
12    the one that got it off the market.
13               All of those are studies
14    which showed a higher rate of heart
15    attacks and other cardiovascular outcomes
16    in patients given Vioxx.  That is one
17    line of evidence.
18               The other line of evidence,
19    which is totally separate, but also
20    points in the same direction, is studies
21    of the kind that we have done where you
22    look at people taking Vioxx compared to
23    people taking Celebrex compared to other
24    medications, and, again, finding that the
00286:01    people taking Vioxx out there in the
02    normal world, not in the clinical trial,
03    are having more heart attacks than people
04    not taking it.
05               And then in a way, the icing
06    on the cake is if there is some reason
07    for being able to say we think we may
08    know why this happens, that is additional
09    helpful information.
10         Q.    And did you have all three
11    of those in connection with -- to support
12    Vioxx?
```

**86. PAGE 287:03 TO 288:14 (RUNNING 00:01:16.000)**

```
03         A.    Yes.  I think all three
04    lines of argument were present and
05    reasonably clear in the case of Vioxx.
06         Q.    All right.  Moving forward,
07    Doctor.
08               Do you have an opinion as to
09    whether or not it is generally accepted
10    in the medical and scientific community
11    today that Vioxx is capable of causing
12    heart attacks in human beings?
13         A.    Yes.  That was the unanimous
14    view of the FDA Advisory Committee that
15    met in 2005.
16         Q.    When you say "the unanimous
17    view," what do you mean?
18         A.    I think there were 32 people
19    voting, and I believe that 32 in answer
20    to the question, does Vioxx cause
21    cardiovascular disease in humans, I think
22    32 out of the 32 said yes, and I don't
23    think anyone said no.
24         Q.    Okay.
00288:01               Dr. Avorn, do you have an
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:08:33 AM

## 25964 Mason v Merck

```
02   opinion that you hold to a reasonable
03   degree of medical certainty as to whether
04   or not a person has to be taking Vioxx
05   for any particular period of time before
06   they are actually at risk for a
07   Vioxx-induced heart attack?
08        A.   Well, in our study, we found
09   an increase in risk in 1 to 30 days, as
10   well as 30 to 90 days.  So -- and we've
11   recently just in the last week or two
12   seen that the contention --
13        Q.   Let me ask you a question.
14        A.   Okay.
```

**87. PAGE 290:05 TO 290:11 (RUNNING 00:00:17.290)**

```
05             Has there been any evidence
06   that has come out in the past two days
07   that support your opinion that there is
08   not a period of time in which it is
09   necessary for a person to be on Vioxx
10   before they develop a Vioxx-induced heart
11   attack?
```

**88. PAGE 290:15 TO 291:21 (RUNNING 00:01:14.072)**

```
15        A.   Well, let's call it the last
16   week, because it was put up on the
17   website of the New England Journal of
18   Medicine in the last several days, and I
19   don't remember if it was two or three.
20        Q.   Go ahead.
21        A.   But it has just become known
22   to the world at large that the analysis
23   which was performed on the data from the
24   APPROVe study, which was the study that
00291:01   was released in September of '04, which
02   was the occasion for withdrawing the drug
03   from the market, that the analysis which
04   was initially done and reported in the
05   New England Journal, to their
06   embarrassment, was incorrect, and that it
07   was -- it looked at this issue of before
08   18 months versus after 18 months in a way
09   that was erroneous in a statistical
10   sense.  And that if one looks at it in
11   the correct way, that there is not this
12   phenomenon of no effect before 18 months
13   and then the effect starts.
14        Q.   And --
15        A.   And if I could just complete
16   that thought.
17             The New England Journal
18   required the authors of that paper to
19   publish a correction to their original
20   report, which is the new element that has
21   come out in just the last few days.
```

**89. PAGE 292:02 TO 293:08 (RUNNING 00:01:13.766)**

```
02        Q.   Doctor, are there any other
03   clinical trials that you are aware of in
04   reviewing the materials we asked you to
05   review which were shorter term studies
06   where risks were seen?
07        A.   Yes.  The VIGOR study itself
08   only lasted nine months, and that was the
09   study in which the four or five-fold
```

## 25964 Mason v Merck

```
        10   increase in heart attacks was seen.  So,
        11   if there was no effect before 18 months,
        12   it would have not been seen in VIGOR, but
        13   it was.
        14              In addition, studies like
        15   ADVANTAGE and study 090 were much briefer
        16   than that, and they also found an effect
        17   that was different in Vioxx users versus
        18   the comparison group in well under six
        19   months.
        20        Q.    And looking at all of those
        21   together, in your opinion, did a pattern
        22   emerge that in any way suggested, good or
        23   bad, that there was not a cutoff period
        24   of time where the risk begins?
00293:01        A.    I think looking at all the
        02   data together from the clinical trials,
        03   and in addition, separately looking at
        04   the data from the observational or the
        05   epidemiologic studies, the totality of
        06   the evidence does not suggest that there
        07   is a, quote, safe period early on when
        08   you don't get into trouble with the drug.
```

**90. PAGE 300:09 TO 301:15  (RUNNING 00:01:10.684)**

```
        09        Q.    Let's go to the next
        10   question that we asked you to address,
        11   which is Merck's investigation and
        12   management of -- investigation of the
        13   potential of Vioxx to cause heart attacks
        14   and their management of that issue, the
        15   studies, the communications, et cetera.
        16   Okay?
        17              First of all, have you
        18   reviewed documents that were before the
        19   new drug application was filed for Vioxx?
        20        A.    Yes.  There were some
        21   initial reports of clinical trials that
        22   had been conducted.
        23        Q.    What is the term "signal,"
        24   Doctor?  First of all, is the term
00301:01   "signal" something that is commonly used
        02   in your field of pharmacoepidemiology?
        03        A.    Yes.
        04        Q.    Would you please explain to
        05   the jury what a "signal" is?
        06        A.    Yes.  I think a good regular
        07   language word would be "clue."  That if
        08   there may be some evidence that comes up
        09   that is not in itself a slam dunk proof
        10   that there's a problem, but something
        11   that might be called a smoking gun,
        12   something that sure looks suspicious and
        13   warrants followup, even though in itself
        14   it does not absolutely wrap up the
        15   certainty that there's a problem.
```

**91. PAGE 301:22 TO 302:07  (RUNNING 00:00:19.375)**

```
        22        Q.    Okay.
        23              Doctor, do you have an
        24   opinion as to whether or not Merck should
00302:01   have recognized -- a reasonable and
        02   prudent company with the knowledge that
        03   Merck had before the drug was on the
        04   market should have recognized that there
```

### 25964 Mason v Merck

```
05   was the potential for cardiovascular
06   disease in patients who took Vioxx?
07        A.    Yes.
```

**92. PAGE 302:14 TO 303:12  (RUNNING 00:00:33.724)**

```
14              If one looks at the totality
15        of the information that was
16        available as of the time that the
17        new drug application was
18        submitted, there were a number of
19        pieces of information from
20        clinical trial data, as well as
21        from other sources, that certainly
22        raised a question as to whether or
23        not this was a problem.  And I'm
24        not saying that they were slam
00303:01   dunk, to use a phrase from the
02        current administration, slam dunk
03        evidence that there was a problem,
04        but that certainly were very
05        suspicious worries.
06                 -    -    -
07              (Whereupon, Deposition
08        Exhibit Avorn-31, Research
09        Management Committee 4-10-96
10        MRK-ABC0048699 - MRK-ABC0048706,
11        was marked for identification.)
12                 -    -    -
```

**93. PAGE 303:14 TO 307:17  (RUNNING 00:03:32.734)**

```
14        Q.    I'm going to hand you what I
```

📄 **AVORN35 - avorn35**

```
15   have had marked as Exhibit Number 31.
16   And for the record, this is a Research
17   Management Committee document dated
18   October 10, 1996, MRK-ABC0048699.
19              Have you seen this document
20   before?
21        A.    Yes, I have.
22        Q.    Is this a document you
23   relied on in supporting your opinion that
24   there was a, quote, signal of potential
00304:01   cardiotoxicity for Vioxx prior to filing
02   of the new drug application?
03        A.    In part.
04        Q.    Okay.
05              Would you please go to Page
```

📄 **AVORN36 - avorn36**

```
06   8.
07        A.    Yes.
08        Q.    First of all, what is
09   MK-966?
10        A.    That was the working name
11   for Vioxx before it was called Vioxx.
12        Q.    And is this a document that
13   is a Merck document?
```

📄 **AVORN37 - avorn37**

```
14        A.    Yes.
15        Q.    In Section 3, it indicates a
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
16   section that says "Adverse Events."  Do
17   you see that?
18        A.   Yes.
19        Q.   Okay.
20             Would you tell us what, if
21   anything, was significant in your review
22   of this document which supports your
23   opinions?
24        A.   Sure.  In fairness, I should
00305:01   point out that these were very, very big
02   doses of Vioxx.  This was before they
03   really knew what the right dose would be,
04   and so these doses were 125 to 175
05   milligrams.  I think that's part of the
06   picture here.
```

### AVORN38 - avorn38

```
07        Q.   Sure.
08        A.   Having said that, the second
09   paragraph -- and the other important
10   point was that this study lasted only six
11   weeks.  And so it was a really remarkably
12   short period of time in which you really
13   would not expect to see a cardiovascular
14   risk because it was only a
15   month-and-a-half long.
```

### AVORN39 - avorn39

```
16             And the second paragraph
17   reads, "Adverse events of most concern
18   were in the cardiovascular system (e.g.,
19   MI" or heart attack, "unstable angina"
20   which is increasing chest pain from heart
21   disease, "rapid fall in hemoglobin and
22   hematocrit in some subjects, and a small
23   increase in blood pressure."
24        Q.   And this is October of 1996?
00306:01   A.   Correct.
```

### AVORN40 - avorn40

```
02             And then the next sentence
03   which I think is also relevant, "We plan
04   to evaluate MK-966" or Vioxx "in a study
05   where subjects are also given low-dose
06   aspirin."
07        Q.   Was that study ever done?
08        A.   It was not until the VIGOR
09   data came out in 2000 that Merck began to
10   advocate using aspirin in people taking
11   Vioxx, and so that would have been, oh,
```

