**U. S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED   11-2-06

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **In Re: Vioxx** | **MDL DOCKET NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | Section L |
| THIS DOCUMENT RELATES TO: | |
| Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v. | Mag. Judge Knowles |
| MERCK & CO., INC. | |

# TRANSCRIPT OFF THE DEPOSITION OF DAVID GRAHAM, M.D. PLAYED TO JURY ON NOVEMBER 1, 2006

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

11/1/2006

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

Section L

CHARLES LARON MASON v.
MERCK & CO., INC.

Judge Fallon

Mag. Judge Knowles

**Plaintiff's Admitted Exhibits - David Graham, M.D. - 11/01/06**

| exhibit number | doc. date | description | Admit Date |
|---|---|---|---|
| 5.0051 | | Curriculum Vitae of David Joseph Graham, M.D., M.P.H. | |

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason  v.  Merck

 **Graham, David J. (Vol. 01) - 05/09/2006**          1 CLIP  (RUNNING 00:32:24.224)



created on 10-17-06 by LG & TB

GRAHAM 1                    36 SEGMENTS  (RUNNING 00:32:24.224)

**1. PAGE 33:24 TO 34:01  (RUNNING 00:00:03.000)**

```
        24        Q.    Dr. Graham, good morning.
00034:01          A.    Good morning.
```

**2. PAGE 35:13 TO 38:01  (RUNNING 00:01:52.000)**

```
        13              I would like to know who you
        14   are, sir.  What is your current title and
        15   position at the FDA?
        16        A.    I'm a medical officer and
        17   the associate director for science and
        18   medicine in the Office of Drug Safety.
        19        Q.    What does that job involve,
        20   sir?
        21        A.    I'm the senior scientific
        22   adviser for the office.  I mentor the
        23   scientific staff.  I advise the office
        24   director on all scientific and medical
00036:01   matters.  I oversee intramural and
        02   extramural research programs within the
        03   office and serve as a resource to the
        04   center, the Center For Drug Evaluation on
        05   epidemiologic matters as well.
        06        Q.    You are an epidemiologist,
        07   sir?
        08        A.    Yes, I am.
        09        Q.    And you're also a physician?
        10        A.    That's correct.
        11        Q.    So, you hold an M.D. degree
        12   as well; is that correct?
        13        A.    Yes.
        14        Q.    And you're a long-time
        15   employee of the FDA?
        16        A.    Yes.
        17        Q.    How many years, sir?
        18        A.    About 22.
        19        Q.    This deposition is about
        20   many of your public statements.
        21              One you made on November 18,
        22   2004 to the United States Senate Finance
        23   Committee.  You said, to quote you,
        24   "Vioxx is a terrible tragedy and a
00037:01   profound regulatory failure.  I would
        02   argue that the FDA as currently
        03   configured is incapable of protecting
        04   America against another Vioxx.  We are
        05   virtually defenseless."  Did you make
        06   that statement?
        07        A.    Yes, I did.
        08        Q.    You also made a statement on
        09   November 18 before the United States
        10   Senate where you said, "Vioxx is the
        11   single greatest drug safety catastrophe
        12   in the history of this country."  Did you
        13   make that statement, sir?
        14        A.    Yes, I did.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
         15        Q.   Do you stick by that
         16   statement, sir?
         17        A.   I do.
         18        Q.   You also said, "The FDA, its
         19   Center for Drug Evaluation and Research,
         20   are broken."  Did you make that
         21   statement, sir?
         22        A.   Yes, I did.
         23        Q.   Do you believe that and do
         24   you stick to it today?
00038:01        A.   Yes, I do.
```

**3. PAGE 39:08 TO 40:02  (RUNNING 00:00:38.800)**

```
         08             Sir, within the FDA, to what
         09   have you devoted your entire professional
         10   activities and professional life?
         11        A.   Post-marketing drug safety
         12   and public health.
         13        Q.   What is post-marketing
         14   safety, sir?
         15        A.   It's examining the safety of
         16   drug products once they've been approved
         17   for marketing.
         18        Q.   Do you have any interest of
         19   any kind in the Vioxx litigation, sir?
         20        A.   No.
         21        Q.   Do you have any financial
         22   interest in any drug company or any other
         23   kind of conflict that you can think of
         24   that you would disclose here?
00040:01        A.   I have none that I can think
         02   of.
```

**4. PAGE 40:03 TO 40:11  (RUNNING 00:00:16.995)**

```
         03        Q.   Today, sir, are you here on
         04   behalf of the FDA as an FDA
         05   representative or are you expressing your
         06   own opinions?
         07        A.   Well, I've been -- I
         08   honestly don't know the answer.  I've
         09   been subpoenaed as an FDA employee, but
         10   undoubtedly some of my opinions will not
         11   represent those of the agency.
```

**5. PAGE 40:20 TO 41:13  (RUNNING 00:00:27.000)**

```
         20             You have a Bachelor's Degree
         21   from Johns Hopkins; is that correct?
         22        A.   Yes.
         23        Q.   In what year, sir?
         24        A.   1976.
00041:01        Q.   You graduated Phi Beta
         02   Kappa?
         03        A.   Correct.
         04        Q.   Meaning?
         05        A.   That's a scholastic honorary
         06   society that's awarded to people who
         07   graduate in the top of their class.
         08        Q.   Then you went to medical
         09   school where, sir?
         10        A.   Johns Hopkins University.
         11        Q.   You graduated second in your
         12   class?
         13        A.   That's correct.
```

CONFIDENTIAL                                                      page 2

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason  v.  Merck

**6. PAGE 41:18 TO 41:21  (RUNNING 00:00:04.000)**

```
18          Q.    You then went on to get a
19  Master's Degree in public health, is that
20  correct?
21          A.    Yes.
```

**7. PAGE 42:17 TO 43:01  (RUNNING 00:00:14.200)**

```
17          Q.    You're a career FDA person
18  then?
19          A.    Yes.
20          Q.    You did an internship and
21  residency at Yale first; is that correct?
22          A.    Yes.
23          Q.    Then you did a residency in
24  neurology?
00043:01          A.    Correct.
```

**8. PAGE 43:12 TO 44:22  (RUNNING 00:01:12.452)**

```
12          Q.    A second residency?
13          A.    Yes.
14          Q.    That second residency being
15  at the University of Pennsylvania?
16          A.    Correct.
17          Q.    So, you have an internship
18  at Yale, residency at Penn in neurology
19  and then your training in epidemiology?
20          A.    Right.
21          Q.    Your epidemiology training
22  was three years?
23          A.    Three years.
24          Q.    What is the -- and if you
00044:01  could be precise, what is the study of
02  epidemiology?
03          A.    Epidemiology, I think, is
04  the study of the causes and distribution
05  of diseases in populations.  And in the
06  area of drug epidemiology, it is looking
07  at the distribution and causes of
08  drug-induced injuries, but you could also
09  be looking for the patterns of the way
10  drug products are used in the population.
11          Q.    Okay.
12                How have you used
13  epidemiology during your entire
14  professional life?
15          A.    It's been in the practice of
16  pharmacoepidemiology or drug safety.
17          Q.    And what is
18  pharmacoepidemiology, sir?
19          A.    It's a fancy word for drug
20  safety epidemiology, "pharmaco" referring
21  to drugs, "epidemiology," study of the
22  distribution and causes of disease.
```

**9. PAGE 47:08 TO 47:19  (RUNNING 00:00:19.000)**

```
08          Q.    Along the way, sir, in your
09  career at the FDA, have you received many
10  different awards?
11          A.    Yes, I have.
12          Q.    As well as honors?  I think
\cf0
   13  it's called in your curriculum vitae
14  honors and awards; is that correct?
15          A.    Correct.
16                MR. KLINE:  I'm going to
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
        17          mark your curriculum vitae as
        18          Exhibit 1 so we have it as part of
        19          this record.
```

**10. PAGE 48:09 TO 48:11 (RUNNING 00:00:03.900)**

```
        09                  Would you confirm that
        10   indeed that's your curriculum vitae?
        11          A.    Yes, it is.
```

**11. PAGE 60:10 TO 60:13 (RUNNING 00:00:09.000)**

```
        10          Q.    I would ask you, sir, do you
        11   consider yourself an expert in drug
        12   safety?
        13          A.    Yes, I do.
```

**12. PAGE 61:05 TO 62:22 (RUNNING 00:01:40.500)**

```
        05   BY MR. KLINE:
        06          Q.    In what areas of FDA do you
        07   consider yourself expert?
        08          A.    I am an expert in areas of
        09   post-marketing drug safety.  I am an
        10   expert in areas of interaction between
        11   the reviewing divisions, the preapproval
        12   side of FDA and the postapproval side of
        13   FDA.  I'm an expert on the culture of
        14   FDA, on the ways that science is used
        15   within FDA for -- as it relates to drug
        16   safety in particular, but also as it
        17   relates to efficacy.  I'm an expert in
        18   the personnel practices of FDA in the
        19   ways that it treats its medical officers,
        20   and there's probably a host of other
        21   areas that relate to life working within
        22   FDA that I've become expert in.
        23          Q.    You're a lifer there?
        24          A.    Thus far, yes.
00062:01          Q.    Let me -- do you have any
        02   current intention of leaving the FDA?
        03          A.    No, not unless I'm forced to
        04   leave.  I love the work that I do.
        05          Q.    Let me ask you some
        06   questions about your public statements.
        07                  You testified before the
        08   United States Senate, Senate Finance
        09   Committee Hearing on drug safety and the
        10   worldwide withdrawal of Merck & Company,
        11   Inc. of Vioxx, November 18, '04; is that
        12   correct?
        13          A.    Yes.
        14          Q.    You appeared on 60 Minutes
        15   on February 16, '05; is that correct?
        16          A.    Yes.
        17          Q.    You appeared on February 17,
        18   '05 before the joint meeting of the
        19   Arthritis Advisory Committee of the Drug
        20   Safety and Risk Management Advisory
        21   Committee of the FDA; is that correct?
        22          A.    Yes.
```

**13. PAGE 63:19 TO 64:01 (RUNNING 00:00:10.200)**

```
        19          Q.    And in many other forums
        20   relating to Vioxx, the withdrawal of
        21   Vioxx; is that correct?
        22          A.    Yes.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
        23         Q.    Do you believe Vioxx is an
        24  unsafe drug, sir?
00064:01         A.    Yes I, do.
```

**14. PAGE 64:05 TO 64:16 (RUNNING 00:00:23.200)**

```
        05         Q.    Should it ever have been on
        06  the market in the first place?
        07         A.    It is my professional
        08  opinion, based on the evidence that I've
        09  looked at, that Vioxx should not have
        10  been approved at the time that it was
        11  approved, that there were substantial
        12  areas of concern relating to
        13  cardiovascular safety that should have
        14  been explored more fully and more
        15  thoroughly prior to consideration of an
        16  approval.
```

**15. PAGE 77:24 TO 78:08 (RUNNING 00:00:19.700)**

```
        24         From what you've heard, my
00078:01  questions and your answers, would a
        02  layperson have an understanding of the
        03  overall mechanism of the FDA, CDER and
        04  then the Office of New Drugs and Office
        05  of Drug Safety and where they fit in?
        06  Would there be something to add here so
        07  that we understood it any better in broad
        08  brush terms?
```

**16. PAGE 78:13 TO 79:10 (RUNNING 00:00:52.500)**

```
        13         A.    I think it would be
        14  important for people to understand that
        15  in addition to the Office of New Drugs,
        16  there are a number of other offices
        17  within CDER whose purpose is to actually
        18  assist in the review and approval of new
        19  drugs.  So, you have the Office of New
        20  Drugs, and that may have 7 or 800 people,
        21  but you have these other offices, as
        22  well, whose primary function is to work
        23  on the premarketing, the preapproval side
        24  of FDA's house, and without them, the
00079:01  drug couldn't be approved.  And when you
        02  take those all together, you end up with
        03  like about 13 or 1400 people whose focus
        04  is getting drugs on the market; if you
        05  compare that to the Office of Drug
        06  Safety, where we have maybe in the
        07  neighborhood of 100 or 110 people
        08  responsible for the safety and monitoring
        09  of the safety of all drug products in the
        10  country.
```

**17. PAGE 82:18 TO 82:22 (RUNNING 00:00:11.300)**

```
        18         Q.    What does OND largely rely
        19  upon in approval of drugs?
        20         A.    It relies on documents
        21  supplied to it by a drug company seeking
        22  approval of its drug.
```

**18. PAGE 134:04 TO 137:23 (RUNNING 00:03:22.500)**

```
        04         Q.    Now, I want to do a topic,
        05  efficacy versus benefit.  I'd like you to
        06  explain to the members of the jury in
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
07  brief terms why efficacy, which is what
08  we sometimes hear, a drug is efficacious,
09  is different than benefit, and how those
10  two either equate, in your opinion, or
11  don't equate and what the significance
12  is, please.
13          A.    Okay.  Efficacy is, does the
14  drug have a biological effect.  So, if
15  the drug is supposed to treat high blood
16  pressure, the efficacy will be, does it
17  reduce your blood pressure.  So, it's
18  reducing a body measurement.  That's the
19  effect.  And if it does that, we say that
20  it has efficacy.
21              Effectiveness is whether or
22  not that drug taken on a regular basis
23  will actually give you a health benefit
24  long-term.  If the drug lowers your blood
00135:01  pressure, but doesn't prevent you from
02  having heart attacks, strokes, kidney
03  failure or dying at a young age, well,
04  then, you've spent a lot of money to have
05  a lower blood pressure number, but have
06  derived no benefit from it.  So, what you
07  want is, really, when you talk about
08  benefit/risk, is you want to look at what
09  is sort of the health benefits, the real
10  certifiable health benefit that you're
11  deriving from a drug versus what are the
12  real risks.
13              But what FDA frequently
14  does, almost always does, is it takes the
15  efficacy -- when it says benefits exceed
16  the risks, what it's really saying is in
17  our estimation, the FDA's estimation, the
18  efficacy should lead to a benefit, and we
19  say that benefit exceeds the risk.  But
20  FDA has never done a formal benefit
21  analysis on any drug product to my
22  knowledge.  It certainly did not do one
23  with Vioxx when it said that the benefits
24  exceeded the risks.
00136:01          Q.    Why is it important in the
02  Vioxx story to understand that the FDA
03  did no risk/benefit analysis as you've
04  just said?
05          A.    It's because I think if you
06  look at the VIGOR study, you're
07  confronted with what at least in my read
08  is a startling revelation that for every
09  complicated perforated ulcer or bleed
10  that Vioxx prevented, there were almost
11  two thrombotic cardiovascular events that
12  were caused by the drug.  And so if
13  you're talking about benefits and risks,
14  here we have a ratio of almost two to one
15  where the risks exceed the benefits.
16              Now, let's look at what the
17  case fatality rates are.  Nationally,
18  about five percent of people with GI
19  bleeds die.  And I learned that by going
20  to the National Centers For Health
21  Statistics and looking at death
22  certificate data and then going to the
23  National Hospital Discharge Survey and
24  looking at how many hospitalizations
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
00137:01   there are for GI bleed.  So, you have a
      02   five percent death rate from GI bleeding.
      03   In other words, you can have a GI bleed,
      04   that's a pretty serious thing, you get
      05   hospitalized for it, but most of the time
      06   you're not going to die.  With heart
      07   attack, it's about a 40 percent chance
      08   that you're going to die.  So, if what
      09   we're really interested in is sort of
      10   benefit/risk, and let's take it to what's
      11   the most important thing, and that's do I
      12   live or do I die, in my view, the scales
      13   are tilted greatly against Vioxx in terms
      14   of safety versus benefit.
      15        Q.    Okay.
      16              That risk/benefit analysis
      17   was or was not done by FDA?
      18        A.    It was not done by FDA.
      19        Q.    In your opinion, had it been
      20   done, it would have come out the way you
      21   suggested if it had been correctly and
      22   diligently and honestly done?
      23        A.    Yes.
```

