U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   11-3-06
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>**PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657**<br><br>Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Judge Fallon<br>Mag. Judge Knowles |

# TRANSCRIPT OF THE DEPOSITION OF NED BRAUNSTEIN, M.D. PLAYED TO JURY ON NOVEMBER 2, 2006

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Case Clip(s) Detailed Report
Monday, October 30, 2006, 7:39:36 PM

## Mason v. Merck

 **Braunstein, Ned S. (Vol. 01) - 07/18/2006**                          **1 CLIP  (RUNNING 00:05:35.207)**



Braunstein 7-18-06

**Braunstein 1**                **8 SEGMENTS  (RUNNING 00:05:35.207)**

### 1. PAGE 16:23 TO 17:07 (RUNNING 00:00:12.000)

```
       23        Q.   Would you please state your
       24   full name for the record.
  00017:01        A.   Ned Stephen Braunstein.
       02        Q.   Are you currently employed,
       03   Dr. Braunstein?
       04        A.   Yes.
       05        Q.   By whom are you employed?
       06        A.   I'm employed by Merck &
       07   Company.
```

### 2. PAGE 17:13 TO 17:19 (RUNNING 00:00:09.900)

```
       13        Q.   What's your current position
       14   at Merck?
       15        A.   I'm executive director,
       16   medical and scientific E-communications.
       17        Q.   How long have you been doing
       18   that?
       19        A.   About a month.
```

### 3. PAGE 20:05 TO 21:24 (RUNNING 00:02:18.300)

```
       05             Now, you gave me your
       06   current position.  Could you just briefly
       07   recount for me your educational and
       08   professional background since you
       09   graduated from high school.
       10        A.   Sure.  I was accepted from
       11   high school into the six-year honors
       12   program in medical education at
       13   Northwestern University.  So, that means
       14   that from high school I was accepted both
       15   to undergraduate and to medical school.
       16   I completed my undergraduate and medical
       17   education in six years in 1980.
       18             From my medical education, I
       19   then went to Columbia Presbyterian
       20   Hospital in New York, which is the major
       21   teaching hospital of Columbia University,
       22   and there I did an internal medicine
       23   internship and residency and also
       24   clinical rheumatology fellowship.
  00021:01             After completing my clinical
       02   training in medicine, in internal
       03   medicine and rheumatology, I then went to
       04   the National Institutes of Health where I
       05   did a postdoctoral fellowship in research
       06   immunology, both immunology and molecular
       07   biology.  There I spent four years.
       08        Q.   When was that?
       09        A.   In 1983 through 1987.
       10             And after completing my
       11   internal medicine -- I'm sorry.
       12             After completing my
       13   postdoctoral training, I then obtained an
```

Case Clip(s) Detailed Report
Monday, October 30, 2006, 7:39:36 PM

## Mason v. Merck

```
          14   assistant professorship at Columbia
          15   University, and I was faculty at Columbia
          16   University, first as an assistant
          17   professor, and then promoted to associate
          18   professor around 1995.
          19             And after that, I joined
          20   Merck in 1999, first as a director in the
          21   editing and labeling group, was then --
          22   accepted a position in the regulatory
          23   affairs department.
          24        Q.   Can you give me dates here?
```

### 4. PAGE 22:18 TO 23:15 (RUNNING 00:01:13.100)

```
          18        A.   Right.  I joined Merck in
          19   1999 as director of editing and labeling.
          20   I remained in that department until
          21   approximately the end of 2001.  In the
          22   fall of 2001 I began a transition when I
          23   was both in that department and in the
          24   domestic regulatory affairs department.
    00023:01   That's the department that has
          02   responsibility for interacting with the
          03   FDA.  I remained in the regulatory
          04   affairs group, both doing domestic and
          05   then also global regulatory affairs at
          06   times and was promoted to a senior
          07   director in approximately August of 2002.
          08             In -- I remained in that
          09   group until 2004, when I took a new
          10   assignment as the head of a new group,
          11   the special projects group, and remained
          12   in that job until about June of this
          13   year, 2006, when I accepted a new
          14   position as executive director in medical
          15   and scientific e-communications.
```

### 5. PAGE 29:10 TO 29:16 (RUNNING 00:00:12.000)

```
          10        Q.   Now, Doctor, at some point
          11   you went to regulatory affairs, you said,
          12   correct?
          13        A.   Yes.
          14        Q.   And that was in what year?
          15        A.   That was in -- that was the
          16   end of 2001.
```

