IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810<br><br>CHARLES LARON MASON v.<br>MERCK & CO., INC. | MDL DOCKET NO. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

# TRANSCRIPT OF THE DEPOSITION OF JAMES FRIES, M.D. PLAYED TO JURY ON NOVEMBER 2, 2006

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

**Fries, James F. (Vol. 01) - 06/16/2006**       1 CLIP (RUNNING 00:25:52.082)

fries trial

FRIES 1                    50 SEGMENTS (RUNNING 00:25:52.082)

1. PAGE 11:08 TO 11:08 (RUNNING 00:00:01.496)

```
08         Q.    Could you state your name
```

2. PAGE 11:09 TO 14:06 (RUNNING 00:02:14.987)

```
         09  for the jury, please, Doctor.
         10         A.    James Franklin Fries.
         11         Q.    You are a medical doctor,
         12  correct?
         13         A.    That's correct.
         14         Q.    We're here at Stanford
         15  University to take your deposition today.
         16  Is this where you're currently employed?
         17         A.    That's right.
         18         Q.    And what is your current
         19  position here?
         20         A.    I'm a professor of medicine,
         21  emeritus active.
         22         Q.    Okay.
         23               And how long have you been a
         24  professor of medicine here at Stanford?
00012:01         A.    At one grade or another, a
         02  professor since 1971.
         03         Q.    Okay.
         04               Do you have a particular
         05  specialty?
         06         A.    I'm a rheumatologist.  I
         07  also do work in clinical epidemiology, in
         08  aging research and health public policy
         09  and in information technology.
         10         Q.    Okay.
         11               In terms of your specialty,
         12  rheumatology, have you done particular
         13  research in regards to NSAIDs?
         14         A.    Yes.  I should probably give
         15  you a little bit of background because it
         16  will be important probably for everything
         17  that happens.
         18         Q.    Sure.
         19         A.    30 years ago, about 30 years
         20  ago, I founded ARAMIS, that's
         21  A-R-A-M-I-S, the Arthritis, Rheumatism &
         22  Aging Medical Information System.  And
         23  we've tracked some 17,000 people in total
         24  from when we get ahold of them until they
00013:01  die or just say good-bye to us in another
         02  way.  And we follow them for everything
         03  that happens to them medically.  We get
         04  their clinical information, we go to them
         05  with questionnaires about health status
         06  each six months.  We collect information
         07  at that time on the drugs that they've
         08  taken, the disability level that their
         09  arthritis has inflicted on them, the pain
         10  they have, their use of medical care
         11  services, the drugs they're taking and
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

```
        12   any side effects that they've had for
        13   those drugs, whether they're symptoms
        14   side effects or side effects that cause
        15   hospitalizations or that cause death.
        16             We tally these and we write
        17   papers with regard to the comparative
        18   toxicity of different drugs. So, this is
        19   the first chronic disease databank system
        20   that has existed. It's also the longest
        21   in duration. There are about 1,000
        22   papers that have emerged from it on a
        23   series of different subjects. Probably
        24   my guesstimate would be around 20 on the
00014:01   subject that we're discussing today,
        02   which are side effects of the -- side
        03   effects assessment in general and side
        04   effects of the nonsteroidal
        05   anti-inflammatory drugs in particular,
        06   so...
```

### 3. PAGE 15:23 TO 16:07 (RUNNING 00:00:16.800)

```
        23             Prior to October 28, 2000,
        24   had you ever met Dr. Louis Sherwood
00016:01   before?
        02        A.   I don't have any recall of
        03   that, but it certainly could have
        04   happened.
        05        Q.   When I say "Dr. Sherwood,"
        06   do you know who I'm referring to?
        07        A.   Yes.
```

### 4. PAGE 16:09 TO 16:15 (RUNNING 00:00:15.566)

```
        09             October 28, 2000, did you
        10   have a conversation with Dr. Sherwood?
        11        A.   Well, now you're going to
        12   have to apologize for my memory of dates
        13   and sequences five years ago. Anything
        14   that's in the written record I would
        15   prefer to refer to than to my memory.
```

### 5. PAGE 17:04 TO 17:11 (RUNNING 00:00:17.889)

