U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    11-3-06

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>**PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657** |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | Section L |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Judge Fallon<br>Mag. Judge Knowles |

# TRANSCRIPT OF THE DEPOSITION OF EDWARD SCOLNICK PLAYED TO JURY ON NOVEMBER 2, 2006

Fee _____
Process _____
X  Dktd _____
   CtRmDep. _____
   Doc. No. _____

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:23:52 PM

## Mason v. Merck

 **Scolnick, Edward (Vol. 01) - 01/30/2003**                    1 CLIP  (RUNNING 00:17:10.199)

 scolnick trial

scolnick.1                          33 SEGMENTS  (RUNNING 00:17:10.199)

### 1. PAGE 102:17 TO 102:22 (RUNNING 00:00:21.000)

```
17          Merck Research Labs publishes the Merck
18 Manual, does it not?
19     A.    The Merck Manual is published by a group
20 of people who publish the Merck Manuals, and I'm not
21 certain at this point, organizationally, where that
22 group actually sits.
```

### 2. PAGE 104:05 TO 105:07 (RUNNING 00:01:00.000)

```
05     Q.    Okay.  And are you familiar with
06 Dr. Robert Berkow?
07     A.    I was familiar with Dr. Robert Berkow.
08     Q.    Is Dr. Berkow -- is Dr. Berkow passed
09 away?
10     A.    I believe he's retired.
11     Q.    He's retired?
12     A.    Many years since he was head of the
13 Merck Manual.  I don't recall the exact time, how
14 many.
15     Q.    Okay.  What was -- prior to his
16 retirement, what was Dr. Berkow's position at Merck
17 Research Labs?
18     A.    To the best of my recollection, he was
19 in charge of the publication of the Merck Manual, and
20 that was his primary role.
21     Q.    Okay.  Is your -- in your position --
22 well, let me back up.
23          Did he retire from Merck Research Labs
24 after you took over as president of Merck Research
25 Labs?
00105:01   A.    Yes, I believe that he did.
02     Q.    Okay.
03     A.    Yes.
04     Q.    How much overlap was there?
05          Do you know when he retired?
06     A.    I don't recall exactly when he retired.
07 There were several years of overlap.
```

### 3. PAGE 105:08 TO 105:16 (RUNNING 00:00:18.000)

```
08     Q.    Okay.
09          Did you -- did you have interaction with
10 him while he was with Merck Research Labs?
11     A.    A few occasions, very few.
12     Q.    As a president of Merck Research Labs,
13 did you have any oversight on the Merck Manual?
14     A.    No, none whatsoever.
15     Q.    Did you have any input at all?
16     A.    No, not to the best of my recollection.
```

### 4. PAGE 105:17 TO 106:03 (RUNNING 00:00:31.000)

```
17     Q.    To your recollection -- your
18 recollection, did you and Dr. Berkow ever speak about
19 anything at Merck -- anything, at any time, about the
20 Merck Manual or the publication or inclusion of
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:23:52 PM

## Mason v. Merck

```
21   information in the Merck Manual?
22        A.    I don't recall any conversations with
23   Dr. Berkow about the content of any specific item
24   published in the Merck Manual.
25        Q.    Okay.
00106:01              Let me review with you the foreword of
02   that book, and I want to ask you just some general
03   questions first about the -- about the manual.
```

**5.  PAGE 107:03 TO 107:10  (RUNNING 00:00:32.000)**

```
03               I will represent that Exhibit Number 3
04   is a copy of the front cover the book, the
05   publisher's page, the list of contributors of the
06   Merck Manual, Sixteenth Edition, publish date 1992,
07   Library of Congress catalog card number, 1-31760, and
08   that all pages that are stapled together as Exhibit
09   Number 3 came directly from the Sixteenth Edition of
10   the Merck Manual.
```

**6.  PAGE 107:16 TO 107:18  (RUNNING 00:00:04.500)**

```
16        Q.    Let me go to the foreword with you,
17   Doctor.
18        A.    Uh-huh, yes.
```

**7.  PAGE 109:06 TO 109:14  (RUNNING 00:00:22.000)**

```
06        Q.    Okay.  Tell me if I read this correctly.
```

SCOL3A - scol3a                                                  

```
07               "Today, the manual is the most widely
08   used medical text in the world.  While the book has
09   grown to about 2800 pages, its primary purpose
10   remains the same, to provide useful clinical
11   information to practicing physicians, medical
12   students, interns, residents and other health care
13   professionals."
14        A.    You've accurately read it.
```

**8.  PAGE 110:22 TO 111:02  (RUNNING 00:00:17.000)**

```
22               The Merck Manual is produced by Merck &
23   Company and/or Merck Research Laboratories, and
24   presents itself to be an authoritative treatise to
25   practicing physicians, medical students, interns,
00111:01   residents and other health care professionals,
02   doesn't it?
```

**9.  PAGE 111:09 TO 112:03  (RUNNING 00:01:04.000)**

```
09        A.    Yes.  I really can't answer the question
10   the way you're phrasing it.
11               The Merck Manual was published by the
12   group that oversees its publication.
13               It has an Editorial Board, which is
14   designated on the frontage page of the 1992 edition,
15   which reviews the chapters in the manual that are
16   written by the persons who are part of the group that
17   publishes the Merck Manual, and that review group
18   interacting with the group who publishes the manual
19   are responsible for being accurate in the manual, and
20   that's the way I've always viewed this manual.
21        Q.    Okay.
22               In your research, have you ever had the
23   opportunity to consult this manual?
24        A.    As I said, I don't recall ever having
25   consulted the manual.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October. 29, 2006, 8:23:52 PM

## Mason v. Merck

```
00112:01              It's possible I looked at it once or
      02  twice for something, but I certainly didn't use it as
      03  a reference book.
```

**10. PAGE 113:02 TO 113:06 (RUNNING 00:00:14.999)**

```
      02              Let me go to the second page of that
      03  foreword.
```

📄 SCOL3B - scol3b

```
      04              I want you to read the first full
      05  paragraph to yourself, and let me know when you're
      06  done, and we'll want to talk to you about a few
```

**11. PAGE 113:07 TO 113:20 (RUNNING 00:00:27.000)**

```
      07  things in it.
      08      A.      I've read the first paragraph.
      09      Q.      Okay.
      10      A.      The first full paragraph.
      11      Q.      Right.  The statement in this paragraph,
      12  I'm just going to pull out a couple of key statements
      13  that I see.
      14              "Sections of that book were then sent
      15  out -- sent to outside experts, who had nothing to do
      16  with its preparation, to solicit their most candid
      17  criticism."
      18              That sounds to me like the beginning of
      19  the peer-review process.
      20              Would you agree with that?
```

**12. PAGE 113:22 TO 114:11 (RUNNING 00:00:35.000)**

```
      22      A.      I think that is a form of peer review.
      23      Q.      Okay.
```

📄 SCOL3C - scol3c

```
      24              Dropping down a few lines, it says,
      25  "Their manuscripts were painstakingly edited by our
00114:01  inhouse staff to obtain every valuable morsel of
      02  knowledge while eliminating sometimes elegant but
      03  unneeded words."
      04      A.      I can read what you're reading.
      05      Q.      Sir, and is that again more of the
      06  distillation process of peer-reviewing, taking the
      07  most candid criticisms and distilling down those
      08  things that are most needed and cutting out those
      09  things that are -- trying to think how we put
      10  that -- eliminating sometimes elegant but unneeded
      11  words?
```

**13. PAGE 114:14 TO 115:07 (RUNNING 00:00:51.000)**

```
      14      A.      That part of the process is the
      15  Editorial Board's opinion about the comments they're
      16  getting back from the reviewers, yes.
      17      Q.      Certainly.
      18              And then the last two sentences or three
```

📄 SCOLN3 - s3

```
      19  sentences, it says, "The authors then rework, modify
      20  and polish their manuscripts.  Almost all of the
      21  manuscripts were revised at least six times.  15 to
      22  20 revisions were not uncommon.  We believe that no
      23  other medical text undergoes as many reviews and
      24  revisions as the Merck Manual does."
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:23:52 PM

## Mason v. Merck

```
         25              And I read that correctly, didn't I?
```

☐ -KESCOLN3 - Clear Attached Exhibit SCOLN3

```
00115:01        A.      Yes, you did.
     02         Q.      And that -- those segments of that
     03  paragraph that I've pulled out basically characterize
     04  and describe what at least the editors of this book
     05  published by the company you were aligned with, or
     06  worked with, believed it to be the most peer-reviewed
     07  and distilled piece of medical text in the world.
```

**14. PAGE 115:10 TO 115:15  (RUNNING 00:00:14.300)**

```
     10         A.      Yeah.  I think the paragraph says that
     11  this is a highly peer-reviewed book that tries to be
     12  clear and accurate in what it represents to people
     13  who would read it.
     14                  I think that's how I understand this
     15  paragraph.
```

**15. PAGE 118:20 TO 119:04  (RUNNING 00:00:22.000)**

```
     20                  If you could turn to the copy of page
```

☐ SCOL3E -

```
     21  2664.
     22         A.      Yes.
     23         Q.      Under the subheading, "Hematologic
     24  Effects."  This is from a section, I'll represent to
     25  you, in the book.
00119:01        A.      Yes.
     02         Q.      There's prostaglandins, thromboxanes
     03  and -- I can't pronounce that last word --
     04  leukotrines?
```

**16. PAGE 119:11 TO 119:20  (RUNNING 00:00:20.000)**

```
     11         A.      "Prostaglandins, Thromboxanes and
     12  Leukotrines."
     13         Q.      Trines.  Okay.  I'd like to go back to
     14  2664.
     15                  We've already covered some of this, but
     16  there's a reason for me doing this in this context.
     17                  If you look at the last sentence of
     18  the -- well, if you'll just read the first paragraph
     19  to yourself, please.
     20         A.      The first paragraph?
```

**17. PAGE 119:24 TO 121:17  (RUNNING 00:02:07.000)**

```
     24         A.      I've completed reading that paragraph.
     25         Q.      And that paragraph ends with something
00120:01  we've already discussed, and that is that
     02  prostaglandins or -- excuse me.  Thromboxane A2 is a
     03  potent platelet aggregator and vasoconstrictor and is
     04  synthesized primarily in the platelets or by the
     05  platelet?
     06         A.      That's correct.
     07         Q.      Okay.
     08         A.      That's what the paragraph says.
     09         Q.      And that is a correct -- it would be a
     10  correct statement to say thromboxane is a potent
     11  platelet aggregator, independently of the rest of it.
     12  Correct?
     13         A.      That would be correct.
     14         Q.      It would be correct to say independently
```

CONFIDENTIAL

### Mason v. Merck

```
      15   of this statement that thromboxane A2 is a potent
      16   vasoconstrictor as well.  Correct?
      17        A.     I can't attest to its potency as a
      18   vasoconstrictor.  It is a vasoconstrictor.
      19        Q.     Okay.
      20        A.     And since 1992, there are many other
      21   vasoconstrictors and vasodilators, and I don't know,
      22   today, whether thromboxane A2 would be characterized
      23   exactly that way, so --
      24        Q.     We're going to get to that in just a
      25   bit.
00121:01               At the bottom of the -- at the bottom of
      02   the page going one, two, three, four lines up, and
      03   one word with the sentence that starts with "This."
      04               Now, you can read the whole section if
      05   you'd like.  I don't want to take things out of
      06   context, but I don't want to --
      07        A.     Do you want me to read that?
      08        Q.     Yes.  You don't have to read it out
      09   loud, but I just want you -- if you want to read the
      10   whole "Hematologic Effects" section so we know in
      11   what context we're talking about.
      12        A.     Okay.  I've read it.  Thank you.
      13        Q.     Okay.
      14               Would it be fair to say that that short
      15   section describes the relationship that prostacyclin
      16   and thromboxane A2 play in both platelet aggregation
      17   and in vasoconstriction?
```

**18. PAGE 121:24 TO 122:20 (RUNNING 00:00:51.600)**

```
      24        A.     The paragraph describes a relationship
      25   between thromboxane A2 and prostacyclin, yes.
00122:01        Q.     Okay.  And vasoconstriction and platelet
      02   aggregation?
      03        A.     That's what the paragraph discusses,
```

📄 **-KESCOL3E - Clear Attached Exhibit SCOL3E**                     

```
      04   yes.
      05        Q.     In lay terms, what is platelet
      06   aggregation?
      07        A.     Platelet aggregation is the clumping
      08   together of platelets, in -- an early step in the
      09   formation of clots.
      10        Q.     Okay.
      11        A.     It can be reversible.  It cannot be
      12   reversible.
      13        Q.     Okay.
      14               What is vasoconstriction in lay terms?
      15        A.     Vasoconstriction, in lay terms, is
      16   narrowing of small -- usually, small vessels in the
      17   arterial tree.
      18               That would be generally what
      19   vasoconstriction would mean.  It can also apply to
      20   veins.
```

**19. PAGE 123:07 TO 123:10 (RUNNING 00:00:15.000)**

