Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

**35. PAGE 848:11 TO 848:11 (RUNNING 00:00:01.408)**

```
11              THE WITNESS:  Yes, it did.
```

**36. PAGE 848:13 TO 849:22 (RUNNING 00:02:06.641)**

```
13          Q.      Your e-mail goes on to say, "However
14    like all drugs and drugs with new mechanisms of
15    action the drug is not perfect.  There is nothing in
16    the imperfections that will stand in the way of
17    Vioxx becoming immensely useful and immensely
18    successful."  Do you see that?
19          A.      Yes, I do.
20          Q.      Can you tell us what were the
21    imperfections that you referred to in this e-mail?
22          A.      I think what I was referring to was
23    the way that all nonsteroidals and Vioxx, even
24    though a selective one for COX-2, affected kidney
25    function.  We were very careful in doing the
00849:01   development studies to study the effects of Vioxx on
02    the kidney's ability to handle salt and water,
03    because it was known that prior nonsteroidals
04    negatively affected that, people could develop
05    elevated blood pressure because of those drugs and
06    develop fluid retention called edema.  And we also
07    knew that doctors would use as high a dose of Vioxx
08    as they could because it was remarkably safer on the
09    stomach.  So, we very carefully studied the drug in
10    various doses for its effects on the kidney, and as
11    one went to doses above the chronic dose, 50
12    milligrams compared to 12-and-a-half and 25, one
13    found that the incidence of high blood pressure and
14    edema, readily reversible side effects just based on
15    the mechanism of the drug, on the kidney, the
16    incidence went up.  And so we wanted physicians to
17    use the right doses.  We wanted to make sure that
18    those at Merck responsible for marketing the drug
19    understood the dose-related blood pressure and fluid
20    retention, but that those were manageable because
21    they were freely reversible and could easily be
22    managed by a physician in treating a patient.
```

**37. PAGE 850:01 TO 851:02 (RUNNING 00:01:20.215)**

```
00850:01        Q.      Your e-mail also refers to "pimples"
02    in quotation marks.  Do you see that?
03          A.      Yes, I do.
04          Q.      What were you referring to with that
05    reference?
06          A.      I was referring to what I just
07    described to you.
08          Q.      How did Merck communicate to
09    physicians these imperfections or "pimples," as you
10    referred to them in these e-mails?
11          A.      The first approved label in 1999
12    described the effects on the kidney and edema,
13    hypertension, as a function of dose of the drug and
14    what doses of the drug to use.
15          Q.      Did Merck, during its clinical
16    studies before FDA approval, collect and analyze
17    data about heart attacks and strokes?
18          A.      Yes.  We looked at those across all
19    the clinical studies that were done with Vioxx, yes.
20          Q.      Are heart attacks and strokes
21    sometimes referred to as cardiovascular events or CV
22    events?
23          A.      Yes, that would be an apt description
```

**CONFIDENTIAL**

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
         24    of those.
         25         Q.      What did Merck's review and analysis
00851:01    of the risk of heart attack and stroke show about
         02    Vioxx before FDA approval?
```

**38. PAGE 851:04 TO 851:07 (RUNNING 00:00:11.151)**

```
         04                 THE WITNESS:  We examined the
         05    clinical database very, very carefully.  We found no
         06    evidence that Vioxx increased the risk of CV events
         07    in our extensive trials of osteoarthritis.
```

**39. PAGE 851:09 TO 851:21 (RUNNING 00:00:38.439)**

```
         09         Q.      Dr. Scolnick, you mentioned earlier
         10    today something called an "NDA."  What does that
         11    stand for?
         12         A.      "NDA" stands for new drug
         13    application.
         14         Q.      How did the NDA for Vioxx compare
         15    with the NDAs filed by Merck for other drugs?
         16         A.      It was extremely large and extensive.
         17    It was either the biggest or one of the very biggest
         18    NDAs that we ever put together.  A very large number
         19    of studies were done, special safety studies were
         20    done, and long-term clinical use was done for up to
         21    a year in osteoarthritis.
```

**40. PAGE 852:15 TO 852:18 (RUNNING 00:00:06.728)**

```
         15         Q.      Dr. Scolnick, would it be fair to say
         16    that Vioxx was an important new drug for Merck at
         17    that time?
         18         A.      Yes.
```

**41. PAGE 852:20 TO 854:01 (RUNNING 00:01:14.828)**

```
         20                 THE WITNESS:  Yes, it definitely was
         21    an important new drug for Merck.
         22    BY MR. RABER:
         23         Q.      Would you call it a potential
         24    blockbuster for Merck?
         25         A.      Yes, I would.  We knew it would be
00853:01    medically very important, and drugs that are
         02    medically important usually turn out to be
         03    blockbusters.
         04         Q.      Was it important for Merck to have a
         05    blockbuster drug at that time?
         06         A.      Yes, it was.
         07         Q.      Why is that?
         08         A.      Merck faced the expiration of patents
         09    like Mevacor and Zocor around the turn of the cent
         10    -- I'm sorry, Mevacor and Vasotec -- not Zocor, but
         11    Mevacor and Vasotec around the turn of the century,
         12    and Vioxx was an important drug because of that.
         13         Q.      Dr. Scolnick, did there come a point
         14    where you learned that there was a competing product
         15    out there, in other words, another COX-2 inhibitor
         16    that was being developed?
         17         A.      Yes.  Somewhere in the mid-'90s, I
         18    don't recall the exact time, we learned that
         19    competing -- another company had a competing
         20    product.
         21         Q.      What was the name of that company?
         22         A.      I think it was Searle.  I'm not sure
         23    if it was Monsanto or Searle at that point, and the
         24    competing product turned out to be Celebrex.
         25         Q.      Did Merck want to be the first one to
```

CONFIDENTIAL                                                              page 12

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

00854:01    come to market?

### 42. PAGE 854:04 TO 854:10 (RUNNING 00:00:12.805)

```
04                    THE WITNESS:  Yes, we did.  We
05    clearly wanted to be the first to come to market.
06    BY MR. RABER:
07          Q.     Why is that?
08          A.     Because the first to come to market
09    usually has the greatest chance of having their drug
10    be the most successful and the most widely used.
```

### 43. PAGE 854:11 TO 854:14 (RUNNING 00:00:13.000)

```
11          Q.     Dr. Scolnick, did you ever tell
12    anyone that you would leave the company if Merck
13    lost the competition with Searle?
14          A.     Yes.
```

### 44. PAGE 854:17 TO 854:18 (RUNNING 00:00:01.327)

```
17                    THE WITNESS:  Yes, I wrote such an
18    e-mail.
```

### 45. PAGE 854:20 TO 855:08 (RUNNING 00:00:41.322)

```
20          Q.     Why did you do that?
21          A.     I did that because I thought Vioxx
22    was a much better drug than Celebrex, it was more
23    selective for COX-2, it had a half-life that clearly
24    justified it to be a once-a-day drug, and our
25    clinical database and efficacy and safety for the
00855:01    gastrointestinal tract was very extensive.  I
02    thought we had a better drug, and I thought because
03    of that, that Merck should definitely be able to win
04    the market battle that would occur with Celebrex.
05          Q.     Did you ever seriously consider
06    leaving Merck at that time?
07          A.     No, I never seriously considered
08    leaving Merck.
```

### 46. PAGE 855:09 TO 855:23 (RUNNING 00:00:59.076)

```
09          Q.     Dr. Scolnick, what role did your
10    desire to have Vioxx be the first drug to market
11    play in your decisions about safety?
12          A.     Despite the fact we wanted to be
13    first, we wanted to be sure what the dosing was
14    because of the issues of hypertension and edema, and
15    we wanted to prove unambiguously the improved safety
16    profile by endoscopy before we went to market.
17    Although it was widely known and in a sense accepted
18    ahead of time that COX-2 inhibitors would be safer
19    for the stomach, we wanted the proof that we could
20    get by the endoscopy studies.  So, we took the time
21    to very, very carefully do that so that we could
22    document that as part of the initial submission for
23    the drug.
```

### 47. PAGE 856:02 TO 856:11 (RUNNING 00:00:29.792)

```
02          Q.     Which drug came to market first,
03    Celebrex or Vioxx?
04          A.     Celebrex came to market first.
05          Q.     Why is that?
06          A.     I don't know the details of why it
07    came to market first.  I always felt that it was
08    because we had spent the time on these extensive GI
09    safety studies and other studies that I described to
```

## Mason v. Merck

```
          10   you in order to have really meticulous clinical
          11   data.
```

**48. PAGE 856:15 TO 856:19 (RUNNING 00:00:16.845)**

```
          15        Q.      Dr. Scolnick, how did you feel about
          16   Searle beating you to the market with Celebrex?
          17        A.      I was not happy about that, but I
          18   didn't regret what we did because our data was
          19   excellent.
```

**49. PAGE 856:23 TO 858:16 (RUNNING 00:02:28.760)**

```
          23        Q.      Can you please tell us what was your
          24   view about patient safety as president of Merck
          25   Research Labs?
00857:01        A.      My view on patient safety was well
          02   known to every scientist in the laboratory,
          03   repeatedly told people that patient safety came
          04   first, that if we had a drug that was ready to go
          05   into the clinic and undergoing animal safety testing
          06   or was in the clinic already and had gone through
          07   stages of animal safety testing, that if any serious
          08   event occurred in animals or in people in such a
          09   program, that I wanted to be the first or among the
          10   very first who would know about that so that I could
          11   participate in the decision of potentially stopping
          12   such a program.
          13        Q.      How did your view about patient
          14   safety influence your management style?
          15        A.      I was very demanding on that point to
          16   people.  I was a perfectionist in that regard.  I
          17   often reiterated that.  I wanted people to present
          18   all of the data that they had whenever a safety
          19   issue came up, analyze it in every which way, and I
          20   constantly would go back over it even after first
          21   presentations to make sure that whatever had been
          22   said and whatever had been presented was accurate
          23   and was there more that we could do to reassure
          24   ourselves.
          25        Q.      As the president of Merck Research
00858:01   Labs how did you attempt to ensure the integrity of
          02   the data from Merck studies?
          03        A.      I tried to ensure the integrity by,
          04   A, emphasizing that we would not tolerate anything
          05   but authentic data; and, secondly, by the
          06   appointments I made to critical positions in
          07   clinical development.  The people that headed
          08   clinical research, regulatory affairs and
          09   biostatistics who were present during most of my
          10   time as president were honest, hard working,
          11   meticulous people who I felt that I could trust
          12   completely to tell me if there was a safety problem
          13   about something in the areas that they were dealing
          14   with, and the same true of the head of safety
          15   assessment at Merck, who reported to me for a number
          16   of years while I was president of MRL.
```

**50. PAGE 858:17 TO 859:10 (RUNNING 00:00:58.924)**

```
          17        Q.      Are you familiar with a term known as
          18   "peer review"?
          19        A.      Yes, I am.
          20        Q.      What is peer review?
          21        A.      Peer review is a process that I think
          22   probably originated in universities throughout the
          23   country, perhaps throughout the world, in which
          24   scientific data is openly discussed and reviewed
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
        25   with any questions being asked by people who are
00859:01   present at the review.  And all of our programs went
        02   through such processes with senior members of the
        03   laboratory being on the peer review groups.  We had
        04   a board of external counselors in which we presented
        05   programs for external peer review.  We used
        06   consultants outside of those special meetings also
        07   for peer review so that we could try to bring out or
        08   examine any aspect of the science to ensure the data
        09   was correct and that we were making the best
        10   interpretation possible of data we were getting.
```

**51. PAGE 859:15 TO 860:14  (RUNNING 00:01:10.217)**

```
        15        Q.       What kind of internal peer review
        16   took place within Merck while you were president of
        17   MRL?
        18        A.       There were several committees made up
        19   of senior scientists depending upon what the stage
        20   of the project was, whether it was a basic research
        21   project, an early development project or late
        22   development project.  And there were senior
        23   scientists at the laboratories chosen and put on
        24   those committees to conduct peer review of all the
        25   projects that were in their domain at that point.
00860:01        Q.       Did you encourage that sort of peer
        02   review as president of Merck Research Labs?
        03        A.       Absolutely.  I thought it was
        04   essential for the authenticity of what we were doing
        05   and the accuracy of what we were doing in order to
        06   be sure that we understood our drugs very well.
        07        Q.       Did you encourage scientific debate
        08   within Merck?
        09        A.       I demanded it.  I had no tolerance
        10   for people who didn't understand their data, hadn't
        11   analyzed their data, and couldn't discuss the pros
        12   and cons of projects that they were in charge of,
        13   the good things, the bad things, what the issues
        14   were.  I actually demanded that from everybody.
```

**52. PAGE 860:17 TO 860:22  (RUNNING 00:00:18.057)**

```
        17        Q.       Dr. Scolnick, did you ever make any
        18   decisions as president of Merck Research Labs to
        19   stop the development of a drug?
        20        A.       Yes, of course.
        21        Q.       What kinds of considerations were in
        22   play in those decisions?
```

**53. PAGE 860:24 TO 863:06  (RUNNING 00:02:57.508)**

```
        24                 THE WITNESS:  Sometimes programs were
        25   stopped due to lack of efficacy of the compound at
00861:01   the clinic that didn't work, and often they were
        02   stopped because of safety problems that arose either
        03   in animals on a promising drug or occasionally in
        04   trials in humans.
        05   BY MR. RABER:
        06        Q.       Can you give us any examples of a
        07   situation where you terminated the development of a
        08   drug over safety concerns?
        09        A.       Yes.  I can give you several examples
        10   of that.
        11                 One of the most painful ones was a
        12   precursor to Singulair, a compound for the treatment
        13   for asthma, that almost got as far as a Phase III
        14   study in humans.  The drug was working well, and a
        15   very small number or percentage of patients
```

## Mason v. Merck

```
16   developed abnormalities of liver function, and we
17   terminated the program because we recognized there
18   was a signal in people and that we didn't want that
19   risk.
20                We stopped the development of a
21   special dosage form of Zocor, which was our
22   cholesterol-lowering drug in competition with
23   atorvastatin, and we were trying to develop a
24   special formulation for a higher dose of Zocor and
25   found in humans, despite the excitement about this
00862:01   dosage form, that it caused side effects in people,
02   and we immediately stopped the program.  People, in
03   fact, who were in charge of the program, knowing
04   that I would want to know, actually called me in
05   England to tell me about this and to tell me they
06   were stopping the program, they thought it was so
07   important, and they knew I would want to know about
08   it.
09                We stopped development in the late
10   '90s of a very, very promising compound in the
11   psychiatric area that would have been a dramatic
12   improvement over a class of drugs called
13   benzodiazepines, which are used to treat anxiety
14   problems and psychosis in humans.  This drug was
15   much more selective for the receptors in that
16   pharmacology field.  It produced all the benefits
17   and lacked most of the significant deficits and
18   problems associated with those drugs, and it was
19   very painful in that it was just a whisper of
20   potential for this drug to alter the structure of
21   DNA, to be a mutagen, and I decided it was not worth
22   that risk because the data was real, although the
23   evidence was slight, and we stopped the development
24   of that drug.  And there are two or three examples.
25           Q.        Why did you stop the development of
00863:01   those drugs when the safety was called into
02   question?
03           A.        Because I looked at myself first as a
04   physician in my position, and I always wanted to
05   look out for the patient safety as well as the way
06   our drugs worked and benefited patients.
```

**54.  PAGE 863:07 TO 868:23  (RUNNING 00:07:42.694)**

