U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    *11-3-06*

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657** |
| | Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Mag. Judge Knowles |

# TRANSCRIPT OF THE DEPOSITION OF JAMES ZEBRACK, M.D. PLAYED TO JURY ON NOVEMBER 2, 2006

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

 **Zebrack, James (Vol. 01) - 08/30/2006**                    1 CLIP  (RUNNING 00:46:25.255)

Zebrack trial

ZEBRACK 1                    66 SEGMENTS  (RUNNING 00:46:25.255)          

**1. PAGE 4:10 TO 6:19  (RUNNING 00:02:43.999)**

```
10       Q.    Could you please state your name for the
11   record.
12       A.    James Zebrack.
13       Q.    Dr. Zebrack, my name is Scott Nabers and I
14   represent Charles Mason in a case that he has brought
15   against the manufacturer of Vioxx, which is Merck.
16             Do you understand it's in connection with
17   that case that you're here today to give deposition
18   testimony?
19       A.    Yes.
20       Q.    All right.  And you and I have had an
21   opportunity to meet prior to today; is that correct?
22       A.    Yes.
23       Q.    And did we have an opportunity to discuss
24   your care and treatment of Mr. Mason?
25       A.    Yes.
00005:01      Q.    All right.  And when we had our discussion
02   with regard to your care and treatment of Mr. Mason,
03   did I show you any documents?
04       A.    You had some of his hospital -- his hospital
05   records.
06       Q.    All right.  And, really, what I'm trying to
07   get at is for the most part the discussions that we
08   had concerning Mr. Mason, did they really concern your
09   care and treatment of him at LDS Hospital?
10       A.    Yes.
11       Q.    And in particular, it was your care and
12   treatment when he was admitted to the hospital as a
13   result of having a myocardial infarction?
14       A.    Yes.
15       Q.    Okay.  Now, today I'm going to be asking you
16   some questions specifically about cardiology, coronary
17   artery disease, and in particular questions about your
18   care and treatment of Mr. Mason.  And for purposes of
19   this deposition, can we just agree that you'll answer
20   my questions based on a reasonable medical
21   probability?
22       A.    Yes.
23       Q.    And I know your secretary is currently in the
24   process of getting a copy of your resume; is that
25   correct?
00006:01      A.    Correct.
02       Q.    And what we'll do for purposes of this
03   deposition is we'll mark your resume as Deposition
```

ZEB1

```
04   Exhibit No. 1 when it gets here, but let me just ask
05   you if you could summarize for us your educational
06   background, beginning with college.
07       A.    Okay.  I received a bachelor of arts at the
08   University of Colorado in Boulder in 1990.  I went to
09   medical school at the University of Nevada in 1991
10   through 1995.  I then did an internship in internal
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

```
11   medicine at University of Nevada for one year while I
12   was waiting for my wife to finish medical school.
13   Then we couple matched at the University of Utah for
14   an internal medicine residency and I stayed at the
15   University of Utah for a cardiology fellowship.
16       Q.   Okay.  So you completed your internal
17   medicine residency in Nevada?
18       A.   I did one year in Nevada.  I did another year
19   in Utah.
```

2. PAGE 6:20 TO 11:01 (RUNNING 00:04:50.240)

```
20       Q.   Okay.  Then I think you also indicated you
21   did a fellowship in cardiology, correct?
```

ZEB1-1 -

```
22       A.   Correct.
23       Q.   Can you just tell us what a fellowship in
24   cardiology is?
25       A.   It's an additional three or four years of
00007:01 specialized training in cardiovascular medicine.
02       Q.   Now, are you board certified in any areas of
```

ZEB1-2 -

```
03   medicine?
04       A.   In internal medicine, cardiovascular diseases
05   and echocardiography.
06       Q.   Okay.  And what does it take to become board
07   certified in those areas of medicine?
08       A.   After completing a residency or fellowship,
09   you then have to take an exam which is typically an
10   all-day exam, and requires some additional studying
11   and review prior to taking the test.
12       Q.   But you have passed those board certification
13   exams with regard to all three, internal medicine,
14   cardiology and echocardiography?
15       A.   Correct.
16       Q.   Okay.  And as a part of your cardiology
17   practice, which we'll talk about in a minute, do you
18   also do some interventional cardiology work?
19       A.   I don't.
20       Q.   Okay.  Now, let me ask you specifically about
```

ZEB1-3 -

```
21   your practice.  I take it you have a cardiology
22   office?
23       A.   Yes.
24       Q.   Where is it located?
25       A.   I have one office at St. Mark's Hospital and
00008:01 one office adjacent to Salt Lake Regional Hospital.
02       Q.   And what is your position within those two
03   cardiology offices?
04       A.   I'm a member of a large group, a partner, and
05   consider myself a private practitioner.
06       Q.   Okay.  Do you also have privileges at
07   different hospitals in and around Salt Lake?
08       A.   I do.
09       Q.   And where do you currently have hospital
10   privileges?
11       A.   St. Mark's Hospital, Salt Lake Regional
12   Hospital, LDS Hospital, and I have courtesy privileges
13   at Jordan Valley Hospital.  I think I have active
```

CONFIDENTIAL

## Mason v. Merck

-KEZEB1-3 - Clear Attached Exhibit ZEB1-3

```
14   privileges at the University of Utah.
15       Q.   Okay.  And from time to time you will see
16   patients in the hospital setting at those various
17   hospitals?
18       A.   Yes.
19       Q.   Okay.  Now, focusing back for a minute on
20   your cardiology practice, do you see patients in
21   either one or both of your offices on a daily basis?
22       A.   Yes.
23       Q.   Okay.  And do you diagnose and care for
24   patients who have a wide range of cardiologic
25   conditions?
00009:01     A.   Yes.
02       Q.   All right.  For example, you practice general
03   cardiology, meaning you see patients who come in with
04   a lot of different types of cardiologic problems?
05       A.   Correct. .
06       Q.   Do you treat patients who have coronary
07   artery disease?
08       A.   Yes.
09       Q.   Do you treat patients who have hypertension?
10       A.   Yes.
11       Q.   Do you treat patients who have heart attacks
12   or what's sometimes called myocardial infarctions?
13       A.   Yes.
14       Q.   And I take it that you feel qualified based
15   on your education, training and experience, to care
16   for all of those different types of patients?
17       A.   Yes.
18       Q.   All right.  Let me focus for a minute, if I
19   can, on coronary artery disease and just get you to
20   give us a general explanation of what that is.
21       A.   That's a very common disease in the United
22   States and the rest of the world.  It involves buildup
23   of cholesterol into the arteries of the heart, which
24   can happen in the other arteries in the body as well,
25   and as that cholesterol builds up it can obstruct
00010:01   blood flow, which prevents oxygen from reaching the
02   heart muscle, and that can create symptoms of angina.
03       The other thing it can do is rupture and
04   blood clots can form within those arteries and cause a
05   heart attack, which is sudden loss of blood flow to
06   the heart, and lack of oxygen to the heart muscle will
07   result in necrosis or death of the heart muscle cells
08   and will create a scar there, permanent damage.
09       Q.   And I take it that you have cared for and
10   treated patients who have varying degrees of coronary
11   artery disease?
12       A.   Yes.
13       Q.   And can you tell the ladies and gentlemen of
14   the jury what is meant by the term ischemia?
15       A.   Ischemia is lack of oxygen to an area of
16   tissue, typically the heart, as we discussed earlier.
17       Q.   What happens when the heart muscle is
18   deprived of oxygen or becomes ischemic for a period of
19   time?
20       A.   The cell goes through changes.  It depends on
21   how much oxygen it receives.  It may have some damage
22   to the cell and leak enzymes into the bloodstream and
23   then recover afterwards or it may -- some of the cells
24   may die, not recover at all.
25       Q.   Okay.  When a section of heart muscle dies,
00011:01   is that damage to the heart permanent, generally?
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason  v.  Merck

3. **PAGE 11:03 TO 11:18 (RUNNING 00:00:38.459)**

```
03      A.   Generally, yeah, it's permanent.
04      Q.   (By Mr. Nabers)  All right.  And when we talk
05  about myocardial infarction -- and sometimes in the
06  LDS Hospital records we see just the letters MI.  That
07  normally would just stand for myocardial infarction,
08  correct?
09      A.   Correct.
10      Q.   When we talk about myocardial infarction,
11  what is that?
12      A.   It's a term that describes death of the heart
13  muscle cells, and we define that as an elevation of
14  the enzymes of the blood that have been released from
15  the cells that have died.
16      Q.   Sometimes commonly we hear the term heart
17  attack.  Is a myocardial infarction synonymous with a
18  heart attack?
```

4. **PAGE 11:20 TO 11:24 (RUNNING 00:00:21.699)**

```
20      A.   It is.
21      Q.   (By Mr. Nabers)  Okay.  What I would like to
22  do is mark as Deposition Exhibit No. 2 all of the
23  medical records that we received in connection with
24  Mr. Mason from LDL -- LDS Hospital.
```

5. **PAGE 12:01 TO 12:04 (RUNNING 00:00:07.999)**

```
00012:01     Q.   (By Mr. Nabers)  Let me just hand you what
02  I've marked as Deposition Exhibit No. 2, and just
```

📄 ZEB3 -                                                            

```
03  thumb through that and see if you can verify what that
04  is for me.
```

6. **PAGE 12:05 TO 12:20 (RUNNING 00:00:43.711)**

```
05      A.   These are the records from his
06  hospitalization when I saw him at LDS Hospital.
07      Q.   Okay.  And these would be medical records, it
08  looks like, from LDS Hospital that pertain
09  specifically to Mr. Mason?
10      A.   Yes.
11      Q.   Okay.  And would it contain the records with
12  regard to your care and treatment, and Dr. Ganellen's
13  care and treatment when he came to LDS Hospital?
14      A.   Yes.
15      Q.   Now, have you had an opportunity to review
16  the medical records pertaining to Mr. Mason from July
17  25th of 2003 when he was hospitalized at LDS Hospital?
18      A.   Yes.
19      Q.   Let me show you what I want to mark as the
20  next exhibit, which will be Deposition Exhibit No. 3.
```

7. **PAGE 12:21 TO 12:23 (RUNNING 00:00:03.999)**

```
21          (Exhibit No. 3 marked.)
22      Q.   (By Mr. Nabers)  Let me just ask if you can
23  identify that for the record.
```

8. **PAGE 12:24 TO 14:02 (RUNNING 00:01:17.999)**

```
24      A.   This is the history and physical on Charles
25  Mason's admission to the hospital on July 25th, 2003.
00013:01     Q.   Okay.  And were you one of the cardiologists
02  who cared for and treated Mr. Mason in this July 2003
03  time frame when he presented to LDS Hospital?
```

## Mason v. Merck

```
04      A.   I took care of him, I believe, on the 26th
05 and 27th and Dr. Ganellen took care of him on the
06 25th, although my name was on the record because
07 initially the E.R. physician called me to admit the
08 patient and the resident did the dictation and put me
09 down as the attending.
10      Q.   Okay.  So when we look at Deposition Exhibit
11 No. 3, that would have been the history and physical
12 that was done on Mr. Mason by the resident?
13      A.   Correct.
14      Q.   Okay.  And that would have been whenever he
15 first got into LDS Hospital when he was admitted
16 through the emergency room?
17      A.   Yes.
18      Q.   Okay.  And the date of that was 7/25/2003?
19      A.   Yes.
20      Q.   And would you have just reviewed the note
```

ZEB3-1 - 

```
21 prepared by the resident and that's why your name
22 appears on page 2?
23      A.   Correct.
24      Q.   Do you know if you actually saw him on this
25 day, Mr. Mason?
```

-KEZEB3-1 - Clear Attached Exhibit ZEB3-1 

```
00014:01      A.   I did not.
02            Q.   Okay.
```

**9. PAGE 14:04 TO 14:18 (RUNNING 00:00:44.860)**

```
04      THE WITNESS:  I did not see him on the 25th.
05      Q.   (By Mr. Nabers)  Have you had an opportunity
06 to look at this history and physical on Mr. Mason?
07      A.   Yes.
08      Q.   Okay.  Were you, though, in fact, the
09 admitting physician whenever he came into LDS Hospital
10 on July 25th, 2003?
11      A.   I was the attending of record, although it
12 should have been Dr. Ganellen because he saw the
13 patient and admitted him that day.  But we're partners
14 and it's not worth changing the record specifically
15 for that purpose.
16      Q.   All right.  And do you have an understanding
17 of why Mr. Mason came to be a patient of yours and
18 Dr. Ganellen's at LDS Hospital during that time frame?
```

**10. PAGE 14:20 TO 15:09 (RUNNING 00:00:39.701)**

```
20      A.   He presented to Alta View emergency room with
21 symptoms and findings consistent with myocardial
22 infarction.
23      Q.   (By Mr. Nabers)  Okay.  Was he transferred to
24 your facility at LDS Hospital from Alta View Hospital?
25      A.   Yes.
00015:01      Q.   Okay.  Do you have an understanding of why he
02 was transferred from Alta View over to LDS?
03      A.   They don't have a cath lab at Alta View and
04 generally patients with heart attacks need to have an
05 angiogram, and that's the reason for his transfer.
06      Q.   Okay.  When we look at the history and
07 physical exam from July 25th of '03 on Mr. Mason, does
08 it indicate that, in fact, he was having an acute
09 myocardial infarction?
```

## Mason v. Merck

**11. PAGE 15:11 TO 15:23 (RUNNING 00:00:40.413)**

```
11        A.   We generally define acute myocardial
12   infarction as ST elevation.  He had a myocardial
13   infarction which we would term a non-Q wave with an
14   elevation of cardiac enzymes but without specific
15   changes on the EKG.
16        Q.   (By Mr. Nabers)  But it was important for him
17   to get to LDS Hospital because of the fact that y'all
18   had the emergency interventional procedures to take
19   care of his heart attack?
20        A.   Yes.
21        Q.   Okay.  And was his heart attack, for lack of
22   a better term, underway whenever he presented to LDS
23   on July 25th of 2003?
```

**12. PAGE 15:25 TO 16:04 (RUNNING 00:00:18.505)**

```
25        A.   Yes.
00016:01        Q.   (By Mr. Nabers)  Now, if we look at
02   Deposition Exhibit No. 3, the history section, does, I
```

📄 ZEB3-2 -



```
03   guess, either you or the attending physician note that
04   Mr. Mason had no prior cardiac pathology?
```

**13. PAGE 16:06 TO 16:14 (RUNNING 00:00:25.177)**

```
06        A.   This is the note from the resident who took
07   the history.  This is his dictation.  That's what he
08   noted.  Dr. Ganellen and I both talked to the patient
09   as well and corroborated that history, although the
10   dictation on this paper is specifically from that of
11   the resident.
12        Q.   (By Mr. Nabers)  Okay.  When the resident
13   makes the note "He has no prior cardiac pathology,"
14   what does that mean?
```

