U. S.  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED        11-3-06
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx | 
PRODUCTS LIABILITY LITIGATION |

THIS DOCUMENT RELATES TO: |
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon
Mag. Judge Knowles

# TRANSCRIPT OF THE DEPOSITION OF JAMES DUNN PLAYED TO JURY ON NOVEMBER 2, 2006

Fee
Process
X  Dktd
CtRmDep
Doc. No.

**Case Clip(s) Detailed Report**
**Tuesday, October 31, 2006, 10:08:52 PM**

## Mason v. Merck

 **Dunn, James (Vol. 01) - 10/07/2005**                1 CLIP  (RUNNING 00:16:20.510)



**Dunn w Exhibits**

**Dunn 1**                          **25 SEGMENTS  (RUNNING 00:16:20.510)**

**1. PAGE 9:03 TO 9:08 (RUNNING 00:00:10.782)**

```
03        Q.   Sir, state your name, please.
04        A.   James Dunn, D-U-N-N.
05        Q.   And Mr. Dunn, you work for Merck?
06        A.   Yes, sir.
07        Q.   How many years have you worked for Merck?
08        A.   Over 14 years.
```

**2. PAGE 9:19 TO 10:04 (RUNNING 00:00:32.900)**

```
19        Q.   In your role as educational program director for
20   Merck was part of your job to train sales representatives
21   about what they should tell doctors in the field selling
22   products?
23        A.   No, sir.
24        Q.   What was it?
25        A.   The job I had there was to coordinate the
00010:01   scheduling activities for speakers so that we could
02   schedule speakers to do medical education type of programs
03   and help the field understand how we would want to execute
04   those programs.
```

**3. PAGE 10:19 TO 11:15 (RUNNING 00:01:08.100)**

```
19        Q.   So the material that you gave to the
20   representatives is material that you reviewed; is that
21   correct?
22        A.   Yes, I would have reviewed it but I didn't have
23   final approval.
24        Q.   So you would take material that would -- who
25   would give you this material that you would then give to
00011:01   the representatives in the company at Merck?
02        A.   The process is fairly thorough.  Basically the
03   marketing team would be responsible for marketing
04   materials so these promotional materials, the marketing
05   team would work with various different parts of the
06   organization to generate these materials, go through all
07   the various processes that they would go through,
08   consulting with training, maybe hospital group, the
09   managed care team, economic affairs, and they would pull
10   together all these materials.
11        At that point those materials would go to the
12   medical legal board.  Medical legal would review the
13   material and give final approval on it.  Once those
14   approvals were done then I would get the materials and put
15   together communication out to the field.
```

**4. PAGE 12:02 TO 12:05 (RUNNING 00:00:10.192)**

```
02        Q.   You had to have material given to you,
03   scientific material, data that showed safety factors of
04   Vioxx, and then you would take that material and then give
05   it to the representatives; is that accurate?
```

**5. PAGE 12:08 TO 12:12 (RUNNING 00:00:14.688)**

```
08        THE WITNESS:  I would get data and materials
09   from other folks and, you know, that process of
```

**CONFIDENTIAL**                                                    **page 1**

## Mason v. Merck

```
10        medical legal approval.  Then I would get that
11        final product.  So it would be given to me in the
12        final form and I would communicate that out.
```

### 6. PAGE 13:15 TO 13:16 (RUNNING 00:00:03.800)

```
15        Q.   What is the closest thing you would have to a
16   sales pitch?
```

### 7. PAGE 13:18 TO 14:11 (RUNNING 00:00:48.830)

```
18             THE WITNESS:  First of all, we don't sales
19        pitch.  This is very technical data.  Basically
20        what we ask our representatives to do is to
21        present data to physicians, both the benefits of
22        the products and the limitations, the safety
23        data.
24             So there's a balance of information that's
25        being discussed with physicians.  It's consistent
00014:01   with the product circular or the label that the
02        FDA approves and it's what the FDA says this is
03        an accurate portrait of what this product can and
04        can't do.
05             So it's not a sales pitch.  It is a balanced
06        here are the benefits; here's the safety
07        information, and at that point the physician will
08        take that information in along with
09        their other -- you know, with their training.
10        It's based on their thought processes what they
11        do with that information.
```

### 8. PAGE 291:07 TO 291:14 (RUNNING 00:00:12.572)

```
07        Q.   Okay.  Good.  All right.  Now, let me ask you
08   something.  Do you know what the Be The Power is?  I know
09   you've seen this before.  You helped create Be The Power,
10   didn't you?
11        A.   I'm aware of Be The Power, yes, sir.
12        Q.   Well, you helped create Be The Power, didn't
13   you?
14        A.   My team was responsible for it, yes.
```

### 9. PAGE 292:12 TO 292:20 (RUNNING 00:00:32.011)

```
12        Q.   Well, let's take a look at it.  Why don't you --
13   section number 3, Be The Power, now, you worked on the
14   team that put this together; is that right?
15        A.   Yes, sir.
16        Q.   Can we put that up there when you're ready to
17   go?  What is the V Squad?
18        A.   Well, this is a fictitious rendition and the
19   V Squad refers to the actors that are within this DVD.
20        Q.   And you showed this to your sales team; right?
```

### 10. PAGE 292:23 TO 294:09 (RUNNING 00:01:39.859)

```
23             THE WITNESS:  This was part of the meeting
24        packet that got sent down to them.  It was
25        optional so they could view it if they wanted to
00293:01   or they didn't have to view it at all.
02   BY MR. PAPANTONIO:
03        Q.   But you're trying to tell -- basically this
04   is -- what you're -- you are providing information in this
05   thing, aren't you?
06        A.   No, sir.
07        Q.   There's no information in here?
08        A.   No, sir.
09        Q.   Let's look at it.  Go ahead.
10             (Whereupon the DVD was played as follows:
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 10:08:52 PM

## Mason v. Merck

