**CURFMAN 1 24 06 Merck cross**

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 1 | **18:21 -19:4** | Curfman 01/24/2006 | 00:00:23 | 00:00:00 | 01:57:00 | Z6.1 |

| | 18:21 | Q.  Dr. Curfman, are you |
| | 18:22 | currently actively practicing medicine? |
| | 18:23 | A.  A very small fraction of my |
| | 18:24 | time is in medical practice in teaching, |
| | 19:1 | but my main responsibility is I'm the |
| | 19:2 | executive editor of the New England |
| | 19:3 | Journal of Medicine, which is a full-time |
| | 19:4 | job. |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 2 | **20:8 -21:7** | Curfman 01/24/2006 | 00:01:11 | 00:00:23 | 01:56:37 | Z6.2 |

| | 20:8 | Q.  I'd like to take a few |
| | 20:9 | minutes and just establish with you, sir, |
| | 20:10 | a basic chronology of some of the key |
| | 20:11 | events that we'll be talking about. |
| | 20:12 | You recall that the VIGOR |
| | 20:13 | manuscript was submitted to the New |
| | 20:14 | England Journal of Medicine in May of |
| | 20:15 | 2000; is that right? |
| | 20:16 | A.  Well, it was submitted -- it |
| | 20:17 | was received into our system on May 23rd |
| | 20:18 | of 2000.  For the record, I think it's |
| | 20:19 | important that we note that the letter of |
| | 20:20 | transmission from the corresponding |
| | 20:21 | author was dated May 18th. |
| | 20:22 | Q.  Do you remember that the |
| | 20:23 | authors asked for expedited treatment of |
| | 20:24 | the VIGOR manuscript? |
| | 21:1 | A.  Yes, I do. |
| | 21:2 | Q.  Do you remember that the New |
| | 21:3 | England Journal of Medicine determined |
| | 21:4 | not to grant the expedited treatment? |
| | 21:5 | A.  Yes.  The editor who made |
| | 21:6 | that decision decided that it was not |
| | 21:7 | indicated in that case, yes. |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 3 | **21:20 -21:24** | Curfman 01/24/2006 | 00:00:24 | 00:01:34 | 01:55:26 | Z6.3 |

| | 21:20 | Q.  Again, because we'll be |
| Link >  CURF1.1 | 21:21 | referring to it during the deposition, do |
| | 21:22 | you recognize Exhibit 1 as a copy of the |
| Link >  CURF1.1.1 | 21:23 | VIGOR manuscript as it eventually was |
| | 21:24 | published in November of 2000? |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 4 | **22:21 -22:21** | Curfman 01/24/2006 | 00:00:01 | 00:01:58 | 01:55:02 | Z6.4 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | 22:21 | A.  Okay. | | | | |

| 5 | 23:23 - 24:19 | Curfman 01/24/2006 | 00:01:09 | 00:01:59 | 01:55:01 | Z6.5 |
|---|---|---|---|---|---|---|
| Link > Hide | 23:23 | Q.  Continuing with the | | | | |
| | 23:24 | chronology, do you recall that in | | | | |
| | 24:1 | February 2001 the FDA convened an | | | | |
| | 24:2 | Advisory Committee? | | | | |
| | 24:3 | A.  Yes.  I did not have that | | | | |
| | 24:4 | information in February, but I did learn | | | | |
| | 24:5 | about that at a later time, later in | | | | |
| | 24:6 | 2001, yes. | | | | |
| | 24:7 | Q.  Do you remember when you | | | | |
| | 24:8 | learned in 2001 that the FDA had convened | | | | |
| | 24:9 | an Advisory Committee? | | | | |
| | 24:10 | A.  To the best of my | | | | |
| | 24:11 | recollection, it was in August or perhaps | | | | |
| | 24:12 | September of 2001 that I first learned | | | | |
| | 24:13 | about that. | | | | |
| | 24:14 | Q.  And did you learn that the | | | | |
| | 24:15 | FDA had information that they had posted | | | | |
| | 24:16 | on their website concerning VIGOR? | | | | |
| | 24:17 | A.  Yes.  I learned about that | | | | |
| | 24:18 | from a colleague, again, it was perhaps | | | | |
| | 24:19 | late August or September of 2001 | | (Edited) | | |

| 6 | 24:19 - 24:23 | Curfman 01/24/2006 | 00:00:15 | 00:03:08 | 01:53:52 | Z6.6 |
|---|---|---|---|---|---|---|
| | 24:19 | and | | (Edited) | | |
| | 24:20 | there was -- I guess I should point out | | | | |
| | 24:21 | that the authors of the VIGOR article | | | | |
| | 24:22 | didn't inform us that additional data | | | | |
| | 24:23 | were being posted. | | | | |

| 7 | 26:23 - 27:3 | Curfman 01/24/2006 | 00:00:14 | 00:03:23 | 01:53:37 | Z6.7 |
|---|---|---|---|---|---|---|
| | 26:23 | Q.  Eventually, did you read a | | | | |
| | 26:24 | memorandum that was part of the FDA's | | | | |
| | 27:1 | file on this that was posted on line | | | | |
| | 27:2 | called the Targum memorandum? | | | | |
| | 27:3 | A.  That's right. | | | | |

| 8 | 27:14 - 27:14 | Curfman 01/24/2006 | 00:00:03 | 00:03:37 | 01:53:23 | Z6.8 |
|---|---|---|---|---|---|---|
| | 27:14 | Q.  Is Exhibit 2, does that | | | | |

| 9 | 27:15 - 27:16 | Curfman 01/24/2006 | 00:00:07 | 00:03:40 | 01:53:20 | Z6.9 |
|---|---|---|---|---|---|---|
| Link > CURF2.2 | 27:15 | appear to you to be a copy of the Targum | | | | |
| | 27:16 | memorandum? | | | | |

| 10 | 27:17 - 27:24 | Curfman 01/24/2006 | 00:00:18 | 00:03:47 | 01:53:13 | Z6.10 |
|---|---|---|---|---|---|---|
| | 27:17 | A.  (Witness reviewing | | | | |
| | 27:18 | document.) | | | | |

|  |  |
|---|---|
| 27:19 | Yes, it does. |
| 27:20 | Q.  When did you first read the |
| 27:21 | Targum memorandum? |
| 27:22 | A.  I first became aware of the |
| 27:23 | data on the FDA website in late August or |
| 27:24 | perhaps September of 2001. |

Link > Hide

| 11 | **28:23 -30:1** | Curfman 01/24/2006 | 00:01:17 | 00:04:05 | 01:52:55 | Z6.11 |
|---|---|---|---|---|---|---|

| 28:23 | Q.  Continuing in the |
|---|---|
| 28:24 | chronology, in 2004, did you learn that |
| 29:1 | Merck had voluntarily withdrawn Vioxx |
| 29:2 | from the marketplace? |
| 29:3 | A.  That's correct. |
| 29:4 | Q.  And when in 2004 did you |
| 29:5 | learn that? |
| 29:6 | A.  I believe that the date was |
| 29:7 | September 30th, 2004, plus or minus a day |
| 29:8 | or two. |
| 29:9 | Q.  Did you learn around that |
| 29:10 | time or soon after the withdrawal that |
| 29:11 | the FDA was convening another Advisory |
| 29:12 | Committee? |
| 29:13 | A.  Right. |
| 29:14 | Q.  And you understood that this |
| 29:15 | Advisory Committee would be looking at |
| 29:16 | all COX-2 inhibitors; is that right? |
| 29:17 | A.  Right. |
| 29:18 | Q.  As well as other NSAIDs. |
| 29:19 | Did you understand that? |
| 29:20 | A.  Yes. |
| 29:21 | Q.  Did the New England Journal |
| 29:22 | of Medicine ask the people who were |
| 29:23 | writing up the APPROVe study to submit it |
| 29:24 | to the New England Journal of Medicine |
| 30:1 | for possible publication? |

| 12 | **30:23 -31:23** | Curfman 01/24/2006 | 00:01:17 | 00:05:22 | 01:51:38 | Z6.12 |
|---|---|---|---|---|---|---|

| 30:23 | A.  There were discussions |
|---|---|
| 30:24 | between our editor-in-chief and one of |
| 31:1 | the authors about that possibility, yes, |
| 31:2 | but I honestly don't know who made the |
| 31:3 | first phone call.  I was not involved in |
| 31:4 | those conversations. |
| 31:5 | Q.  Was it the case that even |
| 31:6 | though Vioxx had been voluntarily |
| 31:7 | withdrawn from the market, the New |
| 31:8 | England Journal of Medicine was |

31:9    interested in publishing the APPROVe
31:10   study so that it would be available to
31:11   the public before the Advisory Committee
31:12   met?
31:13   A.   I don't recall that.   I
31:14   think that we were interested in
31:15   publishing the data, because it seemed to
31:16   us to be an important data set, very
31:17   informative data set, that would inform
31:18   physicians and the rest of the medical
31:19   community about this drug and this class
31:20   of drugs, but I don't recall anything
31:21   about trying to publish it before an
31:22   Advisory Committee.   I don't recall that
31:23   at all.

| 13 | **32:23 - 33:3** | Curfman 01/24/2006 | | 00:00:20 | 00:06:39 | 01:50:21 | Z6.13 |

32:23   Q.   Did there come a time when
32:24   people in the medical community began
33:1    criticizing the New England Journal of
33:2    Medicine for the way that it handled the
33:3    VIGOR publication?

| 14 | **33:10 - 35:1** | Curfman 01/24/2006 | | 00:02:34 | 00:06:59 | 01:50:01 | Z6.14 |

33:10   I can't recall exactly criticism.   I do
33:11   recall discussions.   There wasn't a lot
33:12   of discussion, but I'm not sure that I
33:13   would have recognized it as criticism.
33:14   Q.   By the middle of 2005, was
33:15   the senior editorial group at the New
33:16   England Journal of Medicine meeting on a
33:17   regular basis with a public relations
33:18   firm?
33:19   A.   Excuse me?  Could you repeat
33:20   that?
33:21   Q.   Sure.
33:22         By the middle of 2005, was
33:23   the New England Journal of Medicine
33:24   editorial folks, you and the other senior
34:1    editors, were you meeting on a regular
34:2    basis with a public relations firm?
34:3    A.   I personally did attend some
34:4    meetings with a public relations firm,
34:5    yes.
34:6    Q.   Was one of the subjects that
34:7    you discussed in late 2005 continuing
34:8    into early 2006, one of the subjects that

