| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 115:21 | A.  Yes. | | | | |

| 120 | **116:12 - 116:18** | Curfman 01/24/2006 | | 00:00:10 | 00:56:21 | 01:00:39 | Z6.120 |
|---|---|---|---|---|---|---|---|
| | | 116:12 | Q.  You say that you've | | | | |
| | | 116:13 | considered these points? | | | | |
| | | 116:14 | A.  Well, I read the points, | | | | |
| | | 116:15 | yes. | | | | |
| | | 116:16 | Q.  Do you see that you received | | | | |
| | | 116:17 | this e-mail from Mr. Shaw at 2:59 p.m.? | | | | |
| Link > Hide | | 116:18 | A.  Uh-huh. | | | | |

| 121 | **121:6 - 122:8** | Curfman 01/24/2006 | | 00:01:24 | 00:56:31 | 01:00:29 | Z6.121 |
|---|---|---|---|---|---|---|---|
| | | 121:6 | Q.  You mentioned before the | | | | |
| | | 121:7 | standards for -- that you say you | | | | |
| | | 121:8 | followed, and I think you said they were | | | | |
| | | 121:9 | the standards of some organization? | | | | |
| | | 121:10 | A.  The International Committee | | | | |
| | | 121:11 | of Medical Journal Editors.  We sometimes | | | | |
| | | 121:12 | call it the ICMJE. | | | | |
| | | 121:13 | Q.  They have standards that | | | | |
| | | 121:14 | you're supposed to follow in connection | | | | |
| | | 121:15 | with things like Expressions of Concern? | | | | |
| | | 121:16 | A.  Well, the uniform | | | | |
| | | 121:17 | requirements is a fairly lengthy | | | | |
| | | 121:18 | document, the uniform requirements for | | | | |
| | | 121:19 | the preparation of manuscripts, and it's | | | | |
| | | 121:20 | a document that deals with guidelines | | | | |
| | | 121:21 | about a whole range of issues relating to | | | | |
| | | 121:22 | medical publication.  So, I believe -- | | | | |
| | | 121:23 | it's probably about a 25 or 30-page | | | | |
| | | 121:24 | document.  It's contained on the website. | | | | |
| | | 122:1 | And among other things, it does deal with | | | | |
| | | 122:2 | retractions and Expressions of Concern. | | | | |
| | | 122:3 | That is one part of a much larger | | | | |
| | | 122:4 | document. | | | | |
| | | 122:5 | Q.  So, the answer is yes, they | | | | |
| | | 122:6 | do have standards on Expressions of | | | | |
| | | 122:7 | Concern? | | | | |
| | | 122:8 | A.  Yes, that's right. | | | | |

| 122 | **122:22 - 123:1** | Curfman 01/24/2006 | | 00:00:11 | 00:57:55 | 00:59:05 | Z6.122 |
|---|---|---|---|---|---|---|---|
| Link > CURF11.1 | | 122:22 | Do you recognize this as a | | | | |
| Link > CURF11.1.1 | | 122:23 | printout of the ICMJE standards that you | | | | |
| | | 122:24 | were referring to? | | | | |
| | | 123:1 | A.  Right. | | | | |

| 123 | **123:16 - 123:24** | Curfman 01/24/2006 | | 00:00:20 | 00:58:06 | 00:58:54 | Z6.123 |
|---|---|---|---|---|---|---|---|
| | | 123:16 | Q.  And I just want to take a | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Link > CURF11.12 | | 123:17 | few minutes walking you through some of | | | | |
| | | 123:18 | these. | | | | |
| Link > CURF11.12.2 | | 123:19 | The first sentence says, | | | | |
| | | 123:20 | "Editors must assume initially that | | | | |
| | | 123:21 | authors are reporting work based on | | | | |
| | | 123:22 | honest observations."  You agree that | | | | |
| | | 123:23 | that's appropriate; right? | | | | |
| | | 123:24 | A.  Yes, indeed. | | | | |
| 124 | 125:15 -125:24 | Curfman 01/24/2006 | | 00:00:22 | 00:58:26 | 00:58:34 | Z6.124 |
| Link > CURF11.12.3 | | 125:15 | Continuing on then with that | | | | |
| | | 125:16 | paragraph, it says, "If substantial | | | | |
| | | 125:17 | doubts arise about the honesty or | | | | |
| | | 125:18 | integrity of work, either submitted or | | | | |
| | | 125:19 | published, it is the editor's | | | | |
| | | 125:20 | responsibility to ensure that the | | | | |
| | | 125:21 | question is appropriately pursued, | | | | |
| | | 125:22 | usually by the authors' sponsoring | | | | |
| | | 125:23 | institution."  Right? | | | | |
| | | 125:24 | A.  Yes. | | | | |
| 125 | 126:11 -127:1 | Curfman 01/24/2006 | | 00:00:38 | 00:58:48 | 00:58:12 | Z6.125 |
| | | 126:11 | Q.  So, this procedure says then | | | | |
| | | 126:12 | it's the editors, that would be the New | | | | |
| | | 126:13 | England Journal's editors' -- | | | | |
| | | 126:14 | A.  Right. | | | | |
| | | 126:15 | Q.  -- "responsibility to ensure | | | | |
| | | 126:16 | that the question is appropriately | | | | |
| | | 126:17 | pursued, usually by the authors' | | | | |
| | | 126:18 | sponsoring institution."  So, in the case | | | | |
| | | 126:19 | of Dr. Bombardier, for example, who would | | | | |
| Link > Hide | | 126:20 | the sponsoring institution be? | | | | |
| | | 126:21 | A.  Her university in Toronto. | | | | |
| | | 126:22 | Q.  But you did not follow the | | | | |
| | | 126:23 | procedure of referring this matter to her | | | | |
| | | 126:24 | university to pursue in the first | | | | |
| | | 127:1 | instance, did you? | | | | |
| 126 | 127:17 -127:19 | Curfman 01/24/2006 | | 00:00:05 | 00:59:26 | 00:57:34 | Z6.126 |
| | | 127:17 | THE WITNESS:  We have been | | | | |
| | | 127:18 | in touch with her superiors at the | | | | |
| | | 127:19 | University of Toronto, yes. | | | | |
| 127 | 129:16 -129:21 | Curfman 01/24/2006 | | 00:00:18 | 00:59:31 | 00:57:29 | Z6.127 |
| | | 129:16 | Q.  Before you published your | | | | |
| | | 129:17 | conclusions in your Expression of Concern | | | | |
| | | 129:18 | on December 8th, did you give the | | | | |
| | | 129:19 | university a chance to conduct its own | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | 129:20 | investigation? | | |
| | | 129:21 | A.  No. | | |

| 128 | **131:10 -131:14** | Curfman 01/24/2006 | 00:00:10 | 00:59:49 | 00:57:11 | Z6.128 |
|---|---|---|---|---|---|---|

131:10    Q.  Before you published your
131:11    conclusions in the Expression of Concern,
131:12    did you give any of the authors an
131:13    opportunity to respond to what you were
131:14    proposing to publish?

| 129 | **131:19 -132:1** | Curfman 01/24/2006 | 00:00:15 | 00:59:59 | 00:57:01 | Z6.129 |
|---|---|---|---|---|---|---|

131:19         THE WITNESS:  Yes, we did.
131:20    But their response follows the
131:21    publication of the Expression of
131:22    Concern.  But we did discuss with
131:23    them before we published it that
131:24    they would have an opportunity to
132:1    respond.  Yes.

| 130 | **132:3 -132:18** | Curfman 01/24/2006 | 00:00:42 | 01:00:14 | 00:56:46 | Z6.130 |
|---|---|---|---|---|---|---|

132:3    Q.  Actually, what you told them
132:4    before when you first contacted them was
132:5    that they would have an opportunity to
132:6    comment before you published the
132:7    Expression of Concern, isn't that true?
132:8    A.  I don't -- I can't imagine
132:9    that's true because that's not the
132:10    protocol for an Expression of Concern.
132:11    Q.  Didn't you tell Dr.
132:12    Bombardier that you -- didn't you send
132:13    her a copy of the draft Expression of
132:14    Concern ask her for her comments to be
132:15    received in a couple of weeks so that
132:16    they could accompany any publication of
132:17    the Expression of Concern?
132:18    A.  No.

| 131 | **133:2 -133:15** | Curfman 01/24/2006 | 00:00:40 | 01:00:56 | 00:56:04 | Z6.131 |
|---|---|---|---|---|---|---|

133:2         Did the New England Journal
133:3    of Medicine, when it first communicated
133:4    with Dr. Bombardier about this, tell her
133:5    that you had a draft Expression of
133:6    Concern that you were planning on
133:7    publishing it on December 29, that you
133:8    asked for her comments in response in
133:9    advance of December 29th so that they
133:10    could be considered in connection with
133:11    the publication of the Expression of

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 133:12 | Concern? | | | | | |
|  | 133:13 | A.  No.  Because the response | | | | | |
|  | 133:14 | from the authors is intended to follow | | | | | |
|  | 133:15 | the Expression of Concern. | | | | | |

| 132 | **133:23 -133:23** | Curfman 01/24/2006 | | 00:00:04 | 01:01:36 | 00:55:24 | Z6.132 |
|---|---|---|---|---|---|---|---|
| Link >  CURF12.1 | | 133:23 | Q.  What is Exhibit 12? | | | | |

| 133 | **134:3 -134:19** | Curfman 01/24/2006 | | 00:01:09 | 01:01:40 | 00:55:20 | Z6.133 |
|---|---|---|---|---|---|---|---|
|  |  | 134:3 | This is -- on the bottom of | | | | |
|  |  | 134:4 | Page 1 and the top of Page 2 is an | | | | |
|  |  | 134:5 | e-mailed letter that I and Dr. | | | | |
|  |  | 134:6 | Morrissey and Dr. Drazen sent to | | | | |
|  |  | 134:7 | Dr. Bombardier on December 5th | | | | |
|  |  | 134:8 | informing her about the Expression | | | | |
|  |  | 134:9 | of Concern, and I believe we | | | | |
|  |  | 134:10 | attached to this a series of | | | | |
|  |  | 134:11 | questions that we wanted her to | | | | |
|  |  | 134:12 | address in her response. | | | | |
|  |  | 134:13 | And then above that, a | | | | |
|  |  | 134:14 | couple of days later is a response | | | | |
|  |  | 134:15 | saying that she and Dr. Loren | | | | |
|  |  | 134:16 | Laine, who was her co -- | | | | |
|  |  | 134:17 | corresponding author on the VIGOR | | | | |
|  |  | 134:18 | trial, wanted to have a conference | | | | |
|  |  | 134:19 | call.  And we then set that up. | | | | |

| 134 | **134:21 -135:16** | Curfman 01/24/2006 | | 00:00:53 | 01:02:49 | 00:54:11 | Z6.134 |
|---|---|---|---|---|---|---|---|
|  |  | 134:21 | Q.  Focusing on the e-mail from | | | | |
|  |  | 134:22 | you and your colleagues to Dr. | | | | |
|  |  | 134:23 | Bombardier -- | | | | |
|  |  | 134:24 | A.  Yes. | | | | |
| Link >  CURF12.1.1 | | 135:1 | Q.  -- the first sentence says | | | | |
|  |  | 135:2 | you're writing concerning the VIGOR | | | | |
|  |  | 135:3 | study; correct?  And then the second | | | | |
|  |  | 135:4 | sentence says, "Recently we obtained new | | | | |
|  |  | 135:5 | information that has led us to be | | | | |
|  |  | 135:6 | concerned about the accuracy of certain | | | | |
|  |  | 135:7 | data and conclusions in your article. | | | | |
|  |  | 135:8 | The specific points at issue are" | | | | |
|  |  | 135:9 | addressed "in the attached Expression of | | | | |
|  |  | 135:10 | Concern, which we plan to publish in an | | | | |
|  |  | 135:11 | upcoming issue of the Journal." | | | | |
|  |  | 135:12 | As of December 5th, 2005, | | | | |
|  |  | 135:13 | the plan was to publish this in the | | | | |
|  |  | 135:14 | December 29th edition of the Journal; | | | | |
|  |  | 135:15 | correct? | | | | |

|  |  | 135:16 | A.  Yes. |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 135 | 136:6 -136:14 | Curfman 01/24/2006 |  | 00:00:19 | 01:03:42 | 00:53:18 | Z6.135 |

|  |  |
|---|---|
| 136:6 | Q.  And then in the next |
| 136:7 | sentence, you ask her to submit a |
| 136:8 | correction for publication in the |
| 136:9 | Journal, and you ask her to do that by |
| 136:10 | December 22nd; right? |
| 136:11 | A.  That's right. |
| 136:12 | Q.  So, a few weeks after this |
| 136:13 | e-mail; right? |
| 136:14 | A.  Correct. |

