MINUTE ENTRY
FALLON, J.
OCTOBER 30, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
       LIABILITY LITIGATION

CHARLES LARON MASON

REF NO. 06-810

VERSUS

SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON       MONDAY, OCTOBER 30, 2006, 9:00 AM
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
             Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

---

JURY TRIAL:

All present and ready.
Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.
Opening Statements.

Court adjourned at 4:45 pm until Tuesday, October 31, 2006, 8:30 am.

| JS-10: | 5:27 |
|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION            MDL - 1657

CHARLES L. MASON
                                           REF NO. 06-810

VERSUS

MERCK & CO., INC.                      SECTION: L

## PEREMPTORY CHALLENGES
OCTOBER 30, 2006

| PLAINTIFF: | DEFENDANT: |
|---|---|
| 1. #28 Dennis Daugherty | 1. #16 Michael Straight |
| 2. #33 Francis Klipping | 2. #41 Aleta Silvan |
| 3. #42 Ellen Theodore | 3. #13 Cindy Breaux |