MINUTE ENTRY
FALLON, J.
NOVEMBER 7, 2006

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                  MDL 1657
     LIABILITY LITIGATION

CHARLES LARON MASON

                                                    REF NO. 06-810

VERSUS

                                                    SECTION:  L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON         TUESDAY, NOVEMBER 7, 2006, 8:30 AM
Case Manager: Gaylyn Lambert                     (continued from 11-6-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
                Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

<u>JURY TRIAL:</u>

<u>Plaintiff's Witnesses:</u>

Cornelia Pechmann, Ph.D. - sworn - accepted as expert in integrated marketing.

Eric Topol, MD - by video deposition. Transcript filed into the record.

Plaintiff rests. Defendant provides written Motion for Judgment as a Matter of Law.

<u>Defendant's Witnesses:</u>

Briggs Wm. Morrison, MD - sworn

Court adjourned at 4:25 pm until Wednesday, November 8, 2006, at 8:30 am.

JS-10:    5:50