**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | **MDL Docket No. 2:05-1657** |
| **In re:** | : |  |
|  | : |  |
| VIOXX PRODUCTS LIABILITY | : | *Paskins v. Merck & Co., Inc.*, |
| LITIGATION | : | **Case No. 06-2658** |
|  | : |  |

MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Civil Rule 25(A)(1), Angela K. Berry, Executor of the Estate of Daniel Paskins, deceased, respectfully moves this Court to substitute her as the Plaintiff in the instant action.  A memorandum in support and the proposed Order (Exhibit 1) are attached hereto.

Respectfully Submitted,

*/s/ Gerald S. Leeseberg*_____
Gerald S. Leeseberg  (0000928) – Lead Attorney
LEESEBERG & VALENTINE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221-2223
Fax: 614/221-3106
Email: gsl@leesebergvalentine.com
Attorney for Plaintiff

## <u>MEMORANDUM IN SUPPORT</u>

Mr. Paskins died on August 3, 2006.  A Suggestion of Death was filed with this Court on September 13, 2006.  Ms. Berry has been appointed by the Hamilton County Probate Court in Indiana as Executor of the Estate of Daniel Paskins. (Exhibit 2)  Therefore, in accordance with Federal Civil Rule 25, Ms. Berry moves this Court to substitute her as the Plaintiff in this action.

For the foregoing reasons, Angela K. Berry seeks leave to substitute herself as the Plaintiff in this action.

Respectfully Submitted,

*/s/ Gerald S. Leeseberg*_____
Gerald S. Leeseberg  (0000928) – Lead attorney
LEESEBERG & VALENTINE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221-2223
Fax: 614/221-3106
Email: gsl@leesebergvalentine.com
Attorney for Plaintiff

**C<span>ERTIFICATE OF</span> S<span>ERVICE</span>**

The undersigned hereby certifies that a copy of the foregoing was served by operation of

the Court's electronic filing system on this 8th day of November, 2006 to:

      Wilfred P. Coronato, Esq.
      H<span>UGHES</span> H<span>UBBARD</span> & R<span>EED</span>, LLP
      101 Hudson St., Ste. 3601
      Jersey City, NJ 07302

 

*/s/ Gerald S. Leeseberg*_____
Gerald S. Leeseberg