**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | **MDL Docket No. 2:05-1657** |
| **In re:** | : |  |
|  | : |  |
| **VIOXX PRODUCTS LIABILITY** | : | *Paskins v. Merck & Co., Inc.*, |
| **LITIGATION** | : | Case No. 06-2658 |
|  | : |  |

**ORDER**

Upon Plaintiff's motion and for good cause shown, Angela K. Berry, Executor of the Estate of Daniel Paskins, deceased, is hereby substituted as the Plaintiff in the instant action.

_____
UNITED STATES DISTRICT JUDGE