## LETTERS TESTAMENTARY    29D01-0608-EU-00 134

Superior 1

I, TAMMY BAITZ, Clerk of the ~~Circuit~~ Court for the County of HAMILTON in the State of Indiana, do hereby certify that Letters Testamentary ~~with the will annexed~~, of the estate of DANIEL L. PASKINS late of HAMILTON County, deceased, is granted to ANGELA K. BERRY and the said ANGELA K. BERRY having qualified and given bond as such Executor, is duly authorized to take upon HERSELF the administration of such estate, according to law.

WITNESS my hand and the seal of said court, this 23 day of AUGUST 2006

*Tammy Baitz*
CLERK OF COURTS

Superior 1
Clerk of the ~~Circuit~~ Court of HAMILTON County.