UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| This document relates to | * * | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK | * * | |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:05cv2524 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MERCK & CO., INC.'S AMENDED WITNESS LIST

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby identifies the following persons whom Defendant may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Defendant would seek to introduce a counter-designation of deposition testimony if Plaintiff seeks to introduce deposition testimony from the same witness. Defendant reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial and/or subsequent issues that arise during the course of discovery. Defendant also reserves the right to call, live or by deposition,

any witnesses (i) identified by Plaintiff, (ii) for which Plaintiff designates deposition testimony, (iii) who is identified hereafter through discovery, or (iv) as may be called consistent with applicable law or court ruling.  By identifying the witnesses below, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.  In the event that a stipulation as to the authenticity of any document cannot be reached with Plaintiff's counsel, Merck reserves the right to submit affidavits from, call, live or by deposition, and/or submit written deposition testimony from the witnesses necessary to authenticate the document.  Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

    1)    David Anstice
           Merck & Co., Inc.
           One Merck Drive
           Whitehouse Station, NJ 08889
           *Testimony*:  Merck President for Human Health.  Anticipated testimony is reflected in witness' MDL Deposition.

    2)    Dr. Eliav Barr
           Merck & Co., Inc.
           One Merck Drive
           Whitehouse Station, NJ 08889
           *Testimony*:  Merck Research Laboratories Cardiologist.

    3)    Susan Baumgartner
           Merck & Co., Inc.
           One Merck Drive
           Whitehouse Station, NJ 08889
           *Testimony*:  Former Marketing Manager at Merck.  Anticipated testimony is reflected in witness' MDL Deposition.

4)     Dr. Barry Gertz
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Executive Vice President of Clinical Research at Merck Research Laboratories.

5)     Raymond Gilmartin
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former CEO of Merck & Co., Inc.

6)     Dr. Briggs Morrison
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

7)     Dr. Alan Nies
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former Senior Vice President of Clinical Research at Merck Research Laboratories.

8)     Dr. Alise Reicin
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

9)     Dr. Nancy Santanello
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Executive Director of Epidemiology at Merck.

10)     Dr. Edward Scolnick
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former President of Merck Research Laboratories.

11)     Dr. Janet Arrowsmith-Lowe
185 Eagle Creek Canyon
Ruidoso, NM 8835
*Testimony*:  Defendant's FDA expert.

12)     Gregory Curfman, M.D.
10 Shattuck Street
Boston, MA 02115-6094
*Testimony*:  Executive Editor for the *New England Journal of Medicine.*.
Anticipated testimony is reflected in witness' MDL Deposition.

13)     Dr. Stephen Epstein, M.D.
c/o William Schultz
Zuckerman Spaeder LLP
1800 M Stree, NW
10th Floor
Washington, DC 20036-5802
*Testimony*:  Anticipated testimony
is reflected in witness' MDL Deposition.

14)     Dr. Nicholas Flavahan
Johns Hopkins University
720 Rutland Avenue
Baltimore, MD  21205
*Testimony*:  Defendant's pharmacology expert

15)     KyungMann Kim, Ph.D.
Departments of Biostatistics & Medical
 Informatics and Statistics
University of Wisconsin-Madison
K6/438 Clinical Sciences Center
600 Highland Avenue
Madison, WI  53792-4675
*Testimony*: Former Marketing Manager at Merck.  Anticipated testimony
is reflected in witness' MDL Deposition.

16)     Malachi Mixon
        c/o Stephen G. Sozio, Esq.
        Jones Day
        901 Lakeside Avenue
        Cleveland, OH 44114
        *Testimony:* Responds to Dr. Topol's testimony re: alleged conversation between Mixon and Ray Gilmartin

17)     Craig M. Pratt, M.D.
        The Methodist Hospital
        6565 Fannin, M.S.F-1001
        Houston, TX 77030
        *Testimony:* Defendant's Cardiology Expert.

18)     Paul J. Roach, M.D.
        Texas Cardiovascular
        1015 East 32nd Street, Suite 502
        Austin, TX 78705
        *Testimony:* Defendant's Cardiology Expert.

19)     Dr. Robert Adams
        Address to be identified
        *Testimony*: Former healthcare provider for Plaintiff.

20)     Dr. Harold Butler
        Address to be identified
        *Testimony*: Former healthcare provider for Plaintiff.

