UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No.  05-2524 | * | |
| | * | MAGISTRATE |
| ANTHONY WAYNE DEDRICK, | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**REPLY IN SUPPORT OF MOTION OF MERCK & CO., INC.
("MERCK") FOR ORDER EXCLUDING EVIDENCE AND TESTIMONY ADDRESSED
IN MOTIONS PREVIOUSLY CONSIDERED BY THE COURT**

(MOTION *IN LIMINE*)

Merck hereby submits this reply memorandum in support of its Omnibus Motion *in Limine* to exclude evidence and testimony addressed in motions *in limine* that have been previously considered by the Court.  Because plaintiff makes no new arguments in its opposition to this motion, Merck incorporates by reference and attaches the reply briefs it filed in support of its Motions *in Limine* Nos. 1 through 5 and 7 in *Mason v. Merck*, attached as Exhibits A-F.

For the reasons stated in the moving papers and attached reply briefs, the Court should exclude all of the following evidence: (i) improper references to Merck's defense of other Vioxx®-related lawsuits or to the number of times Merck witnesses have testified previously; (ii) improper personal opinions of David J. Graham, M.D. regarding the Food and Drug

1

Administration ("FDA"); (iii) evidence or argument pertaining to Dr. Graham's "excess events" calculation; (iv) testimony or argument that Merck (a) could have unilaterally changed the Vioxx label; or (b) "dragged its feet" to prevent the VIGOR data from being added to the Vioxx label; (v) evidence or argument regarding "all-cause mortality" data form Alzheimer's disease clinical trials; (vi) all "Warning Letters" and other informal "Untitled Letters" (collectively "informal FDA letters") from the FDA; (vii) evidence relating to the *New England Journal of Medicine*'s ("*NEJM*'s") December 2005 "Expression of Concern"; (viii) marketing and promotional materials that are unrelated to plaintiff or his prescribers; (ix) any evidence or argument suggesting that Adverse Event Reports and case reports are sufficient to show causation or fault; (x) unreliable and irrelevant medical and scientific evidence; and (xi) the testimony of Eric J. Topol, M.D. Where the Court is not inclined to change its prior rulings, Merck reasserts these issues simply to preserve Merck's record for appeal.

Dated: November 9, 2006

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark Ouweleen
Carrie Jablonski
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax: 312-494-4440

Douglas Marvin
Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

And

Brian S. Currey
A. Patricia Klemic
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax: 213-430-6407

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Reply In Support Of Motion Of Merck & Co., Inc. ("Merck") For Order Excluding Evidence And Testimony Addressed In Motions Previously Considered By The Court has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Dedrick, Andy Birchfield, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of November, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel