UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-3870

JAMES MOLLENHOUR,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., PAMELA FOGARTY,
KELLY HENNESSEY, MELISSA E. KHAN,
ELIZABETH KLOEPPEL BOOTH, DANIEL G.
MYERS, MARK B. SLUDER, JAN C. YOUNG,
LYNN RICHARDS, and GLYNN WALLER,

        Defendants.       /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JAMES MOLLENHOUR, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, LYNN RICHARDS, on June 1, 2006.

Dated this 9th day of November, 2006.

        By: ____/s/ Brenda S. Fulmer____
            BRENDA S. FULMER, Esq.
            Fla. Bar No. 999891
            ALLEY, CLARK, GREIWE & FULMER
            701 E. Washington Street
            P.O. Box 3127
            Tampa, FL 33601-3127
            Tele: (813) 222-0977
            Fax: (813) 224-0373
            Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of November, 2006.

By:   /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# Original Return

Control Number: 2006-21552

| James Mollenhour | Merck & Co., Inc., Et al | Summons | 16-2006-CA-001729 |
|---|---|---|---|
| ( Plaintiff ) VS | ( Defendant ) | Type of Process | Case No. |

Circuit Court, Duval County, Florida

Ret. 20 days

| Brenda S. Fulmer, Esquire |
| Alley, Clark, Greiwe & Fulmer |
| 701 E. Washington St, P.O.Box 3127 |
| Tampa, FL 33601 |

Serve: Lynn Richards
Address: 3688 Pine St., Jax, FL 32205

jh

Received this writ on the 1st Day of June A.D. 20 06 and served the same on Lynn Richards (~~Corporation~~- Individual ) The Within Named (~~Respondent~~ ~~Garnishee~~ - Defendant ~~Witness~~) at 7:30p M, on the 25th day of July A.D. 20 06 in Duval County, Florida. Complaint

Individual Service

By delivering to the Within Named Lynn Richards a trued copy of this process with the date and hour of service endorsed by me and at the same time, I delivered to the Within Named Lynn Richards a copy of the Complaint

mk

*Carol Cullins*
Carol Cullins
Special Process Server Duly Appointed and
Qualified Pursuant to F.S. 48.021 (2)

John R. Rutherford, Sheriff of Duval County, Florida