## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-2524 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**MOTION AND ORDER FOR LEAVE TO FILE NEW EVIDENCE AND
SUPPLEMENTAL BRIEF OF MERCK & CO., INC. ("MERCK") IN OPPOSITION TO
PLAINTIFF'S MOTION *IN LIMINE* NO. 1 UNDER SEAL AND TO SUBMIT
ACCOMPANYING EXHIBITS IN CAMERA AND UNDER SEAL**

Defendant Merck, through undersigned liaison counsel, hereby moves the Court for leave

to file its New Evidence and Supplemental Brief In Opposition To Plaintiff's Motion *In Limine*

No. 1 under seal.  Merck further moves to submit the exhibits to the foregoing supplemental brief

in camera and under seal.  Merck seeks to file these documents in camera and under seal because

plaintiff filed the motion to which Merck's supplemental brief in opposition responds and the

exhibits thereto under seal "to protect the privileged nature of the documents."  (Plaintiff's

Motion For Leave To File Motion *In Limine* No. 1 Under Seal And Submit Exhibits In Camera

And Under Seal at 1.)

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its

New Evidence and Supplemental Brief In Opposition To Plaintiff's Motion *In Limine* No. 1

under seal and to submit the accompanying exhibits in camera and under seal.

Dated:  November 9, 2006                          Respectfully submitted,


s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark Ouweleen
Carrie Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

And

Brian Currey
A. Patricia Klemic
O'MELVENY & MYERS LLP
400 South Hope Street

Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Motion and Order for Leave to File Supplemental Brief In Opposition To Plaintiff's Motion *In Limine* No. 1 Under Seal And To Submit Accompanying Exhibits In Camera and Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Dedrick, Andy Birchfield, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of November, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-2524 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Brief Of Merck & Co., Inc. ("Merck") In Opposition to Plaintiff's Motion *In Limine* To Exclude Evidence Regarding Plaintiff's Prior Criminal History And Drug Use Under Seal And Submit Accompanying Exhibits In Camera And Under Seal,

IT IS ORDERED that defendant Merck be and it is hereby granted leave to file its Supplemental Brief In Opposition To Plaintiff's Motion *In Limine* To Exclude Evidence Regarding Plaintiff's Prior Criminal History And Drug Use under seal, and to submit exhibits attached thereto in camera and under seal.

NEW ORLEANS, LOUISIANA, this ___ day of November, 2006.

_____

DISTRICT JUDGE