## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| **Case No. 05-2524** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **ANTHONY WAYNE DEDRICK,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion for Leave to File Supplemental Brief Of Merck & Co., Inc. ("Merck") In Opposition to Plaintiff's Motion *In Limine* To Exclude Evidence Regarding Plaintiff's Prior Criminal History And Drug Use Under Seal And Submit Accompanying Exhibits In Camera And Under Seal,

IT IS ORDERED that defendant Merck be and it is hereby granted leave to file its Supplemental Brief In Opposition To Plaintiff's Motion *In Limine* To Exclude Evidence Regarding Plaintiff's Prior Criminal History And Drug Use under seal, and to submit exhibits attached thereto in camera and under seal.

NEW ORLEANS, LOUISIANA, this ___ day of November, 2006.

_____
DISTRICT JUDGE