## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX<br>**Products Liability Litigation** )<br>———————————————— )<br>This document relates to )<br>Case No. 05-4743 )<br> )<br>Saolotoga Aiono, et al., )<br> )<br>Plaintiffs, )<br>vs. )<br> )<br>Merck & Co., Inc. and Merck )<br>Pharmaceuticals, a/k/a Merck, )<br> )<br>Defendants. )<br>———————————————— )<br> )<br>as to Plaintiffs: )<br> )<br>Joanne Dewey, John Dewey, )<br>Kimberly Knighton, Shad Knighton, only )<br>———————————————— ) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE  KNOWLES |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the claims of

Plaintiffs Joanne Dewey, John Dewey, Kimberly Knighton, Shad Knighton,

IT IS ORDERED, that all claims of Plaintiffs Joanne Dewey, John Dewey, Kimberly

Knighton, Shad Knighton be and they hereby are dismissed without prejudice, each party to

bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE