UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No.: 05-4997 Sect.L/Mag.3

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | **MDL Docket No.: 1657** |
| | SECTION L |
| THIS RELATES TO: KEVIN KIVI, Plaintiff | |
| | JUDGE FALLON |
| Civil Action No.: 05-4997 Sect.L/Mag.3 | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF KIMBERLY HOPE CHESHINE-KIVI

Plaintiff, Kimberly Hope Cheshine-Kivi on behalf of Kevin Kivi ("Kimberly Cheshine-Kivi"), by and through her undersigned counsel, and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to a dismissal without prejudice of all claims of Kimberly Cheshine-Kivi only in the above-styled lawsuit, subject to the following conditions:

1. Kimberly Cheshine-Kivi agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed in a United States District Court.

2. Kimberly Cheshine-Kivi further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in In re: Vioxx Products Liability Litigation (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Kimberly Cheshine-Kivi, as though she had been a party and had had an opportunity to participate in that discovery.

3. Kimberly Cheshine-Kivi agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third party claims.

*VIOXX PRODUCTS LIABILITY LITIGATION*
**MDL Docket No.: 1657**
*KEVIN KIVI, Plaintiff*
*Civil Action No.: 05-4997 Sect.L/Mag.3*

4. In compliance with PreTrial Order No. 8B, the undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Kimberly Cheshine-Kivi only in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

SO STIPULATED:

_____
ALEX ALVAREZ, ESQ.
*Counsel for Plaintiffs*
The Alvarez Law Firm
355 Palermo Avenue
Coral Gables, FL 33134
Telephone: (305) 444-7675
Fax: (305) 444-0075

s/ Phil Wittmann
_____
DOROTHY H. WIMBERLY, ESQ.
PHILLIP WITTMAN, ESQ.
*Liaison Counsel for Defendant*
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of November, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel