MINUTE ENTRY
FALLON, J.
NOVEMBER 8, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                  MDL 1657
       LIABILITY LITIGATION

CHARLES LARON MASON

                                  REF NO. 06-810

VERSUS

                                  SECTION:  L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON       WEDNESDAY,NOVEMBER 8, 2006, 8:30 AM
Case Manager: Gaylyn Lambert           (continued from 11-7-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
          Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

JURY TRIAL:

Defendant's Witnesses:

Briggs Wm. Morrison, MD - resumes testimony.

Dr. Alise Reicin - sworn

Court adjourned at 4:45 pm until Thursday, November 9, 2007, at 8:30 am.

| JS-10: | 5:00 |
|--------|------|