MINUTE ENTRY
FALLON, J.
NOVEMBER 9, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
       LIABILITY LITIGATION

CHARLES LARON MASON

                                          REF NO. 06-810

VERSUS

                                          SECTION:  L

MERCK & CO., INC.


before JUDGE ELDON E. FALLON      THURSDAY, NOVEMBER 9, 2006, 8:30 AM
Case Manager: Gaylyn Lambert                 (continued from 11-8-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
                 Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

<u>JURY TRIAL:</u>

<u>Defendant's Witnesses:</u>

Alise Reicin MD - resumes testimony.

Mark Keep, MD - by video deposition.


Court adjourned at 5:00 pm until Monday, November 13, 2006, at 8:30 am.


JS-10:     5:57