### UNITED STATES DISTRICT COURT
### DISTRICT OF EASTERN LOUISIANA

| | |
|---|---|
| JOSEPHA VISWANATHAN, INDIVIDUALLY AND AS ADMINSTRATOR OF THE ESTATE OF TANJORE VISWANATHAN, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BELIN, MD<br>MIDDLESEX CARDIOLOGY ASSOCIATES, PC,<br>KESHAVA AITHAL, AND MERCK & CO., INC.<br><br>Defendants | LEAD VIOXX CASE NO.<br>2:05-md-01657- EEF-DEK<br><br>REFERENCE NO.<br>CIVIL ACTION NO.<br>2:05-CV-04673-EEF-DEK |



## NOTICE OF VOLUNTARY DISMISSAL RE: DANIEL BELIN

PLEASE TAKE notice that the Plaintiff herein hereby files a notice of dismissal with prejudice pursuit to Rule 41 (a) (1) with respect to the defendant Daniel Belin, MD *only*.

**The case continues pending against all remaining defendants.**

Respectfully submitted,

Terence S. Hawkins, Esq.
205 Church St., Suite 304
New Haven, CT 06510
203-498-6065
Juris No.: 303467
thawklaw@snet.net

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

TERENCE S. HAWKINS attorney at law
205 church st suite 304 new haven ct 06510
203.498.6065 fax 203.498.6002 thawklaw@snet.net juris no. 303467

## CERTIFICATION

This is to certify that a copy of the following Motion has been sent, by fax, on this 23rd day of October 2006, to the following:

Hilary Fisher Nelson
O'Brien, Tanski & Young
CityPlace II
Hartford, CT 06103-3402\
Fax: (860) 247-7861

Katherine C. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
1 State Street
P.O. Box 231277
Hartford, CT 06123-1277
Fax: 860-548-2680

Alan G. Schwartz
Wiggin & Dana, LLP
P.O. Box 1832
New Haven, CT 06508
Fax: 782-2889

Terence S. Hawkins, Esq.
205 Church St., Suite 304
New Haven, CT 06510
203-498-6065

TERENCE S. HAWKINS attorney at law
205 church st suite 304 new haven ct 06510
203.498.6065 fax 203.498.6002 thawklaw@snet.net juris no. 303467