UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO 06-CV-1951 | * * * | Judge Eldon Fallon<br>Magistrate Judge Knowles |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE - MOTION - ORDER

**PLEASE TAKE NOTICE** that the undersigned, on Thursday, December 14, 2006, at the hour of 9:00 a.m. Central Standard Time, in the courtroom of the above Court, will make the following Motion, and tender the attached Order.

### MOTION FOR SUMMARY JUDGMENT

Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC, by counsel, respectfully move the Court to grant Summary Judgment in their favor pursuant to Fed. R. Civ. P. 56, and Local Rule 56.

Grounds for this motion are stated in Defendants' Memorandum in Support of Motion for Summary Judgment, filed simultaneously herewith.

Respectfully submitted,

*[signature: Seth Gladstein]*

Stephen C. Hall (Bar No. 84409)
Seth A. Gladstein (Bar No. 90938)
*Counsel for Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC*
**STOLL KEENON OGDEN PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Steve.Hall@skofirm.com
Seth.Gladstein@skofirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing served on the Clerk of Court via regular U.S. mail, postage prepaid, this 31st day of October 2006.

I further certify that the foregoing was served on the following counsel via e-mail or U.S. mail, postage prepaid and properly addressed this 31st day of October, 2006:

>Susan Pope, Esq.
>Counsel for Defendant, Merck & Co.
>Frost Brown Todd, LLC
>Lexington Financial Center
>250 West Main
>Suite 2700
>Lexington, Kentucky 40507-1749
>
>Brian Rattliff, Esq.
>Counsel for Plaintiff
>Bubalo & Hiestand PLC
>401 South Fourth Street
>Suite 800
>Louisville Kentucky 40202

_____
Stephen C. Hall (Bar No. 84409)
Seth A. Gladstein (Bar No. 90938)
*Counsel for Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC*
**STOLL KEENON OGDEN PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Steve.Hall@skofirm.com
Seth.Gladstein@skofirm.com