## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * | MDL Docket No. 1657 |
| | * * | |
| THIS DOCUMENT RELATES TO 06-CV-1951 | * * | Judge Eldon Fallon Magistrate Judge Knowles |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUMMARY JUDGMENT

Motion for Summary Judgment having been made by Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC ("Dr. Schrodt"), by counsel, pursuant to Fed. R. Civ. P. 56, and Local Rule 56, the parties having had an opportunity to brief their respective positions, the Court having determined that there exist no genuine issues of material fact and that Dr. Schrodt is entitled to Summary Judgment in his favor as a matter of law, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Dr. Schrodt's Motion for Summary Judgment be, and hereby is, **GRANTED**. Plaintiff's claims against Dr. Schrodt are dismissed, in their entirety, with prejudice, costs to be born by Plaintiff.

This is a final and appealable Order there being no just cause for delay.

_____
HON. ELDON FALLON, JUDGE
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

_____
DATE

No. 06-CV-1951
Summary Judgment
Page Two of Two

---

Tendered by:


*[signature]*

Stephen C. Hall (Bar No. 84409)
Seth A. Gladstein (Bar No. 90938)
*Counsel for Defendants, G.
Randolph Schrodt, Jr., M.D.
and Integrative Psychiatry, LLC*
**STOLL KEENON OGDEN PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Steve. Hall@skofirm.com
Seth.Gladstein@skofirm.com