# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO 06-CV-1951 | * * * | Judge Eldon Fallon Magistrate Judge Knowles |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS, G. RANDOLPH SCHRODT, JR., M.D. AND INTEGRATIVE PSYCHIATRY, LLC'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC ("Dr. Schrodt"), by counsel, pursuant to Local Rule 56.1, for their Statement of Undisputed Facts in Support of Motion for Summary Judgment, state:

1. This is an alleged medical malpractice action as to Dr. Schrodt.

2. This action arose out of the death of Sarah G. Nichols ("Decedent") on May 1, 2003.

3. On May 12, 2003, the Shelby County (Kentucky) District Court qualified a personal representative of Plaintiff's decedent's estate.

4. Sarah E. Nichols, Decedent's daughter, presently serves as the personal representative of Decedent's Estate. Sarah E. Nichols, as personal representative of that estate, is the plaintiff in this action.

5. Pursuant to Kentucky Revised Statute 413.180, plaintiff had until May 12, 2004 to file this action.

6. Plaintiff did not file her action on or before May 12, 2004. Plaintiff filed this action on September 28, 2005. Accordingly, this action is time-barred.

Respectfully submitted,

*[signature]*

Stephen C. Hall (Bar No. 84409)
Seth A. Gladstein (Bar No. 90938)
*Counsel for Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC*
**STOLL KEENON OGDEN PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Steve.Hall@skofirm.com
Seth.Gladstein@skofirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing served on the Clerk of Court via regular U.S. mail, postage prepaid, this 31st day of October 2006.

    I further certify that the foregoing was served on the following counsel via e-mail or U.S. mail, postage prepaid and properly addressed this 31st day of October, 2006:

Susan Pope, Esq.
Counsel for Defendant, Merck & Co.
Frost Brown Todd, LLC
Lexington Financial Center
250 West Main
Suite 2700
Lexington, Kentucky 40507-1749

Brian Rattliff, Esq.
Counsel for Plaintiff
Bubalo & Hiestand PLC
401 South Fourth Street
Suite 800
Louisville Kentucky 40202

/s/ Seth Gladstein
Stephen C. Hall (Bar No. 84409)
Seth A. Gladstein (Bar No. 90938)
*Counsel for Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC*
**STOLL KEENON OGDEN PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Steve.Hall@skofirm.com
Seth.Gladstein@skofirm.com