UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**         November 2, 2006
**Frank Pescatello v. Merck & Co., Inc,**
**05-1255**

### AFFIDAVIT OF RALPH J. MONACO

1. I am over the age of 18 and I believe in the obligation of the oath.

2. I am counsel to the Plaintiff, Frank Pescatello, in the above-referenced action and filed suit for him in the United States District Court for the District of Connecticut.

3. I am the attorney of record and I have received <u>some</u> notices of pleadings, motions, and orders in this action.

4. However, I <u>did not</u> receive Merck & Co, Inc.'s Proposed Order to Show Cause Why Cases Should Not be Dismissed (Rec. Doc. 6724), nor did I receive the Pretrial Order 18c.

5. On November 1, 2006, I received a copy of the order dismissing with prejudice the above-referenced case by United States mail, but I <u>did not</u> receive a copy of this electronically.

6. I had absolutely no knowledge that there was any deadline for filing the Plaintiff's Profile Forms nor did I have knowledge that the court entered any

11

orders regarding a deadline for filing these forms. The only notice I received was in a letter by regular mail dated February 14, 2006 wherein Defendant's counsel indicated that the Defendant "reserves its right to move to dismiss" and that it "may seek a dismissal". However, I never received the aforementioned Proposed Order from the Defendant which actually requested the dismissal.

7. My client, Mr. Pescatello suffers from significant health problems including complications from a stroke, dementia, and legal blindness, and due to his health he was not able to complete the Plaintiff Profile Forms prior to the dismissal. I have repeatedly asked my client to prepare the forms but his dementia prevented him from doing so until recently. Even in preparing the Form submitted herewith, Plaintiff's counsel has concerns over the accuracy of Plaintiff's memory, and had to contact other family members in order to be assistance.

8. Since receiving the order of dismissal, I have immediately worked with my client and his family to complete these forms to the best of our ability, and they are filed simultaneously with the Motion for Relief.

9. I never received a phone call from anyone indicating that the Plaintiff Profile Forms were past due.

10. I do not know why I have not received certain electronic communications to my email address rmonaco.C-L@snet.net, but I am concerned that the emails are either being intercepted by my internet provider's anti-spam software or my firm's anti-spam software or that my email address is

12

confusing in the use of "C-L" that when used in the lower case (i.e. "c-l") it looks like the number one.

11. In any event, I did not receive the aforesaid important notices in this case until I received the dismissal order by United States mail and researched the notices on the court website.

12. I have very little experience with the ECF/Pacer system because the majority of my practice is in state court where my cases are not electronically filed.

13. In one prior case in Connecticut with the ECF/Pacer System I had to ask the court for relief from electronic filing because I was not receiving electronic notices. See <u>Cochrane</u> Motion, attached hereto as Exhibit B.

14. Plaintiff's counsel assures the court that he will take efforts to correct any problems with his email address or with the computer servers through which his email is filtered.

15. I am filing a Motion for Relief From Dismissal and Motion to Vacate Dismissal on even date.

_____
Ralph J. Monaco

Subscribed and sworn to
before me this 2nd day
of <u>November</u>, <u>2006</u>.

_____
~~Commissioner of the Superior Court~~
Notary Public

My Commission Expires: <u>Nov. 30, 2008</u>

13

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 2nd day of November, 2006:

Kevin F. Barry, Esq.
Cozen & O'Connor
The Atrium
Third Floor
1900 Market Street
Philadelphia, PA  19103

Phillip Wittman, Esq.
Stone, Pigman, et al
546 Carondelet Street
New Orleans, LA 70130

Eva S. Glanz, Esq.
Gibbons, Del Deo, Dolan, Griffinger, et al
One Riverfront Plaza
Newark, NJ  07102

Russ M. Herman, Esq.
Herman, Herman, Katz and Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Norman C. Kleinberg, Esq.
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY  10004-1482

James J. McHugh, Esq.
Beasley Finn, LLC
1125 Walnut Street
Philadelphia, PA 19107

Joshua G. Schiller, Esq.
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

Raymond M. Williams, Esq.
DLA Piper, Rudnick, Gary & Cary
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103

_____
Ralph J. Monaco, Esq.

14