UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**            November 2, 2006
**Frank Pescatello v. Merck & Co., Inc,**
**05-1255**

### ORDER

The foregoing Motion, having been presented to the Court, it is hereby ORDERED:

        Granted     /     Denied

By the Court

_____    _____
Date                                     Judge / Clerk

15