UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION     :
                                                            :     SECTION: L
                                                            :     JUDGE FALLON
                                                            :     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**           November 7, 2006
Frank Pescatello v. Merck & Co., Inc,
05-1255

### NOTICE OF HEARING

The Plaintiff, Frank Pescatello's, Motion for Relief from Dismissal and Motion to Vacate Dismissal filed on November 3, 2006 shall be scheduled for a hearing on December 14, 2006 at 10am. SO ORDERED

_____
By the court