U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   *11-9-06*
LORETTA G. WHYTE
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Vioxx<br>**PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657**<br><br>Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Judge Fallon<br>Mag. Judge Knowles |

# TRANSCRIPT OF THE DEPOSITION OF GARY SYMKOVIAK, M.D. PLAYED TO JURY ON NOVEMBER 6, 2006

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Case Clip(s) Detailed Report
Monday, November 06, 2006, 1:37:33 AM



## Symkoviak



📁 **Symkoviak, Gary (Vol. 01) - 07/10/2006**          **1 CLIP  (RUNNING 00:46:19.169)**

📧 Symkoviak trial

**SYMKOVIAK 1**          **75 SEGMENTS  (RUNNING 00:46:19.169)**

**1. PAGE 4:25 TO 5:01 (RUNNING 00:00:03.380)**

```
      25      Q    Could you please state your name for the record.
00005:01      A    Gary Symkoviak.
```

**2. PAGE 7:07 TO 7:14 (RUNNING 00:00:14.890)**

```
      07      Q    (By MR. NABERS) All right.  Now, in the past you
      08 have been a treating cardiologist for Mr. Mason.  Is that
      09 correct?
      10      A    Yes.
      11      Q    All right.  Are you his current cardiologist?
      12      A    No.
      13      Q    Do you know who his current cardiologist is?
      14      A    I assume it's Dr. Keep.
```

**3. PAGE 9:14 TO 10:24 (RUNNING 00:01:57.813)**

```
      14      Q    All right.  And could you just briefly describe
      15 for the ladies and gentlemen of the jury your education and
      16 training beginning with college?
      17      A    A B.S., chemistry and minor in physics, Brigham
      18 Young University, 1970; medical degree, Louisiana State
      19 School of Medicine, New Orleans, 1974; internship LDS
      20 Hospital, Salt Lake City, Utah, 1974 to '75; residency,
      21 internal medicine, University of Hawaii School of Medicine,
      22 1975 to '76; residency, internal medicine, University of
      23 California at Davis/Martinez VA Hospital, 1977-1978;
      24 fellowship, cardiology, University of California at
      25 Davis/Martinez VA Hospital, 1978 to 1979; fellowship
00010:01 cardiology, University of Utah, 1979 to 1980.
      02      Q    All right.  And are you also board certified in
      03 any areas of medicine?
      04      A    Yes.
      05      Q    All right.  Tell us which areas of medicine that
      06 you're board certified in.
      07      A    American Board of Internal Medicine and
      08 Cardiovascular Disease.
      09      Q    Okay.  And can you briefly describe for us the
      10 type of cardiology practice that you have here in Utah?
      11      A    I'm an interventionalist in a general cardiology
      12 practice.
      13      Q    All right.  And when you talk about an
      14 interventionalist, what does that mean?
      15      A    We do procedures such as stents, pacemakers,
      16 coronary angiograms, cardiac catheterizations.
      17      Q    And I take it as a part of your general cardiology
      18 practice that you see patients who come in with a wide range
      19 of cardiologic conditions?
      20      A    Yes.
      21      Q    Okay.  For example, do you care for and treat
      22 patients who have had a heart attack or who are having a
      23 heart attack?
      24      A    Yes.
```

**4. PAGE 11:10 TO 11:19 (RUNNING 00:00:19.600)**

```
      10      Q    Okay.  Do you also see patients in your clinical
```

## Symkoviak

```
11   practice who have coronary artery disease?
12        A    Yes.
13        Q    All right.  And can you describe for us what
14   coronary artery disease is?
15        A    It's atherosclerosis of the vessels that restricts
16   the blood flow.
17        Q    And when we talk about atherosclerosis, what does
18   that mean from a cardiologic standpoint?
19        A    Plaques in the arteries.
```

**5. PAGE 14:17 TO 15:01 (RUNNING 00:00:28.252)**

```
17        Q    All right.  Now, are you aware that Charles Mason
18   suffered from a myocardial infarction or a heart attack on
19   July the 25th of 2003?
20        A    I've read that record, yes.
21        Q    Okay.  You're familiar with that as a result of
22   reviewing his medical chart from your office?
23        A    And the hospital records.
24        Q    Okay.  Is it -- does an acute myocardial
25   infarction or heart attack require hospitalization in order
00015:01   to prevent death or disability?
```

**6. PAGE 15:03 TO 15:05 (RUNNING 00:00:14.826)**

```
03        A    Well, that's the normal procedure.  It may be
04   possible to survive without going to a hospital, but there
05   is a high risk of dying during a heart attack.
```

**7. PAGE 22:12 TO 23:03 (RUNNING 00:00:32.873)**

```
12        Q    All right.  And we've now turned to page 2 of
13   Deposition Exhibit No. 3, and we're looking at the same
```

🗋 SYM1 -

```
14   laboratory results on Mr. Mason dated July 25th of 2003, and
15   what you've indicated there, Doctor, is the CKMB, and it
16   indicates a numerical figure of 23.9?
17        A    Yes.
18        Q    And that's an abnormal level?
19        A    Yes.
20        Q    And would that correspond with someone who is
21   having a heart attack?
22        A    Yes.
23        Q    Okay.  And we see down at the bottom it says the
```

🗋 SYM2 -

```
24   results are consistent with acute myocardial damage.
25   Correct?
00023:01   A    Yes.
02        Q    And would -- do you agree with that?
03        A    Yes.
```

**8. PAGE 26:10 TO 26:24 (RUNNING 00:00:24.695)**

```
10        Q    All right.  And then also we see on this
11   Deposition Exhibit No. 4, which is the LDS Hospital records,
```

🗋 SYM3 -

```
12   some enzyme levels with regard to troponin.  Correct?
13        A    Yes.
14        Q    And were all of those troponin levels abnormal?
15        A    Yes.
16        Q    All right.  And would that be consistent with
17   someone who is having or has had a heart attack?
18        A    Yes.
```

## Symkoviak

📄 -KESYM3 - Clear Attached Exhibit SYM3

```
19      Q     All right.  Is there any doubt in your mind about
20 whether or not Mr. Mason had a heart attack?
21      A     No.
22      Q     He did have a heart attack.  Is that your
23 understanding?
24      A     Yes.
```

**9. PAGE 26:25 TO 28:18 (RUNNING 00:02:25.495)**

```
         25      Q     Okay.  Now, after a patient has a heart attack, do
00027:01 you follow them from a medical standpoint as their
      02 cardiologist?
      03      A     Yes.
      04      Q     All right.  And sometimes in the legal world they
      05 refer to that as medical monitoring.  How do you monitor
      06 your patients who have had a heart attack once the heart
      07 attack has stopped?
      08      A     After they're discharged from the hospital?
      09      Q     Yes.
      10      A     They would have office visits of -- periodically
      11 to examine them and test them to look at prognosis and
      12 treatment and prevention.
      13      Q     All right.  How often would you want to see
      14 someone in your office the first year after they've had a
      15 heart attack?
      16      A     It depends on their complications and other issues
      17 that might be going on, so that would vary quite widely
      18 depending on how ill they have been with their heart attack
      19 but probably at least once every six to 12 months, and for
      20 some patients it might be more frequent, maybe weekly or
      21 monthly.
      22      Q     Okay.  Do you continue to medically monitor your
      23 patients with cardiologic visits even after the first year?
      24      A     We would see them at least once a year.
      25      Q     Okay.  Now, with regard to diagnostic tests, what
00028:01 type of diagnostic tests would you recommend for a patient
      02 after they've had a heart attack?
      03      A     Well, they would need blood tests specifically for
      04 cholesterol from time to time.  They would have a periodic
      05 exercise stress test and possibly occasional
      06 echocardiograms.
      07      Q     Okay.  And what about EKGs?
      08      A     Yes.  We usually do those every six months.
      09      Q     How about heart catheterizations?
      10      A     That would be just on an as-needed basis.
      11      Q     All right.  How about with regard to nuclear-type
      12 testing?
      13      A     We do the nuclear test with each stress test.
      14      Q     Patients like Mr. Mason who've had a heart attack,
      15 what types of medications are indicated after that?
      16      A     Well, there are several.  Aspirin, usually a
      17 statin type of drug to lower cholesterol, ACE inhibitor is
      18 indicated, beta blocker is indicated, and -- well, I think
```

