U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   11-9-06

LORETTA G. WHYTE
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Vioxx |     **MDL DOCKET NO. 1657**
**PRODUCTS LIABILITY LITIGATION** |

THIS DOCUMENT RELATES TO: |     Section L
Case No. 2:06cv810 |

CHARLES LARON MASON v. |     Judge Fallon
MERCK & CO., INC. |     Mag. Judge Knowles

# TRANSCRIPT OF THE DEPOSITION OF ERIC TOPOL, M.D., PLAYED TO JURY ON NOVEMBER 7, 2006

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

**Case Clip(s) Detailed Report**
**Tuesday, November 07, 2006, 2:09:17 AM**

**Topol**

 **Topol, Eric (Vol. 01) - 11/22/2005**                    **1 CLIP  (RUNNING 00:47:14.272)**

Topol trial

TOPOL 1                      **102 SEGMENTS  (RUNNING 00:47:14.272)**      

**1. PAGE 25:11 TO 25:13 (RUNNING 00:00:04.839)**

```
11        Q.    Dr. Topol, good morning.
12  Nice to meet you, sir.
13        A.    Good morning.
```

**2. PAGE 26:06 TO 29:02 (RUNNING 00:02:02.600)**

```
06              I want to review very
07  briefly the highlights of your
08  background.
09              You have a curriculum vitae.
10  I'm marking it as Exhibit 1 for this
11  deposition.
12              -  -  -
13         (Whereupon, Deposition
14    Exhibit Topol-1, Curriculum Vitae
15    Eric Jeffrey Topol, M.D., TOPOLE
16    0000001 - TOPOLE 0000127, was
17    marked for
18    identification.)
19              -  -  -
20  BY MR. KLINE:
21        Q.    The version that I have is
22  what I understand to be an abridged
```

TOPOL1 -      

```
23  version of 127 pages.  Suffice it to say,
24  you have a very substantial curriculum
                    Confidential - Subject to Protective Order
00027:01  vitae outlining your background and
02  experience; correct?
03        A.    Yes.
04        Q.    You are -- what is your
05  current position, sir?
06        A.    I'm Provost of the Cleveland
```

TOPOL1-1 -

```
07  Clinic Lerner College of Medicine, Chief
08  Academic Officer of the Cleveland Clinic,
09  and also the chairman of the Department
10  of Cardiovascular Medicine of the
11  Cleveland Clinic.
12        Q.    Take them one at a time.
13  Identify each one of those positions, and
14  tell me very briefly what they entail.
15        A.    The Provost of the medical
16  college is providing the oversight of
17  this college of medicine, which had its
18  beginning just three years ago, and it's
19  part of Case Western Reserve University.
20              The chief academic officer
21  responsibility is responsible for all
22  research and education here at this
23  academic medical center, and I've been
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

```
      24   chairman of the department of
00028:01   cardiovascular medicine since 1991, and
      02   this is a large department, one of the
      03   largest departments in cardiovascular
```

-KETOPOL1-1 - Clear Attached Exhibit TOPOL1-1    

```
      04   medicine in the country.
      05        Q.    My understanding, sir, that
      06   this -- and you are a cardiologist; is
      07   that correct?
      08        A.    That's right.
      09        Q.    Trained as a cardiologist;
      10   correct?
      11        A.    That's exactly right.
      12        Q.    You did your undergraduate
      13   degree at the University of Virginia,
```

TOPOL1-2 -    

```
      14   your medical school at the University of
      15   Rochester, a residency at the University
      16   of California, San Francisco, a
      17   fellowship at Johns Hopkins in
      18   cardiology, and then you became Board
      19   Certified in internal medicine and in
      20   cardiology.  All correct?
      21        A.    That's all correct.
      22        Q.    And then you practiced
      23   medicine and eventually worked yourself
```

TOPOL1-3 -    

```
      24   up to become the top person in the
00029:01   department of cardiovascular medicine at
      02   the Cleveland Clinic; correct?
```

### 3. PAGE 29:05 TO 31:20  (RUNNING 00:02:02.724)

```
      05              THE WITNESS:  That's
      06   correct, yes.  As of 1991, I came
      07   to Cleveland Clinic.
      08   BY MR. KLINE:
      09        Q.    And when did you become
      10   chairman of the department of
      11   cardiovascular medicine?
      12        A.    On my arrival.
      13        Q.    Oh, right on your arrival?
      14        A.    Yes.  That was why I was
      15   recruited here.
      16        Q.    Where were you previously?
      17        A.    University of Michigan,
      18   where I directed the cardiocatherization
      19   laboratory, and I was a professor of
      20   medicine there.
      21        Q.    And you've spent your entire
      22   career as a practicing cardiologist, sir?
      23        A.    Yes.  I continue to practice
      24   cardiology with patients.
00030:01        Q.    And how many years have you
      02   been a cardiologist?
      03        A.    20 years.
      04        Q.    You also -- it mentioned
      05   that you're the Provost of the Cleveland
```

## Topol

📄 **TOPOL1-4 -**

```
06  Clinic, and that involves overseeing the
07  entire medical college?
08        A.    The medical college, which I
09  founded with Case Western Reserve
10  University back in 2001.
11        Q.    In addition -- oh, and I
12  might add, the Cleveland Clinic, sir,
```

📄 **TOPOL1-4A -**

```
13  give us a sentence or two on what is the
14  Cleveland Clinic, especially in heart
15  medicine.
16        A.    Well, in the field of heart
17  medicine, it's been ranked by the U.S.
18  News & World Report as the number one
19  center for the last 11 years
```

📄 **-KETOPOL1-4A - Clear Attached Exhibit TOPOL1-4A**

```
20  consecutively.
21        Q.    You have been a clinical
22  investigator on many clinical studies; is
23  that correct?
24        A.    That's right.
00031:01        Q.    Tell us about it briefly, a
02  few sentences.
03        A.    Well, I've chaired a number
04  of clinical trials over the past 20
05  years.  The most widely known are the
06  so-called GUSTO trials of heart attack.
07  All these trials had something to do with
08  heart attack prevention or better
09  treatment.
10              The cumulative 200,000
11  patients were enrolled, the largest heart
12  attack trials ever performed in the
13  United States, coordinated.  I've been
14  the chair of all of those trials.
15  They've been multinational trials,
16  involving 40 different countries around
17  the world, and these trials have had, I
18  think, a substantial impact on clinical
19  practice in the field of cardiology and
20  for patients.
```

**4. PAGE 33:01 TO 33:05 (RUNNING 00:00:10.799)**

```
00033:01        Q.    You have been an
02  investigator, according to your vitae, on
```

📄 **TOPOL1-5 -**

```
03  many NIH projects, National Institutes of
04  Health.  Briefly, a few sentences, tell
05  us about that.
```

**5. PAGE 33:08 TO 34:04 (RUNNING 00:00:44.633)**

```
08              THE WITNESS:  Well, the main
09  one is at a specialized center of
10  clinically-oriented research,
11  which is the flagship grant of the
12  NIH, which I was awarded a year
13  ago.  It's a five-year grant for
```

**Topol**

```
       14          nearly $18 million to support our
       15          work in genetics and genomics of
       16          coronary artery disease and heart
       17          attack, and that's been the main
       18          research interest that I've had
       19          over the past five years, has been
       20          in the genetics and genomics of
       21          heart attack.
       22     BY MR. KLINE:
       23          Q.    You've been a manuscript
       24     reviewer for a number of journals, peer
```

📄 TOPOL1-6 -

```
00034:01     review, including Nature, Science, the
       02     New England Journal of Medicine, JAMA,
       03     Lancet and many other prestigious
       04     journals; correct?
```

**6. PAGE 34:07 TO 34:15 (RUNNING 00:00:15.873)**

```
       07               THE WITNESS:  Yes.
       08     BY MR. KLINE:
       09          Q.    I have by count, and I'm
       10     doing all of this, I might say, just to
```

📄 TOPOL1-7 -

```
       11     save time, to get through all of this,
       12     you have by my count, 909 original
       13     publications in the scientific
       14     literature.  Does that sound about right?
       15          A.    That's about right.
```

**7. PAGE 35:12 TO 35:13 (RUNNING 00:00:04.643)**

```
       12          Q.    Again, by my count, an
```

📄 TOPOL1-8 -

```
       13     author or co-author on 30 books?
```

**8. PAGE 35:16 TO 35:19 (RUNNING 00:00:02.911)**

```
       16               THE WITNESS:  That's
       17     correct.
       18     BY MR. KLINE:
       19          Q.    164 book chapters?
```

**9. PAGE 35:22 TO 36:04 (RUNNING 00:00:07.202)**

```
       22               THE WITNESS:  That's
       23     correct.
       24     BY MR. KLINE:
00036:01          Q.    And these all deal in the
       02     field of cardiology, sir?
       03          A.    Virtually all are cardiology
```

📄 -KETOPOL1-9 - Clear Attached Exhibit TOPOL1-9

```
       04     pieces of work, yes.
```

**10. PAGE 36:05 TO 36:15 (RUNNING 00:00:28.679)**

```
       05          Q.    And there was a recent
       06     article, and I'd like you to tell me if
       07     this is correct, it sort of pulls some
       08     things together, on November 11th in the
       09     Associated Press which says, "One medical
```

## Topol

```
        10   journal index service ranked Topol as the
        11   eighth most cited medical researcher
        12   among its index publications in the past
        13   ten years with his 498 papers cited by
        14   colleagues, 21,050 times."
        15              Is that about correct?
```

**11. PAGE 36:18 TO 37:19 (RUNNING 00:00:59.821)**

```
        18              THE WITNESS:  That's
        19   correct.  The ISI ranks medical
        20   researchers, and in the last ten
        21   years, I'm ranked number eight of
        22   the most widely cited medical
        23   researchers in the world.  So,
        24   that's correct.
00037:01   BY MR. KLINE:
        02        Q.    Let me ask it in a different
        03   way just to be sure.
        04              How does the -- what is the
        05   ISI, and how does it rank you as someone
        06   who is cited by others in the medical
        07   field?
        08        A.    That means that if you
        09   publish a paper and that paper is cited
        10   by others, that's the cumulative tally of
        11   citations of your impact in the medical
        12   literature, in the medical community, and
        13   so that is the most highly regarded
        14   authority for collating that data.  And
        15   in the ten-year cumulative tally, as you
        16   mentioned, somewhere around 500
        17   manuscripts were published, and that was
        18   the eighth leading, I believe, citation
        19   tally in the rankings.
```

**12. PAGE 38:19 TO 39:17 (RUNNING 00:00:53.113)**

```
        19        Q.    Sir, at some point in time
        20   you became interested in the drug Vioxx;
        21   is that correct?
        22        A.    Yes.
        23        Q.    And that would have been
        24   sometime around what year?
00039:01        A.    Well, it was February 2001.
        02        Q.    Okay.
        03              Now, I want to fast forward
        04   before going to February 2001, which I'll
        05   go back.
        06              Between February 2001 and
        07   today, sitting here today, which is
        08   November --
        09              MS. VANCE:  22.
        10   BY MR. KLINE:
        11        Q.    -- 22nd of 2005, have you
        12   expressed certain opinions publicly and
        13   in the academic literature, as well as
        14   privately in e-mails and writings,
        15   relating to your beliefs and opinions
        16   regarding the drug Vioxx?
        17        A.    Yes, certainly.
```

**13. PAGE 44:08 TO 44:13 (RUNNING 00:00:21.962)**

```
        08        Q.    Now, you also formed
        09   opinions relating to the conduct of the
        10   pharmaceutical company, Merck, and its
        11   conduct of research and its marketing and
```

## Topol

```
          12  its making available to the public the
          13  drug Vioxx; is that correct?
```

**14.  PAGE 44:16 TO 44:17  (RUNNING 00:00:01.134)**

```
          16          THE WITNESS:  That's
          17  ·     correct.
```

**15.  PAGE 45:05 TO 45:20  (RUNNING 00:00:35.303)**

```
          05          Q.    Now, what I'd like to do is
          06  to show you a document which is from
          07  November 24, '04, marked as Exhibit
          08  Number 2.
          09                  -  -  -
          10          (Whereupon, Deposition
          11          Exhibit Topol-2, E-mails, TOPOLE
          12          0000450, was marked for
          13          identification.)
          14                  -  -  -
          15  BY MR. KLINE:
          16          Q.    It's an e-mail from you to
          17  David Graham.  Who is David Graham?
          18          A.    David Graham is a safety
          19  officer at the Food & Drug
          20  Administration.
```

**16.  PAGE 46:23 TO 47:06  (RUNNING 00:00:19.352)**

```
          23          Q.    Does this e-mail reflect
```

📄 **TOPOL2 -**

```
          24  some of the opinions and conclusions that
     00047:01  you reached relating to Merck's conduct
          02  of its scientific studies and its
          03  marketing of the drug Vioxx over the past
          04  four years since you have become involved
          05  in the matter?
          06          A.    Yes.
```

**17.  PAGE 50:01 TO 51:01  (RUNNING 00:00:55.980)**

```
     00050:01          Sir, I'm looking at the part
          02  where you say, "I am bothered."  Do you
```

📄 **TOPOL2-1 -**

```
          03  see where you say to David Graham -- is
          04  Graham a physician?
          05          A.    Yes.
          06          Q.    So, you're saying to Dr.
          07  Graham, "I am bothered."  Would you read
          08  that for us, please?
          09          A.    "I am bothered by the
          10  continued outrageous lies of Merck with
          11  their fullpage multiple ads that 'they
          12  published everything' and that they never
          13  had a trial which showed any harm of
          14  Vioxx until APPROVe, when, in fact, there
          15  were two by May 2000."
          16          Q.    Continue.
          17          A.    "I am also upset that the
          18  story of their scientific misconduct for
          19  the VIGOR paper in" the New England
          20  Journal of Medicine, that's "NEJM, with
          21  errors of omission (deaths), erroneous
          22  data (MIs)," or heart attacks, "and
```

## Topol

```
     23  incomplete data (more than 1/2 of the
     24  thrombotic events) has not received any
00051:01  attention whatsoever."
```

**18. PAGE 53:23 TO 54:14 (RUNNING 00:00:39.000)**

```
     23          Q.    Let me show you an article
```



📄 **TOPOL3 -**



```
     24  which was in the Cleveland Clinic Journal
00054:01  in December of 2004.  December of 2004,
     02  there's an article which was written,
     03  you'll have it in your hands in a moment,
     04  called "The sad story of Vioxx, and what
     05  we should learn from it."  Did you
     06  co-author that article?
     07          A.    Yes, I did.
     08          Q.    What is the Cleveland Clinic
     09  Journal of Medicine?
     10          A.    That's the medical journal
     11  of this institution, which is widely
     12  circulated, has a circulation of nearly
     13  100,000 physicians and paraprofessional
     14  staff.
```

**19. PAGE 54:20 TO 54:23 (RUNNING 00:00:11.997)**

```
     20                Is this a road map to the
     21  saga or the story of Vioxx, as you see it
     22  as a researcher and prominent physician
     23  in cardiology?
```

**20. PAGE 55:06 TO 55:10 (RUNNING 00:00:09.192)**

```
     06          Q.    Please, sir.
     07          A.    I believe it's certainly
     08  part of trying to get the facts straight
     09  about this very sad story, yes.
     10          Q.    Okay.
```

**21. PAGE 56:11 TO 56:15 (RUNNING 00:00:07.968)**

```
     11          Q.    Tell us the story as you
     12  understand it as it happened in 1999
     13  based on what you know, and tell us how
     14  you knew it and what you know and how the
     15  story began.
```

**22. PAGE 56:22 TO 57:15 (RUNNING 00:00:44.573)**

```
     22                THE WITNESS:  -- in May, the
     23  FDA approved Vioxx for commercial
     24  use, so, that is an important
00057:01  time, timeline.  That was also at
     02  the time when the FDA had a formal
     03  review of the medicine, where the
     04  primary reviewer already had
     05  expressed in her document, Dr.
     06  Villalba, that there was a concern
     07  regarding clotting events with
     08  Vioxx even at the time of approval
     09  in May 1999.
     10  BY MR. KLINE:
     11          Q.    You write here that, "The
     12  approval was based on data from trials
```

## Topol

 TOPOL3-1 -


```
13  lasting 3 to 6 months and involving
14  patients at low risk for cardiovascular
15  illness." Do you see that?
```

### 23. PAGE 57:18 TO 57:21 (RUNNING 00:00:04.368)

```
18          THE WITNESS: That's right.
19  BY MR. KLINE:
20      Q.   What is the significance of
21  that fact?
```

### 24. PAGE 57:24 TO 58:12 (RUNNING 00:00:23.236)

```
24          THE WITNESS: Well, this is
00058:01   one of the most significant parts
02         of the whole clinical development
03         of the Vioxx medicine, and that is
04         that patients with heart disease
05         were not tested in any meaningful
06         way, and we know from multiple
```

-KETOPOL3-1 - Clear Attached Exhibit TOPOL3-1

```
07         databases and surveys that at
08         least 40 to 50 percent of the
09         patients who actually took this
10         medicine when it was in clinical
11         use actually did have known heart
12         disease.
```

### 25. PAGE 58:20 TO 58:21 (RUNNING 00:00:03.325)

```
20      Q.   Why, as you view it, is that
21  an important fact?
```

### 26. PAGE 58:24 TO 59:13 (RUNNING 00:00:27.853)

```
24          THE WITNESS: Well, it's
00059:01   important because if the medicine
02         has a clotting risk in arteries
03         such that it could induce heart
04         attacks, strokes or death, the
05         patients who are most liable to
06         suffer as a consequence of that
07         would be patients with preexisting
08         or known atherosclerotic artery
09         disease.
10  BY MR. KLINE:
11      Q.   And did this medicine or
12  does this medicine, in your opinion, have
13  such a risk?
```

### 27. PAGE 59:16 TO 59:23 (RUNNING 00:00:11.241)

```
16          THE WITNESS: There isn't
17  any question about the medicine's
18         risk in this regard.
19  BY MR. KLINE:
20      Q.   When you say there's no
21  question, sir, can you give us broadly,
22  and then I'll get into details with you
23  later, broadly why you say that?
```

### 28. PAGE 60:02 TO 60:11 (RUNNING 00:00:23.054)

```
02          THE WITNESS: Well, the
03         medicine's risk, Vioxx's risk, has
```

## Topol

```
04          been evident since trials
05          conducted in 1999 and all the way
06          through the time of withdrawal in
07          September 30, 2004.
08  BY MR. KLINE:
09          Q.    Have there been multiple
10  tests and multiple studies that have, in
11  your opinion, proven that fact?
```

**29. PAGE 60:14 TO 60:18  (RUNNING 00:00:13.368)**

```
14          THE WITNESS:  There's been
15          replication of untoward
16          significant excess of events of
17          heart attack, death and stroke in
18          multiple trials.  That's right.
```

**30. PAGE 61:05 TO 61:13  (RUNNING 00:00:15.211)**

```
05          Q.    I didn't say in the
06  beginning of this deposition.  You were
07  subpoenaed for this deposition; is that
08  correct, sir?
09          A.    That's correct.
10          Q.    And you have not been -- you
11  are not serving here as an expert witness
12  for any party; is that correct?
13          A.    No, I'm not.
```

**31. PAGE 62:03 TO 62:22  (RUNNING 00:00:32.496)**

