IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   11-13-06

LORETTA G. WHYTE
CLERK

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon
Mag. Judge Knowles

# TRANSCRIPT OF THE DEPOSITION OF ERIC TOPOL, M.D., PLAYED TO JURY ON NOVEMBER 9, 2006

___ Fee_____
___ Process___
_X_ Dktd
___ CtRmDep___
___ Doc. No.____

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

**Topol**

 **Topol, Eric (Vol. 01) - 11/22/2005**                    1 CLIP  (RUNNING 00:47:14.272)

 Topol trial

TOPOL 1                          **102 SEGMENTS  (RUNNING 00:47:14.272)**       

**1. PAGE 25:11 TO 25:13 (RUNNING 00:00:04.839)**

```
11          Q.    Dr. Topol, good morning.
12 Nice to meet you, sir.
13          A.    Good morning.
```

**2. PAGE 26:06 TO 29:02 (RUNNING 00:02:02.600)**

```
06               I want to review very
07 briefly the highlights of your
08 background.
09               You have a curriculum vitae.
10 I'm marking it as Exhibit 1 for this
11 deposition.
12                    -   -   -
13          (Whereupon, Deposition
14      Exhibit Topol-1, Curriculum Vitae
15      Eric Jeffrey Topol, M.D., TOPOLE
16      0000001 - TOPOLE 0000127, was
17      marked for
18      identification.)
19                    -   -   -
20 BY MR. KLINE:
21          Q.    The version that I have is
22 what I understand to be an abridged
```

 TOPOL1 -

```
23 version of 127 pages.  Suffice it to say,
24 you have a very substantial curriculum
                         Confidential - Subject to Protective Order
00027:01 vitae outlining your background and
02 experience; correct?
03          A.    Yes.
04          Q.    You are -- what is your
05 current position, sir?
06          A.    I'm Provost of the Cleveland
```

 TOPOL1-1 -

```
07 Clinic Lerner College of Medicine, Chief
08 Academic Officer of the Cleveland Clinic,
09 and also the chairman of the Department
10 of Cardiovascular Medicine of the
11 Cleveland Clinic.
12          Q.    Take them one at a time.
13 Identify each one of those positions, and
14 tell me very briefly what they entail.
15          A.    The Provost of the medical
16 college is providing the oversight of
17 this college of medicine, which had its
18 beginning just three years ago, and it's
19 part of Case Western Reserve University.
20          The chief academic officer
21 responsibility is responsible for all
22 research and education here at this
23 academic medical center, and I've been
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

```
        24  chairman of the department of
00028:01  cardiovascular medicine since 1991, and
        02  this is a large department, one of the
        03  largest departments in cardiovascular
```

📄 -KETOPOL1-1 - Clear Attached Exhibit TOPOL1-1    

```
        04  medicine in the country.
        05       Q.    My understanding, sir, that
        06  this -- and you are a cardiologist; is
        07  that correct?
        08       A.    That's right.
        09       Q.    Trained as a cardiologist;
        10  correct?
        11       A.    That's exactly right.
        12       Q.    You did your undergraduate
        13  degree at the University of Virginia,
```

📄 TOPOL1-2 -    

```
        14  your medical school at the University of
        15  Rochester, a residency at the University
        16  of California, San Francisco, a
        17  fellowship at Johns Hopkins in
        18  cardiology, and then you became Board
        19  Certified in internal medicine and in
        20  cardiology.  All correct?
        21       A.    That's all correct.
        22       Q.    And then you practiced
        23  medicine and eventually worked yourself
```

📄 TOPOL1-3 -    

```
        24  up to become the top person in the
00029:01  department of cardiovascular medicine at
        02  the Cleveland Clinic; correct?
```

**3. PAGE 29:05 TO 31:20  (RUNNING 00:02:02.724)**

```
        05                THE WITNESS:  That's
        06  correct, yes.  As of 1991, I came
        07        to Cleveland Clinic.
        08  BY MR. KLINE:
        09       Q.    And when did you become
        10  chairman of the department of
        11  cardiovascular medicine?
        12       A.    On my arrival.
        13       Q.    Oh, right on your arrival?
        14       A.    Yes.  That was why I was
        15  recruited here.
        16       Q.    Where were you previously?
        17       A.    University of Michigan,
        18  where I directed the cardiocatherization
        19  laboratory, and I was a professor of
        20  medicine there.
        21       Q.    And you've spent your entire
        22  career as a practicing cardiologist, sir?
        23       A.    Yes.  I continue to practice
        24  cardiology with patients.
00030:01       Q.    And how many years have you
        02  been a cardiologist?
        03       A.    20 years.
        04       Q.    You also -- it mentioned
        05  that you're the Provost of the Cleveland
```

## Topol

### TOPOL1-4 -

```
06   Clinic, and that involves overseeing the
07   entire medical college?
08            A.    The medical college, which I
09   founded with Case Western Reserve
10   University back in 2001.
11            Q.    In addition -- oh, and I
12   might add, the Cleveland Clinic, sir,
```

### TOPOL1-4A -

```
13   give us a sentence or two on what is the
14   Cleveland Clinic, especially in heart
15   medicine.
16            A.    Well, in the field of heart
17   medicine, it's been ranked by the U.S.
18   News & World Report as the number one
19   center for the last 11 years
```

### -KETOPOL1-4A - Clear Attached Exhibit TOPOL1-4A

```
20   consecutively.
21            Q.    You have been a clinical
22   investigator on many clinical studies; is
23   that correct?
24            A.    That's right.
00031:01         Q.    Tell us about it briefly, a
02   few sentences.
03            A.    Well, I've chaired a number
04   of clinical trials over the past 20
05   years.  The most widely known are the
06   so-called GUSTO trials of heart attack.
07   All these trials had something to do with
08   heart attack prevention or better
09   treatment.
10            The cumulative 200,000
11   patients were enrolled, the largest heart
12   attack trials ever performed in the
13   United States, coordinated.  I've been
14   the chair of all of those trials.
15   They've been multinational trials,
16   involving 40 different countries around
17   the world, and these trials have had, I
18   think, a substantial impact on clinical
19   practice in the field of cardiology and
20   for patients.
```

### 4. PAGE 33:01 TO 33:05 (RUNNING 00:00:10.799)

```
00033:01         Q.    You have been an
02   investigator, according to your vitae, on
```

### TOPOL1-5 -

```
03   many NIH projects, National Institutes of
04   Health.  Briefly, a few sentences, tell
05   us about that.
```

### 5. PAGE 33:08 TO 34:04 (RUNNING 00:00:44.633)

```
08            THE WITNESS:  Well, the main
09   one is at a specialized center of
10   clinically-oriented research,
11   which is the flagship grant of the
12   NIH, which I was awarded a year
13   ago.  It's a five-year grant for
```

## Topol

```
14          nearly $18 million to support our
15          work in genetics and genomics of
16          coronary artery disease and heart
17          attack, and that's been the main
18          research interest that I've had
19          over the past five years, has been
20          in the genetics and genomics of
21          heart attack.
22     BY MR. KLINE:
23          Q.   You've been a manuscript
24     reviewer for a number of journals, peer
```

TOPOL1-6 -

```
00034:01  review, including Nature, Science, the
02         New England Journal of Medicine, JAMA,
03         Lancet and many other prestigious
04         journals; correct?
```

**6. PAGE 34:07 TO 34:15 (RUNNING 00:00:15.873)**

```
07               THE WITNESS:  Yes.
08     BY MR. KLINE:
09          Q.   I have by count, and I'm
10     doing all of this, I might say, just to
```

TOPOL1-7 -

```
11     save time, to get through all of this,
12     you have by my count, 909 original
13     publications in the scientific
14     literature.  Does that sound about right?
15          A.   That's about right.
```

**7. PAGE 35:12 TO 35:13 (RUNNING 00:00:04.643)**

```
12          Q.   Again, by my count, an
```

TOPOL1-8 -

```
13     author or co-author on 30 books?
```

**8. PAGE 35:16 TO 35:19 (RUNNING 00:00:02.911)**

```
16               THE WITNESS:  That's
17          correct.
18     BY MR. KLINE:
19          Q.   164 book chapters?
```

**9. PAGE 35:22 TO 36:04 (RUNNING 00:00:07.202)**

```
22               THE WITNESS:  That's
23          correct.
24     BY MR. KLINE:
00036:01          Q.   And these all deal in the
02     field of cardiology, sir?
03          A.   Virtually all are cardiology
```

-KETOPOL1-9 - Clear Attached Exhibit TOPOL1-9

```
04     pieces of work, yes.
```

**10. PAGE 36:05 TO 36:15 (RUNNING 00:00:28.679)**

```
05          Q.   And there was a recent
06     article, and I'd like you to tell me if
07     this is correct, it sort of pulls some
08     things together, on November 11th in the
09     Associated Press which says, "One medical
```

## Topol

```
10   journal index service ranked Topol as the
11   eighth most cited medical researcher
12   among its index publications in the past
13   ten years with his 498 papers cited by
14   colleagues, 21,050 times."
15                Is that about correct?
```

**11. PAGE 36:18 TO 37:19 (RUNNING 00:00:59.821)**

```
18                THE WITNESS:  That's
19        correct.  The ISI ranks medical
20        researchers, and in the last ten
21        years, I'm ranked number eight of
22        the most widely cited medical
23        researchers in the world.  So,
24        that's correct.
00037:01 BY MR. KLINE:
02        Q.   Let me ask it in a different
03   way just to be sure.
04             How does the -- what is the
05   ISI, and how does it rank you as someone
06   who is cited by others in the medical
07   field?
08        A.   That means that if you
09   publish a paper and that paper is cited
10   by others, that's the cumulative tally of
11   citations of your impact in the medical
12   literature, in the medical community, and
13   so that is the most highly regarded
14   authority for collating that data.  And
15   in the ten-year cumulative tally, as you
16   mentioned, somewhere around 500
17   manuscripts were published, and that was
18   the eighth leading, I believe, citation
19   tally in the rankings.
```

**12. PAGE 38:19 TO 39:17 (RUNNING 00:00:53.113)**

```
19        Q.   Sir, at some point in time
20   you became interested in the drug Vioxx;
21   is that correct?
22        A.   Yes.
23        Q.   And that would have been
24   sometime around what year?
00039:01        A.   Well, it was February 2001.
02        Q.   Okay.
03             Now, I want to fast forward
04   before going to February 2001, which I'll
05   go back.
06             Between February 2001 and
07   today, sitting here today, which is
08   November --
09             MS. VANCE:  22.
10   BY MR. KLINE:
11        Q.   -- 22nd of 2005, have you
12   expressed certain opinions publicly and
13   in the academic literature, as well as
14   privately in e-mails and writings,
15   relating to your beliefs and opinions
16   regarding the drug Vioxx?
17        A.   Yes, certainly.
```

**13. PAGE 44:08 TO 44:13 (RUNNING 00:00:21.962)**

```
08        Q.   Now, you also formed
09   opinions relating to the conduct of the
10   pharmaceutical company, Merck, and its
11   conduct of research and its marketing and
```

## Topol

```
12  its making available to the public the
13  drug Vioxx; is that correct?
```

**14.  PAGE 44:16 TO 44:17  (RUNNING 00:00:01.134)**

```
16               THE WITNESS:  That's
17       correct.
```

**15.  PAGE 45:05 TO 45:20  (RUNNING 00:00:35.303)**

```
05       Q.   Now, what I'd like to do is
06  to show you a document which is from
07  November 24, '04, marked as Exhibit
08  Number 2.
09                   -  -  -
10               (Whereupon, Deposition
11       Exhibit Topol-2, E-mails, TOPOLE
12       0000450, was marked for
13       identification.)
14                   -  -  -
15  BY MR. KLINE:
16       Q.   It's an e-mail from you to
17  David Graham.  Who is David Graham?
18       A.   David Graham is a safety
19  officer at the Food & Drug
20  Administration.
```

**16.  PAGE 46:23 TO 47:06  (RUNNING 00:00:19.352)**

```
23       Q.   Does this e-mail reflect
```

📄 **TOPOL2** -

```
24  some of the opinions and conclusions that
00047:01  you reached relating to Merck's conduct
02  of its scientific studies and its
03  marketing of the drug Vioxx over the past
04  four years since you have become involved
05  in the matter?
06       A.   Yes.
```

**17.  PAGE 50:01 TO 51:01  (RUNNING 00:00:55.980)**

```
00050:01           Sir, I'm looking at the part
02  where you say, "I am bothered."  Do you
```

📄 **TOPOL2-1** -

```
03  see where you say to David Graham -- is
04  Graham a physician?
05       A.   Yes.
06       Q.   So, you're saying to Dr.
07  Graham, "I am bothered."  Would you read
08  that for us, please?
09       A.   "I am bothered by the
10  continued outrageous lies of Merck with
11  their fullpage multiple ads that 'they
12  published everything' and that they never
13  had a trial which showed any harm of
14  Vioxx until APPROVe, when, in fact, there
15  were two by May 2000."
16       Q.   Continue.
17       A.   "I am also upset that the
18  story of their scientific misconduct for
19  the VIGOR paper in" the New England
20  Journal of Medicine, that's "NEJM, with
21  errors of omission (deaths), erroneous
22  data (MIs)," or heart attacks, "and
```

## Topol

```
        23   incomplete data (more than 1/2 of the
        24   thrombotic events) has not received any
00051:01   attention whatsoever."
```

**18. PAGE 53:23 TO 54:14 (RUNNING 00:00:39.000)**

```
        23            Q.    Let me show you an article
```



TOPOL3 -

```
        24   which was in the Cleveland Clinic Journal
00054:01   in December of 2004.  December of 2004,
        02   there's an article which was written,
        03   you'll have it in your hands in a moment,
        04   called "The sad story of Vioxx, and what
        05   we should learn from it."  Did you
        06   co-author that article?
        07            A.    Yes, I did.
        08            Q.    What is the Cleveland Clinic
        09   Journal of Medicine?
        10            A.    That's the medical journal
        11   of this institution, which is widely
        12   circulated, has a circulation of nearly
        13   100,000 physicians and paraprofessional
        14   staff.
```

**19. PAGE 54:20 TO 54:23 (RUNNING 00:00:11.997)**

```
        20            Is this a road map to the
        21   saga or the story of Vioxx, as you see it
        22   as a researcher and prominent physician
        23   in cardiology?
```

**20. PAGE 55:06 TO 55:10 (RUNNING 00:00:09.192)**

```
        06            Q.    Please, sir.
        07            A.    I believe it's certainly
        08   part of trying to get the facts straight
        09   about this very sad story, yes.
        10            Q.    Okay.
```

**21. PAGE 56:11 TO 56:15 (RUNNING 00:00:07.968)**

```
        11            Q.    Tell us the story as you
        12   understand it as it happened in 1999
        13   based on what you know, and tell us how
        14   you knew it and what you know and how the
        15   story began.
```

**22. PAGE 56:22 TO 57:15 (RUNNING 00:00:44.573)**

```
        22            THE WITNESS:  -- in May, the
        23   FDA approved Vioxx for commercial
        24   use, so, that is an important
00057:01   time, timeline.  That was also at
        02   the time when the FDA had a formal
        03   review of the medicine, where the
        04   primary reviewer already had
        05   expressed in her document, Dr.
        06   Villalba, that there was a concern
        07   regarding clotting events with
        08   Vioxx even at the time of approval
        09   in May 1999.
        10   BY MR. KLINE:
        11            Q.    You write here that, "The
        12   approval was based on data from trials
```

## Topol



🗋 **TOPOL3-1 -**

```
13  lasting 3 to 6 months and involving
14  patients at low risk for cardiovascular
15  illness."  Do you see that?
```

**23.  PAGE 57:18 TO 57:21 (RUNNING 00:00:04.368)**

```
18           THE WITNESS:  That's right.
19  BY MR. KLINE:
20       Q.   What is the significance of
21  that fact?
```

**24.  PAGE 57:24 TO 58:12 (RUNNING 00:00:23.236)**

```
24           THE WITNESS:  Well, this is
00058:01  one of the most significant parts
02  of the whole clinical development
03  of the Vioxx medicine, and that is
04  that patients with heart disease
05  were not tested in any meaningful
06  way, and we know from multiple
```



🗋 **-KETOPOL3-1 - Clear Attached Exhibit TOPOL3-1**

```
07           databases and surveys that at
08           least 40 to 50 percent of the
09           patients who actually took this
10           medicine when it was in clinical
11           use actually did have known heart
12           disease.
```

**25.  PAGE 58:20 TO 58:21 (RUNNING 00:00:03.325)**

```
20       Q.   Why, as you view it, is that
21  an important fact?
```

**26.  PAGE 58:24 TO 59:13 (RUNNING 00:00:27.853)**

```
24           THE WITNESS:  Well, it's
00059:01  important because if the medicine
02  has a clotting risk in arteries
03  such that it could induce heart
04  attacks, strokes or death, the
05  patients who are most liable to
06  suffer as a consequence of that
07  would be patients with preexisting
08  or known atherosclerotic artery
09  disease.
10  BY MR. KLINE:
11       Q.   And did this medicine or
12  does this medicine, in your opinion, have
13  such a risk?
```

**27.  PAGE 59:16 TO 59:23 (RUNNING 00:00:11.241)**

```
16           THE WITNESS:  There isn't
17  any question about the medicine's
18  risk in this regard.
19  BY MR. KLINE:
20       Q.   When you say there's no
21  question, sir, can you give us broadly,
22  and then I'll get into details with you
23  later, broadly why you say that?
```

**28.  PAGE 60:02 TO 60:11 (RUNNING 00:00:23.054)**

```
02           THE WITNESS:  Well, the
03  medicine's risk, Vioxx's risk, has
```

## Topol

```
04          been evident since trials
05          conducted in 1999 and all the way
06          through the time of withdrawal in
07          September 30, 2004.
08  BY MR. KLINE:
09          Q.    Have there been multiple
10  tests and multiple studies that have, in
11  your opinion, proven that fact?
```

**29. PAGE 60:14 TO 60:18 (RUNNING 00:00:13.368)**

```
14          THE WITNESS:  There's been
15          replication of untoward
16          significant excess of events of
17          heart attack, death and stroke in
18          multiple trials.  That's right.
```

**30. PAGE 61:05 TO 61:13 (RUNNING 00:00:15.211)**

```
05          Q.    I didn't say in the
06  beginning of this deposition.  You were
07  subpoenaed for this deposition; is that
08  correct, sir?
09          A.    That's correct.
10          Q.    And you have not been -- you
11  are not serving here as an expert witness
12  for any party; is that correct?
13          A.    No, I'm not.
```

**31. PAGE 62:03 TO 62:22 (RUNNING 00:00:32.496)**

```
03          Q.    Now, there was a study
04  called VIGOR; is that correct?
05          A.    Yes.
06          Q.    And you eventually became
07  familiar with this study called VIGOR;
08  correct?
09          A.    Yes.
10          Q.    Did you participate in it?
11          A.    No, not at all.
12          Q.    Who did that study?
13          A.    This study was done by
14  rheumatologists, the doctors looking
15  after patients with rheumatoid arthritis.
16  It was a large trial by a network of
17  rheumatologists and patients, about 8,000
18  patients with rheumatoid arthritis.
19          Q.    Who funded the study?
20          A.    Merck.
21          Q.    Who conducted the study?
22          A.    Merck.
```

**32. PAGE 67:05 TO 67:15 (RUNNING 00:00:21.750)**

