## CURFMAN 1 24 06 Merck cross

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 1 | 18:21 -19:4 | Curfman 01/24/2006 | 00:00:23 | 00:00:00 | 01:57:00 | Z6.1 |

|  | 18:21 | Q.  Dr. Curfman, are you |
|  | 18:22 | currently actively practicing medicine? |
|  | 18:23 | A.  A very small fraction of my |
|  | 18:24 | time is in medical practice in teaching, |
|  | 19:1 | but my main responsibility is I'm the |
|  | 19:2 | executive editor of the New England |
|  | 19:3 | Journal of Medicine, which is a full-time |
|  | 19:4 | job. |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 2 | 20:8 -21:7 | Curfman 01/24/2006 | 00:01:11 | 00:00:23 | 01:56:37 | Z6.2 |

|  | 20:8 | Q.  I'd like to take a few |
|  | 20:9 | minutes and just establish with you, sir, |
|  | 20:10 | a basic chronology of some of the key |
|  | 20:11 | events that we'll be talking about. |
|  | 20:12 | You recall that the VIGOR |
|  | 20:13 | manuscript was submitted to the New |
|  | 20:14 | England Journal of Medicine in May of |
|  | 20:15 | 2000; is that right? |
|  | 20:16 | A.  Well, it was submitted -- it |
|  | 20:17 | was received into our system on May 23rd |
|  | 20:18 | of 2000.  For the record, I think it's |
|  | 20:19 | important that we note that the letter of |
|  | 20:20 | transmission from the corresponding |
|  | 20:21 | author was dated May 18th. |
|  | 20:22 | Q.  Do you remember that the |
|  | 20:23 | authors asked for expedited treatment of |
|  | 20:24 | the VIGOR manuscript? |
|  | 21:1 | A.  Yes, I do. |
|  | 21:2 | Q.  Do you remember that the New |
|  | 21:3 | England Journal of Medicine determined |
|  | 21:4 | not to grant the expedited treatment? |
|  | 21:5 | A.  Yes.  The editor who made |
|  | 21:6 | that decision decided that it was not |
|  | 21:7 | indicated in that case, yes. |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 3 | 21:20 -21:24 | Curfman 01/24/2006 | 00:00:24 | 00:01:34 | 01:55:26 | Z6.3 |

|  | 21:20 | Q.  Again, because we'll be |
| Link > CURF1.1 | 21:21 | referring to it during the deposition, do |
|  | 21:22 | you recognize Exhibit 1 as a copy of the |
| Link > CURF1.1.1 | 21:23 | VIGOR manuscript as it eventually was |
|  | 21:24 | published in November of 2000? |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 4 | 22:21 -22:21 | Curfman 01/24/2006 | 00:00:01 | 00:01:58 | 01:55:02 | Z6.4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 22:21 | A.  Okay. | | | | |

| 5 | 23:23 -24:19 | Curfman 01/24/2006 | 00:01:09 | 00:01:59 | 01:55:01 | Z6.5 |
|---|---|---|---|---|---|---|
| Link > Hide | 23:23 | Q.  Continuing with the | | | | |
| | 23:24 | chronology, do you recall that in | | | | |
| | 24:1 | February 2001 the FDA convened an | | | | |
| | 24:2 | Advisory Committee? | | | | |
| | 24:3 | A.  Yes.  I did not have that | | | | |
| | 24:4 | information in February, but I did learn | | | | |
| | 24:5 | about that at a later time, later in | | | | |
| | 24:6 | 2001, yes. | | | | |
| | 24:7 | Q.  Do you remember when you | | | | |
| | 24:8 | learned in 2001 that the FDA had convened | | | | |
| | 24:9 | an Advisory Committee? | | | | |
| | 24:10 | A.  To the best of my | | | | |
| | 24:11 | recollection, it was in August or perhaps | | | | |
| | 24:12 | September of 2001 that I first learned | | | | |
| | 24:13 | about that. | | | | |
| | 24:14 | Q.  And did you learn that the | | | | |
| | 24:15 | FDA had information that they had posted | | | | |
| | 24:16 | on their website concerning VIGOR? | | | | |
| | 24:17 | A.  Yes.  I learned about that | | | | |
| | 24:18 | from a colleague, again, it was perhaps | | | | |
| | 24:19 | late August or September of 2001 | | | | (Edited) |

| 6 | 24:19 -24:23 | Curfman 01/24/2006 | 00:00:15 | 00:03:08 | 01:53:52 | Z6.6 |
|---|---|---|---|---|---|---|
| | 24:19 | and | | | | (Edited) |
| | 24:20 | there was -- I guess I should point out | | | | |
| | 24:21 | that the authors of the VIGOR article | | | | |
| | 24:22 | didn't inform us that additional data | | | | |
| | 24:23 | were being posted. | | | | |

| 7 | 26:23 -27:3 | Curfman 01/24/2006 | 00:00:14 | 00:03:23 | 01:53:37 | Z6.7 |
|---|---|---|---|---|---|---|
| | 26:23 | Q.  Eventually, did you read a | | | | |
| | 26:24 | memorandum that was part of the FDA's | | | | |
| | 27:1 | file on this that was posted on line | | | | |
| | 27:2 | called the Targum memorandum? | | | | |
| | 27:3 | A.  That's right. | | | | |

| 8 | 27:14 -27:14 | Curfman 01/24/2006 | 00:00:03 | 00:03:37 | 01:53:23 | Z6.8 |
|---|---|---|---|---|---|---|
| | 27:14 | Q.  Is Exhibit 2, does that | | | | |

| 9 | 27:15 -27:16 | Curfman 01/24/2006 | 00:00:07 | 00:03:40 | 01:53:20 | Z6.9 |
|---|---|---|---|---|---|---|
| Link > CURF2.2 | 27:15 | appear to you to be a copy of the Targum | | | | |
| | 27:16 | memorandum? | | | | |

| 10 | 27:17 -27:24 | Curfman 01/24/2006 | 00:00:18 | 00:03:47 | 01:53:13 | Z6.10 |
|---|---|---|---|---|---|---|
| | 27:17 | A.  (Witness reviewing | | | | |
| | 27:18 | document.) | | | | |

|       |       |       |       |       |       |       |
|-------|-------|-------|-------|-------|-------|-------|
|       | 27:19 | Yes, it does. |||||
|       | 27:20 | Q.  When did you first read the |||||
|       | 27:21 | Targum memorandum? |||||
|       | 27:22 | A.  I first became aware of the |||||
|       | 27:23 | data on the FDA website in late August or |||||
| Link > Hide | 27:24 | perhaps September of 2001. |||||

| 11 | 28:23 -30:1 | Curfman 01/24/2006 | 00:01:17 | 00:04:05 | 01:52:55 | Z6.11 |

28:23    Q.  Continuing in the
28:24    chronology, in 2004, did you learn that
29:1     Merck had voluntarily withdrawn Vioxx
29:2     from the marketplace?
29:3     A.  That's correct.
29:4     Q.  And when in 2004 did you
29:5     learn that?
29:6     A.  I believe that the date was
29:7     September 30th, 2004, plus or minus a day
29:8     or two.
29:9     Q.  Did you learn around that
29:10    time or soon after the withdrawal that
29:11    the FDA was convening another Advisory
29:12    Committee?
29:13    A.  Right.
29:14    Q.  And you understood that this
29:15    Advisory Committee would be looking at
29:16    all COX-2 inhibitors; is that right?
29:17    A.  Right.
29:18    Q.  As well as other NSAIDs.
29:19    Did you understand that?
29:20    A.  Yes.
29:21    Q.  Did the New England Journal
29:22    of Medicine ask the people who were
29:23    writing up the APPROVe study to submit it
29:24    to the New England Journal of Medicine
30:1     for possible publication?

| 12 | 30:23 -31:23 | Curfman 01/24/2006 | 00:01:17 | 00:05:22 | 01:51:38 | Z6.12 |

30:23    A.  There were discussions
30:24    between our editor-in-chief and one of
31:1     the authors about that possibility, yes,
31:2     but I honestly don't know who made the
31:3     first phone call. I was not involved in
31:4     those conversations.
31:5     Q.  Was it the case that even
31:6     though Vioxx had been voluntarily
31:7     withdrawn from the market, the New
31:8     England Journal of Medicine was

31:9    interested in publishing the APPROVe
31:10   study so that it would be available to
31:11   the public before the Advisory Committee
31:12   met?
31:13   A.  I don't recall that.  I
31:14   think that we were interested in
31:15   publishing the data, because it seemed to
31:16   us to be an important data set, very
31:17   informative data set, that would inform
31:18   physicians and the rest of the medical
31:19   community about this drug and this class
31:20   of drugs, but I don't recall anything
31:21   about trying to publish it before an
31:22   Advisory Committee.  I don't recall that
31:23   at all.

| 13 | 32:23 -33:3 | Curfman 01/24/2006 | | 00:00:20 | 00:06:39 | 01:50:21 | | Z6.13 |
|---|---|---|---|---|---|---|---|---|

32:23   Q.  Did there come a time when
32:24   people in the medical community began
33:1    criticizing the New England Journal of
33:2    Medicine for the way that it handled the
33:3    VIGOR publication?

| 14 | 33:10 -35:1 | Curfman 01/24/2006 | | 00:02:34 | 00:06:59 | 01:50:01 | | Z6.14 |
|---|---|---|---|---|---|---|---|---|

33:10   I can't recall exactly criticism.  I do
33:11   recall discussions.  There wasn't a lot
33:12   of discussion, but I'm not sure that I
33:13   would have recognized it as criticism.
33:14   Q.  By the middle of 2005, was
33:15   the senior editorial group at the New
33:16   England Journal of Medicine meeting on a
33:17   regular basis with a public relations
33:18   firm?
33:19   A.  Excuse me?  Could you repeat
33:20   that?
33:21   Q.  Sure.
33:22          By the middle of 2005, was
33:23   the New England Journal of Medicine
33:24   editorial folks, you and the other senior
34:1    editors, were you meeting on a regular
34:2    basis with a public relations firm?
34:3    A.  I personally did attend some
34:4    meetings with a public relations firm,
34:5    yes.
34:6    Q.  Was one of the subjects that
34:7    you discussed in late 2005 continuing
34:8    into early 2006, one of the subjects that

34:9     you discussed with the public relations
34:10    firm was how to deal with criticism of
34:11    the New England Journal of Medicine for
34:12    the way it handled the VIGOR publication?
34:13    A.  Well, I don't recall that as
34:14    being the focus of discussion myself.  I
34:15    think the topic of COX-2 inhibitors, that
34:16    topic probably did come up, but I don't
34:17    recall that we were talking about -- I
34:18    don't think so.
34:19    Q.  So, you don't remember that
34:20    in November and December, in fact, you
34:21    were communicating almost on a daily
34:22    basis with this PR firm on subjects
34:23    including the criticisms of the New
34:24    England Journal of Medicine concerning
35:1     how they handled the VIGOR publication?

---

**15**    **35:11 -35:18**    Curfman 01/24/2006       00:00:25   00:09:33   01:47:27        Z6.15

35:11    Q.  Do you -- are you saying
35:12    that as you sit here today that you don't
35:13    know that the New England Journal of
35:14    Medicine in November and December was
35:15    communicating with this PR firm on almost
35:16    a daily basis about criticisms of the New
35:17    England Journal of Medicine on how it
35:18    handled the VIGOR publication?

---

**16**    **36:19 -36:23**    Curfman 01/24/2006       00:00:15   00:09:58   01:47:02        Z6.16

36:19        THE WITNESS:  Well, all I
36:20    can do is tell you that I was not
36:21    talking with people at a PR firm
36:22    about, what did you say, how to
36:23    handle the VIGOR article or --

---

**17**    **37:22 -38:6**    Curfman 01/24/2006       00:00:27   00:10:13   01:46:47        Z6.17

37:22    Q.  My question to you, sir, is,
37:23    is it your testimony today that you don't
37:24    know that back in November and December,
38:1     the New England Journal of Medicine was
38:2     communicating on a regular basis with a
38:3     PR firm about how to handle criticism of
38:4     the manner in which the New England
38:5     Journal of Medicine handled the VIGOR
38:6     publication?

---

**18**    **38:12 -39:5**    Curfman 01/24/2006       00:01:17   00:10:40   01:46:20        Z6.18

38:12    A.  Okay.  To the best of my

| | | | | | | |
|---|---|---|---|---|---|---|

38:13 recollection, to the best of my memory,
38:14 there was a member of the, what you call
38:15 the PR firm, Morrissey & Company, that
38:16 would provide us with e-mail updates
38:17 about articles in the media that would be
38:18 of interest to the New England Journal of
38:19 Medicine, to the editors, other staff
38:20 members at the journal. And I would be
38:21 copied on these e-mails. I have to say
38:22 that I didn't open all of them, but I did
38:23 open some. They would contain sometimes
38:24 copies of articles in the media that
39:1 relate to journal activities, and some of
39:2 those, I'm sure, related to rofecoxib,
39:3 other COX-2 inhibitors, and this general
39:4 topic which was being written about in
39:5 the media at that time.                                      (Edited)

---

19      39:5 - 39:24     Curfman 01/24/2006        00:01:13  00:11:57  01:45:03                Z6.19

39:5 So, that's the                                              (Edited)
39:6 best of my recollection, that the
39:7 communications that were coming to me
39:8 from Morrissey & Company, the ones that I
39:9 can remember, were articles from the
39:10 public media, again, not dealing only
39:11 with rofecoxib or COX-2 inhibitors, but a
39:12 whole variety of topics in healthcare and
39:13 sometimes articles about articles that
39:14 were published in the New England Journal
39:15 of Medicine, because we do try to keep
39:16 track of what's going on in the media
39:17 with respect to our journal and with
39:18 respect to important issues in
39:19 healthcare, in medicine and the
39:20 healthcare community. So, that's the
39:21 best of my recollection about the
39:22 communications that I would have been
39:23 copied on with respect to Morrissey &
39:24 Company.

---

20      40:1 - 40:6      Curfman 01/24/2006        00:00:14  00:13:10  01:43:50                Z6.20

40:1 Q.  Don't you remember that they
40:2 coached you on what to say to the media
40:3 when the media asked any questions that
40:4 might be critical of the way that the New
40:5 England Journal of Medicine handled the
40:6 VIGOR publication?

---

| 21 | **40:13 - 40:16** | Curfman 01/24/2006 | 00:00:09 | 00:13:24 | 01:43:36 | | Z6.21 |

| 40:13 | THE WITNESS: Well, I don't |
| 40:14 | recall specifically receiving any |
| 40:15 | coaching about how to handle the |
| 40:16 | VIGOR publication. | (Edited) |

| 22 | **40:16 - 41:24** | Curfman 01/24/2006 | 00:01:32 | 00:13:33 | 01:43:27 | | Z6.22 |

| 40:16 | Now, I do | (Edited) |
| 40:17 | recall -- it is standard practice |
| 40:18 | for the media team, and it's not |
| 40:19 | just a PR company, by the way, we |
| 40:20 | have several people in our own |
| 40:21 | organization who are responsible |
| 40:22 | for dealing with the media, and |
| 40:23 | when an issue comes up, it's |
| 40:24 | standard practice for them to |
| 41:1 | develop some points called -- we |
| 41:2 | call them talking points, that |
| 41:3 | would cover certain aspects of |
| 41:4 | issues that one of us, one of us |
| 41:5 | editors might be called upon to |
| 41:6 | ask questions -- to answer |
| 41:7 | questions about. And I would |
| 41:8 | receive copies of these talking |
| 41:9 | points. And I will have to say |
| 41:10 | that I didn't use them very often. |
| 41:11 | Sometimes they were useful. |
| 41:12 | Sometimes they weren't useful to |
| 41:13 | me. But if that's what you're |
| 41:14 | referring to, if I understood your |
| 41:15 | question correctly, I assume that |
| 41:16 | you were referring to the talking |
| 41:17 | points that were prepared. But |
| 41:18 | they weren't prepared only by a PR |
| 41:19 | firm. It's important -- there are |
| 41:20 | several people inside our |
| 41:21 | organization who've worked at the |
| 41:22 | Journal for some time who are |
| 41:23 | involved as well in developing |
| 41:24 | talking points. |

| 23 | **42:17 - 42:22** | Curfman 01/24/2006 | 00:00:34 | 00:15:05 | 01:41:55 | | Z6.23 |

| 42:17 | Q. And then moving on with our |
| 42:18 | chronology, did you and your colleagues, |
| 42:19 | Dr. Morrissey and Dr. Drazen, prepare and |
| 42:20 | post on your website a document called an |
| 42:21 | "Expression of Concern"? |

|  |  | 42:22 | A. That's correct. |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 24 | 43:22 -44:3 | Curfman 01/24/2006 | 00:00:15 | 00:15:39 | 01:41:21 | Z6.24 |
| Link > CURF3.1 |  | 43:22 | Q. What date did you release |  |  |  |
|  |  | 43:23 | this and post it on your website? |  |  |  |
| Link > CURF3.1.1 |  | 43:24 | A. I believe it was December |  |  |  |
|  |  | 44:1 | 8th or 9th, somewhere in that area. |  |  |  |
|  |  | 44:2 | Q. I think we'll see as we go |  |  |  |
|  |  | 44:3 | forward that it was December 8. |  |  |  |
| 25 | 44:21 -45:3 | Curfman 01/24/2006 | 00:00:15 | 00:15:54 | 01:41:06 | Z6.25 |
| Link > Hide |  | 44:21 | Q. Did you know that there was |  |  |  |
|  |  | 44:22 | a case being tried in Federal Court in |  |  |  |
|  |  | 44:23 | Houston in early December? |  |  |  |
|  |  | 44:24 | A. Yes. |  |  |  |
|  |  | 45:1 | Q. And, in fact, you got daily |  |  |  |
|  |  | 45:2 | updates on that trial, didn't you, from |  |  |  |
|  |  | 45:3 | your PR team and the others? |  |  |  |
| 26 | 45:6 -45:9 | Curfman 01/24/2006 | 00:00:05 | 00:16:09 | 01:40:51 | Z6.26 |
|  |  | 45:6 | THE WITNESS: I don't -- I |  |  |  |
|  |  | 45:7 | don't know if they were daily |  |  |  |
|  |  | 45:8 | updates. I think that there were |  |  |  |
|  |  | 45:9 | updates from time to time. |  |  |  |
| 27 | 45:11 -46:17 | Curfman 01/24/2006 | 00:01:22 | 00:16:14 | 01:40:46 | Z6.27 |
|  |  | 45:11 | Q. And -- |  |  |  |
|  |  | 45:12 | A. Newspaper articles. |  |  |  |
|  |  | 45:13 | Q. And when you released the |  |  |  |
|  |  | 45:14 | Expression of Concern -- |  |  |  |
|  |  | 45:15 | A. Uh-huh. |  |  |  |
|  |  | 45:16 | Q. -- which I think you'll |  |  |  |
|  |  | 45:17 | agree was critical of the authors of the |  |  |  |
|  |  | 45:18 | VIGOR study, is that a fair statement? |  |  |  |
|  |  | 45:19 | A. That was not the purpose of |  |  |  |
|  |  | 45:20 | the Expression of Concern. |  |  |  |
|  |  | 45:21 | Q. Whether it was its purpose |  |  |  |
|  |  | 45:22 | or not, would you agree that the |  |  |  |
|  |  | 45:23 | Expression of Concern was critical of the |  |  |  |
|  |  | 45:24 | authors of the VIGOR study? |  |  |  |
|  |  | 46:1 | A. The Expression of Concern |  |  |  |
|  |  | 46:2 | was focused on an article that was |  |  |  |
|  |  | 46:3 | published in the New England Journal of |  |  |  |
|  |  | 46:4 | Medicine, a document, scientific document |  |  |  |
|  |  | 46:5 | that we had obtained evidence that made |  |  |  |
|  |  | 46:6 | us concerned about the procedures that |  |  |  |
|  |  | 46:7 | led to the publication of that document. |  |  |  |
|  |  | 46:8 | And our Expression of Concern was focused |  |  |  |

|       |       |                                              |
|-------|-------|----------------------------------------------|
| 46:9  | on the scientific document in order to       |
| 46:10 | correct the scientific record.  It was       |
| 46:11 | not focused on individuals.                  |
| 46:12 | Q.  Well, do you remember that               |
| 46:13 | you went out and gave a bunch of             |
| 46:14 | interviews after the Expression of           |
| 46:15 | Concern was published where you were         |
| 46:16 | critical of the authors of the VIGOR         |
| 46:17 | study?                                       |

---

**28**   **46:21 - 47:6**   Curfman 01/24/2006   00:00:11   00:17:36   01:39:24   Z6.28

| 46:21 | THE WITNESS:  I did not go          |
| 46:22 | out and give a bunch of             |
| 46:23 | interviews.                         |
| 46:24 | BY MR. BECK:                        |
| 47:1  | Q.  You didn't?                     |
| 47:2  | A.  No, I did not.                  |
| 47:3  | Q.  How many did you give?          |
| 47:4  | A.  The way the --                 |
| 47:5  | Q.  Can you just answer how many    |
| 47:6  | you gave?                           |

---

**29**   **47:11 - 48:1**   Curfman 01/24/2006   00:00:47   00:17:47   01:39:13   Z6.29

| 47:11 | THE WITNESS:  The way the --        |
| 47:12 | we were surprised that there were   |
| 47:13 | so many press calls.  We did not    |
| 47:14 | issue a press release about the     |
| 47:15 | Expression of Concern.  We posted   |
| 47:16 | it on our website, and after it     |
| 47:17 | was posted, we began to receive     |
| 47:18 | calls from the media.  I was        |
| 47:19 | surprised that they were            |
| 47:20 | interested in this.  For us --      |
| 47:21 | this was standard editorial         |
| 47:22 | procedure for us.  We have issued   |
| 47:23 | a total of three Expressions of     |
| 47:24 | Concern since 2002, and we were     |
| 48:1  | following standard procedures.      |

---

**30**   **48:2 - 48:21**   Curfman 01/24/2006   00:00:54   00:18:34   01:38:26   Z6.30

| 48:2  | When calls from the media           |
| 48:3  | came in, they were screened by the  |
| 48:4  | people in our organization who      |
| 48:5  | screen the media calls.  They       |
| 48:6  | attempted to answer as many of the  |
| 48:7  | questions as possible.  And when    |
| 48:8  | there were questions more of a      |

|  |  |
|---|---|
| 48:9 | technical nature that they felt |
| 48:10 | that an editor needed to answer, |
| 48:11 | they were referred to me.  And I |
| 48:12 | took the calls in my office.  I |
| 48:13 | didn't go out anywhere.  I was in |
| 48:14 | my office, and the calls were |
| 48:15 | referred to me, and I did the best |
| 48:16 | that I could to answer the |
| 48:17 | questions objectively so that the |
| 48:18 | media would get the right story |
| 48:19 | about why we had issued this |
| 48:20 | Expression of Concern.  And that |
| 48:21 | is how this unfolded. |

---

**31**   **48:24-49:2**   Curfman 01/24/2006   00:00:06   00:19:28   01:37:32   (Edited)   Z6.31

| 48:24 | And my question was, how many interviews |
| 49:1 | did you give?  Can you answer that |
| 49:2 | question? |

---

**32**   **49:7-49:11**   Curfman 01/24/2006   00:00:11   00:19:34   01:37:26   Z6.32

| 49:7 | THE WITNESS:  I can't |
| 49:8 | really.  Probably more than four |
| 49:9 | and less than ten.  I don't know. |
| 49:10 | I didn't count the number of |
| 49:11 | telephone calls that came in. |

