# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------  x
                                                   :   MDL NO. 1657
                                                   :
IN RE: VIOXX                                       :   SECTION: L
        PRODUCTS LIABILITY LITIGATION              :
                                                   :   JUDGE FALLON
                                                   :
                                                   :   MAG. JUDGE KNOWLES
-------------------------------------------------  x
THIS DOCUMENT RELATES TO ALL CASES                 :
-------------------------------------------------  x
```

### PLAINTIFF STEERING COMMITTEE'S THIRD SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT, MERCK & CO., INC.

Plaintiffs serve these Interrogatories and Requests for Production of Documents upon Defendant, Merck &Co., Inc., pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. Defendant shall respond to the following interrogatories and produce the following documents and tangible things within thirty (30) days of service of these requests, or within a reasonable time thereafter, as agreed by the parties, or as otherwise ordered by the Court.

### DEFINITIONS

The following definitions apply to each of the requests for documents set forth herein and are deemed to be incorporated in each of said requests:

1.       "DOCUMENTS" and  "RECORDINGS" means paper and electronic writings, drawings, graphs, charts, photographs, phono-records, and other data compilations from which information can be obtained and translated through electronic means. If a DOCUMENT or a RECORDING was prepared in several copies or if additional copies were thereafter made, and if

ANY such copies were not identical or are no longer identical by reason of notation or modification of ANY kind whatsoever, including notations on the front or back of ANY pages thereof, then EACH such copy must be produced. Consistent with the above definition, the term DOCUMENT or RECORDING shall include, without limitation, any computer-generated, computer-stored, or otherwise maintained or reproduced COMMUNICATION or representation, any data compilation in any form, whether composed of letters, words, numbers, pictures, sounds, bytes, e-mails, electronic signals or impulses, electronic data, active files, deleted files, file fragments, or any combination thereof. **[PLEASE NOTE** that the term RECORDING shall specifically include all voice recordings, voice mails or messages and MVX records or recordings which refer or relate to the requests identified herein.]

2.      "MARTIN REPORT" means the report, and any attachments, exhibits or appendices thereto, entitled "The Report of the Hon. John S. Martin, Jr. to the Special Committee of the Merck Board of Directors" presented to the Special Committee of the Board of Directors of Merck & Co., Inc. on August 30, 2006 and Released to the Public on September 6, 2006.

3.      "MERCK" means Merck & Co., Inc. and ANY of its corporations, businesses, subsidiaries, divisions, subdivisions, affiliates, predecessors, officers, directors, employees, representatives, independent contractors, or agents, including attorneys and accountants.

4       "SPECIAL COMMITTEE" means the Special committee to the Merck Board of Directors, including William G. Bowen, M.D., Lawrence A. Bossidy, William N. Kelly, M.D., Shelly Lazarus, Samuel O. Their, M.D., Peter C. Wendell, and their staff.

5.      DEBEVOISE means John S Martin, Jr. and "a team of lawyers and paralegals" as set forth on Page 1 of the Martin report in the section entitled "Introduction."  This specifically

includes Mark P. Goodman and the "14 lawyers and six legal assistants" identified in the "Outline of Investigative Process" section of the Martin Report attached hereto as <u>Exhibit 1</u>.

6    "YOU," or "YOUR" means YOU and ANY employees, representatives, independent contractors, or agents, including attorneys and accountants, within the control of John S. Martin or DEBEVOISE..

7    "PERSON" or "PERSONS" means natural persons, proprietorships, joint ventures, partnerships, corporations, trusts, groups, associations, organizations, governmental agencies, and ALL other entities.

8.    "COMMUNICATION" means EVERY manner of transmitting or receiving information, opinions, or thoughts, whether orally, in writing, or otherwise, between two or more PERSONS.

9"    IDENTIFY" with respect to PERSONS, means to give, to the extent known, the PERSON's full name, present or last known address, and when referring to a natural PERSON, additionally, the present or last known place of employment.   Once a PERSON has been identified in accordance with this paragraph, only the name of that PERSON need be listed in response to subsequent discovery requesting the identification of that PERSON.

10    "AND" and "OR" are to be considered conjunctively and disjunctively.   The singular form of a noun or pronoun includes the plural form and vice versa.   "OR" is understood to include and encompass "AND."

11    "ANY" is understood to include and encompass "ALL."   The word "ALL" also includes "EACH" and vice versa.

12    "VIOXX" means Vioxx (rofecoxib) in any form, whether tablet, suspension, or otherwise.

13     Reference to a drug by its generic name (e.g., rofecoxib) or its trade name (i.e., VIOXX) means both the active pharmaceutical ingredient (API) and any and all drug products which contain that API, irrespective of whether or not such drug product is a "new drug" or "new animal drug," instant release or extended release or sustained release, or approved or unapproved by FDA, under the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. 321 et seq. and any predecessor or non-final derivation of the drug that later became VIOXX.

14.     Whenever a reference to a business entity appears, the reference shall mean the business entity, its affiliated companies, partnerships, divisions, subdivisions, directors, officers, EMPLOYEES, agents, clients, or other representatives of affiliated third parties.

15.     Use of the phrase "United States Food and Drug Administration," "National Institutes of Health," or reference to any Federal agency or agencies includes agencies or divisions of all state and local political subdivisions as well as the foreign equivalents of Federal, state or local agencies including but not limited to all foreign governments or agencies thereof including but not limited to the European Union Committee for Proprietary Medicinal Products (CPMP), the United Kingdom's Medicines Control Agency (MCA), France, Canada, Ireland, Australia and Japan.

