UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**<br><br>*This filing applies to All Actions* | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Jacks Law Firm, has the following new address:

Jacks Law Firm
1205 Rio Grande St.
Austin, TX 78701

The phone and fax numbers remain the same.

Date: November 13th, 2006

                                       Respectfully submitted,

                                       */s/ Tommy Jacks*

                                       Tommy Jacks, TX Bar #10452000
                                       Mark Guerrero, TX Bar #24032377
                                       JACKS LAW FIRM
                                       1205 Rio Grande
                                       Austin, Texas 78701
                                       512-478-4422
                                       512-478-5015 fax

                                       **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Change of Address has ben served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 13th day of November, 2006.

                                                Tommy Jacks, TX Bar #10452000
                                                Mark Guerrero, TX Bar #24032377
                                                JACKS LAW FIRM
                                                1205 Rio Grande
                                                Austin, Texas 78701
                                                512-478-4422
                                                512-478-5015 fax

Russ Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
phone: 504-581-4892
fax: 504-561-6024

Phillip Wittmann
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361

All Counsel of Record