

Jul 12 2006
10:16PM

# Report of Mark I. Furman, MD, FACC, FAHA

## Background and Qualifications

I am a board-certified interventional cardiologist licensed to practice medicine in the states of Massachusetts and Connecticut.  I am currently Director of Interventional Cardiology at the University of Massachusetts Medical School/UMass Memorial Medical Center, and Associate Professor of Medicine, Pediatrics and Cell Biology at the University of Massachusetts Medical School.

I graduated from Stuyvesant High School in New York City, the nation's premier public science and math high school.  I graduated from Emory College, Atlanta, Georgia in 1983, *Magna Cum Laude* with high honors in mathematics.  While at Emory College, I was elected to *Phi Beta Kappa* in my junior year and was one of five students accepted into the Early Acceptance program at Emory University School of Medicine.  I graduated from Emory University School of Medicine in 1987, *Summa Cum Laude*, with highest honors and first in my class. While at Emory University School of Medicine, I received the Upjohn Achievement Award for Excellence in Clinical Medicine and was elected to the *Alpha Omega Alpha* medical honor society, the medical school equivalent of *Phi Beta Kappa.*  I trained in Internal Medicine at Brigham and Women's Hospital, Harvard Medical School from 1987-1990.  While at Harvard Medical School, I was a John A. Hartford Scholar.  I then trained in cardiology and interventional cardiology at Johns Hopkins from 1990-1994.  While at Johns Hopkins, I was part of the Program of Excellence in Molecular and Clinical Vascular Medicine and trained in the laboratory of Pascal Goldschmidt, MD.  Dr. Goldschmidt became the Chief of Cardiology at Ohio State, then Chief of Cardiology at Duke, Chief of Medicine at Duke, and is now Executive Vice President for Health Sciences and Dean of the University of Miami Miller School of Medicine.  Under Dr. Goldschmidt's tutelage, I learned platelet cell biology and physiology.  Dr. Goldschmidt is an internationally recognized scholar in platelet physiology and heart disease.

In 1994 I was recruited to be Assistant Professor of Medicine and Cell Biology at the University of Massachusetts Medical School and Associate Director of the Cardiovascular Thrombosis Research Center and The Center for Platelet Function Studies.  In 2000, I was promoted to Associate Professor of Medicine and Cell Biology at the University of Massachusetts Medical School and appointed Director of Research for the Cardiac Catheterization Laboratories at UMass Memorial Medical Center (the teaching hospital of University of Massachusetts Medical School). In 2002, I was appointed Director of Interventional Cardiology at UMass Memorial Medical Center and the University of Massachusetts Medical School.  Due to my training in treating certain congenital cardiac

M007C16724

disease, I was appointed an Associate Professor in Pediatrics in 2005. I am to be promoted to full Professor at the University of Massachusetts Medical School in 2006.

While at the University of Massachusetts Medical School/UMass Memorial Medical Center I have been a finalist twice in the New England Cardiovascular Research Competition and Award Program. I co-direct the Center for Platelet Function Studies, an internationally recognized laboratory that studies platelet physiology in various medical conditions, including heart disease. I have authored over 66 peer-reviewed manuscripts and book chapters and have published in prestigious basic science and cardiology journals such as *Proceedings of the National Academy of Sciences, USA, Journal of Experimental Medicine, Circulation, Blood, Journal of Thrombosis and Haemostasis, Thrombosis and Haemostasis, Journal of the American College of Cardiology, Circulation Research, American Journal of Cardiology, American Heart Journal* and many others. I recently completed two terms on the editorial board of *Journal of the American College of Cardiology*. I review manuscripts for scientific merit and suitability for publication for many cardiovascular and thrombosis journals including *American Heart Journal, American Journal of Cardiology, Archives of Internal Medicine, Atherosclerosis, Thrombosis and Vascular Biology, Coronary Artery Disease, Circulation, Histochemistry and Cell Biology, Journal of the American College of Cardiology, Journal of Cellular Biochemistry, Journal of Nuclear Cardiology, Journal of Thrombosis and Thrombolysis, Peptides* among others.

I am a fellow of the American College of Cardiology, the American Heart Association, and the Society of Cardiac Catheterization and Intervention. I am a member of the American Heart Association Council on Clinical Cardiology and a member of the Atherosclerosis, Thrombosis and Vascular Biology.

I have been an invited lecturer on my research in platelet function and heart disease at regional, national and international scientific meetings. Because of my expertise in the field of platelet function and heart disease, I have served as principal investigator on numerous clinical trials in cardiovascular medicine, on the data and safety monitoring committee of clinical trials and the steering committee of clinical trials. These trials all relate to antithrombotic therapy and heart disease. I have consulted with numerous pharmacology and biotechnology companies on the development and potential platelet-related effects of various compounds in development.

In addition to my scientific background, I am an active clinical cardiologist, with expertise as an interventional cardiologist. I direct the Interventional Cardiology Program at UMass Memorial Medical Center, the teaching hospital of the University of Massachusetts Medical School. Our cardiac catheterization laboratory, under my direction, performs over 7000 cardiac procedures yearly and over 2400 percutaneous coronary interventions (PCI) yearly. I personally perform over 240 PCIs per year and over 400 cardiac catheterizations per year. I have trained more than fifty cardiology fellows in the performance of cardiac catheterization and/or PCI. The vast majority of my patients suffer from coronary artery disease.

M007C16725

My current complete and accurate curriculum vitae is attached as exhibit A.  My curriculum vitae lists my complete publications.

## Medical History: Robert G. Smith

I have reviewed the following records of Mr. Robert G. Smith:

1. Records of Dr. Daniel J. Courtade, cardiologist
2. St. Lukes Hospital treatment records
3. St. Elizabeth Medical Center (including CD of cardiac catheterization)
4. Patients First Physicians Group
5. Hand Surgery Specialists of North Kentucky
6. CVS Pharmacy
7. Wal-Mart Pharmacy
8. Greater Cincinnati Orthopedic
9. Dr. Michael A. Grefer/Commonwealth Orthopaedic Centers

Mr. Smith presented with an ST segment elevation myocardial infarction treated with a thrombolytic agent and subsequently underwent cardiac catheterization and PCI. I consistently care for patients with this condition.