### -KEAVORN40 - Clear Attached Exhibit AVORN40

```
12   four years later.
13        Q.   All right.
14             Now, Doctor, did you also
15   review the medical officer reviews for
16   Vioxx, the FDA medical officer review for
17   Vioxx when the drug was approved?
18        A.   Yes.
19        Q.   And did you consider the
20   views of the medical officer when forming
21   your opinions?
```

## 25964 Mason v Merck

```
       22        A.    Yes.  Because that was what
       23  was known at the time.
       24        Q.    What, if any, significance,
00307:01  and I'm going to try to go through these
       02  fairly quickly, what, if any,
       03  significance was there in the
       04  cardiovascular section of the medical
       05  officer review for the Vioxx clinical
       06  trial program that assisted you in
       07  formulating your opinions?
       08        A.    Well, a number of the FDA
       09  staff that were evaluating Vioxx, and I'm
       10  thinking of Dr. Pulayo, Dr. Villalba and
       11  Dr. Targum, were struck with and noticed
       12  and wrote about the fact that there
       13  appeared to be an excess of
       14  cardiovascular disease in patients who
       15  were given Vioxx in the clinical trials
       16  that were submitted by Merck to FDA in
       17  the late '90s.
```

**94. PAGE 308:06 TO 308:07 (RUNNING 00:00:05.999)**

```
       06        Q.    I'm going to show you a
       07  document.  First of all, is this a
```

**95. PAGE 308:08 TO 309:14 (RUNNING 00:01:01.950)**

```
       08  document that you reviewed in the context
       09  of your opinions that you prepared to
       10  render in this case?
```

AVORN41 - avorn41

```
       11        A.    Yes.
       12        Q.    Okay.
       13              What is this document,
       14  Doctor?
       15        A.    This is labeled "Scientific
       16  Advisors Meeting, May 3-May 6, 1998."
       17        Q.    And what is this document?
       18        A.    This is a summary of the
       19  report of a group of scientific advisors
       20  that Merck pulled together to advise it
       21  on the development of the -- of Vioxx as
       22  it was in its preapproval state, that is,
       23  before it was  -- before the FDA approved
       24  it.
00309:01        Q.    Would you turn to Page 11 of
       02  this document?
```

AVORN42 - avorn42

```
       03        A.    Yes.
       04        Q.    Under the section entitled
       05  "Cardiovascular."
       06        A.    Yes.
       07        Q.    Do you see that?
       08        A.    Yes.
       09        Q.    Would you please tell the
       10  members of the jury what Merck was being
       11  told by its Board of Scientific Advisors
       12  about the potential problems for Vioxx
       13  prior to the drug being on the market?
       14        A.    Yes.
```

### 25964 Mason v Merck

**96. PAGE 309:21 TO 311:12 (RUNNING 00:01:19.715)**

```
      21              THE WITNESS:  The Board of
      22        Scientific Advisors drew the
      23        company's attention to three
      24        specific issues that are numbered
00310:01        here.  One was the possibility of,
      02        we talked about this balance of
      03        COX-1 and COX-2, that if you block
      04        COX-2 and don't block COX-1, the
      05        committee, which was outside
      06        pharmacologists of some renown,
      07        said here's something that could
      08        happen that one might expect or
      09        worry about if you block COX-2 and
```

📄 AVORN43 - avorn43

```
      10        don't block COX-1 as much.
      11              One is "the development of
      12        lipid rich coronary plaques."  And
      13        that's basically gunk developed,
      14        building up in the artery of the
      15        heart, which can then erupt and
      16        form a clot and cause heart
```

📄 AVORN44 - avorn44

```
      17        disease.
      18              Two, 'The destabilization of
      19        the cap of these plaques by
      20        inflammatory cells, making them
      21        'rupture prone'."  And that is
      22        what we now believe is the
      23        mechanism of heart attacks.  That
      24        you have this fatty gunk sitting
00311:01        in your arteries, and then for
      02        some reason it ruptures and the
      03        fat is kind of spilled into the
      04        artery and that causes the clot to
      05        form and that causes the heart
```

📄 AVORN45 - avorn45

```
      06        attack.
      07              And three, "The thrombotic
      08        occlusion of the vessel at the
      09        site of plaque rupture with
      10        ensuing consequences of ischemia."
```

📄 -KEAVORN45 - Clear Attached Exhibit AVORN45

```
      11        That basically means having a
      12        heart attack.
```

**97. PAGE 311:21 TO 312:08 (RUNNING 00:00:23.405)**

```
      21        Q.    Doctor, putting all the kind
      22        of evidence that we've been talking about
      23        together, do you have an opinion as to
      24        whether or not there was evidence prior
00312:01        to Vioxx being on the market that a
      02        reasonable and prudent company reviewing
      03        the safety profile of this drug would
      04        have considered in terms of designing
      05        their clinical trial program and
      06        investigating this signal?
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 11:06:33 AM

## 25964 Mason v Merck

```
07      A.    Yes.
08      Q.    What is that opinion?
```

**98. PAGE 313:02 TO 316:08 (RUNNING 00:02:22.301)**

```
02            THE WITNESS:  In developing
03      a drug or looking at drug risks
04      and benefits, it is necessary to
05      look not just at what is found in
06      a particular study, but also what
07      is all the evidence about what
08      might work and what might not
09      work.  And, in fact, what might
10      work can be very useful in
11      planning the development of the
12      drug.
13            And when I teach in a course
14      at Tufts Medical School for drug
15      company executives about thinking
16      about risks and benefits in drug
17      development, one of the points I
18      mention is that it's key to pull
19      together everything that's known
20      so that you can plan your clinical
21      development program, whether it's
22      animal studies or human studies or
23      followup epidemiologic studies so
24      as to follow up on signals.  Some
00314:01      signals may be good signals, like
02      here is a potential really good
03      effect of this drug that we want
04      to find out more about, as well as
```

📄 AVORN46 - avorn46

```
05      the bad signals.
06            And looking at it all
07      together, there is the evidence
08      from Merck's own pharmacology
09      advisors saying here's some
10      problems that you guys need to
11      keep an eye out for because,
12      specifically, 1, 2, 3, here are
13      ways in which this drug might
14      cause heart attacks.  Nobody knew
15      specifically at the time that it
16      would, but they were told, watch
17      out for this.  I think there was
18      some phrase in here that they
19      should be actively pursued or
```

📄 -KEAVORN46 - Clear Attached Exhibit AVORN46

```
20      something to that effect.
21            There were the earlier
22      clinical trials that Merck had
23      performed in which whatever the
24      dose, if you have a drug that
00315:01      increases heart attacks in a
02      six-week study, that's an
03      important signal to worry about.
04            There were the animal
05      studies and other pharmacologic
06      studies that say, gee, you know,
07      maybe blocking COX-2 selectively
08      is not a totally good idea, maybe
09      there are some important good
```

## 25964 Mason v Merck

```
    10          things a COX-2 does that you don't
    11          want to block totally.  And that
    12          was in the literature before the
    13          drug was on the market.
    14                  And so combining the advice
    15          from their scientific advisors,
    16          the evidence from the animal
    17          studies, from the pharmacologic
    18          literature and the evidence from
    19          their own clinical trial
    20          suggesting an increase in events,
    21          I'm not saying they should have
    22          not marketed the drug, I'm not
    23          saying they should have pulled it
    24          off the market the day it was
00316:01          approved, but I am saying that
    02          these were some smoking guns that
    03          a reasonable company would have
    04          said, as we market this drug,
    05          let's make sure that we're also
    06          keeping an eye on this potential
    07          problem that we've been warned
    08          about from multiple sources.
```

**99.  PAGE 327:18 TO 328:01  (RUNNING 00:00:11.710)**

```
    18                  Dr. Avorn, do you have an
    19          opinion that you hold to a reasonable
    20          degree of medical certainty as to when
    21          there was reasonable evidence of an
    22          association between Vioxx and heart
    23          attacks?
    24          A.     Yes.
00328:01          Q.     What is that opinion?
```

**100.  PAGE 329:19 TO 330:16  (RUNNING 00:00:48.700)**

```
    19                  That said, I have such an
    20          opinion, and it is that by the
    21          time the data from the VIGOR study
    22          were available to Merck, which
    23          would have been the spring of
    24          2000, combining the VIGOR data
00330:01          with the evidence from the other
    02          clinical trials, all of which
    03          Merck had conducted itself,
    04          coupled with the guidance that
    05          Merck had sought and received from
    06          its own Board of Scientific
    07          Advisors, coupled with the
    08          pharmacologic evidence that was
    09          out there in the literature prior
    10          to that point, by the spring of
    11          2000, the burden of evidence was
    12          enough to suggest that there was
    13          indeed a reason for concern that
    14          Vioxx was associated with heart
    15          attack and other cardiovascular
    16          disease in humans.
```

**101.  PAGE 331:05 TO 333:13  (RUNNING 00:02:02.667)**

```
    05          Q.     Let's talk about a couple of
    06          those trials.  You mentioned the
    07          ADVANTAGE trial before.  Could you tell
    08          me, first of all, when did the ADVANTAGE
    09          trial data become available to Merck as
    10          best as you could tell from your review
```

## 25964 Mason v Merck

```
11  of the evidence?
12        A.    As I understand it,
13  ADVANTAGE was conducted around the same
14  time frame as VIGOR, so that the evidence
15  from ADVANTAGE was becoming available in
16  2000 just as the evidence from VIGOR was
17  becoming available.
18        Q.    Let's talk about ADVANTAGE
19  for a little bit.
20              Would you please describe
21  for the members of the jury what, if any,
22  significance you attach to the ADVANTAGE
23  study?
24        A.    Yes.  That was a study that,
00332:01  as I recall, enrolled a smaller number
02  than VIGOR, my recollection would be
03  something like 4 or 5,000 patients who
04  were randomly allocated -- they were
05  patients with osteoarthritis.  And that's
06  important because one of the concerns
07  that was raised by Merck was, well, the
08  VIGOR study was in patients with
09  rheumatoid arthritis, and they are not
10  like typical patients, and they have more
11  heart disease, so that must be part of
12  why there were more heart attacks.
13              But ADVANTAGE was not about
14  rheumatoid arthritis, it was about
15  patients who had osteoarthritis, which is
16  the garden variety arthritis people get
17  in their hips and hands and knees and so
18  forth.
19              Secondly, ADVANTAGE was not
20  in comparison -- well, it was in
21  comparison with naproxen, but there were
22  patients in it who were taking aspirin as
23  I recall.  And as a result, the issue of,
24  well, this is only seen if you don't have
00333:01  people taking aspirin I don't believe was
02  the case in ADVANTAGE.
03              It was also a relatively
04  brief study.  It did not last for the
05  full nine months on average that VIGOR
06  lasted.  It was much briefer than that,
07  and yet there was still a
08  disproportionate number of heart attacks
09  in the Vioxx group compared to the
10  comparison group.  And that was another
11  kind of brick in the wall indicating that
12  there was a higher rate of cardiovascular
13  disease in people given Vioxx.
```

**102. PAGE 333:23 TO 334:18  (RUNNING 00:00:50.230)**