**19. PAGE 138:03 TO 141:06 (RUNNING 00:02:51.029)**

```
      03   BY MR. KLINE:
      04        Q.    I'm reminded to ask, was
      05   that risk/benefit done by the company, by
      06   Merck?
      07        A.    To my knowledge, it was not.
      08   And I could cite as evidence of that the
      09   VIGOR study.  And in the VIGOR study,
      10   there's no real mention of weighing the
      11   benefits and the risks in that study.
      12   It's kind of implied that the benefits
      13   exceed the risks, but there's no formal
      14   analysis of it.
      15              And it's also very curious
      16   that in that paper, the most likely
      17   explanation for the finding wasn't
      18   addressed, which is the effect of Vioxx
      19   on prostacyclin, which is the chemical
      20   made by the body that causes blood
      21   vessels to dilate and keeps platelets
      22   from clotting.  And what Vioxx does is,
      23   it blocks the production of prostacyclin
      24   and makes it more likely that a heart
00139:01   attack can happen.  And in that VIGOR
      02   study, which was published in the New
      03   England Journal of Medicine and got a lot
      04   of press, there's not a single word or
      05   mention or reference to this
      06   pharmacologic fact that was well known
      07   throughout the medical community by this
      08   time and was published in the literature.
      09   And it was well known to the FDA medical
      10   officer in her NDA review which preceded
      11   the publication of the VIGOR study.
      12        Q.    Was it all the more
      13   significant as to Vioxx, and I know
      14   you've talked about this, sir, the fact
      15   that there were, I think it's in your
      16   article, the fact that there were 106
      17   million prescriptions of Vioxx during the
      18   lifetime of Vioxx from '99 to '04?
      19        A.    In the United States,
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
      20   correct.
      21        Q.      What is the significance --
      22   and used by how many people to your
      23   understanding?
      24        A.      Estimates that I've seen
00140:01   range to about 20 million in the United
      02   States.
      03        Q.      What is the significance of
      04   this story -- in this story, we're going
      05   to go into this in detail in a moment.
      06   What's the significance in terms of all
      07   of that usage, both premarketing and then
      08   after the drug was marketed, the fact
      09   that it was going to be used by --
      10        A.      Well --
      11        Q.      -- literally over a hundred
      12   million prescriptions?
      13        A.      Right.  The fact that the
      14   drug was going to be used widely and that
      15   it was used widely means that the
      16   exposure to potential harm was very large
      17   at a population level.  So, at a
      18   population level, if we were saying, oh,
      19   only 1,000 people or 10,000 people got
      20   this drug, well, the number of people who
      21   could be injured as a result, that
      22   absolute number, would be relatively
      23   small.  But when you give a drug to 20
      24   million people, you multiply the numbers
00141:01   of people who can be affected.  So,
      02   that's -- from a public health
      03   perspective, that is why I considered
      04   this to be a public health catastrophe.
      05        Q.      Was it indeed -- was Vioxx
      06   indeed a public health catastrophe?
```

**20. PAGE 141:08 TO 141:08 (RUNNING 00:00:00.907)**

```
      08             THE WITNESS:  Yes.
```

**21. PAGE 141:10 TO 143:02 (RUNNING 00:01:27.700)**

```
      10        Q.      Why, sir?
      11        A.      Vioxx, in my opinion, was a
      12   public health catastrophe because, A, it
      13   was a toxic drug that had severe
      14   cardiovascular effects raising --
      15   increasing the risk of heart attack.
      16             Two, heart attack is like
      17   one of the leading causes of death in the
      18   United States, so, the rate of it is
      19   pretty high.  If I have a drug that
      20   increases the rate of something that
      21   already happens at a high rate, I'm
      22   multiplying two high numbers by each
      23   other, and that's going to mean that lots
      24   of people will probably have heart
00142:01   attacks.
      02             Three, the typical person
      03   with osteoarthritis or rheumatoid
      04   arthritis who was going to get Vioxx is
      05   somebody who is older.  And older people
      06   have other risk factors for heart
      07   disease.  If your typical Vioxx user is
      08   somebody in their 60s, well, if they are
      09   male, they've got their gender is a risk
      10   factor for heart attack, their age is a
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
      11    risk factor for heart attack, and if you
      12    look nationally at statistics on health
      13    of Americans, they will also have at
      14    least one of the following:  they'll have
      15    high blood pressure, high cholesterol,
      16    diabetes or they'll smoke.  So, right off
      17    the bat, this drug is going to be
      18    marketed -- your typical patient that is
      19    getting this drug is going to be somebody
      20    who has two or three risk factors for
      21    heart disease already.  So, you put all
      22    these things together and then you
      23    multiply it by the fact that I'm giving
      24    it to 20 million people, and it's just
00143:01    simple mathematics that you've got a
      02    formula for disaster.
```

### 22. PAGE 158:07 TO 159:08 (RUNNING 00:01:07.467)

```
      07         Q.     Would you give us your
      08    overview and your understanding of the
      09    Vioxx story?
      10         A.     Well, Vioxx was approved in
      11    1999.  In November 2000, a study was
      12    published in the New England Journal of
      13    Medicine called VIGOR, which was a study
      14    performed by Merck showing that Vioxx
      15    reduced the occurrence of perforations,
      16    ulcers and bleeds in the gastrointestinal
      17    tract compared to naproxen therapy, but
      18    also that it increased the risk of heart
      19    attack by about a factor of five compared
      20    to naproxen.
      21         At that point then, the
      22    article that got published in the New
      23    England Journal of Medicine, rather than
      24    talking about Vioxx increasing the risk
00159:01    of heart attack, it actually changed the
      02    way it did the analysis.  And I thought
      03    that this was really a misleading aspect
      04    of the way they went about things.
      05         When you do a scientific
      06    study --
      07         Q.     "They" being?
      08         A.     "They" being Merck.
```

### 23. PAGE 160:08 TO 168:01 (RUNNING 00:06:46.000)

```
      08         Whenever you do a clinical
      09    trial or a study, you have what's called
      10    a reference group or a control group.
      11    Frequently in a clinical trial, that will
      12    be a placebo, which is a sugar pill.  In
      13    the VIGOR study, it was naproxen, which
      14    is another pain reliever.  When you have
      15    a comparator and you have an experimental
      16    treatment, in this case, Vioxx was the
      17    experimental treatment, when you do your
      18    analysis, you are supposed to put the
      19    results for the experimental treatment,
      20    in this case, Vioxx, in the numerator of
      21    a ratio, and your reference, naproxen, in
      22    the denominator.  When the evidence was
      23    presented on perforations, ulcers and
      24    bleeds, that's the way the information
00161:01    was presented.  It was presented in the
      02    classically accepted way, and it showed
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

03  that the risk of ulcers, et cetera, was
04  about one half, about .5, 50 percent that
05  of naproxen.
06              When it came to presenting
07  the heart attack risks, it flipped it
08  around.
09      Q.    "It" being who?
10      A.    The company, Merck.  They
11  flipped it around, and they put -- and
12  now in talking about heart attacks, they
13  put the risk of heart attack in naproxen
14  patients, which is the comparator, the
15  reference group, they put that in the
16  numerator, and they put Vioxx in the
17  denominator, and it should have been the
18  other way around.  But by doing this,
19  then the number that you get is .2.  So,
20  what they could say was, oh, the heart
21  attack risk with naproxen is 20 percent
22  that of Vioxx, rather than having to say
23  the risk of heart attack with Vioxx is
24  five times higher than it was with
00162:01  naproxen.
02              It may seem like a minor
03  point, but it's really, I think,
04  fundamental, at least in my
05  understanding, of the study, because by
06  misrepresenting that information, it then
07  flows into what I would call the naproxen
08  hypothesis.  And in the VIGOR study, what
09  Merck proposed was that naproxen
10  protected against heart attack.  Even
11  though Vioxx had five times higher rate
12  of heart attack than naproxen, what they
13  said was, is here's Vioxx, here's
14  naproxen, what they said is, well, Vioxx
15  is normal, there's no increased risk
16  here, what it is is naproxen protects
17  against heart attack.  And they cited one
18  reference to support that, and it was a
19  study that Merck itself had done in 22
20  patients where they had given them
21  naproxen, taken blood samples from them,
22  and then did experiments in test tubes to
23  see what effect it had on the way their
24  platelets worked.
00163:01              Well, this information,
02  subsequently the FDA basically said that
03  doesn't prove anything because there are
04  no controlled clinical trials to show
05  that naproxen protects against heart
06  attack.  But the argument was that
07  naproxen protects against heart attack.
08  And that was the argument in VIGOR.
09              To me, what was -- when I
10  read that, there were two things that
11  really sort of struck me.  One was that a
12  five-fold difference in heart attack risk
13  is something quite high and something
14  that you really have to pay attention to
15  because heart attack is such a serious
16  disorder, and it's so very common.
17              The second thing was that
18  just on the face of it, this notion of
19  naproxen being protective, I was highly
20  skeptical of it, and as a matter of fact,

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
          21   so were my office leadership, including
          22   Peter Honig, who is now at Merck, but was
          23   my office director then, and Marty
          24   Himmel, who is now at Merck, but was his
00164:01   deputy office director.  We were
          02   skeptical of the naproxen hypothesis.  We
          03   were skeptical for the following reasons
          04   -- I was skeptical for the following
          05   reasons:
          06              1.  Naproxen has been on the
          07   market for over 30 years.
          08              2.  Naproxen had been used
          09   in many, many, many clinical trials, and
          10   nobody had ever reported this phenomenal
          11   heart-protecting effect before.
          12              3.  There were -- and we
          13   talk about 100 million prescriptions or
          14   106 million prescriptions for Vioxx.
          15   There were probably way, way more of that
          16   of naproxen over the 30 years that it's
          17   been on the market, so, there's
          18   widespread use.
          19              And then, finally, if
          20   naproxen had had that kind of protective
          21   effect that Merck was claiming in the
          22   VIGOR study, it would have had to have
          23   been about three times better than
          24   aspirin at preventing heart attacks.  And
00165:01   aspirin has been well studied in clinical
          02   trials.  It reduces heart attack risks
          03   probably on average about 25 percent, and
          04   that's viewed pretty much as sort of a
          05   wonder drug.  Aspirin is a wonder drug.
          06              Well, here Merck comes with
          07   the VIGOR study and says naproxen is
          08   three times better than the wonder drug
          09   aspirin.  And to me it just failed the
          10   straight face test and so --
          11        Q.     The straight face test?
          12        A.     Yes.  Does it have sort of
          13   face validity?  Can you believe it on its
          14   face.  And on the face, to me as the
          15   experienced drug safety scientist, I was
          16   just highly skeptical of that.
          17              Plus you have the underlying
          18   biology of how Vioxx works that would
          19   lead one to expect that it might increase
          20   the risk of heart attack.  And, in fact,
          21   it's really funny how the VIGOR study
          22   words this.  You know, the argument that
          23   is sort of commonly in the literature
          24   talking about heart attack risk with the
00166:01   COX-2 inhibitors talks about prostacyclin
          02   being decreased by drugs like Vioxx,
          03   leaving thromboxane, which causes
          04   clotting, unopposed.  So, there's an
          05   excess of it.  There's sort of a balance,
          06   and now there's too much thromboxane.
          07              In VIGOR, Merck said, well,
          08   we were interested in cardiovascular
          09   risk, but their argument was because
          10   naproxen -- because Vioxx wouldn't affect
          11   platelet clotting and so -- but naproxen
          12   would.  And so we thought there might be
          13   a difference.  So, they sort of took the
          14   converse of what was sort of like
```

CONFIDENTIAL

## Mason v. Merck

```
          15   obviously on everybody -- this was
          16   something that everybody was talking
          17   about, at least in the literature.  And
          18   subsequently it became sort of a real
          19   focus of research.
          20            In any event, it was based
          21   on reading that study and being highly
          22   skeptical of it and recognizing that if
          23   the high doses caused heart attack at a
          24   five-fold increase, well, this thing
00167:01   called dose response, well, there's a 25
          02   milligram dose and a 12-and-a-half
          03   milligram dose.  25 milligram dose is the
          04   most commonly used dose.  With dose
          05   response, if you get an effect with a
          06   high dose, what dose response says is,
          07   well, you might also have an effect with
          08   the lower dose.  It won't be as big an
          09   effect.  So, the question is, is there a
          10   heart attack risk with lower dose.  And
          11   that was something that wasn't even
          12   addressed in the VIGOR study in the
          13   discussion.  In the discussion, it was
          14   something that one could have brought up,
          15   but it wasn't brought up.  In my view,
          16   the discussion was unbalanced.
          17            In any event, taking all
          18   those things together, I thought that it
          19   was important that we try to do another
          20   study to examine the heart attack risks
          21   with Vioxx.
          22       Q.     And that's how you got
          23   involved?
          24       A.     And that's how I got
00168:01   involved.
```

**24. PAGE 169:17 TO 171:24  (RUNNING 00:01:39.600)**

```
          17       Q.     So, you made -- you
          18   presented this PowerPoint at numerous
          19   professional meetings, correct --
          20       A.     Right.  This is from --
          21       Q.     -- including the ISPE
          22   conference in 2005; is that correct?
          23       A.     That's correct.
          24       Q.     That's the International
00170:01   Society of Pharmacoepidemiologists?
          02       A.     Correct.
          03       Q.     A worldwide organization; is
          04   that correct?
          05       A.     Yes.
          06       Q.     And by the way, you've been
          07   asked to publicly appear at conferences
          08   like that in your professional capacity,
          09   correct?
          10       A.     Yes, I have.
          11       Q.     A group of your colleagues,
          12   international epidemiologists from all
          13   over the world, would hear your views
          14   that you're telling this jury, correct?
          15       A.     Correct.
          16       Q.     All right.
          17            Now, the theoretical
          18   concern.  What have you publicly said
          19   about that before?
          20       A.     The theoretical concern was
          21   that Vioxx would reduce or inhibit
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason v. Merck

```
          22   prostacyclin and lead to an excess of
          23   thromboxane, which would result in a
          24   tendency for blood clots and
00171:01       theoretically cardiovascular events such
      02       as heart attack or stroke.
      03            Q.    Known to Merck back in 1999?
      04            A.    I would assume that it had
      05       to have been.  If it's known to the
      06       medical officer who did this review, it
      07       most certainly would have had to have
      08       been known to Merck.
      09            Q.    And you looked at the
      10       review, and once you got into -- you
      11       looked into the history of it once you
      12       got interested in the subject based on
      13       naproxen, correct?
      14            A.    Actually, this particular
      15       slide that we're looking at -- actually,
      16       I began looking at this subsequent.  At
      17       the time that we were planning our study,
      18       this wasn't something that I had focused
      19       on.
      20            Q.    In the early period, did the
      21       FDA know and appreciate that there were
      22       high-risk patients that were excluded
      23       from the study?
      24            A.    Yes, they did.
```

**25. PAGE 172:02 TO 172:03 (RUNNING 00:00:02.201)**

```
      02   BY MR. KLINE:
      03        Q.    Did Merck understand that?
```

**26. PAGE 172:06 TO 172:24 (RUNNING 00:00:18.599)**

```
      06             THE WITNESS:  It is clear
      07        from the way the studies are
      08        described that patients at high
      09        risk of experiencing
      10        cardiovascular events were
      11        excluded from the study, and since
      12        that's written in the VIGOR study,
      13        I have to assume that Merck was
      14        fully aware and that it was
      15        intentional.
      16                    -   -   -
      17             (Whereupon, Deposition
      18        Exhibit Graham-3, "Rofecoxib
      19        Diagnosis and Treatment: What
      20        went wrong?  Can we avoid?"
      21        (Graham) PowerPoint Slides,
      22        DG000014 - DG000034, was marked
      23        for identification.)
      24                    -   -   -
```

**27. PAGE 173:02 TO 173:08 (RUNNING 00:00:14.700)**

```
      02        Q.    I'm going to mark another
      03   Powerpoint which you presented to the
      04   International Society of
      05   Pharmacoepidemiologists.  They had their
      06   conference in 2005 in Nashville,
      07   Tennessee, correct?
      08        A.    Yes.
```

**28. PAGE 174:11 TO 174:20 (RUNNING 00:00:17.800)**

```
      11        Q.    And were Merck -- are Merck
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason  v.  Merck

```
12    representatives always at the
13    International Society of
14    Pharmacoepidemiology?
15         A.    Well, I know that at this
16    particular meeting, several people from
17    Merck were there because they're
18    professional colleagues.  So, we had
19    conversations during the meeting, and I
20    know that they attended this session.
```

### 29. PAGE 175:01 TO 176:24 (RUNNING 00:02:05.600)

```
00175:01         Q.    Now, in it, and I just want
```

GRAHAM02 - graham02

```
02    to focus you on the slide that's entitled
03    "VIGOR:  deja vu all over again," what
04    were you telling your fellow members of
05    the International Society of
06    Pharmacoepidemiologists?
07         A.    Which slide number are you
08    on?
09         Q.    Number 24.
10         A.    Oh, here what I was talking
11    about was trying to make a little joke
12    about Yogi Berra and deja vu, but what I
13    was trying to talk about here is the
14    evidence that was accruing on Vioxx and
15    heart attack risks and FDA's response,
16    which in my experience has been to
17    downplay or ignore those risks and to let
18    things get worse in a sense to, let the
19    problem continue unabated.  So, that's
20    basically what I was, I think, trying to
21    convey there.
```