### 6. PAGE 30:19 TO 31:11 (RUNNING 00:00:46.965)

```
          19        Q.   Then at some point your
          20   position in regulatory affairs changed
          21   again; is that correct?
          22        A.   While I was senior director,
          23   there was a position that was a global
          24   position that I held while I was also
    00031:01   doing the -- some of the U.S. work, and
          02   that was for a brief period of time.
          03        Q.   For what period was that?
          04        A.   That was early in 2002 until
          05   about the beginning of 2003.
          06        Q.   What was your global
          07   position?
          08        A.   The global position was
          09   called senior director of global
          10   strategic regulatory development, and
          11   that was in the end of 2002 to '03.
```

Case Clip(s) Detailed Report
Monday, October 30, 2006, 7:39:36 PM

## Mason v. Merck

**7. PAGE 33:20 TO 34:03  (RUNNING 00:00:16.200)**

```
        20        Q.    Were there times where Vioxx
        21   was taking up the overwhelming majority
        22   of your time?
        23        A.    Yes.
        24        Q.    When was that?
00034:01        A.    In the period since 2004,
        02   Vioxx was taking up the majority of my
        03   time.
```

**8. PAGE 34:21 TO 35:05  (RUNNING 00:00:26.742)**

```
        21        Q.    Yes.  Yes.  What were you
        22   working on with respect to Vioxx?
        23        A.    After 2000 -- after the 2005
        24   Advisory Committee, my job was to serve
00035:01   as the primary scientific person in the
        02   Merck Research Labs to provide scientific
        03   information to other groups at Merck who
        04   needed them, and, therefore, facilitate
        05   the flow of information.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:35.207)**

Case Clip(s) Detailed Report
Monday, October 30, 2006, 7:40:10 PM

## Mason v. Merck

### Braunstein, Ned S. (Vol. 02) - 07/19/2006

1 CLIP (RUNNING 00:06:18.441)

Braunstein 7-19-06

Braunstein 2        5 SEGMENTS (RUNNING 00:06:18.441)

**1. PAGE 511:14 TO 513:04 (RUNNING 00:01:15.100)**

```
        14         Q.    Doctor, you've been handed
        15   what's been marked as Exhibit 24.
```

**BRAUN1 -**

```
        16                MR. ROTHMAN:  Thank you.
        17                THE WITNESS:  (Witness
        18   reviewing document.)
        19   BY MR. SIGELMAN:
        20         Q.    Do you recognize Exhibit
        21   Number 24, sir?
        22         A.    Yes.
        23         Q.    And is this something that
        24   you wrote?
00512:01         A.    Yes, it is.
        02         Q.    Is this your handwriting?
        03         A.    Yes.
        04         Q.    Did you write this in the
        05   ordinary course of business at Merck?
        06         A.    Yes.
        07         Q.    And this was written on
        08   October 13, 2004, correct?
        09         A.    Yes.  Well, there are two
        10   pages, the second one on the 14th.
        11         Q.    Okay.
        12                And this particular document
        13   involved a conversation that you had; is
        14   that right?
        15         A.    Yes.
        16         Q.    With a Brian Harvey?
        17         A.    Yes.
        18         Q.    And who is he?
        19         A.    Dr. Harvey at the time was
        20   the acting director of the FDA office for
        21   anti-inflammatory and analgesia drugs.
        22         Q.    Okay.
        23                And would you just please
        24   read for me what you wrote up to, if you
00513:01   look at the screen for a minute, where
        02   it's been highlighted on the screen, just
```

**BRAUN2 -**

```
        03   read for the jury so that we know what
        04   your handwriting says.
```

**2. PAGE 513:15 TO 513:23 (RUNNING 00:00:27.000)**

```
        15                THE WITNESS:  "Brian Harvey,
        16   October 13th.
        17                "Point 1.  Bob Meyer will
        18   head office including analgesia
        19   and arthritis, currently head of
        20   ODE 2."
        21                Then it says, "Biotech from
```

Case Clip(s) Detailed Report
Monday, October 30, 2006, 7:40:10 PM

## Mason v. Merck

```
            22          ODE 6 and most of 550 goes to ODE
            23      2."
```

### 3. PAGE 514:01 TO 517:04 (RUNNING 00:03:12.400)

```
   00514:01          Q.    That's Office of Drug
            02   Evaluation?
            03          A.    Office of -- ODE is Office
            04   of Drug Evaluation.
            05          Q.    All right.
            06                At the FDA?
            07          A.    At the FDA.
            08          Q.    All right.
```

BRAUN3 -

```
            09          A.    "Sharon will be continuing
            10   in new division.  Brian moving on."  It
            11   says, "Need to start working with Sharon
            12   as contact person."
            13          Q.    All right.
```

BRAUN4 -