```
        04        Q.   I'm going to go ahead and
        05   hand you what's been marked as
        06   Plaintiff's Exhibit 1.0176, which is a
        07   copy of the letter on Stanford University
        08   letterhead addressed to Dr. -- or, I'm
        09   sorry, Mr. Ray Gilmartin, and you can
        10   feel free to refer to this.
        11        A.   Yeah. Thank you.
```

### 6. PAGE 17:23 TO 18:22 (RUNNING 00:00:31.000)

```
        23        Q.   I think this may refresh
        24   your recollection in terms of certain
00018:01   dates and sequences.
\cf0    02        A.   Yes.
        03        Q.   So, getting back, on October
        04   28, 2000, did you receive a call from Dr.
        05   Sherwood?
        06        A.   Yes.
        07        Q.   Okay.
        08             And at that time, did he
        09   identify himself as being with Merck?
        10        A.   Yes, I believe so.
        11        Q.   And during that
```

```
12    conversation, where did you -- where did
13    you receive the phone call?
14         A.    Well, I received that call
15    at home.
16         Q.    Okay.
17               Had you ever received a call
18    from a pharmaceutical company like that
19    at home before?
20         A.    No.
21         Q.    Did you find that unusual?
22         A.    Yes.
```

### 7. PAGE 19:02 TO 19:23 (RUNNING 00:00:54.368)

```
02         Q.    Was it during the week or on
03    a weekend?
04         A.    It was on a Saturday.
05         Q.    On a Saturday.  Okay.
06               What was Dr. Sherwood
07    calling to discuss with you at that time?
08         A.    He was concerned that a
09    doctor, research associate on my staff,
10    Gurkipal Singh, had been giving talks in
11    public which were critical of Merck's
12    Vioxx, and in particular, had emphasized
13    the potential cardiovascular toxicity of
14    Vioxx.
15         Q.    In particular, what was he
16    complaining about, Dr. Sherwood?
17         A.    He believed that the talks
18    in question were unbalanced and that this
19    was something that I, as his immediate
20    supervisor, should know about and take
21    some action.  And he also contacted the
22    chairman of the department and the
23    chairman of our division.
```

### 8. PAGE 20:09 TO 20:12 (RUNNING 00:00:10.237)

```
09               What did Dr. Sherwood say at
10    that time?  Did he imply to you any
11    consequences if -- or what did he want
12    you to do in regards to Dr. Singh?
```

### 9. PAGE 20:18 TO 20:20 (RUNNING 00:00:05.926)

```
18         A.    Yeah.  He wanted Dr. Singh
19    to stop making the kinds of statements
20    that he had been making --
```

### 10. PAGE 20:22 TO 21:11 (RUNNING 00:00:23.603)

```
22         A.    -- and he wanted, you know,
23    me to assist him in that task.
24         Q.    Okay.
00021:01             And did he indicate to you
02    that there would be any kind of
03    consequences if you didn't or if Dr.
04    Singh did not?
05         A.    Well, he did, and I wrote
06    up, when I was much closer to the time,
07    some of the things that he said, that Dr.
08    Singh would flame out if he didn't change
09    his behavior and that there would be
10    consequences for Stanford, and he implied
11    that there might be consequences for me.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

**11. PAGE 21:13 TO 21:23 (RUNNING 00:00:20.997)**

```
13              At that time, did you take
14   that to mean that Stanford or yourself
15   would not be receiving research funds if
16   that didn't stop?
17        A.    Well, that was never stated.
18        Q.    Is that what you --
19        A.    And it's always a question,
20   sort of an implied thing. When you say
21   how would it be bad for Stanford, I guess
22   it would be bad for Stanford if the
23   research funding dried up.
```