```
      07               If you have platelet aggregation coupled
      08   with vasoconstriction, would you agree with me that
      09   the likelihood of an occlusive event, be it a heart
      10   attack or a stroke, is greater?
```

**20. PAGE 123:13 TO 123:17 (RUNNING 00:00:12.300)**

```
      13        A.     I wouldn't be able to draw any
      14   conclusion about what was going on in a given animal
```

CONFIDENTIAL

## Mason v. Merck

```
15  or a person's vascular tree based on just those two
16  comments.
17            I think that's too incomplete.
```

**21. PAGE 123:18 TO 124:13 (RUNNING 00:00:46.200)**

```
18        Q.    Well, there are many factors that can go
19  into whether a person has a stroke or a heart attack,
20  and I understand that.
21            What we're talking about, when we talk
22  about platelet aggregation, we're talking about the
23  beginning of platelets clumping together to form a
24  clot.
25            Correct?
00124:01    A.    That's correct.
02        Q.    And vasoconstriction is the inability of
03  an artery or a vein to expand, but instead stay
04  constricted or become smaller.  Right?
05        A.    That is also correct.
06        Q.    And there are enzymes within our body
07  that regulate the dilation or the constriction of
08  arteries and veins?
09        A.    There are many enzymes and hormones that
10  regulate that process, in addition to, included in
11  that group are thromboxane and prostacyclins.
12            There are many other factors that affect
13  that process.
```

**22. PAGE 124:17 TO 124:20 (RUNNING 00:00:09.000)**

```
17        Q.    But we do know that thromboxane A2 and
18  prostacyclin affect vasoconstriction and platelet
19  aggregation?
20        A.    That's correct.
```

**23. PAGE 125:01 TO 125:10 (RUNNING 00:00:37.600)**

```
00125:01          Let me show you what I'm going to mark
02  as Deposition Exhibit Number 4, and I'm going to make
03  my same representation.
04            This is The Merck Manual, Seventeenth
05  Edition, which was published, by the second page of
06  that exhibit, in 1999, and you can flip through and
07  review all of the pages if you'd like.  It has the
08  same general foreword, although somewhat cut, but I
09  want to draw your  -- ultimately draw your attention
10  to the last page of that exhibit.
```

**24. PAGE 126:08 TO 126:15 (RUNNING 00:00:29.000)**

```
08        Q.    If you look at that index at page 2818
09  with me, and you may want to, just for your own
10  benefit, have the Sixteenth Edition at hand if you'd
11  like.
12            But if -- and I'll represent to you that
13  this -- that I went back to the -- if you look at the
14  Sixteenth Edition side by side, the last page of the
15  document --
```

**25. PAGE 126:23 TO 127:01 (RUNNING 00:00:16.000)**

```
23            On the Sixteenth Edition, page 2834,
24  between thrombotic, thrombocytopenic purpura and
```

📄 SCOL3D1 -



```
25  thrush is where you find thromboxane discussed.
00127:01  Correct?
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:23:52 PM

## Mason v. Merck

**26. PAGE 127:11 TO 127:18 (RUNNING 00:00:24.000)**

```
11          A.      Yes, it appears in the alphabetical
12  listing in the index --
13          Q.      Okay.
14          A.      Between thrombotic thrombocytic purpura
15  and thrush.
16          Q.      And in the Seventeenth Edition, between
17  thrombotic, thrombocytopenic purpura and thrush, what
```

SCOL3D2 - 

```
18  is -- is there an entry for thromboxanes?
```

**27. PAGE 127:22 TO 128:11 (RUNNING 00:00:45.000)**

```
22          A.      The index in the Seventeenth Edition has
23  thrombotic thrombocytopenic purpura-hemolytic-uremic
24  syndrome, glomerulonephritis and then thrush.
25          I see no comment on this page about
00128:01  thromboxane.
02          Q.      Between the publication of the Sixteenth
03  Edition in 1992 and the publication of the
04  Seventeenth Edition in 1999, was there any
05  ground-breaking research that was done with regard to
06  whether or not thromboxane was a potent
07  vasoconstrictor and vasodilator -- or excuse me --
08  vasoconstrictor and platelet aggregator?
09          A.      I can't answer your question.
10          Q.      All right.
```

-KESCOL3D2 - Clear Attached Exhibit SCOL3D2 

```
11          A.      I don't know.
```

**28. PAGE 128:12 TO 128:19 (RUNNING 00:00:24.400)**

```
12          Q.      It's my understanding, correct me if I'm
13  wrong, from the FDA regs that govern how
14  pharmaceutical companies -- I'm not trying to make a
15  legal statement here, but it's my understanding that
16  it's the obligation of the company to keep up with
17  the medical literature that impacts upon the drugs
18  that your company markets and manufactures.
19          Is that a generalization?
```

**29. PAGE 129:03 TO 129:15 (RUNNING 00:00:38.000)**

```
03          A.      I can't answer your question.  I
04  would -- I would make the comment that the page in
05  the Seventeenth Edition that is not handed out here
06  by you is the page in the Sixteenth Edition, which
07  goes through the many external peer reviews that the
08  Sixteenth Edition went through.
09          To the best of my knowledge, The Merck
10  Manual is still peer-reviewed by many external
11  experts.
12          Q.      Oh, I -- that wasn't my question.
13          A.      It's not simply published by Merck &
14  Company.  It's reviewed by external experts, as you
15  so nicely pointed out in the Sixteenth Edition.
```

**30. PAGE 129:16 TO 129:19 (RUNNING 00:00:12.900)**

```
16          Q.      Certainly.  I'm trying to point out
17  though, and I'm just trying to find out, there's
18  obviously a reason why the prostacyclin thromboxane
19  section was removed between 1992 and 1999 --
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:23:52 PM

## Mason v. Merck

**31. PAGE 130:04 TO 130:10 (RUNNING 00:00:17.600)**

```
04        Q.        There was a reason why it was pulled.
05  Whether it had anything to do with Vioxx or not, I
06  don't know, but I want to know is, are you aware of
07  any -- of any research, ground-breaking research that
08  would change the correctness of what is stated in the
09  Sixteenth Edition about thromboxanes and
10  prostacyclins and prostaglandins?
```

**32. PAGE 130:16 TO 131:12 (RUNNING 00:01:00.600)**

```
16        A.        The only answer that I can give you to
17  the general question you've asked about, but not the
18  way you've phrased the question, is that to the best
19  of my recollection, very, very little research or
20  attention in the medical literature has been paid to
21  thromboxane and prostacyclin since the mid-'80s and
22  early '90s.
23              In fact, probably very -- I would -- I
24  don't know for certain, but I believe that the topic
25  had received very little attention between 1992 and
00131:01  1999 in the medical literature.
02        Q.        Okay.
03        A.        Because its importance was not clear in
04  the medical literature.
05        Q.        Okay.
06        A.        And --
07        Q.        Would you --
08        A.        And in your terms, no new discoveries
09  had been made which gave it prominence.
10        Q.        Right.  I understand.
11              Do you believe that that's the reason
12  why it was removed from the Sixteenth Edition?
```

**33. PAGE 131:15 TO 131:22 (RUNNING 00:00:10.200)**

```
15        A.        I have no idea why it was removed from
16  the Seventeenth Edition compared to the Sixteenth
17  Edition index.
18        Q.        Okay.
19        A.        I have no idea why it was removed.
20        Q.        Okay.
21        A.        I have never heard anything about why it
22  was removed.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:17:10.199)**

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:23:52 PM

## Mason v. Merck

**31. PAGE 130:04 TO 130:10 (RUNNING 00:00:17.600)**

```
04        Q.        There was a reason why it was pulled.
05   Whether it had anything to do with Vioxx or not, I
06   don't know, but I want to know is, are you aware of
07   any -- of any research, ground-breaking research that
08   would change the correctness of what is stated in the
09   Sixteenth Edition about thromboxanes and
10   prostacyclins and prostaglandins?
```

**32. PAGE 130:16 TO 131:12 (RUNNING 00:01:00.600)**

```
16        A.        The only answer that I can give you to
17   the general question you've asked about, but not the
18   way you've phrased the question, is that to the best
19   of my recollection, very, very little research or
20   attention in the medical literature has been paid to
21   thromboxane and prostacyclin since the mid-'80s and
22   early '90s.
23              In fact, probably very -- I would -- I
24   don't know for certain, but I believe that the topic
25   had received very little attention between 1992 and
00131:01   1999 in the medical literature.
02        Q.        Okay.
03        A.        Because its importance was not clear in
04   the medical literature.
05        Q.        Okay.
06        A.        And --
07        Q.        Would you --
08        A.        And in your terms, no new discoveries
09   had been made which gave it prominence.
10        Q.        Right.  I understand.
11              Do you believe that that's the reason
12   why it was removed from the Sixteenth Edition?
```

**33. PAGE 131:15 TO 131:22 (RUNNING 00:00:10.200)**

```
15        A.        I have no idea why it was removed from
16   the Seventeenth Edition compared to the Sixteenth
17   Edition index.
18        Q.        Okay.
19        A.        I have no idea why it was removed.
20        Q.        Okay.
21        A.        I have never heard anything about why it
22   was removed.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:17:10.199) |
| --- |

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:24:55 PM

## Mason v. Merck

 **Scolnick, Edward (Vol. 02) - 03/22/2005**                    1 CLIP  (RUNNING 00:02:47.079)

 created on 10-17-06 by TB

SCOLNICK 2                    5 SEGMENTS  (RUNNING 00:02:47.079)          

**1. PAGE 22:13 TO 22:18 (RUNNING 00:00:10.800)**

```
13        Q.    Are you the Edward M.
14   Scolnick, President of Merck Research
15   Labs and then the Executive Vice
16   President Science and Technology for
17   Merck & Company?
18        A.    Yes, I am.
```

**2. PAGE 47:02 TO 48:02 (RUNNING 00:00:49.193)**

```
02        Q.    Well, let me suggest it to
03   you if you'll look at Exhibit Number 4.
04            I'll bet you've seen this
05   e-mail lately getting ready for your
06   deposition, haven't you?
07        A.    I don't recall seeing this
08   e-mail before right now.
09        Q.    You don't recall seeing this
10   e-mail before?
11        A.    I do not recall seeing this
12   e-mail before.
13        Q.    All right.  Well, if you'll
```

📄 **SCOL4 - scol4**                                                    

```
14   look down at your message dated December
15   5th, 2001, it's about an analyst who is
16   going to stand up in public and say
17   something negative about Vioxx.  And
18   you're the fellow who wrote, "David if he
19   says this I will boil him in oil at the
20   meeting."  That's what you said, isn't
21   it?
22        A.    That is the e-mail you're
23   referring to, yes.
24        Q.    Does that mean, yes, you
00048:01   said it?
02        A.    That is my e-mail.
```

**3. PAGE 49:01 TO 49:10 (RUNNING 00:00:28.954)**

```
00049:01            So, you were saying you were
02   going to boil this fellow in oil because
03   this was an analyst who was going to
04   stand up and suggest that maybe Vioxx
05   causes CV events, heart attacks, strokes,
06   things like that; right?
07        A.    I don't recall the details
08   of his report.  I have not seen this
09   e-mail, and I don't recall the details of
10   this at all.
```

**4. PAGE 52:02 TO 52:21 (RUNNING 00:00:54.960)**

```
02        Q.    Well, if you'll look behind
03   you'll see what it is that upset you.
04   It was this fellow named somebody, hang
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:24:55 PM

## Mason v. Merck

```
05   on, his name is at the end, Richard
06   Stover, who prepared a reanalysis of
07   Merck's meta-analysis.  Do you see where
08   it says that?
09        A.    That is the title for the
10   article that you're referring to.
11        Q.    Now, those are a lot of big
12   words for nonscientist people.  But just
13   between you and me, what this really is
14   is it's a stock analyst, someone who
15   advises the investment community on
16   whether to buy or sell stock, and he's
17   basically examining some of what you guys
18   had been telling people about the safety
19   of your drug, isn't he?
20        A.    He's talking about the VIGOR
21   study and Vioxx, yes.
```

**5. PAGE 58:17 TO 58:24 (RUNNING 00:00:23.172)**

```
17        Q.    Okay.  And that's why you
18   said "David if he says this I will boil
19   him in oil at the meeting."  You didn't
```

-KESCOL4 - Clear Attached Exhibit SCOL4                    

```
20   want that kind of talk out there, did
21   you?
22        A.    I didn't want -- having read
23   this memo, I didn't want an inaccurate
24   statistical analysis of our data.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:47.079)

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

 **Scolnick, Edward (Vol. 03) - 04/29/2005**                    1 CLIP  (RUNNING 00:37:54.412)



created on 10-17-06 by TB

SCOLNICK 3                       92 SEGMENTS  (RUNNING 00:37:54.412)

**1. PAGE 10:14 TO 10:16 (RUNNING 00:00:04.266)**

```
14        Q.       You retired from Merck Research Labs
15   in 2003; correct?
16        A.       That is correct.
```

**2. PAGE 27:14 TO 27:17 (RUNNING 00:00:04.494)**