```
07           Q.        Dr. Scolnick, I want to talk, if we
08   can now, about one study in particular that was done
09   before the FDA approval of Vioxx, and that's a study
10   involving a doctor named Garret FitzGerald involving
11   something called prostacyclin.  Are you familiar
12   with that study?
13           A.        Yes, I am.
14           Q.        What role did Merck play in that
15   study?
16           A.        I think Dr. FitzGerald had studied
17   this metabolite of prostacyclin first actually with
18   Celebrex and found that in humans, Celebrex, a COX-2
19   inhibitor, lowered this metabolite in the urine of
20   patients, subsequently worked with Merck to do the
21   same experiments with Vioxx, and I believe that was
22   after that, after Celebrex, and showed the same
23   result, a partial lowering of a metabolite of
24   prostacyclin in urine of patients.
25           Q.        Did Merck sponsor the study?
00864:01           A.        I believe so.
02           Q.        What did Dr. FitzGerald find in this
03   study relating to prostacyclin and Vioxx?
04           A.        He found -- just as he had found with
```

## Mason v. Merck

```
05      Celebrex, he found that in the urine, a metabolite,
06      a breakdown product of prostacyclin, was lower in
07      the urine of patients treated with Vioxx than in
08      placebo-controlled comparative patients.
09              Q.      What did that mean?
10              A.      Well, it wasn't clear what it meant.
11      The finding was in the urine of patients, not in the
12      blood.  It wasn't certain whether the metabolite was
13      coming from the kidney itself or some other part of
14      the body, and it was a surprising finding, because
15      up until that period of time, it had been thought
16      that all sources of prostacyclin were produced by
17      COX-1 and no sources were produced by COX-2.
18              Q.      Dr. Scolnick, is the reduction of
19      this prostacyclin metabolite something that's unique
20      to Vioxx?
21              A.      No, no.  It can be lowered by prior
22      nonsteroidals.  There's even a report that Tylenol
23      can do the same thing.  The surprise was that a
24      COX-2 specific inhibitor also did it.
25              Q.      Did the FitzGerald study show that
00865:01     Vioxx causes heart attacks and strokes?
02              A.      No, not at all.  This was a
03      biochemical experiment that he carried out in
04      humans.
05              Q.      Did anyone in this FitzGerald study
06      have a heart attack or stroke?
07              A.      No.
08              Q.      Was there some type of theory that
09      emerged from this FitzGerald study?
10              A.      Yes.  The theory came out of a study
11      which built on a longstanding theory that was in
12      existence that had never had any proof in humans,
13      that by lowering the level of prostacyclin partially
14      in the urine, that one would set up an imbalance in
15      the body as opposed to the urine of prostacyclin and
16      another fatty acid hormone called thromboxane.
17      Thromboxane was known to help platelets form clumps
18      and clots.  Prostacyclin was known to oppose that.
19      And there was a theory for a very long time that
20      that imbalance, such an imbalance might predispose
21      to clots or thrombus formation in people.  But there
22      was only a theory in the first place, and in the
23      second place, the finding of FitzGerald was only in
24      the urine, and there was no data to address whether
25      it occurred in the body as opposed to in the kidney.
00866:01     Q.      Now, can you tell us, Dr. Scolnick,
02      the difference between theory on the one hand and
03      clinical evidence on the other?
04              A.      Well, theory is just that.  You
05      observe data, you interpret it, you make your best
06      interpretation.  Then there are additional
07      experiments which need to be done to either verify
08      your theory or not.  Clinical data is actual data in
09      humans that demonstrates an effect or a side effect
10      of a drug.
11              Q.      Was there any clinical evidence that
12      you were aware of at the time of this FitzGerald
13      study that a reduction of a prostacyclin metabolite
14      in the urine would increase the risk of heart
15      attacks or strokes?
16              A.      No, there was no evidence at all to
17      say that that theory would result in heart attacks
18      or strokes or cardiovascular events in humans,
19      absolutely no data.
20              Q.      Were the results from the FitzGerald
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
        21    study given to the FDA before Vioxx was approved?
        22         A.      Oh, yes.
        23         Q.      Was this FitzGerald study published
        24    at some point?
        25         A.      Yes.  He published -- I think he
00867:01    published two papers, one on Celebrex and one on
        02    Vioxx.  I don't recall the dates of those
        03    publications.
        04         Q.      Did Merck pay some attention to Dr.
        05    FitzGerald's theory or just ignore it?
        06         A.      No.  We were surprised by the result,
        07    as was he and other scientists, and we tried to
        08    figure out in animals what the source of the
        09    prostacyclin was.  And we asked our scientists in
        10    our Montreal lab that were experts in this field to
        11    do experiments to try to figure out in animals or in
        12    humans what the source of prostacyclin was.  And
        13    their experiments did not give an answer that
        14    addressed the source.  They looked, tried to figure
        15    it out in dogs, they looked in the arteries of dogs,
        16    could not find any source for prostacyclin, they
        17    looked in a small number of human specimen arteries
        18    that they had access to, I don't know how they
        19    accessed those, could not find the source in
        20    arteries for prostacyclin, and there seemed to be no
        21    way to clarify further what he had discovered.
        22         Q.      Why did the source of the
        23    prostacyclin matter?
        24         A.      Well, the finding of Dr. FitzGerald
        25    was, as you've noted, a reduction in the metabolite
00868:01    in the urine, and if the source had been established
        02    to be in the arteries of dogs or humans, one would
        03    have been more concerned that that might have had a
        04    negative effect.  But there was no evidence for
        05    that, and the hypothesis remained just that, a
        06    hypothesis.
        07         Q.      Dr. Scolnick, are you familiar with a
        08    Dr. Alan Nies who worked at Merck?
        09         A.      Yes.
        10         Q.      What was Dr. Nies' area of expertise?
        11         A.      Dr. Nies was a physician, a clinical
        12    pharmacologist, and he had trained and worked and
        13    published in the field of prostaglandin research,
        14    including thromboxane and prostacyclin.
        15         Q.      What was his general involvement with
        16    the Vioxx project team?
        17         A.      I know he was in charge of the
        18    clinical program.  I don't recall whether he was in
        19    charge of the project team or not.
        20         Q.      In addition to experiments with the
        21    animals that you've described for us, what else did
        22    Merck do in response to Dr. Fitzgerald's theory
        23    about prostacyclin?
```

**55. PAGE 868:25 TO 870:25  (RUNNING 00:02:31.505)**

```
        25             THE WITNESS:  We did several things.
00869:01    First, we presented this information to our board of
        02    advisors and sought additional advice from them.  We
        03    carried out experiments that Alan devised in humans
        04    to try to see if the prostacyclin was coming from
        05    peripheral vessels.  Those experiments did not show
        06    that.  And at the advice of our board of counselors,
        07    when this was presented to them, we went back and
        08    looked very carefully at all our clinical studies to
        09    see if there was any evidence of increased rate of
        10    cardiovascular events, and then put in place at
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
 11    their suggestion a procedure for monitoring and
 12    enumerating very carefully any cardiovascular events
 13    that occurred in our trials so that we wouldn't miss
 14    something in the development program that hadn't
 15    gotten enough attention potentially.
 16    BY MR. RABER:
 17         Q.        This board of counselors that you've
 18    referred to, is that also known as the Board of
 19    Scientific Advisors?  Is that the same body?
 20         A.        Yes, I think so.
 21         Q.        Describe for us, if you would, the
 22    types of people who were on the Board of Scientific
 23    Advisors.
 24         A.        The Board of Scientific Advisors were
 25    senior medical physicians in different specialties,
00870:01    experts and well-known people in each of their
 02    fields who we brought in to give us the best advice
 03    we could and the best critiques we could on all of
 04    -- on our programs that we would present to them.
 05         Q.        During the time frame we're talking
 06    about, which is after this FitzGerald theory and
 07    Merck's response to it, who was the chairman of
 08    Merck's Board of Scientific Advisors?
 09         A.        I believe it was Dr. John Oates
 10    during this period of time.
 11         Q.        In what area is Dr. Oates' expertise?
 12         A.        He was especially qualified in the
 13    same area Alan was trained in, prostaglandin
 14    research.
 15         Q.        Is that the area that was the subject
 16    of Dr. FitzGerald's theory?
 17         A.        Yes.
 18         Q.        Did Merck do anything to determine
 19    whether there was any clinical evidence to support
 20    Dr. Fitzgerald's theory about prostacyclin?
 21         A.        Yes.  We examined again and again the
 22    clinical database and the trials in osteoarthritis
 23    looking to see whether Vioxx was different from any
 24    of the other nonsteroidals in this regard, and we
 25    found no such evidence.
```

**56. PAGE 871:16 TO 871:25  (RUNNING 00:00:29.789)**

```
 16         Q.        Doctor, can you identify Exhibit 101,
 17    please?
 18         A.        Yes.  It is a report from the Merck
 19    Research Lab's epidemiology department.  It's
 20    entitled "Final Results of an Analysis of the
 21    Incidence of Cardiovascular Serious Adverse
 22    Experiences in the Phase IIb/III Vioxx
 23    Osteoarthritis Clinical Trials."  And it's dated
 24    February 2, 1998.  It is authored by Doug Watson, a
 25    Ph.D. in that department.
```

**57. PAGE 873:04 TO 873:16  (RUNNING 00:00:40.925)**

```
 04         Q.        What was the conclusion of this
 05    report about the risk of CV events with Vioxx
 06    compared to those other databases?
 07         A.        That there was no large signal to be
 08    seen here, and that was the most one could make of
 09    this analysis.
 10         Q.        Now, you mentioned earlier that the
 11    Board of Scientific Advisors at Merck recommended
 12    some method of evaluating heart attacks or strokes
 13    in trials; is that right?
 14         A.        Yes.
```

**CONFIDENTIAL**

## Mason v. Merck

```
        15          Q.       Did that become known as a standard
        16   operating procedure?
```

**58. PAGE 873:19 TO 873:19 (RUNNING 00:00:01.318)**

```
        19                   THE WITNESS:  I believe so.
```

**59. PAGE 873:21 TO 874:10 (RUNNING 00:00:48.369)**

```
        21          Q.       What, as you understand it, are the
        22   reasons for a standard operating procedure for
        23   cardiovascular events?
        24          A.       My understanding was that it would
        25   ensure that the events that might be reported in our
00874:01   trials, whichever arm of the trials it occurred in,
        02   would be analyzed the same way, with the same
        03   definitions of events, and, therefore, would give a
        04   much greater certainty to any reports that came in,
        05   whether they were or weren't a certain kind of
        06   cardiovascular event.
        07          Q.       Who analyzed these reported events
        08   under the standard operating procedure?
        09          A.       Members of clinical research,
        10   biostatistics, epidemiology, regulatory affairs.
```

**60. PAGE 874:23 TO 876:08 (RUNNING 00:01:40.474)**

```
        23          Q.       Did Merck adopt and implement this
        24   standard operating procedure?
        25          A.       Yes, it did.
00875:01          Q.       Did you agree with the recommendation
        02   of the board of advisors and Dr. Oates that this was
        03   an appropriate response to the FitzGerald theory?
        04          A.       Oh, yes.  We thought it was very
        05   important.  We thought it was exactly the right way
        06   to analyze whether this theory showed any clinical
        07   evidence or didn't show any clinical evidence.
        08          Q.       Did this standard operating procedure
        09   apply to the VIGOR trial that you mentioned?
        10          A.       Yes, it did.
        11          Q.       Did it apply to any other Vioxx
        12   trials other than VIGOR?
        13          A.       I think it applied to all Vioxx
        14   trials going forward after this recommendation.
        15          Q.       Dr. Scolnick, before Vioxx was
        16   approved by the FDA, did Merck specifically analyze
        17   the risk of heart attacks and strokes?
        18          A.       In the NDA database?
        19          Q.       Yes.
        20          A.       Absolutely.
        21          Q.       What did that analysis show about the
        22   risk of heart attacks or strokes with Vioxx compared
        23   to other pain relievers?
        24          A.       It showed no difference, no
        25   detectable difference.
00876:01          Q.       Can you give us some idea of the
        02   database that was used in that analysis, how big it
        03   was?
        04          A.       I think it was several thousand
        05   patients.  I don't remember the exact number, but it
        06   was a very large number in thousands of patients for
        07   extensive periods of time when you looked at all the
        08   data.  It was a very large database.
```

**61. PAGE 876:13 TO 876:15 (RUNNING 00:00:06.369)**

```
        13          Q.       What part of that database was given
        14   to the FDA with the new drug application?
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

          15        A.       All of it.

**62. PAGE 876:16 TO 878:03 (RUNNING 00:01:48.111)**

          16        Q.       Dr. Scolnick, are you familiar with
          17   something called an FDA Advisory Committee?
          18        A.       Yes.
          19        Q.       What is an FDA Advisory Committee?
          20        A.       An FDA Advisory Committee is a group
          21   of outside scientists with various disciplines
          22   convened solely by the FDA, composition determined
          23   solely by the FDA, that they call upon to review
          24   many new drug applications that come to them,
          25   especially on any new drug that would have a new
    00877:01   mechanism of action, and it's a province of the FDA.
          02   It's been there for a very, very long period of
          03   time.
          04        Q.       Was there an FDA Advisory Committee
          05   meeting that occurred relating to the approval of
          06   Vioxx?
          07        A.       Yes, definitely.
          08        Q.       Was that meeting open to the public?
          09        A.       Oh, yes.
          10        Q.       Can you tell us generally what
          11   occurred at that meeting?
          12        A.       Yes.   What occurs at that meeting is
          13   the same that occurs at all meetings of the Advisory
          14   Committee.   The sponsor submits a background package
          15   to the FDA that they give to the Advisory Committee.
          16   The FDA prepares its own review of the application
          17   which it gives to the committee ahead of time.   The
          18   sponsor then comes and makes a presentation on the
          19   data, quizzed for as long and as extensively as the
          20   Advisory Committee wants on any question about the
          21   data.   Has to answer it.   The FDA presents their
          22   interpretation of the data, their analysis of the
          23   data.   Again, the committee gets a chance to answer
          24   questions, ask questions, get them answered.   This
          25   goes on for several hours, and then eventually the
    00878:01   committee is asked to vote on questions that the FDA
          02   gives them that relate to the safety, efficacy and
          03   approvability of the drug.

**63. PAGE 878:07 TO 878:12 (RUNNING 00:00:16.818)**

          07        Q.       The process that you've just
          08   described, did that occur with respect to Vioxx
          09   before Vioxx was approved?
          10        A.       Oh, yes.
          11        Q.       I would like to show you a document
          12   that we'll mark as Exhibit 102.