**14. PAGE 16:16 TO 16:21 (RUNNING 00:00:13.800)**

```
16        A.   That he has not been diagnosed with coronary
17   heart disease or atherosclerosis previously.
18        Q.   (By Mr. Nabers)  Did you concur with that
19   opinion by the resident whenever he listed that in the
20   history on this July 25, '03 note?
```

📄 -KEZEB3-2 - Clear Attached Exhibit ZEB3-2



```
21        A.   Yes.
```

**15. PAGE 16:23 TO 18:06 (RUNNING 00:01:35.949)**

```
23        Q.   (By Mr. Nabers)  Now, when we talk about
24   heart attacks, I guess generally you agree that heart
25   attacks can be serious and life-threatening medical
00017:01   conditions, correct?
02        A.   Certainly.
03        Q.   Okay.  They are very significant to the
04   patient who's having the heart attack, correct?
05        A.   Yes.
06        Q.   All right.  Can a heart attack result in
07   permanent damage to the actual heart muscle?
08        A.   Yes.
09        Q.   During a heart attack, can that damage to the
10   heart muscle cause the patient to experience symptoms?
11        A.   Yes.  Yes.
12        Q.   What are the type of symptoms that a patient
13   may experience when they are having a heart attack or
```

## Mason v. Merck

```
14   a myocardial infarction?
15        A.   Various characteristics of chest pain or arm
16   pain, neck pain, back pain, stomach pain or symptoms
17   of shortness of breath, light-headedness or sometimes
18   just rhythm problems from the heart.  Some people
19   don't experience much pain at all.
20        Q.   Based upon your review of the history on
21   Mr. Mason from July 25th of '03, was he having any
22   symptoms that you would attribute to having a heart
23   attack or myocardial infarction?
24        A.   Yes.  He apparently had had chest pain for
25   about a week before he came in, which was probably the
00018:01   precursor to his heart attack, and then when he was in
02   the hospital he had some sharp pain directly
03   underneath the sternum, which was all likely related
04   to his heart attack.
05        Q.   Can a heart attack also cause arrhythmias or
06   irregular heartbeats?
```

**16. PAGE 18:08 TO 18:08 (RUNNING 00:00:01.000)**

```
08        A.   Yes.
```

**17. PAGE 18:18 TO 18:19 (RUNNING 00:00:03.624)**

```
18        ·Q.   I take it a heart attack can also result in
19   death, correct?
```

**18. PAGE 18:21 TO 19:25 (RUNNING 00:01:16.043)**

```
21        A.   Correct.
22        Q.   (By Mr. Nabers)  And you've seen that in
23   patients that have presented to the hospital before,
24   correct?
25        A.   Correct.
00019:01        Q.   And let me ask you, when a patient like
02   Mr. Mason is having an myocardial infarction or heart
03   attack, I take it they do require hospitalization
04   immediately?
05        A.   Yes.
06        Q.   Okay.  And when he came in, I noticed in the
07   history section of the July 25, '03 note that it
```

📄 ZEB3-3 -

```
08   indicates his troponins were noted to be at 9.2 in the
09   field and 15 on arrival.  Do you see that?
10        A.   Yes.
11        Q.   And what are troponins?
12        A.   Troponin is a cardiac enzyme that we measure
13   that represents some disruption of the cardiac --
14   specifically the cardiac muscle cell that indicates --
15   generally indicates a myocardial infarction.
16        Q.   And whenever we talk about his levels of
17   troponin when he came in on July 25th of '03, were
18   they abnormal or elevated?
19        A.   Yes.
20        Q.   Okay.  Does that help confirm the fact that
21   he was having a myocardial infarction?
22        A.   Yes.
23        Q.   Okay.  If you have elevated troponin levels,
24   does that mean that you would have heart muscle
25   damage?
```

**19. PAGE 20:02 TO 20:04 (RUNNING 00:00:05.772)**

```
02        A.   Yes.
03        Q.   (By Mr. Nabers)  Does it also indicate that
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

### Mason v. Merck

```
     04  you would have actual heart muscle cell death?
```

**20. PAGE 20:06 TO 20:10 (RUNNING 00:00:17.739)**

```
     06      A.    It depends a little bit on the elevation of
     07  the troponin.  It's possible that very mild elevations
     08  may represent injury without complete death, but
     09  elevations in this range are consistent with some cell
     10  death.
```

**21. PAGE 21:04 TO 21:18 (RUNNING 00:00:37.226)**

```
     04      Q.    (By Mr. Nabers)  How would you have
     05  characterized Mr. Mason's troponin levels in terms of
     06  their being abnormal at the time of this July 25th,
     07  '03 when they were drawn?
     08      A.    They are significantly elevated to the point
     09  that would be consistent with myocardial infarction
     10  and some cell death.
     11      Q.    Okay.  So when you have abnormal troponin,
     12  just so I'm clear, that would equal the same thing as
     13  having heart muscle injury?
     14      A.    Yes.
     15      Q.    And if you had elevated or abnormal troponin,
     16  that would also indicate heart muscle injury or
```

-KEZEB3-3 - Clear Attached Exhibit ZEB3-3



```
     17  damage?
     18      A.    Yes.
```

**22. PAGE 21:20 TO 21:22 (RUNNING 00:00:07.627)**

```
     20      Q.    (By Mr. Nabers)  Now, if a patient has a
     21  heart attack, does that put them at increased risk for
     22  having another heart attack in the future?
```

**23. PAGE 21:24 TO 22:08 (RUNNING 00:00:23.032)**

```
     24      A.    Patients who have had a heart attack are at
     25  increased risk, not necessarily because they had a
 00022:01  heart attack, but because they have the underlying
     02  disease that predisposes them to having a heart
     03  attack.
     04      Q.    (By Mr. Nabers)  Okay.  And for your patients
     05  that you take care of, whether it be in your office or
     06  in the hospital, who have had a heart attack, are
     07  there emotional consequences to those patients who
     08  have the heart attack?
```

**24. PAGE 22:10 TO 22:12 (RUNNING 00:00:02.186)**

```
     10      A.    Yes.
     11      Q.    (By Mr. Nabers)  What are those emotional
     12  consequences?
```

**25. PAGE 22:14 TO 22:23 (RUNNING 00:00:41.642)**

```
     14      A.    You know, it can be a life-altering event
     15  because, you know, heart disease and heart attacks
     16  is -- it's -- you know, it's a common problem.  People
     17  often know people who have had heart disease and have
     18  died from it, so patients have, you know, a change in
     19  their outlook on life and perspective and they may
     20  become anxious and worried about it.  They may need to
     21  make some alterations in their diet and activity
     22  level.  So it can create some anxiety and lifestyle
     23  changes.
```

## Mason  v.  Merck

**26. PAGE 23:05 TO 24:19  (RUNNING 00:01:57.000)**

```
05      Q.     (By Mr. Nabers)  Now, if we turn to page 2 of
06   the history and physical of LDS on July 25th of '03, I
07   take it that it was determined that as a result of
08   Mr. Mason's heart attack, some intervention was
09   needed?
10      A.     It's the standard of care in the United
11   States if a cath lab is available and someone has had
12   a heart attack, we generally take them to the cath lab
13   to look for blocked arteries and treat it.
14      Q.     Right.  I want to talk about what's involved
15   in a cath in just a minute, but let me ask you, I also
16   noted that at the time that he came in, he was started
```

ZEB3-4 -

```
17   on Aggrastat, correct?
18      A.     Correct.
19      Q.     What is Aggrastat?
20      A.     Aggrastat is a type of drug called a
21   glycoprotein 2B-3A inhibitor that blocks platelet
22   function similar to aspirin but stronger than aspirin.
```

ZEB3-5 -

```
23      Q.     Okay.  And I also saw that he was the -- the
24   patient, Mr. Mason, was begun on a beta blocker and
25   aspirin.  And what were those prescribed for?
00024:01      A.     For his heart attack.
02      Q.     All right.  Now, what is the goal of
03   treatment for someone like Mr. Mason who presents with
04   a heart attack?
05      A.     Where possible, we take patients for coronary
06   angiogram to evaluate their arteries and look for the
07   cholesterol buildup and blockage and treat that with
08   an intervention called angioplasty, and we also put
```

ZEB3-6 -

```
09   them on medications to prevent further heart damage
10   and heart enlargement after a heart attack, as well as
11   prevent rhythm problems, and we put them on
12   preventative medications like aspirin and cholesterol
13   medications to help prevent additional heart attacks.
14      Q.     Okay.  Let me show you what I want to mark as
15   Deposition Exhibit No. 4.
16          (Exhibit No. 4 marked.)
17      Q.     (By Mr. Nabers)  I'll give you a chance to
18   look at that and then just ask if you can identify
19   what that is, that document.
```

**27. PAGE 24:20 TO 28:13  (RUNNING 00:04:08.999)**

```
20      A.     This is the E.R. note.
```

ZEB4 -

```
21      Q.     And would this have been the E.R. note from
22   Alta View?
23      A.     That's what I'm trying to sort out.  It looks
24   like it's from LDS Hospital.
25      Q.     I see.  Because you're looking down at the
00025:01   bottom right-hand column?
02      A.     Yes.
02      Q.     And if we look up in the upper left-hand
04   column, the date on this is 7/25, correct, 9:29 in the
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

ZEB4-1 -

```
05   morning?
06       A.   Yes.
07       Q.   It says, "Chief complaint:  Chest pain"?
08       A.   Yes.
09       Q.   Would that be characteristic of someone who
10   is having a heart attack, for that to be their chief
11   complaint?
12       A.   Yes.
13       Q.   Then it also indicates on this medical record
```

ZEB4-2 -

```
14   that one of the current medications that he was on was
15   Vioxx, correct?
16       A.   Yes.
17       Q.   And does it note here in this that Mr. Mason
18   was experiencing symptoms that you would attribute to
```

ZEB4-3 -

```
19   someone who was having a heart attack?
20       A.   There's lots of patients that present with
21   chest pain that don't have a heart attack, but
22   certainly that's consistent with a heart attack.
23       Q.   And then it indicated he had some slight
24   pressure and slight nausea, correct, under the
25   assessment section?
00026:01  A.   Yes.
```

-KEZEB4-3 - Clear Attached Exhibit ZEB4-3

```
02       Q.   All right.  And so he was transferred from
03   Alta View over to LDS where y'all could take care of
04   him, right?
05       A.   Yes.
06       Q.   Then let me show you what I want to mark as
07   Deposition Exhibit No. 5 --
08           (Exhibit No. 5 marked.)
09       Q.   (By Mr. Nabers) -- and ask if you can just
10   identify that for the record.
11       A.   This is his blood test taken at 9:32 in the
```

ZEB5 -

```
12   morning on July 25th.
13       Q.   And what type of blood tests were taken then?
14       A.   This is his cardiac enzymes, which is a
15   troponin level and a CK level.
16       Q.   And what was the purpose of those blood tests
17   being taken?
18       A.   This is to evaluate for myocardial
19   infarction.
20       Q.   Okay.  And do those tests that were done at
21   Alta View, those enzyme tests, do they indicate that
22   he was having a myocardial infarction?
23       A.   Yes.
24           (Exhibit No. 6 marked.)
25       Q.   (By Mr. Nabers)  Let me show you what I've
00027:01  marked as Deposition Exhibit No. 6, and ask if you can
02   just identify that for the record.
03       A.   This is a summary of his lab work from July
04   25th through July 27th.  It is part of a hospital note
05   done by the resident.  It was generated by the
```

## Mason v. Merck

```
06    computer that has a summary of his lab findings.
07        Q.   And, again, were there blood tests done to
08    look for cardiac enzymes?
09        A.   Yes.  We typically will repeat the blood
10    tests six or eight hours apart for usually about three
11    times to measure the rise and fall in enzymes to
12    assess the amount of heart damage.
13        Q.   Okay.  For example, on Deposition Exhibit
14    No. 6, one of the tests or blood tests that was done
```

▢ ZEB6 -

```
15    was the CKMB, correct?
16        A.   Correct.
17        Q.   Is that a specific marker for damage to the
18    heart muscle?
19        A.   It is.
20        Q.   Okay.  And on Deposition Exhibit No. 6 for
21    Mr. Mason, was his CKMB enzymes abnormal?
```

▢ ZEB6-1 -

```
22        A.   Yes.
23        Q.   And did that indicate to you that he was
24    having a myocardial infarction?
25        A.   Yes.
00028:01      Q.   And also were troponin blood tests looked at
```

▢ ZEB6-2 -

```
02    on Deposition Exhibit No. 6?
03        A.   Yes.
04        Q.   And, again, is troponin also a specific
05    marker for damage to the heart muscle?
06        A.   Yes.
07        Q.   Again, it's another enzyme test?
08        A.   Correct.
09        Q.   And we talked about it a little bit a minute
10    ago, but did it again confirm an abnormal result that
11    would have suggested to you Mr. Mason was having a
12    heart attack?
13        A.   Yes.
```

**28. PAGE 28:14 TO 28:17 (RUNNING 00:00:11.602)**

```
14        Q.   And do these cardiac enzyme tests, both the
15    CKMB and the troponin, do the results of those confirm
16    that some portion of Mr. Mason's heart muscle tissue
17    died on July 25th, 2003?
```

**29. PAGE 28:19 TO 29:14 (RUNNING 00:00:50.549)**

```
19        A.   Yes.
20        Q.   (By Mr. Nabers)  All right.  Now, you also
21    indicated that as a part of the intervention for
22    Mr. Mason, because of his heart attack, he had a
23    cath -- catherization procedure, correct?
24        A.   Correct.
25        Q.   All right.  And that catherization procedure
00029:01  was done here at LDS Hospital?
02        A.   Correct.
03        Q.   And who was it performed by?
04        A.   Dr. Ganellen.
05        Q.   Okay.  Let me show you what I'll mark as the
06    next exhibit, which is Deposition Exhibit No. 7.
07            (Exhibit No. 7 marked.)
08        Q.   (By Mr. Nabers)  I'll just ask you if you can
```

CONFIDENTIAL

## Mason v. Merck

```
09   identify that for me.
10        A.   This is the cath report from LDS Hospital on
11   Charles Mason, which was done on July 25th, although
12   there's a diagram that typically goes with this that's
13   not here.
14        Q.   Okay.
```

**30. PAGE 29:17 TO 31:17  (RUNNING 00:02:14.720)**

```
17        Q.   (By Mr. Nabers)  Let me ask you, Dr. Zebrack,
18   what is a heart catherization for those of us who
19   don't know?
20        A.   That's a procedure where we take a small tube
21   and place it in the aorta, which is the main artery in
22   the body, back up to near the heart where the coronary
23   arteries rise off of the aorta, put that little tube
24   into those arteries and put dye in to take pictures of
25   the blood flow down the arteries, and that will tell
00030:01   us if there's some narrowing or abnormal flow in those
02   arteries and we can identify if there's cholesterol
03   buildup.  The angiogram is simply the pictures taken
04   for that procedure.
05        Q.   This cardiac catherization was performed on
06   Mr. Mason because he was having a heart attack?
```