```
11          "What's going on?"  "It's an obstaclizer."
12     "How do we get out of here?"  "I don't know.")
13 BY MR. PAPANTONIO:
14     Q.   What is an obstaclizer?
15     A.   Once again, it's fictitious.  This is based on
16 futuristic, you know, like Star Trek theme stuff.  You can
17 see the way these people are dressed.  Obstaclizer, it's a
18 fictitious way to, you know -- computer system that they
19 had in here.  So it's all fake, phony stuff that's
20 futuristic.
21     Q.   So they're talking about an obstaclizer right
22 here.  Let's see what the obstaclizer does.
23          (Whereupon the DVD was continued as follows:
24          " -- while we're in here."  "What happened?"
25     "We didn't get a chance to deal with the
00294:01     obstacles.")
02 BY MR. PAPANTONIO:
03     Q.   Hold it right there.  What are obstacles?
04     A.   Obstacles tend to be -- in the industry it tends
05 to be questions that physicians would ask of us.
06     Q.   A physician would ask you a question like will
07 Vioxx cause cardiovascular events.  That would be an
08 obstacle; correct?
09     A.   Any question a physician might ask would be.
```

**11. PAGE 294:20 TO 295:07 (RUNNING 00:00:32.000)**

```
20          Q.   Go ahead with this obstaclizer.
21          (Whereupon the DVD was continued as follows:
22          "Send you back in?  You're lucky you made it
23     out.  That was a risk you took."  "Risk is my
24     middle name."  "Really?  It's mine too."  "So
25     send us back in again so we can finish the job."
00295:01     "Vince, the truth is I don't think you're ready.
02     You moved slow in there.  You've got to handle
03     obstacles quickly, whether you're in the doctor's
04     office or in an obstaclizer.")
05 BY MR. PAPANTONIO:
06     Q.   Hold it.  Why do you have to handle obstacles
07 quickly?
```

**12. PAGE 295:09 TO 295:19 (RUNNING 00:00:29.461)**

```
09          THE WITNESS:  Well, once again, this is a
10     fictitious piece here, but we would want our
11     representatives to be able to give accurate
12     information to questions physicians would have
13     for a number of reasons.
14          Number one, we want them to have that data
15     because they're asking for it.  Number two, it
16     builds the credibility of the rep.  When the rep
17     is viewed as a resource from the physician, one
18     of the ways they do that is being able to answer
19     questions to physicians accurately and quickly.
```

**13. PAGE 295:21 TO 295:22 (RUNNING 00:00:03.106)**

```
21     Q.   And honestly; right?
22     A.   All the time; honesty all the time.
```

**14. PAGE 296:01 TO 296:16 (RUNNING 00:00:40.300)**

```
00296:01          (Whereupon the DVD was continued as follows:
02          "Have to make every second count, two
03     efficacy messages, two GI risk messages,
04     appropriate balancing information and close."
05     "We know.  We've been in workshops.")
06 BY MR. PAPANTONIO:
```

CONFIDENTIAL                                                                                          page 3

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 10:08:52 PM

## Mason v. Merck

```
07        Q.   Now, I heard GI information.  I heard efficacy
08   information.  I didn't hear anything about CV information
09   there, cardiovascular information.  Did you tell
10   salespeople not to talk about cardiovascular information
11   until they were asked by the doctor?
12        A.   No, sir.  In fact, what the statement in there
13   was was appropriate balanced information.  Balanced
14   information includes the entire product circular safety
15   profile and we would discuss the cardiovascular profile as
16   part of that balanced information.
```

**15. PAGE 297:05 TO 297:11 (RUNNING 00:00:17.400)**

```
05        Q.   Let's see what the obstaclizer does.  Go ahead.
06             (Whereupon the DVD was continued as follows:
07        "We know the messages."  "But you must do
08   more.  You must be the power."  "Be the power?"
09   "Be the power.  It's the only way to reach the
10   full potential of the V Squad.  Come on I'll show
11   you.")
```

**16. PAGE 298:10 TO 298:13 (RUNNING 00:00:10.882)**

```
10        Q.   So remember, this woman said you must do two
11   efficacy presentations and two GI presentations?  That's
12   what you told your G -- that's what you told your field
13   reps to do; right?
```

**17. PAGE 298:15 TO 298:22 (RUNNING 00:00:18.227)**

```
15        THE WITNESS:  If you look at the training
16   documents that are associated with this meeting,
17   there was a specific messaging flow.  You're
18   referring to the flow but also remember that in
19   all of our discussions and even pointed out that
20   appropriate balance.  So we would have provided
21   those messages and the appropriate safety
22   information as well.
```

**18. PAGE 298:25 TO 299:02 (RUNNING 00:00:08.000)**

```
25   again.  You very specifically -- field reps were told to
00299:01   make two efficacy presentations, two GI presentations;
02   correct?
```

**19. PAGE 299:04 TO 299:25 (RUNNING 00:00:54.590)**

```
04        THE WITNESS:  I think that they were told to
05   provide the message flow -- that sounds familiar
06   to me -- but also and always to provide
07   appropriate balance.  You wouldn't just say say
08   this without the appropriate balance.  We always
09   provide appropriate balance.
10   BY MR. PAPANTONIO:
11        Q.   So this isn't fictitious.  This is what you'd
12   actually tell people to do.
13        A.   No, sir, this is fictitious.
14        Q.   Two efficacy presentations and two GI
15   presentations is what we heard.
16        A.   Also, you look at the training documents.
17   They'll always provide us per policy that they have to
18   provide the messaging, marketing messaging that we have
19   along with balanced information, so we could give the
20   information that might be the beneficial side of the
21   equation but they would always give the safety information
22   as well.  That's part of our policy and it's within the
23   detail pieces.  All those detail pieces are already
24   balanced.  You have the benefits and the limitations right
25   there in the same page.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 10:08:52 PM