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 34:9 | you discussed with the public relations | | | | |
| | | 34:10 | firm was how to deal with criticism of | | | | |
| | | 34:11 | the New England Journal of Medicine for | | | | |
| | | 34:12 | the way it handled the VIGOR publication? | | | | |
| | | 34:13 | A.  Well, I don't recall that as | | | | |
| | | 34:14 | being the focus of discussion myself.  I | | | | |
| | | 34:15 | think the topic of COX-2 inhibitors, that | | | | |
| | | 34:16 | topic probably did come up, but I don't | | | | |
| | | 34:17 | recall that we were talking about -- I | | | | |
| | | 34:18 | don't think so. | | | | |
| | | 34:19 | Q.  So, you don't remember that | | | | |
| | | 34:20 | in November and December, in fact, you | | | | |
| | | 34:21 | were communicating almost on a daily | | | | |
| | | 34:22 | basis with this PR firm on subjects | | | | |
| | | 34:23 | including the criticisms of the New | | | | |
| | | 34:24 | England Journal of Medicine concerning | | | | |
| | | 35:1 | how they handled the VIGOR publication? | | | | |
| 15 | 35:11 -35:18 | Curfman 01/24/2006 | | 00:00:25 | 00:09:33 | 01:47:27 | Z6.15 |
| | | 35:11 | Q.  Do you -- are you saying | | | | |
| | | 35:12 | that as you sit here today that you don't | | | | |
| | | 35:13 | know that the New England Journal of | | | | |
| | | 35:14 | Medicine in November and December was | | | | |
| | | 35:15 | communicating with this PR firm on almost | | | | |
| | | 35:16 | a daily basis about criticisms of the New | | | | |
| | | 35:17 | England Journal of Medicine on how it | | | | |
| | | 35:18 | handled the VIGOR publication? | | | | |
| 16 | 36:19 -36:23 | Curfman 01/24/2006 | | 00:00:15 | 00:09:58 | 01:47:02 | Z6.16 |
| | | 36:19 | THE WITNESS:  Well, all I | | | | |
| | | 36:20 | can do is tell you that I was not | | | | |
| | | 36:21 | talking with people at a PR firm | | | | |
| | | 36:22 | about, what did you say, how to | | | | |
| | | 36:23 | handle the VIGOR article or -- | | | | |
| 17 | 37:22 -38:6 | Curfman 01/24/2006 | | 00:00:27 | 00:10:13 | 01:46:47 | Z6.17 |
| | | 37:22 | Q.  My question to you, sir, is, | | | | |
| | | 37:23 | is it your testimony today that you don't | | | | |
| | | 37:24 | know that back in November and December, | | | | |
| | | 38:1 | the New England Journal of Medicine was | | | | |
| | | 38:2 | communicating on a regular basis with a | | | | |
| | | 38:3 | PR firm about how to handle criticism of | | | | |
| | | 38:4 | the manner in which the New England | | | | |
| | | 38:5 | Journal of Medicine handled the VIGOR | | | | |
| | | 38:6 | publication? | | | | |
| 18 | 38:12 -39:5 | Curfman 01/24/2006 | | 00:01:17 | 00:10:40 | 01:46:20 | Z6.18 |
| | | 38:12 | A.  Okay.  To the best of my | | | | |

| | | |
|---|---|---|
| 38:13 | recollection, to the best of my memory, | |
| 38:14 | there was a member of the, what you call | |
| 38:15 | the PR firm, Morrissey & Company, that | |
| 38:16 | would provide us with e-mail updates | |
| 38:17 | about articles in the media that would be | |
| 38:18 | of interest to the New England Journal of | |
| 38:19 | Medicine, to the editors, other staff | |
| 38:20 | members at the journal.  And I would be | |
| 38:21 | copied on these e-mails.  I have to say | |
| 38:22 | that I didn't open all of them, but I did | |
| 38:23 | open some.  They would contain sometimes | |
| 38:24 | copies of articles in the media that | |
| 39:1 | relate to journal activities, and some of | |
| 39:2 | those, I'm sure, related to rofecoxib, | |
| 39:3 | other COX-2 inhibitors, and this general | |
| 39:4 | topic which was being written about in | |
| 39:5 | the media at that time. | (Edited) |

**19    39:5 -39:24    Curfman 01/24/2006    00:01:13  00:11:57  01:45:03    Z6.19**

| | | |
|---|---|---|
| 39:5 | So, that's the | (Edited) |
| 39:6 | best of my recollection, that the | |
| 39:7 | communications that were coming to me | |
| 39:8 | from Morrissey & Company, the ones that I | |
| 39:9 | can remember, were articles from the | |
| 39:10 | public media, again, not dealing only | |
| 39:11 | with rofecoxib or COX-2 inhibitors, but a | |
| 39:12 | whole variety of topics in healthcare and | |
| 39:13 | sometimes articles about articles that | |
| 39:14 | were published in the New England Journal | |
| 39:15 | of Medicine, because we do try to keep | |
| 39:16 | track of what's going on in the media | |
| 39:17 | with respect to our journal and with | |
| 39:18 | respect to important issues in | |
| 39:19 | healthcare, in medicine and the | |
| 39:20 | healthcare community.  So, that's the | |
| 39:21 | best of my recollection about the | |
| 39:22 | communications that I would have been | |
| 39:23 | copied on with respect to Morrissey & | |
| 39:24 | Company. | |

**20    40:1 -40:6    Curfman 01/24/2006    00:00:14  00:13:10  01:43:50    Z6.20**

| | |
|---|---|
| 40:1 | Q.  Don't you remember that they |
| 40:2 | coached you on what to say to the media |
| 40:3 | when the media asked any questions that |
| 40:4 | might be critical of the way that the New |
| 40:5 | England Journal of Medicine handled the |
| 40:6 | VIGOR publication? |

**CURFMAN 1 24 06 Merck cross**

| 21 | **40:13 -40:16** | Curfman 01/24/2006 | 00:00:09 | 00:13:24 | 01:43:36 | Z6.21 |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 40:13 | THE WITNESS:  Well, I don't |
| 40:14 | recall specifically receiving any |
| 40:15 | coaching about how to handle the |
| 40:16 | VIGOR publication. |

(Edited)

| 22 | **40:16 -41:24** | Curfman 01/24/2006 | 00:01:32 | 00:13:33 | 01:43:27 | Z6.22 |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 40:16 | Now, I do |
| 40:17 | recall -- it is standard practice |
| 40:18 | for the media team, and it's not |
| 40:19 | just a PR company, by the way, we |
| 40:20 | have several people in our own |
| 40:21 | organization who are responsible |
| 40:22 | for dealing with the media, and |
| 40:23 | when an issue comes up, it's |
| 40:24 | standard practice for them to |
| 41:1 | develop some points called -- we |
| 41:2 | call them talking points, that |
| 41:3 | would cover certain aspects of |
| 41:4 | issues that one of us, one of us |
| 41:5 | editors might be called upon to |
| 41:6 | ask questions -- to answer |
| 41:7 | questions about.  And I would |
| 41:8 | receive copies of these talking |
| 41:9 | points.  And I will have to say |
| 41:10 | that I didn't use them very often. |
| 41:11 | Sometimes they were useful. |
| 41:12 | Sometimes they weren't useful to |
| 41:13 | me.  But if that's what you're |
| 41:14 | referring to, if I understood your |
| 41:15 | question correctly, I assume that |
| 41:16 | you were referring to the talking |
| 41:17 | points that were prepared.  But |
| 41:18 | they weren't prepared only by a PR |
| 41:19 | firm.  It's important -- there are |
| 41:20 | several people inside our |
| 41:21 | organization who've worked at the |
| 41:22 | Journal for some time who are |
| 41:23 | involved as well in developing |
| 41:24 | talking points. |

(Edited)

| 23 | **42:17 -42:22** | Curfman 01/24/2006 | 00:00:34 | 00:15:05 | 01:41:55 | Z6.23 |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 42:17 | Q.  And then moving on with our |
| 42:18 | chronology, did you and your colleagues, |
| 42:19 | Dr. Morrissey and Dr. Drazen, prepare and |
| 42:20 | post on your website a document called an |
| 42:21 | "Expression of Concern"? |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 42:22 | A.  That's correct. | | | |

---

| 24 | **43:22 -44:3** | Curfman 01/24/2006 | 00:00:15 | 00:15:39 | 01:41:21 | Z6.24 |
|---|---|---|---|---|---|---|

Link > CURF3.1

Link > CURF3.1.1

43:22   Q.  What date did you release
43:23   this and post it on your website?
43:24   A.  I believe it was December
44:1   8th or 9th, somewhere in that area.
44:2   Q.  I think we'll see as we go
44:3   forward that it was December 8.

---

| 25 | **44:21 -45:3** | Curfman 01/24/2006 | 00:00:15 | 00:15:54 | 01:41:06 | Z6.25 |
|---|---|---|---|---|---|---|

Link > Hide

44:21   Q.  Did you know that there was
44:22   a case being tried in Federal Court in
44:23   Houston in early December?
44:24   A.  Yes.
45:1   Q.  And, in fact, you got daily
45:2   updates on that trial, didn't you, from
45:3   your PR team and the others?

---

| 26 | **45:6 -45:9** | Curfman 01/24/2006 | 00:00:05 | 00:16:09 | 01:40:51 | Z6.26 |
|---|---|---|---|---|---|---|

45:6   THE WITNESS:  I don't -- I
45:7   don't know if they were daily
45:8   updates.  I think that there were
45:9   updates from time to time.

---

| 27 | **45:11 -46:17** | Curfman 01/24/2006 | 00:01:22 | 00:16:14 | 01:40:46 | Z6.27 |
|---|---|---|---|---|---|---|

45:11   Q.  And --
45:12   A.  Newspaper articles.
45:13   Q.  And when you released the
45:14   Expression of Concern --
45:15   A.  Uh-huh.
45:16   Q.  -- which I think you'll
45:17   agree was critical of the authors of the
45:18   VIGOR study, is that a fair statement?
45:19   A.  That was not the purpose of
45:20   the Expression of Concern.
45:21   Q.  Whether it was its purpose
45:22   or not, would you agree that the
45:23   Expression of Concern was critical of the
45:24   authors of the VIGOR study?
46:1   A.  The Expression of Concern
46:2   was focused on an article that was
46:3   published in the New England Journal of
46:4   Medicine, a document, scientific document
46:5   that we had obtained evidence that made
46:6   us concerned about the procedures that
46:7   led to the publication of that document.
46:8   And our Expression of Concern was focused