Link > Hide

| 136 | 137:7 -137:13 | Curfman 01/24/2006 |  | 00:00:23 | 01:04:01 | 00:52:59 | Z6.136 |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 137:7 | Q.  You talked before about two |
| 137:8 | earlier or two other Expressions of |
| 137:9 | Concern. |
| 137:10 | A.  Yes. |
| 137:11 | Q.  And let me ask you to take a |
| 137:12 | look at Exhibit 12 -- or am I on 13 now? |
| 137:13 | Exhibit 13. |

Link > CURF13.1

| 137 | 138:5 -138:13 | Curfman 01/24/2006 |  | 00:00:22 | 01:04:24 | 00:52:36 | Z6.137 |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 138:5 | Q.  Is that one of the |
| 138:6 | Expressions of Concern that you were |
| 138:7 | talking about? |
| 138:8 | A.  Yes, it is. |
| 138:9 | Q.  Would you agree with me that |
| 138:10 | this one is different in kind from what |
| 138:11 | you published concerning VIGOR? |
| 138:12 | A.  Oh, I think it's very |
| 138:13 | different in kind, yes. |

Link > CURF13.1.1

| 138 | 138:14 -139:5 | Curfman 01/24/2006 |  | 00:00:40 | 01:04:46 | 00:52:14 | Z6.138 |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 138:14 | Q.  And in this one, you report |
| 138:15 | in a single paragraph that concerns were |
| 138:16 | raised concerning the data published in |
| 138:17 | one of your articles, right? |
| 138:18 | A.  Correct. |
| 138:19 | Q.  And you say, "We have |
| 138:20 | informed the director of Dr. Subdo's" -- |
| 138:21 | A.  Subdo. |
| 138:22 | Q.  -- "Subdo's institution... |
| 138:23 | and await the results of his |
| 138:24 | investigation."  Correct? |
| 139:1 | A.  Correct. |
| 139:2 | Q.  And you do not set forth any |
| 139:3 | conclusions that you reached in advance |

Link > CURF13.1.2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 139:4 | of hearing from the author's institution; | | | |
| | | 139:5 | right? | | | |

| 139 | 139:8 -139:11 | Curfman 01/24/2006 | | 00:00:08 | 01:05:26 | 00:51:34 | Z6.139 |
|---|---|---|---|---|---|---|---|
| | | 139:8 | THE WITNESS: Oh, there are | | | | |
| | | 139:9 | preliminary conclusions in this | | | | |
| | | 139:10 | paragraph, yes, that we had | | | | |
| | | 139:11 | reached, yes. | | | | |

| 140 | 139:13 -140:10 | Curfman 01/24/2006 | | 00:00:52 | 01:05:34 | 00:51:26 | Z6.140 |
|---|---|---|---|---|---|---|---|
| Link > CURF13.1.3 | | 139:13 | Q. Well, the paragraph says, | | | | |
| | | 139:14 | "In the issue of April 26, 2001, we | | | | |
| | | 139:15 | published a study by John Sudbo. Figure | | | | |
| | | 139:16 | 3B and Figure 3C of that article, which | | | | |
| | | 139:17 | purport to represent two different | | | | |
| | | 139:18 | patients and stages of oral" -- what's | | | | |
| | | 139:19 | the next word? | | | | |
| | | 139:20 | A. -- "epithelial dysplasia." | | | | |
| | | 139:21 | Q. -- "are in fact different | | | | |
| | | 139:22 | magnifications of the same | | | | |
| | | 139:23 | photomicrogram." | | | | |
| | | 139:24 | A. That's right. | | | | |
| Link > CURF13.1.4 | | 140:1 | Q. "Because the results of | | | | |
| | | 140:2 | another study of Dr. Sudbo, published in | | | | |
| | | 140:3 | the issue of April 1, 2004 were derived | | | | |
| | | 140:4 | from the same subjects followed through | | | | |
| | | 140:5 | the same database, we have similar | | | | |
| | | 140:6 | concerns." Then you say, "We have | | | | |
| | | 140:7 | informed the director...and [we] await | | | | |
| | | 140:8 | the results of his investigation." | | | | |
| | | 140:9 | Right? | | | | |
| | | 140:10 | A. Uh-huh. | | | | |

| 141 | 141:6 -142:15 | Curfman 01/24/2006 | | 00:01:08 | 01:06:26 | 00:50:34 | Z6.141 |
|---|---|---|---|---|---|---|---|
| | | 141:6 | Q. Do you have in front of you | | | | |
| Link > CURF14.1 | | 141:7 | the document that I've marked as Exhibit | | | | |
| | | 141:8 | 14? | | | | |
| | | 141:9 | A. Yes. | | | | |
| | | 141:10 | Q. Was this the other | | | | |
| Link > CURF14.1.1 | | 141:11 | Expression of Concern that you testified | | | | |
| | | 141:12 | about earlier? | | | | |
| | | 141:13 | A. This is one of the three, | | | | |
| | | 141:14 | yes. | | | | |
| | | 141:15 | Q. Okay. | | | | |
| | | 141:16 | And we talked about the one | | | | |
| | | 141:17 | concerning VIGOR, we just talked about | | | | |
| | | 141:18 | the one concerning Dr. Sudbo, and this is | | | | |

|  |  | 141:19 | the third; right? |
|  |  | 141:20 | A.  That's right. |
|  |  | 141:21 | Q.  This concerns an article by |
|  |  | 141:22 | Dr. Schiff; is that right? |
|  |  | 141:23 | A.  Schiffl. |
|  |  | 141:24 | Q.  Schiffl.  I'm sorry.  What |
| Link > | CURF14.1.2 | 142:1 | it says is that it has come to your |
|  |  | 142:2 | attention that there was an "ongoing |
|  |  | 142:3 | investigation into potential scientific |
|  |  | 142:4 | misconduct" concerning this article that |
|  |  | 142:5 | you published? |
|  |  | 142:6 | A.  (Witness nods.) |
| Link > | CURF14.1.3 | 142:7 | Q.  And you said you will inform |
|  |  | 142:8 | your readers of the outcome of the |
|  |  | 142:9 | investigation when it's complete.  Right? |
|  |  | 142:10 | A.  That's right. |
| Link > | Hide | 142:11 | Q.  And that investigation that |
|  |  | 142:12 | you referred to was the investigation by |
|  |  | 142:13 | Dr. Schiffl's sponsoring institution; |
|  |  | 142:14 | correct? |
|  |  | 142:15 | A.  Correct. |

| 142 | 142:16 -142:21 | Curfman 01/24/2006 |  | 00:00:14 | 01:07:34 | 00:49:26 | Z6.142 |
|  |  | 142:16 | Q.  And then later on they told |  |  |  |  |
|  |  | 142:17 | you that they had not found sufficient |  |  |  |  |
|  |  | 142:18 | evidence of misconduct, and you, |  |  |  |  |
|  |  | 142:19 | therefore, retracted the Expression of |  |  |  |  |
|  |  | 142:20 | Concern, right? |  |  |  |  |
|  |  | 142:21 | A.  Right. |  |  |  |  |

| 143 | 143:6 -143:6 | Curfman 01/24/2006 |  | 00:00:04 | 01:07:48 | 00:49:12 | Z6.143 |
| Link > | CURF15.1 | 143:6 | Q.  Do you recognize Exhibit 15? |  |  |  |  |

| 144 | 143:11 -143:21 | Curfman 01/24/2006 |  | 00:00:26 | 01:07:52 | 00:49:08 | Z6.144 |
|  |  | 143:11 | THE WITNESS:  Yes, I do. |  |  |  |  |
|  |  | 143:12 | BY MR. BECK: |  |  |  |  |
| Link > | CURF15.1.3 | 143:13 | Q.  Is this a message from you |  |  |  |  |
|  |  | 143:14 | and Dr. Morrissey to Dr. Bombardier |  |  |  |  |
|  |  | 143:15 | informing her of the early release of the |  |  |  |  |
|  |  | 143:16 | Expression of Concern? |  |  |  |  |
|  |  | 143:17 | A.  It's an e-mail from me and |  |  |  |  |
|  |  | 143:18 | Dr. Morrissey to Dr. Bombardier regarding |  |  |  |  |
|  |  | 143:19 | the release, yes. |  |  |  |  |
|  |  | 143:20 | Q.  What's the date and time of |  |  |  |  |
|  |  | 143:21 | your e-mail to Dr. Bombardier? |  |  |  |  |

| 145 | 144:8 -144:16 | Curfman 01/24/2006 |  | 00:00:23 | 01:08:18 | 00:48:42 | Z6.145 |
|  |  | 144:8 | A.  December 8 at 11:59 a.m. |  |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | 144:9 | Q. When do you tell her that | | |
| | | 144:10 | the Expression of Concern is going to be | | |
| | | 144:11 | released? | | |
| | | 144:12 | A. At 3:00. | | |
| | | 144:13 | Q. So, you gave her three hours | | |
| | | 144:14 | and one minute notice? | | |
| | | 144:15 | A. Of the exact release time, | | |
| Link > Hide | | 144:16 | yes. | | |

| 146 | 146:4 -146:12 | Curfman 01/24/2006 | 00:00:23 | 01:08:41 | 00:48:19 | Z6.146 |
|---|---|---|---|---|---|---|
| | | 146:4 | Q. I guess in between 11:59 | | | |
| | | 146:5 | a.m. when you first told her you were | | | |
| | | 146:6 | going to do it and 3:00 when you did it, | | | |
| | | 146:7 | did she tell you that that didn't give | | | |
| | | 146:8 | her time to respond? | | | |
| | | 146:9 | A. Well, I don't recall. I | | | |
| | | 146:10 | don't think I spoke with her. I don't | | | |
| | | 146:11 | recall anything about that. But -- | | | |
| Link > CURF16.1 | | 146:12 | Q. Please look at Exhibit 16. | | | |

| 147 | 147:7 -147:24 | Curfman 01/24/2006 | 00:00:41 | 01:09:04 | 00:47:56 | Z6.147 |
|---|---|---|---|---|---|---|
| | | 147:7 | Q. This is an e-mail from Dr. | | | |
| Link > CURF16.1.1 | | 147:8 | Bombardier to Mr. Morrissey. | | | |
| | | 147:9 | A. Dr. Morrissey. | | | |
| | | 147:10 | Q. Dr. Morrissey, excuse me. | | | |
| | | 147:11 | It says, "Dr. Morrissey, | | | |
| | | 147:12 | Thank you for sending this in advance, | | | |
| | | 147:13 | given the nature of your expression of | | | |
| | | 147:14 | concern, we want the opportunity to | | | |
| | | 147:15 | respond but as you can well imagine it | | | |
| | | 147:16 | will not be possible to respond by the | | | |
| | | 147:17 | deadline of 3:00 p.m. this afternoon." | | | |
| | | 147:18 | Did Dr. Morrissey | | | |
| | | 147:19 | communicate to you this message from Dr. | | | |
| | | 147:20 | Bombardier? | | | |
| | | 147:21 | A. Yes, he did. | | | |
| | | 147:22 | Q. But you went ahead with the | | | |
| | | 147:23 | publication anyway at 3 p.m., didn't you? | | | |
| Link > Hide | | 147:24 | A. Yes, we did. | | | |