21)     Dr. William H. Coltharp
        Cardiovascular Surgery Associates
        4230 Harding Road, Suite 450
        Nashville, TN 37205
        *Testimony*: Performed Plaintiff's bypass surgery.

22)     Sherry Curtis
        1591 Moccasin Creek
        Waynesboro, TN 38485
        *Testimony*: Plaintiff's girlfriend.

23)     Anthony Wayne Dedrick
        329 Highway 64 W
        Apartment 5B
        Waynesboro, TN 38485
        *Testimony*: Plaintiff.

23) Kenny Dedrick
113A Springvalley Apartments, Highway 13
Waynesboro, TN 38485
*Testimony*: Plaintiff's brother.

25) Phil Dedrick
105 Mindy Drive
Waynesboro, TN 38485
*Testimony*: Plaintiff's brother.

26) Dr. Kenneth Dickson
24 Revere Circle, Apartment 13
Jackson, TN 38305-3468
*Testimony*: Former healthcare provider for Plaintiff.

27) Dr. Esmeraldo Herrera
905 Andrew Jackson Drive, Suite A
Waynesboro, TN 38485
*Testimony*: Plaintiff's primary care physician.

28) Dr. Girendra Hoskere
406 Emerald Chase Circle
Johnson City, TN 37615-4947
*Testimony*: Former healthcare provider for Plaintiff.

29) George E. Jacoby, M.A.
1987 James Road
Memphis, TN 38127-8826
*Testimony*: Former healthcare provider for Plaintiff.

30) Dr. Mark Koenig
The Heart Group
4230 Harding Road, Suite 330
Nashville, TN 37205
*Testimony*: Performed Plaintiff's cardiac catheterization.

31) Dr. John McPherson
The Heart Group
4230 Harding Road, Suite 330
Nashville, TN 37205
*Testimony*: Plaintiff's cardiologist.

32) Ann McSpadden, Ph.D.
17 E Yates North
Memphis, TN 38120
*Testimony*: Former healthcare provider for Plaintiff.

33) Lee Michael English, Jr.
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ  08889
*Testimony:* Merck professional representative who called on plaintiff's prescribing physician

34) Darrell Baker
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ  08889
*Testimony:* Merck business manager who supervised professional representative who called on plaintiff's prescribing physician

35) Melissa C. McAllister
Merck & Co. Inc.
One Merck Drive
Whitehouse Station, NJ  08889
*Testimony:* Merck professional representative who called on plaintiff's prescribing physician

36) Dr. Oranburg
1590 NW 10th Avenue #404
Boca Raton, Fl 33486

37) Dr. Alfred W.H. Stanley
Cardiovascular Consultants of Alabama
1528 Carraway Blvd
Birmingham, Alabama 35234

38) Dr. Saji Jacob
Cardiovascular Consultants of Alabama
1528 Carraway Blvd,
Birmingham, Alabama 35234

39) Anita Glover
Cardiovascular Consultants of Alabama
1528 Carraway Blvd
Birmingham, Alabama 35234

40) D. Patterson
    Cardiovascular Consultants of Alabama
    1528 Carraway Blvd
    Birmingham, Alabama 35234

41) Any other medical personnel involved in Mr. Dedrick's 9/11/06 stress echo, 9/27/06 nuclear stress test, or any other cardiac test or procedure performed on Mr. Dedrick on or after 9/7/2006.

42) Any custodian of records or representatives of any party, agency, department, business, insurer and/or medical provider necessary to authenticate any document, record, business entry or payment.

43) Any Custodian of Record required to authenticate any public record from the State of Tennessee, including documents from Tennessee court files and/or the Tennessee Department of Corrections.

44) Any witness or rebuttal expert necessary for purposes of denial.

45) Any witness that is discovered subsequent to the filing of this list.

Dated: November 8, 2006

Respectfully submitted,

*Carrie A. Jablonski*
_____

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

-- and --


Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and forgoing Merck & Co.'s AMENDED WITNESS LIST has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, on Plaintiff's counsel Andy Birchfield, Jr. by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of November, 2006.

                                                            <u>s/</u>
                                         <u>/s/Dorothy H. Wimberly</u>
                                         Dorothy H. Wimberly, 18509
                                         STONE PIGMAN WALTHER
                                         WITTMANN L.L.C.
                                         546 Carondelet Street
                                         New Orleans, Louisiana  70130
                                         Phone:  504-581-3200
                                         Fax:     504-581-3361
                                         dwimberly@stonepigman.com

                                         Defendants' Liaison Counsel