**10. PAGE 28:19 TO 28:23 (RUNNING 00:00:16.704)**

```
19 that's the main things in his case.
20      Q     All right.  With regard to the medical monitoring
21 after somebody has had a heart attack, does it matter
22 whether the heart attack is caused by Vioxx as opposed to
23 any other cause in terms of how you monitor them?
```

**11. PAGE 28:25 TO 28:25 (RUNNING 00:00:00.500)**

```
25      A     No.
```

Case Clip(s) Detailed Report
Monday, November 06, 2006, 1:37:33 AM

## Symkoviak

**12. PAGE 31:14 TO 31:21 (RUNNING 00:00:15.266)**

```
14      Q    Some of the articles that appeared with regard to
15 Vioxx and heart attacks appeared in The New England Journal
16 of Medicine.  Obviously you're familiar with that journal.
17 Correct?
18      A    Yes.
19      Q    All right.  Do you recall reading any articles
20 with regard to Vioxx causing heart attacks in connection
21 with New England Journal of Medicine?
```

**13. PAGE 31:23 TO 32:14 (RUNNING 00:00:40.135)**

```
23      A    Yes.
24      Q    Okay.  Specifically the very first article on
25 Vioxx on its potential to cause heart attacks that appeared
00032:01 in The New England Journal of Medicine was known as the
02 VIGOR study.  Do you recall that?
03      A    I've read some of that.
04      Q    Okay.  So you've reviewed that article?
05      A    Not recently, but I've read it, yes.
06      Q    In the past, okay.  And then there was also
07 another article later that came out in The New England
08 Journal of Medicine known as the APPROVe study.  Have you
09 reviewed that article?
10      A    Yes.
11      Q    Okay.  Do you have an opinion one way or the other
12 as to whether or not you feel generally that Vioxx can
13 increase the risk of heart attacks in patients who ingest
14 that drug?
```

**14. PAGE 32:17 TO 32:23 (RUNNING 00:00:14.964)**

```
17      A    Yes.
18      Q    And what is your opinion in that regard?
19      A    I think that's true.
20      Q    Okay.  Based upon your review of the medical and
21 scientific literature, do you believe that it supports the
22 opinion that Vioxx can increase the risk of heart attacks in
23 patients who ingest that drug?
```

**15. PAGE 33:01 TO 33:06 (RUNNING 00:00:12.416)**

```
00033:01      A    Yes.
02      Q    Now, were you aware that Vioxx was withdrawn from
03 the market on September the 30th of 2004?
04      A    Yes.
05      Q    And do you have an understanding of why it was
06 withdrawn from the market?
```

**16. PAGE 33:08 TO 33:11 (RUNNING 00:00:09.000)**

```
08      A    Yes.
09      Q    And what is your understanding in that regard?
10      A    Because there was an increased risk of myocardial
11 events in the patient -- patients taking the drug.
```

**17. PAGE 38:25 TO 39:16 (RUNNING 00:00:32.600)**

```
25      Q    And is it fair to say that you saw Mr. Mason for
00039:01 the first time on August 13, 2003, at Cottonwood Hospital?
02      A    I think that was the first and only time.
03      Q    And is that day the only day that you believe that
04 you ever saw Mr. Mason?
05      A    To my recollection, yes.
06      Q    And that would have been the only day that you
07 would have ever performed any procedures in connection with
08 Mr. Mason?
09      A    Correct.
```

## Symkoviak

```
10      Q    You have not seen him since then?
11      A    I don't believe so.
12      Q    Not done any diagnostic tests on him since then?
13      A    No.
14      Q    Fair to say that you don't know what his medical
15 condition is today?
16      A    Correct.
```

**18. PAGE 41:20 TO 43:06  (RUNNING 00:01:46.214)**

```
20           Q    And so was Mr. Mason basically coming in to
21 Cottonwood Hospital because he had been experiencing some
22 chest pain?
23           A    He had been experiencing chest pain, and he had a
24 prior history of an intervention which was relatively
25 recent, and so our first concern was, of course, whether
00042:01 this could be the heart causing chest pain again.
02           Q    All right.  A little bit further down in the body
03 under the history of present illness it indicates that today
04 he was in for his rehabilitation appointment.  He
05 experienced very similar epigastric and lower chest bloating
06 and pressures along the diaphoresis and radiating to the
07 left arm.  Do you see that in the body of the note?
08           A    Yes.
09           Q    All right.  Let me just ask you.  Is it normal for
10 patients to have cardiac rehabilitation after having a heart
11 attack?
12           A    Yes.
13           Q    And is that something that your cardiologic clinic
14 advises people that they ought to do if they have a heart
15 attack?
16           A    Quite frequently.
17           Q    And what would that cardiac rehab consist of?
18           A    It's an exercise program supervised by nurses and
19 monitored by telemetry.
20           Q    And the purpose of the cardiac rehab is to do
21 what?
22           A    Well, there can be several purposes, but it's to
23 increase aerobic function -- or aerobic ability of the heart
24 and to get the patient back into a regular exercise routine
25 to prevent future events.
00043:01           Q    All right.  If we look a little further in the
02 note it says that apparently one of his therapists took his
03 blood pressure and he was hypotensive at that point as well
04 and was referred to the emergency room.  Do you see where
05 I've read that?
06           A    Yes.
```

**19. PAGE 43:20 TO 43:22  (RUNNING 00:00:06.779)**

```
20           Q    Okay.  Those were the reasons that he came to see
21 you in particular at Cottonwood, the hypotension and the
22 chest pain.  Correct?
```

**20. PAGE 43:24 TO 45:05  (RUNNING 00:01:12.975)**

```
24           A    He saw the emergency room doctor who referred the
25 patient to me in the cath lab.
00044:01           Q    All right.  And then you took over his care at
02 Cottonwood.
03           A    I did the angiogram, and then I referred him to
04 Dr. Quan.
05           Q    All right.  And what is an angiogram?
06           A    That's where we do pictures of the coronary
07 arteries with contrast material.
08           Q    And what's the purpose of doing -- what was the
09 purpose of doing the angiogram on Mr. Mason at this point in
10 August the 13th of 2003?
```