```
03          Q.    Now, there was a study
04  called VIGOR; is that correct?
05          A.    Yes.
06          Q.    And you eventually became
07  familiar with this study called VIGOR;
08  correct?
09          A.    Yes.
10          Q.    Did you participate in it?
11          A.    No, not at all.
12          Q.    Who did that study?
13          A.    This study was done by
14  rheumatologists, the doctors looking
15  after patients with rheumatoid arthritis.
16  It was a large trial by a network of
17  rheumatologists and patients, about 8,000
18  patients with rheumatoid arthritis.
19          Q.    Who funded the study?
20          A.    Merck.
21          Q.    Who conducted the study?
22          A.    Merck.
```

**32. PAGE 67:05 TO 67:15  (RUNNING 00:00:21.750)**

```
05          Following our broad outline
```

TOPOL3-2 -

```
06  in the article that you wrote in the
07  Cleveland Clinic Journal of Medicine in
08  December of 2004, you indicate that
09  "VIGOR's strong evidence that rofecoxib"
10  -- that's the name for Vioxx?
11          A.    Yes.
12          Q.    -- "increases the risk of
13  MIs," and it came out of that study;
14  correct?
15          A.    That's right.
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

**33. PAGE 68:24 TO 69:03  (RUNNING 00:00:07.046)**

```
        24          Q.    What did the VIGOR trial
00069:01   say?  What did Merck say that the VIGOR
        02   trial showed relating to cardiovascular
        03   risks?
```

**34. PAGE 69:06 TO 70:08  (RUNNING 00:01:03.116)**

```
        06                THE WITNESS:  Right.  Well,
        07          I remember it very well, because
        08          the day that that panel had
        09          reviewed all the data, and one of
        10          the panelists was my colleague,
        11          Dr. Steven Nissen, I read -- I was
        12          actually at the medical college of
        13          Georgia, I was a visiting
        14          professor, I was reading the USA
        15          Today that morning, and it said
        16          that this was due to naproxen,
        17          that the VIGOR problems of heart
        18          attack was an issue of naproxen
        19          being beneficial rather than Vioxx
        20          being detrimental.
        21                So, I was a little puzzled
        22          by that, but I didn't think too
        23          much of it until I got back to
        24          Cleveland, and the next day met
00070:01          with Dr. Nissen and Dr. Mukherjee
        02          about the FDA proceedings.  And
        03          Dr. Nissen explained he didn't
        04          think it was just so simple as the
        05          naproxen hypothesis, as we later
        06          termed it, and we started to drill
        07          down on the data and concluded
        08          that it was quite concerning.
```

**35. PAGE 70:12 TO 72:08  (RUNNING 00:01:49.791)**

```
        12          Q.    Okay.
        13                What did you find was
        14   concerning about the VIGOR data?
        15          A.    Yes.  Well, there were
        16   several things that were particularly
        17   bothersome.  Number one, that if naproxen
        18   was protective, it had not ever been
        19   proven, that is, it didn't -- we didn't
        20   know for sure it had an aspirin-like
        21   effect.  And so even if we could give --
        22   assign naproxen the same magnitude of
        23   protection as aspirin, that would be at
        24   maximum a 25 percent reduction in heart
00071:01   attacks, which has been very carefully
        02   studied for aspirin.
        03                So, if naproxen was as good
        04   as aspirin, that could be 25 percent
        05   reduction.  But on the other hand, in
        06   VIGOR, we saw a 500 percent, that is, a
        07   20-fold increase in heart attacks.  So,
        08   the order of magnitude was greatly in
        09   excess of anything that aspirin could do.
        10                Furthermore, the second
        11   point, in that if you have a randomized
        12   trial and you have an experimental arm,
        13   which is a new drug which hasn't been
        14   studied extensively, still a lot of
        15   things that need to be discovered about
```

## Topol

```
16  it, and you have an anchor drug,
17  naproxen, that had been available for 20
18  years, and if you then do a comparison
19  and you say, there's more than five-fold
20  heart attacks and two-fold excess of
21  cardiovascular serious events, how could
22  you possibly conclude that it was the
23  naproxen being beneficial?  The only
24  appropriate conclusion from that would be
00072:01  that there's a problem with the
02  experimental drug Vioxx.
03          And beyond those concerns
04  was that this trial was done in patients
05  with rheumatoid arthritis without heart
06  disease, and so whatever was being seen
07  in the VIGOR trial could be far worse in
08  patients with heart disease.
```

**36. PAGE 72:13 TO 72:19 (RUNNING 00:00:15.763)**

```
13          Q.   Now, what you've described
14  to us in the previous answer, is that
15  something that -- is that a capsule of
16  what you were thinking, you and your
17  colleagues were thinking, but you in
18  particular, when you saw the VIGOR trial
19  published in the New England Journal?
```

**37. PAGE 72:22 TO 73:16 (RUNNING 00:00:37.039)**

```
22          THE WITNESS:  Well, I didn't
23  even take notice of the VIGOR
24  trial when it was in the New
00073:01  England Journal.  It wasn't on my
02  radar screen, and it didn't really
03  catch, I believe, the cardiology
04  community, because the heart
05  attack part of that publication
06  was not -- it was not featured, it
07  was the protection from the
08  gastrointestinal side effects that
09  was the main conclusion, but only
10  looked back at that paper after
11  the FDA review of the VIGOR data
12  and also of the celecoxib data.
13  There were two days of FDA
14  reviews.  One day was devoted to
15  Celebrex, and one day was
16  dedicated to Vioxx.
```

**38. PAGE 74:10 TO 74:22 (RUNNING 00:00:31.497)**

```
10          Q.   And it was after the
11  hearings in '01 where this, would it be
12  fair to say -- I hope there's not an
13  objection -- got on your radar screen?
14          A.   Yes.  It was only after the
15  FDA hearing and Dr. Nissen coming back
16  and Dr. Mukherjee going through the data,
17  getting it all collated and three of us
18  meeting, did this become something of an
19  area of interest.  It certainly was
20  nothing in medicine that I had any
21  interest in.  It wasn't in my field of
22  research up until that point in time.
```

**Topol**

**39. PAGE 75:03 TO 75:04 (RUNNING 00:00:01.785)**

```
03          Q.    Was it something that
04   concerned you?
```

**40. PAGE 75:07 TO 75:18 (RUNNING 00:00:16.146)**

```
07               THE WITNESS:  As soon as we
08          looked at -- well, as soon as I
09          read about the FDA panel, as I
10          said, that morning, in the
11          newspaper, I was concerned.  But
12          that concern was magnified after
13          starting to review the data with
14          my colleagues at the Cleveland
15          Clinic.
16   BY MR. KLINE:
17          Q.    Okay.
18               Were you alarmed?
```

**41. PAGE 75:21 TO 75:22 (RUNNING 00:00:01.798)**

```
21               THE WITNESS:  I don't
22          know --
```

**42. PAGE 76:01 TO 76:24 (RUNNING 00:00:50.984)**

```
00076:01         THE WITNESS:  -- if I would
02          use the word "alarmed," but I was
03          significantly concerned that there
04          was a medicine that was gaining
05          increased wide scale use.  There
06          already was, of course, extensive
07          advertisements and popularity of
08          the medicine, and could something
09          be wrong.  That was a concern.  I
10          would say it was a significant
11          concern.
12   BY MR. KLINE:
13          Q.    Okay.
14               What did you decide to do?
15          A.    So, we decided we would put
16   together a manuscript to pull all the
17   data that we could together, because
18   there had not yet been one, there had not
19   yet been a registration in the medical
20   literature to the medical community that
21   this was potentially a big deal.
22          Q.    Is that the kind of thing
23   that you do as an independent academic
24   physician and scientist?
```

**43. PAGE 77:03 TO 77:15 (RUNNING 00:00:24.097)**

```
03               THE WITNESS:  That's an
04          obligation that we have, is to
05          process data that's out there, try
06          to make it available to our
07          colleagues in the medical
08          community, and in the interest of
09          patients and caring for patients
10          in the optimal way.  This is the
11          sort of thing that is critical.
12   BY MR. KLINE:
13          Q.    Did you undertake what you
14   did with any axe to grind towards Merck
15   or towards the drug Vioxx?
```

## Topol

**44. PAGE 77:18 TO 78:07  (RUNNING 00:00:21.000)**

```
        18              THE WITNESS:  I had
        19      absolutely no axe to grind.  I had
        20      an excellent relationship with
        21      Merck.  I had done clinical trials
        22      with Merck.  In fact, I had just
        23      completed a very large trial
        24      called TARGET of over 6,000
00078:01      patients published in the New
        02      England Journal of Medicine.  And
        03      so I actually, for many years,
        04      enjoyed a very good relationship
        05      with Merck.  So, I do not believe
        06      there was any axe to grind
        07      whatsoever.
```

**45. PAGE 79:11 TO 80:09  (RUNNING 00:00:52.152)**

```
        11              Tell me what you did then.
        12      I mean, what process did you follow,
        13      briefly?
        14          A.   Well, we culled all the data
        15      together, which did appear in the JAMA.
        16      It didn't have much in the way of changes
        17      from our initial submission to the actual
        18      publication in August.  But the one
        19      concern that came up along the way was
        20      that the data were different in the New
        21      England Journal of Medicine paper
        22      published in November 2000 and the FDA
        23      database that was available in February
        24      2001.
00080:01              So, at that point, while we
        02      were ready to submit and did submit the
        03      paper to JAMA for consideration, I sent
        04      the paper to Merck, my colleague, Dr.
        05      Laura Demopoulos, who I had worked on
        06      this so-called TARGET trial, to see why
        07      there were discrepancies in the data
        08      between the published paper and the FDA
        09      database.
```

**46. PAGE 80:14 TO 81:02  (RUNNING 00:00:27.808)**

```
        14          Q.   You actually went through
        15      the process of getting the information
        16      together and then drafting the paper; is
        17      that correct?
        18          A.   That's correct.
        19          Q.   And did the papers represent
        20      largely your findings and your
        21      conclusions?
        22          A.   Yes.
        23          Q.   And were those findings and
        24      conclusions critical of the VIGOR trial,
00081:01      as well as raising some concerns relating
        02      to the drug Vioxx?
```

**47. PAGE 81:05 TO 82:06  (RUNNING 00:00:49.032)**

```
        05              THE WITNESS:  There is no
        06      question they were critical of the
```

📄 TOPOL4 -



```
        07      concern about the safety.  But I
        08      think the most important statement
```

## Topol

```
09          that we made, which appears in the
10          article, was about how there's a
11          mandate to do the appropriate
12          clinical trials which had not been
13          done and wrote, "definitive
14          evidence of such an adverse effect
15          will require a prospective
16          randomized clinical trial."  "It
17          is mandatory to conduct a trial
18          specifically assessing
19          cardiovascular risk and benefit of
20          these agents.  Until then, we urge
21          caution in prescribing these
22          agents to patients at risk for
23          cardiovascular morbidity."
```

**-KETOPOL4 - Clear Attached Exhibit TOPOL4**                        

```
         24  BY MR. KLINE:
00082:01          Q.    Okay.
         02               And I'm going to mark a copy
         03  of your JAMA article as the next exhibit
         04  number.  While it's being marked, let me
         05  save time so we can keep the ball
         06  rolling.  I'll mark it.
```

**48.  PAGE 83:07 TO 83:13  (RUNNING 00:00:15.125)**

```
         07          Q.    Now, along the way, I want
         08  to go through with you a couple of steps
         09  along the way.  I don't want to spend a
         10  lot of time on it, but I do want to get
         11  the process.  Before you published it,
         12  you said to me, and I'm just recapping,
         13  that you talked to Dr. Demopoulos?
```

**49.  PAGE 83:16 TO 85:06  (RUNNING 00:01:11.076)**

```
         16               THE WITNESS:  Yes.
         17  BY MR. KLINE:
         18          Q.    You actually -- and I have a
         19  copy of this.  You actually sent to her
         20  the manuscript; correct?
         21          A.    Yes.
         22          Q.    In advance?
         23          A.    Yes.
         24          Q.    And what was the purpose of
00084:01  sending her the manuscript, as you viewed
         02  it?
         03          A.    The main purpose was to
         04  reconcile the differences in data that
         05  had been published in the New England
         06  Journal of Medicine and what was
         07  appearing in the FDA database.  There
         08  were some significant discrepancies.
         09          Q.    The FDA database was made
         10  available after the February 2001 hearing
         11  to the public; is that correct?
         12          A.    That's right.
         13          Q.    Posted on the website?
         14          A.    Posted on their website.
         15          Q.    Available to anyone to see?
         16          A.    Absolutely.
         17          Q.    And Merck, did you have
         18  access to their internal data?
         19          A.    No, we did not.
         20          Q.    Did you want to get it?
```

## Topol

```
        21          A.    Well, that's one of the
        22    reasons that I tried to reach out to Dr.
        23    Demopoulos.  Since I had worked with her,
        24    we had a very good relationship in our
00085:01    other trial that we had done, I know she
        02    did not do research in this area of COX-2
        03    inhibitors, but I thought she could be
        04    helpful to get these concerns about data
        05    inconsistencies straightened out.
        06          Q.    Was the data forthcoming?
```

**50. PAGE 85:11 TO 85:17 (RUNNING 00:00:13.514)**

```
        11              THE WITNESS:  We never
        12          received any revisions from anyone
        13          from Merck.  That was never sent
        14          to us, any suggestions, changes of
        15          data.  There was never anything
        16          sent back to me or to my
        17          colleagues.
```

**51. PAGE 87:06 TO 87:11 (RUNNING 00:00:13.099)**

```
        06          Q.    I'm going to show you an
        07    e-mail.  I will mark it as the next
        08    exhibit number.  I'm going to put it in
        09    the record, it's brief, to save some --
        10    you know what, I can put it right in
        11    front of you.  Exhibit Number 5.
```

**52. PAGE 90:05 TO 90:11 (RUNNING 00:00:17.074)**

```
        05          Q.    Now, it's a copy of -- I
```

📄 TOPOL5 -

```
        06    would like you to identify it, the front
        07    page of it.  There's an e-mail that says
        08    it's from Alise Reicin to Laura
        09    Demopoulos.  It says, "Did this in the
        10    middle of the night -- not sure it makes
        11    sense."
```

**53. PAGE 90:21 TO 90:24 (RUNNING 00:00:11.392)**

```
        21              And it says here, it
        22    basically transmits back Alise Reicin's
        23    markup, electronic markup of your
        24    document.  Are you familiar with it?
```

**54. PAGE 91:03 TO 91:14 (RUNNING 00:00:13.695)**

```
        03              THE WITNESS:  I've never
        04          seen this.
```

📄 -KETOPOL5 - Clear Attached Exhibit TOPOL5

```
        05    BY MR. KLINE:
        06          Q.    Okay.
        07              I want you to turn to Page
        08    8, sir.  I want to find out if this is
        09    something that was ever suggested to you.
        10              If you'd look at the front
        11    page, please, first.  Front page.
```

📄 TOPOL5-1 -

```
        12          A.    Oh, yes.
        13          Q.    Sorry.
```

## Topol

```
      14        A.    Yes.
```

**55. PAGE 91:21 TO 91:23 (RUNNING 00:00:06.464)**

```
      21               "Selective COX-2 Inhibitors
      22   Are Associated With an Increased Risk of
      23   Cardiovascular Events."
```

**56. PAGE 92:10 TO 92:12 (RUNNING 00:00:01.298)**

```
      10        Q.    Do you see it?
      11        A.    Yes.
      12        Q.    Okay.
```

**57. PAGE 92:18 TO 92:24 (RUNNING 00:00:11.185)**

```
      18        Q.    This is your paper; correct?
      19        A.    Yes.  Well, I mean, this was
      20   the one that apparently was worked over.
      21        Q.    Correct.
      22        A.    This is not our paper.
      23        Q.    Were you aware of the fact
      24   that Merck was working over your paper?
```

**58. PAGE 93:03 TO 93:23 (RUNNING 00:00:46.864)**

```
      03               THE WITNESS:  I had no idea
      04        until this very moment.
      05   BY MR. KLINE:
      06        Q.    Look under "Results" on Page
```

TOPOL5-2 -

```
      07   8.  Do you see -- I'd like you to look at
      08   the -- don't look at the underlined
      09   sentence yet.  Look at the last -- the
      10   sentence that begins, "The results of the
      11   event-free survival analysis on the 66
      12   cases showed that the relative risk of
      13   developing a cardiovascular event in
      14   rofecoxib treatment arm was 2.37"
      15   percent.
      16               That's something you
      17   eventually told people in your JAMA
      18   paper; correct?
      19        A.    Yes.
      20        Q.    Did you know or did they
```

TOPOL5-3 -

```
      21   suggest it directly to you that according
      22   to Dr. Reicin, "we prefer to flip the
      23   data and say it was reduced on naproxen"?
```

**59. PAGE 94:02 TO 94:05 (RUNNING 00:00:05.164)**

```
      02               THE WITNESS:  It's amazing.
      03        Yes, I see it here, but it's
      04        amazing.  It certainly didn't
```

-KETOPOL5-3 - Clear Attached Exhibit TOPOL5-3

```
      05        appear in our manuscript.
```

**60. PAGE 95:15 TO 96:06 (RUNNING 00:00:33.000)**

```
      15        Q.    Sir, your JAMA article, I
      16   think you read to me that your conclusion
      17   was to call for a full large-scale study;
      18   correct?
```

## Topol

```
19        A.    That's right.
20        Q.    Did you want a primary
21  cardiovascular endpoint study performed?
22        A.    Not only did it need to have
23  cardiovascular endpoints, but it had to
24  have cardiovascular patients.  Patients
00096:01  had been excluded essentially from all of
02  these studies, and so that was a patient
03  group that we were most worried about,
04  because they would have the highest
05  predisposition to life-threatening
06  events.
```

**61. PAGE 97:07 TO 97:17  (RUNNING 00:00:26.123)**

```
07        Q.    So, did your study, what you
08  were proposing, was it to study the drug
09  in those people who were the logical
10  people who were going to take the drug?
11        A.    Yes.  The only way we could
12  get to the answer here, was it safe for
13  people with heart disease who have
14  arthritis to take the medicine, was to do
15  a trial in these particular patients who
16  had been completely neglected in the
17  development of Vioxx.
```

**62. PAGE 99:16 TO 100:06  (RUNNING 00:00:29.050)**

```
16        Q.    Look at Page 18.
```

📄 **TOPOL5-4 -**



```
17        A.    Yes.
18        Q.    "Until then," and this ended
19  up in your paper, "we urge caution in
20  prescribing these agents to patients at
21  risk for cardiovascular morbidity."  Your
22  words?
23        A.    That's the words that's here
24  in the paper that are published, yes.
00100:01        Q.    The underlined words are Dr.
02  Reicin's, according to her e-mail which
03  she wrote.  Did you see what she said?
04        A.    Yes.
05        Q.    "Conclusion needs to be
06  toned down."
```

**63. PAGE 101:18 TO 101:21  (RUNNING 00:00:12.108)**

```
18        Q.    And when she came to see
19  you, sir, did you believe that one of the
20  purposes was to neutralize you and your
21  opinion?
```

**64. PAGE 101:24 TO 105:02  (RUNNING 00:02:31.765)**

```
24              THE WITNESS:  Well,
00102:01        certainly.  The comments she made
02        at that meeting would go along
03        with that.  I mean, she basically
04        said that -- I remember the
05        conversation.  It actually was
06        supposed to be three people coming
07        to visit, which was unusual, to
08        discuss a manuscript, but because
09        of our prior relationship with
10        Merck and Dr. Demopoulos and Dr.
```