```
05          Following our broad outline
```

📄 TOPOL3-2 -                                           

```
06  in the article that you wrote in the
07  Cleveland Clinic Journal of Medicine in
08  December of 2004, you indicate that
09  "VIGOR's strong evidence that rofecoxib"
10  -- that's the name for Vioxx?
11          A.    Yes.
12          Q.    -- "increases the risk of
13  MIs," and it came out of that study;
14  correct?
15          A.    That's right.
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

**33. PAGE 68:24 TO 69:03 (RUNNING 00:00:07.046)**

```
        24          Q.    What did the VIGOR trial
00069:01   say?  What did Merck say that the VIGOR
        02   trial showed relating to cardiovascular
        03   risks?
```

**34. PAGE 69:06 TO 70:08 (RUNNING 00:01:03.116)**

```
        06                THE WITNESS:  Right.  Well,
        07          I remember it very well, because
        08          the day that that panel had
        09          reviewed all the data, and one of
        10          the panelists was my colleague,
        11          Dr. Steven Nissen, I read -- I was
        12          actually at the medical college of
        13          Georgia, I was a visiting
        14          professor, I was reading the USA
        15          Today that morning, and it said
        16          that this was due to naproxen,
        17          that the VIGOR problems of heart
        18          attack was an issue of naproxen
        19          being beneficial rather than Vioxx
        20          being detrimental.
        21                So, I was a little puzzled
        22          by that, but I didn't think too
        23          much of it until I got back to
        24          Cleveland, and the next day met
00070:01          with Dr. Nissen and Dr. Mukherjee
        02          about the FDA proceedings.  And
        03          Dr. Nissen explained he didn't
        04          think it was just so simple as the
        05          naproxen hypothesis, as we later
        06          termed it, and we started to drill
        07          down on the data and concluded
        08          that it was quite concerning.
```

**35. PAGE 70:12 TO 72:08 (RUNNING 00:01:49.791)**

```
        12          Q.    Okay.
        13                What did you find was
        14   concerning about the VIGOR data?
        15          A.    Yes.  Well, there were
        16   several things that were particularly
        17   bothersome.  Number one, that if naproxen
        18   was protective, it had not ever been
        19   proven, that is, it didn't -- we didn't
        20   know for sure it had an aspirin-like
        21   effect.  And so even if we could give --
        22   assign naproxen the same magnitude of
        23   protection as aspirin, that would be at
        24   maximum a 25 percent reduction in heart
00071:01   attacks, which has been very carefully
        02   studied for aspirin.
        03                So, if naproxen was as good
        04   as aspirin, that could be 25 percent
        05   reduction.  But on the other hand, in
        06   VIGOR, we saw a 500 percent, that is, a
        07   20-fold increase in heart attacks.  So,
        08   the order of magnitude was greatly in
        09   excess of anything that aspirin could do.
        10                Furthermore, the second
        11   point, in that if you have a randomized
        12   trial and you have an experimental arm,
        13   which is a new drug which hasn't been
        14   studied extensively, still a lot of
        15   things that need to be discovered about
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

```
16    it, and you have an anchor drug,
17    naproxen, that had been available for 20
18    years, and if you then do a comparison
19    and you say, there's more than five-fold
20    heart attacks and two-fold excess of
21    cardiovascular serious events, how could
22    you possibly conclude that it was the
23    naproxen being beneficial?  The only
24    appropriate conclusion from that would be
00072:01    that there's a problem with the
02    experimental drug Vioxx.
03                  And beyond those concerns
04    was that this trial was done in patients
05    with rheumatoid arthritis without heart
06    disease, and so whatever was being seen
07    in the VIGOR trial could be far worse in
08    patients with heart disease.
```

**36. PAGE 72:13 TO 72:19 (RUNNING 00:00:15.763)**

```
13          Q.    Now, what you've described
14    to us in the previous answer, is that
15    something that -- is that a capsule of
16    what you were thinking, you and your
17    colleagues were thinking, but you in
18    particular, when you saw the VIGOR trial
19    published in the New England Journal?
```

**37. PAGE 72:22 TO 73:16 (RUNNING 00:00:37.039)**

```
22                  THE WITNESS:  Well, I didn't
23          even take notice of the VIGOR
24          trial when it was in the New
00073:01          England Journal.  It wasn't on my
02          radar screen, and it didn't really
03          catch, I believe, the cardiology
04          community, because the heart
05          attack part of that publication
06          was not -- it was not featured, it
07          was the protection from the
08          gastrointestinal side effects that
09          was the main conclusion, but only
10          looked back at that paper after
11          the FDA review of the VIGOR data
12          and also of the celecoxib data.
13          There were two days of FDA
14          reviews.  One day was devoted to
15          Celebrex, and one day was
16          dedicated to Vioxx.
```

**38. PAGE 74:10 TO 74:22 (RUNNING 00:00:31.497)**

```
10          Q.    And it was after the
11    hearings in '01 where this, would it be
12    fair to say -- I hope there's not an
13    objection -- got on your radar screen?
14          A.    Yes.  It was only after the
15    FDA hearing and Dr. Nissen coming back
16    and Dr. Mukherjee going through the data,
17    getting it all collated and three of us
18    meeting, did this become something of an
19    area of interest.  It certainly was
20    nothing in medicine that I had any
21    interest in.  It wasn't in my field of
22    research up until that point in time.
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

**39. PAGE 75:03 TO 75:04 (RUNNING 00:00:01.785)**

```
03        Q.   Was it something that
04   concerned you?
```

**40. PAGE 75:07 TO 75:18 (RUNNING 00:00:16.146)**

```
07             THE WITNESS:  As soon as we
08        looked at -- well, as soon as I
09        read about the FDA panel, as I
10        said, that morning, in the
11        newspaper, I was concerned.  But
12        that concern was magnified after
13        starting to review the data with
14        my colleagues at the Cleveland
15        Clinic.
16   BY MR. KLINE:
17        Q.   Okay.
18             Were you alarmed?
```

**41. PAGE 75:21 TO 75:22 (RUNNING 00:00:01.798)**

```
21             THE WITNESS:  I don't
22        know --
```

**42. PAGE 76:01 TO 76:24 (RUNNING 00:00:50.984)**

```
00076:01             THE WITNESS:  -- if I would
02        use the word "alarmed," but I was
03        significantly concerned that there
04        was a medicine that was gaining
05        increased wide scale use.  There
06        already was, of course, extensive
07        advertisements and popularity of
08        the medicine, and could something
09        be wrong.  That was a concern.  I
10        would say it was a significant
11        concern.
12   BY MR. KLINE:
13        Q.   Okay.
14             What did you decide to do?
15        A.   So, we decided we would put
16   together a manuscript to pull all the
17   data that we could together, because
18   there had not yet been one, there had not
19   yet been a registration in the medical
20   literature to the medical community that
21   this was potentially a big deal.
22        Q.   Is that the kind of thing
23   that you do as an independent academic
24   physician and scientist?
```

**43. PAGE 77:03 TO 77:15 (RUNNING 00:00:24.097)**

```
03             THE WITNESS:  That's an
04        obligation that we have, is to
05        process data that's out there, try
06        to make it available to our
07        colleagues in the medical
08        community, and in the interest of
09        patients and caring for patients
10        in the optimal way.  This is the
11        sort of thing that is critical.
12   BY MR. KLINE:
13        Q.   Did you undertake what you
14   did with any axe to grind towards Merck
15   or towards the drug Vioxx?
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

**44. PAGE 77:18 TO 78:07 (RUNNING 00:00:21.000)**

```
      18              THE WITNESS:  I had
      19    absolutely no axe to grind.  I had
      20    an excellent relationship with
      21    Merck.  I had done clinical trials
      22    with Merck.  In fact, I had just
      23    completed a very large trial
      24    called TARGET of over 6,000
00078:01    patients published in the New
      02    England Journal of Medicine.  And
      03    so I actually, for many years,
      04    enjoyed a very good relationship
      05    with Merck.  So, I do not believe
      06    there was any axe to grind
      07    whatsoever.
```

**45. PAGE 79:11 TO 80:09 (RUNNING 00:00:52.152)**

```
      11              Tell me what you did then.
      12    I mean, what process did you follow,
      13    briefly?
      14         A.   Well, we culled all the data
      15    together, which did appear in the JAMA.
      16    It didn't have much in the way of changes
      17    from our initial submission to the actual
      18    publication in August.  But the one
      19    concern that came up along the way was
      20    that the data were different in the New
      21    England Journal of Medicine paper
      22    published in November 2000 and the FDA
      23    database that was available in February
      24    2001.
00080:01              So, at that point, while we
      02    were ready to submit and did submit the
      03    paper to JAMA for consideration, I sent
      04    the paper to Merck, my colleague, Dr.
      05    Laura Demopoulos, who I had worked on
      06    this so-called TARGET trial, to see why
      07    there were discrepancies in the data
      08    between the published paper and the FDA
      09    database.
```

**46. PAGE 80:14 TO 81:02 (RUNNING 00:00:27.808)**

```
      14         Q.   You actually went through
      15    the process of getting the information
      16    together and then drafting the paper; is
      17    that correct?
      18         A.   That's correct.
      19         Q.   And did the papers represent
      20    largely your findings and your
      21    conclusions?
      22         A.   Yes.
      23         Q.   And were those findings and
      24    conclusions critical of the VIGOR trial,
00081:01    as well as raising some concerns relating
      02    to the drug Vioxx?
```

**47. PAGE 81:05 TO 82:06 (RUNNING 00:00:49.032)**

```
      05              THE WITNESS:  There is no
      06    question they were critical of the
```

📄 TOPOL4 ·



```
      07    concern about the safety.  But I
      08    think the most important statement
```

## Topol

```
09        that we made, which appears in the
10        article, was about how there's a
11        mandate to do the appropriate
12        clinical trials which had not been
13        done and wrote, "definitive
14        evidence of such an adverse effect
15        will require a prospective
16        randomized clinical trial."  "It
17        is mandatory to conduct a trial
18        specifically assessing
19        cardiovascular risk and benefit of
20        these agents.  Until then, we urge
21        caution in prescribing these
22        agents to patients at risk for
23        cardiovascular morbidity."
```

**-KETOPOL4 - Clear Attached Exhibit TOPOL4**



```
24   BY MR. KLINE:
00082:01        Q.    Okay.
02              And I'm going to mark a copy
03   of your JAMA article as the next exhibit
04   number.  While it's being marked, let me
05   save time so we can keep the ball
06   rolling.  I'll mark it.
```

**48. PAGE 83:07 TO 83:13 (RUNNING 00:00:15.125)**

```
07              Q.    Now, along the way, I want
08   to go through with you a couple of steps
09   along the way.  I don't want to spend a
10   lot of time on it, but I do want to get
11   the process.  Before you published it,
12   you said to me, and I'm just recapping,
13   that you talked to Dr. Demopoulos?
```

**49. PAGE 83:16 TO 85:06 (RUNNING 00:01:11.076)**

```
16              THE WITNESS:  Yes.
17   BY MR. KLINE:
18              Q.    You actually -- and I have a
19   copy of this.  You actually sent to her
20   the manuscript; correct?
21              A.    Yes.
22              Q.    In advance?
23              A.    Yes.
24              Q.    And what was the purpose of
00084:01   sending her the manuscript, as you viewed
02   it?
03              A.    The main purpose was to
04   reconcile the differences in data that
05   had been published in the New England
06   Journal of Medicine and what was
07   appearing in the FDA database.  There
08   were some significant discrepancies.
09              Q.    The FDA database was made
10   available after the February 2001 hearing
11   to the public; is that correct?
12              A.    That's right.
13              Q.    Posted on the website?
14              A.    Posted on their website.
15              Q.    Available to anyone to see?
16              A.    Absolutely.
17              Q.    And Merck, did you have
18   access to their internal data?
19              A.    No, we did not.
20              Q.    Did you want to get it?
```

**Topol**

```
      21        A.    Well, that's one of the
      22   reasons that I tried to reach out to Dr.
      23   Demopoulos.  Since I had worked with her,
      24   we had a very good relationship in our
00085:01   other trial that we had done, I know she
      02   did not do research in this area of COX-2
      03   inhibitors, but I thought she could be
      04   helpful to get these concerns about data
      05   inconsistencies straightened out.
      06        Q.    Was the data forthcoming?
```

**50. PAGE 85:11 TO 85:17 (RUNNING 00:00:13.514)**

```
      11             THE WITNESS:  We never
      12   received any revisions from anyone
      13   from Merck.  That was never sent
      14   to us, any suggestions, changes of
      15   data.  There was never anything
      16   sent back to me or to my
      17   colleagues.
```

**51. PAGE 87:06 TO 87:11 (RUNNING 00:00:13.099)**

```
      06        Q.    I'm going to show you an
      07   e-mail.  I will mark it as the next
      08   exhibit number.  I'm going to put it in
      09   the record, it's brief, to save some --
      10   you know what, I can put it right in
      11   front of you.  Exhibit Number 5.
```

**52. PAGE 90:05 TO 90:11 (RUNNING 00:00:17.074)**

```
      05        Q.    Now, it's a copy of -- I
```

📄 **TOPOL5 -**

```
      06   would like you to identify it, the front
      07   page of it.  There's an e-mail that says
      08   it's from Alise Reicin to Laura
      09   Demopoulos.  It says, "Did this in the
      10   middle of the night -- not sure it makes
      11   sense."
```

**53. PAGE 90:21 TO 90:24 (RUNNING 00:00:11.392)**

```
      21             And it says here, it
      22   basically transmits back Alise Reicin's
      23   markup, electronic markup of your
      24   document.  Are you familiar with it?
```

**54. PAGE 91:03 TO 91:14 (RUNNING 00:00:13.695)**

```
      03             THE WITNESS:  I've never
      04   seen this.
```

📄 **-KETOPOL5 - Clear Attached Exhibit TOPOL5**

```
      05   BY MR. KLINE:
      06        Q.    Okay.
      07             I want you to turn to Page
      08   8, sir.  I want to find out if this is
      09   something that was ever suggested to you.
      10             If you'd look at the front
      11   page, please, first.  Front page.
```

📄 **TOPOL5-1 -**

```
      12        A.    Oh, yes.
      13        Q.    Sorry.
```

## Topol

```
        14        A.    Yes.
```

**55. PAGE 91:21 TO 91:23  (RUNNING 00:00:06.464)**

```
        21              "Selective COX-2 Inhibitors
        22   Are Associated With an Increased Risk of
        23   Cardiovascular Events."
```

**56. PAGE 92:10 TO 92:12  (RUNNING 00:00:01.298)**

```
        10        Q.    Do you see it?
        11        A.    Yes.
        12        Q.    Okay.
```

**57. PAGE 92:18 TO 92:24  (RUNNING 00:00:11.185)**

```
        18        Q.    This is your paper; correct?
        19        A.    Yes.  Well, I mean, this was
        20   the one that apparently was worked over.
        21        Q.    Correct.
        22        A.    This is not our paper.
        23        Q.    Were you aware of the fact
        24   that Merck was working over your paper?
```

**58. PAGE 93:03 TO 93:23  (RUNNING 00:00:46.864)**

```
        03              THE WITNESS:  I had no idea
        04        until this very moment.
        05   BY MR. KLINE:
        06        Q.    Look under "Results" on Page
```

TOPOL5-2 -

```
        07   8.  Do you see -- I'd like you to look at
        08   the -- don't look at the underlined
        09   sentence yet.  Look at the last -- the
        10   sentence that begins, "The results of the
        11   event-free survival analysis on the 66
        12   cases showed that the relative risk of
        13   developing a cardiovascular event in
        14   rofecoxib treatment arm was 2.37"
        15   percent.
        16              That's something you
        17   eventually told people in your JAMA
        18   paper; correct?
        19        A.    Yes.
        20        Q.    Did you know or did they
```

TOPOL5-3 -

```
        21   suggest it directly to you that according
        22   to Dr. Reicin, "we prefer to flip the
        23   data and say it was reduced on naproxen"?
```

**59. PAGE 94:02 TO 94:05  (RUNNING 00:00:05.164)**

```
        02              THE WITNESS:  It's amazing.
        03        Yes, I see it here, but it's
        04        amazing.  It certainly didn't
```

-KETOPOL5-3 - Clear Attached Exhibit TOPOL5-3

```
        05        appear in our manuscript.
```

**60. PAGE 95:15 TO 96:06  (RUNNING 00:00:33.000)**

```
        15        Q.    Sir, your JAMA article, I
        16   think you read to me that your conclusion
        17   was to call for a full large-scale study;
        18   correct?
```

**Topol**

```
19        A.    That's right.
20        Q.    Did you want a primary
21  cardiovascular endpoint study performed?
22        A.    Not only did it need to have
23  cardiovascular endpoints, but it had to
24  have cardiovascular patients.  Patients
00096:01  had been excluded essentially from all of
02  these studies, and so that was a patient
03  group that we were most worried about,
04  because they would have the highest
05  predisposition to life-threatening
06  events.
```

**61. PAGE 97:07 TO 97:17 (RUNNING 00:00:26.123)**

```
07        Q.    So, did your study, what you
08  were proposing, was it to study the drug
09  in those people who were the logical
10  people who were going to take the drug?
11        A.    Yes.  The only way we could
12  get to the answer here, was it safe for
13  people with heart disease who have
14  arthritis to take the medicine, was to do
15  a trial in these particular patients who
16  had been completely neglected in the
17  development of Vioxx.
```

**62. PAGE 99:16 TO 100:06 (RUNNING 00:00:29.050)**

```
16        Q.    Look at Page 18.
```

📄 TOPOL5-4 - 

```
17        A.    Yes.
18        Q.    "Until then," and this ended
19  up in your paper, "we urge caution in
20  prescribing these agents to patients at
21  risk for cardiovascular morbidity."  Your
22  words?
23        A.    That's the words that's here
24  in the paper that are published, yes.
00100:01        Q.    The underlined words are Dr.
02  Reicin's, according to her e-mail which
03  she wrote.  Did you see what she said?
04        A.    Yes.
05        Q.    "Conclusion needs to be
06  toned down."
```

**63. PAGE 101:18 TO 101:21 (RUNNING 00:00:12.108)**

```
18        Q.    And when she came to see
19  you, sir, did you believe that one of the
20  purposes was to neutralize you and your
21  opinion?
```

**64. PAGE 101:24 TO 105:02 (RUNNING 00:02:31.755)**

```
24              THE WITNESS:  Well,
00102:01        certainly.  The comments she made
02        at that meeting would go along
03        with that.  I mean, she basically
04        said that -- I remember the
05        conversation.  It actually was
06        supposed to be three people coming
07        to visit, which was unusual, to
08        discuss a manuscript, but because
09        of our prior relationship with
10        Merck and Dr. Demopoulos and Dr.
```

## Topol