---

**33**   **49:13-49:23**   Curfman 01/24/2006   00:00:19   00:19:45   01:37:15   Z6.33

| 49:13 | Q.  When you said under oath a |
| 49:14 | minute ago that you did not issue a press |
| 49:15 | release, in fact, the New England Journal |
| 49:16 | of Medicine sent out an e-mail alert to |
| 49:17 | the media -- |
| 49:18 | A.  Right. |
| 49:19 | Q.  -- informing the media that |
| 49:20 | this Expression of Concern that you say |
| 49:21 | was routine was going to be posted later |
| 49:22 | that day? |
| 49:23 | A.  Yes. |

---

**34**   **50:10-50:14**   Curfman 01/24/2006   00:00:08   00:20:04   01:36:56   Z6.34

| 50:10 | Q.  And are you claiming that |
| 50:11 | the New England Journal of Medicine |
| 50:12 | treated this Expression of Concern as a |
| 50:13 | routine matter, nothing out of the |
| 50:14 | ordinary? |

---

**35**   **50:23-50:24**   Curfman 01/24/2006   00:00:01   00:20:12   01:36:48   Z6.35

| 50:23 | THE WITNESS:  I didn't say |
| 50:24 | that. |

---

| 36 | 51:6 - 51:10 | Curfman 01/24/2006 | 00:00:09 | 00:20:13 | 01:36:47 | | Z6.36 |
|---|---|---|---|---|---|---|---|
| | | 51:6     Q.   Are you claiming that the | | | | | |
| | | 51:7     New England Journal of Medicine treated | | | | | |
| | | 51:8     this Expression of Concern as a routine | | | | | |
| | | 51:9     matter that was nothing out of the | | | | | |
| | | 51:10    ordinary? | | | | | |

| 37 | 51:13 - 51:17 | Curfman 01/24/2006 | 00:00:11 | 00:20:22 | 01:36:38 | | Z6.37 |
|---|---|---|---|---|---|---|---|
| | | 51:13         THE WITNESS: This is part | | | | | |
| | | 51:14    of the responsibility of editors. | | | | | |
| | | 51:15    It's part of our job that when, | | | | | |
| | | 51:16    after an article has been | | | | | |
| | | 51:17    published in a journal, | | | | (Edited) | |

| 38 | 51:17 - 51:19 | Curfman 01/24/2006 | 00:00:05 | 00:20:33 | 01:36:27 | | Z6.38 |
|---|---|---|---|---|---|---|---|
| | | 51:17    and it's | | | | (Edited) | |
| | | 51:18    not just our journal, it's any | | | | | |
| | | 51:19    medical journal, if an article is | | | | | |

| 39 | 51:20 - 52:9 | Curfman 01/24/2006 | 00:00:42 | 00:20:38 | 01:36:22 | | Z6.39 |
|---|---|---|---|---|---|---|---|
| | | 51:20    published in a journal and at a | | | | | |
| | | 51:21    later time new evidence comes to | | | | | |
| | | 51:22    light that causes the editors to | | | | | |
| | | 51:23    be concerned about some aspect of | | | | | |
| | | 51:24    that article, the process by which | | | | | |
| | | 52:1     it was published, the data, the | | | | | |
| | | 52:2     content, issuing an Expression of | | | | | |
| | | 52:3     Concern is part of the standard | | | | | |
| | | 52:4     operating procedure. It's set | | | | | |
| | | 52:5     down in the uniform requirements | | | | | |
| | | 52:6     of the International Committee of | | | | | |
| | | 52:7     Medical Journal Editors of which | | | | | |
| | | 52:8     the New England Journal is one of | | | | | |
| | | 52:9     the founding members. | | | | | |

| 40 | 52:10 - 52:23 | Curfman 01/24/2006 | 00:00:43 | 00:21:20 | 01:35:40 | | Z6.40 |
|---|---|---|---|---|---|---|---|
| | | 52:10       And so that, fortunately, we | | | | | |
| | | 52:11    have not had to issue Expressions | | | | | |
| | | 52:12    of Concern very often. We feel | | | | | |
| | | 52:13    very fortunate about that. But | | | | | |
| | | 52:14    since 2002, we have issued three | | | | | |
| | | 52:15    of them. And when we have to do | | | | | |
| | | 52:16    it, it's part of our job, and we | | | | | |
| | | 52:17    do it. And we are accustomed -- | | | | | |
| | | 52:18    we know the protocol, we follow | | | | | |
| | | 52:19    the same procedure each time that | | | | | |
| | | 52:20    we've done this, and as I've said, | | | | | |
| | | 52:21    it's a part of the | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 52:22 | responsibilities.  Editors | | | | |
| | 52:23 | sometimes have to do this. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | **53:8 -53:8** | Curfman 01/24/2006 | 00:00:03 | 00:22:03 | 01:34:57 | Z6.41 |
| Link > CURF4.1 | 53:8 | Q.   What's Exhibit 4? | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | **54:17 -55:1** | Curfman 01/24/2006 | 00:00:22 | 00:22:06 | 01:34:54 | Z6.42 |
| Link > CURF4.1.1 | 54:17 | To the best of my | | | | |
| | 54:18 | recollection, when the Expression | | | | |
| | 54:19 | of Concern was posted on the | | | | |
| | 54:20 | website, I believe that this may | | | | |
| | 54:21 | have been a statement that was | | | | |
| | 54:22 | placed below it or next to it, | | | | |
| | 54:23 | below it, I guess, to provide | | | | |
| | 54:24 | additional explanation for why it | | | | |
| Link > Hide | 55:1 | was being released. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | **55:3 -55:17** | Curfman 01/24/2006 | 00:00:31 | 00:22:28 | 01:34:32 | Z6.43 |
| | 55:3 | Q.   So, this was a statement | | | | |
| | 55:4 | issued by the New England Journal of | | | | |
| | 55:5 | Medicine on December 8th, the same day as | | | | |
| | 55:6 | the Expression of Concern, and it | | | | |
| | 55:7 | accompanied the Expression of Concern on | | | | |
| | 55:8 | the New England Journal of Medicine's | | | | |
| | 55:9 | website?  Isn't that true? | | | | |
| | 55:10 | A.   Well, if you tell me -- to | | | | |
| | 55:11 | the best of my recollection -- it doesn't | | | | |
| | 55:12 | say that here, but that's the best of my | | | | |
| | 55:13 | recollection.  If you tell me that that's | | | | |
| | 55:14 | where you got it, I believe you. | | | | |
| | 55:15 | Q.   And you'd never done that | | | | |
| | 55:16 | before in connection with an Expression | | | | |
| | 55:17 | of Concern, had you? | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | **55:20 -55:21** | Curfman 01/24/2006 | 00:00:02 | 00:22:59 | 01:34:01 | Z6.44 |
| | 55:20 | THE WITNESS:  I don't | | | | |
| | 55:21 | recall.  I don't recall. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | **55:23 -56:3** | Curfman 01/24/2006 | 00:00:11 | 00:23:01 | 01:33:59 | Z6.45 |
| | 55:23 | Q.   Well, you don't recall one | | | | |
| | 55:24 | way or another whether you issued a | | | | |
| | 56:1 | one-page statement accompanying either | | | | |
| | 56:2 | one of those other two Expressions of | | | | |
| | 56:3 | Concern that you talked about? | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | **56:13 -56:24** | Curfman 01/24/2006 | 00:00:28 | 00:23:12 | 01:33:48 | Z6.46 |
| | 56:13 | I didn't write | | | | (Edited) |
| | 56:14 | this statement, and I do remember | | | | |
| | 56:15 | being informed that, would it be | | | | |

|   |   |
|---|---|
| 56:16 | advisable to provide some |
| 56:17 | explanation given the technical |
| 56:18 | nature of the Expression of |
| 56:19 | Concern, would it be advisable to |
| 56:20 | have such a statement? And I |
| 56:21 | remember discussing that, and |
| 56:22 | so -- but I did not write the |
| 56:23 | statement. I remember discussing |
| 56:24 | it. |

| 47 | 57:2-57:24 | Curfman 01/24/2006 | 00:01:03 | 00:23:40 | 01:33:20 | Z6.47 |
|---|---|---|---|---|---|---|

|   |   |
|---|---|
| 57:2 | Q. You said before that you |
| 57:3 | handled this Expression of Concern the |
| 57:4 | same way you handled the other two? |
| 57:5 | A. Yes. In terms of -- |
| 57:6 | Q. And my question for you, |
| 57:7 | sir, is, in either one of the other two |
| 57:8 | Expressions of Concern, did the New |
| 57:9 | England Journal of Medicine release a |
| 57:10 | statement that accompanied the Expression |
| 57:11 | of Concern? |
| 57:12 | A. Again, I don't recall the |
| 57:13 | answer to that, but what I was referring |
| 57:14 | to was the -- in terms of handling the |
| 57:15 | Expression of Concern, what I was talking |
| 57:16 | about is the steps that we took, how |
| 57:17 | the -- how we made the decision to write |
| 57:18 | an Expression of Concern, how that |
| 57:19 | Expression of Concern was written, who |
| 57:20 | read it and reviewed it, and when it was |
| 57:21 | released. Those kinds of steps were the |
| 57:22 | same steps that we followed in each of |
| 57:23 | these three cases. And that's what I was |
| 57:24 | referring to. |

| 48 | 58:1 -58:14 | Curfman 01/24/2006 | 00:00:28 | 00:24:43 | 01:32:17 | Z6.48 |
|---|---|---|---|---|---|---|

|   |   |
|---|---|
| 58:1 | Q. Now, you say that you did |
| 58:2 | not write this statement, Exhibit 4, that |
| 58:3 | was posted on the website. Did Dr. |
| 58:4 | Morrissey write it? He was one of the |
| 58:5 | co-authors with you of the Expression of |
| 58:6 | Concern, right? |
| 58:7 | A. Yes, he was. |
| 58:8 | Q. Did Dr. Morrissey write this |
| 58:9 | statement that was posted on your |
| 58:10 | website? |
| 58:11 | A. I don't know who wrote this |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 58:12 | statement, to be honest with you. | | | | |
| | 58:13 | Q.  Well, don't you know, in | | | | |
| | 58:14 | fact, that it was written by your PR guy? | | | | |

| 49 | **58:17-59:9** | Curfman 01/24/2006 | 00:00:35 | 00:25:11 | 01:31:49 | Z6.49 |
|---|---|---|---|---|---|---|
| | 58:17 | THE WITNESS:  No, I don't | | | | |
| | 58:18 | know who wrote the statement. | | | | |
| | 58:19 | BY MR. BECK: | | | | |
| | 58:20 | Q.  Did you have a chance to | | | | |
| | 58:21 | spend some time reviewing this statement | | | | |
| | 58:22 | before it was posted on behalf of the New | | | | |
| | 58:23 | England Journal of Medicine on your | | | | |
| | 58:24 | website? | | | | |
| | 59:1 | A.  I believe I saw it briefly, | | | | |
| | 59:2 | but I did not spend a lot of time with | | | | |
| | 59:3 | it, no. | | | | |
| | 59:4 | Q.  Do you remember that you | | | | |
| | 59:5 | weren't even shown this statement that | | | | |
| | 59:6 | was posted on your website until the day | | | | |
| | 59:7 | it was posted? | | | | |
| | 59:8 | A.  I think that's certainly | | | | |
| | 59:9 | possible, yes. | | | | |

| 50 | **59:23-60:4** | Curfman 01/24/2006 | 00:00:12 | 00:25:46 | 01:31:14 | Z6.50 |
|---|---|---|---|---|---|---|
| | 59:23 | Q.  Ed, do you remember Ed? | | | | |
| | 59:24 | A.  Ed? | | | | |
| | 60:1 | Q.  The PR guy named Ed?  Do you | | | | |
| | 60:2 | remember a PR guy named Ed that you | | | | |
| | 60:3 | talked with almost every day during this | | | | |
| | 60:4 | period? | | | | |

| 51 | **60:15-60:20** | Curfman 01/24/2006 | 00:00:07 | 00:25:58 | 01:31:02 | Z6.51 |
|---|---|---|---|---|---|---|
| | 60:15 | THE WITNESS:  You mean Ed | | | | |
| | 60:16 | Cafasso?  Is that who you mean, Ed | | | | |
| | 60:17 | Cafasso? | | | | |
| | 60:18 | BY MR. BECK: | | | | |
| | 60:19 | Q.  Yes.  The PR guy, Ed. | | | | |
| | 60:20 | A.  Yes. | | | | |

| 52 | **61:20-62:2** | Curfman 01/24/2006 | 00:00:21 | 00:26:05 | 01:30:55 | Z6.52 |
|---|---|---|---|---|---|---|
| | 61:20 | Q.  During early December, were | | | | |
| | 61:21 | the senior editors of the New England | | | | |
| | 61:22 | Journal of Medicine following the trial | | | | |
| | 61:23 | down there in Houston so closely that | | | | |
| | 61:24 | they were actually reading or being | | | | |
| | 62:1 | informed of the contents of the testimony | | | | |
| | 62:2 | that was coming in during that trial? | | | | |

| 53 | **62:5-62:7** | Curfman 01/24/2006 | 00:00:06 | 00:26:26 | 01:30:34 | Z6.53 |
|---|---|---|---|---|---|---|

|  |  | | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 62:5 | THE WITNESS:  I can really | | | | |
|  |  | 62:6 | only speak for myself, and the | | | | |
|  |  | 62:7 | answer is unequivocally no. | | | | |

| 54 | 62:15-62:16 | Curfman 01/24/2006 | 00:00:04 | 00:26:32 | 01:30:28 | Z6.54 |
|---|---|---|---|---|---|---|
|  |  | 62:15 | Q.  I'm handing you what we've |
|  |  | 62:16 | marked as Exhibit 5. |

| 55 | 62:19-64:10 | Curfman 01/24/2006 | 00:01:29 | 00:26:36 | 01:30:24 | Z6.55 |
|---|---|---|---|---|---|---|
|  |  | 62:19 | Q.  Do you see here, sir, that |
|  |  | 62:20 | this is an e-mail, internal e-mail from |
|  |  | 62:21 | or among the senior editors of the New |
|  |  | 62:22 | England Journal of Medicine? |
|  |  | 62:23 | A.  Yes. |
|  |  | 62:24 | Q.  And it's from Dr. Drazen; |
|  |  | 63:1 | right? |
|  |  | 63:2 | A.  Well, there are two e-mails |
|  |  | 63:3 | here.  Are you talking -- |
|  |  | 63:4 | Q.  The one on the top. |
|  |  | 63:5 | A.  The one on the top.  Yes. |
|  |  | 63:6 | From Dr. Drazen, yes. |
|  |  | 63:7 | Q.  He's the editor-in-chief of |
|  |  | 63:8 | the New England Journal of Medicine, |
|  |  | 63:9 | right? |
|  |  | 63:10 | A.  Yes, he is. |
|  |  | 63:11 | Q.  It's dated Saturday, |
|  |  | 63:12 | December 3rd; correct? |
|  |  | 63:13 | A.  Right. |
|  |  | 63:14 | Q.  And it's to you, right? |
|  |  | 63:15 | A.  Uh-huh. |
|  |  | 63:16 | Q.  And to Dr. Morrissey, |
|  |  | 63:17 | correct? |
|  |  | 63:18 | A.  Right. |
|  |  | 63:19 | Q.  And you would be the three |
|  |  | 63:20 | top editors of the New England Journal of |
|  |  | 63:21 | Medicine, right? |
|  |  | 63:22 | A.  We're three of the top |
|  |  | 63:23 | editors, yes. |
|  |  | 63:24 | Q.  And do you see here where |
|  |  | 64:1 | the editor-in-chief of the New England |
|  |  | 64:2 | Journal of Medicine is reporting to you |
|  |  | 64:3 | concerning the contents of the deposition |
|  |  | 64:4 | testimony of Dr. Reicin? |
|  |  | 64:5 | A.  Uh-huh. |
|  |  | 64:6 | Q.  Why was the editor-in-chief |
|  |  | 64:7 | of the New England Journal of Medicine |
|  |  | 64:8 | giving you updates concerning the |

|  |  |  |
|---|---|---|
| 64:9 | contents of Dr. Reicin's testimony down |
| 64:10 | there in the Houston trial? |

| 56 | 66:20-67:18 | Curfman 01/24/2006 | 00:00:52 | 00:28:05 | 01:28:55 | Z6.56 |
|---|---|---|---|---|---|---|

| 66:20 | Q. You know there are |
|---|---|
| 66:21 | depositions, then there are trials. |
| 66:22 | You're in a deposition now. The thing |
| 66:23 | that was going down in Houston with a |
| 66:24 | jury was a trial. |
| 67:1 | Now, when you read this, did |
| 67:2 | you understand it to refer to trial |
| 67:3 | testimony by Dr. Reicin or deposition |
| 67:4 | testimony or which? |
| 67:5 | A. Well, I'll have to be very |
| 67:6 | honest with you. I only vaguely remember |
| 67:7 | this e-mail message. I remember that it |
| 67:8 | was on a Saturday late in the morning. I |
| 67:9 | was working at my desk in my home. |
| 67:10 | Q. Actually, it says 11:31 p.m. |
| 67:11 | A. Oh, p.m., I'm sorry. |
| 67:12 | Q. Almost midnight he's telling |
| 67:13 | you about this testimony, right? |
| 67:14 | A. I don't think I was awake |
| 67:15 | then. I try to be in bed earlier than |
| 67:16 | that. So, I think that I got it perhaps |
| 67:17 | the next morning, maybe it was actually |
| 67:18 | Sunday morning, I was working at my desk. |

| 57 | 67:19-68:3 | Curfman 01/24/2006 | 00:00:24 | 00:28:57 | 01:28:03 | Z6.57 |
|---|---|---|---|---|---|---|

| 67:19 | And I have to say, I didn't pay too much |
|---|---|
| 67:20 | attention to this message. It's a |
| 67:21 | three-line message. It didn't -- it |
| 67:22 | wasn't very informative to me, and I |
| 67:23 | wasn't sure where we would actually take |
| 67:24 | something like this. So, I don't think |
| 68:1 | there was any followup action on this, |
| 68:2 | so, I can't really comment much more than |
| 68:3 | that. |

| 58 | 68:14-69:8 | Curfman 01/24/2006 | 00:00:59 | 00:29:21 | 01:27:39 | Z6.58 |
|---|---|---|---|---|---|---|

| 68:14 | Q. When you released the |
|---|---|
| 68:15 | editorial on December 8th, I think you |
| 68:16 | indicated before you didn't know, you |
| 68:17 | say, precisely what was going on in the |
| 68:18 | trial down in Houston. Is that right? |
| 68:19 | A. Right. |
| 68:20 | Q. You knew that the trial was |

68:21    still going on down in Houston?
68:22    A.  Yes.
68:23    Q.  You also knew, obviously,
68:24    that Vioxx was not being prescribed and
69:1    sold on December 8th, 2005; right?
69:2    A.  Yes.  That's right.  We
69:3    generally -- we have referred to it as
69:4    rofecoxib, but, yes, that's right.
69:5    Q.  And so on December 8th, when
69:6    you released this Expression of Concern,
69:7    there was no public health emergency --
69:8    A.  No.

| 59 | 71:11 -72:17 | Curfman 01/24/2006 | 00:01:17 | 00:30:20 | 01:26:40 | Z6.59 |
|----|----|----|----|----|----|----|

71:11    Q.  You've got what we've marked
Link >  CURF6.1    71:12    as Defendant's Exhibit 6 in front of you,
71:13    right?
71:14    A.  Right.  Uh-huh.
71:15    Q.  And do you see that the
Link >  CURF6.1.1    71:16    first page of Defendant's Exhibit 6 is an
71:17    e-mail string of e-mails from December
71:18    8th?
71:19    A.  Right.
71:20    Q.  And the first one is from
71:21    Karen Pedersen --
71:22    A.  Pedersen, yes.
71:23    Q.  Pederson to you?
71:24    A.  Right.
72:1    Q.  With a copy to Dr.
72:2    Morrissey?
72:3    A.  That's right.
72:4    Q.  And it says she's forwarding
72:5    something called talking points; right?
72:6    A.  Yes.  That's what I referred
72:7    to earlier.
72:8    Q.  And Karen Pedersen, is she
72:9    an internal PR person for the New England
72:10    Journal of Medicine?
72:11    A.  She's the manager of media
72:12    relations.  We don't call her a PR
72:13    person, but she is our interface with the
72:14    media.
72:15    Q.  And she's forwarding on
72:16    talking points that were sent to her by
72:17    Ed Cafasso; right?

| 60 | 73:2 -73:20 | Curfman 01/24/2006 | 00:00:32 | 00:31:37 | 01:25:23 | Z6.60 |
|----|----|----|----|----|----|----|

73:2    Q.   But do you see right
73:3    underneath the first e-mail --
73:4    A.   Yeah.
73:5    Q.   -- that we looked at, which
73:6    would have been the most recent e-mail,
73:7    there's an e-mail -- she's forwarding the
73:8    thing that she got right below from Ed
73:9    Cafasso to her --
73:10   A.   Right.
73:11   Q.     -- "Subject:  Talking
73:12   points," "Importance:  High"?
73:13   A.   Uh-huh.  Yep.
73:14   Q.   And Ed Cafasso, he's the
73:15   outside PR guy; right?
73:16   A.   Yes.
73:17   Q.   So, he's attaching the
73:18   talking points and the Q&A, he says;
73:19   correct?
73:20   A.   Right.

| 61 | 74:3 -74:16 | Curfman 01/24/2006 | 00:00:27 | 00:32:09 | 01:24:51 | | Z6.61 |
|----|----|----|----|----|----|----|----|

74:3    Q.   Are you on the page that has
Link > CURF6.4        74:4    at the top the title "Expression of
74:5    Concern: Key Points and Q&A."
Link > CURF6.4.2      74:6    A.   Right.
74:7    Q.   Are these the kind of
74:8    talking points that you referred to
74:9    earlier in your testimony that people
74:10   would give you to use?
74:11   A.   Sometimes they would, yes.
74:12   Q.   And they did this time;
74:13   right?
74:14   A.   They did.                              (Edited)
74:15   I used these talking points because I
74:16   don't think I did, but...

| 62 | 74:17 -75:9 | Curfman 01/24/2006 | 00:00:42 | 00:32:36 | 01:24:24 | | Z6.62 |
|----|----|----|----|----|----|----|----|