## INSTRUCTIONS

1.     ALL DOCUMENTS shall be produced that respond to ANY part, clause, or sentence of ANY paragraph of these requests.

2.     The DOCUMENTS to be produced pursuant to these requests specifically embrace, in addition to DOCUMENTS within YOUR possession, custody or control, DOCUMENTS within the possession, custody or control of ANY of YOUR agents, accountants, representatives or

W:\25000-29999\27115\000\Discovery\Vx MDL Third Set of Interrogs and RFP FINAL 2006-9-21.doc

4

attorneys.  Such DOCUMENTS also embrace originals, and identical copies (whether different from the original because of notes made thereon or otherwise) of the DOCUMENTS described in these requests.

3.    YOU shall produce ALL DOCUMENTS in a form which renders the DOCUMENTS susceptible to copying either by photocopy or otherwise.

4.    Requests that are stated in the present tense include the past tense and those in the past tense include the present tense.

5.    Privilege/Redaction Log.  If ANY DOCUMENTS are within the scope of ANY request for production but are not being produced or are being produced with portions redacted, pursuant to ANY claim of privilege or confidentiality:

    a.    State the nature of the privilege claimed (i.e., attorney-client work product, etc.)

    b.    State the name of the PERSON or entity claiming privilege and the name of the attorney, if ANY, with respect to whom the privilege is claimed;

    c.    State the facts upon which YOU rely as the basis for claiming ANY privilege as to the specific information or DOCUMENT; and

    d.    State the name of such DOCUMENT; identify the type of DOCUMENT (i.e., letter, memo, etc.); set forth the subject matter thereof; IDENTIFY the PERSON who prepared it and EACH PERSON (if ANY) who signed it; IDENTIFY EACH PERSON to whom it was directed, circulated or shown; and IDENTIFY EACH PERSON now in possession of the DOCUMENT.  If ANY DOCUMENT is produced in redacted form, the word "redacted" is to be placed in the redacted section of the DOCUMENT.

6.    Destruction Log.   In the event that ANY DOCUMENT called for by these requests has been destroyed or discarded, that DOCUMENT is to be identified by stating:

    a.    The nature of the DOCUMENT;

    b.    ANY addressor or addressee;

    c.    ANY indicated or blind copies;

    d.    The DOCUMENT's date, subject matter, number of pages, and attachments OR appendices;

    e.    ALL PERSONS to whom the DOCUMENT was distributed, shown or explained;

    f.    Its date of destruction or discard, manner of destruction or discard; and

    g.    The PERSONS authorizing or carrying out such destruction or discard.

7.    The following DOCUMENT demand is continuing in nature and in the event YOU become aware of or acquire additional DOCUMENTS responsive hereto, such additional DOCUMENTS are to be promptly produced.

8.    If YOU are unable to comply fully with ANY of the specific requests, YOU shall comply with the extent possible AND provide an explanation as to why full compliance is not possible.

9.    DOCUMENTS are to be produced in their full and unexpurgated form.  Redacted DOCUMENTS shall not constitute compliance with these requests, unless such DOCUMENTS are redacted pursuant to ANY claim of privilege as set forth in paragraph 5 above.

10    Unless otherwise indicated, ALL DOCUMENTS requested pertain to the time period from January 1, 1995 to the present.

11.    For the Purposes of responding to this subpoena, you shall <u>not</u> be required to produce the following:

a.)    The "millions of pages produced in tort litigation" by Merck as set forth in the "Outline of Investigative Process" section of the Martin Report (attached hereto as "Exhibit 1") under the heading INVESTIGATIVE TOOLS.  Please note that this exemption does relieve you from producing:

i.)    Documents or recordings provided to regulatory agencies (including the FDA and other regulatory agencies, both foreign and national), that were not "produced in tort litigation";

ii.)    "Files of Merck Employees, Merck Board materials and third party documents" as described in the INVESTIGAIVE TOOLS section of the Martin Report that were not "produced in tort litigation."

b)    The Investigational New Drug Application (INDA), the New Drug Application (NDA) and Supplemental NDSs (SNDAs) for Vioxx;

c.)    Deposition transcripts and exhibits, <u>publicly</u> available, Congressional testimony and trial transcripts and exhibits, for the eight trials that took place during the investigation known as *Ernst* (Texas State Court), *Humeston* (New Jersey State Court), *Garza* (Texas State Court), *Plunkett* (federal Court in Texas), *McDarby/Cona* (New Jersey State Court), *Doherty* (New Jersey State Court), *Grossberg* (California State Court) and *Barnett* (Federal Court in Louisiana).

d.)    Publicly available scientific literature reviewed.

12.    A confidentiality order has been entered by in this case by the Honorable Eldon Fallon, Judge of the United States District Court for the Eastern District of Louisiana in the

matter of In Re: Vioxx Product Liability Litigation, MDL 1957 (E.D.La).  Please advise if you

deem any portion of that Order applies to your responses.

## **INTERROGATORIES**

59.    Please state whether you have retained any Documents and Recordings (including

witness statements, interviews or memoranda), referring or relating to the following interviews

which were conducted by Debevoise and/or John Martin in connection with the investigation that

culminated in the Martin Report.:

       a)    Any and all present any all Merck employees interviewed as identified in
the attached "Exhibit 2".