Prior to developing a myocardial infarction on February 17, 2003, Mr. Robert G. Smith had no evidence of heart disease.  His brother received an intracoronary stent for coronary artery disease. His past medical history was notable for anterior cruciate ligament damage in right knee while playing softball in 1988 and a near avulsion amputation of his left thumb (work-related injury) that was surgically repaired on November 18, 1993, by Dr. Sommerkamp. This injury required multiple other surgeries.  He subsequently developed gout and was treated with Allopurinol and nonsteroidal antiinflammatory drugs (NSAIDs).  He received Viagra for erectile dysfunction.  In September 2000, he consulted with Dr. Sommerkamp about joint stiffness in his hands and fingers.  He was diagnosed with bilateral osteoarthritis of his hands and was treated with NSAIDs.  At that time, a cholesterol level was noted to be 223 (upper limits of normal 223), with an HDL of 39 and an LDL of 140.  His blood pressure was 100/70, his he was 6'0" tall and weighed 240 pounds.  In August 2002, he consulted with Dr. Sander for right knee pain.  At that time, his blood pressure was 120/92 and his weight was 233 pounds.  He also sought consultation with Dr. Michael Grefer for this right knee pain and was diagnosed with degenerative disc of the right knee with internal derangement.  It was recommended that he continue NSAIDs, receive iontophoresis, ultrasound, ice as needed, and exercise.

He returned for a follow-up visit in October 2002, with improved, but present, pain.  He received Vioxx samples and was instructed in use. He began Vioxx 50 mg orally daily for 4

M007C16726

days, followed by 25 mg orally daily. A subsequent MRI of his knee demonstrated ACL injury and posterior horn of the medial meniscus injury. It was recommended that he undergo ACL reconstruction and medial menistectomy. On October 30, 2002, he underwent right knee surgery by Dr. Forest T. Heis. Of note, the Ambulatory Intra Disciplinary Data Base recorded a blood pressure of 154/90. During the surgical procedure, the anesthesia records notes a range of blood pressure, from 106/66 at the lowest, to 160/88 at the highest. He made an uneventful recovery and began rehabilitation. He continued taking Vioxx.

Mr. Smith presented on February 17, 2003, to St. Luke Hospital with a chief complaint of one hour of chest pain described as someone standing on the center of his chest, feeling like he needs to belch, with associated diaphoresis (sweating) and dyspnea (shortness of breath). This occurred one hour after shoveling snow. He had a similar episode two weeks prior to this occurrence. His initial evaluation noted that he was anxious and hypertensive with an unremarkable examination. However, his initial ECG demonstrated 3- 4 mm of ST segment elevation in the inferior leads II, III aVF with 2 mm ST segment elevation in V4, V5, V6 with reciprocal changes in aVL, V1 and V2. He was diagnosed with an acute inferior wall myocardial infarction, a life threatening condition, especially in the setting of the dramatic ECG changes. He was immediately treated with heparin (having been previously treated with oral aspirin in the ambulance) and thrombolytic agents. Because of persistent ECG changes and continued chest discomfort, he was emergently transferred to St. Elizabeth Hospital for emergency cardiac catheterization to limit myocardial damage and reduce mortality. On arrival at St. Elizabeth, he was placed under the care of Dr. Daniel Courtade, a cardiologist. Cardiac catheterization was performed, which revealed evidence of atherosclerosis in either the main body or branches of all three of Mr. Smith's coronary arteries. An 80% right coronary artery lesion with visible thrombus was noted and was felt to be the lesion responsible for the acute myocardial infarction. This lesion was treated with primary stenting and he also received additional antiplatelet therapy (Integrilin and Plavix) and further heparin. Analysis of his heart function demonstrated damage to his inferior wall of his left ventricle (inferior wall hypokinesis) as a direct consequence of his myocardial infarction. Blood tests indicated elevation of both cardiac troponin and CPK, indicative of irreversible myocardial cell death or necrosis (heart muscle damage).

It is my expert medical opinion and to a reasonable degree of medical certainty that the Vioxx taken by Mr. Smith, prior to February 17, 2003, substantially contributed to the development of an inferior wall ST segment elevation myocardial infarction on February, 17, 2003, resulting in irreversible heart muscle damage. This heart attack places Mr. Smith at significantly increased risk for developing fatal arrhythmias and recurrent myocardial infarctions. I make this opinion based upon my greater than fifteen year experience directly caring for patients with coronary artery disease and myocardial infarction, review of the previously stated medical records, my fifteen years as an internationally recognized

M007C16727

infarction, review of the previously stated medical records, my fifteen years as an internationally recognized cardiovascular platelet- researcher and my extensive review of the medical literature on rofecoxib, COX-2 inhibitors and NSAIDs on cardiovascular disease.

## Pathophysiology of Coronary Artery Disease

Atherosclerotic vascular disease is the leading cause of morbidity and mortality in the United States. Atherosclerosis of the coronary vessels, also known as coronary artery disease (CAD), can lead to angina, unstable angina, myocardial infarction, both fatal and nonfatal arrhythmias, stroke, heart failure and death. CAD is characterized by inflammation, thrombosis and the development of plaque within the coronary arteries (1). Rupture or erosion of the fibrous cap of a coronary atherosclerotic plaque exposes the highly thrombogenic contents of the plaque to flowing blood, which immediately begins thrombus formation to "treat" the site of injury. This thrombus within the coronary artery can lead to further plaque growth, unstable angina, non-ST elevation myocardial infarction or ST elevation myocardial infarction (1). Numerous risk factors have been identified that increases an individual's likelihood of developing CAD (2). Modification of these risk factors has also been demonstrated to reduce an individual's risk of developing atherosclerosis over time (primary prevention) (3). Additionally, modification of risk factors in patients with established CAD reduces the development of cardiovascular events (secondary prevention) (3). These risk factors include: age, male gender, family history of CAD (especially in a sibling) (4), smoking, hypertension, diabetes, hyperlipidemia, low levels of high density lipoprotein (HDL), inactivity and obesity (2).

Because atherosclerosis is both an inflammatory disease and a thrombotic disorder (5-11) increased platelet reactivity by any means, including use of agents that result in direct or indirect platelet activation can lead to increased cardiovascular events in patients.

## Prothrombotic effects of COX-2 inhibitors

The effects of Vioxx, COX-2 inhibitors and NSAIDs on cardiovascular risk are the focus of many recent journal articles, editorials and reviews (12-22) and in the interests of brevity, I will not restate all their points.