```
23        Q.    Let's talk about the 090
24  trial that you mentioned before.
00334:01        A.    Right.
02        Q.    What is the 090 trial?
03        A.    That was another study done
04  in patients who had arthritis, and it was
05  reviewed on the FDA materials along with
06  study 085, I believe.  And 090 was
07  important in this whole story because it
08  was not testing Vioxx against naproxen,
09  and so the idea that this was all because
10  naproxen prevents heart attacks and that
11  explains the VIGOR findings did not apply
```

## 25964 Mason v Merck

```
12  because the comparison groups in 090 were
13  another nonsteroidal called nabumetone
14  and placebo.  And there again, there was
15  an increase in study 090 in the number of
16  cardiovascular events that were in people
17  randomly assigned to Vioxx compared to
18  people on placebo or nabumetone.
```

**103. PAGE 335:21 TO 336:18 (RUNNING 00:00:46.809)**

```
        21          Q.    Let me just ask you this.
        22                Do you know whether or not
        23  the, I think you used the word
        24  disproportionate distribution of heart
00336:01  attacks in that study, was that reported
        02  in the ADVANTAGE study in the published
        03  literature?
        04          A.    My understanding is that the
        05  version that eventually found its way
        06  into the press reported the so-called
        07  APTC composite but did not, as I
        08  understand it, report the actual number
        09  of heart attacks.  And the difference in
        10  the number of heart attacks on Vioxx
        11  compared to nabumetone or placebo was
        12  much more striking than the difference in
        13  the so-called APTC composite outcome.
        14  But that was not the way it was reported.
        15          Q.    Let's talk about 090 for a
        16  moment.  Do you know whether that study
        17  was ever published by Merck?
        18          A.    I can't recall that it was.
```

**104. PAGE 337:01 TO 339:11 (RUNNING 00:02:06.337)**

```
00337:01  ask you this question.  Was 090, when did
        02  that become available to Merck?
        03          A.    My understanding is that
        04  that was also around the same time of
        05  2000.
        06          Q.    Okay.
        07                Now, in fairness, there's
        08  also another study called 085.  Are you
        09  familiar with that study?
        10          A.    Yes.  That was very much
        11  like 090.  And when the FDA reviewed the
        12  data, they reviewed them both together
        13  and did find this imbalance with more
        14  events in the Vioxx group than in the two
        15  other comparison groups, but for reasons
        16  that are unclear, most of the action
        17  seemed to be in the 090 and not in the
        18  085 piece of the study.
        19          Q.    In small studies like this,
        20  in other words, I think you mentioned it
        21  was a small study, if you see something
        22  in one small study and you don't see it
        23  in another study, do you ignore what you
        24  see or how does that work in your
00338:01  profession?
        02          A.    The absence of a finding
        03  does not cancel out the presence of a
        04  finding especially if the finding is an
        05  excess risk of heart attacks.  And --
        06          Q.    Why is that?  Why is that?
        07          A.    Because sometimes you don't
        08  find a bad thing.  Sometimes you don't
```

## 25964 Mason v Merck

```
09   find a good thing.  So, for example,
10   companies will often do multiple clinical
11   trials, and if some show good effect and
12   the others don't, very often they will
13   bring the ones that show a good effect to
14   FDA and say approve our drug on that
15   basis because a lot of things can cause a
16   study to yield a null finding, either a
17   good effect or a bad effect, and we know
18   that.  Studies are good things to do, and
19   often things don't go as expected.
20        Q.   Okay.
21        A.   But I think when one looks
22   at a 12-week study and you are seeing
23   heart attacks, that's enormously
24   important because you shouldn't be on
00339:01   anything that will cause a higher risk of
02   heart attacks in 12 weeks.
03        Q.   Using VIGOR, 090 and
04   ADVANTAGE and all the other evidence you
05   talked about before, do you have an
06   opinion to a reasonable degree of medical
07   certainty as to what a reasonable and
08   prudent company looking at the totality
09   of that evidence should have concluded
10   about the cardiovascular safety of Vioxx
11   in the spring of 2000 when --
```

**105. PAGE 340:03 TO 340:10 (RUNNING 00:00:16.875)**

```
03        Q.   Doctor, what is your
04   opinion?
05        A.   My opinion is that the
06   burden of evidence in the spring of 2000
07   was such that there was evidence of a
08   likely association between Vioxx and
09   heart disease in humans.
10                    -   -   -
```

**106. PAGE 374:18 TO 376:15 (RUNNING 00:01:45.596)**

```
18        Q.   I'm going to show you what I
19   have had marked as Exhibit Number 36.  Is
```

📄 AVORN47 - avorn47

```
20   this the document to which you refer?
21        A.   I think so.
22        Q.   Okay.
23             And when you look at the
24   e-mail from Dr. Scolnick dated April 12,
00375:01   2000, and this would have been right
02   after the VIGOR study, the VIGOR on our
03   timeline --
04        A.   Right.
05        Q.   -- right after VIGOR was
06   unblinded and the data became available?
07        A.   Correct.
08        Q.   Okay.
09             Would you read what Dr.
```

📄 AVORN48 - avorn48

```
10   Scolnick has to say?
11        A.   Yes.  This is to Dr. Reicin.
12   "Hi, Alise.  I have been trading e-mails
13   with Doug Greene in realtime.  We are all
```

```
14  online too late.  I will tell you my
15  worry quotient is high.  I actually am in
16  minor agony.  What I really want to do is
17  a 10,000 versus 10,000 patient study in
18  mild to moderate osteoarthritis Tylenol
19  versus Vioxx with PRN," which means as
20  needed, "low-dose ASA," which is aspirin,
21  "for those judged to need it.  Safety," I
22  guess he means would be the "first
23  primary endpoint and efficacy secondary
```

**AVORN49 - avorn49**



```
         24  or co-primary.  WE WILL NOT" now this is
00376:01  in capital letters, "WE WILL NOT KNOW FOR
      02  SURE WHAT IS GOING ON UNTIL WE DO THIS
      03  STUDY.  PLEASE THINK HARD ABOUT THE
      04  DESIGN BEFORE THE PAC MEETING.  Thanks,
      05  Ed."
      06       Q.    As somebody who conducts
      07  clinical trials and conducts
      08  epidemiologic studies and looks at these
      09  kinds of issues, would this have been an
      10  ethical study to do?
      11       A.    Yeah.  I think he got it
```

**-KEAVORN49 - Clear Attached Exhibit AVORN49**



```
12  exactly right.
13       Q.    And was any such study ever
14  done?
15       A.    Not to my knowledge.
```

**107. PAGE 377:23 TO 378:02 (RUNNING 00:00:06.365)**

```
         23            Do you have an opinion as to
      24  whether or not all NSAIDs have the same
00378:01  cardiovascular risk as Vioxx?
      02       A.    I have such an opinion.
```

**108. PAGE 378:24 TO 379:16 (RUNNING 00:00:40.469)**

```
         24       Q.    And what is that opinion?
00379:01       A.    My opinion is that there is
      02  not a unitary class effect, that is, it
      03  is not the same for all drugs, and that,
      04  in fact, there is a gradient of effects
      05  where with some drugs, which happen to be
      06  the ones that were taken off the market,
      07  namely, Vioxx and Bextra, having the
      08  worst risk of heart attack and stroke and
      09  then lower risk for Celebrex, but
      10  certainly Celebrex at high doses, and I
      11  think we know that from some clinical
      12  trial data, and then probably lower risk
      13  for the older nonsteroidals.  And then,
      14  of course, aspirin, on the other end of
      15  the spectrum, not only has no cardiac
      16  risk, but it prevents heart attacks.
```

**109. PAGE 380:10 TO 383:16 (RUNNING 00:02:51.431)**

```
10       Q.    Doctor, you testified that
11  you're an expert in the factors that go
12  into physician prescribing practices.
13  What are those factors?
14       A.    We've done a number of
15  studies about what shapes physician
```

### 25964 Mason v Merck

```
16  prescribing decisions, and I mentioned
17  the first one I published in 1982.  And
18  in doing that work, we tried to define
19  what predicts or drives what a doctor
20  prescribes.  And a great deal of it is
21  the doctor's perception of benefit versus
22  risk which he or she learns from a
23  variety of sources.
24          Q.     What are the sources in
00381:01  which a pharmaceutical company
02  communicates with doctors about their
03  products?
04          A.     Well, the legal governing
05  document that is probably central because
06  it determines what the company is allowed
07  to say in all of its promotional material
08  and all of its sales presentations is
09  what FDA calls the labeling or sometimes
10  it's called the package insert.  But it's
11  a lengthy document, usually in small
12  print, that describes everything about a
13  drug, what it's used for, what its
14  benefits are, what its risks are, what
15  its dose is and so forth.
16          Q.     Are there any other methods
17  by which a pharmaceutical company
18  communicates with doctors that you're
19  familiar with?
20          A.     Sure.  They will also, of
21  course, send out sales reps to doctors'
22  offices to talk to us about the
23  attributes of their drug, and, of course,
24  they will take out ads in medical
00382:01  journals.  They will also take out ads or
02  put commercials on TV for patients.  And
03  they will sponsor continuing education
04  programs for physicians.
05          Q.     What about publication of
06  medical articles?
07          A.     Very often companies are
08  heavily involved, as we've learned, in
09  the publication of articles in the
10  medical literature.
11          Q.     Let me talk about some of
12  those things for a moment.  Let's talk
13  about the label for a moment.
14                 First of all, what's a black
15  box warning?
16          A.     A black box warning is the
17  strongest kind of warning that appears on
18  a label which is literally in a black
19  box.  And if the FDA feels that there is
20  a particularly important risk for a given
21  drug, it insists that the manufacturer --
22  because the manufacturer kind of owns the
23  words in the label and negotiates with
24  the FDA, but ultimately it is the
00383:01  manufacturer's words, the FDA will insist
02  that a black box appear at the very
03  beginning of the description of the drug
04  in the labeling information warning about
05  a particular problem.
06          Q.     What is a warning?
07          A.     A warning is the next
08  highest level of alert, and it is a
09  section in the labeling in which the most
```

## 25964 Mason v Merck