GRAHAM03 - graham03

```
22         Q.    Understood.
23               Now, if you'd go to slide
24    number 29, this is something I'd like to
00176:01    display.  And regardless of whether the
02    display is there or not, the fact of the
03    matter is that you have used and you've
04    given this jury an explanation of the
05    naproxen and whether it was a plausible
06    explanation for the VIGOR results.  That
07    is what you've done so far, correct?
08         A.    Correct.
09         Q.    What did you call it
10    publicly, sir, the naproxen --
11         A.    I called it an alibi.
12         Q.    What is an alibi, sir?
13         A.    Well, I'm not a lawyer, but
14    what I meant was, it's sort of an excuse
15    to explain away an uncomfortable
16    situation.
17         Q.    What did you mean when you
18    described -- and I assume you're talking
19    about Merck's explanation later published
20    in the New England Journal that naproxen
21    was cardioprotective and thereby
22    explained the results of the VIGOR trial.
23    Is that what you were talking about?
24         A.    That is correct.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 4:56:59 PM

## Mason  v.  Merck

**30. PAGE 177:05 TO 178:07 (RUNNING 00:00:58.200)**

```
05          My question is, what in that
06 context did you mean by the "naproxen
07 alibi," sir?
08      A.    What I meant was that there
09 was -- it was much more likely based on
10 the available evidence at the time that
11 Vioxx was increasing the risk of heart
12 attack than that naproxen was protecting
13 against heart attack, but that pointing
14 to naproxen saying it protects against
15 heart attacks is an alibi.  It's
16 basically to say it's not Vioxx that's
17 causing the heart attacks, it's naproxen
18 that's protecting against heart attacks.
19          What I also said at this
20 meeting was that it resulted in a
21 two-year wild goose chase as people in
22 their research focused on addressing
23 naproxen and whether it affects the risk
24 of heart attack, rather than focusing on
00178:01 Vioxx and on lower-dose Vioxx, which was
02 being used by increasing numbers of
```

-KEGRAHAM03 - Clear Attached Exhibit GRAHAM03

```
03 patients.
04      Q.    That two-year wild goose
05 chase occurred roughly in what calendar
06 year?
07      A.    2001/2002.
```

**31. PAGE 178:13 TO 178:21 (RUNNING 00:00:10.900)**

```
13 BY MR. KLINE:
14      Q.    What was going on with
15 labeling in that same period of time,
16 sir?
17      A.    Nothing was happening with
18 labeling, at least nothing visible.
19      Q.    Was it your words when you
20 described it, those two years, as a wild
21 goose chase?
```

**32. PAGE 178:23 TO 179:13 (RUNNING 00:00:36.300)**

```
23          THE WITNESS:  My reference
24 to wild goose chase was to the
00179:01 efforts by the scientific
02 community to investigate what has
03 subsequently been shown, I think,
04 unequivocally to be an untruth,
05 which is that naproxen does not
06 protect against heart attack.
07 There are now, I think, 18 or 19
08 published observational studies
09 that have looked at this.  And
10 four of them say that naproxen is
11 protective.  Four of them say it
12 increases the risk.  And the
13 others say there's no difference.
```

**33. PAGE 182:07 TO 182:13 (RUNNING 00:00:14.200)**

```
07      Q.    What is the bottom line,
08 bottom, bottom line on the science of
09 whether naproxen is cardioprotective and
```

**CONFIDENTIAL**

### Mason v. Merck

```
10   whether this was an alibi?
11        A.    Naproxen is not
12   cardioprotective, never was, and it
13   isn't.
```

**34.  PAGE 222:12 TO 222:14  (RUNNING 00:00:03.974)**

```
12        Q.    In your view, did the
13   benefits clearly exceed the risk or
14   exceed them at all?
```

**35.  PAGE 222:16 TO 222:20  (RUNNING 00:00:05.700)**

```
16             THE WITNESS:  No.  The
17        benefits did not exceed the risks.
18   BY MR. KLINE:
19        Q.    In fact, was it the
20   opposite?
```

**36.  PAGE 222:22 TO 224:05  (RUNNING 00:01:03.100)**

```
22             THE WITNESS:  This drug was
23        risky.  And the benefits that one
24        gained at a population level for
00223:01  the risks just weren't worth it.
02        The juice wasn't worth the
03        squeeze, and in my view, as I said
04        before, I think that Vioxx was
05        approved prematurely, and clearly
06        if more work had been done,
07        certainly the high dose shouldn't
08        have been approved.  And if it had
09        been approved, it should have been
10        withdrawn with the VIGOR study.
11        And at that point, intensive study
12        at the lower doses should have
13        been enacted with a very large
14        clinical trial done in a very
15        short space of time to nail down
16        the question.  And I'm not talking
17        about an APPROVe-like study that
18        takes four or five years to do and
19        has only five or six heart attacks
20        in six months.  I'm talking about
21        a really huge study that gives you
22        the opportunity, the power, to
23        answer the question definitively.
24        And that was not done.
00224:01  BY MR. KLINE:
02        Q.    Everything of what you just
03   said, sir, was it within the resources
04   and capability of Merck & Company?
05        A.    Yes, it was.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:32:24.224)**

CONFIDENTIAL

**Graham Merck Cross**

| Scene | Designation | Source | | Tx Duration | Barcode |
|---|---|---|---|---|---|
| 1 | 227:8 - 227:13 | Graham, David 2006-05-09 | | 00:00:14 | Z3.1 |
| | | 227:8 | Q:  Dr. Graham, you talked a | | |
| | | 227:9 | little bit on direct examination about | | |
| | | 227:10 | your medical training as well as your | | |
| | | 227:11 | training as an epidemiologist. Do you | | |
| | | 227:12 | practice medicine now? | | |
| | | 227:13 | A:  No, I do not. | | |
| 2 | 228:16 - 228:21 | Graham, David 2006-05-09 | | 00:00:12 | Z3.2 |
| | | 228:16 | Q:  So, for the last 15 years, | | |
| | | 228:17 | you have been focusing pretty much | | |
| | | 228:18 | exclusively on epidemiology and drug | | |
| | | 228:19 | safety rather than practicing medicine; | | |
| | | 228:20 | is that correct? | | |
| | | 228:21 | A:  Correct. | | |
| 3 | 251:14 - 253:4 | Graham, David 2006-05-09 | | 00:01:32 | Z3.3 |
| | | 251:14 | Q:  Another subject that you | | |
| | | 251:15 | discussed on direct examination is what | | |
| | | 251:16 | you call the naproxen myth. Do you | | |
| | | 251:17 | remember that? | | |
| | | 251:18 | A:  Uh-huh. | | |
| | | 251:19 | Q:  And that's a phrase that you | | |
| | | 251:20 | used in a couple of these PowerPoints | | |
| | | 251:21 | that were dated from 2005, right? | | |
| | | 251:22 | A:  It's possible. I mean, I | | |
| | | 251:23 | don't have them in front of me, but it's | | |
| | | 251:24 | certainly possible. | | |
| | | 252:1 | Q:  Well, you had one of them in | | |
| | | 252:2 | front of you before -- | | |
| | | 252:3 | A:  That said 'alibi,' not myth. | | |
| | | 252:4 | Q:  Oh, I'm sorry, naproxen | | |
| | | 252:5 | alibi. I stand corrected there. | | |
| | | 252:6 | Now, when you were writing | | |
| | | 252:7 | scientific articles in 2003 and 2004 and | | |
| | | 252:8 | you discussed this hypothesis of naproxen | | |
| | | 252:9 | being cardioprotective, you didn't call | | |
| | | 252:10 | it an alibi then, did you? | | |
| | | 252:11 | A:  No. It's a different | | |
| | | 252:12 | audience. | | |
| | | 252:13 | Q:  In fact, well, the audience | | |
| | | 252:14 | that you are writing for in scientific | | |
| | | 252:15 | publications are other scientists and | | |
| | | 252:16 | doctors, right? | | |

252:17   A: Correct.
252:18   Q: And when you were writing in
252:19   scientific publications for other
252:20   scientists and doctors, what you said was
252:21   that the naproxen hypothesis was one of
252:22   the possible explanations for the
252:23   difference that was seen in the VIGOR
252:24   trial between Vioxx and naproxen
253:1    patients, isn't that right, sir?
253:2    A: A very low possibility.
253:3    Q: Let's look at what you
253:4    actually said.

| 4 | 253:18 -254:8 | Graham, David 2006-05-09 | 00:00:41 | Z3.4 |
|---|---|---|---|---|

Link > DEG8.1

253:18   Is Exhibit 8 a 2003
253:19   publication?
253:20   A: Yes, based on a talk from
253:21   2002.

Link > DEG8.1.1

253:22   Q: And the first named author
253:23   on here is Wayne Ray. Do you see that?
253:24   A: Yes.
254:1    Q: He, I think, was the person
254:2    that you said you recruited to help on
254:3    the Kaiser Permanente study that you
254:4    headed up, right?
254:5    A: Yes.

Link > DEG8.1.2

254:6    Q: And then also you're listed
254:7    as an author; is that right?
254:8    A: Correct.

| 5 | 254:15 -258:7 | Graham, David 2006-05-09 | 00:03:41 | Z3.5 |
|---|---|---|---|---|

Link > DEG8.2

254:15   in this 2003 article of
254:16   yours and Dr. Ray's and the others, I see

Link > DEG8.2.1

254:17   you say that 'The VIGOR trial enrolled
254:18   8076 patients with rheumatoid arthritis,
254:19   who were randomly assigned to rofecoxib'
254:20   -- that's Vioxx, right?
254:21   A: Uh-huh.
254:22   Q: -- '(50 milligrams...) or
254:23   naproxen, an established non-selective
254:24   NSAID.' And then do you say, 'MI' --
255:1    now, first of all, what does MI stand
255:2    for?
255:3    A: That's myocardial
255:4    infarction.
255:5    Q: Is that the same thing as a
255:6    heart attack in common language?

255:7    A:  Correct. Yes.

255:8    Q:  Okay.

255:9    So, a heart attack 'occurred

255:10   in .4 percent of patients receiving

255:11   rofecoxib compared to .1 percent of

255:12   patients receiving naproxen. These data

255:13   may reflect an increased risk of heart

255:14   attack 'associated with rofecoxib;' being

255:15   Vioxx, 'a decreased risk associated with

255:16   naproxen; or a combination of both

255:17   effects.'

255:18   Do you see that?

255:19   A:  Uh-huh.

255:20   Q:  And then did you go on to

255:21   say that there were two recent published

255:22   studies that looked at 'whether naproxen

255:23   has a protective effect on the risk of

255:24   coronary heart disease'?

Link > Hide

256:1    A:  Uh-huh.

256:2    Q:  And this thing that you

256:3    called an alibi today, back in 2003, did

256:4    you report that both of those studies

256:5    that you referred to there actually

256:6    reported a reduction in the risk of heart

256:7    attacks for people who were using

256:8    naproxen?

256:9    A:  Well, a couple of things.

256:10   Q:  Did you say that or not,

256:11   sir?

256:12   A:  That is not what I said.

256:13   This paper represented a combined

256:14   distillation of, I guess it was four

256:15   different talks presented at a symposium.

256:16   And they frequently -- what they do is

256:17   they have one session and they condense

256:18   them into a single paper, and then they

256:19   list everybody as an author. And this

256:20   material was from someone other than me

256:21   in the section that I was presenting on.

256:22   Q:  Who was it from?

256:23   A:  I'd have to go back to the

256:24   topic headings of what the different

257:1    people, the four different speakers had,

257:2    what their speaking assignment was. My

257:3    speaking assignment at this meeting was

257:4    to talk about the association of

257:5    high-dose rofecoxib and hypertension.

257:6    Q: Let me ask, when your name

257:7    is listed as an author on an article like

257:8    this, do you have a chance to review the

257:9    whole article and decide whether you want

257:10    to be associated with the comments that

257:11    are made in there?

257:12    A: You get copies of articles

257:13    like this. When I got it, I only really

257:14    read the section that was my purview, and

257:15    I really didn't read the other sections.

257:16    Q: Is this the first time that

257:17    you understood or knew that your name was

257:18    on a scientific article that said that

257:19    heart attacks may reflect a decreased

257:20    risk associated with naproxen?

257:21    A: Well, I mean, I knew my name

257:22    was on the paper. I hadn't read that

257:23    closely. The studies that are referenced

257:24    are studies that I talked about during

258:1    the previous part of the deposition that

258:2    are analyzed incorrectly and so really

258:3    don't show reductions in cardiovascular

258:4    risk with naproxen, but in any event.

258:5    Q: Did you ever ask that your

258:6    name be removed from this article?

258:7    A: No, I did not.

| 6 | 258:20 -258:21 | Graham, David 2006-05-09 | 00:00:04 | | Z3.6 |
|---|---|---|---|---|---|

258:20    Q: Please take a look at what

Link > DEG9.1    258:21    we've marked as Exhibit 9.

| 7 | 258:21 -263:21 | Graham, David 2006-05-09 | 00:05:01 | | Z3.7 |
|---|---|---|---|---|---|

258:21    Is Exhibit 9

258:22    a copy of a scientific article that has

258:23    your name on it as one of the authors?

258:24    A: Yes.

Link > DEG9.1.1    259:1    Q: Now, before we get into

259:2    Exhibit 9, is this one -- well, Dr. Ray

259:3    is on this one also, right?

259:4    A: Correct.

259:5    Q: So, a bunch of other authors

259:6    and you and Dr. Ray. Is this one where

259:7    everybody just gave speeches and you

259:8    didn't read it closely?

259:9    A: No, no. No. This was a

259:10    real study.

|  |  |  |
|---|---|---|
| | 259:11 | Q: This was a real study? |
| | 259:12 | A: Yes. |
| | 259:13 | Q: Okay. |
| | 259:14 | Well, looking down then at |
| | 259:15 | the first page of -- I'm sorry, we'll go |
| Link > DEG9.4 | 259:16 | over to the fourth page of what you |
| | 259:17 | called the real study that you and Dr. |
| | 259:18 | Ray were both authors on. |
| | 259:19 | This language that I've |
| Link > DEG9.4.1 | 259:20 | blown up here from the right-hand column |
| | 259:21 | at the bottom, did you and Dr. Ray say, |
| | 259:22 | 'The cause of the excess of serious |
| | 259:23 | cardiovascular events in the VIGOR trial |
| | 259:24 | is still a matter of debate'? Is that |
| | 260:1 | what you said in the scientific study in |
| | 260:2 | 2004? |
| | 260:3 | A: Yes. |
| Link > DEG9.4.3 | 260:4 | Q: And it says, 'A recent |
| | 260:5 | observational study reported a higher |
| | 260:6 | rate of cardiovascular events in |
| | 260:7 | high-dose rofecoxib users.' That would |
| | 260:8 | be the 50 milligrams; is that right? |
| | 260:9 | A: That's what -- well, I'm |
| | 260:10 | just looking at the reference for that, |
| | 260:11 | and that would be, I think, any dose that |
| | 260:12 | was over 25 milligrams. So, there are |
| | 260:13 | people who take 37-and-a-half milligrams. |
| | 260:14 | Q: Okay. |
| | 260:15 | Are there very many people |
| | 260:16 | who take that? |
| | 260:17 | A: I don't know. I don't know |
| | 260:18 | the number. |
| | 260:19 | Q: Okay. |
| | 260:20 | Anyway, over 25. |
| | 260:21 | It says, 'A recent |
| | 260:22 | observational study recorded a higher |
| | 260:23 | rate of cardiovascular events in |
| | 260:24 | high-dose rofecoxib users compared to |
| | 261:1 | users of other NSAIDs and users of lower |
| | 261:2 | doses of rofecoxib.' It says 'To date, |
| | 261:3 | lower doses' -- that's talking about |
| | 261:4 | Vioxx, right? |
| | 261:5 | A: Uh-huh. |
| Link > DEG9.4.2 | 261:6 | Q: 'To date,' you and Dr. Ray |
| | 261:7 | say, 'lower doses' of Vioxx 'have not |
| | 261:8 | been associated with a statistically |

**Graham Merck Cross**

261:9 significant excess of these types of
261:10 serious events.'
261:11 Is that what you said to the
261:12 scientific and medical community in 2004?
261:13 A: It's based on the published
261:14 literature, yes.