```
            14                Now, why don't you now
            15   continue to the end of this first page.
            16          A.    The next item is "Brian
            17   suggests an official rebuttal on Graham."
            18   I then have written -- there's something
            19   crossed out, which I don't know what was
            20   crossed out, so, I can't read that.
            21                And then it says, "Questions
            22   on rigor of the methodology.  This is
            23   becoming a big issue.  If do then, cc up
            24   the chain.  Galson, Dan Troy? et cetera."
   00515:01                Then it says, "ACR, Janet
```

BRAUN5 -

```
            02   Woodcock."
            03                Then I have, "Brian,
            04   opportunity to get message out on Graham,
            05   et al."
            06                Underneath, "Suggests we
            07   provide journalists a copy of our
            08   critique on Graham."
            09          Q.    And Graham, was that David
```

BRAUN6 -

```
            10   Graham, an epidemiologist at the FDA?
            11          A.    That's the Graham.
            12          Q.    All right.
            13                And Janet Woodcock, she was
            14   in what position at this time at FDA?
            15          A.    I think she was associate
            16   commissioner at that time.
```

-KEBRAUN6 - Clear Attached Exhibit BRAUN6

```
            17          Q.    All right.
            18                And Brian was making
            19   suggestions to you; is that correct?
            20          A.    It's a complex conversation.
            21          Q.    I'm just asking, was Brian
            22   Harvey making suggestions to you?
            23          A.    He was making a suggestion
```

Case Clip(s) Detailed Report
Monday, October 30, 2006, 7:40:10 PM

## Mason v. Merck

```
        24  about how we could -- how we could
 00516:01  respond.
        02       Q.   Respond to Dr. Graham?
        03       A.   Like I said, these are sort
        04  of brief notes from a conversation.
        05       Q.   My question is just simply,
        06  to Dr. Graham?  Yes or no?
        07       A.   Yes.  Brian was suggesting
        08  that amongst our options we might
        09  consider an official response.
        10       Q.   And he was saying that you
        11  had the opportunity to get the message
        12  out on Dr. Graham, correct?  Is that what
        13  you wrote here?
        14       A.   He was saying that if we had
        15  concerns, which was something we had
        16  discussed, my concerns about this, that
        17  he wanted to know if we would be
        18  discussing that at the ACR meeting.  This
        19  was in the context of they and us -- at
        20  the ACR meeting, there was going to be a
        21  presentation about Vioxx and about the
        22  APPROVe study.  Janet Woodcock was their
        23  presenter.  And Brian was asking if we
        24  would be talking about Dr. Graham's
 00517:01  study, he pointed out it would be an
        02  opportunity, if we chose to, for us to
        03  get our comments out.  He was aware that
        04  we had criticisms.
```

**4. PAGE 520:03 TO 520:07 (RUNNING 00:00:08.341)**

```
        03            And by the way, ACR, what is
        04  that organization?
        05       A.   That's the American College
        06  of Rheumatology.  There was a meeting in
        07  October of 2004.
```

**5. PAGE 520:14 TO 522:03 (RUNNING 00:01:15.600)**

```
        14       Q.   Just please read the entire
        15  page.  "BJ," is that BJ Gould?
```

📄 BRAUN7 - 

```
        16       A.   Gould.
        17       Q.   Gould, of the FDA?
        18       A.   Yes.
        19       Q.   She was a --
        20       A.   Barbara J. Gould.
        21       Q.   Was she a consumer safety
        22  officer --
        23       A.   Yes.
        24       Q.   -- at the FDA?
 00521:01       A.   Yes.
        02       Q.   All right.
        03            She was a frequent contact
        04  that you had at the FDA?
        05       A.   Yes.
        06       Q.   Okay.
        07       A.   She was our primary contact.
        08       Q.   All right.
        09            Please go on.
        10       A.   "October 14th.  Move telecom
```

Case Clip(s) Detailed Report
Monday, October 30, 2006, 7:40:10 PM

## Mason v. Merck

**BRAUN8 -**

```
11   from 12:30 to 1:30.  RE:  Tomorrow's
12   t-conference."  Item 1:  "Follow up on"
13   -- I think what I wrote here was "Follow
14   up on action items."  There seems to be a
15   little squiggle in between, but that's
16   the way I read that.
17                Next, "Postpone Graham until
```

**BRAUN9 -**

```
18   following week."
19                Third was "Provide timeline
20   of submission to IND/NDA of key data
21   something like we do in annual report
22   (back to when NDA was submitted)."
23                Then I say, "Then Friday,
```

**BRAUN10 -**

```
24        October 22nd from 10 to 11," that seems
00522:01  to be a reference to a subsequent
02        teleconference, and then I have, "Ed
```

**-KEBRAUN10 - Clear Attached Exhibit BRAUN10**

```
03   Hill," who worked with me.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:18.441)