**12. PAGE 22:12 TO 23:21 (RUNNING 00:01:27.953)**

```
          12              After that conversation with
          13   Dr. Sherwood, did you contact Dr. Singh?
          14        A.    Yes. I took this the same
          15   way that I think anybody should who hears
          16   about it. You want to determine if it's
          17   true or not. And so I did ask Dr. Singh,
          18   and I told Dr. Sherwood that I would do
          19   this, that I would ask Dr. Singh what had
          20   transpired and I would check out. And if
          21   there was action that was required, I
          22   would take the action. And I did that.
          23        Q.    When you say you "did that,"
          24   did you actually review the -- or did you
00023:01   talk to Dr. Singh specifically about his
          02   presentation?
          03        A.    I talked with him about the
          04   presentation. He felt that it was a
          05   balanced presentation. That's what he
          06   maintained. And I said, well, can I see
          07   the slides? And so I looked at the
          08   PowerPoint slides that he had. There
          09   were, I don't remember, maybe 30 of them.
          10   I counted up the ones which were pro --
          11   much of the talk was on -- much of his
          12   talks were on GI NSAID safety in general
          13   not connected with a particular product.
          14   But there was mention of both the VIGOR
          15   trial and the CLASS trial and of
          16   celecoxib and of rofecoxib during that
          17   talk. And I counted the slides for
          18   rofecoxib and for celecoxib, and there
          19   were the same number, and they were both
          20   from similar studies and were really
          21   quite parallel.
```

**13. PAGE 24:09 TO 25:08 (RUNNING 00:00:51.357)**

```
09        Q.    Did you find the
10   presentation to be balanced?
11        A.    It looked to me to be
12   reasonably balanced. You can't tell by
13   looking at a set of slides what someone
14   is saying when they have those slides on.
15   So, I went a little bit further and I
16   checked with three people who had been in
17   the audience of the most offending of
18   these, and none of them were particularly
19   offended or thought it particularly
20   unbalanced.
21              So, it was a funny
22   situation, because the data that were of
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

```
           23   interest were on something that would
           24   almost automatically unbalance a balanced
  00025:01      presentation, because there was negative
           02   information on one product of different
           03   degrees of certainty, and there wasn't
           04   any balancing information. So, if you
           05   really were explaining things at that
           06   point, one would tend to probably
           07   overemphasize or emphasize more the Vioxx
           08   data.
```

**14. PAGE 26:22 TO 27:02 (RUNNING 00:00:11.605)**

```
           22                When you say the American
           23   College of Rheumatology or ACR, when was
           24   that? Was that in November of 2000,
  00027:01   approximately?
           02        A.    It must have been, yes.
```

**15. PAGE 34:05 TO 34:11 (RUNNING 00:00:19.100)**

```
           05                You also reference in these
           06   -- or during that time of the ACR
           07   meeting, did it also come to your
           08   attention that other doctors had
           09   complaints of Merck contacting either
           10   themselves or their bosses in an effort
           11   to intimidate them?
```

**16. PAGE 34:14 TO 35:01 (RUNNING 00:00:22.000)**

```
           14                THE WITNESS: Yes. It was
           15   kind of at that time that the
           16   rumor mill was going, and once
           17   people started talking about this,
           18   there were other people that had
           19   similar experiences. And they
           20   reported them, and a number of
           21   them had the same reaction that I
           22   did, that this was a way of
           23   influencing academic debate, which
           24   was not appropriate and could not
  00035:01   continue.
```

**17. PAGE 35:20 TO 36:01 (RUNNING 00:00:12.402)**

```
           20                Did you actually talk with
           21   Dr. Sherwood about these different
           22   allegations prior to writing your letter?
           23        A.    Yes. But my recollection is
           24   that was a telephone call after the
  00036:01   meetings.
```

**18. PAGE 36:03 TO 36:20 (RUNNING 00:00:41.825)**

```
           03                Tell me about that telephone
           04   call.
           05        A.    We'd gone backwards and
           06   forwards and got a connection, and then
           07   we discussed these issues much as they're
           08   laid out there. I put some quotes in
           09   that letter that were not recorded
           10   quotes, but they were ones that I had
           11   remembered from the -- from one
           12   discussion.
           13                One ironic one was that he
           14   had said that the side effects didn't
           15   occur at all, they had internal data to
           16   indicate that they didn't occur, but that
```

## Mason v. Merck

```
17  anyway it was only at high doses.  I
18  thought that that was an interesting way
19  to put an affirmation and a denial into
20  the same sentence.
```

### 19. PAGE 37:09 TO 37:17 (RUNNING 00:00:21.936)