```
14                 In the late '80s and early '90s, you
15   were also the president of Merck Research Labs;
16   right?
17        A.       Yes.
```

**3. PAGE 28:24 TO 29:02 (RUNNING 00:00:09.715)**

```
24        Q.       At that point in time you did have
25   some concerns about what the prospects would be for
00029:01   Merck in the late '90s and 2000 as several drugs .
02   were coming off patent; right?
```

**4. PAGE 29:04 TO 29:06 (RUNNING 00:00:10.308)**

```
04                 THE WITNESS:  I had concerns.  It was
05   a way off, but, yes, I certainly remember vague
06   thoughts about that.
```

**5. PAGE 29:13 TO 29:16 (RUNNING 00:00:10.256)**

```
13        Q.       You have to anticipate that drugs
14   would be coming off patent maybe ten years down the
15   road and seek to have new drugs to fill the drugs
16   that were once proprietary of the company?
```

**6. PAGE 29:18 TO 30:04 (RUNNING 00:00:29.077)**

```
18                 THE WITNESS:  That is correct.
19   BY MR. BUCHANAN:
20        Q.       Because once a drug becomes generic
21   or goes off patent, then other competitors can enter
22   the market and seek to take market share; correct?
23        A.       That's correct.
24        Q.       Okay.  So, in the early '90s you knew
25   that beginning in 2000 and 2001, Merck would have
00030:01   several drugs going off patent; correct?
02        A.       The one that comes to mind
03   immediately is Mevacor, but I don't recall the other
04   drugs at this point.
```

**7. PAGE 32:13 TO 33:20 (RUNNING 00:00:59.306)**

```
13                 All these drugs were significant
14   drugs for Merck?
15        A.       Yes.
16        Q.       Several of these were blockbuster
17   drugs for Merck; right?
18        A.       They were large selling drugs, yes.
19        Q.       Well, "blockbuster" has a meaning or
20   a connotation in the industry, doesn't it?
21        A.       "Blockbuster" means usually a very
22   large drug, very large sales drug.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

```
    23        Q.        Traditionally it meant more than a
    24  billion dollars in sales; true?
    25        A.        That is one interpretation given to
00033:01  it.
    02        Q.        So, several of these drugs were
    03  blockbuster drugs.  You'd agree with that?
    04        A.        Yes.
    05        Q.        Okay.
    06                  Several of these drugs, even if you
    07  can't remember all of them, were going off patent in
    08  2000, 2001, 2002; correct?
    09        A.        I'm not sure which ones, but some
    10  drugs were going off patent at that point.
    11        Q.        Well, you recall being concerned
    12  about what the future will hold in 2000/2001 when
    13  all these drugs were going off patent; correct?
    14        A.        Yes.
    15        Q.        You were concerned about that in the
    16  early '90s?
    17        A.        Yes.
    18        Q.        And you were trying to design new
    19  drugs to fill the void that would be left by these
    20  drugs when they went off patent?
```

**8. PAGE 33:24 TO 33:25 (RUNNING 00:00:03.697)**

```
    24                  THE WITNESS:  We were trying to
    25  develop and discover new drugs that would do that.
```

**9. PAGE 34:08 TO 34:16 (RUNNING 00:00:33.741)**

```
    08        Q.        One of the drugs that was going to be
    09  filling the void left by these other drugs when they
    10  went off patent was Vioxx; true?
    11        A.        Vioxx was going to fill the void, but
    12  in the early '90s, Vioxx -- I believe Vioxx was not
    13  even on the Merck radar screen.  I don't even think
    14  we had thought of the project at that point.  I
    15  don't -- I don't recall the date when the Vioxx
    16  project started.
```

**10. PAGE 36:13 TO 36:18 (RUNNING 00:00:11.467)**

```
    13        Q.        There's a reference to Dr. Peppi
    14  Prasit.  Do you see that?
```

📄 SCOL11 - scol11



```
    15        A.        Dr. Peppi Prasit.
    16        Q.        Prasit.  He was a scientist at your
    17  labs in Montreal; correct?
    18        A.        Yes, a chemist.
```

**11. PAGE 42:06 TO 42:09 (RUNNING 00:00:06.982)**

```
    06                  So, you put a lot of resources within
    07  Merck Research Labs onto this particular project;
    08  correct?
    09        A.        Yes, that is correct.
```

**12. PAGE 43:11 TO 43:19 (RUNNING 00:00:15.941)**

```
    11        Q.        And you encouraged Dr. Prasit and his
    12  staff to pursue the Vioxx project with all resources
    13  that were available at Merck Frosst; true?
    14        A.        That is correct.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

☐ -KESCOL11 - Clear Attached Exhibit SCOl11

```
15      Q.      Okay.
16              You knew how important this drug
17 could be for the company; right?
18      A.      I knew that this could be a very
19 important project, yes.
```

**13. PAGE 47:06 TO 47:08 (RUNNING 00:00:06.010)**

```
06      Q.      You wanted to be the first to market
07 with this selective COX-2 inhibitor; correct?
08      A.      Yes.
```

**14. PAGE 87:03 TO 87:09 (RUNNING 00:00:21.007)**

```
03      Q.      All right, sir.  I want to get back
04 to something.  I want to turn back to 1998.  I want
05 to talk about the period prior to the time when
06 Merck had Vioxx approved.  Okay?  Do you remember
07 when Vioxx was approved?
08      A.      I believe it was late 1999, middle of
09 1999.
```

**15. PAGE 98:03 TO 98:10 (RUNNING 00:00:21.980)**

```
03      A.      I don't recall seeing this particular
04 document.
05      Q.      Okay.
```

☐ SCOL2 - scol2

```
06              For the record, it is an e-mail from
07 you to a series of individuals, Alan Nies, Beth
08 Seidenberg, Tom Simon, Robert Silverman.  Sir, are
09 all of those people Merck employees?
10      A.      Yes, they were.
```

**16. PAGE 112:22 TO 112:24 (RUNNING 00:00:10.717)**

```
22              So, it is, in fact, accurate to state
23 that in 1998 Merck had declining sales in several of
24 its key franchises; correct?
```

**17. PAGE 113:01 TO 113:13 (RUNNING 00:00:15.933)**

```
00113:01         THE WITNESS:  I've answered your
02 question.
03 BY MR. BUCHANAN:
04      Q.      I would like you to answer that
05 question, please.
06      A.      Some of its franchises had declining
07 sales.
```

☐ -KESCOL2 - Clear Attached Exhibit SCOL2

```
08      Q.      And they were key franchises?
09      A.      And some of them were key.
10      Q.      Okay.
11              You also had several drugs going off
12 patent in the near future; right?
13      A.      Correct.
```

**18. PAGE 115:17 TO 116:11 (RUNNING 00:00:35.344)**

```
17      Q.      You thought it was important to tell
18 your employees that Merck's base business was
19 eroding?
20      A.      Yes.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

```
        21        Q.        You thought it was important to tell
        22   them that Merck had several products going off
        23   patent?
        24        A.        They knew that.  This was to
        25   reemphasize that.
00116:01             Q.        You thought it was important to tell
        02   them that several of the recently launched products
        03   had not been as successful as anticipated?
        04        A.        I wanted to provide them the
        05   information in this document, yes, that's correct.
        06        Q.        You thought it was important to tell
        07   them that several of the recently launched products
        08   weren't as successful as you anticipated they'd be;
        09   right?
        10        A.        That's what's in here, and I wanted
        11   to provide them that information.
```

### 19. PAGE 117:18 TO 118:03 (RUNNING 00:00:21.399)

```
        18        Q.        They are the people who you would
        19   hope would be able to facilitate a speedy approval
        20   of your drug; correct?
        21        A.        That is part of their responsibility.
        22   Part of their jobs, yes.
        23        Q.        And that's part of why you provided
        24   this e-mail to them; right?
        25        A.        Yes.
00118:01             Q.        You wanted them to know how important
        02   it was that this drug proceed quickly through the
        03   regulatory approval process; right?
```

### 20. PAGE 118:06 TO 118:09 (RUNNING 00:00:03.131)

```
        06             THE WITNESS: Yes.
        07   BY MR. BUCHANAN:
        08        Q.        It was essential to the financial
        09   success of the firm; right?
```

### 21. PAGE 118:11 TO 118:18 (RUNNING 00:00:24.077)

```
        11             THE WITNESS: It was essential to
        12   Merck.  It was important to Merck, yes.
        13   BY MR. BUCHANAN:
        14        Q.        Okay.
        15             And, in fact, it was not only
        16   essential, but Vioxx's success was necessary to
        17   preserve Merck and Merck Research Labs period;
        18   correct?
```

### 22. PAGE 118:21 TO 118:22 (RUNNING 00:00:03.392)

```
        21             THE WITNESS: That is what I said in
        22   my e-mail.
```

### 23. PAGE 118:24 TO 119:01 (RUNNING 00:00:08.120)

```
        24        Q.        That's true; right?
        25        A.        I believe it is an exaggeration, but
00119:01   it has some truth.
```

### 24. PAGE 151:17 TO 151:20 (RUNNING 00:00:11.759)

```
        17        Q.        If you had conducted a CV outcomes
        18   trial in 1998, started it in 1998, that would have
        19   slowed down the approval process for the drug; true?
        20        A.        That is true.
```

### 25. PAGE 203:22 TO 204:20 (RUNNING 00:00:49.821)

```
        22        Q.        Before our break, we were talking
```

## Mason v. Merck

```
        23      about -- at least a few moments before our break we
        24      were talking about your March 9, 2000 e-mail.  Do
        25      you recall that testimony?
00204:01            A.      Yes, I do.
        02            Q.      That was the e-mail where you
        03      identified that the CV events were "clearly there."
        04      Right?
        05            A.      Yes.
        06            Q.      That it appeared to be "mechanism
        07      based" as you "worried it was."  Right?
        08            A.      That's what the e-mail says, yes.
        09            Q.      And you said it was also "real."
        10      Right?
        11            A.      Yes.
        12            Q.      Then we talked about what Merck and
        13      you did in response to your initial concerns about
        14      the CV issues with Vioxx; right?
        15            A.      Yes.
        16            Q.      Now, over a period of weeks, you
        17      reached the conclusion, contrary to your March 9th
        18      e-mail, that it wasn't Vioxx that was causing the
        19      problems, it was naproxen that was protecting
        20      against the problems; is that right?
```

**26. PAGE 204:22 TO 205:10  (RUNNING 00:00:30.234)**

```
        22            THE WITNESS:  That's correct.
        23      BY MR. BUCHANAN:
        24            Q.      You reached that conclusion in, what,
        25      18 days?
00205:01            A.      Within that period of time.
        02            Q.      Well, Merck issued a press release to
        03      the public on March 27, 2000 letting them know about
        04      the CV events in the trial as well as the GI events
        05      in the trial; correct?
        06            A.      Yes.
        07            Q.      And you stated at that point in time
        08      that you believed that the explanation for the
        09      difference between the two arms was the
        10      cardioprotective effect of naproxen; correct?
```

**27. PAGE 205:17 TO 205:18  (RUNNING 00:00:02.695)**

```
        17            THE WITNESS:  Yes, that's basically
        18      what the press release said.
```

**28. PAGE 207:06 TO 207:08  (RUNNING 00:00:08.797)**

```
        06            Q.      So, within 18 days, you had made a
        07      complete 180 in your view as to the cause of the CV
        08      events in the VIGOR trial; right?
```

**29. PAGE 207:12 TO 207:15  (RUNNING 00:00:14.849)**

```
        12            A.      Yes.  I thought the explanation which
        13      best explained the results was naproxen's
        14      cardioprotective activity based on data analysis,
        15      literature analysis, as I've stated.
```

**30. PAGE 209:08 TO 209:11  (RUNNING 00:00:10.903)**

```
        08            Q.      Did you bring in anybody who wasn't
        09      on the Merck payroll to look at the data from the
        10      VIGOR trial before you reached the decision that
        11      naproxen was cardioprotective?
```

**31. PAGE 209:14 TO 210:03  (RUNNING 00:00:27.877)**

```
        14            THE WITNESS:  As I've stated, I
```

## Mason v. Merck

```
        15  didn't bring in an outside consultant.  I do not
        16  know who the team might have consulted as outside
        17  investigators.
        18  BY MR. BUCHANAN:
        19        Q.       But you're pretty sure, though, if
        20  you had told your team, I want to get this data
        21  looked at by somebody independent of Merck, they
        22  could have done that; right?
        23        A.       They could have done it.  I don't
        24  know whether -- I don't that they didn't do it.
        25        Q.       But you do know you didn't tell them
00210:01  to do it?
        02        A.       I did not.  I did not, that is
        03  correct.
```

**32.  PAGE 231:17 TO 232:04 (RUNNING 00:00:27.967)**

```
        17        Q.       Did you consider the implications to
        18  the sales of the drug if your initial conclusion was
        19  the final conclusion?
        20        A.       Of course.  And that was not part of
        21  my reason for reaching my conclusion.
        22        Q.       What was the implication to sales of
        23  the drug if your initial conclusion was, in fact,
        24  the final conclusion?
        25        A.       Sales of the drug would be
00232:01  significantly curtailed.  The sales of the drug
        02  would be curtailed.  Even with the publicly
        03  available information, sales of the drug would be
        04  curtailed.
```