**64. PAGE 878:21 TO 879:24 (RUNNING 00:01:27.108)**

          21        Q.       Dr. Scolnick, can you identify
          22   Exhibit 102, please?
          23        A.       Yes.   It's a letter to Dr. Robert
          24   Silverman, who was a senior director in the Merck
          25   Research Lab, regulatory affairs department.   It is
    00879:01   a letter that comes to him from Dr. Robert DeLap,
          02   M.D., Ph.D., who is director of drug evaluation at
          03   the FDA, and it relates to the new drug application
          04   of Vioxx.
          05        Q.       Dr. Scolnick, what is the date of
          06   this letter from the FDA?
          07        A.       I believe it's May 20, 1999.
          08        Q.       Sir, I would like to you to take a look,
          09   if you would, at the first page of Exhibit 102, and

**CONFIDENTIAL**                                                      **page 21**

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
10    I'm going to ask you, if you would, please, to read
11    out loud the fourth paragraph of this letter.
12         A.     The one that begins "We have"?
13         Q.     Yes.
14         A.     The paragraph says, "We have
15    completed the review of this application, as
16    amended, and have concluded that adequate
17    information has been presented to demonstrate that
18    the drug product is safe and effective for use as
19    recommended in the enclosed labeling text.
20    Accordingly, the application is approved effective
21    on the date of this letter."
22         Q.          Is this letter what is known as the
23    approval letter for Vioxx?
24         A.     Yes, I believe so.
```

**65.  PAGE 879:25 TO 881:10  (RUNNING 00:02:23.815)**

```
      25         Q.     Now, Dr. Scolnick, the paragraph that
00880:01    you just read to us refers to the "enclosed labeling
02    text."  Did the label for Vioxx, when it was
03    approved, have any warnings for GI risks?
04         A.     Yes, it did.  It had the same wording
05    for warnings of GI risks that occurred with all
06    prior nonsteroidal drugs.
07         Q.          Well, if Vioxx was supposed to be
08    safer on the stomach, why didn't the label say it
09    was safer than the other traditional pain relievers?
10         A.          The feeling of the FDA at the time
11    and some other scientists was that we had clearly
12    demonstrated the increased safety of the drug by the
13    endoscopy methods.  No one disputed that.  The
14    endoscopy methods, of course, measure ulcers and
15    bleeding ulcers from patients on the drug.  The FDA
16    was not certain that there was a relationship
17    between the greatly reduced incidence of ulcers
18    determined by endoscopy and then bleeding from
19    ulcers, perforations or obstructions that occurred
20    from those ulcers, and, therefore, because that data
21    was not yet available, they chose to not change the
22    warning label for Vioxx.
23         Q.          The label that was approved for Vioxx
24    when the drug was first approved, was that the label
25    that Merck wanted?
00881:01    A.          No.  We felt that the endoscopy data
02    was so strong and the meta analysis of perforations,
03    ulcers and bleeds that we had gathered in our
04    trials, comparative NSAIDs to Vioxx, also
05    demonstrated that Vioxx had reduced incidence of
06    that, we felt that the language of the warning for
07    GI risks could have been and should have been
08    modified based on the data we submitted to them.
09    And we could not convince the FDA, no matter how
10    hard we tried, to make that change.
```

**66.  PAGE 881:25 TO 882:21  (RUNNING 00:01:16.493)**

```
      25         Q.     Dr. Scolnick, I would like to talk to
00882:01    you now about a Merck study that's known as the
02    VIGOR study.  Can you tell us what the general
03    reasons were for Merck doing that study?
04         A.     Yes.  As we discussed a few minutes
05    ago, in order to have the typical warning language
06    associated with GI labeling for even this new drug
07    changed to reflect what we believed was improved
08    gastrointestinal safety, we had to do studies
09    additional to the endoscopy studies I described to
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
10      you.  And the general design of such a study was to
11      test Vioxx compared to some other prior nonsteroidal
12      in a large patient population and follow the reports
13      and incidences of the serious gastrointestinal side
14      effects of the two drugs in such a study.
15              Q.      Did Merck consult with the FDA over
16      the design of the VIGOR study?
17              A.      Yes, we did.
18              Q.      What were the drugs that were
19      compared to each other in the VIGOR study?
20              A.      Vioxx was compared to naproxen in
21      patients with rheumatoid arthritis.
```

**67. PAGE 883:03 TO 883:18  (RUNNING 00:00:52.265)**

```
03              Q.      What was the dose for Vioxx that was
04      used?
05              A.      The dose of Vioxx was 50 milligrams,
06      twice the usual dose for osteoarthritis, and the
07      reasons for that were twofold, as I recall.  One was
08      that at the time we were still conducting our
09      efficacy studies in rheumatoid arthritis, and we
10      thought at the time that the dose was going to be 50
11      milligrams in rheumatoid arthritis.  So, in order to
12      do an ethical study with a dose that we thought was
13      the dose, 50 milligrams was chosen in that patient
14      population.  In addition, the FDA, I believe, had
15      expressed some interest in having the study done at
16      twice the usual dose in osteoarthritis in order to
17      provide a worst case scenario test for the improved
18      GI tolerability of the drug.
```

**68. PAGE 883:22 TO 884:19  (RUNNING 00:01:11.985)**

```
22              Q.      If Merck wanted to show that Vioxx
23      was safer for the stomach, why not just compare
24      Vioxx versus a placebo in the VIGOR trial?
25              A.      The clinical patient population for
00884:01  whom Vioxx was indicated for chronic use was
02      osteoarthritis approved, and hopefully was going to
03      be rheumatoid arthritis.  Those patients need some
04      other medicine to control their pain, and one
05      couldn't ethically do such a study, and one couldn't
06      expect the patients to stay on placebo for a long
07      period of time.
08              Q.      What did you expect the data from the
09      VIGOR study to show?
10              A.      We expected it to show, even though
11      the dose was 50 milligrams, a greatly improved set
12      of results for the perforations, ulcers and bleeds
13      that were the criteria for this study.
14              Q.      How did your expectations affect your
15      desire to see the results of the VIGOR study?
16              A.      I've always wanted to see clinical
17      results or basic research results right away, it's
18      just my nature, and I wanted to see the results as
19      soon as they were available.
```

**69. PAGE 885:25 TO 886:06  (RUNNING 00:00:14.220)**

```
25                      Did there come a point in time when
00886:01  you saw the results from the VIGOR study?
02              A.      Yes.
03              Q.      When did that occur?
04              A.      March 9, 2000.
05              Q.      Were you among the first people at
06      Merck to see those results?
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

**70. PAGE 886:09 TO 886:16 (RUNNING 00:00:16.787)**

```
        09              THE WITNESS:  I think I was shown the
        10  data or sent the data after the project team
        11  initially saw it and analyzed it, so, in that sense,
        12  I was among the first, but I was not in the very
        13  first group.
        14  BY MR. RABER:
        15      Q.      What was your initial reaction to the
        16  VIGOR results?
```

**71. PAGE 886:19 TO 887:04 (RUNNING 00:00:28.391)**

```
        19              THE WITNESS:  I was extremely pleased
        20  at the GI outcomes which were much better for Vioxx
        21  than naproxen, even the 50 milligrams of Vioxx, and
        22  I was stunned and surprised at the cardiovascular
        23  differences seen in the trial between naproxen and
        24  Vioxx.  I did not expect to see such a result.
        25  BY MR. RABER:
00887:01      Q.      Did you ever put down that initial
        02  reaction in writing?
        03      A.      Yes, I did.  I sent an e-mail to some
        04  members of the project team stating that.
```

**72. PAGE 887:19 TO 889:09 (RUNNING 00:01:56.693)**

```
        19      Q.      Dr. Scolnick, is Exhibit 14 in front
        20  of you, the e-mail that you just referred to?
        21      A.      Yes, it is.
        22      Q.      In your e-mail you write:  "To all:
        23  I just received and went through the data.  Thank
        24  you for sending it to me.  There is no doubt about
        25  the pub data.  Very very strong.  As expected."  Do
00888:01  you see that?
        02      A.      Yes, I do.
        03      Q.      What is the "pub data"?
        04      A.      PUB is shorthand for perforations,
        05  ulcers and bleeds.  Those were the serious side
        06  effects of prior nonsteroidals that everyone wanted
        07  to know about.
        08      Q.      When you say "Very very strong.  As
        09  expected," what were you referring to?
        10      A.      I was referring to the fact that the
        11  first look at the data, there seemed to be a
        12  dramatic increase in the number of those compared to
        13  naproxen in the study.
        14      Q.      You go on to say:  "General safety is
        15  better than could hope for in this patient
        16  population.  Incidences of hypertension, renal
        17  anything, edema, liver, all great - very safe.
        18  Very, very safe."  Do you see that?
        19      A.      Yes, I do.
        20      Q.      When you are talking about "better
        21  than could hope for in this patient population,"
        22  what does that refer to?
        23      A.      These patients were patients who had
        24  rheumatoid arthritis, a very serious illness.  Many
        25  of them would be on steroids in addition to whatever
00889:01  nonsteroidal anti-inflammatories, some other
        02  medications also, and a somewhat fragile patient
        03  population in that regard.  Therefore, whenever one
        04  tests any kind of drug in a patient population
        05  that's sick to begin with, as these patients were,
        06  one worries that one might see side effects that
        07  would show up in an unexpected way, and those were
        08  not seen and not detected in the trial, and I was
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
        09   very pleased about that.
```

**73. PAGE 889:18 TO 890:11  (RUNNING 00:00:41.026)**

```
        18        Q.      Dr. Scolnick, you then go to say,
        19   "The CV events are clearly there."  Do you see that?
        20        A.      Yes, I do.
        21        Q.      What does that refer to?
        22        A.      What I was referring to was the
        23   reports of the cardiovascular events in the two arms
        24   of the trial and that the two curves were different,
        25   the incidence of curves were clearly
00890:01   distinguishable.
        02        Q.      There was a difference in the number
        03   of CV events between the Vioxx group and the
        04   naproxen group.  Is that what you're saying?
        05        A.      Yes, that's exactly what I'm saying.
        06        Q.      Further down you say, "it is
        07   mechanism based as we worried it was."  Do you see
        08   that?
        09        A.      Yes, I do.
        10        Q.      What does it mean when you say "it is
        11   mechanism based"?  What were you referring to?
```

**74. PAGE 890:14 TO 894:13  (RUNNING 00:05:03.753)**

```
        14             THE WITNESS:  Well, as part of my
        15   initial reaction, as I've described many times, I
        16   hadn't expected these results, and my very first
        17   reaction was that Vioxx had elevated the rate as
        18   opposed to naproxen lowering the rate, and my
        19   connection was to the prostacyclin hypothesis, which
        20   was my set of first thoughts when I saw the data.
        21   That's what I was talking about, since COX-2
        22   inhibitors had been shown to lower prostacyclin in
        23   the urine.
        24   BY MR. RABER:
        25        Q.      You go on to say at the end of this
00891:01   e-mail "We have a great drug" and you say "The class
        02   will do well."  Do you see those references?
        03        A.      Yes, I do.
        04        Q.      What did you mean by that?
        05        A.      Well, that even if these results were
        06   caused by Vioxx as opposed to not being caused by
        07   Vioxx, the incidence was low, we could change the
        08   label to reflect the results, the drug still had a
        09   significant benefit to patients, and people and we
        10   would learn how to use it safely in people and still
        11   produce the benefit with an articulation of what
        12   could have been a known risk at that point -- what I
        13   thought was a known risk at that point.
        14        Q.      Dr. Scolnick, did there come a time
        15   when members of the Vioxx team informed you that
        16   there might be another explanation for the
        17   difference in the CV events between Vioxx and
        18   naproxen?
        19        A.      Yes.  Subsequently to this, and I
        20   don't recall whether it was this evening or the next
        21   day, members of the team told me they, in fact,
        22   thought there was a very plausible and more likely
        23   explanation for the differences in the event rates
        24   in the two arms of the trial.
        25        Q.      What did you instruct the Vioxx team
00892:01   members to do at that point?
        02        A.      Well, they told me that because
        03   naproxen was at this dose twice a day, 500
        04   milligrams twice a day, had potent anti-platelet
```

## Mason v. Merck

```
05    activity, that the more plausible explanation was
06    that naproxen had actually lowered the CV event rate
07    in the trial.  So, I said to them, well, that sounds
08    good, but what other evidence is there to support
09    that?  So, let's look back at all of our clinical
10    trial data and see if there's any other evidence for
11    that, and what other evidence can you find that
12    naproxen or drugs like naproxen couldn't be
13    cardioprotective.
14         Q.      Did the Vioxx team present you with
15    any evidence of naproxen's ability to inhibit
16    platelets the way that they had described?
17         A.      Yes.  They told me about it and I
18    believe showed me a graph which showed that naproxen
19    500 milligrams twice a day was potent, had a potent
20    anti-platelet effect throughout the day and compared
21    that to ibuprofen and diclofenac, two other members
22    of the class which did not in their usual dosage
23    regimens have that kind of effect, and, therefore,
24    naproxen was unique as a prototypical
25    anti-inflammatory drug.
00893:01        Q.      That data about naproxen that you
02    were shown, was that data that had been obtained in
03    a Merck-related study?
04         A.      The biochemistry data I'm talking
05    about in people, I think, was in a Merck study, yes,
06    clinical pharmacology study.
07         Q.      That data, were you aware of that
08    data when you wrote your e-mail on March 9, 2000?
09         A.      No. I had not been aware of it.  I
10    was very surprised at this data and had not heard
11    about the naproxen effect before they told me about
12    it.
13         Q.      In your words, what did that data
14    about naproxen suggest to you at that point?
15         A.      Well, at that point, my thinking, I
16    thought, well, they have a plausible hypothesis
17    here.  This is certainly -- based on the
18    anti-platelet activity, they could be seeing a
19    naproxen-protective effect.  I wanted them to look
20    at all our other clinical trial data again and was
21    really struggling with trying to find a way to get
22    more placebo-controlled data.  Because in this
23    trial, what we had from our database at that point
24    was, on the one hand we had Vioxx versus all the
25    nonsteroidals which had been tested in our trials,
00894:01    Phase IIb/III trials and extensions where we had
02    seen no difference in cardiovascular event rates.
03    Then now we had a trial where at 50 milligrams of
04    Vioxx versus naproxen we had a difference, and those
05    were two different databases, neither of which had a
06    placebo against it.  So, their interpretation based
07    on the anti-platelet activity was naproxen had
08    lowered the heart attack rate consistent with the
09    fact that it was different biochemically from other
10    nonsteroidals and Vioxx was not different from them
11    in CV events.  I said the tie breaker here has to be
12    placebo data, and how much placebo data do we have
13    to see if Vioxx is different from placebo.
```

**75.  PAGE 894:16 TO 895:25  (RUNNING 00:01:52.658)**

```
16         Q.      Before we get to placebo data, did
17    the Vioxx project team provide you with any other
18    biochemical or pharmacological information that
19    suggested a drug like naproxen could inhibit
20    platelets like aspirin?
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason  v.  Merck

```
        21        A.      Yes.  They actually told me about and
        22  then subsequently sent me a paper on a drug called
        23  flurbiprofen, which is a very potent nonsteroidal.
        24  In the doses given in the trials they cited to me,
        25  it blocks platelets like naproxen.  It had been
00895:01  tested in a very high risk patient population in
        02  which patients had their arteries open, something
        03  called angioplasty today, and then followed for six
        04  months with and without flurbiprofen treatment to
        05  see if flurbiprofen lowered the restenosis,
        06  reclotting rate of these opened arteries.  And lo
        07  and behold, flurbiprofen had a dramatic benefit to
        08  those patients that dropped the restenosis rate, the
        09  rethrombosis rate dramatically in those patients.
        10        Subsequently they told me about a
        11  drug called indobufen which had even more data
        12  associated with it.  It had two other clinical
        13  situations.  It had an actual heart bypass graft
        14  where it blocked the stenosis, subsequent clotting
        15  of that, and yet another situation, patients who
        16  have a rhythm disturbance in their atrium which sets
        17  them up to have clots, called atrial fibrillation,
        18  and giving those patients indobufen reduced the
        19  incidence of their thrombotic events.
        20        So, they had three pieces of
        21  information with drugs like naproxen, which was very
        22  strong clinical evidence to support the biochemical
        23  evidence that we had with naproxen at that point.
        24        Q.      I would like to show you a document
        25  that we'll mark as Exhibit 103.
```

### 76.  PAGE 896:13 TO 899:11  (RUNNING 00:03:59.881)