📄 ZEB7 -

```
07        A.   Correct.
08        Q.   All right.  And the cardiologist who
09   performed the catherization on him was whom?
10        A.   Dr. Ganellen.
11        Q.   And is he one of your partners?
12        A.   He is.
13        Q.   Is he an interventional cardiologist?
14        A.   He is.
15        Q.   When we talk about an interventional
16   cardiologist, what is that?  What do they do?
17        A.   They've often received additional training or
18   board certification in interventional procedures,
19   which is angioplasty and a few other procedures.
20   Angioplasty is a procedure where you put a balloon
21   inside the artery, inflate the balloon to push the
22   cholesterol out of the way, and then we often leave a
23   metal stent scaffolding to help keep that area open.
24        Q.   All right.  Is Dr. Ganellen certainly
25   qualified to perform heart catherizations?
00031:01        A.   Yes.
02        Q.   He's well respected in the community?
03        A.   Yes.
04        Q.   Do you have confidence in his abilities as a
05   cardiologist?
06        A.   Yes.
07        Q.   All right.  Before we talk further about the
```

📄 ZEB7-1 -

```
08   cardiac catherization that was performed on Mr. Mason,
09   let me just hand you two more pages, which I believe
10   go with Deposition Exhibit No. 7, but let me ask you
11   if that looks to be the diagrams you were talking
12   about.
13        A.   Yes.
14        Q.   Okay.  Can we just attach those to the back
15   of Deposition Exhibit No. 7?  Does that look like it
16   would be a complete copy now?
17        A.   Yes.
```

CONFIDENTIAL

## Mason  v.  Merck

**31.  PAGE 31:25 TO 34:01  (RUNNING 00:02:29.360)**

```
        25      Q.    (By Mr. Nabers)  In any event, does
00032:01  Deposition Exhibit No. 7 now look like the heart
        02  catherization report done by Dr. Ganellen?
        03      A.    Yes.
        04      Q.    Does it contain the diagrams of Mr. Mason's
        05  heart in terms of the coronary arteries that were
        06  blocked also?
        07      A.    Yes.
        08      Q.    Let me just hand you what I have been handed,
        09  which is also pages 99 and 100 of LDS Hospital, which
```

ZEB7-2 - 

```
        10  is the actual two other pages of the report and it's
        11  got the signature by Dr. Ganellen.  Do you see that?
        12      A.    Yes.
        13      Q.    Okay.  Does that look like now we have a
        14  complete and full medical record?
        15      A.    Yes.
        16      Q.    At least in terms of the heart catherization,
        17  correct?
        18      A.    Correct.
        19      Q.    All right.  If we look at the cath report for
        20  a minute, what did Dr. Ganellen find when he started
        21  the procedure?
        22      A.    He found coronary artery disease, which is
```

ZEB7-3 -

```
        23  atherosclerosis, creating a 90-percent blockage in the
        24  LAD artery, which is the main artery down the front of
        25  the heart, and a branch of that artery called a
00033:01  diagonal also had disease, which was 70-percent
        02  blocked.
        03      Q.    Okay.  And does Dr. Ganellen note in the
        04  report anything about thrombus?
        05      A.    It says, "Thrombus present before procedure."
```

ZEB7-4 -

```
        06      Q.    What is your understanding of that?
        07      A.    Well, what creates a heart attack is thrombus
        08  on top of cholesterol, and sometimes you can see it,
        09  sometimes you can't.  But he was able to see some
        10  haziness or abnormal blood flow in that area that was
        11  consistent with a clot.
        12      Q.    All right.  And when we talk about thrombus,
        13  in your mind is that synonymous with a clot?
        14      A.    Yes, a blood clot.
        15      Q.    When we talk about clots, what actually is a
        16  clot that would occlude a coronary artery?
        17      A.    Well, in the same way if you cut yourself and
        18  you bleed, you have to clot your blood for the
        19  bleeding to stop.  The same process can go on inside
        20  the body.  What triggers that typically is some
        21  disruption of the cholesterol that's there creating a
        22  rough surface or a crack in the cholesterol that
        23  triggers the clotting cascade.  A clot forms in an
        24  area where we want to have blood flow and not clot,
```

-KEZEB7-4 - Clear Attached Exhibit ZEB7-4

```
        25  and that clot blocks additional blood flow and that
00034:01  creates the heart attack.
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

**32. PAGE 34:18 TO 34:21 (RUNNING 00:00:07.040)**

```
18      Q.   (By Mr. Nabers)  Okay.  Most patients who
19 have heart attacks like Mr. Mason, they will have pain
20 and suffering that goes along with the heart attack,
21 right?
```

**33. PAGE 34:23 TO 35:07 (RUNNING 00:00:23.999)**

```
23      A.   Heart attacks can be very painful.  It
24 depends on the degree of -- size of the heart attack.
25 Some patients have very little pain at all.
00035:01      Q.   (By Mr. Nabers)  Okay.  Now, when
02 Dr. Ganellen got in there, he found a 90-percent
03 blockage of the distal LAD, or the lateral -- what is
04 the LAD?
05      A.   LAD is left anterior descending artery, and
06 it was the mid portion of that artery.
07      Q.   And he found -- when Dr. Ganellen -- when
```

**34. PAGE 35:08 TO 36:13 (RUNNING 00:01:16.243)**

```
08 Dr. Ganellen was doing the heart catherization, how
09 much stenosis did he find of the LAD, coronary artery?
10      A.   90 percent.
11      Q.   All right.  And is that a significant
12 blockage?
13      A.   Yes.
14      Q.   Is that something that needs intervention?
15      A.   Yes.
16      Q.   Is that something that's a serious medical
17 condition?
18      A.   Yes.
19      Q.   And with regard to the proximal first
20 diagonal, did he also find some occlusion there?
21      A.   Yes.
22      Q.   All right.  And how much stenosis did
23 Dr. Ganellen find when he did the cath in that area of
24 the heart?
25      A.   70 percent.
00036:01      Q.   Is that -- how would you characterize that
02 level of that blockage?
03      A.   It's a significant degree of blockage.
04 Diagonal vessel tends to be smaller so it's less
05 important, but it certainly can contribute to chest
06 pain or heart attack risk in the future if it's left
07 untreated.
08      Q.   Okay.  It was something that, I take it,
09 needed intervention?
10      A.   It doesn't say on this report how large the
11 artery was, so the fact that Dr. Ganellen intervened
12 on it, I would say yes, it did need intervention, but
13 I haven't looked at the films myself.
```

**35. PAGE 36:20 TO 36:22 (RUNNING 00:00:09.409)**

```
20      Q.   (By Mr. Nabers)  Yeah, if you look at -- on
21 page 2, does it indicate whether Dr. Ganellen found
```

ZEB7-5 -



```
22 any thrombus in the proximal first diagonal?
```

**36. PAGE 36:24 TO 36:25 (RUNNING 00:00:04.787)**

```
24      A.   He did.  It says, "Thrombus present before
```

## Mason v. Merck

-KEZEB7-5 - Clear Attached Exhibit ZEB7-5

    25  procedure."

**37. PAGE 37:06 TO 39:24 (RUNNING 00:03:13.999)**

```
06      Q.   (By Mr. Nabers)  Ultimately, in order to cure
07 the blockage of the LAD coronary artery, what did he
08 do, Dr. Ganellen?
09      A.   He placed a balloon in there to push the
10 plaque and thrombus out of the way, and then left a
11 stent in the artery to help keep it open.
12      Q.   All right.  And what did he do in connection
13 with the 70-percent blockage of the proximal first
14 diagonal coronary artery in Mr. Mason?
15      A.   He simply put a balloon there because the
16 artery was probably too small to place a stent.
17      Q.   And do you believe that Mr. Mason had a good
18 result from the procedures performed by Dr. Ganellen?
19      A.   Yes.
20      Q.   And is it important for cardiologists such as
21 yourself to continue to follow patients after they've
22 had a heart attack?
23      A.   Yes.
24      Q.   And why is that important?
25      A.   To prevent another heart attack, adjust their
00038:01 medications and give them counseling on diet and
02 exercise and lifestyle factors such as smoking.
03      Q.   Okay.  And, for example, do patients, after
04 heart attacks or myocardial infarctions, do they need
05 to be medically monitored by a cardiologist?
06      A.   Yes.
07      Q.   And how often, in your practice, will you
08 have a patient come back to see you after having a
09 myocardial infarction?
10      A.   All the time.
11      Q.   Okay.  But, I mean, I guess what I'm asking
12 is do they come back quarterly, every six months or
13 annually?  What's your practice?
14      A.   I typically see them within the first month
15 after a heart attack, and then, depending on what
16 problems they have and adjustments in medications,
17 they'll generally come back every six months or so.
18      Q.   All right.  So, for example, someone who has
19 a myocardial infarction like Mr. Mason, if he was in
20 your practice, would you also perform diagnostic tests
21 to help monitor his condition?
22      A.   Yeah, depending on his symptoms.  He may need
23 a follow-up stress test every few years.
24      Q.   Will he need serial EKGs?
25      A.   Yeah.
00039:01      Q.   All right.  Would it be good for him to have
02 any type of nuclear testing on an annual basis to
03 monitor his condition, his heart?
04      A.   If he has no symptoms and he's active, he
05 wouldn't necessarily need one every year, but -- and
06 this is an area of a little bit of controversy and
07 different doctors practice differently, but most
08 patients with heart disease will have a stress test
09 periodically, perhaps every few years.
10      Q.   All right.  How about with regard to any
11 heart catherizations, would he need that in the future
12 as a result of his myocardial infarction?
13      A.   Only if he developed new symptoms to suggest
14 new blockages.
15      Q.   Now, he was prescribed some medications as a
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

```
16   result of his heart attack upon leaving LDS, correct?
17        A.    Yes.
18        Q.    Will he need to stay on those medications?
19        A.    Yes.
20        Q.    What medications should he stay on as a
21   result of his heart attack?
22        A.    Aspirin for the rest of his life, generally
23   cholesterol medications, a beta blocker, and possibly
24   an ACE inhibitor.
```

**38. PAGE 39:25 TO 40:12 (RUNNING 00:00:39.492)**

```
25          Q.    And is it important for patients like
00040:01   Mr. Mason who have a heart attack, after the heart
02   attack for them to have some cardiac rehab?
03        A.    Yes.
04        Q.    And what is involved in the cardiac rehab?
05        A.    They get additional education on diet and
06   exercise, and, you know, a rehab person to do
07   exercises with them to help them get the confidence
08   back and activity and build up their stamina to reduce
09   their risk of future heart attacks.
10        Q.    Were you aware that Mr. Mason had completed a
11   cardiac rehab program after his myocardial infarction?
12        A.    I was not.
```

**39. PAGE 40:20 TO 41:05 (RUNNING 00:00:23.750)**

```
20        Q.    (By Mr. Nabers)  Let me ask you -- or show
21   you what I've marked as Deposition Exhibit No. 8, and
```

ZEB8 -                                              

```
22   tell you that this was Merck's announcement of their
23   voluntary worldwide withdrawal of Vioxx.  Have you
24   ever seen that previously?
25        A.    Yes.
00041:01      Q.    Were you actually aware that Vioxx was
02   withdrawn from the market by Merck?
03        A.    Yes.
04        Q.    And do you have an understanding of why Vioxx
05   was withdrawn from the market by Merck?
```

**40. PAGE 41:07 TO 41:09 (RUNNING 00:00:02.325)**

```
07        A.    Yes.
08        Q.    (By Mr. Nabers)  What is your understanding
09   in that regard?
```

**41. PAGE 41:11 TO 42:09 (RUNNING 00:00:53.276)**

```
11        A.    It became more clear from additional trials
12   that Vioxx was associated with an increased risk of
13   heart attacks.
14        Q.    (By Mr. Nabers)  Now, as a part of your
15   cardiology practice, do you try to keep up with
16   different journals that have papers or scientific
17   articles pertaining to cardiology?
18        A.    Yes.
19        Q.    All right.  And I noticed that you brought
20   with you today some medical articles that pertain
21   particularly to Vioxx and cardiovascular events,
22   correct?
23        A.    Yes.
24        Q.    What I would like to do is mark just as a
25   full set Deposition Exhibit No. 9, and we're certainly
00042:01   going to give these back to you.
02        A.    Okay.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

```
03       Q.   Can I stick a sticker on them?
04       A.   Yes.
05            (Exhibit No. 9 marked.)
06       Q.   (By Mr. Nabers)  Let me show you what we've
07  marked as Deposition Exhibit No. 9, and let me just
08  see if you can identify what the collection of
09  documents is that represents Exhibit No. 9.
```

**42. PAGE 42:18 TO 44:06 (RUNNING 00:01:33.768)**

```
18       Q.   (By Mr. Nabers)  Let me try again.  Is it
19  fair to say that even while Vioxx was on the market
20  and then once it was withdrawn from the market, that
21  you tried to keep up with the literature surrounding
22  it and cardiovascular events?
23       A.   Yes.
24       Q.   For example, the first article that we see,
25  the lead author is a fellow by the name of Frank
00043:01  Andersohn, and this article is entitled Use of First
```

☐ ZEB9 -

```
02  and Second Generation Cyclooxygenase-2 Selective
03  Nonsteroidal Anti-inflammatory Drugs and the Risk of
04  Acute Myocardial Infarction.  Did I read that right?
05       A.   Yes.
06       Q.   And that appeared in Circulation 2006?
07       A.   Yes.
08       Q.   All right.  And that was an article that you
09  went and got on your own with regard to informing
10  yourself about Vioxx and the risk of cardiovascular
11  disease?
12       A.   Right.
13       Q.   And is the conclusion of this study that our
```

☐ ZEB9-1 -

```
14  study supports the hypothesis that the elevated risk
15  of acute myocardial infarction is a class effect of
16  COX-2 inhibitors?
17       A.   That was a conclusion in the study, yes.
18       Q.   Now, the next article that you have also
19  looks like an article pulled off of PubMed; is that
20  correct?
21       A.   Correct.
22       Q.   And is PubMed just a Web site that you can go
23  to to specifically look for medical literature or
24  scientific articles?
25       A.   Yes.
00044:01       Q.   Okay.  You pulled this one on your own?
02       A.   Yes.
03       Q.   And this one is entitled Rofecoxib Increases
```

☐ ZEB9-2 -

```
04  Susceptibility of Human LDL and Membrane Lipids to
05  Oxidative Damage:  A Mechanism of Cardiotoxicity,
06  correct?
```

**43. PAGE 44:08 TO 44:15 (RUNNING 00:00:12.085)**

```
08       A.   Correct.
09       Q.   (By Mr. Nabers)  And this was -- the lead
10  author was Preston Mason; is that correct?
11       A.   Correct.
12       Q.   And you've had a chance to review this
13  article as well?
```

CONFIDENTIAL

## Mason v. Merck

```
    14      A.   I reviewed the abstract.  I couldn't actually
    15 find the whole article in our library.
```

**44. PAGE 47:16 TO 47:21  (RUNNING 00:00:16.999)**