## Mason v. Merck

**20. PAGE 300:05 TO 301:09  (RUNNING 00:02:41.000)**

```
05          MR. PAPANTONIO:  Show the rest of this,
06     please.
07          (Whereupon the DVD was continued as follows:
08          "Are you sure you want to go back in there?
09     It's risky."  "It's okay.  We have a job to do."
10     "We're the V Squad."  "Yes, you are."  "Good
11     luck."  "Let's see what our favorite obstacles
12     are up to."
13          "Like the - says, I heart generics."  "I
14     gotta tell you, the whole Vioxx edema thing, it
15     worries me."  "Like the lady said, Vioxx, bad.
16     Celebrex, good."
17          "Ready with the data?"  "Let's clean up this
18     place."  "Yes."  "Hey, generic man, maybe that
19     old prescribing habit could benefit from some new
20     data."  "Data."
21          "The risk of hypertension and edema in older
22     OA patients can be reduced by starting with the
23     minimum dose, 12.5 milligrams."  "Okay.  Okay.
24     So I kind of fudged some of the facts to make
25     Celebrex look better.  We can still be friends,
00301:01     can't we?"
02          "Well, that was easier than I thought."
03     "Think again."  "I thought we got rid of these
04     guys."  "We're back."  "That's the thing about
05     obstacles, Vicki.  You never run out."  "Is
06     ibuprofen a great drug or what?"
07          "Watch out.  The obstacles are getting
08     tougher."  "You know what to do."  "Be the
09     power.")
```

**21. PAGE 304:05 TO 304:08  (RUNNING 00:00:10.973)**

```
05     Q.   Go ahead with this.
06          (Whereupon the DVD was continued as follows:
07          "They're coming back."  We're hitting them
08     with facts.  How about --"  "Be the power.")
```

**22. PAGE 304:13 TO 305:22  (RUNNING 00:01:19.748)**

```
13     Q.   But the truth was you used this as a training
14     mechanism for salespeople; right?
15     A.   That is not true.
16     Q.   Well, why did you make it?
17     A.   The reason we made this is the
18     representatives -- there's a district meeting plan.  We
19     call it the DMAC, district meeting agenda and content, and
20     that was multiple different training components, modules,
21     and we were training representatives over multiple hours.
22     I think this training day was eight to ten hours long.
23          Consistent with the adult learning model, part
24     of that model is that adults don't learn just from
25     lecture.  They need breaks.  These video clips were
00305:01     designed not to be a training tool at all, nothing more
02     than a mental break for the representatives so that they
03     could kind of shut down for a little bit and then get
04     reengaged and ready to go on the intense training that we
05     had that are contained in those documents that I referred
06     to.
07     Q.   So none of what we just saw is instructional for
08     your salespeople?
09     A.   None of it.
10     Q.   There's nothing in there that you hoped to pass
11     on to your salespeople.
12     A.   None of it.
```

CONFIDENTIAL

## Mason v. Merck

```
13      Q.    Including two efficacy presentations and two GI
14  presentations.
15      A.    The entire video was not meant to pass on
16  anything to the reps.  It was meant to give them a mental
17  break.
18      Q.    A mental break.
19      A.    Yes, sir.
20      Q.    And that was just a mental break for you?  Was
21  that a mental break, just watching that, for you?
22      A.    Sir, yes, it was.
```

**23. PAGE 306:06 TO 306:09  (RUNNING 00:00:12.582)**

```
06      Q.    Sir, so one thing you would do as a way to -- at
07  these sales meetings is you would show them this film
08  called Be The Power.
09      A.    It was just for this one meeting.
```

**24. PAGE 306:16 TO 308:14  (RUNNING 00:02:05.475)**

```
16      Q.    Would you show him, please -- this is number 7.
```

**DUNN1 -**

```
17  You didn't create this?
18      A.    No, sir.
19      Q.    Have you ever seen this before?
20      A.    Yes, sir, I have.
21      Q.    Where have you seen it?
22      A.    Within Merck, within the training documents.
23      Q.    Within the training documents?
24      A.    Yes, sir.
25      Q.    It says dodge ball, Vioxx; do you see that?
```

**DUNN2 -**

```
00307:01    A.    Yes, sir, I do.
02      Q.    It says dodge.  Go to the second page.  See
```

**DUNN3 -**

```
03  where it says obstacle underneath there?  You can barely
04  read it.  It says obstacle, though, doesn't it?
05      A.    Yes, sir.  I just want to point out the
06  directions are missing on this.  There was directions that
07  come with this.
08      Q.    Oh, we'll get you the directions.  I don't know
09  that we'll have time to play dodge ball here today but I
10  want the jury to see it.
11      A.    Okay.  Good.
12      Q.    So dodge ball -- the first thing -- one of the
13  dodge ball's questions is it's an obstacle.  I am
```

**DUNN4 -**

```
14  concerned with the potential edema that occurs with Vioxx;
15  right?
16      A.    Yes, sir.
17      Q.    And then this is in your dodge ball package.
18  How would the dodge ball response be for that?
19      A.    We had responses that were approved through the
20  process that I talked about that we would send out, and
21  what we were trying to get done here is have the
22  representatives memorize that response that we had gotten
23  approved so that they could answer this question.  In
24  general the answer to this question would be to go into
25  the product circular.  But there are specific wordings.
00308:01  We were trying to utilize this game to help the
```

Case Clip(s) Detailed Report
Tuesday, October 31, 2006, 10:08:52 PM

## Mason v. Merck

```
02   representatives memorize that answer so they could answer
03   the question to physicians.
04        Q.   So why would you call it dodge ball?
05        A.   Well, personally I think it's a poor choice of
06   words because it's not accurately portraying what we're
07   doing.  I don't know why they called it dodge ball.
08        Q.   Well, dodge ball means to dodge, doesn't it, get
09   out of the way; right?
10        A.   Yes, sir.
11        Q.   And one thing you would actually have, you'd
12   have actual training sessions where you would teach field
13   representatives how to avoid answering the questions the
14   doctors ask; right?
```

**25. PAGE 308:19 TO 309:10 (RUNNING 00:00:43.032)**

```
19        Q.   You would do that.
20        A.   No, sir.
21        Q.   Well, isn't this what they're doing here?  Isn't
22   this designed to dodge questions?
23        A.   No, sir, not at all, just the opposite.
24        Q.   Obstacles?
25        A.   Sir, having them -- we're utilizing the game for
00309:01   them to memorize the answer.  We're asking the question
02   here how would you respond.  That's the purpose of this
03   game.
04             It's once again a part of the adult learning
05   model process that -- adults learn in various ways, not
06   just lecturing to them, writing up on the chalkboard, but
07   this game format is another way to help them memorize
08   instead of just receiving the bulletin with the answer but
09   this game was utilized to help them memorize the answer so
```