---

| | | | | | | |
|---|---|---|---|---|---|---|
| | 46:9 | on the scientific document in order to | | | | |
| | 46:10 | correct the scientific record.  It was | | | | |
| | 46:11 | not focused on individuals. | | | | |
| | 46:12 | Q.  Well, do you remember that | | | | |
| | 46:13 | you went out and gave a bunch of | | | | |
| | 46:14 | interviews after the Expression of | | | | |
| | 46:15 | Concern was published where you were | | | | |
| | 46:16 | critical of the authors of the VIGOR | | | | |
| | 46:17 | study? | | | | |

| 28 | 46:21 -47:6 | Curfman 01/24/2006 | 00:00:11 | 00:17:36 | 01:39:24 | Z6.28 |
|---|---|---|---|---|---|---|
| | 46:21 | THE WITNESS:  I did not go | | | | |
| | 46:22 | out and give a bunch of | | | | |
| | 46:23 | interviews. | | | | |
| | 46:24 | BY MR. BECK: | | | | |
| | 47:1 | Q.  You didn't? | | | | |
| | 47:2 | A.  No, I did not. | | | | |
| | 47:3 | Q.  How many did you give? | | | | |
| | 47:4 | A.  The way the -- | | | | |
| | 47:5 | Q.  Can you just answer how many | | | | |
| | 47:6 | you gave? | | | | |

| 29 | 47:11 -48:1 | Curfman 01/24/2006 | 00:00:47 | 00:17:47 | 01:39:13 | Z6.29 |
|---|---|---|---|---|---|---|
| | 47:11 | THE WITNESS:  The way the -- | | | | |
| | 47:12 | we were surprised that there were | | | | |
| | 47:13 | so many press calls.  We did not | | | | |
| | 47:14 | issue a press release about the | | | | |
| | 47:15 | Expression of Concern.  We posted | | | | |
| | 47:16 | it on our website, and after it | | | | |
| | 47:17 | was posted, we began to receive | | | | |
| | 47:18 | calls from the media.  I was | | | | |
| | 47:19 | surprised that they were | | | | |
| | 47:20 | interested in this.  For us -- | | | | |
| | 47:21 | this was standard editorial | | | | |
| | 47:22 | procedure for us.  We have issued | | | | |
| | 47:23 | a total of three Expressions of | | | | |
| | 47:24 | Concern since 2002, and we were | | | | |
| | 48:1 | following standard procedures. | | | | |

| 30 | 48:2 -48:21 | Curfman 01/24/2006 | 00:00:54 | 00:18:34 | 01:38:26 | Z6.30 |
|---|---|---|---|---|---|---|
| | 48:2 | When calls from the media | | | | |
| | 48:3 | came in, they were screened by the | | | | |
| | 48:4 | people in our organization who | | | | |
| | 48:5 | screen the media calls.  They | | | | |
| | 48:6 | attempted to answer as many of the | | | | |
| | 48:7 | questions as possible.  And when | | | | |
| | 48:8 | there were questions more of a | | | | |

| | | |
|---|---|---|
| 48:9 | technical nature that they felt | |
| 48:10 | that an editor needed to answer, | |
| 48:11 | they were referred to me. And I | |
| 48:12 | took the calls in my office. I | |
| 48:13 | didn't go out anywhere. I was in | |
| 48:14 | my office, and the calls were | |
| 48:15 | referred to me, and I did the best | |
| 48:16 | that I could to answer the | |
| 48:17 | questions objectively so that the | |
| 48:18 | media would get the right story | |
| 48:19 | about why we had issued this | |
| 48:20 | Expression of Concern. And that | |
| 48:21 | is how this unfolded. | |

---

**31**  **48:24 -49:2**  Curfman 01/24/2006   00:00:06  00:19:28  01:37:32   (Edited)   Z6.31

| | |
|---|---|
| 48:24 | And my question was, how many interviews |
| 49:1 | did you give? Can you answer that |
| 49:2 | question? |

---

**32**  **49:7 -49:11**  Curfman 01/24/2006   00:00:11  00:19:34  01:37:26   Z6.32

| | |
|---|---|
| 49:7 | THE WITNESS: I can't |
| 49:8 | really. Probably more than four |
| 49:9 | and less than ten. I don't know. |
| 49:10 | I didn't count the number of |
| 49:11 | telephone calls that came in. |

---

**33**  **49:13 -49:23**  Curfman 01/24/2006   00:00:19  00:19:45  01:37:15   Z6.33

| | |
|---|---|
| 49:13 | Q. When you said under oath a |
| 49:14 | minute ago that you did not issue a press |
| 49:15 | release, in fact, the New England Journal |
| 49:16 | of Medicine sent out an e-mail alert to |
| 49:17 | the media -- |
| 49:18 | A. Right. |
| 49:19 | Q. -- informing the media that |
| 49:20 | this Expression of Concern that you say |
| 49:21 | was routine was going to be posted later |
| 49:22 | that day? |
| 49:23 | A. Yes. |

---

**34**  **50:10 -50:14**  Curfman 01/24/2006   00:00:08  00:20:04  01:36:56   Z6.34

| | |
|---|---|
| 50:10 | Q. And are you claiming that |
| 50:11 | the New England Journal of Medicine |
| 50:12 | treated this Expression of Concern as a |
| 50:13 | routine matter, nothing out of the |
| 50:14 | ordinary? |

---

**35**  **50:23 -50:24**  Curfman 01/24/2006   00:00:01  00:20:12  01:36:48   Z6.35

| | |
|---|---|
| 50:23 | THE WITNESS: I didn't say |
| 50:24 | that. |

---

**CURFMAN 1 24 06 Merck cross**

| 36 | **51:6 - 51:10** | Curfman 01/24/2006 | 00:00:09 | 00:20:13 | 01:36:47 | | Z6.36 |
|---|---|---|---|---|---|---|---|
| | 51:6 | Q.  Are you claiming that the | | | | | |
| | 51:7 | New England Journal of Medicine treated | | | | | |
| | 51:8 | this Expression of Concern as a routine | | | | | |
| | 51:9 | matter that was nothing out of the | | | | | |
| | 51:10 | ordinary? | | | | | |

| 37 | **51:13 - 51:17** | Curfman 01/24/2006 | 00:00:11 | 00:20:22 | 01:36:38 | | Z6.37 |
|---|---|---|---|---|---|---|---|
| | 51:13 | THE WITNESS:  This is part | | | | | |
| | 51:14 | of the responsibility of editors. | | | | | |
| | 51:15 | It's part of our job that when, | | | | | |
| | 51:16 | after an article has been | | | | | |
| | 51:17 | published in a journal, | | | | (Edited) | |

| 38 | **51:17 - 51:19** | Curfman 01/24/2006 | 00:00:05 | 00:20:33 | 01:36:27 | | Z6.38 |
|---|---|---|---|---|---|---|---|
| | 51:17 | and it's | | | | (Edited) | |
| | 51:18 | not just our journal, it's any | | | | | |
| | 51:19 | medical journal, if an article is | | | | | |

| 39 | **51:20 - 52:9** | Curfman 01/24/2006 | 00:00:42 | 00:20:38 | 01:36:22 | | Z6.39 |
|---|---|---|---|---|---|---|---|
| | 51:20 | published in a journal and at a | | | | | |
| | 51:21 | later time new evidence comes to | | | | | |
| | 51:22 | light that causes the editors to | | | | | |
| | 51:23 | be concerned about some aspect of | | | | | |
| | 51:24 | that article, the process by which | | | | | |
| | 52:1 | it was published, the data, the | | | | | |
| | 52:2 | content, issuing an Expression of | | | | | |
| | 52:3 | Concern is part of the standard | | | | | |
| | 52:4 | operating procedure.  It's set | | | | | |
| | 52:5 | down in the uniform requirements | | | | | |
| | 52:6 | of the International Committee of | | | | | |
| | 52:7 | Medical Journal Editors of which | | | | | |
| | 52:8 | the New England Journal is one of | | | | | |
| | 52:9 | the founding members. | | | | | |

| 40 | **52:10 - 52:23** | Curfman 01/24/2006 | 00:00:43 | 00:21:20 | 01:35:40 | | Z6.40 |
|---|---|---|---|---|---|---|---|
| | 52:10 | And so that, fortunately, we | | | | | |
| | 52:11 | have not had to issue Expressions | | | | | |
| | 52:12 | of Concern very often.  We feel | | | | | |
| | 52:13 | very fortunate about that.  But | | | | | |
| | 52:14 | since 2002, we have issued three | | | | | |
| | 52:15 | of them.  And when we have to do | | | | | |
| | 52:16 | it, it's part of our job, and we | | | | | |
| | 52:17 | do it.  And we are accustomed -- | | | | | |
| | 52:18 | we know the protocol, we follow | | | | | |
| | 52:19 | the same procedure each time that | | | | | |
| | 52:20 | we've done this, and as I've said, | | | | | |
| | 52:21 | it's a part of the | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 52:22 | responsibilities.  Editors | | | |
| | | 52:23 | sometimes have to do this. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | 53:8 -53:8 | Curfman 01/24/2006 | 00:00:03 | 00:22:03 | 01:34:57 | Z6.41 |
| Link > CURF4.1 | | 53:8 | Q.  What's Exhibit 4? | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | 54:17 -55:1 | Curfman 01/24/2006 | 00:00:22 | 00:22:06 | 01:34:54 | Z6.42 |
| Link > CURF4.1.1 | | 54:17 | To the best of my | | | |
| | | 54:18 | recollection, when the Expression | | | |
| | | 54:19 | of Concern was posted on the | | | |
| | | 54:20 | website, I believe that this may | | | |
| | | 54:21 | have been a statement that was | | | |
| | | 54:22 | placed below it or next to it, | | | |
| | | 54:23 | below it, I guess, to provide | | | |
| | | 54:24 | additional explanation for why it | | | |
| Link > Hide | | 55:1 | was being released. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | 55:3 -55:17 | Curfman 01/24/2006 | 00:00:31 | 00:22:28 | 01:34:32 | Z6.43 |
| | | 55:3 | Q.  So, this was a statement | | | |
| | | 55:4 | issued by the New England Journal of | | | |
| | | 55:5 | Medicine on December 8th, the same day as | | | |
| | | 55:6 | the Expression of Concern, and it | | | |
| | | 55:7 | accompanied the Expression of Concern on | | | |
| | | 55:8 | the New England Journal of Medicine's | | | |
| | | 55:9 | website?  Isn't that true? | | | |
| | | 55:10 | A.  Well, if you tell me -- to | | | |
| | | 55:11 | the best of my recollection -- it doesn't | | | |
| | | 55:12 | say that here, but that's the best of my | | | |
| | | 55:13 | recollection.  If you tell me that that's | | | |
| | | 55:14 | where you got it, I believe you. | | | |
| | | 55:15 | Q.  And you'd never done that | | | |
| | | 55:16 | before in connection with an Expression | | | |
| | | 55:17 | of Concern, had you? | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | 55:20 -55:21 | Curfman 01/24/2006 | 00:00:02 | 00:22:59 | 01:34:01 | Z6.44 |
| | | 55:20 | THE WITNESS:  I don't | | | |
| | | 55:21 | recall.  I don't recall. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | 55:23 -56:3 | Curfman 01/24/2006 | 00:00:11 | 00:23:01 | 01:33:59 | Z6.45 |
| | | 55:23 | Q.  Well, you don't recall one | | | |
| | | 55:24 | way or another whether you issued a | | | |
| | | 56:1 | one-page statement accompanying either | | | |
| | | 56:2 | one of those other two Expressions of | | | |
| | | 56:3 | Concern that you talked about? | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | 56:13 -56:24 | Curfman 01/24/2006 | 00:00:28 | 00:23:12 | 01:33:48 | Z6.46 |
| | | 56:13 | I didn't write | (Edited) | | |
| | | 56:14 | this statement, and I do remember | | | |
| | | 56:15 | being informed that, would it be | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | 56:16 | advisable to provide some | | | |
| | | 56:17 | explanation given the technical | | | |
| | | 56:18 | nature of the Expression of | | | |
| | | 56:19 | Concern, would it be advisable to | | | |
| | | 56:20 | have such a statement?  And I | | | |
| | | 56:21 | remember discussing that, and | | | |
| | | 56:22 | so -- but I did not write the | | | |
| | | 56:23 | statement.  I remember discussing | | | |
| | | 56:24 | it. | | | |