| 148 | 149:12 -149:16 | Curfman 01/24/2006 | 00:00:12 | 01:09:45 | 00:47:15 | Z6.148 |
|---|---|---|---|---|---|---|
| | | 149:12 | Q. Did you personally decide to | | | |
| | | 149:13 | go ahead with the publication, even | | | |
| | | 149:14 | though she had told you, the New England | | | |
| | | 149:15 | Journal of Medicine, that she wanted an | | | |
| | | 149:16 | opportunity to respond in advance? | | | |

| 149 | 149:19 -150:1 | Curfman 01/24/2006 | 00:00:13 | 01:09:57 | 00:47:03 | Z6.149 |
|---|---|---|---|---|---|---|

| 149:19 | THE WITNESS:  The final |
| 149:20 | decision -- the final decision, as |
| 149:21 | is always the case at the New |
| 149:22 | England Journal about any |
| 149:23 | decisions, comes from the |
| 149:24 | editor-in-chief.  And I'm not the |
| 150:1 | editor-in-chief. |

| 150 | **150:20 -150:24** | Curfman 01/24/2006 | 00:00:26 | 01:10:10 | 00:46:50 | Z6.150 |

| 150:20 | Q.  Later on, were you involved |
| 150:21 | in sending Dr. Bombardier a seven-point |
| 150:22 | letter telling her what points the New |
| 150:23 | England Journal of Medicine wanted her to |
| 150:24 | make when she responded? |

| 151 | **151:1 -151:16** | Curfman 01/24/2006 | 00:00:59 | 01:10:36 | 00:46:24 | Z6.151 |

| 151:1 | A.  Yes.  She had -- my |
| 151:2 | recollection is that she had asked for |
| 151:3 | additional clarification from us about |
| 151:4 | what specifically we wanted her to |
| 151:5 | respond to.  Up until that time, we had |
| 151:6 | only given her a copy of the Expression |
| 151:7 | of Concern itself.  And she wanted more |
| 151:8 | guidance from us about our points of |
| 151:9 | concern.  And in response to that |
| 151:10 | request, I believe Dr. Morrissey and I |
| 151:11 | were the authors of that seven-point |
| 151:12 | document that you mentioned.  And we |
| 151:13 | tried to bring out in that document some |
| 151:14 | additional explanation of our reasons for |
| 151:15 | concern about the article so that that |
| 151:16 | could focus her response more directly. |

| 152 | **151:24 -152:1** | Curfman 01/24/2006 | 00:00:07 | 01:11:35 | 00:45:25 | Z6.152 |

| 151:24 | Q.  Please look at Exhibit 17. |
| Link > CURF17.1 | |
| 152:1 | Do you recognize that? |

| 153 | **152:4 -152:16** | Curfman 01/24/2006 | 00:00:38 | 01:11:42 | 00:45:18 | Z6.153 |

| 152:4 | Well, this, I think, begins |
| 152:5 | with an e-mail from Dr. Bombardier to me |
| 152:6 | and Dr. Morrissey along the lines of what |
| 152:7 | I just said, requesting some |
| 152:8 | additional -- I mean, we can read this. |
| 152:9 | Q.  We could, but what you had |
| 152:10 | said was she asked you for guidance about |
| 152:11 | how she should respond.  In fact, if you |
| 152:12 | read this, what she asks you for is a |
| 152:13 | copy of the information that you referred |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 152:14 | to in your Expression of Concern so that |  |  |  |  |
|  | 152:15 | she could write her own response. Isn't |  |  |  |  |
|  | 152:16 | that true? |  |  |  |  |

| 154 | **153:2 -154:17** | Curfman 01/24/2006 | 00:01:16 | 01:12:20 | 00:44:40 | Z6.154 |
|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
|  | 153:2 | THE WITNESS: Okay. Well, |
| Link > CURF17.1.2 | 153:3 | what she says is that "You |
|  | 153:4 | requested a submission from the |
|  | 153:5 | authors of that study that |
|  | 153:6 | addresses the additional data and |
|  | 153:7 | the issues set forth in the |
|  | 153:8 | Expression of Concern that you |
|  | 153:9 | published this week, and I agreed |
|  | 153:10 | to your request as lead author of |
|  | 153:11 | that study. |
|  | 153:12 | "We have already started on |
|  | 153:13 | that task, and I seek your |
|  | 153:14 | assistance for the project. In |
|  | 153:15 | order for us to fully and properly |
|  | 153:16 | evaluate the data and the issues, |
|  | 153:17 | we will need to have copies of all |
|  | 153:18 | the materials that the New England |
|  | 153:19 | Journal of Medicine has that you |
|  | 153:20 | referred to in your telephone call |
|  | 153:21 | as well as those to which the |
|  | 153:22 | Expression of Concern referred. |
|  | 153:23 | While you suggested earlier that |
|  | 153:24 | we obtain these materials from |
|  | 154:1 | Merck, in light of the questions |
|  | 154:2 | that you have raised about |
|  | 154:3 | confidence in the provenance of |
|  | 154:4 | data and information, we believe |
|  | 154:5 | that it is essential for us to |
|  | 154:6 | obtain such materials directly |
|  | 154:7 | from the New England Journal of |
|  | 154:8 | Medicine in order to ensure that |
|  | 154:9 | the material we are reviewing is |
|  | 154:10 | in fact the same data that is |
|  | 154:11 | referred to in your Expression of |
|  | 154:12 | Concern." |
|  | 154:13 | BY MR. BECK: |
|  | 154:14 | Q. You agree, sir, that all she |
|  | 154:15 | asked you for here was a copy of the data |
|  | 154:16 | and the materials that you referenced in |
|  | 154:17 | your Expression of Concern? |

| 155 | **154:22 -154:22** | Curfman 01/24/2006 | 00:00:01 | 01:13:36 | 00:43:24 | Z6.155 |
|---|---|---|---|---|---|---|

| | | 154:22 | A. Yes. |

| 156 | **156:2 - 157:15** | Curfman 01/24/2006 | 00:01:52  01:13:37  00:43:23 | Z6.156 |

| Link > CURF17.4.1 | 156:2 | Q. So, point number 7 of your |
| | 156:3 | seven-point letter to her basically said |
| | 156:4 | get these from the Merck lawyer; right? |
| | 156:5 | A. Yes. And I think that it's |
| | 156:6 | fairly explicit. |
| Link > Hide | 156:7 | Q. Yes, I agree. |
| | 156:8 | But now what you also did is |
| | 156:9 | you and Dr. Morrissey attempted to |
| | 156:10 | dictate to Dr. Bombardier the content of |
| | 156:11 | her response? |
| | 156:12 | A. We did not attempt to |
| | 156:13 | dictate. We attempted to articulate or |
| | 156:14 | provide additional explanation of points |
| | 156:15 | of our concern. We are the editors. We |
| | 156:16 | had concerns. It's not a matter of |
| | 156:17 | dictating. It's a matter of expressing |
| | 156:18 | what the concerns were so that she could |
| | 156:19 | respond to those concerns. That's what |
| | 156:20 | an Expression of Concern is. That's why |
| | 156:21 | it's called an Expression of Concern. |
| | 156:22 | It's an expression of our concern that |
| | 156:23 | then we ask her to address. We thought |
| | 156:24 | this would be helpful to her in framing a |
| | 157:1 | response. |
| Link > CURF17.3.1 | 157:2 | Q. Didn't you tell her "We will |
| | 157:3 | explain herein what we expect this |
| | 157:4 | correction to include"? |
| | 157:5 | A. Uh-huh. |
| | 157:6 | Q. The very first point you |
| | 157:7 | say, "You should acknowledge." Then you |
| | 157:8 | go on to tell her what she's supposed to |
| | 157:9 | acknowledge in her response, right? Is |
| | 157:10 | that right? |
| | 157:11 | A. That's the way the sentence |
| | 157:12 | reads, yes. |
| | 157:13 | Q. And then basically you tell |
| | 157:14 | her that she's supposed to say she's |
| | 157:15 | sorry, don't you? |

| 157 | **157:18 - 158:20** | Curfman 01/24/2006 | 00:01:00  01:15:29  00:41:31 | Z6.157 |

| | 157:18 | BY MR. BECK: |
| Link > CURF17.4.2 | 157:19 | Q. Point number 6. You're |
| | 157:20 | telling the author of this study that, |
| | 157:21 | number 6, "These omissions and |

157:22   inaccuracies are regrettable, and this
157:23   should be acknowledged in your
157:24   statement."  You're telling her to
158:1   apologize for her article, aren't you?
158:2   A.   We asked her for a response,
158:3   and --
158:4   Q.   And you told her what you
158:5   wanted --
158:6   A.   She --
158:7   Q.   -- it to include?

Link > Hide

158:8   A.   She can respond in any way
158:9   that she wishes.  We were laying out our
158:10   concerns.  And one of our concerns was
158:11   that there were omissions and
158:12   inaccuracies that were regrettable.  And
158:13   we had evidence to back it up.  And she
158:14   can respond to that statement in any way
158:15   that she wants.
158:16   Q.   And she did, in fact,
158:17   respond to that statement, did she not?
158:18   A.   She did, yes.
158:19   Q.   And she told you that you
158:20   were wrong, right?

| 158 | 159:2 -159:3 | Curfman 01/24/2006 | 00:00:01 | 01:16:29 | 00:40:31 | Z6.158 |

159:2       THE WITNESS:  I don't
159:3   recall.

| 159 | 159:5 -159:16 | Curfman 01/24/2006 | 00:00:13 | 01:16:30 | 00:40:30 | Z6.159 |

159:5   Q.   You don't recall --
159:6   A.   No, I don't.
159:7   Q.   -- what she said in her
159:8   response?
159:9   A.   No.
159:10   Q.   Have you looked at her
159:11   response?
159:12   A.   Only very cursorily at this
159:13   point.  We just received the response,
159:14   and, in fact --
159:15   Q.   Well, you received it more
159:16   than a week ago, didn't you?

| 160 | 159:19 -159:24 | Curfman 01/24/2006 | 00:00:15 | 01:16:43 | 00:40:17 | Z6.160 |

159:19       THE WITNESS:  We didn't
159:20   receive one response, and part of
159:21   the complexity now of the issue is
159:22   that we received two separate