## Symkoviak

```
    11      A    Well, he's one month following a heart attack and
    12  stent, and the concern would be a restenosis or a thrombus
    13  in that stent.
    14      Q    And whenever you did the angiogram, did you find
    15  any evidence of that?
    16      A    No.
    17      Q    Okay.  And if we look a little further in the
    18  note, it indicates that the patient was immediately brought
    19  to the catheterization laboratory; however, his coronary
    20  anatomy was relatively normal with a patent stent.  What
    21  does that mean?
    22      A    It means that the stent was open.
    23      Q    And a normal looking left anterior descending.
    24  Did I read that right?
    25      A    Yes.
00045:01      Q    And does that just mean that his coronary artery
    02  looked like it was open and functioning appropriately?
    03      A    Correct.
    04      Q    He had good blood flow.
    05      A    Yes.
```

**21.  PAGE 45:16 TO 46:01  (RUNNING 00:00:22.672)**

```
    16      Q    All right.  And I didn't ask you this.  But
    17  whenever you did the angiogram, would that have helped you
    18  to see if there had been any other coronary artery disease
    19  present?
    20      A    Yes.
    21      Q    All right.  Did you see any of that?
    22      A    He did have some minor plaques.
    23      Q    All right.  Is it fair to say, though, that based
    24  on your angiogram that he did not have diffuse coronary
    25  artery disease?
00046:01      A    I would --
```

**22.  PAGE 46:03 TO 46:03  (RUNNING 00:00:03.270)**

```
    03      A    -- say he didn't have any significant disease.
```

**23.  PAGE 46:10 TO 46:23  (RUNNING 00:00:34.000)**

```
    10      Q    All right.  And the EKG showed some just minor
    11  sinus brachycardia abnormality?
    12      A    Yes.
    13      Q    All right.  And so your assessment at the end of
    14  the visit at Cottonwood Hospital was that his chest pain was
    15  noncardiac in origin?
    16      A    That was Dr. Quan's assessment.
    17      Q    All right.  Did you concur with Dr. Quan's
    18  assessment?
    19      A    Yes.
    20      Q    And did you feel that his stent and the balloon
    21  procedure that they had done previously was still adequately
    22  functioning in terms of his coronary arteries?
    23      A    Yes.
```

**24.  PAGE 50:11 TO 50:19  (RUNNING 00:00:20.400)**

```
    11      Q    Okay.  Prior to this visit are you aware of him
    12  ever suffering from hypertension?
    13      A    Yes.
    14      Q    Okay.  And where did you get that information?
    15      A    From his stress test done by Dr. Madsen in the
    16  year 2002.
    17      Q    Okay.  And that stress test showed that he had
    18  some elevated blood pressure whenever it was done?
    19      A    Yes.
```

Case Clip(s) Detailed Report
Monday, November 06, 2006, 1:37:33 AM

## Symkoviak

**25. PAGE 51:22 TO 53:16 (RUNNING 00:01:48.600)**

```
      22      Q   All right.  And then the next entry is also again
      23   8/13/2003?
```
**SYM10 -**
```
      24      A   Yes.
\cf0  25      Q   All right.  And it says, "Procedures," and what
00052:01   does it say after that?
```
**SYM11 -**
```
      02      A   "Left heart cath, left ventriculargram, selective
      03   coronary angiography."
\cf0  04      Q   Okay.  And then what were the findings in
```
**SYM11-2 -**
```
      05   connection with those tests?
      06      A   The LAD and stent look -- look normal; diagonal
      07   looks normal; circ okay; RCA okay; LV near normal; chest
\cf0  08   pain noncardiac.  Plan to observe until 2:00 p.m., then
```
**SYM11-1 -**
```
      09   home, follow up with primary medical doctor.
\cf0  10      Q   Okay.  And let me just ask you quickly.  Whenever
      11   you say "circ okay," what does that refer to?
```
**SYM12 -**
```
      12      A   No significant disease.  It's the circumflex
      13   artery.
      14      Q   In the heart?
      15      A   Yes.
      16      Q   Okay.  And what you're saying is that you didn't
      17   see any coronary artery disease in the circumflex artery of
      18   the heart?
      19      A   Well, no significant disease.
\cf0  20      Q   Okay.  And then the next one is the R --
```
**SYM13 -**
```
      21      A   Right coronary artery.
      22      Q   Right coronary artery, okay.  And I take it it's
      23   fair to say that you did not see on this angiogram any
      24   significant coronary artery disease in the right coronary
      25   artery.
00053:01      A   Yes.
      02      Q   All right.  And I've ask asked a bad question.
      03   You did not see significant coronary artery disease in the
      04   right coronary artery.  Correct?
      05      A   Correct.
\cf0  06      Q   All right.  And then the LV, you put near normal.
      07   Correct?
```
**SYM14 -**
```
      08      A   Yes.
      09      Q   And that's referencing the left ventricle?
      10      A   Yes.
      11      Q   Okay.  And when you say "near normal," what did
      12   you mean by that?
      13      A   There was a small abnormality in the apex which
      14   would be consistent with his previous heart attack.
      15      Q   All right.  So that would be consistent with some
```

Case Clip(s) Detailed Report
Monday, November 06, 2006, 1:37:33 AM

## Symkoviak

```
      16  damage to his heart as a result of the heart attack?
```

**26. PAGE 53:18 TO 53:18  (RUNNING 00:00:00.948)**

```
      18       A    That's correct.
```

**27. PAGE 55:03 TO 56:19  (RUNNING 00:01:48.679)**

```
      03       Q    (By MR. NABERS) Okay.  Let me show you, Doctor,
      04  what I'll mark as Deposition Exhibit No. 11.  And this would
      05  be your -- well, let me just ask you this.  Could you
```

SYD1 -

```
      06  identify what I have marked as Deposition Exhibit No. 11?
      07       A    That's my dictated heart catheterization report.
      08       Q    All right.  And if we look at your report for a
      09  minute, it says what the procedure performed was, the left
```

SYD2 -

```
      10  heart catheterization, left ventriculargram, and selective
      11  coronary angiography there at the top.  Correct?
      12       A    Yes.
      13       Q    And the indication for doing this test had to do
      14  with recent myocardial infarction and recurrent chest pain?
      15       A    Yes.
      16       Q    All right.  And I want to look down in the summary
      17  section of the note at the bottom.  Is the summary section
```

SYD3 -

```
      18  kind of like what the findings were or your impression after
      19  the diagnostic test?
      20       A    Yes.
      21       Q    All right.  And with regard to your angiogram and
      22  the summary, No. 1, you indicate that it only demonstrated
```

SYD4 -

```
      23  minor coronary artery plaques.  Correct?
      24       A    Yes.
      25       Q    Did No. 2 indicate no major stenotic lesions?
```

SYD5 -

```
00056:01       A    Yes.
      02       Q    And what are stenotic lesions?
      03       A    That's a narrowing in the artery.
      04       Q    Okay.  And then the patient's stent in the
```

SYD5-1 -

```
      05  diagonal vessel, you were able to visualize that.
      06       A    Patent --
      07       Q    I'm sorry.
      08       A    -- stent in the diagonal vessel.
      09       Q    And what do you mean when you say, "Patent stent
      10  in the diagonal vessel"?
      11       A    Means it's open.
      12       Q    It's functioning properly?
      13       A    Yes.
\cf0  14       Q    And then if we look at the sentence right above
```