## Topol

```
        11              DiBattiste, I had reluctantly
        12          agreed to this meeting.  But Dr.
        13          DiBattiste didn't show up, it was
        14          supposed to be the three of them,
        15          and the meeting started out with
        16          that we got it wrong, that we
        17          would be embarrassed.
        18  BY MR.  KLINE:
        19          Q.    "We" meaning?
        20          A.    Dr. Nissen, Dr. Mukherjee
        21  and I.
        22          Q.    Three physicians at the
        23  Cleveland Clinic?
        24          A.    Right.
00103:01          Q.    Got it wrong?
        02          A.    Got it wrong, that we would
        03  be embarrassed if we published this
        04  paper.
        05          Q.    Her word?
        06          A.    That's the word.  The word
        07  is "embarrassed."  And I thought that was
        08  harsh.  And she came across as kind of
        09  arrogant, I thought.  But we talked it
        10  through, and I explained to her that, you
        11  know, we don't feel that way at all, and
        12  we will stand by our data.  We only
        13  wanted the input on inconsistencies of
        14  data.  We did not ask to them -- for Dr.
        15  Reicin or colleagues to opine about our
        16  perspective.
        17              But the discussion ended up
        18  okay.  You know, she came about the
        19  naproxen hypothesis, which I dismissed as
        20  the explanation.  She came with the
        21  rheumatoid arthritis -- that patients
        22  with rheumatoid arthritis, you know, Dr.
        23  Topol, have much higher rates of heart
        24  attack.  And I said, well, that doesn't
00104:01  explain it, because all the patients had
        02  rheumatoid arthritis.  So, if there's a
        03  gradient of heart attack, it can't just
        04  be from that explanation.
        05              She also came with the
        06  notion that there were lots of data that
        07  we didn't know about, Dr. Nissen, Dr.
        08  Mukherjee and I, that was in the Merck
        09  files that the FDA had, but we didn't
        10  have access.  And I said, well, we can't
        11  comment on data we don't have access to,
        12  and I'm sorry.
        13              So, the meeting probably
        14  went on about an hour-and-a-half.  It
        15  ended cordially.  And at times she said
        16  that Merck was considering doing a trial
        17  in heart patients, and if we had any
        18  ideas, she welcomed us to forward a
        19  proposal, protocol, and that seemed to
        20  be -- I got the sense it was a gesture.
        21  I didn't really think that Dr. Reicin was
        22  serious about it, but nonetheless, I
        23  thought that we probably should at least
        24  send some type of protocol sketch if they
00105:01  would like to see what our ideas were for
        02  pursuing this question.
```

## Topol

**65. PAGE 106:14 TO 107:12 (RUNNING 00:00:20.261)**

```
14          Q.   Let me just briefly show you
15     another document.  It's a Merck document,
```

📄 TOPOL6 -

```
16     Exhibit Number 7.
17                    -  -  -
18              (Whereupon, Deposition
19          Exhibit Topol-7, E-mails, with
20          attachment, "Selective COX-2
21          Inhibitors are Associated with An
22          Increased Risk of Cardiovascular
23          Events," (Mukherjee, et al) draft
24          manuscript, MRK-ABA0009661 -
00107:01    MRK-ABA0009693, was marked for
02          identification.)
03                    -  -  -
04     BY MR. KLINE:
05          Q.   Very briefly.  And, again, I
06     don't have the time to have you sit and
07     read the whole thing, but I want you to
08     look at the front page.
09              Apparently the manuscript
10     was further worked on internally at
11     Merck.  Are you aware of that fact?
12          A.   No.
```

**66. PAGE 107:15 TO 108:10 (RUNNING 00:00:47.565)**

```
15              THE WITNESS:  I had no
16          knowledge of that.
17     BY MR. KLINE:
18          Q.   And there's an e-mail from
```

📄 TOPOL6-1 -

```
19     Dr. Demopoulos to a number of people,
20     including Alise Reicin.  And they took a
21     crack at revising it, and if you look at
22     the last sentence of the e-mail, "We
23     recognize that the revised" transcript
24     "does not completely neutralize the
00108:01    potential negative impact of the
02     publication, but...it is substantially
03     removed from the original.  We" feel
04     "that revising it further to more
05     completely present a Merck perspective
06     might alienate the authors" and thus
07     "jeopardize our opportunity to contribute
08     at all."
09              Did you know that's what was
10     going on?
```

**67. PAGE 108:13 TO 108:14 (RUNNING 00:00:02.432)**

```
13              THE WITNESS:  This is
```

📄 -KETOPOL6-1 - Clear Attached Exhibit TOPOL6-1

```
14          remarkable.  I didn't know --
```

**68. PAGE 108:17 TO 108:18 (RUNNING 00:00:00.957)**

```
17              THE WITNESS:  -- this was
18          going on at all.
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

**69. PAGE 109:21 TO 110:06 (RUNNING 00:00:25.278)**

```
        21           Q.    Is part of the academic
        22    process -- you've worked --
        23                 You've done studies for
        24    large pharmaceutical companies, Merck?
00110:01           A.    Yes.
        02           Q.    Is part of the process to
        03    get the scientific facts in the medical
        04    literature, or is the real objective, or
        05    is part of the objective to get the,
        06    quote, drug company perspective?
```

**70. PAGE 110:08 TO 110:20 (RUNNING 00:00:21.132)**

```
        08                 THE WITNESS:  Well, you
        09           know, I had been trying to have an
        10           intellectually fulfilling and
        11           collaborative relationship with
        12           people at Merck, and that was
        13           something that I think we enjoyed
        14           up until this sort of thing, which
        15           is obviously a departure from
        16           that, but --
        17    BY MR. KLINE:
        18           Q.    Is it --
        19           A.    -- it's unfortunate.
        20           Q.    Is it a departure --
```

**71. PAGE 110:24 TO 111:04 (RUNNING 00:00:14.560)**

```
        24           Q.    -- from sound academic and
00111:01    scientific practice to attempt to
        02    neutralize papers and try to inject a
        03    particular perspective, rather than what
        04    is the down the middle truth?
```

**72. PAGE 111:08 TO 111:14 (RUNNING 00:00:18.204)**

```
        08                 THE WITNESS:  Yes.  I mean,
        09           I think that the role of academic
        10           medicine is to publish a highly
        11           objective independent processing
        12           of data and perspective, and
        13           anything to try to warp that or
        14           twist it is unacceptable.
```

**73. PAGE 122:03 TO 122:14 (RUNNING 00:00:27.034)**

```
        03           Q.    Now, let's talk about VIGOR,
        04    because that was some focus of what you
        05    were doing when you retrospectively
        06    looked at VIGOR and also a number of
        07    other studies including 090.
        08           A.    Yes.
        09           Q.    Okay.
        10                 You looked at, I think, a
        11    study called 085, 090, VIGOR.  Any other?
        12           A.    Those are the principal
        13    ones.  I think all the studies, but those
        14    are the ones that we focused on the most.
```

**74. PAGE 124:17 TO 125:04 (RUNNING 00:00:24.272)**

```
        17                 You looked at the VIGOR
        18    trial, and you made some determinations
        19    there; correct?
        20           A.    That's right.
        21           Q.    Okay.
```

## Topol

```
      22            What did you -- I would like
      23  you to list out sequentially.  If you've
      24  covered it already, list it so we have it
00125:01  in a list.
      02            What were your major
      03  findings as you looked independently back
      04  at the VIGOR trial?
```

**75.  PAGE 125:07 TO 126:06  (RUNNING 00:00:57.412)**

```
      07            THE WITNESS:  I think the
      08        most important finding is
      09        summarized in Figure 1 of that
```

TOPOL7 -

```
      10        paper, which comes right from the
      11        FDA Targum report.  And basically
      12        what that figure, first time now
      13        published to the medical
      14        community, it shows that there's a
      15        divergence of the heart attack and
      16        serious event curves.  The event
      17        curves is Figure 1, whereby
      18        starting at four to six weeks
      19        after the start of the medicine,
      20        Vioxx compared to naproxen, there
      21        is an over two-fold risk of
      22        serious events.
      23  BY MR. KLINE:
      24        Q.    That Kaplan-Meier curve,
00126:01  which will be marked -- we don't have to
      02  display it right now, but I want to mark
      03  it so that it's part of an exhibit to be
      04  displayed as part of this transcript.  We
      05  will put a number 9 on table -- on Figure
      06  1 of the Topol JAMA article.
```

**76.  PAGE 126:23 TO 127:04  (RUNNING 00:00:13.191)**

```
      23        Q.    That Figure 1, which is the
      24  Kaplan-Meier curve showing the time to
00127:01  cardiovascular adverse events, the line
      02  separated how many days?
      03        A.    Between four and six weeks
```

TOPOL7-1 -

```
      04  these curves diverge.
```

**77.  PAGE 127:08 TO 127:10  (RUNNING 00:00:03.791)**

```
      08        Q.    Is this, by the way,
      09  something that has been replicated in
      10  other studies?
```

**78.  PAGE 127:13 TO 127:18  (RUNNING 00:00:05.899)**

```
      13            THE WITNESS:  It's been
      14        replicated in four randomized
      15        trials.
```

-KETOPOL7-1 - Clear Attached Exhibit TOPOL7-1

```
      16  BY MR. KLINE:
      17        Q.    That it separates at an
      18  early time?
```

## Topol

**79. PAGE 127:20 TO 128:17 (RUNNING 00:00:33.968)**

```
20              THE WITNESS:  That's right.
21  BY MR. KLINE:
22         Q.    Okay.
23               And what are those studies?
24         A.    Study 090, which was a
00128:01  six-week trial, which had a 760 percent
02  excess within the six weeks.
03         Q.    Yes.
04         A.    The VIGOR trial I just
05  mentioned.
06         Q.    Yes.
07         A.    The ADVANTAGE trial, which
08  was a 12-week trial that showed a
09  significant excess in the 12-week time
10  frame.
11               And the VICTOR trial, which
12  has not yet been published, which is a
13  colon cancer trial of 2,300 patients
14  coordinated out of Oxford, which has been
15  at least commented on by the
16  investigators having immediate excess in
17  heart attack risk.
```

**80. PAGE 129:03 TO 129:07 (RUNNING 00:00:15.230)**

```
03               What conclusion have you
04  reached, Dr. Topol, relating to the
05  increased risk of cardiovascular events,
06  heart attacks and strokes relating to
07  short-term usage of the drug?
```

**81. PAGE 129:10 TO 130:03 (RUNNING 00:00:31.513)**

```
10              THE WITNESS:  Well, there is
11             -- I should also add the four
12              randomized trials, there's the
13              cumulative analysis by Dr. Juni
14              published in the Lancet which
15              shows no relationship between
16              duration of therapy and heart
17              attack excess.
18               But interestingly, all four
19              of these trials, and the
20              cumulative Juni analysis, was on
21              patients without heart disease.
22              So, the risk of it being immediate
23              and early could actually be much
24              more exaggerated in patients with
00130:01  heart disease.
02  BY MR. KLINE:
03         Q.    Any doubt --
```

**82. PAGE 130:08 TO 130:13 (RUNNING 00:00:10.586)**

```
08         Q.    -- about it in your mind?
09         A.    There isn't any question
10  about this.  To see it replicated across
11  four trials in patients who don't even
12  have heart disease is quite an important
13  finding.
```

**83. PAGE 130:18 TO 131:05 (RUNNING 00:00:26.462)**

```
18         Q.    In this particular
19  Kaplan-Meier curve for the VIGOR trial,
20  that was not published in the New England
21  Journal of Medicine; is that correct?
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

```
          22        A.    No.  As I mentioned earlier,
          23   the New England Journal of Medicine paper
          24   featured the gastrointestinal side
00131:01   effects and benefit, but it did not show
          02   in any graphic form, and there are other
          03   irregularities of this paper, but it
          04   certainly did not highlight the heart
          05   attack problems.
```

**84. PAGE 131:20 TO 132:02 (RUNNING 00:00:16.093)**

```
          20             You mentioned already that
          21   there was an increased risk of
          22   cardiovascular events starting at the
          23   six-week period in this study; correct?
          24        A.    Yes.
00132:01        Q.    Replicated by other studies
          02   we now know later?
```

**85. PAGE 132:05 TO 132:22 (RUNNING 00:00:26.800)**

```
          05             THE WITNESS:  Three other
          06        randomized trials.
          07   BY MR. KLINE:
          08        Q.    Yes.
          09        A.    Yes.
          10        Q.    And by the way, I'm going to
          11   get to naproxen.  On this naproxen
          12   theory, has there ever been a randomized
          13   clinical trial demonstrating that
          14   naproxen is cardioprotective?
          15        A.    There is no -- there are no
          16   data that I am aware of to show that
          17   naproxen in any randomized trial is
          18   cardioprotective.
          19        Q.    Do you think that if there
          20   were such a study, you would know about
          21   it?
          22        A.    I would think so.
```

**86. PAGE 133:01 TO 133:04 (RUNNING 00:00:09.792)**

```
00133:01        Q.    So, what do you think of
          02   this naproxen hypothesis that was put
          03   forward by Merck to justify the results
          04   in VIGOR?
```

**87. PAGE 133:07 TO 133:16 (RUNNING 00:00:20.839)**

```
          07             THE WITNESS:  It doesn't
          08        justify -- I mean, as I mentioned
          09        earlier, the problem is you have
          10        an experimental drug which is not
          11        fully defined, and you compare it
          12        to a drug that's been known for 20
          13        years.  To all of a sudden to
          14        ascribe some type of magical
          15        protective effect without any
          16        basis is not acceptable.
```

**88. PAGE 136:05 TO 136:11 (RUNNING 00:00:14.684)**

```
          05        Q.    Tell me, Dr. Topol, as you
          06   wrote it in JAMA and as you believed it
          07   then and today, the significance of 090,
          08   the study 090.  What was that study?
          09   When was it performed?  Just tell me what
          10   it was and what its significance was to
          11   you.
```

## Topol

**89. PAGE 136:14 TO 138:10 (RUNNING 00:01:38.671)**

```
       14              THE WITNESS:  To me, that
       15      study has been overlooked.  It
       16      has, in many ways, extraordinary
       17      significance in the clinical
       18      development of Vioxx.  And the
       19      reason is is that this study had
       20      978 patients.  And within the 978
       21      patients, they were randomly
       22      assigned, they had the typical
       23      arthritis, osteoarthritis
       24      so-called, they were randomly
00137:01      assigned to Vioxx, a medicine
       02      called nabumetone or known as
       03      Relafen, which isn't used very
       04      much, or placebo.
       05              And so what they had were
       06      these three arms tested with only
       07      12-and-a-half milligrams of Vioxx.
       08      So, it's a very low dose of Vioxx
       09      relative to these other trials
       10      that we've been discussing.
       11 BY MR. KLINE:
       12      Q.      090 being a 12.5 milligram,
       13 as opposed to VIGOR, which was 50?
       14      A.      That's right.
       15      Q.      Okay.
       16      A.      And what is so striking
       17 about this trial is that it has, at the
       18 end of six weeks of therapy, a
       19 statistically significant 760 percent
       20 excess of heart attacks.  Now, it's not
       21 quite 1,000 patient trial, but certainly
       22 that can't be minimized.  And the point
       23 being is that if you see that trial in
       24 replication with the problems with VIGOR,
00138:01 you have a very serious problem.
       02              But moreover, what is the
       03 misleading statements that have been
       04 made, is that there have been no trials
       05 ever done with Vioxx, before APPROVe,
       06· comparing the drug except for naproxen,
       07 in which there was a risk.  In fact,
       08 there was study 090, which compared to
       09 placebo or nabumetone, which showed a
       10 highly significant excess risk.
```

**90. PAGE 141:05 TO 141:11 (RUNNING 00:00:15.187)**

```
       05              As of August 22, 2001, all
       06 you were asking Merck to do was what?
       07      A.      To do an appropriate trial,
       08 to acknowledge that there may be risks,
       09 and that didn't occur, but to also do an
       10 appropriate trial in patients with heart
       11 disease.
```

**91. PAGE 143:16 TO 143:21 (RUNNING 00:00:11.611)**

```
       16      Q.      Had anything that is called
       17 a prespecified cardiovascular endpoint
       18 study, has it ever been done by Merck?
       19      A.      It has never been done in my
       20 mind to this day.
       21      Q.      Did it need to be done?
```

## Topol

**92. PAGE 143:24 TO 144:02 (RUNNING 00:00:03.181)**

```
        24              THE WITNESS:  Absolutely.
00144:01        And we called for it innumerable
        02      times.
```

**93. PAGE 166:05 TO 166:07 (RUNNING 00:00:06.309)**

```
        05              The warnings on this drug,
        06      were there adequate warnings on this
        07      drug, sir, in the '99 and 2002 labels?
```

**94. PAGE 166:10 TO 166:21 (RUNNING 00:00:27.560)**

```
        10      Q.    As to cardiovascular risks?
        11              THE WITNESS:  In my opinion,
        12      both the original label and then
        13      the revision in April 2002 did not
        14      show adequate safety concerns
        15      about heart attacks, strokes and
        16      death that could occur from the
        17      medicine.  So, it wasn't present
        18      at all in the first iteration in
        19      1999, and it certainly was not
        20      adequately flagged in the 2002
        21      revision.
```

**95. PAGE 198:13 TO 198:18 (RUNNING 00:00:15.226)**

```
        13      BY MR. KLINE:
        14      Q.    Did you observe any pattern
        15      of conduct by Merck every time or any
        16      time an investigator like yourself or
        17      Juni did a critical analysis and
        18      questioned the safety of the drug Vioxx?
```

**96. PAGE 198:20 TO 199:07 (RUNNING 00:00:29.051)**

```
        20              THE WITNESS:  Each time we
        21      published a paper or a study was
        22      also published by other
        23      investigators questioning the
        24      safety of Vioxx, there would be
00199:01        immediately a PR attack on the
        02      report.  Merck would refute the
        03      findings and/or they would have
        04      consultants of theirs refute the
        05      findings.  So, there was a
        06      published and then anti force that
        07      would occur without any question.
```

**97. PAGE 214:07 TO 214:14 (RUNNING 00:00:17.018)**

```
        07              One thing that Merck said
        08      from the APPROVe study was that there was
        09      an increased risk after 18 months.  Do
        10      you recall that claim?
        11      A.    Yes.
        12      Q.    How did you see that in the
        13      context of the full picture of the
        14      articles?
```

**98. PAGE 214:16 TO 216:05 (RUNNING 00:01:20.360)**

```
        16              THE WITNESS:  This was
        17      another extremely concerning part
        18      of that dissemination on the day
        19      of withdrawal, that it took 18
        20      months for there to be any risk,
        21      because that's not true.
```

## Topol

```
        22              In fact, as I reviewed
        23      earlier in this deposition, there
        24      were four trials that showed that
00215:01        the timeline for that was
        02      considerably quicker.  In VIGOR,
        03      with four to six weeks, there was
        04      separation.  In ADVANTAGE, within
        05      12 weeks.  In VICTOR, this was
        06      immediate.  And in study 090,
        07      within six weeks.
        08              And in all of these trials,
        09      there were no heart disease
        10      patients.  So, it could have been
        11      much worse than -- in the days or
        12      weeks.  And beyond all that,
        13      there's the issue of a problem of
        14      statistical power, that is, you
        15      have to do a very large trial if
        16      you're not expecting adequate
        17      number of events, and so none of
        18      the trials were adequately powered
        19      from a time perspective.
        20              But, given all those things,
        21      that is, statistical power, lack
        22      of cardiovascular patients, and
        23      four randomized trials, in
        24      addition to the Juni analysis,
00216:01        there's a pretty strong case that
        02      the risk of Vioxx for heart
        03      attacks can occur at any time
        04      after the initiation of the
        05      medicine.
```