```
11        DiBattiste, I had reluctantly
12        agreed to this meeting.  But Dr.
13        DiBattiste didn't show up, it was
14        supposed to be the three of them,
15        and the meeting started out with
16        that we got it wrong, that we
17        would be embarrassed.
18  BY MR. KLINE:
19        Q.    "We" meaning?
20        A.    Dr. Nissen, Dr. Mukherjee
21  and I.
22        Q.    Three physicians at the
23  Cleveland Clinic?
24        A.    Right.
00103:01  Q.    Got it wrong?
02        A.    Got it wrong, that we would
03  be embarrassed if we published this
04  paper.
05        Q.    Her word?
06        A.    That's the word.  The word
07  is "embarrassed."  And I thought that was
08  harsh.  And she came across as kind of
09  arrogant, I thought.  But we talked it
10  through, and I explained to her that, you
11  know, we don't feel that way at all, and
12  we will stand by our data.  We only
13  wanted the input on inconsistencies of
14  data.  We did not ask to them -- for Dr.
15  Reicin or colleagues to opine about our
16  perspective.
17        But the discussion ended up
18  okay.  You know, she came about the
19  naproxen hypothesis, which I dismissed as
20  the explanation.  She came with the
21  rheumatoid arthritis -- that patients
22  with rheumatoid arthritis, you know, Dr.
23  Topol, have much higher rates of heart
24  attack.  And I said, well, that doesn't
00104:01  explain it, because all the patients had
02  rheumatoid arthritis.  So, if there's a
03  gradient of heart attack, it can't just
04  be from that explanation.
05        She also came with the
06  notion that there were lots of data that
07  we didn't know about, Dr. Nissen, Dr.
08  Mukherjee and I, that was in the Merck
09  files that the FDA had, but we didn't
10  have access.  And I said, well, we can't
11  comment on data we don't have access to,
12  and I'm sorry.
13        So, the meeting probably
14  went on about an hour-and-a-half.  It
15  ended cordially.  And at times she said
16  that Merck was considering doing a trial
17  in heart patients, and if we had any
18  ideas, she welcomed us to forward a
19  proposal, protocol, and that seemed to
20  be -- I got the sense it was a gesture.
21  I didn't really think that Dr. Reicin was
22  serious about it, but nonetheless, I
23  thought that we probably should at least
24  send some type of protocol sketch if they
00105:01  would like to see what our ideas were for
02  pursuing this question.
```

## Topol

**65.  PAGE 106:14 TO 107:12 (RUNNING 00:00:20.261)**

```
      14              Q.    Let me just briefly show you
      15    another document.  It's a Merck document,
```

📄 TOPOL6 -

```
      16    Exhibit Number 7.
      17                      -  -  -
      18                 (Whereupon, Deposition
      19            Exhibit Topol-7, E-mails, with
      20            attachment, "Selective COX-2
      21            Inhibitors are Associated with An
      22            Increased Risk of Cardiovascular
      23            Events," (Mukherjee, et al) draft
      24            manuscript, MRK-ABA0009661 -
00107:01            MRK-ABA0009693, was marked for
      02            identification.)
      03                  -  -  -
      04    BY MR. KLINE:
      05              Q.    Very briefly.  And, again, I
      06    don't have the time to have you sit and
      07    read the whole thing, but I want you to
      08    look at the front page.
      09                 Apparently the manuscript
      10    was further worked on internally at
      11    Merck.  Are you aware of that fact?
      12              A.    No.
```

**66.  PAGE 107:15 TO 108:10 (RUNNING 00:00:47.565)**

```
      15                 THE WITNESS:  I had no
      16            knowledge of that.
      17    BY MR. KLINE:
      18              Q.    And there's an e-mail from
```

📄 TOPOL6-1 -

```
      19    Dr. Demopoulos to a number of people,
      20    including Alise Reicin.  And they took a
      21    crack at revising it, and if you look at
      22    the last sentence of the e-mail, "We
      23    recognize that the revised" transcript
      24    "does not completely neutralize the
00108:01    potential negative impact of the
      02    publication, but...it is substantially
      03    removed from the original.  We" feel
      04    "that revising it further to more
      05    completely present a Merck perspective
      06    might alienate the authors and" thus
      07    "jeopardize our opportunity to contribute
      08    at all."
      09                 Did you know that's what was
      10    going on?
```

**67.  PAGE 108:13 TO 108:14 (RUNNING 00:00:02.432)**

```
      13                 THE WITNESS:  This is
```

📄 -KETOPOL6-1 - Clear Attached Exhibit TOPOL6-1

```
      14            remarkable.  I didn't know --
```

**68.  PAGE 108:17 TO 108:18 (RUNNING 00:00:00.957)**

```
      17                 THE WITNESS:  -- this was
      18            going on at all.
```

## Topol

**69. PAGE 109:21 TO 110:06  (RUNNING 00:00:25.278)**

```
     21          Q.    Is part of the academic
     22  process -- you've worked --
     23               You've done studies for
     24  large pharmaceutical companies, Merck?
00110:01          A.    Yes.
     02          Q.    Is part of the process to
     03  get the scientific facts in the medical
     04  literature, or is the real objective, or
     05  is part of the objective to get the,
     06  quote, drug company perspective?
```

**70. PAGE 110:08 TO 110:20  (RUNNING 00:00:21.132)**

```
     08               THE WITNESS:  Well, you
     09          know, I had been trying to have an
     10          intellectually fulfilling and
     11          collaborative relationship with
     12          people at Merck, and that was
     13          something that I think we enjoyed
     14          up until this sort of thing, which
     15          is obviously a departure from
     16          that, but --
     17  BY MR. KLINE:
     18          Q.    Is it --
     19          A.    -- it's unfortunate.
     20          Q.    Is it a departure --
```

**71. PAGE 110:24 TO 111:04  (RUNNING 00:00:14.560)**

```
     24          Q.    -- from sound academic and
00111:01  scientific practice to attempt to
     02  neutralize papers and try to inject a
     03  particular perspective, rather than what
     04  is the down the middle truth?
```

**72. PAGE 111:08 TO 111:14  (RUNNING 00:00:18.204)**

```
     08               THE WITNESS:  Yes.  I mean,
     09          I think that the role of academic
     10          medicine is to publish a highly
     11          objective independent processing
     12          of data and perspective, and
     13          anything to try to warp that or
     14          twist it is unacceptable.
```

**73. PAGE 122:03 TO 122:14  (RUNNING 00:00:27.034)**

```
     03          Q.    Now, let's talk about VIGOR,
     04  because that was some focus of what you
     05  were doing when you retrospectively
     06  looked at VIGOR and also a number of
     07  other studies including 090.
     08          A.    Yes.
     09          Q.    Okay.
     10               You looked at, I think, a
     11  study called 085, 090, VIGOR.  Any other?
     12          A.    Those are the principal
     13  ones.  I think all the studies, but those
     14  are the ones that we focused on the most.
```

**74. PAGE 124:17 TO 125:04  (RUNNING 00:00:24.272)**

```
     17               You looked at the VIGOR
     18  trial, and you made some determinations
     19  there; correct?
     20          A.    That's right.
     21          Q.    Okay.
```

## Topol

```
        22              What did you -- I would like
        23  you to list out sequentially.  If you've
        24  covered it already, list it so we have it
00125:01  in a list.
        02              What were your major
        03  findings as you looked independently back
        04  at the VIGOR trial?
```

**75. PAGE 125:07 TO 126:06 (RUNNING 00:00:57.412)**

```
        07              THE WITNESS:  I think the
        08  most important finding is
        09  summarized in Figure 1 of that
```

📄 TOPOL7 -                                                    |||| || |||||||||||||

```
        10  paper, which comes right from the
        11  FDA Targum report.  And basically
        12  what that figure, first time now
        13  published to the medical
        14  community, it shows that there's a
        15  divergence of the heart attack and
        16  serious event curves.  The event
        17  curves is Figure 1, whereby
        18  starting at four to six weeks
        19  after the start of the medicine,
        20  Vioxx compared to naproxen, there
        21  is an over two-fold risk of
        22  serious events.
        23  BY MR. KLINE:
        24        Q.    That Kaplan-Meier curve,
00126:01  which will be marked -- we don't have to
        02  display it right now, but I want to mark
        03  it so that it's part of an exhibit to be
        04  displayed as part of this transcript.  We
        05  will put a number 9 on table -- on Figure
        06  1 of the Topol JAMA article.
```

**76. PAGE 126:23 TO 127:04 (RUNNING 00:00:13.191)**

```
        23        Q.    That Figure 1, which is the
        24  Kaplan-Meier curve showing the time to
00127:01  cardiovascular adverse events, the line
        02  separated how many days?
        03        A.    Between four and six weeks
```

📄 TOPOL7-1 -                                                  ||| || ||||| |||||||

```
        04  these curves diverge.
```

**77. PAGE 127:08 TO 127:10 (RUNNING 00:00:03.791)**

```
        08        Q.    Is this, by the way,
        09  something that has been replicated in
        10  other studies?
```

**78. PAGE 127:13 TO 127:18 (RUNNING 00:00:05.899)**

```
        13              THE WITNESS:  It's been
        14  replicated in four randomized
        15  trials.
```

📄 -KETOPOL7-1 - Clear Attached Exhibit TOPOL7-1              |||||||||| || ||||| ||||||

```
        16  BY MR. KLINE:
        17        Q.    That it separates at an
        18  early time?
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

**79. PAGE 127:20 TO 128:17 (RUNNING 00:00:33.968)**

```
    20            THE WITNESS:  That's right.
    21  BY MR. KLINE:
    22        Q.    Okay.
    23              And what are those studies?
    24        A.    Study 090, which was a
00128:01  six-week trial, which had a 760 percent
    02  excess within the six weeks.
    03        Q.    Yes.
    04        A.    The VIGOR trial I just
    05  mentioned.
    06        Q.    Yes.
    07        A.    The ADVANTAGE trial, which
    08  was a 12-week trial that showed a
    09  significant excess in the 12-week time
    10  frame.
    11              And the VICTOR trial, which
    12  has not yet been published, which is a
    13  colon cancer trial of 2,300 patients
    14  coordinated out of Oxford, which has been
    15  at least commented on by the
    16  investigators having immediate excess in
    17  heart attack risk.
```

**80. PAGE 129:03 TO 129:07 (RUNNING 00:00:15.230)**

```
    03              What conclusion have you
    04  reached, Dr. Topol, relating to the
    05  increased risk of cardiovascular events,
    06  heart attacks and strokes relating to
    07  short-term usage of the drug?
```

**81. PAGE 129:10 TO 130:03 (RUNNING 00:00:31.513)**

```
    10            THE WITNESS:  Well, there is
    11        -- I should also add the four
    12        randomized trials, there's the
    13        cumulative analysis by Dr. Juni
    14        published in the Lancet which
    15        shows no relationship between
    16        duration of therapy and heart
    17        attack excess.
    18              But interestingly, all four
    19        of these trials, and the
    20        cumulative Juni analysis, was on
    21        patients without heart disease.
    22        So, the risk of it being immediate
    23        and early could actually be much
    24        more exaggerated in patients with
00130:01  heart disease.
    02  BY MR. KLINE:
    03        Q.    Any doubt --
```

**82. PAGE 130:08 TO 130:13 (RUNNING 00:00:10.586)**

```
    08        Q.    -- about it in your mind?
    09        A.    There isn't any question
    10  about this.  To see it replicated across
    11  four trials in patients who don't even
    12  have heart disease is quite an important
    13  finding.
```

**83. PAGE 130:18 TO 131:05 (RUNNING 00:00:26.462)**

```
    18        Q.    In this particular
    19  Kaplan-Meier curve for the VIGOR trial,
    20  that was not published in the New England
    21  Journal of Medicine; is that correct?
```

## Topol

```
        22          A.    No.  As I mentioned earlier,
        23   the New England Journal of Medicine paper
        24   featured the gastrointestinal side
00131:01   effects and benefit, but it did not show
        02   in any graphic form, and there are other
        03   irregularities of this paper, but it
        04   certainly did not highlight the heart
        05   attack problems.
```

**84. PAGE 131:20 TO 132:02 (RUNNING 00:00:15.093)**

```
        20          You mentioned already that
        21   there was an increased risk of
        22   cardiovascular events starting at the
        23   six-week period in this study; correct?
        24          A.    Yes.
00132:01          Q.    Replicated by other studies
        02   we now know later?
```

**85. PAGE 132:05 TO 132:22 (RUNNING 00:00:26.800)**

```
        05          THE WITNESS:   Three other
        06          randomized trials.
        07   BY MR. KLINE:
        08          Q.    Yes.
        09          A.    Yes.
        10          Q.    And by the way, I'm going to
        11   get to naproxen.  On this naproxen
        12   theory, has there ever been a randomized
        13   clinical trial demonstrating that
        14   naproxen is cardioprotective?
        15          A.    There is no -- there are no
        16   data that I am aware of to show that
        17   naproxen in any randomized trial is
        18   cardioprotective.
        19          Q.    Do you think that if there
        20   were such a study, you would know about
        21   it?
        22          A.    I would think so.
```

**86. PAGE 133:01 TO 133:04 (RUNNING 00:00:09.792)**

```
00133:01          Q.    So, what do you think of
        02   this naproxen hypothesis that was put
        03   forward by Merck to justify the results
        04   in VIGOR?
```

**87. PAGE 133:07 TO 133:16 (RUNNING 00:00:20.839)**

```
        07          THE WITNESS:   It doesn't
        08          justify -- I mean, as I mentioned
        09          earlier, the problem is you have
        10          an experimental drug which is not
        11          fully defined, and you compare it
        12          to a drug that's been known for 20
        13          years.  To all of a sudden to
        14          ascribe some type of magical
        15          protective effect without any
        16          basis is not acceptable.
```

**88. PAGE 136:05 TO 136:11 (RUNNING 00:00:14.684)**

```
        05          Q.    Tell me, Dr. Topol, as you
        06   wrote it in JAMA and as you believed it
        07   then and today, the significance of 090,
        08   the study 090.  What was that study?
        09   When was it performed?  Just tell me what
        10   it was and what its significance was to
        11   you.
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

**89. PAGE 136:14 TO 138:10  (RUNNING 00:01:38.671)**

```
         14               THE WITNESS:  To me, that
         15     study has been overlooked.  It
         16     has, in many ways, extraordinary
         17     significance in the clinical
         18     development of Vioxx.  And the
         19     reason is is that this study had
         20     978 patients.  And within the 978
         21     patients, they were randomly
         22     assigned, they had the typical
        ·23     arthritis, osteoarthritis
         24     so-called, they were randomly
00137:01     assigned to Vioxx, a medicine
         02     called nabumetone or known as
         03     Relafen, which isn't used very
         04     much, or placebo.
         05               And so what they had were
         06     these three arms tested with only
         07     12-and-a-half milligrams of Vioxx.
         08     So, it's a very low dose of Vioxx
         09     relative to these other trials
         10     that we've been discussing.
         11 BY MR. KLINE:
         12     Q.    090 being a 12.5 milligram,
         13 as opposed to VIGOR, which was 50?
         14     A.    That's right.
         15     Q.    Okay.
         16     A.    And what is so striking
         17 about this trial is that it has, at the
         18 end of six weeks of therapy, a
         19 statistically significant 760 percent
         20 excess of heart attacks.  Now, it's not
         21 quite 1,000 patient trial, but certainly
         22 that can't be minimized.  And the point
         23 being is that if you see that trial in
         24 replication with the problems with VIGOR,
00138:01 you have a very serious problem.
         02               But moreover, what is the
         03 misleading statements that have been
         04 made, is that there have been no trials
         05 ever done with Vioxx, before APPROVe,
         06 comparing the drug except for naproxen,
         07 in which there was a risk.  In fact,
         08 there was study 090, which compared to
         09 placebo or nabumetone, which showed a
         10 highly significant excess risk.
```

**90. PAGE 141:05 TO 141:11  (RUNNING 00:00:15.187)**

```
         05               As of August 22, 2001, all
         06 you were asking Merck to do was what?
         07     A.    To do an appropriate trial,
         08 to acknowledge that there may be risks,
         09 and that didn't occur, but to also do an
         10 appropriate trial in patients with heart
         11 disease.
```

**91. PAGE 143:16 TO 143:21  (RUNNING 00:00:11.611)**

```
         16     Q.    Had anything that is called
         17 a prespecified cardiovascular endpoint
         18 study, has it ever been done by Merck?
         19     A.    It has never been done in my
         20 mind to this day.
         21     Q.    Did it need to be done?
```

## Topol

**92. PAGE 143:24 TO 144:02 (RUNNING 00:00:03.181)**

```
     24              THE WITNESS:  Absolutely.
00144:01      · And we called for it innumerable
     02       times.
```

**93. PAGE 166:05 TO 166:07 (RUNNING 00:00:06.309)**

```
     05              The warnings on this drug,
     06   were there adequate warnings on this
     07   drug, sir, in the '99 and 2002 labels?
```

**94. PAGE 166:10 TO 166:21 (RUNNING 00:00:27.560)**

```
     10       Q.    As to cardiovascular risks?
     11              THE WITNESS:  In my opinion,
     12       both the original label and then
     13       the revision in April 2002 did not
     14       show adequate safety concerns
     15       about heart attacks, strokes and
     16       death that could occur from the
     17       medicine.  So, it wasn't present
     18       at all in the first iteration in
     19       1999, and it certainly was not
     20       adequately flagged in the 2002
     21       revision.
```

**95. PAGE 198:13 TO 198:18 (RUNNING 00:00:15.226)**

```
     13   BY MR. KLINE:
     14       Q.    Did you observe any pattern
     15   of conduct by Merck every time or any
     16   time an investigator like yourself or
     17   Juni did a critical analysis and
     18   questioned the safety of the drug Vioxx?
```

**96. PAGE 198:20 TO 199:07 (RUNNING 00:00:29.051)**

```
     20              THE WITNESS:  Each time we
     21       published a paper or a study was
     22       also published by other
     23       investigators questioning the
     24       safety of Vioxx, there would be
00199:01       immediately a PR attack on the
     02       report.  Merck would refute the
     03       findings and/or they would have
     04       consultants of theirs refute the
     05       findings.  So, there was a
     06       published and then anti force that
     07       would occur without any question.
```

**97. PAGE 214:07 TO 214:14 (RUNNING 00:00:17.018)**

```
     07              One thing that Merck said
     08   from the APPROVe study was that there was
     09   an increased risk after 18 months.  Do
     10   you recall that claim?
     11       A.    Yes.
     12       Q.    How did you see that in the
     13   context of the full picture of the
     14   articles?
```

**98. PAGE 214:16 TO 216:05 (RUNNING 00:01:20.360)**

```
     16              THE WITNESS:  This was
     17       another extremely concerning part
     18       of that dissemination on the day
     19       of withdrawal, that it took 18
     20       months for there to be any risk,
     21       because that's not true.
```

## Topol

```
       22                In fact, as I reviewed
       23        earlier in this deposition, there
       24        were four trials that showed that
00215:01        the timeline for that was
       02        considerably quicker.  In VIGOR,
       03        with four to six weeks, there was
       04        separation.  In ADVANTAGE, within
       05        12 weeks.  In VICTOR, this was
       06        immediate.  And in study 090,
       07        within six weeks.
       08                And in all of these trials,
       09        there were no heart disease
       10        patients.  So, it could have been
       11        much worse than -- in the days or
       12        weeks.  And beyond all that,
       13        there's the issue of a problem of
       14        statistical power, that is, you
       15        have to do a very large trial if
       16        you're not expecting adequate
       17        number of events, and so none of
       18        the trials were adequately powered
       19        from a time perspective.
       20                But, given all those things,
       21        that is, statistical power, lack
       22        of cardiovascular patients, and
       23        four randomized trials, in
       24        addition to the Juni analysis,
00216:01        there's a pretty strong case that
       02        the risk of Vioxx for heart
       03        attacks can occur at any time
       04        after the initiation of the
       05        medicine.
```

### 99. PAGE 221:22 TO 222:03 (RUNNING 00:00:09.803)

```
       22        Q.    All right.
       23                Now, my purpose is to go
       24        through your criticisms of the VIGOR
00222:01        trial and what you think Merck did that
       02        constitutes scientific misconduct.  Can
       03        you do so, sir?
```

### 100. PAGE 222:09 TO 223:24 (RUNNING 00:01:22.400)