74:17   Q.   Well, let's take a look down
Link > CURF6.4.1      74:18   at the one that says "Why Did we Release
74:19   this Today?"
74:20   A.   Uh-huh.
74:21   Q.   And the talking point says,
74:22   "We felt it was important to release this
74:23   information as soon as we understood how
74:24   it impacted the conclusions of the paper
75:1    we had published.  We felt we should
75:2    announce this once we had completed our

|  |  | 75:3 | investigation of the data, which included |
| --- | --- | --- | --- |
|  |  | 75:4 | a statistical analysis, and had raised |
|  |  | 75:5 | our concerns with the authors." |
|  |  | 75:6 | Did you follow that talking |
|  |  | 75:7 | point when members of the media asked you |
|  |  | 75:8 | why you released the Expression of |
|  |  | 75:9 | Concern when the jury was out in Houston? |

| 63 | 75:15 - 75:15 | Curfman 01/24/2006 | 0 | 00:33:18 | 01:23:42 | Z6.63 |
| --- | --- | --- | --- | --- | --- | --- |
|  |  | 75:15 | THE WITNESS: I don't -- |

| 64 | 76:1 - 76:11 | Curfman 01/24/2006 | 00:00:33 | 00:33:18 | 01:23:42 | Z6.64 |
| --- | --- | --- | --- | --- | --- | --- |
| Link > Hide |  | 76:1 | Q.  Is it still your testimony |
|  |  | 76:2 | that you didn't know on December 8th when |
|  |  | 76:3 | you released the Expression of Concern |
|  |  | 76:4 | that the jury was out in Houston? |
|  |  | 76:5 | A.  I don't know how I could |
|  |  | 76:6 | have known that.  I mean, you know, it's |
|  |  | 76:7 | not something that I would have known. |
|  |  | 76:8 | Q.  Did you use this talking |
|  |  | 76:9 | point when you answered questions from |
|  |  | 76:10 | the media about why you released that |
|  |  | 76:11 | Expression of Concern on that date? |

| 65 | 76:16 - 76:21 | Curfman 01/24/2006 | 00:00:14 | 00:33:51 | 01:23:09 | Z6.65 |
| --- | --- | --- | --- | --- | --- | --- |
|  |  | 76:16 | Q.  Well, you were asked about |
|  |  | 76:17 | why in the media, weren't you? |
|  |  | 76:18 | A.  I don't recall, but what I |
|  |  | 76:19 | can say is that I didn't use this talking |
|  |  | 76:20 | point because I didn't need to use this |
|  |  | 76:21 | talking point. | (Edited) |

| 66 | 77:1 - 77:17 | Curfman 01/24/2006 | 00:00:48 | 00:34:05 | 01:22:55 | Z6.66 |
| --- | --- | --- | --- | --- | --- | --- |
|  |  | 77:1 | THE WITNESS: The truth of |
|  |  | 77:2 | the matter is that we released the |
|  |  | 77:3 | Expression of Concern when we had |
|  |  | 77:4 | all of the data assembled, when we |
|  |  | 77:5 | had deliberated, we had the facts |
|  |  | 77:6 | in hand.  We very carefully |
|  |  | 77:7 | deliberated.  The editors had come |
|  |  | 77:8 | together, reviewed all the |
|  |  | 77:9 | information that we had, including |
|  |  | 77:10 | information that we obtained on |
|  |  | 77:11 | November 21st, 2005.  We made our |
|  |  | 77:12 | best judgment as editors of the |
|  |  | 77:13 | New England Journal of Medicine |
|  |  | 77:14 | with many years of experience |
|  |  | 77:15 | collectively, and we sat down and |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | 77:16 | wrote the document, the Expression |  |  |  |  |  |
|  |  | 77:17 | of Concern. |  |  |  | (Edited) |  |
| 67 | 77:17 -78:1 | Curfman 01/24/2006 |  | 00:00:25 | 00:34:53 | 01:22:07 |  | Z6.67 |
|  |  | 77:17 | We worked very hard |  |  |  | (Edited) |  |
|  |  | 77:18 | on every word of that document. |  |  |  |  |  |
|  |  | 77:19 | Every word was a focus. |  |  |  |  |  |
|  |  | 77:20 | We then had the document |  |  |  |  |  |
|  |  | 77:21 | peer reviewed by someone who we |  |  |  |  |  |
|  |  | 77:22 | have a lot of respect for and who |  |  |  |  |  |
|  |  | 77:23 | is very good with numbers and |  |  |  |  |  |
|  |  | 77:24 | statistical analysis, who went |  |  |  |  |  |
|  |  | 78:1 | over things for us. |  |  |  | (Edited) |  |
| 68 | 78:1 -78:6 | Curfman 01/24/2006 |  | 00:00:15 | 00:35:18 | 01:21:42 |  | Z6.68 |
|  |  | 78:1 | And when we |  |  |  | (Edited) |  |
|  |  | 78:2 | finally reached what we considered |  |  |  |  |  |
|  |  | 78:3 | to be a final version after going |  |  |  |  |  |
|  |  | 78:4 | through many versions of the |  |  |  |  |  |
|  |  | 78:5 | Expression of Concern we released |  |  |  |  |  |
|  |  | 78:6 | it. |  |  |  | (Edited) |  |
| 69 | 78:6 -78:19 | Curfman 01/24/2006 |  | 00:00:34 | 00:35:33 | 01:21:27 |  | Z6.69 |
|  |  | 78:6 | Which is our responsibility as |  |  |  | (Edited) |  |
|  |  | 78:7 | editors under the uniform |  |  |  |  |  |
|  |  | 78:8 | requirements of the International |  |  |  |  |  |
|  |  | 78:9 | Committee of Medical Journal |  |  |  |  |  |
|  |  | 78:10 | Editors.  And that's what we did. |  |  |  |  |  |
|  |  | 78:11 | We followed the standard protocol |  |  |  |  |  |
|  |  | 78:12 | that we've followed in the past, |  |  |  |  |  |
|  |  | 78:13 | and we released the information |  |  |  |  |  |
|  |  | 78:14 | when we had it ready in order to |  |  |  |  |  |
|  |  | 78:15 | inform the medical community that |  |  |  |  |  |
|  |  | 78:16 | we had some concerns about this |  |  |  |  |  |
|  |  | 78:17 | work and had referred these |  |  |  |  |  |
|  |  | 78:18 | concerns to the authors of the |  |  |  |  |  |
|  |  | 78:19 | article for a response. |  |  |  |  |  |
| 70 | 80:17 -80:19 | Curfman 01/24/2006 |  | 00:00:06 | 00:36:07 | 01:20:53 |  | Z6.70 |
|  |  | 80:17 | Q.  We've been looking at the |  |  |  |  |  |
|  |  | 80:18 | December 8 talking points.  Let me show |  |  |  |  |  |
|  | Link > CURF7.1 | 80:19 | you Exhibit 7. |  |  |  |  |  |
| 71 | 81:7 -81:10 | Curfman 01/24/2006 |  | 00:00:07 | 00:36:13 | 01:20:47 |  | Z6.71 |
|  |  | 81:7 | BY MR. BECK: |  |  |  |  |  |
|  |  | 81:8 | Q.  Do you see that this |  |  |  |  |  |
|  | Link > CURF7.1.1 | 81:9 | document is the December 5th version of |  |  |  |  |  |
|  |  | 81:10 | the talking points? |  |  |  |  |  |

**CURFMAN 1 24 06 Merck cross**

| 72 | **81:13 - 81:13** | Curfman 01/24/2006 | 00:00:02 | 00:36:20 | 01:20:40 | Z6.72 |
|----|----|----|----|----|----|----|
| | | 81:13        THE WITNESS:  Yes. | | | | |

| 73 | **81:15 - 81:16** | Curfman 01/24/2006 | 00:00:05 | 00:36:22 | 01:20:38 | Z6.73 |
|----|----|----|----|----|----|----|
| | | 81:15     Q.  Down at the bottom it says, | | | | |
| | Link > CURF7.1.2 | 81:16     "Why Did We Release This When We Did?" | | | | |

| 74 | **82:15 - 83:7** | Curfman 01/24/2006 | 00:00:38 | 00:36:27 | 01:20:33 | Z6.74 |
|----|----|----|----|----|----|----|
| | | 82:15     Q.  I apologize.  I've got the | | | | |
| | | 82:16     date wrong.  So, now we're talking about | | | | |
| | | 82:17     after it's been released and out there in | | | | |
| | | 82:18     the public for a while; right? | | | | |
| | | 82:19     A.  Right.  Uh-huh. | | | | |
| | | 82:20     Q.  And so this was a later | | | | |
| | | 82:21     version of the talking points.  And down | | | | |
| | | 82:22     at the bottom it says "Why Did We Release | | | | |
| | | 82:23     This When We Did?"  Could you read for me | | | | |
| | | 82:24     the first sentence -- | | | | |
| | | 83:1     A.  Sure. | | | | |
| | | 83:2     Q.  -- of the talking points? | | | | |
| | | 83:3     A.  Sure.  "We made this | | | | |
| | | 83:4     information public as soon as we could, | | | | |
| | | 83:5     without regard to the trial." | | | | |
| | | 83:6     Q.  Now, that statement in the | | | | |
| | Link > Hide | 83:7     talking points was false, wasn't it? | | | | |

| 75 | **83:11 - 83:15** | Curfman 01/24/2006 | 00:00:14 | 00:37:05 | 01:19:55 | Z6.75 |
|----|----|----|----|----|----|----|
| | | 83:11     Q.  In fact, when you were | | | | |
| | | 83:12     planning the release of the Expression of | | | | |
| | | 83:13     Concern, you were planning it to coincide | | | | |
| | | 83:14     with specific events of the trial down in | | | | |
| | | 83:15     Houston.  Isn't that true? | | | | |

| 76 | **83:22 - 84:2** | Curfman 01/24/2006 | 00:00:12 | 00:37:19 | 01:19:41 | Z6.76 |
|----|----|----|----|----|----|----|
| | | 83:22        You were planning to release | | | | |
| | | 83:23     the Expression of Concern based on | | | | |
| | | 83:24     specific events that you had been told | | | | |
| | | 84:1     would take place down in the trial in | | | | |
| | | 84:2     Houston, isn't that true, sir? | | | | |

| 77 | **84:6 - 84:6** | Curfman 01/24/2006 | 00:00:01 | 00:37:31 | 01:19:29 | Z6.77 |
|----|----|----|----|----|----|----|
| | | 84:6        THE WITNESS:  No. | | | | |

| 78 | **84:14 - 84:14** | Curfman 01/24/2006 | 00:00:03 | 00:37:32 | 01:19:28 | Z6.78 |
|----|----|----|----|----|----|----|
| | Link > CURF8.1 | 84:14     Q.  What is Exhibit 8? | | | | |

| 79 | **84:18 - 84:22** | Curfman 01/24/2006 | 00:00:21 | 00:37:35 | 01:19:25 | Z6.79 |
|----|----|----|----|----|----|----|
| | | 84:18        THE WITNESS:  Right.  This | | | | |
| | | 84:19     is some e-mail from December 8th | | | | |
| | | 84:20     among the various editors of the | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 84:21 | Journal about the Expression of | | | | |
| | 84:22 | Concern. | | | | |
| 80 | 84:24 - 85:18 | Curfman 01/24/2006 | 00:01:02 | 00:37:56 | 01:19:04 | Z6.80 |

84:24   Q.   And on the bottom, which

Link > CURF8.1.1

85:1   would be the earliest of the three
85:2   e-mails printed on this page; is that
85:3   correct?
85:4   A.   Yes.   December 7th, right.
85:5   Q.   And it's December 7th, 6:00
85:6   p.m. from Tad Campion.   Who is Tad
85:7   Campion?
85:8   A.   He's the senior deputy
85:9   editor at the journal.
85:10   Q.   Then it says to -- and it
85:11   has Lisa Scott, Karen Pedersen, Sandra
85:12   Jacobs, Andrea Graham and Julie Mooza.
85:13   Are they all employees of the New England
85:14   Journal of Medicine?
85:15   A.   This is the web team, yes.
85:16   Q.   And then cc, that means
85:17   copies; right?
85:18   A.   That's right.

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | 87:6 - 88:2 | Curfman 01/24/2006 | 00:00:44 | 00:38:58 | 01:18:02 | Z6.81 |

87:6   Q.   And then you're copied on
87:7   this December 7th 6:00 p.m. e-mail;
87:8   right?
87:9   A.   Yes.
87:10   Q.   Dr. Drazen, the
87:11   editor-in-chief is also copied; correct?
87:12   A.   Correct.
87:13   Q.   Then the subject, what does
87:14   the subject line read?
87:15   A.   "Probable Early Release
87:16   Tomorrow P.M.," is that what you're
87:17   referring to?
87:18   Q.   Yes.   Underneath where it
87:19   says "Probable Early Release Tomorrow
87:20   P.M.," there's a line that says
87:21   "Importance," and what did Mr. Campion
87:22   say was the importance of this e-mail?
87:23   A.   It says "High."
87:24   Q.   Then the e-mail says,
88:1   "Steve." Who would that be?  Is that
88:2   Steve Morrissey?

| 82 | 88:4-88:5 | Curfman 01/24/2006 | 00:00:03 | 00:39:42 | 01:17:18 | Z6.82 |

| | | 88:4 | THE WITNESS: That would |
| | | 88:5 | probably be Dr. Morrissey, yes. |

| 83 | 88:7-89:3 | Curfman 01/24/2006 | 00:00:51 | 00:39:45 | 01:17:15 | Z6.83 |

| | | 88:7 | Q. "Steve wants us to know |
| | | 88:8 | that we need to get ready to post as an |
| | | 88:9 | early release the Expression of Concern |
| | | 88:10 | that is scheduled for the editorial pages |
| | | 88:11 | of the December 29th issue." |
| | | 88:12 | Let me ask you first, as of |
| | | 88:13 | December 7 at 6 p.m., in fact, the |
| | | 88:14 | Expression of Concern had been scheduled |
| | | 88:15 | to be printed on December 29th with the |
| | | 88:16 | regular edition of the journal, right? |
| | | 88:17 | A. Yes. |
| | | 88:18 | Q. And then it says, "The |
| | | 88:19 | reason," that's the reason for this early |
| | | 88:20 | release; right? |
| | | 88:21 | A. Right. |
| | | 88:22 | Q. "The reason is that |
| | | 88:23 | tomorrow's testimony in the Vioxx trial |
| | | 88:24 | may involve part of a deposition that |
| | | 89:1 | Greg gave about the NEJM and the VIGOR |
| | | 89:2 | trial." "Greg" is you; right? |
| | | 89:3 | A. That's right. |

| 84 | 89:4-89:16 | Curfman 01/24/2006 | 00:00:31 | 00:40:36 | 01:16:24 | Z6.84 |

| | | 89:4 | Q. And then it says, "If so, |
| | | 89:5 | there will be press attention, and we |
| | | 89:6 | want the press to know about the official |
| | | 89:7 | NEJM statement. That is being laid out |
| | | 89:8 | and needs to be ready to go" on the |
| | | 89:9 | website "as an early release." Right? |
| | | 89:10 | A. Correct. |
| | | 89:11 | Q. "Steve or Greg or I will |
| | | 89:12 | let you know when it's time to go. |
| | | 89:13 | Things in a trial can always get pushed |
| | | 89:14 | back a day or two, so we cannot yet be |
| | | 89:15 | positive." Right? |
| | | 89:16 | A. Uh-huh. |

| 85 | 89:20-90:15 | Curfman 01/24/2006 | 00:00:56 | 00:41:07 | 01:15:53 | Z6.85 |

| | | 89:20 | Q. And that's what you were |
| | | 89:21 | told on December 7, 6:00 p.m.; correct? |
| | | 89:22 | A. Right. |
| | | 89:23 | Q. Then earlier you said that |

| | |
|---|---|
| 89:24 | you were surprised at the press reaction |
| 90:1 | to the -- |
| 90:2 | A.  Yes. |
| 90:3 | Q.  -- Expression of Concern? |
| 90:4 | A.  Yes, I was. |
| 90:5 | Q.  Do you see the last line, it |
| 90:6 | says, "It will be essential to notify the |
| 90:7 | press and make it prominent on the press |
| 90:8 | site"?  Do you see that? |
| 90:9 | A.  Yes, I do. |
| 90:10 | Q.  Now, how is it that you and |
| 90:11 | your colleagues at the New England |
| 90:12 | Journal of Medicine knew that the |
| 90:13 | plaintiffs' lawyers were hoping to play |
| 90:14 | your deposition on the next day, December |
| 90:15 | 8, as is reflected in this e-mail? |

Link > Hide

| 86 | **90:19 -90:22** | Curfman 01/24/2006 | 00:00:07 | 00:42:03 | 01:14:57 | Z6.86 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 90:19 | THE WITNESS:  I don't -- you |
| 90:20 | know, Dr. Campion didn't tell me |
| 90:21 | where he got the information, so, |
| 90:22 | I can't answer that. |

| 87 | **90:24 -92:5** | Curfman 01/24/2006 | 00:01:32 | 00:42:10 | 01:14:50 | Z6.87 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 90:24 | Q.  Well, do you know who it was |
| 91:1 | from the New England Journal of Medicine |
| 91:2 | who was gathering information about what |
| 91:3 | was expected to be done down there in the |
| 91:4 | Houston trial and when it was expected to |
| 91:5 | happen? |
| 91:6 | A.  I don't know who was |
| 91:7 | collecting that, no. |
| 91:8 | Q.  Do you know whether somebody |
| 91:9 | at the New England Journal of Medicine |
| 91:10 | was in communication with the plaintiffs' |
| 91:11 | lawyers to find out what they were |
| 91:12 | planning to do each day? |
| 91:13 | A.  I certainly am not aware of |
| 91:14 | that, no. |
| 91:15 | Q.  Well, did you ever ask Tad |
| 91:16 | Campion how he came to know that the |
| 91:17 | plaintiffs' lawyers were hoping to play |
| 91:18 | your deposition on December 8th? |
| 91:19 | A.  I didn't ask him, no.  I |
| 91:20 | received the e-mail, and that was really |
| 91:21 | the extent of the communication. |
| 91:22 | Q.  Did you ever tell any of the |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | 91:23 | newspaper or broadcast media folks that | | | | |
| | | 91:24 | you gave interviews to that, in fact, the | | | | |
| | | 92:1 | reason that you released the Expression | | | | |
| | | 92:2 | of Concern on December 8th instead of | | | | |
| | | 92:3 | waiting until December 9th was because of | | | | |
| | | 92:4 | what you expected was going to happen | | | | |
| | | 92:5 | down in the Vioxx trial? | | | | |
| 88 | **92:8 - 92:11** | Curfman 01/24/2006 | | 00:00:05 | 00:43:42 | 01:13:18 | Z6.88 |
| | | 92:8 | THE WITNESS: I don't recall | | | | |
| | | 92:9 | getting that question or giving | | | | |
| | | 92:10 | that kind of answer. I don't | | | | |
| | | 92:11 | recall. | | | | |
| 89 | **92:13 - 92:21** | Curfman 01/24/2006 | | 00:00:18 | 00:43:47 | 01:13:13 | Z6.89 |
| | | 92:13 | Q.  Did you ever tell anybody | | | | |
| | | 92:14 | that the reason that you released the | | | | |
| | | 92:15 | Expression of Concern in the middle of | | | | |
| | | 92:16 | the trial in Houston was because you'd | | | | |
| | | 92:17 | been told that they were planning on | | | | |
| | | 92:18 | playing your testimony, and you wanted to | | | | |
| | | 92:19 | coordinate the release of the Expression | | | | |
| | | 92:20 | of Concern with the playing of your | | | | |
| | | 92:21 | testimony in Houston? | | | | |
| 90 | **93:13 - 93:14** | Curfman 01/24/2006 | | 00:00:01 | 00:44:05 | 01:12:55 | Z6.90 |
| | | 93:13 | THE WITNESS: Could you | | | | |
| | | 93:14 | repeat the question? | | | | |
| 91 | **93:16 - 94:1** | Curfman 01/24/2006 | | 00:00:20 | 00:44:06 | 01:12:54 | Z6.91 |
| | | 93:16 | Q.  Sure. | | | | |
| | | 93:17 | Did you ever tell anybody | | | | |
| | | 93:18 | that the reason you released the | | | | |
| | | 93:19 | Expression of Concern in the middle of | | | | |
| | | 93:20 | the trial in Houston was because you'd | | | | |
| | | 93:21 | been told that they were planning on | | | | |
| | | 93:22 | playing your testimony, and you wanted to | | | | |
| | | 93:23 | coordinate the release of the Expression | | | | |
| | | 93:24 | of Concern with the playing of your | | | | |
| | | 94:1 | testimony down in Houston? | | | | |
| 92 | **94:5 - 95:4** | Curfman 01/24/2006 | | 00:00:57 | 00:44:26 | 01:12:34 | Z6.92 |
| | | 94:5 | THE WITNESS: Well, I | | | | |
| | | 94:6 | can't -- I can't imagine that I | | | | |
| | | 94:7 | would have said that because Dr. | | | | |
| | | 94:8 | Campion articulates very precisely | | | | |
| | | 94:9 | in his e-mail what the issue was | | | | |
| | | 94:10 | with respect to my testimony. And | | | | |
| | | 94:11 | the issue with respect to my | | | | |

| | |
|---|---|
| 94:12 | testimony was that my testimony |
| 94:13 | consisted, as it does today, with |
| 94:14 | a series of questions and answers. |
| 94:15 | And I did the best that I could in |
| 94:16 | that deposition of November 21st |
| 94:17 | to answer the questions.  But it |
| 94:18 | was not a written, an official |
| 94:19 | written statement of the journal. |
| 94:20 | It was testimony, it was oral |
| 94:21 | testimony. |
| 94:22 | We believed that in order to |
| 94:23 | make sure that the Expression of |
| 94:24 | Concern was clearly understood by |
| 95:1 | those who would be interested in |
| 95:2 | the public, that we needed to have |
| 95:3 | our official statement out before |
| 95:4 | the deposition was played. |

| 93 | 95:5 -96:2 | Curfman 01/24/2006 | 00:01:00 | 00:45:23 | 01:11:37 | Z6.93 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 95:5 | Now, to my way of thinking, |
| 95:6 | this is not the trial.  It's my |
| 95:7 | deposition, it's things that I |
| 95:8 | said in deposition which, as I |
| 95:9 | said, was a free flowing |
| 95:10 | conversation just like we're |
| 95:11 | having here today, questions and |
| 95:12 | answers, questions and answers, |
| 95:13 | but deposition does not allow me |
| 95:14 | to sit down and actually write out |
| 95:15 | and think very carefully in |
| 95:16 | written form, as you would in an |
| 95:17 | official written statement, which |
| 95:18 | the Expression of Concern was |
| 95:19 | intended to be an official written |
| 95:20 | statement.  So, we felt that the |
| 95:21 | official written statement, as Dr. |
| 95:22 | Campion indicates in this e-mail, |
| 95:23 | needed to be out in advance of the |
| 95:24 | testimony, which might have been |
| 96:1 | misinterpreted given the free |
| 96:2 | flowing nature of testimony. |

| 94 | 96:4 -96:8 | Curfman 01/24/2006 | 00:00:12 | 00:46:23 | 01:10:37 | Z6.94 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 96:4 | Q.  Well, do you now admit that |
| 96:5 | the timing of the release of the |
| 96:6 | Expression of Concern was, in fact, |
| 96:7 | dictated by what was happening down in |

|     |               | 96:8 | the Houston trial?                  |          |          |          |        |
|-----|---------------|------|-------------------------------------|----------|----------|----------|--------|
| 95  | 96:11-96:19   | Curfman 01/24/2006 |                        | 00:00:19 | 00:46:35 | 01:10:25 | Z6.95  |
|     |               | 96:11 | THE WITNESS:  Well, that's         |          |          |          |        |
|     |               | 96:12 | not what -- as I just said, as far |          |          |          |        |
|     |               | 96:13 | as the trial is concerned, I was   |          |          |          |        |
|     |               | 96:14 | not following the trial closely.   |          |          |          |        |
|     |               | 96:15 | The issue was my personal          |          |          |          |        |
|     |               | 96:16 | testimony and when that would be   |          |          |          |        |
|     |               | 96:17 | played and how that might be       |          |          |          |        |
|     |               | 96:18 | interpreted or misinterpreted by   |          |          |          |        |
|     |               | 96:19 | members of the media.              |          |          |          |        |
| 96  | 96:24-97:8    | Curfman 01/24/2006 |                        | 00:00:18 | 00:46:54 | 01:10:06 | Z6.96  |
|     |               | 96:24 | THE WITNESS:  So, yeah, it's       |          |          |          |        |
|     |               | 97:1 | not a matter of admitting to        |          |          |          |        |
|     |               | 97:2 | anything.  It's what I have just    |          |          |          |        |
|     |               | 97:3 | said and said a moment ago.  I      |          |          |          |        |
|     |               | 97:4 | think the explanation is quite      |          |          |          |        |
|     |               | 97:5 | clear and coherent, and that's my   |          |          |          |        |
|     |               | 97:6 | answer to your question.  I can't   |          |          |          |        |
|     |               | 97:7 | really say any more about it than   |          |          |          |        |
|     |               | 97:8 | that.                               |          |          |          |        |
| 97  | 97:10-97:14   | Curfman 01/24/2006 |                        | 00:00:10 | 00:47:12 | 01:09:48 | Z6.97  |
|     |               | 97:10 | Q.  Well, do you remember          |          |          |          |        |
|     |               | 97:11 | earlier this morning saying that the |        |          |          |        |
|     |               | 97:12 | Expression of Concern, the timing of its |    |          |          |        |
|     |               | 97:13 | release had nothing to do with what was |     |          |          |        |
|     |               | 97:14 | going on in the trial in Houston?  |          |          |          |        |
| 98  | 97:16-98:1    | Curfman 01/24/2006 |                        | 00:00:20 | 00:47:22 | 01:09:38 | Z6.98  |
|     |               | 97:16 | THE WITNESS:  Well, what I         |          |          |          |        |
|     |               | 97:17 | recall is that you asked, you      |          |          |          |        |
|     |               | 97:18 | know, did it have something to do  |          |          |          |        |
|     |               | 97:19 | with the trial.  And it did have   |          |          |          |        |
|     |               | 97:20 | something to do with my testimony. |          |          |          |        |
|     |               | 97:21 | But it turned out that my          |          |          |          |        |
|     |               | 97:22 | testimony was not part of the      |          |          |          |        |
|     |               | 97:23 | trial at all anyway.  It never was |          |          |          |        |
|     |               | 97:24 | played, and, therefore, was not    |          |          |          |        |
|     |               | 98:1 | part of the trial.                  |          |          |          |        |
| 99  | 98:3-98:18    | Curfman 01/24/2006 |                        | 00:00:37 | 00:47:42 | 01:09:18 | Z6.99  |
|     |               | 98:3 | Q.  But you released the            |          |          |          |        |
|     |               | 98:4 | Expression of Concern early anyway -- |       |          |          |        |
|     |               | 98:5 | A.  Yes, we did.                    |          |          |          |        |
|     |               | 98:6 | Q.  -- even though there was no     |          |          |          |        |
|     |               | 98:7 | need to in order to have the record |         |          |          |        |

|  |  |  |
|---|---|---|
| 98:8 | straight concerning your deposition; |
| 98:9 | right? |
| 98:10 | A.  Yes.  But we were prepared, |
| 98:11 | and as I explained to you, according to |
| 98:12 | the uniform requirements, and that's an |
| 98:13 | important word, "requirements," of the |
| 98:14 | International Committee of Medical |
| 98:15 | Journal Editors, this is what was |
| 98:16 | expected of us as editors.  We had the |
| 98:17 | information put together, and we released |
| 98:18 | it. |