       b)    Any and all Former Merck employees denoted in "Exhibit 2" with a "**"
next to their names.  These witnesses include Marcia Avedon, Gregory
Bell, M.D, David Blois, M.D, J. Martin Carroll, Brian Daniels, M.D.,
Wendy Dixon, M.D, Elliot Ehrich, M.D., Gregory Geba, M.D., Raymond
Gilmartin, Bonnie Goldman, M.D., Douglas Greene, M.D., Michae
Gresser, M.D., Peter Gruer, M.D., Kevin Horgan, M.D., Jennifer Ng,
M.D., Steven Nichtbeger, Alan Neis, M.D., Leonard Oppenheimer, M.D.,
Roger Perlmutter, M.D., Hui Quan, M.D., Scott Reines, M.D., Edward
Scholnick,M.D., Elizabeth Seidenberg, M.D., Louis Sherwood, M.D.,
Steven Snappin, M.D., Reynold Spector, M.D., Kenneth Truitt, M.D.,
Ellen Westrick, George Willaims, M.D., and John Yates, M.D.

       c.)    Any and All persons identified in the Martin report as an Outside
Consultants to Merck and Merck Directors that were interviewed and who
are denoted in "Exhibit 2" with a "t" next to their names including:  John

> Baron, M.D., David Bjorkman, MD, Lawrence Bossidy,  William G. Bowen, M.D., Robert Bresalier, M.D., Desmond Fitzgerald, M.D., Garret FitzGerald, M.D., William N.Kelly, M.D., Marvin Konstam, M.D.,  John Oates, M.D., Carlo Patrono, M.D., Robert Sandler, M.D., Samuel Their, M.D., Michael Weinblatt, M.D, Scott Zeger, M.D.

60.    For each of the interviews referred to in Interrogatory Number 1 (a), (b) and (c), please state the following:

      a.)    The date(s) upon which each person was interviewed;
      b)    All persons present, their titles and their relationship (if any) to Merck;
      c)    The Subject matter of the statement(s);
      d.)    A description of the document or recording which purports to summarize, describe or otherwise record the interview.

61.    Please identify all Documents and Recordings (including witness statements, interviews or memoranda or letters), referring or relating to contacts or communications between Merck and/ or Devevoise and/or John S. Martin, Jr., and any of the following persons (or their agents or attorneys) who, it is stated on page 16 of the Martin report "were not willing to take the time" to talk to John S. Martin or Debevoise, including:

      a.)    Carolyn Cannusio, M.D;
      b.)    Laura Demopolous, M.D;
      c.)    Peter DiBattiste;
      d.)    Karen Grosser;
      e.)    Eve Slater;
      f.)    Rhonda Sperling.

62.    For every communications between Merck and/or Debevoise (including John Martin) and the "special counsel" whom the Special Committee retained to review documents that Merck alleges are protected by the attorney-client or work-product privileges as referred to in "footnote 6" to the Martin Report, please state or describe the following:

a,) The date(s) of the communications;

b) The subject matter of the communications

c.) The person(s) who were privy to the communications, including their relationship, if any, to Merck;

d.) Any and all documents and recordings that were shared with or made available to the special committee.

63.   Please describe any and all communications with or communications between Merck (and its attorneys, including Kenneth Frazier and/or Theodore V.H. Mayer) and/or Debevoise and any public relations or other similar agency (Including Ogelvy, Burson-Marstellar and DDB and the Media Relations or Public Relations or Affairs department(s) at Merck) concerning the publication of the Martin Report..  Please include in your answer the following:

a.) The dates of the communications;

b.) All persons who participated in, or were present at, the communications;

c.) The subject matter of the communication;

d.) The result of the communication

64.   Please describe any and all communications with between Merck (including its attorneys) and any reporter or member of the press concerning the Martin Report. Please include in your answer the following:

a.) The dates of the communications;

b.) All persons who participated in, or who were present at, the communications;

c.) The subject matter of the communication;

d.) The result of the communication.

65.   Please describe any communications which discusses the impact, if any, of the timing of the release of the Martin Report on the conduct of the case entitled *Robert G. Smith v. Merck, Inc* case No 05 CV 4379-L (E.D.La)(Fallon,J).  Please include in your answer the following:

a.) The dates of the communications;

b.) All persons who participated in, or were present at, the communications;

c.) The subject matter of the communication;

d.) The result of the communication

66.     Please describe any informal meetings or communications between Debevoise and the Merck Special Committee or the Merck Board of Directors or any member thereof.. Please include in your answer the following:

       a.)     The dates of the meeting or communications;
       b.)     All persons who participated in, or who were present at, the meeting or communications;
       c.)     The subject matter of the meeting or communication;
       d.)     The result of the meeting or communication

67.     Please describe the "23 formal meetings" between Debevoise and the Special Committee as identified in the document entitled "Vioxx Investigation: Outline of Investigative Process" (attached hereto as "Exhibit 1") under the subsection entitled "Reporting." Please include in your answer the following:

       a.)     The dates of the "formal meeting";
       b.)     All persons who participated in each meeting;
       c.)     The subject matter of each meeting;
       d.)     The result of the communication

68.     Please describe the "frequent" meetings between Debevoise and "Dr. Bowen, Chairman of the Special Committee" as identified in the document entitled "Vioxx Investigation: Outline of Investigative Process" (attached hereto as "Exhibit 1") under the subsection entitled "Reporting." Please include in your answer the following:

       a.)     The dates of the meting;
       b.)     All persons who participated in, or were present at, the meeting;
       c.)     The subject matter of the meeting;
       d.)     The result of the meeting

69.     Please describe all "periodic" meetings between Debevoise and Drs. Their and Kelly as identified in the document entitled "Vioxx Investigation:  Outline of Investigative Process" (attached hereto as "Exhibit 1") under the subsection entitled "Reporting."  Please include in your answer the following:

> a.)  The dates of the meetings;
> b.)  All persons who participated in, or were present at, the meeting;
> c.)  The subject matter of the meeting;
> d.)  The result of the meeting

70.     Please state the total amount of money billed by Debevoise for work or services related to

the Martin Report.