Vioxx (rofecoxib) is a selective cyclooxygenase (COX) -2 (or prostaglandin endoperioxidase) inhibitor that inhibits prostaglandin (PG) biosynthesis. COX inhibitors antagonize the conversion of arachidonic acid and oxygen to $PGH_2$, the committed step in prostanoid synthesis (prostanoids compromise PGs and thromboxanes) (23). COX-1 and COX-2 are two distinct isoenzymes of COX, each coded on separate chromosomes (23).

M007C16728

The fate of $PGH_2$ depends upon the cell type in which it is formed and certain enzymes within that cell (12). For example, platelets express thromboxane synthase and therefore can generate the prothrombotic, vasoconstrictor thromboxane $A_2$ ($TXA_2$) (24,25). In endothelial cells, PGI synthase synthesizes the vasodilatory, antithrombotic prostanoid $PGI_2$ (prostacyclin). In addition, COX-2 is not expressed in mature platelets (26) and inhibition of platelet COX-1 by agents such as low dose aspirin results in an antithrombotic effect that markedly reduces cardiovascular risk in both patients with and without atherosclerosis (27). In contrast, COX-2 is inducible by cytokines and growth factors (16). In endothelial cells, COX-2 expression is increased by physiological flow (28) and to a greater extent by arterial injury such as seen in atherosclerosis (29,30). In addition, COX-2 is also expressed in several cells such as those in the brain, kidney and spinal cord (16). Most endothelial-derived prostacyclin is felt to be derived from COX-2 (31).

In the normal artery, the balance between prostacyclin and $TXA_2$ production favors the antithrombotic prostacyclin (12). Normal hemostasis and response to injury is dependent upon a critical balance between prothrombotic and antithrombotic processes that allows clotting at appropriate sites of injury, but prevents thrombosis of vessels when there is no injury. In patients with coronary artery disease which is characterized by both inflammation and thrombosis (5), both $TXA_2$ and prostacyclin production are increased, in part due to the atherosclerosis-induced increased platelet function (7) and the resultant compensatory increase in prostacyclin formation in the endothelium (12,29,32,33). In patients with coronary artery disease receiving low-dose aspirin (irreversible inhibition of platelet COX-1) the prothrombotic balance is returned to a more anti-thrombotic state (12).

In contrast to non-selective COX inhibitors, such as aspirin and NSAIDs, COX-2 inhibitors decrease the formation of prostacyclin in endothelial cells, while leaving the formation of $TXA_2$ in platelets (as they contain no COX-2) uninhibited (17). Indeed, COX-2 inhibitors are not antiplatelet agents (31). This alteration in the hemostatic balance between the prothrombotic $TXA_2$ and the vasodilatory, antithrombotic prostacyclin to favor a thrombotic state is a mechanism for the increased cardiovascular risk in patients receiving Vioxx. Injury-induced vascular proliferation and platelet activation are enhanced in mice that are genetically deficient in the prostacyclin receptor (IP) but are depressed in mice genetically deficient in the $TxA_2$ receptor (TP) or treated with a TP antagonist. The augmented response to vascular injury is abolished in mice deficient in both receptors. Thus, prostacyclin modulates platelet-vascular interactions in vivo and specifically limits the response to $TxA_2$ (34). Indeed, prostacyclin is a platelet antagonist and inhibits both thromboxane-mediated elevations in blood pressure and atherogenesis (33-35).Therefore, inhibition of prostacyclin results in a prothrombotic, hypertensive and atherogenic state (17).

M007C16729

In addition to direct effects on thrombotic potential, selective COX-2 inhibition gradually over time increases the risk of developing coronary artery disease. Deletion of the prostacyclin receptor in hyperlipidemic mice results in atherogenesis (33,36).   Blood pressure is elevated in animals lacking the prostacyclin receptor (37,38) and inhibition of COX-2 alters vascular remodeling such as that seen in hypertension (39).  Other biochemical mechanisms for COX inhibition mediated changes in blood pressure include effects on HETE, $PGE_2$ and $PGD_2$ biosynthesis (15,18).  Indeed, elevations in blood pressure are associated with the development of unheralded myocardial infarction (40).  Mr. Smith's blood pressure increased after he began taking Vioxx and he sustained an unheralded myocardial infarction.

**Clinical data demonstrating increased risk with Vioxx**

The clinical data demonstrating the cardiovascular risk of VIOXX is discussed in the complete reports of Drs. Farquhar (main and supplemental reports) and Moyé.  I agree with their conclusions on epidemiological evidence that VIOXX increases cardiovascular risk. Indeed, because of this significantly increased risk on September 30, 2004, Merck voluntarily withdrew Vioxx from the market (41).  Patients in these trials were of low cardiovascular risk (42,43). Initial reports expressed concern for patients taking Vioxx for greater than 18 months, but subsequent data establishes that the harmful cardiovascular effects of Vioxx occur early in the course of treatment (44,45). A meta-analysis of 18 randomized controlled clinical trials using Vioxx and 11 observational studies undertaken by *Juni et al* showed a statistically significant increase in the relative risk of developing a cardiovascular event in these *low* risk patients taking Vioxx (44). Importantly, this meta-analysis used only data available prior to September 30, 2004 and concluded that the data on excess cardiovascular risk was available earlier than the date of voluntary withdrawal, possible as early as the end of 2000 (44).

More importantly, patients taking Vioxx had a higher cardiovascular risk profile than those in the randomized clinical trials. For instance, in the Tennessee Medicaid database, 40% of users of Vioxx had a history of coronary artery disease, risk doubled for new users, and risk of serious heart disease was 70% greater than in non users of NSAIDs (46).

In summary, as stated by Grosser et al (18) describing all clinical trials using COX-2 inhibitors:

"... while the number of cardiovascular events in *all* of the relevant individual RCTs addressing this issue is small, the currently available clinical evidence is remarkably compatible with a unitary mechanism for which there is comprehensive biological plausibility, attained in vivo. The clinically concordant evidence includes the following: (a) the easiest detection of a signal in epidemiological studies for a long-lived compound with a high degree of selectivity for COX-2, rofecoxib, given at a high dose (50 mg/d); (b) the rapid emergence of a signal in 2 relatively small RCTs of valdecoxib in a setting of intense hemostatic activation and likely aspirin resistance; (c) the intermediate time to

M007C16730

detection of a hazard in rheumatoid arthritis patients in the VIGOR study in whom hemostatic activation and risk of thrombosis is considerably less than in those individuals that have undergone CABG but exceeds that in patients without arthritis; (d) the similarity of the overview analyses of etoricoxib versus naproxen to what was observed in VIGOR (47) and evidence in trials to date (48) consistent with a cardiovascular hazard from this drug; (e) the delayed emergence of a hazard in 2 RCTs of prolonged treatment with rofecoxib and celecoxib, which is compatible with risk transformation in patients initially at low risk of cardiovascular disease; and (f) the evidence of hazard involving 3 structurally distinct selective COX-2 inhibitors -belying the notion that this is an off-target effect of rofecoxib. Finally, the issue of a mitigating effect of low-dose aspirin has not been addressed in the RCTs. This seems biologically plausible, as COX-1 knockdown in mice, which genetically mimics the impact of low-dose aspirin (49), attenuates the prothrombotic and hypertensive effect of COX-2 inhibition..."