```
10  important risks of a drug are presented.
11          Q.    What about a precaution?
12          A.    That's a much milder part of
13  the labeling in which it's kind of a
14  "watch out for this," but it's known as
15  to be a lower standard of risk.
16                      -  -  -
```

**110. PAGE 390:15 TO 390:18 (RUNNING 00:00:04.999)**

```
15          Q.    Doctor, have you looked at
```

AVORN50 - avorn50

```
16  the 2002 label which I'm handing to you
17  now?
18          A.    Yes, I have.
```

**111. PAGE 391:02 TO 392:16 (RUNNING 00:01:04.659)**

```
02          Q.    Is it your understanding
03  that in April of 2002 the Vioxx label was
04  changed to include some information about
05  the cardiac findings in the VIGOR study?
06          A.    Yes.
07          Q.    And have you reviewed that,
08  Doctor?
09          A.    Yes, I have.
10          Q.    And where does that --
11                First of all, let me ask
12  you, is there a black box warning for
13  doctors in the 2002 label?
14          A.    No.
15          Q.    Is there a warning on
16  cardiovascular risk in the label?
17          A.    No.
18          Q.    Where does the information
19  about VIGOR appear in this label?
20          A.    It is over here in the
21  section that is called "Clinical
22  Studies."
23          Q.    Is it also in the
24  precautions section?
00392:01         A.    I believe there is a
02  precaution about gastro -- about
```

-KEAVORN50 - Clear Attached Exhibit AVORN50

```
03  cardiovascular effects.
04          Q.    Do you know whether or not
05  the --
06                We talked about before, we
07  looked at the medical officer report of
08  Dr. Targum?
09          A.    Yes.
10          Q.    Okay.
11                Which talks about the, I
12  think her words were, it is hard to
13  conceive that this information from VIGOR
14  would not be contained in the warnings
15  section.  Do you remember that?
16          A.    Correct.
```

**112. PAGE 392:18 TO 393:03 (RUNNING 00:00:26.192)**

```
18                Do you know whether or not
19  the FDA, in fact, did recommend that the
20  company include a warning about the
```

## 25964 Mason v Merck

```
      21   cardiovascular risk seen in VIGOR?
      22        A.    Yes, I know that.
      23        Q.    And do you have an opinion
      24   as to whether or not there was a
00393:01   reasonable evidence of association
      02   between Vioxx and cardiovascular disease
      03   at the time that VIGOR became available?
```

**113. PAGE 393:09 TO 393:16  (RUNNING 00:00:12.077)**

```
      09        Q.    If that is the standard for
      10   placing a warning --
      11        A.    Yes.
      12        Q.    -- would that information
      13   alone have been enough to include the CV
      14   risk in the warnings section of the Vioxx
      15   label?
      16        A.    Yes.
```

**114. PAGE 394:01 TO 394:13  (RUNNING 00:00:20.312)**

```
00394:01              Do you have an opinion,
      02   again, to a reasonable degree of medical
      03   certainty, as to whether or not the
      04   information in the warning label in 2002
      05   contained information about increased
      06   mortality?
      07        A.    Do I have an -- I'm sorry.
      08   Do I have an opinion as to whether it was
      09   there?
      10        Q.    Do you know whether it is
      11   there or not?
      12        A.    I know that it was not
      13   there.
```

**115. PAGE 395:19 TO 395:24  (RUNNING 00:00:13.065)**

```
      19              Do you have an opinion to a
      20   reasonable degree of medical certainty as
      21   to whether or not the evidence of an
      22   association between Vioxx and increased
      23   mortality should have been contained in
      24   the warnings section of the Vioxx label?
```

**116. PAGE 396:23 TO 397:08  (RUNNING 00:00:21.358)**

```
      23              I have such an opinion, and
      24   my opinion is that if a company is in
00397:01   possession of data that indicates a
      02   statistically significant doubling of the
      03   death rate in a placebo-controlled
      04   randomized control trial that it
      05   conducted, then that information needs to
      06   be in the label to be able to guide
      07   physicians to make appropriate decisions
      08   about the use of that drug.
```

**117. PAGE 398:11 TO 398:16  (RUNNING 00:00:12.986)**

```
      11        Q.    Okay.
      12              And do you know whether or
      13   not the FDA proposed that information
      14   about VIGOR and ADVANTAGE on
      15   cardiovascular events and cardiovascular
      16   risk be placed in the warnings section?
```

**118. PAGE 399:19 TO 400:04  (RUNNING 00:00:21.365)**

```
      19        A.    Yes.
```

### 25964 Mason v Merck

```
        20         Q.    Okay.
        21               Having seen it, and as
        22  somebody who is an expert in the factors
        23  that drive doctors' prescribing
        24  practices, do you have an opinion as to
00400:01  whether or not that kind of information
        02  in the warnings section would have
        03  assisted doctors in making a risk/benefit
        04  analysis for their patients?
```

**119. PAGE 400:11 TO 400:14 (RUNNING 00:00:04.775)**

```
        11               THE WITNESS:  I have such an
        12  opinion that that would have been
        13  an important piece of information
        14  for doctors to have.
```

**120. PAGE 400:16 TO 400:20 (RUNNING 00:00:10.408)**

```
        16         Q.    Do you think that the lack
        17  of that information deprived doctors of
        18  an important piece of information from
        19  which they could make reasonable
        20  prescribing choices?
```

**121. PAGE 401:09 TO 402:10 (RUNNING 00:00:55.000)**

```
        09               As someone who has done
        10  research on published and peer-reviewed
        11  journals about physicians' assessments of
        12  risks and benefits, and as someone who
        13  teaches physicians about weighing risks
        14  and benefits, and has written a book
        15  about risks and benefits as drivers of
        16  drug use, and as somebody who has written
        17  a paper recently in the New England
        18  Journal about the effect of labeling on
        19  warnings and on prescribing, I can say
        20  with a great deal of certainty that a
        21  physician not having information about
        22  doubling of mortality risk and of
        23  increased risk of heart attack caused by
        24  a drug would deprive that physician from
00402:01  the ability to be able to make a wise
        02  prescribing decision.
        03         Q.    Doctor, let me ask you this.
        04               Do you have any evidence you
        05  have seen in this case that the addition
        06  of such a warning, as opposed to a
        07  precaution, would have been made a
        08  difference with respect to prescribing
        09  practices with respect to Vioxx?
        10         A.    Yes.
```

**122. PAGE 405:18 TO 406:14 (RUNNING 00:00:27.000)**

```
        18         Q.    Doctor, you mentioned
        19  another method by which doctors
        20  communicate -- companies communicate with
        21  doctors is their statements to the press.
        22  I think you mentioned that before?
        23         A.    Right.
        24         Q.    Have you seen statements
00406:01  that Merck has made to the press about
        02  the cardiovascular safety of Vioxx?
        03         A.    Yes.
        04               MR. TISI:  I'm going to hand
        05        you what I would like to have
```

## 25964 Mason v Merck

**AVORN53 - avorn53**

```
06          marked as Exhibit Number 40.
07                    -  -  -
08               (Whereupon, Deposition
09          Exhibit Avorn-40, News Release
10          5-22-01, MRK-ABI0003228 -
11          MRK-ABI0003230, was marked for
12          identification.)
13                    -  -  -
14               THE WITNESS:  Sounds right.
```

**123. PAGE 406:16 TO 406:21  (RUNNING 00:00:07.697)**

```
16          Q.    Doctor, have you seen this
17     before as an example of the kind of
18     communication that Merck made to the
19     press?
20          A.    Yes.
21          Q.    What is this?
```

**124. PAGE 407:03 TO 407:10  (RUNNING 00:00:19.862)**

```
03               THE WITNESS:  This is
04          labeled as a news release on
05          Merck's stationary for immediate
06          release, and the title of it is --
07          and it's dated May 22nd, 2001.
08          And the title is "Merck Confirms
09          Favorable Cardiovascular Safety
10          Profile of Vioxx."
```

**125. PAGE 407:12 TO 407:14  (RUNNING 00:00:02.963)**

```
12          Q.    And this talks about the
13     VIGOR study?
14          A.    Right.
```

**126. PAGE 408:02 TO 408:06  (RUNNING 00:00:10.308)**

```
02               Knowing what you know about
03     VIGOR, and looking at the medicine and
04     science surrounding VIGOR, is this
```

**-KEAVORN53 - Clear Attached Exhibit AVORN53**

```
05     medically and scientifically accurate
06     information to disseminate to the public?
```

**127. PAGE 408:09 TO 410:20  (RUNNING 00:01:54.168)**

```
09               THE WITNESS:  A great deal
10          of my work, Mr. Tisi, involves
11          looking at ways of presenting
12          complicated information about drug
13          risks and drug benefits both to
14          physicians and to patients.  We
15          did some of the first studies of
16          how to present information to
17          patients back in the early 1980s
18          relating to antibiotic risks and
19          benefits.
20               We have since produced
21          copious materials for patients in
22          our program in the State of
23          Pennsylvania explaining to them
24          the risks and benefits of various
00409:01     drugs in addition to information
```

## 25964 Mason v Merck

```
02          for doctors to teach them about
03          how to balance risks and benefits
04          of drugs in a program supported by
05          the State of Pennsylvania.
06              Our other studies on
07          presenting information about risks
08          and benefits to patients and to
09          physicians have been supported by
10          the National Institutes of Health
11          and the John A. Hartford
12          Foundation and a variety of other
13          sources, including the Arthritis
14          Foundation and Merck itself in a
15          current study that I'm doing with
16          Dr. Solomon about explaining to
17          patients how to balance their
18          risks and benefits of osteoporosis
19          drugs, of which the most prominent
20          one is made by Merck.
21              I have spent 25 years
22          studying the question of how one
23          can condense complicated data,
24          epidemiologic data, clinical data,
00410:01    biological data, to doctors and
02          patients so as to inform their
03          prescribing in a way that is
04          driven by science and by patient
05          benefit, rather than driven by the
06          need to push or dump on a given
07          product.  That is what my career
08          has been about.
09              I spend most days thinking
10          about how to present such
11          information fairly.  And based on
12          that 25 and 20 years of
13          experience, published in
14          peer-reviewed journals, funded by
15          federal agencies and peer-reviewed
16          grant proposals, I can tell you
17          that this is an inadequate and a
18          deceptive way of presenting this
19          information to the press, to
20          doctors, to patients or to anyone.
```

**128. PAGE 411:16 TO 412:09  (RUNNING 00:00:38.532)**