Link > DEG9.4.4    261:15 Q: And then you go on to say,
261:16 'Since the 50 milligram dose has
261:17 clinically significant undesirable
261:18 effects and has not been shown to be more
261:19 effective than lower doses' -- that's
261:20 more effective than lower doses of Vioxx,
261:21 right?
261:22 A: Uh-huh.
261:23 Q: -- 'chronic use of high-dose
261:24 rofecoxib should be discouraged.'
262:1 Do you see that?
262:2 A: Uh-huh.

Link > Hide    262:3 Q: Now, today what you said was
262:4 that back in 2004, you were clamoring
262:5 that 50 milligrams should be withdrawn
262:6 from the market. Do you remember that?
262:7 A: I don't remember using the
262:8 word 'clamoring,' but...
262:9 Q: No. That was my word.
262:10 You said you were urging
262:11 that 50 milligrams -- what you said today
262:12 was that back in 2004, Dr. Graham was
262:13 urging that 50 milligrams should be
262:14 withdrawn from the market, right?
262:15 A: I don't think I used the
262:16 word 'urge,' but I thought that the
262:17 50-milligram strength should come off the
262:18 market, yes.
262:19 Q: But in the actual scientific
262:20 publication that you and Dr. Ray authored
262:21 in 2004, what you said, all you said
262:22 about 50 milligrams was that chronic use
262:23 of high-dose Vioxx should be discouraged,
262:24 right?
263:1 A: Well, yes, but a couple
263:2 things. One, the paper was published
263:3 online in July of 2003; and, two, that
263:4 the paper was submitted in November of
263:5 2002. And basically -- and then the
263:6 third thing is, is I'm not the senior

| | |
|---|---|
| 263:7 | author, and so for things like this, I |
| 263:8 | certainly couldn't disagree with the |
| 263:9 | statement that chronic use of high-dose |
| 263:10 | should be discouraged. I would take it a |
| 263:11 | step further. |
| 263:12 | Back in 2002, I think that |
| 263:13 | the VIGOR study provided enough evidence |
| 263:14 | to seriously question Vioxx remaining on |
| 263:15 | the market. |
| 263:16 | Q: But that's not what you said |
| 263:17 | in the article that you published two |
| 263:18 | years later in print and a year later |
| 263:19 | online, is it, sir? |
| 263:20 | A: No, but I'm not the first |
| 263:21 | author. |

---

**8    267:2 - 267:19    Graham, David 2006-05-09    00:00:41    Z3.8**

| | | |
|---|---|---|
| Link > DEG5.8 | 267:2 | Q: And on the Ray article, were |
| | 267:3 | you an author of the Ray article as well, |
| Link > DEG5.8.1 | 267:4 | just not the first author? |
| | 267:5 | A: No. I was not a co-author |
| | 267:6 | on that article. |
| | 267:7 | Q: Okay. |
| | 267:8 | So, your colleague, Dr. Ray, |
| | 267:9 | who you later worked with on the Kaiser |
| | 267:10 | study, he had done an epidemiological |
| | 267:11 | study looking at the effects of taking |
| | 267:12 | Vioxx, right? |
| | 267:13 | A: Uh-huh. |
| Link > DEG5.8.2 | 267:14 | Q: And focusing on the 25 |
| | 267:15 | milligrams and less, basically what he |
| | 267:16 | found, when it's 1.02, a 1 would mean |
| | 267:17 | that's just the same as not taking any |
| | 267:18 | medicine at all, right? |
| | 267:19 | A: Right. |

---

**9    268:8 - 270:3    Graham, David 2006-05-09    00:01:48    Z3.9**

| | |
|---|---|
| 268:8 | This confidence interval is |
| 268:9 | the thing that is in the parenthesis |
| 268:10 | here, right? |
| 268:11 | A: Correct. |
| 268:12 | Q: And I hope that at trial |
| 268:13 | somebody else will describe confidence |
| 268:14 | interval because I'm not going to take |
| 268:15 | the time to do it with you today. But |
| 268:16 | you say it's consistent with being as |
| 268:17 | high as 1.37? |

268:18    A:  Right.
268:19    Or as low as .76.
268:20    Q:  Or as low as .76.
268:21    So that this confidence
268:22    interval says that Vioxx 25 milligram, it
268:23    might be better than not taking any
268:24    medicine at all when it comes to heart
269:1     attacks, or it might be a little worse
269:2     than not taking any medicine at all.
269:3     But, basically, the best analysis is,
269:4     it's the same thing as not taking any
269:5     medicine at all, right?
269:6     A:  That's the appropriate
269:7     interpretation of that study for that
269:8     dose.

Link > DEG5.8.3     269:9     Q:  And then in your study, the
269:10    Graham study, what year was this from?
269:11    A:  It was published in 2005,
269:12    but it was completed in 2004.
269:13    Q:  So, this is the Kaiser
269:14    Permanente study?
269:15    A:  This is the Kaiser
269:16    Permanente study.
269:17    Q:  And here you found a
269:18    relative risk of 1.23, and then this
269:19    confidence interval of going below 1,
269:20    which would make it better than no
269:21    medicine at all, up to 1.71. And from a
269:22    statistical point of view, what this says
269:23    is that there is not a statistically
269:24    significant difference between a 25
270:1     milligram dose and not taking any
270:2     medicine at all, correct?

Link > Hide     270:3     A:  Yes. But the maximum

---

10     270:23 -271:20     Graham, David 2006-05-09          00:00:44                          Z3.10

270:23    Q:  You mentioned before that
270:24    you wrote a chapter in a book on -- what
271:1     was the subject of the book?
271:2     A:  Well, it's called
271:3     Pharmacoepidemiology.
271:4     Q:  Yeah.
271:5     And do you know that in that
271:6     book on pharmacoepidemiology, it is
271:7     stated that if you have a relative risk
271:8     of less than 2.0, that's a relatively

271:9      weak relationship?
271:10     A: It's a view that I don't
271:11     subscribe to.
271:12     Q: Do you know that that's the
271:13     view that's expressed in a book that you
271:14     wrote a chapter in?
271:15     A: A, I haven't read a chapter
271:16     where that view is expressed; and, B,
271:17     that's one chapter written by one author
271:18     in a textbook where the editor pretty
271:19     much lets you write what your point of
271:20     view is.

| 11 | 272:5-272:19 | Graham, David 2006-05-09 | 00:00:44 | Z3.11 |

272:5      Q: You spent a little bit of
272:6      time on direct examination concerning the
272:7      approval of Vioxx, as well as a
272:8      subsequent label change. And I just
272:9      wanted to make sure that we were clear on
272:10     this.
272:11     Did you have any personal
272:12     role whatsoever in the FDA's review of
272:13     the application that led to the approval
272:14     of Vioxx?
272:15     A: No.
272:16     Q: And did you have any role
272:17     whatsoever in reviewing proposed label
272:18     changes for Vioxx?
272:19     A: No.

| 12 | 277:6-277:19 | Graham, David 2006-05-09 | 00:00:37 | Z3.12 |

277:6      Q: I want to move now to the
277:7      Kaiser study. I think you described that
277:8      this is an epidemiological study, not a
277:9      clinical trial, right?
277:10     A: Correct.
277:11     Q: And what that means is that
277:12     you and your colleagues examined the
277:13     medical records from thousands or even
277:14     more patients from the HMO, and you could
277:15     see what medicines they were prescribed
277:16     and you could see what problems they had
277:17     or didn't have in their healthcare; is
277:18     that right?
277:19     A: That's correct.

| 13 | 287:24-288:9 | Graham, David 2006-05-09 | 00:00:42 | Z3.13 |

**Graham Merck Cross**

| | |
|---|---|
| 287:24 | And I've prepared a chart, |
| 288:1 | and what I want to do is talk with you |
| 288:2 | about different statements that you made |
| 288:3 | in different publications about the |
| 288:4 | significance of 25 milligrams or below, |
| 288:5 | whether that poses a statistically |
| 288:6 | significant increase for heart attacks, |
| 288:7 | whether -- and whether above 25 does. |
| 288:8 | Are you with me? |
| 288:9 | A: Uh-huh. |

---

14    **290:16-291:6**    Graham, David 2006-05-09    00:00:39    Z3.14

Link > GPP3A.1

| | |
|---|---|
| 290:16 | Q: Dr. Graham, what I want to |
| 290:17 | do now is fill in these blanks on the |

Link > GPP3A.2

| | |
|---|---|
| 290:18 | chart I have on the screen for the |
| 290:19 | relative risk and confidence intervals in |
| 290:20 | these different categories. |
| 290:21 | So, with the May 2004 ACR |
| 290:22 | abstract, do I have that correct that the |
| 290:23 | relative risk that was reported was 1.02 |
| 290:24 | for 25 milligrams or less, with the |
| 291:1 | confidence intervals as I've indicated up |
| 291:2 | there? |
| 291:3 | A: Yes, that's correct. |

Link > GPP3A.3

| | |
|---|---|
| 291:4 | Q: And that is not |
| 291:5 | statistically significant, correct? |

Link > Hide

| | |
|---|---|
| 291:6 | A: That's correct. |

---

15    **291:23-292:20**    Graham, David 2006-05-09    00:00:48    Z3.15

| | |
|---|---|
| 291:23 | Q: Okay. |
| 291:24 | Now, after this May 2004 |
| 292:1 | abstract, you went back and reclassified |
| 292:2 | some of the patients from the Kaiser |
| 292:3 | study who had been classified as low-dose |
| 292:4 | patients for the purposes of the analysis |
| 292:5 | that's shown in the abstract. I think my |
| 292:6 | hand just snuck across the screen. |
| 292:7 | Excuse me. |
| 292:8 | You reclassified some |
| 292:9 | patients who had been counted as low-dose |
| 292:10 | patients, and then you counted them |
| 292:11 | instead as high-dose patients; is that |
| 292:12 | right? |
| 292:13 | A: Yes. And high-dose patients |
| 292:14 | who are reclassified as low dose. |
| 292:15 | - - - |
| 292:16 | (Whereupon, Deposition |

**Graham Merck Cross**

|  |  |  |
|---|---|---|
| 292:17 | Exhibit Graham-12, E-mail 5-25-04 | |
| 292:18 | KP002153, was marked for | |
| 292:19 | identification.) | |
| 292:20 | - - - | |

---

| 16 | 293:3 -294:4 | Graham, David 2006-05-09 | 00:00:55 | Z3.16 |
|---|---|---|---|---|

| Link > DEG12.1 | 293:3 | Up at the top |
|---|---|---|
| | 293:4 | you will see your e-mail is May 25th, |
| Link > DEG12.1.1 | 293:5 | 2004? |
| | 293:6 | A: Uh-huh. |
| | 293:7 | Q: And then you report new |
| | 293:8 | relative risks and confidence intervals |
| | 293:9 | based on the reclassifications, right? |
| | 293:10 | A: Yes. |
| | 293:11 | Q: Okay. |
| | 293:12 | And tell me if I have it |
| Link > GPP3A.8 | 293:13 | right up here. The relative risk that |
| | 293:14 | you reported after reclassifying people |
| | 293:15 | for the 25 milligrams or less was .98, |
| | 293:16 | correct? |
| | 293:17 | A: Yes. |
| | 293:18 | Q: With the confidence |
| | 293:19 | intervals as I've indicated there, right? |
| Link > Hide | 293:20 | A: Yes. |
| | 293:21 | Q: And that is not |
| | 293:22 | statistically significant, correct? |
| | 293:23 | A: Correct. |
| | 293:24 | Q: And we're talking here about |
| | 294:1 | Vioxx 25 milligrams or less compared to |
| | 294:2 | people who are not taking pain |
| | 294:3 | medication, no difference in risk, right? |
| | 294:4 | A: Right. |

---

| 17 | 294:18 -295:4 | Graham, David 2006-05-09 | 00:00:24 | Z3.17 |
|---|---|---|---|---|

| | 294:18 | Q: The most likely thing is -- |
|---|---|---|
| | 294:19 | and when we say .98, that's actually a |
| | 294:20 | little bit lower risk than someone who's |
| | 294:21 | not taking any medicine at all. I mean, |
| | 294:22 | it doesn't -- it's so little that it |
| | 294:23 | doesn't make any difference, but we're |
| | 294:24 | talking about Vioxx 25 milligrams is |
| | 295:1 | basically indistinguishable from not |
| | 295:2 | taking any medicine at all when it comes |
| | 295:3 | to cardiovascular risk, right? |
| | 295:4 | A: Yes. |

---

| 18 | 295:12 -295:19 | Graham, David 2006-05-09 | 00:00:25 | Z3.18 |
|---|---|---|---|---|

295:12   Q:  Now, after the e-mail. did
295:13   you -- I think you said you did something
295:14   called a poster, you wrote up a poster?
295:15   A:  Right. That was in August.
295:16   Q:  August of --
295:17   A:  Of 2004.
295:18   Q:  Of 2004?
295:19   A:  Correct.

---

| 19 | 298:5 -298:19 | Graham, David 2006-05-09 | 00:00:35 | Z3.19 |

Link > GPP3A.13

298:5    Q:  And all I want you to do is
298:6    confirm for me, sir, after you
298:7    reclassified people and then changed the
298:8    regression analysis, is this the relative
298:9    risk that you recorded for 25 milligrams
298:10   or less?

Link > Hide

298:11   A:  Yes, it is.
298:12   Q:  And that is under
298:13   traditional approach not statistically
298:14   significant, correct?
298:15   A:  It's elevated, that's
298:16   correct.
298:17   Q:  Correct that it's not
298:18   statistically significant?

Link > GPP3A.13

298:19   A:  Yes, but -- yes.

---

| 20 | 299:2 -299:5 | Graham, David 2006-05-09 | 00:00:15 | Z3.20 |

Link > GPP3A.16

299:2    Q:  Now, finally you reported
299:3    these results in The Lancet article that
299:4    you testified about, right?
299:5    A:  Yes.

---

| 21 | 300:18 -301:5 | Graham, David 2006-05-09 | 00:00:30 | Z3.21 |

Link > GPP3A.18

300:18   So, after the
300:19   reclassification in May and the change in
300:20   methodology in August, and then the
300:21   quality control in 2005, your final
300:22   result for 25 milligrams and below was a
300:23   relative risk of 1.23 with a confidence
300:24   interval from below 1 to above 1, right?

Link > Hide

301:1    A:  Yes.
301:2    Q:  And under traditional
301:3    approach, that is not statistically
301:4    significant, correct?

Link > Hide

301:5    A:  Correct.

---

| 22 | 301:15 -302:13 | Graham, David 2006-05-09 | 00:01:19 | Z3.22 |

301:15   Q:  So, just sort of a summary

---

Link > GPP3A.20.1

301:16  question that in all four of your reports
301:17  as to the outcome of your study, the 25
301:18  milligrams and below, the relative risk
301:19  at all times remained under traditional
301:20  views as to statistical significance; is
301:21  that right?
301:22  A:  Compared to remote use, but
301:23  not compared to -- well, compared to
301:24  remote use.
302:1  Q:  Yeah. I'm asking about
302:2  comparing it to remote use, which is --
302:3  A:  Basically nonuse.
302:4  Q:  Right.
302:5  So, in all four at 25
302:6  milligrams or below, there was no
302:7  statistically significant difference
302:8  between taking that dose of Vioxx and not
302:9  taking any medicine at all, right?

Link > Hide

302:10  A:  Yes.
302:11  Q:  I want to focus a bit on, a
302:12  little bit more on how these changes came
302:13  about from the abstract to the poster and

---

23     302:14-305:6     Graham, David 2006-05-09        00:02:46                    Z3.23

302:14  also what people within the FDA were
302:15  saying about your analysis, because I
302:16  think you testified about that this
302:17  morning. Do you remember that?
302:18  A:  Uh-huh.
302:19  Q:  The abstract itself, did you
302:20  have that reviewed by anybody from the
302:21  FDA before the abstract was published?
302:22  A:  What are we referring to?
302:23  Q:  We're referring to back up
302:24  on the screen, May of 2004 --
303:1  A:  The ACR abstract.
303:2  Q:  -- ACR abstract.
303:3  A:  What happened with the ACR
303:4  abstract is that David Campen at Kaiser
303:5  was the first author, and I sent him the
303:6  quick analysis that we had done, and he
303:7  submitted the abstract, and I did not put
303:8  it through FDA clearance, and that was an
303:9  oversight on my part.
303:10  Q:  And then because there is a
303:11  procedure that you are supposed to follow

303:12    at FDA to show them studies and articles

303:13    and abstracts and posters that you intend

303:14    to have your name on, whether you're the

303:15    first author or second, third, fourth or

303:16    fifth, right?

303:17    A: Yes.