```
09              So, after having the phone
10  conversation on October 28, 2000, seeing
11  Dr. Sherwood at the ACR meeting, seeing
12  the VIGOR posters at the ACR meeting,
13  talking with Dr. Sherwood again on the
14  phone, you then wrote this letter on
15  January -- or sent the letter on January
16  9, 2001, correct?
17       A.   Yes.
```

### 20. PAGE 37:19 TO 38:09 (RUNNING 00:00:18.000)

```
19              And you wrote this letter to
20  Mr. Raymond Gilmartin, correct?
21       A.   Yes.
22       Q.   Had you ever met Mr.
23  Gilmartin before?
24       A.   No.
00038:01     Q.   He is the -- or at the time
02  was the Chief Executive Officer of Merck,
03  correct?
04       A.   Yes.
05       Q.   Okay.
06              Had you ever written a
07  letter to the CEO of a pharmaceutical
08  company before?
09       A.   No.
```

### 21. PAGE 38:11 TO 38:14 (RUNNING 00:00:08.000)

```
11              Had you ever written a
12  letter with these kind of allegations in
13  them to a pharmaceutical company before?
14       A.   No.
```

### 22. PAGE 54:21 TO 54:24 (RUNNING 00:00:05.800)

```
21              The contact that you had
22  from Dr. Sherwood and from Merck in
23  regards to Vioxx, did you feel that was
24  at all appropriate?
```

### 23. PAGE 55:03 TO 55:21 (RUNNING 00:00:38.000)

```
03              THE WITNESS:  I felt that
04       belief in the scientific
05       marketplace where you have freedom
06       of expression on all sides without
07       overt intimidation, let alone this
08       kind of thing, really was a threat
09       to academic freedom.  And I saw it
10       and phrased my position in terms
11       of the academic freedom issues,
12       not in terms of is it toxic or is
13       it not toxic issues.  That was
14       irrelevant to the question that
15       they would come down on people
16       that said something they didn't
17       like.  And if everybody did that,
18       we would not have a scientific
19       process.  So, I became incensed on
20       academic freedom issues, and that
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

```
            21         was my real motivating factor.
```

### 24. PAGE 68:19 TO 69:15 (RUNNING 00:00:39.640)

```
            19                Why did you write Ray
            20   Gilmartin a letter?
            21         A.     I was concerned with some
            22   internal practices at Merck which I felt
            23   infringed on academic freedom, and I felt
            24   it was not in Merck's interest to
      00069:01   continue those.  I attempted to make that
            02   case to them, and it concerned, in
            03   particular, a lot of allegations around
            04   the Vioxx drug.
            05         Q.     Had you had some
            06   interactions with Merck at this point?
            07         A.     No.  Prior to the Sherwood
            08   call, I had no interactions whatsoever
            09   with Merck.
            10         Q.     Now, by "Sherwood call," are
            11   you talking about Louis Sherwood?
            12         A.     Yes.
            13         Q.     The Merck vice president?
            14         A.     Yes.  He was vice president
            15   for medical affairs or some such title.
```

### 25. PAGE 80:12 TO 81:02 (RUNNING 00:00:17.000)

```
            12         Q.     Did you go to a lot of care
            13   to make sure it was accurate?
            14         A.     Yes.
            15         Q.     Did you write it and rewrite
            16   it and rewrite it?
            17         A.     Yes.
            18         Q.     How long did it take you to
            19   finally get that in final form?
            20         A.     Well, we saw a draft a
            21   little while ago which was back in
            22   November I think, and then it came out on
            23   January 9.
            24         Q.     About six weeks?
      00081:01         A.     So, I'd say six weeks or so,
            02   yes.
```