**33.  PAGE 232:08 TO 232:11 (RUNNING 00:00:07.996)**

```
        08        Q.       Did you ever tell the public your
        09  initial conclusion?
        10        A.       I did not because I thought it was an
        11  error.
```

**34.  PAGE 232:21 TO 233:09 (RUNNING 00:00:23.863)**

```
        21        Q.       Did you ever send an e-mail at the
        22  end of March 2000 saying, boy, I was way off on
        23  this --
        24        A.       No, I did --
        25        Q.       -- I feel very comfortable with the
00233:01  data now?
        02        A.       I did not send that in an e-mail like
        03  that, no.
        04        Q.       In fact, at the end of March, you
        05  were still worried, weren't you?
        06        A.       Yes, I was, even though I had reached
        07  what I thought was the right conclusion.  I always
        08  worried about the safety of our drugs, and I
        09  continued to worry about it.
```

**35.  PAGE 233:23 TO 234:02 (RUNNING 00:00:08.982)**

```
        23        Q.       Did you tell the FDA you were
        24  worried?
        25        A.       I didn't speak to the FDA, and I
00234:01  don't know what the regulatory affairs people told
        02  the FDA.
```

**36.  PAGE 235:23 TO 236:01 (RUNNING 00:00:09.763)**

```
        23              You don't think the FDA or the
        24  medical community would have been interested in what
        25  you, Ed Scolnick, were worried about with respect to
00236:01  Vioxx?
```

## Mason v. Merck

**37. PAGE 236:03 TO 236:08 (RUNNING 00:00:14.638)**

```
03            THE WITNESS:  If the FDA had wanted
04  to ask me, they would have asked me, and I
05  communicated with members of the medical community
06  in consultants' meetings.  I don't know what the
07  medical community as a whole or the public as a
08  whole would have liked to know.
```

**38. PAGE 236:18 TO 236:24 (RUNNING 00:00:16.383)**

```
18        Q.      So, you're saying that if the FDA had
19  wanted to figure out what you were thinking in terms
20  of concerns about Vioxx, they could have asked you?
21  Is that it?
22        A.      The FDA could have asked me any time
23  if they wanted to.  They had all the data available
24  to them.
```

**39. PAGE 237:20 TO 238:08 (RUNNING 00:00:22.839)**

```
20            Q.      Well, ultimately there was an
21  Advisory Committee held in February 2001; right?
22        A.      I think that date is correct.
23        Q.      And it was to consider certain of the
24  clinical trial data from VIGOR; right?
25        A.      Yes.
00238:01        Q.      And in particular, GI safety; right?
02        A.      Yes.
03        Q.      As well as CV safety; true?
04        A.      Correct.
05        Q.      GI being gastrointestinal?
06        A.      Yes.
07        Q.      CV being cardiovascular?
08        A.      Correct.
```

**40. PAGE 240:04 TO 240:09 (RUNNING 00:00:14.352)**

```
04        Q.      You never told the FDA at any point
05  in time to the best of your knowledge that your
06  initial conclusion was that the CV events seen in
07  the VIGOR trial were mechanism based and
08  attributable to Vioxx?
09        A.      I never told them that.
```

**41. PAGE 242:18 TO 242:21 (RUNNING 00:00:09.924)**

```
18        Q.      Merck submitted a proposed label to
19  FDA sometime in 2000; right?
20        A.      Yes.  I believe within three months
21  of having the VIGOR data.
```

**42. PAGE 243:22 TO 244:14 (RUNNING 00:00:38.147)**

```
22            So, at the end of March of 2000,
23  Merck issues a press release and tells the world the
24  favorable properties of Vioxx found in the VIGOR
25  trial as it relates to GI effects; correct?
00244:01        A.      That is correct.
02        Q.      Also discloses that there's an
03  increased number of -- excuse me -- a decreased
04  number of cardiovascular effects in the naproxen arm
05  of the VIGOR trial; right?
06        A.      That's correct.
07        Q.      You didn't tell the public that there
08  was an increased number of cardiovascular events in
09  the Vioxx arm; right?
10        A.      The press release was not worded that
11  way, that is correct.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

```
        12       Q.      Okay.  Because that would have
        13  suggested that Vioxx had actually increased the
        14  risk; right?
```

**43. PAGE 244:16 TO 244:17 (RUNNING 00:00:03.185)**

```
        16               THE WITNESS:  It might have suggested
        17  that, and we didn't believe that.
```

**44. PAGE 245:04 TO 245:07 (RUNNING 00:00:10.138)**

```
        04       Q.      You were trying to convey to people
        05  that it was, in fact, naproxen that was reducing the
        06  risk of cardiovascular events in the VIGOR trial;
        07  true?
```

**45. PAGE 245:09 TO 245:10 (RUNNING 00:00:03.889)**

```
        09               THE WITNESS:  True.  That's the way
        10  the press release was worded, as I stated before.
```

**46. PAGE 245:17 TO 245:25 (RUNNING 00:00:23.817)**

```
        17       Q.      Doctor, before we go on, even two
        18  weeks after you issued the press release, you,
        19  Merck, issued the press release announcing the VIGOR
        20  results, Dr. Ed Scolnick was still personally
        21  worried about what the results from VIGOR really
        22  meant; true?
        23       A.      That's correct.
        24       Q.      And you were worried that Vioxx was
        25  actually causing cardiovascular events; true?
```

**47. PAGE 246:02 TO 247:19 (RUNNING 00:01:27.446)**

```
        02               THE WITNESS:  I was worried that we
        03  couldn't exclude an effect of Vioxx, although the
        04  major effect, I was convinced, was due to naproxen.
        05  BY MR. BUCHANAN:
        06       Q.      And you actually told your staff that
        07  you personally were actually in minor agony over the
        08  issue; true?
        09       A.      True.
        10       Q.      And you told your staff that we're
        11  not going to know the answer until we do an outcomes
        12  trial; right?
        13       A.      That we were not going to know -- we
        14  were not going to be able to exclude an effect of
        15  Vioxx until we did an outcomes trial.
        16       Q.      You told your staff, your project
        17  team, we will not know for sure what is going on
        18  until we do an outcomes trial; true?
        19       A.      True.
        20       Q.      And you wanted to do a big outcomes
        21  trial; right?
        22       A.      Yes.  That's correct.
        23       Q.      Not some pooled analysis; right?
        24       A.      That's correct.
        25       Q.      You wanted to do a 10,000 patient
00247:01  study on Vioxx, 10,000 people on a comparator agent;
        02  true?
        03       A.      True.  That's correct.
        04       Q.      You were advocating using Tylenol as
        05  the comparator agent; right?
        06       A.      That was my idea, yes.
        07       Q.      You wanted to do a 20,000 person
        08  study in April of 2000 to evaluate the
        09  cardiovascular safety of Vioxx; right?
        10       A.      Correct.
```

CONFIDENTIAL

## Mason v. Merck

```
11       Q.        It was going to be a head-to-head
12  trial, Tylenol on one arm, Vioxx on the other;
13  right?
14       A.        That's correct.
15       Q.        And when did you run that trial?
16       A.        The project team told me that was a
17  trial that could not be done because patients
18  couldn't be kept on Tylenol who had osteoarthritis
19  for that long a period of time.
```

**48. PAGE 252:09 TO 253:18 (RUNNING 00:01:26.387)**

```
 09                 Let's look at this e-mail, then, from
10  April 12, 2000 from you to Dr. Reicin.  You wrote
11  this late at night; right?
12       A.        Yes.  It's dated 10:42 p.m.
13       Q.        You sent it with high importance;
14  true?
15       A.        True.
```

SCOL5 - scol5

```
16       Q.        And you wrote:  "Hi Alise.  I have
17  been trading e-mails with Doug Greene in real time."
18  Who is Doug Greene?
19       A.        Doug Greene at the time was head of
20  the clinical, regulatory and statistics department
21  at Merck, which is usually referred to as
22  development.
23       Q.         "We all are online too late.  I will
24  tell you my worry quotient is high.  I actually am
25  in minor agony."  Do you see that?
00253:01       A.        I do.
02       Q.        You wrote that?
03       A.        I did.
04       Q.        You meant it?
05       A.        I did.
06       Q.        "What I really want to do is a 10000
07  versus 10000 patient study in mild - moderate OA
08  Tylenol versus Vioxx with PRN" -- is that
09  preventative?
10       A.        No.  It means use if you need.
11       Q.        "With PRN low dose ASA."  Is that
12  aspirin?
13       A.        Yes.
14       Q.        "For those judged to need it."
15                 Sir, are you telling me that you
16  couldn't do a long-term study in patients with even
17  mild osteoarthritis, Tylenol versus Vioxx?
18       A.        That's what my team told me.
```

**49. PAGE 253:25 TO 254:04 (RUNNING 00:00:10.159)**

```
25       Q.        You continue.  "WE WILL NOT KNOW FOR
00254:01  SURE WHAT IS GOING ON UNTIL WE DO THIS STUDY.
02  PLEASE THINK HARD ABOUT THE DESIGN BEFORE THE PAC
03  MEETING."  You wrote that in all caps; right?
04       A.        I did.
```

**50. PAGE 263:23 TO 264:08 (RUNNING 00:00:36.957)**

```
23       Q.        Sir, I'm passing you over what we
24  just marked as exhibit, I think it's 7, to your
```

SCOL7 - scol7

```
25  deposition.  It's entitled, "VIOXX Outcomes Study
00264:01  Potential Designs."  For the record, it is
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

```
02    MRK-ABT0014818 to 827.  Do you recognize this as a
03    slide set, sir?
04         A.    That's what it looks like it is.
05         Q.    Okay.  It's entitled, "VIOXX Outcomes
06    Study Potential Designs."  It is a PowerPoint
07    printout.  Is that what it looks like to you?
08         A.    More or less.
```

### 51. PAGE 264:21 TO 265:13 (RUNNING 00:00:29.243)

```
21         Q.    This document summarizes several
22    different outcomes studies concerning cardiovascular
23    issues that were being considered in or around April
24    of 2000; true?
25         A.    Yes.
00265:01        Q.    One of the outcomes studies that was
02    being considered was the Vioxx versus Tylenol study;
03    true?
04         A.    Yes.
05         Q.    There's some pros and cons listed
```

SCOL7A -

```
06    there; right?
07         A.    Yes.
08         Q.    One of the pros is, "This study
09    directly addresses the question of the CV safety of
10    COX-2 inhibitors."  Do you see that?
11         A.    Yes.
12         Q.    I read that right; correct?
13         A.    Yes.
```

### 52. PAGE 266:25 TO 267:17 (RUNNING 00:00:40.253)

```
25         Q.    Okay.  There's two cons that are
00267:01    listed here; right?
02         A.    Yes.
03         Q.    One is, "Demonstration of a CV
04    difference would likely be due to a COX-2 CLASS
05    effect but would put VIOXX at extreme disadvantage
06    to celebrex and negate existing OA and Alzheimers
07    data."  Do you see that?
08         A.    I do.
09         Q.    The next point was there was a
10    possibility that you detect "small differences from
11    Tylenol in GI safety," and that would be of concern;
12    true?
13         A.    That's what it says.
14         Q.    Okay.  You were concerned that if you
15    went head-to-head Vioxx versus Tylenol, you might
16    highlight some favorable GI safety properties of
17    Tylenol.  Isn't that right?
```

### 53. PAGE 267:19 TO 268:01 (RUNNING 00:00:12.541)

```
19         THE WITNESS:  That's what this says.
20    I wasn't concerned about that.  That's what this
21    says.
22    BY MR. BUCHANAN:
23         Q.    Okay.
24         There was also a possibility that you
25    might be wrong, and the cardiovascular effects seen
00268:01    in VIGOR was really due to Vioxx; right?
```

### 54. PAGE 268:03 TO 268:04 (RUNNING 00:00:03.227)

```
03         THE WITNESS:  That's what this says
04    as a con for the study.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

**55. PAGE 268:16 TO 269:10 (RUNNING 00:00:44.313)**

```
16              So, it wouldn't have been unethical
17  to do a trial of Vioxx versus Tylenol?
18      A.      What I said is it would be undoable
19  based on other input people gave me because Tylenol
20  would not relieve pain enough to be monotherapy in
21  such a trial.
22      Q.      So, someone was speculating that if
23  you did Vioxx versus Tylenol, people may fall out of
24  the Tylenol arm over time because it was
25  ineffective; is that right?
00269:01    A.      Yes.  Not speculating, but saying it
02  just as in -- the same manner as on this slide, that
03  was another point brought up many times during the
04  discussion.
05      Q.      Well, that's what I'm wondering.  I
06  don't see it on this slide.  Do you see that point
07  raised on this slide, sir?
08      A.      I do not, but it was something people
```

☐ -KESCOL7A - Clear Attached Exhibit SCOL7A

```
09  talked about.  Not all points of meetings are on our
10  slides.
```

**56. PAGE 270:02 TO 270:17 (RUNNING 00:00:41.468)**