```
        13        Q.      Dr. Scolnick, can you identify
        14  Exhibit 103, please?
        15        A.      Yes.  Exhibit 103 is a paper from the
        16  European Heart Journal published in 1993.  The title
        17  of the paper is "Evaluation of flurbiprofen for
        18  prevention of reinfarction and reocclusion after
        19  successful thrombolysis or angioplasty in acute
        20  myocardial infarction."
        21        Q.      Is this Exhibit 103, the flurbiprofen
        22  data or paper that you referred to earlier in your
        23  testimony?
        24        A.      Yes, it is.
        25        Q.      Were you aware of the data contained
00897:01  in this paper on flurbiprofen when you wrote your
        02  e-mail on March 9, 2000?
        03        A.      No, I was not.
        04        Q.      Similarly, were you aware of the data
        05  regarding the drug indobufen when you wrote your
        06  e-mail on March 9, 2000?
        07        A.      No, I was not.
        08        Q.      You mentioned a few minutes ago
        09  something about placebo data.  Can you tell us what
        10  else you and your team looked at to answer the
        11  question of whether the difference in the CV rates
        12  between naproxen and Vioxx was due to naproxen?
        13        A.      During the discussion of trying to
        14  figure out a way to look at placebo data, someone, I
        15  don't recall who, reminded us that we had an ongoing
        16  trial in patients with Alzheimer's disease.  This
        17  trial compared placebo to 25 milligrams of Vioxx,
        18  and I don't recall whether it was a treatment trial
        19  or a prevention trial, but it was attempting to
        20  improve the lot, the clinical benefit to patients
        21  with Alzheimer's.  The reason this trial was ongoing
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
        22    was there was a theory, again a hypothesis, that
        23    such an anti-inflammatory would improve the clinical
        24    condition or prevent the progression of Alzheimer's
        25    disease based on literature post hoc epidemiology
00898:01    data, but it was only a hypothesis.
        02              And it was now regarded that Vioxx
        03    was safe enough on the stomach to test this theory
        04    in patients with Alzheimer's compared to placebo.
        05    No drug had ever been shown to retard the
        06    progression of Alzheimer's, so, it was perfectly
        07    ethical to do the study versus placebo, it was a
        08    fairly large study.  And the group thought very
        09    sharply, they figured out that -- there were only
        10    two arms in the trial, treatment arm A and treatment
        11    arm B.  They were blinded, but during any trial,
        12    including this one, we always record immediately in
        13    our database adverse experience reports that come in
        14    during the course of the trial, and, therefore, this
        15    database had potentially in it cardiovascular
        16    adverse experience reports from the Alzheimer's
        17    trial, an old population presumably with some
        18    underlying heart disease.
        19              So, we said, terrific, is there a way
        20    without unblinding the whole trial that we can look
        21    at this safety data, column A and column B.  And it
        22    was clear, made clear by the statistics group to me
        23    that we could do that without compromising the trial
        24    by just aggregating the data under treatment A and
        25    treatment B, and they would enumerate the
00899:01    cardiovascular side effects.
        02              And I said that's just terrific, go
        03    do it right away.  I want to know the minute you
        04    know the answer to this.  So, they did all the
        05    things necessary to do this legally, and they
        06    enumerated all the data, they called me 48 hours
        07    later in the evening on a Sunday night and told me
        08    that there was no difference in the event rates in
        09    treatment A and treatment B arm.  That was greatly
        10    reassuring.
        11         Q.       Why was that significant to you?
```

**77. PAGE 899:14 TO 900:10  (RUNNING 00:01:01.251)**

```
        14              THE WITNESS:  That was significant to
        15    me because it was in my mind the critical piece of
        16    information to accept the naproxen hypothesis that
        17    the group had put forward.  We knew naproxen could
        18    be potentially cardioprotective based on all the
        19    data I've talked to you about, but I wanted to see
        20    data versus Vioxx, because if they were right, Vioxx
        21    versus placebo should not have been different.  And
        22    when I was told this data, I was reassured, but I .
        23    then asked the statistician who called me, I want to
        24    know not just the grouped data that that you've
        25    given me, I want to know all the categories of
00900:01    cardiovascular events in both treatment arms, A and
        02    B.  And he read me those on the phone and, again,
        03    they were no different.  And so I was really
        04    relieved and reassured, and thought, well, they are
        05    right, I was wrong, and the naproxen hypothesis is
        06    the explanation for this.
        07    BY MR. RABER:
        08         Q.       Did Merck do anything to look at the
        09    osteoarthritis data that it was continuing to
        10    collect at that point?
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

**78. PAGE 900:12 TO 901:01  (RUNNING 00:00:48.488)**

```
       12            THE WITNESS:  Yes.  We continually
       13   looked at that data, as more and more patients
       14   accrued from different trials, updated it, did large
       15   meta-analyses of the trials comparing Vioxx to the
       16   other comparators, continually looking to see if
       17   there was a signal, and there was no signal.
       18       Q.     All right.
       19            Dr. Scolnick, then after you
       20   considered the data about naproxen, after you
       21   considered the data about flurbiprofen and the data
       22   about indobufen and the data from the Alzheimer's
       23   trials comparing Vioxx with placebo, what did you
       24   conclude was the best explanation for the
       25   differences in CV events that occurred in the VIGOR
 00901:01   study?
```

**79. PAGE 901:03 TO 901:06  (RUNNING 00:00:09.393)**

```
       03            THE WITNESS:  I concluded the team
       04   had been right and I had been wrong, that the
       05   naproxen arm was lower than the Vioxx arm because
       06   naproxen had been cardioprotective.
```

**80. PAGE 901:08 TO 903:13  (RUNNING 00:03:03.352)**

```
       08       Q.     Dr. Scolnick, what did Merck do to
       09   make the VIGOR results public?
       10       A.     Merck did two things.  First of all,
       11   it had a large number of ongoing trials with Vioxx
       12   and with its second COX-2 inhibitor, Arcoxia.  The
       13   protocols for those trials at that time had excluded
       14   the use of aspirin.  And now that we knew about the
       15   naproxen being cardioprotective, if there were
       16   patients that were in those trials who had
       17   underlying cardiac disease and who otherwise might
       18   have benefited from aspirin, we wanted to make the
       19   protocol changes so the investigators carrying out
       20   those trials would be allowed to use aspirin.  So,
       21   we wrote in a letter to all the investigators and
       22   sent it out right away that stated the results of
       23   the VIGOR trial, giving all the data, and telling
       24   them that they could now use aspirin, Vioxx was not
       25   a substitute for aspirin.
 00902:01            We also wanted to make the data
       02   available more widely so that all the data would be
       03   known in people who were wondering whether to use
       04   aspirin or not, although that was allowed in the
       05   label, and appropriate patients would use it, and
       06   because this was a trial with twice the approved
       07   dose because it was a clinical trial, we were not
       08   approved for rheumatoid arthritis, we weren't
       09   approved for this dose, we thought the fastest way
       10   to do this, because the FDA review would take some
       11   time, would be to put out a press release giving all
       12   the information.  And we did that, again,
       13   concomitant with the investigator letter.  We
       14   subsequently presented this information within a
       15   couple of months at a big meeting, gastrointestinal
       16   meeting, attended by a number of people and then it
       17   was subsequently published in an article in, I
       18   think, Circulation, after it was peer reviewed.
       19       Q.     You mentioned earlier -- well, let me
       20   ask you this.  Did Merck also provide the VIGOR data
       21   to the FDA after you got the results?
       22       A.     Yes.  The FDA was notified
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
         23   immediately when the data became available, and it
         24   was immediately analyzed, and then it was submitted,
         25   the full package of data was submitted within three
00903:01   months of getting this very large study, 8,000
         02   patients, to the FDA, very rapid putting together of
         03   all the data.  We were anxious to have it reviewed.
         04   It had the GI safety data in it, it had the
         05   cardiovascular difference in it, and it had the
         06   rheumatoid arthritis potential indication in it
         07   which had been part of our studies.  It was a very
         08   large package.
         09        Q.     Dr. Scolnick, earlier today you told
         10   us about FDA Advisory Committees.  My question for
         11   you is, was there an FDA Advisory Committee meeting
         12   that was held to deal with the results from the
         13   VIGOR study?
```

**81. PAGE 903:16 TO 904:12 (RUNNING 00:00:58.473)**

```
         16             THE WITNESS: Yes, there was.  In
         17   spring of 2001, I don't remember the exact month
         18   now, there was an FDA Advisory Committee meeting.
         19   BY MR. RABER:
         20        Q.     Was that FDA Advisory Committee
         21   meeting relating to the VIGOR results a public
         22   proceeding?
         23        A.     Yes, it was.
         24        Q.     In general, what happened at that
         25   Advisory Committee meeting as best you can recall?
00904:01        A.     Well, I don't remember the details of
         02   the meeting, but it followed the form of the usual
         03   Advisory Committees.  We presented a background
         04   package, the FDA did, we presented our data, the
         05   Merck team did, that is, and the FDA presented full
         06   discussion, lots of questions, lots of debate about
         07   the gastrointestinal data, the cardiovascular data,
         08   and then votes that -- I don't remember the
         09   questions that the group was asked, votes about it.
         10   The whole day came out, I thought, very favorably.
         11   Everyone looked at the data and basically accepted
         12   the hypothesis with some caveats that you needed to
```

**82. PAGE 904:17 TO 904:20 (RUNNING 00:00:09.164)**

```
         17        Q.     Dr. Scolnick, did the FDA Advisory
         18   Committee recommend at that time that Vioxx be taken
         19   off the market?
         20        A.     No, not at all.
```

**83. PAGE 905:01 TO 907:16 (RUNNING 00:03:30.489)**

```
00905:01             Can you identify the e-mail that
         02   appears towards the bottom of this exhibit?
         03        A.     Yes, I can.  It's an e-mail from
         04   myself on February 8th to Douglas Greene, Alise
         05   Reicin, Alan Nies, Harry Guess, Deborah Shapiro and
         06   Thomas Simon, and the subject is "Today."
         07        Q.     Doctor, your e-mail reads "To ALL."
         08   Well, let me back up.  What was the context of your
         09   sending this e-mail to those individuals on this
         10   day?
         11        A.     The context was to congratulate them
         12   for the wonderful job they had done in presenting
         13   the data to the committee, answering all the
         14   questions in great detail, being prepared for the
         15   details that the Advisory Committee wanted on
         16   additional questions, and I thought they had just
         17   done a fantastic job, and I wanted to encourage them
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
     18    and tell them what a great job it was.
     19         Q.      Your E-mail reads: "To ALL.  I bit
     20    my nails all day.  You all were FANTASTIC.  You made
     21    them look like grade d high school students and you
     22    won big huge and completely.  You should be proud
     23    happy and exhausted.  Enjoy and bask in the warmth
     24    of having done an impossible job superbly/Ed."  Do
     25    you see that?
00906:01         A.      Yes, I do.
     02         Q.      Can you explain to us your reference
     03    there to making someone look like grade D high
     04    school students?
     05         A.      Yes.  I was trying to praise the team
     06    in a way that was simply an analogy to something
     07    that had that happened several years ago during our
     08    Crixivan NDA review.
     09         Q.      What had happened there?
     10         A.      When we presented Crixivan at a
     11    comparable FDA Advisory Committee meeting, and I
     12    don't recall the exact year this was, it was in the
     13    earlier '90s, we had come -- it was a two-day
     14    meeting on protease inhibitors.  Another sponsor had
     15    presented theirs on the first day, and we were
     16    presenting on the second day.  Our presentation was
     17    finished by the physician who made it, and when he
     18    finished, the first hand up from the Advisory
     19    Committee was from someone on the committee who said
     20    to our presenter, that was fantastic.  You made them
     21    look like grade D high school students.  And that
     22    was all I was referring to here.  It was a laudatory
     23    comment by a member of this past Advisory Committee,
     24    and I was sort of reminding them of that comment in
     25    a kind of jovial way when I was so proud of them for
00907:01    what they had done.
     02         Q.      You refer later on in this e-mail to
     03    your team "having done an impossible job superbly."
     04    Do you see that?
     05         A.      Yes, I do.
     06         Q.      What's the "impossible job" that
     07    you're referring to?
     08         A.      Well, I thought that having a public
     09    discussion about cardiovascular events was a very
     10    difficult subject to handle and that they did it in
     11    an unemotional way where it was carried out in a
     12    completely rational discussion with full disclosure
     13    of all the data without anyone becoming emotional
     14    about it either on our side or the committee side,
     15    so that all the data could be considered rationally,
     16    and a most rational decision could be made.
```

**84. PAGE 907:17 TO 909:09 (RUNNING 00:02:05.806)**

```
     17         Q.      Dr. Scolnick, had the
     18    cardioprotective effect of naproxen ever been
     19    observed like this in a clinical trial?
     20         A.      No, it had not.
     21         Q.      Why not?
     22         A.      It had not -- first of all, such a
     23    trial had never been done.  So, the question really
     24    is, why had it never been done the way trials with
     25    aspirin had been done.  We need to spend a moment
00908:01    explaining what's been done for aspirin and why one
     02    is able to do that, and then one can discuss
     03    naproxen.
     04         Q.      Okay.  Would you please do that?
     05         A.      Yes.
     06                 Aspirin has been tested many times to
```

## Mason v. Merck

```
07   be cardioprotective and found to be
08   cardioprotective.  The reason one can do that is
09   aspirin blocks the enzyme in platelets that's
10   responsible for its cardioprotective effect.  You
11   can do that with giving a relatively low dose of
12   aspirin because aspirin inhibits that enzyme
13   irreversibly.  It binds to the enzyme, and it never
14   comes off.  That cell, that platelet, can't remake
15   that enzyme until more platelets come out of the
16   bone marrow.  That takes a long time.  Basically, it
17   takes a day.  The doses of aspirin to do that have a
18   small effect on the stomach, so, they produce a
19   little bit of ulcer problem in the stomach, but
20   because it is irreversibly bound to the platelet
21   enzyme, you can get a therapeutic benefit, a
22   therapeutic index between the platelet and the
23   stomach with aspirin with a low dose.
24           Naproxen does not bind irreversibly
25   to the platelet enzyme.  It is reversible.  In order
00909:01   to have it block 24 hours the way aspirin does, you
02   have to keep the dose up like 500 milligrams twice a
03   day so the blood levels of naproxen stay up during
04   that 24-hour period of time.  In doing that, you
05   don't get selectivity between the platelet and the
06   stomach, and you would have produced a significant
07   number of ulcers just as shown in the VIGOR trial.
08   That's why naproxen was never tested before in my
09   opinion.
```