```
    16      Q.   Okay.  The next article is an editorial that
```

ZEB9-3 - 

```
    17 appeared in Circulation; is that correct, in 2006?
    18      A.   Yes.
    19      Q.   All right.  And the title of this one is
    20 Evaluating Drug Effects in the Post Vioxx World.
    21 There Must Be a Better Way.  Is that by Jerry Avorn?
```

**45. PAGE 47:23 TO 48:18  (RUNNING 00:00:36.686)**

```
    23      A.   Yes.
    24      Q.   (By Mr. Nabers)  Have you had an opportunity
    25 to review that?
00048:01      A.   Yes.
    02      Q.   Okay.  The next one that we see is an article
    03 that appeared in the Lancet, December 4th of 2004; is
    04 that correct?
    05      A.   Correct.
    06      Q.   And the title of this article is Risks of
    07 Cardiovascular Events and Rofecoxib Cumulative
```

ZEB9-4 -

```
    08 Meta-analysis?
    09      A.   Yes.
    10      Q.   And this was -- the lead author here was
    11 Peter Juni, correct?
    12      A.   Correct.
    13      Q.   And have you had an opportunity to review
    14 this article.
    15      A.   Yes.
    16      Q.   Do you consider the Lancet to be an
    17 authoritative journal?
    18      A.   Yes.
```

**46. PAGE 48:25 TO 49:06  (RUNNING 00:00:22.098)**

```
    25      Q.   (By Mr. Nabers)  Let me ask it again, then.
00049:01 What is your understanding from the Juni article of
    02 their finding of cardiovascular events in Vioxx?
    03      A.   There's an increased risk associated in
    04 patients taking Vioxx compared to patients either not
    05 on anti-inflammatory medications or on Naprosyn or on
    06 other anti-inflammatory medications.
```

**47. PAGE 49:19 TO 50:03  (RUNNING 00:00:29.397)**

```
    19      Q.   (By Mr. Nabers)  The next one I see is an
```

-KEZEB9-4 - Clear Attached Exhibit ZEB9-4

```
    20 article from the Lancet, January 1, 2005 with regard
    21 to the discontinuation of Vioxx?
    22      A.   Yes.
    23      Q.   Have you had an opportunity to review that?
    24      A.   Yes.
    25      Q.   Okay.  Did you also have an opportunity to
00050:01 review an article in the New England Journal of
    02 Medicine, October 21st, 2004, entitled Failing the
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

ZEB9-5 -

```
     03  Public Health, Rofecoxib, Merck and the FDA?
```

**48. PAGE 50:05 TO 50:12 (RUNNING 00:00:11.713)**

```
     05     A.   Yes.
     06     Q.   (By Mr. Nabers)  And this article was written
     07  by whom?
     08     A.   Eric Topol.
     09     Q.   All right.  Do you know of Dr. Topol's
     10  reputation in the cardiology community?
     11     A.   Yes.
     12     Q.   And what is it?
```

**49. PAGE 50:16 TO 51:05 (RUNNING 00:00:29.999)**

```
     16     A.   He has a very good reputation.
     17     Q.   And you've had a chance to review that
     18  article?
     19     A.   Yes.
     20     Q.   Okay.  The next one is an article that
     21  appeared in Circulation, October 15th of 2001; is that
     22  correct?
     23     A.   Correct.
     24     Q.   And the title of this article was
```

ZEB9-6 -

```
     25  Cardiovascular Thrombotic Events in Controlled
00051:01  Clinical Trials of Rofecoxib, and the lead author
     02  there was Konstam; is that correct?
     03     A.   Correct.
     04     Q.   Have you had a chance to review this article?
     05     A.   Yes.
```

**50. PAGE 51:06 TO 51:13 (RUNNING 00:00:17.915)**

```
     06     Q.   The next article is from the European Heart
     07  Journal, May 26th of 2006; is that correct?
     08     A.   Correct.
     09     Q.   And is the article entitled NSAID Use and The
```

ZEB9-7 -

```
     10  Risk of Hospitalization For First Myocardial
     11  Infarction in the General Population, a Nationwide
     12  Case-Control Study from Finland?
     13     A.   Yes.
```

**51. PAGE 51:15 TO 53:10 (RUNNING 00:01:42.793)**

```
     15     A.   Yes.
     16     Q.   (By Mr. Nabers)  And you've reviewed that?
     17     A.   Yes.
     18     Q.   Is the next one an article that appeared in
     19  Circulation on January 19th, 2006 entitled Risk of
```

ZEB9-8 -

```
     20  Death For Reinfarction Associated With the Use of
     21  Selective Cyclooxygenase-2 Inhibitors and Nonselective
     22  Nonsteroidal Anti-Inflammatory Drugs After Acute
     23  Myocardial Infarction?
     24     A.   Yes.
     25     Q.   Have you reviewed that one?
00052:01     A.   I reviewed the abstract.
     02     Q.   Is the next one that we see from PubMed
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

```
03   entitled The Patient's Perspective on the Recall of
04   Vioxx?
05        A.   Yes.
06        Q.   Have you had a chance to review that?
07        A.   I reviewed the abstract.
08        Q.   Okay.  Is the next one that you reviewed
09   dated March of 2006 entitled Nonsteroidal
```

ZEB9-9 -

```
10   Anti-inflammatory Drugs and the Risk of Acute
11   Myocardial Infarction?
12        A.   Yes.
13        Q.   And you've had a chance to review that?
14        A.   I reviewed the abstract.
15        Q.   Okay.  Is the next one an article by
16   Dr. Huang from 2006 entitled Cardiovascular Events
```

ZEB9-91 -

```
17   Associated With Long-term Use of Celecoxib, Rofecoxib
18   and Meloxicam in Taiwan, an Observational Study?
19        A.   Yes.
20        Q.   And you had a chance to review that?
21        A.   I reviewed the abstract.
22        Q.   Then the last one is Effects of Rofecoxib and
```

ZEB9-92 -

```
23   Naproxen on Life Expectancy Among Patients With
24   Rheumatoid Arthritis:  A Decision Analysis?
25        A.   Yes.
00053:01        Q.   And you've had a chance to review that
02   abstract?
03        A.   Yes.
```

-KEZEB9-92 - Clear Attached Exhibit ZEB9-92

```
04        Q.   And are you also familiar with the APPROVe
05   study that appeared in the New England Journal of
06   Medicine?
07        A.   Yes.
08        Q.   Okay.  So you've spent some time looking at
09   the medical and scientific literature concerning Vioxx
10   and the risk of cardiovascular disease, correct?
```

**52. PAGE 53:12 TO 53:16 (RUNNING 00:00:11.577)**

```
12        A.   Correct.
13        Q.   (By Mr. Nabers)  And do you believe that
14   generally the medical and scientific literature
15   supports the proposition that Vioxx increases the risk
16   of myocardial infarction in some patients?
```

**53. PAGE 53:18 TO 53:21 (RUNNING 00:00:07.360)**

```
18        A.   Yes.
19        Q.   (By Mr. Nabers)  All right.  In your own
20   patient population, have you had patients who took
21   Vioxx who had myocardial infarctions?
```

**54. PAGE 53:23 TO 53:23 (RUNNING 00:00:00.926)**

```
23        A.   Yes.
```

**55. PAGE 55:21 TO 56:01 (RUNNING 00:00:12.728)**

```
21        Q.   (By Mr. Nabers)  Let me try and start again.
22   What I'm trying to figure out is in your patient who
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

```
        23   took Vioxx and experienced a myocardial infarction,
        24   did you include the fact that they took Vioxx in your
        25   differential diagnosis as a potential cause of their
00056:01   heart attack?
```

**56. PAGE 56:03 TO 56:06 (RUNNING 00:00:10.782)**

```
        03        A.   The differential diagnosis to me implies one
        04   cause and only one cause, and this is a very
        05   multifactorial disease.  Certainly we consider it as a
        06   contributing factor.
```

**57. PAGE 56:08 TO 56:14 (RUNNING 00:00:16.251)**

```
        08        Q.   (By Mr. Nabers)  In that case of your
        09   clinical patient, you considered it to be a
        10   contributing factor of their myocardial infarction?
        11        A.   Yes.
        12        Q.   Okay.  And you're aware that Mr. Mason was
        13   taking Vioxx at the time that he presented to LDS
        14   having a myocardial infarction?
```

**58. PAGE 56:16 TO 56:16 (RUNNING 00:00:00.500)**

```
        16        A.   Correct.
```

**59. PAGE 56:17 TO 56:20 (RUNNING 00:00:11.000)**

```
        17        Q.   (By Mr. Nabers)  Are you familiar as you sit
        18   here today based upon what you've seen in the LDS
        19   medical records with what Mr. Mason's cardiac risk
        20   factors would have been for a heart attack?
```

**60. PAGE 57:04 TO 57:09 (RUNNING 00:00:15.290)**

```
        04        A.   Yes.
        05        Q.   (By Mr. Nabers)  Okay.  And based upon what
        06   you know about his medical history and your care and
        07   treatment of him at LDS Hospital, would you include
        08   Vioxx in the differential diagnosis as a contributing
        09   cause of his heart attack?
```

**61. PAGE 57:11 TO 57:12 (RUNNING 00:00:05.156)**

```
        11        A.   I would -- I would consider it as a
        12   contributing factor towards his heart attack.
```

**62. PAGE 57:14 TO 57:16 (RUNNING 00:00:07.179)**

```
        14        Q.   (By Mr. Nabers)  And it's fair to say that
        15   you wouldn't be able to exclude his use of Vioxx as a
        16   contributing factor in his myocardial infarction?
```

**63. PAGE 57:18 TO 57:21 (RUNNING 00:00:04.902)**

```
        18        A.   Correct.
        19        Q.   (By Mr. Nabers)  And were you aware that he
        20   took Vioxx for 10 months?
        21        A.   No.
```

**64. PAGE 58:20 TO 58:23 (RUNNING 00:00:11.142)**

```
        20        Q.   (By Mr. Nabers)  And do you have an opinion
        21   one way or the other whether or not 10 months' use of
        22   Vioxx is long enough to be a contributing factor in a
        23   person's myocardial infarction?
```