☐ -KEDUNN4 - Clear Attached Exhibit DUNN4

```
10   that they could give the answer to physicians.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:16:20.510)

Dunn

Dunn

| Scene | Designation | Source | Tx Duration | Barcode |
|-------|-------------|--------|-------------|---------|
| 2 | **322:15 - 323:3** | Dunn, James 2005-10-07 | 00:00:42 | Z8.2 |

322:15   Q.   Now, based on your experience in the
322:16          pharmaceutical industry for 14 or 15 years, have you
322:17          developed an understanding of how Merck communicates
322:18          information about its products?
322:19   A.   Yes, sir.  I've had a number of different
322:20          positions directly involved in that.
322:21   Q.   Can you name some of the different ways you're
322:22          aware of that Merck communicates information about its
322:23          products?  I'm going to try to write them down as you
322:24          mention them so bear with me.
322:25   A.   Sure.  First we would communicate to the Federal
323:1          Food and Drug Administration so the FDA would be one of
323:2          the folks that we would communicate data around.
323:3    Q.   Okay.  The FDA.                                  (Edited)

| 3 | **323:7 - 323:24** | Dunn, James 2005-10-07 | 00:01:07 | Z8.3 |

323:7    A.   Another place we would communicate through would
323:8          be public affairs so out to the media, you know,
323:9          television, newspaper and Internetwise, so the media would
323:10         be a second place that we would communicate out
323:11         information.
323:12   Q.   Okay.  Media.  What other ways are there that
323:13         Merck communicates information about its products?
323:14   A.   Scientific conventions or forums that -- and
323:15         this is throughout the world, so scientific conventions.
323:16   Q.   All right.  Let's say scientific conventions.
323:17         All right.  Are there any other ways that Merck
323:18         communicates information about its products?
323:19   A.   Yes, sir; through medical journals.  We would
323:20         publish studies in medical journals.
323:21   Q.   All right.  Any other ways you're familiar with?
323:22   A.   We would do it through some other channels as
323:23         well, the FDA, scientific, media, the representatives.  We
323:24         could do it through representatives.

| 4 | **324:1 - 324:5** | Dunn, James 2005-10-07 | 00:00:14 | Z8.4 |

324:1    A.   We also have a resource at Merck, professional
324:2          information request, that representatives could at least
324:3          mail the information to physicians.
324:4    Q.   Now, is there an acronym for professional
324:5          information request?                               (Edited)

| 5 | **324:7 - 324:7** | Dunn, James 2005-10-07 | 00:00:01 | Z8.5 |

|  |  | 324:7 | A. | PIR. |  |  |
|---|---|---|---|---|---|---|

| 6 | 324:9 -330:6 | Dunn, James 2005-10-07 | 00:07:35 | | Z8.6 |
|---|---|---|---|---|---|

324:9  Can you tell us what a PIR  (Edited)

324:10  is?

324:11 A. Yes.  A PIR is a professional information

324:12  request.  A physician might request information that a

324:13  representative could not answer directly but the

324:14  representative has a mechanism to still get this

324:15  information to them, not verbally but through the mail or

324:16  fax, and the representative would take the question from

324:17  the physician and submit it into the company to have that

324:18  information sent to the physician.

324:19  There's a department back there called MEDSA

324:20  that is manned by scientists and physicians and health

324:21  care professionals that would have access to information

324:22  that our reps would not and that would put this

324:23  information together to get it out to physicians.

324:24 Q. Okay.  So the PIR is another way by which Merck

324:25  communicates information to physicians.

325:1 A. Yes.

325:2 Q. Are there any other ways that you're familiar

325:3  with?

325:4 A. We have something called the National Service

325:5  Center, NSC.  Physicians have a 1-800 number that they can

325:6  call at any time.  They can call into the National Service

325:7  Center with input into the company as well as ask it a

325:8  question, and they can actually get live on the phone one

325:9  of the folks I mentioned, the MEDSA folks, scientists and

325:10  other health care professionals.  They can have live

325:11  conversation within the company around that.

325:12 Q. Any other methods you're aware of at the moment?

325:13 A. I think that summarizes it.

325:14 Q. Let's talk a little bit about the

325:15  representatives, Mr. Dunn.  Can you explain to the jury

325:16  what a Merck professional representative does?

325:17 A. Yes.  Our professional representatives are

325:18  trained up extensively to go out and represent Merck and

325:19  the product in therapeutic areas that they have

325:20  responsibility for so they would get training in a

325:21  particular area.

325:22  They're governed by our policy and by the FDA

325:23  regulations and they basically would go out to physicians.

325:24  They might have anywhere from a hundred to two hundred

325:25  physicians in a geographic area that they have

326:1  responsibility for.

Dunn

| | |
|---|---|
| 326:2 | And their job is to provide information that is |
| 326:3 | within the product label or the piece of paper that gets |
| 326:4 | put in the sample box. When you get a sample from a |
| 326:5 | physician's office there's a label, a product insert, a |
| 326:6 | product circular. That product insert governs what the |
| 326:7 | representative can say. |
| 326:8 | And when they're providing that information they |
| 326:9 | would do it in what we call a balanced fashion. What a |
| 326:10 | balanced fashion means is they're going to go in and talk |
| 326:11 | about the benefits, how well the product works and a |
| 326:12 | particular product type and that it would work well here |
| 326:13 | to a physician. |
| 326:14 | At the same time they're balancing that by |
| 326:15 | discussing the contraindications, warnings, precautions, |
| 326:16 | adverse events. Basically all the safety information, |
| 326:17 | they would be providing that in a balanced fashion. |
| 326:18 | So they're not just going in and talking about |
| 326:19 | hey, the drug works well here. They would talk and say |
| 326:20 | here's the efficacy data, how it works, and they would at |
| 326:21 | the same time provide the safety information on every |
| 326:22 | single call. |
| 326:23 | Q. When you say call, just so the jury understands |
| 326:24 | what these representatives are doing, what does a call |
| 326:25 | mean? What is that? |
| 327:1 | A. Representatives have responsibility for these |
| 327:2 | hundred to two hundred people and they're all in what we |