| 47 | **57:2 -57:24** | Curfman 01/24/2006 | 00:01:03 | 00:23:40 | 01:33:20 | Z6.47 |
|---|---|---|---|---|---|---|
| | | 57:2 | Q.  You said before that you | | | |
| | | 57:3 | handled this Expression of Concern the | | | |
| | | 57:4 | same way you handled the other two? | | | |
| | | 57:5 | A.  Yes.  In terms of -- | | | |
| | | 57:6 | Q.  And my question for you, | | | |
| | | 57:7 | sir, is, in either one of the other two | | | |
| | | 57:8 | Expressions of Concern, did the New | | | |
| | | 57:9 | England Journal of Medicine release a | | | |
| | | 57:10 | statement that accompanied the Expression | | | |
| | | 57:11 | of Concern? | | | |
| | | 57:12 | A.  Again, I don't recall the | | | |
| | | 57:13 | answer to that, but what I was referring | | | |
| | | 57:14 | to was the -- in terms of handling the | | | |
| | | 57:15 | Expression of Concern, what I was talking | | | |
| | | 57:16 | about is the steps that we took, how | | | |
| | | 57:17 | the -- how we made the decision to write | | | |
| | | 57:18 | an Expression of Concern, how that | | | |
| | | 57:19 | Expression of Concern was written, who | | | |
| | | 57:20 | read it and reviewed it, and when it was | | | |
| | | 57:21 | released.  Those kinds of steps were the | | | |
| | | 57:22 | same steps that we followed in each of | | | |
| | | 57:23 | these three cases.  And that's what I was | | | |
| | | 57:24 | referring to. | | | |

| 48 | **58:1 -58:14** | Curfman 01/24/2006 | 00:00:28 | 00:24:43 | 01:32:17 | Z6.48 |
|---|---|---|---|---|---|---|
| | | 58:1 | Q.  Now, you say that you did | | | |
| | | 58:2 | not write this statement, Exhibit 4, that | | | |
| | | 58:3 | was posted on the website.  Did Dr. | | | |
| | | 58:4 | Morrissey write it?  He was one of the | | | |
| | | 58:5 | co-authors with you of the Expression of | | | |
| | | 58:6 | Concern, right? | | | |
| | | 58:7 | A.  Yes, he was. | | | |
| | | 58:8 | Q.  Did Dr. Morrissey write this | | | |
| | | 58:9 | statement that was posted on your | | | |
| | | 58:10 | website? | | | |
| | | 58:11 | A.  I don't know who wrote this | | | |

|       |              |               |              |          |          |          |        |
|-------|--------------|---------------|--------------|----------|----------|----------|--------|

58:12    statement, to be honest with you.

58:13    Q.  Well, don't you know, in

58:14    fact, that it was written by your PR guy?

---

**49**    **58:17 -59:9**    Curfman 01/24/2006       00:00:35   00:25:11   01:31:49          Z6.49

58:17        THE WITNESS:  No, I don't

58:18       know who wrote the statement.

58:19    BY MR. BECK:

58:20    Q.  Did you have a chance to

58:21    spend some time reviewing this statement

58:22    before it was posted on behalf of the New

58:23    England Journal of Medicine on your

58:24    website?

59:1    A.  I believe I saw it briefly,

59:2    but I did not spend a lot of time with

59:3    it, no.

59:4    Q.  Do you remember that you

59:5    weren't even shown this statement that

59:6    was posted on your website until the day

59:7    it was posted?

59:8    A.  I think that's certainly

59:9    possible, yes.

---

**50**    **59:23 -60:4**    Curfman 01/24/2006       00:00:12   00:25:46   01:31:14          Z6.50

59:23    Q.  Ed, do you remember Ed?

59:24    A.  Ed?

60:1    Q.  The PR guy named Ed?  Do you

60:2    remember a PR guy named Ed that you

60:3    talked with almost every day during this

60:4    period?

---

**51**    **60:15 -60:20**    Curfman 01/24/2006       00:00:07   00:25:58   01:31:02          Z6.51

60:15        THE WITNESS:  You mean Ed

60:16       Cafasso?  Is that who you mean, Ed

60:17       Cafasso?

60:18    BY MR. BECK:

60:19    Q.  Yes.  The PR guy, Ed.

60:20    A.  Yes.

---

**52**    **61:20 -62:2**    Curfman 01/24/2006       00:00:21   00:26:05   01:30:55          Z6.52

61:20    Q.  During early December, were

61:21    the senior editors of the New England

61:22    Journal of Medicine following the trial

61:23    down there in Houston so closely that

61:24    they were actually reading or being

62:1    informed of the contents of the testimony

62:2    that was coming in during that trial?

---

**53**    **62:5 -62:7**    Curfman 01/24/2006       00:00:06   00:26:26   01:30:34          Z6.53

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | 62:5 | THE WITNESS:  I can really | | |
| | | 62:6 | only speak for myself, and the | | |
| | | 62:7 | answer is unequivocally no. | | |

| 54 | 62:15 -62:16 | Curfman 01/24/2006 | 00:00:04 | 00:26:32 | 01:30:28 | Z6.54 |
|---|---|---|---|---|---|---|
| | | 62:15 | Q.  I'm handing you what we've | | | |
| | | 62:16 | marked as Exhibit 5. | | | |

| 55 | 62:19 -64:10 | Curfman 01/24/2006 | 00:01:29 | 00:26:36 | 01:30:24 | Z6.55 |
|---|---|---|---|---|---|---|
| | | 62:19 | Q.  Do you see here, sir, that | | | |
| | | 62:20 | this is an e-mail, internal e-mail from | | | |
| | | 62:21 | or among the senior editors of the New | | | |
| | | 62:22 | England Journal of Medicine? | | | |
| | | 62:23 | A.  Yes. | | | |
| | | 62:24 | Q.  And it's from Dr. Drazen; | | | |
| | | 63:1 | right? | | | |
| | | 63:2 | A.  Well, there are two e-mails | | | |
| | | 63:3 | here.  Are you talking -- | | | |
| | | 63:4 | Q.  The one on the top. | | | |
| | | 63:5 | A.  The one on the top.  Yes. | | | |
| | | 63:6 | From Dr. Drazen, yes. | | | |
| | | 63:7 | Q.  He's the editor-in-chief of | | | |
| | | 63:8 | the New England Journal of Medicine, | | | |
| | | 63:9 | right? | | | |
| | | 63:10 | A.  Yes, he is. | | | |
| | | 63:11 | Q.  It's dated Saturday, | | | |
| | | 63:12 | December 3rd; correct? | | | |
| | | 63:13 | A.  Right. | | | |
| | | 63:14 | Q.  And it's to you, right? | | | |
| | | 63:15 | A.  Uh-huh. | | | |
| | | 63:16 | Q.  And to Dr. Morrissey, | | | |
| | | 63:17 | correct? | | | |
| | | 63:18 | A.  Right. | | | |
| | | 63:19 | Q.  And you would be the three | | | |
| | | 63:20 | top editors of the New England Journal of | | | |
| | | 63:21 | Medicine, right? | | | |
| | | 63:22 | A.  We're three of the top | | | |
| | | 63:23 | editors, yes. | | | |
| | | 63:24 | Q.  And do you see here where | | | |
| | | 64:1 | the editor-in-chief of the New England | | | |
| | | 64:2 | Journal of Medicine is reporting to you | | | |
| | | 64:3 | concerning the contents of the deposition | | | |
| | | 64:4 | testimony of Dr. Reicin? | | | |
| | | 64:5 | A.  Uh-huh. | | | |
| | | 64:6 | Q.  Why was the editor-in-chief | | | |
| | | 64:7 | of the New England Journal of Medicine | | | |
| | | 64:8 | giving you updates concerning the | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 64:9 | contents of Dr. Reicin's testimony down | | | |
| | | 64:10 | there in the Houston trial? | | | |

| 56 | 66:20 - 67:18 | Curfman 01/24/2006 | 00:00:52 | 00:28:05 | 01:28:55 | Z6.56 |
|---|---|---|---|---|---|---|
| | | 66:20 | Q.  You know there are | | | |
| | | 66:21 | depositions, then there are trials. | | | |
| | | 66:22 | You're in a deposition now.  The thing | | | |
| | | 66:23 | that was going down in Houston with a | | | |
| | | 66:24 | jury was a trial. | | | |
| | | 67:1 | Now, when you read this, did | | | |
| | | 67:2 | you understand it to refer to trial | | | |
| | | 67:3 | testimony by Dr. Reicin or deposition | | | |
| | | 67:4 | testimony or which? | | | |
| | | 67:5 | A.  Well, I'll have to be very | | | |
| | | 67:6 | honest with you.  I only vaguely remember | | | |
| | | 67:7 | this e-mail message.  I remember that it | | | |
| | | 67:8 | was on a Saturday late in the morning.  I | | | |
| | | 67:9 | was working at my desk in my home. | | | |
| | | 67:10 | Q.  Actually, it says 11:31 p.m. | | | |
| | | 67:11 | A.  Oh, p.m., I'm sorry. | | | |
| | | 67:12 | Q.  Almost midnight he's telling | | | |
| | | 67:13 | you about this testimony, right? | | | |
| | | 67:14 | A.  I don't think I was awake | | | |
| | | 67:15 | then.  I try to be in bed earlier than | | | |
| | | 67:16 | that.  So, I think that I got it perhaps | | | |
| | | 67:17 | the next morning, maybe it was actually | | | |
| | | 67:18 | Sunday morning, I was working at my desk. | | | |

| 57 | 67:19 - 68:3 | Curfman 01/24/2006 | 00:00:24 | 00:28:57 | 01:28:03 | Z6.57 |
|---|---|---|---|---|---|---|
| | | 67:19 | And I have to say, I didn't pay too much | | | |
| | | 67:20 | attention to this message.  It's a | | | |
| | | 67:21 | three-line message.  It didn't -- it | | | |
| | | 67:22 | wasn't very informative to me, and I | | | |
| | | 67:23 | wasn't sure where we would actually take | | | |
| | | 67:24 | something like this.  So, I don't think | | | |
| | | 68:1 | there was any followup action on this, | | | |
| | | 68:2 | so, I can't really comment much more than | | | |
| | | 68:3 | that. | | | |

| 58 | 68:14 - 69:8 | Curfman 01/24/2006 | 00:00:59 | 00:29:21 | 01:27:39 | Z6.58 |
|---|---|---|---|---|---|---|
| | | 68:14 | Q.  When you released the | | | |
| | | 68:15 | editorial on December 8th, I think you | | | |
| | | 68:16 | indicated before you didn't know, you | | | |
| | | 68:17 | say, precisely what was going on in the | | | |
| | | 68:18 | trial down in Houston.  Is that right? | | | |
| | | 68:19 | A.  Right. | | | |
| | | 68:20 | Q.  You knew that the trial was | | | |