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | 159:23 | responses from two different | | | |
| | | 159:24 | groups of authors, and -- | | | |
| 161 | 160:18 - 160:19 | Curfman 01/24/2006 | 00:00:04 | 01:16:58 | 00:40:02 | Z6.161 |
| | | 160:18 | Q.  My question is, you received | | | |
| | | 160:19 | it more than a week ago, didn't you? | | | |
| 162 | 161:10 - 161:12 | Curfman 01/24/2006 | 00:00:04 | 01:17:02 | 00:39:58 | Z6.162 |
| | | 161:10 | A.  We received two responses, | | | |
| | | 161:11 | and I don't remember the exact dates of | | | |
| | | 161:12 | receipt. | | | |
| 163 | 161:23 - 161:23 | Curfman 01/24/2006 | 00:00:01 | 01:17:06 | 00:39:54 | Z6.163 |
| | | 161:23 | Q.  What is Exhibit 18? | | | |
| 164 | 162:7 - 162:9 | Curfman 01/24/2006 | 00:00:10 | 01:17:07 | 00:39:53 | Z6.164 |
| Link > | CURF18.1.1 | 162:7 | Q.  Is this some transmittal | | | |
| | | 162:8 | e-mail and then the response from Dr. | | | |
| | | 162:9 | Bombardier? | | | |
| 165 | 162:12 - 162:20 | Curfman 01/24/2006 | 00:00:22 | 01:17:17 | 00:39:43 | Z6.165 |
| | | 162:12 | Yes, it is. | | | |
| | | 162:13 | Q.  Dr. Bombardier responded on | | | |
| | | 162:14 | behalf of herself and the other nine | | | |
| | | 162:15 | authors who were not Merck employees; | | | |
| | | 162:16 | right? | | | |
| | | 162:17 | A.  Yes. | | | |
| Link > | Hide | 162:18 | Q.  And in this response, these | | | |
| | | 162:19 | ten non-Merck authors told you that you | | | |
| | | 162:20 | were wrong; right? | | | |
| 166 | 162:24 - 163:5 | Curfman 01/24/2006 | 00:00:16 | 01:17:39 | 00:39:21 | Z6.166 |
| | | 162:24 | A.  No.  I don't read it that | | | |
| | | 163:1 | way.  But, again, I want to make it clear | | | |
| | | 163:2 | that I have not had an opportunity to go | | | |
| | | 163:3 | through this, and I'm not prepared to | | | |
| | | 163:4 | discuss this document.  I wasn't -- we | | | |
| | | 163:5 | have not read these documents. | | | (Edited) | |
| 167 | 163:5 - 163:11 | Curfman 01/24/2006 | 00:00:13 | 01:17:55 | 00:39:05 | Z6.167 |
| | | 163:5 | and, again, I | | | (Edited) | |
| | | 163:6 | think that the most important aspect of | | | |
| | | 163:7 | the response from the authors so far is | | | |
| | | 163:8 | the fact that we received not one | | | |
| | | 163:9 | response -- | | | |
| | | 163:10 | Q.  I'll get to the other one. | | | |
| | | 163:11 | A.  -- but two responses. | | | |
| 168 | 163:20 - 164:9 | Curfman 01/24/2006 | 00:00:34 | 01:18:08 | 00:38:52 | Z6.168 |
| | | 163:20 | Q.  Now, are you telling me -- | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | 163:21 | you've certainly known that your | | | | |
| | 163:22 | deposition was going to be taken in | | | | |
| | 163:23 | connection with the Expression of | | | | |
| | 163:24 | Concern.  You've known that for certainly | | | | |
| | 164:1 | over a week, right? | | | | |
| | 164:2 | A.  Right. | | | | |
| | 164:3 | Q.  And you've had the answer | | | | |
| | 164:4 | from the ten non-Merck authors -- | | | | |
| | 164:5 | A.  Right. | | | | |
| | 164:6 | Q.  -- to your Expression of | | | | |
| | 164:7 | Concern, and you say you haven't read it | | | | |
| | 164:8 | carefully enough to be prepared to | | | | |
| | 164:9 | discuss it? | | | | |

| 169 | **164:10 - 164:24** | Curfman 01/24/2006 | 00:00:38 | 01:18:42 | 00:38:18 | Z6.169 |
|---|---|---|---|---|---|---|
| | 164:10 | A.  I have -- we have -- a | | | | |
| | 164:11 | document like this requires reading by | | | | |
| | 164:12 | more than one person, deliberation, | | | | |
| | 164:13 | meeting together among the head editors | | | | |
| | 164:14 | of the Journal.  And we have not had the | | | | |
| | 164:15 | opportunity to do that yet.  I could go | | | | |
| | 164:16 | into reasons why that is, logistic | | | | |
| | 164:17 | reasons of getting a Journal out every | | | | |
| | 164:18 | week, logistic reasons that our | | | | |
| | 164:19 | editor-in-chief is currently attending in | | | | |
| | 164:20 | the intensive care unit at Brigham and | | | | |
| | 164:21 | Women's Hospital and is working basically | | | | |
| | 164:22 | almost 20 hours a day in the intensive | | | | |
| | 164:23 | care unit, but I won't bore you and take | | | | |
| | 164:24 | up your time with that. | | | | |

| 170 | **165:2 - 165:5** | Curfman 01/24/2006 | 00:00:08 | 01:19:20 | 00:37:40 | Z6.170 |
|---|---|---|---|---|---|---|
| | 165:2 | A.  My answer to your question | | | | |
| | 165:3 | -- yes.  My answer to your question is, I | | | | |
| | 165:4 | have not had time to adequately digest | | | | |
| | 165:5 | this. | | | (Edited) | |

| 171 | **165:5 - 165:12** | Curfman 01/24/2006 | 00:00:18 | 01:19:28 | 00:37:32 | Z6.171 |
|---|---|---|---|---|---|---|
| | 165:5 | And one of the key issues in | | | (Edited) | |
| | 165:6 | digesting this is that we are going to | | | | |
| | 165:7 | have to decide what to do about receiving | | | | |
| | 165:8 | two different responses when we asked for | | | | |
| | 165:9 | one.  And it suggests to me, raises the | | | | |
| | 165:10 | question that there may be some sort of | | | | |
| | 165:11 | schism between the authors here that may | | | | |
| | 165:12 | have to be worked out. | | | | |

| 172 | **166:16 - 166:24** | Curfman 01/24/2006 | 00:00:21 | 01:19:46 | 00:37:14 | Z6.172 |
|---|---|---|---|---|---|---|

**CURFMAN 1 24 06 Merck cross**

| | | |
|---|---|---|
| Link > CURF21.2 | 166:16 | Q.  Do you recognize Exhibit 21 |
| | 166:17 | to be a response on behalf of Drs. Reicin |
| Link > CURF21.2.1 | 166:18 | and Shapiro who are both affiliated with |
| | 166:19 | Merck? |
| | 166:20 | A.  Right.  It's being |
| | 166:21 | communicated by a medical communications |
| | 166:22 | person. |
| | 166:23 | Q.  Right. |
| | 166:24 | A.  Right. |

---

**173      170:2 - 170:16**     Curfman 01/24/2006          00:00:39   01:20:07   00:36:53                    Z6.173

Link > Hide

| | |
|---|---|
| 170:2 | Q.  And you had not only Dr. |
| 170:3 | Bombardier's response on behalf of the |
| 170:4 | ten non-Merck authors for over a week |
| 170:5 | before today, you also had Dr. Reicin's |
| 170:6 | response on behalf of herself and Dr. |
| 170:7 | Shapiro, the Merck authors, for over a |
| 170:8 | week before today, right? |
| 170:9 | A.  If you say so.  I'll take |
| 170:10 | your word for it.  Sure. |
| 170:11 | Q.  And here you are, you know |
| 170:12 | this is the only chance that I get to ask |
| 170:13 | you questions about the Expression of |
| 170:14 | Concern, and you didn't take the time to |
| 170:15 | read either one of these to comment on |
| 170:16 | their substance? |

---

**174      171:14 - 171:23**     Curfman 01/24/2006          00:00:31   01:20:46   00:36:14                    Z6.174

| | |
|---|---|
| 171:14 | Q.  My question is simply that |
| 171:15 | knowing that your deposition was going to |
| 171:16 | be taken today and that the main subject |
| 171:17 | was your Expression of Concern, and |
| 171:18 | having the responses filed by both the |
| 171:19 | non-Merck lawyer -- the non-Merck authors |
| 171:20 | and the Merck authors for over a week, |
| 171:21 | it's your testimony that you didn't take |
| 171:22 | the time to read them so that you could |
| 171:23 | talk about the substance of them? |

---

**175      172:2 - 172:16**     Curfman 01/24/2006          00:00:41   01:21:17   00:35:43                    Z6.175

| | |
|---|---|
| 172:2 | THE WITNESS:  Our response |
| 172:3 | to these documents will require |
| 172:4 | very careful deliberation. |
| 172:5 | Editors of journals don't do |
| 172:6 | things on a knee jerk.  We can't |
| 172:7 | afford to do that.  I did not set |
| 172:8 | the date for this deposition, and, |

CURFMAN 1 24 06 Merck cross

172:9      in fact, we received these when we
172:10     received them.  And we will need
172:11     time to very carefully digest the
172:12     situation, and then we'll have an
172:13     official response to it.  I'm not
172:14     prepared to do that now.  We do
172:15     things carefully in our office.
172:16     That's how we do things.        (Edited)

---

**176**    **172:16 -172:20**    Curfman 01/24/2006      00:00:07   01:21:58   00:35:02       Z6.176

172:16     That's        (Edited)
172:17     the way we do things.  And I'm
172:18     sorry if that doesn't fit with
172:19     your timetable, but that's the
172:20     reality of the situation.

---

**177**    **172:22 -173:9**    Curfman 01/24/2006      00:00:26   01:22:05   00:34:55       Z6.177

172:22     Q.  Have you looked at these two
172:23     responses enough to know whether they're
172:24     in basic agreement or whether there's any
173:1      points of disagreement?
173:2      A.  No.  I can't really comment
173:3      about that.
173:4      Q.  So, it's not just that you
173:5      haven't had, you know, conferences with
173:6      your colleagues to talk it all through,
173:7      you just haven't read them carefully in
173:8      advance of your deposition.  Is that your
173:9      testimony?

---

**178**    **173:12 -174:1**    Curfman 01/24/2006      00:00:32   01:22:31   00:34:29       Z6.178

173:12        THE WITNESS:  I'm saying
173:13     that we -- documents of this kind
173:14     will demand careful deliberation
173:15     among the editors at the New
173:16     England Journal of Medicine, and
173:17     we have not gone through that
173:18     process yet.  And anything that I
173:19     might say today might not be fully
173:20     accurate because we've not gone
173:21     through this process of
173:22     deliberating together and
173:23     interpreting these two documents.
173:24     And that's all I can say about
174:1      this.

---

**179**    **174:3 -174:7**    Curfman 01/24/2006      00:00:19   01:23:03   00:33:57       Z6.179

174:3      Q.  Well, getting back to your

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 174:4 | Expression of Concern, you indicated it |  |  |  |  |
|  |  | 174:5 | got a lot of media attention, and you and |  |  |  |  |
|  |  | 174:6 | your outside PR people followed the media |  |  |  |  |
|  |  | 174:7 | attention pretty closely, didn't you? |  |  |  |  |
| 180 | **174:12 - 174:13** | Curfman 01/24/2006 | | 00:00:02 | 01:23:22 | 00:33:38 | Z6.180 |
|  |  | 174:12 | THE WITNESS:  No.  I |  |  |  |  |
|  |  | 174:13 | certainly didn't. |  |  |  | (Edited) |
| 181 | **175:1 - 175:6** | Curfman 01/24/2006 | | 00:00:18 | 01:23:24 | 00:33:36 | Z6.181 |
|  |  | 175:1 | Q.  Did the people at the New |  |  |  |  |
|  |  | 175:2 | England Journal of Medicine monitor at |  |  |  |  |
|  |  | 175:3 | least the major newspapers to see how |  |  |  |  |
|  |  | 175:4 | they were reporting on the Expression of |  |  |  |  |
|  |  | 175:5 | Concern and whether there were any errors |  |  |  |  |
|  |  | 175:6 | that should be corrected? |  |  |  |  |
| 182 | **175:9 - 175:22** | Curfman 01/24/2006 | | 00:00:29 | 01:23:42 | 00:33:18 | Z6.182 |
|  |  | 175:9 | THE WITNESS:  Our media |  |  |  |  |
|  |  | 175:10 | relations specialist always |  |  |  |  |
|  |  | 175:11 | monitors the news.  That's what |  |  |  |  |
|  |  | 175:12 | her job is.  She does that every |  |  |  |  |
|  |  | 175:13 | day about everything that we |  |  |  |  |
|  |  | 175:14 | publish to see what the media is |  |  |  |  |
|  |  | 175:15 | writing about it.  That's what her |  |  |  |  |
|  |  | 175:16 | job is.  And part of it is to make |  |  |  |  |
|  |  | 175:17 | sure that they're reporting |  |  |  |  |
|  |  | 175:18 | accurately on articles that we |  |  |  |  |
|  |  | 175:19 | publish, not just the Expression |  |  |  |  |
|  |  | 175:20 | of Concern.  This happens every |  |  |  |  |
|  |  | 175:21 | day for every article.  We get |  |  |  |  |
|  |  | 175:22 | news updates every day. |  |  |  |  |
| 183 | **176:16 - 177:1** | Curfman 01/24/2006 | | 00:00:38 | 01:24:11 | 00:32:49 | Z6.183 |
|  |  | 176:16 | Q.  Dr. Curfman, you were quoted |  |  |  |  |
|  |  | 176:17 | in the Forbes article as saying you were |  |  |  |  |
|  |  | 176:18 | somewhere between surprised and stunned |  |  |  |  |
|  |  | 176:19 | that some cardiovascular data that was in |  |  |  |  |
|  |  | 176:20 | a presubmission draft, a draft that was |  |  |  |  |
|  |  | 176:21 | prepared before it was submitted to the |  |  |  |  |
|  |  | 176:22 | New England Journal of Medicine, had been |  |  |  |  |
|  |  | 176:23 | deleted before the draft was submitted. |  |  |  |  |
|  |  | 176:24 | Do you remember that and were you |  |  |  |  |
|  |  | 177:1 | accurately quoted? |  |  |  |  |
| 184 | **177:10 - 177:24** | Curfman 01/24/2006 | | 00:00:46 | 01:24:49 | 00:32:11 | Z6.184 |
|  |  | 177:10 | THE WITNESS:  Well, I can |  |  |  |  |
|  |  | 177:11 | tell you what I was somewhere |  |  |  |  |
|  |  | 177:12 | between surprised and stunned |  |  |  |  |