SYM15 -

```
      15  the summary, do you indicate in your cath note there the
      16  left ventricle had recently good contractility throughout?
```

page 8

## Symkoviak

```
17      A    Reasonable --
18      Q    Okay.
19      A    -- should have been.
```

**28. PAGE 56:22 TO 57:17 (RUNNING 00:00:40.786)**

```
22      Q    (By MR. NABERS) Well, let me ask you this.  In the
23 sentence right above summary --
24      A    It's --
25      Q    -- what did you mean there?
00057:01      A    It's typed wrong.  It should say left ventricle
02 had reasonable good contractility throughout.
03      Q    Okay.  And then the next sentence, if you could
04 read that.
```

SYM16 -

```
05      A    "There was a very small anterior hypokinetic
06 segment, but the overall ejection fraction was normal at 69
07 percent."
08      Q    All right.  And what were you identifying there
09 when you said, "There was a very small anterior hypokinetic
10 segment"?
11      A    That would be the location of the previous heart
12 attack.
13      Q    All right.  And where would that small anterior
14 hypokinetic segment have been?
15      A    In the apex.
16      Q    And what you were seeing is a defect there in that
```

-KESYM16 - Clear Attached Exhibit SYM16

```
17 area of the heart?
```

**29. PAGE 57:19 TO 57:21 (RUNNING 00:00:05.582)**

```
19      A    Correct.
20      Q    All right.  And would that defect be damage which
21 was the result of Mr. Mason's heart attack?
```

**30. PAGE 57:23 TO 57:23 (RUNNING 00:00:01.139)**

```
23      A    Yes.  Do you have that picture?
```

**31. PAGE 58:07 TO 58:13 (RUNNING 00:00:17.000)**

```
07 Let me just ask you.  We've marked as Deposition Exhibit 12
\cf0    08 a picture out of Mr. Mason's medical record.  Could you tell
```

SYM17 -

```
09 us what that depicts?
10      A    That's a picture of the left ventriculargram.
11      Q    And what does it show you as a cardiologist?
12      A    Shows us that the muscle is not functioning at the
\cf0    13 apex.
```

**32. PAGE 58:14 TO 58:17 (RUNNING 00:00:04.567)**

```
14      Q    Okay.  Thank you.  And that would have pretty much
15 concluded your care and treatment of Mr. Mason, what we've
16 talked about.  Correct?
17      A    That's correct.
```

**33. PAGE 62:04 TO 66:21 (RUNNING 00:03:46.946)**

```
04      Q    Okay.  And Mr. Nabers indicated that you are a
05 cardiologist.  Is that right?
06      A    Yes.
07      Q    And you're board certified?
```

## Symkoviak

```
08      A     Yes.
09      Q     Both in internal medicine and in cardiology.  Is
10 that right?
11      A     Yes.
12      Q     As such you consider heart disease to be a serious
13 health problem.  Is that right?
14      A     Yes.
15      Q     And you're aware that cardiovascular disease like
16 Mr. Mason's is the leading cause of death in the United
17 States?
18      A     Yes.
19      Q     And you've understood that ever since you've been
20 a cardiologist and probably even before that time.  Is that
21 right?
22      A     Yes.
23      Q     In fact, as I recall, cardiovascular disease
24 accounts for more than one of every three deaths in the
25 United States.  Do you recall that?
00063:01      A     Yes.
02      Q     Is that true?
03      A     Somewhere around there.  It's about 100,000 per
04 year or something like that.
05      Q     And you understand that cardiovascular disease
06 claims more lives than the next four causes of death
07 combined.
08      A     Something like that, yeah.
09      Q     And that was true long before Vioxx was ever on
10 the market.
11      A     Correct.
12      Q     It was true while Vioxx was on the market.
13      A     Correct.
14      Q     And it's been true since Vioxx was withdrawn from
15 the market.  Is that right?
16      A     Correct.
17      Q     Now, long before Vioxx was on the market thousands
18 of Americans each year had heart attacks without ever
19 knowing that they had coronary artery disease.  Is that
20 right?
21      A     That's probably true.
22      Q     People actually for the first time realize they
23 have coronary artery disease when they have heart attacks
24 from time to time.
25      A     That could be the first sign.
00064:01      Q     That's not unusual at all in your practice --
02      A     No.
03      Q     -- is it?
04      A     No.
05      Q     You see that each and every day and each and every
06 month.
07      A     Yes.
08      Q     You see that each and every year.
09      A     Yes.
10      Q     And that's been true long before Vioxx was on the
11 market and well after Vioxx has left the market.
12      A     Yes.
13      Q     Okay.
14      A     Those patients would usually have risk factors.
15      Q     Well, even with patients who don't have risk
16 factors heart attacks occur.
17      A     That would be more rare.
18      Q     But it happens.
19      A     It happens.
20      Q     And you've seen it in your practice.
21      A     Yes.
22      Q     As a cardiologist for how many years?
23      A     Twenty-five years.
```

## Symkoviak

```
        24        Q    Okay.  Now, you described what atherosclerosis is
        25   earlier.  As I understand it, it's the process of
00065:01   cholesterol and other substances building up over time in
        02   the artery walls.  Is that right?
        03        A    Yes.
        04        Q    And that's called plaque from time to time?
        05        A    Yes.
        06        Q    And plaque can build up and cause reduction in
        07   blood supply to the heart.  Is that right?
        08        A    Yes.
        09        Q    And that's sometimes known as ischemia, I guess.
        10   Is that right?
        11        A    Ischemia is a lack of blood supply to the heart.
        12        Q    And sometimes that causes what's called angina or
        13   chest pain.  Right?
        14        A    Yes.
        15        Q    It also can cause chest tightness.
        16        A    Yes.
        17        Q    So when patients have chest tightness or chest
        18   pain, it's important to look into that issue.  Correct?
        19        A    Correct.
        20        Q    Because it could be an indicator of heart disease.
        21   Right?
        22        A    Yes.
        23        Q    Now, is it part of the natural atherosclerotic
        24   process for the plaque to rupture at some point?
        25        A    It could happen, yes.
00066:01        Q    And when that happens, what is the body's response
        02   to that usually?
        03        A    Creates a blood clot.
        04        Q    And what happens -- what's important or
        05   significant about it -- a blood clot in that circumstance?
        06        A    Well, then the combination of the plaque and the
        07   blood clot could occlude the vessel or plug up the vessel.
        08        Q    And that can cause what is commonly referred to as
        09   a heart attack?
        10        A    That's correct.
        11        Q    Or a myocardial infarction?
        12        A    Yes.
        13        Q    Is that the most common cause of heart attacks,
        14   the process we've just described?
        15        A    Yes.
        16        Q    And that happens every day, so to speak, to people
        17   all over America and the world.
        18        A    Yes.
        19        Q    You see that in your practice and have seen it for
        20   as long as you've practiced.
        21        A    Yes.
```

**34. PAGE 66:22 TO 67:07 (RUNNING 00:00:22.400)**

```
        22        Q    Now, plaque builds up in people in -- by varying
        23   rates, so to speak.  Is that right?
        24        A    Say that again.
        25        Q    Sure.  That was a poorly worded question.  Some
00067:01   patients with cardiovascular disease or coronary artery
        02   disease develop it rapidly, and some develop it more slowly.
        03   Is that fair?
        04        A    Yes.
        05        Q    It's something that varies from patient to
        06   patient.  True?
        07        A    Yes.
```

**35. PAGE 67:17 TO 67:20 (RUNNING 00:00:11.277)**

```
        17        Q    Okay.  So you've seen patients with 40 to 50 or
        18   60 percent blockage in an artery who in a year's time or
```