**99. PAGE 221:22 TO 222:03 (RUNNING 00:00:09.803)**

```
        22      Q.      All right.
        23              Now, my purpose is to go
        24      through your criticisms of the VIGOR
00222:01        trial and what you think Merck did that
        02      constitutes scientific misconduct.  Can
        03      you do so, sir?
```

**100. PAGE 222:09 TO 223:24 (RUNNING 00:01:22.400)**

```
        09              THE WITNESS:  Okay.
        10              So, what I cited here in
        11      this correspondence is how the
        12      article in the New England
        13      Journal -- this goes back to what
        14      we discussed earlier today, which
        15      is when the paper was published in
        16      November 2000 as compared to the
        17      FDA documents that we have a
        18      chance to review in February of
        19      2001, there was -- there were
        20      gross discrepancies, which is why
        21      we had contacted Merck in the
        22      first place about this manuscript.
        23              Then, finally, we had the
        24      ability to work with the New
00223:01        England Journal of Medicine
        02      editors, Dr. Curfman, Dr. Drazen,
        03      and to figure out what was going
        04      on.
        05              Now, as it turns out, in the
        06      VIGOR manuscript, in the New
        07      England Journal in 2000, in three
```

## Topol

```
08          times in the paper, this is first
09        . authored by Bombardier, and three
10          times it says that the mortality
11          was the same between naproxen and
12          Vioxx.  And that was untrue.
13               In fact, there was a 46
14          percent difference.  There were 22
15          deaths in the Vioxx arm versus 15
16          deaths in the naproxen arm.  And
17          so instead of presenting the
18          deaths as they should, the authors
19          only used percentages, rounded
20          them off, but moreover, they
21          asserted strongly in three
22          different places that the
23          mortality was the same.  So,
24          that's issue number one.
```

**101. PAGE 224:22 TO 225:18 (RUNNING 00:00:42.800)**

```
22               A.    The second issue was the
23          false data regarding heart attacks.  So,
24          instead of a five-fold increase, which we
00225:01    know is true at the bare minimum, because
02          there wasn't the right adjudication in
03          this trial as we learned and I reviewed
04          earlier from the Targum report, but now
05          we're talking about that the authors knew
06          the correct number of heart attacks.
07               They could have fixed the
08          galley proofs, and this is told to me by
09          the editors of the New England Journal,
10          but they decided to give the correct
11          numbers in the published New England
12          Journal paper.  So, they had a four-fold
13          increase in heart attacks rather than a
14          five-fold increase in heart attacks.
15               And that is erroneous, and
16          that appears to be, best I can
17          reconstruct with the New England Journal
18          editors, an error of commission.
```