```
       09                THE WITNESS:  Okay.
       10                So, what I cited here in
       11        this correspondence is how the
       12        article in the New England
       13        Journal -- this goes back to what
       14        we discussed earlier today, which
       15        is when the paper was published in
       16        November 2000 as compared to the
       17        FDA documents that we have a
       18        chance to review in February of
       19        2001, there was -- there were
       20        gross discrepancies, which is why
       21        we had contacted Merck in the
       22        first place about this manuscript.
       23                Then, finally, we had the
       24        ability to work with the New
00223:01        England Journal of Medicine
       02        editors, Dr. Curfman, Dr. Drazen,
       03        and to figure out what was going
       04        on.
       05                Now, as it turns out, in the
       06        VIGOR manuscript, in the New
       07        England Journal in 2000, in three
```

Case Clip(s) Detailed Report
Tuesday, November 07, 2006, 2:09:17 AM

## Topol

```
08          times in the paper, this is first
09          authored by Bombardier, and three
10          times it says that the mortality
11          was the same between naproxen and
12          Vioxx.  And that was untrue.
13              In fact, there was a 46
14          percent difference.  There were 22
15          deaths in the Vioxx arm versus 15
16          deaths in the naproxen arm.  And
17          so instead of presenting the
18          deaths as they should, the authors
19          only used percentages, rounded
20          them off, but moreover, they
21          asserted strongly in three
22          different places that the
23          mortality was the same.  So,
24          that's issue number one.
```

**101. PAGE 224:22 TO 225:18 (RUNNING 00:00:42.800)**

```
22          A.    The second issue was the
23          false data regarding heart attacks.  So,
24          instead of a five-fold increase, which we
00225:01    know is true at the bare minimum, because
02          there wasn't the right adjudication in
03          this trial as we learned and I reviewed
04          earlier from the Targum report, but now
05          we're talking about that the authors knew
06          the correct number of heart attacks.
07              They could have fixed the
08          galley proofs, and this is told to me by
09          the editors of the New England Journal,
10          but they decided to give the correct
11          numbers in the published New England
12          Journal paper.  So, they had a four-fold
13          increase in heart attacks rather than a
14          five-fold increase in heart attacks.
15              And that is erroneous, and
16          that appears to be, best I can
17          reconstruct with the New England Journal
18          editors, an error of commission.
```

**102. PAGE 225:22 TO 226:07 (RUNNING 00:00:20.900)**

```
22          Q.    And the third?
23          A.    The third is, rather than
24          report any of the other clotting events,
00226:01    like strokes, like transient ischemic
02          attacks, like unstable angina, like
03          peripheral arterial thrombosis, like
04          venous thrombosis, like pulmonary
05          embolism, none of these were reported in
06          the New England Journal of Medicine
07          paper.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:47:14.272)

## Topol Merck Cross

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 1 | 316:5 -317:3 | Topol, Eric 2005-11-22 | 00:00:53 | 00:00:00 | 00:55:46 | Z1.1 |

316:5   Q:  Good afternoon, Dr. Topol.
316:6   A:  Good afternoon.
316:7   Q:  I want to talk for a few
316:8   seconds about cardiovascular disease. Is
316:9   it the leading cause of death in the
316:10  United States?
316:11  A:  Yes, it is.
316:12  Q:  Is cardiovascular disease
316:13  the leading cause of death by far?
316:14  A:  Well, it's significantly
316:15  greater than the second leading cause of
316:16  cancer, so, yes.
316:17  Q:  Is cardiovascular disease
316:18  the number one killer in the United
316:19  States and has it been since 1900?
316:20  A:  Yes.
316:21  Q:  Do you know that
316:22  approximately every 34 seconds somebody
316:23  dies of heart disease in this country?
316:24  A:  That's, I think, from the
317:1   American Heart Association, and I can't
317:2   vouch for the calculation, but that's out
317:3   there, yes.

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 2 | 317:23 -319:9 | Topol, Eric 2005-11-22 | 00:01:19 | 00:00:53 | 00:54:53 | Z1.2 |

317:23  Q:  Is it true, Dr. Topol, that
317:24  every year 400,000 -- 460,000 people die
318:1   of heart disease in the emergency room or
318:2   before even getting to the hospital?
318:3   A:  That number may be about
318:4   right. There's a lot of out of hospital
318:5   sudden death, yes.
318:6   Q:  Did you take Vioxx, Dr.
318:7   Topol?
318:8   A:  Yes, I took Vioxx.
318:9   Q:  You took Vioxx for years,
318:10  didn't you?
318:11  A:  I took it occasionally. I
318:12  have knee arthritis. I've had multiple
318:13  knee surgeries, so, I would take it on
318:14  demand, you know, whether it be every --
318:15  once, a couple, every few weeks, that

| | | | | | | |
|---|---|---|---|---|---|---|

318:16   sort of thing.
318:17   Q:  The reason you took Vioxx is
318:18   because you had serious knee pain, and
318:19   traditional NSAIDs were bothering your
318:20   stomach. Is that true?
318:21   A:  I think the medicines that I
318:22   had taken actually didn't bother my
318:23   stomach. I haven't had any things that
318:24   really bothered my stomach very much, but
319:1    I can't recall that so much as I thought
319:2    I had better relief of my arthritis than
319:3    by taking a Motrin or some other
319:4    over-the-counter preparation.
319:5    Q:  Vioxx helped relieve your
319:6    knee pain better than the traditional
319:7    NSAIDs. Is that fair?
319:8    A:  The ones that I had tried,
319:9    yes.

---

**3    322:19 -323:3**    Topol, Eric 2005-11-22      00:00:16   00:02:12   00:53:34      Z1.3

322:19   Q:  Was the VIGOR trial
322:20   published in the New England Journal of
322:21   Medicine?
322:22   A:  Yes. As I mentioned, the
322:23   November 22nd, 2000.
322:24   Q:  Is the New England Journal
323:1    of Medicine a top medical journal?
323:2    A:  It's the leading impact
323:3    journal in biomedicine today.

---

**4    323:12-325:17**    Topol, Eric 2005-11-22      00:02:03   00:02:28   00:53:18      Z1.4

323:12   Q:  Is the New England Journal
323:13   of Medicine a peer-reviewed journal?
323:14   A:  Yes.
323:15   Q:  That means that before the
323:16   New England Journal of Medicine will
323:17   publish an article, doctors who are
323:18   knowledgeable in the field that's being
323:19   described in the article review the
323:20   article for accuracy.
323:21   A:  'Peer review' means that the
323:22   data are reviewed, and certainly the
323:23   conclusions are -- yes, that's what peer
323:24   review is all about.
324:1    Q:  Peer reviewed is a standard
324:2    process that medical journals use to
324:3    ensure the quality of the articles that

324:4    they publish; correct?

324:5    A:  Correct.

324:6    Q:  I want to talk briefiy about

324:7    how the VIGOR trial was conducted, and

324:8    then we'll discuss the results. Okay?

324:9    A:  Yes.

324:10    Q:  Do you know that VIGOR

324:11    tested whether Vioxx was safe at treating

324:12    pain suffered by patients who had

324:13    rheumatoid arthritis?

324:14    A:  Yes. I mentioned that

324:15    earlier today.

324:16    Q:  And one of the things that

324:17    the VIGOR trial sought to test was

324:18    whether the patients who had rheumatoid

324:19    arthritis could have relief from their

324:20    pain without causing them as many stomach

324:21    problems as naproxen; correct?

324:22    A:  The primary, I think,

324:23    endpoint of the study was the relief of

324:24    gastrointestinal complications. That

325:1    was, I think, why the sample size and the

325:2    power of the trial was set up, to detect

325:3    whether or not rofecoxib/Vioxx would have

325:4    an advantage over naproxen in that

325:5    regard.

325:6    Q:  Are patients with rheumatoid

325:7    arthritis at higher risk of heart

325:8    attacks?

325:9    A:  As I mentioned this morning,

325:10    yes, patients with RA, rheumatoid

325:11    arthritis, do have higher event rates for

325:12    heart attacks.

325:13    Q:  In the VIGOR trial, patients

325:14    who participated either used Vioxx 50

325:15    milligrams once a day or naproxen, 500

325:16    milligrams twice per day. Is that right?

325:17    A:  That's correct.

| 5 | 327:17 -328:10 | Topol, Eric 2005-11-22 | 00:00:38 | 00:04:31 | 00:51:15 | Z1.5 |

327:17    Q:  You're not critical, Dr.

327:18    Topol, of Merck's decision to use

327:19    naproxen as the drug to compare Vioxx to,

327:20    are you, sir?

327:21    A:  No. I think naproxen, being

327:22    a widely used nonsteroidal agent for

327:23   arthritis, all types of arthritis, was a
327:24   very suitable comparator.
328:1   Q:  None of the patients in the
328:2   VIGOR trial used placebo, did they?
328:3   A:  The VIGOR trial did not test
328:4   placebo. It was a so-called active
328:5   comparison, that is, comparing one active
328:6   anti-inflammatory versus another.
328:7   Q:  A placebo is another word
328:8   for a sugar pill. Is that right?
328:9   A:  That would be an inactive
328:10   drug, yes.

| 6 | 329:1 -329:9 | Topol, Eric 2005-11-22 | 00:00:17 | 00:05:09 | 00:50:37 | Z1.6 |

329:1   Q:  Would it be ethical, Dr.
329:2   Topol, if half of the patients in the
329:3   VIGOR study who had rheumatoid arthritis
329:4   only took a placebo?
329:5   A:  If they had no other relief
329:6   for their rheumatoid arthritis symptoms?
329:7   Q:  Yes.
329:8   A:  No, that would not be
329:9   proper.

| 7 | 330:7 -330:15 | Topol, Eric 2005-11-22 | 00:00:19 | 00:05:26 | 00:50:20 | Z1.7 |

330:7   Q:  Do you agree then, sir, that
330:8   Vioxx worked to reduce pain that
330:9   rheumatoid arthritis patients were
330:10   experiencing in the VIGOR trial?
330:11   A:  It reduced pain, as far as I
330:12   understand from the data, equally, as
330:13   well as naproxen at the doses that were
330:14   administered with the 50 milligrams of
330:15   Vioxx, yes.

| 8 | 338:22 -339:24 | Topol, Eric 2005-11-22 | 00:00:48 | 00:05:45 | 00:50:01 | Z1.8 |

338:22   Q:  Let me back up, Dr. Topol.
338:23   I think you said in one of your previous
338:24   answers that there were 20 heart attacks
339:1   seen in the Vioxx group and 4 heart
339:2   attacks seen in the naproxen group.
339:3   Right?
339:4   A:  That's correct.
339:5   Q:  That's a five times
339:6   difference; right?
339:7   A:  That's correct.
339:8   Q:  What percentage of the

**Topol Merck Cross**

339:9     patients in the Vioxx group had heart
339:10    attacks?
339:11    A:  That would be 20 of 4,047.
339:12    So, that would be approximately -- I
339:13    don't have a calculator, but it would be
339:14    approximately .5 percent.
339:15    Q:  One half of one percent?
339:16    A:  One half of one percent.
339:17    Q:  Do you know what the
339:18    percentage of heart attacks in the
339:19    naproxen group was?
339:20    A:  Well, that was 4 out of
339:21    4,029, which is less than .1 percent.
339:22    Q:  Or less than one-tenth of
339:23    one percent?
339:24    A:  That's correct.

---

9    342:13 - 343:22    Topol, Eric 2005-11-22              00:01:08   00:06:33   00:49:13              Z1.9

342:13    Q:  Did the Food & Drug
342:14    Administration hold a special Advisory
342:15    Committee meeting in February of 2001 to
342:16    discuss the question of whether COX-2
342:17    inhibitors cause heart problems?
342:18    A:  Yes. They had, as I
342:19    mentioned this morning, a two-day
342:20    conference, one for each of the drugs,
342:21    Celebrex and Vioxx.
342:22    Q:  What is an FDA Advisory
342:23    Committee briefly, sir?
342:24    A:  Well, a panel of experts are
343:1     brought in, and the data are reviewed,
343:2     and there's recommendations by the panel
343:3     to give to the FDA staff, and the FDA
343:4     staff can either accept or reject those
343:5     recommendations. But this is a panel of
343:6     experts. In this particular case, it was
343:7     predominantly rheumatologists. There
343:8     were only two cardiologists who were
343:9     invited to the panel to review Vioxx and
343:10    Celebrex.
343:11    Q:  One of the cardiologists who
343:12    was on the Advisory Committee was your
343:13    colleague, Dr. Steven Nissen; is that
343:14    right?
343:15    A:  Yes.
343:16    Q:  He is a well-respected

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | 343:17 | cardiologist, correct, sir? | | | | |
| | 343:18 | A: Yes. | | | | |
| | 343:19 | Q: The FDA Advisory Committee | | | | |
| | 343:20 | meetings that are held, those are open to | | | | |
| | 343:21 | the public, aren't they, Dr. Topol? | | | | |
| | 343:22 | A: Yes. | | | | |

| 10 | **344:11 -345:5** | Topol, Eric 2005-11-22 | 00:00:33 | 00:07:41 | 00:48:05 | Z1.10 |
|---|---|---|---|---|---|---|
| | 344:11 | Q: During the Advisory | | | | |
| | 344:12 | Committee meeting that your colleague, | | | | |
| | 344:13 | Dr. Nissen, attended, Merck gave a | | | | |
| | 344:14 | presentation; right? | | | | |
| | 344:15 | A: Merck gave a substantial | | | | |
| | 344:16 | presentation, that's right. | | | | |
| | 344:17 | Q: Pfizer gave a presentation | | | | |
| | 344:18 | about Celebrex; correct? | | | | |
| | 344:19 | A: That was on a different day, | | | | |
| | 344:20 | yes. | | | | |
| | 344:21 | Q: The FDA made a presentation | | | | |
| | 344:22 | as well; correct? | | | | |
| | 344:23 | A: Yes. | | | | |
| | 344:24 | Q: The FDA also prepared | | | | |
| | 345:1 | background materials for the Advisory | | | | |
| | 345:2 | Committee, analyzing the clinical trials | | | | |
| | 345:3 | that had been done on Vioxx and Celebrex; | | | | |
| | 345:4 | correct, sir? | | | | |
| | 345:5 | A: That's correct. | | | | |

| 11 | **350:22 -350:24** | Topol, Eric 2005-11-22 | 00:00:07 | 00:08:14 | 00:47:32 | Z1.11 |
|---|---|---|---|---|---|---|
| | 350:22 | Q: Let me show you, sir, an | | | | |
| Link > ET30.1 | 350:23 | excerpt from the FDA Advisory Committee | | | | |
| | 350:24 | meeting. | | | | |

| 12 | **352:6 -352:7** | Topol, Eric 2005-11-22 | 00:00:02 | 00:08:21 | 00:47:25 | Z1.12 |
|---|---|---|---|---|---|---|
| | 352:6 | Q: Dr. Topol, does Dr. | | | | |
| | 352:7 | Nissen -- | | | | |

| 13 | **352:10 -352:20** | Topol, Eric 2005-11-22 | 00:00:24 | 00:08:23 | 00:47:23 | Z1.13 |
|---|---|---|---|---|---|---|
| | 352:10 | Q: -- make the following | | | | |
| Link > ET30.4.1 | 352:11 | statement to the Advisory Committee? | | | | |
| | 352:12 | 'Briefly, I think what I would say in the | | | | |
| | 352:13 | label is that there was an excess of | | | | |
| | 352:14 | cardiovascular events in comparison to | | | | |
| | 352:15 | naproxen, that it remains uncertain | | | | |
| | 352:16 | whether this was due to beneficial | | | | |
| | 352:17 | cardioprotective effects of naproxen or | | | | |
| | 352:18 | prothrombotic effects of the agent, and | | | | |
| | 352:19 | leave it at that, that basically we don't | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 352:20 | know the reason'? | | | | |
| 14 | 353:4 - 353:12 | | Topol, Eric 2005-11-22 | 00:00:20 | 00:08:47 | 00:46:59 | Z1.14 |
| | | 353:4 | Q:  Do you see that? | | | | |
| | | 353:5 | A:  Yeah, I see it, and I | | | | |
| | | 353:6 | understand that completely. As of | | | | |
| | | 353:7 | February 8, 2001, which I believe was the | | | | |
| | | 353:8 | date of this -- and I also understand | | | | |
| | | 353:9 | that the consensus of the panel was like | | | | |
| Link > Hide | | 353:10 | this, that there needed to be a change in | | | | |
| | | 353:11 | the label about the cardiovascular risk. | | | | |
| | | 353:12 | So, this is consistent with that. | | | | |
| 15 | 363:13 - 363:19 | | Topol, Eric 2005-11-22 | 00:00:16 | 00:09:07 | 00:46:39 | Z1.15 |
| | | 363:13 | Q:  Do you agree, Dr. Topol, | | | | |
| | | 363:14 | that all clinical trials must offer | | | | |
| | | 363:15 | potential benefits to patients? | | | | |
| | | 363:16 | A:  One can never do a trial | | | | |
| | | 363:17 | with just testing the side effects | | | | |
| | | 363:18 | without at least a putative equal or | | | | |
| | | 363:19 | better benefit. | | | | |
| 16 | 364:14 - 364:19 | | Topol, Eric 2005-11-22 | 00:00:14 | 00:09:23 | 00:46:23 | Z1.16 |
| | | 364:14 | Do all clinical trials have | | | | |
| | | 364:15 | to have some potential benefit offered to | | | | |
| | | 364:16 | patients? | | | | |
| | | 364:17 | A:  All clinical trials should | | | | |
| | | 364:18 | have a therapeutic potential, yes, a | | | | |
| | | 364:19 | benefit, yes. | | | | |
| 17 | 366:1 - 366:12 | | Topol, Eric 2005-11-22 | 00:00:24 | 00:09:37 | 00:46:09 | Z1.17 |
| | | 366:1 | Q:  Dr. Topol -- | | | | |
| | | 366:2 | A:  Yes. | | | | |
| | | 366:3 | Q:  -- you can't give patients | | | | |
| | | 366:4 | medicine just to see if they have a heart | | | | |
| | | 366:5 | attack or die, correct, sir? | | | | |
| | | 366:6 | A:  I would never be involved in | | | | |
| | | 366:7 | a clinical trial or advocate doing a | | | | |
| | | 366:8 | trial where there was just testing for | | | | |
| | | 366:9 | harm. You have to have -- you don't put | | | | |
| | | 366:10 | patients -- experiment on patients unless | | | | |
| | | 366:11 | you're looking at benefit and also, of | | | | |
| | | 366:12 | course, always assaying the risk as well. | | | | |
| 18 | 367:23 - 368:18 | | Topol, Eric 2005-11-22 | 00:00:49 | 00:10:01 | 00:45:45 | Z1.18 |
| Link > ET31.1 | | 367:23 | Do you see, Dr. Topol, on | | | | |
| Link > ET31.1.1 | | 367:24 | the first exhibit, Exhibit 31 on May 2nd, | | | | |
| | | 368:1 | 2001 -- is it Dr. Bhatt? | | | | |
| | | 368:2 | A:  Dr. Bhatt, Deepak Bhatt. | | | | |

| | | |
|---|---|---|
| | 368:3 | Q:  Dr. Bhatt is sending an |
| Link > ET31.1.2 | 368:4 | e-mail to Dr. Reicin and says, 'Hello. |
| | 368:5 | As Dr. Topol promised, here is our |
| | 368:6 | protocol regarding the use of Vioxx in |
| | 368:7 | acute coronary syndromes.' Do you see |
| | 368:8 | that? |
| | 368:9 | A:  I see that, and I already |
| | 368:10 | discussed that this morning. And what I |
| | 368:11 | said, if I can go back -- |
| | 368:12 | Q:  My question was just, do you |
| | 368:13 | see that? |
| | 368:14 | A:  I see that, yes. |
| | 368:15 | Q:  The protocol that Dr. Bhatt |
| Link > ET32.1.1 | 368:16 | sent to Merck is Exhibit 32, isn't it? |
| | 368:17 | A:  That's what you just gave |
| | 368:18 | me, yes. |

| 19 | 370:2 -371:5 | Topol, Eric 2005-11-22          00:01:06  00:10:50  00:44:56 | Z1.19 |
|---|---|---|---|
| | 370:2 | The protocol for your trial, | |
| | 370:3 | by 'your,' I mean the Cleveland Clinic -- | |
| | 370:4 | A:  Right. | |
| | 370:5 | Q:  -- includes Dr. Bhatt's | |
| | 370:6 | name and your name; correct? | |
| | 370:7 | A:  He put my name on it, but | |
| | 370:8 | that doesn't mean that I was involved in | |
| | 370:9 | this. This is a protocol sketch, and I | |
| | 370:10 | guess he was looking for feedback from | |
| | 370:11 | Merck. But I did not go over this in | |
| | 370:12 | terms of, did I think this was the | |
| | 370:13 | appropriate design. This was a brief | |
| | 370:14 | conversation I had with Dr. Bhatt, and I | |
| | 370:15 | don't recall all the details. It's back | |
| | 370:16 | four years ago in May 2001, but I did not | |
| | 370:17 | author this protocol, and my name was | |
| Link > Hide | 370:18 | loosely attached to it. I was not | |
| | 370:19 | interested in running a trial personally | |
| | 370:20 | on this because I didn't feel that was | |
| | 370:21 | appropriate. I thought it should be | |
| | 370:22 | done, but I should not necessarily be | |
| | 370:23 | involved with it. | |
| | 370:24 | Q:  Dr. Topol, did the Cleveland | |
| | 371:1 | Clinic send a protocol to Merck outlining | |
| | 371:2 | what the Cleveland Clinic believed would | |
| | 371:3 | be an appropriate cardiovascular outcomes | |
| | 371:4 | study for Vioxx? | |
| | 371:5 | A:  Dr. Bhatt did, yes. | |