---

**100    99:16 -100:15**    Curfman 01/24/2006        00:01:28   00:48:19   01:08:41                    Z6.100

| | |
|---|---|
| 99:16 | Q.  Dr. Curfman, is it your |
| 99:17 | testimony that the New England Journal of |
| 99:18 | Medicine did not do anything out of the |
| 99:19 | ordinary in terms of press relations with |
| 99:20 | the Expression of Concern concerning the |
| 99:21 | VIGOR article compared to what it did |
| 99:22 | with those other two Expressions of |
| 99:23 | Concern you mentioned? |
| 99:24 | A.  Well, in fact, one of those |
| 100:1 | three Expressions of Concern was released |
| 100:2 | last Friday, and there was some media |
| 100:3 | attention given to that Expression of |
| 100:4 | Concern as well.  So, the first one that |
| 100:5 | we released back in 2002, my |
| 100:6 | recollection, did not generate as much |
| 100:7 | media attention. |

Link > CURF8.1

| | |
|---|---|
| 100:8 | Q.  Looking still at Exhibit 8, |
| 100:9 | we were looking at the bottom of the |

Link > CURF8.1.3

| | |
|---|---|
| 100:10 | three e-mails, which would have been the |
| 100:11 | earliest.  If you look up to the middle |
| 100:12 | one, you see that that's from Dr. Drazen |
| 100:13 | at 6:57 a.m. on December 8th to several |
| 100:14 | people, including you? |
| 100:15 | A.  Right. |

---

**101    100:20 -101:5**    Curfman 01/24/2006        00:00:21   00:49:47   01:07:13                    Z6.101

| | |
|---|---|
| 100:20 | Q.  And Dr. Drazen says "All," I |
| 100:21 | guess that means to everybody whose name |
| 100:22 | appears on the e-mail; right? |
| 100:23 | A.  Right. |
| 100:24 | Q.  And he says, "I think it |
| 101:1 | would make sense for me to contact" and |
| 101:2 | then there's a name I can't pronounce. |
| 101:3 | Can you pronounce that name? |

|  |  | | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 101:4   A.  Yes.  Her name is Snigdha | | | | | |
|  |  | 101:5       Prakash. | | | | | |
| 102 | 101:14-101:20 | Curfman 01/24/2006 | 00:00:17 | 00:50:08 | 01:06:52 | | Z6.102 |
|  |  | 101:14   Q.  Who is Snigdha Prakash, and | | | | | |
|  |  | 101:15     how did you learn how to pronounce that | | | | | |
|  |  | 101:16     name so well? | | | | | |
|  |  | 101:17   A.  Snigdha Prakash is a | | | | | |
|  |  | 101:18     reporter for National Public Radio. | | | | | |
|  |  | 101:19   Q.  She follows the Vioxx | | | | | |
|  |  | 101:20     litigation? | | | | | |
| 103 | 101:22-101:24 | Curfman 01/24/2006 | 00:00:04 | 00:50:25 | 01:06:35 | | Z6.103 |
|  |  | 101:22       THE WITNESS:  I think she | | | | | |
|  |  | 101:23       follows a lot of things.  She | | | | | |
|  |  | 101:24       probably follows that too, yes. | | | | | |
| 104 | 102:2-102:4 | Curfman 01/24/2006 | 00:00:05 | 00:50:29 | 01:06:31 | | Z6.104 |
|  |  | 102:2   Q.  Well, as you know, it's not | | | | | |
|  |  | 102:3     just probably.  You know that she follows | | | | | |
|  |  | 102:4     it quite closely, don't you? | | | | | |
| 105 | 102:9-102:11 | Curfman 01/24/2006 | 00:00:04 | 00:50:34 | 01:06:26 | | Z6.105 |
|  |  | 102:9       THE WITNESS:  She's done | | | | | |
|  |  | 102:10       stories on NPR about the | | | | | |
|  |  | 102:11       litigation, yes. | | | | | |
| 106 | 102:13-102:16 | Curfman 01/24/2006 | 00:00:06 | 00:50:38 | 01:06:22 | | Z6.106 |
|  |  | 102:13   Q.  And she's quoted people from | | | | | |
|  |  | 102:14     the New England Journal of Medicine about | | | | | |
|  |  | 102:15     the litigation, hasn't she? | | | | | |
|  |  | 102:16   A.  I believe she has. | | | | | |
| 107 | 102:24-103:13 | Curfman 01/24/2006 | 00:00:26 | 00:50:44 | 01:06:16 | | Z6.107 |
|  |  | 102:24   Q.  In any event, here is the | | | | | |
|  |  | 103:1     editor-in-chief asking whether it makes | | | | | |
|  |  | 103:2     sense in connection with the probable | | | | | |
|  |  | 103:3     early release of the Expression of | | | | | |
|  |  | 103:4     Concern to contact this reporter from | | | | | |
|  |  | 103:5     National Public Radio; right? | | | | | |
|  |  | 103:6   A.  Uh-huh. | | | | | |
| Link > CURF8.1.4 |  | 103:7   Q.  And then if we look up to | | | | | |
|  |  | 103:8     the next e-mail, you see that that's from | | | | | |
|  |  | 103:9     you? | | | | | |
|  |  | 103:10   A.  That's right. | | | | | |
|  |  | 103:11   Q.  To Dr. Drazen and others; | | | | | |
|  |  | 103:12     right? | | | | | |
|  |  | 103:13   A.  Correct. | | | | | |
| 108 | 103:15-104:1 | Curfman 01/24/2006 | 00:00:23 | 00:51:10 | 01:05:50 | | Z6.108 |

|  |  | 103:15 | Read what you said in your |
|---|---|---|---|
|  |  | 103:16 | e-mail back to Dr. Drazen about |
|  |  | 103:17 | contacting the NPR reporter in connection |
|  |  | 103:18 | with the early release of the Expression |
|  |  | 103:19 | of Concern. |
|  |  | 103:20 | A.   "I have some concerns about |
|  |  | 103:21 | giving her an exclusive.  Langreth has |
|  |  | 103:22 | been following the situation closely.  I |
|  |  | 103:23 | think that maybe both of them could be |
|  |  | 103:24 | called at the time the media e-mail is |
| Link > Hide |  | 104:1 | sent out." |

| 109 | 104:10-104:16 | Curfman 01/24/2006 | 00:00:20 | 00:51:33 | 01:05:27 | Z6.109 |
|---|---|---|---|---|---|---|
|  |  | 104:10 | Q.  Did the New England Journal |  |  |  |
|  |  | 104:11 | of Medicine send out a media e-mail |  |  |  |
|  |  | 104:12 | alerting members of the media to the |  |  |  |
|  |  | 104:13 | Expression of Concern? |  |  |  |
|  |  | 104:14 | A.  That's our routine for any |  |  |  |
|  |  | 104:15 | kind of early web release, to inform |  |  |  |
|  |  | 104:16 | people that it's there, yes. |  |  |  |

| 110 | 108:2-108:23 | Curfman 01/24/2006 | 00:00:48 | 00:51:53 | 01:05:07 | Z6.110 |
|---|---|---|---|---|---|---|
|  |  | 108:2 | Q.  Certainly it's not part of |  |  |  |
|  |  | 108:3 | the regular procedure with Expressions of |  |  |  |
|  |  | 108:4 | Concern to call up individual members of |  |  |  |
|  |  | 108:5 | the media and give them exclusive |  |  |  |
|  |  | 108:6 | interviews, is it? |  |  |  |
|  |  | 108:7 | A.  Well, we've only done three |  |  |  |
|  |  | 108:8 | Expressions of Concern since 2002, so, we |  |  |  |
|  |  | 108:9 | don't have a big track record with these. |  |  |  |
|  |  | 108:10 | Q.  Your e-mail referred to |  |  |  |
|  |  | 108:11 | Langreth.  Who's Langreth? |  |  |  |
|  |  | 108:12 | A.  Robert Langreth is a |  |  |  |
|  |  | 108:13 | reporter with Forbes magazine. |  |  |  |
|  |  | 108:14 | Q.  Is he also someone who |  |  |  |
|  |  | 108:15 | followed the Vioxx litigation closely? |  |  |  |
|  |  | 108:16 | A.  Well, I learned that he did. |  |  |  |
|  |  | 108:17 | Yes. |  |  |  |
|  |  | 108:18 | Q.  In fact, that's what you |  |  |  |
|  |  | 108:19 | meant when you said that "Langreth has |  |  |  |
|  |  | 108:20 | been following the situation closely." |  |  |  |
|  |  | 108:21 | Isn't that right? |  |  |  |
|  |  | 108:22 | A.  That's right.  I learned |  |  |  |
|  |  | 108:23 | that he was. |  |  |  |

| 111 | 110:9-110:14 | Curfman 01/24/2006 | 00:00:21 | 00:52:41 | 01:04:19 | Z6.111 |
|---|---|---|---|---|---|---|
|  |  | 110:9 | Q.  How about Ms. Prakash, did |  |  |  |

|  |  |  |
|---|---|---|
| 110:10 | you give her an interview? |
| 110:11 | A.  I believe so.  You can |
| 110:12 | probably show me -- I think I did.  I |
| 110:13 | think so.  Yes, I think I did.  I think |
| 110:14 | that may have been on the second day. |

| 112 | 111:8 -111:24 | Curfman 01/24/2006 | 00:00:51 | 00:53:02 | 01:03:58 | Z6.112 |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 111:8 | Q.  Did you personally tell Dr. |
| 111:9 | Bombardier that you were going to have an |
| 111:10 | early release of the Expression of |
| 111:11 | Concern rather than wait until December |
| 111:12 | 29th? |
| 111:13 | A.  I don't recall personally |
| 111:14 | talking with her about that.  The |
| 111:15 | conversations that we had, I think, were |
| 111:16 | earlier and went over the fact that we |
| 111:17 | would be releasing this and that we would |
| 111:18 | be sending a series of questions to her |
| 111:19 | that she could respond to at a later time |
| 111:20 | at her leisure. |
| 111:21 | Q.  Don't you remember that you |
| 111:22 | told her when you first talked with her |
| 111:23 | that you were scheduling the Expression |
| 111:24 | of Concern for December 29th? |

| 113 | 112:1 -112:10 | Curfman 01/24/2006 | 00:00:27 | 00:53:53 | 01:03:07 | Z6.113 |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 112:1 | A.  Well, my colleague, Dr. |
| 112:2 | Morrissey, does all the scheduling for |
| 112:3 | the Journal, and so perhaps he said |
| 112:4 | something, but I don't recall saying |
| 112:5 | anything myself. |
| 112:6 | Q.  Do you recall when it was |
| 112:7 | that the New England Journal of Medicine |
| 112:8 | notified Dr. Bombardier -- and what's the |
| 112:9 | correct pronunciation of her name? |
| 112:10 | A.  That would be Bombardier. |

| 114 | 112:13 -113:11 | Curfman 01/24/2006 | 00:01:05 | 00:54:20 | 01:02:40 | Z6.114 |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 112:13 | Q.  Do you recall when it was |
| 112:14 | that the New England Journal of Medicine |
| 112:15 | notified Dr. Bombardier that the |
| 112:16 | Expression of Concern was going to be |
| 112:17 | subject to this early release on December |
| 112:18 | 8, 2005? |
| 112:19 | A.  I don't recall. |
| 112:20 | Q.  Do you recall whether they |
| 112:21 | gave her more than three hours' notice, |

112:22    "they" being the New England Journal of
112:23    Medicine, that this thing was going to be
112:24    released early?
113:1     A.  I don't know.
113:2     Q.  Do you remember that when
113:3     Merck learned of your plans for an early
113:4     release on December 8 that Merck asked
113:5     you to consider some information to
113:6     perhaps include in the Expression of
113:7     Concern?
113:8     A.  If you have a document that
113:9     you can show me, that might jog my
113:10    memory, but I am a little foggy about
113:11    that.

| 115 | 114:4 -114:5 | Curfman 01/24/2006 | 00:00:03 | 00:55:25 | 01:01:35 | Z6.115 |
|---|---|---|---|---|---|---|

114:4             MR. BECK:  I'm now handing

Link >  CURF9.1

114:5         you what I've marked as Exhibit 9.

| 116 | 114:14 -114:16 | Curfman 01/24/2006 | 00:00:03 | 00:55:28 | 01:01:32 | Z6.116 |
|---|---|---|---|---|---|---|

114:14    Q.  This is another e-mail
114:15    string; correct?
114:16    A.  Right.

| 117 | 114:22 -114:24 | Curfman 01/24/2006 | 00:00:09 | 00:55:31 | 01:01:29 | Z6.117 |
|---|---|---|---|---|---|---|

Link >  CURF9.1.3

114:22    Q.  And there's an e-mail to you
114:23    and Dr. Morrissey; right?
114:24    A.  Right.

| 118 | 115:1 -115:4 | Curfman 01/24/2006 | 00:00:11 | 00:55:40 | 01:01:20 | Z6.118 |
|---|---|---|---|---|---|---|

115:1     Q.  And he is basically
115:2     attaching an e-mail that he got from a
115:3     lawyer for Merck, right?
115:4     A.  Mr. Fitzpatrick.

| 119 | 115:8 -115:21 | Curfman 01/24/2006 | 00:00:30 | 00:55:51 | 01:01:09 | Z6.119 |
|---|---|---|---|---|---|---|

115:8     Q.  And then there are some --
115:9     he says, "Paul," that's Mr. Shaw, "Please
115:10    see the points below concerning the
115:11    proposed editorial," and then there's
115:12    three points made.  And without going
115:13    through each one in detail, do you now
115:14    remember --
115:15    A.  Yes, I now remember.  Thank
115:16    you.
115:17    Q.    -- that, in fact, Merck
115:18    did ask you to consider some points
115:19    before you released -- made the early
115:20    release of the Expression of Concern?

**CURFMAN 1 24 06 Merck cross**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 115:21 | A.  Yes. | | | |

| 120 | 116:12 -116:18 | Curfman 01/24/2006 | 00:00:10 | 00:56:21 | 01:00:39 | Z6.120 |
|---|---|---|---|---|---|---|
| | | 116:12 | Q.  You say that you've | | | |
| | | 116:13 | considered these points? | | | |
| | | 116:14 | A.  Well, I read the points, | | | |
| | | 116:15 | yes. | | | |
| | | 116:16 | Q.  Do you see that you received | | | |
| | | 116:17 | this e-mail from Mr. Shaw at 2:59 p.m.? | | | |
| Link > Hide | | 116:18 | A.  Uh-huh. | | | |

| 121 | 121:6 -122:8 | Curfman 01/24/2006 | 00:01:24 | 00:56:31 | 01:00:29 | Z6.121 |
|---|---|---|---|---|---|---|
| | | 121:6 | Q.  You mentioned before the | | | |
| | | 121:7 | standards for -- that you say you | | | |
| | | 121:8 | followed, and I think you said they were | | | |
| | | 121:9 | the standards of some organization? | | | |
| | | 121:10 | A.  The International Committee | | | |
| | | 121:11 | of Medical Journal Editors.  We sometimes | | | |
| | | 121:12 | call it the ICMJE. | | | |
| | | 121:13 | Q.  They have standards that | | | |
| | | 121:14 | you're supposed to follow in connection | | | |
| | | 121:15 | with things like Expressions of Concern? | | | |
| | | 121:16 | A.  Well, the uniform | | | |
| | | 121:17 | requirements is a fairly lengthy | | | |
| | | 121:18 | document, the uniform requirements for | | | |
| | | 121:19 | the preparation of manuscripts, and it's | | | |
| | | 121:20 | a document that deals with guidelines | | | |
| | | 121:21 | about a whole range of issues relating to | | | |
| | | 121:22 | medical publication.  So, I believe -- | | | |
| | | 121:23 | it's probably about a 25 or 30-page | | | |
| | | 121:24 | document.  It's contained on the website. | | | |
| | | 122:1 | And among other things, it does deal with | | | |
| | | 122:2 | retractions and Expressions of Concern. | | | |
| | | 122:3 | That is one part of a much larger | | | |
| | | 122:4 | document. | | | |
| | | 122:5 | Q.  So, the answer is yes, they | | | |
| | | 122:6 | do have standards on Expressions of | | | |
| | | 122:7 | Concern? | | | |
| | | 122:8 | A.  Yes, that's right. | | | |

| 122 | 122:22 -123:1 | Curfman 01/24/2006 | 00:00:11 | 00:57:55 | 00:59:05 | Z6.122 |
|---|---|---|---|---|---|---|
| Link > CURF11.1 | | 122:22 | Do you recognize this as a | | | |
| Link > CURF11.1.1 | | 122:23 | printout of the ICMJE standards that you | | | |
| | | 122:24 | were referring to? | | | |
| | | 123:1 | A.  Right. | | | |

| 123 | 123:16 -123:24 | Curfman 01/24/2006 | 00:00:20 | 00:58:06 | 00:58:54 | Z6.123 |
|---|---|---|---|---|---|---|
| | | 123:16 | Q.  And I just want to take a | | | |

| | | | |
|---|---|---|---|
| Link > CURF11.12 | 123:17 | few minutes walking you through some of | |
| | 123:18 | these. | |
| Link > CURF11.12.2 | 123:19 | The first sentence says, | |
| | 123:20 | "Editors must assume initially that | |
| | 123:21 | authors are reporting work based on | |
| | 123:22 | honest observations." You agree that | |
| | 123:23 | that's appropriate; right? | |
| | 123:24 | A.  Yes, indeed. | |

| 124 | 125:15 -125:24 | Curfman 01/24/2006 | 00:00:22   00:58:26   00:58:34 | Z6.124 |
|---|---|---|---|---|
| Link > CURF11.12.3 | 125:15 | Continuing on then with that | |
| | 125:16 | paragraph, it says, "If substantial | |
| | 125:17 | doubts arise about the honesty or | |
| | 125:18 | integrity of work, either submitted or | |
| | 125:19 | published, it is the editor's | |
| | 125:20 | responsibility to ensure that the | |
| | 125:21 | question is appropriately pursued, | |
| | 125:22 | usually by the authors' sponsoring | |
| | 125:23 | institution."  Right? | |
| | 125:24 | A.  Yes. | |

| 125 | 126:11 -127:1 | Curfman 01/24/2006 | 00:00:38   00:58:48   00:58:12 | Z6.125 |
|---|---|---|---|---|
| | 126:11 | Q.  So, this procedure says then | |
| | 126:12 | it's the editors, that would be the New | |
| | 126:13 | England Journal's editors' -- | |
| | 126:14 | A.  Right. | |
| | 126:15 | Q.  -- "responsibility to ensure | |
| | 126:16 | that the question is appropriately | |
| | 126:17 | pursued, usually by the authors' | |
| | 126:18 | sponsoring institution."  So, in the case | |
| | 126:19 | of Dr. Bombardier, for example, who would | |
| Link > Hide | 126:20 | the sponsoring institution be? | |
| | 126:21 | A.  Her university in Toronto. | |
| | 126:22 | Q.  But you did not follow the | |
| | 126:23 | procedure of referring this matter to her | |
| | 126:24 | university to pursue in the first | |
| | 127:1 | instance, did you? | |

| 126 | 127:17 -127:19 | Curfman 01/24/2006 | 00:00:05   00:59:26   00:57:34 | Z6.126 |
|---|---|---|---|---|
| | 127:17 | THE WITNESS:  We have been | |
| | 127:18 | in touch with her superiors at the | |
| | 127:19 | University of Toronto, yes. | |

| 127 | 129:16 -129:21 | Curfman 01/24/2006 | 00:00:18   00:59:31   00:57:29 | Z6.127 |
|---|---|---|---|---|
| | 129:16 | Q.  Before you published your | |
| | 129:17 | conclusions in your Expression of Concern | |
| | 129:18 | on December 8th, did you give the | |
| | 129:19 | university a chance to conduct its own | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 129:20 | investigation? | | | |
| | | 129:21 | A.  No. | | | |

| 128 | 131:10-131:14 | Curfman 01/24/2006 | | 00:00:10 | 00:59:49 | 00:57:11 | Z6.128 |
|---|---|---|---|---|---|---|---|
| | | 131:10 | Q.  Before you published your | | | | |
| | | 131:11 | conclusions in the Expression of Concern, | | | | |
| | | 131:12 | did you give any of the authors an | | | | |
| | | 131:13 | opportunity to respond to what you were | | | | |
| | | 131:14 | proposing to publish? | | | | |

| 129 | 131:19-132:1 | Curfman 01/24/2006 | | 00:00:15 | 00:59:59 | 00:57:01 | Z6.129 |
|---|---|---|---|---|---|---|---|
| | | 131:19 | THE WITNESS:  Yes, we did. | | | | |
| | | 131:20 | But their response follows the | | | | |
| | | 131:21 | publication of the Expression of | | | | |
| | | 131:22 | Concern.  But we did discuss with | | | | |
| | | 131:23 | them before we published it that | | | | |
| | | 131:24 | they would have an opportunity to | | | | |
| | | 132:1 | respond.  Yes. | | | | |