71.     Please describe all communications between Kenneth Frazier and John S. Martin since

2004. Please include in your answer the following:

> a.)  The dates of the communications;
> b.)  All persons who participated in, or were present at, the communications;
> c.)  The subject matter of the communication;
> d.)  The result of the communication

72.     Please describe any communications between Theodore V.H. Mayer and John Martin

and/or Debevoise since 2004.  Please include in your answer the following:

> a.)  The dates of the communications;
> b.)  All persons who participated in, or were present at, the communications;
> c.)  The subject matter of the communication;
> d.)  The result of the communication

## DOCUMENTS TO BE PRODUCED

163.    Please produce all Documents and Recordings (including witness statements, interviews

or memoranda), referring or relating to the following interviews which were conducted by

Debevoise and/or John Martin in connection with the investigation that culminated in the Martin

Report:

> a)    Any and all present any all Merck employees interviewed as identified in
>
> the attached "Exhibit 1".
>
> b)    Any and all Former Merck employees denoted in "Exhibit 2" with a "**"
>
> next to their names.  These witnesses include Marcia Avedon, Gregory Bell, M.D,

W:\25000-29999\27115\000\Discovery\Vx MDL Third Set of Interrogs and RFP FINAL 2006-9-21.doc

David Blois, M.D, J. Martin Carroll, Brian Daniels, M.D., Wendy Dixon, M.D,
Elliot Ehrich, M.D., Gregory Geba, M.D., Raymond Gilmartin, Bonnie Goldman,
M.D., Douglas Greene, M.D., Michae Gresser, M.D., Peter Gruer, M.D., Kevin
Horgan, M.D., Jennifer Ng, M.D., Steven Nichtbeger, Alan Neis, M.D., Leonard
Oppenheimer, M.D., Roger Perlmutter, M.D., Hui Quan, M.D., Scott Reines,
M.D., Edward Scholnick,M.D., Elizabeth Seidenberg, M.D., Louis Sherwood,
M.D., Steven Snappin, M.D., Reynold Spector, M.D., Kenneth Truitt, M.D., Ellen
Westrick, George Willaims, M.D., and John Yates, M.D.

c.)     Any and All persons identified in the Martin report as an Outside
Consultants to Merck and Merck Directors that were interviewed and who are
denoted in "Exhibit 2" with a "t" next to their names including:  John Baron,
M.D., David Bjorkman, MD, Lawrence Bossidy,   William G. Bowen, M.D.,
Robert Bresalier, M.D., Desmond Fitzgerald, M.D., Garret FitzGerald, M.D.,
William N.Kelly, M.D., Marvin Konstam, M.D.,   John Oates, M.D., Carlo
Patrono, M.D., Robert Sandler, M.D., Samuel Their, M.D., Michael Weinblatt,
M.D, Scott Zeger, M.D.

164.   Please produce all Documents and Recordings (including witness statements, interviews
or memoranda or letters), referring or relating to contacts or communications between Merck
and/or Devevoise and/or John S. Martin, Jr., and any of the following persons (or their agents or
attorneys) who, it is stated on page 16 of the Martin report "were not willing to take the time" to
talk to John S. Martin or Debevoise, including:

a.)     Carolyn Cannusio, M.D;

b.)     Laura Demopolous, M.D;

      c.)     Peter DiBattiste;

      d.)     Karen Grosser;

      e.)     Eve Slater;

      f.)     Rhonda Sperling.

165.   Any and all documents or recordings   referencing communications with or Communications between Merck and/or Debevoise (including John Martin)  and the "special counsel" whom the Special Committee retained to review documents that Merck alleges are protected by the attorney-client or work-product privileges as referred to in "footnote 6" to the Martin Report.

166.   Any and all documents that Merck identified as being protected by the attorney-client privilege or work-product privilege that was identified in footnote 6 of the Martin Report as having been reviewed by the "special counsel." (For any documents that Merck still claims privilege, you may produce a privilege log that comports with the requirements of the United States Court of Appeals for the Fifth Circuit and the United States District Court for the Eastern District of Louisiana)

167.   Any and all documents or recordings referencing communications with or Communications between Merck (and its attorneys, including Kenneth Frazier and/or Theodore V.H. Mayer) and/or Debevoise and any public relations or other similar agency (Including Ogelvy, Burson-Marstellar and DDB and the Media Relations or Public Relations or Affairs department(s) at Merck) concerning the publication of the Martin Report.

168.   Any and all documents or recordings referencing communications with between Merck (including its attorneys) and any reporter or member of the press concerning the Martin Report.

169.   Any document or recording which discusses the impact, if any, of the timing of the release of the Martin Report on the conduct of the case entitled *Robert G. Smith v. Merck, Inc* case No 05 CV 4379-L (E.D.La)(Fallon,J).