In the subset of patients enrolled in the VIGOR trial (42) with established cardiovascular disease, the relative risk of developing a cardiovascular event was 4.89. In patients without significant risk factors, the relative risk of developing a cardiovascular event was 1.89. Both of these values are greater than the control group. Therefore, VIOXX has a demonstrably increased event-rate in patients at risk for the development of CAD. Additionally, blood pressure increased significantly more in the VIOXX-treated patients than in the naproxen-treated patients (50).

**Conclusions**

Taking the clinical history of Mr. Smith, the prothrombotic effects of Vioxx and the clinical evidence demonstrating increased cardiovascular risk in patients receiving Vioxx, with the highest risk being seen in patients with the most risk factors, it is my expert medical opinion, rendered to a reasonable degree of medical certainty, that Vioxx substantially contributed to the development of an acute inferior wall myocardial infarction in Mr. Smith. This myocardial infarction resulted in permanent and irreparable heart damage and renders Mr. Smith at higher risk of developing heart failure, recurrent myocardial infarction and death than if he had not sustain this infarct.

Mr. Smith had the following risk factors for development of coronary artery disease: age, male gender, hyperlipidemia, sibling with coronary artery disease and obesity. In addition, erectile dysfunction (which Mr. Smith suffered from) is also a marker for coronary artery disease (51,52). Each risk factor independently increases his risk. As noted above, Vioxx increases cardiovascular risk more in patients at higher risk for heart disease than those with

M007C16731

lesser risk for heart disease. Additionally, Mr. Smith demonstrated Vioxx-induced increased blood pressure. Mr. Smith's myocardial infarction occurred within four months of initial ingestion of Vioxx, consistent with an acute prothrombotic effect in a patient at risk for atherosclerosis or having established atherosclerosis (18). Indeed Mr. Smith's angiogram demonstrated atherosclerosis in non-infarct related arteries, suggesting that Mr. Smith had previous established coronary artery disease. Therefore, Mr. Smith was at a significantly increased risk of a Vioxx-mediated cardiovascular event.

I have provided depositions as an expert witness in the following cases:
- Smith *v* Washington Adventist Hospital et al; Washington DC
- James Lang *v.* Buco, Cerva and Riddle Primary Care Associates, et al; PA state court
- Nivia Fraticelli-Torres, et al *v.* Hosptial Hermanos Melendez, et. al. Civil No 04-1639 (JAF) US District Court for the District of Puerto Rico

I have provided trial testimony as an expert witness in the following cases:
- Vita and Vita *v.* Holy Redeemer Hospital et al; Philadelphia, PA
- Henry Smith *v.* Chestnut Hill Hospital, et al; Philadelphia, PA
- Price *v.* Combs; Allentown, PA
- Mazurick *v.* Cox; Wilkes Barre, PA

I charge $350.00 per hour for review of medical records and literature, preparation of reports and consultations with attorneys.

In addition to the cited references, attached as exhibit B is a list of potentially relevant medical articles that I personally identified in my literature review.

If additional relevant documents and/or information is discovered, I reserve my right to amend this report.

Respectfully submitted,

*Mjurman MD*

Mark I. Furman, MD, FACC, FAHA

M007C16732

# References

1.    Ross R. Atherosclerosis--an inflammatory disease. N Engl J Med 1999;340:115-26.
2.    Ridker PM, Libby P. Risk Factors for Atherothrombotic Disease. In: Zipes DP, Libby P, Bonow RO, Braunwald E, eds. Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine. 7th ed. Philadelphia: Elsevier Saunders, 2005:939-58.
3.    Gaziano JM, Manson JE, Ridker PM. Primary and Secondary Prevention of Coronary Heart Disease. In: Zipes DP, Libby P, Bonow RO, Braunwald E, eds. Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine. 7th ed. Philadelphia: Elsevier Saunders, 2005:1057-84.
4.    Murabito JM, Pencina MJ, Nam BH, et al. Sibling cardiovascular disease as a risk factor for cardiovascular disease in middle-aged adults. Jama 2005;294:3117-23.
5.    Libby P, Simon DI. Inflammation and thrombosis : The clot thickens. Circulation 2001;103:1718-1720.
6.    Furman MI, Barnard MR, Krueger LA, et al. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. J Am Coll Cardiol 2001;38:1002-6.
7.    Furman MI, Benoit SE, Barnard MR, et al. Increased platelet reactivity and circulating monocyte-platelet aggregates in patients with stable coronary artery disease. J Am Coll Cardiol 1998;31:352-8.
8.    Furman MI, Kereiakes DJ, Krueger LA, et al. Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface glycoprotein IIIa after percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab. Am Heart J 2001;142:790-8.
9.    Furman MI, Krueger LA, Linden MD, Barnard MR, Frelinger AL, 3rd, Michelson AD. Release of soluble CD40L from platelets is regulated by glycoprotein IIb/IIIa and actin polymerization. J Am Coll Cardiol 2004;43:2319-25.
10.   Furman MI, Krueger LA, Linden MD, et al. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. J Thromb Haemost 2005;3:312-20.
11.   Michelson AD, Barnard MR, Krueger LA, Valeri CR, Furman MI. Circulating monocyte-platelet aggregates are a more sensitive marker of in vivo platelet activation than platelet surface P-selectin: studies in baboons, human coronary intervention, and human acute myocardial infarction. Circulation 2001;104:1533-7.
12.   Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005;112:759-70.
13.   Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002;39:521-2.

M007C16733

14.    Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol 2006;26:956-8.