```
16          Q.    Doctor, we have talked about
17      another method of communicating risks and
18      benefits to patients and doctors as being
19      the peer-reviewed published literature.
20      We've talked about several articles today
21      that did that.
22          A.    Yes.
23          Q.    Let's talk about the two
24      articles that appeared in the New England
00412:01    Journal of Medicine, the APPROVe study
02      and the VIGOR study.  Have you reviewed
03      information about both of those studies?
04          A.    Yes.
05          Q.    Let's take VIGOR.  Was VIGOR
06      accurate, complete and a scientifically
07      appropriate way to present a fair and
08      balanced picture of the data collected in
09      that study?
```

## 25964 Mason v Merck

**129. PAGE 412:14 TO 412:16 (RUNNING 00:00:04.823)**

```
14        A.    No, it was not.
15        Q.    Okay.
16              Why was it not, Doctor?
```

**130. PAGE 413:07 TO 414:23 (RUNNING 00:01:40.778)**

```
07              Medically and scientifically
08   having reviewed the VIGOR data and
09   knowing what you know as an
10   epidemiologist, was the information
11   portrayed to doctors in a way that is
12   medically and scientifically accurate?
13        A.    No.
14        Q.    Why is that?
15        A.    Several reasons.  One is
16   that it is inappropriate for authors,
17   whether they work for a corporation or a
18   university, to know about important side
19   effects like a heart attack in patients
20   in a study that they are reporting and to
21   fail to include that information in the
22   published version of that paper.  That's
23   reason number one.
24              Reason number two is the
00414:01   so-called flipping of the data, and,
02   again, that's a Merck term, not mine, to
03   present the difference in the heart
04   attack rate between naproxen and Vioxx as
05   being explained by the fact that naproxen
06   was protecting patients' hearts, when at
07   least an equally plausible conclusion,
08   and, frankly, a far more plausible
09   conclusion was that Vioxx was causing the
10   heart attacks, and that inversion is
11   something which was not a fair
12   presentation of the data.
13        Q.    Let's move forward to the
14   APPROVe study.  Having reviewed the
15   APPROVe study and now knowing what you
16   know and seeing what you've seen, was the
17   evidence presented and the information
18   presented in the APPROVe study a
19   medically and scientifically accurate
20   presentation of the data collected in
21   that study so that doctors in the
22   scientific community would understand the
23   risks and benefits associated with Vioxx?
```

**131. PAGE 415:03 TO 417:02 (RUNNING 00:01:49.936)**

```
03              THE WITNESS:  All right.
04              APPROVe was not a fair and
05   accurate depiction of the data, we
06   now know, for a couple of reasons.
07              One is that it eliminated
08   patients who had their cardiac
09   events greater than two weeks
10   after stopping the drug, and we
11   now understand that there are
12   aspects of the way that Vioxx
13   might cause damage that could
14   easily occur greater than two
15   weeks after stopping the drug,
16   and, in fact, the stroke data from
17   the APPROVe followup does indicate
```

## 25964 Mason v Merck

```
       18         that patients who had been on
       19         Vioxx continued to have a
       20         statistically significant higher
       21         rate of stroke after the study was
       22         completed or the active phase was
       23         completed compared to the patients
       24         who were on placebo.  That's
00416:01         reason number one.
       02              Reason number two is that it
       03         is now fairly well recognized that
       04         the study used an incorrect
       05         statistical approach which created
       06         the misimpression that the risk
       07         from Vioxx in that study only
       08         began at month 18 and that anyone
       09         taking the drug for less than 18
       10         months, according to the way that
       11         study was originally presented,
       12         had no risk.
       13              As of the last few days,
       14         that has been corrected in the New
       15         England Journal, and the statement
       16         that this is not a problem before
       17         18 months has been modified, as I
       18         understand it, in response to this
       19         becoming known by the editors of
       20         the New England Journal, who, as I
       21         know it, requested that change.
       22              And I think those are the
       23         two most important ways that, and
       24         very important ways, APPROVe did
00417:01         not present the data in an
       02         accurate and balanced manner.
```

**132. PAGE 417:23 TO 419:08 (RUNNING 00:01:21.888)**

```
       23              Q.   Doctor, we talked about the
       24         ADVANTAGE study and the publication of
00418:01         the ADVANTAGE study.  Did the publication
       02         of the ADVANTAGE study contain
       03         information about myocardial infarction,
       04         heart attacks, as opposed to APTC events?
       05              A.   No.  The endpoint --
       06         although that data was collected, the
       07         endpoint that was chosen for publication
       08         was the so-called APTC or Anti-Platelet
       09         Trialists Collaborative definition, which
       10         was much broader.  That definition did
       11         not reveal a striking difference in
       12         outcomes, but had heart attacks, which is
       13         exactly the issue at hand, been the
       14         outcome that was presented, that would
       15         have revealed a difference.
       16              Q.   Did any of the published
       17         Alzheimer's studies publish the intention
       18         to treat analysis that Dr. Chen reported
       19         about the increased mortality in both of
       20         those studies?
       21              A.   No.  Even though that
       22         analysis was done by Merck and available
       23         to Merck, it was not presented in
       24         published form to doctors.
00419:01              Q.   Looking at all the major
       02         publications that were submitted to the
       03         medical and scientific community, do you
       04         have an opinion as to whether or not the
       05         medical and scientific information that
```

## 25964 Mason v Merck

```
06    came to them in their totality was a
07    reasonable exposition of the medical and
08    scientific information known to Merck?
```

**133. PAGE 419:14 TO 420:13 (RUNNING 00:00:45.827)**

```
14                 THE WITNESS:  As someone who
15         reviews articles for the New
16         England Journal of Medicine,
17         reviews articles for JAMA, a
18         number of other publications in
19         which the editors seek my peer
20         review as to the appropriateness
21         of presentation of the data, as
22         someone who has published over 200
23         articles in which I myself have
24         been subjected to peer review
00420:01   about the fairness of the
02         presentation of our own data, as
03         someone who has written widely
04         about physicians' and patients'
05         perception of risk and how that
06         perception drives their
07         prescribing, I can say that I have
08         never known a collection of papers
09         on any one topic in which there
10         has been such a constellation of
11         skewed and distorted presentation
12         of data in any drug studies that
13         I've ever looked at.
```

**134. PAGE 421:01 TO 421:15 (RUNNING 00:00:35.673)**

```
00421:01            Q.    Doctor, we talked about
02    another method of Merck communicating the
03    risks, accurate information about the
04    risks.  You do understand that there was
05    direct-to-consumer advertising for
06    patients -- directly to patients, and
07    you've written about that, correct?
08         A.    Yes.
09            Q.    Do you have an opinion as to
10    a reasonable degree of medical certainty
11    as to whether or not the
12    direct-to-consumer advertising conducted
13    by Merck played a role in what's a fair
14    and accurate depiction of the risks and
15    benefits associated with Vioxx?
```

**135. PAGE 421:22 TO 422:15 (RUNNING 00:00:34.432)**

```
22                 THE WITNESS:  Yes.  As I
23         said in my Health Affairs article
24         about direct-to-consumer
00422:01   advertising a couple of years ago,
02         it's vital that patients be able
03         to get a reasonable depiction of
04         both the good news and the bad
05         news about a drug.  And given what
06         we now understand was available to
07         Merck at the time that all -- that
08         those $100 million a year of
09         commercials and ads were being
10         run, I think it is absolutely
11         correct to say that they provided
12         all the good news about the drug
13         and did an inadequate job of
14         presenting the bad news about the
```

## 25964 Mason v Merck

```
        15        drug to patients.
```

**136. PAGE 422:17 TO 423:02 (RUNNING 00:00:22.224)**

```
        17        Q.    Now, Doctor, let me turn to
        18  the one last topic I would ask you about
        19  here, and that is the detailing of the
        20  doctors, which is another method in which
        21  companies will communicate with doctors.
        22              Have you reviewed any of the
        23  detailing information that was provided
        24  to doctors?
00423:01        A.    Yes, as well as the training
        02  of the sales reps, which is part of that.
```

**137. PAGE 423:21 TO 425:09 (RUNNING 00:01:21.156)**

```
        21        Q.    Did you see any information
        22  about how to respond to doctors'
        23  inquiries about cardiovascular events in
        24  your review of the documents?
00424:01        A.    Yes.
        02        Q.    What did you see?
        03        A.    Well, the most memorable was
        04  the dodge ball game that was apparently
        05  developed as a training tool for their
        06  sales reps to be able to respond to
        07  doctors' questions about the
        08  cardiovascular risks of Vioxx
        09  particularly after the APPROVe study
        10  findings had come out.  And I was
        11  struck --
        12        Q.    You meant VIGOR, right?
        13        A.    I'm sorry.  That's what I
        14  meant to say.
        15        Q.    All right.  Okay.
        16        A.    And I was struck by the fact
        17  that the purpose is pretty much summed up
        18  in the name, that it was to dodge
        19  questions about this very important risk
        20  of the company's drug.
        21              Merck's training materials
        22  to their sales reps explicitly tell them,
        23  do not raise or do not initiate any
        24  discussion of our paper or of other
00425:01  papers related to cardiovascular risk.
        02  And there were a number of completely
        03  evasive answers that were being fed to
        04  the sales reps for them to give as
        05  responses to doctors who asked about
        06  whether or not this drug could cause
        07  heart attacks.  And that did not seem to
        08  me to be a reasonable or scientifically
        09  accurate presentation of the data.
```

**138. PAGE 430:05 TO 430:21 (RUNNING 00:00:41.468)**

```
        05              Now, let me ask you, given
        06  all of that experience, Doctor, in your
        07  experience of 20-some odd, 30-some odd
        08  years in teaching how to communicate the
        09  risks and the benefits, looking at all
        10  the ways in which Vioxx was communicated,
        11  the risks and the benefits, the good news
        12  and the bad news to doctors, press
        13  releases, medical journals, labels,
        14  detailers, all of those things put
        15  together, do you have an opinion to a
```

## 25964 Mason v Merck