303:18    Q: Okay.

303:19    And then when it came to the

303:20    poster in August of 2004, after you've

303:21    reclassified people and changed the

303:22    methodology, did you submit that for

303:23    review by folks from the FDA?

303:24    A: Yes, I did.

304:1    Q: And I think you indicated

304:2    that your supervisor reviewed that

304:3    poster; is that right?

304:4    A: Yes.

304:5    Q: And what was his name?

304:6    A: Paul Seligman.

304:7    Q: And at the time, was he the

304:8    acting head of the Office of the Drug

304:9    Safety?

304:10    A: I think so, yes.

304:11    Q: And you said something about

304:12    how he suggested a change in the

304:13    conclusion. Was your -- did your initial

304:14    draft of the poster have a conclusion

304:15    that the high dose of Vioxx, the 50

304:16    milligram dose should not be prescribed

304:17    or used?

304:18    A: Let me see what this one

304:19    says and then I can answer you.

304:20    (Witness reviewing

304:21    document.)

304:22    Yes.

304:23    Q: Okay.

304:24    And then I think you said

305:1    that Dr. Seligman did not agree with that

305:2    conclusion and said that you should take

305:3    out the conclusion that high dose 50

305:4    milligrams should not be prescribed or

305:5    used; is that right?

305:6    A: Correct.

---

24    305:19 -306:11    Graham, David 2006-05-09      00:00:36      Z3.24

             305:19    BY MR. BECK:

| | | |
|---|---|---|
| Link > DEG14.1 | 305:20 | Q: Do you recognize Exhibit 14? |
| | 305:21 | A: Yes, I do. |
| | 305:22 | Q: What is Exhibit 14? |
| Link > DEG14.1.1 | 305:23 | A: It's an e-mail from Dr. |
| | 305:24 | Seligman to me with his comments on the |
| | 306:1 | poster. |
| Link > DEG14.2 | 306:2 | Q: All right. |
| | 306:3 | And then the next page are |
| | 306:4 | his comments, right? |
| | 306:5 | A: Right. |
| | 306:6 | Q: Was Mr. -- is it Dr. |
| Link > Hide | 306:7 | Seligman? |
| | 306:8 | A: Dr. Seligman. |
| | 306:9 | Q: Dr. Seligman, is he one of |
| | 306:10 | the people that you think was out to get |
| | 306:11 | you at the FDA? |

| 25 | 306:14-308:6 | Graham, David 2006-05-09 | 00:01:37 | | Z3.25 |
|---|---|---|---|---|---|
| Link > Hide | 306:14 | THE WITNESS: Let's put it | | | |
| | 306:15 | this way. Dr. Seligman ordered an | | | |
| | 306:16 | illegal criminal investigation in | | | |
| | 306:17 | early 2004 to identify the person | | | |
| | 306:18 | or persons who spoke to the media | | | |
| | 306:19 | about the fact that Dr. Andrew | | | |
| | 306:20 | Mossholder, an FDA medical officer | | | |
| | 306:21 | who had done a study looking at | | | |
| | 306:22 | SSRI antidepressants and | | | |
| | 306:23 | suicidality in children, that that | | | |
| | 306:24 | had been suppressed. | | | |
| | 307:1 | Dr. Seligman, under oath | | | |
| | 307:2 | before the House subcommittee on | | | |
| | 307:3 | investigations and oversight for | | | |
| | 307:4 | FDA, admitted under oath that he | | | |
| | 307:5 | had ordered that illegal criminal | | | |
| | 307:6 | investigation to identify the | | | |
| | 307:7 | source of the leak and that he had | | | |
| | 307:8 | named me as a suspect, although he | | | |
| | 307:9 | had no grounds to do so, except | | | |
| | 307:10 | that he thought that this is the | | | |
| | 307:11 | kind of thing that I would do. | | | |
| | 307:12 | And so there is that past history | | | |
| | 307:13 | with Dr. Seligman to keep in mind. | | | |
| | 307:14 | At this point, I wasn't | | | |
| | 307:15 | interpreting his comments in that | | | |
| | 307:16 | regard except that the reason why | | | |
| | 307:17 | I hadn't said in the original | | | |

307:18   version was that high dose
307:19   rofecoxib should be removed from
307:20   the market was because I knew the
307:21   type of reaction it would get, and
307:22   toning it down a little bit still
307:23   elicited pretty much the same
307:24   response, and that's expressed
308:1    here.
308:2    BY MR. BECK:
308:3    Q:  Well, this morning, didn't
308:4    you testify, in effect, that there were
308:5    several people at the FDA who were out to
308:6    get you?

| 26 | 308:10 - 308:18 | Graham, David 2006-05-09 | 00:00:11 | Z3.26 |

308:10   THE WITNESS:  No, I never
308:11   used those, but I can --
308:12   BY MR. BECK:
308:13   Q:  No. The terms you used were
308:14   that there was an 'organized and
308:15   orchestrated campaign to smear and
308:16   discredit me.' Do you remember that
308:17   phrase?
308:18   A:  Yes.

| 27 | 308:21 - 311:5 | Graham, David 2006-05-09 | 00:02:09 | Z3.27 |

308:21   THE WITNESS:  And we can
308:22   talk about that in detail if you
308:23   would like.
308:24   BY MR. BECK:
309:1    Q:  Okay.
309:2    My question right now is a
309:3    narrow one. Is Dr. Seligman one of the
309:4    people that you were referring to this
309:5    morning as part of this organized and
309:6    orchestrated campaign that you thought
309:7    existed to smear and discredit you?
309:8    A:  Yes. He would be part of
309:9    that group.
309:10   Q:  Okay.

Link > DEG14.2

309:11   So, let's look at what Dr.
309:12   Seligman said when you submitted the
309:13   poster to him. He said, 'In general an
309:14   excellent study and analysis of a complex
309:15   topic.'
309:16   Do you see that?
309:17   A:  Yes.

**Graham Merck Cross**

| Link > DEG14.2.1 | 309:18 | Q: And then he says, 'As you |
| | 309:19 | might expect, my only comment has to do |
| | 309:20 | with the conclusion that 'higher-dose |
| | 309:21 | rofecoxib should not be prescribed or |
| | 309:22 | used." |
| | 309:23 | That's the conclusion that |
| | 309:24 | you and I were talking about a few |
| | 310:1 | minutes ago, right? |
| | 310:2 | A: Right. |
| | 310:3 | Q: Then he went on to explain |
| | 310:4 | why he was concerned with having a |
| | 310:5 | conclusion like that, didn't he? |
| | 310:6 | A: Yes. |
| Link > DEG14.2.3 | 310:7 | Q: And then he said, 'My |
| | 310:8 | concern is based both on the small number |
| | 310:9 | of cases (10) and the lack of information |
| | 310:10 | inherent in such a study regarding the |
| | 310:11 | 'time-to-event." |
| Link > Hide | 310:12 | Now, small number of cases |
| | 310:13 | being ten, does that mean that there were |
| | 310:14 | only ten cases in your study of thousands |
| | 310:15 | and thousands of patients where somebody |
| | 310:16 | taking high-dose Vioxx had either a heart |
| | 310:17 | attack or sudden cardiac death? |
| | 310:18 | A: We had ten patients who were |
| | 310:19 | currently exposed to high-dose rofecoxib |
| | 310:20 | Vioxx at the time of their heart attack |
| | 310:21 | or sudden death. |
| | 310:22 | Q: And the concern expressed by |
| | 310:23 | Dr. Seligman, whether you believe him |
| | 310:24 | today or not, was that that number is |
| | 311:1 | just too small to draw a meaningful |
| | 311:2 | conclusion from, correct? |
| | 311:3 | A: That's what I think he's |
| | 311:4 | driving at here, but that's what a |
| | 311:5 | confidence interval is for. |

| 28 | 312:12 - 313:3 | Graham, David 2006-05-09 | 00:00:39 | | Z3.28 |
| | 312:12 | Q: Well, did others in the FDA |
| | 312:13 | express similar concerns that Dr. |
| | 312:14 | Seligman expressed about whether you |
| | 312:15 | could draw conclusions from such a small |
| | 312:16 | number -- |
| | 312:17 | A: Yes, they did. |
| | 312:18 | Q: -- of people who used the |
| | 312:19 | high-dose Vioxx? |

|  | 312:20 | A: Yes, they did. |
|--|--------|-------------------|
|  | 312:21 | Q: Who is Dr. John Jenkins? |
|  | 312:22 | A: He's the director of the |
|  | 312:23 | Office of New Drugs. |
|  | 312:24 | Q: And is Dr. Jenkins another |
|  | 313:1  | one of the FDA people that you think was |
|  | 313:2  | out to get you? |
|  | 313:3  | A: No. |

| 29 | 313:14-313:22 | Graham, David 2006-05-09 | 00:00:42 | Z3.29 |
|----|---------------|--------------------------|----------|-------|
| Link > DEG15.1 | 313:14 | Q: Exhibit 15 is an e-mail | | |
|  | 313:15 | string. The last one appears to be dated | | |
| Link > DEG15.1.11 | 313:16 | August 11, 2004. They're all around that | | |
|  | 313:17 | time frame. | | |
|  | 313:18 | Do you see that the middle | | |
|  | 313:19 | e-mail on Page 1 is from Dr. Jenkins? | | |
|  | 313:20 | A: Yes, I see it. I've never | | |
|  | 313:21 | seen this e-mail before, the best I can | | |
|  | 313:22 | recollect. | | |

| 30 | 315:4-316:6 | Graham, David 2006-05-09 | 00:01:25 | Z3.30 |
|----|-------------|--------------------------|----------|-------|
|  | 315:4 | Q: So, Dr. Jenkins here, he | | |
| Link > DEG15.1.4 | 315:5 | says -- I put the little red marker where | | |
|  | 315:6 | I'm going to begin reading. Second | | |
| Link > DEG15.1.10 | 315:7 | paragraph, 'I would also note that I find | | |
|  | 315:8 | the conclusions reached in the poster to | | |
|  | 315:9 | be far in excess of the available data. | | |
|  | 315:10 | For example, 'Rofecoxib use at a dose | | |
|  | 315:11 | over 25 milligrams increases the risk of | | |
|  | 315:12 | AMI or SCD' is the primary conclusion of | | |
|  | 315:13 | the poster. This is a far too definitive | | |
|  | 315:14 | conclusion based on the data. Similar | | |
|  | 315:15 | language appears in other parts of the | | |
|  | 315:16 | poster and implies that a causal | | |
|  | 315:17 | relationship has been confirmed.' | | |
|  | 315:18 | Now, just stopping there. | | |
|  | 315:19 | Did you know back in 2004 that Dr. | | |
|  | 315:20 | Jenkins was of the same view that Dr. | | |
| Link > Hide | 315:21 | Seligman expressed to you? | | |
|  | 315:22 | A: There was one e-mail from | | |
|  | 315:23 | sometime after this date, but in the | | |
|  | 315:24 | teens of August, it was like a two-line | | |
|  | 316:1 | e-mail in which Dr. Jenkins suggested | | |
|  | 316:2 | what he thought different wording for our | | |
|  | 316:3 | conclusions would be acceptable to him | | |
|  | 316:4 | were, and that's pretty much the extent | | |
|  | 316:5 | of what my knowledge of what Dr. Jenkins | | |

|  |  | 316:6 | thought. |  |  |
|---|---|---|---|---|---|
| 31 | 320:22 - 324:23 | Graham, David 2006-05-09 | | 00:04:13 | Z3.31 |

|  |  |
|---|---|
|  | 320:22   BY MR. BECK: |
|  | 320:23   Q: Who is Sharon Hertz? |
|  | 320:24   A: I think she's a deputy |
|  | 321:1   division director for the analgesic and |
|  | 321:2   anti-inflammatory reviewing division, and |
|  | 321:3   that would be the reviewing division |
|  | 321:4   responsible for NSAID drugs, both |
|  | 321:5   naproxen and drugs like Vioxx. |
|  | 321:6   - - - |
|  | 321:7   (Whereupon, Deposition |
|  | 321:8   Exhibit Graham-16, E-mails |
|  | 321:9   FDACDER006056 - FDACDER006058, |
|  | 321:10   was marked for identification.) |
|  | 321:11   - - - |
|  | 321:12   BY MR. BECK: |
| Link > DEG16.1 | 321:13   Q: I'm handing you what we've |
|  | 321:14   marked as Exhibit 16, which I will put up |
|  | 321:15   on the screen. This is a document that |
|  | 321:16   you've seen before, correct? |
|  | 321:17   A: That is correct. |
| Link > DEG16.1.1 | 321:18   Q: And it's from Sharon Hertz. |
|  | 321:19   Is it Dr. Hertz? |
|  | 321:20   A: Yes, it is. |
|  | 321:21   Q: And Dr. Hertz, and it's to |
|  | 321:22   you and your boss, Dr. Seligman, right? |
|  | 321:23   A: Correct. |
|  | 321:24   Q: And it copies Dr. Bull, who |
|  | 322:1   we just read an e-mail from, as well as |
|  | 322:2   Dr. Jenkins and some others, right? |
|  | 322:3   A: Yes. |
| Link > DEG16.1.2 | 322:4   Q: Did Dr. Hertz say to you |
|  | 322:5   that 'There is information to suggest |
|  | 322:6   that use of aspirin may mitigate possible |
|  | 322:7   CV risk associated with COX-2 |
|  | 322:8   inhibitors,' and go on to ask 'why would |
|  | 322:9   you choose to study CV risk from a |
|  | 322:10   database that does not collect |
|  | 322:11   information on something as relevant as |
|  | 322:12   aspirin use'? |
|  | 322:13   A: She said it, but she didn't |
|  | 322:14   understand the study, the methods, or why |
|  | 322:15   her question actually is not pertinent to |
|  | 322:16   the analysis that we did because we |

322:17    showed that aspirin is not a confounder

322:18    of any association between NSAID use and

322:19    heart attack risk. And because she

322:20    doesn't understand epidemiology, she

322:21    wrote this, but this is a statement

322:22    that's coming from her lack of

322:23    understanding of epidemiology.

Link > DEG16.1.3    322:24    Q: And she also referred to

323:1    your conclusion concerning high-dose

323:2    Vioxx and the fact that that represented

323:3    'a very small subgroup of a large

323:4    population,' correct?

323:5    A: She says that, but high-dose

323:6    Vioxx represented 18 percent of all the

323:7    Vioxx use in the country. So, it has

323:8    public health importance.

Link > DEG16.1.4    323:9    Q: And did she tell you that

323:10    drawing conclusions about this subgroup

323:11    at all is inappropriate because of the

323:12    small size of it?

323:13    A: She says that, but her

323:14    statement is incorrect, because the

323:15    confidence intervals permit that. And it

323:16    was stated a priori at the beginning of

323:17    our study that we would do that analysis,

323:18    that we would take a look as best we

323:19    could at the effect of dose of rofecoxib,

323:20    of Vioxx, on heart attack risk. So, she

323:21    can use words like it's inappropriate for

323:22    us to do that but the fact is that, she's

323:23    mistaken. There's nothing inappropriate

323:24    about it.

324:1    Q: And you'll see at the bottom

324:2    of the paragraph she said, 'This is

324:3    simply bad science.'

324:4    A: She's entitled to her

324:5    opinion.

Link > Hide    324:6    Q: I forgot to ask you. Is

324:7    Dr. Hertz one of the people at the FDA

324:8    that you think was out to get you?

324:9    A: I didn't use those terms,

324:10    but, no, she is not one of those people.

324:11    Q: Is she one of the people,

324:12    who, to use your terms, was part of the

324:13    very organized and orchestrated campaign

324:14    to smear and discredit you?

**Graham Merck Cross**

324:15   A:  She is not a member of that
324:16   group.
324:17   Q:  She just disagreed with you
324:18   and thought you were using bad science,
324:19   right?
324:20   A:  That's what she says here.
324:21   But she's not an epidemiologist, and I'm
324:22   not sure that she would recognize good
324:23   epidemiology if she saw it.

---

| 32 | 328:11 - 328:20 | Graham, David 2006-05-09 | 00:00:28 | Z3.34 |

Link >  Hide

328:11   Q:  Who is Anne Trontell?
328:12   A:  Dr. Trontell is the deputy
328:13   director for the Office of Drug Safety.
328:14   Q:  And is Dr. Trontell one of
328:15   the people that you were referring to
328:16   this morning when you said that within
328:17   the FDA there was a very organized and
328:18   orchestrated campaign to smear and
328:19   discredit you?
328:20   A:  Yes.