### 26. PAGE 81:09 TO 82:05 (RUNNING 00:00:45.000)

```
            09         Q.     I want you to focus on that
            10   for a minute because I want to ask you,
            11   did you get a followup phone call or two
            12   from people at Merck after you sent your
            13   letter?
            14         A.     Yes.
            15         Q.     Do you remember anything at
            16   all about those conversations and what
            17   was said?
            18         A.     Yes, a little bit.  One was
            19   from a vice president who offered to show
            20   me any data that I wanted to see.  That
            21   wasn't my major thing.  I knew the data
            22   would come out, so, I had other things to
            23   do, so, I declined that.
            24                A second one was from Dr.
      00082:01   Anstice, and he told the -- of a
            02   four-part plan that Merck had to remedy
            03   the problem and that they were taking
            04   action in terms of changing their
            05   internal operations --
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

**27. PAGE 89:01 TO 89:09 (RUNNING 00:00:18.000)**

```
00089:01            Q.    Well, by the way, are you
      02   the Dr. Fries who is behind the longest
      03   running, largest arthritis study there
      04   is, the ARAMIS study?
      05            A.    Yes.
      06            Q.    How many people in that
      07   study?
      08            A.    In the various data banks,
      09   about 17,000.
```

**28. PAGE 89:12 TO 89:23 (RUNNING 00:00:17.900)**

```
      12            Q.    How long has that been going
      13   on?
      14            A.    30 years.
      15            Q.    30 years.  A lot of those
      16   people take naproxen?
      17            A.    Yes.
      18            Q.    Have you written up any
      19   papers or anybody else written up any
      20   papers from the largest, longest running
      21   study that says naproxen is five times
      22   better than aspirin at stopping heart
      23   attacks?
```

**29. PAGE 90:01 TO 92:08 (RUNNING 00:01:44.600)**

```
00090:01                  THE WITNESS:  Our research
      02             is not -- the data banks aren't
      03             set to answer that specific
      04             question.  But we have studied the
      05             general overall toxicities, and
      06             certainly nothing jumped out with
      07             regard to cardiovascular events
      08             being protective.  Internally at
      09             what was then Syntex, who had
      10             developed naproxen --
      11   BY MR. LANIER:
      12            Q.    Syntex is a company?
      13            A.    Syntex was a company which
      14   is now, if I'm correct, it has, in a
      15   series of big fish eating littler fish,
      16   arrived as a part of Pfizer.
      17            Q.    Oh, okay.  All right.
      18                  So, the company that started
      19   naproxen, go ahead.
      20            A.    Yes, yes.
      21            Q.    What happened with them and
      22   naproxen?
      23            A.    Well, Syntex.  Well, they
      24   were looking for indications of it, and
00091:01   one obvious indication was that you could
      02   prevent heart attacks, because the then
      03   theory of how aspirin prevented heart
      04   attacks, which was known, was that it was
      05   an action on the platelets.  And the
      06   action of the platelets by aspirin is
      07   irreversible, so that for the entire life
      08   of the platelet, it --
      09            Q.    Will never clump.
      10            A.    -- will never clump.  Okay.
      11   And naproxen has a similar effect on the
      12   platelet, but it lasts only while the
      13   drug is still circulating in the
      14   bloodstream, not for the life of the
```

## Mason v. Merck

```
          15   platelet.  So, it's called reversible
          16   inhibition of cyclooxygenase in the
          17   platelets.  Okay.
          18             But nevertheless, because
          19   it's longer acting, one could make the
          20   case that it would prevent heart attacks,
          21   and so they did a lot of internal
          22   speculation because it would be a big
          23   market if they could make the case that
          24   it prevented heart attacks, and they
00092:01   never could make that case.  And the
          02   studies both before and after, if you
          03   take them in the aggregate, indicate that
          04   this is not the case.
          05        Q.   Naproxen is not the --
          06        A.   It does not prevent heart
          07   attacks to any degree which is measurable
          08   in any studies.
```

### 30. PAGE 99:07 TO 99:07 (RUNNING 00:00:01.629)

```
          07        Q.   Good afternoon, Dr. Fries.
```

### 31. PAGE 99:13 TO 100:04 (RUNNING 00:00:44.088)