```
02              Now, apart from just asking your
03  internal folks and thinking about yourself what type
04  of CV study could be done, you actually consulted
05  with some people from outside Merck; right?
06      A.      Several.
07      Q.      Okay.  You asked them whether a CV
08  study could be designed to evaluate the
09  cardiovascular safety of Vioxx, didn't you?
10      A.      I asked them what kind of study could
11  be designed, yes.
12      Q.      You actually spoke with a John Oates
13  about whether a trial could be done to test the CV
14  safety of Vioxx; right?
15      A.      I don't remember all the people that
16  our group talked to.  Dr. Oates was one of our
17  consultants on our board of advisors.
```

**57. PAGE 271:10 TO 271:24 (RUNNING 00:00:33.166)**

```
10      Q.      Wasn't it Dr. Oates' view right after
11  the VIGOR data was released that you had to do
12  another trial comparing Vioxx with aspirin and
13  naproxen to see whether Vioxx was cardiotoxic?
14      A.      I don't remember.  I really don't
15  remember.
16      Q.      Do you remember that study design
17  being proposed?
18      A.      I remember that among several study
19  designs, yes.
20      Q.      Did you ever do that study?
21      A.      That study was not done.
22      Q.      You never did a study like that;
23  right?
24      A.      That study was not done.
```

**58. PAGE 305:15 TO 305:19 (RUNNING 00:00:14.002)**

```
15              Following the Advisory Committee in
16  2001, a series of negotiations took place with FDA
17  concerning the label for Vioxx; right?
```

## Mason v. Merck

```
18        A.      Yes, a very long time before we
19   actually got a label from them.
```

**59. PAGE 311:21 TO 313:03 (RUNNING 00:01:23.137)**

```
21        Q.        I want to pass you over what we just
22   marked as Exhibit 11 to your deposition.  It's an
23   e-mail dated January 31st, 2001 from you to Mr.
24   Gilmartin and Mr. Anstice.  The subject is "Monday
25   MC."  Do you see that?
00312:01        A.      Yes.
02        Q.      "MC" refers to management committee?
03        A.      Yes.
```

📄 SCOL11 - scol11



```
04        Q.        It is Bates stamped MRK-ACR0008985.
05        You write, I guess it's the second
06   sentence or so:  "The Vigor meeting is next
07   thursday.  On Monday I will show you the essence, an
08   update, of the data that supports Vioxx is safe in
09   the Cv sense.  But I want to point out to all of you
10   at one time that 1. there is no way to prove that in
11   patients with rheumatoid arthritis that," and you
12   put this in all caps, "ALL of the difference between
13   Vioxx and naproxen is due to the benefit of
14   naproxen."  Do you see that.
15        A.      I do.
16        Q.      Then you continue.  "IT IS IMPOSSIBLE
17   TO PROVE THIS."  That's all caps; right?
18        A.      Yes.
19        Q.      And you continue further.  "IT IS
20   IMPOSSIBLE TO KNOW THIS WITH CERTAINTY."  That's
21   what you wrote; right?
22        A.      I did.
23        Q.      And that was -- that was your feeling
24   as of January 31st, 2001?
25        A.      Yes.  That's just what I've just told
00313:01   you again.
02        Q.      A week before the Advisory Committee?
03        A.      Yes.
```

**60. PAGE 313:25 TO 314:15 (RUNNING 00:00:37.651)**

```
25        Q.        You continue, "Knowing what is about
```

📄 SCOL11A -



```
00314:01   to happen, managing the short term fall out, and
02   facing and managing any longer term consequences."
03   "Short term fall out," what are you thinking about
04   there?
05        A.      When all the data is presented again,
06   people will raise questions whether we can prove the
07   negative completely and, therefore, will question
08   whether they should use Vioxx or not.
09        Q.      "Short term fall out" also refers to
10   potential impact on Merck stock; right?
11        A.      I don't know.  I think I had in mind
12   just the effects on Vioxx.
13        Q.      Well, the effects of Vioxx would
14   include decreased sales of Vioxx; true?
```

📄 -KESCOL11A - Clear Attached Exhibit SCOL11A



```
15        A.      Yes.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

**61. PAGE 315:11 TO 315:24 (RUNNING 00:00:27.094)**

```
11        Q.        Well, did you think that negative
12   labeling for Vioxx would have an adverse effect on
13   Vioxx sales?
14        A.        Certainly.
15        Q.        Did you think that if there was a CV
16   warning for Vioxx, that that would have a negative
17   effect on Vioxx sales?
18        A.        Certainly, but I didn't expect a CV
19   warning based on the data.
20        Q.        Did you think that if there was a CV
21   warning on Vioxx, that would also have an effect on
22   Merck stock?
23        A.        Certainly.  But as I've said, I did
24   not expect a CV warning.
```

**62. PAGE 322:06 TO 325:17 (RUNNING 00:03:20.385)**

```
06        Q.        And you really thought it was a
07   challenge in your team to convince the FDA and the
08   Advisory Committee that Vioxx didn't have a
09   cardiovascular problem; true?
10        A.        We had all the data which said that
11   we didn't have a problem, and we wanted to make sure
12   we could present all that data, sure.
13        Q.        But it wasn't just a challenge, it
14   was almost impossible; right?
15        A.        It was impossible to prove the
16   negative, which I pointed out in my e-mail note.  It
17   was possible to present all the data which supported
18   our position.
19        Q.        Well, the Advisory Committee went
20   well from your perspective; true?
21        A.        Yes.  Quite well.
22        Q.        Your team did a fantastic job; true?
23        A.        Yes.
24        Q.        And they made the FDA look like
25   "grade d high school students."  Isn't that what you
00323:01   said?
02        A.        I did in an e-mail note, yes.  I
03   regret those words, but we did a good job.
04        Q.        You meant them when you wrote it?
05        A.        It was -- I meant them.  It was an
06   allusion to something that had happened a few years
07   ago, but I did write those words.
08        Q.        This is the same FDA that you
09   respect?
10        A.        Yes.
11        Q.        This is the same FDA that's
12   responsible for the public safety?
13        A.        That's correct.
14        Q.        This is the same FDA that's
15   responsible for evaluating the cardiovascular data
16   concerning your drug?
17        A.        Yes.
18        Q.        And you were proud that your team
19   made the FDA look like grade D high school students;
20   true?
21        A.        I wrote those words.  I regret the
22   choice of words.  I wrote those words.
23        MR. BUCHANAN:  Let's mark as Exhibit
24   12, I think, the e-mail you were referring to, sir.
25                    - -    - -
00324:01                    (Whereupon, Deposition Exhibit
02                    Scolnick-12, E-mails, MRK-ACT0018064,
03                    was marked for identification.)
```

CONFIDENTIAL

page 13

## Mason v. Merck

```
04                  -   -   -
05                  THE WITNESS:  Yes.
06  BY MR. BUCHANAN:
07          Q.      Dr. Scolnick, I just passed you over
08  Exhibit 12 to your deposition.  It is an e-mail, two
09  e-mails, the earliest of which is an e-mail from you
10  to several folks, subject, "Today."  It's Bates
11  stamped MKR-ACT0018064.  It's dated Thursday,
12  February 8, 2001, 9:10 p.m. is the time.  Do you see
13  that?
14          A.      Yes, I do.
15          Q.      You wrote this the day of the
16  February 2001 Advisory Committee?
17          A.      I don't remember the date of the
18  meeting.
19          Q.      You wrote "To ALL" --
20          A.      It looks like it is the same day.
```

SCOL12 -

```
21          Q.      "To ALL:  I bit my nails all day."
22  You're referring to you listening to the Advisory
23  Committee?
24          A.      Either listening or being there.  I
25  don't remember whether I was there or I viewed it.
00325:01        Q.      If you didn't go, you did listen?
02          A.      Yes.
03          Q.      You said, "You all were FANTASTIC."
04  You wrote that in all caps; right?
05          A.      Yes.
06          Q.      You then wrote that "You made them
07  look like grade d high school students."  Right?
08          A.      That's what the memo says.
09          Q.      You say, "and you won big huge and
10  completely."  True?
11          A.      That's what I said.
12          Q.      You wrote that?
13          A.      Yes.
14          Q.      You note at the end of this that your
15  team should, "enjoy and bask in the warmth of having
16  done an impossible job superbly."  Is that right?
17          A.      That's what I wrote.
```

**63.  PAGE 329:10 TO 329:24  (RUNNING 00:00:35.536)**

```
10          Q.      So, after this Advisory Committee in
11  February of 2001, you got a letter from the FDA
12  saying that they were conditionally approving
13  Merck's supplemental new drug application; right?
14          A.      At some point we got a letter back
15  from them, yes.
16          Q.      You didn't like the tone of the
17  letter, though, did you?
18          A.      We didn't like the tone, and we
19  didn't like the content.  As I said earlier, they
20  ignored all the GI data.  They completely left it
21  out.  They left out the Alzheimer's data, and they
22  had a warning, despite what had happened at the
23  Advisory Committee, where no warning was suggested
24  based on all the data, or voted for.
```

**64.  PAGE 331:12 TO 331:18  (RUNNING 00:00:27.362)**

```
12          Q.      For the record, Dr. Scolnick, I've
13  just passed you what we've marked as Exhibit 13 to
14  your deposition.  It's a two-page series of e-mails
15  Bates stamped MRK-ACR0009151 to 9152.  Doctor, you
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

```
16  are, in fact, an author and recipient on several of
17  these e-mails; true?
18       A.     Yes.
```

**65. PAGE 332:09 TO 332:25 (RUNNING 00:00:39.443)**

```
09       Q.     You didn't like the tone of the
10  approvable letter you got from Merck's supplemental
11  NDA; true?
12       A.     That's correct.  I don't remember
13  what was in it at this point, so, it's very hard to
```

SCOL13 - scol13

```
14  respond to your question.
15       Q.     I'll just read the first sentence.
16  "To ALL:  I am sure you imagine my reaction to the
17  tone of the letter.  The open ended request for
18  safety updates is a filibuster."  Do you see that?
19       A.     Yes.
20       Q.     What's a filibuster?
21       A.     It's a delaying tactic.
22       Q.     So, you thought the FDA was trying to
23  delay approval of your supplemental NDA request to
24  get safety information?
25       A.     That's what I wrote.
```

**66. PAGE 333:14 TO 334:12 (RUNNING 00:00:44.233)**

```
14       Q.     Then you state, "When will you find
```

SCOL13A -

```
15  out what they have done for our competitor?  If by
16  any chance they get a better label now and we are
17  asked for this much more data, I will be in Janet's
18  office the next day."  Do you see that?
19       A.     Yes.
20       Q.     Your competitor would be Celebrex?
21       A.     Yes.
22       Q.     The manufacturer of Celebrex?
23       A.     Yes.
24       Q.     Okay.
25              You were concerned that the
```

-KESCOL13A - Clear Attached Exhibit SCOL13A

```
00334:01  manufacturers of Celebrex were going to get an
02  approved label before Vioxx was going to get an
03  approved label?
04       A.     For GI outcomes, yes, that's what I
05  think I was concerned about.
06       Q.     And if that happened, you were going
07  to go down there to the FDA and see Janet the next
08  day; is that right?
09       A.     That is what I said in the memo.
10       Q.     Who is Janet?
11       A.     Janet was Janet Woodcock, who was, I
12  believe, the head of the drug part of the FDA.
```

**67. PAGE 334:20 TO 334:24 (RUNNING 00:00:07.874)**

```
20       Q.     So, you felt you could go down there
21  to Janet's office, and you could tell her to
22  straighten things out and make sure that Merck's
23  label got approved on the terms you wanted it
24  approved on?
```

CONFIDENTIAL

## Mason  v.  Merck

**68. PAGE 335:01 TO 335:04  (RUNNING 00:00:07.978)**

```
00335:01               THE WITNESS:  I don't know exactly
      02   what I was thinking.  I certainly wanted to advocate
      03   on Merck's behalf if this were to happen.  That's
      04   what this memo says.
```

**69. PAGE 335:12 TO 335:15  (RUNNING 00:00:09.739)**

```
      12          Q.      Sir, is that the way it's supposed to
      13   work, when you want to address a labeling request
      14   with the FDA, you go down, and you go into Janet
      15   Woodcock's office to address it?
```

**70. PAGE 335:18 TO 336:08  (RUNNING 00:00:45.268)**

```
      18               THE WITNESS:  The head of the drug
      19   office can be involved in labeling negotiations.
      20   BY MR. BUCHANAN:
      21          Q.      Is that who Janet Woodcock was?
      22          A.      I believe at the time she was head of
      23   the drug approval part of the FDA as opposed to
      24   vaccines and other parts of the FDA, I believe, but
      25   I'm not certain.
00336:01          Q.      So, in other words, if the FDA
      02   perchance decided to give the Celebrex manufacturers
      03   the label they had sought before you got it, you
      04   were going to go down to the, what's this, the head
      05   of drug approval and complain?  Is that your
      06   testimony?
      07          A.      That was -- that's what this note
      08   implies.
```

**71. PAGE 340:24 TO 341:05  (RUNNING 00:00:17.629)**