**85.  PAGE 909:12 TO 910:08  (RUNNING 00:01:12.156)**

```
12           Q.      Dr. Scolnick, after you had reached
13   the conclusion that naproxen had been
14   cardioprotective in the VIGOR trial, did Merck stop
15   analyzing this question?
16           A.      No.  We constantly -- I constantly
17   continued to worry about it, what other evidence
18   could we get, what else could we do, what other
19   trials could we do, what other databases could we do
20   to further challenge our conclusions.
21           Q.      If you thought that naproxen was the
22   reason for the VIGOR results, why did you continue
23   to worry?
24           A.      Because that's just my nature.  I
25   always worried about the safety of our drugs, and I
00910:01   wanted even more data to even further draw the
02   conclusion or firm up the conclusion that we had
03   made.  I wanted to find a way -- to me, we had the
04   Alzheimer's placebo controlled data which was very
05   strong.  I wanted to try to find a way to have
06   additional placebo-controlled data to compare Vioxx
07   to to go an extra mile to prove the safety of the
08   drug.
```

**86.  PAGE 910:13 TO 913:10  (RUNNING 00:03:31.514)**

```
13           Dr. Scolnick, looking at Exhibit 5,
14   can you please identify for us the e-mail that
15   appears at the very bottom of the first page?
16           A.      Yes.  It's an e-mail from myself to
17   Dr. Alise Reicin.  Its subject is "RA and CV
18   mortality," rheumatoid arthritis and cardiovascular
19   mortality.
20           Q.      What is the date of this e-mail?
21           A.      April 12, 2000.
22           Q.      Is that before or after -- strike
23   that.
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

### Mason v. Merck

```
        24                 Was this before or after the VIGOR
        25     results had come out?
00911:01         A.         It was afterwards, a little more than
        02     after a month after the VIGOR results.
        03         Q.         You say in your e-mail to Alise
        04     Reicin: "Hi Alise I have been trading e-mails with
        05     Doug Greene in real time.  We all are online too
        06     late.  I will tell you my worry quotient is high.  I
        07     actually am in minor agony."  Do you see that?
        08         A.         Yes, I do.
        09         Q.         Why at this point was your worry
        10     quotient high and were you in minor agony?
        11         A.         Because I was constantly looking at
        12     all the data we had and although accepting it as
        13     the, by far, likeliest explanation, I wanted to get
        14     even more data comparing Vioxx to something like
        15     placebo to put all doubts aside of what was going on
        16     in the VIGOR trial.
        17         Q.         You write in this e-mail:  "What I
        18     really want to do is a 10000 versus 10000 patient
        19     study in mild-moderate OA Tylenol versus Vioxx with
        20     prn low dose aspirin for those judged to need it."
        21     Do you see that?
        22         A.         Yes.
        23         Q.         What were you referring to there?
        24         A.         Well, I've always tried to suggest
        25     trials to people to consider and try to see if they
00912:01     are feasible.  So, what I was thinking about was a
        02     trial on osteoarthritis comparing Tylenol to Vioxx,
        03     Tylenol had an excellent safety record, and allowing
        04     patients who needed low dose aspirin to have it in
        05     the trial, and that Tylenol would in a sense in this
        06     trial be a substitute for placebo.  And that was an
        07     idea that I came up with in thinking about what else
        08     we could do.
        09         Q.         You say in this e-mail in all capital
        10     letters:  "WE WILL NOT KNOW FOR SURE WHAT IS GOING
        11     ON UNTIL WE DO THIS STUDY.  PLEASE THINK HARD ABOUT
        12     THE DESIGN BEFORE THE PAC MEETING."  Do you see
        13     that?
        14         A.         Yes, I do.
        15         Q.         Why were you communicating that
        16     message to Alise Reicin in all capital letters?
        17         A.         Alise was part of or one of the
        18     leaders of some part of the project team at that
        19     point, I don't recall, and so she would be
        20     responsible for thinking about trial designs that we
        21     were all thinking about at that point, and I was
        22     tossing out an idea to her, just as I did oftentimes
        23     to many other people in MRL over the years I was
        24     president.  They didn't always accept them.  They
        25     sometimes did.  They sometimes told me why a study
00913:01     couldn't be done and would challenge me back and
        02     say, well, we can't do this, but we can do that,
        03     what do you think, and that would be the kind of
        04     dialogue we would have all the time.
        05         Q.         But why did you write that particular
        06     message in all capital letters?
        07         A.         Because at this time, although I
        08     accepted their hypothesis based on all our
        09     discussions, I still thought we needed even more
        10     data to have 1,000 percent certainty.
```

**87. PAGE 913:24 TO 914:06 (RUNNING 00:00:21.381)**

```
        24         Q.         Dr. Scolnick, after you wrote this
        25     e-mail to Alise Reicin on April 12, 2000, did Merck
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

00914:01    continue to collect and analyze data about Vioxx
      02    during the year 2000?
      03          A.      Yes.  We continually looked at the
      04    updated, ongoing trial database to see if there was
      05    a difference between Vioxx and the other
      06    nonsteroidals.

**88. PAGE 918:16 TO 919:04  (RUNNING 00:00:38.086)**

      16          Q.      Dr. Scolnick, did you consider taking
      17    Vioxx off the market in light of the VIGOR results?
      18          A.      No, not at all.  I never considered
      19    taking it off the market.  As you know, I told you
      20    what my initial reaction was, and in the context of
      21    that initial reaction, I considered what kind of
      22    labeling we would have.  But as the data evolved and
      23    there was no evidence to support my initial
      24    reaction, I never considered taking it off the
      25    market at all, even though I hadn't even considered
00919:01    it in the beginning.
      02          Q.      Before the VIGOR results came out,
      03    had you used Vioxx personally?
      04          A.      Yes.

**89. PAGE 919:07 TO 919:18  (RUNNING 00:00:26.294)**

      07          Q.      For what condition?
      08          A.      I have a chronic sciatic nerve
      09    problem due to a disc and a back fusion that was
      10    done in the late '70s.
      11          Q.      How often did you take Vioxx before
      12    the VIGOR results came out?
      13          A.      On the average, once or twice a week.
      14    Sometimes several days in a row when I traveled, but
      15    on the average, once or twice a week.
      16          Q.      After the VIGOR results came out and
      17    showed a difference between Vioxx and naproxen, did
      18    you stop taking Vioxx?

**90. PAGE 919:20 TO 919:21  (RUNNING 00:00:02.266)**

      20                  THE WITNESS:  No.  I used it in the
      21    same way.

**91. PAGE 920:10 TO 920:24  (RUNNING 00:00:55.553)**

      10          Q.      Did you ever share your thoughts
      11    after you had seen all the data relating to naproxen
      12    and Vioxx and placebo, did you ever share your
      13    feeling that you believed there was no safety
      14    problem with Vioxx?
      15          A.      Yes.  I told people that all the
      16    evidence we had was completely consistent with the
      17    fact that naproxen was cardioprotective, that one
      18    could not exclude any effect of Vioxx, because that
      19    was trying to prove a negative, and that was very
      20    difficult to do in science, and those were the kinds
      21    of statements I would make to people.
      22          Q.      Dr. Scolnick, I want to show you a
      23    document we'll mark as Exhibit 105.  It has the
      24    numbers MRK-ACT0009918.

**92. PAGE 921:06 TO 922:04  (RUNNING 00:01:14.791)**

      06          Q.      Can you identify for us the e-mail
      07    that appears in the middle of the page on Exhibit
      08    105?
      09          A.      Yes.  It is an e-mail from myself to
      10    Alan Nies, Alise Reicin and Harry Guess.  The

**CONFIDENTIAL**

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
11    subject is:  "A word of Praise."
12         Q.       What is the date of this e-mail?
13         A.       February 4, 2001.
14         Q.       What was the context for sending this
15    e-mail to that group on February 4 of 2001?
16         A.       I believe they were getting close to
17    the FDA Advisory Committee on the VIGOR results, and
18    I wanted to tell them that they had done a terrific
19    job, and I was no longer worried about the safety of
20    the drug and all the issues that we've covered and,
21    again, thank them for the enormous amount of work
22    they had done so well.  They were extremely
23    thorough.
24         Q.       Your e-mail says towards the middle
25    "We all worried to death about the CV events last
00922:01 Spring."  Then it says:  "But I was sick at the
02    thought we might be doing harm to patients."  Do you
03    see that?
04         A.       Yes, I do.
```

**93. PAGE 922:08 TO 923:15 (RUNNING 00:01:36.427)**

```
08         Q.       What is that referring to?
09         A.       It is referring to my major concern
10    which was, as I told you earlier, I always regarded
11    myself as a physician first and as president of MRL
12    second.  And the thought that I had initially that
13    Vioxx might be harming patients was really quite
14    upsetting to me, and we worried about it, we looked
15    for whether it was the case or not, and as I've
16    stated here, I told them that, I knew that they all
17    thought the same way, and told them that I was no
18    longer worried, that we had done so much analysis
19    and had so much other data that I had been reassured
20    that the drug was safe.
21         Q.       Your e-mail goes on to say:  "I KNOW
22    each of you well enough to know you felt the same
23    way.  With all the data now available I am no longer
24    worried."  Do you see that?
25         A.       Yes, I do.
00923:01   Q.       Did that reflect your state of mind
02    about the safety of Vioxx as of February 4, 2001?
03         A.       Yes.  That's what I said in the
04    e-mail.
05         Q.       Did Merck continue to study and
06    analyze data relating to Vioxx?
07         A.       Yes.  Again, other ongoing trials
08    were done.  They were all analyzed in the same way
09    with the same standard operating procedure.
10         Q.       Are you familiar with a study that
11    was done at Merck that involved African green
12    monkeys?
13         A.       Yes, I am.
14         Q.       What was the background and reason
15    for doing that particular study?
```

**94. PAGE 923:17 TO 924:06 (RUNNING 00:00:51.095)**

```
17              THE WITNESS:  Again, it was -- it had
18    twofold reasons for doing the study.  One, as we
19    thought about the initial data, we wanted to see if
20    in a preclinical model that was sensitive for
21    testing the potential thrombotic effect of a drug,
22    whether Vioxx had a prothrombotic effect.  Also, I
23    believe the FDA wanted to see some animal model that
24    would test the same thing, and I think there were
25    discussions between the FDA and Merck, although I
```

CONFIDENTIAL

## Mason v. Merck

```
00924:01    don't recall the details of those, I'm pretty sure
      02    there were discussions, and the African green monkey
      03    was judged to be a very, very good, if not the best
      04    model.  So, a study was conducted in that animal by
      05    the pharmacology group at West Point to see if Vioxx
      06    was prothrombotic in an appropriate test.
```

**95. PAGE 924:22 TO 927:16  (RUNNING 00:04:13.780)**

```
      22              Q.        Dr. Scolnick, can you identify
      23    Exhibit 106 for us, please?
      24              A.        Yes.  The date of this package is
      25    January 8, 2001, and it's titled "Response to FDA
00925:01    Request For Information."  It's addressed to a Dr.
      02    Bull at the FDA and the division that was reviewing
      03    these drugs, and it comes from Dr. Silverman, a
      04    member of our regulatory group.
      05              Q.        What was the subject of the
      06    information that was provided in Exhibit 106?
      07              A.        The subject of the information is a
      08    study called "Electrical Injury Model of Arterial
      09    and Venous Thrombus Formation in the Anesthetized
      10    African Green Monkey:  Measurement of Prothrombotic
      11    and Antithrombotic Effects," and it's all the data
      12    associated with that study, I believe.
      13              Q.        I'd like you to turn, if you would, I
      14    think it's probably about four or five pages in.  It
      15    says "Summary."  Maybe you can go back.  I'm sorry.
      16              A.        Yes.  I have it.  Page 2.
      17              Q.        The first sentence says:  "The
      18    present study was designed and conducted to address
      19    concerns expressed by the FDA regarding cardiac
      20    events seen in a subset of high risk cardiovascular
      21    patients in the VIGOR trial (Vioxx versus
      22    Naproxen)."  Do you see that?
      23              A.        Yes, I do.
      24              Q.        Is that what you recall about the
      25    background for this study?
00926:01              A.        Yes.  As I said, I believe we also
      02    had internal discussions in MRL that we wanted to
      03    try to do something on our own, and this was a way
      04    to satisfy both groups' interests.
      05              Q.        Further down on the same page, the
      06    middle of the bottom paragraph, this document
      07    states:  "Results of the final comparative
      08    thrombosis study showed clearly that Vioxx had
      09    neither prothrombotic nor antithrombotic effects in
      10    this primate model."  Do you see that?
      11              A.        Yes, I do.
      12              Q.        In your words, what did that mean?
      13              A.        That meant just what it said, that
      14    Vioxx was neutral in this model.  It didn't protect
      15    from clots, it didn't accelerate clots.  The study
      16    was well designed.  It had positive controls that
      17    did accelerate clots and two compounds that turned
      18    out to retard clots.  One was aspirin, and the other
      19    was naproxen.
      20              Q.        Dr. Scolnick, what effect did this
      21    African green monkey study have on your view about
      22    the cardiovascular safety of Vioxx?
      23              A.        Again, it was further evidence that
      24    we were right and, it, again, continued to reassure
      25    me that the conclusions we had reached were correct.
00927:01              Q.        I want to show you a document that
      02    has already been marked as Exhibit Number 21 from
      03    May 17, 2001.  It has the numbers MRK-NJ0074693
      04    through 4701.  Can you identify Exhibit 21, please?
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
05          A.      Yes.  It is a paper.  This is a paper
06    published in Circulation in, I guess, November '01
07    or late 2001 by Marvin Konstam and another group of
08    authors, some of whom are from Merck.  And it is
09    titled "Cardiovascular Thrombotic Events in
10    Controlled Clinical Trials of Rofecoxib," which is
11    another name for Vioxx.
12          Q.      Was this a study that analyzed the
13    risk of cardiovascular events with Vioxx?
14          A.      Yes.  It was a meta-analysis.
15          Q.      What is a meta-analysis?
16          A.      Meta-analysis is --
```

**96. PAGE 927:19 TO 927:23 (RUNNING 00:00:11.223)**

```
19                  THE WITNESS:  Meta-analysis is a
20    combined analysis of large groups of similar
21    patients to see if you can have a more sensitive way
22    of detecting an effect than in each individual small
23    group.
```

**97. PAGE 927:25 TO 929:02 (RUNNING 00:01:49.908)**

```
25          Q.      How many Vioxx studies were included
00928:01    in this meta-analysis in Exhibit 21?
02          A.      The methods part of the paper states
03    that there were 23 Phase IIb to Phase V Vioxx
04    studies.
05          Q.      And how many patients were included
06    in this meta-analysis?
07          A.      Again, the methods section states
08    that there were more than 28,000 patients studied in
09    this meta-analysis.
10          Q.      What did this meta-analysis show
11    about the risk of cardiovascular events with Vioxx?
12          A.      There were two -- there were three
13    statements of the data, again, in the results
14    summary here at the front of the paper.  One is
15    comparing Vioxx with placebo, one is comparing Vioxx
16    to non-naproxen nonsteroidals and then to naproxen,
17    and that the relevant sentences read:  The relative
18    risk for an end point was 0.84, that means less than
19    1, when comparing Vioxx to placebo; when comparing
20    Vioxx -- 0.79 when comparing Vioxx to non-naproxen
21    NSAIDs, again, less than 1, with no signal for risk,
22    therefore; and 1.69 when comparing rofecoxib to
23    naproxen, again, showing that naproxen was lower
24    than Vioxx as we had previously seen.
25          Q.      What effect did the results of
00929:01    Exhibit 21 have on your view about the safety of
02    Vioxx in November of 2001?
```

**98. PAGE 929:04 TO 929:05 (RUNNING 00:00:04.657)**