**65. PAGE 58:25 TO 59:02 (RUNNING 00:00:03.804)**

```
        25        A.   Yes.
00059:01        Q.   (By Mr. Nabers)  And your opinion in that
        02   regard would be what?
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 5:51:01 PM

## Mason v. Merck

66. PAGE 59:04 TO 59:05 (RUNNING 00:00:04.254)

    04      A.    That would be long enough to increase your
    05   risk for a heart attack.

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:46:25.255)

CONFIDENTIAL

**Zebrack Merck Exam**

| Scene | Designation | Source | Tx Duration | Barcode |
|-------|-------------|--------|-------------|---------|
| 1 | 61:23 - 62:20 | Zebrack, James 2006-08-30 | 00:00:57 | Z25.1 |

| | | |
|--|--|--|
| 61:23 | Q: Let me ask a different question. Assume for |
| 61:24 | me that Dr. Vogeler, Mr. Mason's treating family |
| 61:25 | practitioner, has testified that Mr. Mason was |
| 62:1 | chronically obese since 1999, and that Mr. Mason has |
| 62:2 | indicated that for over a decade he has weighed |
| 62:3 | between 225 pounds and 235 pounds, and that he's |
| 62:4 | somewhere between five nine and five 10. Would that |
| 62:5 | be someone who is significantly overweight? |
| 62:6 | A: Yes. |
| 62:7 | Q: And that would -- would that cause you |
| 62:8 | concern as a cardiologist, for a patient? |
| 62:9 | A: Yes. |
| 62:10 | Q: And why would that cause you a concern? |
| 62:11 | A: That will increase his risk for heart attack. |
| 62:12 | Q: And, likewise, there are other risk factors |
| 62:13 | that you consider as a cardiologist in determining |
| 62:14 | whether someone is at risk for a heart attack? |
| 62:15 | A: Yes. |
| 62:16 | Q: And what are those -- well, let me ask you |
| 62:17 | this. Would family history be a significant factor in |
| 62:18 | determining whether or not someone is at risk for |
| 62:19 | heart attack? |
| 62:20 | A: Yes. |

| Scene | Designation | Source | Tx Duration | Barcode |
|-------|-------------|--------|-------------|---------|
| 2 | 63:4 - 63:8 | Zebrack, James 2006-08-30 | 00:00:14 | Z25.2 |

| | |
|--|--|
| 63:4 | Q: (By Mr. Krumholz) If Mr. Mason's sister died |
| 63:5 | at age 55 of atherosclerosis, cardiovascular disease, |
| 63:6 | would that be a significant risk factor in terms of an |
| 63:7 | increased risk for heart attack? |
| 63:8 | A: Yes. |

| Scene | Designation | Source | Tx Duration | Barcode |
|-------|-------------|--------|-------------|---------|
| 3 | 63:14 - 63:18 | Zebrack, James 2006-08-30 | 00:00:12 | Z25.3 |

| | |
|--|--|
| 63:14 | Q: And would you also like to see his history of |
| 63:15 | cholesterol levels? |
| 63:16 | A: Yes. |
| 63:17 | Q: And would it concern you if he had a history |
| 63:18 | of elevated cholesterol within the past year? |

| Scene | Designation | Source | Tx Duration | Barcode |
|-------|-------------|--------|-------------|---------|
| 4 | 63:21 - 63:25 | Zebrack, James 2006-08-30 | 00:00:11 | Z25.4 |

| | |
|--|--|
| 63:21 | A: Yes. |
| 63:22 | Q: (By Mr. Krumholz) Would it concern you if |
| 63:23 | his nurse practitioner, who was helping his family |
| 63:24 | practitioner treat Mr. Mason, diagnosed him with high |

|  |  | 63:25 | cholesterol? |  |  |
|---|---|---|---|---|---|
| 5 | **64:2 - 64:11** | | Zebrack, James 2006-08-30 | 00:00:21 | Z25.5 |
| | | 64:2 | A: Yes. | | |
| | | 64:3 | Q: (By Mr. Krumholz) Would it concern you if | | |
| | | 64:4 | Mr. Mason had been diagnosed with sleep apnea? | | |
| | | 64:5 | A: Yes. | | |
| | | 64:6 | Q: Has that been known to be a risk factor | | |
| | | 64:7 | for -- or a marker for cardiovascular disease? | | |
| | | 64:8 | A: Yes. | | |
| | | 64:9 | Q: And pose an increased risk of myocardial | | |
| | | 64:10 | infarction or heart attack? | | |
| | | 64:11 | A: Yes. | | |
| 6 | **64:13 - 64:22** | | Zebrack, James 2006-08-30 | 00:00:26 | Z25.6 |
| | | 64:13 | Q: (By Mr. Krumholz) And would it concern you | | |
| | | 64:14 | if Mr. Mason had been long diagnosed with depression? | | |
| | | 64:15 | A: Yes. | | |
| | | 64:16 | Q: Has depression been indicated as a marker or | | |
| | | 64:17 | a risk factor for atherosclerosis and cardiovascular | | |
| | | 64:18 | disease? | | |
| | | 64:19 | A: Yes. | | |
| | | 64:20 | Q: Does it put him at a greater risk for having | | |
| | | 64:21 | a myocardial infarction or heart attack? | | |
| | | 64:22 | A: Yes. | | |
| 7 | **65:5 - 65:9** | | Zebrack, James 2006-08-30 | 00:00:12 | Z25.7 |
| | | 65:5 | Q: Well, sir, the truth of the matter is that, | | |
| | | 65:6 | first of all, you have not been asked to look at the | | |
| | | 65:7 | totality of the evidence and all of the studies that | | |
| | | 65:8 | have been done and all of the clinical trials that | | |
| | | 65:9 | have been done on Vioxx, true? | | |
| 8 | **65:11 - 66:6** | | Zebrack, James 2006-08-30 | 00:00:49 | Z25.8 |
| | | 65:11 | A: I have not been asked to that do that. | | |
| | | 65:12 | Q: (By Mr. Krumholz) And you have not done | | |
| | | 65:13 | that? | | |
| | | 65:14 | A: I have not looked at every published or | | |
| | | 65:15 | unpublished piece of data on Vioxx. | | |
| | | 65:16 | Q: Have you looked at the new drug application | | |
| | | 65:17 | that was submitted by Merck which attached all of the | | |
| | | 65:18 | results of the clinical trials that had been performed | | |
| | | 65:19 | prior to approval by the FDA? | | |
| | | 65:20 | A: I looked at a reference to, but I did not | | |
| | | 65:21 | look at the data. | | |
| | | 65:22 | Q: Did you look at the post marketing clinical | | |
| | | 65:23 | trials that have been done on Alzheimer's patients? | | |
| | | 65:24 | A: I looked at the data on it. | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 65:25 | Q: But you did not look at the studies |  |  |
|  | 66:1 | themselves? |  |  |
|  | 66:2 | A: No. |  |  |
|  | 66:3 | Q: And do you believe that others are in a |  |  |
|  | 66:4 | better position to determine or assess whether or not |  |  |
|  | 66:5 | there is, indeed, an increased risk of heart attacks |  |  |
|  | 66:6 | with respect to Vioxx? |  |  |

| 9 | 66:8 - 66:11 | Zebrack, James 2006-08-30 | 00:00:07 | Z25.9 |
|---|---|---|---|---|
|  | 66:8 | A: There certainly are other people that are |  |  |
|  | 66:9 | more of an expert in that area than I am. |  |  |
|  | 66:10 | Q: (By Mr. Krumholz) You don't hold yourself |  |  |
|  | 66:11 | out as an expert on COX-2 inhibitors, true? |  |  |

| 10 | 66:13 - 66:25 | Zebrack, James 2006-08-30 | 00:00:18 | Z25.10 |
|---|---|---|---|---|
|  | 66:13 | A: No. |  |  |
|  | 66:14 | Q: (By Mr. Krumholz) You're not an expert on |  |  |
|  | 66:15 | COX-2 inhibitors, true? |  |  |
|  | 66:16 | A: No. |  |  |
|  | 66:17 | Q: You don't hold yourself out as an expert on |  |  |
|  | 66:18 | the impact of COX-2 inhibitors on the cardiovascular |  |  |
|  | 66:19 | system? |  |  |
|  | 66:20 | A: No. |  |  |
|  | 66:21 | Q: Or on the heart? |  |  |
|  | 66:22 | A: No. |  |  |
|  | 66:23 | Q: And you're not an expert in those areas, |  |  |
|  | 66:24 | true? |  |  |
|  | 66:25 | A: Correct. |  |  |

| 11 | 68:1 - 68:12 | Zebrack, James 2006-08-30 | 00:00:27 | Z25.11 |
|---|---|---|---|---|
|  | 68:1 | Q: (By Mr. Krumholz) And when you say that, |  |  |
|  | 68:2 | there are many experts out there on COX-2 inhibitors, |  |  |
|  | 68:3 | true? |  |  |
|  | 68:4 | A: True. |  |  |
|  | 68:5 | Q: And on the effects of COX-2 inhibitors or the |  |  |
|  | 68:6 | potential effects of COX-2 inhibitors on the |  |  |
|  | 68:7 | cardiovascular system, true? |  |  |
|  | 68:8 | A: True. |  |  |
|  | 68:9 | Q: And what you're saying is there's been a |  |  |
|  | 68:10 | scientific debate as to whether or not there's an |  |  |
|  | 68:11 | increase in cardiovascular risk for a while now, true? |  |  |
|  | 68:12 | A: True. |  |  |

| 12 | 68:14 - 69:9 | Zebrack, James 2006-08-30 | 00:00:40 | Z25.12 |
|---|---|---|---|---|
|  | 68:14 | Q: (By Mr. Krumholz) And reasonable minds can |  |  |
|  | 68:15 | differ on that subject, true? |  |  |
|  | 68:16 | A: True. |  |  |
|  | 68:17 | Q: There are very qualified experts who have the |  |  |

68:18    opinion that it does not increase the risk of
68:19    cardiovascular -- of CV events, true?
68:20    A: True.
68:21    Q: And there are experts, people who call
68:22    themselves experts, on the other side of that equation
68:23    as well?
68:24    A: Correct.
68:25    Q: And -- but you're not one of those experts?
69:1    A: No.
69:2    Q: And you've never held yourself out as such?
69:3    A: No.
69:4    Q: Now, in connection with Mr. Mason — first of
69:5    all, cardiovascular disease is the number one cause of
69:6    death in the United States, true?
69:7    A: True.
69:8    Q: And that's been the case for decades, right?
69:9    A: True.

| 13 | 69:13 -69:21 | Zebrack, James 2006-08-30 | 00:00:10 | Z25.13 |
|---|---|---|---|---|

69:13    Q: Okay. But it was true well before Vioxx was
69:14    on the market?
69:15    A: True.
69:16    Q: And it was true while Vioxx was on the
69:17    market?
69:18    A: True.
69:19    Q: And it was true -- it's been true after Vioxx
69:20    has been on the market?
69:21    A: True.

| 14 | 69:22 -71:21 | Zebrack, James 2006-08-30 | 00:02:05 | Z25.14 |
|---|---|---|---|---|

69:22    Q: So what is important in connection with any
69:23    particular case is to look at the individual equation,
69:24    because you know that people who may be taking Vioxx
69:25    can have heart attacks without having it caused by
70:1    Vioxx, true?
70:2    A: True.
70:3    Q: In other words, it may not be a contributing
70:4    factor just because someone was taking it, true?
70:5    A: It's not necessarily a factor in each
70:6    individual case, because -- well --
70:7    Q: Well, let me see if we can get on the same
70:8    page here. You know and understand the difference
70:9    between association and causation?
70:10    A: True.
70:11    Q: In other words, folks can be on a particular
70:12    medication and have an event occur, and just because
70:13    they happen together at the same time, they may be

70:14   associated, right?
70:15   A: Correct.
70:16   Q: That's what association means?
70:17   A: Right.
70:18   Q: In other words, when somebody says that
70:19   somebody was taking aspirin and they had a heart
70:20   attack, that aspirin would be associated with that
70:21   heart attack, true?
70:22   A: True.
70:23   Q: And with that patient at the time of his
70:24   heart attack?
70:25   A: Correct.
71:1   Q: So just because there's an association
71:2   doesn't mean that there's causation, right?
71:3   A: Correct.
71:4   Q: And so what you would have to do is scrub off
71:5   the facts of any particular case to determine whether
71:6   indeed Vioxx, for example, or any other medication
71:7   caused any particular untoward result, right?
71:8   A: Correct.
71:9   Q: And what you have not done is gone back and
71:10   looked at all of Mr. Mason's records to determine if
71:11   it was likely that his traditional risk factors and
71:12   other factors were the likely cause of his event? You
71:13   haven't done that?
71:14   A: I know what his risk factors are based on the
71:15   history that we obtained.
71:16   Q: That's not what I asked, though. I asked
71:17   have you gone back and looked at his history and his
71:18   prior medical records from before that hospital
71:19   visit --
71:20   A: I have not looked at his previous medical
71:21   records.

| 15 | 71:22 - 71:25 | Zebrack, James 2006-08-30 | 00:00:09 | Z25.15 |

71:22   Q: And before assessing whether or not
71:23   Mr. Mason's heart attack was in any way caused or
71:24   contributed to by Vioxx, you would at least want to
71:25   look at those records, would you not?

| 16 | 72:3 - 72:6 | Zebrack, James 2006-08-30 | 00:00:13 | Z25.16 |

72:3   A: No. As I said before, if clinical studies
72:4   show that Vioxx increases the risk of a heart attack
72:5   and someone has a heart attack, Vioxx can be a factor
72:6   towards that, regardless of the other risk factors.

| 17 | 73:11 - 73:15 | Zebrack, James 2006-08-30 | 00:00:12 | Z25.17 |

73:11     Q:  And just so to be clear, you can't state with
73:12     reasonable medical probability as you sit here today
73:13     that Vioxx was a contributing cause of Mr. Mason's
73:14     heart attack. You can simply say that it may have
73:15     been?

| 18 | 73:17 -73:21 | Zebrack, James 2006-08-30 | 00:00:19 | Z25.18 |
|---|---|---|---|---|

73:17     Q:  (By Mr. Krumholz)   True?
73:18     A:  That's somewhat of a semantics on if it's a
73:19     contributing factor or not. It may be a contributing
73:20     factor or -- a contributing factor, what's -- you
73:21     know, I don't understand the difference there.

| 19 | 74:6 -74:12 | Zebrack, James 2006-08-30 | 00:00:23 | Z25.19 |
|---|---|---|---|---|

74:6      Q:  And so if, applying that analogy here,
74:7      likewise, even if you're right and that Vioxx can
74:8      cause an increased risk and was a factor or may be a
74:9      factor, you can't state with reasonable medical
74:10     probability as you sit here today that it was the
74:11     probable cause or a probable contributing factor as to
74:12     Mr. Mason's heart attack?

| 20 | 74:16 -74:18 | Zebrack, James 2006-08-30 | 00:00:08 | Z25.20 |
|---|---|---|---|---|

74:16     A:  I can't say that it caused the heart attack,
74:17     but I can say that it's a contributing factor if
74:18     scientific studies show that there's an association.

| 21 | 74:25 -75:4 | Zebrack, James 2006-08-30 | 00:00:13 | Z25.21 |
|---|---|---|---|---|

74:25     Q:  (By Mr. Krumholz)   You can't state with
75:1      reasonable medical probability that this contributing
75:2      factor, as you've called it, that is, Vioxx, played
75:3      any role, actual role, in connection with Mr. Mason's
75:4      heart attack, true?

| 22 | 75:7 -75:9 | Zebrack, James 2006-08-30 | 00:00:09 | Z25.22 |
|---|---|---|---|---|

75:7      A:  It certainly can play a role, but I can't say
75:8      how much or what the probability of that is in this
75:9      particular case.

| 23 | 75:18 -75:25 | Zebrack, James 2006-08-30 | 00:00:20 | Z25.23 |
|---|---|---|---|---|

75:18     Q:  I hope we are, because I want to make sure we
75:19     are all intellectually above the table here.
75:20     Hypothetically, you believe that Vioxx somehow
75:21     increases the risk of cardiovascular events?
75:22     A:  Correct.
75:23     Q:  You don't believe that that happens with
75:24     respect to each and every patient who takes Vioxx,
75:25     true?