| 327:3 | call a routing. Typically it's a three to four week |
| 327:4 | routing and they try to get around to each of the |
| 327:5 | physicians in their territory, and a call would be going |
| 327:6 | to their office typically and trying to get some time with |
| 327:7 | the physician to sit down and discuss the product. |
| 327:8 | Sometimes they get time with the physician. Sometimes |
| 327:9 | they get a lot of time with the physician. Sometimes they |
| 327:10 | are asked to come back later. |
| 327:11 | Q. In addition to calling on physicians, did the |
| 327:12 | representatives have any other responsibilities? |
| 327:13 | A. Yes. They have sampling responsibilities. |
| 327:14 | Typically a representative might have samples for the |
| 327:15 | products they have responsibility for and upon request |
| 327:16 | from the physician they certainly would provide samples to |
| 327:17 | the physicians so that they could use that in trial with |
| 327:18 | patients so a patient could free of charge, you know, use |
| 327:19 | that product to see if it's going to work for them or not. |
| 327:20 | They also provide medical education to the |
| 327:21 | medical community through various different mechanisms. |
| 327:22 | Q. Okay. And do the -- is there any training that |

| | | |
|---|---|---|
| 327:23 | | is done for the professional representatives by Merck? |
| 327:24 | A. | Oh, a lot of training. |
| 327:25 | Q. | Can you just tell us a little bit about what |
| 328:1 | | training a professional representative undergoes at Merck. |
| 328:2 | A. | Sure. The training at Merck really is divided |
| 328:3 | | up into two buckets. I'll call it the initial training |
| 328:4 | | when they're first hired by the company, and that's an |
| 328:5 | | eight to ten-week long course, and then the other bucket |
| 328:6 | | of training, I would say, is ongoing while they're |
| 328:7 | | employed at Merck and it just never ends. That's why I'm |
| 328:8 | | saying it's so extensive. Once you're trained up you're |
| 328:9 | | not trained up. You continually get trained up. |
| 328:10 | | In this first bucket, this eight to ten week |
| 328:11 | | when a representative joins the company the standards are |
| 328:12 | | quite high. They take many, many examinations during this |
| 328:13 | | time period. Some of the examinations would be on |
| 328:14 | | pharmacology, meaning how do drugs work, anatomy, the |
| 328:15 | | organs within the body, physiology, how does the body |
| 328:16 | | work. |
| 328:17 | | They would take product exams, which would be on |
| 328:18 | | the particular product they're going to have |
| 328:19 | | responsibility for, and they would take exams on the |
| 328:20 | | actual FDA-approved label. They're getting tested to make |
| 328:21 | | sure they understand that label. |
| 328:22 | | They get policy examinations so that they're |
| 328:23 | | clearly making sure they understand how they're conducting |
| 328:24 | | themselves. All these exams -- also the standard at Merck |
| 328:25 | | is you either get an A or it's a failure. So you get 90 |
| 329:1 | | percent or greater. Anything below a 90 is considered |
| 329:2 | | failed and you either have to redo the test or ultimately |
| 329:3 | | you don't pass that. |
| 329:4 | | They get a lot of training. They get car driver |
| 329:5 | | training to make sure they can drive safely. They get |
| 329:6 | | ethics training based on how the company wants them to |
| 329:7 | | conduct themselves, and that's contained within our |
| 329:8 | | policies and something called values and standards as |
| 329:9 | | well. So this training, you can see it's very |
| 329:10 | | comprehensive. |
| 329:11 | | At that point when they've gone through all |
| 329:12 | | that, the next thing they have to do is sit down with |
| 329:13 | | their business manager. The person that basically hired |
| 329:14 | | them into the company will sit down with them and they'll |
| 329:15 | | take an oral examination, and the manager is going to test |
| 329:16 | | them on any of the topics that I just covered and make |
| 329:17 | | sure through an oral type of examination that the |
| 329:18 | | representative knows what they're doing. |

**Dunn**

| | |
|---|---|
| 329:19 | At that point the manager can say okay, I think |
| 329:20 | you're ready to go out and start representing Merck and |
| 329:21 | the products that you have out to the physicians that |
| 329:22 | you'll have responsibility for, and that's when you come |
| 329:23 | into the second bucket of training. |
| 329:24 | And what I mean by that is the training is |
| 329:25 | nonstop. As an example, the manager will ride with the |
| 330:1 | representative once or twice a month, and the manager's |
| 330:2 | there to make sure that they understand the information, |
| 330:3 | that they're complying with policy, that they can answer a |
| 330:4 | physician's questions directly, honestly, truthfully and |
| 330:5 | as quick as they can so that the physician's satisfied |
| 330:6 | with the information. So that occurs every single month. |

---

7    330:16 - 331:23    Dunn, James 2005-10-07          00:01:31                     Z8.7

| | | |
|---|---|---|
| 330:16 | A. | Also the manager conducts routinely about once a |
| 330:17 | | quarter -- once every three months they'll have a district |
| 330:18 | | meeting. And what I mean by that is pull the entire team |
| 330:19 | | of representatives this manager has responsibility for and |
| 330:20 | | they'll have a meeting, and that meeting is training in |
| 330:21 | | nature and they review lots of different things. |
| 330:22 | | They're reviewing the products. They're doing |
| 330:23 | | games to understand that information. They're doing |
| 330:24 | | multiple different formats to understand the information. |
| 330:25 | | So that occurs three to four times a year, maybe sometimes |
| 331:1 | | even five times a year depending on the product. |
| 331:2 | Q. | And you had mentioned the product. Is there any |
| 331:3 | | training on the products themselves? For example, is |
| 331:4 | | there any training on Vioxx for the representatives who |
| 331:5 | | had responsibility for Vioxx? |
| 331:6 | A. | Absolutely. |
| 331:7 | Q. | Can you tell us about what topics the |
| 331:8 | | representatives were trained on Vioxx? |
| 331:9 | A. | Sure. Prior to Vioxx coming to market, months |
| 331:10 | | ahead of time before Vioxx got approved the |
| 331:11 | | representatives were trained up on all the background |
| 331:12 | | information. |
| 331:13 | | This was a new disease entity. We were talking |
| 331:14 | | about osteoarthritis and acute pain. We didn't have a |
| 331:15 | | product like that in the marketplace and we needed to |
| 331:16 | | train our representatives up on a totally new disease |