| | |
|---|---|
| 68:21 | still going on down in Houston? |
| 68:22 | A.  Yes. |
| 68:23 | Q.  You also knew, obviously, |
| 68:24 | that Vioxx was not being prescribed and |
| 69:1 | sold on December 8th, 2005; right? |
| 69:2 | A.  Yes.  That's right.  We |
| 69:3 | generally -- we have referred to it as |
| 69:4 | rofecoxib, but, yes, that's right. |
| 69:5 | Q.  And so on December 8th, when |
| 69:6 | you released this Expression of Concern, |
| 69:7 | there was no public health emergency -- |
| 69:8 | A.  No. |

| 59 | 71:11 -72:17 | Curfman 01/24/2006 | | 00:01:17  00:30:20  01:26:40 | Z6.59 |
|---|---|---|---|---|---|
| | | 71:11 | Q.  You've got what we've marked | | |
| Link >  CURF6.1 | | 71:12 | as Defendant's Exhibit 6 in front of you, | | |
| | | 71:13 | right? | | |
| | | 71:14 | A.  Right.  Uh-huh. | | |
| | | 71:15 | Q.  And do you see that the | | |
| Link >  CURF6.1.1 | | 71:16 | first page of Defendant's Exhibit 6 is an | | |
| | | 71:17 | e-mail string of e-mails from December | | |
| | | 71:18 | 8th? | | |
| | | 71:19 | A.  Right. | | |
| | | 71:20 | Q.  And the first one is from | | |
| | | 71:21 | Karen Pedersen -- | | |
| | | 71:22 | A.  Pedersen, yes. | | |
| | | 71:23 | Q.  Pederson to you? | | |
| | | 71:24 | A.  Right. | | |
| | | 72:1 | Q.  With a copy to Dr. | | |
| | | 72:2 | Morrissey? | | |
| | | 72:3 | A.  That's right. | | |
| | | 72:4 | Q.  And it says she's forwarding | | |
| | | 72:5 | something called talking points; right? | | |
| | | 72:6 | A.  Yes.  That's what I referred | | |
| | | 72:7 | to earlier. | | |
| | | 72:8 | Q.  And Karen Pedersen, is she | | |
| | | 72:9 | an internal PR person for the New England | | |
| | | 72:10 | Journal of Medicine? | | |
| | | 72:11 | A.  She's the manager of media | | |
| | | 72:12 | relations.  We don't call her a PR | | |
| | | 72:13 | person, but she is our interface with the | | |
| | | 72:14 | media. | | |
| | | 72:15 | Q.  And she's forwarding on | | |
| | | 72:16 | talking points that were sent to her by | | |
| | | 72:17 | Ed Cafasso; right? | | |

| 60 | 73:2 -73:20 | Curfman 01/24/2006 | | 00:00:32  00:31:37  01:25:23 | Z6.60 |
|---|---|---|---|---|---|

73:2    Q.  But do you see right
73:3    underneath the first e-mail --
73:4    A.  Yeah.
73:5    Q.  -- that we looked at, which
73:6    would have been the most recent e-mail,
73:7    there's an e-mail -- she's forwarding the
73:8    thing that she got right below from Ed
73:9    Cafasso to her --
73:10    A.  Right.
73:11    Q.  -- "Subject:  Talking
73:12    points," "Importance:  High"?
73:13    A.  Uh-huh.  Yep.
73:14    Q.  And Ed Cafasso, he's the
73:15    outside PR guy; right?
73:16    A.  Yes.
73:17    Q.  So, he's attaching the
73:18    talking points and the Q&A, he says;
73:19    correct?
73:20    A.  Right.

| 61 | **74:3 -74:16** | Curfman 01/24/2006 | 00:00:27 | 00:32:09 | 01:24:51 | Z6.61 |

74:3    Q.  Are you on the page that has
Link > CURF6.4    74:4    at the top the title "Expression of
74:5    Concern: Key Points and Q&A."
Link > CURF6.4.2    74:6    A.  Right.
74:7    Q.  Are these the kind of
74:8    talking points that you referred to
74:9    earlier in your testimony that people
74:10    would give you to use?
74:11    A.  Sometimes they would, yes.
74:12    Q.  And they did this time;
74:13    right?
74:14    A.  They did.      (Edited)
74:15    I used these talking points because I
74:16    don't think I did, but...

| 62 | **74:17 -75:9** | Curfman 01/24/2006 | 00:00:42 | 00:32:36 | 01:24:24 | Z6.62 |

74:17    Q.  Well, let's take a look down
Link > CURF6.4.1    74:18    at the one that says "Why Did we Release
74:19    this Today?"
74:20    A.  Uh-huh.
74:21    Q.  And the talking point says,
74:22    "We felt it was important to release this
74:23    information as soon as we understood how
74:24    it impacted the conclusions of the paper
75:1    we had published.  We felt we should
75:2    announce this once we had completed our

| | | |
|---|---|---|
| | 75:3 | investigation of the data, which included |
| | 75:4 | a statistical analysis, and had raised |
| | 75:5 | our concerns with the authors." |
| | 75:6 | Did you follow that talking |
| | 75:7 | point when members of the media asked you |
| | 75:8 | why you released the Expression of |
| | 75:9 | Concern when the jury was out in Houston? |

| 63 | **75:15 -75:15** | Curfman 01/24/2006 | 0 | 00:33:18 | 01:23:42 | Z6.63 |
|---|---|---|---|---|---|---|
| | | 75:15 | THE WITNESS:  I don't -- | | | |

| 64 | **76:1 -76:11** | Curfman 01/24/2006 | 00:00:33 | 00:33:18 | 01:23:42 | Z6.64 |
|---|---|---|---|---|---|---|
| Link > Hide | | 76:1 | Q.  Is it still your testimony | | | |
| | | 76:2 | that you didn't know on December 8th when | | | |
| | | 76:3 | you released the Expression of Concern | | | |
| | | 76:4 | that the jury was out in Houston? | | | |
| | | 76:5 | A.  I don't know how I could | | | |
| | | 76:6 | have known that.  I mean, you know, it's | | | |
| | | 76:7 | not something that I would have known. | | | |
| | | 76:8 | Q.  Did you use this talking | | | |
| | | 76:9 | point when you answered questions from | | | |
| | | 76:10 | the media about why you released that | | | |
| | | 76:11 | Expression of Concern on that date? | | | |

| 65 | **76:16 -76:21** | Curfman 01/24/2006 | 00:00:14 | 00:33:51 | 01:23:09 | Z6.65 |
|---|---|---|---|---|---|---|
| | | 76:16 | Q.  Well, you were asked about | | | |
| | | 76:17 | why in the media, weren't you? | | | |
| | | 76:18 | A.  I don't recall, but what I | | | |
| | | 76:19 | can say is that I didn't use this talking | | | |
| | | 76:20 | point because I didn't need to use this | | | |
| | | 76:21 | talking point. | | (Edited) | |

| 66 | **77:1 -77:17** | Curfman 01/24/2006 | 00:00:48 | 00:34:05 | 01:22:55 | Z6.66 |
|---|---|---|---|---|---|---|
| | | 77:1 | THE WITNESS:  The truth of | | | |
| | | 77:2 | the matter is that we released the | | | |
| | | 77:3 | Expression of Concern when we had | | | |
| | | 77:4 | all of the data assembled, when we | | | |
| | | 77:5 | had deliberated, we had the facts | | | |
| | | 77:6 | in hand.  We very carefully | | | |
| | | 77:7 | deliberated.  The editors had come | | | |
| | | 77:8 | together, reviewed all the | | | |
| | | 77:9 | information that we had, including | | | |
| | | 77:10 | information that we obtained on | | | |
| | | 77:11 | November 21st, 2005.  We made our | | | |
| | | 77:12 | best judgment as editors of the | | | |
| | | 77:13 | New England Journal of Medicine | | | |
| | | 77:14 | with many years of experience | | | |
| | | 77:15 | collectively, and we sat down and | | | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 77:16 | wrote the document, the Expression |  |  |  |  |
|  |  | 77:17 | of Concern. |  |  | (Edited) |  |
| 67 | **77:17 -78:1** | Curfman 01/24/2006 |  | 00:00:25 | 00:34:53 | 01:22:07 | Z6.67 |
|  |  | 77:17 | We worked very hard |  |  | (Edited) |  |
|  |  | 77:18 | on every word of that document. |  |  |  |  |
|  |  | 77:19 | Every word was a focus. |  |  |  |  |
|  |  | 77:20 | We then had the document |  |  |  |  |
|  |  | 77:21 | peer reviewed by someone who we |  |  |  |  |
|  |  | 77:22 | have a lot of respect for and who |  |  |  |  |
|  |  | 77:23 | is very good with numbers and |  |  |  |  |
|  |  | 77:24 | statistical analysis, who went |  |  |  |  |
|  |  | 78:1 | over things for us. |  |  | (Edited) |  |
| 68 | **78:1 -78:6** | Curfman 01/24/2006 |  | 00:00:15 | 00:35:18 | 01:21:42 | Z6.68 |
|  |  | 78:1 | And when we |  |  | (Edited) |  |
|  |  | 78:2 | finally reached what we considered |  |  |  |  |
|  |  | 78:3 | to be a final version after going |  |  |  |  |
|  |  | 78:4 | through many versions of the |  |  |  |  |
|  |  | 78:5 | Expression of Concern we released |  |  |  |  |
|  |  | 78:6 | it. |  |  | (Edited) |  |
| 69 | **78:6 -78:19** | Curfman 01/24/2006 |  | 00:00:34 | 00:35:33 | 01:21:27 | Z6.69 |
|  |  | 78:6 | Which is our responsibility as |  |  | (Edited) |  |
|  |  | 78:7 | editors under the uniform |  |  |  |  |
|  |  | 78:8 | requirements of the International |  |  |  |  |
|  |  | 78:9 | Committee of Medical Journal |  |  |  |  |
|  |  | 78:10 | Editors.  And that's what we did. |  |  |  |  |
|  |  | 78:11 | We followed the standard protocol |  |  |  |  |
|  |  | 78:12 | that we've followed in the past, |  |  |  |  |
|  |  | 78:13 | and we released the information |  |  |  |  |
|  |  | 78:14 | when we had it ready in order to |  |  |  |  |
|  |  | 78:15 | inform the medical community that |  |  |  |  |
|  |  | 78:16 | we had some concerns about this |  |  |  |  |
|  |  | 78:17 | work and had referred these |  |  |  |  |
|  |  | 78:18 | concerns to the authors of the |  |  |  |  |
|  |  | 78:19 | article for a response. |  |  |  |  |
| 70 | **80:17 -80:19** | Curfman 01/24/2006 |  | 00:00:06 | 00:36:07 | 01:20:53 | Z6.70 |
|  |  | 80:17 | Q.  We've been looking at the |  |  |  |  |
|  |  | 80:18 | December 8 talking points.  Let me show |  |  |  |  |
|  | Link > CURF7.1 | 80:19 | you Exhibit 7. |  |  |  |  |
| 71 | **81:7 -81:10** | Curfman 01/24/2006 |  | 00:00:07 | 00:36:13 | 01:20:47 | Z6.71 |
|  |  | 81:7 | BY MR. BECK: |  |  |  |  |
|  |  | 81:8 | Q.  Do you see that this |  |  |  |  |
|  | Link > CURF7.1.1 | 81:9 | document is the December 5th version of |  |  |  |  |
|  |  | 81:10 | the talking points? |  |  |  |  |