|  |  |
|---|---|
| 177:13 | about, and that was the document |
| 177:14 | that was presented to me for the |
| 177:15 | first time on November 21st, 2005, |
| 177:16 | Exhibit 18, among the exhibits on |
| 177:17 | that day, which was an internal |
| 177:18 | memorandum dated July 5th, 2000, |
| 177:19 | which contained an extensive body |
| 177:20 | of data on the cardiovascular |
| 177:21 | adverse events in VIGOR that I had |
| 177:22 | never seen before.  And that put |
| 177:23 | me somewhere between surprised and |
| 177:24 | stunned. |

| 185 | 179:22 - 180:4 | Curfman 01/24/2006 | 00:00:29  01:25:35  00:31:25 | Z6.185 |
|---|---|---|---|---|

|  |  |
|---|---|
| 179:22 | My question is, from your |
| 179:23 | review of the materials, are you aware |
| 179:24 | that all of the data that was collected |
| 180:1 | in the July 2000 memorandum and including |
| 180:2 | the tables and the statistical analyses, |
| 180:3 | that all of that was communicated to the |
| 180:4 | FDA in the fall of 2000? |

| 186 | 180:8 - 180:10 | Curfman 01/24/2006 | 00:00:03  01:26:04  00:30:56 | Z6.186 |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| 180:8 | THE WITNESS:  Yes.  I'm | |
| 180:9 | aware that it was communicated to | |
| 180:10 | the FDA. | (Edited) |

| 187 | 180:10 - 180:17 | Curfman 01/24/2006 | 00:00:11  01:26:07  00:30:53 | Z6.187 |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| 180:10 | It was not posted by the | (Edited) |
| 180:11 | FDA until the following year, | |
| 180:12 | months -- | |
| 180:13 | BY MR. BECK: | |
| 180:14 | Q.  In February? | |
| 180:15 | A.  -- months after, months | |
| 180:16 | after the publication of the misleading | |
| 180:17 | New England Journal article. | |

| 188 | 183:2 - 183:18 | Curfman 01/24/2006 | 00:00:43  01:26:18  00:30:42 | Z6.188 |
|---|---|---|---|---|

|  |  |
|---|---|
| 183:2 | Q.  How about in the materials |
| 183:3 | communicating the information to the FDA, |
| 183:4 | was there a mention there of a |
| 183:5 | prespecified cutoff date? |
| 183:6 | A.  I don't recall.  It's a big |
| 183:7 | document, and I'd have to go back through |
| 183:8 | it. |
| 183:9 | Q.  How about in the FDA |
| 183:10 | materials prepared by people within the |
| 183:11 | FDA, is there an indication in the FDA |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | 183:12 | materials that this additional | | | | |
| | 183:13 | information that was transmitted to them | | | | |
| | 183:14 | in October had come in after a | | | | |
| | 183:15 | prespecified cutoff date that was used in | | | | |
| | 183:16 | the VIGOR study? | | | | |
| | 183:17 | A.  Well, I don't know.  I don't | | | | |
| | 183:18 | know about that. | | | (Edited) | |

| 189 | **183:18 -183:19** | Curfman 01/24/2006 | 00:00:03 | 01:27:01 | 00:29:59 | Z6.189 |
|---|---|---|---|---|---|---|
| | 183:18 | What I can tell you is | | | (Edited) | |
| | 183:19 | that in the VIGOR -- | | | | |

| 190 | **185:5 -185:12** | Curfman 01/24/2006 | 00:00:25 | 01:27:04 | 00:29:56 | Z6.190 |
|---|---|---|---|---|---|---|
| | 185:5 | Q.   Did you ever look at the | | | | |
| | 185:6 | Targum memo that we talked about earlier, | | | | |
| | 185:7 | that internal FDA memo that analyzes | | | | |
| | 185:8 | data?  Did you ever look at the Targum | | | | |
| | 185:9 | memo to see whether it explains that that | | | | |
| | 185:10 | information that was provided in the fall | | | | |
| | 185:11 | of 2000 had come in after a prespecified | | | | |
| | 185:12 | cutoff date for the VIGOR study? | | | | |

| 191 | **185:17 -185:19** | Curfman 01/24/2006 | 00:00:02 | 01:27:29 | 00:29:31 | Z6.191 |
|---|---|---|---|---|---|---|
| | 185:17 | Q.   Did you ever look at the | | | | |
| | 185:18 | Targum memo to see that? | | | | |
| | 185:19 | A.  Yes, I did. | | | | |

| 192 | **192:10 -193:12** | Curfman 01/24/2006 | 00:01:21 | 01:27:31 | 00:29:29 | Z6.192 |
|---|---|---|---|---|---|---|
| | 192:10 | Q.  Let me turn to another | | | | |
| | 192:11 | subject that is addressed in your | | | | |
| | 192:12 | Expression of Concern, and that is | | | | |
| | 192:13 | information that was in a draft before | | | | |
| | 192:14 | the draft was submitted to the New | | | | |
| | 192:15 | England Journal of Medicine, but then was | | | | |
| | 192:16 | taken out in the draft that was submitted | | | | |
| | 192:17 | to the New England Journal of Medicine. | | | | |
| | 192:18 | Do you understand what topic | | | | |
| | 192:19 | I'm talking about? | | | | |
| | 192:20 | A.  Right. | | | | |
| | 192:21 | Q.  Now, this is not the three | | | | |
| | 192:22 | MIs, right? | | | | |
| | 192:23 | A.  No.  This has nothing to do | | | | |
| | 192:24 | with the three MIs. | | | | |
| | 193:1 | Q.  Okay. | | | | |
| | 193:2 | And this has to do with a | | | | |
| | 193:3 | table that at least the shell or the form | | | | |
| | 193:4 | of the table was in an electronic version | | | | |
| | 193:5 | of the manuscript that you could see that | | | | |

193:6    it had been in the draft before it had
193:7    been submitted to the New England Journal
193:8    of Medicine, but that had been taken out
193:9    before the submission was actually made;
193:10   is that right?
193:11   A.  Well, that's part of the
193:12   story.

| 193 | 194:3 -194:7 | Curfman 01/24/2006 | 00:00:12 | 01:28:52 | 00:28:08 | Z6.193 |

194:3        Am I correct that the New
194:4    England Journal of Medicine requested the
194:5    authors of the VIGOR manuscript to
194:6    provide an electronic version to the New
194:7    England Journal?

| 194 | 194:10 -194:20 | Curfman 01/24/2006 | 00:00:17 | 01:29:04 | 00:27:56 | Z6.194 |

194:10       THE WITNESS:  I don't know
194:11   whether we requested it or not.
194:12   They did send it.  I'd have to --
194:13   you know, you can show me a
194:14   document with a sentence in there,
194:15   but they provided the disk.
194:16   BY MR. BECK:
194:17   Q.  Okay.
194:18       And they provided the disk
194:19   in August of 2000, right?
194:20   A.  Yes.

| 195 | 194:23 -195:4 | Curfman 01/24/2006 | 00:00:17 | 01:29:21 | 00:27:39 | Z6.195 |

194:23   Q.  And when they provided you
194:24   with this disk, the electronic version,
195:1    they gave it to you with a feature called
195:2    track changes that was turned on when
195:3    they gave it to you, right?
195:4    A.  Yes.

| 196 | 195:6 -195:18 | Curfman 01/24/2006 | 00:00:37 | 01:29:38 | 00:27:22 | Z6.196 |

195:6        And this disk, little
195:7    computer disk, had three versions of the
195:8    VIGOR manuscript on it; is that right?
195:9    A.  That's correct.
195:10   Q.  So that you could compare,
195:11   if you wanted to, you know, how the
195:12   versions evolved over time?
195:13   A.  Yes, you could.
195:14   Q.  And even within a single
195:15   version with the track changes feature
195:16   turned on, or it's sometimes called a red

|     |                   |                                                                       |     |     |     |     |
| --- | ----------------- | --------------------------------------------------------------------- | --- | --- | --- | --- |
|     |                   | 195:17   lining feature, are you familiar with                        |          |          |          |        |
|     |                   | 195:18   that term?                                                   |          |          |          |        |
| 197 | **195:19 - 195:23** | Curfman 01/24/2006                                 00:00:13 | 01:30:15 | 00:26:45 |          | Z6.197 |
|     |                   | 195:19   A.   Sure.                                                   |          |          |          |        |
|     |                   | 195:20   Q.   And you can see, because the                           |          |          |          |        |
|     |                   | 195:21   computer keeps track of any language or                     |          |          |          |        |
|     |                   | 195:22   tables or data that was taken out during                    |          |          |          |        |
|     |                   | 195:23   the drafting process; correct?                              |          |          |          |        |
| 198 | **196:22 - 197:3** | Curfman 01/24/2006                                 00:00:18 | 01:30:28 | 00:26:32 |          | Z6.198 |
|     |                   | 196:22          With the track changes                               |          |          |          |        |
|     |                   | 196:23   feature turned on, within a single                          |          |          |          |        |
|     |                   | 196:24   version of the manuscript you can see,                      |          |          |          |        |
|     |                   | 197:1   because the computer keeps track of what                     |          |          |          |        |
|     |                   | 197:2   language or data is added and what                           |          |          |          |        |
|     |                   | 197:3   language or data is taken out, right?                        |          |          |          |        |
| 199 | **197:6 - 197:6** | Curfman 01/24/2006                                 00:00:01 | 01:30:46 | 00:26:14 |          | Z6.199 |
|     |                   | 197:6          THE WITNESS:   Right.                                 |          |          |          |        |
| 200 | **201:18 - 201:24** | Curfman 01/24/2006                               00:00:18 | 01:30:47 | 00:26:13 |          | Z6.200 |
|     |                   | 201:18   Q.   And my question is, when you                           |          |          |          |        |
|     |                   | 201:19   wrote that Expression of Concern focusing                   |          |          |          |        |
|     |                   | 201:20   on the fact that the table was taken out,                   |          |          |          |        |
|     |                   | 201:21   did you take into account the fact that                     |          |          |          |        |
|     |                   | 201:22   the authors showed you that when they                       |          |          |          |        |
|     |                   | 201:23   gave you the electronic version with the                    |          |          |          |        |
|     |                   | 201:24   track changes feature turned on?                            |          |          |          |        |
| 201 | **202:3 - 202:4** | Curfman 01/24/2006                                 00:00:02 | 01:31:05 | 00:25:55 |          | Z6.201 |
|     |                   | 202:3          THE WITNESS:   Yes.   We took                         |          |          |          |        |
|     |                   | 202:4          that into consideration.                              |          | (Edited) |          |        |
| 202 | **202:4 - 202:6** | Curfman 01/24/2006                                 00:00:06 | 01:31:07 | 00:25:53 |          | Z6.202 |
|     |                   | 202:4          The                                                   |          | (Edited) |          |        |
|     |                   | 202:5          table was not the only data that                      |          |          |          |        |
|     |                   | 202:6          were removed from the manuscript.                     |          |          |          |        |
| 203 | **204:9 - 205:4** | Curfman 01/24/2006                                 00:01:04 | 01:31:13 | 00:25:47 |          | Z6.203 |
|     |                   | 204:9   Q.   Now, even though the authors                            |          |          |          |        |
|     |                   | 204:10   gave you the electronic version with the                    |          |          |          |        |
|     |                   | 204:11   track changes turned on back in August of                   |          |          |          |        |
|     |                   | 204:12   2000, am I correct from your Expression                     |          |          |          |        |
|     |                   | 204:13   of Concern that it looked like you never                    |          |          |          |        |
|     |                   | 204:14   looked at the electronic version until                      |          |          |          |        |
|     |                   | 204:15   sometime in the fall of 2004; is that                       |          |          |          |        |
|     |                   | 204:16   right?                                                      |          |          |          |        |
|     |                   | 204:17   A.   That's right.                                          |          |          |          |        |
|     |                   | 204:18   Q.   Now, did you ever tell,                               |          |          |          |        |