## Symkoviak

```
      19  less had a 90 percent blockage.  True?
      20      A    Yes.
```

**36. PAGE 67:21 TO 67:24  (RUNNING 00:00:08.268)**

```
      21      Q    Okay.  You do know that plaque buildup or this
      22  atherosclerosis that we're talking about worsens over time.
      23  Right?
      24      A    Yes --
```

**37. PAGE 68:01 TO 68:01  (RUNNING 00:00:01.900)**

```
00068:01      A    -- unless there's been some intervention.
```

**38. PAGE 68:14 TO 71:14  (RUNNING 00:03:01.400)**

```
      14      Q    Fair enough.  But if they do have risk factors, we
      15  know that the likelihood of a heart attack increases.
      16      A    Yes.
      17      Q    The likelihood of accelerated plaque buildup or
      18  atherosclerosis increases under those circumstances.
      19      A    Yes.
      20      Q    Okay.  Those risk factors include obesity.  True?
      21      A    Yes.
      22      Q    Hypertension?
      23      A    Yes.
      24      Q    High cholesterol?
      25      A    Yes.
00069:01      Q    High triglycerides?
      02      A    Yes.
      03      Q    A family history?
      04      A    Yes.
      05      Q    And we'll get into those risk factors in a few
      06  minutes.  Now, as I understand it, you first met Mr. Mason
      07  on August 13 of 2003.  Is that right?
      08      A    Yes.
      09      Q    And you understood at that time that he had had
      10  what you believed to be a heart attack.  Correct?
      11      A    Previous heart attack, yes.
      12      Q    A previous heart attack.
      13      A    Yes.
      14      Q    And that was -- I think the record said a month
      15  earlier, but it was actually July 23rd --
      16      A    Yes.
      17      Q    -- just two to three weeks earlier.  Is that
      18  right?
      19      A    Yes.
      20      Q    And I saw in the record where there was a
      21  non-Q-wave heart attack.  Is that right?
      22      A    Yes.
      23      Q    What is a Q-wave heart attack?
      24      A    On the electrocardiogram there is a normal
      25  characteristic pattern, and when you have a heart attack, it
00070:01  creates what we call a Q-wave, which is a down going wave at
      02  the beginning of the R-wave.
      03      Q    And what does that signify, a Q-wave heart attack
      04  versus a non-Q-wave heart attack?
      05      A    Well, it has become just a nomenclature for
      06  separating heart attacks into two different types.  So the
      07  AHA and ACC classifies heart attacks as non-Q-wave and
      08  Q-wave.  Generally it's felt that non-Q-wave is not as big
      09  as a Q-wave infarction.
      10      Q    When you say "not as big," generally speaking,
      11  there's less damage done to the heart with a non-Q-wave
      12  infarction or heart attack as opposed to a Q-wave.
      13      A    Correct.
      14      Q    And mr. Mason had a non-Q-wave infarction.  Is
      15  that right?
```

Case Clip(s) Detailed Report
Monday, November 06, 2006, 1:37:33 AM

## Symkoviak

```
16     A    Correct.
17     Q    Now, I think you indicated that you performed a
18  cardiac catheterization when you saw him on August 13 --
19     A    Yes.
20     Q    -- of 2003.
21     A    Yes.
22     Q    Could you explain in more detail what a cardiac
23  catheterization is?
24     A    Well, it consists of several things, but one is a
25  coronary angiogram.  That's where you put contrast material
00071:01  into the arteries to see if there's a blockage.  We measure
02  the pressures inside the heart, and then we fill the left
03  ventricle with contrast to see how well the left ventricle
04  is functioning.
05     Q    And just to summarize your findings in connection
06  with your repeat cardiac cath -- and what I mean by repeat,
07  it was a repeat from when he initially had a heart attack
08  some three weeks earlier.  Is that right?
09     A    Yes.
10     Q    It confirmed that the pain that Mr. Mason was
11  feeling and presented with the day you saw him was not
12  related in any way, shape, or form as far as you could tell
13  to the heart.
14     A    That's what it would suggest.
```

**39. PAGE 72:04 TO 74:20  (RUNNING 00:02:44.200)**

```
04     Q    And tell us what Exhibit 13 is.
\cf0   05     A    The cardiac catheterization report from LDS
```

📄 SYM18 -                                                          ||||| ||| ||| ||||| ||||||

```
06  Hospital.
07     Q    And that's the cardiac catheterization or
08  angiogram that was performed on the day that he presented at
09  LDS with what was believed to be a heart attack.  Is that
10  right?
11     A    Yes.
12     Q    And it indicates there that the left anterior
13  descending artery, the LAD, had 90 percent stenosis.  Do you
```

📄 SYD6 -                                                           ||| ||| ||| ||| ||||||| |||

```
14  see that?
15     A    Yes.
16     Q    Stenosis just means blockage or plaque.  Correct?
17     A    Narrowing.
18     Q    Narrowing.  And then the first diagonal which is a
19  branch off of the left anterior descending had 70 percent
```

📄 SYD7 -                                                           ||| ||| ||| ||||||| ||||

```
20  stenosis or blockage and, I guess, narrowing.
21     A    That's correct.
```

📄 -KESYD7 - Clear Attached Exhibit SYD7                            ||||| |||| ||||||| |||

```
22     Q    And as a result of those findings, they decided
23  over at LDS to perform a stent and what's called an
24  angioplasty.  Is that right?
25     A    Yes.
00073:01   Q    And what is a stent?
02     A    It's a metal device that's placed on the inside of
03  the artery and on the top of the balloon that's inserted in
04  the artery to help hold the vessel open.
05     Q    And as I understand an angiogram, what happens is
06  that you actually inject a dye of some sort into the
```

page 13

## Symkoviak

```
07   patient.  Is that right?
08        A    Contrast material.
09        Q    And that's so you can actually visualize the
10   heart.  Is that right?
11        A    Visualize the artery.
12        Q    The artery, okay.  And how do you visualize it?
13        A    By x-ray.  The dye contains iodine which is opaque
14   to the x-rays, and so we get an image which is -- shows us
15   the outline of the vessel -- the interior of the vessel.
16        Q    And do you see that image on a computer screen or
17   some -- on the x-ray itself or how?
18        A    It's on a television screen.
19        Q    So on a monitor you can track the dye, so to
20   speak?
21        A    Yes.
22        Q    And when you track it, do you keep track of the
23   apparent blockages or narrowing?
24        A    It's on the image.
25        Q    Okay.  And you can keep track of the various
00074:01   arteries that you're looking at.  Is that right?
02        A    Yes.
03        Q    And do you estimate the percent blockage or
04   narrowing that you see in connection with each artery?
05        A    Yes.
06        Q    And so what this report, Exhibit 13, means is that
07   the doctor who did this catheterization -- by the way, who
\cf0   08   was it?
```

SYM19 -

```
09        A    This was Edward Ganellen.
10        Q    And do you know Dr. Ganellen?
11        A    Yes.
12        Q    Is he considered to be an expert in this field?
13        A    Yes.
14        Q    Well respected in the community?
15        A    Yes.
16        Q    Do you have high regard for Dr. Ganellen?
17        A    Yes.
18        Q    What Dr. Ganellen saw was 90 percent occlusion or
19   blockage in the LAD.  Is that right?
20        A    Yes.
```

**40.  PAGE 75:07 TO 75:20  (RUNNING 00:00:22.300)**

```
07        Q    Okay.  And it indicates an ejection fraction
```