**102. PAGE 225:22 TO 226:07 (RUNNING 00:00:20.900)**

```
22               Q.    And the third?
23               A.    The third is, rather than
24          report any of the other clotting events,
00226:01    like strokes, like transient ischemic
02          attacks, like unstable angina, like
03          peripheral arterial thrombosis, like
04          venous thrombosis, like pulmonary
05          embolism, none of these were reported in
06          the New England Journal of Medicine
07          paper.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:47:14.272)**

## Topol Merck Cross

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 1 | 316:5 - 317:3 | Topol, Eric 2005-11-22 | 00:00:53 | 00:00:00 | 00:55:46 | Z1.1 |

| | | |
|---|---|---|
| | 316:5 | Q:  Good afternoon, Dr. Topol. |
| | 316:6 | A:  Good afternoon. |
| | 316:7 | Q:  I want to talk for a few |
| | 316:8 | seconds about cardiovascular disease. Is |
| | 316:9 | it the leading cause of death in the |
| | 316:10 | United States? |
| | 316:11 | A:  Yes, it is. |
| | 316:12 | Q:  Is cardiovascular disease |
| | 316:13 | the leading cause of death by far? |
| | 316:14 | A:  Well, it's significantly |
| | 316:15 | greater than the second leading cause of |
| | 316:16 | cancer, so, yes. |
| | 316:17 | Q:  Is cardiovascular disease |
| | 316:18 | the number one killer in the United |
| | 316:19 | States and has it been since 1900? |
| | 316:20 | A:  Yes. |
| | 316:21 | Q:  Do you know that |
| | 316:22 | approximately every 34 seconds somebody |
| | 316:23 | dies of heart disease in this country? |
| | 316:24 | A:  That's, I think, from the |
| | 317:1 | American Heart Association, and I can't |
| | 317:2 | vouch for the calculation, but that's out |
| | 317:3 | there, yes. |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 2 | 317:23 - 319:9 | Topol, Eric 2005-11-22 | 00:01:19 | 00:00:53 | 00:54:53 | Z1.2 |

| | | |
|---|---|---|
| | 317:23 | Q:  Is it true, Dr. Topol, that |
| | 317:24 | every year 400,000 -- 460,000 people die |
| | 318:1 | of heart disease in the emergency room or |
| | 318:2 | before even getting to the hospital? |
| | 318:3 | A:  That number may be about |
| | 318:4 | right. There's a lot of out of hospital |
| | 318:5 | sudden death, yes. |
| | 318:6 | Q:  Did you take Vioxx, Dr. |
| | 318:7 | Topol? |
| | 318:8 | A:  Yes, I took Vioxx. |
| | 318:9 | Q:  You took Vioxx for years, |
| | 318:10 | didn't you? |
| | 318:11 | A:  I took it occasionally. I |
| | 318:12 | have knee arthritis. I've had multiple |
| | 318:13 | knee surgeries, so, I would take it on |
| | 318:14 | demand, you know, whether it be every -- |
| | 318:15 | once, a couple, every few weeks, that |

| | |
|---|---|
| 318:16 | sort of thing. |
| 318:17 | Q: The reason you took Vioxx is |
| 318:18 | because you had serious knee pain, and |
| 318:19 | traditional NSAIDs were bothering your |
| 318:20 | stomach. Is that true? |
| 318:21 | A: I think the medicines that I |
| 318:22 | had taken actually didn't bother my |
| 318:23 | stomach. I haven't had any things that |
| 318:24 | really bothered my stomach very much, but |
| 319:1 | I can't recall that so much as I thought |
| 319:2 | I had better relief of my arthritis than |
| 319:3 | by taking a Motrin or some other |
| 319:4 | over-the-counter preparation. |
| 319:5 | Q: Vioxx helped relieve your |
| 319:6 | knee pain better than the traditional |
| 319:7 | NSAIDs. Is that fair? |
| 319:8 | A: The ones that I had tried, |
| 319:9 | yes. |

| 3 | 322:19 -323:3 | Topol, Eric 2005-11-22 | 00:00:16 | 00:02:12 | 00:53:34 | Z1.3 |
|---|---|---|---|---|---|---|
| | 322:19 | Q: Was the VIGOR trial | | | | |
| | 322:20 | published in the New England Journal of | | | | |
| | 322:21 | Medicine? | | | | |
| | 322:22 | A: Yes. As I mentioned, the | | | | |
| | 322:23 | November 22nd, 2000. | | | | |
| | 322:24 | Q: Is the New England Journal | | | | |
| | 323:1 | of Medicine a top medical journal? | | | | |
| | 323:2 | A: It's the leading impact | | | | |
| | 323:3 | journal in biomedicine today. | | | | |

| 4 | 323:12 -325:17 | Topol, Eric 2005-11-22 | 00:02:03 | 00:02:28 | 00:53:18 | Z1.4 |
|---|---|---|---|---|---|---|
| | 323:12 | Q: Is the New England Journal | | | | |
| | 323:13 | of Medicine a peer-reviewed journal? | | | | |
| | 323:14 | A: Yes. | | | | |
| | 323:15 | Q: That means that before the | | | | |
| | 323:16 | New England Journal of Medicine will | | | | |
| | 323:17 | publish an article, doctors who are | | | | |
| | 323:18 | knowledgeable in the field that's being | | | | |
| | 323:19 | described in the article review the | | | | |
| | 323:20 | article for accuracy. | | | | |
| | 323:21 | A: 'Peer review' means that the | | | | |
| | 323:22 | data are reviewed, and certainly the | | | | |
| | 323:23 | conclusions are -- yes, that's what peer | | | | |
| | 323:24 | review is all about. | | | | |
| | 324:1 | Q: Peer reviewed is a standard | | | | |
| | 324:2 | process that medical journals use to | | | | |
| | 324:3 | ensure the quality of the articles that | | | | |

324:4   they publish; correct?

324:5   A: Correct.

324:6   Q: I want to talk briefly about

324:7   how the VIGOR trial was conducted, and

324:8   then we'll discuss the results. Okay?

324:9   A: Yes.

324:10   Q: Do you know that VIGOR

324:11   tested whether Vioxx was safe at treating

324:12   pain suffered by patients who had

324:13   rheumatoid arthritis?

324:14   A: Yes. I mentioned that

324:15   earlier today.

324:16   Q: And one of the things that

324:17   the VIGOR trial sought to test was

324:18   whether the patients who had rheumatoid

324:19   arthritis could have relief from their

324:20   pain without causing them as many stomach

324:21   problems as naproxen; correct?

324:22   A: The primary, I think,

324:23   endpoint of the study was the relief of

324:24   gastrointestinal complications. That

325:1   was, I think, why the sample size and the

325:2   power of the trial was set up, to detect

325:3   whether or not rofecoxib/Vioxx would have

325:4   an advantage over naproxen in that

325:5   regard.

325:6   Q: Are patients with rheumatoid

325:7   arthritis at higher risk of heart

325:8   attacks?

325:9   A: As I mentioned this morning,

325:10   yes, patients with RA, rheumatoid

325:11   arthritis, do have higher event rates for

325:12   heart attacks.

325:13   Q: In the VIGOR trial, patients

325:14   who participated either used Vioxx 50

325:15   milligrams once a day or naproxen, 500

325:16   milligrams twice per day. Is that right?

325:17   A: That's correct.

---

5   327:17 -328:10   Topol, Eric 2005-11-22          00:00:38   00:04:31   00:51:15                          Z1.5

327:17   Q: You're not critical, Dr.

327:18   Topol, of Merck's decision to use

327:19   naproxen as the drug to compare Vioxx to,

327:20   are you, sir?

327:21   A: No. I think naproxen, being

327:22   a widely used nonsteroidal agent for

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 327:23 | arthritis, all types of arthritis, was a | | | |
| | | 327:24 | very suitable comparator. | | | |
| | | 328:1 | Q:  None of the patients in the | | | |
| | | 328:2 | VIGOR trial used placebo, did they? | | | |
| | | 328:3 | A:  The VIGOR trial did not test | | | |
| | | 328:4 | placebo. It was a so-called active | | | |
| | | 328:5 | comparison, that is, comparing one active | | | |
| | | 328:6 | anti-inflammatory versus another. | | | |
| | | 328:7 | Q:  A placebo is another word | | | |
| | | 328:8 | for a sugar pill. Is that right? | | | |
| | | 328:9 | A:  That would be an inactive | | | |
| | | 328:10 | drug, yes. | | | |

| 6 | 329:1 -329:9 | Topol, Eric 2005-11-22 | | 00:00:17 | 00:05:09 | 00:50:37 | Z1.6 |
|---|---|---|---|---|---|---|---|
| | | 329:1 | Q:  Would it be ethical, Dr. | | | |
| | | 329:2 | Topol, if half of the patients in the | | | |
| | | 329:3 | VIGOR study who had rheumatoid arthritis | | | |
| | | 329:4 | only took a placebo? | | | |
| | | 329:5 | A:  If they had no other relief | | | |
| | | 329:6 | for their rheumatoid arthritis symptoms? | | | |
| | | 329:7 | Q:  Yes. | | | |
| | | 329:8 | A:  No, that would not be | | | |
| | | 329:9 | proper. | | | |

| 7 | 330:7 -330:15 | Topol, Eric 2005-11-22 | | 00:00:19 | 00:05:26 | 00:50:20 | Z1.7 |
|---|---|---|---|---|---|---|---|
| | | 330:7 | Q:  Do you agree then, sir, that | | | |
| | | 330:8 | Vioxx worked to reduce pain that | | | |
| | | 330:9 | rheumatoid arthritis patients were | | | |
| | | 330:10 | experiencing in the VIGOR trial? | | | |
| | | 330:11 | A:  It reduced pain, as far as I | | | |
| | | 330:12 | understand from the data, equally, as | | | |
| | | 330:13 | well as naproxen at the doses that were | | | |
| | | 330:14 | administered with the 50 milligrams of | | | |
| | | 330:15 | Vioxx, yes. | | | |

| 8 | 338:22 -339:24 | Topol, Eric 2005-11-22 | | 00:00:48 | 00:05:45 | 00:50:01 | Z1.8 |
|---|---|---|---|---|---|---|---|
| | | 338:22 | Q:  Let me back up, Dr. Topol. | | | |
| | | 338:23 | I think you said in one of your previous | | | |
| | | 338:24 | answers that there were 20 heart attacks | | | |
| | | 339:1 | seen in the Vioxx group and 4 heart | | | |
| | | 339:2 | attacks seen in the naproxen group. | | | |
| | | 339:3 | Right? | | | |
| | | 339:4 | A:  That's correct. | | | |
| | | 339:5 | Q:  That's a five times | | | |
| | | 339:6 | difference; right? | | | |
| | | 339:7 | A:  That's correct. | | | |
| | | 339:8 | Q:  What percentage of the | | | |

**Topol Merck Cross**

339:9    patients in the Vioxx group had heart

339:10    attacks?

339:11    A:  That would be 20 of 4,047.

339:12    So, that would be approximately -- I

339:13    don't have a calculator, but it would be

339:14    approximately .5 percent.

339:15    Q:  One half of one percent?

339:16    A:  One half of one percent.

339:17    Q:  Do you know what the

339:18    percentage of heart attacks in the

339:19    naproxen group was?

339:20    A:  Well, that was 4 out of

339:21    4,029, which is less than .1 percent.

339:22    Q:  Or less than one-tenth of

339:23    one percent?

339:24    A:  That's correct.

---

9    342:13 - 343:22    Topol, Eric 2005-11-22    00:01:08  00:06:33  00:49:13    Z1.9

342:13    Q:  Did the Food & Drug

342:14    Administration hold a special Advisory

342:15    Committee meeting in February of 2001 to

342:16    discuss the question of whether COX-2

342:17    inhibitors cause heart problems?

342:18    A:  Yes. They had, as I

342:19    mentioned this morning, a two-day

342:20    conference, one for each of the drugs,

342:21    Celebrex and Vioxx.

342:22    Q:  What is an FDA Advisory

342:23    Committee briefly, sir?

342:24    A:  Well, a panel of experts are

343:1    brought in, and the data are reviewed,

343:2    and there's recommendations by the panel

343:3    to give to the FDA staff, and the FDA

343:4    staff can either accept or reject those

343:5    recommendations. But this is a panel of

343:6    experts. In this particular case, it was

343:7    predominantly rheumatologists. There

343:8    were only two cardiologists who were

343:9    invited to the panel to review Vioxx and

343:10    Celebrex.

343:11    Q:  One of the cardiologists who

343:12    was on the Advisory Committee was your

343:13    colleague, Dr. Steven Nissen; is that

343:14    right?

343:15    A:  Yes.

343:16    Q:  He is a well-respected

| | | | | | | |
|---|---|---|---|---|---|---|
| | 343:17 | cardiologist, correct, sir? | | | | |
| | 343:18 | A: Yes. | | | | |
| | 343:19 | Q: The FDA Advisory Committee | | | | |
| | 343:20 | meetings that are held, those are open to | | | | |
| | 343:21 | the public, aren't they, Dr. Topol? | | | | |
| | 343:22 | A: Yes. | | | | |

| 10 | 344:11 - 345:5 | Topol, Eric 2005-11-22 | 00:00:33 | 00:07:41 | 00:48:05 | Z1.10 |
|---|---|---|---|---|---|---|
| | 344:11 | Q: During the Advisory | | | | |
| | 344:12 | Committee meeting that your colleague, | | | | |
| | 344:13 | Dr. Nissen, attended, Merck gave a | | | | |
| | 344:14 | presentation; right? | | | | |
| | 344:15 | A: Merck gave a substantial | | | | |
| | 344:16 | presentation, that's right. | | | | |
| | 344:17 | Q: Pfizer gave a presentation | | | | |
| | 344:18 | about Celebrex; correct? | | | | |
| | 344:19 | A: That was on a different day, | | | | |
| | 344:20 | yes. | | | | |
| | 344:21 | Q: The FDA made a presentation | | | | |
| | 344:22 | as well; correct? | | | | |
| | 344:23 | A: Yes. | | | | |
| | 344:24 | Q: The FDA also prepared | | | | |
| | 345:1 | background materials for the Advisory | | | | |
| | 345:2 | Committee, analyzing the clinical trials | | | | |
| | 345:3 | that had been done on Vioxx and Celebrex; | | | | |
| | 345:4 | correct, sir? | | | | |
| | 345:5 | A: That's correct. | | | | |

| 11 | 350:22 - 350:24 | Topol, Eric 2005-11-22 | 00:00:07 | 00:08:14 | 00:47:32 | Z1.11 |
|---|---|---|---|---|---|---|
| | 350:22 | Q: Let me show you, sir, an | | | | |
| Link > ET30.1 | 350:23 | excerpt from the FDA Advisory Committee | | | | |
| | 350:24 | meeting. | | | | |

| 12 | 352:6 - 352:7 | Topol, Eric 2005-11-22 | 00:00:02 | 00:08:21 | 00:47:25 | Z1.12 |
|---|---|---|---|---|---|---|
| | 352:6 | Q: Dr. Topol, does Dr. | | | | |
| | 352:7 | Nissen -- | | | | |

| 13 | 352:10 - 352:20 | Topol, Eric 2005-11-22 | 00:00:24 | 00:08:23 | 00:47:23 | Z1.13 |
|---|---|---|---|---|---|---|
| | 352:10 | Q: -- make the following | | | | |
| Link > ET30.4.1 | 352:11 | statement to the Advisory Committee? | | | | |
| | 352:12 | 'Briefly, I think what I would say in the | | | | |
| | 352:13 | label is that there was an excess of | | | | |
| | 352:14 | cardiovascular events in comparison to | | | | |
| | 352:15 | naproxen, that it remains uncertain | | | | |
| | 352:16 | whether this was due to beneficial | | | | |
| | 352:17 | cardioprotective effects of naproxen or | | | | |
| | 352:18 | prothrombotic effects of the agent, and | | | | |
| | 352:19 | leave it at that, that basically we don't | | | | |

|  |  | 352:20 | know the reason"? |  |  |  |  |
|---|---|---|---|---|---|---|---|

| 14 | 353:4 - 353:12 | Topol, Eric 2005-11-22 | 00:00:20 | 00:08:47 | 00:46:59 | Z1.14 |

| | | 353:4 | Q: Do you see that? |
| | | 353:5 | A: Yeah, I see it, and I |
| | | 353:6 | understand that completely. As of |
| | | 353:7 | February 8, 2001, which I believe was the |
| | | 353:8 | date of this -- and I also understand |
| | | 353:9 | that the consensus of the panel was like |
| Link > Hide | | 353:10 | this, that there needed to be a change in |
| | | 353:11 | the label about the cardiovascular risk. |
| | | 353:12 | So, this is consistent with that. |

| 15 | 363:13 - 363:19 | Topol, Eric 2005-11-22 | 00:00:16 | 00:09:07 | 00:46:39 | Z1.15 |

| | | 363:13 | Q: Do you agree, Dr. Topol, |
| | | 363:14 | that all clinical trials must offer |
| | | 363:15 | potential benefits to patients? |
| | | 363:16 | A: One can never do a trial |
| | | 363:17 | with just testing the side effects |
| | | 363:18 | without at least a putative equal or |
| | | 363:19 | better benefit. |

| 16 | 364:14 - 364:19 | Topol, Eric 2005-11-22 | 00:00:14 | 00:09:23 | 00:46:23 | Z1.16 |

| | | 364:14 | Do all clinical trials have |
| | | 364:15 | to have some potential benefit offered to |
| | | 364:16 | patients? |
| | | 364:17 | A: All clinical trials should |
| | | 364:18 | have a therapeutic potential, yes, a |
| | | 364:19 | benefit, yes. |

| 17 | 366:1 - 366:12 | Topol, Eric 2005-11-22 | 00:00:24 | 00:09:37 | 00:46:09 | Z1.17 |

| | | 366:1 | Q: Dr. Topol -- |
| | | 366:2 | A: Yes. |
| | | 366:3 | Q: -- you can't give patients |
| | | 366:4 | medicine just to see if they have a heart |
| | | 366:5 | attack or die, correct, sir? |
| | | 366:6 | A: I would never be involved in |
| | | 366:7 | a clinical trial or advocate doing a |
| | | 366:8 | trial where there was just testing for |
| | | 366:9 | harm. You have to have -- you don't put |
| | | 366:10 | patients -- experiment on patients unless |
| | | 366:11 | you're looking at benefit and also, of |
| | | 366:12 | course, always assaying the risk as well. |

| 18 | 367:23 - 368:18 | Topol, Eric 2005-11-22 | 00:00:49 | 00:10:01 | 00:45:45 | Z1.18 |

| Link > ET31.1 | | | |
| Link > ET31.1.1 | | 367:23 | Do you see, Dr. Topol, on |
| | | 367:24 | the first exhibit, Exhibit 31 on May 2nd, |
| | | 368:1 | 2001 -- is it Dr. Bhatt? |
| | | 368:2 | A: Dr. Bhatt, Deepak Bhatt. |

| | | |
|---|---|---|
| Link > ET31.1.2 | 368:3 | Q: Dr. Bhatt is sending an |
| | 368:4 | e-mail to Dr. Reicin and says, 'Hello. |
| | 368:5 | As Dr. Topol promised, here is our |
| | 368:6 | protocol regarding the use of Vioxx in |
| | 368:7 | acute coronary syndromes.' Do you see |
| | 368:8 | that? |
| | 368:9 | A: I see that, and I already |
| | 368:10 | discussed that this morning. And what I |
| | 368:11 | said, if I can go back -- |
| | 368:12 | Q: My question was just, do you |
| | 368:13 | see that? |
| | 368:14 | A: I see that, yes. |
| | 368:15 | Q: The protocol that Dr. Bhatt |
| Link > ET32.1.1 | 368:16 | sent to Merck is Exhibit 32, isn't it? |
| | 368:17 | A: That's what you just gave |
| | 368:18 | me, yes. |

| 19 | 370:2 -371:5 | Topol, Eric 2005-11-22 | 00:01:06 | 00:10:50 | 00:44:56 | Z1.19 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| | 370:2 | The protocol for your trial, |
| | 370:3 | by 'your,' I mean the Cleveland Clinic -- |
| | 370:4 | A: Right. |
| | 370:5 | Q: -- includes Dr. Bhatt's |
| | 370:6 | name and your name; correct? |
| | 370:7 | A: He put my name on it, but |
| | 370:8 | that doesn't mean that I was involved in |
| | 370:9 | this. This is a protocol sketch, and I |
| | 370:10 | guess he was looking for feedback from |
| | 370:11 | Merck. But I did not go over this in |
| | 370:12 | terms of, did I think this was the |
| | 370:13 | appropriate design. This was a brief |
| | 370:14 | conversation I had with Dr. Bhatt, and I |
| | 370:15 | don't recall all the details. It's back |
| | 370:16 | four years ago in May 2001, but I did not |
| | 370:17 | author this protocol, and my name was |
| Link > Hide | 370:18 | loosely attached to it. I was not |
| | 370:19 | interested in running a trial personally |
| | 370:20 | on this because I didn't feel that was |
| | 370:21 | appropriate. I thought it should be |
| | 370:22 | done, but I should not necessarily be |
| | 370:23 | involved with it. |
| | 370:24 | Q: Dr. Topol, did the Cleveland |
| | 371:1 | Clinic send a protocol to Merck outlining |
| | 371:2 | what the Cleveland Clinic believed would |
| | 371:3 | be an appropriate cardiovascular outcomes |
| | 371:4 | study for Vioxx? |
| | 371:5 | A: Dr. Bhatt did, yes. |

| 20 | 376:7 - 377:6 | Topol, Eric 2005-11-22 | 00:00:59 | 00:11:56 | 00:43:50 | Z1.20 |

|  | 376:7 | Q: Dr. Topol, the concept that |
|  | 376:8 | has your name and Dr. Bhatt's name on it |
|  | 376:9 | describes these criteria for inclusion, |
|  | 376:10 | and as you described acute coronary |
|  | 376:11 | syndrome, the concept was that patients |
|  | 376:12 | who either were threatened with a heart |
|  | 376:13 | attack or who had a heart attack would |
|  | 376:14 | participate in the study. Is that right? |
|  | 376:15 | A: That's correct. But you're |
|  | 376:16 | leaving out one important element. And |
|  | 376:17 | as in the title of this concept sheet, |
|  | 376:18 | 'Elevated Markers of Inflammation,' and |
|  | 376:19 | in the inclusion criteria on Page 6 that |
|  | 376:20 | we are now reviewing, you see Item Number |
| Link > ET32.6.1 | 376:21 | 3, it says, 'AND Item Number 3, elevated |
|  | 376:22 | high-sensitivity C-reactive protein' |
|  | 376:23 | known as CRP 'greater than .2.' So, they |
| Link > Hide | 376:24 | had to have arterial inflammation, and |
|  | 377:1 | that was the whole point of the concept, |
|  | 377:2 | was that rofecoxib, as well as celecoxib, |
|  | 377:3 | have been shown to reduce inflammation. |
|  | 377:4 | So, in fact, it could be a benefit to |
|  | 377:5 | these patients to suppress subsequent |
|  | 377:6 | heart attacks. |

| 21 | 377:9 - 378:12 | Topol, Eric 2005-11-22 | 00:01:02 | 00:12:55 | 00:42:51 | Z1.21 |

|  | 377:9 | Do you see, sir, that the |
|  | 377:10 | concept that you were proposing to Merck |
|  | 377:11 | calls for the study to last a minimum of |
|  | 377:12 | one year? |
| Link > ET32.5 | 377:13 | A: Where is that? |
|  | 377:14 | Q: If you look on Page 5 under |
| Link > ET32.5.1 | 377:15 | study design, it says, 'This study is a |
|  | 377:16 | multicenter double blind randomized' and |
|  | 377:17 | it continues 'comparing the effects of' |
|  | 377:18 | Vioxx 'versus placebo administered in |
|  | 377:19 | conjunction with standard therapy |
|  | 377:20 | (including aspirin...) for a minimum of |
|  | 377:21 | one year to patients who have suffered an |
|  | 377:22 | episode of an acute coronary syndrome,' |
|  | 377:23 | and it goes on. |
|  | 377:24 | A: Again, this is a concept |
|  | 378:1 | sheet. This is not a protocol. This |
|  | 378:2 | does not have anything about events rates |
|  | 378:3 | that are anticipated. It doesn't have |

|  |  |  |
|---|---|---|
|  | 378:4 | anything about sample size. It doesn't |
|  | 378:5 | have the number of triggered events to |
|  | 378:6 | stop a trial. One year is just a very |
|  | 378:7 | loose term, that it has to have some |
|  | 378:8 | long-term followup. So, I see it, but, |
|  | 378:9 | again, it reinforces how sketchy — this |