**Topol Merck Cross**

| 20 | 376:7 -377:6 | Topol, Eric 2005-11-22 | 00:00:59 | 00:11:56 | 00:43:50 | Z1.20 |

| | 376:7 | Q:  Dr. Topol, the concept that |
| | 376:8 | has your name and Dr. Bhatt's name on it |
| | 376:9 | describes these criteria for inclusion, |
| | 376:10 | and as you described acute coronary |
| | 376:11 | syndrome, the concept was that patients |
| | 376:12 | who either were threatened with a heart |
| | 376:13 | attack or who had a heart attack would |
| | 376:14 | participate in the study. Is that right? |
| | 376:15 | A:  That's correct. But you're |
| | 376:16 | leaving out one important element. And |
| | 376:17 | as in the title of this concept sheet, |
| | 376:18 | 'Elevated Markers of Inflammation,' and |
| | 376:19 | in the inclusion criteria on Page 6 that |
| | 376:20 | we are now reviewing, you see Item Number |
| Link > ET32.6.1 | 376:21 | 3, it says, 'AND Item Number 3, elevated |
| | 376:22 | high-sensitivity C-reactive protein' |
| | 376:23 | known as CRP 'greater than .2.' So, they |
| Link > Hide | 376:24 | had to have arterial inflammation, and |
| | 377:1 | that was the whole point of the concept, |
| | 377:2 | was that rofecoxib, as well as celecoxib, |
| | 377:3 | have been shown to reduce inflammation. |
| | 377:4 | So, in fact, it could be a benefit to |
| | 377:5 | these patients to suppress subsequent |
| | 377:6 | heart attacks. |

| 21 | 377:9 -378:12 | Topol, Eric 2005-11-22 | 00:01:02 | 00:12:55 | 00:42:51 | Z1.21 |

| | 377:9 | Do you see, sir, that the |
| | 377:10 | concept that you were proposing to Merck |
| | 377:11 | calls for the study to last a minimum of |
| | 377:12 | one year? |
| Link > ET32.5 | 377:13 | A:  Where is that? |
| | 377:14 | Q:  If you look on Page 5 under |
| Link > ET32.5.1 | 377:15 | study design, it says, 'This study is a |
| | 377:16 | multicenter double blind randomized' and |
| | 377:17 | it continues 'comparing the effects of' |
| | 377:18 | Vioxx 'versus placebo administered in |
| | 377:19 | conjunction with standard therapy |
| | 377:20 | (including aspirin...) for a minimum of |
| | 377:21 | one year to patients who have suffered an |
| | 377:22 | episode of an acute coronary syndrome,' |
| | 377:23 | and it goes on. |
| | 377:24 | A:  Again, this is a concept |
| | 378:1 | sheet. This is not a protocol. This |
| | 378:2 | does not have anything about events rates |
| | 378:3 | that are anticipated. It doesn't have |

|  |  |  |
|---|---|---|
| | 378:4 | anything about sample size. It doesn't |
| | 378:5 | have the number of triggered events to |
| | 378:6 | stop a trial. One year is just a very |
| | 378:7 | loose term, that it has to have some |
| | 378:8 | long-term followup. So, I see it, but, |
| | 378:9 | again, it reinforces how sketchy -- this |
| Link > Hide | 378:10 | could not be called a protocol. This is |
| | 378:11 | a very early rudimentary design concept |
| | 378:12 | sheet. |

| 22 | 378:19 –380:10 | Topol, Eric 2005-11-22 | 00:01:31 | 00:13:57 | 00:41:49 | Z1.22 |
|---|---|---|---|---|---|---|
| | 378:19 | Q: Dr. Topol, the concept sheet | | | | |
| | 378:20 | that has your name on it and Dr. Bhatt's | | | | |
| | 378:21 | name on it calls for a study that would | | | | |
| | 378:22 | last a minimum of one year; correct? | | | | |
| | 378:23 | A: Very loosely defined, yes. | | | | |
| | 378:24 | Q: The concept sheet that has | | | | |
| | 379:1 | your name on it and Dr. Bhatt's name on | | | | |
| | 379:2 | it also calls for patients to be followed | | | | |
| | 379:3 | up for a minimum of one year. Do you see | | | | |
| | 379:4 | that, sir? | | | | |
| | 379:5 | A: That's what it says. | | | | |
| Link > ET32.7 | 379:6 | Q: The concept sheet also | | | | |
| | 379:7 | refers on Page 7, sir, to certain | | | | |
| Link > ET32.7.1 | 379:8 | criteria for exclusion. Do you see that? | | | | |
| | 379:9 | A: Yes. | | | | |
| | 379:10 | Q: This is another way of | | | | |
| | 379:11 | saying these are the type of patients who | | | | |
| | 379:12 | will not be allowed to participate in the | | | | |
| | 379:13 | study according to this concept sheet; | | | | |
| | 379:14 | correct? | | | | |
| | 379:15 | A: That's correct. | | | | |
| Link > ET32.7.2 | 379:16 | Q: If you look at Number 4, do | | | | |
| | 379:17 | you see that the concept that Dr. Bhatt | | | | |
| | 379:18 | was proposing to Merck says that, under | | | | |
| | 379:19 | 4, 'Any need for COX-2 inhibitors.' So, | | | | |
| | 379:20 | if a patient wanted to participate in | | | | |
| | 379:21 | this study, they couldn't do so if they | | | | |
| | 379:22 | actually needed COX-2 inhibitors; is that | | | | |
| | 379:23 | right? | | | | |
| | 379:24 | A: You'll have to ask Dr. Bhatt | | | | |
| | 380:1 | about this since he wrote it, but my | | | | |
| | 380:2 | interpretation is if they didn't have any | | | | |
| | 380:3 | other relief of their problem without a | | | | |
| | 380:4 | COX-2 inhibitor, that they couldn't be -- | | | | |
| | 380:5 | that is, they would have to be willing to | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | 380:6 | be randomized. So, yes, if they had to | | | |
| | 380:7 | take a COX-2 inhibitor for some reason, | | | |
| | 380:8 | they obviously wouldn't be a suitable | | | |
| | 380:9 | candidate for the trial, the way he's | | | |
| | 380:10 | written this up. | | | |

| 23 | 382:17 -383:16 | Topol, Eric 2005-11-22 | 00:00:50   00:15:28   00:40:18 | Z1.23 |
|---|---|---|---|---|

Link > ET32.2

382:17  Q:  On Page 2 of this

382:18  rudimentary concept, do you see the first

Link > ET32.2.1

382:19  sentence under the introduction

382:20  'Inflammatory cells play a significant

382:21  role in atherosclerosis'?

382:22  A:  I agree with that. I see

382:23  it, and I agree with it.

Link > ET32.2.2

382:24  Q:  In the next paragraph, the

383:1  concept sheet says, 'Aspirin, by virtue

383:2  of its preferential COX-1 inhibitory

383:3  effect, provides minimal

383:4  anti-inflammatory action.' Do you see

383:5  that?

383:6  A:  I see that.

Link > ET32.2.4

383:7  Q:  And then further down in

383:8  that second paragraph -- in that second

383:9  paragraph, the concept sheet says, 'The

383:10  administration of Vioxx 'may provide a

383:11  direct approach to reduce coronary

383:12  inflammation resulting in fewer

383:13  cardiovascular recurrent ischemic events

383:14  in patients presenting with acute

383:15  coronary syndromes.' Do you see that?

Link > Hide

383:16  A:  Yes.

| 24 | 383:22 -384:14 | Topol, Eric 2005-11-22 | 00:00:48   00:16:18   00:39:28 | Z1.24 |
|---|---|---|---|---|

383:22  Q:  Can you explain how it is

383:23  that Vioxx could actually prevent

383:24  recurrent ischemic events?

384:1  A:  Right. So, there have been

384:2  several studies now with the different

384:3  COX-2 inhibitors in patients to look at

384:4  whether C-reactive protein is reduced,

384:5  whether endothelial function, which is

384:6  the lining of the artery cells, that

384:7  whether or not that critical layer of the

384:8  artery wall functions better and whether

384:9  the inflammation is reduced. And indeed

384:10  these mechanistic studies have supported

384:11  the concept that there could be an

|       |                 |                             |                 |          |          |          |        |
|-------|-----------------|-----------------------------|-----------------|----------|----------|----------|--------|
|       |                 | 384:12  improvement in this process by |      |          |          |          |        |
|       |                 | 384:13  suppressing inflammation with COX-2 |  |          |          |          |        |
|       |                 | 384:14  inhibitors.         |                 |          |          |          |        |

| 25 | 385:3 - 385:11 | Topol, Eric 2005-11-22 | | 00:00:19 | 00:17:06 | 00:38:40 | Z1.25 |

385:3   Q: In May of 2001 you believed
385:4   that Vioxx could actually help prevent
385:5   heart attacks; correct?
385:6   A: I felt that that was an
385:7   important mechanism, inflammation of the
385:8   artery wall, and this is a potent class
385:9   of anti-inflammatories, and certainly
385:10  there was that possibility. And other
385:11  studies suggested that potential.

| 26 | 386:4 - 386:21 | Topol, Eric 2005-11-22 | | 00:00:51 | 00:17:25 | 00:38:21 | Z1.26 |

386:4   Am I right, Dr. Topol, that
386:5   in the concept sheet that Dr. Bhatt sent
386:6   to Merck in May of 2001, anticipated that
386:7   Vioxx would actually prevent heart
386:8   attacks and not cause them?
386:9   A: In patients who had active
386:10  inflammatory coronary disease.
386:11  Q: Did you agree with Dr. Bhatt
386:12  that in May of 2001, patients who had
386:13  active inflammatory coronary disease
386:14  might be benefited by taking Vioxx
386:15  because it could help their heart?
386:16  A: I already answered that
386:17  question affirmatively.
386:18  Q: Other scientists shared that
386:19  view, Dr. Topol, that COX-2 inhibitors
386:20  could be beneficial to patients who have
386:21  cardiovascular disease; is that right?

| 27 | 386:24 - 387:11 | Topol, Eric 2005-11-22 | | 00:00:19 | 00:18:16 | 00:37:30 | Z1.27 |

386:24  THE WITNESS: I already
387:1   mentioned that there were several
387:2   studies published, and I've cited
387:3   them in my work, that that indeed
387:4   was a potential benefit of COX-2
387:5   inhibitors in patients with
387:6   arterial disease.
387:7   BY MR. GOLDMAN:
387:8   Q: And those were the patients
387:9   you were suggesting be studied; correct?
387:10  A: Patients with inflammatory

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 387:11 | proven artery disease, yes. | | | |
| 28 | 394:15 - 394:22 | Topol, Eric 2005-11-22 | 00:00:19 | 00:18:35 | 00:37:11 | Z1.28 |

| | |
|---|---|
| 394:15 | From May of 2001 through the |
| 394:16 | time that Vioxx was withdrawn in |
| 394:17 | September of 2004, you believed that if a |
| 394:18 | cardiovascular outcomes study were done, |
| 394:19 | it could show that Vioxx and Celebrex |
| 394:20 | actually helped protect the heart; |
| 394:21 | correct? |
| 394:22 | A:  That's one possibility, yes. |

| 29 | 401:19 - 402:11 | Topol, Eric 2005-11-22 | 00:00:45 | 00:18:54 | 00:36:52 | Z1.29 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 401:19 | Q:  I want to talk to you, Dr. |
| 401:20 | Topol, about your JAMA article that you |
| 401:21 | published in August of 2001. Okay. |
| 401:22 | A:  Sure. |
| 401:23 | Q:  You said on direct |
| 401:24 | examination that you sent the manuscript |
| 402:1 | or the draft of the JAMA article to Merck |
| 402:2 | to see where there were discrepancies in |
| 402:3 | the data between the published paper that |
| 402:4 | you were publishing and the FDA database. |
| 402:5 | Do you remember that? |
| 402:6 | A:  That's correct. I sent the |
| 402:7 | paper to Dr. Demopoulos, and we already |
| 402:8 | went through about, whether it was a |
| 402:9 | paper version, and then Dr. Reicin |
| 402:10 | requested an electronic version. We went |
| 402:11 | through that this morning. |

| 30 | 402:23 - 404:19 | Topol, Eric 2005-11-22 | 00:01:49 | 00:19:39 | 00:36:07 | Z1.30 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 402:23 | Q:  Dr. Topol, you met with |
| 402:24 | Merck employees in April of 2001; |
| 403:1 | correct? |
| 403:2 | A:  That was a meeting I |
| 403:3 | referred to when they came to Cleveland. |
| 403:4 | Q:  Is that the meeting where |
| 403:5 | you said Dr. Reicin came on quite strong, |
| 403:6 | and that you would consider her comments |
| 403:7 | to be brazen? |
| 403:8 | A:  I considered her remarks |
| 403:9 | about how we would be embarrassed if we |
| 403:10 | published it to be inappropriate, yes. |
| 403:11 | Q:  Did Dr. Reicin or Dr. |
| 403:12 | Demopoulos ever exert any pressure or |
| 403:13 | influence on you during that meeting? |

| | |
|---|---|
| 403:14 | A:  Well, it's Dr. Demopoulos, |
| 403:15 | and as I conveyed -- I mean, we |
| 403:16 | summarized this morning, but there were |
| 403:17 | some definite difficult issues that were |
| 403:18 | confronted, and there was no quid pro quo |
| 403:19 | in terms of intimidation. They didn't |
| 403:20 | say, if you don't pull this paper out and |
| 403:21 | not take it out of its submission phase, |
| 403:22 | such and such would happen. But it was |
| 403:23 | not what I would consider a pleasant |
| 403:24 | discussion. |
| 404:1 | Q:  Actually, isn't it true, Dr. |
| 404:2 | Topol, that you enjoyed meeting with Dr. |
| 404:3 | Reicin and Dr. Demopoulos? |
| 404:4 | A:  Dr. Demopoulos and I are |
| 404:5 | colleagues, and we worked on a trial |
| 404:6 | together, and I had no problem with Dr. |
| 404:7 | Demopoulos. |
| 404:8 | I did have a problem with |
| 404:9 | Dr. Reicin, who I had not met before, who |
| 404:10 | used Dr. Demopoulos as an access point, |
| 404:11 | who came to visit, and as I said, told me |
| 404:12 | that we would regret publishing the paper |
| 404:13 | because we did not have the data that |
| 404:14 | Merck had, that we didn't understand that |
| 404:15 | rheumatoid arthritis patients had more |
| 404:16 | heart attacks, and that we would -- we |
| 404:17 | were making a mistake. Those were |
| 404:18 | comments that I did not find enjoyable |
| 404:19 | whatsoever. |

| 31 | **404:24 -405:19** | Topol, Eric 2005-11-22 | 00:00:44 | 00:21:28 | 00:34:18 | Z1.31 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Link > ET5.1 | 404:24 | Q:  Do you see Exhibit 5, sir? |
| | 405:1 | A:  Yes. |
| | 405:2 | Q:  This is an exhibit that the |
| | 405:3 | plaintiffs used and didn't ask you about |
| Link > ET5.1.1 | 405:4 | the e-mail dated April 20 of 2001 from |
| | 405:5 | you to Dr. Reicin. Do you see that in |
| | 405:6 | the middle of the page? |
| | 405:7 | A:  Yes, I do. |
| | 405:8 | Q:  Do you tell Dr. Reicin on |
| Link > ET5.1.2 | 405:9 | April 20: 'I enjoyed the meeting with you |
| | 405:10 | and Laura and will have my assistant, |
| | 405:11 | Donna Bressan, forward you an electronic |
| | 405:12 | copy of the JAMA paper.' |
| | 405:13 | A:  Yes. I certainly said that, |

| | | 405:14 | and I was trying to be politically |
| | | 405:15 | correct and smooth over the difficulties |
| | | 405:16 | we had during the meeting. |
| Link > Hide | | 405:17 | Q:  Was it true what you wrote, |
| | | 405:18 | Dr. Topol, that you enjoyed the meeting |
| | | 405:19 | with Laura and Dr. Demopoulos? |

| 32 | 405:22 -406:7 | Topol, Eric 2005-11-22 | 00:00:21 | 00:22:12 | 00:33:34 | Z1.32 |

| | | 405:22 | THE WITNESS:  To be exact, I |
| | | 405:23 | did not enjoy some of the |
| | | 405:24 | interactions, but I tried to be |
| | | 406:1 | correct about keeping things on an |
| | | 406:2 | upbeat -- when I wrote that, it |
| | | 406:3 | was definitely to convey a sense |
| | | 406:4 | of, let's not have any bad |
| | | 406:5 | feelings, and I tried to convey an |
| | | 406:6 | upbeat sense. That's what that |
| | | 406:7 | is. |

| 33 | 413:3 -413:14 | Topol, Eric 2005-11-22 | 00:00:28 | 00:22:33 | 00:33:13 | Z1.33 |