| 130 | 132:3-132:18 | Curfman 01/24/2006 | | 00:00:42 | 01:00:14 | 00:56:46 | Z6.130 |
|---|---|---|---|---|---|---|---|
| | | 132:3 | Q.  Actually, what you told them | | | | |
| | | 132:4 | before when you first contacted them was | | | | |
| | | 132:5 | that they would have an opportunity to | | | | |
| | | 132:6 | comment before you published the | | | | |
| | | 132:7 | Expression of Concern, isn't that true? | | | | |
| | | 132:8 | A.  I don't -- I can't imagine | | | | |
| | | 132:9 | that's true because that's not the | | | | |
| | | 132:10 | protocol for an Expression of Concern. | | | | |
| | | 132:11 | Q.  Didn't you tell Dr. | | | | |
| | | 132:12 | Bombardier that you -- didn't you send | | | | |
| | | 132:13 | her a copy of the draft Expression of | | | | |
| | | 132:14 | Concern ask her for her comments to be | | | | |
| | | 132:15 | received in a couple of weeks so that | | | | |
| | | 132:16 | they could accompany any publication of | | | | |
| | | 132:17 | the Expression of Concern? | | | | |
| | | 132:18 | A.  No. | | | | |

| 131 | 133:2-133:15 | Curfman 01/24/2006 | | 00:00:40 | 01:00:56 | 00:56:04 | Z6.131 |
|---|---|---|---|---|---|---|---|
| | | 133:2 | Did the New England Journal | | | | |
| | | 133:3 | of Medicine, when it first communicated | | | | |
| | | 133:4 | with Dr. Bombardier about this, tell her | | | | |
| | | 133:5 | that you had a draft Expression of | | | | |
| | | 133:6 | Concern that you were planning on | | | | |
| | | 133:7 | publishing it on December 29, that you | | | | |
| | | 133:8 | asked for her comments in response in | | | | |
| | | 133:9 | advance of December 29th so that they | | | | |
| | | 133:10 | could be considered in connection with | | | | |
| | | 133:11 | the publication of the Expression of | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 133:12 | Concern? | | | |
| | | 133:13 | A.  No.  Because the response | | | |
| | | 133:14 | from the authors is intended to follow | | | |
| | | 133:15 | the Expression of Concern. | | | |

| 132 | 133:23 -133:23 | Curfman 01/24/2006 | 00:00:04 | 01:01:36 | 00:55:24 | Z6.132 |
|---|---|---|---|---|---|---|
| Link > CURF12.1 | | 133:23 | Q.  What is Exhibit 12? | | | |

| 133 | 134:3 -134:19 | Curfman 01/24/2006 | 00:01:09 | 01:01:40 | 00:55:20 | Z6.133 |
|---|---|---|---|---|---|---|
| | | 134:3 | This is -- on the bottom of | | | |
| | | 134:4 | Page 1 and the top of Page 2 is an | | | |
| | | 134:5 | e-mailed letter that I and Dr. | | | |
| | | 134:6 | Morrissey and Dr. Drazen sent to | | | |
| | | 134:7 | Dr. Bombardier on December 5th | | | |
| | | 134:8 | informing her about the Expression | | | |
| | | 134:9 | of Concern, and I believe we | | | |
| | | 134:10 | attached to this a series of | | | |
| | | 134:11 | questions that we wanted her to | | | |
| | | 134:12 | address in her response. | | | |
| | | 134:13 | And then above that, a | | | |
| | | 134:14 | couple of days later is a response | | | |
| | | 134:15 | saying that she and Dr. Loren | | | |
| | | 134:16 | Laine, who was her co — | | | |
| | | 134:17 | corresponding author on the VIGOR | | | |
| | | 134:18 | trial, wanted to have a conference | | | |
| | | 134:19 | call.  And we then set that up. | | | |

| 134 | 134:21 -135:16 | Curfman 01/24/2006 | 00:00:53 | 01:02:49 | 00:54:11 | Z6.134 |
|---|---|---|---|---|---|---|
| | | 134:21 | Q.  Focusing on the e-mail from | | | |
| | | 134:22 | you and your colleagues to Dr. | | | |
| | | 134:23 | Bombardier -- | | | |
| | | 134:24 | A.  Yes. | | | |
| Link > CURF12.1.1 | | 135:1 | Q.  -- the first sentence says | | | |
| | | 135:2 | you're writing concerning the VIGOR | | | |
| | | 135:3 | study; correct?  And then the second | | | |
| | | 135:4 | sentence says, "Recently we obtained new | | | |
| | | 135:5 | information that has led us to be | | | |
| | | 135:6 | concerned about the accuracy of certain | | | |
| | | 135:7 | data and conclusions in your article. | | | |
| | | 135:8 | The specific points at issue are" | | | |
| | | 135:9 | addressed "in the attached Expression of | | | |
| | | 135:10 | Concern, which we plan to publish in an | | | |
| | | 135:11 | upcoming issue of the Journal." | | | |
| | | 135:12 | As of December 5th, 2005, | | | |
| | | 135:13 | the plan was to publish this in the | | | |
| | | 135:14 | December 29th edition of the Journal; | | | |
| | | 135:15 | correct? | | | |

**CURFMAN 1 24 06 Merck cross**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 135:16 | A. Yes. | | | | |

| 135 | **136:6 - 136:14** | Curfman 01/24/2006 | | 00:00:19 | 01:03:42 | 00:53:18 | Z6.135 |
|---|---|---|---|---|---|---|---|
| | | 136:6 | Q. And then in the next | | | | |
| | | 136:7 | sentence, you ask her to submit a | | | | |
| | | 136:8 | correction for publication in the | | | | |
| | | 136:9 | Journal, and you ask her to do that by | | | | |
| | | 136:10 | December 22nd; right? | | | | |
| | | 136:11 | A. That's right. | | | | |
| | | 136:12 | Q. So, a few weeks after this | | | | |
| | | 136:13 | e-mail; right? | | | | |
| Link > Hide | | 136:14 | A. Correct. | | | | |

| 136 | **137:7 - 137:13** | Curfman 01/24/2006 | | 00:00:23 | 01:04:01 | 00:52:59 | Z6.136 |
|---|---|---|---|---|---|---|---|
| | | 137:7 | Q. You talked before about two | | | | |
| | | 137:8 | earlier or two other Expressions of | | | | |
| | | 137:9 | Concern. | | | | |
| | | 137:10 | A. Yes. | | | | |
| | | 137:11 | Q. And let me ask you to take a | | | | |
| Link > CURF13.1 | | 137:12 | look at Exhibit 12 -- or am I on 13 now? | | | | |
| | | 137:13 | Exhibit 13. | | | | |

| 137 | **138:5 - 138:13** | Curfman 01/24/2006 | | 00:00:22 | 01:04:24 | 00:52:36 | Z6.137 |
|---|---|---|---|---|---|---|---|
| | | 138:5 | Q. Is that one of the | | | | |
| Link > CURF13.1.1 | | 138:6 | Expressions of Concern that you were | | | | |
| | | 138:7 | talking about? | | | | |
| | | 138:8 | A. Yes, it is. | | | | |
| | | 138:9 | Q. Would you agree with me that | | | | |
| | | 138:10 | this one is different in kind from what | | | | |
| | | 138:11 | you published concerning VIGOR? | | | | |
| | | 138:12 | A. Oh, I think it's very | | | | |
| | | 138:13 | different in kind, yes. | | | | |

| 138 | **138:14 - 139:5** | Curfman 01/24/2006 | | 00:00:40 | 01:04:46 | 00:52:14 | Z6.138 |
|---|---|---|---|---|---|---|---|
| | | 138:14 | Q. And in this one, you report | | | | |
| | | 138:15 | in a single paragraph that concerns were | | | | |
| | | 138:16 | raised concerning the data published in | | | | |
| | | 138:17 | one of your articles, right? | | | | |
| | | 138:18 | A. Correct. | | | | |
| Link > CURF13.1.2 | | 138:19 | Q. And you say, "We have | | | | |
| | | 138:20 | informed the director of Dr. Subdo's" -- | | | | |
| | | 138:21 | A. Subdo. | | | | |
| | | 138:22 | Q. -- "Subdo's institution... | | | | |
| | | 138:23 | and await the results of his | | | | |
| | | 138:24 | investigation." Correct? | | | | |
| | | 139:1 | A. Correct. | | | | |
| | | 139:2 | Q. And you do not set forth any | | | | |
| | | 139:3 | conclusions that you reached in advance | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 139:4 | of hearing from the author's institution; | | | |
| | | 139:5 | right? | | | |
| 139 | **139:8 -139:11** | Curfman 01/24/2006 | 00:00:08 | 01:05:26 | 00:51:34 | Z6.139 |
| | | 139:8 | THE WITNESS: Oh, there are | | | |
| | | 139:9 | preliminary conclusions in this | | | |
| | | 139:10 | paragraph, yes, that we had | | | |
| | | 139:11 | reached, yes. | | | |
| 140 | **139:13 -140:10** | Curfman 01/24/2006 | 00:00:52 | 01:05:34 | 00:51:26 | Z6.140 |
| Link > CURF13.1.3 | | 139:13 | Q.   Well, the paragraph says, | | | |
| | | 139:14 | "In the issue of April 26, 2001, we | | | |
| | | 139:15 | published a study by John Sudbo.  Figure | | | |
| | | 139:16 | 3B and Figure 3C of that article, which | | | |
| | | 139:17 | purport to represent two different | | | |
| | | 139:18 | patients and stages of oral" -- what's | | | |
| | | 139:19 | the next word? | | | |
| | | 139:20 | A.   -- "epithelial dysplasia." | | | |
| | | 139:21 | Q.   -- "are in fact different | | | |
| | | 139:22 | magnifications of the same | | | |
| | | 139:23 | photomicrogram." | | | |
| | | 139:24 | A.   That's right. | | | |
| Link > CURF13.1.4 | | 140:1 | Q.   "Because the results of | | | |
| | | 140:2 | another study of Dr. Sudbo, published in | | | |
| | | 140:3 | the issue of April 1, 2004 were derived | | | |
| | | 140:4 | from the same subjects followed through | | | |
| | | 140:5 | the same database, we have similar | | | |
| | | 140:6 | concerns."  Then you say, "We have | | | |
| | | 140:7 | informed the director...and [we] await | | | |
| | | 140:8 | the results of his investigation." | | | |
| | | 140:9 | Right? | | | |
| | | 140:10 | A.   Uh-huh. | | | |
| 141 | **141:6 -142:15** | Curfman 01/24/2006 | 00:01:08 | 01:06:26 | 00:50:34 | Z6.141 |
| | | 141:6 | Q.   Do you have in front of you | | | |
| Link > CURF14.1 | | 141:7 | the document that I've marked as Exhibit | | | |
| | | 141:8 | 14? | | | |
| | | 141:9 | A.   Yes. | | | |
| | | 141:10 | Q.   Was this the other | | | |
| Link > CURF14.1.1 | | 141:11 | Expression of Concern that you testified | | | |
| | | 141:12 | about earlier? | | | |
| | | 141:13 | A.   This is one of the three, | | | |
| | | 141:14 | yes. | | | |
| | | 141:15 | Q.   Okay. | | | |
| | | 141:16 | And we talked about the one | | | |
| | | 141:17 | concerning VIGOR, we just talked about | | | |
| | | 141:18 | the one concerning Dr. Sudbo, and this is | | | |

| | | |
|---|---|---|
| | 141:19 | the third; right? |
| | 141:20 | A.  That's right. |
| | 141:21 | Q.  This concerns an article by |
| | 141:22 | Dr. Schiff; is that right? |
| | 141:23 | A.  Schiffl. |
| | 141:24 | Q.  Schiffl.  I'm sorry.  What |
| Link > CURF14.1.2 | 142:1 | it says is that it has come to your |
| | 142:2 | attention that there was an "ongoing |
| | 142:3 | investigation into potential scientific |
| | 142:4 | misconduct" concerning this article that |
| | 142:5 | you published? |
| | 142:6 | A.  (Witness nods.) |
| Link > CURF14.1.3 | 142:7 | Q.  And you said you will inform |
| | 142:8 | your readers of the outcome of the |
| | 142:9 | investigation when it's complete.  Right? |
| | 142:10 | A.  That's right. |
| Link > Hide | 142:11 | Q.  And that investigation that |
| | 142:12 | you referred to was the investigation by |
| | 142:13 | Dr. Schiff's sponsoring institution; |
| | 142:14 | correct? |
| | 142:15 | A.  Correct. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 142 | **142:16 -142:21** | Curfman 01/24/2006 | 00:00:14 | 01:07:34 | 00:49:26 | Z6.142 |
| | 142:16 | Q.  And then later on they told | | | | |
| | 142:17 | you that they had not found sufficient | | | | |
| | 142:18 | evidence of misconduct, and you, | | | | |
| | 142:19 | therefore, retracted the Expression of | | | | |
| | 142:20 | Concern, right? | | | | |
| | 142:21 | A.  Right. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 143 | **143:6 -143:6** | Curfman 01/24/2006 | 00:00:04 | 01:07:48 | 00:49:12 | Z6.143 |
| Link > CURF15.1 | 143:6 | Q.  Do you recognize Exhibit 15? | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 144 | **143:11 -143:21** | Curfman 01/24/2006 | 00:00:26 | 01:07:52 | 00:49:08 | Z6.144 |
| | 143:11 | THE WITNESS:  Yes, I do. | | | | |
| | 143:12 | BY MR. BECK: | | | | |
| Link > CURF15.1.3 | 143:13 | Q.  Is this a message from you | | | | |
| | 143:14 | and Dr. Morrissey to Dr. Bombardier | | | | |
| | 143:15 | informing her of the early release of the | | | | |
| | 143:16 | Expression of Concern? | | | | |
| | 143:17 | A.  It's an e-mail from me and | | | | |
| | 143:18 | Dr. Morrissey to Dr. Bombardier regarding | | | | |
| | 143:19 | the release, yes. | | | | |
| | 143:20 | Q.  What's the date and time of | | | | |
| | 143:21 | your e-mail to Dr. Bombardier? | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 145 | **144:8 -144:16** | Curfman 01/24/2006 | 00:00:23 | 01:08:18 | 00:48:42 | Z6.145 |
| | 144:8 | A.  December 8 at 11:59 a.m. | | | | |

|  |  | | | | | |
|---|---|---|---|---|---|---|
|  | 144:9 | Q.  When do you tell her that | | | | |
|  | 144:10 | the Expression of Concern is going to be | | | | |
|  | 144:11 | released? | | | | |
|  | 144:12 | A.  At 3:00. | | | | |
|  | 144:13 | Q.  So, you gave her three hours | | | | |
|  | 144:14 | and one minute notice? | | | | |
|  | 144:15 | A.  Of the exact release time, | | | | |
| Link > Hide | 144:16 | yes. | | | | |

| 146 | **146:4 - 146:12** | Curfman 01/24/2006 | 00:00:23 | 01:08:41 | 00:48:19 | Z6.146 |
|---|---|---|---|---|---|---|
|  | 146:4 | Q.  I guess in between 11:59 | | | | |
|  | 146:5 | a.m. when you first told her you were | | | | |
|  | 146:6 | going to do it and 3:00 when you did it, | | | | |
|  | 146:7 | did she tell you that that didn't give | | | | |
|  | 146:8 | her time to respond? | | | | |
|  | 146:9 | A.  Well, I don't recall.  I | | | | |
|  | 146:10 | don't think I spoke with her.  I don't | | | | |
|  | 146:11 | recall anything about that.  But -- | | | | |
| Link > CURF16.1 | 146:12 | Q.  Please look at Exhibit 16. | | | | |

| 147 | **147:7 - 147:24** | Curfman 01/24/2006 | 00:00:41 | 01:09:04 | 00:47:56 | Z6.147 |
|---|---|---|---|---|---|---|
|  | 147:7 | Q.  This is an e-mail from Dr. | | | | |
| Link > CURF16.1.1 | 147:8 | Bombardier to Mr. Morrissey. | | | | |
|  | 147:9 | A.  Dr. Morrissey. | | | | |
|  | 147:10 | Q.  Dr. Morrissey, excuse me. | | | | |
|  | 147:11 | It says, "Dr. Morrissey, | | | | |
|  | 147:12 | Thank you for sending this in advance, | | | | |
|  | 147:13 | given the nature of your expression of | | | | |
|  | 147:14 | concern, we want the opportunity to | | | | |
|  | 147:15 | respond but as you can well imagine it | | | | |
|  | 147:16 | will not be possible to respond by the | | | | |
|  | 147:17 | deadline of 3:00 p.m. this afternoon." | | | | |
|  | 147:18 | Did Dr. Morrissey | | | | |
|  | 147:19 | communicate to you this message from Dr. | | | | |
|  | 147:20 | Bombardier? | | | | |
|  | 147:21 | A.  Yes, he did. | | | | |
|  | 147:22 | Q.  But you went ahead with the | | | | |
|  | 147:23 | publication anyway at 3 p.m., didn't you? | | | | |
| Link > Hide | 147:24 | A.  Yes, we did. | | | | |

| 148 | **149:12 - 149:16** | Curfman 01/24/2006 | 00:00:12 | 01:09:45 | 00:47:15 | Z6.148 |
|---|---|---|---|---|---|---|
|  | 149:12 | Q.  Did you personally decide to | | | | |
|  | 149:13 | go ahead with the publication, even | | | | |
|  | 149:14 | though she had told you, the New England | | | | |
|  | 149:15 | Journal of Medicine, that she wanted an | | | | |
|  | 149:16 | opportunity to respond in advance? | | | | |

| 149 | **149:19 - 150:1** | Curfman 01/24/2006 | 00:00:13 | 01:09:57 | 00:47:03 | Z6.149 |
|---|---|---|---|---|---|---|

|     |     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- | --- |
| | | 149:19 | THE WITNESS:  The final | | | |
| | | 149:20 | decision -- the final decision, as | | | |
| | | 149:21 | is always the case at the New | | | |
| | | 149:22 | England Journal about any | | | |
| | | 149:23 | decisions, comes from the | | | |
| | | 149:24 | editor-in-chief.  And I'm not the | | | |
| | | 150:1 | editor-in-chief. | | | |

| 150 | 150:20 -150:24 | Curfman 01/24/2006 | 00:00:26 | 01:10:10 | 00:46:50 | Z6.150 |
| --- | --- | --- | --- | --- | --- | --- |
| | | 150:20 | Q.  Later on, were you involved | | | |
| | | 150:21 | in sending Dr. Bombardier a seven-point | | | |
| | | 150:22 | letter telling her what points the New | | | |
| | | 150:23 | England Journal of Medicine wanted her to | | | |
| | | 150:24 | make when she responded? | | | |

| 151 | 151:1 -151:16 | Curfman 01/24/2006 | 00:00:59 | 01:10:36 | 00:46:24 | Z6.151 |
| --- | --- | --- | --- | --- | --- | --- |
| | | 151:1 | A.  Yes.  She had -- my | | | |
| | | 151:2 | recollection is that she had asked for | | | |
| | | 151:3 | additional clarification from us about | | | |
| | | 151:4 | what specifically we wanted her to | | | |
| | | 151:5 | respond to.  Up until that time, we had | | | |
| | | 151:6 | only given her a copy of the Expression | | | |
| | | 151:7 | of Concern itself.  And she wanted more | | | |
| | | 151:8 | guidance from us about our points of | | | |
| | | 151:9 | concern.  And in response to that | | | |
| | | 151:10 | request, I believe Dr. Morrissey and I | | | |
| | | 151:11 | were the authors of that seven-point | | | |
| | | 151:12 | document that you mentioned.  And we | | | |
| | | 151:13 | tried to bring out in that document some | | | |
| | | 151:14 | additional explanation of our reasons for | | | |
| | | 151:15 | concern about the article so that that | | | |
| | | 151:16 | could focus her response more directly. | | | |

| 152 | 151:24 -152:1 | Curfman 01/24/2006 | 00:00:07 | 01:11:35 | 00:45:25 | Z6.152 |
| --- | --- | --- | --- | --- | --- | --- |
| | | 151:24 | Q.  Please look at Exhibit 17. | | | |
| | Link > CURF17.1 | 152:1 | Do you recognize that? | | | |

| 153 | 152:4 -152:16 | Curfman 01/24/2006 | 00:00:38 | 01:11:42 | 00:45:18 | Z6.153 |
| --- | --- | --- | --- | --- | --- | --- |
| | | 152:4 | Well, this, I think, begins | | | |
| | | 152:5 | with an e-mail from Dr. Bombardier to me | | | |
| | | 152:6 | and Dr. Morrissey along the lines of what | | | |
| | | 152:7 | I just said, requesting some | | | |
| | | 152:8 | additional -- I mean, we can read this. | | | |
| | | 152:9 | Q.  We could, but what you had | | | |
| | | 152:10 | said was she asked you for guidance about | | | |
| | | 152:11 | how she should respond.  In fact, if you | | | |
| | | 152:12 | read this, what she asks you for is a | | | |
| | | 152:13 | copy of the information that you referred | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 152:14 | to in your Expression of Concern so that | | | | |
| | | 152:15 | she could write her own response.  Isn't | | | | |
| | | 152:16 | that true? | | | | |

| 154 | 153:2 -154:17 | Curfman 01/24/2006 | | 00:01:16 | 01:12:20 | 00:44:40 | Z6.154 |
|---|---|---|---|---|---|---|---|
| | | 153:2 | THE WITNESS:  Okay.  Well, | | | | |
| | | 153:3 | what she says is that "You | | | | |
| Link >  CURF17.1.2 | | 153:4 | requested a submission from the | | | | |
| | | 153:5 | authors of that study that | | | | |
| | | 153:6 | addresses the additional data and | | | | |
| | | 153:7 | the issues set forth in the | | | | |
| | | 153:8 | Expression of Concern that you | | | | |
| | | 153:9 | published this week, and I agreed | | | | |
| | | 153:10 | to your request as lead author of | | | | |
| | | 153:11 | that study. | | | | |
| | | 153:12 | "We have already started on | | | | |
| | | 153:13 | that task, and I seek your | | | | |
| | | 153:14 | assistance for the project.  In | | | | |
| | | 153:15 | order for us to fully and properly | | | | |
| | | 153:16 | evaluate the data and the issues, | | | | |
| | | 153:17 | we will need to have copies of all | | | | |
| | | 153:18 | the materials that the New England | | | | |
| | | 153:19 | Journal of Medicine has that you | | | | |
| | | 153:20 | referred to in your telephone call | | | | |
| | | 153:21 | as well as those to which the | | | | |
| | | 153:22 | Expression of Concern referred. | | | | |
| | | 153:23 | While you suggested earlier that | | | | |
| | | 153:24 | we obtain these materials from | | | | |
| | | 154:1 | Merck, in light of the questions | | | | |
| | | 154:2 | that you have raised about | | | | |
| | | 154:3 | confidence in the provenance of | | | | |
| | | 154:4 | data and information, we believe | | | | |
| | | 154:5 | that it is essential for us to | | | | |
| | | 154:6 | obtain such materials directly | | | | |
| | | 154:7 | from the New England Journal of | | | | |
| | | 154:8 | Medicine in order to ensure that | | | | |
| | | 154:9 | the material we are reviewing is | | | | |
| | | 154:10 | in fact the same data that is | | | | |
| | | 154:11 | referred to in your Expression of | | | | |
| | | 154:12 | Concern." | | | | |
| | | 154:13 | BY MR. BECK: | | | | |
| | | 154:14 | Q.  You agree, sir, that all she | | | | |
| | | 154:15 | asked you for here was a copy of the data | | | | |
| | | 154:16 | and the materials that you referenced in | | | | |
| | | 154:17 | your Expression of Concern? | | | | |

| 155 | 154:22 -154:22 | Curfman 01/24/2006 | | 00:00:01 | 01:13:36 | 00:43:24 | Z6.155 |
|---|---|---|---|---|---|---|---|

|  |  | 154:22 | A. Yes. |
|---|---|---|---|

| 156 | 156:2 -157:15 | Curfman 01/24/2006 | 00:01:52 | 01:13:37 | 00:43:23 | Z6.156 |
|---|---|---|---|---|---|---|

Link > CURF17.4.1

156:2   Q. So, point number 7 of your
156:3   seven-point letter to her basically said
156:4   get these from the Merck lawyer; right?
156:5   A. Yes. And I think that it's
156:6   fairly explicit.