170.   Any document or recording which refers or relates to the timing of the release of the Martin Report.

171.   Any and all drafts, edits, reviews, commentaries of the draft Martin report, including any comments or suggestions made by Merck, The Merck Board or directors or Merck's attorneys

172.   Any and all documents or recordings referring to the retention of Debevoise and/or John S. Martin, Jr. for the Conduct of the investigation leading to the publication of the Martin Report.

173.   Any and all documents or recordings referring to or relating to any informal meetings or communications between Debevoise and the Merck Special Committee or the Merck Board of Directors or any member thereof.

174.   Any and all documents or recordings referring to or relating to the 23 formal meetings or between Debevoise and the Special Committee as identified in the document entitled "Vioxx Investigation:   Outline of Investigative Process" (attached hereto as Exhibit 1) under the subsection entitled "Reporting".

175.   Any and all documents or recordings referring to or relating to the "frequent" meetings between Debevoise and "Dr. Bowen, Chairman of the Special Committee" as identified in the document entitled "Vioxx Investigation:   Outline of Investigative Process" (attached hereto as "Exhibit 1") under the subsection entitled "Reporting."

176.   Any and all documents or recordings referring to or relating to the "periodic" meetings between Debevoise and Drs. Their and Kelly as identified in the document entitled "Vioxx

Investigation:   Outline of Investigative Process" (attached hereto as "Exhibit 1") under the subsection entitled "Reporting."

177.    Any and all billing statements submitted by Debevoise to Merck and payments made by Merck to Debevoise  for any and all work performed on the Martin Investigation.

178.    Any and all documents pertaining to the retention of Debevoise by Merck for any reason for the past ten (10) years, including the retention agreement relating to the Martin report.

179.    Any and all documents or recordings relating to communications between Debevoise and any consultant or proposed consultant, including R. Wayne Alexander, MD, Nancy L. Buc, Esq., Ralph B. D'Augustino, M..D. and Michael Pencina, M.D.

180.    Any and all documents or recordings relating to or referring to the "investigations by the SEC, The DOJ, the FDA and three Congressional Committees" as identified on page 12 of the Martin report. (Note:   You may exclude from production all transcripts of hearings and documents referred to in those hearings).

181.    Any document or recording produced to you in connection with "Government and Congressional subpoenas" that have not been produced in response to requests by civil plaintiffs as referred to on page 12 of the Martin Report.

182.    Any and all documents and records regarding the decision to release the Martin Report to the Shareholders and the Public.

183.    Any and all documents or recordings which refer or related to each of the 27 "allegations" contained in the Martin Report, including any preliminary legal opinions concerning these allegations

184.    Any and all documents or recordings which refer or relate to any communications between Kenneth Frazier and John S. Martin since 2004.

W:\25000-29999\27115\000\Discovery\Vx MDL Third Set of Interrogs and RFP FINAL 2006-9-21.doc

185.   Any and all documents or recordings which refer or relate to any communication between Theodore V.H. Mayer and John Martin and/or Debevoise since 2004.

Respectfully submitted,

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:  (504) 561-6024

Temporary address:

Place St. Charles
201 St. Charles Ave., Suite 4310
New Orleans, LA  70170
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973 |
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |

W:\25000-29999\27115\000\Discovery\Vx MDL Third Set of Interrogs and RFP FINAL 2006-9-21.doc

17

| | |
|---|---|
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of September, 2006.

Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
201 St. Charles Ave., Suite 4310
New Orleans, LA  70170
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com

# EXHIBIT "1"

# DEBEVOISE & PLIMPTON LLP

**The Report of The Hon. John S. Martin, Jr. to the Special Committee of the Merck Board of Directors ("the Martin Report")**

Vioxx Investigation

Outline of Investigative Process

## FORMATION AND MANDATE

- November 23, 2004:  Board of Directors of Merck & Co., Inc. formed Special Committee to thoroughly examine the conduct of senior management in the development and marketing of Vioxx and to make recommendations to the full Merck Board regarding shareholder demand letters.

- December 6, 2004:  Special Committee retained The Honorable John S. Martin, Jr. of Debevoise & Plimpton LLP, a former United States District Judge for the Southern District of New York and former United States Attorney for the Southern District of New York, to conduct the investigation.

- Judge Martin was instructed by the Special Committee to conduct a comprehensive and objective investigation, and to report to the Special Committee candidly and on a regular basis.

- The Special Committee instructed Merck to cooperate fully with the investigation.

- Debevoise had full access to Merck employees, documents, and deposition and trial transcripts.

- May 23, 2006:  At a regularly scheduled meeting, the Board of Directors extended the mandate of the Special Committee to include a review of post-withdrawal analyses and reporting of cardiovascular data arising from the APPROVe Trial.

## PROCESS

- An investigation was undertaken by Judge Martin and the Debevoise team, which consisted of 14 lawyers and six legal assistants, and had seven principal (and overlapping) components:

  - Review of scientific literature
  - Review of Company and third-party documents
  - Review of deposition and trial testimony
  - Witness interviews
  - Consultation of consulting experts
  - Reporting of findings to Special Committee
  - Drafting of Report and Appendices

-more-

# Exhibit "1"

## INVESTIGATIVE TOOLS

- Judge Martin and the Debevoise team reviewed a broad universe of documentary and testimonial evidence, including:

    - Millions of pages of documents produced in tort litigation, and provided to regulatory agencies and to Congress, including files of Merck employees, Merck Board materials, and third-party documents.