15.    Fitzgerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004;351:1709-11.

16.    FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

17.    Fries S, Grosser T. The cardiovascularpharmacology of COX-2 inhibition. Hematology (Am Soc Hematol Educ Program) 2005;445-51.

18.    Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006;116:4-15.

19.    Harris RC, Breyer MD. Update on Cyclooxygenase-2 Inhibitors. Clin J Am Soc Nephrol 2006;1:236-245.

20.    Hochman JS, Shah NR. What Price Pain Relief? Circulation 2006;113:2868-2870.

21.    Howard PA, Delafontaine P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

22.    Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954-9.

23.    Smith WL, DeWitt DL, Garavito RM. Cyclooxygenases: structural, cellular, and molecular biology. Annu Rev Biochem 2000;69:145-82.

24.    Smith WL. Prostanoid biosynthesis and mechanisms of action. Am J Physiol 1992;263:F181-91.

25.    Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ, 2nd. Clinical implications of prostaglandin and thromboxane A2 formation (1). N Engl J Med 1988;319:689-98.

26.    Patrignani P, Sciulli MG, Manarini S, Santini G, Cerletti C, Evangelista V. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. J Physiol Pharmacol 1999;50:661-7.

27.    Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. . BMJ 1994;308:81-106.

28.    Topper JN, Cai J, Falb D, Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci U S A 1996;93:10417-22.

29.    Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000;102:840-5.

30.    Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999;155:1281-91.

M007C16734

31. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

32. FitzGerald GA, Smith B, Pedersen AK, Brash AR. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. N Engl J Med 1984;310:1065-8.

33. Kobayashi T, Tahara Y, Matsumoto M, et al. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004;114:784-94.

34. Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002;296:539-41.

35. Qi Z, Hao CM, Langenbach RI, et al. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J Clin Invest 2002;110:61-9.

36. Egan KM, Lawson JA, Fries S, et al. COX-2-derived prostacyclin confers atheroprotection on female mice. Science 2004;306:1954-7.

37. Francois H, Athirakul K, Howell D, et al. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab 2005;2:201-7.

38. Watanabe H, Katoh T, Eiro M, et al. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J 2005;69:124-6.

39. Rudic RD, Brinster D, Cheng Y, et al. COX-2-derived prostacyclin modulates vascular remodeling. Circ Res 2005;96:1240-7.

40. Dunder K, Lind L, Lagerqvist B, Zethelius B, Vessby B, Lithell H. Cardiovascular risk factors for stable angina pectoris versus unheralded myocardial infarction. Am Heart J 2004;147:502-8.

41. Merck. Merck announces voluntary withdrawl of Vioxx. 2004. http://www.vioxx.com/rofecoxib/vioxx/consumer/index.jsp. Accessed June 23, 2006.

42. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000;343:1520-8.

43. Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005;352:1092-102.

44. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

45. Lagakos SW. Time-to-Event Analyses for Long-Term Treatments -- The APPROVe Trial. N Engl J Med 2006;355:113-117.

46. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

M007C16735

47.    FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov 2003;2:879-90.

48.    Aldington S, Shirtcliffe P, Weatherall M, Beasley R. Systematic review and meta-analysis of the risk of major cardiovascular events with etoricoxib therapy. N Z Med J 2005;118:U1684.

49.    Yu Y, Cheng Y, Fan J, et al. Differential impact of prostaglandin H synthase 1 knockdown on platelets and parturition. J Clin Invest 2005;115:986-95.

50.    Borer JS, Simon LS. Cardiovascular and gastrointestinal effects of COX-2 inhibitors and NSAIDs: achieving a balance. Arthritis Res Ther 2005;7 Suppl 4:S14-22.

51.    Billups KL. Sexual dysfunction and cardiovascular disease: integrative concepts and strategies. Am J Cardiol 2005;96:57M-61M.

52.    Jackson G, Rosen RC, Kloner RA, Kostis JB. The second Princeton consensus on sexual dysfunction and cardiac risk: new guidelines for sexual medicine. J Sex Med 2006;3:28-36; discussion 36.

M007C16736



Jul 12 2006

July 11, 2006

# CURRICULUM VITAE

**Mark I. Furman, MD, FACC, FAHA, FSCAI**
**Director, Interventional Cardiology**
**UMass Memorial Medical Center**
**Associate Director, Center for Platelet Function Studies**
**Associate Professor of Medicine, Pediatrics and Cell Biology**
**University of Massachusetts Medical School**

## ADDRESS

Division of Cardiovascular Medicine
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, Massachusetts 01655

Phone: (508) 856-1775
Fax: (508) 856-4571

E-mail: mark.furman@umassmed.edu

## FACULTY APPOINTMENTS

| | |
|---|---|
| 1994-2000 | Assistant Professor of Medicine and Cell Biology<br>University of Massachusetts Medical School |
| 1994-present | Associate Director, Center for Platelet Function Studies<br>University of Massachusetts Medical School |
| 2000-present | Associate Professor of Medicine and Cell Biology<br>University of Massachusetts Medical School |
| 2000-present | Director of Research<br>Cardiac Catheterization and Interventional Laboratories<br>UMass Memorial Medical Center |
| 2002-present | Director, Interventional Cardiology<br>UMass Memorial Medical Center |
| 2005-present | Associate Professor of Pediatrics |

## EDUCATION

| | |
|---|---|
| 1983 B.A. | Emory University, Atlanta, Georgia<br>Major: Mathematics, *Magna Cum Laude* |

M007C16737

2

1987 M.D.      Emory University School of Medicine,
Atlanta, Georgia, *Summa Cum Laude*

## POSTDOCTORAL TRAINING

<u>Residency</u>:

1987-1990      Resident Physician, Brigham and Women's Hospital, Boston, MA

<u>Fellowships</u>:

1987-1990      Clinical Fellow in Medicine, Harvard Medical School, Boston, MA
1990-1994      Fellow in Cardiology, Program of Excellence in Molecular and Clinical Vascular Medicine, Johns Hopkins University School of Medicine, Baltimore, MD
1993-1994      Fellow in Interventional Cardiology, Johns Hopkins University School of Medicine, Baltimore, MD

## AWARDS AND HONORS

1981      Emory University School of Medicine, Early Acceptance Program
1982      Phi Beta Kappa, Junior Year, Emory College
1983      High Honors in Mathematics and Computer Science, Emory College
1986      Alpha Omega Alpha, Junior Year, Emory University School of Medicine
1987      Upjohn Achievement Award for Excellence in Clinical Medicine
1987      Valedictorian, Emory University School of Medicine
1989      John A. Hartford Scholar, Harvard Medical School
1997      Finalist, New England Cardiovascular Research Competition and Award Program
1998      Finalist, New England Cardiovascular Research Competition and Award Program