```
16   reasonable degree of medical and
17   scientific certainty as to whether or not
18   an accurate picture of the risks and
19   benefits of the drugs was communicated to
20   doctors so that they can make accurate
21   prescribing decisions for their patients?
```

**139. PAGE 431:09 TO 432:10  (RUNNING 00:00:47.778)**

```
09            THE WITNESS:   That there was
10   a pattern of gross distortion of
11   the risks of Vioxx, and that no
12   matter which way physicians turn,
13   whether it was looking at the
14   label, hearing what they were
15   hearing from the Merck-trained
16   sales representatives, trying to
17   read the literature in the medical
18   journals and trying to get some
19   accurate, complete depiction of
20   what was happening in the clinical
21   trials, even the information their
22   patients were bringing to them
23   from the commercials and ads that
24   they had seen, across the board,
00432:01   there was a pattern of what I
02   would characterize as systematic
03   distortion that rose almost to the
04   level of grotesque.  And, frankly,
05   it was an embarrassment for me as
06   a member of the medical profession
07   that this was going on in
08   presenting information to doctors
09   in such a one-sided and lopsided
10   way.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 02:10:21.354)

**Avorn Merck Cross**

| Scene | Designation | Source | TxDuration | Barcode |
|---|---|---|---|---|
| 1 | **447:15–447:16** | Avorne, Jerome 2006-06-30 | 00:00:04 | Z2.1 |
| | | 447:15   Q.  Doctor, once again, my name | | |
| | | 447:16        is Phil Beck, and I represent Merck. | | |
| 2 | **470:21–471:7** | Avorne, Jerome 2006-06-30 | 00:00:40 | Z2.2 |
| | | 470:21   Q.  When you wrote your report, | | |
| | | 470:22        did the lawyers that you worked with turn | | |
| | | 470:23        around and mark it up and provide you | | |
| | | 470:24        with suggestions and changes from your | | |
| | | 471:1         report? | | |
| | | 471:2   A.  They did not do any marking | | |
| | | 471:3         up, but they did comment on aspects of | | |
| | | 471:4         it.  This is unclear, this is unfair to | | |
| | | 471:5         Merck, you forgot about this thing that | | |
| | | 471:6         we had talked about, but they didn't make | | |
| | | 471:7         any marks or changes. | | |
| 3 | **471:23–472:1** | Avorne, Jerome 2006-06-30 | 00:00:05 | Z2.3 |
| | | 471:23   Q.  Your testimony is that the | | |
| | | 471:24        lawyers did not provide you with any | | |
| | | 472:1         markups; is that right? | | |
| 4 | **472:3–472:16** | Avorne, Jerome 2006-06-30 | 00:00:10 | Z2.4 |
| | | 472:3         THE WITNESS:  By "markups," | | |
| | | 472:4         you mean did they make notes on my | | |
| | | 472:5         report and make suggestions about | | |
| | | 472:6         changing it?  That's right, they | | |
| | | 472:7         did not. | | |
| | | 472:8         - - - | | |
| | | 472:9         (Whereupon, Deposition | | |
| | | 472:10        Exhibit Avorn-43, Email dated | | |
| | | 472:11        3.12.06, was marked for | | |
| | | 472:12        identification.) | | |
| | | 472:13        - - - | | |
| | | 472:14        BY MR. BECK: | | |
| | | 472:15   Q.  I'm handing you what we've | | |
| | | 472:16        marked as Exhibit 43. | | |
| 5 | **472:17–472:18** | Avorne, Jerome 2006-06-30 | 00:00:13 | Z2.5 |
| | | 472:17        Do you see that Exhibit 43 | | |
| | Link > AV43.1 | 472:18        is an e-mail to you | | |
| 6 | **472:18–473:15** | Avorne, Jerome 2006-06-30 | 00:00:50 | Z2.6 |
| | Link > AV43.1.1 | 472:18        from Jeff Grand? | | |
| | | 472:19   A.  Yes. | | |

472:20   Q.   And Jeff Grand is one of the
472:21         lawyers that you worked with?
472:22   A.   That's right.
472:23   Q.   Do you see at the bottom --
472:24         excuse me, I'll go back up to the top.
473:1         And this is dated March
473:2         12th, 2006.  Do you see that?
473:3    A.   Yes.
473:4    Q.   And that was before the date
473:5         of your expert report in this case,
473:6         right?
473:7    A.   It was before it was
473:8         finalized, yes.
473:9    Q.   Okay.
473:10        Before it was finalized.
Link > AV43.1.2   473:11        And then do you see the very
473:12        last thing that Mr. Grand said in his
473:13        e-mail to you was, "Also, tomorrow, I
473:14        will send you a mark-up of your report as
473:15        we discussed."

---

| 7 | 473:21-473:22 | Avorne, Jerome 2006-06-30 | 00:00:02 | Z2.7 |

473:21        THE WITNESS:  Yes, I see
Link >  Hide   473:22        that.

---

| 8 | 473:24-474:5 | Avorne, Jerome 2006-06-30 | 00:00:16 | Z2.8 |

473:24   Q:   Did the lawyers that you
474:1    worked with provide you with expert
474:2    reports written by other plaintiffs'
474:3    experts before you prepared and finalized
474:4    your report?
474:5    A:   Yes, they did.

---

| 9 | 476:2-476:7 | Avorne, Jerome 2006-06-30 | 00:00:21 | Z2.9 |

476:2    Q:   Did the lawyers that you
476:3    worked with provide you with any of the
476:4    expert reports written by Merck's experts
476:5    before you sat down and prepared and
476:6    finalized your report?
476:7    A:   Not that I can recall.

---

| 10 | 477:19-478:2 | Avorne, Jerome 2006-06-30 | 00:00:13 | Z2.10 |

477:19   Q:   And as of your deposition,
477:20   you had not read any of the expert
477:21   reports by Merck's experts, right?
477:22   A:   That's correct.
477:23   Q:   And as of today, have you
477:24   read any of the expert reports by Merck's

---

|  |  |  |  |
|---|---|---|---|
| | 478:1 | experts? | |
| | 478:2 | A: No, I have not. | |

| 11 | 494:5-494:15 | Avorne, Jerome 2006-06-30       00:00:27 | Z2.11 |
|---|---|---|---|
| | 494:5 | Q.  Do you agree that there were | |
| | 494:6 | good public health reasons for Merck to | |
| | 494:7 | develop Vioxx? | |
| | 494:8 | A.  Yes, I do. | |
| | 494:9 | Q.  And do you agree that one of | |
| | 494:10 | the good public health reasons for | |
| | 494:11 | developing Vioxx was that there were | |
| | 494:12 | serious gastrointestinal problems, | |
| | 494:13 | particularly gastrointestinal bleeding, | |
| | 494:14 | that resulted from the use of traditional | |
| | 494:15 | NSAIDs? | |

| 12 | 494:18-494:18 | Avorne, Jerome 2006-06-30       00:00:02 | Z2.12 |
|---|---|---|---|
| | 494:18 | THE WITNESS:  That's right. | |

| 13 | 494:20-494:22 | Avorne, Jerome 2006-06-30       00:00:07 | Z2.13 |
|---|---|---|---|
| | 494:20 | Q.  And were the | |
| | 494:21 | gastrointestinal bleeds an important | |
| | 494:22 | clinical problem? | |

| 14 | 495:1-495:1 | Avorne, Jerome 2006-06-30       00:00:02 | Z2.14 |
|---|---|---|---|
| | 495:1 | THE WITNESS:  That's right. | |

| 15 | 495:3-495:14 | Avorne, Jerome 2006-06-30       00:00:31 | Z2.15 |
|---|---|---|---|
| | 495:3 | Q.  Have there been studies that | |
| | 495:4 | showed the number of hospitalizations | |
| | 495:5 | each year that came from gastrointestinal | |
| | 495:6 | complications from traditional NSAIDs? | |
| | 495:7 | A.  Yes, there were. | |
| | 495:8 | Q.  And does it square with your | |
| | 495:9 | recollection that these studies showed | |
| | 495:10 | that there would be over 100,000 | |
| | 495:11 | hospitalizations each year due to | |
| | 495:12 | gastrointestinal complications from | |
| | 495:13 | traditional NSAIDs? | |
| | 495:14 | A.  That's correct. | |

| 16 | 495:17-495:18 | Avorne, Jerome 2006-06-30       00:00:01 | Z2.16 |
|---|---|---|---|
| | 495:17 | THE WITNESS:  That's | |
| | 495:18 | correct. | |

| 17 | 495:20-496:16 | Avorne, Jerome 2006-06-30       00:00:54 | Z2.17 |
|---|---|---|---|
| | 495:20 | Q.  Now, you talked about some | |
| | 495:21 | FDA Advisory Committees yesterday.  Do | |
| | 495:22 | you remember that? | |
| | 495:23 | A.  Yes. | |

**Avorn Merck Cross**

495:24  Q.  And I think you talked about
496:1      the 2005 Advisory Committee meeting,
496:2      right?
496:3  A.  That's right.
496:4  Q.  And I think you may have
496:5      talked about the 2001 Advisory Committee?
496:6  A.  That's right.
496:7  Q.  Was there also an Advisory
496:8      Committee that was convened in 1999 to
496:9      consider whether Vioxx should be approved
496:10      by the FDA?
496:11  A.  That's right.
496:12  Q.  And is it the case that
496:13      before prescription medicines get
496:14      approved, the FDA often seeks the advice
496:15      of Advisory Committees made up of outside
496:16      doctors and professionals?

| 18 | 496:20-496:20 | Avorne, Jerome 2006-06-30 | 00:00:01 | | Z2.18 |

496:20      THE WITNESS:  That's right.

| 19 | 496:22-498:20 | Avorne, Jerome 2006-06-30 | 00:01:55 | | Z2.19 |

496:22  Q.  And there was such an
496:23      Advisory Committee convened concerning
496:24      whether to approve Vioxx, right?
497:1  A.  That's right.
497:2  Q.  Were you asked to be on that
497:3      committee?
497:4  A.  No.
497:5  Q.  Did that committee involve
497:6      or include medical doctors?
497:7  A.  Yes.
497:8  Q.  Did it include
497:9      pharmacologists?
497:10  A.  Yes.
497:11  Q.  Other Ph.D.s?
497:12  A.  Usually such people are on
497:13      those committees.
497:14  Q.  Are you familiar with the
497:15      materials that were examined by that
497:16      committee and the conclusions that it
497:17      came to?
497:18  A.  Yes.
497:19  Q.  Did the Advisory Committee
497:20      in 1999 vote unanimously that Vioxx
497:21      should be approved for the treatment of
497:22      osteoarthritis?