---

| 33 | 329:4 - 329:5 | Graham, David 2006-05-09 | 00:00:05 | Z3.35 |

Link >  DEG18.1

329:4   Q:  Please take a look at
329:5   Exhibit 18.

---

| 34 | 330:4 - 333:6 | Graham, David 2006-05-09 | 00:03:34 | Z3.36 |

Link >  DEG18.1.1

330:4   Q:  Do you see that Dr. Trontell
330:5   is writing to Dr. Seligman in the e-mail
330:6   on the top?
330:7   A:  Yes.
330:8   Q:  Starting with the second

Link >  DEG18.1.2

330:9   paragraph, she says, 'I understand John's
330:10   consternation, but let us all acknowledge
330:11   the problem arose when David Graham
330:12   overstepped the bounds of what anyone can
330:13   conclude from a brief poster of a complex
330:14   study. He ignored advice from a multiple
330:15   FDA sources by making a strong conclusion
330:16   without giving enough information or time
330:17   to others in FDA to evaluate it
330:18   rigorously.'
330:19   Did Dr. Trontell communicate
330:20   those views to you even though you didn't
330:21   see this particular e-mail?
330:22   A:  She communicated views
330:23   similar to this. She never said that I

330:24  overstepped my bounds, and she didn't use

331:1   words like I ignored advice. And at the

331:2   end of the day, the poster was cleared by

331:3   FDA, so that they can complain all they

331:4   want, but I didn't -- I stuck to what I

331:5   believed based on the data, and they

331:6   cleared it at the end of the day. So, we

331:7   had honest disagreements about the data

331:8   and how to interpret it.

331:9   Q: And as part of that

331:10  disagreement, do you see here where she

Link > DEG18.1.3   331:11   says that you 'subverted FDA review as

331:12  well as the normal standards of peer

331:13  review by stating an

331:14  inadequately-supported conclusion based

331:15  upon the limited data' you 'made

331:16  available for review'? Again, did she

331:17  express those views to you in substance?

331:18  A: No. And that statement

331:19  actually makes absolutely no sense to me

331:20  as it's stated. If she's talking about

331:21  the differences between the ACR abstract

331:22  and the ISPE abstract, those things I

331:23  described to both Dr. Seligman and Dr.

331:24  Trontell between the end of May and

332:1   August, as we came upon each of the

332:2   problems and had to deal with them. And

332:3   she doesn't recall that.

332:4   We had many, many

332:5   conversations. And I had them with Dr.

332:6   Seligman as well. And so looking at

332:7   this, that's the only thing that I can

332:8   guess she is -- she's saying from that,

332:9   but that's just a guess.

Link > DEG18.1.4   332:10   Q: She says here, 'To publicize

332:11  findings that have not been fully vetted

332:12  is irresponsible and professionally

332:13  suspect.'

332:14  A: Where are you?

332:15  Q: If you look up on the

332:16  screen, I'm in the middle of the next

332:17  paragraph.

332:18  A: Uh-huh.

332:19  Q: Did she communicate those

332:20  views to you?

Link > Hide   332:21   A: No. But the fact is, is

|  |  |  |  |
|---|---|---|---|
|  | 332:22 | that I didn't communicate anything to the |  |
|  | 332:23 | public that hadn't been cleared by FDA. |  |
|  | 332:24 | So, this statement really, in my mind, is |  |
|  | 333:1 | inaccurate and, you know, she's using a |  |
|  | 333:2 | lot of pejorative terms towards me, so, |  |
|  | 333:3 | she can be very critical of me, but the |  |
|  | 333:4 | fact is, is that the document was |  |
|  | 333:5 | cleared, and I have the signed clearance |  |
|  | 333:6 | form, and so she can have her opinion. |  |

| 35 | 337:16 - 337:20 | Graham, David 2006-05-09        00:00:18 | Z3.37 |
|---|---|---|---|
|  | 337:16 | Q:  I'm going to hand you |  |
| Link > DEG19.1.1 | 337:17 | Exhibit 19 here, which is a memorandum |  |
|  | 337:18 | from Dr. Trontell to Dr. Seligman. Have |  |
|  | 337:19 | you seen this document before? |  |
| Link > Hide | 337:20 | A:  Yes, I have. |  |

| 36 | 339:4 - 339:23 | Graham, David 2006-05-09        00:01:18 | Z3.38 |
|---|---|---|---|
|  | 339:4 | Q:  Does Dr. Trontell in this |  |
|  | 339:5 | memorandum raise concerns with the |  |
|  | 339:6 | methodology used in the study that you |  |
|  | 339:7 | had done? |  |
|  | 339:8 | A:  She raises a number of |  |
|  | 339:9 | questions which we've actually discussed |  |
|  | 339:10 | and have the answers to, yes. |  |
| Link > DEG19.2.1 | 339:11 | Q:  Over on Page 2 in the last |  |
|  | 339:12 | paragraph of the executive summary, did |  |
|  | 339:13 | Dr. Trontell state: 'My review notes |  |
|  | 339:14 | several unexplained inconsistencies in |  |
|  | 339:15 | the conduct of the study and the |  |
|  | 339:16 | reporting of results. Before the |  |
|  | 339:17 | findings and conclusions of the study |  |
|  | 339:18 | report can be accepted, the authors must |  |
|  | 339:19 | address all inconsistencies with adequate |  |
|  | 339:20 | documentation that clearly explains how |  |
|  | 339:21 | they occurred, in order to address the |  |
|  | 339:22 | potential appearance of data manipulation |  |
|  | 339:23 | and post hoc analyses.' |  |

| 37 | 340:14 - 341:19 | Graham, David 2006-05-09        00:01:26 | Z3.39 |
|---|---|---|---|
|  | 340:14 | BY MR. BECK: |  |
|  | 340:15 | Q:  Is a post hoc analysis where |  |
|  | 340:16 | somebody, after a study is conducted, |  |
|  | 340:17 | goes back and changes the rules of the |  |
|  | 340:18 | study, and the concern then is that the |  |
|  | 340:19 | results are invalid? I'm not asking |  |
|  | 340:20 | whether you did it. I'm asking whether |  |

| | |
|---|---|
| 340:21 | that's what the post hoc analysis is. |
| 340:22 | A:  When people talk about a |
| 340:23 | post hoc analysis, what they mean is |
| 340:24 | they're referring to an analysis that |
| 341:1 | wasn't prespecified before the study |
| 341:2 | began or before the analysis began. |
| 341:3 | So, for example, in our |
| 341:4 | study, I know that Dr. Trontell kept |
| 341:5 | insisting that our comparison of Vioxx to |
| 341:6 | Celebrex was a post hoc analysis. But it |
| 341:7 | was there from the beginning of our |
| 341:8 | protocol. And so -- and I had explained |
| 341:9 | that to her multiple times. But that's |
| 341:10 | what a post hoc analysis is. |
| 341:11 | Q:  And data manipulation, |
| 341:12 | again, not focusing on her concerns about |
| 341:13 | you, but what data manipulation is |
| 341:14 | generally is basically rigging the |
| 341:15 | numbers to come out the way you want |
| 341:16 | them? |
| 341:17 | A:  It's scientific misconduct. |
| 341:18 | Q:  And please turn over two |

Link >  DEG19.4.1
| 341:19 | more pages. Under, at the bottom, |

38    341:20 -345:16    Graham, David 2006-05-09        00:04:17                Z3.40
| 341:20 | 'Recommendations,' do you see where Dr. |
| 341:21 | Trontell says, 'The authors should |
| 341:22 | document their methods in detail and |
| 341:23 | respond to questions raised in this. |
| 341:24 | review in particular the noted |
| 342:1 | inconsistencies in the study objectives, |
| 342:2 | results and statistical findings of |
| 342:3 | significance of their published ACR |
| 342:4 | abstract and the August 2004 ISPE |
| 342:5 | poster.' So, do you see there where |
| 342:6 | she's expressing concern that you've come |
| 342:7 | up with different conclusions and |
| 342:8 | different methodologies between that |
| 342:9 | original ACR abstract, and then your |
| 342:10 | later poster, like we saw in the chart |
| 342:11 | that I showed on the screen? Is that the |
| 342:12 | subject that's being addressed here? |
| 342:13 | A:  Uh-huh. Yes. |

Link >  Hide
| 342:14 | Q:  And, in particular, what |
| 342:15 | she's saying is that before you submit |
| 342:16 | this article for publication, that you |

342:17    should address these issues and explain
342:18    them, right?
342:19    A:  Dr. Trontell is saying that,
342:20    but Dr. Trontell is not my supervisor.
342:21    She wrote this to Dr. Seligman. Dr.
342:22    Seligman, I believe, e-mailed it to me
342:23    with basically no instructions. And so
342:24    Dr. Trontell can have her opinions about
343:1     what it is I should do, but she's not my
343:2     supervisor, and, in fact, has never been
343:3     someone who reviews any of the work that
343:4     I do.
343:5     Q:  In any event, you submitted
343:6     the article to the Lancet without making
343:7     the responses that Dr. Trontell said you
343:8     should make, right?
343:9     A:  The responses were actually
343:10    included in the manuscript, A; B, we
343:11    submitted the manuscript with the
343:12    approval of my supervisors. Because I
343:13    sent multiple e-mails to Dr. Seligman and
343:14    to Dr. Trontell giving them my
343:15    interpretation of FDA's clearance
343:16    policies and asking them to instruct me
343:17    if I had misinterpreted them in any way,
343:18    because I was anxious to -- I wanted to
343:19    be sure that I followed all of FDA's
343:20    rules and procedures. And that if they
343:21    didn't get back to me, then I would
343:22    assume that I had interpreted them
343:23    correctly and that it is all right for me
343:24    to submit it.
344:1     Dr. Trontell consulted with
344:2     the head lawyer for the Center for Drug
344:3     Evaluation and Research, Jane Axelrod,
344:4     who basically said to Dr. Trontell by way
344:5     of e-mail that it was fine, that I could
344:6     submit it. And so Anne did not have a
344:7     written response to these questions, but
344:8     I had -- my understanding was I had the
344:9     permission of FDA to submit the paper.
344:10    And it was never my understanding, quite
344:11    honestly, that I was required to give
344:12    written responses to these questions, and
344:13    I tried to express that in an e-mail to
344:14    Dr. Paul Seligman somewhere around

**Graham Merck Cross**

| | |
|---|---|
| 344:15 | November 10th or 9th or somewhere in that |
| 344:16 | neighborhood, because I was about to go |
| 344:17 | on a four-day weekend, because Veterans' |
| 344:18 | Day, which is November 11th, is a Federal |
| 344:19 | holiday, and I was going to take off the |
| 344:20 | 12th and then I would have a four-day |
| 344:21 | weekend. |
| 344:22 | And on the 9th, Dr. Seligman |
| 344:23 | said that I could take leave on Friday, |
| 344:24 | but before I left, he needed written |
| 345:1 | responses to these questions. And I |
| 345:2 | e-mailed back that I hadn't understood |
| 345:3 | that that's what he wanted. And he never |
| 345:4 | came back. He had an entire day, |
| 345:5 | November 10th, Wednesday, the entire day |
| 345:6 | he had to disabuse me of my understanding |
| 345:7 | if he wanted to, and he never said to me |
| 345:8 | that, no, I misunderstood, I really do |
| 345:9 | want you to give a written response. And |
| 345:10 | so I think that I acted reasonably and |
| 345:11 | tried to get management to communicate |
| 345:12 | with me, and management, in this case, |
| 345:13 | did not answer my e-mails, did not come |
| 345:14 | back to me to communicate with me in |
| 345:15 | clear, unambiguous instructions about |
| 345:16 | what it is that they wanted me to do. |

---

| 39 | 353:2 -353:18 | Graham, David 2006-05-09 | 00:00:42 | Z3.41 |
|---|---|---|---|---|

| | |
|---|---|
| 353:2 | Q: And who is Dr. Steven |
| 353:3 | Galson? |
| 353:4 | A: He is the Center director |
| 353:5 | for CEDR. |
| 353:6 | Q: And I think you described |
| 353:7 | this morning that CDER, both the Office |
| 353:8 | of New Drugs and the Office For Drug |
| 353:9 | Safety are underneath CDER, which is the |
| 353:10 | Center for Drug Evaluation and Research, |
| 353:11 | right? |
| 353:12 | A: Right. |
| 353:13 | Q: And is Dr. Galson one of the |
| 353:14 | people that you think is part of this |
| 353:15 | very organized and orchestrated campaign |
| 353:16 | to smear and discredit you? |
| 353:17 | A: Yes, he was. He may have |
| 353:18 | been an unwitting participant. |

---

| 40 | 362:5 -363:2 | Graham, David 2006-05-09 | 00:01:05 | Z3.42 |
|---|---|---|---|---|

**Graham Merck Cross**

| | | |
|---|---|---|
| Link > DEG23.1 | 362:5 | Q:  What's Exhibit 23? |
| | 362:6 | A:  It looks like an e-mail |
| Link > DEG23.1.1 | 362:7 | dated November 1st from me to Dr. Eric |
| | 362:8 | Topol at the Cleveland Clinic. And it's |
| | 362:9 | -- it looks like it's kind of like in |
| | 362:10 | response to an e-mail that he had sent to |
| | 362:11 | me. And there are several other e-mails |
| | 362:12 | that went back and forth between Dr. |
| | 362:13 | Topol and myself, dating back, I think, |
| | 362:14 | to like the end of October when he first |
| | 362:15 | telephoned me to ask if I knew who was in |
| | 362:16 | FDA he could talk to about COX-2 pain |
| | 362:17 | relievers and heart attack risk. And I |
| | 362:18 | referred him to Shari Targum, whose |
| | 362:19 | review I spoke about earlier. |
| Link > Hide | 362:20 | Q:  You referred to Dr. Topol as |
| | 362:21 | at the Cleveland Clinic. Is he still at |
| | 362:22 | the Cleveland Clinic? |
| | 362:23 | A:  My understanding is that |
| | 362:24 | he's now at Case Western, but I'm not |
| | 363:1 | really -- it's basically what I read in |
| | 363:2 | the newspaper. |

| 41 | 367:19 - 368:15 | Graham, David 2006-05-09 | 00:00:45 | Z3.43 |
|---|---|---|---|---|
| | 367:19 | Now, are you saying here | | |
| | 367:20 | that you thought that Merck decided to | | |
| | 367:21 | withdraw Vioxx on September 30 because | | |
| | 367:22 | people at FDA management gave them a | | |
| | 367:23 | heads up that your article was going to | | |
| | 367:24 | be published, and Merck said we'd better | | |
| | 368:1 | get Vioxx off the market before that | | |
| | 368:2 | article was published? | | |
| | 368:3 | A:  No. I was just pointing to | | |
| | 368:4 | the coincidence of the dates. | | |
| | 368:5 | Q:  Well, you said it wasn't a | | |
| | 368:6 | coincidence, didn't you? | | |
| | 368:7 | A:  Well, I don't think it was a | | |
| | 368:8 | coincidence, but... | | |
| | 368:9 | Q:  So, that's my question. | | |
| | 368:10 | Do you think that Merck's | | |
| | 368:11 | withdrawal on September 30 was timed | | |
| | 368:12 | because people at the FDA told Merck that | | |
| | 368:13 | Dr. Graham is going to publish an | | |
| | 368:14 | article, and so Merck said we'd better | | |
| | 368:15 | get this drug off the market? | | |

| 42 | 368:17 - 369:1 | Graham, David 2006-05-09 | 00:00:11 | Z3.44 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | 368:17 | THE WITNESS: No, I don't. | | |
| | 368:18 | BY MR. BECK: | | |
| | 368:19 | Q: That's what you told Dr. | | |
| | 368:20 | Horton -- | | |
| | 368:21 | A: I know that. | | |
| | 368:22 | Q: -- though, isn't it? | | |
| | 368:23 | A: That's what I -- and at the | | |
| | 368:24 | time, I think under the duress that I was | | |
| | 369:1 | under, that is what I believed. | | |

| 43 | 369:11-369:20 | Graham, David 2006-05-09 | 00:00:15 | Z3.45 |
|---|---|---|---|---|
| | 369:11 | Q: That was kind of a wild and | | |
| | 369:12 | crazy charge you made to the editor of | | |
| | 369:13 | Lancet concerning -- | | |
| | 369:14 | A: No. | | |
| | 369:15 | Q: -- FDA management, don't you | | |
| | 369:16 | agree? | | |
| | 369:17 | A: It's not wild and crazy. If | | |
| | 369:18 | you experienced what I experienced, you | | |
| | 369:19 | would understand -- you would understand | | |
| | 369:20 | better. | | |