```
          13             I want to follow up on
          14   questions about your reasons for writing
          15   the letter to Mr. Gilmartin.  I think you
          16   said that you wanted to deal with some
          17   things in a private way?
          18        A.   That's right.  I started,
          19   and I tried to indicate in the letter my
          20   great approval of Merck as a company, and
          21   I followed it over the years with, you
          22   know, top five respected companies in the
          23   United States and so forth.  And I
          24   respected a lot of the things that they
00100:01   did, respected their previous chairman
          02   immensely, who I now know a little bit,
          03   Roy Vagelos, who did extraordinary things
          04   for Merck from the scientific side.
```

### 32. PAGE 100:21 TO 101:13 (RUNNING 00:00:34.400)

```
          21        Q.   You received a letter from
          22   Mr. Gilmartin in response to your letter?
          23        A.   Yes.
          24        Q.   What was your reaction to
00101:01   receiving that letter?
          02        A.   Well, I think any of us -- I
          03   was pleased that rather promptly a
          04   response had come which had taken the
          05   letter seriously and which had promised
          06   some action.  I recognized that it was --
          07   that I was going to be running into
          08   damage control types of activities, so, I
          09   interpreted that and subsequent
          10   conversations as having in part some
          11   degree of damage control.  People wanted
          12   me to be happy with the actions that were
          13   being taken.
```

### 33. PAGE 102:20 TO 103:02 (RUNNING 00:00:15.272)

```
          20             Were you satisfied with
          21   Merck's response to your concerns?
          22        A.   Yes.  And I thought about --
          23   I mean, they didn't say specifically what
```

```
         24   they were going to do with Dr. Sherwood,
   00103:01   but they said that something was going to
         02   happen.
```

**34. PAGE 104:06 TO 104:24 (RUNNING 00:00:47.403)**

```
         06        Q.   Sir, did you receive the
         07   data relating to Vioxx that you had
         08   requested?
         09        A.   I didn't request data per se
         10   for me.  I requested the data be made
         11   available to others.  I wasn't
         12   specifically studying --
         13        Q.   Were you satisfied that
         14   Merck made that data available to others?
         15        A.   I believe so, yes.
         16        Q.   Is it fair to say then that
         17   as of about March of 2001, as far as you
         18   were concerned, the matter was closed?
         19        A.   My job here was done.
         20        Q.   Dr. Fries, I take it that
         21   Merck chose not to rebut the points in
         22   your letter, but, rather, to address your
         23   concerns.  Is that a fair assessment?
         24        A.   That's true.
```

**35. PAGE 105:24 TO 106:09 (RUNNING 00:00:21.000)**

```
         24        Q.   Dr. Fries, I want to talk to
   00106:01   you a little bit about, you referred to
         02   an investigation that you did into things
         03   that you had heard in the rumor mill.  Do
         04   you remember that?
         05        A.   Yes.
         06        Q.   I take it that you didn't
         07   have firsthand knowledge about the
         08   matters that you've testified about in
         09   your letter.  Is that fair to say?
```

**36. PAGE 106:12 TO 107:07 (RUNNING 00:00:33.000)**

```
         12             THE WITNESS:  I believe
         13        that's probably true.  That was
         14        one reason I tried to be as
         15        careful and as balanced as I
         16        could, because I was getting
         17        dangerously toward what I would
         18        even call hearsay if I got too
         19        far.
         20   BY MR. RABER:
         21        Q.   And, of course, you can't be
         22   expected to have firsthand knowledge of
         23   all these things with the different
         24   doctors that you were writing about,
   00107:01   right?
         02        A.   That's right.
         03        Q.   And is it fair to say that
         04   certain doctors and Dr. Singh told you
         05   things, and then you relayed that
         06   information to Merck?
         07        A.   Yes.
```

**37. PAGE 115:10 TO 115:17 (RUNNING 00:00:24.000)**

```
         10        Q.   Okay.
         11             Let me go back to your
         12   letter.  You've told us that you relied
         13   on what you were told by doctors and Dr.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

```
           14    Singh.  Did you talk to any third parties
           15    to confirm or verify what you had been
           16    told by any of those doctors?
           17         A.    No.
```