```
      24          Q.      You said that you weren't just going
      25   to stop with Janet; right?
00341:01          A.      That's what this says.
      02          Q.      You said you'd go beyond if you
      03   needed to with other contacts you'd made in HHS;
      04   right?
      05          A.      That's what this says.
```

**72. PAGE 341:17 TO 341:20  (RUNNING 00:00:07.292)**

```
      17               So, you'd go over Janet's head if you
      18   needed to?
      19          A.      In order to make scientific points
      20   which I felt strongly about.
```

**73. PAGE 343:01 TO 343:06  (RUNNING 00:00:12.202)**

```
00343:01               I see the last sentence here you say,
      02   "I have never seen being nice to the FDA-except on
      03   rare occasions-pay off."  You wrote that?
      04          A.      Yes.
      05          Q.      You meant it?
      06          A.      Yes.
```

**74. PAGE 343:07 TO 343:11  (RUNNING 00:00:06.342)**

```
      07          Q.      It's a true statement?
      08          A.      It was my feeling.
      09          Q.      True statement when you wrote it,
      10   sir?
      11          A.      It is my feeling when I wrote it.
```

**75. PAGE 353:12 TO 353:25  (RUNNING 00:00:28.427)**

```
      12          Q.      Then you say, "One cannot deal with
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

```
13  them in a rational way."  Right?
14        A.      That's what I said.
15        Q.      And rational way was your way; right?
16        A.      No.  Rational way was the way we had
17  been trying to deal with them when we submitted the
18  supplemental NDA, with all of the data that was
19  supported at the Advisory Committee meeting.
20        Q.      Right.
21                To be clear, what the FDA was asking
22  for was additional safety information in their
23  approvable letter; true?
24        A.      That's what the memo implies.  I do
25  not know nor recall what was in that request.
```

**76. PAGE 354:14 TO 354:19 (RUNNING 00:00:12.730)**

```
14  BY MR. BUCHANAN:
15        Q.      The bottom line is that the FDA,
16  looking for additional data on Vioxx in connection
17  with your supplemental NDA request, jeopardized your
18  ability to get the label you wanted in the
19  marketplace; true?
```

**77. PAGE 354:21 TO 355:05 (RUNNING 00:00:20.328)**

```
21                THE WITNESS:  They were retarding the
22  process in my opinion.
23  BY MR. BUCHANAN:
24        Q.      And you needed that process to move
25  quickly; right?
00355:01       A.      That was our goal.  We wanted it to
02  move quickly.  We had submitted our application very
03  quickly, and it still had been almost a year after
04  the application was submitted, and we didn't yet
05  have a label back.
```

**78. PAGE 355:23 TO 356:10 (RUNNING 00:00:24.650)**

```
23        Q.      You did get a label at some point in
24  time in connection with your supplemental new drug
25  application for Vioxx; true?
00356:01       A.      Yes.
02        Q.      You got that in the fall of 2001?
03        A.      I don't recall the exact date.  It
04  was certainly after this in 2001.
05        Q.      Had a CV warning?
06        A.      Yes.
07        Q.      CV means cardiovascular; right?
08        A.      Yes.
09        Q.      In the warnings section of the label?
10        A.      Yes.
```

**79. PAGE 357:04 TO 357:17 (RUNNING 00:00:20.591)**

```
04        Q.      The label you got from the FDA had a
05  cardiovascular warning in the warnings section;
06  true?
07        A.      I believe so.
08        Q.      You thought it was ugly?
09        A.      I did.
10        Q.      You thought it was ugly cubed?
11        A.      I did.
12        Q.      That's ugly times ugly times ugly;
13  right?
14        A.      Ugly cubed is exactly what you've
15  stated.
16        Q.      Ugly three times over; right?
17        A.      Right.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

**80. PAGE 360:22 TO 361:04 (RUNNING 00:00:24.058)**

```
22          Q.      Sir, I'm going to pass over what
23   we've just marked as Exhibit 14 to your deposition.
24   It is a series of e-mails, three of them in
25   particular, from October 2001.  For the record, it
00361:01   is Bates stamped MRK-ABW0004799.
02                  Sir, you've seen this document
03   before; right?
04          A.      Yes, I have.
```

**81. PAGE 361:14 TO 363:02 (RUNNING 00:01:08.863)**

```
14          Q.      It is from October 15th, 2001?
15          A.      Yes.
16          Q.      You said --
17          A.      October 16th.
18          Q.      You said, "David."  That's David
19   Anstice; right?
20          A.      Yes.
21          Q.      He's the president of U.S. human
22   health?
23          A.      Yes.
24          Q.      That was the group within Merck
25   responsible for all the marketing of Vioxx?
00362:01          A.      The domestic marketing of Vioxx.
```

SCOL14 - scol14                                          

```
02          Q.      You told him, "Be assured we will not
03   accept this label."  Right?
04          A.      That's what my memo says.
05          Q.      David was concerned about this label;
06   right?
07          A.      Yes.
08          Q.      Okay.
09                  Thought it put you at a competitive
10   disadvantage; right?
11          A.      Yes.  And it didn't accurately
12   reflect our data.
13          Q.      You were telling David that I'm going
14   to do what I can to make sure we don't get that
15   label; right?
16          A.      Yes.
17          Q.      I'm going to do what I can to make
18   sure there's no CV warning in the Vioxx label;
19   right?
20          A.      That isn't what this says.  It says,
21   "We will not accept this label" and "if we need to
22   we will go to an Advisory Committee meeting" to get
23   them to review what our label should look like, a
24   scientific process to resolve the potential -- a
25   potential disagreement between the FDA and Merck.
00363:01          Q.      So, you rejected the label you got
02   from the FDA that had the CV warning; true?
```

**82. PAGE 363:04 TO 363:18 (RUNNING 00:00:26.557)**

```
04                  THE WITNESS:  We rejected this label
05   in its totality.  It had a CV warning, and it
06   ignored the GI data that we had garnered in VIGOR.
07   BY MR. BUCHANAN:
```

SCOL14A - scol14a                                        

```
08          Q.      David responded to you, "We knew it
09   would be UGLY and it is."  Right, he said that to
10   you?
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

```
    11          A.     Yes.
    12          Q.     He also said, "We'll fight back and
    13  see where we get."  Right?
    14          A.     Yes.  That's what he said.
    15          Q.     And he again said, we'll "ask for an
    16  advisory committee" if we can't make headway with
    17  the FDA; right?
    18          A.     That's what he said.
```

**83. PAGE 364:12 TO 365:12 (RUNNING 00:00:49.519)**

```
    12          Q.     You then say here in the final one,
    13  your final e-mail from October 16, 2001, "It is ugly
```

📄 SCOL14B -

```
    14  cubed."  Right?
    15          A.     Yes.
    16          Q.     You say, "thye," that should be they;
    17  right?
    18          A.     Yes.
    19          Q.     "Thye are bastards."  True?
    20          A.     That's what the e-mail says.
    21          Q.     That's what you wrote?
    22          A.     That's what I wrote.
    23          Q.     You meant it when you wrote it?
    24          A.     I was very upset when I wrote the
    25  e-mail.
00365:01          Q.     So, this particular group within the
    02  FDA was devious and antagonistic; true?
    03          A.     That's what I wrote.
    04          Q.     They were bastards?
    05          A.     That reflected my emotional
    06  unhappiness with their label.
    07          Q.     They had the ability of grade D high
    08  school students; true?
    09          A.     That's what I wrote.
    10          Q.     And if you wanted to get anything
```

📄 -KESCOL14B - Clear Attached Exhibit SCOL14B

```
    11  done with them, you couldn't treat them with
    12  respect; true?
```

**84. PAGE 365:14 TO 365:17 (RUNNING 00:00:07.745)**

```
    14          THE WITNESS:  I wrote all of these
    15  things, and I felt that we were not getting a fair
    16  process from this division.
    17  BY MR. BUCHANAN:
```

**85. PAGE 365:18 TO 365:22 (RUNNING 00:00:10.656)**

```
    18          Q.     The FDA was pretty insistent this
    19  drug needed a cardiac warning, weren't they?
    20          A.     They presented this label to us, so,
    21  they must have felt that way.  This division felt
    22  that way.
```

**86. PAGE 366:03 TO 366:09 (RUNNING 00:00:12.157)**

```
    03          Q.     You took from that that the FDA at
    04  least was concerned about the potential
    05  cardiovascular implications of your drug; true?
    06          A.     Yes.
    07          Q.     And they wanted to warn the American
    08  public about the potential cardiovascular
    09  implications of Vioxx; true?
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

**87. PAGE 366:11 TO 366:13 (RUNNING 00:00:04.320)**

```
11              THE WITNESS:  Yes, despite the
12  Advisory Committee meeting, which had not felt that
13  way.
```

**88. PAGE 371:15 TO 371:23 (RUNNING 00:00:26.589)**

```
15              Dr. Scolnick, I just passed you what
16  we marked as Exhibit 15 to your deposition.  It's a
17  three e-mail sequence from November 8, 2001.  The
18  subject here says "History lesson."  Do you see
19  that?
20      A.      Uh-huh, yes, I do.
21      Q.      It's an exchange between initially
22  from you to Doug Greene and Bonnie Goldmann; true?
23      A.      Yes.
```

**89. PAGE 372:18 TO 373:03 (RUNNING 00:00:23.937)**

```
18      Q.      You said, "Doug and Bonnie twice in
```

SCOL15-1 -



```
19  my life I've had to say to FDA 'That label is
20  unacceptable, we will not under any circumstances
21  accept it.'"  Do you see that?
22      A.      Yes, I do.
23      Q.      You continue there and you say, "You
24  WILL," in all caps, will, "have to do that on the
25  cardiac warning for Vioxx.  I assure you that you
00373:01  will."  That's what you wrote; right?
02      A.      I did.  You skipped an intervening
03  sentences.
```

**90. PAGE 373:12 TO 374:02 (RUNNING 00:00:33.251)**

```
12      Q.      Paragraph continues where I was
13  before, "You WILL," in all caps will, "have to do
14  that on the cardiac warning for Vioxx.  I assure you
15  that you will."  Did I read that right?
16      A.      Yes, you did.
17      Q.      You put "will" in emphasis to these
18  people; right?
19      A.      Yes, I did.
20      Q.      And these were the people who were
21  dealing with the FDA in connection with the label
22  negotiations; right?
23      A.      Yes.
24      Q.      You told them, "And I assure you I
25  will NOT," and again in all caps, "NOT sign off on
00374:01  any label that had a cardiac warning."  True?
02      A.      That's what the e-mail says.
```

**91. PAGE 376:10 TO 376:15 (RUNNING 00:00:22.970)**

```
10      Q.      So, you negotiated with the FDA over
11  this label concerning cardiac and GI warnings from
12  October of 2001 until April of 2002; true?
13      A.      That's correct.  Because we believed
14  that the drug did not justify having a cardiac
15  warning based on our data.
```

**92. PAGE 381:11 TO 382:02 (RUNNING 00:00:45.559)**

```
11      Q.      Doctor, I passed you over what we
12  marked as Exhibit 16 to your deposition.  It is a
13  relatively brief e-mail, Bates stamped
14  MRK-ACR0009297 dated February 25th, 2002 from you
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:26 PM

## Mason v. Merck

```
15  again to this same team of people working on the
16  negotiations over the Vioxx label; true?
17      A.      Yes.
```

📄 SCOL15 - scol15                                                    

```
18      Q.      You wrote, "To ALL:  If you can get
19  this label it will be an Al Michaels quote:  'Do you
20  believe in miracles?'"  What are you referring to
21  there?
22      A.      I'm referring to Al Michael's quote
23  when the U.S. Olympic team beat the Russians in
24  whatever year it was in ice hockey.
```

📄 -KESCOL15 - Clear Attached Exhibit SCOL15                          

```
        25      Q.      It was like an impossible task;
00382:01  right?
        02      A.      It certainly appeared to be.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:37:54.412)**

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

**Mason v. Merck**

---

 **Scolnick, Edward (Vol. 05) - 06/01/2005**          1 CLIP  (RUNNING 02:26:50.998)

 Scolnick



**SCOLNICK 5**          **151 SEGMENTS  (RUNNING 02:26:50.998)**

**1. PAGE 819:21 TO 820:01  (RUNNING 00:00:09.614)**

```
        21          Q.      Good morning, Dr. Scolnick.  Would
        22   you please tell us your full name?
        23          A.      Edward M. Scolnick.
        24          Q.      Dr. Scolnick, are you currently
        25   employed by Merck?
  00820:01          A.      No, I am not.
```

**2. PAGE 820:05 TO 822:09  (RUNNING 00:02:18.937)**