```
04                  THE WITNESS:  Again, it continued to
05    reassure me yet again that the drug was safe.
```

**99. PAGE 929:07 TO 929:10 (RUNNING 00:00:12.749)**

```
07          Q.      Dr. Scolnick, did there come a time
08    when the FDA approved Vioxx for use with rheumatoid
09    arthritis patients?
10          A.      Yes.
```

**100. PAGE 931:14 TO 931:25 (RUNNING 00:00:31.189)**

```
14          Q.      When the FDA approved Vioxx for use
15    with rheumatoid arthritis in April of 2002, did it
16    have in its possession the FitzGerald prostacyclin
```

### Mason v. Merck

```
17   study that we've talked about?
18          A.      Yes.  That had been submitted a long
19   time ago.
20          Q.      Did it have all of the results from
21   the VIGOR study?
22          A.      Yes.
23          Q.      Had the results from the VIGOR study
24   been debated at an FDA Advisory Committee prior to
25   this approval?
```

**101. PAGE 932:02 TO 932:02 (RUNNING 00:00:02.619)**

```
02                  THE WITNESS:  Yes.  Very fully.
```

**102. PAGE 932:04 TO 932:11 (RUNNING 00:00:19.798)**

```
04          Q.      What effect did this approval from
05   the FDA in April of 2002 have on your views about
06   the safety of Vioxx?
07          A.      Well, the approval simply reconfirmed
08   what we had already concluded, that the drug was
09   safe and that it was perfectly appropriate to be
10   used in both osteoarthritis and rheumatoid
11   arthritis.
```

**103. PAGE 934:20 TO 937:01 (RUNNING 00:02:54.061)**

```
20          Q.      Are you familiar with an analyst by
21   the name of Stover?
22          A.      Yes, I am.
23          Q.      I think his name is Richard Stover?
24          A.      I think so.
25          Q.      Are you familiar with some type of an
00935:01   analysis that was done by a Richard Stover in the
02   latter part of 2001?
03          A.      I'm generally familiar with it.  I
04   don't recall the details of it.
05          Q.      Did Mr. Stover raise some questions
06   about whether Vioxx was safe?
07          A.      Yes.
08          Q.      Is Mr. Stover a scientist?
09          A.      No.
10          Q.      I want to show you a document that
11   has previously been marked as Exhibit Number 4 on
12   March 22nd, 2005, and has the numbers MRK-ABI0005912
13   through 5915.
14                  On the first page of this exhibit,
15   can you identify the second to last e-mail that
16   appears on the front page there?
17          A.      The one that goes from Mr. Anstice to
18   me?
19          Q.      The one just above that, I believe.
20          A.      I'm sorry.  The one that goes from
21   Mr. Anstice to Laura Jordan?
22          Q.      No.  The one from you to Mr. Anstice
23   about two-thirds of the way down.
24          A.      Oh, the very bottom of the -- oh,
25   yes, I see.  I'm sorry.  From me to Mr. Anstice,
00936:01   "Re:  Analyst report on Vioxx."
02          Q.      Yes.
03          A.      Yes.
04          Q.      What's the date of that e-mail?
05          A.      December 5th, 2001.
06          Q.      Is there something that's attached to
07   this e-mail?
08          A.      Yes.  It is an investment report put
09   out by the firm that Mr. Stover worked for and
10   authored by Mr. Stover.
```

CONFIDENTIAL

## Mason v. Merck

```
     11          Q.      Now, in your e-mail to Mr. Anstice on
     12   December 5th, 2001, you write, "David, If he says
     13   this I will boil him in oil at the meeting."  Do you
     14   see that?
     15          A.      I do.
     16          Q.      Were you expecting Mr. Stover to show
     17   up at some type of a meeting?
     18          A.      I didn't know whether he would or
     19   wouldn't show up.  In early December of each year,
     20   Merck has a meeting at its corporate headquarters
     21   for analysts who want to know what's going on in the
     22   company, and he would be free to come as any other
     23   analyst would be.  So, I think the Merck people were
     24   thinking he would come.
     25          Q.      Why did you say to Mr. Anstice that
00937:01   you would boil him in oil if Mr. Stover showed up?
```

**104. PAGE 937:04 TO 937:13 (RUNNING 00:00:32.617)**

```
     04                  THE WITNESS:  Well, I had read his
     05   report.  I obviously wasn't going to literally boil
     06   him in oil.  I read his report, and I thought it was
     07   ridiculous based upon all the data we had and
     08   several other pieces of information that had become
     09   publicly available by other independent groups,
     10   scientific groups, as opposed to Wall Street stock
     11   analysts, and they were more authoritative than he
     12   was, and that this was kind of a silly thing.
     13   That's why I was referring to it that way.
```

**105. PAGE 937:15 TO 938:17 (RUNNING 00:01:17.712)**

```
     15          Q.      You say in your e-mail to Mr.
     16   Anstice, "I have never seen any analyst provide data
     17   analysis on his own.  I think Merck should do
     18   something about him.  I will have the medical
     19   letter, the Goldman Sachs quote from FitzGerald and
     20   the Funk article ready to give him in person.  I
     21   will walk from the stage, hand them to him in a
     22   binder and suggest to him that they just may be
     23   better qualified than he is to judge medical data."
     24   Do you see that?
     25          A.      I do.  That's what I meant by boiling
00938:01   him in oil.  I was going to present him with all the
     02   data that he could analyze on his own as opposed to
     03   his own analysis.
     04          Q.      Now let me ask you this.  You refer
     05   to something called a Medical Letter?
     06          A.      Yes.
     07          Q.      What is The Medical Letter?
     08          A.      Medical Letter is an independent
     09   scientific document that comes out, I believe, once
     10   monthly.  It is put out by an independent
     11   organization.  I don't recall who that organization
     12   is.  It is regarded in the medical world as an
     13   authoritative, independent analysis of clinical data
     14   that's associated with drugs that either have been
     15   approved or just approved that are certainly
     16   available to be used by the American public,
     17   American physicians.
```

**106. PAGE 939:16 TO 940:10 (RUNNING 00:01:01.842)**

```
     16          Q.      Dr. Scolnick, can you identify
     17   Exhibit 108?
     18          A.      Yes.  It is a Medical Letter from
     19   November 12, 2001.  Its title is, "Cardiovascular
     20   Safety of COX-2 Inhibitors."
```

**CONFIDENTIAL**

## Mason v. Merck

```
21          Q.        Is Exhibit 108 The Medical Letter
22   that you were referring to in your e-mail to Mr.
23   Anstice on December 5th?
24          A.        Yes, I believe so.
25          Q.        I would like you to turn, if you
00940:01  would, to the second page of Exhibit 108, The
02   Medical Letter, and there's a paragraph that has the
03   heading, "Conclusion."  Do you see that?
04          A.        Yes.
05          Q.        It states at the bottom, "Until more
06   prospective studies with and without low-dose
07   aspirin are available, it would be premature to
08   conclude that rofecoxib or celecoxib increase the
09   risk of thrombotic cardiovascular disease."  Do you
10   see that?
```

**107. PAGE 940:12 TO 940:12 (RUNNING 00:00:00.799)**

```
12                    THE WITNESS:  Yes, I do.
```

**108. PAGE 940:14 TO 940:15 (RUNNING 00:00:03.965)**

```
14          Q.        What did you understand The Medical
15   Letter to be concluding at that point?
```

**109. PAGE 940:18 TO 940:21 (RUNNING 00:00:08.347)**

```
18                    THE WITNESS:  I believe that they
19   were concluding exactly what we had concluded, that
20   there was no evidence to support a prothrombotic
21   effect of Vioxx.
```

**110. PAGE 941:05 TO 941:07 (RUNNING 00:00:08.571)**

```
05                    How did this conclusion from The
06   Medical Letter on November 12, 2001 affect your
07   views about the cardiovascular safety of Vioxx?
```

**111. PAGE 941:10 TO 941:14 (RUNNING 00:00:13.285)**

```
10                    THE WITNESS:  It greatly, again,
11   reassured me, yet again, that an independent group
12   that had absolutely no vested interest in Vioxx had
13   come to the same conclusions we had come to, looking
14   at all the data that was available.
```

**112. PAGE 942:19 TO 943:20 (RUNNING 00:01:25.386)**

```
19          Q.        Can you identify Exhibit 109?
20          A.        Yes.  It is entitled, "MRK (RL):
21   COX-2 Conference Call Review" conducted by Lecroy
22   Kelly, by Goldman Sachs, and the date is November
23   28, 2001.
24          Q.        Near the top of Exhibit 109, it says,
25   "On Tuesday, November 27, we hosted a conference
00943:01  call on the COX-2 class of drugs.  The call was led
02   by Garret FitzGerald, M.D."  Do you see that?
03          A.        Yes, I do.
04          Q.        That's the Dr. FitzGerald that had
05   the prostacyclin theory that we referred to?
06          A.        Yes, it is.
07          Q.        Near the bottom of the first page of
08   this exhibit, it says, "WHY MIGHT COX-2S INCREASE CV
09   RISK?"  Do you see that?
10          A.        Yes, I do.
11          Q.        Then it says, "The explanation for
12   Vioxx's apparent increased CV risk is twofold.
13   First, naproxen could be a great inhibitor of
14   platelet function and thus make Vioxx look
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
15    especially bad."  Do you see that?
16         A.     Yes.
17         Q.     Is that referring to the VIGOR trial?
18         A.     I believe so.
19         Q.     Is that referring to the naproxen
20    explanation for VIGOR?
```

**113. PAGE 943:22 TO 943:22 (RUNNING 00:00:00.968)**

```
22                 THE WITNESS:  I believe so.
```

**114. PAGE 943:24 TO 944:07 (RUNNING 00:00:25.547)**

```
24         Q.     Then it says, "Second, Vioxx could
25    inhibit vascular prostacyclin which helps prevent
00944:01    unnecessary clotting.  The theory is that this
02    slight increase in coagulability could tip the
03    scales toward thrombosis in patient populations
04    already at risk of having CV events (i.e. rheumatoid
05    arthritis patients)."  Do you see that?
06         A.     Yes, I do.
07         Q.     What is that referring to there?
```

**115. PAGE 944:09 TO 944:10 (RUNNING 00:00:03.210)**

```
09                 THE WITNESS:  That is referring to
10    the FitzGerald hypothesis, basically
```

**116. PAGE 944:12 TO 944:18 (RUNNING 00:00:18.462)**

```
12         Q.     Then it says, "Dr. FitzGerald
13    suggests that there is little evidence of the latter
14    theory and ample evidence for the first one."  Do
15    you see that?
16         A.     I do.
17         Q.     What, in your words, is Dr.
18    FitzGerald saying there?
```

**117. PAGE 944:22 TO 945:01 (RUNNING 00:00:15.653)**

```
22                 THE WITNESS:  My interpretation of
23    Dr. Fitzgerald's comments is that he says there's
24    ample evidence to support the naproxen hypothesis
25    and little evidence, in his opinion, to support his
00945:01    theory as regards the VIGOR study.
```

**118. PAGE 945:03 TO 945:08 (RUNNING 00:00:13.123)**

```
03         Q.     His theory about?  I'm sorry.
04         A.     As regards the VIGOR study, as
05    regards an explanation for the VIGOR study.
06         Q.     His theory about prostacyclin?
07         A.     His theory about how prostacyclin
08    might affect the results of the VIGOR trial.
```

**119. PAGE 945:12 TO 945:14 (RUNNING 00:00:12.045)**

```
12         Q.     Dr. Scolnick, what effect did this
13    statement from Dr. FitzGerald have on your view
14    about the cardiovascular safety of Vioxx?
```

**120. PAGE 946:02 TO 946:07 (RUNNING 00:00:19.328)**

```
02                 THE WITNESS:  Dr. Fitzgerald's
03    comments were very important because he was the
04    author of the hypothesis, he was one of the experts
05    in the field, and knowing what he believed, having
06    read this, I, again, was, yet again, reassured that
07    we were correct in our interpretation.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

**121. PAGE 951:13 TO 951:22 (RUNNING 00:00:29.461)**

13          Q.          Dr. Scolnick, can you please identify
14    Exhibit 111?
15          A.          Yes.  It is an e-mail from myself to
16    Dr. Alise Reicin.  It is November 7, 2001.  The
17    subject is "Comfort."
18          Q.          Dr. Scolnick, in looking at this
19    e-mail, does this refresh your memory as to whether
20    you told any of your colleagues at Merck near the
21    end of 2001 that you were comfortable with the data
22    and felt you didn't have any problems with Vioxx?

**122. PAGE 951:24 TO 952:12 (RUNNING 00:00:31.830)**

24                    THE WITNESS:  I don't recall this
25    memo, but it's clear I wrote it.
00952:01   BY MR. RABER:
02          Q.          Can you read to us what it says,
03    please?
04          A.          "Alise Thanks for the update today.
05    The rates in the Alzheimer's study and the large
06    numbers of patients included make me very
07    comfortable with the data and that we do not have
08    any problems.  Many thanks again/ Ed."
09          Q.          Does this e-mail that you wrote on
10    November 7, 2001 accurately reflect your state of
11    mind about the safety of Vioxx at that time?
12          A.          Yes, it does.

**123. PAGE 952:13 TO 957:11 (RUNNING 00:06:27.505)**

13          Q.          Dr. Scolnick, have you heard of the
14    term "CV outcomes trial" or "CV outcomes study"?
15          A.          Yes.
16          Q.          What is a CV outcomes study?
17          A.          A CV outcomes study is a study that
18    has in it a protocol design to measure
19    cardiovascular outcomes as a function of two
20    variables.
21          Q.          Did there come a time in the second
22    half of 2001 where you felt that Merck should try to
23    do some type of a CV outcomes study?
24          A.          Yes.
25          Q.          Why did you believe that if you felt
00953:01   that Vioxx was safe?
02          A.          I believed that based on of all the
03    data that we had and had constantly analyzed, all
04    the experiments that we had done, all the articles
05    written by experts that the drug was safe, that
06    despite that, there continued to be newspaper
07    articles and people publicly on the outside saying
08    they did not believe that was the interpretation,
09    and, therefore, I thought it still was necessary for
10    us to do yet another study versus placebo in some
11    way, which is the point I've made all along, in
12    order to fully put this question to rest.
13          Q.          How strongly did you feel about that
14    at that time?
15          A.          Very strongly.  Despite all of my
16    personal feelings of reassurance, I thought we were
17    obligated, if people still doubted it, to do yet
18    another study.
19          Q.          I'm want to show you a document that
20    already has been marked as Exhibit 9 on March 22nd,
21    2005, it has the numbers MRK-ABH0013917.  Dr.
22    Scolnick, can you identify Exhibit 9, please?