| 24 | 76:1 -76:6 | Zebrack, James 2006-08-30 | 00:00:12 | Z25.24 |
|---|---|---|---|---|

|  |  |  |  |  |
|---|---|---|---|---|

76:1  A: I believe it increases everyone's risk.
76:2  Q: No, but you don't believe that it actually
76:3  causes cardiovascular events with respect to each and
76:4  every patient who takes Vioxx, true?
76:5  A: It doesn't cause a heart attack in everyone,
76:6  but it just increases their risk.

---

25   **76:7 -76:14**   Zebrack, James 2006-08-30         00:00:31                                Z25.25

76:7  Q: Okay. I'll object as nonresponsive.
76:8  What I'm asking is that you're not suggesting
76:9  -- let me ask it this way. You would agree that just
76:10  because Vioxx in your mind may be a contributing
76:11  factor, like other risk factors, that doesn't
76:12  necessarily mean that particular factor was the
76:13  probable cause or contributing cause of Mr. Mason's
76:14  heart attack, true?

---

26   **76:16 -76:24**   Zebrack, James 2006-08-30         00:00:28                                Z25.26

76:16  A: I can't say that it's the probable cause in
76:17  the sense that it's only one factor in many and you
76:18  can't single out a cause when there are multiple
76:19  causes. So in that sense, when you say probable --
76:20  that implies the major cause.
76:21  Q: (By Mr. Krumholz)  And the truth is you can't
76:22  even testify, based upon reasonable medical
76:23  probability, that here it actually played a role in
76:24  Mr. Mason's heart attack, true?

---

27   **77:2 -77:25**   Zebrack, James 2006-08-30         00:01:02                                Z25.27

77:2  Q: (By Mr. Krumholz)  That is, that --
77:3  A: In this particular case, I can't say for sure
77:4  whether it was involved or not. It's just one of the
77:5  potential factors.
77:6  Q: For example, you indicated that you believe
77:7  that there was a clot in this case?
77:8  A: Yes.
77:9  Q: Okay. You don't know whether or not Vioxx
77:10  caused that clot or not?
77:11  A: If Vioxx increases the risk of a heart
77:12  attack, heart attacks are caused by clots, then Vioxx
77:13  then predisposes to cholesterol rupture and clots.
77:14  Q: Let me ask you a different question. You
77:15  believe that his angina, Mr. Mason's angina, started a
77:16  week or so before he presented on July 25th?
77:17  A: Yes.
77:18  Q: And do you believe that there was a rupture
77:19  at that point when --

**Zebrack Merck Exam**

| | | | | |
|---|---|---|---|---|
| | 77:20 | A: Yes. | | |
| | 77:21 | Q: So there was likely a rupture a week or so | | |
| | 77:22 | before his heart attack? | | |
| | 77:23 | A: Correct. | | |
| | 77:24 | Q: And that would cause what to happen in terms | | |
| | 77:25 | of clot formation? | | |

| 28 | 78:1 -78:7 | Zebrack, James 2006-08-30 | 00:00:15 | Z25.28 |
|---|---|---|---|---|
| | 78:1 | A: It would cause some instability in the | | |
| | 78:2 | cholesterol plaque that's in the artery, causing it to | | |
| | 78:3 | lift up and create a more severe blockage than was | | |
| | 78:4 | there before. | | |
| | 78:5 | Q: But he didn't have an actual event until July | | |
| | 78:6 | 25th; is that right? | | |
| | 78:7 | A: Not that we know of. | | |

| 29 | 78:8 -78:11 | Zebrack, James 2006-08-30 | 00:00:15 | Z25.29 |
|---|---|---|---|---|
| | 78:8 | Q: Now, as I understood your testimony, you | | |
| | 78:9 | never really -- did you actually treat Mr. Mason? | | |
| | 78:10 | A: I saw him on Saturday and Sunday when he was | | |
| | 78:11 | in the hospital. He was admitted on Friday. | | |

| 30 | 78:12 -78:24 | Zebrack, James 2006-08-30 | 00:00:27 | Z25.30 |
|---|---|---|---|---|
| | 78:12 | Q: Did you actually do anything for Mr. Mason in | | |
| | 78:13 | terms of intervention? | | |
| | 78:14 | A: No. | | |
| | 78:15 | Q: Did you do anything in terms of prescribing | | |
| | 78:16 | medications for him? | | |
| | 78:17 | A: Yes. | | |
| | 78:18 | Q: Anything else? | | |
| | 78:19 | A: Counseling. | | |
| | 78:20 | Q: Did you actually perform a history and | | |
| | 78:21 | physical on him? | | |
| | 78:22 | A: I did not perform the original history and | | |
| | 78:23 | physical. I talked to him about his risk factors and | | |
| | 78:24 | lifestyle and such before he went home. | | |

| 31 | 78:25 -79:2 | Zebrack, James 2006-08-30 | 00:00:03 | Z25.31 |
|---|---|---|---|---|
| | 78:25 | Q: And did you perform any sort of physical on | | |
| | 79:1 | Mr. Mason? | | |
| | 79:2 | A: Yes. | | |

| 32 | 79:15 -81:18 | Zebrack, James 2006-08-30 | 00:02:00 | Z25.32 |
|---|---|---|---|---|
| | 79:15 | Q: Can you also -- you obviously can do cardiac | | |
| | 79:16 | catherization? | | |
| | 79:17 | A: Yes. | | |
| | 79:18 | Q: And that will show you at least what the | | |
| | 79:19 | arteries look like in connection with Mr. Mason, | | |
| | 79:20 | right? | | |

79:21   A:  Right.

79:22   Q:  And also will it show you the ejection

79:23   fraction?

79:24   A:  A left ventriculogram will, which is

79:25   generally performed with an angiogram.

80:1    Q:  And that actually was performed on Mr. Mason

80:2    by Dr. Ganellen, true?

80:3    A:  I believe it was.

80:4    Q:  And what would you hope -- what would you

80:5    look for in terms of an ejection fraction calculation

80:6    for Mr. Mason?

80:7    A:  Normal range would be 55 to 70 percent.

80:8    Q:  And what was Mr. Mason's ejection fraction?

80:9    A:  60 percent.

80:10   Q:  And so he had a normal left ventricular

80:11   ejection fraction at that time?

80:12   A:  Yes.

80:13   Q:  Would that have been after his procedure?

80:14   A:  That was during the angiogram procedure.

80:15   Q:  Would that be a good sign for Mr. Mason?

80:16   A:  Yes.

80:17   Q:  Why?

80:18   A:  It indicates that he did not have a large

80:19   heart attack and his overall heart function was

80:20   preserved, and he has a better prognosis in the future

80:21   and a lower risk of developing heart failure.

80:22   Q:  Do some patients who have had an acute event

80:23   or, if not an acute effect, some sort of myocardial

80:24   infarction have an ejection fraction in the 30 to 45

80:25   range?

81:1    A:  Yes.

81:2    Q:  And that would be much more significant and

81:3    severe?

81:4    A:  There would be more heart damage, yes.

81:5    Q:  And the prognosis for patients like that

81:6    would be much more negative than in someone like

81:7    Mr. Mason?

81:8    A:  The risk of dying or developing heart failure

81:9    would be higher, yes.

81:10   Q:  But for people like Mr. Mason, it was a very

81:11   good sign that he had an ejection fraction of 60

81:12   percent?

81:13   A:  Yes.

81:14   Q:  Actually, overall function of the heart, that

81:15   means it was normal, true?

81:16   A:  True.

|  |  | 81:17 | Q: And that is a very good sign for Mr. Mason? |  |
|  |  | 81:18 | A: Yes. |  |

| 33 | 81:23 -83:19 | Zebrack, James 2006-08-30 | 00:01:52 | Z25.33 |
|---|---|---|---|---|

Link > ZEB10.1

81:23   Q:   (By Mr. Krumholz)   Let me hand you what has
81:24   been marked as Deposition Exhibit 10. Have you seen
81:25   that record before?
82:1    A: Yes.
82:2    Q: And that is a repeat catherization that was
82:3    performed on Mr. Mason by Dr. Gary Symkoviak; is that
82:4    right?

Link > ZEB10.1.1

82:5    A: Yes.
82:6    Q: And of import in connection with this cardiac
82:7    catherization, is that -- the successful procedure
82:8    that was performed on Mr. Mason on July 25th is
82:9    confirmed by this report, true?
82:10   A: Correct.

Link > Hide

82:11   Q: In other words, the left anterior descending
82:12   artery of Mr. Mason that was 90-percent blocked is
82:13   still wide open?
82:14   A: Yes.
82:15   Q: And the blood is free flowing to the heart,
82:16   true?
82:17   A: True.
82:18   Q: And that's a very good sign for Mr. Mason?
82:19   A: Yes.
82:20   Q: And likewise, the diagonal off the left
82:21   anterior descending artery is likewise wide open for
82:22   purposes of blood reaching the heart?
82:23   A: Yes.
82:24   Q: And that was a very good sign for Mr. Mason?
82:25   A: Yes.
83:1    Q: So as of August 13 of 2003 -- which is the
83:2    date of this cardiac catherization, true?
83:3    A: Yes.
83:4    Q: -- we can say that the good result obtained
83:5    by your partner, Dr. Ganellen, was still a good result
83:6    and was still working for Mr. Mason?
83:7    A: Yes.
83:8    Q: And that is exactly what you would hope for
83:9    for a patient like Mr. Mason, true?
83:10   A: Yes.

Link > ZEB10.1.3

83:11   Q: And the summary indicates that there are no
83:12   major stenotic lesions seen. Do you see that?
83:13   A: Yes.
83:14   Q: And that's a good sign for Mr. Mason?

**Zebrack Merck Exam**

|  |  |  |  |  |
|---|---|---|---|---|
| | | 83:15 | A: Yes. | |
| Link > ZEB10.1.5 | | 83:16 | Q: And it says, 'A patent stent in the diagonal | |
| | | 83:17 | vessel,' and that means the stent is still in place, | |
| | | 83:18 | correct? | |
| Link > Hide | | 83:19 | A: The stent is wide open, yes. | |

---

| 34 | 84:4 -85:12 | Zebrack, James 2006-08-30 | 00:01:32 | Z25.34 |
|---|---|---|---|---|

84:4    Q:    (By Mr. Krumholz)   What is hypokineses?
84:5    A: It's a weakness of the heart muscle.
84:6    Q: Is it lack of wall -- indicated by lack of
84:7    wall motion from time to time?
84:8    A: Lack of wall thickening.
84:9    Q: And on a cardiac catherization, can you
84:10   actually see whether there's any hypokineses from time
84:11   to time?
84:12   A: Yes.
84:13   Q: And I assume there is mild hypokinesis on one
84:14   end?
84:15   A: Uh-huh (affirmative).
84:16   Q: Is that right?
84:17   A: Yes.
84:18   Q: And on the other end there may be severe
84:19   hypokineses, correct?
84:20   A: Correct.
84:21   Q: And, obviously, it's much better to have mild
84:22   hypokinesis, right?
84:23   A: It's better than moderate or severe.
84:24   Q: And why is that?
84:25   A: It indicates less damage or dysfunction of
85:1    the heart muscle.
85:2    Q: Does it -- is it an indication that, to the
85:3    extent there was a myocardial infarction or heart
85:4    attack, that it was a relatively mild one?
85:5    A: If the hypokinesis is from a heart attack, it
85:6    indicates that it's not through and through the wall
85:7    and generally that's a less severe, mild -- it could
85:8    be mild or moderate, but it's not as severe.
85:9    Q: So it's a good thing if a heart attack does
85:10   cause some damage, that there would be mild
85:11   hypokinesis present as to opposed to moderate or
85:12   severe?

---

| 35 | 85:14 -87:6 | Zebrack, James 2006-08-30 | 00:02:09 | Z25.35 |
|---|---|---|---|---|

85:14   A: Well, a heart attack, if it's small enough,
85:15   may not have any visible damage at all. So mild would
85:16   be worse than that, but better than moderate or
85:17   severe.

---

| | | |
|---|---|---|
| Link > ZEB10.1 | 85:18 | Q:   (By Mr. Krumholz)  Okay. And if you look at |
| | 85:19 | Exhibit 10 again -- which was the cardiac |
| | 85:20 | catherization performed by Dr. Symkoviak? |
| | 85:21 | A:  Yes. |
| Link > ZEB10.1.2 | 85:22 | Q:  It says, 'There was a very small anterior |
| | 85:23 | hypokinetic segment, but the overall ejection fraction |
| | 85:24 | was normal at 69 percent.' Do you see that? |
| | 85:25 | A:  Yes. |
| | 86:1 | Q:  How do you interpret that in terms of |
| | 86:2 | significance to Mr. Mason? |
| | 86:3 | A:  This patient has had a small heart attack in |
| | 86:4 | that part of the heart and that part of the heart is |
| | 86:5 | damaged and it's a little weak but it's not bad. |
| Link > ZEB10.1.4 | 86:6 | Q:  Okay. And why is it important to say 'but |
| | 86:7 | the overall ejection fraction was normal at 69 |
| Link > Hide | 86:8 | percent'? |
| | 86:9 | A:  Well, someone can have actually a moderate- |
| | 86:10 | sized heart attack with significant decreased function |
| | 86:11 | and still have a preserved ejection fraction, which |
| | 86:12 | means that the overall efficiency of the heart and how |
| | 86:13 | much blood is sent out with each beat remains normal. |
| | 86:14 | In this -- in this -- in that case, when it |
| | 86:15 | says the overall ejection fraction is preserved, |
| | 86:16 | that's more important than it being weak in that the |
| | 86:17 | efficiency of the heart is good and the heart attack |
| | 86:18 | damage is smaller. |
| | 86:19 | Q:  Okay. So this indicates that he had a very |
| | 86:20 | small damage to his heart and that his overall |
| | 86:21 | function, left ventricular function, remained normal, |
| | 86:22 | true? |
| | 86:23 | A:  Yes. |
| | 86:24 | Q:  And that was a very good sign for Mr. Mason? |
| | 86:25 | A:  A very good sign would be completely normal |
| | 87:1 | without wall motion abnormalities, but it's a good |
| | 87:2 | sign. |
| | 87:3 | Q:  What would you tell a patient who had those |
| | 87:4 | findings in terms of the severity of their heart |
| | 87:5 | attack? |
| | 87:6 | A:  That they had had a small heart attack. |

| | | | | |
|---|---|---|---|---|
| 36 | 87:8 -97:4 | Zebrack, James 2006-08-30 | 00:09:56 | Z25.36 |
| | 87:8 | Q:   (By Mr. Krumholz)  I'm going to hand you what | | |
| | 87:9 | has been marked as Exhibit No. 11. Have you seen that | | |
| | 87:10 | document before? | | |
| | 87:11 | A:  Yes. | | |
| | 87:12 | Q:  Is a perfusion study or a Cardiolite nuclear | | |

87:13 perfusion study an important tool to cardiologists?

87:14 A: Yes.

87:15 Q: Why?

87:16 A: It gives prognosis as to the risk for future

87:17 death and heart attack.

87:18 Q: What would you look for to determine

87:19 whether -- how a patient is doing and what their

87:20 prognosis is generally, without particular -- without

87:21 referencing necessarily Exhibit 11, what would you

87:22 look for?

87:23 A: How far they can exercise on the treadmill,

87:24 what their ejection fraction is and whether there's

87:25 any evidence of ischemia or infarction on the

88:1 perfusion from the scan.

Link > ZEB11.1    88:2 Q: And Exhibit No. 11 is a perfusion study that

Link > ZEB11.1.1    88:3 was performed by Dr. Keep. Do you see that?

88:4 A: Yes.

88:5 Q: Do you know Dr. Keep?

88:6 A: Yes.

88:7 Q: Is he a well-respect cardiologist?

88:8 A: I don't know him well, but, yes.

88:9 Q: Okay. Do you think he is reliable in terms

88:10 of how he performs testing?

88:11 A: Yes.

Link > ZEB11.1.4    88:12 Q: And this perfusion study was performed on

88:13 Mr. Mason on October 22 of 2003, approximately three

88:14 months post his hospitalization where he saw you,