| 331:17 | | area, new types of physicians. |
| 331:18 | | We were not calling on orthopedic surgeons so |
| 331:19 | | they had to have training around what an orthopedic |
| 331:20 | | surgeon is, how they operate on a daily basis. So they |
| 331:21 | | have training there and also the physiology and some of |

| | | | | |
|---|---|---|---|---|
| | 331:22 | the alternatives that physicians may consider for | | |
| | 331:23 | treatment of pain and osteoarthritis. | | |

---

**8**  **331:24 - 332:7**  Dunn, James 2005-10-07    00:00:26    **Z8.8**

331:24  Q.  Before I take this list away, can you tell the
331:25      ladies and gentlemen of the jury are the representatives
332:1       the only source of information for physicians?
332:2   A.  Well, I mean, clearly not. They're one source
332:3       of information and there's multiple channels there.
332:4   Q.  Okay. And are there -- you mentioned Merck
332:5       policies. Are there Merck policies that govern the
332:6       interactions of a Merck representative with a physician?
332:7   A.  Absolutely.

---

**9**  **332:17 - 332:22**  Dunn, James 2005-10-07    00:00:17    **Z8.9**
Link > DUN1.1

332:17  Q.  I'll ask that you identify that for the jury,
332:18      Mr. Dunn.
332:19  A.  Yes. This is some of the policies that you were
332:20      just referring to that govern how a representative is to
332:21      conduct themselves when discussing our products with
332:22      health care professionals.

---

**10**  **333:10 - 333:10**  Dunn, James 2005-10-07    00:00:05    **Z8.10**

333:10  Q.  Thank you. Now, if you could read Section 1 --

---

**11**  **333:11 - 333:13**  Dunn, James 2005-10-07    00:00:06    **Z8.11**

333:11      I might stop you from time to time to explain something,
333:12      to define some of the terms that are used there but go
333:13      ahead, please.

---

**12**  **333:14 - 333:21**  Dunn, James 2005-10-07    00:00:25    **Z8.12**
Link > DUN1.1.1

333:14  A.  "Section number 1, physicians, pharmacists and
333:15      other health care professionals should receive complete
333:16      and accurate information about U.S. Human Health products
333:17      as is appropriate to their role in health care delivery.
333:18      Professional representatives will discuss product
333:19      information in strict conformance with the labeling that
333:20      has been approved or permitted by the Food and Drug
333:21      Administration."

---

**13**  **333:22 - 334:7**  Dunn, James 2005-10-07    00:00:31    **Z8.13**

333:22  Q.  Now, let me stop you there, Mr. Dunn, and ask
333:23      you what the labeling that has been approved or permitted
333:24      by the Food and Drug Administration, what that's a
333:25      reference to.
334:1   A.  That's a reference to that piece of paper I was
334:2       talking about that's in the product sample. When a
334:3       patient gets that sample there's a piece of paper in there
334:4       that's folded up and that's the document the FDA is saying

---

**Dunn**

| | | | |
|---|---|---|---|
| | 334:5 | | this is the safe, accurate and truthful representation of |
| | 334:6 | | this product and this is what a physician should be |
| | 334:7 | | considering when writing this product. |

| 14 | **334:22-335:15** | Dunn, James 2005-10-07     00:00:58 | Z8.14 |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | 334:22 | Q. | And can you explain to the jury what it means |
| | 334:23 | | that representatives will discuss product information in |
| | 334:24 | | strict conformance with the labeling.  What's that mean? |
| Link > Hide | 334:25 | A. | What that means is the representative, when |
| | 335:1 | | they're having a discussion with a physician, that the |
| | 335:2 | | label itself, that piece of paper is governing what they |
| | 335:3 | | can and cannot say. |
| | 335:4 | | As an example, if a physician asks a question |
| | 335:5 | | about the use of a product that the FDA has not indicated |
| | 335:6 | | the product to be used for, a representative wouldn't talk |
| | 335:7 | | about that.  They would talk about that piece of paper and |
| | 335:8 | | everything in it but not indications that the product has |
| | 335:9 | | not been indicated for. |
| | 335:10 | Q. | And is that a Merck-only requirement, that |
| | 335:11 | | representatives or field-based personnel are limited to |
| | 335:12 | | the product circular? |
| | 335:13 | A. | No, sir.  That's the FDA regulation that governs |
| | 335:14 | | the pharmaceutical industry.  Every single company in the |
| | 335:15 | | pharmaceutical industry has to adhere to that. |

| 15 | **337:13-337:24** | Dunn, James 2005-10-07     00:00:34 | Z8.15 |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | 337:13 | Q. | Are there any mechanisms at Merck to communicate |
| | 337:14 | | to physicians information that is not within the FDA |
| | 337:15 | | product labeling? |
| | 337:16 | A. | Yes, sir, there is. |
| | 337:17 | Q. | Can you explain to the jury how that occurs? |
| | 337:18 | A. | There's a number of different ways that can |
| | 337:19 | | occur.  If the representative gets asked something that |
| | 337:20 | | they know they can't answer, they would submit that PIR |
| | 337:21 | | that I talked about earlier, the professional information |
| | 337:22 | | request.  That information that can get sent back to the |
| | 337:23 | | doctor directly from the company can contain information |
| | 337:24 | | that's not within that product circular. |

| 16 | **338:6-338:14** | Dunn, James 2005-10-07     00:00:31 | Z8.16 |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | 338:6 | Q. | Are there any other ways that Merck can |
| | 338:7 | | communicate to physicians information that's not within |
| | 338:8 | | the label? |
| | 338:9 | A. | Some of the scientific conventions, we do give |
| | 338:10 | | grants for CME and medical education under that forum and |
| | 338:11 | | often in those types of arenas off label or inconsistent |
| | 338:12 | | information with the label is discussed quite a bit |

**Dunn**

| | |
|---|---|
| 338:13 | because those are the forward-thinking bodies that doctors |
| 338:14 | tend to go to for this type of information. |

---

**17      338:15–341:10      Dunn, James 2005-10-07      00:03:42      Z8.17**

Link > DUN1.1.2

| | | |
|---|---|---|
| 338:15 | Q. | Can you read section 2, please, to the jury. |
| 338:16 | A. | Yes. "During product discussions |
| 338:17 | | contraindications, warnings, precautions, adverse |
| 338:18 | | reactions, dosage and administration as well as benefits |
| 338:19 | | and usefulness should be discussed according to the |
| 338:20 | | physician's knowledge of the product. Professional |
| 338:21 | | representatives must always provide fair balance in their |
| 338:22 | | communications with physicians." |