**CURFMAN 1 24 06 Merck cross**

| 72 | **81:13 - 81:13** | Curfman 01/24/2006 | 00:00:02 | 00:36:20 | 01:20:40 | Z6.72 |
| | | 81:13 | THE WITNESS: Yes. | | | |

| 73 | **81:15 - 81:16** | Curfman 01/24/2006 | 00:00:05 | 00:36:22 | 01:20:38 | Z6.73 |
| | | 81:15 | Q. Down at the bottom it says, | | | |
| Link > CURF7.1.2 | | 81:16 | "Why Did We Release This When We Did?" | | | |

| 74 | **82:15 - 83:7** | Curfman 01/24/2006 | 00:00:38 | 00:36:27 | 01:20:33 | Z6.74 |
| | | 82:15 | Q. I apologize. I've got the | | | |
| | | 82:16 | date wrong. So, now we're talking about | | | |
| | | 82:17 | after it's been released and out there in | | | |
| | | 82:18 | the public for a while; right? | | | |
| | | 82:19 | A. Right. Uh-huh. | | | |
| | | 82:20 | Q. And so this was a later | | | |
| | | 82:21 | version of the talking points. And down | | | |
| | | 82:22 | at the bottom it says "Why Did We Release | | | |
| | | 82:23 | This When We Did?" Could you read for me | | | |
| | | 82:24 | the first sentence -- | | | |
| | | 83:1 | A. Sure. | | | |
| | | 83:2 | Q. -- of the talking points? | | | |
| | | 83:3 | A. Sure. "We made this | | | |
| | | 83:4 | information public as soon as we could, | | | |
| | | 83:5 | without regard to the trial." | | | |
| | | 83:6 | Q. Now, that statement in the | | | |
| Link > Hide | | 83:7 | talking points was false, wasn't it? | | | |

| 75 | **83:11 - 83:15** | Curfman 01/24/2006 | 00:00:14 | 00:37:05 | 01:19:55 | Z6.75 |
| | | 83:11 | Q. In fact, when you were | | | |
| | | 83:12 | planning the release of the Expression of | | | |
| | | 83:13 | Concern, you were planning it to coincide | | | |
| | | 83:14 | with specific events of the trial down in | | | |
| | | 83:15 | Houston. Isn't that true? | | | |

| 76 | **83:22 - 84:2** | Curfman 01/24/2006 | 00:00:12 | 00:37:19 | 01:19:41 | Z6.76 |
| | | 83:22 | You were planning to release | | | |
| | | 83:23 | the Expression of Concern based on | | | |
| | | 83:24 | specific events that you had been told | | | |
| | | 84:1 | would take place down in the trial in | | | |
| | | 84:2 | Houston, isn't that true, sir? | | | |

| 77 | **84:6 - 84:6** | Curfman 01/24/2006 | 00:00:01 | 00:37:31 | 01:19:29 | Z6.77 |
| | | 84:6 | THE WITNESS: No. | | | |

| 78 | **84:14 - 84:14** | Curfman 01/24/2006 | 00:00:03 | 00:37:32 | 01:19:28 | Z6.78 |
| Link > CURF8.1 | | 84:14 | Q. What is Exhibit 8? | | | |

| 79 | **84:18 - 84:22** | Curfman 01/24/2006 | 00:00:21 | 00:37:35 | 01:19:25 | Z6.79 |
| | | 84:18 | THE WITNESS: Right. This | | | |
| | | 84:19 | is some e-mail from December 8th | | | |
| | | 84:20 | among the various editors of the | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 84:21 | Journal about the Expression of | | | | |
| | 84:22 | Concern. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 80 | **84:24 -85:18** | Curfman 01/24/2006 | 00:01:02 | 00:37:56 | 01:19:04 | Z6.80 |

| | |
|---|---|
| 84:24 | Q.   And on the bottom, which |
| Link >   CURF8.1.1   85:1 | would be the earliest of the three |
| 85:2 | e-mails printed on this page; is that |
| 85:3 | correct? |
| 85:4 | A.   Yes.  December 7th, right. |
| 85:5 | Q.   And it's December 7th, 6:00 |
| 85:6 | p.m. from Tad Campion.  Who is Tad |
| 85:7 | Campion? |
| 85:8 | A.   He's the senior deputy |
| 85:9 | editor at the journal. |
| 85:10 | Q.   Then it says to -- and it |
| 85:11 | has Lisa Scott, Karen Pedersen, Sandra |
| 85:12 | Jacobs, Andrea Graham and Julie Mooza. |
| 85:13 | Are they all employees of the New England |
| 85:14 | Journal of Medicine? |
| 85:15 | A.   This is the web team, yes. |
| 85:16 | Q.   And then cc, that means |
| 85:17 | copies; right? |
| 85:18 | A.   That's right. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | **87:6 -88:2** | Curfman 01/24/2006 | 00:00:44 | 00:38:58 | 01:18:02 | Z6.81 |

| | |
|---|---|
| 87:6 | Q.   And then you're copied on |
| 87:7 | this December 7th 6:00 p.m. e-mail; |
| 87:8 | right? |
| 87:9 | A.   Yes. |
| 87:10 | Q.   Dr. Drazen, the |
| 87:11 | editor-in-chief is also copied; correct? |
| 87:12 | A.   Correct. |
| 87:13 | Q.   Then the subject, what does |
| 87:14 | the subject line read? |
| 87:15 | A.   "Probable Early Release |
| 87:16 | Tomorrow P.M.," is that what you're |
| 87:17 | referring to? |
| 87:18 | Q.   Yes.  Underneath where it |
| 87:19 | says "Probable Early Release Tomorrow |
| 87:20 | P.M.," there's a line that says |
| 87:21 | "Importance," and what did Mr. Campion |
| 87:22 | say was the importance of this e-mail? |
| 87:23 | A.   It says "High." |
| 87:24 | Q.   Then the e-mail says, |
| 88:1 | "Steve."  Who would that be?  Is that |
| 88:2 | Steve Morrissey? |

**CURFMAN 1 24 06 Merck cross**

| 82 | **88:4-88:5** | Curfman 01/24/2006 | 00:00:03 | 00:39:42 | 01:17:18 | Z6.82 |
|---|---|---|---|---|---|---|

88:4          THE WITNESS:  That would
88:5          probably be Dr. Morrissey, yes.

| 83 | **88:7-89:3** | Curfman 01/24/2006 | 00:00:51 | 00:39:45 | 01:17:15 | Z6.83 |
|---|---|---|---|---|---|---|

88:7      Q.   "Steve wants us to know
88:8      that we need to get ready to post as an
88:9      early release the Expression of Concern
88:10    that is scheduled for the editorial pages
88:11    of the December 29th issue."
88:12         Let me ask you first, as of
88:13    December 7 at 6 p.m., in fact, the
88:14    Expression of Concern had been scheduled
88:15    to be printed on December 29th with the
88:16    regular edition of the journal, right?
88:17    A.  Yes.
88:18    Q.   And then it says, "The
88:19    reason," that's the reason for this early
88:20    release; right?
88:21    A.  Right.
88:22    Q.   "The reason is that
88:23    tomorrow's testimony in the Vioxx trial
88:24    may involve part of a deposition that
89:1      Greg gave about the NEJM and the VIGOR
89:2      trial."  "Greg" is you; right?
89:3      A.   That's right.

| 84 | **89:4-89:16** | Curfman 01/24/2006 | 00:00:31 | 00:40:36 | 01:16:24 | Z6.84 |
|---|---|---|---|---|---|---|

89:4      Q.  And then it says, "If so,
89:5      there will be press attention, and we
89:6      want the press to know about the official
89:7      NEJM statement.  That is being laid out
89:8      and needs to be ready to go" on the
89:9      website "as an early release."  Right?
89:10    A.   Correct.
89:11    Q.   "Steve or Greg or I will
89:12    let you know when it's time to go.
89:13    Things in a trial can always get pushed
89:14    back a day or two, so we cannot yet be
89:15    positive."  Right?
89:16    A.   Uh-huh.

| 85 | **89:20-90:15** | Curfman 01/24/2006 | 00:00:56 | 00:41:07 | 01:15:53 | Z6.85 |
|---|---|---|---|---|---|---|

89:20    Q.   And that's what you were
89:21    told on December 7, 6:00 p.m.; correct?
89:22    A.   Right.
89:23    Q.   Then earlier you said that

89:24     you were surprised at the press reaction

90:1     to the --

90:2     A.  Yes.

90:3     Q.  -- Expression of Concern?

90:4     A.  Yes, I was.

90:5     Q.  Do you see the last line, it

90:6     says, "It will be essential to notify the

90:7     press and make it prominent on the press

90:8     site"?  Do you see that?

90:9     A.  Yes, I do.

Link > Hide

90:10     Q.  Now, how is it that you and

90:11     your colleagues at the New England

90:12     Journal of Medicine knew that the

90:13     plaintiffs' lawyers were hoping to play

90:14     your deposition on the next day, December

90:15     8, as is reflected in this e-mail?

---

| 86 | 90:19 -90:22 | Curfman 01/24/2006 | | 00:00:07 | 00:42:03 | 01:14:57 | | Z6.86 |

90:19     THE WITNESS:  I don't -- you

90:20     know, Dr. Campion didn't tell me

90:21     where he got the information, so,

90:22     I can't answer that.

---

| 87 | 90:24 -92:5 | Curfman 01/24/2006 | | 00:01:32 | 00:42:10 | 01:14:50 | | Z6.87 |

90:24     Q.  Well, do you know who it was

91:1     from the New England Journal of Medicine

91:2     who was gathering information about what

91:3     was expected to be done down there in the

91:4     Houston trial and when it was expected to

91:5     happen?

91:6     A.  I don't know who was

91:7     collecting that, no.

91:8     Q.  Do you know whether somebody

91:9     at the New England Journal of Medicine

91:10     was in communication with the plaintiffs'

91:11     lawyers to find out what they were

91:12     planning to do each day?

91:13     A.  I certainly am not aware of

91:14     that, no.

91:15     Q.  Well, did you ever ask Tad

91:16     Campion how he came to know that the

91:17     plaintiffs' lawyers were hoping to play

91:18     your deposition on December 8th?

91:19     A.  I didn't ask him, no.  I

91:20     received the e-mail, and that was really

91:21     the extent of the communication.