| | | | |
|---|---|---|---|
| | 204:19 | "you" being Dr. Curfman, covering you, | |
| | 204:20 | personally, first, back during the | |
| | 204:21 | editorial process in 2000, when the | |
| | 204:22 | authors gave you the electronic version | |
| | 204:23 | with the track changes turned on, did you | |
| | 204:24 | communicate in any way to them that you | |
| | 205:1 | and your colleagues were not going to | |
| | 205:2 | look at the electronic version, "you," | |
| | 205:3 | personally, now? | |
| | 205:4 | A.  Yeah, no. | |

---

**204**   **221:10 -221:15**   Curfman 01/24/2006                 00:00:30   01:32:17   00:24:43                 Z6.204

| | | |
|---|---|---|
| 221:10 | Q.  Doctor, on the subject of | |
| 221:11 | the significance of the deletion of Table | |
| 221:12 | 5, did Dr. Drazen tell you that he | |
| 221:13 | thought that that whole subject did not | |
| 221:14 | even have enough significance to be | |
| 221:15 | mentioned in the Expression of Concern? | |

---

**205**   **221:18 -221:19**   Curfman 01/24/2006                 00:00:02   01:32:47   00:24:13                 Z6.205

| | |
|---|---|
| 221:18 | THE WITNESS:  Not to my |
| 221:19 | knowledge. |

---

**206**   **222:3 -223:6**   Curfman 01/24/2006                 00:01:21   01:32:49   00:24:11                 Z6.206

Link >  CURF22.1

Link >  CURF22.1.2

| | |
|---|---|
| 222:3 | Q.  I've handed you Exhibit 22. |
| 222:4 | Do you see that this is an e-mail from |
| 222:5 | Dr. Drazen, the editor-in-chief, to you |
| 222:6 | and Dr. Morrissey, "Subject: Expression |
| 222:7 | of Concern"? |
| 222:8 | A.  I do, yes. |
| 222:9 | Q.  And it's dated December 4th. |
| 222:10 | Was that pretty early in the drafting of |
| 222:11 | the Expression of Concern? |
| 222:12 | A.  That was still pretty early, |
| 222:13 | yes. |
| 222:14 | Q.  Okay. |
| 222:15 | And do you see here on the |
| 222:16 | e-mail he's attached a document.  And |
| 222:17 | when explaining his attachment, he says, |
| 222:18 | "I attach another edited version of the |
| 222:19 | expression.  The biggest change is the |
| 222:20 | deletion of the stuff about Table 5.  I |
| 222:21 | think it attributes more to this table |
| 222:22 | than it deserves and the numbers speak |
| 222:23 | for themselves.  This piece is cleaner |
| 222:24 | without it." |
| 223:1 | So, does that refresh your |

|  |  |  |  |
|---|---|---|---|
| | 223:2 | recollection that the editor-in-chief of | |
| | 223:3 | the New England Journal told you that he | |
| | 223:4 | didn't think that the stuff about Table 5 | |
| | 223:5 | was even significant enough to be | |
| | 223:6 | included in the Expression of Concern? | |

| 207 | **223:9 - 223:17** | Curfman 01/24/2006          00:00:18   01:34:10   00:22:50 | Z6.207 |
|---|---|---|---|
| | 223:9 | THE WITNESS:  He changed his | |
| | 223:10 | mind. | |
| Link > Hide | 223:11 | BY MR. BECK: | |
| | 223:12 | Q.  Well, my question is, does | |
| | 223:13 | this refresh your recollection that, in | |
| | 223:14 | fact, he told you, at least on December | |
| | 223:15 | 4th, that this whole table 5 stuff was | |
| | 223:16 | not even a big enough deal to be included | |
| | 223:17 | in the Expression of Concern? | |

| 208 | **224:19 - 224:22** | Curfman 01/24/2006          00:00:12   01:34:28   00:22:32 | Z6.208 |
|---|---|---|---|
| | 224:19 | A.  Yes.  That's what he said. | |
| | 224:20 | I, frankly, don't exactly remember this | |
| | 224:21 | e-mail because he changed his mind, and | |
| | 224:22 | we did include the material on Table 5. | |

| 209 | **225:18 - 226:19** | Curfman 01/24/2006          00:01:15   01:34:40   00:22:20 | Z6.209 |
|---|---|---|---|
| | 225:18 | Q.  And I will show you Exhibit | |
| Link > CURF23.1 | 225:19 | 23, which is the attachment to the e-mail | |
| | 225:20 | that we just looked at. | |
| | 225:21 | A.  Yes. | |
| | 225:22 | Q.  And this is kind of a | |
| | 225:23 | printed out version of that track changes | |
| | 225:24 | feature that we talked about, isn't it? | |
| | 226:1 | This is a draft of the Expression of | |
| | 226:2 | Concern, and you can see on the right | |
| | 226:3 | things that have been deleted and things | |
| | 226:4 | that have been added? | |
| | 226:5 | A.  Right.  Yep. | |
| | 226:6 | Q.  Okay. | |
| | 226:7 | And do you see over here on | |
| | 226:8 | this attachment to the editor-in-chief's | |
| Link > CURF23.2.1 | 226:9 | e-mail to you that that last square over | |
| | 226:10 | there that shows what was deleted, at | |
| | 226:11 | least as of December 4, he wanted to take | |
| | 226:12 | out the entire paragraph having to do | |
| | 226:13 | with Table 5, right? | |
| Link > Hide | 226:14 | A.  Yes, at that time.  And then | |
| | 226:15 | he changed his mind.  That was an early | |
| | 226:16 | version.  And we went through many | |

CURFMAN 1 24 06 Merck cross

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | 226:17 | versions of this document and a lot of | | | | |
| | | 226:18 | editing was done.  The final version, of | | | | |
| | | 226:19 | course, did include that material. | | | | |
| 210 | 236:14 -236:15 | Curfman 01/24/2006 | | 00:00:08 | 01:35:55 | 00:21:05 | Z6.210 |
| | | 236:14 | Q.  Let me hand you the next | | | | |
| Link > | CURF26.1 | 236:15 | document, Exhibit 26. | | | (Edited) | |
| 211 | 236:15 -236:19 | Curfman 01/24/2006 | | 00:00:14 | 01:36:03 | 00:20:57 | Z6.211 |
| | | 236:15 | Now, again, this | | | (Edited) | |
| Link > | CURF26.1.1 | 236:16 | is a series of e-mails, and you see that | | | | |
| | | 236:17 | you're on these first two at least on | | | | |
| | | 236:18 | Page 1. | | | | |
| | | 236:19 | A.  Right. | | | | |
| 212 | 237:4 -237:11 | Curfman 01/24/2006 | | 00:00:31 | 01:36:17 | 00:20:43 | Z6.212 |
| | | 237:4 | So, let's go to Page 3 of | | | | |
| Link > | CURF26.3 | 237:5 | this exhibit, and this is an e-mail that | | | | |
| Link > | CURF26.3.3 | 237:6 | you got a copy of from Caryn Sandrew on | | | | |
| | | 237:7 | behalf of Dr. Drazen.  Do you see that? | | | | |
| | | 237:8 | A.  Yes, I do. | | | | |
| | | 237:9 | Q.  And it's, again, to Ms. | | | | |
| | | 237:10 | Prakash of NPR; right? | | | | |
| | | 237:11 | A.  Right. | | | | |
| 213 | 239:15 -239:21 | Curfman 01/24/2006 | | 00:00:16 | 01:36:48 | 00:20:12 | Z6.213 |
| Link > | CURFCALLOL | 239:15 | Q.  Let's go down to the very | | | | |
| | | 239:16 | bottom where he says, "It is generally | | | | |
| | | 239:17 | inappropriate to mine a data set for | | | | |
| | | 239:18 | endpoints that were not pre- specified in | | | | |
| | | 239:19 | the research protocol." | | | | |
| | | 239:20 | A.  Yes.  The problem is that in | | | | |
| | | 239:21 | a safety study, that does not apply. | | | | |
| 214 | 240:14 -240:23 | Curfman 01/24/2006 | | 00:00:19 | 01:37:04 | 00:19:56 | Z6.214 |
| | | 240:14 | Q.  My focus is, he's making a | | | | |
| | | 240:15 | general observation about whether it is | | | | |
| | | 240:16 | appropriate or not to mine a data set for | | | | |
| | | 240:17 | endpoints that were not prespecified in | | | | |
| | | 240:18 | the research protocol. | | | | |
| | | 240:19 | A.  Except for safety endpoints. | | | | |
| | | 240:20 | Q.  But he doesn't say that, | | | | |
| | | 240:21 | does he? | | | | |
| | | 240:22 | A.  Well, that's fine, but I'm | | | | |
| | | 240:23 | telling you what the facts are. | | | | |
| 215 | 241:10 -242:13 | Curfman 01/24/2006 | | 00:01:10 | 01:37:23 | 00:19:37 | Z6.215 |
| Link > | CURF26.4.3 | 241:10 | Q.  Does he go on to say to the | | | | |
| | | 241:11 | NPR author, "Such a fishing expedition | | | | |

241:12    can lead to misleading conclusions, both

241:13    positive and negative"?

241:14    A.   They could, but he had never

241:15    seen this document.   And this is a

241:16    critical document that no editor or

241:17    physician would ever overlook, the

241:18    importance of this document.   These are

241:19    critical safety endpoints, safety

241:20    endpoints.   And safety endpoints are

Link > Hide    241:21    often not prespecified in a protocol.

241:22    Q.   But, in fact, when he made

241:23    that observation about how that's

241:24    inappropriate and it's a fishing

242:1    expedition, he was talking about the

242:2    safety endpoints of the VIGOR article,

242:3    was he not, sir?

242:4    A.   He was not -- he was not

242:5    privy to this document.

242:6    Q.   Was he talking about the

242:7    safety endpoints of the VIGOR article

242:8    when he said that "It is generally

242:9    inappropriate to mine a data set for

242:10    endpoints that were not pre-specified to

242:11    the research protocol.   Such a fishing

242:12    expedition can lead to misleading

242:13    conclusions, both positive and negative"?

| 216 | 242:14 -242:16 | Curfman 01/24/2006 | 00:00:02 | 01:38:33 | 00:18:27 | Z6.216 |

242:14    A.   He doesn't say --

242:15    Q.   Was the subject he was

242:16    talking about --

| 217 | 242:17 -242:23 | Curfman 01/24/2006 | 00:00:12 | 01:38:35 | 00:18:25 | Z6.217 |

242:17    A.   It's not clear from this.