SYM20 -

```
08   percentage there, does it not?
09        A    Yes.
10        Q    It says calculated ejection fraction, 60 percent.
11   Do you see that?
12        A    Yes.
13        Q    Now, that's an important measurement.  Is that
14   right?
15        A    Yes.
16        Q    Is that generally thought of as the gold standard
17   in determining whether the heart is functioning normally?
18        A    The ejection fraction?
19        Q    Yes.
20        A    Yes.
```

**41.  PAGE 75:21 TO 76:19  (RUNNING 00:01:17.800)**

```
21        Q    And normal is anything over 50 percent.  Is that
22   right?
```

## Symkoviak

```
    23        A    Well, it depends on the study.  I -- you know,
    24  left ventriculargram I consider 60 percent and over normal.
    25        Q    Okay.  So you consider, in looking at this report
00076:01  of Dr. Ganellen, to be normal in terms of the ejection
    02  fraction.  Is that right?
    03        A    Yes.  Well, consider that that's the overall
    04  summarized ejection fraction, but the report does indicate
    05  there are segmental abnormalities.
\cf0
    06        Q    Are you talking about the mild anterolateral
```

**SYM21 -**

```
    07  hypokinesis?
    08        A    That's correct.
    09        Q    But together with a normal ejection fraction, that
    10  does not have any clinical significance.  True?
    11        A    That's not true.
    12        Q    Is it fair to say that Mr. Mason's heart was
    13  functioning normally in terms of pumping out blood to the
    14  rest of the body at the time that this ejection fraction was
    15  calculated?
    16        A    Well, again, the sum of all the segments was
    17  normal, but there was a specific segment that was abnormal.
\cf0
    18        Q    Was it a good sign that Mr. Mason had an ejection
```

**-KESYM21 - Clear Attached Exhibit SYM21**

```
    19  fraction of 60 percent on July 25th of 2003?
```

**42. PAGE 76:21 TO 78:02 (RUNNING 00:01:39.800)**

```
    21        A    Well, that was good.  It would have been better if
    22  the whole heart was normal.
    23        Q    Now, it indicates that -- that is, Exhibit 13
    24  indicates that there were no complications in connection
```

**SYD8 -**

```
    25  with this procedure.  Is that right?  If you look at the
00077:01  last page.
    02        A    Last page?  Oh, whereabouts?
    03        Q    Says, "Complications, none."  Do you see that?
    04        A    I'm trying to find it.  Oh, last page.  Yes.
    05        Q    You see that it says that in connection with this
    06  cardiac catheterization that there were no complications.
    07  Correct?
    08        A    Correct.
```

**-KESYD8 - Clear Attached Exhibit SYD8**

```
    09        Q    And as a result of the stent placement, the left
    10  anterior descending artery was wide open.  True?
    11        A    Correct.
    12        Q    The blood flow was free.  Correct?
    13        A    Correct.
    14        Q    There were no blockages whatsoever in connection
    15  with the left anterior descending artery as far as you can
    16  tell from this catheterization.
    17        A    No significant blockage is right.
    18        Q    And the same can be said in connection with the
    19  first diagonal artery that had a 70 percent blockage before.
    20        A    Right.
    21        Q    So just to be clear, before this procedure there
    22  was a 90 percent blockage in the LAD, and after there was no
    23  significant blockage.  True?
    24        A    Correct.
    25        Q    And before this procedure there was 70 percent
```

## Symkoviak

```
00078:01   blockage in the first diagonal, and after there was none.
     02        A     Correct.
```

**43. PAGE 79:04 TO 79:09 (RUNNING 00:00:19.900)**

```
     04        Q     -- this record.  Given the blockages found on
     05   Exhibit 13, that is, the cardiac catheterization, what you
     06   do know is that there was -- that Mr. Mason was suffering
     07   from the kind of coronary artery disease that put him at
     08   significant risk for a heart attack.  True?
     09        A     Yeah, right.  Yes.
```

**44. PAGE 79:10 TO 79:12 (RUNNING 00:00:06.415)**

```
     10        Q     Okay.  You see folks with this -- these sort of
     11   blockages have heart attacks every day in your practice.
     12   True?
```

**45. PAGE 79:14 TO 79:21 (RUNNING 00:00:20.500)**

```
     14        A     Not every day but we see them frequently in our
     15   practice.
     16        Q     What do you mean by frequently?
     17        A     Well, we're more likely to see this kind of
     18   patient when we're on call, and we're typically on call once
     19   a week, so we might see one a week.
     20        Q     Okay.  So in your practice you see someone like
     21   Mr. Mason who has a heart attack once a week or so?
```

**46. PAGE 79:23 TO 80:09 (RUNNING 00:00:29.911)**

```
     23        A     Something like that.
     24        Q     And that happens in your practice whether or not
     25   the patient is taking a medication like Vioxx.  True?
00080:01        A     Yes.
     02        Q     And that happened -- you saw that once a week or
     03   so well before Vioxx was on the market.  Correct?
     04        A     Yes.
     05        Q     And that's something you still see today.
     06        A     Yes.
     07        Q     It didn't -- it doesn't surprise you that
     08   Mr. Mason had a heart attack given the blockages that are
     09   reflected on Exhibit 13, the cardiac catheterization.  True?
```

**47. PAGE 80:11 TO 81:21 (RUNNING 00:01:25.500)**

```
     11        A     Those type of blockages would lead themselves to a
     12   heart attack.
     13        Q     And as a result, it doesn't surprise you that he
     14   had one.
     15        A     Correct.
     16        Q     Now, on August 13 of 2003, you actually performed
     17   a repeat angiogram.  Is that correct?
     18        A     Yes.
     19        Q     And on that date the left anterior descending was
     20   again completely open.  Correct?
     21        A     Yes.
     22        Q     Blood flowed freely through that vessel.
     23        A     Yes.
     24        Q     The same can be said for the first diagonal.
     25        A     Yes.
00081:01        Q     And both of those vessels were the ones that were
     02   previously blocked prior to the stent and the angioplasty
     03   that we -- angioplasty that we just talked about.  True?
     04        A     That's correct.
     05        Q     That's exactly what you would hope for in a
     06   patient like Mr. Mason.
     07        A     Correct.
     08        Q     And the ejection fraction at that time was
```

## Symkoviak

```
09  69 percent.
10      A    Correct.
11      Q    Was that a good sign at this stage?
12      A    Yes.
13      Q    And why was it a good sign?
14      A    Well, often you will see some stunning right at
15  the time of a heart attack, and with time the muscle will
16  improve in its function.  So now that we're three or four
17  weeks later we would expect to see an improvement in
18  function.  That would be a normal course.
19      Q    Would you consider this to be a completely normal
20  functioning heart given the ejection fraction that you
21  calculated that day?
```

**48. PAGE 81:23 TO 82:02 (RUNNING 00:00:13.329)**

```
23          A    No.
24          Q    In terms of at least blood flow to the body from
25  the left ventricle.
00082:01    A    The overall function would be normal, but again we
02  still saw a segmental abnormality.
```

**49. PAGE 82:24 TO 83:01 (RUNNING 00:00:11.915)**

```
24          Q    Did you feel after you did your repeat angiogram
25  that Mr. Mason had a good chance for -- to live a full life
00083:01  after his heart attack given your findings?
```