| Link > Hide | 378:10 | could not be called a protocol. This is |
|  | 378:11 | a very early rudimentary design concept |
|  | 378:12 | sheet. |

| 22 | 378:19 - 380:10 | Topol, Eric 2005-11-22 | 00:01:31 | 00:13:57 | 00:41:49 | Z1.22 |
|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
|  | 378:19 | Q:  Dr. Topol, the concept sheet |
|  | 378:20 | that has your name on it and Dr. Bhatt's |
|  | 378:21 | name on it calls for a study that would |
|  | 378:22 | last a minimum of one year; correct? |
|  | 378:23 | A:  Very loosely defined, yes. |
|  | 378:24 | Q:  The concept sheet that has |
|  | 379:1 | your name on it and Dr. Bhatt's name on |
|  | 379:2 | it also calls for patients to be followed |
|  | 379:3 | up for a minimum of one year. Do you see |
|  | 379:4 | that, sir? |
|  | 379:5 | A:  That's what it says. |
| Link > ET32.7 | 379:6 | Q:  The concept sheet also |
|  | 379:7 | refers on Page 7, sir, to certain |
| Link > ET32.7.1 | 379:8 | criteria for exclusion. Do you see that? |
|  | 379:9 | A:  Yes. |
|  | 379:10 | Q:  This is another way of |
|  | 379:11 | saying these are the type of patients who |
|  | 379:12 | will not be allowed to participate in the |
|  | 379:13 | study according to this concept sheet; |
|  | 379:14 | correct? |
|  | 379:15 | A:  That's correct. |
| Link > ET32.7.2 | 379:16 | Q:  If you look at Number 4, do |
|  | 379:17 | you see that the concept that Dr. Bhatt |
|  | 379:18 | was proposing to Merck says that, under |
|  | 379:19 | 4, 'Any need for COX-2 inhibitors.' So, |
|  | 379:20 | if a patient wanted to participate in |
|  | 379:21 | this study, they couldn't do so if they |
|  | 379:22 | actually needed COX-2 inhibitors; is that |
|  | 379:23 | right? |
|  | 379:24 | A:  You'll have to ask Dr. Bhatt |
|  | 380:1 | about this since he wrote it, but my |
|  | 380:2 | interpretation is if they didn't have any |
|  | 380:3 | other relief of their problem without a |
|  | 380:4 | COX-2 inhibitor, that they couldn't be -- |
|  | 380:5 | that is, they would have to be willing to |

|  |  |
|---|---|
| 380:6 | be randomized. So, yes, if they had to |
| 380:7 | take a COX-2 inhibitor for some reason, |
| 380:8 | they obviously wouldn't be a suitable |
| 380:9 | candidate for the trial, the way he's |
| 380:10 | written this up. |

---

**23      382:17 -383:16      Topol, Eric 2005-11-22      00:00:50   00:15:28   00:40:18                    Z1.23**

| Link > ET32.2 | 382:17 | Q: On Page 2 of this |
|---|---|---|
|  | 382:18 | rudimentary concept, do you see the first |
| Link > ET32.2.1 | 382:19 | sentence under the introduction |
|  | 382:20 | 'Inflammatory cells play a significant |
|  | 382:21 | role in atherosclerosis'? |
|  | 382:22 | A: I agree with that. I see |
|  | 382:23 | it, and I agree with it. |
| Link > ET32.2.2 | 382:24 | Q: In the next paragraph, the |
|  | 383:1 | concept sheet says, 'Aspirin, by virtue |
|  | 383:2 | of its preferential COX-1 inhibitory |
|  | 383:3 | effect, provides minimal |
|  | 383:4 | anti-inflammatory action.' Do you see |
|  | 383:5 | that? |
|  | 383:6 | A: I see that. |
| Link > ET32.2.4 | 383:7 | Q: And then further down in |
|  | 383:8 | that second paragraph -- in that second |
|  | 383:9 | paragraph, the concept sheet says, 'The |
|  | 383:10 | administration of Vioxx 'may provide a |
|  | 383:11 | direct approach to reduce coronary |
|  | 383:12 | inflammation resulting in fewer |
|  | 383:13 | cardiovascular recurrent ischemic events |
|  | 383:14 | in patients presenting with acute |
|  | 383:15 | coronary syndromes.' Do you see that? |
| Link > Hide | 383:16 | A: Yes. |

---

**24      383:22 -384:14      Topol, Eric 2005-11-22      00:00:48   00:16:18   00:39:28                    Z1.24**

|  | 383:22 | Q: Can you explain how it is |
|---|---|---|
|  | 383:23 | that Vioxx could actually prevent |
|  | 383:24 | recurrent ischemic events? |
|  | 384:1 | A: Right. So, there have been |
|  | 384:2 | several studies now with the different |
|  | 384:3 | COX-2 inhibitors in patients to look at |
|  | 384:4 | whether C-reactive protein is reduced, |
|  | 384:5 | whether endothelial function, which is |
|  | 384:6 | the lining of the artery cells, that |
|  | 384:7 | whether or not that critical layer of the |
|  | 384:8 | artery wall functions better and whether |
|  | 384:9 | the inflammation is reduced. And indeed |
|  | 384:10 | these mechanistic studies have supported |
|  | 384:11 | the concept that there could be an |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 384:12 | improvement in this process by | | | |
| | | 384:13 | suppressing inflammation with COX-2 | | | |
| | | 384:14 | inhibitors. | | | |

| 25 | 385:3 - 385:11 | Topol, Eric 2005-11-22 | 00:00:19 | 00:17:06 | 00:38:40 | Z1.25 |
|---|---|---|---|---|---|---|
| | | 385:3 | Q:  In May of 2001 you believed | | | |
| | | 385:4 | that Vioxx could actually help prevent | | | |
| | | 385:5 | heart attacks; correct? | | | |
| | | 385:6 | A:  I felt that that was an | | | |
| | | 385:7 | important mechanism, inflammation of the | | | |
| | | 385:8 | artery wall, and this is a potent class | | | |
| | | 385:9 | of anti-inflammatories, and certainly | | | |
| | | 385:10 | there was that possibility. And other | | | |
| | | 385:11 | studies suggested that potential. | | | |

| 26 | 386:4 - 386:21 | Topol, Eric 2005-11-22 | 00:00:51 | 00:17:25 | 00:38:21 | Z1.26 |
|---|---|---|---|---|---|---|
| | | 386:4 | Am I right, Dr. Topol, that | | | |
| | | 386:5 | in the concept sheet that Dr. Bhatt sent | | | |
| | | 386:6 | to Merck in May of 2001, anticipated that | | | |
| | | 386:7 | Vioxx would actually prevent heart | | | |
| | | 386:8 | attacks and not cause them? | | | |
| | | 386:9 | A:  In patients who had active | | | |
| | | 386:10 | inflammatory coronary disease. | | | |
| | | 386:11 | Q:  Did you agree with Dr. Bhatt | | | |
| | | 386:12 | that in May of 2001, patients who had | | | |
| | | 386:13 | active inflammatory coronary disease | | | |
| | | 386:14 | might be benefited by taking Vioxx | | | |
| | | 386:15 | because it could help their heart? | | | |
| | | 386:16 | A:  I already answered that | | | |
| | | 386:17 | question affirmatively. | | | |
| | | 386:18 | Q:  Other scientists shared that | | | |
| | | 386:19 | view, Dr. Topol, that COX-2 inhibitors | | | |
| | | 386:20 | could be beneficial to patients who have | | | |
| | | 386:21 | cardiovascular disease; is that right? | | | |

| 27 | 386:24 - 387:11 | Topol, Eric 2005-11-22 | 00:00:19 | 00:18:16 | 00:37:30 | Z1.27 |
|---|---|---|---|---|---|---|
| | | 386:24 | THE WITNESS:  I already | | | |
| | | 387:1 | mentioned that there were several | | | |
| | | 387:2 | studies published, and I've cited | | | |
| | | 387:3 | them in my work, that that indeed | | | |
| | | 387:4 | was a potential benefit of COX-2 | | | |
| | | 387:5 | inhibitors in patients with | | | |
| | | 387:6 | arterial disease. | | | |
| | | 387:7 | BY MR. GOLDMAN: | | | |
| | | 387:8 | Q:  And those were the patients | | | |
| | | 387:9 | you were suggesting be studied; correct? | | | |
| | | 387:10 | A:  Patients with inflammatory | | | |

Topol Merck Cross

|    |                   |                        |          |          |          |      |
|----|-------------------|------------------------|----------|----------|----------|------|
|    |                   | 387:11    proven artery disease, yes. |          |          |          |      |
| 28 | 394:15 - 394:22   | Topol, Eric 2005-11-22 | 00:00:19 | 00:18:35 | 00:37:11 | Z1.28 |

394:15    From May of 2001 through the
394:16    time that Vioxx was withdrawn in
394:17    September of 2004, you believed that if a
394:18    cardiovascular outcomes study were done,
394:19    it could show that Vioxx and Celebrex
394:20    actually helped protect the heart;
394:21    correct?
394:22    A:  That's one possibility, yes.

|    |                   |                        |          |          |          |      |
|----|-------------------|------------------------|----------|----------|----------|------|
| 29 | 401:19 - 402:11   | Topol, Eric 2005-11-22 | 00:00:45 | 00:18:54 | 00:36:52 | Z1.29 |

401:19    Q:  I want to talk to you, Dr.
401:20    Topol, about your JAMA article that you
401:21    published in August of 2001. Okay.
401:22    A:  Sure.
401:23    Q:  You said on direct
401:24    examination that you sent the manuscript
402:1     or the draft of the JAMA article to Merck
402:2     to see where there were discrepancies in
402:3     the data between the published paper that
402:4     you were publishing and the FDA database.
402:5     Do you remember that?
402:6     A:  That's correct. I sent the
402:7     paper to Dr. Demopoulos, and we already
402:8     went through about, whether it was a
402:9     paper version, and then Dr. Reicin
402:10    requested an electronic version. We went
402:11    through that this morning.

|    |                   |                        |          |          |          |      |
|----|-------------------|------------------------|----------|----------|----------|------|
| 30 | 402:23 - 404:19   | Topol, Eric 2005-11-22 | 00:01:49 | 00:19:39 | 00:36:07 | Z1.30 |

402:23    Q:  Dr. Topol, you met with
402:24    Merck employees in April of 2001;
403:1     correct?
403:2     A:  That was a meeting I
403:3     referred to when they came to Cleveland.
403:4     Q:  Is that the meeting where
403:5     you said Dr. Reicin came on quite strong,
403:6     and that you would consider her comments
403:7     to be brazen?
403:8     A:  I considered her remarks
403:9     about how we would be embarrassed if we
403:10    published it to be inappropriate, yes.
403:11    Q:  Did Dr. Reicin or Dr.
403:12    Demopoulos ever exert any pressure or
403:13    influence on you during that meeting?

403:14  A: Well, it's Dr. Demopoulos,

403:15  and as I conveyed -- I mean, we

403:16  summarized this morning, but there were

403:17  some definite difficult issues that were

403:18  confronted, and there was no quid pro quo

403:19  in terms of intimidation. They didn't

403:20  say, if you don't pull this paper out and

403:21  not take it out of its submission phase,

403:22  such and such would happen. But it was

403:23  not what I would consider a pleasant

403:24  discussion.

404:1  Q: Actually, isn't it true, Dr.

404:2  Topol, that you enjoyed meeting with Dr.

404:3  Reicin and Dr. Demopoulos?

404:4  A: Dr. Demopoulos and I are

404:5  colleagues, and we worked on a trial

404:6  together, and I had no problem with Dr.

404:7  Demopoulos.

404:8  I did have a problem with

404:9  Dr. Reicin, who I had not met before, who

404:10  used Dr. Demopoulos as an access point,

404:11  who came to visit, and as I said, told me

404:12  that we would regret publishing the paper

404:13  because we did not have the data that

404:14  Merck had, that we didn't understand that

404:15  rheumatoid arthritis patients had more

404:16  heart attacks, and that we would -- we

404:17  were making a mistake. Those were

404:18  comments that I did not find enjoyable

404:19  whatsoever.

---

31    **404:24 -405:19**    Topol, Eric 2005-11-22    00:00:44  00:21:28  00:34:18    Z1.31

Link > ET5.1    404:24  Q: Do you see Exhibit 5, sir?

405:1  A: Yes.

405:2  Q: This is an exhibit that the

405:3  plaintiffs used and didn't ask you about

Link > ET5.1.1    405:4  the e-mail dated April 20 of 2001 from

405:5  you to Dr. Reicin. Do you see that in

405:6  the middle of the page?

405:7  A: Yes, I do.

405:8  Q: Do you tell Dr. Reicin on

Link > ET5.1.2    405:9  April 20: 'I enjoyed the meeting with you

405:10  and Laura and will have my assistant,

405:11  Donna Bressan, forward you an electronic

405:12  copy of the JAMA paper.'

405:13  A: Yes. I certainly said that,

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | 405:14 | and I was trying to be politically | | | |
| | | 405:15 | correct and smooth over the difficulties | | | |
| | | 405:16 | we had during the meeting. | | | |
| Link > Hide | | 405:17 | Q:  Was it true what you wrote, | | | |
| | | 405:18 | Dr. Topol, that you enjoyed the meeting | | | |
| | | 405:19 | with Laura and Dr. Demopoulos? | | | |

| 32 | 405:22 - 406:7 | Topol, Eric 2005-11-22 | 00:00:21 | 00:22:12 | 00:33:34 | Z1.32 |
|---|---|---|---|---|---|---|
| | | 405:22 | THE WITNESS:  To be exact, I | | | |
| | | 405:23 | did not enjoy some of the | | | |
| | | 405:24 | interactions, but I tried to be | | | |
| | | 406:1 | correct about keeping things on an | | | |
| | | 406:2 | upbeat -- when I wrote that, it | | | |
| | | 406:3 | was definitely to convey a sense | | | |
| | | 406:4 | of, let's not have any bad | | | |
| | | 406:5 | feelings, and I tried to convey an | | | |
| | | 406:6 | upbeat sense. That's what that | | | |
| | | 406:7 | is. | | | |

| 33 | 413:3 - 413:14 | Topol, Eric 2005-11-22 | 00:00:28 | 00:22:33 | 00:33:13 | Z1.33 |
|---|---|---|---|---|---|---|
| | | 413:3 | Q:  Dr. Topol, you actually | | | |
| | | 413:4 | thought that it would be great to get | | | |
| | | 413:5 | Merck's input on the JAMA article; | | | |
| | | 413:6 | correct? | | | |
| | | 413:7 | A:  I didn't think it would be | | | |
| | | 413:8 | great. I thought it would be -- because | | | |
| | | 413:9 | of being colleagues with Merck, because | | | |
| | | 413:10 | of having a relationship with Drs. | | | |
| | | 413:11 | DiBattiste and Demopoulos in another | | | |
| | | 413:12 | trial, I thought it was appropriate that | | | |
| | | 413:13 | we give them an opportunity to review the | | | |
| | | 413:14 | manuscript and the data. | | | |

| 34 | 414:5 - 415:12 | Topol, Eric 2005-11-22 | 00:01:21 | 00:23:01 | 00:32:45 | Z1.34 |
|---|---|---|---|---|---|---|
| Link > ET35.1 | | 414:5 | Q:  Dr. Topol, I've handed you | | | |
| | | 414:6 | Exhibit 35, which is a series of e-mails | | | |
| | | 414:7 | starting at the bottom. It's Laura | | | |
| Link > ET35.1.1 | | 414:8 | Demopoulos is writing to you, Dr. Topol, | | | |
| | | 414:9 | on April 28, 2001. Do you see that, sir? | | | |
| | | 414:10 | A:  Yes. | | | |
| Link > ET35.1.2 | | 414:11 | Q:  She writes to you 'Hi, just | | | |
| | | 414:12 | wanted to let you know that Pete and I' | | | |
| | | 414:13 | -- that's Pete DiBattiste -- 'will be | | | |
| | | 414:14 | working with Alise to try to incorporate | | | |
| | | 414:15 | some of the data we discussed during our | | | |
| | | 414:16 | visit into the JAMA manuscript.' Do you | | | |
| | | 414:17 | see that, sir? | | | |

**Topol Merck Cross**

| | |
|---|---|
| | 414:18   A: Yes. I see it. I can read |
| | 414:19   it very well, yes. |
| Link > ET35.1.3 | 414:20   Q: You wrote back to Laura on |
| | 414:21   April 28 and you said, 'Hi, Laura. That |
| | 414:22   will be great to get your input.' Do you |
| | 414:23   see that, sir? |
| | 414:24   A: Yes. But don't cut off the |
| | 415:1   sentence, 'we haven't heard from JAMA |
| | 415:2   yet.' That is, the paper was already |
| | 415:3   under review at JAMA. Okay? So, the |
| | 415:4   input was, and I told this to Laura on |
| | 415:5   the phone, and it's not conveyed in the |
| | 415:6   e-mail, the input was about data on the |
| | 415:7   manuscript and the discrepancies that |
| | 415:8   we're concerned about. And I want to be, |
| Link > Hide | 415:9   again, perfectly clear. We never |
| | 415:10   received any manuscript recommendations, |
| | 415:11   data changes from Merck, from Dr. |
| | 415:12   Demopoulos, Dr. DiBattiste or Dr. Reicin. |

---

**35**   **415:16 - 416:4**    Topol, Eric 2005-11-22      00:00:29   00:24:22   00:31:24      Z1.35

      415:16   Q: Dr. Topol, was it true what
      415:17   you wrote to Laura Demopoulos, that you
      415:18   thought it would be great to get her
      415:19   input on your manuscript?
      415:20   A: I was the one who offered
      415:21   the manuscript to get the input, of
      415:22   course.
      415:23   Q: You actually found some of
      415:24   Merck's comments to be insightful, and
      416:1   you wanted to incorporate them. Isn't
      416:2   that right, sir?
      416:3   A: No. I didn't get any
      416:4   comments. We never got any comments.

---

**37**   **416:21 - 417:2**    Topol, Eric 2005-11-22      00:00:11   00:24:51   00:30:55      Z1.36

      416:21   Q: Dr. Topol, did Merck ever
      416:22   provide comments to you on your JAMA
      416:23   paper that you subsequently published in
      416:24   August of 2001?
      417:1   A: I'm not aware of any
      417:2   comments.

---

**38**   **418:6 - 418:7**    Topol, Eric 2005-11-22      00:00:03   00:25:02   00:30:44      Z1.37

Link > ET36.1    418:6   Q: Let me hand you what I've
      418:7   marked as Exhibit 35.         (Edited)

---

**39**   **418:7 - 419:3**    Topol, Eric 2005-11-22      00:00:50   00:25:05   00:30:41      Z1.38

---

**Topol Merck Cross**

(Edited)

|  | 418:7 | This is an e-mail |
| Link > ET36.1.1 | 418:8 | dated June 20 of 2001 from Pete |
|  | 418:9 | DiBattiste to you, and it attaches your |
|  | 418:10 | manuscript for the JAMA paper, doesn't |
|  | 418:11 | it, sir? |
|  | 418:12 | A: Yes. |
| Link > ET36.1.2 | 418:13 | Q: Do you see that Dr. |
|  | 418:14 | DiBattiste is saying this to you in this |
|  | 418:15 | e-mail, 'Laura and I have had a chance to |
|  | 418:16 | review the most recent version of the |
|  | 418:17 | COX-2 manuscript. Thanks for sharing it |
|  | 418:18 | with us. We've made a few comments, |
|  | 418:19 | embedded in the text.' |
|  | 418:20 | Do you see that, sir? |
|  | 418:21 | A: Yes. |
|  | 418:22 | Q: Then if you flip the pages, |
|  | 418:23 | you can see that on occasion, Merck made |
|  | 418:24 | some suggestions to your paper. Do you |
|  | 419:1 | see that, sir? |
|  | 419:2 | A: Yes. There's just |
|  | 419:3 | limited -- okay, I see them now, yes. |

| 40 | 419:11 -420:2 | Topol, Eric 2005-11-22 | 00:00:24 | 00:25:55 | 00:29:51 | Z1.39 |

|  | 419:11 | Q: The e-mail was written to |
|  | 419:12 | you, wasn't it, Dr. Topol? |
|  | 419:13 | A: The e-mail's written to me, |
|  | 419:14 | but I don't recall ever having seen this |
|  | 419:15 | document or the e-mail. |
|  | 419:16 | Q: Do you have any reason to |
|  | 419:17 | dispute that you actually received an |
|  | 419:18 | e-mail from Dr. DiBattiste on June 20 of |
|  | 419:19 | 2001? |
|  | 419:20 | A: Well, this looks unfamiliar |
|  | 419:21 | to me. I don't remember seeing it |
|  | 419:22 | before. So, it's certainly something |
|  | 419:23 | that I'm not familiar with. |
|  | 419:24 | Q: My question was, do you have |
|  | 420:1 | any reason to dispute that you actually |
|  | 420:2 | received it. |

| 41 | 420:5 -421:6 | Topol, Eric 2005-11-22 | 00:00:48 | 00:26:19 | 00:29:27 | Z1.40 |

|  | 420:5 | THE WITNESS: Maybe it was |
|  | 420:6 | sent, and I never got it. Maybe |
|  | 420:7 | there was a problem. I don't |
|  | 420:8 | know. But I don't remember seeing |
|  | 420:9 | it previously. |
|  | 420:10 | BY MR. GOLDMAN: |

| | | |
|---|---|---|
| Link > ET36.10 | 420:11 | Q: Dr. Topol, if you'd turn to |
| | 420:12 | the page that ends with a Bates Number at |
| | 420:13 | the bottom TOP1PR and then several zeros, |
| | 420:14 | 294? |
| | 420:15 | A: 294. Yes. |
| | 420:16 | Q: Do you see that? |
| | 420:17 | A: Sure. |
| Link > ET36.10.1 | 420:18 | Q: And here Merck is providing |
| | 420:19 | some input, and you see what's underlined |
| | 420:20 | there are their suggested comments. Do |
| | 420:21 | you see that? |
| | 420:22 | A: Where it says 'These |
| | 420:23 | results'? |
| | 420:24 | Q: Yes. |
| | 421:1 | A: Okay. |
| | 421:2 | Q: And in the section about |
| | 421:3 | study 085 and 090, Merck says 'These |
| | 421:4 | results' that you describe, 'while |
| | 421:5 | important, are incomplete. Would you |
| | 421:6 | consider' -- |

| 42 | 421:11 - 421:19 | Topol, Eric 2005-11-22 | 00:00:14 | 00:27:07 | 00:28:39 | Z1.41 |
|---|---|---|---|---|---|---|
| | 421:11 | Q: 'Would you consider | | | | |
| | 421:12 | substituting the following section to | | | | |
| | 421:13 | provide more robust data?' Do you see | | | | |
| | 421:14 | that, sir? | | | | |
| | 421:15 | A: Yes. | | | | |
| | 421:16 | Q: That's a question that Merck | | | | |
| | 421:17 | is asking you about whether you think it | | | | |
| | 421:18 | would be a good idea to include the | | | | |
| | 421:19 | language that follows; correct? | | | | |

| 43 | 422:8 - 422:15 | Topol, Eric 2005-11-22 | 00:00:14 | 00:27:21 | 00:28:25 | Z1.42 |
|---|---|---|---|---|---|---|
| | 422:8 | THE WITNESS: Well, I also | | | | |
| | 422:9 | want to point out, we sent this | | | | |
| | 422:10 | paper -- I sent it to Laura in | | | | |
| Link > Hide | 422:11 | March, I believe, and submitted it | | | | |
| | 422:12 | to the JAMA, and this is the 20th | | | | |
| | 422:13 | of June. So, this is months after | | | | |
| | 422:14 | I had sent it to them, but anyway, | | | | |
| | 422:15 | please. | | | | |

| 44 | 426:20 - 426:23 | Topol, Eric 2005-11-22 | 00:00:04 | 00:27:35 | 00:28:11 | Z1.43 |
|---|---|---|---|---|---|---|
| | 426:20 | All that Merck is doing | | | | |
| | 426:21 | here, by the way, is saying to you, would | | | | |
| | 426:22 | you consider including this language; | | | | |
| | 426:23 | correct? | | | | |

**Topol Merck Cross**

| 45 | 427:2 - 427:6 | Topol, Eric 2005-11-22 | 00:00:07 | 00:27:39 | 00:28:07 | Z1.44 |
|---|---|---|---|---|---|---|