| | | 413:3 | Q:  Dr. Topol, you actually |
| | | 413:4 | thought that it would be great to get |
| | | 413:5 | Merck's input on the JAMA article; |
| | | 413:6 | correct? |
| | | 413:7 | A:  I didn't think it would be |
| | | 413:8 | great. I thought it would be -- because |
| | | 413:9 | of being colleagues with Merck, because |
| | | 413:10 | of having a relationship with Drs. |
| | | 413:11 | DiBattiste and Demopoulos in another |
| | | 413:12 | trial, I thought it was appropriate that |
| | | 413:13 | we give them an opportunity to review the |
| | | 413:14 | manuscript and the data. |

| 34 | 414:5 -415:12 | Topol, Eric 2005-11-22 | 00:01:21 | 00:23:01 | 00:32:45 | Z1.34 |

| Link > ET35.1 | | 414:5 | Q:  Dr. Topol, I've handed you |
| | | 414:6 | Exhibit 35, which is a series of e-mails |
| | | 414:7 | starting at the bottom. It's Laura |
| Link > ET35.1.1 | | 414:8 | Demopoulos is writing to you, Dr. Topol, |
| | | 414:9 | on April 28, 2001. Do you see that, sir? |
| | | 414:10 | A:  Yes. |
| Link > ET35.1.2 | | 414:11 | Q:  She writes to you 'Hi, just |
| | | 414:12 | wanted to let you know that Pete and I' |
| | | 414:13 | -- that's Pete DiBattiste -- 'will be |
| | | 414:14 | working with Alise to try to incorporate |
| | | 414:15 | some of the data we discussed during our |
| | | 414:16 | visit into the JAMA manuscript.' Do you |
| | | 414:17 | see that, sir? |

|  |  |
|---|---|
|  | 414:18   A:  Yes. I see it. I can read |
|  | 414:19   it very well, yes. |
| Link > ET35.1.3 | 414:20   Q:  You wrote back to Laura on |
|  | 414:21   April 28 and you said, 'Hi, Laura. That |
|  | 414:22   will be great to get your input.' Do you |
|  | 414:23   see that, sir? |
|  | 414:24   A:  Yes. But don't cut off the |
|  | 415:1   sentence, 'we haven't heard from JAMA |
|  | 415:2   yet.' That is, the paper was already |
|  | 415:3   under review at JAMA. Okay? So, the |
|  | 415:4   input was, and I told this to Laura on |
|  | 415:5   the phone, and it's not conveyed in the |
|  | 415:6   e-mail, the input was about data on the |
|  | 415:7   manuscript and the discrepancies that |
|  | 415:8   we're concerned about. And I want to be, |
| Link > Hide | 415:9   again, perfectly clear. We never |
|  | 415:10   received any manuscript recommendations, |
|  | 415:11   data changes from Merck, from Dr. |
|  | 415:12   Demopoulos, Dr. DiBattiste or Dr. Reicin. |

| 35 | 415:16 - 416:4 | Topol, Eric 2005-11-22 | 00:00:29  00:24:22  00:31:24 | Z1.35 |
|---|---|---|---|---|

|  |  |
|---|---|
|  | 415:16   Q:  Dr. Topol, was it true what |
|  | 415:17   you wrote to Laura Demopoulos, that you |
|  | 415:18   thought it would be great to get her |
|  | 415:19   input on your manuscript? |
|  | 415:20   A:  I was the one who offered |
|  | 415:21   the manuscript to get the input, of |
|  | 415:22   course. |
|  | 415:23   Q:  You actually found some of |
|  | 415:24   Merck's comments to be insightful, and |
|  | 416:1   you wanted to incorporate them. Isn't |
|  | 416:2   that right, sir? |
|  | 416:3   A:  No. I didn't get any |
|  | 416:4   comments. We never got any comments. |

| 37 | 416:21 - 417:2 | Topol, Eric 2005-11-22 | 00:00:11  00:24:51  00:30:55 | Z1.36 |
|---|---|---|---|---|

|  |  |
|---|---|
|  | 416:21   Q:  Dr. Topol, did Merck ever |
|  | 416:22   provide comments to you on your JAMA |
|  | 416:23   paper that you subsequently published in |
|  | 416:24   August of 2001? |
|  | 417:1   A:  I'm not aware of any |
|  | 417:2   comments. |

| 38 | 418:6 - 418:7 | Topol, Eric 2005-11-22 | 00:00:03  00:25:02  00:30:44 | Z1.37 |
|---|---|---|---|---|
| Link > ET36.1 |  |  |  |  |

|  |  |
|---|---|
|  | 418:6   Q:  Let me hand you what I've |
|  | 418:7   marked as Exhibit 35.                    (Edited) |

| 39 | 418:7 - 419:3 | Topol, Eric 2005-11-22 | 00:00:50  00:25:05  00:30:41 | Z1.38 |
|---|---|---|---|---|

|  | 418:7 | This is an e-mail |
| Link > ET36.1.1 | 418:8 | dated June 20 of 2001 from Pete |
|  | 418:9 | DiBattiste to you, and it attaches your |
|  | 418:10 | manuscript for the JAMA paper, doesn't |
|  | 418:11 | it, sir? |
|  | 418:12 | A: Yes. |
| Link > ET36.1.2 | 418:13 | Q: Do you see that Dr. |
|  | 418:14 | DiBattiste is saying this to you in this |
|  | 418:15 | e-mail, 'Laura and I have had a chance to |
|  | 418:16 | review the most recent version of the |
|  | 418:17 | COX-2 manuscript. Thanks for sharing it |
|  | 418:18 | with us. We've made a few comments, |
|  | 418:19 | embedded in the text.' |
|  | 418:20 | Do you see that, sir? |
|  | 418:21 | A: Yes. |
|  | 418:22 | Q: Then if you flip the pages, |
|  | 418:23 | you can see that on occasion, Merck made |
|  | 418:24 | some suggestions to your paper. Do you |
|  | 419:1 | see that, sir? |
|  | 419:2 | A: Yes. There's just |
|  | 419:3 | limited -- okay, I see them now, yes. |

| 40 | **419:11 -420:2** | Topol, Eric 2005-11-22 | 00:00:24 | 00:25:55 | 00:29:51 | Z1.39 |
|  | 419:11 | Q: The e-mail was written to |
|  | 419:12 | you, wasn't it, Dr. Topol? |
|  | 419:13 | A: The e-mail's written to me, |
|  | 419:14 | but I don't recall ever having seen this |
|  | 419:15 | document or the e-mail. |
|  | 419:16 | Q: Do you have any reason to |
|  | 419:17 | dispute that you actually received an |
|  | 419:18 | e-mail from Dr. DiBattiste on June 20 of |
|  | 419:19 | 2001? |
|  | 419:20 | A: Well, this looks unfamiliar |
|  | 419:21 | to me. I don't remember seeing it |
|  | 419:22 | before. So, it's certainly something |
|  | 419:23 | that I'm not familiar with. |
|  | 419:24 | Q: My question was, do you have |
|  | 420:1 | any reason to dispute that you actually |
|  | 420:2 | received it. |

| 41 | **420:5 -421:6** | Topol, Eric 2005-11-22 | 00:00:48 | 00:26:19 | 00:29:27 | Z1.40 |
|  | 420:5 | THE WITNESS: Maybe it was |
|  | 420:6 | sent, and I never got it. Maybe |
|  | 420:7 | there was a problem. I don't |
|  | 420:8 | know. But I don't remember seeing |
|  | 420:9 | it previously. |
|  | 420:10 | BY MR. GOLDMAN: |

| Link > ET36.10 | 420:11 | Q:  Dr. Topol, if you'd turn to |
| | 420:12 | the page that ends with a Bates Number at |
| | 420:13 | the bottom TOP1PR and then several zeros, |
| | 420:14 | 294? |
| | 420:15 | A:  294. Yes. |
| | 420:16 | Q:  Do you see that? |
| | 420:17 | A:  Sure. |
| Link > ET36.10.1 | 420:18 | Q:  And here Merck is providing |
| | 420:19 | some input, and you see what's underlined |
| | 420:20 | there are their suggested comments. Do |
| | 420:21 | you see that? |
| | 420:22 | A:  Where it says 'These |
| | 420:23 | results'? |
| | 420:24 | Q:  Yes. |
| | 421:1 | A:  Okay. |
| | 421:2 | Q:  And in the section about |
| | 421:3 | study 085 and 090, Merck says 'These |
| | 421:4 | results' that you describe, 'while |
| | 421:5 | important, are incomplete. Would you |
| | 421:6 | consider' -- |

| 42 | **421:11 -421:19** | Topol, Eric 2005-11-22 | 00:00:14 | 00:27:07 | 00:28:39 | | Z1.41 |
| | | 421:11 | Q:  'Would you consider |
| | | 421:12 | substituting the following section to |
| | | 421:13 | provide more robust data?' Do you see |
| | | 421:14 | that, sir? |
| | | 421:15 | A:  Yes. |
| | | 421:16 | Q:  That's a question that Merck |
| | | 421:17 | is asking you about whether you think it |
| | | 421:18 | would be a good idea to include the |
| | | 421:19 | language that follows; correct? |

| 43 | **422:8 -422:15** | Topol, Eric 2005-11-22 | 00:00:14 | 00:27:21 | 00:28:25 | | Z1.42 |
| | | 422:8 | THE WITNESS:  Well, I also |
| | | 422:9 | want to point out, we sent this |
| | | 422:10 | paper -- I sent it to Laura in |
| Link > Hide | | 422:11 | March, I believe, and submitted it |
| | | 422:12 | to the JAMA, and this is the 20th |
| | | 422:13 | of June. So, this is months after |
| | | 422:14 | I had sent it to them, but anyway, |
| | | 422:15 | please. |

| 44 | **426:20 -426:23** | Topol, Eric 2005-11-22 | 00:00:04 | 00:27:35 | 00:28:11 | | Z1.43 |
| | | 426:20 | All that Merck is doing |
| | | 426:21 | here, by the way, is saying to you, would |
| | | 426:22 | you consider including this language; |
| | | 426:23 | correct? |

**Topol Merck Cross**

| 45 | 427:2-427:6 | Topol, Eric 2005-11-22 | 00:00:07 | 00:27:39 | 00:28:07 | Z1.44 |
|---|---|---|---|---|---|---|

427:2   THE WITNESS: Well, yes. I
427:3   guess that's what they're saying
427:4   in this, but we certainly didn't
427:5   include, and I don't remember ever
427:6   seeing this.

| 46 | 428:18-428:23 | Topol, Eric 2005-11-22 | 00:00:16 | 00:27:46 | 00:28:00 | Z1.45 |
|---|---|---|---|---|---|---|

428:18   Q: If you remember, Dr. Topol,
428:19   you actually felt that Merck's comments
428:20   to you were insightful about the JAMA
428:21   paper?
428:22   A: No. I didn't say that.
428:23   Okay?

| 47 | 429:11-430:12 | Topol, Eric 2005-11-22 | 00:01:04 | 00:28:02 | 00:27:44 | Z1.46 |
|---|---|---|---|---|---|---|

Link > ET37.1
Link > ET37.1.1

429:11   Q: This is an e-mail from you
429:12   back to Dr. DiBattiste, June 22nd of
429:13   2001. Do you see that, sir? At the top?
429:14   A: Okay. Yes, I see that.
429:15   Q: Do you see that you wrote to
429:16   Dr. DiBattiste, 'Thanks - your comments
429:17   on the paper came back after it was
429:18   resubmitted and now we have final
429:19   acceptance and will try to weave some of
429:20   the insightful points into the galleys.'
429:21   Do you see that, sir?
429:22   A: Yes. It's nice to have this
429:23   e-mail to help remember the interaction.
429:24   Yes, I do remember this.
430:1   Q: So, you now remember getting
430:2   comments and reviewing them, correct,
430:3   sir?
430:4   A: No. I'll tell you what I
430:5   remember exactly. The galleys -- the
430:6   paper had been accepted, the galleys had
430:7   already been sent back, and then after
430:8   the fact we got this -- you know, three
430:9   months after submitting it to Merck, we
430:10   got these comments. I had basically
430:11   disregarded them because the paper was
430:12   complete, so I really never went into it.

| 48 | 434:9-434:19 | Topol, Eric 2005-11-22 | 00:00:26 | 00:29:06 | 00:26:40 | Z1.47 |
|---|---|---|---|---|---|---|

434:9   Q: Dr. Topol, did you write to
434:10   Dr. DiBattiste on June 22nd of 2001 that
434:11   you would try to weave some of the

|  |  |  |
|---|---|---|
|  | 434:12 | insightful points into the galleys? |
|  | 434:13 | A: In a polite way after it was |
|  | 434:14 | already finished, that was a |
|  | 434:15 | communication I apparently made to Dr. |
|  | 434:16 | DiBattiste, who I regarded as a long-term |
|  | 434:17 | colleague, yes. |
| Link > ET38.1 | 434:18 | Q: Let me hand you what I'll |
|  | 434:19 | mark as Exhibit 38. |

| 49 | 435:7 - 438:4 | Topol, Eric 2005-11-22 | 00:02:35 | 00:29:32 | 00:26:14 | Z1.48 |
|---|---|---|---|---|---|---|
|  | 435:7 | Q: This is your JAMA paper. |  |  |  |  |
|  | 435:8 | A: Uh-huh. |  |  |  |  |
| Link > ET38.1.1 | 435:9 | Q: That was published in August |  |  |  |  |
|  | 435:10 | of 2001, isn't it, sir? |  |  |  |  |
|  | 435:11 | A: Yes. |  |  |  |  |
|  | 435:12 | Q: JAMA is a peer-reviewed |  |  |  |  |
|  | 435:13 | publication, isn't it? |  |  |  |  |
|  | 435:14 | A: That's correct. |  |  |  |  |
|  | 435:15 | Q: It is a top journal? |  |  |  |  |
|  | 435:16 | A: One of the top journals. |  |  |  |  |
| Link > Hide | 435:17 | Q: It's widely reviewed by |  |  |  |  |
|  | 435:18 | doctors? |  |  |  |  |
|  | 435:19 | A: That's correct. |  |  |  |  |
|  | 435:20 | Q: When you wrote this article |  |  |  |  |
|  | 435:21 | in JAMA, it reflected your and Dr. |  |  |  |  |
|  | 435:22 | Nissen's best medical judgment about the |  |  |  |  |
|  | 435:23 | potential cardiovascular risks associated |  |  |  |  |
|  | 435:24 | with COX-2 inhibitors, correct, sir? |  |  |  |  |
|  | 436:1 | A: And Dr. Mukherjee and the |  |  |  |  |
|  | 436:2 | input of the reviewers and the editors. |  |  |  |  |
|  | 436:3 | Q: You both had reviewed, Dr. |  |  |  |  |
|  | 436:4 | Nissen and you, lots of data concerning |  |  |  |  |
|  | 436:5 | COX-2 inhibitors before writing this |  |  |  |  |
|  | 436:6 | paper, correct, sir? |  |  |  |  |
|  | 436:7 | A: Yes. |  |  |  |  |
|  | 436:8 | Q: Among the materials that you |  |  |  |  |
|  | 436:9 | reviewed and Dr. Nissen reviewed are the |  |  |  |  |
|  | 436:10 | VIGOR study, the CLASS study, study 090, |  |  |  |  |
|  | 436:11 | study 085, aspirin trials; correct? |  |  |  |  |
|  | 436:12 | A: Yes. |  |  |  |  |
|  | 436:13 | Q: And very scientific |  |  |  |  |
|  | 436:14 | literature, right, sir? |  |  |  |  |
|  | 436:15 | A: That's correct. |  |  |  |  |
|  | 436:16 | Q: Isn't it true, sir, that |  |  |  |  |
|  | 436:17 | when you wrote this paper, you found that |  |  |  |  |
|  | 436:18 | the difference in cardiovascular events |  |  |  |  |

| | 436:19 | seen in VIGOR was unexpected? |
| | 436:20 | A:  Well, I don't know if I |
| | 436:21 | would qualify it like that. I would say |
| | 436:22 | that it was significantly different, and |
| | 436:23 | that we -- there was a biologic |
| | 436:24 | mechanism. So, I don't know that you |
| | 437:1 | would want to say it was unexpected. We |
| | 437:2 | already knew that prostacyclin was |
| | 437:3 | suppressed, a critical constituent for |
| | 437:4 | blood clots and normal artery function, |
| | 437:5 | and so I don't know that you can say it |
| | 437:6 | was unexpected. It wasn't expected by |
| | 437:7 | the trialist per se, but it wouldn't be |
| | 437:8 | at all biologically implausible. |
| Link > ET38.5 | 437:9 | Q:  If you'd turn to the page in |
| | 437:10 | your paper, 958. |
| | 437:11 | A:  Yes. |
| | 437:12 | Q:  Second column, last |
| Link > ET38.5.1 | 437:13 | paragraph. Do you write in your paper |
| | 437:14 | 'Our analysis has several significant |
| | 437:15 | limitations. The increase in |
| | 437:16 | cardiovascular events in these trials was |
| | 437:17 | unexpected.' Is that what you wrote? |
| | 437:18 | A:  That's the statement I'm |
| | 437:19 | trying to put in context. |
| | 437:20 | Q:  You say -- |
| | 437:21 | A:  It says, 'and evaluation of |
| | 437:22 | these end points was not prespecified,' |
| | 437:23 | so that's part of -- it's interdependent. |
| | 437:24 | If you don't anticipate the endpoints and |
| | 438:1 | some of the issues are unexpected, it's |
| | 438:2 | not a matter of biologic expectation, |
| | 438:3 | it's a matter of whether the trial is |
| Link > Hide | 438:4 | designed to look at this question. |

| 50 | 438:5 –438:19 | Topol, Eric 2005-11-22 | | 00:00:33 | 00:32:07 | 00:23:39 | | Z1.49 |
|---|---|---|---|---|---|---|---|---|
| | 438:5 | Q:  You said on direct |
| | 438:6 | examination that you felt there was no |
| | 438:7 | basis for the naproxen hypothesis. Was |
| | 438:8 | that your testimony? |
| | 438:9 | A:  That on the course of how |
| | 438:10 | this played out from 2001 when that |
| | 438:11 | naproxen hypothesis was first touted by |
| | 438:12 | Merck and put in the Targum report to the |
| | 438:13 | present, over time it was very clear that |
| | 438:14 | that could not be tenable. |

| | | | |
|---|---|---|---|
| | 438:15 | Q: You said on direct | |
| | 438:16 | examination 'The only appropriate | |
| | 438:17 | conclusion...would be that there's a | |
| | 438:18 | problem with the experimental drug | |
| | 438:19 | Vioxx.' Right, sir? | |