Link > Hide

156:7   Q. Yes, I agree.
156:8       But now what you also did is
156:9   you and Dr. Morrissey attempted to
156:10   dictate to Dr. Bombardier the content of
156:11   her response?
156:12   A. We did not attempt to
156:13   dictate. We attempted to articulate or
156:14   provide additional explanation of points
156:15   of our concern. We are the editors. We
156:16   had concerns. It's not a matter of
156:17   dictating. It's a matter of expressing
156:18   what the concerns were so that she could
156:19   respond to those concerns. That's what
156:20   an Expression of Concern is. That's why
156:21   it's called an Expression of Concern.
156:22   It's an expression of our concern that
156:23   then we ask her to address. We thought
156:24   this would be helpful to her in framing a
157:1   response.

Link > CURF17.3.1

157:2   Q. Didn't you tell her "We will
157:3   explain herein what we expect this
157:4   correction to include"?
157:5   A. Uh-huh.
157:6   Q. The very first point you
157:7   say, "You should acknowledge." Then you
157:8   go on to tell her what she's supposed to
157:9   acknowledge in her response, right? Is
157:10   that right?
157:11   A. That's the way the sentence
157:12   reads, yes.
157:13   Q. And then basically you tell
157:14   her that she's supposed to say she's
157:15   sorry, don't you?

| 157 | 157:18 -158:20 | Curfman 01/24/2006 | 00:01:00 | 01:15:29 | 00:41:31 | Z6.157 |
|---|---|---|---|---|---|---|

157:18   BY MR. BECK:

Link > CURF17.4.2

157:19   Q. Point number 6. You're
157:20   telling the author of this study that,
157:21   number 6, "These omissions and

157:22    inaccuracies are regrettable, and this
157:23    should be acknowledged in your
157:24    statement." You're telling her to
158:1    apologize for her article, aren't you?
158:2    A.  We asked her for a response,
158:3    and --
158:4    Q.  And you told her what you
158:5    wanted --
158:6    A.  She --
158:7    Q.  -- it to include?

Link > Hide

158:8    A.  She can respond in any way
158:9    that she wishes.  We were laying out our
158:10    concerns.  And one of our concerns was
158:11    that there were omissions and
158:12    inaccuracies that were regrettable.  And
158:13    we had evidence to back it up.  And she
158:14    can respond to that statement in any way
158:15    that she wants.
158:16    Q.  And she did, in fact,
158:17    respond to that statement, did she not?
158:18    A.  She did, yes.
158:19    Q.  And she told you that you
158:20    were wrong, right?

| 158 | 159:2 - 159:3 | Curfman 01/24/2006 | 00:00:01 | 01:16:29 | 00:40:31 | Z6.158 |

159:2    THE WITNESS: I don't
159:3    recall.

| 159 | 159:5 - 159:16 | Curfman 01/24/2006 | 00:00:13 | 01:16:30 | 00:40:30 | Z6.159 |

159:5    Q.  You don't recall --
159:6    A.  No, I don't.
159:7    Q.  -- what she said in her
159:8    response?
159:9    A.  No.
159:10    Q.  Have you looked at her
159:11    response?
159:12    A.  Only very cursorily at this
159:13    point.  We just received the response,
159:14    and, in fact --
159:15    Q.  Well, you received it more
159:16    than a week ago, didn't you?

| 160 | 159:19 - 159:24 | Curfman 01/24/2006 | 00:00:15 | 01:16:43 | 00:40:17 | Z6.160 |

159:19    THE WITNESS: We didn't
159:20    receive one response, and part of
159:21    the complexity now of the issue is
159:22    that we received two separate

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 159:23 | responses from two different | | | |
| | | 159:24 | groups of authors, and -- | | | |

---

| 161 | **160:18 - 160:19** | Curfman 01/24/2006 | 00:00:04 | 01:16:58 | 00:40:02 | Z6.161 |
|---|---|---|---|---|---|---|
| | | 160:18   Q.   My question is, you received | | | | |
| | | 160:19   it more than a week ago, didn't you? | | | | |

---

| 162 | **161:10 - 161:12** | Curfman 01/24/2006 | 00:00:04 | 01:17:02 | 00:39:58 | Z6.162 |
|---|---|---|---|---|---|---|
| | | 161:10   A.   We received two responses, | | | | |
| | | 161:11   and I don't remember the exact dates of | | | | |
| | | 161:12   receipt. | | | | |

---

| 163 | **161:23 - 161:23** | Curfman 01/24/2006 | 00:00:01 | 01:17:06 | 00:39:54 | Z6.163 |
|---|---|---|---|---|---|---|
| | | 161:23   Q.   What is Exhibit 18? | | | | |

---

| 164 | **162:7 - 162:9** | Curfman 01/24/2006 | 00:00:10 | 01:17:07 | 00:39:53 | Z6.164 |
|---|---|---|---|---|---|---|
| Link > | CURF18.1.1 | 162:7   Q.   Is this some transmittal | | | | |
| | | 162:8   e-mail and then the response from Dr. | | | | |
| | | 162:9   Bombardier? | | | | |

---

| 165 | **162:12 - 162:20** | Curfman 01/24/2006 | 00:00:22 | 01:17:17 | 00:39:43 | Z6.165 |
|---|---|---|---|---|---|---|
| | | 162:12       Yes, it is. | | | | |
| | | 162:13   Q.   Dr. Bombardier responded on | | | | |
| | | 162:14   behalf of herself and the other nine | | | | |
| | | 162:15   authors who were not Merck employees; | | | | |
| | | 162:16   right? | | | | |
| | | 162:17   A.   Yes. | | | | |
| Link > | Hide | 162:18   Q.   And in this response, these | | | | |
| | | 162:19   ten non-Merck authors told you that you | | | | |
| | | 162:20   were wrong; right? | | | | |

---

| 166 | **162:24 - 163:5** | Curfman 01/24/2006 | 00:00:16 | 01:17:39 | 00:39:21 | Z6.166 |
|---|---|---|---|---|---|---|
| | | 162:24   A.   No.  I don't read it that | | | | |
| | | 163:1   way.  But, again, I want to make it clear | | | | |
| | | 163:2   that I have not had an opportunity to go | | | | |
| | | 163:3   through this, and I'm not prepared to | | | | |
| | | 163:4   discuss this document.  I wasn't -- we | | | | |
| | | 163:5   have read these documents. | | | (Edited) | |

---

| 167 | **163:5 - 163:11** | Curfman 01/24/2006 | 00:00:13 | 01:17:55 | 00:39:05 | Z6.167 |
|---|---|---|---|---|---|---|
| | | 163:5   and, again, I | | | (Edited) | |
| | | 163:6   think that the most important aspect of | | | | |
| | | 163:7   the response from the authors so far is | | | | |
| | | 163:8   the fact that we received not one | | | | |
| | | 163:9   response -- | | | | |
| | | 163:10   Q.   I'll get to the other one. | | | | |
| | | 163:11   A.   -- but two responses. | | | | |

---

| 168 | **163:20 - 164:9** | Curfman 01/24/2006 | 00:00:34 | 01:18:08 | 00:38:52 | Z6.168 |
|---|---|---|---|---|---|---|
| | | 163:20   Q.   Now, are you telling me -- | | | | |

| | | |
|---|---|---|
| 163:21 | you've certainly known that your | |
| 163:22 | deposition was going to be taken in | |
| 163:23 | connection with the Expression of | |
| 163:24 | Concern. You've known that for certainly | |
| 164:1 | over a week, right? | |
| 164:2 | A. Right. | |
| 164:3 | Q. And you've had the answer | |
| 164:4 | from the ten non-Merck authors -- | |
| 164:5 | A. Right. | |
| 164:6 | Q. -- to your Expression of | |
| 164:7 | Concern, and you say you haven't read it | |
| 164:8 | carefully enough to be prepared to | |
| 164:9 | discuss it? | |

| 169 | 164:10 -164:24 | Curfman 01/24/2006 | 00:00:38 | 01:18:42 | 00:38:18 | Z6.169 |
|---|---|---|---|---|---|---|
| | 164:10 | A. I have -- we have -- a | | | | |
| | 164:11 | document like this requires reading by | | | | |
| | 164:12 | more than one person, deliberation, | | | | |
| | 164:13 | meeting together among the head editors | | | | |
| | 164:14 | of the Journal. And we have not had the | | | | |
| | 164:15 | opportunity to do that yet. I could go | | | | |
| | 164:16 | into reasons why that is, logistic | | | | |
| | 164:17 | reasons of getting a Journal out every | | | | |
| | 164:18 | week, logistic reasons that our | | | | |
| | 164:19 | editor-in-chief is currently attending in | | | | |
| | 164:20 | the intensive care unit at Brigham and | | | | |
| | 164:21 | Women's Hospital and is working basically | | | | |
| | 164:22 | almost 20 hours a day in the intensive | | | | |
| | 164:23 | care unit, but I won't bore you and take | | | | |
| | 164:24 | up your time with that. | | | | |

| 170 | 165:2 -165:5 | Curfman 01/24/2006 | 00:00:08 | 01:19:20 | 00:37:40 | Z6.170 |
|---|---|---|---|---|---|---|
| | 165:2 | A. My answer to your question is | | | | |
| | 165:3 | -- yes. My answer to your question is, I | | | | |
| | 165:4 | have not had time to adequately digest | | | | |
| | 165:5 | this. | | | (Edited) | |

| 171 | 165:5 -165:12 | Curfman 01/24/2006 | 00:00:18 | 01:19:28 | 00:37:32 | Z6.171 |
|---|---|---|---|---|---|---|
| | 165:5 | And one of the key issues in | | | (Edited) | |
| | 165:6 | digesting this is that we are going to | | | | |
| | 165:7 | have to decide what to do about receiving | | | | |
| | 165:8 | two different responses when we asked for | | | | |
| | 165:9 | one. And it suggests to me, raises the | | | | |
| | 165:10 | question that there may be some sort of | | | | |
| | 165:11 | schism between the authors here that may | | | | |
| | 165:12 | have to be worked out. | | | | |

| 172 | 166:16 -166:24 | Curfman 01/24/2006 | 00:00:21 | 01:19:46 | 00:37:14 | Z6.172 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Link > CURF21.2 | | 166:16 | Q.  Do you recognize Exhibit 21 | | | |
| | | 166:17 | to be a response on behalf of Drs. Reicin | | | |
| Link > CURF21.2.1 | | 166:18 | and Shapiro who are both affiliated with | | | |
| | | 166:19 | Merck? | | | |
| | | 166:20 | A.  Right.  It's being | | | |
| | | 166:21 | communicated by a medical communications | | | |
| | | 166:22 | person. | | | |
| | | 166:23 | Q.  Right. | | | |
| | | 166:24 | A.  Right. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 173 | **170:2-170:16** | Curfman 01/24/2006 | | 00:00:39 | 01:20:07 | 00:36:53 | Z6.173 |
| Link > Hide | | 170:2 | Q.  And you had not only Dr. | | | |
| | | 170:3 | Bombardier's response on behalf of the | | | |
| | | 170:4 | ten non-Merck authors for over a week | | | |
| | | 170:5 | before today, you also had Dr. Reicin's | | | |
| | | 170:6 | response on behalf of herself and Dr. | | | |
| | | 170:7 | Shapiro, the Merck authors, for over a | | | |
| | | 170:8 | week before today, right? | | | |
| | | 170:9 | A.  If you say so.  I'll take | | | |
| | | 170:10 | your word for it.  Sure. | | | |
| | | 170:11 | Q.  And here you are, you know | | | |
| | | 170:12 | this is the only chance that I get to ask | | | |
| | | 170:13 | you questions about the Expression of | | | |
| | | 170:14 | Concern, and you didn't take the time to | | | |
| | | 170:15 | read either one of these to comment on | | | |
| | | 170:16 | their substance? | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 174 | **171:14-171:23** | Curfman 01/24/2006 | | 00:00:31 | 01:20:46 | 00:36:14 | Z6.174 |
| | | 171:14 | Q.  My question is simply that | | | |
| | | 171:15 | knowing that your deposition was going to | | | |
| | | 171:16 | be taken today and that the main subject | | | |
| | | 171:17 | was your Expression of Concern, and | | | |
| | | 171:18 | having the responses filed by both the | | | |
| | | 171:19 | non-Merck lawyer -- the non-Merck authors | | | |
| | | 171:20 | and the Merck authors for over a week, | | | |
| | | 171:21 | it's your testimony that you didn't take | | | |
| | | 171:22 | the time to read them so that you could | | | |
| | | 171:23 | talk about the substance of them? | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 175 | **172:2-172:16** | Curfman 01/24/2006 | | 00:00:41 | 01:21:17 | 00:35:43 | Z6.175 |
| | | 172:2 | THE WITNESS:  Our response | | | |
| | | 172:3 | to these documents will require | | | |
| | | 172:4 | very careful deliberation. | | | |
| | | 172:5 | Editors of journals don't do | | | |
| | | 172:6 | things on a knee jerk.  We can't | | | |
| | | 172:7 | afford to do that.  I did not set | | | |
| | | 172:8 | the date for this deposition, and, | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 172:9 | in fact, we received these when we | | | | |
| | | 172:10 | received them.  And we will need | | | | |
| | | 172:11 | time to very carefully digest the | | | | |
| | | 172:12 | situation, and then we'll have an | | | | |
| | | 172:13 | official response to it.  I'm not | | | | |
| | | 172:14 | prepared to do that now.  We do | | | | |
| | | 172:15 | things carefully in our office. | | | | |
| | | 172:16 | That's how we do things. | (Edited) | | | |

| 176 | **172:16 -172:20** | Curfman 01/24/2006 | 00:00:07 | 01:21:58 | 00:35:02 | Z6.176 |
|---|---|---|---|---|---|---|
| | | 172:16 | That's | (Edited) | | |
| | | 172:17 | the way we do things.  And I'm | | | |
| | | 172:18 | sorry if that doesn't fit with | | | |
| | | 172:19 | your timetable, but that's the | | | |
| | | 172:20 | reality of the situation. | | | |

| 177 | **172:22 -173:9** | Curfman 01/24/2006 | 00:00:26 | 01:22:05 | 00:34:55 | Z6.177 |
|---|---|---|---|---|---|---|
| | | 172:22 | Q.  Have you looked at these two | | | |
| | | 172:23 | responses enough to know whether they're | | | |
| | | 172:24 | in basic agreement or whether there's any | | | |
| | | 173:1 | points of disagreement? | | | |
| | | 173:2 | A.  No.  I can't really comment | | | |
| | | 173:3 | about that. | | | |
| | | 173:4 | Q.  So, it's not just that you | | | |
| | | 173:5 | haven't had, you know, conferences with | | | |
| | | 173:6 | your colleagues to talk it all through, | | | |
| | | 173:7 | you just haven't read them carefully in | | | |
| | | 173:8 | advance of your deposition.  Is that your | | | |
| | | 173:9 | testimony? | | | |

| 178 | **173:12 -174:1** | Curfman 01/24/2006 | 00:00:32 | 01:22:31 | 00:34:29 | Z6.178 |
|---|---|---|---|---|---|---|
| | | 173:12 | THE WITNESS:  I'm saying | | | |
| | | 173:13 | that we -- documents of this kind | | | |
| | | 173:14 | will demand careful deliberation | | | |
| | | 173:15 | among the editors at the New | | | |
| | | 173:16 | England Journal of Medicine, and | | | |
| | | 173:17 | we have not gone through that | | | |
| | | 173:18 | process yet.  And anything that I | | | |
| | | 173:19 | might say today might not be fully | | | |
| | | 173:20 | accurate because we've not gone | | | |
| | | 173:21 | through this process of | | | |
| | | 173:22 | deliberating together and | | | |
| | | 173:23 | interpreting these two documents. | | | |
| | | 173:24 | And that's all I can say about | | | |
| | | 174:1 | this. | | | |

| 179 | **174:3 -174:7** | Curfman 01/24/2006 | 00:00:19 | 01:23:03 | 00:33:57 | Z6.179 |
|---|---|---|---|---|---|---|
| | | 174:3 | Q.  Well, getting back to your | | | |

|       |                     |                                            |          |          |          |          |
|-------|---------------------|--------------------------------------------|----------|----------|----------|----------|
|       |                     | 174:4  Expression of Concern, you indicated it |       |          |          |          |
|       |                     | 174:5  got a lot of media attention, and you and |     |          |          |          |
|       |                     | 174:6  your outside PR people followed the media |     |          |          |          |
|       |                     | 174:7  attention pretty closely, didn't you? |         |          |          |          |

| 180 | **174:12 - 174:13** | Curfman 01/24/2006 | 00:00:02 | 01:23:22 | 00:33:38 | Z6.180 |
|-----|---------------------|--------------------|----------|----------|----------|--------|
|     |                     | 174:12   THE WITNESS: No. I |     |     |          |        |
|     |                     | 174:13     certainly didn't. |    |     | (Edited) |        |

| 181 | **175:1 - 175:6** | Curfman 01/24/2006 | 00:00:18 | 01:23:24 | 00:33:36 | Z6.181 |
|-----|-------------------|--------------------|----------|----------|----------|--------|
|     |                   | 175:1   Q.  Did the people at the New |     |     |     |        |
|     |                   | 175:2   England Journal of Medicine monitor at |  |  |  |        |
|     |                   | 175:3   least the major newspapers to see how |   |  |  |        |
|     |                   | 175:4   they were reporting on the Expression of |  |  |        |
|     |                   | 175:5   Concern and whether there were any errors |  |  |        |
|     |                   | 175:6   that should be corrected? |  |  |  |        |

| 182 | **175:9 - 175:22** | Curfman 01/24/2006 | 00:00:29 | 01:23:42 | 00:33:18 | Z6.182 |
|-----|--------------------|--------------------|----------|----------|----------|--------|
|     |                    | 175:9       THE WITNESS:  Our media |  |  |  |        |
|     |                    | 175:10   relations specialist always |  |  |  |        |
|     |                    | 175:11   monitors the news.  That's what |  |  |  |        |
|     |                    | 175:12   her job is.  She does that every |  |  |  |        |
|     |                    | 175:13   day about everything that we |  |  |  |        |
|     |                    | 175:14   publish to see what the media is |  |  |  |        |
|     |                    | 175:15   writing about it.  That's what her |  |  |  |        |
|     |                    | 175:16   job is.  And part of it is to make |  |  |  |        |
|     |                    | 175:17   sure that they're reporting |  |  |  |        |
|     |                    | 175:18   accurately on articles that we |  |  |  |        |
|     |                    | 175:19   publish, not just the Expression |  |  |  |        |
|     |                    | 175:20   of Concern.  This happens every |  |  |  |        |
|     |                    | 175:21   day for every article.  We get |  |  |  |        |
|     |                    | 175:22   news updates every day. |  |  |  |        |

| 183 | **176:16 - 177:1** | Curfman 01/24/2006 | 00:00:38 | 01:24:11 | 00:32:49 | Z6.183 |
|-----|--------------------|--------------------|----------|----------|----------|--------|
|     |                    | 176:16   Q.  Dr. Curfman, you were quoted |  |  |  |        |
|     |                    | 176:17   in the Forbes article as saying you were |  |  |  |        |
|     |                    | 176:18   somewhere between surprised and stunned |  |  |  |        |
|     |                    | 176:19   that some cardiovascular data that was in |  |  |  |        |
|     |                    | 176:20   a presubmission draft, a draft that was |  |  |  |        |
|     |                    | 176:21   prepared before it was submitted to the |  |  |  |        |
|     |                    | 176:22   New England Journal of Medicine, had been |  |  |  |        |
|     |                    | 176:23   deleted before the draft was submitted. |  |  |  |        |
|     |                    | 176:24   Do you remember that and were you |  |  |  |        |
|     |                    | 177:1     accurately quoted? |  |  |  |        |

| 184 | **177:10 - 177:24** | Curfman 01/24/2006 | 00:00:46 | 01:24:49 | 00:32:11 | Z6.184 |
|-----|---------------------|--------------------|----------|----------|----------|--------|
|     |                     | 177:10       THE WITNESS:  Well, I can |  |  |  |        |
|     |                     | 177:11   tell you what I was somewhere |  |  |  |        |
|     |                     | 177:12   between surprised and stunned |  |  |  |        |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 177:13 | about, and that was the document | | | | |
| | | 177:14 | that was presented to me for the | | | | |
| | | 177:15 | first time on November 21st, 2005, | | | | |
| | | 177:16 | Exhibit 18, among the exhibits on | | | | |
| | | 177:17 | that day, which was an internal | | | | |
| | | 177:18 | memorandum dated July 5th, 2000, | | | | |
| | | 177:19 | which contained an extensive body | | | | |
| | | 177:20 | of data on the cardiovascular | | | | |
| | | 177:21 | adverse events in VIGOR that I had | | | | |
| | | 177:22 | never seen before.  And that put | | | | |
| | | 177:23 | me somewhere between surprised and | | | | |
| | | 177:24 | stunned. | | | | |

---

| 185 | 179:22-180:4 | Curfman 01/24/2006 | 00:00:29 | 01:25:35 | 00:31:25 | | Z6.185 |
|---|---|---|---|---|---|---|---|

179:22         My question is, from your
179:23     review of the materials, are you aware
179:24     that all of the data that was collected
180:1     in the July 2000 memorandum and including
180:2     the tables and the statistical analyses,
180:3     that all of that was communicated to the
180:4     FDA in the fall of 2000?

---

| 186 | 180:8-180:10 | Curfman 01/24/2006 | 00:00:03 | 01:26:04 | 00:30:56 | | Z6.186 |
|---|---|---|---|---|---|---|---|

180:8          THE WITNESS:  Yes.  I'm
180:9     aware that it was communicated to
180:10     the FDA.                                                         (Edited)

---

| 187 | 180:10-180:17 | Curfman 01/24/2006 | 00:00:11 | 01:26:07 | 00:30:53 | | Z6.187 |
|---|---|---|---|---|---|---|---|

180:10         It was not posted by the                          (Edited)
180:11     FDA until the following year,
180:12     months --
180:13     BY MR. BECK:
180:14     Q.  In February?
180:15     A.  -- months after, months
180:16     after the publication of the misleading
180:17     New England Journal article.