    - Deposition transcripts and exhibits, Congressional testimony, and trial transcripts and exhibits for the eight trials that took place during the investigation: *Ernst* (Texas state court), *Humeston* (New Jersey state court), *Garza* (Texas state court), *Plunkett* (federal court in Texas), *McDarby/Cona* (New Jersey state court), *Doherty* (New Jersey state court), *Grossberg* (California state court), and *Barnett* (federal court in Louisiana).

    - Plaintiff and defense expert reports from the civil litigation.

- Judge Martin and the Debevoise team conducted a total of 150 interviews of 115 witnesses, including:

    - 100 witnesses who were Merck employees or former employees.

    - Third-party witnesses, including Merck outside consultants:  Drs.  Baron, Bjorkman, Bresalier, Collins, FitzGerald, Fitzgerald, Konstam, Oates, Patrono Sandberg, Weinblatt, and Zeger.

- Three prominent consultants were retained to assist with the medical, scientific, statistical and regulatory issues involved in the investigation:

    - Dr. R. Wayne Alexander – prominent cardiologist and Chair of Department of Medicine at Emory University's School of Medicine

    - Nancy L. Buc, Esq. – former Chief Counsel to the FDA and member of the law firm Buc & Beardsley

    - Dr. Ralph B. D'Agostino, Sr. – Professor of Mathematics, Statistics and Public Health at Boston University, Director of the Boston University Statistics and Consulting Unit, and co-principal investigator of the Framingham Heart Study contract

-more-

## **REPORTING**

- Judge Martin and the Debevoise team reported on a regular and ongoing basis to the Special Committee.

  - The Special Committee met formally with Debevoise 23 times during the 20-month investigation for status updates and to discuss any issues arising in the investigation.

  - Dr. Bowen, the Chairman of the Special Committee, frequently met with, or otherwise spoke to, Debevoise and/or Judge Martin to discuss the investigation.

  - Drs. Thier and Kelley, members of the Special Committee, were consulted periodically by Debevoise on a range of scientific and medical issues.

# # #

# EXHIBIT "2"

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

## EXHIBIT 2

## ALPHABETICAL LIST OF WITNESSES INTERVIEWED.[1]

| | | |
|---|---|---|
| 1. | Mr. David Anstice | President, Human Health –The Americas; member of Management Committee |
| 2. | Ms. Marcia Avedon** | Senior Vice President, Human Resources |
| 3. | Dr. Raymond Bain | Vice President and Head, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 4. | Dr. John Baron† | Professor of Medicine and of Community and Family Medicine, Dartmouth Medical School |
| 5. | Dr. Eliav Barr | Senior Director, Biologics Clinical Research, Merck Research Laboratories |
| 6. | Ms. Susan Baumgartner | Marketing Manager, Arthritis and Analgesia Therapeutic Business Group[2] |
| 7. | Ms. Lucine Beauchard | Vice President, Business Practices and Compliance; formerly Executive Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |

---

[1] Many of the witnesses we interviewed held more than one position at Merck over the course of the period covered by our investigation. We have included the position each witness held during the major part of the relevant period, as well as important committee memberships. Witnesses who are no longer with Merck are denoted with an "**" next to their names. Outside consultants to Merck and Merck directors that we interviewed are denoted with an "†" next to their names.

[2] As described in Exhibit 1, we use the term "Therapeutic Business Group" to refer to the team under that name, and under its previous name, the "Franchise Business Group," and do the same with regard to the titles in this Exhibit.

# Exhibit "2"

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 8. | Dr. Gregory Bell** | National Medical Director |
|---|---|---|
| 9. | Dr. Diane Benezra-Kurshan | Director and Head, Worldwide Product Labeling Group, Merck Research Laboratories |
| 10. | Dr. David Bjorkman† | Professor of Medicine, University of Utah School of Medicine |
| 11. | Dr. David Blois** | Senior Vice President, Global Regulatory Affairs, Merck Research Laboratories |
| 12. | Dr. Thomas Bold | Senior Director, Worldwide Product Safety and Epidemiology, Merck Research Laboratories |
| 13. | Mr. James Bolognese | Biostatistician, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 14. | Mr. Lawrence Bossidy† | Member of Merck Board of Directors and Special Committee |
| 15. | Dr. William G. Bowen† | Member of Merck Board of Directors and Special Committee |
| 16. | Mr. E.B. Brakewood | Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 17. | Dr. Ned Braunstein | Senior Director, Domestic Regulatory Division, Merck Research Laboratories |
| 18. | Dr. Robert Bresalier† | Professor and Chairman, Department of Gastrointestinal Medicine, University of Texas M.D. Anderson Cancer Center |

Exhibit 2

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 19. | Dr. Thomas Cannell | Executive Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| --- | --- | --- |
| 20. | Dr. Thomas Capizzi | Senior Director, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 21. | Mr. J. Martin Carroll** | Executive Vice President, Primary Care Sales and Managed Care, U.S. Human Health |
| 22. | Mr. Thomas Casola | Executive Director, Office of Medical/Legal, U.S. Human Health |