## PROFESSIONAL SOCIETIES AND COUNCILS

1983-1987      American Medical Student Association
1983-      American Medical Association
1987      Massachusetts Medical Association
1994-present      American Heart Association, Council on Atherosclerosis, Thrombosis and Vascular Biology
1994-present      American Heart Association, Council on Clinical Cardiology
1995-present      International Society of Heart Research
1994-present      International Society on Thrombosis and Haemostasis
1997-present      American Association for the Advancement of Science
1998-present      New York Academy of Sciences
1999-present      Fellow, American College of Cardiology
1999-present      Fellow, American Heart Association Council on Atherosclerosis,

M007C16738

3

|            | Thrombosis and Vascular Biology |
|------------|--------------------------------|
| 1999-present | Fellow, Society of Coronary Angiography and Interventions |

## TEACHING RESPONSIBILITIES

| 1994-1995 | Introduction to Clinical Medicine Course |
|-----------|------------------------------------------|
| 1994-present | Ward Attending x 2 weeks/year |
| 1994-present | Consult Attending x 2 weeks/year |
| 1994-1997 | CCU Attending x 4 weeks/year |
| 1998-present | CCU Attending x 2 weeks/year |

## INVITED REVIEWER

American Heart Journal
American Journal of Cardiology
Archives of Internal Medicine
Atherosclerosis, Thrombosis and Vascular Biology
Coronary Artery Disease
Circulation
Histochemistry and Cell Biology
Journal of the American College of Cardiology
Journal of Cellular Biochemistry
Journal of Nuclear Cardiology
Journal of Thrombosis and Thrombolysis
Peptides

## OTHER SCHOLARLY ACTIVITIES

| 1994 | Small Grants Proposal Review Committee, University of Massachusetts School of Medicine |
|------|---------------------------------------------------------------------------------------|
| 1996 | Abstract Reviewer, 68th Annual Scientific Sessions of the American Heart Association |
| 1998 | Clinical Events Committee, TIMI 16-OPUS Trial |
| 2000 | Data and Safety Monitoring Committee: XaNADU: Xa Neutralization for Atherosclerotic Disease Understanding. A dose ranging trial of DX-9065a vs. placebo to determine the pharmacokinetics, pharmacodynamics, safety profile, and biochemical marker relationships in older patients with coronary artery disease. |
| 2001 | ATF2459g Scientific Advisory Board, Genentech, Inc |
| 2001-2005 | Editorial Board, *Journal of the American College of Cardiology* |
| 2004-present | Steering Committee, TRITON-TIMI 38 |
| 2005 | University Hospitals Consortium CV Steering Committee |

M007C16739

4

## COMMITTEE ASSIGNMENTS

| | |
|---|---|
| 1985-1987 | University Senate, Emory University |
| 1985-1987 | Admissions Committee, Emory University School of Medicine |
| 1988-1990 | Harvard Health Professional Student Program |
| 1989-1990 | Morbidity and Mortality Committee, Brigham and Women's Hospital |
| 1994-1999 | Pharmacy and Therapeutics Committee, UMass Memorial Medical Center |
| 1999-1997 | Utilization Review Committee, UMass Memorial Health Care |
| 1999-2000 | Faculty Council Subcommittee on Clinical-Academic Computing |
| 1999-2001 | Group Practice Fringe Benefits Subcommittee |
| 2003-present | Conscious Sedation Committee |
| 2004-present | Interventional Platform Steering Committee |
| 2004-present | New Technology Assessment Committee |
| 2005 | Search Committee for Director of Cardiac Surgery |
| 2005-present | Supply Chain Command Steering Committee |

## LICENSURE AND CERTIFICATION

| | |
|---|---|
| 1989-present | Massachusetts License Registration #70673 |
| 1990-1995 | Maryland License Registration #D40063 |
| 1990 | Diplomate, American Board of Internal Medicine |
| 1994 | Diplomate, American Board of Internal Medicine/Cardiovascular Diseases |
| 2000 | Diplomate, American Board of Internal Medicine/Interventional Cardiology |
| 2004 | Recertification, American Board of Internal Medicine/Cardiovascular Diseases |
| 2004 | Connecticut License Registration #042111 |

## ADMINISTRATIVE RESPONSIBILITIES

| | |
|---|---|
| 1994-present | Medical Director, Cardiovascular Nurse Practitioner Service and Short Stay Unit, UMass Memorial Medical Center |
| 1998-present | Student Advisor, University of Massachusetts Medical School |
| 1999-present | Resident Advisor, University of Massachusetts Medical School |
| 2002-present | Director, Interventional Cardiology, UMass Memorial Medical Center |
| 2003-present | Director, Interventional Cardiology Fellowship Program, University of Massachusetts Medical School |
| 2005-present | Acting Medical Director, Catheterization Laboratory, Holyoke Hospital |

M007C16740

## INVITED LECTURES

07/12/95 *Platelet Function in Atherosclerosis*, Cardiology Grand Rounds, St. Vincent's Hospital, Worcester, MA

07/18/95 *Adhesion Molecules in Coronary Artery Disease*, Pfizer Corp, Groton, CT

05/15/96 *Platelet Function in Atherosclerosis*, Cardiology Grand Rounds, St. Vincent's Hospital, Worcester, MA

03/04/97 *New Therapies for the Treatment of Acute Myocardial Infarction*, Department of Medicine Grand Rounds, Coconut Grove Hospital, Miami, FL

03/05/97 *New Therapies for the Treatment of Acute Myocardial Infarction*, Department of Medicine Grand Rounds, Mt. Sinai Medical Center, Miami Beach, FL

03/06/97 *New Therapies for the Treatment of Acute Myocardial Infarction*, Department of Medicine Grand Rounds, Columbia-Cedars Hospital, Miami, FL

04/23/97 *New Therapies for the Treatment of Acute Myocardial Infarction*, Department of Medicine Grand Rounds, Kent County Hospital, Warwick, RI

06/10/97 *PTCA vs. CABG* Department of Medicine Grand Rounds, Beverly Hospital, Beverly, MA

09/09/97 *PTCA in AMI*, Research and Development Staff, Guidant Corporation, Santa Clara, CA