|  |  |  |  |
|---|---|---|---|
| | 478:1 | experts? | |
| | 478:2 | A:  No, I have not. | |

| 11 | 494:5-494:15 | Avorne, Jerome 2006-06-30        00:00:27 | Z2.11 |
|---|---|---|---|
| | 494:5 | Q.  Do you agree that there were | |
| | 494:6 | good public health reasons for Merck to | |
| | 494:7 | develop Vioxx? | |
| | 494:8 | A.  Yes, I do. | |
| | 494:9 | Q.  And do you agree that one of | |
| | 494:10 | the good public health reasons for | |
| | 494:11 | developing Vioxx was that there were | |
| | 494:12 | serious gastrointestinal problems, | |
| | 494:13 | particularly gastrointestinal bleeding, | |
| | 494:14 | that resulted from the use of traditional | |
| | 494:15 | NSAIDs? | |

| 12 | 494:18-494:18 | Avorne, Jerome 2006-06-30        00:00:02 | Z2.12 |
|---|---|---|---|
| | 494:18 | THE WITNESS:  That's right. | |

| 13 | 494:20-494:22 | Avorne, Jerome 2006-06-30        00:00:07 | Z2.13 |
|---|---|---|---|
| | 494:20 | Q.  And were the | |
| | 494:21 | gastrointestinal bleeds an important | |
| | 494:22 | clinical problem? | |

| 14 | 495:1-495:1 | Avorne, Jerome 2006-06-30        00:00:02 | Z2.14 |
|---|---|---|---|
| | 495:1 | THE WITNESS:  That's right. | |

| 15 | 495:3-495:14 | Avorne, Jerome 2006-06-30        00:00:31 | Z2.15 |
|---|---|---|---|
| | 495:3 | Q.  Have there been studies that | |
| | 495:4 | showed the number of hospitalizations | |
| | 495:5 | each year that came from gastrointestinal | |
| | 495:6 | complications from traditional NSAIDs? | |
| | 495:7 | A.  Yes, there were. | |
| | 495:8 | Q.  And does it square with your | |
| | 495:9 | recollection that these studies showed | |
| | 495:10 | that there would be over 100,000 | |
| | 495:11 | hospitalizations each year due to | |
| | 495:12 | gastrointestinal complications from | |
| | 495:13 | traditional NSAIDs? | |
| | 495:14 | A.  That's correct. | |

| 16 | 495:17-495:18 | Avorne, Jerome 2006-06-30        00:00:01 | Z2.16 |
|---|---|---|---|
| | 495:17 | THE WITNESS:  That's | |
| | 495:18 | correct. | |

| 17 | 495:20-496:16 | Avorne, Jerome 2006-06-30        00:00:54 | Z2.17 |
|---|---|---|---|
| | 495:20 | Q.  Now, you talked about some | |
| | 495:21 | FDA Advisory Committees yesterday.  Do | |
| | 495:22 | you remember that? | |
| | 495:23 | A.  Yes. | |

**Avorn Merck Cross**

495:24   Q.   And I think you talked about
496:1         the 2005 Advisory Committee meeting,
496:2         right?
496:3   A.   That's right.
496:4   Q.   And I think you may have
496:5         talked about the 2001 Advisory Committee?
496:6   A.   That's right.
496:7   Q.   Was there also an Advisory
496:8         Committee that was convened in 1999 to
496:9         consider whether Vioxx should be approved
496:10        by the FDA?
496:11  A.   That's right.
496:12  Q.   And is it the case that
496:13        before prescription medicines get
496:14        approved, the FDA often seeks the advice
496:15        of Advisory Committees made up of outside
496:16        doctors and professionals?

| 18 | 496:20–496:20 | Avorne, Jerome 2006-06-30 | 00:00:01 | Z2.18 |

496:20        THE WITNESS:  That's right.

| 19 | 496:22–498:20 | Avorne, Jerome 2006-06-30 | 00:01:55 | Z2.19 |

496:22  Q.   And there was such an
496:23        Advisory Committee convened concerning
496:24        whether to approve Vioxx, right?
497:1   A.   That's right.
497:2   Q.   Were you asked to be on that
497:3         committee?
497:4   A.   No.
497:5   Q.   Did that committee involve
497:6         or include medical doctors?
497:7   A.   Yes.
497:8   Q.   Did it include
497:9         pharmacologists?
497:10  A.   Yes.
497:11  Q.   Other Ph.D.s?
497:12  A.   Usually such people are on
497:13        those committees.
497:14  Q.   Are you familiar with the
497:15        materials that were examined by that
497:16        committee and the conclusions that it
497:17        came to?
497:18  A.   Yes.
497:19  Q.   Did the Advisory Committee
497:20        in 1999 vote unanimously that Vioxx
497:21        should be approved for the treatment of
497:22        osteoarthritis?

**Avorn Merck Cross**

| | | |
|---|---|---|
| 497:23 | A. | They voted to approve.  I |
| 497:24 | | don't remember the vote numbers, but they |
| 498:1 | | clearly voted to approve. |
| 498:2 | Q. | And you do not disagree with |
| 498:3 | | the recommendation of the Advisory |
| 498:4 | | Committee based on the information that |
| 498:5 | | was available at the time, do you? |
| 498:6 | A. | Right. |
| 498:7 | Q. | And as you've testified, |
| 498:8 | | Vioxx was approved by the Food & Drug |
| 498:9 | | Administration for use in the United |
| 498:10 | | States in May of 1999, right? |
| 498:11 | A. | That's right. |
| 498:12 | Q. | You do not disagree with |
| 498:13 | | that decision either, do you? |
| 498:14 | A. | I do not. |
| 498:15 | Q. | Yesterday you testified |
| 498:16 | | about something that's been referred to |
| 498:17 | | as an imbalance theory as a possible |
| 498:18 | | explanation for what you say are higher |
| 498:19 | | cardiovascular risks with Vioxx.  Do you |
| 498:20 | | remember that? |

---

**20    498:24-499:8    Avorne, Jerome 2006-06-30    00:00:25    Z2.20**

| | | |
|---|---|---|
| 498:24 | | THE WITNESS:  That was one |
| 499:1 | | of the issues we discussed, yes. |
| 499:2 | | BY MR. BECK: |
| 499:3 | Q. | At the time that the FDA |
| 499:4 | | approved Vioxx in May of 1999, they were |
| 499:5 | | aware of this imbalance theory that you |
| 499:6 | | talked about yesterday, were they not? |
| 499:7 | A. | I can't speak to what FDA |
| 499:8 | | was or wasn't aware of. |

---

**21    505:8-505:24    Avorne, Jerome 2006-06-30    00:00:47    Z2.21**

| | | | |
|---|---|---|---|
| | 505:8 | Q. | Dr. Avorn, I've handed you |
| Link > AV44.1 | 505:9 | | what I've marked as Exhibit 44.  Do you |
| | 505:10 | | recognize this as one of the documents |
| | 505:11 | | that was provided to you for your review |
| Link > AV44.1.1 | 505:12 | | and analysis by the lawyers that you've |
| | 505:13 | | been working with on this case? |
| | 505:14 | A. | Yes. |
| | 505:15 | Q. | And you understood it to be |
| | 505:16 | | a copy or excerpts of the report by one |
| | 505:17 | | of the medical review officers from the |
| | 505:18 | | FDA, correct? |
| | 505:19 | A. | Right. |

**Avorn Merck Cross**

|  |  |  |
|---|---|---|
| | 50520 Q. And in your analysis in this | |
| | 50521 case, you have relied on this document | |
| | 50522 and other reviews by medical officers of | |
| | 50523 the FDA; is that right? | |
| | 50524 A. Right. | |

| 22 | **506:2-506:4** | Avorne, Jerome 2006-06-30    00:00:07 | Z2.22 |
|---|---|---|---|
| Link > AV44.20 | | 506:2    Let's turn over to the 20th | |
| | | 506:3    page in here, and I'll see how it's | |
| | | 506:4    numbered. | |

| 23 | **506:15-506:19** | Avorne, Jerome 2006-06-30    00:00:11 | Z2.23 |
|---|---|---|---|
| | | 506:15    So that you've got the page | |
| | | 506:16    that I put up on the board that says "In | |
| | | 506:17    summary" or up on the screen it says "In | |
| | | 506:18    summary" on the top? | |
| | | 506:19 A.  Yes. | |

| 24 | **507:5-507:15** | Avorne, Jerome 2006-06-30    00:00:24 | Z2.24 |
|---|---|---|---|
| Link > AV44.20.1 | | 507:5    Do you see here that under | |
| | | 507:6    "Thromboembolic and Vascular Safety," do | |
| | | 507:7    you see that heading there? | |
| | | 507:8 A.  Yes. | |
| | | 507:9 Q.  And for the benefit of the | |
| | | 507:10    jury, what does "thromboembolic" mean? | |
| | | 507:11 A.  That refers to problems that | |
| | | 507:12    occur when there's a blood clot in the | |
| | | 507:13    artery. | |
| | | 507:14 Q.  And "vascular" refers to? | |
| | | 507:15 A.  Relating to blood vessels. | |

| 25 | **508:7-509:2** | Avorne, Jerome 2006-06-30    00:00:57 | Z2.25 |
|---|---|---|---|
| | | 508:7    So, it was reviewed in | |
| | | 508:8    advance of the approval of Vioxx in May | |
| | | 508:9    of 1999, right? | |
| | | 508:10 A.  Correct. | |
| | | 508:11 Q.  And so before the FDA | |
| | | 508:12    approved Vioxx in May of 1999, the FDA | |
| | | 508:13    medical officer understood the | |
| Link > AV44.20.2 | | 508:14    information I've blown up on the screen, | |
| | | 508:15    that "There is a theoretical concern that | |
| | | 508:16    patients chronically treated with a COX-2 | |
| | | 508:17    selective inhibitor may be at higher risk | |
| | | 508:18    for thromboembolic cardiovascular adverse | |
| | | 508:19    experiences than patients treated with | |
| | | 508:20    COX-1/COX-2 inhibitors (conventional | |
| | | 508:21    NSAIDs), due to the lack of effect of | |
| | | 508:22    COX-1 inhibition on platelet function." | |