| 44 | 370:14-374:21 | Graham, David 2006-05-09 | 00:05:30 | Z3.46 |
|---|---|---|---|---|
| | 370:14 | Q: Dr. Graham, as an | | |
| | 370:15 | epidemiologist, do you deal with the | | |
| | 370:16 | concept of incidence rates? | | |
| | 370:17 | A: Yes, I do. | | |
| | 370:18 | Q: And in a sentence or two, | | |
| | 370:19 | can you describe what an incidence rate | | |
| | 370:20 | is? | | |
| | 370:21 | A: It's the occurrence of an | | |
| | 370:22 | outcome, a disease, in a defined | | |
| | 370:23 | population over a specified period of | | |
| | 370:24 | time. So, you might express something as | | |
| | 371:1 | 10 per 100,000 per year would be an | | |
| | 371:2 | incidence rate. | | |
| | 371:3 | Q: I have created a chart that | | |
| | 371:4 | I want to go over with you, and I want to | | |
| | 371:5 | look at some numbers from the Kaiser | | |
| | 371:6 | study that you did, and I understand that | | |
| | 371:7 | an adjustment was applied for a | | |
| | 371:8 | cardiovascular risk score that I'll get | | |
| | 371:9 | to later in the examination, but I want | | |
| | 371:10 | to look at the kind of raw numbers about | | |
| | 371:11 | incidence rates of heart attacks and | | |
| | 371:12 | sudden cardiac death for Vioxx and | | |
| | 371:13 | Celebrex as you saw them in your study. | | |

| Link > DEG4.1 | 371:14 | Okay? |
| | 371:15 | So, if you will take out |
| | 371:16 | Exhibit 4, which is your 2005 Lancet |
| Link > DEG4.3 | 371:17 | publication, and if you'll look over at |
| Link > DEG4.3.1 | 371:18 | the third page in the right column under |
| | 371:19 | 'Results,' tell me if the numbers I |
| | 371:20 | filled in on the screen there for number |
| | 371:21 | of users for Vioxx of something over |
| | 371:22 | 26,000, and then for Celebrex, something |
| | 371:23 | over 40,000, are those accurate numbers |
| | 371:24 | -- |
| | 372:1 | A:  Yes. |
| | 372:2 | Q:  -- from your study? |
| | 372:3 | A:  Yes. |
| Link > DEG4.4 | 372:4 | Q:  And then if you'll look at |
| | 372:5 | Table 3 on that same page or is -- Table |
| | 372:6 | 3, I guess it's the next page. If you'll |
| Link > DEG4.4.1 | 372:7 | look at Table 3, do I have it right that |
| | 372:8 | the number of heart attacks and sudden |
| | 372:9 | cardiac deaths, Vioxx was 68 and for |
| | 372:10 | Celebrex was 126? |
| | 372:11 | A:  Yes. |
| | 372:12 | Q:  And when we're talking about |
| | 372:13 | Vioxx here, that includes both low dose |
| | 372:14 | and high dose, right? |
| Link > Hide | 372:15 | A:  Correct. |
| | 372:16 | Q:  And so just taking the |
| Link > GPPT.1 | 372:17 | numbers that you report before the |
| | 372:18 | adjustments are made, is this correct |
| | 372:19 | that the incidence rate of heart attacks |
| Link > GPPT.1.1 | 372:20 | and sudden cardiac deaths for Vioxx would |
| | 372:21 | be about .25 percent, whereas for |
| | 372:22 | Celebrex, it would actually be a little |
| | 372:23 | higher, .31 percent? |
| | 372:24 | A:  No.  That's not an incidence |
| | 373:1 | rate.  That is a proportion.  An |
| | 373:2 | incidence rate would take into account |
| | 373:3 | the amount of time that each of the users |
| | 373:4 | was on the drug, and so then what you'd |
| | 373:5 | end up having is years of exposure to |
| | 373:6 | Vioxx in the denominator and number of |
| | 373:7 | cases in the numerator and the same for |
| | 373:8 | Celebrex.  So, these are proportions, but |
| | 373:9 | they are not incidence rates. |
| | 373:10 | Q:  Okay. |
| | 373:11 | So, proportions. |

**Graham Merck Cross**

|  |  |  |
|---|---|---|
| | 373:12 | And the proportions of |
| | 373:13 | Celebrex users who experienced heart |
| | 373:14 | attacks or sudden cardiac deaths was |
| | 373:15 | actually slightly higher than the |
| | 373:16 | proportion of Vioxx users, correct? |
| | 373:17 | A: That is correct. |
| Link > Hide | 373:18 | Q: And you said that in order |
| | 373:19 | to do an incidence rate, you'd want to |
| | 373:20 | know how long they were using the drugs, |
| | 373:21 | so you'd take into account patient years; |
| | 373:22 | is that right? |
| | 373:23 | A: Correct. |
| | 373:24 | MR. BECK: Let me mark for |
| | 374:1 | you, please, Exhibit 25. |
| | 374:2 | - - - |
| | 374:3 | (Whereupon, Deposition |
| | 374:4 | Exhibit Graham-25, Chart |
| | 374:5 | FDACDER005940, was marked for |
| | 374:6 | identification.) |
| | 374:7 | - - - |
| | 374:8 | BY MR. BECK: |
| Link > DEG25.1 | 374:9 | Q: And this Exhibit 25, do you |
| | 374:10 | recognize this as a document or a page of |
| | 374:11 | a longer document that was created as |
| | 374:12 | part of your study? |
| | 374:13 | A: Yes. I don't recall, |
| | 374:14 | though, at what stage in the study that |
| | 374:15 | this run was done, and so I don't know if |
| | 374:16 | it included sort of the modifications |
| | 374:17 | that we had to make because of |
| | 374:18 | eligibility problems and the like. But |
| | 374:19 | it is from our study. I'm not able here |
| | 374:20 | to read the column on the right-hand side |
| | 374:21 | because of it being smudged. |

| 45 | 375:5 -378:5 | Graham, David 2006-05-09 | 00:02:58 | Z3.47 |
|---|---|---|---|---|
| Link > DEG25.1.1 | 375:5 | in the right-hand column, | | |
| | 375:6 | while we may have to struggle with the | | |
| | 375:7 | exact numbers, it does say, does it not, | | |
| | 375:8 | 'incidence rate per 1,000 patient years'? | | |
| | 375:9 | A: That's what it looks like it | | |
| | 375:10 | says to me, yes. | | |
| | 375:11 | Q: Okay. | | |
| | 375:12 | I mean, there's no doubt it | | |
| | 375:13 | says this? | | |
| | 375:14 | A: Right, no. This table is | | |

| | | |
|---|---|---|
| | 375:15 | set up to calculate incidence rates, so, |
| | 375:16 | there's no question about that. |
| Link > DEG25.1.3 | 375:17 | Q: Okay. |
| | 375:18 | So, and then if we look down |
| | 375:19 | at rofecoxib, that's Vioxx as we know, |
| | 375:20 | correct? |
| | 375:21 | A: Right. |
| | 375:22 | Q: And then the rofecoxib |
| | 375:23 | number is 7. something, right? |
| | 375:24 | A: Right. |
| | 376:1 | Q: Again, we'll just blow it |
| | 376:2 | up. And does that look like 7.49 to you |
| | 376:3 | once it's been blown up? |
| | 376:4 | A: Yes. When I was looking at |
| | 376:5 | this (indicating), I would have said |
| | 376:6 | 7.48, but it looks like 7.49 there |
| | 376:7 | (indicating). |
| | 376:8 | Q: Okay. |
| | 376:9 | Well, close enough for |
| | 376:10 | government work. It's 7.48 or 7.49, |
| | 376:11 | right? |
| | 376:12 | A: Right. |
| Link > DEG25.1.4 | 376:13 | Q: And then if we look up at |
| | 376:14 | Celebrex, celecoxib, it is like 7.8 |
| | 376:15 | something? |
| | 376:16 | A: Yes. It looks like 7.84 to |
| | 376:17 | me, but... |
| Link > Hide | 376:18 | Q: Okay. |
| | 376:19 | Whatever it is, it's |
| | 376:20 | actually the incidence rate taking into |
| | 376:21 | account the patient years, as you said, |
| | 376:22 | the incidence rate for heart attacks and |
| | 376:23 | sudden cardiac death for Celebrex is |
| | 376:24 | actually higher than the incidence rate |
| | 377:1 | for sudden cardiac death in heart attacks |
| | 377:2 | for Vioxx, correct? |
| | 377:3 | A: It's a crude incidence rate, |
| | 377:4 | and the number is higher. They're |
| | 377:5 | probably at this point with crude rates |
| | 377:6 | not statistically different, but Celebrex |
| | 377:7 | rate is higher than the rofecoxib or |
| | 377:8 | Vioxx rate. |
| | 377:9 | Q: Yeah. And I didn't mean to |
| | 377:10 | suggest that there was a statistically |
| | 377:11 | significant difference, but the Lancet |
| | 377:12 | article, one of the conclusions is that |

377:13    there is a statistically significant
377:14    difference between Vioxx and Celebrex and
377:15    that Vioxx has a statistically
377:16    significant higher risk of serious
377:17    coronary heart disease, right?
377:18    A:  Right. And that's based on
377:19    odds ratios as opposed to incidence
377:20    rates.
377:21    Q:  But the incidence rates
377:22    would be basically the same?
377:23    A:  Yes. The incidence rates
377:24    form the base of the data, but this is
378:1     before adjustments have been done for the
378:2     types of patients that are given these
378:3     different drugs.
378:4     Q:  And that's what I want to
378:5     get to now.

46    378:6 -379:15    Graham, David 2006-05-09    00:01:23    Z3.48

378:6     So, you start out with
378:7     actual numbers of users and how long they
378:8     use the drug and how many of them had
378:9     heart attacks, and Vioxx and Celebrex
378:10    look basically identical. And then in
378:11    your analysis, you applied adjustments to
378:12    the Vioxx users and Celebrex users, and
378:13    the end result of those adjustments was
378:14    that Vioxx ended up appearing to have a
378:15    higher risk, right?
378:16    A:  Yes.
378:17    Q:  And the person who -- first
378:18    of all, these adjustments, at least one,
378:19    a significant one is called a cardiac
378:20    risk score, cardiovascular risk score,
378:21    right?
378:22    A:  Right.
378:23    Q:  Is that the main adjustment
378:24    that was applied?
379:1     A:  That was the main
379:2     adjustment, and it represented basically
379:3     a collapsing of 25 or 30 other variables
379:4     into a single measure.
379:5     Q:  And the cardiovascular risk
379:6     score, basically that says, well, people
379:7     who take one type of medicine might have
379:8     a whole bunch of other factors that make

| | | |
|---|---|---|
| 379:9 | them prone to have heart attacks more | |
| 379:10 | than people who take a different | |
| 379:11 | medicine, and we want to take that into | |
| 379:12 | account? | |
| 379:13 | A: Right. They have to be | |
| 379:14 | differential distribution of risk | |
| 379:15 | factors. | |

| 47 | 379:16 -384:21 | Graham, David 2006-05-09 | 00:04:58 | Z3.49 |

379:16  Q: And the person who developed
379:17  the methodology to come up with the
379:18  cardiovascular risk scores for Celebrex
379:19  and Vioxx in your study was Dr. Wayne
379:20  Ray, who you mentioned before, right?
379:21  A: Well, actually, we reference
379:22  him as having used it, but the use of
379:23  this -- it's basically -- it's a
379:24  confounder's score. The use of a
380:1  confounder's score in case control
380:2  studies has been well described by Jim
380:3  Schlesselman in his textbook on case
380:4  control studies and then by Norman
380:5  Breslow in his textbook on case control
380:6  studies. And so this is a technique
380:7  that's been described before. It's a
380:8  technique that Dr. Ray has used, but he's
380:9  not the person who created it, developed
380:10  it.
380:11  Q: Well, he didn't invent the
380:12  idea of a cardiovascular risk score, but
380:13  he's the one who came up with the formula
380:14  to account for all of these variables,
380:15  and he's the one who did the statistical
380:16  heavy lifting in order to implement that
380:17  idea in this case, right?
380:18  A: In this case, he taught me
380:19  how to do it. I was the one who did it,
380:20  working with him by telecon.
380:21  Q: And Dr. Ray and you ended up
380:22  assigning a higher cardiovascular risk
380:23  score to the Celebrex users to the Vioxx
380:24  users, correct?
381:1  A: That's correct.
381:2  Q: And the result of that then
381:3  was that even though the incidence rate
381:4  was the same --

381:5   A:  The crude incidence rate.

381:6   Q:  -- when you applied the

381:7   cardiovascular risk score that the two of

381:8   you came up with, that's what accounts

381:9   for the difference in your paper between

381:10   risks of Vioxx and risks of Celebrex,

381:11   right?

381:12   A:  It's not just the

381:13   cardiovascular risk score. It's

381:14   adjusting for these risk factors. And in

381:15   our paper, we showed that using all of

381:16   the variables, all of the risk factors in

381:17   our study to adjust for cardiovascular

381:18   risk or using the cardiovascular risk

381:19   score gave us virtually identical

381:20   answers. But use of this confounder's

381:21   score was a more efficient, statistically

381:22   efficient way to deal with the data.

381:23   Q:  And, of course, Dr. Ray was

381:24   involved heavily in the confounder's

382:1   score also, right?

382:2   A:  He was the person who worked

382:3   with me in showing me how to derive that

382:4   score.

382:5   Q:  Okay.

Link > DEG4.1   382:6   And here I've put up on the

382:7   screen a copy of the article, the Lancet

382:8   article that's already been marked as an

382:9   exhibit.

382:10   When people write articles

382:11   in scientific journals, are they supposed

382:12   to disclose any financial conflicts of

382:13   interest that they have?

382:14   A:  They should, and I believe

382:15   that Dr. Ray did.

382:16   Q:  Okay.

Link > DEG4.6   382:17   Let's take a look at that.

382:18   If you'd go to Page 6. The person who

Link > DEG4.6.1   382:19   came, who taught you how to make these

382:20   adjustments that resulted in Vioxx

382:21   looking like it had a higher risk than

382:22   Celebrex, he had two significant

382:23   conflicts of interest, didn't he?

382:24   A:  Well, he has two potential

383:1   conflicts of interest, and I was unaware

383:2   of these when I invited him to

383:3   participate in our study, and I was

383:4   actually unaware of them until it came

383:5   time to do our poster, at which time then

383:6   you need to put on it, you know, the

383:7   conflict of interest statement, and it

383:8   had never crossed my mind to ask people

383:9   about it. So, that was when I learned

383:10   about it. And --

383:11   Q: And I want you to complete

383:12   this, but before you do, this 'WAR,' this

383:13   thing I have up on the screen, that's

383:14   Wayne A. Ray, right?

383:15   A: Yes.

383:16   Q: And he's a consultant to

383:17   Pfizer, it says in this disclosure,

383:18   correct?

383:19   A: Yes.

383:20   Q: Who is it that makes

383:21   Celebrex?

383:22   A: Pfizer.

383:23   Q: And so he's got a financial

383:24   interest in making Celebrex look good,

384:1   right?

384:2   A: You could argue that he

384:3   does, but that didn't operate in our

384:4   study.

384:5   Q: And then he's also -- under

384:6   the conflict of interest, they say that

384:7   he's a consultant to plaintiffs'

384:8   attorneys regarding Vioxx, right?

384:9   A: Yes.

384:10   Q: And did you know that he's

384:11   actually served as an expert witness in

384:12   Vioxx trials?

384:13   A: I learned about that only

384:14   like within the last month or so, but I

384:15   didn't know that beforehand.

Link > Hide

384:16   Q: So, anyway, here is Dr. Ray

384:17   teaching you how to make these

384:18   adjustments, and these adjustments were

384:19   made by the time your poster was

384:20   published, right?

384:21   A: Yes.