### 38. PAGE 115:18 TO 116:05 (RUNNING 00:00:49.000)

```
           18         Q.    So, for example, if we look
           19    at Exhibit P 1.0176, which is your
           20    January 9, 2001 letter, on the third page
           21    of that letter, towards the top, it says,
           22    "Dr. McMillen believes that his VCF
           23    appointment at Hershey was revoked
           24    because of these accusations."  Do you
00116:01         see that?
           02         A.    Yes.
           03         Q.    Now, is that something that
           04    Dr. McMillen told you?
           05         A.    That's right.
```

### 39. PAGE 116:22 TO 117:02 (RUNNING 00:00:10.000)

```
           22         Q.    Sir, the question was, did
           23    you speak with anybody from the Hershey
           24    Medical Center to verify what Dr.
00117:01         McMillen had told you?
           02         A.    No.
```

### 40. PAGE 117:20 TO 119:07 (RUNNING 00:01:13.395)

```
           20         Q.    Dr. Fries, you have in front
```

FRIES03 - fries03

```
           21    of you Defense Exhibit Number 952.  Does
           22    this appear to be a letter from the
           23    Hershey Medical Center dated February
           24    1st, 2000?
00118:01         A.    Yes.
           02         Q.    From a --
           03         A.    I'm familiar with this
           04    letter.
           05         Q.    Okay.
           06               This letter was among the
           07    documents that Dr. McMillen gave to you?
           08         A.    Probably.
           09         Q.    It was in your file?
           10         A.    Yes.
           11         Q.    And does this letter
           12    describe Dr. McMillen's status with the
           13    Hershey Medical Center?
           14         A.    Yes.  It purports to.
```

FRIES04 - fries04

```
           15         Q.    Okay.
           16               And it says in the second
           17    paragraph, "Dr. McMillen held an
           18    appointment as Clinical Assistant
           19    Professor of Medicine from" July 1st,
           20    1978 to December 31st, 1999, "at the
           21    Milton S. Hershey Medical Center of the
           22    Pennsylvania State University College of
           23    Medicine," correct?
```

FRIES05 - fries05

```
           24         A.    Yes.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

```
00119:01        Q.   All right.
      02             At the bottom of the first
      03   page, it says, "Dr. McMillen currently
      04   has an intensive and ongoing commitment
      05   to clinical studies and a very active
      06   speaking schedule," true?
      07        A.   Yes.  That's what it says.
```

**41. PAGE 119:12 TO 119:21 (RUNNING 00:00:18.000)**

📄 **FRIES06 - fries06**

```
      12        Q.   Then the letter from the
      13   Hershey Medical Center states,
      14   "Recognizing his past teaching
      15   contributions but acknowledging that he
      16   has not been actively involved in
      17   teaching our students or housestaff in
      18   recent years, his clinical faculty
      19   position has not been renewed."  Do you
```

📄 **-KEFRIES06 - Clear Attached Exhibit FRIES06**



```
      20   see that?
      21        A.   Yes.
```

**42. PAGE 125:17 TO 126:18 (RUNNING 00:01:08.459)**

```
      17        Q.   Dr. Fries, let's go back to
      18   your letter.  On Page 3 of your letter,
      19   you state near the top that "Dr. Simon
      20   believes that one of his two academic
      21   appointments has been jeopardized."  Do
      22   you see that?
      23        A.   Yes.
      24        Q.   Is that something Dr. Simon
00126:01   told you?
      02        A.   Yes.
      03        Q.   Did you talk with Dr.
      04   Simon's boss or anybody to verify that?
      05        A.   No.
      06        Q.   No?
      07        A.   And I tried when I wrote
      08   this to be as careful as I could with
      09   words.  So, it was me, not you, that said
      10   Dr. Simon believes.  He did believe that.
      11   I know that for sure.  But I don't know
      12   that his belief was correct, and I tried
      13   to indicate that.
      14        Q.   Is it possible that his
      15   belief was incorrect?
      16        A.   Of course.  Just like it was
      17   possible that Dr. McMillen's belief was
      18   incorrect.
```

**43. PAGE 149:06 TO 149:14 (RUNNING 00:00:21.000)**

```
      06        Q.   And you talk about in your
      07   letter, it was your experience that
      08   certainly your mindset in 2001 was that
      09   the COX-2 inhibitors looked like a
      10   significant "medical advance" for dealing
      11   with the serious GI problems from
      12   traditional pain relievers?
      13        A.   Yes.  I even took credit for
      14   having created them.
```

## Mason v. Merck