```
        05          Q.      Why are you no longer employed by
        06   Merck?
        07          A.      I retired from Merck September 1st,
        08   2004.
        09          Q.      Can you tell us the reasons that you
        10   retired from Merck in September of 2004?
        11          A.      Yes.  I retired to pursue other
        12   interests that I've developed in the field of severe
        13   mental illness, specifically schizophrenia and
        14   bipolar disorder.
        15          Q.      Where are you pursuing those
        16   interests right now?
        17          A.      I'm pursuing interests at a
        18   newly-formed genome institute called the Broad
        19   Institute at MIT and Harvard, in the Harvard medical
        20   hospitals.
        21          Q.      What prompted your interest in this
        22   field?
        23          A.      My interests have been prompted by
        24   unfortunate illnesses in some family members, and
        25   because of that, interactions that I've had in
  00821:01   service organizations that help families with family
        02   members beset by either of these two illnesses.
        03          Q.      Dr. Scolnick, can you just describe
        04   for us generally the type of work you're currently
        05   doing in this project?
        06          A.      Yes.  We have organized a new
        07   initiative in this field to try to find the genetic
        08   basis for these illnesses.  It is well known for
        09   many years that there's a heavy genetic basis for
        10   both schizophrenia and bipolar disorder.  The genes
        11   have not been found in this institute, which is
        12   world class in genetics, is interested in the
        13   problem, and I thought it was a wonderful
        14   opportunity to try to really make a difference in
        15   this field.
        16          Q.      Dr. Scolnick, are you married?
        17          A.      Yes, I am.
        18          Q.      How long have you been married?
        19          A.      Since 1965.  41 years.
        20          Q.      Do you have children?
        21          A.      Yes, three.
        22          Q.      Any grandchildren?
        23          A.      One.
        24          Q.      Granddaughter or grandson?
        25          A.      Granddaughter, recent vintage, about
```

**CONFIDENTIAL**

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
00822:01   six months old.
      02        Q.        Where do you currently live?
      03        A.        We live in Wayland, Massachusetts.
      04        Q.        Dr. Scolnick, would you please tell
      05   us over what time period you were employed by Merck?
      06        A.        Yes.  I started working at Merck in
      07   July 1982, and retired in September 1st, 2004.
      08        Q.        What was your role in the development
      09   of the drug Vioxx?
```

**3. PAGE 822:12 TO 822:20 (RUNNING 00:00:23.708)**

```
      12             THE WITNESS:  During the development
      13   of Vioxx, I was president of the research
      14   laboratories and had the basic research group and
      15   clinical groups, therefore, reporting to me, who
      16   initiated and carried out the project.
      17   BY MR. RABER:
      18        Q.        What were your general duties and
      19   responsibilities as the president of the Merck
      20   Research Lab?
```

**4. PAGE 822:23 TO 823:04 (RUNNING 00:00:14.581)**

```
      23             THE WITNESS:  My general
      24   responsibilities were to oversee the quality of the
      25   science and clinical science and basic science that
00823:01   was conducted by members of the laboratories.
      02   BY MR. RABER:
      03        Q.        During what period of time were you
      04   the president of the Merck Research Lab?
```

**5. PAGE 823:07 TO 823:09 (RUNNING 00:00:12.173)**

```
      07             THE WITNESS:  I was president of the
      08   laboratories from, it's either from late April or
      09   early May 1985 through January 1st, 2003.
```

**6. PAGE 823:11 TO 823:17 (RUNNING 00:00:22.232)**

```
      11        Q.        Dr. Scolnick, did Merck have a group
      12   of scientists that was assigned to the Vioxx
      13   project?
      14        A.        Yes, it did.
      15        Q.        Can you tell us generally the
      16   backgrounds of the people who worked at MRL, Merck
      17   Research Labs, while you were president?
```

**7. PAGE 823:19 TO 824:09 (RUNNING 00:00:43.680)**

```
      19             THE WITNESS:  We had people of
      20   varying scientific backgrounds, many people with
      21   medical degrees, training in various aspects of
      22   cellular and biochemical science, physiology,
      23   toxicology, drug metabolism, clinical research,
      24   statistics, a whole variety of disciplines.
      25   BY MR. RABER:
00824:01        Q.        About how many doctors and scientists
      02   worked within the Merck Research Labs division?
      03        A.        At the time I retired, the total
      04   number of persons in the laboratory and science were
      05   close to 10,000.  I think it was around 3,000 when I
      06   started.
      07        Q.        What type of research is done at
      08   Merck Research Labs and was done while you were
      09   president of the division?
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

### 8. PAGE 824:11 TO 825:04 (RUNNING 00:00:57.791)

```
11              THE WITNESS:  Most of the research
12  was focused on finding new treatments or new
13  preventions for serious medical illnesses that
14  really had poor treatments or no treatments.  That
15  was the clear mantra of the laboratory.
16  BY MR. RABER:
17       Q.      Are there different types of research
18  that are done in a research lab like MRL?
19       A.      Yes.  There's very basic research,
20  which is sometimes described as discovery research.
21  There's chemistry that goes on associated with that.
22  There's also so-called development research, which
23  is the testing for safety and then clinical safety
24  and efficacy of the compounds or vaccines that are
25  brought into development as potential new treatments
00825:01  or preventions.
02       Q.      When you mentioned clinical efficacy,
03  is that another way to say that a drug works the way
04  it's supposed to work or intended to work?
```

### 9. PAGE 825:06 TO 825:12 (RUNNING 00:00:21.640)

```
06              THE WITNESS:  Clinical efficacy is --
07  it means the testing in people to see whether the
08  drug works or does not work as you think it's going
09  to, or sometimes it works even better than you think
10  it is going to or not quite as well as you think it
11  is going to.  It is trying to gather the clinical
12  data to see what a drug does in patients.
```

### 10. PAGE 826:03 TO 826:06 (RUNNING 00:00:18.194)

```
03       Q.      During your time as the president of
04  Merck Research Labs, was there ever a time where you
05  did not have enough money or resources to do
06  development research for safety and efficacy?
```

### 11. PAGE 826:09 TO 826:12 (RUNNING 00:00:08.208)

```
09              THE WITNESS:  No.  We always had
10  sufficient resources to do anything clinical in
11  development with a drug to prove its efficacy and
12  safety.
```

### 12. PAGE 826:14 TO 826:17 (RUNNING 00:00:09.667)

```
14       Q.      I want to talk, if we can, about some
15  drugs that were developed at Merck while you were
16  president of Merck.  Can you give us a few examples?
17       A.      Yes.
```

### 13. PAGE 826:20 TO 828:06 (RUNNING 00:01:59.752)

```
20              THE WITNESS:  The drugs that I recall
21  best are Mevacor, the first so-called statin that
22  really revolutionized the treatment of coronary
23  artery disease, and its sister compound, Zocor,
24  which even further revolutionized the treatment of
25  underlying atherosclerosis, because we performed a
00827:01  really hallmark study, a five-year study with Zocor
02  which showed that it reduced cardiac events and
03  total mortality.  Those were spectacularly important
04  drugs in medicine that we developed.
05              We developed a wonderful protease
06  inhibitor called Crixivan against one of the key
07  enzymes of the AIDS virus that was part of the,
08  again, revolutionary triple therapy that came to be
```

## Mason v. Merck

```
09    used in the field and really changed the disease
10    from one of a death warrant to something that was a
11    chronic manageable disease.
12                    Developed a brand new treatment, oral
13    safe treatment for asthma, Singulair, the first oral
14    and safe treatment for adults and children for the
15    disease.
16                    Developed a novel treatment for
17    treating prostate disease called Proscar.
18                    We developed the first non-hormonal
19    treatment and prevention for preventing and
20    correcting osteoporosis with Fosamax, the first time
21    a drug had ever been shown, ever been shown to
22    reduce the risk of fracture in women who had
23    osteoporosis.
24                    And then we developed a brand new
25    mechanism, antifungal something that could be used
00828:01    to treat patients who have underlying deficiency of
02    their immune systems due to cancer treatment or due
03    to HIV treatment.
04                    A brand new treatment for treating
05    and managing the nausea and vomiting associated with
06    serious chemotherapy --
```

**14. PAGE 828:10 TO 828:21  (RUNNING 00:00:30.257)**

```
10            Q.       I'm sorry, I think you were talking
11    about anti-nausea medication?
12            A.       Yes.  We developed a treatment that's
13    used now widely in treating the nausea and vomiting
14    associated with cancer chemotherapy, which treatment
15    allows patients to actually tolerate that part of
16    the regimen and stay on it.  We got some wonderful
17    letters from patients who were on the drug thanking
18    us for developing the drug.
19                    And, of course, we developed Vioxx,
20    which was an important new nonsteroidal
21    anti-inflammatory.
```

**15. PAGE 829:01 TO 829:06  (RUNNING 00:00:17.033)**

```
00829:01            Q.       About how many new drugs were
02    developed during the time that you were the
03    president of Merck Research Labs?
04            A.       The numbers range from somewhere in
05    the range of 25 to 29, adding vaccines, drugs and
06    new combination treatments.
```

**16. PAGE 829:15 TO 829:17  (RUNNING 00:00:06.801)**

```
15            Q.       How did the development of Vioxx
16    compare with your other accomplishments as president
17    of the Merck Research Labs?
```

**17. PAGE 829:19 TO 829:25  (RUNNING 00:00:23.376)**

```
19                    THE WITNESS:  The development of
20    Vioxx was considered an important contribution to
21    medicine, and it was not more important than many of
22    the drugs that I mentioned to you like Fosamax and
23    Mevacor and Zocor, Proscar, Singulair and Crixivan,
24    but it was an important drug, and we were proud of
25    it.
```

**18. PAGE 830:21 TO 831:16  (RUNNING 00:00:53.818)**

```
21            Q.       I want to change the subject very
22    briefly here.
23                    Dr. Scolnick, is there a division at
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
        24    Merck that is responsible for the sales and
        25    marketing of Merck's drugs?
00831:01          A.      Yes, there are marketing divisions at
        02    Merck responsible for the sales of Merck's drugs.
        03          Q.      As president of the Merck Research
        04    Labs, were you a part of that division?
        05          A.      No, I was not a part of that
        06    division.
        07          Q.      In what area is your field of medical
        08    expertise?
        09          A.      My original training was in internal
        10    medicine.  I subsequently was trained in
        11    biochemistry and genetics, and then extensive
        12    training in cancer research and virus research.
        13          After coming to Merck, learned many
        14    new fields, pharmacology, some aspects of clinical
        15    research and the variety of disciplines that it
        16    takes to develop -- discover and develop a drug.
```

**19. PAGE 831:20 TO 832:06 (RUNNING 00:00:30.269)**

```
        20          Q.      Where did you go to college and where
        21    did you go to medical school?
        22          A.      Went to Harvard College and Harvard
        23    Medical School between 1957 and 1965.
        24          Q.      Why did you decide that you wanted to
        25    go to medical school?
00832:01          A.      I decided in my college life that I
        02    wanted to do something that was important, that
        03    would help people, was interested in science, and I
        04    thought I could better satisfy my desires by going
        05    to medical school than in going into pure basic
        06    research.
```

**20. PAGE 832:20 TO 833:13 (RUNNING 00:00:59.906)**

```
        20          Q.      Let's talk a little bit about what
        21    you did after you graduated from medical school at
        22    Harvard.  What did you do next?
        23          A.      After I graduated from medical school
        24    at Harvard, I was two years of internal medicine
        25    training at the Mass General internship and a first
00833:01    year residency at the Mass General Hospital.
        02          Q.      Tell us what you did in general
        03    during the time you were an intern and a resident.
        04          A.      Responsibilities were to take care of
        05    any sick patient who came in the doors through the
        06    Mass General Hospital.  The hospital was open to any
        07    patient, indigent or ability to pay.  The hospital
        08    staff and the trainees, as I was, were proud of the
        09    fact that we could take care of absolutely anybody
        10    who walked in the door without asking any questions,
        11    and it was just a wonderful place to train and learn
        12    medicine and how to take care of really sick
        13    patients.
```

**21. PAGE 833:17 TO 834:11 (RUNNING 00:00:56.000)**

```
        17          Q.      When you finished your internship and
        18    residency at Massachusetts General, what did you do
        19    next?
        20          A.      We moved to Maryland, I joined the
        21    National Institutes of Health, in specific, the
        22    National Heart, Lung and Blood Institute, where I
        23    did basic genetics research for about two or three
        24    years.
        25          Q.      What is the National Institute of
00834:01    Health?
```

## Mason v. Merck

```
02        A.      The National Institute of Health is a
03  government organization.  It is part, I think, of
04  the Department of Health & Human Services, and it
05  both conducts internal research in medical areas to
06  try to improve the benefit of medicine for people,
07  and it also sponsors with grants and contracts a
08  great deal of extramural, so-called, outside of the
09  NIH, in university-based research, to try to find
10  the causes and insights into diseases that affect
11  people.
```

**22. PAGE 834:15 TO 837:07  (RUNNING 00:03:27.837)**