## Mason v. Merck

```
        23        A.       Exhibit 9 is an e-mail from myself to
        24   David Anstice, Mr. Wold-Olsen, Mr. Sheares and Mr.
        25   Paul Bell, and its subject is, "Upcoming BB
00954:01   meeting." BB stands for Branchburg, a meeting place
        02   that we used to use.
        03        Q.       What's the date of your e-mail?
        04        A.       September 13, 2001.
        05        Q.       You state in this e-mail that, "I
        06   want to give you a list of the only studies that I
        07   regard as ESSENTIAL." Do you see that?
        08        A.       Yes.
        09        Q.       And then you say, "1. For Vioxx:
        10   Only the Cv outcome study. ONLY ESSENTIAL STUDY!"
        11   Correct?
        12        A.       Yes. That's what the memo says.
        13        Q.       Why did you communicate that
        14   information in that way, that is, with all capital
        15   letters?
        16        A.       I communicated it because this was an
        17   annual planning meeting for clinical studies that
        18   would be carried out in the following year by either
        19   the MRL clinical group or the clinical group in
        20   marketing area, and had to be planned for and
        21   budgeted for, and I thought because of the
        22   continuation of skeptics, some skeptics outside of
        23   Merck on the interpretation of the VIGOR data, that
        24   we really still needed to carry out yet another
        25   study even though I thought the drug was safe.
00955:01        Q.       Dr. Scolnick, did Merck take steps to
        02   try to design a CV outcomes study?
        03        A.       Yes, we did.
        04        Q.       Did Merck seek the advice of outside
        05   consultants with regard to designing such a study?
        06        A.       Yes, we did.
        07        Q.       Did Merck encounter some difficulties
        08   in designing such a study?
        09        A.       Yes. There were several difficulties
        10   encountered in trying to think through a design that
        11   would adequately answer the question versus placebo.
        12        Q.       Why was it so difficult to design a
        13   CV outcomes study?
        14        A.       Well, there were two thoughts that
        15   remained fixed in people's minds in thinking about
        16   the initial trial designs. One was a trial design
        17   that would be carried out in patients with
        18   osteoarthritis who have pain. And as I've said
        19   before, to me, the critical experiment, the
        20   additional information needed to quiet naysayers or
        21   to address their concerns was comparative agent --
        22   comparative data to placebo. And every time a trial
        23   design was considered with regard to Vioxx versus
        24   placebo in osteoarthritis, many people felt, and I
        25   agreed, that was it was not a study that could be
00956:01   done for ethical reasons. You couldn't keep people
        02   on no drug, no painkiller for long periods of time,
        03   long enough to really accumulate cardiovascular
        04   outcomes as part of the trial while you were
        05   studying the efficacy of the drug compared to
        06   whatever you were studying it to. So, that always
        07   was a problem.
        08                 Then there were a number of ideas
        09   suggested by a variety of people about carrying out
        10   the trial in a very different way, and that is in
        11   patients with high risk, already known
        12   cardiovascular disease, and at high risk for having
        13   some kind of cardiovascular event. When those trial
```

## Mason  v.  Merck

```
        14    designs were considered, clearly they had problems,
        15    too.  On the one hand, everyone in the trial would
        16    have to be on some kind of anti-thrombotic
        17    medications, if not one, more than one, aspirin and
        18    drugs like heparin or clopidogrel, that might mask
        19    the effect of a drug like Vioxx.  We would do the
        20    study.  If Vioxx had been prothrombotic, we would
        21    get a negative result.  It wasn't, people would say
        22    you masked the effect by having anti-thrombotic
        23    agents.  So, that wasn't an acceptable trial design.
        24            And yet again in considering those
        25    trials in patients with cardiovascular disease,
00957:01    knowing that Vioxx in some patients could cause
        02    fluid retention and high blood pressure, that didn't
        03    seem like a very ethical thing to do in patients
        04    with cardiovascular risk.  So, we could never come
        05    up with a design, no matter how many people thought
        06    about it, that satisfied what everybody regarded and
        07    I constantly regarded as the critical question.  And
        08    it took many people a lot of time to try to
        09    eventually come up with a design that actually could
        10    be carried out in an ethical and proper way and
        11    still give the information we wanted.
```

**124. PAGE 957:16 TO 957:18 (RUNNING 00:00:06.499)**

```
        16            Q.      Did Merck give up trying to design a
        17    CV study because of these problems you just
        18    described?
```

**125. PAGE 957:20 TO 957:23 (RUNNING 00:00:09.297)**

```
        20            THE WITNESS:  No.  The clinical group
        21    was constantly challenged to try to think of some
        22    way to come up with an appropriate trial design and
        23    eventually did.
```

**126. PAGE 957:25 TO 958:21 (RUNNING 00:01:09.458)**

```
        25            Q.      What was the design that the people
00958:01    at Merck came up with at that point?
        02            A.      I have to credit Barry Gertz for this
        03    because he came to one of our group meetings, I
        04    don't remember which one, and pointed out that we'd
        05    already started some trials testing Vioxx in cancer
        06    for a different reason.  Over the course of the
        07    years that the COX-2 inhibitors had been available,
        08    a number of studies had been carried out, some in
        09    people, some in animals, that showed that Vioxx
        10    might prevent the recurrence of polyps of the large
        11    intestine, might retard the growth of certain kinds
        12    of cancers, like colon cancer or prostate cancer,
        13    and that we had begun and were planning additional
        14    cancer studies comparing Vioxx to placebo for either
        15    its treatment benefit or its preventive benefit in
        16    various settings in cancer, and since those patients
        17    could be completely -- in those patients we could
        18    compare Vioxx to placebo, that seemed like a way to
        19    collect the cardiovascular data versus placebo that
        20    we had been searching for and not been able to think
        21    of until this period of time.
```

**127. PAGE 959:02 TO 959:20 (RUNNING 00:00:45.623)**

```
        02            How many cancer trials were either
        03    underway or planned at that time when Mr. Gertz came
        04    up with this idea?
        05            A.      There were three planned.  I don't
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
06    remember exactly what was underway.  At least one of
07    them was already underway, the colonic polyp trial.
08    I don't remember whether the others were or weren't
09    underway, there were three.  There was one in
10    colonic polyp recurrence prevention.  There was one
11    in colonic cancer after surgery, seeing if time to
12    getting another tumor or metastasis would be
13    prevented.  And there was a prostate cancer trial
14    that was going to be done.  I don't recall the exact
15    design of that trial.
16                Q.    So, you had three cancer studies,
17    though?
18                A.    Yes, I think so.
19                Q.    Was there a separate protocol that
20    Merck set up to combine those three studies?
```

**128. PAGE 959:22 TO 960:03 (RUNNING 00:00:18.844)**

```
22                THE WITNESS:  Yes.  It developed a
23    cardiovascular outcomes protocol with the agreement
24    of the FDA that all of the cardiovascular events in
25    the three trials could be aggregated together,
00960:01    compared to placebo in order to look for whether
02    Vioxx had an increased risk of cardiovascular
03    events.
```

**129. PAGE 960:05 TO 960:14 (RUNNING 00:00:28.158)**

```
05                Q.    Did that protocol of combining these
06    three trials make sense to you?
07                A.    Yes.  I thought, actually, it was a
08    terrific idea.  It satisfied what I had always
09    thought was the critical issue, that we'd have more
10    data comparing Vioxx to placebo.  They were studies
11    designed ethically to show efficacy and collect, in
12    a prospective way, predefined endpoint, the
13    cardiovascular outcomes that would finally put the
14    whole question to rest.
```

**130. PAGE 960:18 TO 960:20 (RUNNING 00:00:10.731)**

```
18                Q.    Did you believe that you could get
19    this cardiovascular data sooner or later with this
20    combined protocol compared to designing a new study?
```

**131. PAGE 960:22 TO 961:02 (RUNNING 00:00:19.095)**

```
22                THE WITNESS:  Dr. Gertz pointed out
23    that the data we would get would actually come in
24    sooner than starting yet a new study, and that was
25    even more exciting from my perspective.  It was even
00961:01    better, because we would have the data sooner than
02    we would if we had to start a new study.
```

**132. PAGE 961:04 TO 962:01 (RUNNING 00:01:12.486)**

```
04                Q.    How was it that you would have the
05    data sooner under the protocol of combining the
06    studies?
07                A.    Well, because at least one of the
08    studies and maybe more than one, I don't remember,
09    had already begun a year or two before and so, there
10    was going to be data that had already been
11    accumulated and would accumulate.  And there was
12    always a lag time in starting a new study and
13    setting it up and recruiting patients.  So, there
14    was actually a big advantage in time to carrying out
15    the suggestion that Dr. Gertz had come up with.
16                Q.    Dr. Scolnick, you understand that on
```

## Mason v. Merck

```
17    September 30th of 2004 Merck voluntarily withdrew
18    Vioxx from the market?
19         A.    Yes, I do.
20         Q.    Did you play any role in the decision
21    to withdraw Vioxx?
22         A.    No, I did not.
23         Q.    The plaintiff has suggested that you
24    and others at Merck put profits ahead of patient
25    safety when it came to Vioxx.  What do you say to
00962:01    that?
```

### 133. PAGE 962:03 TO 962:10 (RUNNING 00:00:21.596)

```
03              THE WITNESS:  I think it is crystal
04    clear from all of our discussions about all of the
05    studies we did and continue to do and the thoughts
06    we had and all of the data that was available that
07    we did not do that.  We were constantly concerned
08    with patient safety.  We were constantly challenging
09    our conclusions to be sure we were right, and I
10    violently disagree with that assertion.
```

### 134. PAGE 962:12 TO 962:25 (RUNNING 00:00:43.902)

```
12         Q.    Dr. Scolnick, I want to take some
13    time now to follow up on some questions that you
14    were asked during the previous several days of your
15    deposition.
16              The first topic I want to discuss is
17    what's been referred to as the all cause mortality
18    data from the Alzheimer's trials.  Do you remember
19    that generally?
20         A.    Yes, generally I do.
21         Q.    You were asked some questions by
22    counsel, specifically on Page 575 on May 17, 2005,
23    about whether mortality data was disclosed to the
24    FDA.  Do you recall that?
25         A.    Yes, I recall being asked that.
```

### 135. PAGE 964:19 TO 964:21 (RUNNING 00:00:24.767)

```
19         Q.    I want to show you a document that
20    we'll mark as Exhibit 113.  It has the numbers MRK
21    18940078840 through 8932.
```

### 136. PAGE 965:07 TO 965:08 (RUNNING 00:00:02.160)

```
07         Q.    I'm going to ask if you can identify
08    this?
```

### 137. PAGE 965:12 TO 965:18 (RUNNING 00:00:38.954)

```
12              THE WITNESS:  This is a document
13    submitted to a Dr. Bruce Harvey at the FDA from a
14    Dr. Diane Louie from regulatory affairs, and it is a
15    response to FDA request for information.  It's
16    apparently safety data from various Alzheimer's
17    studies.  I think it's from various Alzheimer's
18    studies, quickly reading the first paragraph.
```

### 138. PAGE 966:04 TO 966:11 (RUNNING 00:00:31.705)

```
04              Dr. Scolnick, when you were asked
05    about the all cause mortality data on May 17, 2005
06    at Page 511, you testified that whenever you have
07    statistically significant differences, one should
08    look at relevant -- that the "relevant biology" is
09    taken into consideration in interpreting those
10    results.  Do you recall that testimony generally?
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
       11        A.      Yes, I do.
```

**139. PAGE 966:15 TO 967:07 (RUNNING 00:00:56.031)**

```
       15        Q.      What did you mean by that?
       16        A.      On any single trial when you get a
   17  result that is statistically significant, since
   18  many, many measurements are made in clinical trials,
   19  you can't always tell whether it's a fluke or
   20  whether it is a result that reflects true biology,
   21  and, therefore, one always looks at the data in
   22  addition to the statistics and tries to think is
   23  there a really good biological explanation for this
   24  as part of the analysis of the data.
       25        Q.      Are you aware of any biological
00967:01  explanation as to how Vioxx would cause someone to
   02  die from electrocution?
   03        A.      No, I'm not.
   04        Q.      Are you aware of any biological
   05  explanation that would explain how Vioxx could cause
   06  somebody to die from cancer?
   07        A.      I am not.
```

**140. PAGE 967:17 TO 968:19 (RUNNING 00:01:47.283)**

```
       17        Q.      Are you aware of any biological
   18  explanation that could cause someone to die from
   19  head injuries because of Vioxx?
       20        A.      No, I'm not aware of such a possible
   21  connection.
       22        Q.      Are you aware of any biological
   23  explanation that could cause someone to die of
   24  pneumonia from taking Vioxx?
       25        A.      No, again, I'm not, not based on
00968:01  anything I know.
   02        Q.      Are you aware of any biological
   03  explanation that could cause someone to die from
   04  infection because of Vioxx?
   05        A.      No, I'm not.
   06        Q.      Dr. Scolnick, you were asked some
   07  questions about a meta-analysis that was done by
   08  Deborah Shapiro in October of 2000 relating to the
   09  VIGOR trial.  Do you remember that?
   10        A.      Yes.
   11        Q.      Do you recall that one of the
   12  portions of the meta-analysis involved a
   13  meta-analysis of myocardial infarctions across
   14  various studies?
   15        A.      Yes, I recall that discussion.
   16        Q.      If a meta-analysis combined naproxen
   17  studies with non-naproxen studies, how would that
   18  affect your view of conclusions reached from that
   19  data?
```

**141. PAGE 968:23 TO 969:07 (RUNNING 00:00:30.423)**

```
       23              THE WITNESS:  Based on all the data I
   24  know about Vioxx, I would have thought that that was
   25  not a valid meta-analysis because all of the data
00969:01  I'm aware of in large aggregate databases shows the
   02  imbalance in cardiovascular events in naproxen
   03  versus Vioxx, but not in naproxen versus -- but not
   04  in Vioxx versus other nonsteroidals.  So, I would
   05  see no reason to combine those two groups, which
   06  appear to be quite distinct in their data on that
   07  subject.
```

**CONFIDENTIAL**

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

**142. PAGE 969:09 TO 969:11 (RUNNING 00:00:12.816)**

```
09          Q.      If a meta-analysis were to fail a
10    statistical test for heterogeneity, how would that
11    affect your view of the results of that analysis?
```

**143. PAGE 969:14 TO 969:21 (RUNNING 00:00:27.227)**

```
14                 THE WITNESS:  I would have to have a
15    discussion with statisticians because I'm not
16    trained in statistics about what they meant by that.
17    If they meant that there were differences between
18    the studies which didn't allow them to be
19    statistically combined to do the meta-analysis, then
20    I would think that they shouldn't be combined, but I
21    would have to clarify that with appropriate experts.
```

**144. PAGE 972:01 TO 972:10 (RUNNING 00:00:34.760)**

```
00972:01          Q.      You were asked some questions on May
02    the 17th, 2005, specifically at Page 543, lines 12
03    through 22, about the concept of statistical
04    significance.  Do you remember that?
05          A.      Yes, I do remember that.
06          Q.      I think you testified, words to the
07    effect, that statistical significance meant that if
08    you did the same study 100 times, you would get the
09    same result 95 times.  Do you remember that
10    testimony?
```

**145. PAGE 972:12 TO 972:12 (RUNNING 00:00:01.018)**

```
12                 THE WITNESS:  Yes.  Yes, I do.
```

**146. PAGE 972:16 TO 972:17 (RUNNING 00:00:05.594)**

```
16                 Have you done anything to determine
17    whether or not you were correct in that response?
```