88:15 true?

88:16 A: Yes.

Link > ZEB11.1    88:17 Q: And if you go through this, you mentioned

88:18 that his ability to perform on a stress test, that was

88:19 one of the factors that you would want to look at,

88:20 right?

88:21 A: Right.

Link > ZEB11.1.5    88:22 Q: It indicates at peak exercise -- well, I

88:23 apologize. I was reading the wrong line. First of

88:24 all, it says the EKG was within normal limits. Do you

88:25 see that?

89:1 A: Yes.

89:2 Q: Is that a good sign?

89:3 A: Yes.

89:4 Q: Why?

89:5 A: Well, if you have blocked arteries, it will

89:6 create EKG changes and -- which is what we're looking

89:7 for on the stress test that would indicate a need for

89:8 additional procedures.

|  |  |  |
|---|---|---|
| | 89:9 | Q: So there was no sign that there was any sort |
| | 89:10 | of blocked arteries as of October of 2003? |
| | 89:11 | A: Correct. |
| | 89:12 | Q: And that was a good sign for Mr. Mason? |
| Link > ZEB11.1.2 | 89:13 | A: Yes. |
| | 89:14 | Q: And then it says -- and I think this is where |
| Link > ZEB11.1.6 | 89:15 | the exercise test that you mentioned comes into play. |
| | 89:16 | It says, 'The patient exercised 11 minutes and zero |
| | 89:17 | seconds on a Bruce protocol.' Do you see that? |
| | 89:18 | A: Yes. |
| | 89:19 | Q: It says, 'The normal exercise time for this |
| | 89:20 | age is eight minutes and 20 seconds.' Did I read that |
| | 89:21 | accurately? |
| | 89:22 | A: Yes. |
| | 89:23 | Q: Then it indicates that he actually performed |
| | 89:24 | 30 percent better than what you would expect for a man |
| | 89:25 | of his age, right? |
| | 90:1 | A: Yes. |
| | 90:2 | Q: That's what the negative 30-percent |
| | 90:3 | functional aerobic impairment means? |
| | 90:4 | A: Yes. |
| | 90:5 | Q: That means that's a good sign for Mr. Mason. |
| | 90:6 | That means that he actually performed 30 percent |
| | 90:7 | better than expected on the stress test? |
| | 90:8 | A: Yes. |
| Link > ZEB11.1.2 | 90:9 | Q: And so in terms of functional workload, |
| | 90:10 | Mr. Mason's prognosis was good, just as to that one |
| | 90:11 | factor? |
| | 90:12 | A: Yes. |
| | 90:13 | Q: Then if we go to the next item in the report |
| Link > ZEB11.1.14 | 90:14 | it says, 'The test was stopped because of fatigue.' |
| | 90:15 | Do you see that? |
| | 90:16 | A: Yes. |
| | 90:17 | Q: And that's normal. That's how all of the |
| | 90:18 | tests are stopped, right? |
| | 90:19 | A: Correct. |
| | 90:20 | Q: You go until the person is too fatigued to go |
| | 90:21 | on, true? |
| Link > Hide | 90:22 | A: Yes. |
| | 90:23 | Q: Do you use nuclear perfusion stress tests? |
| | 90:24 | A: Yes. |
| | 90:25 | Q: Are they more reliable than stress tests that |
| | 91:1 | are not Cardiolite or nuclear perfusion testing? |
| | 91:2 | A: The sensitivity is -- of a nuclear test is |
| | 91:3 | better than that of a stress echo. |
| | 91:4 | Q: When you say the sensitivity is better, is it |

**Zebrack Merck Exam**

91:5   more likely that there would be a false negative in
91:6   connection with a regular Bruce protocol stress test
91:7   as opposed to a nuclear perfusion stress test?
91:8   A: Yes.
91:9   Q: What is a false negative?
91:10  A: A false negative means that the test was
91:11  negative, but in reality they had disease and the test
91:12  missed it.
91:13  Q: And that occurs from time to time in
91:14  connection with stress testing?
91:15  A: Yes.
91:16  Q: That is not Bruce protocol testing -- I mean,
91:17  that's not nuclear perfusion testing?
91:18  A: It happens with nuclear testing as well, it's
91:19  just less likely.
91:20  Q: That's what I meant to say. I didn't mean to
91:21  suggest that it never happened with this one. But
91:22  it's just more accurate and reliable, this kind of
91:23  test?
91:24  A: It is.
91:25  Q: The one represented by Exhibit No. 11?
92:1   A: Right.

Link > ZEB11.1.7
92:2   Q: Okay. Anyway, the EKG had no ST changes to
92:3   suggest ischemia, and I think we've talked about that,
92:4   right?
92:5   A: Right.
92:6   Q: That just meant that there was no indication
92:7   of any sign of ischemia or blockage that would concern
92:8   you in terms of ability of blood flow to flow to the
92:9   heart?
92:10  A: Yes.

Link > ZEB11.1.8
92:11  Q: And then it says, 'The blood pressure
92:12  response during exercise was normal.' Is that
92:13  important?
92:14  A: Yes.
92:15  Q: Is that a good sign for Mr. Mason?
92:16  A: Yes.
92:17  Q: Was it also a good sign that he had no ST
92:18  changes that suggested any narrowing of the
92:19  arteries --
92:20  A: Yes.
92:21  Q: -- or ischemia? Is the answer yes?
92:22  A: Yes.

Link > ZEB11.1.9
92:23  Q: Then it says, 'The rhythm during exercise was
92:24  normal.' Do you see that?
92:25  A: Yes.

| | | |
|---|---|---|
| | 93:1 | Q: What does that mean? |
| | 93:2 | A: He was in normal sinus rhythm. |
| | 93:3 | Q: And why is that important? |
| | 93:4 | A: Certain rhythm problems can develop during |
| | 93:5 | exercise which could cause symptoms or indicate |
| | 93:6 | blocked arteries. |
| Link > ZEB11.1.10 | 93:7 | Q: Then it says, 'The patient had no chest pain |
| | 93:8 | during the exercise.' Do you see that? |
| | 93:9 | A: Yes. |
| | 93:10 | Q: And that was a very good sign? |
| | 93:11 | A: Yes. |
| | 93:12 | Q: Because that means that he's not suffering |
| | 93:13 | from any sort of angina that you would be concerned |
| | 93:14 | about? |
| | 93:15 | A: Correct. |
| | 93:16 | Q: And, of course, angina happens when plaque |
| | 93:17 | starts to build up in the arteries or in the artery |
| | 93:18 | walls and there's restricted blood flow, true? |
| | 93:19 | A: True. |
| | 93:20 | Q: And as a result, it may cause chest pain from |
| | 93:21 | time to time? |
| | 93:22 | A: Yes. |
| | 93:23 | Q: But there was no indication that Mr. Mason |
| | 93:24 | was exhibiting any sort of chest pain relating to his |
| | 93:25 | heart, true? |
| | 94:1 | A: True. |
| | 94:2 | Q: And then it says in the interpretation, |
| Link > ZEB11.1.3 | 94:3 | 'Stress and rest tomographic images in multiple |
| | 94:4 | orthogonal planes demonstrate no significant perfusion |
| Link > ZEB11.1.11 | 94:5 | deficits.' What does that mean, perfusion deficits, |
| | 94:6 | no perfusion deficits? |
| | 94:7 | A: The Cardiolite is a radioactive substance |
| | 94:8 | that we inject in the blood and it gives us an |
| | 94:9 | indication where blood is going, and perfusion is |
| | 94:10 | another term for blood flow to the heart, and a |
| | 94:11 | deficit would indicate a lack of blood flow. So in |
| | 94:12 | this case there was normal blood flow to the heart. |
| | 94:13 | Q: And that's significant in terms of |
| | 94:14 | determining prognosis as well, right? |
| | 94:15 | A: Yes. |
| Link > ZEB11.1.12 | 94:16 | Q: And then it indicates his ejection fraction |
| | 94:17 | is 55 percent, and that's normal on a nuclear |
| | 94:18 | perfusion test, true? |
| | 94:19 | A: Yes. |
| | 94:20 | Q: So that, again, was a very good sign for |
| | 94:21 | Mr. Mason? |

|  |  |  |
|---|---|---|
| | 94:22 | A: Yes. |
| | 94:23 | Q: And that's one of the things you specifically |
| | 94:24 | indicated you would look for in terms of determining |
| | 94:25 | his prognosis? |
| | 95:1 | A: Yes. |
| Link > ZEB11.1.13 | 95:2 | Q: And then it says 'normal' in the summary. It |
| | 95:3 | says, 'Normal stress myocardial perfusion study.' |
| | 95:4 | That means this test was completely normal, right? |
| | 95:5 | A: Yes. |
| Link > Hide | 95:6 | Q: It says, 'Normal global and regional LV |
| | 95:7 | function.' So what does this indicate to you as a |
| | 95:8 | cardiologist as to Mr. Mason's condition as of October |
| | 95:9 | 22 of 2003? |
| | 95:10 | A: His stress test was normal. |
| | 95:11 | Q: It was an excellent result for Mr. Mason, |
| | 95:12 | true? |
| | 95:13 | A: It's a normal result. It's a good result. |
| | 95:14 | Q: Okay. And in terms of his functional |
| | 95:15 | workload, that was better than normal, right? |
| | 95:16 | A: Yes. |
| | 95:17 | Q: And his ejection fraction was normal, right? |
| | 95:18 | A: Yes. |
| | 95:19 | Q: And his ischemia that you identified as a |
| | 95:20 | factor, he didn't have any ischemia or restrictive |
| | 95:21 | blood flow according to this testing? |
| | 95:22 | A: He did not. |
| | 95:23 | Q: And there wasn't any sign of any possible or |
| | 95:24 | actual infarct, right? |
| | 95:25 | A: No. |
| | 96:1 | Q: That is correct? |
| | 96:2 | A: That is correct. There's no evidence of |
| | 96:3 | that. |
| | 96:4 | Q: And as a result, how would you -- what would |
| | 96:5 | you tell a patient about his prognosis given this |
| | 96:6 | nuclear perfusion testing? |
| | 96:7 | A: His risk of a heart attack in the next year |
| | 96:8 | is less than or equal to one percent. |
| | 96:9 | Q: Based upon this testing, would you have |
| | 96:10 | restricted Mr. Mason in terms of his activities in any |
| | 96:11 | way? |
| | 96:12 | A: No. |
| | 96:13 | Q: Could he golf? |
| | 96:14 | A: Yes. |
| | 96:15 | Q: Could he hunt? |
| | 96:16 | A: That would have no limits on activities |
| | 96:17 | specifically, although in someone who has had a |

| | | | |
|---|---|---|---|
| 96:18 | previous heart attack, I would caution him to |
| 96:19 | overexert himself with real strenuous activities. And |
| 96:20 | although hunting is generally not strenuous, if he |
| 96:21 | lifted heavy objects up a mountain at a high |
| 96:22 | elevation, that could be considered excessive. Same |
| 96:23 | thing with doing marathons or other strenuous |
| 96:24 | activities that he wasn't properly conditioned for. |
| 96:25 | Q:  In other words, he can do anything as long as |
| 97:1 | he conditions himself for it, gets in better shape and |
| 97:2 | becomes more -- I'm losing appropriate words, but is |
| 97:3 | able -- as long as he builds up to it, he can do just |
| 97:4 | about anything; is that fair? |

---

| 37 | 97:6 -98:5 | Zebrack, James 2006-08-30 | 00:00:56 | Z25.37 |

| | |
|---|---|
| 97:6 | A:  He can do just about anything. I may caution |
| 97:7 | him against real strenuous activities even if he is |
| 97:8 | conditioned, but he can do just about anything. |
| 97:9 | Q:  (By Mr. Krumholz)  Do you see any evidence of |
| 97:10 | what you've seen so far that Mr. Mason could not hike? |
| 97:11 | A:  I don't see any evidence of that. |
| 97:12 | Q:  Or fish? |
| 97:13 | A:  No. |
| 97:14 | Q:  Or golf? |
| 97:15 | A:  No. |
| 97:16 | Q:  Or play with his grandkids? |
| 97:17 | A:  No. |
| 97:18 | Q:  Or participate in sexual activity? |
| 97:19 | A:  No. |
| 97:20 | Q:  Or have sexual relations? |
| 97:21 | A:  You know, again, this is a stress test of his |
| 97:22 | heart and those -- that would require, you know, a |
| 97:23 | clinic visit to discuss his symptoms and everything |
| 97:24 | else that's going on. The stress test would not |
| 97:25 | indicate any limitations there. |
| 98:1 | Q:  You wouldn't place him on any limitations |
| 98:2 | based upon the records you've seen so far? |
| 98:3 | A:  No. |
| 98:4 | Q:  Correct? |
| 98:5 | A:  Correct. |

---

| 38 | 98:16 -98:19 | Zebrack, James 2006-08-30 | 00:00:14 | Z25.38 |

| | |
|---|---|
| 98:16 | Q:  Do you believe that it's likely given |
| 98:17 | Mr. Mason's 90-percent occlusion on July 25th of 2003 |
| 98:18 | that he likely had underlying atherosclerosis over a |
| 98:19 | year earlier? |

---

| 39 | 98:21 -98:21 | Zebrack, James 2006-08-30 | 00:00:02 | Z25.39 |

|  | | 98:21 | A:  Yes. | | |
|---|---|---|---|---|---|

| 40 | **99:7 -99:16** | Zebrack, James 2006-08-30 | 00:00:26 | Z25.40 |
|---|---|---|---|---|

| | | 99:7 | Q:    (By Mr. Krumholz)  If you had seen Mr. Mason |
| | | 99:8 | the month before his heart attack in June of 2003 and |
| | | 99:9 | had done a cardiac catherization on him and you |
| | | 99:10 | realized that he had a 90-percent blockage in his LAD |
| | | 99:11 | and a 70-percent blockage in his first diagonal, would |
| | | 99:12 | you have wanted to place a stent and perform an |
| | | 99:13 | angioplasty -- |
| | | 99:14 | A:  Yes. |
| | | 99:15 | Q:  -- on those vessels? |
| | | 99:16 | A:  Yes. |

| 41 | **99:17 -99:18** | Zebrack, James 2006-08-30 | 00:00:04 | Z25.41 |
|---|---|---|---|---|

| | | 99:17 | Q:  It's not unusual for patients with multiple |
| | | 99:18 | risk factors to have heart attacks; is that true? |

| 42 | **99:20 -100:3** | Zebrack, James 2006-08-30 | 00:00:21 | Z25.42 |
|---|---|---|---|---|

| | | 99:20 | A:  No. |
| | | 99:21 | Q:    (By Mr. Krumholz)  It is true? |
| | | 99:22 | A:  It is true. |
| | | 99:23 | Q:  And, in fact, you see that in your practice |
| | | 99:24 | every day or every week, true? |
| | | 99:25 | A:  True. |
| | | 100:1 | Q:  And, in fact, people can have no signs or |
| | | 100:2 | symptoms and have a heart attack, true? |
| | | 100:3 | A:  True. |

| 43 | **101:4 -101:13** | Zebrack, James 2006-08-30 | 00:00:19 | Z25.43 |
|---|---|---|---|---|

| | | 101:4 | Q:  Well, it's not surprising when someone is |
| | | 101:5 | obese and has a heart attack? |
| | | 101:6 | A:  It's not surprising. |
| | | 101:7 | Q:  It's not surprising when someone has a family |
| | | 101:8 | history of atherosclerosis and heart attacks to have a |
| | | 101:9 | heart attack, true? |
| | | 101:10 | A:  It's not surprising. |
| | | 101:11 | Q:  That's why they are considered risk factors, |
| | | 101:12 | correct? |
| | | 101:13 | A:  Correct. |

| 44 | **107:18 -107:23** | Zebrack, James 2006-08-30 | 00:00:10 | Z25.44 |
|---|---|---|---|---|

| | | 107:18 | Q:  And you believe that Mr. Mason had a non-Q |
| | | 107:19 | wave myocardial infarction? |
| | | 107:20 | A:  Yes. |
| | | 107:21 | Q:  It was not a transmural myocardial |
| | | 107:22 | infarction, true? |
| | | 107:23 | A:  Correct. |

45      108:5 - 109:25      Zebrack, James 2006-08-30          00:01:23          Z25.45

108:5     appreciate that. He did not have a Q wave MI?
108:6     A: He did not.
108:7     Q: And he didn't have a transmural MI?
108:8     A: No.
108:9     Q: And that was a good thing for Mr. Mason that
108:10    he didn't have either one of the those?
108:11    A: Yes.
108:12    Q: Why?
108:13    A: He had less heart damage.
108:14    Q: And the extent of his coronary artery disease
108:15    was undiagnosed until his cardiac cath was done on
108:16    July 25th, true?
108:17    A: True.
108:18    Q: If Mr. Mason did not have an MI but you knew
108:19    the extent of his coronary artery disease in June of
108:20    2003, you would have recommended a stent and