| 338:23 | Q. | Can you please explain to the jury what fair |
| 338:24 | | balance means? |
| 338:25 | A. | Sure. The part of this introductory paragraph |
| 339:1 | | here talks about contraindications, warnings, precautions, |
| 339:2 | | adverse events, dosage and administration. That safety |
| 339:3 | | information is the balanced information that we're talking |
| 339:4 | | about. |
| 339:5 | | So a representative, when we say a balanced |
| 339:6 | | discussion, is obligated to go in -- they're going to talk |
| 339:7 | | about the benefits of the product, where it can be used, |
| 339:8 | | but they're obligated by our policy to also discuss the |
| 339:9 | | safety information as well of the product, all the safety |
| 339:10 | | information that's within that label. |
| 339:11 | Q. | Why would Merck require its representatives to |
| 339:12 | | discuss safety information with physicians? |
| 339:13 | A. | Well, for a number of reasons. Number one, we |
| 339:14 | | want to be known as an ethical company and it's -- the |
| 339:15 | | right thing to do is for us to make sure that physicians |
| 339:16 | | understand both ends of the spectrum of the product, where |
| 339:17 | | it can be used well and also the safety information. |
| 339:18 | | Another reason why it's important to give that |
| 339:19 | | safety information is that if a physician clearly has a |
| 339:20 | | good understanding of the product, they're going to find |
| 339:21 | | the appropriate patients for the product. And we believe |
| 339:22 | | that if they have both parts of that equation, both parts |
| 339:23 | | of that information on this balanced scale, so to speak, |
| 339:24 | | that they're going to feel comfortable using it in certain |
| 339:25 | | patients and would find, you know, patients that would |

Link > Hide

| | | |
|---|---|---|
| 340:1 | | benefit from Merck products. |
| 340:2 | Q. | And does the company take any steps to ensure |
| 340:3 | | that its representatives discuss safety information in |
| 340:4 | | their discussions with health care professionals? |
| 340:5 | A. | Absolutely, a number of different steps. |
| 340:6 | Q. | Can you tell us what they are? |

**Dunn**

340:7    A.  The information that the representative gets,
340:8        meaning the detail piece, which is kind of like a
340:9        brochure, most of them are about this size and they're
340:10       multiple pages long.
340:11       Each one of those pages when they're presenting
340:12       data -- so they're presenting the beneficial side of the
340:13       product.  Right on the same page or on the same spread,
340:14       the spread meaning two pages that are side by side, we
340:15       always have safety information right by that.  It's
340:16       contained in every one of the promotional pieces that we
340:17       send out.
340:18       In fact, even when we utilize what we call a
340:19       reprint -- and that would be a study that was published in
340:20       the scientific journal -- there's balance information that
340:21       gets put on top of that journal article and the
340:22       representative -- it's right there for them to use.  So
340:23       the resources themselves have all the balance information
340:24       in it.
340:25       Secondly, on every discussion we read previously
341:1        that a representative is to offer a product circular or
341:2        that label or the product insert, the FDA-approved
341:3        document -- they are to offer that to a physician on every
341:4        single time that they discuss the product, so that's
341:5        another way they do it.
341:6        The next way that we ensure that that's being
341:7        done is the manager riding with them and directly
341:8        observing.  Part of what we call as a field trip report,
341:9        they make sure that the representative is providing what
341:10       we call fair balance on every single discussion.

---

18   **342:20 - 343:4**    Dunn, James 2005-10-07        00:00:31                          Z8.18

342:20   Q.  And in addition to communicating approved
342:21       material to the field, is there any other body that gets
342:22       the approved materials?
342:23   A.  Yes, at Merck, and this is different.  Most -- I
342:24       wouldn't say most.  Other companies within the
342:25       pharmaceutical industry I'm aware don't do this routinely.
343:1        Every single detail piece, that brochure I was
343:2        talking about -- we have sent down every single detail
343:3        piece to the FDA for their review, and it's part of our
343:4        formal process to send all those pieces down.

---

19   **345:25 - 346:22**    Dunn, James 2005-10-07        00:01:10                          Z8.19

345:25   Q.  And is that important to Merck that its
346:1        professional representatives communicate honestly with
346:2        health care professionals?
346:3    A.  It's vital.  It's the core of what we believe

346:4        in.
346:5    Q.  Can you tell the jury why?
346:6    A.  Sir, when you're discussing medical information
346:7        and medical products with physicians there's a patient at
346:8        the end taking that product and we want to make sure that
346:9        physicians have as much information as appropriately so
346:10       that they can make informed appropriate decisions based on
346:11       their experience. And we feel a true obligation to the
346:12       patient and to make sure that we have truthful, accurate
346:13       information being presented to physicians and through all
346:14       of our communication channels, not just the representative
346:15       but all of them.
346:16   Q.  And does your desire to provide true and
346:17       accurate information to physicians extend to answering
346:18       questions to physicians?
346:19   A.  Always. It doesn't matter whether we're doing
346:20       the talking or the physician asks a question. I'm
346:21       assuming you're asking about a physician. We always
346:22       answer truthfully and want them to have the information.

| 20 | 347:2 -347:19 | Dunn, James 2005-10-07 | 00:00:58 | Z8.20 |

347:2    Q.  And can you tell the jury, did you train -- did
347:3        you or Merck train its representatives to avoid or dodge
347:4        questions from physicians?
347:5    A.  Never. We never did that. That's not what
347:6        we're in. We want to make sure physicians have answers to
347:7        questions. That's what we want them to have. At the end
347:8        it benefits us if they have the information so why would
347:9        we dodge it? We want them to have the information.
347:10   Q.  Even if the questions are -- the answers involve
347:11       safety information?
347:12   A.  Sir, part of our presentation to physicians,
347:13       we're proactively talking about that safety information.