91:22     Q.  Did you ever tell any of the

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 91:23 | newspaper or broadcast media folks that |  |  |  |  |
|  |  | 91:24 | you gave interviews to that, in fact, the |  |  |  |  |
|  |  | 92:1 | reason that you released the Expression |  |  |  |  |
|  |  | 92:2 | of Concern on December 8th instead of |  |  |  |  |
|  |  | 92:3 | waiting until December 9th was because of |  |  |  |  |
|  |  | 92:4 | what you expected was going to happen |  |  |  |  |
|  |  | 92:5 | down in the Vioxx trial? |  |  |  |  |

| 88 | **92:8 - 92:11** | Curfman 01/24/2006 | 00:00:05 | 00:43:42 | 01:13:18 | Z6.88 |
|---|---|---|---|---|---|---|
|  |  | 92:8 | THE WITNESS:  I don't recall |  |  |  |
|  |  | 92:9 | getting that question or giving |  |  |  |
|  |  | 92:10 | that kind of answer.  I don't |  |  |  |
|  |  | 92:11 | recall. |  |  |  |

| 89 | **92:13 - 92:21** | Curfman 01/24/2006 | 00:00:18 | 00:43:47 | 01:13:13 | Z6.89 |
|---|---|---|---|---|---|---|
|  |  | 92:13 | Q.  Did you ever tell anybody |  |  |  |
|  |  | 92:14 | that the reason that you released the |  |  |  |
|  |  | 92:15 | Expression of Concern in the middle of |  |  |  |
|  |  | 92:16 | the trial in Houston was because you'd |  |  |  |
|  |  | 92:17 | been told that they were planning on |  |  |  |
|  |  | 92:18 | playing your testimony, and you wanted to |  |  |  |
|  |  | 92:19 | coordinate the release of the Expression |  |  |  |
|  |  | 92:20 | of Concern with the playing of your |  |  |  |
|  |  | 92:21 | testimony in Houston? |  |  |  |

| 90 | **93:13 - 93:14** | Curfman 01/24/2006 | 00:00:01 | 00:44:05 | 01:12:55 | Z6.90 |
|---|---|---|---|---|---|---|
|  |  | 93:13 | THE WITNESS:  Could you |  |  |  |
|  |  | 93:14 | repeat the question? |  |  |  |

| 91 | **93:16 - 94:1** | Curfman 01/24/2006 | 00:00:20 | 00:44:06 | 01:12:54 | Z6.91 |
|---|---|---|---|---|---|---|
|  |  | 93:16 | Q.  Sure. |  |  |  |
|  |  | 93:17 | Did you ever tell anybody |  |  |  |
|  |  | 93:18 | that the reason you released the |  |  |  |
|  |  | 93:19 | Expression of Concern in the middle of |  |  |  |
|  |  | 93:20 | the trial in Houston was because you'd |  |  |  |
|  |  | 93:21 | been told that they were planning on |  |  |  |
|  |  | 93:22 | playing your testimony, and you wanted to |  |  |  |
|  |  | 93:23 | coordinate the release of the Expression |  |  |  |
|  |  | 93:24 | of Concern with the playing of your |  |  |  |
|  |  | 94:1 | testimony down in Houston? |  |  |  |

| 92 | **94:5 - 95:4** | Curfman 01/24/2006 | 00:00:57 | 00:44:26 | 01:12:34 | Z6.92 |
|---|---|---|---|---|---|---|
|  |  | 94:5 | THE WITNESS:  Well, I |  |  |  |
|  |  | 94:6 | can't -- I can't imagine that I |  |  |  |
|  |  | 94:7 | would have said that because Dr. |  |  |  |
|  |  | 94:8 | Campion articulates very precisely |  |  |  |
|  |  | 94:9 | in his e-mail what the issue was |  |  |  |
|  |  | 94:10 | with respect to my testimony.  And |  |  |  |
|  |  | 94:11 | the issue with respect to my |  |  |  |

| | | |
|---|---|---|
| 94:12 | testimony was that my testimony |
| 94:13 | consisted, as it does today, with |
| 94:14 | a series of questions and answers. |
| 94:15 | And I did the best that I could in |
| 94:16 | that deposition of November 21st |
| 94:17 | to answer the questions.  But it |
| 94:18 | was not a written, an official |
| 94:19 | written statement of the journal. |
| 94:20 | It was testimony, it was oral |
| 94:21 | testimony. |
| 94:22 | We believed that in order to |
| 94:23 | make sure that the Expression of |
| 94:24 | Concern was clearly understood by |
| 95:1 | those who would be interested in |
| 95:2 | the public, that we needed to have |
| 95:3 | our official statement out before |
| 95:4 | the deposition was played. |

| 93 | 95:5 -96:2 | Curfman 01/24/2006 | 00:01:00 | 00:45:23 | 01:11:37 | Z6.93 |
|---|---|---|---|---|---|---|
| | 95:5 | Now, to my way of thinking, |
| | 95:6 | this is not the trial.  It's my |
| | 95:7 | deposition, it's things that I |
| | 95:8 | said in deposition which, as I |
| | 95:9 | said, was a free flowing |
| | 95:10 | conversation just like we're |
| | 95:11 | having here today, questions and |
| | 95:12 | answers, questions and answers, |
| | 95:13 | but deposition does not allow me |
| | 95:14 | to sit down and actually write out |
| | 95:15 | and think very carefully in |
| | 95:16 | written form, as you would in an |
| | 95:17 | official written statement, which |
| | 95:18 | the Expression of Concern was |
| | 95:19 | intended to be an official written |
| | 95:20 | statement.  So, we felt that the |
| | 95:21 | official written statement, as Dr. |
| | 95:22 | Campion indicates in this e-mail, |
| | 95:23 | needed to be out in advance of the |
| | 95:24 | testimony, which might have been |
| | 96:1 | misinterpreted given the free |
| | 96:2 | flowing nature of testimony. |

| 94 | 96:4 -96:8 | Curfman 01/24/2006 | 00:00:12 | 00:46:23 | 01:10:37 | Z6.94 |
|---|---|---|---|---|---|---|
| | 96:4 | Q.  Well, do you now admit that |
| | 96:5 | the timing of the release of the |
| | 96:6 | Expression of Concern was, in fact, |
| | 96:7 | dictated by what was happening down in |

|    |              |                     |          |          |          |        |
|----|--------------|---------------------|----------|----------|----------|--------|
|    | 96:8         | the Houston trial?  |          |          |          |        |

| 95 | **96:11 - 96:19** | Curfman 01/24/2006 | 00:00:19 | 00:46:35 | 01:10:25 | Z6.95 |

96:11      THE WITNESS: Well, that's
96:12      not what -- as I just said, as far
96:13      as the trial is concerned, I was
96:14      not following the trial closely.
96:15      The issue was my personal
96:16      testimony and when that would be
96:17      played and how that might be
96:18      interpreted or misinterpreted by
96:19      members of the media.

| 96 | **96:24 - 97:8** | Curfman 01/24/2006 | 00:00:18 | 00:46:54 | 01:10:06 | Z6.96 |

96:24      THE WITNESS: So, yeah, it's
97:1      not a matter of admitting to
97:2      anything. It's what I have just
97:3      said and said a moment ago. I
97:4      think the explanation is quite
97:5      clear and coherent, and that's my
97:6      answer to your question. I can't
97:7      really say any more about it than
97:8      that.

| 97 | **97:10 - 97:14** | Curfman 01/24/2006 | 00:00:10 | 00:47:12 | 01:09:48 | Z6.97 |

97:10      Q. Well, do you remember
97:11      earlier this morning saying that the
97:12      Expression of Concern, the timing of its
97:13      release had nothing to do with what was
97:14      going on in the trial in Houston?

| 98 | **97:16 - 98:1** | Curfman 01/24/2006 | 00:00:20 | 00:47:22 | 01:09:38 | Z6.98 |

97:16      THE WITNESS: Well, what I
97:17      recall is that you asked, you
97:18      know, did it have something to do
97:19      with the trial. And it did have
97:20      something to do with my testimony.
97:21      But it turned out that my
97:22      testimony was not part of the
97:23      trial at all anyway. It never was
97:24      played, and, therefore, was not
98:1      part of the trial.

| 99 | **98:3 - 98:18** | Curfman 01/24/2006 | 00:00:37 | 00:47:42 | 01:09:18 | Z6.99 |

98:3      Q. But you released the
98:4      Expression of Concern early anyway --
98:5      A. Yes, we did.
98:6      Q. -- even though there was no
98:7      need to in order to have the record

98:8    straight concerning your deposition;
98:9    right?
98:10   A.   Yes.  But we were prepared,
98:11   and as I explained to you, according to
98:12   the uniform requirements, and that's an
98:13   important word, "requirements," of the
98:14   International Committee of Medical
98:15   Journal Editors, this is what was
98:16   expected of us as editors.  We had the
98:17   information put together, and we released
98:18   it.

---

| 100 | 99:16 - 100:15 | Curfman 01/24/2006 | 00:01:28 | 00:48:19 | 01:08:41 | Z6.100 |

99:16   Q.   Dr. Curfman, is it your
99:17   testimony that the New England Journal of
99:18   Medicine did not do anything out of the
99:19   ordinary in terms of press relations with
99:20   the Expression of Concern concerning the
99:21   VIGOR article compared to what it did
99:22   with those other two Expressions of
99:23   Concern you mentioned?
99:24   A.   Well, in fact, one of those
100:1   three Expressions of Concern was released
100:2   last Friday, and there was some media
100:3   attention given to that Expression of
100:4   Concern as well.  So, the first one that
100:5   we released back in 2002, my
100:6   recollection, did not generate as much
100:7   media attention.

Link > CURF8.1    100:8    Q.   Looking still at Exhibit 8,
100:9   we were looking at the bottom of the
Link > CURF8.1.3   100:10   three e-mails, which would have been the
100:11  earliest.  If you look up to the middle
100:12  one, you see that that's from Dr. Drazen
100:13  at 6:57 a.m. on December 8th to several
100:14  people, including you?
100:15  A.   Right.

---

| 101 | 100:20 - 101:5 | Curfman 01/24/2006 | 00:00:21 | 00:49:47 | 01:07:13 | Z6.101 |

100:20  Q.   And Dr. Drazen says "All," I
100:21  guess that means to everybody whose name
100:22  appears on the e-mail; right?
100:23  A.   Right.
100:24  Q.   And he says, "I think it
101:1   would make sense for me to contact" and
101:2   then there's a name I can't pronounce.
101:3   Can you pronounce that name?