242:18    It's a new paragraph.

242:19    Q.   The entire subject of the

242:20    NPR article was the safety endpoints --

242:21    A.   The words don't say that.

242:22        MR. BECK:  No more

242:23    questions.

| 218 | 243:18 -243:19 | Curfman 01/24/2006 | 00:00:02 | 01:38:47 | 00:18:13 | Z6.218 |

243:18    Q.   Good afternoon, Doctor.

243:19    A.   Good afternoon.

| 219 | 244:6 -244:7 | Curfman 01/24/2006 | 00:00:03 | 01:38:49 | 00:18:11 | Z6.219 |

244:6    Q.   The exhibit in front of you

Link > CURF27.1    244:7    has been marked as Exhibit 27.

**CURFMAN 1 24 06 Merck cross**

| 220 | **244:12 - 245:2** | Curfman 01/24/2006 | 00:00:53 | 01:38:52 | 00:18:08 | Z6.220 |

| | | 244:12 | Q.  If you'll notice, if you go |
| Link > CURF27.6 | | 244:13 | through the document to the seventh page, |
| | | 244:14 | I believe you will find the previously |
| | | 244:15 | introduced suggestion for transmittal to |
| Link > CURF27.6.1 | | 244:16 | authors, which mentioned that the total |
| | | 244:17 | number of figures plus tables should not |
| | | 244:18 | total more than five.  That's on the page |
| | | 244:19 | number ending 136 at the bottom right. |
| | | 244:20 | Do you see that, sir? |
| | | 244:21 | A.  Yes, I do. |
| Link > Hide | | 244:22 | Q.  And can you take a look at |
| | | 244:23 | the entire document, and does this appear |
| | | 244:24 | to be a letter from Dr. Kaplan to Dr. |
| | | 245:1 | Bombardier enclosing the comments from |
| | | 245:2 | Reviewers A and B on the VIGOR study? |

| 221 | **245:5 - 245:20** | Curfman 01/24/2006 | 00:00:42 | 01:39:45 | 00:17:15 | Z6.221 |

| | | 245:5 | THE WITNESS:  Right.  And I |
| | | 245:6 | think A, B and C actually for |
| | | 245:7 | reviewers, yes. |
| | | 245:8 | MR. ARBITBLIT:  For the |
| | | 245:9 | record, this document begins at |
| | | 245:10 | Bates Number 2000 NEMJ 000025, and |
| | | 245:11 | the Bates Numbers for the letter |
| | | 245:12 | go through 027, and then the |
| | | 245:13 | comments of the reviewers are at |
| | | 245:14 | 134 through 138. |
| | | 245:15 | BY MR. ARBITBLIT: |
| | | 245:16 | Q.  Do you see that? |
| | | 245:17 | A.  Yes. |
| Link > CURF27.1.1 | | 245:18 | Q.  Now, the date on this letter |
| | | 245:19 | is June 30, 2000; is that correct? |
| Link > Hide | | 245:20 | A.  Yes. |

| 222 | **246:13 - 246:17** | Curfman 01/24/2006 | 00:00:17 | 01:40:27 | 00:16:33 | Z6.222 |

| | | 246:13 | Q.  Now, when did you receive |
| | | 246:14 | the manuscript for the first time? |
| | | 246:15 | A.  We received it, the receipt |
| | | 246:16 | date was May 23rd, 2000.  The letter of |
| | | 246:17 | transmission was dated May 18, 2000. |

| 223 | **246:19 - 247:1** | Curfman 01/24/2006 | 00:00:14 | 01:40:44 | 00:16:16 | Z6.223 |

| | | 246:19 | THE WITNESS: There was some |
| | | 246:20 | kind of interval of time between |
| | | 246:21 | Dr. Bombardier's signing of the |
| | | 246:22 | letter and the actual submission |

| | | | | | |
|---|---|---|---|---|---|
| | 246:23 | of the manuscript.  But with that | | | |
| | 246:24 | detail, the submission date was | | | |
| | 247:1 | May 23rd. | | | |

| 224 | **247:13 -248:4** | Curfman 01/24/2006 | 00:00:27 | 01:40:58 | 00:16:02 | Z6.224 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 247:13 | Q.  Doctor, this letter is dated |
| 247:14 | June 30 with the suggestion that there |
| 247:15 | should be five tables; right? |
| 247:16 | A.  Right. |
| 247:17 | Q.  And the table that you are |
| 247:18 | concerned about in the Expression of |
| 247:19 | Concern was deleted before the manuscript |
| 247:20 | was even submitted to you; wasn't it? |
| 247:21 | A.  That's correct. |
| 247:22 | Q.  So, the authors didn't |
| 247:23 | suddenly decide that they should only |
| 247:24 | have five tables and should delete the |
| 248:1 | cardiovascular event table because of |
| 248:2 | some letter written on June 30, 2000 |
| 248:3 | when, in fact, it had been removed before |
| 248:4 | that; correct? |

| 225 | **248:9 -249:10** | Curfman 01/24/2006 | 00:01:21 | 01:41:25 | 00:15:35 | Z6.225 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 248:9 | THE WITNESS:  That would be |
| 248:10 | correct. |
| 248:11 | BY MR. ARBITBLIT: |
| 248:12 | Q.  Doctor, you had your |
| 248:13 | deposition taken on November 21st, 2005? |
| 248:14 | A.  Yes. |
| 248:15 | Q.  Did you have any intention |
| 248:16 | of writing an Expression of Concern about |
| 248:17 | the VIGOR study before that date? |
| 248:18 | A.  No, we did not. |
| 248:19 | Q.  Did you formulate an |
| 248:20 | intention to write an Expression of |
| 248:21 | Concern on or after November 21st, 2005? |
| 248:22 | A.  At 8:30 in the morning on |
| 248:23 | November 22nd, Dr. Morrissey and I |
| 248:24 | initiated discussions about some kind of |
| 249:1 | editorial intervention, and then we |
| 249:2 | continued those discussions in the |
| 249:3 | subsequent days, leading eventually to an |
| 249:4 | Expression of Concern. |
| 249:5 | Q.  Now, the Expression of |
| 249:6 | Concern itself has previously been marked |
| 249:7 | as Exhibit 3, and do you have that in |
| 249:8 | front of you? |

CURFMAN 1 24 06 Merck cross

| | | | |
|---|---|---|---|
| Link > CURF3.1 | 249:9 | A.  I can get that.  Yes, I have | |
| | 249:10 | it. | |

---

226    260:14 - 261:13    Curfman 01/24/2006    00:01:22   01:42:46   00:14:14    Z6.226

Link > CURF3.1.2    260:14   Q.  Doctor, in the Expression of
260:15   Concern, did you state the relative risks
260:16   in terms of an increase in risk with
260:17   rofecoxib or Vioxx, rather than a
260:18   decrease in risk with naproxen?

Link > Hide    260:19   A.  Yes, that's correct.
260:20   Q.  Why did you do that?
260:21   A.  Well, the original VIGOR
260:22   article presented the relative risks in
260:23   the opposite direction, the implication
260:24   being from that presentation that
261:1   naproxen was protective against
261:2   cardiovascular disease, not that
261:3   rofecoxib increased the risk of heart
261:4   disease.
261:5       We now know that that is not
261:6   the case, and in order to set the record
261:7   straight, we made the decision in this
261:8   Expression of Concern to express the
261:9   relative risks as if rofecoxib increased
261:10   the risk of cardiovascular disease.
261:11       And, again, it was our
261:12   interest here to correct the scientific
261:13   record on this important point.

---

227    264:8 - 264:11    Curfman 01/24/2006    00:00:21   01:44:08   00:12:52    Z6.227

264:8   Q.  Can you please look at the
Link > CURF17.1    264:9   document marked as Exhibit 17 earlier
264:10   today which consists of the NEJM 000011
264:11   through 14, and the last two pages.

---

228    264:19 - 264:23    Curfman 01/24/2006    00:00:10   01:44:29   00:12:31    Z6.228

264:19       THE WITNESS:  Right.
264:20   BY MR. ARBITBLIT:
Link > CURF17.3    264:21   Q.  The last two pages being the
264:22   letter to Dr. Bombardier.
264:23   A.  Right.  I've got it.

---

229    266:1 - 268:4    Curfman 01/24/2006    00:02:28   01:44:39   00:12:21    Z6.229

266:1   Q.  Now, going on to Paragraph 2
266:2   of your letter to Dr. Bombardier, could
266:3   you please read the first sentence of
266:4   Paragraph 2?
Link > CURF17.3.2    266:5   A.  "Inclusion of the three

---

Link > Hide

266:6   myocardial infarctions would have

266:7   invalidated your claim in the article

266:8   that there was a difference in the risk

266:9   of myocardial infarction only in

266:10   high-risk patients (i.e., those in the

266:11   aspirin indicated group)."

266:12   Q.   Can you explain what you

266:13   mean by that?

266:14   A.   The authors in the VIGOR

266:15   article concluded that the difference in

266:16   rate of myocardial infarction between the

266:17   two treatment groups was present only in

266:18   high-risk patients, high risk for heart

266:19   disease, but not in low-risk patients,

266:20   low risk for heart disease.

266:21       If you add in the three

266:22   additional heart attacks that were not

266:23   reflected in the data and do the

266:24   appropriate statistical analysis for

267:1   interaction, this conclusion in the

267:2   article is no longer sustained, and

267:3   that's what this point is about.

267:4   Q.   Can you explain what a test

267:5   for interaction means?

267:6   A.   There are two variables, the

267:7   drug variables, rofecoxib versus

267:8   naproxen; and second variable, aspirin

267:9   indicated high-risk group, aspirin not

267:10   indicated low-risk group.  And an

267:11   interaction means that these two terms

267:12   will interact statistically, and the

267:13   appropriate test involves a determination

267:14   of whether there's an interaction.

267:15   Q.   And was such a test

267:16   performed by a statistician at your

267:17   request in connection with the Expression

267:18   of Concern?

267:19   A.   Yes, it was.

267:20   Q.   Can you summarize the result

267:21   of that test?

267:22   A.   The test indicated that the

267:23   risk -- the increased risk of

267:24   cardiovascular disease associated with

268:1   the use of rofecoxib or Vioxx was found

268:2   in both the high risk and the low-risk

268:3   groups, and it was not restricted to the

| | | | 268:4 | high-risk group. | | | | |
|---|---|---|---|---|---|---|---|---|

| 230 | **268:16 -270:3** | | Curfman 01/24/2006 | | 00:01:47 | 01:47:07 | 00:09:53 | Z6.230 |
|---|---|---|---|---|---|---|---|---|
| | | | 268:16 | Q.   Could you please take a look | | | | |
| | | | 268:17 | at the July 5th memorandum, July 5, 2000 | | | | |
| | | | 268:18 | memorandum, I believe it's been marked | | | | |
| Link > CURF24.1 | | | 268:19 | today as Exhibit 24 -- | | | | |
| | | | 268:20 | A.   Right. | | | | |
| | | | 268:21 | Q.   -- but it also has the | | | | |
| | | | 268:22 | exhibit sticker 18 from the previous | | | | |
| | | | 268:23 | deposition. | | | | |
| | | | 268:24 | A.   Right. | | | | |
| | | | 269:1 | Q.   Is this the table you're | | | | |
| | | | 269:2 | referring to in Paragraph 2 of the letter | | | | |
| | | | 269:3 | to Dr. Bombardier? | | | | |
| Link > CURF24.6.1 | | | 269:4 | A.   Yes.  It's Table 4.  This is | | | | |
| | | | 269:5 | what I was referring to. | | | | |
| | | | 269:6 | Q.   Does this table indicate a | | | | |
| | | | 269:7 | statistically significant increased risk | | | | |
| | | | 269:8 | of Vioxx in both aspirin indicated and | | | | |
| | | | 269:9 | aspirin not indicated patients? | | | | |
| Link > CURF24.6.2 | | | 269:10 | A.   Yes, it does.  Again, in | | | | |
| | | | 269:11 | this particular table, the relative risks | | | | |
| | | | 269:12 | are indicated in the reverse direction. | | | | |
| | | | 269:13 | But the fact is that this table clearly | | | | |
| | | | 269:14 | indicates that the increase in risk | | | | |
| | | | 269:15 | associated with the use of rofecoxib was | | | | |
| | | | 269:16 | present and statistically significant in | | | | |
| | | | 269:17 | both the aspirin indicated, the high-risk | | | | |
| | | | 269:18 | patients, high risk for heart disease, | | | | |
| | | | 269:19 | and the lower risk group for heart | | | | |
| | | | 269:20 | disease in whom aspirin was not | | | | |
| | | | 269:21 | indicated. | | | | |
| Link > Hide | | | 269:22 | So, the risk is present in | | | | |
| | | | 269:23 | both groups.  When you look at the | | | | |
| | | | 269:24 | totality of the adjudicated | | | | |
| | | | 270:1 | thromboembolic serious adverse events, | | | | |
| | | | 270:2 | the conclusion in the article is not | | | | |
| | | | 270:3 | sustained by this table. | | | | |