**50. PAGE 83:03 TO 83:10 (RUNNING 00:00:22.300)**

```
03          A    I think his lifespan would not expected to be
04  normal.
05          Q    And do you have any evidence to support that,
06  literature, medical literature, anything else?
07          A    Yeah, based on the fact people with previous
08  myocardial infarctions -- and if they can't modify any risk
09  factors, then they would not have the same outcome as
10  somebody that had no disease.
```

**51. PAGE 85:04 TO 85:08 (RUNNING 00:00:11.683)**

```
04          Q    Would it surprise you to learn that he did indeed
05  have high cholesterol according to lab work done by Mr. --
06  by Dr. Vogeler?
07          A    It would in view of the fact that he had a normal
08  cholesterol at time of his heart attack.
```

**52. PAGE 85:11 TO 85:13 (RUNNING 00:00:09.150)**

```
11          Q    Would it surprise you that he had hypertension and
12  had been diagnosed with hypertension prior to his heart
13  attack by Dr. Vogeler's office?
```

**53. PAGE 85:16 TO 85:17 (RUNNING 00:00:05.000)**

```
16          A    Yes, I'm not aware of that.  The blood pressures
17  I've seen at rest were all normal.
```

**54. PAGE 85:18 TO 85:23 (RUNNING 00:00:07.142)**

```
18          Q    And -- but you haven't seen the records from
19  Dr. Vogeler's office.
20          A    Have not seen those.
21          Q    That's not something Mr. Nabers or the plaintiffs
22  have provided you.
23          A    No.
```

**55. PAGE 85:25 TO 86:01 (RUNNING 00:00:01.874)**

```
25          Q    (By MR. KRUMHOLZ) True?
00086:01    A    That's correct.
```

Case Clip(s) Detailed Report
Monday, November 06, 2006, 1:37:33 AM

## Symkoviak

**56. PAGE 86:04 TO 88:01 (RUNNING 00:02:03.214)**

```
        04      Q     (By MR. KRUMHOLZ) I'm going to hand you what's
\cf0    05   been marked as Exhibit 14.  Have you seen that document
```

📄 **SYD9 -**

```
        06   before?
        07      A     Yes.
        08      Q     What is Exhibit 14?
        09      A     It's a Cardiolite spect myocardial perfusion scan
        10   study.
        11      Q     And what is a cardiac perfusion scan study?
        12      A     This is a stress test which is enhanced with the
        13   administration of Cardiolite.
        14      Q     And who performed that stress test?
```

📄 **SYD10 -**

```
        15      A     Dr. Keep.
\cf0    16      Q     And that's one of your partners?
\cf0    17      A     Yes.
```

📄 **-KESYD10 - Clear Attached Exhibit SYD10**

```
        18      Q     Would you agree that this is a very sensitive
        19   test?
        20      A     The test accuracy is perhaps 90 percent.
        21      Q     And it's a very good predictor in terms of
        22   prognosis according to medical literature.  Is that
        23   accurate?
        24      A     It's a good predictor of prognosis for the
        25   subsequent two years.  It probably cannot extend a lot
00087:01   beyond two years.
        02      Q     According to Dr. Keep's report, that is,
\cf0    03   Exhibit 14, Mr. Mason's EKG was within normal limits on that
```

📄 **SYD11 -**

```
        04   date.  Is that correct?
        05      A     Yes.
        06      Q     And this is in October of 2003.  Is that right?
        07      A     Correct.
        08      Q     Two months after your angiogram.  Correct?
        09      A     Correct.
\cf0    10      Q     And it says, "The patient," Mr. Mason, "exercised
```

📄 **SYD12 -**

```
        11   11 minutes and zero seconds on a Bruce protocol."  Do you
        12   see that?
\cf0    13      A     Yes.
        14      Q     It says, "The normal exercise time for this age is
```

📄 **SYD13 -**

```
        15   eight minutes, 20 seconds."  Do you see that?
        16      A     Yes.
\cf0    17      Q     And then it says, "The patient had a negative
```

📄 **SYD14 -**

```
        18   30 percent functional aerobic impairment."  Do you see that?
        19      A     Yes.
        20      Q     That actually means that he performed 30 percent
        21   better than was expected, that is, Mr. Mason.  True?
        22      A     That's true.  That's based on age prediction of
```

## Symkoviak

```
            23  exercise time.
            24       Q    But my statement was true, that that is 30 percent
            25  better than would be expected for a man of Mr. Mason's age.
```



**-KESYD14 - Clear Attached Exhibit SYD14**

```
  00088:01       A    That's correct.
```

**57. PAGE 88:15 TO 89:23  (RUNNING 00:01:52.708)**

```
            15       Q    Okay.  During this perfusion study -- by the way,
            16  can you describe for us exactly how this sort of perfusion
            17  study is done?
            18       A    Yes.  The patient exercises on a treadmill to the
            19  end, and at that point -- excuse me.  One to two minutes
            20  before he stops Cardiolite is injected into the vein, and
            21  that circulates through the body and is absorbed by the
            22  heart muscle.  And then the patient subsequently is placed
            23  on a scanner that detects the radioactive activity coming
            24  out of the heart and reconstructs the image of the heart.
            25       Q    And what were the results of this report -- or
  00089:01  this perfusion study that was done?
            02       A    The summary?
            03       Q    Yes.
            04       A    Says there was some nonischemic EKG changes, and
            05  there was a normal stress myocardial perfusion, normal
            06  global and regional left ventricular function.
            07       Q    Does that mean that the left ventricular function
            08  was normal according to the study performed by Dr. Keep?
            09       A    That's what it says.
            10       Q    And why is the left ventricular function
            11  important?
            12       A    Well, it's an indication of how well the heart's
            13  working.
            14       Q    It's an indication that the heart was working or
            15  functioning normally on this date.  True?
            16       A    That's correct.
            17       Q    And that was the opinion of your partner Dr. Keep
            18  in October of 2003.  Is that right?
            19       A    That's correct.
            20       Q    Would you agree that the -- a normal perfusion
            21  study, a normal ejection fraction, and a normal functional
            22  impairment rating are sort of the gold standards for
            23  purposes of predicting prognosis?
```

**58. PAGE 89:25 TO 90:10  (RUNNING 00:00:32.825)**

```
            25       A    Those are good predictors.
  00090:01       Q    And, in fact, all of those were normal as of
            02  October 2003 from Mr. Mason.  True?
            03       A    That's what this report says.  I don't totally
            04  believe the report.
            05       Q    But this report was done by your partner Dr. Keep.
            06  Is that right?
            07       A    It was done by my partner, but you have to
            08  remember we have two angiograms proceeding this which are
            09  abnormal, and there's one Cardiolite after this which is
            10  abnormal, so I suspect that this is not totally accurate.
```

**59. PAGE 90:12 TO 90:23  (RUNNING 00:00:38.400)**

```
            12       Q    (By MR. KRUMHOLZ) If you knew on July 1 of 2003,
            13  that Mr. Mason had approximately a 90 percent occluded or
            14  blocked left anterior descending artery and a 70 percent
            15  blocked diagonal artery, would you have recommended a stent
            16  and an angioplasty?
            17       A    Yes.
            18       Q    So if fully known, that is, the extent of his
```

## Symkoviak

```
        19   cardiovascular disease was fully known prior to his heart
        20   attack, you would have still at that time recommended an
        21   angioplasty and the stent procedure that was ultimately
        22   performed.  Is that right?
        23        A    Yes.
```