427:2   THE WITNESS: Well, yes. I
427:3   guess that's what they're saying
427:4   in this, but we certainly didn't
427:5   include, and I don't remember ever
427:6   seeing this.

| 46 | 428:18 - 428:23 | Topol, Eric 2005-11-22 | 00:00:16 | 00:27:46 | 00:28:00 | Z1.45 |
|---|---|---|---|---|---|---|

428:18   Q: If you remember, Dr. Topol,
428:19   you actually felt that Merck's comments
428:20   to you were insightful about the JAMA
428:21   paper?
428:22   A: No. I didn't say that.
428:23   Okay?

| 47 | 429:11 - 430:12 | Topol, Eric 2005-11-22 | 00:01:04 | 00:28:02 | 00:27:44 | Z1.46 |
|---|---|---|---|---|---|---|

Link > ET37.1
Link > ET37.1.1

429:11   Q: This is an e-mail from you
429:12   back to Dr. DiBattiste, June 22nd of
429:13   2001. Do you see that, sir? At the top?
429:14   A: Okay. Yes, I see that.
429:15   Q: Do you see that you wrote to
429:16   Dr. DiBattiste, 'Thanks - your comments
429:17   on the paper came back after it was
429:18   resubmitted and now we have final
429:19   acceptance and will try to weave some of
429:20   the insightful points into the galleys.'
429:21   Do you see that, sir?
429:22   A: Yes. It's nice to have this
429:23   e-mail to help remember the interaction.
429:24   Yes, I do remember this.
430:1   Q: So, you now remember getting
430:2   comments and reviewing them, correct,
430:3   sir?
430:4   A: No. I'll tell you what I
430:5   remember exactly. The galleys -- the
430:6   paper had been accepted, the galleys had
430:7   already been sent back, and then after
430:8   the fact we got this -- you know, three
430:9   months after submitting it to Merck, we
430:10   got these comments. I had basically
430:11   disregarded them because the paper was
430:12   complete, so I really never went into it.

| 48 | 434:9 - 434:19 | Topol, Eric 2005-11-22 | 00:00:26 | 00:29:06 | 00:26:40 | Z1.47 |
|---|---|---|---|---|---|---|

434:9   Q: Dr. Topol, did you write to
434:10   Dr. DiBattiste on June 22nd of 2001 that
434:11   you would try to weave some of the

|  | | |
|---|---|---|
| | 434:12 | insightful points into the galleys? |
| | 434:13 | A:  In a polite way after it was |
| | 434:14 | already finished, that was a |
| | 434:15 | communication I apparently made to Dr. |
| | 434:16 | DiBattiste, who I regarded as a long-term |
| | 434:17 | colleague, yes. |
| Link > ET38.1 | 434:18 | Q:  Let me hand you what I'll |
| | 434:19 | mark as Exhibit 38. |

| 49 | 435:7 –438:4 | Topol, Eric 2005-11-22 | 00:02:35 | 00:29:32 | 00:26:14 | Z1.48 |
|---|---|---|---|---|---|---|

|  | | |
|---|---|---|
| | 435:7 | Q:  This is your JAMA paper. |
| | 435:8 | A:  Uh-huh. |
| Link > ET38.1.1 | 435:9 | Q:  That was published in August |
| | 435:10 | of 2001, isn't it, sir? |
| | 435:11 | A:  Yes. |
| | 435:12 | Q:  JAMA is a peer-reviewed |
| | 435:13 | publication, isn't it? |
| | 435:14 | A:  That's correct. |
| | 435:15 | Q:  It is a top journal? |
| | 435:16 | A:  One of the top journals. |
| Link > Hide | 435:17 | Q:  It's widely reviewed by |
| | 435:18 | doctors? |
| | 435:19 | A:  That's correct. |
| | 435:20 | Q:  When you wrote this article |
| | 435:21 | in JAMA, it reflected your and Dr. |
| | 435:22 | Nissen's best medical judgment about the |
| | 435:23 | potential cardiovascular risks associated |
| | 435:24 | with COX-2 inhibitors, correct, sir? |
| | 436:1 | A:  And Dr. Mukherjee and the |
| | 436:2 | input of the reviewers and the editors. |
| | 436:3 | Q:  You both had reviewed, Dr. |
| | 436:4 | Nissen and you, lots of data concerning |
| | 436:5 | COX-2 inhibitors before writing this |
| | 436:6 | paper, correct, sir? |
| | 436:7 | A:  Yes. |
| | 436:8 | Q:  Among the materials that you |
| | 436:9 | reviewed and Dr. Nissen reviewed are the |
| | 436:10 | VIGOR study, the CLASS study, study 090, |
| | 436:11 | study 085, aspirin trials; correct? |
| | 436:12 | A:  Yes. |
| | 436:13 | Q:  And very scientific |
| | 436:14 | literature, right, sir? |
| | 436:15 | A:  That's correct. |
| | 436:16 | Q:  Isn't it true, sir, that |
| | 436:17 | when you wrote this paper, you found that |
| | 436:18 | the difference in cardiovascular events |

**Topol Merck Cross**

| | | |
|---|---|---|
| | 436:19 | seen in VIGOR was unexpected? |
| | 436:20 | A:  Well, I don't know if I |
| | 436:21 | would qualify it like that. I would say |
| | 436:22 | that it was significantly different, and |
| | 436:23 | that we -- there was a biologic |
| | 436:24 | mechanism. So, I don't know that you |
| | 437:1 | would want to say it was unexpected. We |
| | 437:2 | already knew that prostacyclin was |
| | 437:3 | suppressed, a critical constituent for |
| | 437:4 | blood clots and normal artery function, |
| | 437:5 | and so I don't know that you can say it |
| | 437:6 | was unexpected. It wasn't expected by |
| | 437:7 | the trialist per se, but it wouldn't be |
| | 437:8 | at all biologically implausible. |
| Link > ET38.5 | 437:9 | Q:  If you'd turn to the page in |
| | 437:10 | your paper, 958. |
| | 437:11 | A:  Yes. |
| | 437:12 | Q:  Second column, last |
| Link > ET38.5.1 | 437:13 | paragraph. Do you write in your paper |
| | 437:14 | 'Our analysis has several significant |
| | 437:15 | limitations. The increase in |
| | 437:16 | cardiovascular events in these trials was |
| | 437:17 | unexpected.' Is that what you wrote? |
| | 437:18 | A:  That's the statement I'm |
| | 437:19 | trying to put in context. |
| | 437:20 | Q:  You say -- |
| | 437:21 | A:  It says, 'and evaluation of |
| | 437:22 | these end points was not prespecified,' |
| | 437:23 | so that's part of -- it's interdependent. |
| | 437:24 | If you don't anticipate the endpoints and |
| | 438:1 | some of the issues are unexpected, it's |
| | 438:2 | not a matter of biologic expectation, |
| | 438:3 | it's a matter of whether the trial is |
| Link > Hide | 438:4 | designed to look at this question. |

| 50 | 438:5 - 438:19 | Topol, Eric 2005-11-22 | 00:00:33 | 00:32:07 | 00:23:39 | Z1.49 |
|---|---|---|---|---|---|---|
| | 438:5 | Q:  You said on direct | | | | |
| | 438:6 | examination that you felt there was no | | | | |
| | 438:7 | basis for the naproxen hypothesis. Was | | | | |
| | 438:8 | that your testimony? | | | | |
| | 438:9 | A:  That on the course of how | | | | |
| | 438:10 | this played out from 2001 when that | | | | |
| | 438:11 | naproxen hypothesis was first touted by | | | | |
| | 438:12 | Merck and put in the Targum report to the | | | | |
| | 438:13 | present, over time it was very clear that | | | | |
| | 438:14 | that could not be tenable. | | | | |

| | | |
|---|---|---|
| | 438:15 | Q: You said on direct |
| | 438:16 | examination 'The only appropriate |
| | 438:17 | conclusion...would be that there's a |
| | 438:18 | problem with the experimental drug |
| | 438:19 | Vioxx.' Right, sir? |

| 51 | 439:2 -441:5 | Topol, Eric 2005-11-22 | 00:01:51 | 00:32:40 | 00:23:06 | Z1.50 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| | 439:2 | Q: Do you remember testifying |
| | 439:3 | to that? |
| | 439:4 | A: I remember testifying, and I |
| | 439:5 | remember the statement is very clear, |
| | 439:6 | comparing a well-accepted historical |
| | 439:7 | anchor, naproxen, versus an experimental |
| | 439:8 | new drug and making the conclusion that |
| | 439:9 | the only reasonable conclusion as a |
| | 439:10 | clinical trialist is to say the |
| | 439:11 | experimental arm has a problem. |
| | 439:12 | Q: Well, let's see what |
| | 439:13 | conclusion you reached when you wrote |
| | 439:14 | this paper in August of 2001. If you'd |
| Link > ET38.4.1 | 439:15 | turn to Page 957, the first column, last |
| | 439:16 | paragraph, 'The results of the VIGOR |
| | 439:17 | study can be explained by either a |
| | 439:18 | significant prothrombotic effect from' |
| | 439:19 | Vioxx 'or an antithrombotic effect from |
| | 439:20 | naproxen (or conceivably both).' Do you |
| | 439:21 | see that, sir? |
| | 439:22 | A: Not only do I see it, but I |
| | 439:23 | acknowledged this several times earlier |
| | 439:24 | today, that that's a possibility. We |
| | 440:1 | wouldn't just dismiss what Merck put |
| Link > Hide | 440:2 | forth. It's certainly a possibility. |
| | 440:3 | And we acknowledge it. I mentioned at |
| | 440:4 | least twice if not three times in the |
| | 440:5 | paper. I put that in the deposition -- |
| | 440:6 | in the testimony earlier today. |
| | 440:7 | Q: The reason that you felt |
| | 440:8 | that naproxen and its cardioprotective |
| | 440:9 | effects could explain the results in |
| | 440:10 | VIGOR is that naproxen had significant |
| | 440:11 | anticlotting effects, doesn't it, sir? |
| | 440:12 | A: That's what Merck was |
| | 440:13 | advancing, that notion, but whether or |
| | 440:14 | not that was clinically meaningful was |
| | 440:15 | not ever determined. |
| Link > ET38.4.2 | 440:16 | Q: If you look two sentences |

| | |
|---|---|
| 440:17 | down, 'Naproxen has significant |
| 440:18 | anti-platelet effects' which mean |
| 440:19 | platelet -- 'with mean platelet |
| 440:20 | aggregation inhibition of 93 percent |
| 440:21 | compared with platelet aggregation |
| 440:22 | inhibition of 92 percent for those taking |
| 440:23 | aspirin.' Do you see that, sir? |
| 440:24 | A: Yes. We referenced where |
| 441:1 | that data came from. |
| 441:2 | Q: You referenced where that |
| 441:3 | data came from. That was an FDA |
| 441:4 | document, correct, sir? |
| 441:5 | A: Right. |

52      442:3 -443:12      Topol, Eric 2005-11-22          00:01:05   00:34:31   00:21:15                    Z1.51

| Link > ET38.4 | 442:3 | Q: Do you see in the second |
|---|---|---|
| | 442:4 | column of your article on Page 957 you |
| Link > ET38.4.3 | 442:5 | also say that 'naproxen, but not |
| | 442:6 | ibuprofen or diclofenac resulted in a |
| | 442:7 | high level of platelet aggregation |
| | 442:8 | inhibition similar to that achieved with |
| | 442:9 | aspirin.' Do you see that, sir? |
| | 442:10 | A: Yes. |
| | 442:11 | Q: Then you write about |
| | 442:12 | flurbiprofen, which is something that the |
| | 442:13 | plaintiffs lawyer asked you about; right? |
| | 442:14 | A: Yes. |
| Link > ET38.4.4 | 442:15 | Q: You wrote in JAMA, 'There is |
| | 442:16 | clinical evidence that flurbiprofen, 50 |
| | 442:17 | milligrams twice daily for 6 months, |
| | 442:18 | reduced the incidence of MI by 70 percent |
| | 442:19 | compared with placebo.' Isn't that what |
| | 442:20 | you wrote, sir? |
| | 442:21 | A: Yes. |
| Link > ET38.4.5 | 442:22 | Q: Then you say 'Indobufen, |
| | 442:23 | another NSAID, was as effective as |
| | 442:24 | aspirin in preventing' and then you |
| | 443:1 | continue, correct, sir? |
| | 443:2 | A: Yes. |
| Link > ET38.4.6 | 443:3 | Q: Then you say, 'Because of |
| | 443:4 | the evidence for an anti-platelet effect |
| | 443:5 | of naproxen, it is difficult to assess |
| | 443:6 | whether the difference in cardiovascular |
| | 443:7 | event rates in VIGOR was due to a benefit |
| | 443:8 | from naproxen or to a prothrombotic |
| | 443:9 | effect from' Vioxx. Do you see that? |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|

443:10   A: As I said, this was
443:11   acknowledged at least two to three times
443:12   in the manuscript, yes.

---

**53    448:7 –449:15**    Topol, Eric 2005-11-22    00:01:31   00:35:36   00:20:10    Z1.52

Link > ET38.4

448:7    Q: I want to talk about Figure
448:8    3 for just a minute, Page 957, Figure 3.
448:9    A: JAMA article?
448:10   Q: Yes.

Link > ET38.4.7

448:11   A: Figure 3?
448:12   Q: Do you see that?
448:13   A: Yes. I'm with you, yes.
448:14   Q: Let me see if I understand
448:15   this and your analysis here.
448:16   What you did in your paper
448:17   was to take a placebo group and the rate,
448:18   annualized rate of MIs or heart attacks
448:19   in a placebo group, and you obtain those
448:20   numbers from four different aspirin
448:21   trials. Is that right?
448:22   A: No. Actually, the trials
448:23   were pulled together by a British heart
448:24   journal paper, and we took that, which is
449:1    the largest data set we could find, to
449:2    have as an anchor or reference to the
449:3    COX-2 inhibitor trials, yes.
449:4    Q: Then you compared the
449:5    annualized rate of myocardial infarctions
449:6    in those four trials to the MI rate in
449:7    VIGOR and in CLASS, the Celebrex trial,
449:8    correct, sir?
449:9    A: Yes.
449:10   Q: And according to Figure 3,
449:11   this shows that Celebrex has a higher
449:12   annualized myocardial infarction rate
449:13   than VIGOR. Is that right, sir?
449:14   A: That's right, but they're

Link > Hide

449:15   very close. They're both .80, .74, yes.

---

**54    461:3 –461:7**    Topol, Eric 2005-11-22    00:00:07   00:37:07   00:18:39    Z1.53

461:3    Q: You never recommended that
461:4    Merck withdraw Vioxx at any point while
461:5    it was on the market, correct, sir?
461:6    A: I did not recommend its
461:7    withdrawal.

---

**55    464:17 –465:15**    Topol, Eric 2005-11-22    00:00:42   00:37:14   00:18:32    Z1.54

---

|            |         |                                           |
|------------|---------|-------------------------------------------|
|            | 464:17  | Q:  Look at your JAMA article             |
|            | 464:18  | for me, sir.                              |
|            | 464:19  | A:  Yes. And I know exactly               |
|            | 464:20  | what's going to be your line of           |
|            | 464:21  | questioning here.                         |
|            | 464:22  | Q:  If you'd turn to Page 956 --          |
|            | 464:23  | A:  Yes.                                   |
| Link > ET38.3.1 | 464:24  | Q:  -- do you see in the middle           |
|            | 465:1   | column you devote a whole section to      |
| Link > Hide | 465:2   | study 085 and study 090? Do you see       |
|            | 465:3   | that, sir?                                |
|            | 465:4   | A:  That's right.                         |
|            | 465:5   | Q:  Yes?                                   |
|            | 465:6   | A:  Yes.                                   |
|            | 465:7   | Q:  And you talk about study 090          |
|            | 465:8   | and 085 in this article, don't you, in    |
|            | 465:9   | August of 2001?                           |
|            | 465:10  | A:  Yes.                                   |
|            | 465:11  | Q:  You obtained information              |
|            | 465:12  | about study 090 from the FDA's website,   |
|            | 465:13  | correct, sir?                             |
|            | 465:14  | A:  Yes, but not thoroughly               |
|            | 465:15  | enough at this time.                      |

| 56  | 468:19 -473:3 | Topol, Eric 2005-11-22 | 00:03:35  00:37:56  00:17:50 | Z1.55 |
|-----|---------------|------------------------|------------------------------|-------|
|     | 468:19  | Q:  Do you see in your JAMA          |
|     | 468:20  | article when you were writing to doctors, |
|     | 468:21  | you wrote about study 085 and study 090 |
|     | 468:22  | together; right?                     |
|     | 468:23  | A:  Yes.                             |
|     | 468:24  | Q:  You did that, sir, in JAMA       |
|     | 469:1   | because study 085 was a twin study, an |
|     | 469:2   | identical study to study 090; correct? |
|     | 469:3   | A:  It is not a twin study when      |
|     | 469:4   | one turns out to come out differently |
|     | 469:5   | than the other.                      |
|     | 469:6   | Q:  I'm talking about the            |
|     | 469:7   | design, not the result. It was a twin |
|     | 469:8   | study, wasn't it, sir?               |
|     | 469:9   | A:  No. There were significant       |
|     | 469:10  | differences in the design as well. They |
|     | 469:11  | were both in osteoarthritis, but study |
|     | 469:12  | 085 and 090 had differences, for example, |
|     | 469:13  | in the dose, and there was aspirin used. |
|     | 469:14  | There were different -- I don't remember |
|     | 469:15  | all the details, but 085 and 090 were not |

|           |        |                                              |
|-----------|--------|----------------------------------------------|
|           | 469:16 | identical.                                   |
| Link > ET38.3.1 | 469:17 | Q:  Let's look at what you wrote       |
|           | 469:18 | back at the time in JAMA. Do you see         |
|           | 469:19 | that study 085, you say, was 'a              |
|           | 469:20 | randomized, double-blind                     |
|           | 469:21 | placebo-controlled trial' versus -- and      |
|           | 469:22 | that's the 12.5 milligram dose. Do you       |
|           | 469:23 | see that?                                    |
|           | 469:24 | A:  Yes.                                     |
|           | 470:1  | Q:  'Versus nabumetone,' the                 |
|           | 470:2  | thousand milligram dose. Do you see          |
|           | 470:3  | that, sir?                                   |
|           | 470:4  | A:  Yes.                                     |
|           | 470:5  | Q:  That's the identical dose of             |
|           | 470:6  | Vioxx and nabumetone that was used in        |
|           | 470:7  | study 090; correct?                          |
|           | 470:8  | A:  Yes. But as it turns out,                |
|           | 470:9  | there are differences, and I have to go      |
|           | 470:10 | to the Targum report.                        |
|           | 470:11 | Q:  Is this what you wrote in                |
|           | 470:12 | your article, sir?                           |
|           | 470:13 | A:  That is what's in the                    |
|           | 470:14 | article. But you're asking about whether     |
|           | 470:15 | they are twin studies and the same, and      |
|           | 470:16 | they're not all the same, no.                |
|           | 470:17 | Q:  Do you see that study 085               |
|           | 470:18 | involved an evaluation of the treatment      |
|           | 470:19 | of Vioxx in osteoarthritis patients who      |
|           | 470:20 | had knee problems? Do you see that?          |
|           | 470:21 | A:  Yes.                                     |
|           | 470:22 | Q:  That's the same with 090,               |
|           | 470:23 | correct?                                     |
|           | 470:24 | A:  Yes. The patient complaint              |
|           | 471:1  | of knee arthritis is the same.               |
|           | 471:2  | Q:  The duration of the trials              |
|           | 471:3  | 085 and 090 were also the same, six          |
|           | 471:4  | weeks; correct?                              |
|           | 471:5  | A:  That's what it says here.                |
|           | 471:6  | I'd like to go back to the Targum report     |
|           | 471:7  | to verify that.                              |
|           | 471:8  | Q:  Do you see that in your                 |
| Link > ET38.3.11 | 471:9 | article that you wrote, patients in 085 |
|           | 471:10 | were allowed to take low dose aspirin for    |
|           | 471:11 | cardioprotection, and for 090, aspirin       |
|           | 471:12 | for cardioprotection was also allowed.       |
|           | 471:13 | Do you see that, sir?                        |

| | | | |
|---|---|---|---|
| | 471:14 | A: That's what it says in the |
| | 471:15 | article. Again, we had limited access to |
| | 471:16 | 090. |
| Link > ET38.6 | 471:17 | Q: Well, the access you had to |
| | 471:18 | 090, sir, is referenced on the last page |
| Link > ET38.6.1 | 471:19 | of your article in footnote 22; correct? |
| | 471:20 | A: Which is the FDA website. |
| | 471:21 | Q: You went to the FDA website |
| | 471:22 | to find information from the FDA about |
| | 471:23 | study 085 and 090, correct? |
| | 471:24 | A: That's right, but that's not |
| | 472:1 | complete information. That's the |
| Link > Hide | 472:2 | problem. |
| | 472:3 | Q: Let me point out, sir, that |
| | 472:4 | when you wrote your article at the time, |
| Link > ET38.3.14 | 472:5 | do you see that you wrote for study 085 |
| | 472:6 | that there were three total |
| | 472:7 | cardiovascular events in the trial, one |
| | 472:8 | for Vioxx, two for nabumetone, and none |
| | 472:9 | for the placebo group? Is that what you |
| | 472:10 | wrote in your JAMA article? |
| | 472:11 | A: For study 085. |
| Link > ET38.3.15 | 472:12 | Q: Did you write for study 090 |
| | 472:13 | that there were 9 cardiovascular events, |
| | 472:14 | 6 for Vioxx, 2 for nabumetone and 1 for |
| | 472:15 | placebo? |
| | 472:16 | A: That's what it says in the |
| | 472:17 | article. |
| Link > Hide | 472:18 | Q: It was important to provide |
| | 472:19 | information about 085 and 090 because you |
| | 472:20 | wanted to give the people who read this |
| | 472:21 | article information about both studies; |
| | 472:22 | correct? |
| | 472:23 | A: Well, we concentrated mainly |
| | 472:24 | on VIGOR, so we gave the other two |
| | 473:1 | studies, 085 and 090, which at that time |
| | 473:2 | we weren't as concerned, we didn't make |
| | 473:3 | much of these two studies. That's true. |

| 57 | 474:1 -474:5 | Topol, Eric 2005-11-22 | 00:00:07 | 00:41:31 | 00:14:15 | Z1.56 |