| 51 | 439:2-441:5 | Topol, Eric 2005-11-22 | 00:01:51  00:32:40  00:23:06 | Z1.50 |
|---|---|---|---|---|
| | 439:2 | Q: Do you remember testifying | |
| | 439:3 | to that? | |
| | 439:4 | A: I remember testifying, and I | |
| | 439:5 | remember the statement is very clear, | |
| | 439:6 | comparing a well-accepted historical | |
| | 439:7 | anchor, naproxen, versus an experimental | |
| | 439:8 | new drug and making the conclusion that | |
| | 439:9 | the only reasonable conclusion as a | |
| | 439:10 | clinical trialist is to say the | |
| | 439:11 | experimental arm has a problem. | |
| | 439:12 | Q: Well, let's see what | |
| | 439:13 | conclusion you reached when you wrote | |
| | 439:14 | this paper in August of 2001. If you'd | |
| Link > ET38.4.1 | 439:15 | turn to Page 957, the first column, last | |
| | 439:16 | paragraph, 'The results of the VIGOR | |
| | 439:17 | study can be explained by either a | |
| | 439:18 | significant prothrombotic effect from' | |
| | 439:19 | Vioxx 'or an antithrombotic effect from | |
| | 439:20 | naproxen (or conceivably both).' Do you | |
| | 439:21 | see that, sir? | |
| | 439:22 | A: Not only do I see it, but I | |
| | 439:23 | acknowledged this several times earlier | |
| | 439:24 | today, that that's a possibility. We | |
| | 440:1 | wouldn't just dismiss what Merck put | |
| Link > Hide | 440:2 | forth. It's certainly a possibility. | |
| | 440:3 | And we acknowledge it. I mentioned at | |
| | 440:4 | least twice if not three times in the | |
| | 440:5 | paper. I put that in the deposition -- | |
| | 440:6 | in the testimony earlier today. | |
| | 440:7 | Q: The reason that you felt | |
| | 440:8 | that naproxen and its cardioprotective | |
| | 440:9 | effects could explain the results in | |
| | 440:10 | VIGOR is that naproxen had significant | |
| | 440:11 | anticlotting effects, doesn't it, sir? | |
| | 440:12 | A: That's what Merck was | |
| | 440:13 | advancing, that notion, but whether or | |
| | 440:14 | not that was clinically meaningful was | |
| | 440:15 | not ever determined. | |
| Link > ET38.4.2 | 440:16 | Q: If you look two sentences | |

| | |
|---|---|
| 440:17 | down, 'Naproxen has significant |
| 440:18 | anti-platelet effects' which mean |
| 440:19 | platelet -- 'with mean platelet |
| 440:20 | aggregation inhibition of 93 percent |
| 440:21 | compared with platelet aggregation |
| 440:22 | inhibition of 92 percent for those taking |
| 440:23 | aspirin.' Do you see that, sir? |
| 440:24 | A: Yes. We referenced where |
| 441:1 | that data came from. |
| 441:2 | Q: You referenced where that |
| 441:3 | data came from. That was an FDA |
| 441:4 | document, correct, sir? |
| 441:5 | A: Right. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | **442:3 -443:12** | Topol, Eric 2005-11-22 | 00:01:05 | 00:34:31 | 00:21:15 | Z1.51 |

| | | |
|---|---|---|
| Link > ET38.4 | 442:3 | Q: Do you see in the second |
| | 442:4 | column of your article on Page 957 you |
| Link > ET38.4.3 | 442:5 | also say that 'naproxen, but not |
| | 442:6 | ibuprofen or diclofenac resulted in a |
| | 442:7 | high level of platelet aggregation |
| | 442:8 | inhibition similar to that achieved with |
| | 442:9 | aspirin.' Do you see that, sir? |
| | 442:10 | A: Yes. |
| | 442:11 | Q: Then you write about |
| | 442:12 | flurbiprofen, which is something that the |
| | 442:13 | plaintiffs lawyer asked you about; right? |
| | 442:14 | A: Yes. |
| Link > ET38.4.4 | 442:15 | Q: You wrote in JAMA, 'There is |
| | 442:16 | clinical evidence that flurbiprofen, 50 |
| | 442:17 | milligrams twice daily for 6 months, |
| | 442:18 | reduced the incidence of MI by 70 percent |
| | 442:19 | compared with placebo.' Isn't that what |
| | 442:20 | you wrote, sir? |
| | 442:21 | A: Yes. |
| Link > ET38.4.5 | 442:22 | Q: Then you say 'Indobufen, |
| | 442:23 | another NSAID, was as effective as |
| | 442:24 | aspirin in preventing' and then you |
| | 443:1 | continue, correct, sir? |
| | 443:2 | A: Yes. |
| Link > ET38.4.6 | 443:3 | Q: Then you say, 'Because of |
| | 443:4 | the evidence for an anti-platelet effect |
| | 443:5 | of naproxen, it is difficult to assess |
| | 443:6 | whether the difference in cardiovascular |
| | 443:7 | event rates in VIGOR was due to a benefit |
| | 443:8 | from naproxen or to a prothrombotic |
| | 443:9 | effect from' Vioxx. Do you see that? |

**Topol Merck Cross**

| | | |
|---|---|---|
| 443:10 | A: As I said, this was |
| 443:11 | acknowledged at least two to three times |
| 443:12 | in the manuscript, yes. |

| 53 | **448:7 -449:15** | Topol, Eric 2005-11-22 | 00:01:31  00:35:36  00:20:10 | Z1.52 |
|---|---|---|---|---|

Link > ET38.4

| | | |
|---|---|---|
| 448:7 | Q: I want to talk about Figure |
| 448:8 | 3 for just a minute, Page 957, Figure 3. |
| 448:9 | A: JAMA article? |
| 448:10 | Q: Yes. |

Link > ET38.4.7

| | | |
|---|---|---|
| 448:11 | A: Figure 3? |
| 448:12 | Q: Do you see that? |
| 448:13 | A: Yes. I'm with you, yes. |
| 448:14 | Q: Let me see if I understand |
| 448:15 | this and your analysis here. |
| 448:16 | What you did in your paper |
| 448:17 | was to take a placebo group and the rate, |
| 448:18 | annualized rate of MIs or heart attacks |
| 448:19 | in a placebo group, and you obtain those |
| 448:20 | numbers from four different aspirin |
| 448:21 | trials. Is that right? |
| 448:22 | A: No. Actually, the trials |
| 448:23 | were pulled together by a British heart |
| 448:24 | journal paper, and we took that, which is |
| 449:1 | the largest data set we could find, to |
| 449:2 | have as an anchor or reference to the |
| 449:3 | COX-2 inhibitor trials, yes. |
| 449:4 | Q: Then you compared the |
| 449:5 | annualized rate of myocardial infarctions |
| 449:6 | in those four trials to the MI rate in |
| 449:7 | VIGOR and in CLASS, the Celebrex trial, |
| 449:8 | correct, sir? |
| 449:9 | A: Yes. |
| 449:10 | Q: And according to Figure 3, |
| 449:11 | this shows that Celebrex has a higher |
| 449:12 | annualized myocardial infarction rate |
| 449:13 | than VIGOR. Is that right, sir? |
| 449:14 | A: That's right, but they're |

Link > Hide

| | | |
|---|---|---|
| 449:15 | very close. They're both .80, .74, yes. |

| 54 | **461:3 -461:7** | Topol, Eric 2005-11-22 | 00:00:07  00:37:07  00:18:39 | Z1.53 |
|---|---|---|---|---|

| | | |
|---|---|---|
| 461:3 | Q: You never recommended that |
| 461:4 | Merck withdraw Vioxx at any point while |
| 461:5 | it was on the market, correct, sir? |
| 461:6 | A: I did not recommend its |
| 461:7 | withdrawal. |

| 55 | **464:17 -465:15** | Topol, Eric 2005-11-22 | 00:00:42  00:37:14  00:18:32 | Z1.54 |
|---|---|---|---|---|

464:17    Q:  Look at your JAMA article
464:18    for me, sir.
464:19    A:  Yes. And I know exactly
464:20    what's going to be your line of
464:21    questioning here.
464:22    Q:  If you'd turn to Page 956 --
464:23    A:  Yes.

Link > ET38.3.1    464:24    Q:  -- do you see in the middle
465:1    column you devote a whole section to

Link > Hide    465:2    study 085 and study 090? Do you see
465:3    that, sir?
465:4    A:  That's right.
465:5    Q:  Yes?
465:6    A:  Yes.
465:7    Q:  And you talk about study 090
465:8    and 085 in this article, don't you, in
465:9    August of 2001?
465:10    A:  Yes.
465:11    Q:  You obtained information
465:12    about study 090 from the FDA's website,
465:13    correct, sir?
465:14    A:  Yes, but not thoroughly
465:15    enough at this time.

56    468:19 - 473:3    Topol, Eric 2005-11-22          00:03:35   00:37:56   00:17:50                    Z1.55

468:19    Q:  Do you see in your JAMA
468:20    article when you were writing to doctors,
468:21    you wrote about study 085 and study 090
468:22    together; right?
468:23    A:  Yes.
468:24    Q:  You did that, sir, in JAMA
469:1    because study 085 was a twin study, an
469:2    identical study to study 090; correct?
469:3    A:  It is not a twin study when
469:4    one turns out to come out differently
469:5    than the other.
469:6    Q:  I'm talking about the
469:7    design, not the result. It was a twin
469:8    study, wasn't it, sir?
469:9    A:  No. There were significant
469:10    differences in the design as well. They
469:11    were both in osteoarthritis, but study
469:12    085 and 090 had differences, for example,
469:13    in the dose, and there was aspirin used.
469:14    There were different -- I don't remember
469:15    all the details, but 085 and 090 were not

| | | |
|---|---|---|
| | 469:16 | identical. |
| Link > ET38.3.1 | 469:17 | Q: Let's look at what you wrote |
| | 469:18 | back at the time in JAMA. Do you see |
| | 469:19 | that study 085, you say, was 'a |
| | 469:20 | randomized, double-blind |
| | 469:21 | placebo-controlled trial' versus -- and |
| | 469:22 | that's the 12.5 milligram dose. Do you |
| | 469:23 | see that? |
| | 469:24 | A: Yes. |
| | 470:1 | Q: 'Versus nabumetone,' the |
| | 470:2 | thousand milligram dose. Do you see |
| | 470:3 | that, sir? |
| | 470:4 | A: Yes. |
| | 470:5 | Q: That's the identical dose of |
| | 470:6 | Vioxx and nabumetone that was used in |
| | 470:7 | study 090; correct? |
| | 470:8 | A: Yes. But as it turns out, |
| | 470:9 | there are differences, and I have to go |
| | 470:10 | to the Targum report. |
| | 470:11 | Q: Is this what you wrote in |
| | 470:12 | your article, sir? |
| | 470:13 | A: That is what's in the |
| | 470:14 | article. But you're asking about whether |
| | 470:15 | they are twin studies and the same, and |
| | 470:16 | they're not all the same, no. |
| | 470:17 | Q: Do you see that study 085 |
| | 470:18 | involved an evaluation of the treatment |
| | 470:19 | of Vioxx in osteoarthritis patients who |
| | 470:20 | had knee problems? Do you see that? |
| | 470:21 | A: Yes. |
| | 470:22 | Q: That's the same with 090, |
| | 470:23 | correct? |
| | 470:24 | A: Yes. The patient complaint |
| | 471:1 | of knee arthritis is the same. |
| | 471:2 | Q: The duration of the trials |
| | 471:3 | 085 and 090 were also the same, six |
| | 471:4 | weeks; correct? |
| | 471:5 | A: That's what it says here. |
| | 471:6 | I'd like to go back to the Targum report |
| | 471:7 | to verify that. |
| | 471:8 | Q: Do you see that in your |
| Link > ET38.3.11 | 471:9 | article that you wrote, patients in 085 |
| | 471:10 | were allowed to take low dose aspirin for |
| | 471:11 | cardioprotection, and for 090, aspirin |
| | 471:12 | for cardioprotection was also allowed. |
| | 471:13 | Do you see that, sir? |

**Topol Merck Cross**

|  |  |  |
|---|---|---|
|  | 471:14 | A: That's what it says in the |
|  | 471:15 | article. Again, we had limited access to |
|  | 471:16 | 090. |
| Link > ET38.6 | 471:17 | Q: Well, the access you had to |
|  | 471:18 | 090, sir, is referenced on the last page |
| Link > ET38.6.1 | 471:19 | of your article in footnote 22; correct? |
|  | 471:20 | A: Which is the FDA website. |
|  | 471:21 | Q: You went to the FDA website |
|  | 471:22 | to find information from the FDA about |
|  | 471:23 | study 085 and 090, correct? |
|  | 471:24 | A: That's right, but that's not |
|  | 472:1 | complete information. That's the |
| Link > Hide | 472:2 | problem. |
|  | 472:3 | Q: Let me point out, sir, that |
|  | 472:4 | when you wrote your article at the time, |
| Link > ET38.3.14 | 472:5 | do you see that you wrote for study 085 |
|  | 472:6 | that there were three total |
|  | 472:7 | cardiovascular events in the trial, one |
|  | 472:8 | for Vioxx, two for nabumetone, and none |
|  | 472:9 | for the placebo group? Is that what you |
|  | 472:10 | wrote in your JAMA article? |
|  | 472:11 | A: For study 085. |
| Link > ET38.3.15 | 472:12 | Q: Did you write for study 090 |
|  | 472:13 | that there were 9 cardiovascular events, |
|  | 472:14 | 6 for Vioxx, 2 for nabumetone and 1 for |
|  | 472:15 | placebo? |
|  | 472:16 | A: That's what it says in the |
|  | 472:17 | article. |
| Link > Hide | 472:18 | Q: It was important to provide |
|  | 472:19 | information about 085 and 090 because you |
|  | 472:20 | wanted to give the people who read this |
|  | 472:21 | article information about both studies; |
|  | 472:22 | correct? |
|  | 472:23 | A: Well, we concentrated mainly |
|  | 472:24 | on VIGOR, so we gave the other two |
|  | 473:1 | studies, 085 and 090, which at that time |
|  | 473:2 | we weren't as concerned, we didn't make |
|  | 473:3 | much of these two studies. That's true. |

| 57 | **474:1-474:5** | Topol, Eric 2005-11-22 | 00:00:07 | 00:41:31 | 00:14:15 | Z1.56 |
|---|---|---|---|---|---|---|
|  | 474:1 | Q: You never mentioned the |  |  |  |  |
|  | 474:2 | results of study 085 when the plaintiffs' |  |  |  |  |
|  | 474:3 | lawyers were asking you questions, did |  |  |  |  |
|  | 474:4 | you, sir? |  |  |  |  |
|  | 474:5 | A: I wasn't asked about 085. |  |  |  |  |

| 58 | **475:22-476:9** | Topol, Eric 2005-11-22 | 00:00:39 | 00:41:38 | 00:14:08 | Z1.57 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| | 475:22 | Q: Dr. Topol, I'm going to show |
| Link > ET38.5 | 475:23 | you at Page 958 in the first column, |
| | 475:24 | second full paragraph, you say, second |
| Link > ET38.5.4 | 476:1 | sentence, 'Two smaller studies (Study 085 |
| | 476:2 | and Study 090) of Vioxx 'that both |
| | 476:3 | allowed the use of low-dose aspirin did |
| | 476:4 | not demonstrate the significant increase |
| | 476:5 | in cardiovascular event rate noted in |
| | 476:6 | VIGOR.' Did you write that, sir? |
| | 476:7 | A: That was in our paper, |
| | 476:8 | again, from the wrong data that we did |
| Link > Hide | 476:9 | not have access to. |

| 59 | 476:10 –477:13 | Topol, Eric 2005-11-22 | 00:00:44 | 00:42:17 | 00:13:29 | Z1.58 |
|---|---|---|---|---|---|---|
| | 476:10 | Q: I want to know what data you |
| | 476:11 | had access to after this point that you |
| | 476:12 | didn't have access to in -- |
| | 476:13 | A: I'll be happy to go over |
| | 476:14 | that if you give me an opportunity. |
| | 476:15 | Q: -- JAMA? |
| | 476:16 | A: Page 32 of the Targum |
| | 476:17 | report. |
| | 476:18 | Q: The Targum report you saw |
| | 476:19 | back in February 2001, sir? |
| | 476:20 | A: Right, but then we had the |
| | 476:21 | details of these patients, for example, |
| | 476:22 | placebo, coronary occlusion, and we could |
| | 476:23 | say had nothing to do with a heart |
| | 476:24 | attack. |
| | 477:1 | Q: Dr. Topol, the Targum report |
| | 477:2 | that you are relying on now for your |
| | 477:3 | review that study 090 was a signal -- |
| | 477:4 | A: Yes. |
| | 477:5 | Q: -- for cardiovascular risk |
| | 477:6 | is the same report that you cite in your |
| | 477:7 | JAMA article and that you relied on in |
| | 477:8 | your JAMA article. Is that true? |
| | 477:9 | A: And we had the details of |
| | 477:10 | each of the patients. |
| | 477:11 | Q: You had that also in |
| | 477:12 | February 2001? |
| | 477:13 | A: I did not have access to it. |

| 60 | 478:9 –478:23 | Topol, Eric 2005-11-22 | 00:00:31 | 00:43:01 | 00:12:45 | Z1.59 |
|---|---|---|---|---|---|---|
| Link > ET38.5.4 | 478:9 | Q: Dr. Topol, did you write in |
| | 478:10 | August of 2001 that 'Two smaller studies |
| | 478:11 | (Study 085 and Study 090)...did not |

|  | 478:12 | demonstrate the significant increase in |
|  | 478:13 | cardiovascular event rate noted in |
|  | 478:14 | VIGOR'? Did you write that? |
|  | 478:15 | A: That's correct. |
| Link > ET38.5.5 | 478:16 | Q: Did you also say in the next |
|  | 478:17 | sentence, 'However, these studies had |
|  | 478:18 | smaller sample sizes, used only 25% of |
|  | 478:19 | the dose of Vioxx 'used in VIGOR, and |
|  | 478:20 | had few events for meaningful |
|  | 478:21 | comparison.' Did you write that then, |
|  | 478:22 | sir? |
|  | 478:23 | A: That's right. |

| 61 | **481:18 - 482:3** | Topol, Eric 2005-11-22 | 00:00:34 | 00:43:32 | 00:12:14 | Z1.60 |

| Link > Hide | 481:18 | Q: I want to try to keep track |
|  | 481:19 | of the numbers that you've used over time |
|  | 481:20 | for study 090, and so I'm going to give |
|  | 481:21 | you a chart and ask you to confirm that |
|  | 481:22 | this is correct. |
| Link > ET38.3.9 | 481:23 | In your August 2001 JAMA |
|  | 481:24 | article for study 090, you said that |
|  | 482:1 | there were 6 cardiovascular events in the |
|  | 482:2 | Vioxx group, correct? |
|  | 482:3 | A: Right. |

| 62 | **484:19 - 486:6** | Topol, Eric 2005-11-22 | 00:01:14 | 00:44:06 | 00:11:40 | Z1.61 |

| Link > ET41.1 | 484:19 | Q: This is an e-mail at the |
|  | 484:20 | bottom that you wrote to Marlene |
| Link > ET41.1.1 | 484:21 | Goormastic on October 25, 2004; correct? |
|  | 484:22 | A: Yes. |
|  | 484:23 | Q: Is that your statistician? |
|  | 484:24 | A: That's the statistician, |
|  | 485:1 | that's right. |
|  | 485:2 | Q: And you're writing to Ms. |
|  | 485:3 | Goormastic on October 25, this is a month |
|  | 485:4 | after withdrawal, to do some statistical |
|  | 485:5 | analysis; correct? |
|  | 485:6 | A: Yes. There was subsequent |
| Link > ET41.1 | 485:7 | to this as well, but this is one of the |
|  | 485:8 | interactions we had. |
|  | 485:9 | Q: You ask Marlene at the |
| Link > ET41.1.3 | 485:10 | bottom, 'I need to do a test comparing |
|  | 485:11 | three treatment arms - Vioxx versus |
|  | 485:12 | nabumetone and then Vioxx versus the |
|  | 485:13 | other two combined,' meaning nabumetone |
|  | 485:14 | and placebo. 'Here are the data. Vioxx, |
|  | 485:15 | 7 out of 390 events.' |

485:16   A:  Right.

485:17   Q:  'Nabumetone 1 out of 392

485:18   events. Placebo, 1 out of 196 events.'

485:19   Is that what you wrote to her?