---

| 188 | 183:2-183:18 | Curfman 01/24/2006 | 00:00:43 | 01:26:18 | 00:30:42 | | Z6.188 |
|---|---|---|---|---|---|---|---|

183:2     Q.  How about in the materials
183:3     communicating the information to the FDA,
183:4     was there a mention there of a
183:5     prespecified cutoff date?
183:6     A.  I don't recall.  It's a big
183:7     document, and I'd have to go back through
183:8     it.
183:9     Q.  How about in the FDA
183:10     materials prepared by people within the
183:11     FDA, is there an indication in the FDA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 183:12 | materials that this additional | | | | | |
| | 183:13 | information that was transmitted to them | | | | | |
| | 183:14 | in October had come in after a | | | | | |
| | 183:15 | prespecified cutoff date that was used in | | | | | |
| | 183:16 | the VIGOR study? | | | | | |
| | 183:17 | A.  Well, I don't know.  I don't | | | | | |
| | 183:18 | know about that. | | | | (Edited) | |
| 189 | **183:18 - 183:19** | Curfman 01/24/2006 | 00:00:03 | 01:27:01 | 00:29:59 | | Z6.189 |
| | 183:18 | What I can tell you is | | | | (Edited) | |
| | 183:19 | that in the VIGOR -- | | | | | |
| 190 | **185:5 - 185:12** | Curfman 01/24/2006 | 00:00:25 | 01:27:04 | 00:29:56 | | Z6.190 |
| | 185:5 | Q.  Did you ever look at the | | | | | |
| | 185:6 | Targum memo that we talked about earlier, | | | | | |
| | 185:7 | that internal FDA memo that analyzes | | | | | |
| | 185:8 | data?  Did you ever look at the Targum | | | | | |
| | 185:9 | memo to see whether it explains that that | | | | | |
| | 185:10 | information that was provided in the fall | | | | | |
| | 185:11 | of 2000 had come in after a prespecified | | | | | |
| | 185:12 | cutoff date for the VIGOR study? | | | | | |
| 191 | **185:17 - 185:19** | Curfman 01/24/2006 | 00:00:02 | 01:27:29 | 00:29:31 | | Z6.191 |
| | 185:17 | Q.  Did you ever look at the | | | | | |
| | 185:18 | Targum memo to see that? | | | | | |
| | 185:19 | A.  Yes, I did. | | | | | |
| 192 | **192:10 - 193:12** | Curfman 01/24/2006 | 00:01:21 | 01:27:31 | 00:29:29 | | Z6.192 |
| | 192:10 | Q.  Let me turn to another | | | | | |
| | 192:11 | subject that is addressed in your | | | | | |
| | 192:12 | Expression of Concern, and that is | | | | | |
| | 192:13 | information that was in a draft before | | | | | |
| | 192:14 | the draft was submitted to the New | | | | | |
| | 192:15 | England Journal of Medicine, but then was | | | | | |
| | 192:16 | taken out in the draft that was submitted | | | | | |
| | 192:17 | to the New England Journal of Medicine. | | | | | |
| | 192:18 | Do you understand what topic | | | | | |
| | 192:19 | I'm talking about? | | | | | |
| | 192:20 | A.  Right. | | | | | |
| | 192:21 | Q.  Now, this is not the three | | | | | |
| | 192:22 | MIs, right? | | | | | |
| | 192:23 | A.  No.  This has nothing to do | | | | | |
| | 192:24 | with the three MIs. | | | | | |
| | 193:1 | Q.  Okay. | | | | | |
| | 193:2 | And this has to do with a | | | | | |
| | 193:3 | table that at least the shell or the form | | | | | |
| | 193:4 | of the table was in an electronic version | | | | | |
| | 193:5 | of the manuscript that you could see that | | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | 193:6 | it had been in the draft before it had | | | |
| | | 193:7 | been submitted to the New England Journal | | | |
| | | 193:8 | of Medicine, but that had been taken out | | | |
| | | 193:9 | before the submission was actually made; | | | |
| | | 193:10 | is that right? | | | |
| | | 193:11 | A.  Well, that's part of the | | | |
| | | 193:12 | story. | | | |
| 193 | 194:3 - 194:7 | Curfman 01/24/2006 | 00:00:12 | 01:28:52 | 00:28:08 | Z6.193 |
| | | 194:3 | Am I correct that the New | | | |
| | | 194:4 | England Journal of Medicine requested the | | | |
| | | 194:5 | authors of the VIGOR manuscript to | | | |
| | | 194:6 | provide an electronic version to the New | | | |
| | | 194:7 | England Journal? | | | |
| 194 | 194:10 - 194:20 | Curfman 01/24/2006 | 00:00:17 | 01:29:04 | 00:27:56 | Z6.194 |
| | | 194:10 | THE WITNESS:  I don't know | | | |
| | | 194:11 | whether we requested it or not. | | | |
| | | 194:12 | They did send it.  I'd have to -- | | | |
| | | 194:13 | you know, you can show me a | | | |
| | | 194:14 | document with a sentence in there, | | | |
| | | 194:15 | but they provided the disk. | | | |
| | | 194:16 | BY MR. BECK: | | | |
| | | 194:17 | Q.  Okay. | | | |
| | | 194:18 | And they provided the disk | | | |
| | | 194:19 | in August of 2000, right? | | | |
| | | 194:20 | A.  Yes. | | | |
| 195 | 194:23 - 195:4 | Curfman 01/24/2006 | 00:00:17 | 01:29:21 | 00:27:39 | Z6.195 |
| | | 194:23 | Q.  And when they provided you | | | |
| | | 194:24 | with this disk, the electronic version, | | | |
| | | 195:1 | they gave it to you with a feature called | | | |
| | | 195:2 | track changes that was turned on when | | | |
| | | 195:3 | they gave it to you, right? | | | |
| | | 195:4 | A.  Yes. | | | |
| 196 | 195:6 - 195:18 | Curfman 01/24/2006 | 00:00:37 | 01:29:38 | 00:27:22 | Z6.196 |
| | | 195:6 | And this disk, little | | | |
| | | 195:7 | computer disk, had three versions of the | | | |
| | | 195:8 | VIGOR manuscript on it; is that right? | | | |
| | | 195:9 | A.  That's correct. | | | |
| | | 195:10 | Q.  So that you could compare, | | | |
| | | 195:11 | if you wanted to, you know, how the | | | |
| | | 195:12 | versions evolved over time? | | | |
| | | 195:13 | A.  Yes, you could. | | | |
| | | 195:14 | Q.  And even within a single | | | |
| | | 195:15 | version with the track changes feature | | | |
| | | 195:16 | turned on, or it's sometimes called a red | | | |

|  |  | | | | | |
|---|---|---|---|---|---|---|
|  |  | 195:17  lining feature, are you familiar with | | | | |
|  |  | 195:18  that term? | | | | |
| 197 | 195:19-195:23 | Curfman 01/24/2006              00:00:13 | 01:30:15 | 00:26:45 | | Z6.197 |
|  |  | 195:19   A.  Sure. | | | | |
|  |  | 195:20   Q.  And you can see, because the | | | | |
|  |  | 195:21   computer keeps track of any language or | | | | |
|  |  | 195:22   tables or data that was taken out during | | | | |
|  |  | 195:23   the drafting process; correct? | | | | |
| 198 | 196:22-197:3 | Curfman 01/24/2006              00:00:18 | 01:30:28 | 00:26:32 | | Z6.198 |
|  |  | 196:22         With the track changes | | | | |
|  |  | 196:23   feature turned on, within a single | | | | |
|  |  | 196:24   version of the manuscript you can see, | | | | |
|  |  | 197:1    because the computer keeps track of what | | | | |
|  |  | 197:2    language or data is added and what | | | | |
|  |  | 197:3    language or data is taken out, right? | | | | |
| 199 | 197:6-197:6 | Curfman 01/24/2006              00:00:01 | 01:30:46 | 00:26:14 | | Z6.199 |
|  |  | 197:6         THE WITNESS:  Right. | | | | |
| 200 | 201:18-201:24 | Curfman 01/24/2006              00:00:18 | 01:30:47 | 00:26:13 | | Z6.200 |
|  |  | 201:18   Q.  And my question is, when you | | | | |
|  |  | 201:19   wrote that Expression of Concern focusing | | | | |
|  |  | 201:20   on the fact that the table was taken out, | | | | |
|  |  | 201:21   did you take into account the fact that | | | | |
|  |  | 201:22   the authors showed you that when they | | | | |
|  |  | 201:23   gave you the electronic version with the | | | | |
|  |  | 201:24   track changes feature turned on? | | | | |
| 201 | 202:3-202:4 | Curfman 01/24/2006              00:00:02 | 01:31:05 | 00:25:55 | | Z6.201 |
|  |  | 202:3         THE WITNESS:  Yes.  We took | | | | |
|  |  | 202:4         that into consideration. | | | (Edited) | |
| 202 | 202:4-202:6 | Curfman 01/24/2006              00:00:06 | 01:31:07 | 00:25:53 | | Z6.202 |
|  |  | 202:4         The | | | (Edited) | |
|  |  | 202:5         table was not the only data that | | | | |
|  |  | 202:6         were removed from the manuscript. | | | | |
| 203 | 204:9-205:4 | Curfman 01/24/2006              00:01:04 | 01:31:13 | 00:25:47 | | Z6.203 |
|  |  | 204:9    Q.  Now, even though the authors | | | | |
|  |  | 204:10   gave you the electronic version with the | | | | |
|  |  | 204:11   track changes turned on back in August of | | | | |
|  |  | 204:12   2000, am I correct from your Expression | | | | |
|  |  | 204:13   of Concern that it looked like you never | | | | |
|  |  | 204:14   looked at the electronic version until | | | | |
|  |  | 204:15   sometime in the fall of 2004; is that | | | | |
|  |  | 204:16   right? | | | | |
|  |  | 204:17   A.  That's right. | | | | |
|  |  | 204:18   Q.  Now, did you ever tell, | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | 204:19 | "you" being Dr. Curfman, covering you, | | | |
| | | 204:20 | personally, first, back during the | | | |
| | | 204:21 | editorial process in 2000, when the | | | |
| | | 204:22 | authors gave you the electronic version | | | |
| | | 204:23 | with the track changes turned on, did you | | | |
| | | 204:24 | communicate in any way to them that you | | | |
| | | 205:1 | and your colleagues were not going to | | | |
| | | 205:2 | look at the electronic version, "you," | | | |
| | | 205:3 | personally, now? | | | |
| | | 205:4 | A.  Yeah, no. | | | |

| 204 | 221:10 -221:15 | Curfman 01/24/2006 | | 00:00:30 | 01:32:17 | 00:24:43 | Z6.204 |
|---|---|---|---|---|---|---|---|
| | | 221:10 | Q.  Doctor, on the subject of | | | | |
| | | 221:11 | the significance of the deletion of Table | | | | |
| | | 221:12 | 5, did Dr. Drazen tell you that he | | | | |
| | | 221:13 | thought that that whole subject did not | | | | |
| | | 221:14 | even have enough significance to be | | | | |
| | | 221:15 | mentioned in the Expression of Concern? | | | | |

| 205 | 221:18 -221:19 | Curfman 01/24/2006 | | 00:00:02 | 01:32:47 | 00:24:13 | Z6.205 |
|---|---|---|---|---|---|---|---|
| | | 221:18 | THE WITNESS:  Not to my | | | | |
| | | 221:19 | knowledge. | | | | |

| 206 | 222:3 -223:6 | Curfman 01/24/2006 | | 00:01:21 | 01:32:49 | 00:24:11 | Z6.206 |
|---|---|---|---|---|---|---|---|
| Link > CURF22.1 | | 222:3 | Q.  I've handed you Exhibit 22. | | | | |
| | | 222:4 | Do you see that this is an e-mail from | | | | |
| Link > CURF22.1.2 | | 222:5 | Dr. Drazen, the editor-in-chief, to you | | | | |
| | | 222:6 | and Dr. Morrissey, "Subject: Expression | | | | |
| | | 222:7 | of Concern"? | | | | |
| | | 222:8 | A.  I do, yes. | | | | |
| | | 222:9 | Q.  And it's dated December 4th. | | | | |
| | | 222:10 | Was that pretty early in the drafting of | | | | |
| | | 222:11 | the Expression of Concern? | | | | |
| | | 222:12 | A.  That was still pretty early, | | | | |
| | | 222:13 | yes. | | | | |
| | | 222:14 | Q.  Okay. | | | | |
| | | 222:15 | And do you see here on the | | | | |
| | | 222:16 | e-mail he's attached a document.  And | | | | |
| | | 222:17 | when explaining his attachment, he says, | | | | |
| | | 222:18 | "I attach another edited version of the | | | | |
| | | 222:19 | expression.  The biggest change is the | | | | |
| | | 222:20 | deletion of the stuff about Table 5.  I | | | | |
| | | 222:21 | think it attributes more to this table | | | | |
| | | 222:22 | than it deserves and the numbers speak | | | | |
| | | 222:23 | for themselves.  This piece is cleaner | | | | |
| | | 222:24 | without it." | | | | |
| | | 223:1 | So, does that refresh your | | | | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | 223:2 | recollection that the editor-in-chief of | | | | |
| | | 223:3 | the New England Journal told you that he | | | | |
| | | 223:4 | didn't think that the stuff about Table 5 | | | | |
| | | 223:5 | was even significant enough to be | | | | |
| | | 223:6 | included in the Expression of Concern? | | | | |

| 207 | 223:9-223:17 | Curfman 01/24/2006 | | 00:00:18 | 01:34:10 | 00:22:50 | Z6.207 |
|---|---|---|---|---|---|---|---|
| | | 223:9 | THE WITNESS: He changed his | | | | |
| | | 223:10 | mind. | | | | |
| Link > Hide | | 223:11 | BY MR. BECK: | | | | |
| | | 223:12 | Q. Well, my question is, does | | | | |
| | | 223:13 | this refresh your recollection that, in | | | | |
| | | 223:14 | fact, he told you, at least on December | | | | |
| | | 223:15 | 4th, that this whole table 5 stuff was | | | | |
| | | 223:16 | not even a big enough deal to be included | | | | |
| | | 223:17 | in the Expression of Concern? | | | | |

| 208 | 224:19-224:22 | Curfman 01/24/2006 | | 00:00:12 | 01:34:28 | 00:22:32 | Z6.208 |
|---|---|---|---|---|---|---|---|
| | | 224:19 | A. Yes. That's what he said. | | | | |
| | | 224:20 | I, frankly, don't exactly remember this | | | | |
| | | 224:21 | e-mail because he changed his mind, and | | | | |
| | | 224:22 | we did include the material on Table 5. | | | | |

| 209 | 225:18-226:19 | Curfman 01/24/2006 | | 00:01:15 | 01:34:40 | 00:22:20 | Z6.209 |
|---|---|---|---|---|---|---|---|
| | | 225:18 | Q. And I will show you Exhibit | | | | |
| Link > CURF23.1 | | 225:19 | 23, which is the attachment to the e-mail | | | | |
| | | 225:20 | that we just looked at. | | | | |
| | | 225:21 | A. Yes. | | | | |
| | | 225:22 | Q. And this is kind of a | | | | |
| | | 225:23 | printed out version of that track changes | | | | |
| | | 225:24 | feature that we talked about, isn't it? | | | | |
| | | 226:1 | This is a draft of the Expression of | | | | |
| | | 226:2 | Concern, and you can see on the right | | | | |
| | | 226:3 | things that have been deleted and things | | | | |
| | | 226:4 | that have been added? | | | | |
| | | 226:5 | A. Right. Yep. | | | | |
| | | 226:6 | Q. Okay. | | | | |
| | | 226:7 | And do you see over here on | | | | |
| | | 226:8 | this attachment to the editor-in-chief's | | | | |
| Link > CURF23.2.1 | | 226:9 | e-mail to you that that last square over | | | | |
| | | 226:10 | there that shows what was deleted, at | | | | |
| | | 226:11 | least as of December 4, he wanted to take | | | | |
| | | 226:12 | out the entire paragraph having to do | | | | |
| | | 226:13 | with Table 5, right? | | | | |
| Link > Hide | | 226:14 | A. Yes, at that time. And then | | | | |
| | | 226:15 | he changed his mind. That was an early | | | | |
| | | 226:16 | version. And we went through many | | | | |

|  |  | 226:17 | versions of this document and a lot of |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 226:18 | editing was done.  The final version, of |  |  |  |  |
|  |  | 226:19 | course, did include that material. |  |  |  |  |

| 210 | 236:14 -236:15 | Curfman 01/24/2006 | 00:00:08 | 01:35:55 | 00:21:05 | Z6.210 |
|---|---|---|---|---|---|---|
|  |  | 236:14 | Q.  Let me hand you the next |  |  |  |
| Link > CURF26.1 |  | 236:15 | document, Exhibit 26. |  | (Edited) |  |

| 211 | 236:15 -236:19 | Curfman 01/24/2006 | 00:00:14 | 01:36:03 | 00:20:57 | Z6.211 |
|---|---|---|---|---|---|---|
|  |  | 236:15 | Now, again, this |  | (Edited) |  |
| Link > CURF26.1.1 |  | 236:16 | is a series of e-mails, and you see that |  |  |  |
|  |  | 236:17 | you're on these first two at least on |  |  |  |
|  |  | 236:18 | Page 1. |  |  |  |
|  |  | 236:19 | A.  Right. |  |  |  |

| 212 | 237:4 -237:11 | Curfman 01/24/2006 | 00:00:31 | 01:36:17 | 00:20:43 | Z6.212 |
|---|---|---|---|---|---|---|
|  |  | 237:4 | So, let's go to Page 3 of |  |  |  |
| Link > CURF26.3 |  | 237:5 | this exhibit, and this is an e-mail that |  |  |  |
| Link > CURF26.3.3 |  | 237:6 | you got a copy of from Caryn Sandrew on |  |  |  |
|  |  | 237:7 | behalf of Dr. Drazen.  Do you see that? |  |  |  |
|  |  | 237:8 | A.  Yes, I do. |  |  |  |
|  |  | 237:9 | Q.  And it's, again, to Ms. |  |  |  |
|  |  | 237:10 | Prakash of NPR; right? |  |  |  |
|  |  | 237:11 | A.  Right. |  |  |  |

| 213 | 239:15 -239:21 | Curfman 01/24/2006 | 00:00:16 | 01:36:48 | 00:20:12 | Z6.213 |
|---|---|---|---|---|---|---|
| Link > CURFCALLOL |  | 239:15 | Q.  Let's go down to the very |  |  |  |
|  |  | 239:16 | bottom where he says, "It is generally |  |  |  |
|  |  | 239:17 | inappropriate to mine a data set for |  |  |  |
|  |  | 239:18 | endpoints that were not pre- specified in |  |  |  |
|  |  | 239:19 | the research protocol." |  |  |  |
|  |  | 239:20 | A.  Yes.  The problem is that in |  |  |  |
|  |  | 239:21 | a safety study, that does not apply. |  |  |  |

| 214 | 240:14 -240:23 | Curfman 01/24/2006 | 00:00:19 | 01:37:04 | 00:19:56 | Z6.214 |
|---|---|---|---|---|---|---|
|  |  | 240:14 | Q.  My focus is, he's making a |  |  |  |
|  |  | 240:15 | general observation about whether it is |  |  |  |
|  |  | 240:16 | appropriate or not to mine a data set for |  |  |  |
|  |  | 240:17 | endpoints that were not prespecified in |  |  |  |
|  |  | 240:18 | the research protocol. |  |  |  |
|  |  | 240:19 | A.  Except for safety endpoints. |  |  |  |
|  |  | 240:20 | Q.  But he doesn't say that, |  |  |  |
|  |  | 240:21 | does he? |  |  |  |
|  |  | 240:22 | A.  Well, that's fine, but I'm |  |  |  |
|  |  | 240:23 | telling you what the facts are. |  |  |  |

| 215 | 241:10 -242:13 | Curfman 01/24/2006 | 00:01:10 | 01:37:23 | 00:19:37 | Z6.215 |
|---|---|---|---|---|---|---|
| Link > CURF26.4.3 |  | 241:10 | Q.  Does he go on to say to the |  |  |  |
|  |  | 241:11 | NPR author, "Such a fishing expedition |  |  |  |

|  | | | |
|---|---|---|---|
| | 241:12 | can lead to misleading conclusions, both | |
| | 241:13 | positive and negative"? | |
| | 241:14 | A.  They could, but he had never | |
| | 241:15 | seen this document.  And this is a | |
| | 241:16 | critical document that no editor or | |
| | 241:17 | physician would ever overlook, the | |
| | 241:18 | importance of this document.  These are | |
| | 241:19 | critical safety endpoints, safety | |
| | 241:20 | endpoints.  And safety endpoints are | |
| Link > Hide | 241:21 | often not prespecified in a protocol. | |
| | 241:22 | Q.   But, in fact, when he made | |
| | 241:23 | that observation about how that's | |
| | 241:24 | inappropriate and it's a fishing | |
| | 242:1 | expedition, he was talking about the | |
| | 242:2 | safety endpoints of the VIGOR article, | |
| | 242:3 | was he not, sir? | |
| | 242:4 | A.  He was not -- he was not | |
| | 242:5 | privy to this document. | |
| | 242:6 | Q.   Was he talking about the | |
| | 242:7 | safety endpoints of the VIGOR article | |
| | 242:8 | when he said that "It is generally | |
| | 242:9 | inappropriate to mine a data set for | |
| | 242:10 | endpoints that were not pre-specified to | |
| | 242:11 | the research protocol.  Such a fishing | |
| | 242:12 | expedition can lead to misleading | |
| | 242:13 | conclusions, both positive and negative"? | |

| 216 | **242:14 -242:16** | Curfman 01/24/2006 | 00:00:02 | 01:38:33 | 00:18:27 | Z6.216 |
|---|---|---|---|---|---|---|
| | 242:14 | A.  He doesn't say -- | | | | |
| | 242:15 | Q.   Was the subject he was | | | | |
| | 242:16 | talking about -- | | | | |

| 217 | **242:17 -242:23** | Curfman 01/24/2006 | 00:00:12 | 01:38:35 | 00:18:25 | Z6.217 |
|---|---|---|---|---|---|---|
| | 242:17 | A.  It's not clear from this. | | | | |
| | 242:18 | It's a new paragraph. | | | | |
| | 242:19 | Q.   The entire subject of the | | | | |
| | 242:20 | NPR article was the safety endpoints -- | | | | |
| | 242:21 | A.  The words don't say that. | | | | |
| | 242:22 | MR. BECK:  No more | | | | |
| | 242:23 | questions. | | | | |

| 218 | **243:18 -243:19** | Curfman 01/24/2006 | 00:00:02 | 01:38:47 | 00:18:13 | Z6.218 |
|---|---|---|---|---|---|---|
| | 243:18 | Q.   Good afternoon, Doctor. | | | | |
| | 243:19 | A.  Good afternoon. | | | | |

| 219 | **244:6 -244:7** | Curfman 01/24/2006 | 00:00:03 | 01:38:49 | 00:18:11 | Z6.219 |
|---|---|---|---|---|---|---|
| | 244:6 | Q.   The exhibit in front of you | | | | |
| Link >  CURF27.1 | 244:7 | has been marked as Exhibit 27. | | | | |