| 23. | Dr. Francesca Catella-Lawson | Associate Director, Clinical Research, Gastrointestinal Group, Clinical Sciences, Merck Research Laboratories; formerly Assistant Professor, Department of Medicine, University of Pennsylvania |
| 24. | Mr. Richard Clark | Chief Executive Officer, Merck |
| 25. | Ms. Celia Colbert | Secretary, Merck |
| 26. | Dr. Rory Collins† | Professor of Medicine, Epidemiology, Oxford University |
| 27. | Mr. Thomas Cook | Clinical Biostatistics, Merck Research Laboratories |
| 28. | Dr. Brian Daniels** | Senior Director, Clinical Research, Pulmonary-Immunology Group, Merck Research Laboratories |

Exhibit 2

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 29. | Dr. Linda Distlerath | Vice President, Public Affairs |
| 30. | Dr. Wendy Dixon** | Senior Vice President, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 31. | Mr. James Dunn | Senior Manager, Market Integration Team for Vioxx, U.S. Human Health |
| 32. | Dr. Elliot Ehrich** | Senior Director, Clinical Research, Pulmonary-Immunology Group, Merck Research Laboratories |
| 33. | Mr. Riad El-Dada | Senior Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 34. | Dr. Desmond Fitzgerald† | Professor and Head, Department of Clinical Pharmacology, Royal College of Surgeons in Dublin, Ireland |
| 35. | Dr. Garret FitzGerald† | Robinette Foundation Professor of Cardiovascular Medicine, Department of Medicine, University of Pennsylvania; Chairman, Department of Pharmacology, University of Pennsylvania |
| 36. | Mr. Kenneth Frazier | Senior Vice President and General Counsel; member of Management Committee |
| 37. | Dr. Gregory Geba** | Senior Medical Director, Clinical Development Program, Medical and Scientific Affairs, U.S. Human Health |

Exhibit 2
- 4 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 38. | Dr. Barry Gertz | Executive Vice President, Clinical Sciences, Merck Research Laboratories; formerly Vice President, Clinical Pharmacology, Merck Research Laboratories |
| 39. | Mr. Raymond Gilmartin** | Chairman of the Board, President, and Chief Executive Officer; member of Management Committee |
| 40. | Dr. Bonnie Goldmann** | Vice President, Domestic Regulatory Affairs, Merck Research Laboratories |
| 41. | Dr. Robert Gould | Vice President, Basic Research, Merck Research Laboratories |
| 42. | Dr. Douglas Greene** | Executive Vice President, Clinical Sciences and Product Development, Merck Research Laboratories |
| 43. | Dr. Michael Gresser** | Executive Director, Molecular Biology, Merck Frosst Centre for Therapeutic Research, Merck Research Laboratories |
| 44. | Dr. Peter Gruer** | Executive Director, Worldwide Product Safety and Epidemiology, Merck Research Laboratories |
| 45. | Dr. Lawrence Hirsch | Executive Director, Medical Communications, Merck Research Laboratories; formerly Executive Director, Public Affairs |
| 46. | Dr. Peter Honig | Senior Vice President, Worldwide Regulatory Affairs & Product Safety, Merck Research Laboratories |

Exhibit 2

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 47. | Dr. Kevin Horgan** | Senior Director, Gastrointestinal Group, Merck Research Laboratories |
|---|---|---|
| 48. | Ms. Linda Hostelley | Executive Director, Adverse Experience Reporting, Worldwide Product Safety and Epidemiology, Merck Research Laboratories |
| 49. | Dr. Philip Huang | Senior Director, Regulatory Affairs |
| 50. | Mr. Mark James | Executive Director, Market Integration Team, U.S. Human Health |
| 51. | Ms. Jo Jerman | Vice President, Sales, Southeastern Business Group, U.S. Human Health |
| 52. | Mr. Art Kaufmann | Director, Public Affairs, Manufacturing Division |
| 53. | Dr. William Keane | Vice President, U.S. Medical and Scientific Affairs |
| 54. | Dr. William N. Kelley† | Member of Merck Board of Directors and Special Committee |
| 55. | Mr. Deepak Khanna | Associate Director, Worldwide Human Health Marketing Division |
| 56. | Dr. Peter Kim | President, Merck Research Laboratories; member of Management Committee |
| 57. | Dr. Marvin Konstam† | Professor of Medicine, Tufts University; Chief of Cardiology, New England Medical Center, Boston, Massachusetts |

Exhibit 2

- 6 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 58. | Ms. Joanne Lahner | Managing Counsel |
|---|---|---|
| 59. | Dr. Martino Laurenzi | Director, Middle European Region, Clinical Research Operations |
| 60. | Mr. Bruce Lesser | Senior Director, National Health Science Associates, U.S. Human Health |
| 61. | Ms. Judy Lewent | Chief Financial Officer and Executive Vice President |
| 62. | Ms. Kyra Lindemann | Public Affairs |
| 63. | Mr. Christopher Lines | Director, Medical Communications |
| 64. | Ms. Gaye Margiatto | Regulatory Associate, Worldwide Product Labeling Group, Merck Research Laboratories |
| 65. | Ms. Margaret McGlynn | Executive Vice President, Primary Care Sales and Managed Care, U.S. Human Health |
| 66. | Ms. Charlotte McKines | Executive Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 67. | Mr. Leonard Mendez | Executive Director, Integrated Health Systems/ Group Purchasing Organization Sales and Marketing, U.S. Human Health |
| 68. | Ms. Tracy Mills | Senior Director, Vioxx Therapeutic Business Group, Marketing, U.S. Human Health |

Exhibit 2

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 69. | Dr. Briggs Morrison | Senior Director, Pulmonary-Immunology Group, Merck Research Laboratories |
| 70. | Dr. Thomas Musliner | Executive Director, Endocrine/Metabolism Group, Clinical Sciences, Merck Research Laboratories |