10/15/97 *PTCA in AMI*, Update in Cardiovascular Diseases, Worcester Crowne Plaza Hotel, Worcester, MA

02/21/98 *Angioplasty in Patients with Cardiogenic Shock*, Cardio-Thoracic Surgery Grand Rounds, University of Massachusetts Medical Center, Worcester, MA

06/14/98 *Pathophysiology of Acute Coronary Artery Disease*, Merck and Co., Inc Newport, RI

09/23/98 *Use of GPIIb-IIIa Inhibitors in Acute Coronary Syndromes*, Department of Medicine Grand Rounds, Backus Hospital, Norwich, CT

09/29/98 *Monocyte-Platelet Aggregates in Coronary Artery Disease*, Emergency Department Grand Rounds, UMass Memorial Medical Center, Worcester, MA

10/13/98 *Use of GPIIb-IIIa Inhibitors in Acute Coronary Syndromes*, Cardio-Thoracic Surgery Grand Rounds, UMass Memorial Medical Center, Worcester, MA

02/09/99 *Anticoagulation Strategies for Patients Requiring Coronary Angiography and PTCA*, Low-Molecular Weight Heparins in Acute Coronary Syndromes Symposia, Hoaglund-Pinkus Conference Center, Worcester, MA

M007C16741

02/10/99 *Monocyte-Platelet Aggregates in Coronary Artery Disease*, Emergency Department
Grand Rounds, Memorial Campus, UMass Memorial Medical Center, Worcester, MA

02/18/99 *Use of GPIIb-IIIa Inhibitors in Acute Coronary Syndromes*, Cardiology Grand Rounds,
Memorial Campus, UMass Memorial Medical Center, Worcester, MA

02/24/99 *Use of GPIIb-IIIa Inhibitors in PTCA*, Cardiology Grand Rounds, St. Vincent's Hospital,
Worcester, MA

05/14/99 *Novel Strategies in the Diagnosis and Treatment of DVT/PE*, Update in Pulmonary
Medicine, Orchard Education, Manchester, NH

06/02/99 *Use of GPIIb-IIIa Inhibitors in PTCA*, GPIIb-IIIa Inhibitors in Acute Coronary
Syndromes Symposia, Hoaglund-Pinkus Conference Center, Worcester, MA

12/15/99 *Optimizing ACS Patient Outcomes with GP IIB-IIIA Therapy*, Beechwood Inn, Worcester,
MA

12/20/99 *Update: Use of GPIIb-IIIa Inhibitors in Acute Coronary Syndromes*, Cardiology Grand
Rounds, St. Vincent's Hospital, Worcester, MA

09/12/02 *Platelet-Leukocyte Interactions in PCI*, Inflammation Summit, Transcatheter
Cardiovascular Therapeutics Meeting, Washington, DC

04/02/03 *Cardiology Update: New Guidelines for the Management of Patients with ACS*, Medicine
Grand Rounds, Henry Heywood Hospital, Gardner, MA

05/08/03 *Platelet-Leukocyte Interactions in Coronary Artery Disease*, Society of Cardiac
Angiography and Intervention, 26th Annual Scientific Sessions, Boston, MA

05/30/03 *Leukocyte-Platelet Interactions in Coronary Artery Disease*, Cardiology Research
Conference, St. Elizabeth's Medical Center, Boston, MA

01/09/04 *Leukocyte-Platelet Interactions in Coronary Artery Disease*, Cardiology Grand Rounds,
Beth Israel Deaconess Medical Center, Boston, MA

04/06/04 *New Treatment Strategies in the Management of Acute Coronary Syndromes*, The Paul
Vom Eigem Memorial Lecture, Health Alliance Medical Center, Leominster, MA

11/08/04 *Leukocyte-Platelet Interactions in Coronary Artery Disease,* Cardiovascular Research
Seminar, 77th Annual Scientific Sessions of the American Heart Association, New Orleans, LA

11/14/2005 *P2Y$_{12}$ Receptor Antagonists: Mechanisms and Measurements*, Advancing Antiplatelet
Therapy, Satellite Symposium, 78th Annual Scientific Sessions of the American Heart
Association, Dallas, TX

M007C16742

4/27/06 *Antiplatelet Agent Resistance* The Edward G. Budnitz Memorial Lecture, Department of Medicine, University of Massachusetts Medical School, Worcester, MA

5/11/06 *ASD/PFO Closure* Frontiers in Critical Care Nursing, Worcester, MA

## RESEARCH INTERESTS

Platelet function in cardiovascular disease

Leukocyte-platelet interactions in cardiovascular disease

Endothelial cell-platelet interactions in cardiovascular disease

Antiplatelet agents and platelet function

## Funded Research:

| | |
|---|---|
| 1995-96 | Thrombolysis and Thrombin Inhibition in Myocardial Infarction (TIMI 9B), Ciba-Geigy Pharmaceuticals, Co-Principal Investigator: Mark I. Furman |
| 1995-97 | ReoPro in Acute myocardial infarction and Primary PTCA Organization and Randomized Trial (RAPPORT), Eli Lilly, Co. Co-Principal Investigator: Mark I. Furman |
| 1995 | Doppler Endpoint Stenting International Investigation (DESTINI), Cardiometrics Corp., Co-Principal Investigator: Mark I. Furman |
| 1995 - 1997 | Global Cutting Balloon Randomized Trial, Interventional Vascular Technologies, Co-Principal Investigator: Mark I. Furman |
| 1995 – 1996 | The Liposome Company, Inc. (Princeton, New Jersey), "The Effects of TLC C-53 on Platelet and Leukocyte Function in Patients Receiving Thrombolytic Therapy for Acute Myocardial Infarction", Substudy of A Phase II, Placebo-controlled, Multicenter Study of TLC C-53 as an Adjunct to Thrombolytic Therapy in Patients with Acute Myocardial Infarction (Liposomal Intervention Followed by Thrombolysis, LIFT), Principal Investigators: Mark I. Furman and Alan D. Michelson, $28,170 (direct costs). |
| 1997-98 | Aspirin/Ticlopidine vs. Low molecular weight heparin/Aspirin/ticlopidine high risk Stent Trial (ATLAST), Rhône-Poulenc Rorer, Principal Investigator: Mark I. Furman |
| 1997-99 | Treat Angina with Aggrastat and Determine Cost of Therapy with Invasive or Conservative Strategies (TACTICS-TIMI 18), Merck & Co., Inc. Principal Investigator: Mark I. Furman |
| 1998 – 1999 | CompuCyte Corporation (Cambridge, Massachusetts), "Prediction of Cardiac Events after Angioplasty by Measurement of Circulating Monocyte-platelet Aggregates", Principal Investigators: Mark I. Furman and Alan D. Michelson, $30,000 (direct costs). |