**Avorn Merck Cross**

| | |
|---|---|
| 508:23 | Now, that's a mouthful, but |
| 508:24 | would you agree with me, sir, that what's |
| 509:1 | referred to there is the same imbalance |
| 509:2 | theory that you were talking about? |

---

26   **509:9-509:16**   Avorne, Jerome 2006-06-30        00:00:17

| | | |
|---|---|---|
| 509:9 | THE WITNESS:  I think it's | Z2.26 |
| 509:10 | incorrect in that the so-called | |
| 509:11 | imbalance theory has a lot more to | |
| 509:12 | it than just platelet function. | |
| 509:13 | There's a lot of differences in | |
| 509:14 | prostacyclin versus thromboxane | |
| 509:15 | balance that are not just about | |
| 509:16 | platelet inhibition. | |

---

27 .   **509:19-509:24**   Avorne, Jerome 2006-06-30        00:00:17

| | | |
|---|---|---|
| 509:19 | Does the imbalance theory | Z2.27 |
| 509:20 | that you talked about yesterday include | |
| 509:21 | the notion of platelet functioning as | |
| 509:22 | described here in this excerpt that we | |
| 509:23 | put up? | |
| 509:24 | A.   That's one piece of it. | |

Link >  Hide

---

28   **510:2-510:6**   Avorne, Jerome 2006-06-30        00:00:13

| | | |
|---|---|---|
| 510:2 | So, certainly that piece of | Z2.28 |
| 510:3 | the imbalance theory, at the very least, | |
| 510:4 | was understood by the FDA when they | |
| 510:5 | approved Vioxx in May of 1999.  Would you | |
| 510:6 | agree with that? | |

---

29   **510:7-510:7**   Avorne, Jerome 2006-06-30        00:00:01

| | | |
|---|---|---|
| 510:7 | A.   Yes. | Z2.29 |

---

30   **510:15-510:20**   Avorne, Jerome 2006-06-30        00:00:18

| | | |
|---|---|---|
| 510:15 | Q.   Do you also agree, sir, that | Z2.30 |
| 510:16 | Vioxx worked to reduce pain and | |
| 510:17 | inflammation for the vast majority of | |
| 510:18 | patients who used it without causing them | |
| 510:19 | any side effects whatsoever? | |
| 510:20 | A.   That's probably true. | |

---

31   **510:21-512:11**   Avorne, Jerome 2006-06-30        00:01:49

| | | |
|---|---|---|
| 510:21 | Q.   Yesterday you testified | Z2.31 |
| 510:22 | about some things that you said were | |
| 510:23 | signals of potential cardiovascular risks | |
| 510:24 | that you said were around in advance of | |
| 511:1 | the actual approval of Vioxx in May of | |
| 511:2 | 1999.  Do you remember that? | |
| 511:3 | A.   Yes. | |

511:4  Q.  And in that connection, did
511:5       you testify about something called
511:6       protocol 017?
511:7  A.  That's right.
511:8  Q.  Was it your position that
511:9       you thought protocol 017 was some sort of
511:10      a signal to Merck before Vioxx was
511:11      approved that Vioxx could potentially be
511:12      harmful to the heart?
511:13 A.  Right.
511:14 Q.  How long a study was
511:15      protocol 017?
511:16 A.  It was very brief.  It may
511:17      have only been six weeks as I recall.
511:18 Q.  And what kind of patients
511:19      were involved in that study?
511:20 A.  I'd need to go back to the
511:21      notes.  It was patients with arthritis.
511:22      I don't remember the exact kind of
511:23      reference.
511:24 Q.  Would you accept that it was
512:1       rheumatoid arthritis?  Does that refresh
512:2       your recollection if I said that?
512:3  A.  That sounds reasonable.
512:4  Q.  And what doses of Vioxx were
512:5       these patients receiving?
512:6  A.  125 milligrams to 175
512:7       milligrams.
512:8  Q.  And that is five to seven
512:9       times the 25 milligram dose that is
512:10      recommended on the label when Vioxx was
512:11      approved, right?

| 32 | 512:14-512:22 | Avorne, Jerome 2006-06-30        00:00:14 | Z2.32 |

512:14      THE WITNESS:  Right.  I
512:15      think I mentioned yesterday that
512:16      it was given in very high doses.
512:17      BY MR. BECK:
512:18 Q.  And, in fact, it's so high
512:19      that it would be five to seven times as
512:20      high as the dose that was actually
512:21      recommended on the label, correct?
512:22 A.  Right.

| 33 | 513:1-514:3 | Avorne, Jerome 2006-06-30        00:00:54 | Z2.33 |

513:1  Q.  How many people actually had
513:2       a heart attack in this study of protocol

**Avorn Merck Cross**

513:3        017 that you said was a signal?
513:4    A.  There was a very small
513:5        number.  It was a handful, and I can't
513:6        tell you the number sitting here, but it
513:7        was a very small number.
513:8    Q.  Is there something in your
513:9        report that you could look to and tell us
513:10       how small a handful it was?
513:11   A.  No.  I just know that it was
513:12       a very small brief study, but the reason
513:13       it seemed important was that it only
513:14       lasted six weeks, and Merck's review of
513:15       it indicated there was a worrisome
513:16       increase in heart attacks and unstable
513:17       angina.
513:18   Q.  Well, do you know that, in
513:19       fact, there was only one person in the
513:20       whole study who experienced a heart
513:21       attack?
513:22   A.  The review within Merck
513:23       spoke of a number of cardiovascular
513:24       outcomes, including unstable angina, and
514:1        at this point I do want to refer to my
514:2        notes rather than try to do all of this
514:3        from memory.

---

34   514:21-515:7   Avorne, Jerome 2006-06-30        00:00:19                          Z2.34
514:21   Q.  How many people had a heart
514:22       attack in this study?
514:23   A.  If you confine it to heart
514:24       attacks as opposed to heart attacks,
515:1        unstable angina and other kinds of
515:2        cardiovascular disease, I wouldn't be
515:3        surprised that it was a very small
515:4        number.  It could even have been one.
515:5        But that was not the total number of
515:6        cardiovascular adverse events that were
515:7        observed.

---

35   519:7-520:10   Avorne, Jerome 2006-06-30        00:01:09                          Z2.35
519:7    Q.  Dr. Avorn, before we broke,
519:8        we were talking about protocol 017 which
519:9        you said was a six-week study involving
519:10       high doses of Vioxx.  And my question for
519:11       you, sir, was, do you know how many
519:12       people actually had a heart attack in
519:13       this study?

**Avorn Merck Cross**

519:14   A.   Yes.
519:15   Q.   And how many people actually
519:16        had a heart attack in this study?
519:17   A.   One had a heart attack, and
519:18        about six others had what the FDA
519:19        characterized as cardiovascular adverse
519:20        experiences.
519:21   Q.   So, for the one person who
519:22        actually had a heart attack, do you know
519:23        what that person's risk factors were?
519:24   A.   It was a 73-year-old person
520:1         who I believe was a male, and those are
520:2         risk factors in themselves.  Having
520:3         rheumatoid arthritis is another risk
520:4         factor for heart disease.  And I don't
520:5         know about other characteristics of that
520:6         one person.
520:7    Q.   Do you know what the
520:8         investigator said about whether he
520:9         believed Vioxx caused the person's heart
520:10        attack?

---

**36**   **520:12-520:16**   Avorne, Jerome 2006-06-30      00:00:06              Z2.36
520:12        THE WITNESS:  I tend to not
520:13        pay attention to investigator
520:14        attributions especially in
520:15        company-funded studies.  I think a
520:16        heart attack is a heart attack.

---

**37**   **520:18-520:21**   Avorne, Jerome 2006-06-30      00:00:03              Z2.37
520:18   Q.   Well, do you know one way or
520:19        another what the investigator said is my
520:20        question?
520:21   A.   No.

---

**38**   **521:1-521:4**   Avorne, Jerome 2006-06-30      00:00:10              Z2.38
521:1    Q.   You're not taking the
521:2         position in this litigation that Vioxx
521:3         caused the patient's heart attack in
521:4         protocol 017, are you?

---

**39**   **521:6-521:8**   Avorne, Jerome 2006-06-30      00:00:03              Z2.39
521:6         THE WITNESS:  I have no way
521:7         of knowing in that particular
521:8         instance.

---

**40**   **521:10-522:9**   Avorne, Jerome 2006-06-30      00:00:53              Z2.40
521:10   Q.   We're done with that now.
521:11        Actually, we may -- you were

**Avorn Merck Cross**

521:12          looking at -- when you were answering
521:13          those questions, you were looking at
521:14          Exhibit 44 --
521:15    A.   Exhibit 44.
521:16    Q.   -- which was Dr. Villalba's
521:17          medical review?
521:18    A.   Right.
521:19    Q.   Is that what it's called?
521:20    A.   Right.  Primary review of
521:21          the new drug application.
521:22    Q.   All right.
521:23          Is that what you called
521:24          yesterday the medical reviews?
522:1     A.   Medical officer review I
522:2          think is what I called it.
522:3     Q.   Okay.
522:4          And yesterday you talked
522:5          about some of the medical officer
522:6          reviews, right?
522:7     A.   Right.
522:8     Q.   Let's look at the 13th page
522:9          of this document, Exhibit 44.

---

41    **522:13-522:18**    Avorne, Jerome 2006-06-30        00:00:20                    Z2.41

                522:13          Let me put it up on the
Link > AV44.13  522:14          screen.  It's got Table 39 on it.
                522:15    A.   Got it.
                522:16    Q.   And table, what must be a
                522:17          part of Table 38.  Do you see that?
                522:18    A.   Right.

---

42    **522:19-523:12**    Avorne, Jerome 2006-06-30        00:00:45                    Z2.42

Link > AV44.13.1  522:19    Q.   And do you see, can you tell
                522:20          from this page at the very bottom that
                522:21          Dr. Villalba is beginning a discussion
                522:22          there of study 017.  That's the same
                522:23          thing that you've been referring to as
                522:24          protocol 017, correct?
                523:1     A.   Right.
                523:2     Q.   Is that right?
                523:3     A.   Right.
                523:4     Q.   Okay.
Link > AV44.14  523:5          And then when we go over to
                523:6          the next page -- and let me ask here,
                523:7          this document that was provided to you
                523:8          for your review has some underlinings and
                523:9          markings.  Are those your underlinings