48   384:22 -386:13   Graham, David 2006-05-09   00:01:48   Z3.50

384:22   Q: And it wasn't until after he

384:23    taught you how to make the adjustments
384:24    and all the adjustments were made that
385:1     you even found out that he was a paid
385:2     consultant to the maker of Celebrex and
385:3     was being paid by plaintiffs' lawyers who
385:4     were suing Merck in Vioxx cases? Is that
385:5     right?
385:6     A:  Yes. But that didn't impact
385:7     the methodology that was used to derive
385:8     this adjustment, this confounder's score.
385:9     This is a way of adjusting for a
385:10    difference in distribution of risk
385:11    factors across exposure groups. And so
385:12    he may have these associations, but that
385:13    doesn't --
385:14    Q:  'May have,' what do you mean
385:15    'may have'?
385:16    A:  Well, he has those
385:17    associations. They don't affect the way
385:18    statistics work. They don't affect the
385:19    way, the methods of how one derives a
385:20    confounder's score. They don't affect
385:21    the way one does a regression model and
385:22    what happens after the computer program
385:23    spits out the results.
385:24    Q:  Is there a book you can go
386:1     to or an article that says, here's the
386:2     formula, here's the exact way to
386:3     implement this idea of a confounder's
386:4     score in your study, or did it require
386:5     some judgment by Dr. Ray as to how he was
386:6     going to implement this idea when coming
386:7     up with a confounder's score and the
386:8     cardiovascular risk score?
386:9     A:  It's described in
386:10    Schlesselman's textbook and in Breslow's
386:11    textbook. I don't recall that all the
386:12    methods are described there, but the
386:13    notion of how to do this is.

---

49    388:14 - 388:23    Graham, David 2006-05-09          00:00:16                Z3.51

388:14    Q:  And you did say that the
388:15    fellow who taught you how to do it was
388:16    Dr. Ray, the guy with the two conflicts,
388:17    right?
388:18    A:  Yes, that is correct.

Graham Merck Cross

| | | | | |
|---|---|---|---|---|
| | | 388:19 | Q: And I think you said this | |
| | | 388:20 | morning that there are 'lies, damned lies | |
| | | 388:21 | and statistics,' right? | |
| | | 388:22 | A: I said that, too. It | |
| | | 388:23 | doesn't apply here, but I did say that. | |

| 50 | 440:20 - 440:24 | Graham, David 2006-05-09 | 00:00:12 | Z3.52 |
|---|---|---|---|---|
| | | 440:20 | You talked about how you | |
| | | 440:21 | made a presentation in February of 2005 | |
| | | 440:22 | to the FDA Advisory Committee. Do you | |
| | | 440:23 | remember that? | |
| | | 440:24 | A: Yes, I do. | |

| 51 | 441:7 - 441:12 | Graham, David 2006-05-09 | 00:00:20 | Z3.53 |
|---|---|---|---|---|
| | | 441:7 | Q: Then the Advisory Committee | |
| | | 441:8 | made recommendations to the FDA, and the | |
| | | 441:9 | FDA, in turn, reached some conclusions | |
| | | 441:10 | concerning the safety of COX-2 | |
| | | 441:11 | inhibitors; is that correct? | |
| | | 441:12 | A: I believe it is. | |

| 52 | 441:13 - 441:15 | Graham, David 2006-05-09 | 00:00:17 | Z3.54 |
|---|---|---|---|---|
| | | 441:13 | MR. BECK: We'll mark as | |
| | | 441:14 | Exhibit 32 the April 6, 2005 | |
| | | 441:15 | memorandum. | |

| 53 | 442:15 - 448:1 | Graham, David 2006-05-09 | 00:05:14 | Z3.55 |
|---|---|---|---|---|
| Link > DEG32.1 | | 442:15 | Is this the memorandum we've | |
| | | 442:16 | been talking about? | |
| | | 442:17 | A: Yes, it is. | |
| | | 442:18 | Q: Okay. | |
| Link > DEG32.3.1 | | 442:19 | And then on the bottom of | |
| | | 442:20 | Page 3 where it lists the different | |
| | | 442:21 | offices, did the division of | |
| | | 442:22 | anti-inflammatories participate in this | |
| | | 442:23 | review? | |
| | | 442:24 | A: Yes, it did. | |
| | | 443:1 | Q: Did the -- | |
| | | 443:2 | A: They were probably the major | |
| | | 443:3 | participant, because they are the ones | |
| | | 443:4 | who ultimately regulate these products. | |
| | | 443:5 | Q: Anti-inflammatories includes | |
| | | 443:6 | NSAIDs and COX-2 inhibitors, right? | |
| | | 443:7 | A: Correct. | |
| | | 443:8 | Q: And the Division of | |
| | | 443:9 | Over-the-Counter Drug Products also | |
| | | 443:10 | participated, correct? | |
| | | 443:11 | A: Yes, because they're | |

443:12    over-the-counter NSAIDs.
443:13    Q:  And the Office of Drug
443:14    Evaluation II and V participated, right?
443:15    A:  Right. Those are the parent
443:16    organizations of these other divisions.
443:17    Q:  And the Office of New Drugs
443:18    participated?
443:19    A:  Right. That's the super
443:20    office over them.
443:21    Q:  Office of Drug Safety,
443:22    that's your office, right?
443:23    A:  Correct.
443:24    Q:  Office of Biostatistics.
444:1     Does that include epidemiologists?
444:2     A:  No. Epidemiologists are in
444:3     the Office of Drug Safety. The Office of
444:4     Biostatistics is exclusively
444:5     statisticians.
444:6     Q:  And the Office of
444:7     Pharmacoepidemiology and Statistical
444:8     Science participated, right?
444:9     A:  Right. That's the office
444:10    that contains both drug safety and
444:11    statistics.
444:12    Q:  The Office of Medical Policy
444:13    participated?
444:14    A:  Right, yes.
444:15    Q:  And the Office of Regulatory
444:16    Policy?
444:17    A:  Yes.
444:18    Q:  And the Office of the Center
444:19    Director, right?
444:20    A:  Correct.

Link >  Hide          444:21    Q:  And they looked at all kinds
444:22    of materials, including your PowerPoint
444:23    and your, I don't know if it's testimony
444:24    or remarks that were delivered to the
445:1     Advisory Committee, correct?
445:2     A:  Presumably. I wasn't part
445:3     of the internal decision-making, but
445:4     presumably that was part of what they
445:5     considered.

Link >  DEG32.1.1     445:6     Q:  Then focusing on the first
445:7     page here, in terms of who authored this
445:8     memorandum from the FDA, I think you've
445:9     already identified John Jenkins, Dr. John

| | |
|---|---|
| | 445:10   Jenkins, of the Office of New Drugs, |
| | 445:11   right? |
| | 445:12   A:  Correct. |
| | 445:13   Q:  And then also you've |
| | 445:14   identified your boss, Paul Seligman, |
| | 445:15   right? |
| | 445:16   A:  Correct. |
| | 445:17   Q:  And then it says 'Through: |
| | 445:18   Steven Galson.' What does it mean when |
| | 445:19   it is from Drs. Jenkins and Seligman |
| | 445:20   through Dr. Galson? |
| | 445:21   A:  What it typically means is, |
| | 445:22   is the 'froms' have written the report. |
| | 445:23   It goes to the 'through' person, who can |
| | 445:24   edit it and ask for modifications and the |
| | 446:1   like. And then after they've signed off |
| | 446:2   on it, it is sent off to whomever the |
| | 446:3   'to' is. |
| | 446:4   Q:  All right. |
| | 446:5   And the 'to' is the NDA |
| | 446:6   files and has all these numbers, right? |
| Link > Hide | 446:7   A:  Correct. |
| | 446:8   Q:  So, if I understand it |
| | 446:9   correctly, they got input from all these |
| | 446:10   different groups, and then the head of |
| | 446:11   the Office of New Drugs and the director |
| | 446:12   of the Office of Pharmacoepidemiology and |
| | 446:13   Statistical Science got together and |
| | 446:14   wrote a draft that then was approved by |
| | 446:15   the director of the entire Center for |
| | 446:16   Drug Evaluation and Research, right? |
| | 446:17   A:  Correct. |
| Link > DEG32.1.4 | 446:18   Q:  Then I just want to go |
| | 446:19   through with you the first five bullet |
| | 446:20   points, and then I'll be done. |
| | 446:21   In the executive summary |
| | 446:22   here, do you see where the FDA says that |
| | 446:23   'Following a thorough review of the |
| | 446:24   available data we have reached the |
| | 447:1   following conclusions regarding currently |
| | 447:2   approved COX-2 selective and |
| | 447:3   non-selective non-steroidal |
| | 447:4   anti-inflammatory drugs and the risk of |
| | 447:5   adverse cardiovascular events.' So |
| | 447:6   that's their setup. |
| Link > DEG32.1.5 | 447:7   Then the first point they |

Graham Merck Cross

| | |
|---|---|
| 447:8 | make is: 'The three approved COX-2 |
| 447:9 | selective NSAIDS (i.e. celebrex,' Vioxx, |
| 447:10 | and what's the third one, 'valdecoxib'? |
| 447:11 | A:    That would be Bextra. |
| 447:12 | Q:    So, they say that three |
| 447:13 | COX-2 selective NSAIDs 'are associated |
| 447:14 | with an increased risk of serious adverse |
| 447:15 | CV events compared to placebo. The |
| 447:16 | available data do not permit a rank |
| 447:17 | ordering of these drugs with regard to CV |
| 447:18 | risk.' Now, what they're saying here is |
| 447:19 | that any one of these COX-2 inhibitors |
| 447:20 | can increase CV risk, but there's no |
| 447:21 | basis on which to say that one is riskier |
| 447:22 | than another, right? |
| 447:23 | A:  What they're saying is, is |
| 447:24 | that the absence of evidence is evidence |

Link > Hide    448:1    of absence.

---

54    449:14-449:21    Graham, David 2006-05-09    00:00:19    Z3.56

| | |
|---|---|
| 449:14 | Does it mean that the people |
| 449:15 | who wrote this memo and the person who |
| 449:16 | approved it, whether you agree with them |
| 449:17 | or not, what they're saying is that you |
| 449:18 | cannot draw a distinction between the |
| 449:19 | cardiovascular risks of Vioxx versus |
| 449:20 | Celebrex versus Bextra? |
| 449:21 | A:  That's what they are saying. |

---

55    450:16-452:6    Graham, David 2006-05-09    00:01:32    Z3.57

| | |
|---|---|
| 450:16 | Q:  Your article, one of its |
| 450:17 | core conclusions, is that there is a |
| 450:18 | difference, statistically significant |
| 450:19 | difference between the risk of using |
| 450:20 | Vioxx versus Celebrex, correct? |
| 450:21 | A:  Correct. |
| 450:22 | Q:  And they disagree with you, |
| 450:23 | right? |
| 450:24 | A:  They're saying there are no |
| 451:1 | clinical trials to show that, and so they |
| 451:2 | disagree. |

Link > DEG32.1.6

| | |
|---|---|
| 451:3 | Q:  Then the next point says, |
| 451:4 | 'Data from large long-term controlled |
| 451:5 | clinical trials that have included a |
| 451:6 | comparison of COX-2 selective and |
| 451:7 | non-selective NSAIDs do not clearly |
| 451:8 | demonstrate that the COX-2 selective |

451:9    agents confer a greater risk of serious
451:10   adverse...events than non-selective
451:11   NSAIDs.'
451:12   Now, again, whether you
451:13   disagree or agree with them, are they
451:14   saying here that according to the
451:15   long-term controlled clinical trials, we
451:16   cannot say that COX-2 inhibitors have any
451:17   different risk than traditional NSAIDs?
451:18   A:  They're saying based on the
451:19   evidence they have from clinical trials
451:20   that they can't distinguish the two.
451:21   What one should recognize, however, is
451:22   that there's virtual absence of real
451:23   long-term data. There's relatively very
451:24   small numbers for any of these things,
452:1    and so if you have low power, you're not
452:2    going to be able to show things. That's
452:3    why observational data is needed to
452:4    complement what is inadequate about
452:5    controlled clinical trials.

Link > DEG32.2.1       452:6    Q:  And then on the next page,

---

56    452:7 -453:13    Graham, David 2006-05-09          00:01:26                    Z3.58

452:7    do they say on this first bullet,
452:8    'Long-term placebo controlled clinical
452:9    trial data are not available to
452:10   adequately assess the potential for the
452:11   non-selective NSAIDs to increase the risk
452:12   of serious adverse CV events.' Is that
452:13   the point you just made?
452:14   A:  Yes.
452:15   Q:  So, they recognized that,
452:16   didn't they?
452:17   A:  Yes, they did.

Link > DEG32.2.2       452:18   Q:  The next point they say,
452:19   'Pending the availability of the
452:20   additional long-term controlled clinical
452:21   trial data, the available data are best
452:22   interpreted as being consistent with a
452:23   class effect of an increased risk of
452:24   serious...cardiovascular events for COX-2
453:1    selective and non- selective NSAIDs.'
453:2    Now, does that mean that,
453:3    again, whether you agree or disagree,
453:4    that they're saying that the best

**Graham Merck Cross**

453:5   conclusion you can draw based on the data

453:6   that's available now is that all of these

453:7   medications, whether it's Vioxx, Celebrex

453:8   or the nonselective NSAIDs, all have the

453:9   same basic cardiovascular risk?

453:10   A:  They're saying that, and

453:11   they're also saying that observational

453:12   data is not something they're -- that

Link > Hide   453:13   they're willing to consider.

---

| 58 | 455:14 -456:13 | Graham, David 2006-05-09 | 00:00:57 | Z3.60 |

455:14   MR. BECK:  Last point.

455:15   BY MR. BECK:

Link > DEG32.2.3   455:16   Q:  'Short-term use of NSAIDs to

455:17   relieve acute pain, particularly at low

455:18   doses, does not appear to confer an

455:19   increased risk of serious adverse CV

455:20   events (with the exception of' -- what

455:21   was that one again?

455:22   A:   That's 'valdecoxib,' that's

455:23   Bextra.

455:24   Q:  -- Bextra.

456:1   So, what the authors of this

456:2   paper and the reviewer concluded was that

456:3   'Short-term use of NSAIDs' including

456:4   Vioxx 'particularly at low doses, does

456:5   not appear to confer an increased risk of

456:6   serious adverse CV events.' Isn't that

456:7   correct?

456:8   A:  That's what they're saying.

456:9   But once again, they have zero

456:10   statistical power to actually make this

456:11   statement. What they really have is, is

456:12   uncertainty, because they haven't

Link > Hide   456:13   adequately studied it.

---

| 59 | 456:14 -457:19 | Graham, David 2006-05-09 | 00:01:25 | Z3.61 |

456:14   Q:  I think you said that these

456:15   senior people from the FDA who wrote and

456:16   reviewed this consulted with lots and

456:17   lots of people from the FDA, but they

456:18   didn't consult with you, right?

456:19   A:  No. That's not what I'm --

456:20   I wasn't part of the discussions that

456:21   happened internally. What I would note

456:22   is, is that people from the Office of New

456:23   Drugs approved these drug products. And

456:24    that if you look at the organizations
457:1     that you have represented here, most of
457:2     them fall into the amoeba that I
457:3     described earlier and that are part of
457:4     the review and approval process and that
457:5     our own management in drug safety answers
457:6     to the people in the Center for Drug
457:7     Evaluation who have the controlling
457:8     power. So, the Office of New Drugs is
457:9     the gorilla in the room. So, in any
457:10    event, I'm not saying that at all. I'm
457:11    not saying that I wasn't hurt. What I'm
457:12    saying is that in constructing this
457:13    report, what FDA has done is, has said
457:14    that because we don't have data from
457:15    control trials, we can't be forced to say
457:16    that the drugs are different, even though
457:17    there's observational data that would
457:18    suggest that there are some differences
457:19    that can be made.

60    458:17 –459:22    Graham, David 2006-05-09    00:01:20    Z3.62

458:17    Q:  My question is the senior
458:18    people at the FDA, when they asked for
458:19    input from all of those groups that we
458:20    saw on Page 3, including drug safety
458:21    people, right, one person they didn't ask
458:22    for input from was Dr. David Graham. Is
458:23    that true or false?
458:24    A:  They're listing offices
459:1     here. I can't tell you who the
459:2     individuals are that they asked for input
459:3     in this. I was a participant in an open
459:4     public Advisory Committee meeting, and so
459:5     presumably that material is part of the
459:6     record. I wrote an FDA report that I'm
459:7     sure is part of the record. So, I would
459:8     imagine that the work that I did was
459:9     under consideration there. But in the
459:10    actual writing of this memorandum, I
459:11    can't tell you who actually was consulted
459:12    to write it except John Jenkins and Paul
459:13    Seligman because they're the only -- oh,
459:14    and Steven Galson, because those are the
459:15    only names that appear.
459:16    Q:  Lastly, I just can't

**Graham Merck Cross**

| | |
|---|---|
| 459:17 | remember, are all three of those |
| 459:18 | individuals included in the group that |
| 459:19 | you think was conspiring to smear your |
| 459:20 | name? |
| 459:21 | A:  No. Dr. Jenkins was not |
| 459:22 | part of that group. |

Play Time for this Script:    **01:21:07**

**Graham Merck Cross**

**Total time for all Scripts in this report:**    **01:21:07**