```
44. PAGE 150:06 TO 150:06 (RUNNING 00:00:01.182)

     06          Q.    Sir, at the time --

45. PAGE 150:09 TO 150:18 (RUNNING 00:00:25.000)

     09          Q.    -- though, if you look at
     10   Page 3 of your letter, in the middle of
     11   the page you say, "These drugs should on
     12   balance, save a substantial number of
     13   lives."
     14          A.    Yeah, that was actually my
     15   mindset.  That's fair.
     16          Q.    Okay.
     17                Back in 2001.
     18          A.    Yes.

46. PAGE 155:04 TO 155:16 (RUNNING 00:00:24.000)

     04          Q.    Dr. Fries, we've put in
```

FRIES09 - fries09

```
     05   front of you Defense Exhibit 245.  Can
     06   you identify this?
     07          A.    Yes.  We've spoken to this
     08   before.  This is a letter from Mr.
     09   Gilmartin to me.
     10          Q.    Dated January 23rd, 2001?
     11          A.    Yes.
     12          Q.    And I think this is the
     13   letter that you've described as a
     14   "thoughtful" and positive letter?
     15          A.    Yes, it was a response to my
     16   letter of January 9th.

47. PAGE 156:04 TO 156:17 (RUNNING 00:00:30.285)

     04          Q.    Dr. Fries, I'm putting in
```

FRIES10 - fries10

```
     05   front of you a document marked as Defense
     06   Exhibit 264.  Can you tell us what that
     07   is?
     08          A.    It's a letter to me from
     09   David Anstice, the copy to Doug Greene.
     10          Q.    Dated February 16th, 2001?
     11          A.    February 16th, 2001.
     12          Q.    And is this the letter that
     13   came with the data that you received from
     14   Merck?
     15          A.    Yes.  I don't remember
     16   receiving any data.  There must have been
     17   some.  There are attachments noted here.

48. PAGE 157:05 TO 158:06 (RUNNING 00:00:50.909)

     05                And by this time, there had
     06   been an Advisory Committee concerning
     07   Vioxx and Celebrex.  Do you recall that
     08   in February of 2001?
     09          A.    Yeah.  As I say,
     10   reconstructing these dates and what order
     11   they are is really hard for me, but there
     12   was one roughly around there.  Yeah.  So,
     13   these data had already in that interval
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 5:22:16 PM

## Mason v. Merck

-KEFRIES10 - Clear Attached Exhibit FRIES10

```
      14   been, I guess, released pretty generally.
      15        Q.   And have you been on FDA
      16   Advisory Committees before?
      17        A.   Yes.
      18        Q.   And has it been your
      19   experience that data from studies before
      20   the Advisory Committee are discussed at
      21   those meetings?
      22        A.   The data are discussed, yes,
      23   at the meeting.  I don't recall the exact
      24   details.  Sometimes it's long, and
00158:01   sometimes it's short.
      02        Q.   Has it been your experience
      03   that members of FDA Advisory Committees
      04   are respected scientists in the relevant
      05   fields?
      06        A.   Yes, for the most part.
```

**49. PAGE 168:13 TO 168:22 (RUNNING 00:00:23.882)**

```
      13        Q.   Are you familiar, just in
      14   your 40 years of medicine, with the idea
      15   of drug companies choosing to neutralize
      16   and discredit doctors?
      17        A.   I was amazed earlier when we
      18   saw something that said somebody was
      19   going to control me as part of -- that's
      20   hard to do.  So, no, I've never seen
      21   anything like this.  This is really
      22   unprecedented in my experience.
```

**50. PAGE 170:23 TO 171:06 (RUNNING 00:00:23.191)**

```
      23        Q.   You believe in safety first?
      24        A.   No.  I believe that you have
00171:01   a balance with pharmaceutical treatments
      02   between the good and the harm that they
      03   do.  Things that do a whole lot of good,
      04   they can do quite a bit of harm.  And you
      05   still would say that on balance, they're
      06   good drugs.  So, it's a balance issue.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:25:52.082)