```
15        Q.      You mentioned NIH.  Do people
16  sometimes refer to the National Institutes of Health
17  as NIH?
18        A.      Yes.
19        Q.      Why did you pursue this area of
20  genetics at NIH?
21        A.      Genetics has been really a driving
22  force for medicine since the discovery of the
23  structure of DNA in 1953.  It has always captivated
24  me as being the very essence of life, and by
25  studying it, you could learn about how life occurs
00835:01  and how people develop.  The laboratory I was
02  fortunate enough to go to was a pioneer in
03  deciphering the so-called genetic code with Marshall
04  Niremberg, and I was fortunate to be accepted to the
05  lab.  He was a terrific teacher and mentor, and it
06  really stimulated my research scientific career.
07        Q.      How long did you spend working in
08  that lab at NIH?
09        A.      I worked for Dr. Niremberg for not
10  quite three years and finished my work there and
11  went on to the National Cancer Institute in either
12  late '69 or '70, I don't recall.
13        Q.      Is the National Cancer Institute
14  affiliated in any way with NIH?
15        A.      Yes.  It's one of the institutes
16  within the National Institutes of Health, within
17  NIH.
18        Q.      All right.  Why did you decide to go
19  work at the National Cancer Institute?
20        A.      Well, at the time, the underlying
21  molecular causes of cancer were really completely
22  unknown.  This goes back to the late '60s and early
23  '70s.  People who were more senior than I in science
24  felt strongly that the way to figure out what cancer
25  was about was to try to use a genetic approach to
00836:01  it.  And there were approaches using genetics
02  available and there were one or two laboratories in
03  the National Cancer Institute taking these
04  approaches, and since I was interested in the
05  general field and, again, wanted to do something
06  important, chose that field to go into at that
07  point.
08        Q.      How long did you spend working at the
09  National Cancer Institute for NIH?
10        A.      I worked at the National Cancer
11  Institute for about a dozen years, studying genes
12  and viruses that cause cancer during that dozen
13  years.
14        Q.      Can you tell us about any of the
15  research achievements of your group at NIH?
16        A.      Yes.  I think the hallmark
17  achievement was the discovery of a gene called an
18  oncogene, that is a gene that causes cancer that we
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
        19    discovered in basic research we did, and uncovered
        20    the genetics, the biochemistry, the biochemical
        21    pathways in which it worked.  And then the real
        22    piece de resistance discovery was made late in my
        23    time at NIH, in 1982, when in collaboration with a
        24    laboratory at MIT we discovered that this gene was
        25    altered in human bladder cancer, and it was the
00837:01    first example ever of an oncogene, a mutated human
        02    oncogene being identified as a cause of human
        03    cancer, and it totally transformed the cancer field.
        04    Thousands of people came into the field after that
        05    and many, many important discoveries and treatments
        06    have emanated as a result of this very important
        07    discovery.
```

**23. PAGE 837:11 TO 838:10 (RUNNING 00:01:21.713)**

```
        11           Q.       When did you end your time working at
        12    the National Cancer Institute?
        13           A.       It was in late June of 1982.
        14           Q.       What did you do then?
        15           A.       Moved to Merck.  I had been recruited
        16    there by Dr. Vagelos and Dr. Hillerman, who has just
        17    passed away, to build a molecular group in the
        18    vaccine department that Dr. Hillerman was so
        19    competently overseeing at that point.
        20           Q.       What position did you take when you
        21    joined Merck in 1982?
        22           A.       I was recruited as an executive
        23    director in the vaccine department.
        24           Q.       Why did you decide to join Merck in
        25    1982?
00838:01    A.       I knew the reputation of the company
        02    and what it had done in the past in discovering
        03    medicines.  I saw the opportunity that had been
        04    discussed with me by Dr. Vagelos and Dr. Hillerman,
        05    that I could apply my basic science background and
        06    interest in applying that to medicine by going there
        07    in ways that I could never have done staying at NIH,
        08    and so I took that opportunity.
        09           Q.       What was new or different to the
        10    approach you had about dealing with viruses?
```

**24. PAGE 838:12 TO 839:11 (RUNNING 00:01:17.728)**

```
        12           THE WITNESS:  Well, we were used to
        13    studying viruses from a very molecular perspective,
        14    as how they grew, how they reproduced themselves,
        15    how they cause disease, and up until that point in
        16    the vaccine department, the major approach, which,
        17    in fact, had been very successful, was to make
        18    so-called live virus vaccines, that is, examples of
        19    that are the mumps vaccine, the measles vaccine, the
        20    rubella vaccine called MMR that so many children
        21    get.  And their approach was consistent over a
        22    number of years in that they would grow these
        23    viruses outside humans in cultured cells, so that
        24    they no longer caused disease, but they could still
        25    replicate when put back into people and cause enough
00839:01    of an antibody response to protect the people from
        02    the real disease.  That was a technology they
        03    developed and perfected.
        04           It was now clear in the world of
        05    science that you could make vaccines in more
        06    molecular ways without using live attenuated
        07    viruses, and that was the difference in approaches
        08    we took when I came to Merck.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
09   BY MR. RABER:
10        Q.        You then were promoted to the
11   president of MRL in 1985; is that correct?
```

**25. PAGE 839:14 TO 839:19  (RUNNING 00:00:17.733)**

```
14             THE WITNESS:  Yes.  I was promoted in
15   order to head of the department of vaccine research
16   a year after I came to Merck, six months after that
17   to be head of basic discovery research, and then a
18   year-and-a-half or so roughly after that I became
19   president of MRL.
```

**26. PAGE 839:21 TO 839:23  (RUNNING 00:00:07.400)**

```
21        Q.        When did you step down as president
22   of MRL?
23        A.        January 1, 2003.
```

**27. PAGE 841:02 TO 841:22  (RUNNING 00:00:55.834)**

```
02        Q.        After you stepped down as the
03   president of MRL, what did you do at Merck?
04        A.        I was overseeing a very small
05   laboratory in doing research that we were capable of
06   doing at that point on bipolar disorder and
07   schizophrenia.
08        Q.        Why were you doing that type of work
09   then?
10        A.        Because even at that point I was
11   deeply interested in the field for the reasons that
12   I've told you.  I wanted to do something to make a
13   difference in that field and began the work with
14   approval of Merck management.
15        Q.        Did you run that small lab at Merck
16   until you retired in September of 2004?
17        A.        Yes, I did.
18        Q.        Let's talk, if we can, now about the
19   development of Vioxx.
20             Can you explain to us in general
21   terms what the theory was for a class of drugs known
22   as COX-2 inhibitors such as Vioxx?
```

**28. PAGE 841:25 TO 842:23  (RUNNING 00:01:14.512)**

```
25             THE WITNESS:  Yes.  I don't recall
00842:01   the exact year, but two or three Merck scientists
02   attended a meeting in Colorado, a scientific meeting
03   in which the information was revealed by
04   university-based basic scientists that there were
05   actually two forms of this enzyme called
06   cyclooxygenase that all prior nonsteroidal drugs had
07   inhibited, and the new form was called COX-2, and
08   the old form was called COX-1.
09             From what was presented, it appeared
10   that COX-1 was the enzyme that was normally present
11   in many, many body tissues, including the
12   gastrointestinal tract and stomach, and COX-2 was
13   induced or levels of it were increased in
14   inflammatory cells.  And since the two enzymes were
15   subtly different, it was thought if one made an
16   inhibitor of COX-2 without inhibiting COX-1, that
17   you could have the same benefit of the prior drugs
18   but mitigate significantly, improve on significantly
19   the safety profile for the gastrointestinal tract.
20        Q.        The benefit being pain relief?
21        A.        The benefit being pain relief and
22   anti-inflammatory properties, just as the prior
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
    23   drugs had done.
```

**29. PAGE 843:02 TO 844:08  (RUNNING 00:01:34.690)**

```
    02          Q.      Can you describe for us the types of
    03   GI problems that you referred to that existed before
    04   the development of these COX-2 drugs?
    05          A.      Yes.  The side effects were on the
    06   simplest side, intolerability.  Patients couldn't
    07   take the drugs because of pain in their stomach or
    08   upset stomachs; on the much more severe side, often
    09   developed ulcers, holes in their stomach, bleeding
    10   from those ulcers, constrictures of the
    11   gastrointestinal tract that occurred because of that
    12   perforation ,which threatened their lives, really
    13   serious side effects, and this looked like a
    14   wonderful opportunity to change that landscape.
    15          Q.      Were you aware of estimates as to the
    16   numbers of deaths and hospitalizations that were
    17   occurring because of the traditional pain relievers?
    18          A.      I remember reading articles about
    19   16,000 deaths a year in numerous hospitalizations.
    20   I don't recall the hospitalization numbers.
    21          Q.      Dr. Scolnick, did Merck begin to do
    22   clinical studies of Vioxx as part of the development
    23   process?
    24          A.      Yes.  We did discovery, lots of
    25   animal testing, and then started clinical studies.
00844:01          Q.      I'm talking now -- I want to talk now
    02   about the period before anything was submitted to
    03   the FDA for approval.  Okay?
    04          A.      Yes.
    05          Q.      Okay.
    06                  During that time frame, what did the
    07   clinical studies show about Vioxx as a pain
    08   reliever?
```

**30. PAGE 844:10 TO 844:25  (RUNNING 00:00:43.587)**

```
    10                  THE WITNESS: .The studies showed that
    11   Vioxx was a very effective pain reliever for acute
    12   use with the appropriate dose and for chronic use
    13   for treating osteoarthritis with lower doses.
    14   BY MR. RABER:
    15          Q.      When you use the phrase "acute use,"
    16   what does that mean?
    17          A.      It meant treating things like dental
    18   pain or acute pain situations like that for three or
    19   four or five days, but no longer than that.
    20          Q.      And what does "chronic use" refer to?
    21          A.      Chronic is just greater than that
    22   period of time.
    23          Q.      What did the clinical studies show
    24   about the effect of Vioxx on the stomach and the GI
    25   system?
```

**31. PAGE 845:04 TO 846:14  (RUNNING 00:02:14.337)**

```
    04                  THE WITNESS:  The clinical studies,
    05   before submitting the NDA for Vioxx, focused on two
    06   kinds of gastrointestinal safety studies:  studies
    07   to look at the effects of Vioxx on the stomach by a
    08   method called endoscopy, which I'll explain; and
    09   then some very special additional safety studies to
    10   look at the safety profile of Vioxx on the lower
    11   intestinal tract, which is also known to be a
    12   problem with prior nonsteroidals.
    13                  The endoscopy studies were really
```

## Mason v. Merck

```
        14   quite large, two very large studies that were
        15   dramatically exciting when you saw them.  They were
        16   six-month studies and approximately 750 patients in
        17   each study comparing the effects of Vioxx in the
        18   following way, to prior drugs and a placebo.  The
        19   studies were begun by recruiting patients,
        20   recruiting volunteers into the study, looking in
        21   their stomachs with something called an endoscope,
        22   which allows the doctor to visualize the stomach and
        23   make sure there are no ulcers to begin with, and
        24   then treating cohorts of patients randomized in a
        25   blinded way to either Vioxx, different doses, or the
00846:01   comparative agents, and then visualizing their
        02   stomachs again at several intervals after the
        03   treatment began.  Both those studies showed a
        04   dramatic difference in the lack of stomach ulcers,
        05   almost undetectable, compared to the drugs, prior
        06   drugs that it was tested against.  Both studies
        07   showed that in a very consistent fashion.
        08             The lower intestinal tract safety
        09   studies examined whether Vioxx affected in a
        10   negative way the permeability, the ability of the
        11   lower intestine to carry out its functions of
        12   absorbing naturally nutrients and, again, showed no
        13   detrimental effect compared to the prior drugs it
        14   was being compared to.
```

**32. PAGE 846:18 TO 847:03 (RUNNING 00:00:35.724)**

```
        18             Q.      Based on those clinical studies
        19   before approval of the drug, did you believe that
        20   you had a perfect drug in Vioxx?
        21             A.      No.  I don't believe any drug is
        22   perfect.  I never believed Vioxx was a perfect drug,
        23   but I thought it was a terrific drug in that it
        24   produced excellent pain relief, acutely and
        25   chronically, and it clearly, based on the endoscopic
00847:01   data, was dramatically better for stomach
        02   tolerability than comparative agents, prior
        03   comparative agents.
```

**33. PAGE 847:07 TO 847:15 (RUNNING 00:00:31.714)**

```
        07             Q.      Dr. Scolnick, I want to show you a
        08   document that was marked as Exhibit Number 26 on
        09   March 22, 2005.  Can you tell us what this document
        10   is?
        11             A.      It is an e-mail from myself to
        12   Raymond Gilmartin, David Anstice, Per Wold-Olsen and
        13   Paul Bell, and it is entitled, "Vioxx strategy."
        14             Q.      What is the date of this e-mail?
        15             A.      June 22nd, 1998.
```

**34. PAGE 847:23 TO 848:09 (RUNNING 00:00:32.189)**

```
        23             Q.      Dr. Scolnick, in your e-mail you
        24   write, "We are nearing the end of a very successful
        25   development program for Vioxx.  The product has
00848:01   lived up to its promise.  It works well and is safer
        02   on the stomach by a huge amount vs past NSAIDs.
        03   There is no question about the fundamental worth of
        04   the drug."  Do you see that?
        05             A.      Excuse me.  Yes, I do.
        06             Q.      All right.  Did that accurately
        07   reflect your state of mind about Vioxx as of June of
        08   1998?
        09             A.      Yes.
```