**147. PAGE 972:20 TO 973:19 (RUNNING 00:01:26.027)**

```
20                 THE WITNESS:  Yes, I have.  I did not
21    discuss Vioxx clinical trials as part of my
22    information finding as to whether I was correct or
23    not.  I had no discussion whatsoever about Vioxx, I
24    want to make that prestatement.  I happened to be
25    having the very next day a discussion about genetic
00973:01    statistics with two really expert statisticians at
02    the Broad Institute who were giving me a lecture on
03    certain aspects of genomics statistics.
04                 During the course of that discussion,
05    I asked them a hypothetical question.  I said, if
06    you do a clinical trial and you get a statistically
07    significant result, P.05, what does that -- how do
08    you interpret that result, what can you literally
09    say about the study, and what does that predict
10    about another study similar to that being
11    statistically significant in the future?  And they
12    told me very clearly that the formal interpretation
13    of the study is that one chance out of 20 that a
14    study is actually a fluke, that it's an accident,
15    and that it has absolutely no predictive value for
16    the next study.  So, I regret that I was -- I've
17    been told by two people who I regard as experts that
18    I was completely wrong about my agreeing to that
19    interpretation.  I didn't know that.
```

**148. PAGE 973:25 TO 974:06 (RUNNING 00:00:15.473)**

```
25          Q.      Did anyone ask you to raise that
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
00974:01   question with the statisticians?
      02        A.        No.  I decided myself.  We were
      03   having a statistics discussion, and I'd had this
      04   discussion the very day before, and I thought I
      05   would take advantage of the people who I regarded as
      06   experts to ask them a hypothetical question.
```

**149. PAGE 977:07 TO 977:17 (RUNNING 00:00:40.983)**

```
      07        Q.        Earlier this morning you were shown
      08   Exhibit Number 44, which I'll pass across the table
      09   to you, and counsel had you read some sentences from
      10   that e-mail.  Just to refresh your memory, that's an
      11   e-mail to you from Douglas Greene talking about a
      12   conversation between Bonnie Goldmann from Merck and
      13   Janet Woodcock from the FDA.  Do you recall that?
      14        A.        Yes, I recall this.
      15        Q.        The date of this e-mail is October
      16   5th, 2001; correct?
      17        A.        Yes.
```

**150. PAGE 978:20 TO 980:06 (RUNNING 00:02:02.823)**

```
      20        Q.        Based on the content of this e-mail
      21   on October 5th, 2001, what did it lead you to
      22   believe about what the FDA's proposed label would
      23   look like?
      24        A.        It led me to believe that the label
      25   would be a balanced label presenting the data, but
00979:01   that we would not end up with a warning about
      02   cardiovascular risk because it wasn't clear that
      03   from this discussion with Dr. Woodcock -- it was
      04   clear to them that they didn't know if there was a
      05   cardiovascular risk.  So, if they didn't know that
      06   there was a risk, I didn't expect that a proposed
      07   label would contain a warning.
      08        Q.        Shortly after this when you received
      09   the proposed label from the FDA, did you consider it
      10   to be balanced?
      11        A.        I did not.  I was quite upset about
      12   it, as indicated by e-mail.  The language I used in
      13   my e-mail was clearly, clearly inappropriate, it was
      14   not respectful of the FDA, and it was not
      15   representative of many, many other interactions with
      16   the FDA that MRL had had and that I had been
      17   somewhat of a party to over the years.  The FDA had,
      18   for the most part, ignored the gastrointestinal
      19   outcomes data, had basically not modified the GI
      20   warning, despite the fact that they had asked us to
      21   do the study so that they would modify the GI
      22   warning, and that data was clear and unambiguous.
      23        They had expressed in this discussion
      24   with Dr. Goldmann that they didn't know whether
      25   there was or wasn't a cardiovascular risk, and the
00980:01   label we got that came in, which took a long time in
      02   coming from them, ended up having a cardiovascular
      03   warning and ignoring the GI data and had taken many
      04   months in which it had been very difficult to have a
      05   face-to-face negotiation with them, and that was
      06   very frustrating to me.
```

**151. PAGE 980:10 TO 981:06 (RUNNING 00:01:10.521)**

```
      10        Q.        Dr. Scolnick, did you have any
      11   personal involvement in the label discussions with
      12   the FDA relating to the VIGOR study?
      13        A.        No, I did not.  This was all handled
      14   by Dr. Goldmann and Dr. Greene and the people in
```

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:25:58 PM

## Mason v. Merck

```
          15   development who, at this point, were clearly in
          16   charge of Merck development, as I've said, as the
          17   transition was going on in the laboratory.
          18          Q.      Had you had dealings with the FDA in
          19   the past?
          20          A.      On a couple of occasions, had had
          21   direct dealings with them.  From the time that
          22   Bonnie Goldmann had come and become trained in
          23   regulatory affairs, I had virtually, if not no
          24   interactions with the FDA directly.
          25          Q.      How would you describe your past
00981:01   dealings with the FDA?
          02          A.      Excellent.  I had wonderful
          03   relationships with Dr. Temple, Dr. Kessler, many
          04   other people who I would bump into at Advisory
          05   Committee meetings.  K-E-S-S-L-E-R, David Kessler,
          06   who at one point was commissioner of the FDA.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 02:26:50.998)**

Case Clip(s) Detailed Report
Sunday, October 29, 2006, 8:29:59 PM

## Mason v. Merck

 **Scolnick, Edward (Vol. 06) - 08/16/2005**                    1 CLIP  (RUNNING 00:06:57.381)

 scolnick

**SCOLNICK 6**                    **14 SEGMENTS  (RUNNING 00:06:57.381)**          

**1. PAGE 1138:03 TO 1138:08  (RUNNING 00:00:20.082)**

```
03        Q.       You said in writing, sir, in an
04   e-mail that for Vioxx, the CV outcomes study is the
05   only essential study, and you were saying that as of
06   September 17, 2001, long after the VIGOR results
07   were known; correct?
08        A.       That is correct.  And a study to get
```

**2. PAGE 1249:12 TO 1250:09  (RUNNING 00:00:48.057)**

```
12        Q.       Did Merck Research Labs or Merck ever
13   do a study to evaluate adverse events of most
14   concern, heart attacks and unstable angina, prior to
15   approval, where they gave people aspirin?
16        A.       I'm not aware that that study was
17   done.
18        Q.       Why didn't you do it?
19        A.       I'm unaware of this data, I don't
20   know why, and so the suggestion never came up, and
21   so I can't answer your question.
22        Q.       Did you ever do it?
23        A.       Did we evaluate Vioxx in the presence
24   of aspirin?
25        Q.       Yes.
01250:01  A.       Yes, we did endoscopy studies with
02   that.
03        Q.       When?
04        A.       After the VIGOR trial.
05        Q.       You did it after approval; right?
06        A.       Yes.
07        Q.       Prior to approval, you didn't let
08   people take aspirin in your endoscopy studies, did
09   you?
```

**3. PAGE 1250:11 TO 1250:17  (RUNNING 00:00:07.353)**

```
11             THE WITNESS:  No.  Because we thought
12   aspirin would cloud the results of the endoscopy
13   studies --
14   BY MR. BUCHANAN:
15        Q.       It was worse --
16        A.       -- because aspirin is gastric
17   irritative.
```

**4. PAGE 1250:24 TO 1251:02  (RUNNING 00:00:04.344)**

```
24   BY MR. BUCHANAN:
25        Q.       You didn't want to give people
01251:01   aspirin because you knew it would eliminate the GI
02   benefit to the drug?
```

**5. PAGE 1251:04 TO 1251:07  (RUNNING 00:00:11.010)**

```
04             THE WITNESS:  We did not think --
05   certainly I didn't think that it would eliminate the
06   complete GI benefit of the drug.  It would simply
07   make the studies very complicated to interpret.
```

## Mason v. Merck

**6. PAGE 1266:23 TO 1267:09 (RUNNING 00:00:21.038)**

```
23            Q.      Well, let's go through this then,
24    sir.
```

 SCOL65 - scol65

```
25                    It continues, "Yet, the possibility
01267:01   of increased CV events is of great concern."  Do you
02    see that?
03            A.      Yes, I see her comments, yes.
04            Q.      Then it states, "(I just can't wait
05    to be the one to present those results to senior
```

 -KESCOL65 - Clear Attached Exhibit SCOL65

```
06    management!)"  She gave us another exclamation
07    point, didn't she?
08            A.      Yes, she did.
09            Q.      That's you?
```

**7. PAGE 1267:12 TO 1267:17 (RUNNING 00:00:08.442)**

```
12                    THE WITNESS:  I am a member of senior
13    management, yes.  I'm one of senior management.
14    BY MR. BUCHANAN:
15            Q.      It wouldn't have made you happy to
16    have an outcomes trial that showed that Vioxx
17    increased the rate of CV events, would it?
```

**8. PAGE 1267:19 TO 1268:01 (RUNNING 00:00:16.991)**

```
19                    THE WITNESS:  Obviously not.  If I
20    had known -- obviously, not.  No one wanted to see a
21    result where -- a question whether Vioxx elevated or
22    naproxen lowered the rate of events.
23    BY MR. BUCHANAN:
24            Q.      So, we have a solution, right, in the
25    next sentence?  She says how we solve this dilemma,
01268:01   doesn't she?
```

**9. PAGE 1268:04 TO 1268:15 (RUNNING 00:00:26.783)**

```
04            Q.      Do you see the next sentence, sir?
05            A.      I see the next sentence.
06            Q.      What's she say?
07            A.      "What about the idea of excluding
```

 SCOL65A -

```
08    high risk CV patients - ie those that have already
09    had MI, CABG or PTCA?  This may decrease the CV
10    event rate so that a difference between the two
11    groups would not be evident.  The only problem would
12    be - Would we be able to recruit any patients?"
13    That's the rest of the paragraph.
14            Q.      Her solution is to exclude high risk
15    CV patients, isn't it?
```

**10. PAGE 1268:17 TO 1269:12 (RUNNING 00:00:39.883)**

```
17                    THE WITNESS:  That's correct, so they
18    wouldn't require low-dose aspirin.
19    BY MR. BUCHANAN:
20            Q.      So you wouldn't see a CV effect?
21            A.      So there wouldn't be a
22    cardioprotective effect of the NSAID that was going
23    to be compared to because it blocked COX-1 and Vioxx
24    did not because aspirin blocks COX-1.  That's what
```

## Mason  v.  Merck

```
        25    she's talking about.
01269:01           Q.      Why don't we look at the document,
        02    sir?
        03           A.      That's what she's talking about.
        04           Q.       "This may decrease the CV event rate
        05    so that a difference between the two groups would
        06    not be evident."  Do you see that?
        07           A.      Yes, I do, and I understand what she
        08    meant by that.
```

### -KESCOL65A - Clear Attached Exhibit SCOL65A

```
        09           Q.      So, what you're doing here is you're
        10    excluding aspirin so that you can see a GI benefit
        11    from your outcomes trial; true?
        12           A.      That is correct.
```

### 11.  PAGE 1271:04 TO 1271:07  (RUNNING 00:00:10.200)

```
        04           Q.      I'm asking you, sir, that in
        05    aspirin-using patients, the results from the VIGOR
        06    trial don't present a GI benefit that extends to
        07    them; isn't that right?
```

### 12.  PAGE 1271:09 TO 1273:14  (RUNNING 00:01:58.800)

```
        09                   THE WITNESS:  You cannot extrapolate
        10    the magnitude of the benefit from the nonlow-dose
        11    aspirin-using population to a low-dose aspirin
        12    population.  That is correct.
        13    BY MR. BUCHANAN:
        14           Q.      In fact, you actually did do a test,
        15    Vioxx plus aspirin, compared to traditional NSAIDs
        16    after the VIGOR trial, didn't you?
        17           A.      We did.  We did an endoscopy study.
        18           Q.      It didn't show any benefit, did it?
        19           A.      The study showed that using aspirin
        20    in the presence of Vioxx elevated the rate over
        21    aspirin alone, that subsequent studies showed that
        22    that rate was still lower than standard NSAID used
        23    with low-dose aspirin.
        24           Q.      Sir --
        25           A.      It still showed a benefit, although
01272:01    not as great a benefit as in the absence of aspirin.
        02                   -   -   -
        03                   (Whereupon, Deposition Exhibit
        04                   Scolnick-66, E-mails, MRK-ACR0009295 -
        05                   MRK-ACR0009296, was marked for
        06                   identification.)
        07                   -   -   -
        08    BY MR. BUCHANAN:
        09           Q.      Sir, I'm passing you over what we
        10    just marked as Exhibit 66.  I would like you to look
\cf0    11    at the earliest in time e-mail.  This is November
```

### SCOL66 - scol66

```
        12    19, 2001, the bottom of the first page.
        13           A.      Yes.
        14           Q.      It's from you to, who is that to?
        15           A.      Raymond Gilmartin and David Anstice.
        16           Q.      Okay.
        17                   Mr. Gilmartin is your boss; right?
        18           A.      Yes, he was.
        19           Q.      You sent it with high importance?
        20    You will see it on the next page.
        21           A.      Okay.  Yes.
```

CONFIDENTIAL

### Mason v. Merck

```
         22         Q.         It says, "Ray" and it says "dn" you
         23    meant "and"?
         24         A.         Yes.  I don't type well.
         25         Q.         "Ray and David.  Not a good result."
   01273:01    Low dose aspirin and Vioxx equal almost ibuprofen."
         02    That's Advil; right?
         03         A.         Yes.
         04         Q.         "Higher than ASA alone"?
         05         A.         Yes.
         06         Q.          "It is clear why their class study
         07    failed now."  That's with the Celebrex study; right?
   \cf0   08         A.         Yes.
```

📄 -KESCOL66 - Clear Attached Exhibit SCOL66                                 

```
         09         Q.         What you're saying here is in the
         10    Celebrex study, the manufacturers of Celebrex
         11    allowed aspirin users in their study; right?
         12         A.         Yes, I believe that's true.
         13         Q.         And they showed no GI benefit in
         14    terms of PUBs in that outcomes study; right?
```

**13. PAGE 1273:16 TO 1274:25 (RUNNING 00:01:17.199)**

```
         16                    THE WITNESS:  I think they showed a
         17    quantitative benefit, but they did not get
         18    statistical significance.
         19    BY MR. BUCHANAN:
         20         Q.         And if they don't have statistical
         21    significance, that's not good enough for the FDA, is
         22    it?
         23         A.         It will not allow them to make a
         24    conclusion that the PUBs are reduced.  That is
         25    correct.
   01274:01         Q.         So, what you're saying here is the
         02    reason why they didn't show a statistically
         03    significant benefit on PUBs is because they allowed
         04    aspirin users in; right?
         05         A.         That was how I interpreted their
         06    results seeing our result in this endoscopy study.
         07         Q.         Then you continue and say:  "I do not
         08    think we should announce the CV outcomes study now
         09    since now I am not at all sure what the design
         10    should be."  Do you see that?
         11         A.         I do.
         12         Q.         How do they tie together, sir?
         13         A.         I'm not sure what I was thinking
         14    because -- I don't know what the design was at this
         15    time.  I really can't remember what I was thinking
         16    at this point because we went through many, many
         17    discussions about different trial designs.
         18         Q.         What you were concerned about, sir,
         19    is if you did what you wanted to do in your CV
         20    outcome trial and allowed aspirin in that trial,
         21    there would be a Merck-sponsored clinical trial that
         22    would show that Vioxx, in fact, does not prevent
         23    PUBs in a population of high risk CV users using
         24    aspirin?  That's what you were concerned about,
         25    isn't it?
```

**14. PAGE 1275:02 TO 1275:04 (RUNNING 00:00:07.199)**

```
         02                    THE WITNESS:  I am not sure what I
         03    was thinking because I don't know what trial designs
         04    were being considered.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:57.381)

CONFIDENTIAL