108:21    angioplasty, true?
108:22    A: True.
108:23    Q: And as a result of coming into the hospital
108:24    and having a cardiac cath, he was able to get that
108:25    stent and angioplasty that he very much needed, true?
109:1     A: True.
109:2     Q: And that was a very successful procedure,
109:3     that is, the cardiac cath performed on July 25th?
109:4     A: It was.
109:5     Q: It opened up his left anterior descending
109:6     artery, true?
109:7     A: True.
109:8     Q: Completely?
109:9     A: True.
109:10    Q: And it opened up his first diagonal as well?
109:11    A: True.
109:12    Q: To the point where there was full blood flow
109:13    to the heart?
109:14    A: True.
109:15    Q: And those were all good things for Mr. Mason?
109:16    A: Yes.
109:17    Q: And the perfusion testing -- and there was a
109:18    follow-up cardiac cath performed after that, some two
109:19    weeks after, true?
109:20    A: True.
109:21    Q: Which confirmed those good results?
109:22    A: Yes.
109:23    Q: And those were -- those were very good things
109:24    for Mr. Mason?

**Zebrack Merck Exam**

|   |   | 109:25 | A: Yes. |   |
|---|---|---|---|---|
| 46 | 110:2 -110:17 | Zebrack, James 2006-08-30 | 00:00:31 | Z25.46 |

110:2        He had a nuclear           (Edited)
110:3        perfusion test, true?
110:4        A: Yes.
110:5        Q: And it was a normal nuclear perfusion test?
110:6        A: Yes.
110:7        Q: Every single factor that you would want to
110:8        look to to determine whether or not he had a good
110:9        prognosis, he indicated that he did, in fact, have a
110:10       good prognosis, true?
110:11       A: True.
110:12       Q: And that was a very good thing for Mr. Mason?
110:13       A: Yes.
110:14       Q: And as a result, you would not place any
110:15       significant restrictions on what Mr. Mason can or
110:16       can't do as a result of his heart attack, true?
110:17       A: True.

| 47 | 111:1 -112:4 | Zebrack, James 2006-08-30 | 00:01:00 | Z25.47 |
|---|---|---|---|---|

111:1        over. Just a couple of quick questions by way of
111:2        follow-up. You've heard the phrase serious as a heart
111:3        attack?
111:4        A: Yes.
111:5        Q: A heart attack to the patient is serious,
111:6        right?
111:7        A: Yes.
111:8        Q: Okay. And if a patient has a heart attack,
111:9        that's a significant medical condition to that
111:10       patient, correct?
111:11       A: Yes.
111:12       Q: Okay. And we looked at Deposition Exhibit
111:13       No. 10. I believe you have it right there, correct?
111:14       A: Yes.
111:15       Q: All right. And this was the catherization
111:16       from Cottonwood Hospital, correct?
111:17       A: Correct.
111:18       Q: And it's dated August 13th, 2003. It was a
111:19       couple of months after Dr. Ganellen's cath?
111:20       A: Yes.
111:21       Q: And if we look at -- right before the summary
111:22       section, you were asked earlier about the fact that
111:23       there was a very small anterior hypokinetic segment.
111:24       Do you see that?
111:25       A: Yes.
112:1        Q: All right. Now, that anterior hypokinetic

**Zebrack Merck Exam**

|  |  |  |  |  |
|---|---|---|---|---|
| | | 112:2 | segment in Mr. Mason's heart, that is an abnormal | |
| | | 112:3 | finding, correct? | |
| | | 112:4 | A: Yes. | |

---

| 48 | 112:20-113:5 | Zebrack, James 2006-08-30 | 00:00:20 | Z25.48 |
|---|---|---|---|---|
| | | 112:20 | Q: Okay. When you look at that anterior | |
| | | 112:21 | hypokinetic segment, what that tells you is that | |
| | | 112:22 | there's evidence of a scar from the heart attack, | |
| | | 112:23 | right? | |
| | | 112:24 | A: Yes. | |
| | | 112:25 | Q: All right. It also tells you that there's | |
| | | 113:1 | evidence of heart muscle damage, correct? | |
| | | 113:2 | A: Correct. | |
| | | 113:3 | Q: It also tells you that there's evidence of | |
| | | 113:4 | dead heart tissue, correct? | |
| | | 113:5 | A: Yes. | |

---

| 49 | 130:1-130:5 | Zebrack, James 2006-08-30 | 00:00:14 | Z25.49 |
|---|---|---|---|---|
| | | 130:1 | Q:  (By Mr. Krumholz)  Given this weight of the | |
| | | 130:2 | evidence, don't you believe now that this R wave | |
| | | 130:3 | progression delay that is indicated in April of 2005 | |
| | | 130:4 | is likely lead misplacement and not indicative of any | |
| | | 130:5 | heart damage at all? | |

---

| 50 | 130:7-130:9 | Zebrack, James 2006-08-30 | 00:00:03 | Z25.50 |
|---|---|---|---|---|
| | | 130:7 | A: Probably. | |
| | | 130:8 | Q:  (By Mr. Krumholz)  Okay. So you've changed | |
| | | 130:9 | your opinion on that? | |

---

| 51 | 130:11-130:11 | Zebrack, James 2006-08-30 | 00:00:01 | Z25.51 |
|---|---|---|---|---|
| | | 130:11 | A: Yes. | |

---

| 52 | 130:17-134:5 | Zebrack, James 2006-08-30 | 00:03:20 | Z25.52 |
|---|---|---|---|---|
| | | 130:17 | Q:  (By Mr. Krumholz)  Let me see if I read this | |
| | | 130:18 | right, Doctor. 'Possible small apical defect | |
| | | 130:19 | infarct,' is that what it says? | |
| | | 130:20 | A: Yes. | |
| | | 130:21 | Q: So it does use the word possible? | |
| | | 130:22 | A: Yes. | |
| | | 130:23 | Q: Then the second page says equivocal? | |
| | | 130:24 | A: Yes. | |
| | | 130:25 | Q: Which means, again, it's just possible? | |
| | | 131:1 | A: Correct. | |
| | | 131:2 | Q: Okay. So that's consistent. | |
| | | 131:3 | Now, have you ever heard of an attenuation | |
| | | 131:4 | defect? | |
| | | 131:5 | A: Yes. | |
| | | 131:6 | Q: What is an attenuation defect? | |
| | | 131:7 | A: It's blockage of the counts that come out of | |

**Zebrack Merck Exam**

131:8   the heart by soft tissue, for example, someone who's
131:9   overweight or particularly in women with breast
131:10  tissue.
131:11  Q:  So -- just so that laypeople understand and I
131:12  understand, I'll try to summarize it and see if I get
131:13  there. If I don't, please correct me. Okay? But
131:14  attenuation defects can occur when you do -- what kind
131:15  of study indicated this possible defect?
131:16  A:  This was a nuclear study on April 2005.
131:17  Q:  So it would be the nuclear imaging that would
131:18  have indicated this, or possibility, right?
131:19  A:  Right.
131:20  Q:  So the possible apical infarct, small apical
131:21  infarct, indicated on the report could be due to an
131:22  attenuation defect, true?
131:23  A:  It could be.
131:24  Q:  And an attenuation defect, just so that we're
131:25  all on the same page, is kind of like a false
132:1   negative -- or false positive, excuse me, true?
132:2   A:  True.
132:3   Q:  And a false positive meaning that the imaging
132:4   was not reliable enough to give you an accurate
132:5   picture of what was going on in the apex area of the
132:6   heart; is that fair?
132:7   A:  Fair.
132:8   Q:  Okay. So that is a possibility with respect
132:9   to Mr. Mason, right?
132:10  A:  It is possible.
132:11  Q:  In fact, he is obese, true?
132:12  A:  Yes.
132:13  Q:  And so it's particularly a concern in obese
132:14  people or women who may have large breasts?
132:15  A:  Yes.
132:16  Q:  Because the likelihood of an attenuation
132:17  defect can increase?
132:18  A:  Yes.
132:19  Q:  And that's sometimes called shadowing, right?
132:20  A:  Yes.
132:21  Q:  And sometimes what a doctor can do is turn
132:22  the patient and get a better image, right?
132:23  A:  Yes.
132:24  Q:  And if Dr. Keep has testified that he did
132:25  that and he's looking at the films and it's likely
133:1   shadowing and likely an attenuation defect due to the
133:2   fact that this man is large, would you have any reason
133:3   to disagree with him?

133:4    A: No.

133:5    Q: Would you defer to Dr. Keep in that regard?

133:6    A: Yes.

133:7    Q: And so if you take away this R wave

133:8    progression and this possible small apical defect, the

133:9    April 12, 2005 nuclear perfusion study would be

133:10   normal, right?

133:11   A: Yes.

133:12   Q: And, in fact, you would have substantially

133:13   the same result as you had in October of 2003, right?

133:14   A: Yes.

133:15   Q: And you would have normal functional

133:16   workload, right?

133:17   A: Yes.

133:18   Q: No signs of ischemia, right?

133:19   A: Right.

133:20   Q: No evidence of infarct, right?

133:21   A: Right.

133:22   Q: And you would not have any EKG issues at all,

133:23   right?

133:24   A: Right.

133:25   Q: And so he would have a very good prognosis as

134:1    of April 12th, 2005 if what you have concluded as to

134:2    the R wave progression is true and what Dr. Keep has

134:3    concluded as to the possible or equivocal small apical

134:4    defect or infarct is true, correct?

134:5    A: Yes. Correct.

| 53 | 134:15 -135:17 | Zebrack, James 2006-08-30 | 00:01:11 | | Z25.53 |

134:15        You                                          (Edited)

134:16   mentioned earlier that the underlying atherosclerosis

134:17   is really the issue in terms of a risk of a second

134:18   heart attack or repeat heart attack, true?

134:19   A: Yes, in a sense. It's not always the amount

134:20   of atherosclerosis, but the instability of it or

134:21   inflammation prone to rupture that leads to his risk

134:22   of a heart attack.

134:23   Q: Okay. So that we're on the same page, it's

134:24   the underlying disease process at this point, not --

134:25   A: Yes.

135:1    Q: -- Vioxx and not his heart attack that have

135:2    anything to do with another -- any additional risk of

135:3    having a heart attack?

135:4    A: Correct.

135:5    Q: And that underlying disease process to some

135:6    extent can be controlled?

| | | |
|---|---|---|
| 135:7 | A: Yes. | |
| 135:8 | Q: Through diet and exercise? | |
| 135:9 | A: Yes. | |
| 135:10 | Q: And through getting his weight down? | |
| 135:11 | A: Correct. | |
| 135:12 | Q: And through watching his cholesterol, through | |
| 135:13 | medications and diet and exercise again? | |
| 135:14 | A: Yes. | |
| 135:15 | Q: And doing what his cardiologists think he | |
| 135:16 | should do in connection with taking care of himself? | |
| 135:17 | A: Yes. | |

| 54 | **136:16 -136:22** | Zebrack, James 2006-08-30 | 00:00:24 | Z25.54 |
|---|---|---|---|---|
| | 136:16 | Q: So in a patient like Mr. Mason with a | | |
| | 136:17 | 90-percent occlusion of his left anterior descending | | |
| | 136:18 | artery and a 70-percent occlusion of his first | | |
| | 136:19 | diagonal, if he didn't come in on July 25th and get a | | |
| | 136:20 | stent and an angioplasty but he didn't have a small | | |
| | 136:21 | heart attack, would there be a significant risk of | | |
| | 136:22 | more significant problems? | | |

| 55 | **136:24 -137:15** | Zebrack, James 2006-08-30 | 00:00:34 | Z25.55 |
|---|---|---|---|---|
| | 136:24 | A: With the disease that he had, he was at risk | | |
| | 136:25 | for a heart attack and he would certainly have one at | | |
| | 137:1 | some point. | | |
| | 137:2 | Q:   (By Mr. Krumholz)  He could have had a sudden | | |
| | 137:3 | death? | | |
| | 137:4 | A: He could have. | | |
| | 137:5 | Q: Instead, he got the stent and angioplasty he | | |
| | 137:6 | needed? | | |
| | 137:7 | A: Right. | | |
| | 137:8 | Q: And his arteries are free flowing? | | |
| | 137:9 | A: Right. | | |
| | 137:10 | Q: And he is able to complete stress tests, | | |
| | 137:11 | nuclear perfusion tests and otherwise, which allow him | | |
| | 137:12 | or are indicative of someone who can participate in | | |
| | 137:13 | really just about any activities he would want to | | |
| | 137:14 | participate in? | | |
| | 137:15 | A: Yes. | | |

| 56 | **137:17 -138:24** | Zebrack, James 2006-08-30 | 00:01:18 | Z25.56 |
|---|---|---|---|---|
| | 137:17 | What is stunning? | | |
| | 137:18 | A: Stunning is a term where the heart is weak | | |
| | 137:19 | from a heart attack or not enough blood flow that is | | |
| | 137:20 | not scarred so much but it is impaired and will | | |
| | 137:21 | recover function. | | |
| | 137:22 | Q: So something seen early on at the time when a | | |

| | |
|---|---|
| 137:23 | person is hospitalized with a myocardial infarction |
| 137:24 | may not be seen later because stunning has occurred |
| 137:25 | and it has resolved? |
| 138:1 | A: Yes. |
| 138:2 | Q: And that includes an anterior hypokinesis on |
| 138:3 | occasion? |
| 138:4 | A: Yes. |
| 138:5 | Q: In other words, you could have an anterior |
| 138:6 | hypokinesis that shows up on the day that he presents |
| 138:7 | in the hospital as it did according to Dr. Ganellen, |
| 138:8 | true? Are you following me? |
| 138:9 | A: Yes. |
| 138:10 | Q: And then two or three weeks later have a |
| 138:11 | cardiac catherization and/or a -- excuse me, three |
| 138:12 | months later have a nuclear perfusion test and not |
| 138:13 | have any hypokineses? |
| 138:14 | A: That's possible. |
| 138:15 | Q: Anterior or otherwise, and it could just be |
| 138:16 | due to stunning? |
| 138:17 | A: Correct. |
| 138:18 | Q: And that's known in cardiology to occur? |
| 138:19 | A: Yes. |
| 138:20 | Q: That's a known syndrome? |
| 138:21 | A: Yes. |
| 138:22 | Q: And it would not be surprising to happen? |
| 138:23 | A: No. |
| 138:24 | Q: With Mr. Mason or otherwise? |

| 57 | **139:1 -139:2** | Zebrack, James 2006-08-30 | 00:00:01 | | Z25.57 |
|---|---|---|---|---|---|
| | 139:1 | Q: (By Mr. Krumholz) True? | | | |
| | 139:2 | A: True. | | | |

| 58 | **139:18 -139:25** | Zebrack, James 2006-08-30 | 00:00:21 | | Z25.58 |
|---|---|---|---|---|---|
| | 139:18 | Q: (By Mr. Krumholz) And you do believe that | | | |
| | 139:19 | NSAIDs and COX-2s are important drugs for purposes of | | | |
| | 139:20 | treating acute pain and inflammation, right? | | | |
| | 139:21 | A: Yes. | | | |
| | 139:22 | Q: And the COX-2s, you understood, provided | | | |
| | 139:23 | potential extra benefit of lowering the risk of GI | | | |
| | 139:24 | issues, true? | | | |
| | 139:25 | A: True. | | | |

| 59 | **143:12 -143:17** | Zebrack, James 2006-08-30 | 00:00:14 | | Z25.59 |
|---|---|---|---|---|---|
| | 143:12 | Q: (By Mr. Krumholz) And you do believe that, | | | |
| | 143:13 | however, that the -- his function, that is, his heart | | | |
| | 143:14 | function, is normal today? | | | |
| | 143:15 | A: Yes. | | | |

**Zebrack Merck Exam**

| | | |
|---|---|---|
| 143:16 | Q: | According to the testing that's been done? |
| 143:17 | A: | The global LV function is normal. |

Play Time for this Script:   **00:43:21**

Total time for all Scripts in this report:   **00:43:21**