347:14       Physicians routinely have safety questions. They ask
347:15       safety questions my experience is very frequently and we
347:16       want to make sure that they understand that information.
347:17   Q.  Can you tell the jury what this dodge ball
347:18       exercise is? While you do that let me provide to you
347:19       another document and ask you to identify that document.

| 21 | 347:23 -350:11 | Dunn, James 2005-10-07 | 00:03:20 | Z8.21 |

347:23   A.  Well, the two documents I have in front of me,
347:24       one is the actual game. The other is the basic training
347:25       leader's guide, and this leader's guide basically points
348:1        out what the rules of the game are.
348:2        Once again, the game is designed with the adult
348:3        learning model in mind and that states that adults like to

**Dunn**

348:4    learn in multiple different ways, that the old -- just

348:5    someone up there writing on a chalkboard is not as

348:6    effective as engaging people, especially when it comes to

348:7    memorization.  We have to engage them in different ways.

348:8    So this game right here, dodge ball, was

348:9    designed to help our representatives memorize answers to

348:10    questions.  And the rules are contained right here in this

348:11    document that is entitled Selling Clinics Basic Training

348:12    Leaders Guide, are contained in this document.

348:13  Q.  And can you just briefly summarize the rules of

348:14    this dodge ball game for the jury?

**Link > DUN3.8**    348:15  A.  You bet.  The rules are stated right here on

348:16    page 7.  Basically the rules of the game are -- you know,

348:17    the outcome is we want representatives to memorize.  And

348:18    there's a deck of cards.

348:19    In this exhibit here, the one entitled dodge

348:20    ball, these are cards.  They're bigger than decks of cards

348:21    that you're used to playing cards with.  They're bigger

348:22    than that but they're still a deck of cards.

**Link > DUN3.8.1**    348:23    And the rules of the game basically is a

348:24    representative -- you're going to be in maybe a semicircle

348:25    group of representatives and a representative will pull a

349:1    card, one of these cards from the deck and there's a

349:2    question on it.  They will read the question to the group

349:3    and the trainer will ask them to answer the question for

349:4    the group.

349:5    If they answer the question accurately, which is

349:6    the objective of the game, they get a point and they get

349:7    to sit down.

349:8    Where dodge comes into it, within this deck of

349:9    cards there are very few cards that are called dodge.  If

349:10    one of the representatives that is in this group pulls the

349:11    dodge card, they get to show it to everyone and they

349:12    automatically get to sit down and the next person in line

349:13    has to stand up and pull another one and answer the next

349:14    question.

349:15    So basically it's a free pass.  They don't have

349:16    to answer that particular -- because there is no question

349:17    on that card, but remember, this is a group training

349:18    environment and most of the cards are questions that we're

349:19    actually trying to get them to memorize so they can answer

**Link > Hide**    349:20    the questions to physicians.

349:21  Q.  And are there any answers to the questions

349:22    contained within the dodge ball cards?

349:23  A.  No, sir.  The trainer has memorized these and

349:24    we're expecting the representative to have memorized it.

**Dunn**

|          |                                                                         |
|----------|-------------------------------------------------------------------------|
| 349:25   | That's the objective of the game.  We're not going to ask               |
| 350:1    | the question and put the answer on it because part of the               |
| 350:2    | game is you pull it and you're expected to know it.  So                  |
| 350:3    | that's why the answer is not on here.                                    |
| 350:4    | Q.  Can you tell us -- there's a reference to                            |
| 350:5    | obstacles in the dodge ball exercise.  What is an                       |
| 350:6    | obstacle?                                                                |
| 350:7    | A.  An obstacle -- it's kind of an industry term.                       |
| 350:8    | Multiple pharmaceutical companies use the same term, and                |
| 350:9    | basically it's a question a physician may have for the                  |
| 350:10   | representative about a particular product or disease, and               |
| 350:11   | they're simply asking a question.                                       |

| 22 | 362:1 -362:18 | Dunn, James 2005-10-07            00:01:08 | Z8.22 |
|----|---------------|--------------------------------------------|-------|

|          |                                                                         |
|----------|-------------------------------------------------------------------------|
| 362:1    | Q.  Mr. Dunn, did you or, to your knowledge, Merck                       |
| 362:2    | withhold any CV safety information from physicians?                      |
| 362:3    | A.  No, sir.  No.  I mean, let's look at the full                        |
| 362:4    | breadth of our communication.  I just don't see how anyone              |
| 362:5    | could come to that conclusion.  We go out to the media and              |
| 362:6    | say here are the results, the media, television,                        |
| 362:7    | newspapers, the Internet.  We publish it in the New                     |
| 362:8    | England Journal of Medicine.  It's out there for                        |
| 362:9    | physicians across the world to see.                                     |
| 362:10   | We put it into scientific forums or conventions                         |
| 362:11   | where physicians, tens of thousands of physicians go to                 |
| 362:12   | hear information like this.  Our representatives were able              |
| 362:13   | to answer questions and talked about the point 1 versus                 |
| 362:14   | point 5.  We sent the information to the FDA.  We asked                  |
| 362:15   | for it to be included in our label.  It was out there for               |
| 362:16   | everyone to look at right from the start of that time,                  |
| 362:17   | that date you gave me there right in 2000.  When the                    |
| 362:18   | results came in we divulged it.                                         |

Play Time for this Script:    **00:25:53**

**Dunn**

**Total time for all Scripts in this report:     00:25:53**