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 101:4    A.   Yes.   Her name is Snigdha |  |  |  |  |
|  |  | 101:5       Prakash. |  |  |  |  |

| 102 | **101:14 -101:20** | Curfman 01/24/2006 | 00:00:17 | 00:50:08 | 01:06:52 | Z6.102 |
|---|---|---|---|---|---|---|

101:14    Q.   Who is Snigdha Prakash, and
101:15       how did you learn how to pronounce that
101:16       name so well?
101:17    A.   Snigdha Prakash is a
101:18       reporter for National Public Radio.
101:19    Q.   She follows the Vioxx
101:20       litigation?

| 103 | **101:22 -101:24** | Curfman 01/24/2006 | 00:00:04 | 00:50:25 | 01:06:35 | Z6.103 |
|---|---|---|---|---|---|---|

101:22       THE WITNESS:   I think she
101:23       follows a lot of things.   She
101:24       probably follows that too, yes.

| 104 | **102:2 -102:4** | Curfman 01/24/2006 | 00:00:05 | 00:50:29 | 01:06:31 | Z6.104 |
|---|---|---|---|---|---|---|

102:2    Q.   Well, as you know, it's not
102:3       just probably.   You know that she follows
102:4       it quite closely, don't you?

| 105 | **102:9 -102:11** | Curfman 01/24/2006 | 00:00:04 | 00:50:34 | 01:06:26 | Z6.105 |
|---|---|---|---|---|---|---|

102:9       THE WITNESS:   She's done
102:10       stories on NPR about the
102:11       litigation, yes.

| 106 | **102:13 -102:16** | Curfman 01/24/2006 | 00:00:06 | 00:50:38 | 01:06:22 | Z6.106 |
|---|---|---|---|---|---|---|

102:13    Q.   And she's quoted people from
102:14       the New England Journal of Medicine about
102:15       the litigation, hasn't she?
102:16    A.   I believe she has.

| 107 | **102:24 -103:13** | Curfman 01/24/2006 | 00:00:26 | 00:50:44 | 01:06:16 | Z6.107 |
|---|---|---|---|---|---|---|

102:24    Q.   In any event, here is the
103:1       editor-in-chief asking whether it makes
103:2       sense in connection with the probable
103:3       early release of the Expression of
103:4       Concern to contact this reporter from
103:5       National Public Radio; right?
103:6    A.   Uh-huh.

Link > CURF8.1.4    103:7    Q.   And then if we look up to
103:8       the next e-mail, you see that that's from
103:9       you?
103:10    A.   That's right.
103:11    Q.   To Dr. Drazen and others;
103:12       right?
103:13    A.   Correct.

| 108 | **103:15 -104:1** | Curfman 01/24/2006 | 00:00:23 | 00:51:10 | 01:05:50 | Z6.108 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 103:15 | Read what you said in your |
| 103:16 | e-mail back to Dr. Drazen about |
| 103:17 | contacting the NPR reporter in connection |
| 103:18 | with the early release of the Expression |
| 103:19 | of Concern. |
| 103:20 | A.   "I have some concerns about |
| 103:21 | giving her an exclusive.  Langreth has |
| 103:22 | been following the situation closely.  I |
| 103:23 | think that maybe both of them could be |
| 103:24 | called at the time the media e-mail is |

Link > Hide      104:1      sent out."

---

109      **104:10 - 104:16**      Curfman 01/24/2006          00:00:20   00:51:33   01:05:27                    Z6.109

| | |
|---|---|
| 104:10 | Q.   Did the New England Journal |
| 104:11 | of Medicine send out a media e-mail |
| 104:12 | alerting members of the media to the |
| 104:13 | Expression of Concern? |
| 104:14 | A.   That's our routine for any |
| 104:15 | kind of early web release, to inform |
| 104:16 | people that it's there, yes. |

---

110      **108:2 - 108:23**      Curfman 01/24/2006          00:00:48   00:51:53   01:05:07                    Z6.110

| | |
|---|---|
| 108:2 | Q.   Certainly it's not part of |
| 108:3 | the regular procedure with Expressions of |
| 108:4 | Concern to call up individual members of |
| 108:5 | the media and give them exclusive |
| 108:6 | interviews, is it? |
| 108:7 | A.   Well, we've only done three |
| 108:8 | Expressions of Concern since 2002, so, we |
| 108:9 | don't have a big track record with these. |
| 108:10 | Q.   Your e-mail referred to |
| 108:11 | Langreth.  Who's Langreth? |
| 108:12 | A.   Robert Langreth is a |
| 108:13 | reporter with Forbes magazine. |
| 108:14 | Q.   Is he also someone who |
| 108:15 | followed the Vioxx litigation closely? |
| 108:16 | A.   Well, I learned that he did. |
| 108:17 | Yes. |
| 108:18 | Q.   In fact, that's what you |
| 108:19 | meant when you said that "Langreth has |
| 108:20 | been following the situation closely." |
| 108:21 | Isn't that right? |
| 108:22 | A.   That's right.  I learned |
| 108:23 | that he was. |

---

111      **110:9 - 110:14**      Curfman 01/24/2006          00:00:21   00:52:41   01:04:19                    Z6.111

| | |
|---|---|
| 110:9 | Q.   How about Ms. Prakash, did |

CURFMAN 1 24 06 Merck cross

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | 110:10 | you give her an interview? | | | | |
| | 110:11 | A.  I believe so.  You can | | | | |
| | 110:12 | probably show me -- I think I did.  I | | | | |
| | 110:13 | think so.  Yes, I think I did.  I think | | | | |
| | 110:14 | that may have been on the second day. | | | | |

| 112 | 111:8 -111:24 | Curfman 01/24/2006 | 00:00:51 | 00:53:02 | 01:03:58 | Z6.112 |
|---|---|---|---|---|---|---|
| | 111:8 | Q.  Did you personally tell Dr. | | | | |
| | 111:9 | Bombardier that you were going to have an | | | | |
| | 111:10 | early release of the Expression of | | | | |
| | 111:11 | Concern rather than wait until December | | | | |
| | 111:12 | 29th? | | | | |
| | 111:13 | A.  I don't recall personally | | | | |
| | 111:14 | talking with her about that.  The | | | | |
| | 111:15 | conversations that we had, I think, were | | | | |
| | 111:16 | earlier and went over the fact that we | | | | |
| | 111:17 | would be releasing this and that we would | | | | |
| | 111:18 | be sending a series of questions to her | | | | |
| | 111:19 | that she could respond to at a later time | | | | |
| | 111:20 | at her leisure. | | | | |
| | 111:21 | Q.  Don't you remember that you | | | | |
| | 111:22 | told her when you first talked with her | | | | |
| | 111:23 | that you were scheduling the Expression | | | | |
| | 111:24 | of Concern for December 29th? | | | | |

| 113 | 112:1 -112:10 | Curfman 01/24/2006 | 00:00:27 | 00:53:53 | 01:03:07 | Z6.113 |
|---|---|---|---|---|---|---|
| | 112:1 | A.  Well, my colleague, Dr. | | | | |
| | 112:2 | Morrissey, does all the scheduling for | | | | |
| | 112:3 | the Journal, and so perhaps he said | | | | |
| | 112:4 | something, but I don't recall saying | | | | |
| | 112:5 | anything myself. | | | | |
| | 112:6 | Q.  Do you recall when it was | | | | |
| | 112:7 | that the New England Journal of Medicine | | | | |
| | 112:8 | notified Dr. Bombardier -- and what's the | | | | |
| | 112:9 | correct pronunciation of her name? | | | | |
| | 112:10 | A.  That would be Bombardier. | | | | |

| 114 | 112:13 -113:11 | Curfman 01/24/2006 | 00:01:05 | 00:54:20 | 01:02:40 | Z6.114 |
|---|---|---|---|---|---|---|
| | 112:13 | Q.  Do you recall when it was | | | | |
| | 112:14 | that the New England Journal of Medicine | | | | |
| | 112:15 | notified Dr. Bombardier that the | | | | |
| | 112:16 | Expression of Concern was going to be | | | | |
| | 112:17 | subject to this early release on December | | | | |
| | 112:18 | 8, 2005? | | | | |
| | 112:19 | A.  I don't recall. | | | | |
| | 112:20 | Q.  Do you recall whether they | | | | |
| | 112:21 | gave her more than three hours' notice, | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 112:22 | "they" being the New England Journal of | | | | |
| 112:23 | Medicine, that this thing was going to be | | | | |
| 112:24 | released early? | | | | |
| 113:1 | A. I don't know. | | | | |
| 113:2 | Q. Do you remember that when | | | | |
| 113:3 | Merck learned of your plans for an early | | | | |
| 113:4 | release on December 8 that Merck asked | | | | |
| 113:5 | you to consider some information to | | | | |
| 113:6 | perhaps include in the Expression of | | | | |
| 113:7 | Concern? | | | | |
| 113:8 | A. If you have a document that | | | | |
| 113:9 | you can show me, that might jog my | | | | |
| 113:10 | memory, but I am a little foggy about | | | | |
| 113:11 | that. | | | | |

---

| 115 | **114:4 -114:5** | Curfman 01/24/2006 | 00:00:03 | 00:55:25 | 01:01:35 | Z6.115 |
|---|---|---|---|---|---|---|
| Link > CURF9.1 | | 114:4          MR. BECK: I'm now handing | | | | |
| | | 114:5          you what I've marked as Exhibit 9. | | | | |

---

| 116 | **114:14 -114:16** | Curfman 01/24/2006 | 00:00:03 | 00:55:28 | 01:01:32 | Z6.116 |
|---|---|---|---|---|---|---|
| | | 114:14   Q. This is another e-mail | | | | |
| | | 114:15   string; correct? | | | | |
| | | 114:16   A. Right. | | | | |

---

| 117 | **114:22 -114:24** | Curfman 01/24/2006 | 00:00:09 | 00:55:31 | 01:01:29 | Z6.117 |
|---|---|---|---|---|---|---|
| Link > CURF9.1.3 | | 114:22   Q. And there's an e-mail to you | | | | |
| | | 114:23   and Dr. Morrissey; right? | | | | |
| | | 114:24   A. Right. | | | | |

---

| 118 | **115:1 -115:4** | Curfman 01/24/2006 | 00:00:11 | 00:55:40 | 01:01:20 | Z6.118 |
|---|---|---|---|---|---|---|
| | | 115:1   Q. And he is basically | | | | |
| | | 115:2   attaching an e-mail that he got from a | | | | |
| | | 115:3   lawyer for Merck, right? | | | | |
| | | 115:4   A. Mr. Fitzpatrick. | | | | |

---

| 119 | **115:8 -115:21** | Curfman 01/24/2006 | 00:00:30 | 00:55:51 | 01:01:09 | Z6.119 |
|---|---|---|---|---|---|---|
| | | 115:8   Q. And then there are some -- | | | | |
| | | 115:9   he says, "Paul," that's Mr. Shaw, "Please | | | | |
| | | 115:10   see the points below concerning the | | | | |
| | | 115:11   proposed editorial," and then there's | | | | |
| | | 115:12   three points made. And without going | | | | |
| | | 115:13   through each one in detail, do you now | | | | |
| | | 115:14   remember -- | | | | |
| | | 115:15   A. Yes, I now remember. Thank | | | | |
| | | 115:16   you. | | | | |
| | | 115:17   Q.   -- that, in fact, Merck | | | | |
| | | 115:18   did ask you to consider some points | | | | |
| | | 115:19   before you released -- made the early | | | | |
| | | 115:20   release of the Expression of Concern? | | | | |