| 231 | **306:24 -307:11** | | Curfman 01/24/2006 | | 00:00:37 | 01:48:54 | 00:08:06 | Z6.231 |
|---|---|---|---|---|---|---|---|---|
| | | | 306:24 | Q.   Now, Doctor, are you | | | | |
| | | | 307:1 | familiar with the claim by the authors | | | | |
| | | | 307:2 | that there was a cutoff date of February | | | | |
| | | | 307:3 | 10 for cardiovascular events, February | | | | |
| | | | 307:4 | 10, 2000? | | | | |
| | | | 307:5 | A.   I am now, yes. | | | | |

|  |  |  |
|---|---|---|
| Link > CURF34.1 | 307:6 | Q.  Please take a look at |
| | 307:7 | Exhibit 34, which is a letter from Alise |
| | 307:8 | Reicin to Michael Weinblatt.  I take it |
| | 307:9 | you haven't seen this one either; is that |
| | 307:10 | correct? |
| | 307:11 | A.  That's correct. |

| 232 | 308:11 -309:7 | Curfman 01/24/2006 | | 00:01:04 | 01:49:31 | 00:07:29 | Z6.232 |

|  |  |  |
|---|---|---|
| | 308:11 | Q.  Do you see that there's a |
| | 308:12 | reference to a cutoff date for reporting |
| Link > CURF34.1.1 | 308:13 | of these events to Merck will be February |
| | 308:14 | 10th? |
| | 308:15 | A.  I do. |
| | 308:16 | Q.  And do you consider that a |
| | 308:17 | prespecified cutoff date? |
| | 308:18 | A.  Well, let's just say that |
| | 308:19 | the letter is dated February 7th, and the |
| | 308:20 | cutoff date is designated February 10th, |
| | 308:21 | and this is called prespecified?  Not |
| | 308:22 | according to any definition of |
| | 308:23 | prespecified that I've ever heard, which, |
| | 308:24 | as I said earlier in testimony, involves |
| | 309:1 | specifying the item in advance of the |
| | 309:2 | beginning of the trial. |
| Link > Hide | 309:3 | So, I haven't ever heard of |
| | 309:4 | a definition of prespecified that would |
| | 309:5 | come that late in the trial.  That's |
| | 309:6 | three days shy of when they want to shut |
| | 309:7 | down tabulation of the endpoints. |

| 233 | 319:2 -319:21 | Curfman 01/24/2006 | | 00:01:15 | 01:50:35 | 00:06:25 | Z6.233 |

|  |  |  |
|---|---|---|
| | 319:2 | Q.  Can you please take a look |
| Link > CURF36.1 | 319:3 | at the document marked as Exhibit 36, |
| | 319:4 | which is a memorandum to Alise Reicin |
| Link > CURF36.1.1 | 319:5 | from Linda Nelson dated May 26, 2000, |
| | 319:6 | "Subject:  Adjudication results for 11 |
| | 319:7 | events after 2/10/2000."  Do you see this |
| | 319:8 | document? |
| | 319:9 | A.  Right. |
| | 319:10 | Q.  If you could turn to the |
| | 319:11 | second page, do you see that there are |
| Link > CURF36.2.1 | 319:12 | three myocardial infarctions with the |
| | 319:13 | report dates of February 22nd, 2000, |
| | 319:14 | February 17, 2000 and February 16, 2000? |
| Link > Hide | 319:15 | A.  Right. |
| | 319:16 | Q.  At any time during the |
| | 319:17 | review process for the VIGOR manuscript, |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 319:18 | did Alise Reicin inform you that she knew |  |  |  |  |  |
|  | 319:19 | the confirmed status of the three MIs |  |  |  |  |  |
|  | 319:20 | reported after February 10, 2000 no later |  |  |  |  |  |
|  | 319:21 | than May 26, 2000? |  |  |  |  |  |

| 234 | 319:24 - 320:2 | Curfman 01/24/2006 | 00:00:05 | 01:51:50 | 00:05:10 | Z6.234 |
|---|---|---|---|---|---|---|
|  | 319:24 | THE WITNESS:  None of the |  |  |  |  |
|  | 320:1 | authors informed the Journal about |  |  |  |  |
|  | 320:2 | the three myocardial infarctions. |  |  |  |  |

| 235 | 320:24 - 322:8 | Curfman 01/24/2006 | 00:02:07 | 01:51:55 | 00:05:05 | Z6.235 |
|---|---|---|---|---|---|---|
| Link > CURF37.1 | 320:24 | Q.   Doctor, what is Exhibit 37? |  |  |  |  |
|  | 321:1 | A.   This is a series of three |  |  |  |  |
|  | 321:2 | e-mail messages involving our media |  |  |  |  |
|  | 321:3 | specialist Karen Pedersen, myself and Dr. |  |  |  |  |
|  | 321:4 | Drazen and some of the other editors.  It |  |  |  |  |
|  | 321:5 | has to do with an editorial that was |  |  |  |  |
|  | 321:6 | published in the Washington Post in early |  |  |  |  |
|  | 321:7 | January that Karen Pedersen brought to |  |  |  |  |
|  | 321:8 | our attention because she thought that it |  |  |  |  |
|  | 321:9 | might contain some factual inaccuracies |  |  |  |  |
|  | 321:10 | and is asking us if we wanted to perhaps |  |  |  |  |
|  | 321:11 | respond in some way. |  |  |  |  |
|  | 321:12 | Q.   And did Ms. Pedersen send |  |  |  |  |
|  | 321:13 | you an e-mail suggesting four points that |  |  |  |  |
|  | 321:14 | you might make in response to the |  |  |  |  |
|  | 321:15 | editorial? |  |  |  |  |
|  | 321:16 | A.   Right. |  |  |  |  |
|  | 321:17 | Q.   Just to back up and identify |  |  |  |  |
|  | 321:18 | it for the record, it's dated January |  |  |  |  |
|  | 321:19 | 3rd, 2006, NEJM 000280. |  |  |  |  |
|  | 321:20 | Doctor, did you respond to |  |  |  |  |
|  | 321:21 | Ms. Pedersen's e-mail concerning point |  |  |  |  |
| Link > CURF37.1.1 | 321:22 | number 2 which stated, "The 3 MIs are a |  |  |  |  |
|  | 321:23 | trivial amount of the total data |  |  |  |  |
|  | 321:24 | withheld"? |  |  |  |  |
|  | 322:1 | A.   Yes.  I think that she |  |  |  |  |
|  | 322:2 | wasn't correct about that, and I wanted |  |  |  |  |
|  | 322:3 | to give her some feedback about that so |  |  |  |  |
|  | 322:4 | we could correct that statement. |  |  |  |  |
| Link > CURF37.1.2 | 322:5 | Q.   Could you read the first |  |  |  |  |
|  | 322:6 | paragraph, the e-mail that you sent to |  |  |  |  |
|  | 322:7 | Ms. Pedersen on January 3rd, 2006 into |  |  |  |  |
|  | 322:8 | the record, please? |  |  |  |  |

| 236 | 322:14 - 323:16 | Curfman 01/24/2006 | 00:01:32 | 01:54:02 | 00:02:58 | Z6.236 |
|---|---|---|---|---|---|---|
|  | 322:14 | A.   "The only comment I have is |  |  |  |  |

| | |
|---|---|
| 322:15 | about # 2.  I would not characterize the |
| 322:16 | 3 MIs as trivial exactly.  It is never |
| 322:17 | appropriate to withhold data, under any |
| 322:18 | circumstances, and we don't want to |
| 322:19 | appear as if we are endorsing that |
| 322:20 | practice.  It's just that they were |
| 322:21 | withheld" -- "that they withheld not only |
| 322:22 | 3 MI's, but 9 tables and two figures of |
| 322:23 | additional data, all of which, in total, |
| 322:24 | painted a very ominous picture regarding |
| 323:1 | cardiovascular toxicity of Vioxx.  They |
| 323:2 | never revealed these data to the editors, |
| 323:3 | and therefore readers never saw them. |
| 323:4 | They were disclosed to FDA, but not |
| 323:5 | posted on the FDA website until 2001, |
| 323:6 | months after the New England Journal of |
| 323:7 | Medicine VIGOR article was published.  In |
| 323:8 | any case, the FDA Web site does not |
| 323:9 | constitute publication in the usual |
| 323:10 | sense; doctors don't read the FDA Web |
| 323:11 | site - they read journals.  The cardiac |
| 323:12 | toxicity data from VIGOR have never been |
| 323:13 | published in any medical journal.  The |
| 323:14 | company wanted to keep the Journal |
| 323:15 | article pristine for purposes of |
| 323:16 | marketing.  And it worked - for a while." |

Link > Hide

| 237 | 325:19 -326:17 | Curfman 01/24/2006 | | 00:01:13 | 01:55:34 | 00:01:26 | Z6.237 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| 325:19 | Q.  My question, whether you |
| 325:20 | choose to answer it or not, sir, is, you |
| 325:21 | testified about various matters that you |
| 325:22 | said you could not understand concerning |
| 325:23 | the prespecified cutoff date and the |
| 325:24 | rationale for it.  Did you make any |
| 326:1 | effort to look at what the authors said |
| 326:2 | and their response to the Expression of |
| 326:3 | Concern to understand their reasoning for |
| 326:4 | using the prespecified cutoff date? |
| 326:5 | A.  Well, we will be looking |
| 326:6 | very carefully at their responses to that |
| 326:7 | question to see if we learn any new |
| 326:8 | information.  So far, as of today, we |
| 326:9 | haven't learned any new information.  But |
| 326:10 | we will be looking very, very carefully |
| 326:11 | at that crucial point to see what their |
| 326:12 | response is. |

**CURFMAN 1 24 06 Merck cross**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | 326:13 | Q.  So, in terms of your | | | |
| | | 326:14 | testimony about what you cannot | | | |
| | | 326:15 | understand, you haven't tried to take | | | |
| | | 326:16 | into account yet the responses of the | | | |
| | | 326:17 | authors; is that right? | | | |

| 238 | 326:22 -327:10 | Curfman 01/24/2006 | 00:00:18 | 01:56:42 | 00:00:18 | Z6.238 |

326:22      THE WITNESS:  You said one

326:23        question.

326:24    BY MR. BECK:

327:1    Q.  Well, is that right, sir?

327:2        MR. SHAW:  Thank you.  You

327:3        said one question.

327:4    BY MR. BECK:

327:5    Q.  Do you refuse to answer that

327:6    question?

327:7        MR. SHAW:  No.  He's not

327:8        refusing.  You said one question,

327:9        and he just answered it, so that's

327:10        it.  We're done.

---

Play Time for this Script:    **01:57:00**

---

**CURFMAN 1 24 06 Merck cross**

**Total time for all Scripts in this report:      01:57:00**