**60. PAGE 90:24 TO 91:19 (RUNNING 00:00:48.380)**

```
        24        Q    Now, you have not been asked in this case to do
        25   any sort of significant analysis or research to determine if
00091:01   Vioxx can or cannot result in any sort of CV risk.  Is that
        02   true?
        03        A    That's correct.
        04        Q    And as I understand it, you have not done any
        05   actual research into that issue.  Correct?
        06        A    That's correct.
        07        Q    And you have not done any studies yourself to
        08   determine if that's true.  Correct?
        09        A    That's correct.
        10        Q    And you do not hold yourself out as an expert on
        11   the effect of COX-2 inhibitors on the cardiovascular system.
        12   True?
        13        A    That's correct.
        14        Q    Or on the effect of COX-2s on plaque formation or
        15   atherosclerosis?
        16        A    That's correct.
        17        Q    And you're indeed not an expert in that regard.
        18   True?
        19        A    That's correct.
```

**61. PAGE 94:01 TO 94:06 (RUNNING 00:00:09.300)**

```
00094:01        Q    Have you ever taken Vioxx?
        02        A    Yes.
        03        Q    Did it work well in terms of pain relief and
        04   stemming off inflammation?
        05        A    Yes.
        06        Q    For you and your patients?
```

**62. PAGE 94:08 TO 94:10 (RUNNING 00:00:01.700)**

```
        08        A    Yes.
        09        Q    I'm sorry?
        10        A    Yes.
```

**63. PAGE 94:16 TO 95:05 (RUNNING 00:00:56.000)**

```
        16        Q    Would you agree that Vioxx was extremely effective
        17   in treating pain?
        18        A    I would use the language it's a good treatment for
        19   pain.
        20        Q    And I know this may sound silly, but given your
        21   experience -- I assume that you would rely on your training,
        22   education, and experience and not the opinions or statements
        23   of a sales rep in determining the best treatment course for
        24   your patients.  True?
        25        A    Well, we use the information that the sales reps
00095:01   provide in determining which patients can use it, and they
        02   do serve an educational role in telling us about new drugs
        03   as they come on the market before we're able to read about
        04   them in the journals and go to the medical meetings, et
        05   cetera.
```

**64. PAGE 95:06 TO 95:11 (RUNNING 00:00:10.090)**

```
        06        Q    I assume you rely on the label for the drug before
        07   you prescribe it.  True?
        08        A    Right.
        09        Q    You understand that is what has been approved by
```

## Symkoviak

```
      10    the FDA.
      11        A    That's correct.
```

**65. PAGE 95:13 TO 95:20 (RUNNING 00:00:18.564)**

```
      13        Q    (By MR. KRUMHOLZ) And you understand that that --
      14    as a medical doctor that's what you must rely upon in
      15    determining the best course of treatment for your patients.
      16        A    Yes.
      17        Q    You've never allowed the judgment of a sales
      18    representative to replace your own medical judgment
      19    regarding whether to prescribe a medication.
      20        A    Correct.
```

**66. PAGE 112:19 TO 113:02 (RUNNING 00:00:18.458)**

```
      19        Q    (By MR. NABERS) All right.  The last thing I want
      20    to show which I've marked as Deposition Exhibit 16 is
```

📄 SYM22 -

```
      21    actually a test that came again from your clinic.  Correct?
      22        A    Yes.
      23        Q    And the date of this test is April the 12th of
```

📄 SYM23 -

```
      24    2005?
      25        A    Yes.
   00113:01     Q    And what type of test is this report reflecting?
```

📄 SYM24 -

```
      02        A    That's a Cardiolite stress test.
```

**67. PAGE 113:23 TO 114:02 (RUNNING 00:00:15.081)**

```
      23        Q    All right.  But if we also look under the stress
```

📄 SYM25 -

```
      24    Cardiolite summary section, it indicates borderline stress
      25    myocardial perfusion study with possible small apical
   00114:01   infarct, and that's actually the damage that you were
      02    talking about at the apex of the left ventricle.  Correct?
```

**68. PAGE 114:04 TO 114:20 (RUNNING 00:00:33.999)**

```
      04        A    That's correct.  That's what we've seen on
      05    previous studies.
```

📄 -KESYM25 - Clear Attached Exhibit SYM25

```
      06        Q    And that defect or damage to Mr. Mason's heart
      07    still exists as of the time of this test in April of 2005?
      08        A    That's true.
      09        Q    And do you believe in reasonable medical
      10    probability it still exists in him today?
      11        A    Yes.
      12        Q    Okay.  And it's not something that's likely to go
      13    away, is it?
      14        A    Once you have a myocardial infarction and damage
      15    the muscle it never recovers function -- the dead cells
      16    never recover.  It's dead and it becomes scar, and that's
      17    permanent.
      18        Q    All right.  It is -- it is a nonfunctioning part
      19    at the apex of his left ventricle.
      20        A    That's --
```

## Symkoviak

**69. PAGE 114:22 TO 114:22 (RUNNING 00:00:01.183)**

```
22        A    That is correct.
```

**70. PAGE 115:19 TO 116:12 (RUNNING 00:00:50.424)**

```
19        Q    Doctor, I only have a few follow-up questions.
20   First of all, after a heart attack, a heart can function
21   normally.  True?
22        A    As far as certain measurements, it may look
23   normal.  There may be segments that do not work.
24        Q    But in terms of blood flow which is the most
25   important aspect of the function of the heart, it can
00116:01   function normally after a heart attack --
02        A    If we're talking --
03        Q    -- true?
04        A    If we're talking about cardiac output, you could
05   have a normal cardiac output with a damaged heart, that's
06   correct.
07        Q    And, in fact, you can have normal cardiac output
08   all the way through a normal life expectancy after a heart
09   attack.  True?
10        A    That's a possibility.  You would certainly be at
11   risk of future events, though.
12        Q    But certain --
```

**71. PAGE 116:17 TO 117:04 (RUNNING 00:00:33.114)**

```
17        Q    (By MR. KRUMHOLZ) And, Doctor, you've seen
18   patients in your practice have a full life all the way up to
19   their life expectancy after a heart attack.  True?
20        A    I have seen some do that.
21        Q    And, in fact, the perfusion studies that we've
22   seen with respect to Mr. Mason give him a good chance of
23   having just that type of outcome.
24        A    These studies are only really predictive for two
25   years.
00117:01        Q    But regardless, those were good outcomes in terms
02   of perfusion studies.
03        A    It would give us a good prognosis for the next two
04   years.  There's no warranty beyond that time.
```

**72. PAGE 135:19 TO 135:20 (RUNNING 00:00:04.976)**

```
19        Q    And it's your opinion that that was the cause of
20   Mr. Mason's heart attack --
```

**73. PAGE 135:22 TO 135:22 (RUNNING 00:00:01.200)**

```
22        Q    (By MR. KRUMHOLZ) -- the coronary artery disease?
```

**74. PAGE 135:24 TO 135:24 (RUNNING 00:00:00.823)**

```
24        A    Correct.
```

**75. PAGE 136:01 TO 136:05 (RUNNING 00:00:10.800)**

```
00136:01        A    Correct.
02        Q    And the extent of his coronary artery disease was
03   undiagnosed until his cardiac catheterization on July 25th
04   of 2003.  True?
05        A    Correct.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:48:19.169) |
| --- |