|---|---|---|---|---|---|---|
| | 474:1 | Q: You never mentioned the |
| | 474:2 | results of study 085 when the plaintiffs' |
| | 474:3 | lawyers were asking you questions, did |
| | 474:4 | you, sir? |
| | 474:5 | A: I wasn't asked about 085. |

| 58 | 475:22 -476:9 | Topol, Eric 2005-11-22 | 00:00:39 | 00:41:38 | 00:14:08 | Z1.57 |

**Topol Merck Cross**

|  |  |  |
|---|---|---|
| Link > ET38.5 | 475:22 | Q: Dr. Topol, I'm going to show |
|  | 475:23 | you at Page 958 in the first column, |
|  | 475:24 | second full paragraph, you say, second |
| Link > ET38.5.4 | 476:1 | sentence, 'Two smaller studies (Study 085 |
|  | 476:2 | and Study 090) of Vioxx 'that both |
|  | 476:3 | allowed the use of low-dose aspirin did |
|  | 476:4 | not demonstrate the significant increase |
|  | 476:5 | in cardiovascular event rate noted in |
|  | 476:6 | VIGOR.' Did you write that, sir? |
|  | 476:7 | A: That was in our paper, |
|  | 476:8 | again, from the wrong data that we did |
| Link > Hide | 476:9 | not have access to. |

| 59 | 476:10-477:13 | Topol, Eric 2005-11-22 | 00:00:44 | 00:42:17 | 00:13:29 | Z1.58 |
|---|---|---|---|---|---|---|
|  | 476:10 | Q: I want to know what data you | | | | |
|  | 476:11 | had access to after this point that you | | | | |
|  | 476:12 | didn't have access to in -- | | | | |
|  | 476:13 | A: I'll be happy to go over | | | | |
|  | 476:14 | that if you give me an opportunity. | | | | |
|  | 476:15 | Q:   -- JAMA? | | | | |
|  | 476:16 | A: Page 32 of the Targum | | | | |
|  | 476:17 | report. | | | | |
|  | 476:18 | Q: The Targum report you saw | | | | |
|  | 476:19 | back in February 2001, sir? | | | | |
|  | 476:20 | A: Right, but then we had the | | | | |
|  | 476:21 | details of these patients, for example, | | | | |
|  | 476:22 | placebo, coronary occlusion, and we could | | | | |
|  | 476:23 | say had nothing to do with a heart | | | | |
|  | 476:24 | attack. | | | | |
|  | 477:1 | Q: Dr. Topol, the Targum report | | | | |
|  | 477:2 | that you are relying on now for your | | | | |
|  | 477:3 | review that study 090 was a signal -- | | | | |
|  | 477:4 | A: Yes. | | | | |
|  | 477:5 | Q: -- for cardiovascular risk | | | | |
|  | 477:6 | is the same report that you cite in your | | | | |
|  | 477:7 | JAMA article and that you relied on in | | | | |
|  | 477:8 | your JAMA article. Is that true? | | | | |
|  | 477:9 | A: And we had the details of | | | | |
|  | 477:10 | each of the patients. | | | | |
|  | 477:11 | Q: You had that also in | | | | |
|  | 477:12 | February 2001? | | | | |
|  | 477:13 | A: I did not have access to it. | | | | |

| 60 | 478:9-478:23 | Topol, Eric 2005-11-22 | 00:00:31 | 00:43:01 | 00:12:45 | Z1.59 |
|---|---|---|---|---|---|---|
| Link > ET38.5.4 | 478:9 | Q: Dr. Topol, did you write in | | | | |
|  | 478:10 | August of 2001 that 'Two smaller studies | | | | |
|  | 478:11 | (Study 085 and Study 090)...did not | | | | |

|  |  |  |
|---|---|---|
|  | 478:12 | demonstrate the significant increase in |
|  | 478:13 | cardiovascular event rate noted in |
|  | 478:14 | VIGOR'? Did you write that? |
|  | 478:15 | A:  That's correct. |
| Link > ET38.5.5 | 478:16 | Q:  Did you also say in the next |
|  | 478:17 | sentence, 'However, these studies had |
|  | 478:18 | smaller sample sizes, used only 25% of |
|  | 478:19 | the dose of Vioxx 'used in VIGOR, and |
|  | 478:20 | had few events for meaningful |
|  | 478:21 | comparison.' Did you write that then, |
|  | 478:22 | sir? |
|  | 478:23 | A:  That's right. |

| 61 | **481:18 -482:3** | Topol, Eric 2005-11-22 | 00:00:34 | 00:43:32 | 00:12:14 | Z1.60 |
|---|---|---|---|---|---|---|

| Link > Hide | 481:18 | Q:  I want to try to keep track |
|---|---|---|
|  | 481:19 | of the numbers that you've used over time |
|  | 481:20 | for study 090, and so I'm going to give |
|  | 481:21 | you a chart and ask you to confirm that |
|  | 481:22 | this is correct. |
| Link > ET38.3.9 | 481:23 | In your August 2001 JAMA |
|  | 481:24 | article for study 090, you said that |
|  | 482:1 | there were 6 cardiovascular events in the |
|  | 482:2 | Vioxx group, correct? |
|  | 482:3 | A:  Right. |

| 62 | **484:19 -486:6** | Topol, Eric 2005-11-22 | 00:01:14 | 00:44:06 | 00:11:40 | Z1.61 |
|---|---|---|---|---|---|---|

| Link > ET41.1 | 484:19 | Q:  This is an e-mail at the |
|---|---|---|
|  | 484:20 | bottom that you wrote to Marlene |
| Link > ET41.1.1 | 484:21 | Goormastic on October 25, 2004; correct? |
|  | 484:22 | A:  Yes. |
|  | 484:23 | Q:  Is that your statistician? |
|  | 484:24 | A:  That's the statistician, |
|  | 485:1 | that's right. |
|  | 485:2 | Q:  And you're writing to Ms. |
|  | 485:3 | Goormastic on October 25, this is a month |
|  | 485:4 | after withdrawal, to do some statistical |
|  | 485:5 | analysis; correct? |
|  | 485:6 | A:  Yes. There was subsequent |
| Link > ET41.1 | 485:7 | to this as well, but this is one of the |
|  | 485:8 | interactions we had. |
|  | 485:9 | Q:  You ask Marlene at the |
| Link > ET41.1.3 | 485:10 | bottom, 'I need to do a test comparing |
|  | 485:11 | three treatment arms - Vioxx versus |
|  | 485:12 | nabumetone and then Vioxx versus the |
|  | 485:13 | other two combined,' meaning nabumetone |
|  | 485:14 | and placebo. 'Here are the data. Vioxx, |
|  | 485:15 | 7 out of 390 events.' |

| | | |
|---|---|---|
| 485:16 | A: | Right. |
| 485:17 | Q: | 'Nabumetone 1 out of 392 |
| 485:18 | | events. Placebo, 1 out of 196 events.' |
| 485:19 | | Is that what you wrote to her? |
| 485:20 | A: | These are events that are |
| 485:21 | | not death, heart attack or stroke. These |
| 485:22 | | are events requiring cessation of the |
| 485:23 | | drug. This is a different part of the |
| 485:24 | | Targum report. But, yes, this is one of |
| 486:1 | | the ancillary analyses that was |
| 486:2 | | performed. |
| 486:3 | Q: | This is an analysis on study |
| 486:4 | | 090; correct? |
| 486:5 | A: | Study 090, but not on death, |
| 486:6 | | heart attack and stroke. |

| 63 | 487:15 - 489:9 | Topol, Eric 2005-11-22 | 00:01:27   00:45:20   00:10:26 | Z1.62 |
|---|---|---|---|---|

| | | |
|---|---|---|
| | 487:15 | Q: The numbers that you're |
| | 487:16 | using here on October 25 have to do with |
| | 487:17 | the numbers of Vioxx patients who had to |
| | 487:18 | be discontinued in the 090 study; right? |
| | 487:19 | A: With serious cardiovascular |
| | 487:20 | adverse events, different than death, |
| | 487:21 | heart attack and stroke. That's a |
| | 487:22 | different table. |
| | 487:23 | Q: So, the numbers that you |
| | 487:24 | have are 7, 1 and 1. |
| | 488:1 | A: Okay. |
| | 488:2 | Q: And you ask Ms. Goormastic |
| Link > ET41.1.4 | 488:3 | at the bottom, 'Can you or someone run |
| | 488:4 | this and get back to me, the p values, |
| | 488:5 | RR, 95% CI?' Do you see that? |
| | 488:6 | A: Yes. |
| | 488:7 | Q: What you are asking her to |
| | 488:8 | do -- a p-value is a test for statistical |
| | 488:9 | significance; correct? |
| | 488:10 | A: Yes. Yes. |
| | 488:11 | Q: Relative risk is RR? |
| | 488:12 | A: Yes. |
| | 488:13 | Q: And CI is confidence |
| | 488:14 | interval, and that's another test for |
| | 488:15 | statistical significance; correct? |
| | 488:16 | A: Yes. |
| | 488:17 | Q: Ms. Goormastic writes back |
| Link > ET41.1.5 | 488:18 | to you that same day above and says 'The |
| | 488:19 | chisquare,' that's a type of statistical |

| | | 488:20 | test, correct, 'including all 3 groups is |
|---|---|---|---|
| | | 488:21 | p equals .06,' and then here's the answer |
| | | 488:22 | to your question: 'For Vioxx versus |
| | | 488:23 | nabumetone chisquare' p-value is '.03.' |
| | | 488:24 | Do you see that, sir? |
| | | 489:1 | A:  Yes. I see that, but again, |
| | | 489:2 | it's not related to my principal |
| | | 489:3 | interest. |
| | | 489:4 | Q:  The .03, just so the jury |
| | | 489:5 | can understand and I can understand, if a |
| | | 489:6 | p-value is less than .05, that means that |
| | | 489:7 | it's statistically significant, the |
| | | 489:8 | result; correct? |
| | | 489:9 | A:  That's right. |

| 64 | **489:21 -489:21** | Topol, Eric 2005-11-22 | 00:00:01 | 00:46:47 | 00:08:59 | Z1.63 |
|---|---|---|---|---|---|---|
| | | 489:21 | Q:  The next line says -- |

| 65 | **490:3 -491:12** | Topol, Eric 2005-11-22 | 00:01:03 | 00:46:48 | 00:08:58 | Z1.64 |
|---|---|---|---|---|---|---|

| | | 490:3 | Q:  -- relative risk. Do you |
|---|---|---|---|
| Link > ET41.1.6 | | 490:4 | see you wrote 'Relative risk for Vioxx is |
| | | 490:5 | 7' -- I'm sorry, this is what Ms. |
| | | 490:6 | Goormastic wrote -- 'is 7.' And then you |
| Link > ET41.1.7 | | 490:7 | have a confidence interval here that she |
| | | 490:8 | writes '.9 - 56.9.' Do you see that in |
| | | 490:9 | the parenthesis? |
| | | 490:10 | A:  Yes. |
| | | 490:11 | Q:  And if the confidence |
| | | 490:12 | interval that is described there includes |
| | | 490:13 | the number 1, that is, if one falls |
| | | 490:14 | within .9 to 56, that means that the |
| | | 490:15 | result is not statistically significant; |
| | | 490:16 | correct, sir? |
| Link > Hide | | 490:17 | A:  That's correct. |
| | | 490:18 | Q:  So, Ms. Goormastic writes: |
| | | 490:19 | 'I was puzzled why this confidence |
| | | 490:20 | interval covers 1 when the p-value is |
| | | 490:21 | less than .05. I think it's due to the |
| | | 490:22 | small number of events' used. Do you see |
| | | 490:23 | that? |
| | | 490:24 | A:  Yes, I do. |
| | | 491:1 | Q:  You had talked about the |
| | | 491:2 | small number of events in your JAMA |
| | | 491:3 | article; right? |
| | | 491:4 | A:  That's correct. |
| | | 491:5 | Q:  Then she says, 'When I ran a |
| | | 491:6 | logistic regression model' that's another |

|  |  |  |  |  |  |
|---|---|---|---|---|---|

491:7   way of calculating statistical
491:8   significance, right, 'I got very similar
491:9   results, a relative risk of 7.1,' and
491:10   then the confidence interval there covers
491:11   1. Correct, sir?
491:12   A:  That's correct.

---

66   **493:4–493:15**   Topol, Eric 2005-11-22         00:00:26   00:47:51   00:07:55                    Z1.65

493:4   Q:  When you received this
493:5   e-mail from Ms. Goormastic, it wasn't
493:6   clear to you, sir, whether there was a
493:7   statistically significant difference or
493:8   not as reflected in Ms. Goormastic's
493:9   e-mail; correct?
493:10   A:  That really was not my
493:11   focus. I see what you're saying here,
493:12   but that was not my concern. The events
493:13   here for death, heart attack and stroke
493:14   were unclear. This is not what this
493:15   refers to.

---

67   **501:23 -502:1**   Topol, Eric 2005-11-22         00:00:05   00:48:17   00:07:29                    Z1.66
Link > ET43.1

501:23   Q:  Dr. Topol, I've handed you
501:24   what I've marked as Exhibit 43 –
502:1   A:  Yes.

---

68   **504:20 -505:18**   Topol, Eric 2005-11-22         00:00:54   00:48:22   00:07:24                    Z1.67
Link > ET43.1.1

504:20   Q:  Now, you wrote '5 out of
504:21   390' and then you wrote '1 out of 588.'
504:22   Do you see that in your e-mail?
504:23   A:  Yes. And that's exactly the
504:24   same as the New England Journal
505:1   subsequent correspondence.
505:2   Q:  The 588, which is the
505:3   denominator here, that is calculated by
505:4   taking the number of patients in the
505:5   nabumetone group and adding them to the
505:6   number of patients in the placebo group;
505:7   correct?
Link > Hide   505:8   A:  Those are control groups for
505:9   the trial, that's right. They're not
505:10   experimental groups.
505:11   Q:  So, what you did was you
505:12   took 5 events on Vioxx, and you compared
505:13   them to 1 event in placebo and nabumetone
505:14   combined; correct?
505:15   A:  That is how this analysis

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 505:16 | was performed with the appropriate | | | | |
| | | 505:17 | categorization of the endpoints and the | | | | |
| | | 505:18 | statistics. | | | | |

---

| 69 | 506:14–507:7 | Topol, Eric 2005-11-22 | 00:00:34 | 00:49:16 | 00:06:30 | Z1.68 |
|---|---|---|---|---|---|---|

506:14   Q:  When you wrote your JAMA
506:15   article and the events were 6, 2 and 1,
506:16   you wrote that those numbers were too
506:17   small for meaningful comparison; correct?
506:18   A:  With the erroneous data,
506:19   they were not appropriate to make a final
506:20   judgment.
506:21   Q:  The numbers, 6, 2 and 1 were
506:22   so small that they couldn't be used for
506:23   meaningful comparison. Correct?
506:24   A:  I wouldn't use the term
507:1    exactly, no. That's not the term that we
507:2    use.
507:3    Q:  Well, if we look back at
507:4    your JAMA article, page --
507:5    A:  It says, 'had few events for
507:6    meaningful comparison.' 'Few events.'
507:7    That's right.

---

| 70 | 507:10–508:21 | Topol, Eric 2005-11-22 | 00:01:20 | 00:49:50 | 00:05:56 | Z1.69 |
|---|---|---|---|---|---|---|

Link > ET38.3.13

507:10   When the events were 6, 2
507:11   and 1 as you analyzed them in your JAMA
507:12   article for Vioxx, nabumetone and
507:13   placebo, you considered that to be few
507:14   events for meaningful comparison;
507:15   correct?
507:16   A:  Well, there was no
507:17   significant difference. So, that means
507:18   there's no meaningful difference, yes.
507:19   Q:  So now in November of 2004,
507:20   when you say the numbers now are 5 for
507:21   Vioxx, 1 for nabumetone and 0 for
507:22   placebo, there's actually fewer events in
507:23   your analysis from November of 2004 than
507:24   there were in your analysis in JAMA;
508:1    correct?
508:2    A:  Correct. But the events are

Link > Hide

508:3    correct now, and they are the appropriate
508:4    irrevocable endpoints of death, heart
508:5    attack and stroke and not admixed with
508:6    things like atrial fibrillation or a
508:7    chronic occlusion that had nothing to do

| | |
|---|---|
| 508:8 | with a heart attack. Now we had a |
| 508:9 | difference of 1.3 versus 0.2 percent. |
| 508:10 | And what I showed in the letter in the |
| 508:11 | correspondence in the New England Journal |
| 508:12 | with those numbers is that with the exact |
| 508:13 | same Vioxx incident, 1.3 percent with |
| 508:14 | those five events that you just cited was |
| 508:15 | exactly the same as in the VIGOR trial, |
| 508:16 | 1.2 percent for death, heart attack and |
| 508:17 | stroke. And there was a 7.6, that's 760 |
| 508:18 | percent excess compared with the |
| 508:19 | controls, whether it be naproxen in VIGOR |
| 508:20 | or nabumetone and placebo in the current |
| 508:21 | study 090 that we're discussing. |

| 71 | 509:6 -511:2 | Topol, Eric 2005-11-22 | 00:01:29  00:51:10  00:04:36 | Z1.70 |
|---|---|---|---|---|

| | |
|---|---|
| 509:6 | Q: Dr. Topol, the reason you |
| 509:7 | asked your statistician to compare the |
| 509:8 | number of events on Vioxx to the number |
| 509:9 | of events on nabumetone and placebo |
| 509:10 | combined is because you know that if you |
| 509:11 | compare the number of events on Vioxx to |
| 509:12 | just the number of events on nabumetone, |
| 509:13 | there is no statistically significant |
| 509:14 | difference? |
| 509:15 | A: That's not the appropriate |
| 509:16 | comparison. We already went through |
| 509:17 | this, that is, when you have drugs that |
| 509:18 | are a control arm that are widely |
| 509:19 | accepted and have been around for 10 or |
| 509:20 | 20 years, and you have an experimental |
| 509:21 | drug, it is appropriate, just as Juni did |
| 509:22 | in his analysis in the Lancet, and just |
| 509:23 | as we did here, to compare the control |
| 509:24 | arms with the experimental arm, which in |
| 510:1 | this case was Vioxx. |
| 510:2 | Q: You didn't do that in your |
| 510:3 | JAMA article, did you, sir? |
| 510:4 | A: We didn't do it in the JAMA |
| 510:5 | article, but we didn't have the right |
| 510:6 | data. So, of course, we couldn't do it |
| 510:7 | in the JAMA paper. We had erroneous |
| 510:8 | categorization of endpoints. |
| 510:9 | Q: The reason that you combined |
| 510:10 | nabumetone and placebo and compared that |
| 510:11 | to Vioxx is because you know that if you |

510:12   compare the number of events on Vioxx to
510:13   placebo for study 090, there is no
510:14   statistically significant difference;
510:15   correct?
510:16   A:  That is not the reason why
510:17   that analysis was performed that way.
510:18   Q:  Am I correct, sir, that if
510:19   you compare 5 events on Vioxx to 0 events
510:20   on placebo, there's no statistically
510:21   significant difference?
510:22   A:  I don't know. We'd have to
510:23   run the statistics on that.
510:24   Q:  You never ran that, did you?
511:1   A:  I don't remember that we ran
511:2   it. I don't have it at hand.

---

72   **538:24 -539:24**   Topol, Eric 2005-11-22   00:00:50  00:52:39  00:03:07   Z1.71

Link > ET46.1

538:24   Q:  Dr. Topol, I've handed you
539:1   Exhibit 46, which is an e-mail exchange
539:2   within the FDA. And I want to point your

Link > ET46.1.1

539:3   attention to November 1st, 2004. Do you
539:4   know who the author is?
539:5   A:  Dr. Villalba, yes, primary
539:6   reviewer of this application.
539:7   Q:  Dr. Villalba of the FDA
539:8   writes 'Study 090 was conducted between
539:9   September 1998 and May 1999. This one
539:10   showed more CV thrombotic events on Vioxx
539:11   than nabumetone or placebo. Topol was
539:12   not interested in study 085 which had
539:13   identical design and duration (6 weeks)
539:14   and approximately same size, but showed,'
539:15   and he underlines this, 'no differences
539:16   in CV thrombotic events.' Do you see
539:17   that, sir?
539:18   A:  I see it, and I want to
539:19   point out that a clinical trial is for 20
539:20   years.
539:21   Q:  Doctor --
539:22   A:  You look for signals and you
539:23   don't disregard certain trials and look
539:24   at certain trials.

---

73   **541:8 -542:1**   Topol, Eric 2005-11-22   00:00:41  00:53:29  00:02:17   Z1.72

Link > ET46.1.3

541:8   Q:  Dr. Topol, you see that Dr.
541:9   Villalba of the FDA writes on November 8
541:10   of 2004, 'Merck might have submitted

541:11   study 090 results to the Agency sometime
541:12   earlier than June 2000, but I do not
541:13   think we would have done anything with
541:14   it, since the number of events was small
541:15   and there was a twin study (085) with
541:16   identical size and duration, conducted at
541:17   approximately the same time, that showed
541:18   no difference in CV thrombotic events as
541:19   compared to placebo and nabumetone.' Do

Link > Hide   541:20   you see that, sir?
541:21   A:  I see that.
541:22   Q:  This was written after the
541:23   drug was withdrawn; correct?
541:24   A:  Yes. And still I was not
542:1   informed of these dates.

| 74 | 547:16 - 547:22 | Topol, Eric 2005-11-22 | 00:00:12 | 00:54:10 | 00:01:36 | Z1.73 |
|----|------|------|------|------|------|------|

547:16   Q:  The Juni article shows that
547:17   there's no increased risk associated with
547:18   Vioxx at the 25 milligram dose, correct,
547:19   sir?
547:20   A:  No. No. That's not at all
547:21   an appropriate interpretation of that
547:22   study.

| 75 | 552:5 - 553:22 | Topol, Eric 2005-11-22 | 00:01:28 | 00:54:18 | 00:01:28 | Z1.74 |
|----|------|------|------|------|------|------|

552:5   Q:  Do you also see, Dr. Topol,
552:6   that in trial duration, do you see that
552:7   in less than six months there's no
552:8   statistically significant difference in
552:9   increased cardiovascular risk in the Juni
552:10   study?
552:11   A:  I'm afraid the problem is
552:12   that you're not interpreting these data
552:13   properly because the concept -- and I can
552:14   explain it if you'd like, about
552:15   heterogeneity and interaction. What this
552:16   table shows, and the most important
552:17   aspect of the table is this column for P
552:18   for interaction. And what this shows is
552:19   that the duration, there's no difference.
552:20   217 percent excess for less than six
552:21   months. 233 percent excess for heart
552:22   attack for greater than six months. The
552:23   same thing for dose. Only if there's a
552:24   p-value for interaction. And the only
553:1   one there was, interestingly, was on the

**Topol Merck Cross**

553:2    external endpoint committee, which is a

553:3    topic I would have loved to address with

553:4    you. But that is the only one that was

553:5    significant. And that's the only thing

553:6    you can say about this table.

553:7    Q:  Let me ask one more time.

553:8    A:  Yes.

553:9    Q:  Without looking at the

553:10   p-value that you just looked at, do you

553:11   agree that Table 2 of the Juni study

553:12   shows that there's no statistically

553:13   significant difference in cardiovascular

553:14   risk associated with the Vioxx 25

553:15   milligram dose?

553:16   A:  It does not show that there

553:17   is no statistically significant

553:18   difference, that there's no statistically

553:19   significant -- there's nothing you can

553:20   say about any of the doses higher or

553:21   lower based on this analysis and the

553:22   data.

Play Time for this Script:    **00:55:46**

**Topol Merck Cross**

**Total time for all Scripts in this report:    00:55:46**