485:20   A:  These are events that are

485:21   not death, heart attack or stroke. These

485:22   are events requiring cessation of the

485:23   drug. This is a different part of the

485:24   Targum report. But, yes, this is one of

486:1   the ancillary analyses that was

486:2   performed.

486:3   Q:  This is an analysis on study

486:4   090; correct?

486:5   A:  Study 090, but not on death,

486:6   heart attack and stroke.

---

| 63 | 487:15 -489:9 | Topol, Eric 2005-11-22 | | 00:01:27 | 00:45:20 | 00:10:26 | Z1.62 |

487:15   Q:  The numbers that you're

487:16   using here on October 25 have to do with

487:17   the numbers of Vioxx patients who had to

487:18   be discontinued in the 090 study; right?

487:19   A:  With serious cardiovascular

487:20   adverse events, different than death,

487:21   heart attack and stroke. That's a

487:22   different table.

487:23   Q:  So, the numbers that you

487:24   have are 7, 1 and 1.

488:1   A:  Okay.

488:2   Q:  And you ask Ms. Goormastic

Link > ET41.1.4          488:3   at the bottom, 'Can you or someone run

488:4   this and get back to me, the p values,

488:5   RR, 95% CI?' Do you see that?

488:6   A:  Yes.

488:7   Q:  What you are asking her to

488:8   do -- a p-value is a test for statistical

488:9   significance; correct?

488:10   A:  Yes. Yes.

488:11   Q:  Relative risk is RR?

488:12   A:  Yes.

488:13   Q:  And CI is confidence

488:14   interval, and that's another test for

488:15   statistical significance; correct?

488:16   A:  Yes.

488:17   Q:  Ms. Goormastic writes back

Link > ET41.1.5          488:18   to you that same day above and says 'The

488:19   chisquare,' that's a type of statistical

**Topol Merck Cross**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 488:20 | test, correct, 'including all 3 groups is | | | | |
| | 488:21 | p equals .06,' and then here's the answer | | | | |
| | 488:22 | to your question: 'For Vioxx versus | | | | |
| | 488:23 | nabumetone chisquare' p-value is '.03.' | | | | |
| | 488:24 | Do you see that, sir? | | | | |
| | 489:1 | A:  Yes. I see that, but again, | | | | |
| | 489:2 | it's not related to my principal | | | | |
| | 489:3 | interest. | | | | |
| | 489:4 | Q:  The .03, just so the jury | | | | |
| | 489:5 | can understand and I can understand, if a | | | | |
| | 489:6 | p-value is less than .05, that means that | | | | |
| | 489:7 | it's statistically significant, the | | | | |
| | 489:8 | result; correct? | | | | |
| | 489:9 | A:  That's right. | | | | |

| 64 | **489:21 - 489:21** | Topol, Eric 2005-11-22 | 00:00:01 | 00:46:47 | 00:08:59 | Z1.63 |
|---|---|---|---|---|---|---|
| | 489:21 | Q:  The next line says -- | | | | |

| 65 | **490:3 - 491:12** | Topol, Eric 2005-11-22 | 00:01:03 | 00:46:48 | 00:08:58 | Z1.64 |
|---|---|---|---|---|---|---|
| | 490:3 | Q:  -- relative risk. Do you | | | | |
| Link > ET41.1.6 | 490:4 | see you wrote 'Relative risk for Vioxx is | | | | |
| | 490:5 | 7' -- I'm sorry, this is what Ms. | | | | |
| | 490:6 | Goormastic wrote -- 'is 7.' And then you | | | | |
| Link > ET41.1.7 | 490:7 | have a confidence interval here that she | | | | |
| | 490:8 | writes '.9 - 56.9.' Do you see that in | | | | |
| | 490:9 | the parenthesis? | | | | |
| | 490:10 | A:  Yes. | | | | |
| | 490:11 | Q:  And if the confidence | | | | |
| | 490:12 | interval that is described there includes | | | | |
| | 490:13 | the number 1, that is, if one falls | | | | |
| | 490:14 | within .9 to 56, that means that the | | | | |
| | 490:15 | result is not statistically significant; | | | | |
| | 490:16 | correct, sir? | | | | |
| Link > Hide | 490:17 | A:  That's correct. | | | | |
| | 490:18 | Q:  So, Ms. Goormastic writes: | | | | |
| | 490:19 | 'I was puzzled why this confidence | | | | |
| | 490:20 | interval covers 1 when the p-value is | | | | |
| | 490:21 | less than .05. I think it's due to the | | | | |
| | 490:22 | small number of events' used. Do you see | | | | |
| | 490:23 | that? | | | | |
| | 490:24 | A:  Yes, I do. | | | | |
| | 491:1 | Q:  You had talked about the | | | | |
| | 491:2 | small number of events in your JAMA | | | | |
| | 491:3 | article; right? | | | | |
| | 491:4 | A:  That's correct. | | | | |
| | 491:5 | Q:  Then she says, 'When I ran a | | | | |
| | 491:6 | logistic regression model' that's another | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 491:7 | way of calculating statistical | | | | |
| | | 491:8 | significance, right, 'I got very similar | | | | |
| | | 491:9 | results, a relative risk of 7.1,' and | | | | |
| | | 491:10 | then the confidence interval there covers | | | | |
| | | 491:11 | 1. Correct, sir? | | | | |
| | | 491:12 | A:  That's correct. | | | | |

| 66 | 493:4 - 493:15 | Topol, Eric 2005-11-22 | | 00:00:26 | 00:47:51 | 00:07:55 | Z1.65 |
|---|---|---|---|---|---|---|---|
| | | 493:4 | Q:  When you received this | | | | |
| | | 493:5 | e-mail from Ms. Goormastic, it wasn't | | | | |
| | | 493:6 | clear to you, sir, whether there was a | | | | |
| | | 493:7 | statistically significant difference or | | | | |
| | | 493:8 | not as reflected in Ms. Goormastic's | | | | |
| | | 493:9 | e-mail; correct? | | | | |
| | | 493:10 | A:  That really was not my | | | | |
| | | 493:11 | focus. I see what you're saying here, | | | | |
| | | 493:12 | but that was not my concern. The events | | | | |
| | | 493:13 | here for death, heart attack and stroke | | | | |
| | | 493:14 | were unclear. This is not what this | | | | |
| | | 493:15 | refers to. | | | | |

| 67 | 501:23 - 502:1 | Topol, Eric 2005-11-22 | | 00:00:05 | 00:48:17 | 00:07:29 | Z1.66 |
|---|---|---|---|---|---|---|---|
| Link > ET43.1 | | 501:23 | Q:  Dr. Topol, I've handed you | | | | |
| | | 501:24 | what I've marked as Exhibit 43 -- | | | | |
| | | 502:1 | A:  Yes. | | | | |

| 68 | 504:20 - 505:18 | Topol, Eric 2005-11-22 | | 00:00:54 | 00:48:22 | 00:07:24 | Z1.67 |
|---|---|---|---|---|---|---|---|
| Link > ET43.1.1 | | 504:20 | Q:  Now, you wrote '5 out of | | | | |
| | | 504:21 | 390' and then you wrote '1 out of 588.' | | | | |
| | | 504:22 | Do you see that in your e-mail? | | | | |
| | | 504:23 | A:  Yes. And that's exactly the | | | | |
| | | 504:24 | same as the New England Journal | | | | |
| | | 505:1 | subsequent correspondence. | | | | |
| | | 505:2 | Q:  The 588, which is the | | | | |
| | | 505:3 | denominator here, that is calculated by | | | | |
| | | 505:4 | taking the number of patients in the | | | | |
| | | 505:5 | nabumetone group and adding them to the | | | | |
| | | 505:6 | number of patients in the placebo group; | | | | |
| | | 505:7 | correct? | | | | |
| Link > Hide | | 505:8 | A:  Those are control groups for | | | | |
| | | 505:9 | the trial, that's right. They're not | | | | |
| | | 505:10 | experimental groups. | | | | |
| | | 505:11 | Q:  So, what you did was you | | | | |
| | | 505:12 | took 5 events on Vioxx, and you compared | | | | |
| | | 505:13 | them to 1 event in placebo and nabumetone | | | | |
| | | 505:14 | combined; correct? | | | | |
| | | 505:15 | A:  That is how this analysis | | | | |

|  |  |  |
|---|---|---|
| 505:16 | was performed with the appropriate |
| 505:17 | categorization of the endpoints and the |
| 505:18 | statistics. |

| 69 | 506:14 - 507:7 | Topol, Eric 2005-11-22 | 00:00:34  00:49:16  00:06:30 | Z1.68 |
|---|---|---|---|---|

| | |
|---|---|
| 506:14 | Q:  When you wrote your JAMA |
| 506:15 | article and the events were 6, 2 and 1, |
| 506:16 | you wrote that those numbers were too |
| 506:17 | small for meaningful comparison; correct? |
| 506:18 | A:  With the erroneous data, |
| 506:19 | they were not appropriate to make a final |
| 506:20 | judgment. |
| 506:21 | Q:  The numbers, 6, 2 and 1 were |
| 506:22 | so small that they couldn't be used for |
| 506:23 | meaningful comparison. Correct? |
| 506:24 | A:  I wouldn't use the term |
| 507:1 | exactly, no. That's not the term that we |
| 507:2 | use. |
| 507:3 | Q:  Well, if we look back at |
| 507:4 | your JAMA article, page -- |
| 507:5 | A:  It says, 'had few events for |
| 507:6 | meaningful comparison.' 'Few events.' |
| 507:7 | That's right. |

| 70 | 507:10 - 508:21 | Topol, Eric 2005-11-22 | 00:01:20  00:49:50  00:05:56 | Z1.69 |
|---|---|---|---|---|

Link > ET38.3.13

| | |
|---|---|
| 507:10 | When the events were 6, 2 |
| 507:11 | and 1 as you analyzed them in your JAMA |
| 507:12 | article for Vioxx, nabumetone and |
| 507:13 | placebo, you considered that to be few |
| 507:14 | events for meaningful comparison; |
| 507:15 | correct? |
| 507:16 | A:  Well, there was no |
| 507:17 | significant difference. So, that means |
| 507:18 | there's no meaningful difference, yes. |
| 507:19 | Q:  So now in November of 2004, |
| 507:20 | when you say the numbers now are 5 for |
| 507:21 | Vioxx, 1 for nabumetone and 0 for |
| 507:22 | placebo, there's actually fewer events in |
| 507:23 | your analysis from November of 2004 than |
| 507:24 | there were in your analysis in JAMA; |
| 508:1 | correct? |
| 508:2 | A:  Correct. But the events are |

Link > Hide

| | |
|---|---|
| 508:3 | correct now, and they are the appropriate |
| 508:4 | irrevocable endpoints of death, heart |
| 508:5 | attack and stroke and not admixed with |
| 508:6 | things like atrial fibrillation or a |
| 508:7 | chronic occlusion that had nothing to do |

| | |
|---|---|
| 508:8 | with a heart attack. Now we had a |
| 508:9 | difference of 1.3 versus 0.2 percent. |
| 508:10 | And what I showed in the letter in the |
| 508:11 | correspondence in the New England Journal |
| 508:12 | with those numbers is that with the exact |
| 508:13 | same Vioxx incident, 1.3 percent with |
| 508:14 | those five events that you just cited was |
| 508:15 | exactly the same as in the VIGOR trial, |
| 508:16 | 1.2 percent for death, heart attack and |
| 508:17 | stroke. And there was a 7.6, that's 760 |
| 508:18 | percent excess compared with the |
| 508:19 | controls, whether it be naproxen in VIGOR |
| 508:20 | or nabumetone and placebo in the current |
| 508:21 | study 090 that we're discussing. |

| 71 | 509:6 -511:2 | Topol, Eric 2005-11-22 | 00:01:29 00:51:10 00:04:36 | Z1.70 |
|---|---|---|---|---|

| | |
|---|---|
| 509:6 | Q:  Dr. Topol, the reason you |
| 509:7 | asked your statistician to compare the |
| 509:8 | number of events on Vioxx to the number |
| 509:9 | of events on nabumetone and placebo |
| 509:10 | combined is because you know that if you |
| 509:11 | compare the number of events on Vioxx to |
| 509:12 | just the number of events on nabumetone, |
| 509:13 | there is no statistically significant |
| 509:14 | difference? |
| 509:15 | A:  That's not the appropriate |
| 509:16 | comparison. We already went through |
| 509:17 | this, that is, when you have drugs that |
| 509:18 | are a control arm that are widely |
| 509:19 | accepted and have been around for 10 or |
| 509:20 | 20 years, and you have an experimental |
| 509:21 | drug, it is appropriate, just as Juni did |
| 509:22 | in his analysis in the Lancet, and just |
| 509:23 | as we did here, to compare the control |
| 509:24 | arms with the experimental arm, which in |
| 510:1 | this case was Vioxx. |
| 510:2 | Q:  You didn't do that in your |
| 510:3 | JAMA article, did you, sir? |
| 510:4 | A:  We didn't do it in the JAMA |
| 510:5 | article, but we didn't have the right |
| 510:6 | data. So, of course, we couldn't do it |
| 510:7 | in the JAMA paper. We had erroneous |
| 510:8 | categorization of endpoints. |
| 510:9 | Q:  The reason that you combined |
| 510:10 | nabumetone and placebo and compared that |
| 510:11 | to Vioxx is because you know that if you |

510:12   compare the number of events on Vioxx to
510:13   placebo for study 090, there is no
510:14   statistically significant difference;
510:15   correct?
510:16   A:  That is not the reason why
510:17   that analysis was performed that way.
510:18   Q:  Am I correct, sir, that if
510:19   you compare 5 events on Vioxx to 0 events
510:20   on placebo, there's no statistically
510:21   significant difference?
510:22   A:  I don't know. We'd have to
510:23   run the statistics on that.
510:24   Q:  You never ran that, did you?
511:1    A:  I don't remember that we ran
511:2    it. I don't have it at hand.

---

72    **538:24 - 539:24**    Topol, Eric 2005-11-22                00:00:50   00:52:39   00:03:07                          Z1.71

Link > ET46.1          538:24   Q:  Dr. Topol, I've handed you
                       539:1    Exhibit 46, which is an e-mail exchange
                       539:2    within the FDA. And I want to point your
Link > ET46.1.1        539:3    attention to November 1st, 2004. Do you
                       539:4    know who the author is?
                       539:5    A:  Dr. Villalba, yes, primary
                       539:6    reviewer of this application.
                       539:7    Q:  Dr. Villalba of the FDA
                       539:8    writes 'Study 090 was conducted between
                       539:9    September 1998 and May 1999. This one
                       539:10   showed more CV thrombotic events on Vioxx
                       539:11   than nabumetone or placebo. Topol was
                       539:12   not interested in study 085 which had
                       539:13   identical design and duration (6 weeks)
                       539:14   and approximately same size, but showed,'
                       539:15   and he underlines this, 'no differences
                       539:16   in CV thrombotic events.' Do you see
                       539:17   that, sir?
                       539:18   A:  I see it, and I want to
                       539:19   point out that a clinical trial is for 20
                       539:20   years.
                       539:21   Q:  Doctor --
                       539:22   A:  You look for signals and you
                       539:23   don't disregard certain trials and look
                       539:24   at certain trials.

---

73    **541:8 - 542:1**    Topol, Eric 2005-11-22                00:00:41   00:53:29   00:02:17                          Z1.72

Link > ET46.1.3        541:8    Q:  Dr. Topol, you see that Dr.
                       541:9    Villalba of the FDA writes on November 8
                       541:10   of 2004, 'Merck might have submitted

---

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 541:11 | study 090 results to the Agency sometime | | | |
| | | 541:12 | earlier than June 2000, but I do not | | | |
| | | 541:13 | think we would have done anything with | | | |
| | | 541:14 | it, since the number of events was small | | | |
| | | 541:15 | and there was a twin study (085) with | | | |
| | | 541:16 | identical size and duration, conducted at | | | |
| | | 541:17 | approximately the same time, that showed | | | |
| | | 541:18 | no difference in CV thrombotic events as | | | |
| | | 541:19 | compared to placebo and nabumetone.' Do | | | |
| Link > Hide | | 541:20 | you see that, sir? | | | |
| | | 541:21 | A:  I see that. | | | |
| | | 541:22 | Q:  This was written after the | | | |
| | | 541:23 | drug was withdrawn; correct? | | | |
| | | 541:24 | A:  Yes. And still I was not | | | |
| | | 542:1 | informed of these dates. | | | |

| 74 | 547:16 - 547:22 | Topol, Eric 2005-11-22 | 00:00:12 | 00:54:10 | 00:01:36 | Z1.73 |
|---|---|---|---|---|---|---|
| | | 547:16 | Q:  The Juni article shows that | | | |
| | | 547:17 | there's no increased risk associated with | | | |
| | | 547:18 | Vioxx at the 25 milligram dose, correct, | | | |
| | | 547:19 | sir? | | | |
| | | 547:20 | A:  No. No. That's not at all | | | |
| | | 547:21 | an appropriate interpretation of that | | | |
| | | 547:22 | study. | | | |

| 75 | 552:5 - 553:22 | Topol, Eric 2005-11-22 | 00:01:28 | 00:54:18 | 00:01:28 | Z1.74 |
|---|---|---|---|---|---|---|
| | | 552:5 | Q:  Do you also see, Dr. Topol, | | | |
| | | 552:6 | that in trial duration, do you see that | | | |
| | | 552:7 | in less than six months there's no | | | |
| | | 552:8 | statistically significant difference in | | | |
| | | 552:9 | increased cardiovascular risk in the Juni | | | |
| | | 552:10 | study? | | | |
| | | 552:11 | A:  I'm afraid the problem is | | | |
| | | 552:12 | that you're not interpreting these data | | | |
| | | 552:13 | properly because the concept -- and I can | | | |
| | | 552:14 | explain it if you'd like, about | | | |
| | | 552:15 | heterogeneity and interaction. What this | | | |
| | | 552:16 | table shows, and the most important | | | |
| | | 552:17 | aspect of the table is this column for P | | | |
| | | 552:18 | for interaction. And what this shows is | | | |
| | | 552:19 | that the duration, there's no difference. | | | |
| | | 552:20 | 217 percent excess for less than six | | | |
| | | 552:21 | months. 233 percent excess for heart | | | |
| | | 552:22 | attack for greater than six months. The | | | |
| | | 552:23 | same thing for dose. Only if there's a | | | |
| | | 552:24 | p-value for interaction. And the only | | | |
| | | 553:1 | one there was, interestingly, was on the | | | |

| | |
|---|---|
| 553:2 | external endpoint committee, which is a |
| 553:3 | topic I would have loved to address with |
| 553:4 | you. But that is the only one that was |
| 553:5 | significant. And that's the only thing |
| 553:6 | you can say about this table. |
| 553:7 | Q:  Let me ask one more time. |
| 553:8 | A:  Yes. |
| 553:9 | Q:  Without looking at the |
| 553:10 | p-value that you just looked at, do you |
| 553:11 | agree that Table 2 of the Juni study |
| 553:12 | shows that there's no statistically |
| 553:13 | significant difference in cardiovascular |
| 553:14 | risk associated with the Vioxx 25 |
| 553:15 | milligram dose? |
| 553:16 | A:  It does not show that there |
| 553:17 | is no statistically significant |
| 553:18 | difference, that there's no statistically |
| 553:19 | significant -- there's nothing you can |
| 553:20 | say about any of the doses higher or |
| 553:21 | lower based on this analysis and the |
| 553:22 | data. |

Play Time for this Script:   **00:55:46**

**Topol Merck Cross**

**Total time for all Scripts in this report:     00:55:46**