**CURFMAN 1 24 06 Merck cross**

| 220 | **244:12 -245:2** | Curfman 01/24/2006 | 00:00:53 | 01:38:52 | 00:18:08 | Z6.220 |

|  | | 244:12 | Q.  If you'll notice, if you go |
| Link > CURF27.6 | | 244:13 | through the document to the seventh page, |
|  | | 244:14 | I believe you will find the previously |
|  | | 244:15 | introduced suggestion for transmittal to |
| Link > CURF27.6.1 | | 244:16 | authors, which mentioned that the total |
|  | | 244:17 | number of figures plus tables should not |
|  | | 244:18 | total more than five.  That's on the page |
|  | | 244:19 | number ending 136 at the bottom right. |
|  | | 244:20 | Do you see that, sir? |
|  | | 244:21 | A.  Yes, I do. |
| Link > Hide | | 244:22 | Q.  And can you take a look at |
|  | | 244:23 | the entire document, and does this appear |
|  | | 244:24 | to be a letter from Dr. Kaplan to Dr. |
|  | | 245:1 | Bombardier enclosing the comments from |
|  | | 245:2 | Reviewers A and B on the VIGOR study? |

| 221 | **245:5 -245:20** | Curfman 01/24/2006 | 00:00:42 | 01:39:45 | 00:17:15 | Z6.221 |

|  | | 245:5 | THE WITNESS:  Right.  And I |
|  | | 245:6 | think A, B and C actually for |
|  | | 245:7 | reviewers, yes. |
|  | | 245:8 | MR. ARBITBLIT:  For the |
|  | | 245:9 | record, this document begins at |
|  | | 245:10 | Bates Number 2000 NEMJ 000025, and |
|  | | 245:11 | the Bates Numbers for the letter |
|  | | 245:12 | go through 027, and then the |
|  | | 245:13 | comments of the reviewers are at |
|  | | 245:14 | 134 through 138. |
|  | | 245:15 | BY MR. ARBITBLIT: |
|  | | 245:16 | Q.  Do you see that? |
|  | | 245:17 | A.  Yes. |
| Link > CURF27.1.1 | | 245:18 | Q.  Now, the date on this letter |
|  | | 245:19 | is June 30, 2000; is that correct? |
| Link > Hide | | 245:20 | A.  Yes. |

| 222 | **246:13 -246:17** | Curfman 01/24/2006 | 00:00:17 | 01:40:27 | 00:16:33 | Z6.222 |

|  | | 246:13 | Q.  Now, when did you receive |
|  | | 246:14 | the manuscript for the first time? |
|  | | 246:15 | A.  We received it, the receipt |
|  | | 246:16 | date was May 23rd, 2000.  The letter of |
|  | | 246:17 | transmission was dated May 18, 2000. |

| 223 | **246:19 -247:1** | Curfman 01/24/2006 | 00:00:14 | 01:40:44 | 00:16:16 | Z6.223 |

|  | | 246:19 | THE WITNESS: There was some |
|  | | 246:20 | kind of interval of time between |
|  | | 246:21 | Dr. Bombardier's signing of the |
|  | | 246:22 | letter and the actual submission |

CURFMAN 1 24 06 Merck cross

|  |  | 246:23 | of the manuscript. But with that |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 246:24 | detail, the submission date was |  |  |  |  |
|  |  | 247:1 | May 23rd. |  |  |  |  |

| 224 | 247:13 -248:4 | Curfman 01/24/2006 | 00:00:27 | 01:40:58 | 00:16:02 | Z6.224 |
|---|---|---|---|---|---|---|
|  |  | 247:13 | Q.  Doctor, this letter is dated |  |  |  |
|  |  | 247:14 | June 30 with the suggestion that there |  |  |  |
|  |  | 247:15 | should be five tables; right? |  |  |  |
|  |  | 247:16 | A.  Right. |  |  |  |
|  |  | 247:17 | Q.  And the table that you are |  |  |  |
|  |  | 247:18 | concerned about in the Expression of |  |  |  |
|  |  | 247:19 | Concern was deleted before the manuscript |  |  |  |
|  |  | 247:20 | was even submitted to you; wasn't it? |  |  |  |
|  |  | 247:21 | A.  That's correct. |  |  |  |
|  |  | 247:22 | Q.  So, the authors didn't |  |  |  |
|  |  | 247:23 | suddenly decide that they should only |  |  |  |
|  |  | 247:24 | have five tables and should delete the |  |  |  |
|  |  | 248:1 | cardiovascular event table because of |  |  |  |
|  |  | 248:2 | some letter written on June 30, 2000 |  |  |  |
|  |  | 248:3 | when, in fact, it had been removed before |  |  |  |
|  |  | 248:4 | that; correct? |  |  |  |

| 225 | 248:9 -249:10 | Curfman 01/24/2006 | 00:01:21 | 01:41:25 | 00:15:35 | Z6.225 |
|---|---|---|---|---|---|---|
|  |  | 248:9 | THE WITNESS:  That would be |  |  |  |
|  |  | 248:10 | correct. |  |  |  |
|  |  | 248:11 | BY MR. ARBITBLIT: |  |  |  |
|  |  | 248:12 | Q.  Doctor, you had your |  |  |  |
|  |  | 248:13 | deposition taken on November 21st, 2005? |  |  |  |
|  |  | 248:14 | A.  Yes. |  |  |  |
|  |  | 248:15 | Q.  Did you have any intention |  |  |  |
|  |  | 248:16 | of writing an Expression of Concern about |  |  |  |
|  |  | 248:17 | the VIGOR study before that date? |  |  |  |
|  |  | 248:18 | A.  No, we did not. |  |  |  |
|  |  | 248:19 | Q.  Did you formulate an |  |  |  |
|  |  | 248:20 | intention to write an Expression of |  |  |  |
|  |  | 248:21 | Concern on or after November 21st, 2005? |  |  |  |
|  |  | 248:22 | A.  At 8:30 in the morning on |  |  |  |
|  |  | 248:23 | November 22nd, Dr. Morrissey and I |  |  |  |
|  |  | 248:24 | initiated discussions about some kind of |  |  |  |
|  |  | 249:1 | editorial intervention, and then we |  |  |  |
|  |  | 249:2 | continued those discussions in the |  |  |  |
|  |  | 249:3 | subsequent days, leading eventually to an |  |  |  |
|  |  | 249:4 | Expression of Concern. |  |  |  |
|  |  | 249:5 | Q.  Now, the Expression of |  |  |  |
|  |  | 249:6 | Concern itself has previously been marked |  |  |  |
|  |  | 249:7 | as Exhibit 3, and do you have that in |  |  |  |
|  |  | 249:8 | front of you? |  |  |  |

**CURFMAN 1 24 06 Merck cross**

| | | | | | |
|---|---|---|---|---|---|
| Link > CURF3.1 | 249:9 | A.  I can get that.  Yes, I have | | | |
| | 249:10 | it. | | | |

| 226 | **260:14 -261:13** | Curfman 01/24/2006 | 00:01:22  01:42:46  00:14:14 | | Z6.226 |
|---|---|---|---|---|---|
| Link > CURF3.1.2 | 260:14 | Q.  Doctor, in the Expression of | | | |
| | 260:15 | Concern, did you state the relative risks | | | |
| | 260:16 | in terms of an increase in risk with | | | |
| | 260:17 | rofecoxib or Vioxx, rather than a | | | |
| | 260:18 | decrease in risk with naproxen? | | | |
| Link > Hide | 260:19 | A.  Yes, that's correct. | | | |
| | 260:20 | Q.  Why did you do that? | | | |
| | 260:21 | A.  Well, the original VIGOR | | | |
| | 260:22 | article presented the relative risks in | | | |
| | 260:23 | the opposite direction, the implication | | | |
| | 260:24 | being from that presentation that | | | |
| | 261:1 | naproxen was protective against | | | |
| | 261:2 | cardiovascular disease, not that | | | |
| | 261:3 | rofecoxib increased the risk of heart | | | |
| | 261:4 | disease. | | | |
| | 261:5 | We now know that that is not | | | |
| | 261:6 | the case, and in order to set the record | | | |
| | 261:7 | straight, we made the decision in this | | | |
| | 261:8 | Expression of Concern to express the | | | |
| | 261:9 | relative risks as if rofecoxib increased | | | |
| | 261:10 | the risk of cardiovascular disease. | | | |
| | 261:11 | And, again, it was our | | | |
| | 261:12 | interest here to correct the scientific | | | |
| | 261:13 | record on this important point. | | | |

| 227 | **264:8 -264:11** | Curfman 01/24/2006 | 00:00:21  01:44:08  00:12:52 | | Z6.227 |
|---|---|---|---|---|---|
| | 264:8 | Q.  Can you please look at the | | | |
| Link > CURF17.1 | 264:9 | document marked as Exhibit 17 earlier | | | |
| | 264:10 | today which consists of the NEJM 000011 | | | |
| | 264:11 | through 14, and the last two pages. | | | |

| 228 | **264:19 -264:23** | Curfman 01/24/2006 | 00:00:10  01:44:29  00:12:31 | | Z6.228 |
|---|---|---|---|---|---|
| | 264:19 | THE WITNESS:  Right. | | | |
| | 264:20 | BY MR. ARBITBLIT: | | | |
| Link > CURF17.3 | 264:21 | Q.  The last two pages being the | | | |
| | 264:22 | letter to Dr. Bombardier. | | | |
| | 264:23 | A.  Right.  I've got it. | | | |

| 229 | **266:1 -268:4** | Curfman 01/24/2006 | 00:02:28  01:44:39  00:12:21 | | Z6.229 |
|---|---|---|---|---|---|
| | 266:1 | Q.  Now, going on to Paragraph 2 | | | |
| | 266:2 | of your letter to Dr. Bombardier, could | | | |
| | 266:3 | you please read the first sentence of | | | |
| | 266:4 | Paragraph 2? | | | |
| Link > CURF17.3.2 | 266:5 | A.  "Inclusion of the three | | | |

Link > Hide

266:6   myocardial infarctions would have

266:7   invalidated your claim in the article

266:8   that there was a difference in the risk

266:9   of myocardial infarction only in

266:10   high-risk patients (i.e., those in the

266:11   aspirin indicated group)."

266:12   Q. Can you explain what you

266:13   mean by that?

266:14   A. The authors in the VIGOR

266:15   article concluded that the difference in

266:16   rate of myocardial infarction between the

266:17   two treatment groups was present only in

266:18   high-risk patients, high risk for heart

266:19   disease, but not in low-risk patients,

266:20   low risk for heart disease.

266:21   If you add in the three

266:22   additional heart attacks that were not

266:23   reflected in the data and do the

266:24   appropriate statistical analysis for

267:1   interaction, this conclusion in the

267:2   article is no longer sustained, and

267:3   that's what this point is about.

267:4   Q. Can you explain what a test

267:5   for interaction means?

267:6   A. There are two variables, the

267:7   drug variables, rofecoxib versus

267:8   naproxen; and second variable, aspirin

267:9   indicated high-risk group, aspirin not

267:10   indicated low-risk group. And an

267:11   interaction means that these two terms

267:12   will interact statistically, and the

267:13   appropriate test involves a determination

267:14   of whether there's an interaction.

267:15   Q. And was such a test

267:16   performed by a statistician at your

267:17   request in connection with the Expression

267:18   of Concern?

267:19   A. Yes, it was.

267:20   Q. Can you summarize the result

267:21   of that test?

267:22   A. The test indicated that the

267:23   risk -- the increased risk of

267:24   cardiovascular disease associated with

268:1   the use of rofecoxib or Vioxx was found

268:2   in both the high risk and the low-risk

268:3   groups, and it was not restricted to the

|  |  | 268:4 | high-risk group. |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 230 | 268:16 -270:3 | Curfman 01/24/2006 | | 00:01:47 | 01:47:07 | 00:09:53 | Z6.230 |
|  |  | 268:16 | Q.  Could you please take a look |  |  |  |  |
|  |  | 268:17 | at the July 5th memorandum, July 5, 2000 |  |  |  |  |
|  |  | 268:18 | memorandum, I believe it's been marked |  |  |  |  |
|  | Link > CURF24.1 | 268:19 | today as Exhibit 24 -- |  |  |  |  |
|  |  | 268:20 | A.  Right. |  |  |  |  |
|  |  | 268:21 | Q.  -- but it also has the |  |  |  |  |
|  |  | 268:22 | exhibit sticker 18 from the previous |  |  |  |  |
|  |  | 268:23 | deposition. |  |  |  |  |
|  |  | 268:24 | A.  Right. |  |  |  |  |
|  |  | 269:1 | Q.  Is this the table you're |  |  |  |  |
|  |  | 269:2 | referring to in Paragraph 2 of the letter |  |  |  |  |
|  |  | 269:3 | to Dr. Bombardier? |  |  |  |  |
|  | Link > CURF24.6.1 | 269:4 | A.  Yes.  It's Table 4.  This is |  |  |  |  |
|  |  | 269:5 | what I was referring to. |  |  |  |  |
|  |  | 269:6 | Q.  Does this table indicate a |  |  |  |  |
|  |  | 269:7 | statistically significant increased risk |  |  |  |  |
|  |  | 269:8 | of Vioxx in both aspirin indicated and |  |  |  |  |
|  |  | 269:9 | aspirin not indicated patients? |  |  |  |  |
|  | Link > CURF24.6.2 | 269:10 | A.  Yes, it does.  Again, in |  |  |  |  |
|  |  | 269:11 | this particular table, the relative risks |  |  |  |  |
|  |  | 269:12 | are indicated in the reverse direction. |  |  |  |  |
|  |  | 269:13 | But the fact is that this table clearly |  |  |  |  |
|  |  | 269:14 | indicates that the increase in risk |  |  |  |  |
|  |  | 269:15 | associated with the use of rofecoxib was |  |  |  |  |
|  |  | 269:16 | present and statistically significant in |  |  |  |  |
|  |  | 269:17 | both the aspirin indicated, the high-risk |  |  |  |  |
|  |  | 269:18 | patients, high risk for heart disease, |  |  |  |  |
|  |  | 269:19 | and the lower risk group for heart |  |  |  |  |
|  |  | 269:20 | disease in whom aspirin was not |  |  |  |  |
|  |  | 269:21 | indicated. |  |  |  |  |
|  | Link > Hide | 269:22 | So, the risk is present in |  |  |  |  |
|  |  | 269:23 | both groups.  When you look at the |  |  |  |  |
|  |  | 269:24 | totality of the adjudicated |  |  |  |  |
|  |  | 270:1 | thromboembolic serious adverse events, |  |  |  |  |
|  |  | 270:2 | the conclusion in the article is not |  |  |  |  |
|  |  | 270:3 | sustained by this table. |  |  |  |  |
| 231 | 306:24 -307:11 | Curfman 01/24/2006 | | 00:00:37 | 01:48:54 | 00:08:06 | Z6.231 |
|  |  | 306:24 | Q.  Now, Doctor, are you |  |  |  |  |
|  |  | 307:1 | familiar with the claim by the authors |  |  |  |  |
|  |  | 307:2 | that there was a cutoff date of February |  |  |  |  |
|  |  | 307:3 | 10 for cardiovascular events, February |  |  |  |  |
|  |  | 307:4 | 10, 2000? |  |  |  |  |
|  |  | 307:5 | A.  I am now, yes. |  |  |  |  |

| | | | |
|---|---|---|---|
| Link > CURF34.1 | 307:6 | Q. Please take a look at | |
| | 307:7 | Exhibit 34, which is a letter from Alise | |
| | 307:8 | Reicin to Michael Weinblatt. I take it | |
| | 307:9 | you haven't seen this one either; is that | |
| | 307:10 | correct? | |
| | 307:11 | A. That's correct. | |

| 232 | 308:11 -309:7 | Curfman 01/24/2006 | 00:01:04 | 01:49:31 | 00:07:29 | Z6.232 |
|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| | 308:11 | Q. Do you see that there's a |
| | 308:12 | reference to a cutoff date for reporting |
| Link > CURF34.1.1 | 308:13 | of these events to Merck will be February |
| | 308:14 | 10th? |
| | 308:15 | A. I do. |
| | 308:16 | Q. And do you consider that a |
| | 308:17 | prespecified cutoff date? |
| | 308:18 | A. Well, let's just say that |
| | 308:19 | the letter is dated February 7th, and the |
| | 308:20 | cutoff date is designated February 10th, |
| | 308:21 | and this is called prespecified? Not |
| | 308:22 | according to any definition of |
| | 308:23 | prespecified that I've ever heard, which, |
| | 308:24 | as I said earlier in testimony, involves |
| | 309:1 | specifying the item in advance of the |
| | 309:2 | beginning of the trial. |
| Link > Hide | 309:3 | So, I haven't ever heard of |
| | 309:4 | a definition of prespecified that would |
| | 309:5 | come that late in the trial. That's |
| | 309:6 | three days shy of when they want to shut |
| | 309:7 | down tabulation of the endpoints. |

| 233 | 319:2 -319:21 | Curfman 01/24/2006 | 00:01:15 | 01:50:35 | 00:06:25 | Z6.233 |
|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| | 319:2 | Q. Can you please take a look |
| Link > CURF36.1 | 319:3 | at the document marked as Exhibit 36, |
| | 319:4 | which is a memorandum to Alise Reicin |
| Link > CURF36.1.1 | 319:5 | from Linda Nelson dated May 26, 2000, |
| | 319:6 | "Subject: Adjudication results for 11 |
| | 319:7 | events after 2/10/2000." Do you see this |
| | 319:8 | document? |
| | 319:9 | A. Right. |
| | 319:10 | Q. If you could turn to the |
| | 319:11 | second page, do you see that there are |
| Link > CURF36.2.1 | 319:12 | three myocardial infarctions with the |
| | 319:13 | report dates of February 22nd, 2000, |
| | 319:14 | February 17, 2000 and February 16, 2000? |
| Link > Hide | 319:15 | A. Right. |
| | 319:16 | Q. At any time during the |
| | 319:17 | review process for the VIGOR manuscript, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 319:18 | did Alise Reicin inform you that she knew | | | |
| | | 319:19 | the confirmed status of the three MIs | | | |
| | | 319:20 | reported after February 10, 2000 no later | | | |
| | | 319:21 | than May 26, 2000? | | | |

| 234 | 319:24 -320:2 | Curfman 01/24/2006 | | 00:00:05 | 01:51:50 | 00:05:10 | Z6.234 |
|---|---|---|---|---|---|---|---|
| | | 319:24 | THE WITNESS:  None of the | | | |
| | | 320:1 | authors informed the Journal about | | | |
| | | 320:2 | the three myocardial infarctions. | | | |

| 235 | 320:24 -322:8 | Curfman 01/24/2006 | | 00:02:07 | 01:51:55 | 00:05:05 | Z6.235 |
|---|---|---|---|---|---|---|---|
| Link > CURF37.1 | | 320:24 | Q.   Doctor, what is Exhibit 37? | | | |
| | | 321:1 | A.   This is a series of three | | | |
| | | 321:2 | e-mail messages involving our media | | | |
| | | 321:3 | specialist Karen Pedersen, myself and Dr. | | | |
| | | 321:4 | Drazen and some of the other editors.  It | | | |
| | | 321:5 | has to do with an editorial that was | | | |
| | | 321:6 | published in the Washington Post in early | | | |
| | | 321:7 | January that Karen Pedersen brought to | | | |
| | | 321:8 | our attention because she thought that it | | | |
| | | 321:9 | might contain some factual inaccuracies | | | |
| | | 321:10 | and is asking us if we wanted to perhaps | | | |
| | | 321:11 | respond in some way. | | | |
| | | 321:12 | Q.   And did Ms. Pedersen send | | | |
| | | 321:13 | you an e-mail suggesting four points that | | | |
| | | 321:14 | you might make in response to the | | | |
| | | 321:15 | editorial? | | | |
| | | 321:16 | A.   Right. | | | |
| | | 321:17 | Q.   Just to back up and identify | | | |
| | | 321:18 | it for the record, it's dated January | | | |
| | | 321:19 | 3rd, 2006, NEJM 000280. | | | |
| | | 321:20 | Doctor, did you respond to | | | |
| | | 321:21 | Ms. Pedersen's e-mail concerning point | | | |
| Link > CURF37.1.1 | | 321:22 | number 2 which stated, "The 3 MIs are a | | | |
| | | 321:23 | trivial amount of the total data | | | |
| | | 321:24 | withheld"? | | | |
| | | 322:1 | A.   Yes.  I think that she | | | |
| | | 322:2 | wasn't correct about that, and I wanted | | | |
| | | 322:3 | to give her some feedback about that so | | | |
| | | 322:4 | we could correct that statement | | | |
| Link > CURF37.1.2 | | 322:5 | Q.   Could you read the first | | | |
| | | 322:6 | paragraph, the e-mail that you sent to | | | |
| | | 322:7 | Ms. Pedersen on January 3rd, 2006 into | | | |
| | | 322:8 | the record, please? | | | |

| 236 | 322:14 -323:16 | Curfman 01/24/2006 | | 00:01:32 | 01:54:02 | 00:02:58 | Z6.236 |
|---|---|---|---|---|---|---|---|
| | | 322:14 | A.   "The only comment I have is | | | |

| | |
|---|---|
| 322:15 | about # 2. I would not characterize the |
| 322:16 | 3 MIs as trivial exactly. It is never |
| 322:17 | appropriate to withhold data, under any |
| 322:18 | circumstances, and we don't want to |
| 322:19 | appear as if we are endorsing that |
| 322:20 | practice. It's just that they were |
| 322:21 | withheld" -- "that they withheld not only |
| 322:22 | 3 MI's, but 9 tables and two figures of |
| 322:23 | additional data, all of which, in total, |
| 322:24 | painted a very ominous picture regarding |
| 323:1 | cardiovascular toxicity of Vioxx. They |
| 323:2 | never revealed these data to the editors, |
| 323:3 | and therefore readers never saw them. |
| 323:4 | They were disclosed to FDA, but not |
| 323:5 | posted on the FDA website until 2001, |
| 323:6 | months after the New England Journal of |
| 323:7 | Medicine VIGOR article was published. In |
| 323:8 | any case, the FDA Web site does not |
| 323:9 | constitute publication in the usual |
| 323:10 | sense; doctors don't read the FDA Web |
| 323:11 | site - they read journals. The cardiac |
| 323:12 | toxicity data from VIGOR have never been |
| 323:13 | published in any medical journal. The |
| 323:14 | company wanted to keep the Journal |
| 323:15 | article pristine for purposes of |
| 323:16 | marketing. And it worked - for a while." |

Link > Hide

| 237 | 325:19 -326:17 | Curfman 01/24/2006 | 00:01:13 | 01:55:34 | 00:01:26 | Z6.237 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 325:19 | Q. My question, whether you |
| 325:20 | choose to answer it or not, sir, is, you |
| 325:21 | testified about various matters that you |
| 325:22 | said you could not understand concerning |
| 325:23 | the prespecified cutoff date and the |
| 325:24 | rationale for it. Did you make any |
| 326:1 | effort to look at what the authors said |
| 326:2 | and their response to the Expression of |
| 326:3 | Concern to understand their reasoning for |
| 326:4 | using the prespecified cutoff date? |
| 326:5 | A. Well, we will be looking |
| 326:6 | very carefully at their responses to that |
| 326:7 | question to see if we learn any new |
| 326:8 | information. So far, as of today, we |
| 326:9 | haven't learned any new information. But |
| 326:10 | we will be looking very, very carefully |
| 326:11 | at that crucial point to see what their |
| 326:12 | response is. |

|  |  | 326:13 | Q.  So, in terms of your |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 326:14 | testimony about what you cannot |  |  |  |  |
|  |  | 326:15 | understand, you haven't tried to take |  |  |  |  |
|  |  | 326:16 | into account yet the responses of the |  |  |  |  |
|  |  | 326:17 | authors; is that right? |  |  |  |  |
| 238 | **326:22 -327:10** | Curfman 01/24/2006 |  | 00:00:18 | 01:56:42 | 00:00:18 | Z6.238 |
|  |  | 326:22 | THE WITNESS:  You said one |  |  |  |  |
|  |  | 326:23 | question. |  |  |  |  |
|  |  | 326:24 | BY MR. BECK: |  |  |  |  |
|  |  | 327:1 | Q.  Well, is that right, sir? |  |  |  |  |
|  |  | 327:2 | MR. SHAW:  Thank you.  You |  |  |  |  |
|  |  | 327:3 | said one question. |  |  |  |  |
|  |  | 327:4 | BY MR. BECK: |  |  |  |  |
|  |  | 327:5 | Q.  Do you refuse to answer that |  |  |  |  |
|  |  | 327:6 | question? |  |  |  |  |
|  |  | 327:7 | MR. SHAW:  No.  He's not |  |  |  |  |
|  |  | 327:8 | refusing.  You said one question, |  |  |  |  |
|  |  | 327:9 | and he just answered it, so that's |  |  |  |  |
|  |  | 327:10 | it.  We're done. |  |  |  |  |

Play Time for this Script:     **01:57:00**

**CURFMAN 1 24 06 Merck cross**

Total time for all Scripts in this report:    01:57:00