| 71. | Dr. Jennifer Ng** | Biostatistician, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 72. | Dr. Steven Nichtberger** | Vice President, Worldwide Human Health Marketing |
| 73. | Dr. Alan Nies** | Senior Vice President, Clinical Sciences, Merck Research Laboratories |
| 74. | Dr. John Oates† | Senior Professor of Medicine and Pharmacology, Vanderbilt University School of Medicine |
| 75. | Dr. Leonard Oppenheimer** | Vice President, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 76. | Dr. Bettina Oxenius | Clinical Monitor, Gastrointestinal Group, Merck Research Laboratories |
| 77. | Dr. Carlo Patrono† | Professor of Pharmacology, University of Rome "La Sapienza" School of Medicine in Rome, Italy; Director, MIUR Center for Excellence on Aging, University of Chieti |

Exhibit 2

- 8 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 78. | Dr. Roger Perlmutter** | Executive Vice President, Basic Research, Merck Research Laboratories |
|-----|------------------------|----------------------------------------------------------------------|
| 79. | Mr. Russell Posner | Senior Director, Executive and International Compensation |
| 80. | Dr. Hui Quan** | Associate Director, Scientific Staff, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 81. | Mr. Michael Quinlan | Assistant General Counsel |
| 82. | Dr. Alise Reicin | Senior Director, Pulmonary-Immunology Group, Merck Research Laboratories |
| 83. | Dr. Scott Reines** | Vice President, Central Nervous System, Ophthalmology and Gastrointestinal Groups, Merck Research Laboratories |
| 84. | Dr. Theodore Reiss | Vice President, Clinical Research, Merck Research Laboratories |
| 85. | Mr. Robert Rode | Manager, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 86. | Mr. Tim Ruef | Senior Director, Worldwide Human Health Marketing Division |
| 87. | Dr. Robert Sandler† | Professor, Cancer Epidemiology, Cancer Prevention and Control, University of North Carolina (Chapel Hill) |

Exhibit 2

- 9 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 88. | Dr. Nancy Santanello | Senior Director, Epidemiology Group, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
|---|---|---|
| 89. | Mr. Adam Schechter | Vice President, Arthritis and Analgesia Therapeutic Business Group, Marketing, U.S. Human Health |
| 90. | Dr. Jules Schwartz | Director, Scientific Staff, Clinical Pharmacology Group, Merck Research Laboratories |
| 91. | Dr. Edward Scolnick** | President, Merck Research Laboratories; member of Merck's Board of Directors; member of Management Committee |
| 92. | Dr. Elizabeth Seidenberg** | Vice President, Clinical Research, Pulmonary-Immunology Group, Merck Research Laboratories |
| 93. | Dr. Deborah Shapiro | Director, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 94. | Dr. Bradley Sheares | President, U.S. Human Health |
| 95. | Dr. Louis Sherwood** | Senior Vice President, Medical and Scientific Affairs, U.S. Human Health |
| 96. | Dr. Robert Silverman | Senior Director, Domestic Regulatory Affairs, Merck Research Laboratories |
| 97. | Dr. Thomas Simon | Vice President, Gastrointestinal Group, Clinical Sciences, Merck Research Laboratories |

Exhibit 2

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| | | |
|---|---|---|
| 98. | Dr. Irwin Singer | Senior Research Director, Immuno-Labeling Studies, Merck Research Laboratories |
| 99. | Dr. Steven Snapinn** | Senior Director, Cardiovascular Group, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 100. | Dr. Reynold Spector** | Executive Vice President, Clinical Sciences, Merck Research Laboratories |
| 101. | Ms. Kathryn Steinbugler | Assistant General Counsel |
| 102. | Dr. Elizabeth Stoner | Vice President, Clinical Research, Endocrine/Metabolism Group, Clinical Sciences, Merck Research Laboratories |
| 103. | Mr. Leonard Tacconi | Executive Director, Integrated Marketing Communications, U.S. Human Health |
| 104. | Dr. Samuel O. Thier† | Member of Merck Board of Directors and Special Committee |
| 105. | Dr. Kenneth Truitt** | Director, Pulmonary-Immunology Group, Clinical Sciences, Merck Research Laboratories |
| 106. | Dr. Mervyn Turner | Senior Vice President, Basic Research, Merck Frosst Centre for Therapeutic Research, Merck Research Laboratories |
| 107. | Dr. Janet van Adelsberg | Director, Clinical Immunology and Analgesia Group, Merck Research Laboratories |
| 108. | Ms. Joan Wainwright | Vice President, Public Affairs |

Exhibit 2

- 11 -

Report of John S. Martin, Jr. to the Special Committee
of the Board of Directors of Merck & Co., Inc.
Concerning the Conduct of Senior Management
in the Development and Marketing of Vioxx

September 5, 2006
Debevoise & Plimpton LLP

| 109. | Dr. Douglas Watson | Director, Epidemiology Group, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 110. | Dr. Michael Weinblatt† | Professor of Medicine, Harvard Medical School |
| 111. | Ms. Jan Weiner | Executive Director, U.S. Human Health Public Affairs |
| 112. | Ms. Ellen Westrick** | Executive Director, Office of Medical/Legal, U.S. Human Health |
| 113. | Dr. George Williams** | Executive Director, Biostatistics and Research Decision Sciences, Merck Research Laboratories |
| 114. | Dr. John Yates** | Senior Vice President, Medical and Scientific Affairs, U.S. Human Health |
| 115. | Dr. Scott Zeger† | Chair, Department of Biostatistics, Johns Hopkins University |

Exhibit 2

- 12 -