M007C16743

8

| | |
|---|---|
| 1998 – 1999 | Centocor, Inc. (Malvern, Pennsylvania), "The Effects of ReoPro on Platelet Activation *in Vitro*", Principal Investigators: Mark I. Furman and Alan D. Michelson, $22,000 (direct costs). |
| 1998 – 2000 | CompuCyte Corporation (Cambridge, Massachusetts), "Circulating Heterotypic Aggregates in Coronary Artery Disease", Principal Investigators: Mark I. Furman and Alan D. Michelson, $230,099 (direct costs). |
| 1999 – 2000 | Centocor, Inc. (Malvern, Pennsylvania), "The Effects of Reteplase and Alteplase on Platelet Function in Acute Myocardial Infarction", Principal Investigators: Mark I. Furman and Alan D. Michelson, $143,466 (direct costs). |
| 1999 – 2000 | Centocor, Inc. (Malvern, Pennsylvania), "GPIIb-IIIa Antagonist-induced Fibrinogen Binding to Platelets", Principal Investigators: Mark I. Furman, A.L. Frelinger III and Alan D. Michelson, $63,674 (direct costs). |
| 1999 – 2002 | Centocor, Inc. (Malvern, Pennsylvania), "*In Vivo* Effects of Abciximab on Platelet and Leukocyte Activation, Platelet-Leukocyte Aggregation, Platelet Procoagulant Activity, Platelet-Derived Microparticles, and Platelet-Endothelial Cell Adhesion in Patients with Unstable Angina/Non-Q Wave Myocardial Infarction: A Case-Control Study", Principal Investigators: Mark I. Furman and Alan D. Michelson, $174,596 (direct costs). |
| 2000 | Randomized Evaluation in PCI Linking Angiomax to Reduced Clinical Events (REPLACE 2). The Medicines Company. Principal Investigator: Mark I. Furman |
| 2000 | Kaneka America Corporation (New York, New York), "Role of LDL Cholesterol in Mechanisms of Unstable Ischemic Syndromes", Co-Investigators: Mark I. Furman, and Alan D. Michelson, $23,750 (direct costs). |
| 2000 – 2001 | Pharmacia (Peapack, NJ), "Randomized Comparative Trial of Dalteparin versus Unfractionated Heparin in Conjunction with Abciximab Platelet GPIIb/IIIa Inhibition During and Following Elective Percutaneous Coronary Intervention", Principal Investigators: Mark I. Furman and Alan D. Michelson, $56,905 (direct costs). |
| 2000 – 2001 | Centocor, Inc. (Malvern, Pennsylvania), "Placebo Controlled Randomized Administration of Reduced Dose Abciximab Prior to Percutaneous Coronary Intervention in Patients Receiving Intravenous Abciximab Infusion Following Pharmacologic Reperfusion of Acute Myocardial Infarction", Principal Investigators: Mark I. Furman and Alan D. Michelson, $23,655 (direct costs). |
| 2000 – 2001 | Accumetrics, Inc. (San Diego, California), "Assessment of Platelet Function in Subjects Receiving Clopidogrel or Ticlopidine", Principal Investigators: Mark I. Furman and Alan D. Michelson. |
| 2000 – 2001 | Accumetrics, Inc. (San Diego, California), "Assessment of Platelet Function in Subjects Receiving Eptifibatide", Principal Investigators: Mark I. Furman and Alan D. Michelson. |

M007C16744

| | |
|---|---|
| 2000 | Merck & Co., Inc. (West Point, Pennsylvania), "*In Vivo* Effects of Aggrastat and TNK-tPA on Platelet and Leukocyte Activation and Platelet-Leukocyte Aggregation.  A Substudy of the Fibrinolytics and Aggrastat with ST Elevation Resolution Trial (FASTER)", Principal Investigators: Mark I. Furman and Alan D. Michelson, $15,000 (direct costs). |
| 2000 – 2001 | Radiant Medical (Redwood City, California), "Effects of Hypothermia and GPIIb-IIIa Antagonists on Platelet Function", Principal Investigators: Mark I. Furman and Alan D. Michelson, $20,489 (direct costs). |
| 2001 – 2002 | Eli Lilly & Co. (Indianapolis, Indiana), "Effects of GPIIb-IIIa Antagonists on CD40L", Principal Investigators: Mark I. Furman and Alan D. Michelson, $78,166 (direct costs). |
| 2001 – 2002 | Medtronic AVE, Inc. (Santa Rosa, CA), "Effects of the Medtronic Distal Protection Device on Platelet Activation: Pulsed Floating Perfusion Model", Principal Investigators: Mark I. Furman and Alan D. Michelson, $17,008. |
| 2002 | TAXUS V, Principal Investigator, Boston Scientific Corp. |
| 2002 | TAXUS V-In Stent Restenosis, Principal Investigator, Boston Scientific Corp. |
| 2002 – 2005 | Dade Behring (Miami, Florida), "Correlation of *In Vitro* and *In Vivo* Determinations of Aspirin Resistance, including Clinical Outcomes", Principal Investigators: Mark I. Furman, A.L. Frelinger, Alan D. Michelson, $309,009 (direct costs). |
| 2003 – 2004 | Eli Lilly & Co. (Indianapolis, Indiana), "Effects of GPIIb-IIIa Antagonists on CD40L (continuation)", Principal Investigators: Mark I. Furman and Alan D. Michelson, $114,283 (direct costs). |
| 2004 | DES Discover Registry, Principal Investigator, Cordis, Inc |
| 2005 | TRITON-TIMI 38, Principal Investigator, Eli Lilly and Co |
| 2005 | TRITON-TIMI 38 Platelet Substudy Core Lab, TIMI Study Group and Eli Lilly and Co. Principal Investigators: Mark I. Furman and Alan D. Michelson $625,640 (direct costs). |
| 2006 | Momenta Pharmaceuticals "Effects of M-118 on Platelet Function", Principal Investigator: Mark I. Furman, $115,550 (direct costs). |

M007C16745