# BIBLIOGRAPHY

## Original Reports

1. Kaplan DT, **Furman MI**, Pincus SM. Techniques for analyzing complexity in heart rate and beat to beat blood pressure signals. *Computers in Cardiology*, 1991

2. Kaplan DT, **Furman MI**, Pincus SM, Ryan SM, Lipsitz LA, Goldberger AL. Aging and the complexity of cardiovascular dynamics. *Biophys J* 59: 945-49, 1991

3. Ivanhoe, RJ, Weintraub WS, Douglas JS Jr., Lembo NJ, **Furman M**, Gershony G, Cohen CL, King SP III, Percutaneous transluminal coronary angioplasty of chronic total occlusions: primary success, restenosis, and long term clinical follow-up. *Circulation* 85;106-15, 1992

4. Goldschmidt-Clermont PJ, **Furman MI,** Wachstock D, Safer D, Nachmias VT, Pollard TD. The Control of actin nucleotide exchange by thymosinβ4 and profilin. A potential regulatory mechanism for actin polymerization in cells. *Molec Biol Cell* 3:1015-24,1992

5. **Furman MI**, Gardner TM, Goldschmidt-Clermont PJ. Mechanisms of cytoskeletal reorganization during platelet activation. *Thromb Haemost* 70:229-232, 1993

6. **Furman MI**, Grigoryev D, Bray PF, Dise KR, Goldschmidt-Clermont. Platelet tyrosine kinases and fibrinogen receptor activation. *Circ Res* 75:172-80, 1994

7. **Furman MI**, Becker RC, Yarzbeski J, Savageau J. Gore JM, Goldberg RJ. Effect of elevated leukocyte count on in-hospital mortality following acute myocardial infarction. *Am J Cardiol* 78:945-48, 1996

8. Michelson AD, Benoit SE. **Furman MI**, Breckwoldt WL, Rohrer MJ, Barnard MR, Loscalzo J. Effects of endothelium-derived relaxing factor/nitric oxide on platelet surface glycoproteins. *Am J Phys (Heart and Circulatory Physiology)* 270:H1640-48, 1996

9. Michelson AD, Benoit SE, **Furman MI**, Barnard MR, Nurden P, Nurden AT. The platelet surface expression of glycoprotein V is regulated by two independent mechanisms: proteolysis and a reversible cytoskeletal-mediated redistribution to the surface-connected canalicular system. *Blood* 87:1396-1408, 1996

10. **Furman MI**, Liu L, Benoit SE, Becker RC, Barnard MR, Michelson AD. The cleaved peptide of the thrombin receptor is a strong platelet agonist. *Proc Natl Acad Sci, U.S.A.* 95:3082-87, 1998

11. **Furman MI**, Benoit SE, Valeri CR, Borbone ML, Becker RC, Hechtman HB, Michelson AD. Increased platelet reactivity and circulating platelet-monocyte aggregates in patients with stable coronary artery disease. *J Am Coll Cardiol* 31:352-8, 1998

M007C16746

12. Peyton BR, Rohrer MJ **Furman MI**, Barnard MR, Rodino LJ, Benoit SE, Hechtman HB, Valeri CB, Michelson AD. Patients with venous stasis ulceration have increased monocyte-platelet aggregation. *J Vasc Surg* 27:1109-15, 1998

13. Powell CC, Rohrer MJ, Barnard MR, Peyton BD, **Furman MI**, Michelson AD.  Chronic venous insufficiency is associated with increased platelet and monocyte activation and aggregation. *J Vasc Surg* 30:844-51, 1999

14. Michelson AD, **Furman MI**, Goldschmidt-Clermont P, Mascelli MA, Hendrix C, Coleman L, Hamlington J, Barnard M, Kickler T, Christie DJ, Kundu S, Bray PJ. Platelet GPIIIa PLA polymorphisms display different sensitivity to agonists. *Circulation* 101:1013-18, 2000.

15. Michelson AD, Barnard MR, Krueger LA, Frelinger AL, **Furman MI**. Evaluation of platelet function by flow cytometry *Methods. A Companion to Methods in Enzymology* 21:259-70. 2000.

16. Simon DI, Chen Z, Xu H, Li CQ, Dong J, McIntire LV, Ballantyne CM, Zhang L, **Furman MI,** Berndt MC, Lopez JA. Platelet glycoprotein Ibα is a counter-receptor for leukocyte integrin Mac-1 (CD11b/CD18). *J Exp Med* 192:193-204, 2000

17. Dauerman HL, Yarzebski J, Lessard D, **Furman MI**, Gore JM, Goldberg RJ. Ten-year trends in the incidence, treatment and outcome of Q wave myocardial infarction: A population based perspective. *Am J Cardiol* 86:730-735, 2000

18. **Furman MI**, Krueger LA, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, Michelson AD. GPIIb-IIIa antagonist-induced reduction in platelet surface factor V/Va binding and phosphatidylserine expression in whole blood. *Thromb Haemost* 84:492-8, 2000

19. **Furman MI**, Nurden P, Berndt MC, Nurden AT, Benoit SE, Liu L, Rohrer MR, Barnard MR, Michelson AD.  The cleaved peptide of PAR1 results in a redistribution of platelet surface GPIb to the surface-connected canalicular system. *Thromb Haemost* 84:897-903, 2000

20. Claytor BR, Li J-M, **Furman MI**, Garnette CSC, Rohrer MJ, Barnard MR, Krueger LA, Frelinger AL, Michelson AD. Laser scanning cytometry: a novel method for the detection of platelet-endothelial cell adhesion. *Cytometry* 43:308-313, 2001

21. **Furman MI,** Dauerman HL, Goldberg RJ, Yarzbeski J, Lessard D, Gore JM. Twenty-two year (1975-1997) trends in the incidence, in-hospital and long-term case-fatality rates from initial Q wave and Non-Q wave myocardial infarction: A multi-hospital, community-wide perspective. *J Am Coll Cardiol* 37:1571-80, 2001

22. Michelson AD, Barnard MR, Krueger LA, Valeri CR, **Furman MI**. Circulating monocyte-platelet aggregates are a more sensitive marker of platelet activation than platelet surface P-selectin: Studies in baboons, human coronary intervention, and human myocardial infarction *Circulation* 104:1533-1537, 2001

23. **Furman MI**, Barnard MR, Krueger LA, Fox ML, Shilale EA, Lessard DM, Marchese P, Frelinger III, AL, Goldberg RJ, Michelson AD. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. *J Am Coll Cardiol* 38:1002-1006, 2001

24. Frelinger AL, **Furman MI**, Krueger LA, Barnard MR, Michelson AD. Dissociation of glycoprotein IIb/IIIa antagonists from platelets does not result in fibrinogen binding or platelet aggregation. *Circulation* 104:1374-1379, 2001

25. **Furman MI**, Kereiakes DJ, Krueger LA, Mueller MN, Pieper K, Broderick TM, Schneider JF, Howard L, Fox ML, Barnard MR, Frelinger AL, Michelson AD. Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface GPIIIa following percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab. *Am Heart J* 142:790-798, 2001

26. Dauerman HL. Ball SA, Goldberg RJ, Desourdy MA, **Furman MI**. Activated clotting times in the setting of eptifibatide use during percutaneous coronary intervention. *J Thromb Thrombolys* 13:127-132, 2002

27. Marciniak SJ, Mascelli MA, **Furman MI**, Michelson AD, Jakubowski JA, Jordan RE, Frelinger AL. An additional mechanism of action of abciximab: dispersal of newly formed platelet aggregates. *Thromb Haemost* 87:1020-5, 2002

28. Rohrer MJ, Claytor RB, Garnette CSC, Powell CC, Barnard MR**, Furman MI**, Michelson AD. Platelet-monocyte aggregates in patients with chronic venous insufficiency remain elevated following correction of reflux. *Cardiovasc Surg* 10:464-469 2002

29. Wheeler GL, Braden GA, Steinhubl SR, Kereiakes DJ, Kottke-Marchant K, Michelson AD, **Furman MI**, Mueller M, Moliterno DJ, Sane DC. The Ultegra rapid platelet function assay: comparison to standard platelet function assays in patients undergoing percutaneous coronary intervention with abciximab therapy. *Am Heart J* 143:602-11, 2003.

30. **Furman, MI**, Kereiakes DJ, Krueger LA, Mueller MN, Broderick TM, Schneider JF, Howard WL, Fox ML, Barnard MR, Frelinger AL, Michelson AD. Quantification of abciximab-induced platelet inhibition is assay dependent: A comparative study in patients undergoing percutaneous coronary intervention. *Am Heart J* 145:e6**M1-e6M6**, 2003

31. Rashkin JM, **Furman MI**. Incidence, in-hospital and long-term case-fatality rates from initial q wave and non-q wave myocardial infarction. *CVR&R* 24:14-19, 2003

32. Claytor RB, Michelson AD, Li J-M, Frelinger AL, Rohrer MJ, Garnette, CSC, Barnard MR, Krueger LA, **Furman MI**. The cleaved peptide of PAR1 is a more potent stimulant of platelet-endothelial cell adhesion than thrombin. *J Vasc Surg* 37:440-5, 2003

33. Menon V, Lessard D, Yarzebski J, **Furman MI,** Gore JM, Goldberg RJ. Leukocytosis and adverse hospital outcomes after acute myocardial infarction. *Am J Cardiol* 92:368-72, 2003

34. Moliterno DJ, Hermiller JB, Kereiakes DJ, Yow E, Applegate RJ, Braden GA, Dippel EJ, **Furman MI**, Grimes CL, Kleiman NS, Levine GN, Mann T, Nair RN, Stine RA, Yacubov SJ Tcheng JE for the ELECT Investigators. A novel point-of-care enoxaparin monitor predicts clinical outcome during percutaneous coronary intervention: results of the Evaluating ENOX Clotting Times (ELECT) Study. *J Am Coll Cardiol* 42:1132-39, 2003

M007C16748

35. Frelinger AL, **Furman MI**, Barnard MR, Krueger LA, Dae MW, Michelson AD.  Combined effects of mild hypothermia and glycoprotein IIb/IIIa antagonists on platelet-platelet and leukocyte-platelet aggregation. *Am J Cardiol* 92:1099-1101, 2003

36. **Furman MI**, Gore JM, Anderson FA, Budaj A, Goodman SG, Avezum A, López-Sendón J, Klein W, Mukherjee D, Eagle KA, Dabbous OH, Goldberg RJ for the GRACE Investigators. Relationship between elevated leukocyte count and hospital events in patients with acute coronary syndromes: findings from the global registry of acute coronary events (GRACE). *Am Heart J* 147:42-8: 2004

37. **Furman MI**, Krueger L, Linden M, Barnard M, Frelinger A, Michelson A. Release of soluble CD40L from platelets is regulated by GPIIb-IIIa and actin polymerization. *J Am Coll Cardiol* 43:2319-25;2004. (Accompanying Editorial: *J Am Coll Cardiol* 43:2326-28;2004)

38. **Furman MI,** Krueger LA, Linden M, Fox M, Ball S, Barnard M, Frelinger AL, Michelson AD. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. *J Thromb Haemost* 3:312-320, 2005

39. Barnard MR, Linden MW, Frelinger AL, Li Y, Fox ML, **Furman MI**, Michelson AD. Effects of platelet binding on whole blood flow cytometry assays of monocyte and neutrophil procoagulant activity. *J Thromb Haemost* 3: 563-70, 2005

40. Frelinger, AL, **Furman MI**,  Linden MD, Li Y, Fox ML, Barnard MR, Michelson AD. Residual arachidonic acid-induced platelet activation via an ADP-dependent but COX-1 and COX-2 independent pathway: a 700 patient study of aspirin resistance. *Circulation* 113: 2888-96, 2006.

41. **Michelson AD,** Linden MD, Barnard MR, Furman MI, Frelinger AL. Evaluation of platelet function by flow cytometry. *J Pathophysiol Haemost Thromb* in press, 2006

42. Linden MD, Frelinger AL, Michelson AD, Fox ML, Barnard MR, Li Y, **Furman MI**. Indices of platelet activation as markers of myocardial infarction. *Submitted for publication J Thromb Haemost*, 2006.

43. Michelson AD, Linden MD, **Furman MI,** Lau W, Fox ML, Li Y, Barnard MR, Frelinger AL Pre-existent variability in platelet response to ADP accounts for "clopidogrel resistance". *Submitted for publication J Thromb Haemost*, 2006.

**Invited Reviews and Book Chapters**

1. Sharma M, **Furman MI**, Spencer FA, Burns M, Ball SP, Becker, RC. Thrombolytic therapy in acute myocardial infarction: Management algorithms. *J Thromb Thrombolys* 4:397-413, 1997

2. Sharma M, **Furman MI**, Spencer FA, Burns M, Ball SP, Becker, RC. Current and practical management of acute myocardial infarction. *J Thromb Thrombolys* 4:375-396 1997.

M007C16749

3. Michelson AD, **Furman MI** Laboratory markers of platelet activation and their clinical significance. *Curr Opin Hematol* 6:342-348, 1999

4. **Furman MI.** Markers of platelet activation. *J Thromb Thrombolys* 9:81-84, 2000

5. Michelson AD, Barnard MR, Krueger LA, Frelinger III AL, **Furman MI**. Evaluation of platelet function by flow cytometry. *Purdue Cytometry*. CD ROM volume 5, 2000

6. Michelson AD, Barnard MR, Krueger LA, Frelinger III AL, **Furman MI**. Evaluation of platelet function by flow cytometry. *Methods* 21:259-70, 2000

7. **Furman MI,** Frelinger AL, Michelson AD. Antithrombotic therapy in the cath lab. *Curr Cardiol Reports* 2:386-394, 2000

8. Michelson AD, Barnard MR, Krueger LA, Frelinger AL, and **Furman MI**. Flow cytometry and other methods for the detection of circulating activated platelets. In Gresele P, Page CP, Vermylen J, Fuster V (eds). *Platelets in Thrombotic and Non-Thrombotic Disorders: Pathophysiology, Pharmacology, and Therapeutics*. Cambridge University Press, Cambridge, 2002

9. Michelson AD, Barnard MR, Krueger LA, Frelinger AL, **Furman MI**. Flow cytometry. In **Michelson AD** (ed.). *Platelets*. Academic Press, New York, 297-319, 2002

10. Krueger LA, Barnard MR, Frelinger AL, III, **Furman MI**, Michelson AD. Immunophenotypic analysis of platelets. In Robinson JP, Darzynkiewicz Z, Dean PN, Dressler LG, Rabinovitch PS, Stewart CC, Tanke HJ, Wheeless LL(eds). Current Protocols in Cytometry. John Wiley & Sons, New York,1:6.10.1-6.10.17, 2002

11. Barnard MR, Krueger LA, Frelinger ALI, **Furman MI,** Michelson AD. Whole blood analysis of leukocyte-platelet aggregates. In: Robinson JP, Darzynkiewicz Z, Dean PN, Dressler LG, Rabinovitch PS, Stewart CC, Tanke HJ, Wheeless LL, eds. *Current Protocols in Cytometry*. New York: John Wiley & Sons;1:6.15.1-6.15.8, 2003

12. Mascelli MA, **Furman MI,** Sane DC. Biological and functional measurements of platelet function: Implications for dose selection and pharmacodynamic monitoring of GPIIb/IIIa antagonists. In: Vossoughi J, Fareed J, Mousa SA, and Karanian JW, eds. *Thrombosis Research and Treatment: Bench to Bedside*. Medical and Engineering Publishers, Inc, 2004

13. Linden MD, Frelinger AL, Barnard MR, Przylenk K, **Furman MI,** Michelson AD. Application of flow cytometry to platelet disorders. *Seminars in Thrombosis and Hemostasis* 30:501-511, 2004

14. Tamberella MR, **Furman MI**. The role of platelet inhibition in the drug-eluting stent era. *Coron Artery Dis* 15:327-9, 2004

15. **Furman MI,** Frelinger AL, Michelson AD. GPIIb/IIIa inhibitor-induced dethrombosis. *J Thromb Thrombolys* 18:11-17, 2004

M007C16750

16. Michelson AD, **Furman MI**. Markers of platelet activation and granule secretion. In Quinn M, Fitzgerald D (eds). *Platelet Function: Assessment, Diagnosis, and Treatment*. Humana Press, Totowa, , New Jersey p 301-314, 2005.

17. Linden MD and Furman MI. Monocyte-platelet aggregates in patients with ischemic heart disease. In Morrow DA (ed). *Cardiovascular Biomarkers: Pathophysiology and Disease Management.* Humana Press, Totowa, New Jersey p 487-493 2006.

18. Linden MD, Frelinger AL, Przyklenk K, **Furman MI,** and Michelson, AD. Aspirin resistance: Detection, mechanisms and clinical implications. *Curr Cardiol Reports in press* 2006

19. Michelson AD, Frelinger AL, **Furman MI**. Resistance to antiplatelet drugs. *Eur Heart J* in press, 2006

20. Michelson AD, Linden MD, Barnard MR, **Furman MI**, Frelinger AL. Flow cytometry. In (ed). *Platelets*. Second edition, Elsevier/Academic Press, San Diego, in press, 2006.

21. Michelson AD, Frelinger AL, **Furman MI**. Current options in platelet function testing. *Am J Cardiol*, in press, 2006..

22. Harrison P, Frelinger AL, **Furman MI**, Michelson AD. Measuring antiplatelet drug effects in the laboratory. *Thrombosis Research*, in press, 2006.

23. Michelson AD, Frelinger AL, **Furman MI**, Weitz J. Laboratory assessments of platelet function and coagulation. In Angiolillo D, Kastrati A, Simon D (eds). *Clinical Guide to the Use of Antithrombotic Drugs in Coronary Artery Disease*. Informa Healthcare, London, in press, 2007

**Published Abstracts (\*presenter) and Letters**

1. Gershony G, **Furman M**, Davis E, Weintraub W, King S. Predictors of Restenosis after Angioplasty in Chronic Total Coronary Occlusion. *Circulation* 74:I-282, 1986

2. **Furman MI**, Kaplan DT, Ryan SM, Lipsitz LA, Goldberger AL. A nonlinear parameter measures loss of complexity in heart rate time series data with aging. *Clin Res*. 1990

3. *\*Furman MI*, Dise KR, Bray PF, Goldschmidt-Clermont PJ. Thrombin activation of the fibrinogen receptor requires tyrosine phosphorylation of platelet proteins. *Circulation* 86:I-303, 1992

M007C16751

4.   ***Furman MI**, Faraday N, Dise KR, Rosenfeld BA, Goldschmidt-Clermont PJ. In vivo Platelet protein tyrosine kinase activity as a marker for hyper-aggregable platelets. *Circulation* 88;I-458, 1993

5.   Michelson AD, Benoit SE, **Furman MI**, Barnard MR, Nurden PN, Nurden AT. Reversible cytoskeletal-mediated redistribution of platelet surface GPV. *Blood* 86:454a, 1995

6.   ***Furman MI**, Becker RC, Yarzbeski J, Savageau J, Gore JM, Goldberg RJ.  Leukocytosis and increased mortality following acute myocardial infarction: A multi-hospital, community-wide perspective. *Circulation* 92:I-664, 1995

7.   ***Furman MI**, Benoit SE, Becker RC, Borbone M. Weiner BH, Michelson AD. Thrombin receptor-mediated platelet reactivity is increased in stable coronary artery disease, *Circulation* 92:I-343, 1995

8.   Liu L, **Furman M**, Zhang O, Spencer F, Michelson A, Gore J, Becker R. Fibrinogen inhibits platelet activation by $\alpha$-thrombin and TRAP. *Blood* 88 (Suppl B):48b, 1996

9.   Liu L, **Furman M**, Zhang O, Spencer F, Michelson A, Gore J, Becker R. Clot bound thrombin activates platelets as potent as fluid phase thrombin. *Blood* 88 (Suppl B):48b, 1996

10.  Liu L, Zhang O, Spencer F, Chung E, **Furman M**, Gore J, Becker R. Persistent survival of platelet factor Va activity in plasma. *Blood* 88:526a, 1996

11.  ***Furman MI**, Liu L, Benoit SE, Becker RC, Barnard M, Michelson AD. The cleaved peptide of the thrombin receptor is a strong platelet agonist. *Circulation* 94:I-580, 1996

12.  ***Furman MI**, Benoit SE, Borbone M, Becker RC, Michelson AD. Monocyte-platelet aggregation is increased in stable coronary artery disease. *circulation* 94:I-811, 1996

13.  Grabowski EF, Boor SE, Laposata M, Johnson SM, **Furman MI**, Benoit SE, Michelson AD. Platelet hyperaggregability and aspirin resistance in two brothers with syndrome X: Non-cyclooxygenase-dependent platelet defect. *Thromb Haemost* 77:71, 1997

14.  ***Furman MI**, Benoit SE, Borbone M, Becker RC, Michelson AD. Patients with stable coronary artery disease have increased platelet reactivity and increased circulating monocyte-platelet aggregates. *Thromb Haemost* 77:62, 1997

15.  ***Furman MI**, Nurden P, Berndt MC, Nurden AT, Benoit SE, Liu L, Rohrer MR, Barnard MR, and Michelson, AD.  The cleaved peptide of par1 results in a redistribution of platelet surface GPIb to the surface-connected canalicular system. *Circulation* 98:I-523, 1998

16.  Bray PF, **Furman MI**, Coleman L, Hamlington J, Goldschmidt-Clermont P, Hendrix C, Mascelli MA, Barnard M, Kickler T, Christie D, Kundu S, and Michelson AD. Integrin $\beta_3$ (GPIIIa) Pl[A] polymorphisms on platelets display different sensitivity to agonists and antagonists. *Blood* 92:28a, 1998

M007C16752

17. **\*Furman MI**, Shilale EA, Barnard MR, Alugupalli K, Rohrer MJ, Michelson AD. Circulating monocyte-platelet aggregates are a marker of acute myocardial infarction in patients presenting to the emergency room with chest pain. *Blood* 92:188a, 1998.

18. Claytor RB, Li J-M, Rohrer MJ, Frelinger AL, Garnette CSC, Barnard MR, Krueger LA, **Furman MI**, Michelson AD. Prolonged exposure of platelets to thrombin decreases platelet-endothelial cell adhesion. (Presented at the 10th Annual Meeting of the Society for Vascular Medicine and Biology, Washington, DC, June 4 - 5, 1999.)

19. Claytor B, Li J-M, **Furman MI**, Garnette CSC, Rohrer MJ, Barnard MR, Krueger L, Frelinger AL, Michelson AD. Laser scanning cytometry: a novel method for the detection of platelet-endothelial cell adhesion. *Thromb Haemost* 82:527, 1999. (Presented at the XVIIth Congress of the International Society on Thrombosis and Haemostasis, Washington, D.C., August 19, 1999.)

20. Kereiakes D, Mueller M, Sane D, Braden GA, Kottke-Marchant K, Topol EJ, **Furman MI**, and Michelson AD. Use of the Ultegra-rapid platelet function assay to assess the degree of platelet inhibition in patients treated with abciximab. Results of a multicenter study. *Thromb Haemost* 82:646-647 1999. (Presented at the XVII[th] Congress of the International Society on Thrombosis and Haemostasis, Washington, D.C., August 19, 1999.)

21. Sane D, Braden GA, Kereiakes D, Mueller M, Topol E, Kottke-Marchant K, **Furman MI**, Michelson AD. Rapid bedside measurement of platelet aggregation in patients undergoing percutaneous coronary intervention and treated with abciximab. Results of a multi-center study of Accumetrics *Ultegra*-rapid platelet function assay. (Presented at the European Society of Cardiology, Barcelona, Spain, August 28 - September 1, 1999.)

22. Claytor RB, Michelson AD, Li J-M, Frelinger AL, Rohrer MJ, Garnette CSC, Barnard MR, Krueger L, **Furman MI**. The cleaved peptide of PAR1 is a more potent stimulant of platelet-endothelial cell adhesion than thrombin. (Presented at the 85th Clinical Congress of the American College of Surgeons, San Francisco, October 10 - 15, 1999.)

23. **\*Furman MI**, Yarzebski J, Lessard D, Gore JM, Goldberg RJ. 22 Year (1975-97) trends in the incidence, in-hospital and 2 year mortality rates from initial non Q-wave myocardial infarction: A community-wide perspective. *Circulation* 100:I-103, 1999

24. Kereiakes D, Mueller M, Sane D, Braden GA, Kottke-Merchant K, **Furman MI**, Michelson AD. Use of the Ultegra-rapid platelet function assay to assess the degree of platelet inhibition in patients treated with abciximab. Results of a multicenter study. *Circulation* 100:I-152, 1999

25. Sane D, Braden GA, **Furman MI**, Michelson AD, Mueller M, Kottke-Merchant K and Steinhubel, SR. *Ultegra* rapid platelet function assay (U-RPFA) correlates with the degree of abciximab platelet inhibition measured by receptor occupancy: Results of a multicenter study. *Circulation* 100:I-153, 1999

26. Dauerman HL, Yarzebski J, Lessard D, **Furman MI**, Gore JM, Goldberg RJ. Ten year trends in the incidence, outcome, and reperfusion strategies for Q wave myocardial infarction. *Circulation* 100:I-359, 1999

M007C16753

27. Garnette CSC, Rohrer MJ, Valeri CR, Barnard MR, Frelinger AL, Claytor RB, Krueger LA, Hechtman HB, **Furman MI**, Michelson AD. Cathepsin G proteolyses platelet surface P-selectin and disaggregates leukocyte-platelet aggregates: mechanism for the loss of surface P-selectin from circulating degranulated platelets. *Circulation* 100:I-610, 1999

28. *****Furman MI**, Krueger LA, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, and Michelson AD. GPIIb-IIIa antagonist-induced reduction in platelet procoagulant activity in whole blood: augmentation by thrombin inhibitors. *Circulation* 100:I-681, 1999

29. *****Furman MI,** Krueger LA, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, Michelson AD. Tirofiban and eptifibatide, but not abciximab, induce leukocyte-platelet aggregation. *Circulation* 100:I-681, 1999

30. Steinhubl, SR, Kottke-Merchant K, **Furman MI**, Michelson AD, Kereiakes DJ, Sane D, and Braden GA. Rapid bedside measurement of platelet aggregation in patients undergoing PCI and treated with Abciximab: Results of a multi-center study of the Ultegra rapid platelet function assay (U-RPFA). *Circulation* 100:I-856, 1999

31. Frelinger AL, **Furman MI**, Krueger LA, Barnard MR, Michelson AD. Dissociation of GPIIb-IIIa antagonists from platelets does not result in fibrinogen binding or platelet aggregation. *Blood* 94:21a, 1999. (Presented at the 41st Annual Meeting of the American Society of Hematology, New Orleans, December 3 - 7, 1999.)

32. Bray PF, Michelson AD, **Furman MI**, Salmon J, Bolton E, Afshar-Kharghan V, Lopez JA. Correlating genetic variations in adhesive receptors with platelet function. *Blood* 94:216a, 1999. (Presented at the 41st Annual Meeting of the American Society of Hematology, New Orleans, December 3 - 7, 1999.)

33. Claytor RB, **Michelson AD**, Li J-M, Frelinger AL, Rohrer MJ, Garnette CSC, Barnard MR, Krueger L, Furman MI. The cleaved peptide of PAR1 is a more potent stimulant of platelet-endothelial cell adhesion than thrombin. (Presented at the 85th Clinical Congress of the American College of Surgeons, San Francisco, October 10 - 15, 1999.)

34. Krueger LA, Michelson AD, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, and **Furman MI**. Leukocyte-platelet aggregation is augmented by GPIIb-IIIa antagonists tirofiban, eptifibatide and RGDS but not abciximab. (Presented at the XX[th] International Congress of the International Society for Analytical Cytology (ISAC), Montpellier, France, May 20 - 25, 2000.)

35. Krueger LA, Michelson AD, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, and **Furman MI**. Platelet procoagulant activity is diminished by GPIIb-IIIa antagonists in whole blood and is further diminished by thrombin inhibitors. (Presented at the XX[th] International Congress of the International Society for Analytical Cytology (ISAC), Montpellier, France, May 20 - 25, 2000.)

36. *****Furman MI**, Krueger, LA Barnard MR, and Michelson AD. Circulating monocyte-platelet aggregates are a more sensitive marker of platelet activation than P-selectin-positive platelets. *Circulation* 102: II-776, 2000. (Oral presentation at the 73rd Scientific Sessions of the American Heart Association, New Orleans, LA, November 12 - 15, 2000.)

M007C16754

37. *__Furman MI__, Barnard MR, Krueger LA, Fox ML, Lessard DM, Marchese P, Goldberg RJ, and Michelson AD. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. *Circulation* 102: II-498, 2000 (Oral presentation at the 73rd Scientific Sessions of the American Heart Association, New Orleans, LA, November 12 - 15, 2000.)

38. Frelinger AL, Mattson JC, __Furman MI__, Barnard MR, Krueger LA, Marchese PJ, Farrah D, O'Neill WW, Michelson AD. Monitoring tirofiban therapy in patients: effect of *ex vivo* anticoagulant. *Thrombosis and Haemostasis* Supplement July 2001 (abstract P377). (Presented at the XVIIIth Congress of the International Society on Thrombosis and Haemostasis, Paris, France, July 8, 2001.)

39. *__Furman MI__, Michelson AD, Krueger LA, Mueller MN, Broderick TM, Schneider J, Howard W, Fox MR, Barnard MR, Frelinger AL, Kereiakes DJ. Effects of ½ dose abciximab in the presence of either dalteparin or heparin on platelet inhibition, as determined by 3 independent assays. *Thrombosis and Haemostasis* Supplement July 2001 (abstract P382). (Presented at the XVIIIth Congress of the International Society on Thrombosis and Haemostasis, Paris, France, July 8, 2001.)

40. Bray PF, Goldschmidt-Clermont P, __Furman MI__, Michelson AD, Barnard MR, Mascelli MA, Hendrix C, Coleman L, Hamlington J, Kickler T, Christie DF, Kundu S. Platelet glycoprotein IIIa Pl$^A$ polymorphism and effects of aspirin on thrombin generation. *Circulation* 103:e33-e34, 2001 (letter).

41. Michelson AD, Barnard MR, Krueger LA, Valeri CR, __Furman MI__. Circulating monocyte-platelet aggregates are a more sensitive marker of platelet activation than platelet surface P-selectin. *Thrombosis and Haemostasis* Supplement July 2001 (abstract OC2494). (Presented at the XVIIIth Congress of the International Society on Thrombosis and Haemostasis, Paris, France, July 11, 2001.)

42. Rohrer MJ, Claytor RB, Garnette CSC, Powell CC, Barnard MR, __Furman MI__, Michelson AD. Platelet-monocyte aggregates in patients with chronic venous insufficiency remain elevated following correction of the reflux. *Cardiovascular Surgery* 9 (suppl 2):25-26, 2001. (Presented at the 25th World Congress of the International Society for Cardiovascular Surgery, Cancun, Mexico, September 9 - 13, 2001.)

43. *__Furman MI__, Davidson MC, Anderson FA, Budaj A, Goodman SG, Avezum A, Lopez-Sendon J, Klein W, Gore JM. Relationship between elevated leukocyte count and hospital clinical events in patients with acute coronary syndromes: Findings from the global registry of coronary events. (Oral presentation at the 74rd Scientific Sessions of the American Heart Association, Anaheim, CA, November 11 - 14, 2001).

44. Kereiakes D, Michelson A, Krueger L, Mueller M, Broderick T, Schneider J, Howard W, Fox M, Barnard M, __Furman M__. Randomized comparison of dalteparin vs. unfractionated heparin in combination with abciximab during percutaneous coronary intervention: effects on leukocyte-platelet aggregation, platelet activation and GP IIb/IIIa receptor expression. *Circulation* 104:II-38, 2001. (Presented at the 74th Scientific Sessions of the American Heart Association, Anaheim, November 12, 2001.)

45. Frelinger AL, Barnard MR, __Furman MI__, Krueger LA, Michelson AD. Combined effects of mild hypothermia and GPIIb-IIIa antagonists on platelet-platelet and leukocyte-platelet aggregation.

M007C16755

*Circulation* 104:II-706 - II-707, 2001. (Presented at the 74th Scientific Sessions of the American Heart Association, Anaheim, November 14, 2001.)

46. Krueger LA, **Furman MI,** Barnard MR, Marchese PJ, Frelinger AL, Michelson AD, Augmentation of Platelet Activation in the Presence of GPIIb-IIIa Receptor Antagonists may be the Result of Murine Monoclonal Antibody-Mediated Platelet Surface FcγRIIa Receptor Activation. Cytometry, Supplement 11, 2002. (Presented at the XXI Congress of the International Society of Analytical Cytology, San Diego, CA, May 4-9, 2002.)

47. **\*Furman MI,** Krueger LA, Barnard MR, Fox ML, Frelinger AL, Michelson AD. GPIIb-IIIa antagonists modulate leukocyte-platelet aggregates in patients with ACS undergoing PCI. *Circulation* 106:II-517, 2002. (Presented at the 75th Scientific Sessions of the American Heart Association, Chicago, November 17- 20, 2002.)

48. Krueger LA, **Furman MI,** Barnard MR, Frelinger AL, Michelson AD. Release of soluble CD40L from platelets is regulated by fibrinogen binding to GPIIb-IIIa, actin polymerization, and a matrix metalloproteinase. (Presented at the 44nd Annual Meeting of the American Society of Hematology, Philadelphia, December 6 - 10, 2002.)

49. Frelinger AL, **Furman MI,** Krueger LA, Barnard MR, Michelson AD. Activating effects of GPIIb/IIIa blockers: an intrinsic consequence of ligand-mimetic properties. Response. Circulation 105:180e-181e, 2002 (letter).

50. Frelinger AL, Marchese PJ, Barnard MR, Krueger LA, Fox ML, **Furman MI,** and Michelson AD. Flow cytometric assessment of aspirin and NSAID effects on platelet function and leukocyte-platelet aggregation. (Presented at the 44nd Annual Meeting of the American Society of Hematology, Philadelphia, December 6 - 10, 2002.)

51. Frelinger AL, Mascelli MA, Jordan R, Marchese PJ, Barnard MR, Krueger LA, **Furman MI,** Michelson AD. Combined effects of GPIIb-IIIa antagonists, aspirin, apyrase and cytoskeletal inhibitors on preformed platelet aggregates. *Blood* 100:256a, 2002. (Presented at the 44[nd] Annual Meeting of the American Society of Hematology, Philadelphia, December 7, 2002.)

52. Krueger LA, **Furman MI,** Barnard MR, Frelinger AL, Michelson AD. Augmentation of platelet activation in the presence of GPIIb-IIIa antagonists can result from antibody-mediated FcgRIIa receptor activation. *Blood* 100:251a, 2002. (Presented at the 44nd Annual Meeting of the American Society of Hematology, Philadelphia, December 7, 2002.)

53. Frelinger AL, Marchese PJ, Barnard MR, Krueger LA, Fox ML, **Furman MI,** Michelson AD. Flow cytometric assessment of aspirin and NSAID effects on platelet function and leukocyte-platelet aggregation. *Blood* 100:704a, 2002. (Presented at the 44[nd] Annual Meeting of the American Society of Hematology, Philadelphia, December 9, 2002.)

54. Krueger LA, **Furman MI,** Barnard MR, Frelinger AL, Michelson AD. Augmentation of platelet activation in the presence of GPIIb-IIIa antagonists can result from antibody-mediated FcγRIIa receptor activation. *Blood* 100:62b, 2002.

M007C16756

55. Michelson AD, Krueger LA, Barnard MR, Fox ML, Frelinger AL, **Furman MI**. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. *Journal of Thrombosis and Haemostasis* 1 (July Supplement): P1767, 2003. (Presented at the XIX Congress of the International Society on Thrombosis and Haemostasis, Birmingham, United Kingdom, July 17, 2003.)

56. Linden MD, Przyklenk K, Barnard MR, Frelinger AL, **Furman MI,** Michelson AD. Molecular characterization of platelet activation in an *in vivo* canine model of unstable angina. *Blood* 102:64b, 2003.

57. Linden M, Michelson AD, Frelinger AL, Barnard M, **Furman M,** Przyklenk K. Preconditioning ischemia favorably attenuates platelet aggregation: insight into molecular mechanisms. *Journal of Molecular and Cellular Cardiology* 37:296, 2004. (Presented at the International Society for Heart Research 2004 World Congress, Brisbane, Australia, August 7 – 11, 2004.)

58. Frelinger AL, Linden MD, **Furman MI**, Li Y, Fox ML, Barnard MR, Barringhaus K, Przyklenk K, Michelson AD. Aspirin resistance is associated with markers of platelet activation and is not accounted for by non-compliance or aspirin underdosing. *Circulation* 110:III-216, 2004. (Presented at the 77th Scientific Sessions of the American Heart Association, New Orleans, November 9, 2004.)

59. Linden MD, **Furman MI**, Michelson AD, Fox ML, Barnard MR, Li Y, Barringhaus KG, Przyklenk K, Frelinger AL. Indices of platelet activation as markers of recent myocardial infarction. *Circulation* 110:III-450-451, 2004. (Presented at the 77th Scientific Sessions of the American Heart Association, New Orleans, November 8, 2004.)

60. Frelinger AL, Linden MD, **Furman MI**, Fox ML, Barnard MR, Li Y, Barringhaus K, Przyklenk K, Michelson AD. Patients with coronary artery disease have an increased incidence of aspirin resistance: association of PFA-100 closure time with clinical findings. *Blood* 104:514a, 2004. (Presented at the 46th Annual Meeting of the American Society of Hematology, San Diego, December 5, 2004.)

61. Linden MD, Michelson AD, Frelinger AL, Barnard MR, **Furman MI**, Przyklenk K. Preconditioning ischemia favorably attenuates platelet activation: insights into molecular mechanisms. *J Thromb Haemost* 3 (Suppl 1):P0955. (Presented at the XXth Congress of the International Society on Thrombosis and Haemostasis, Sydney, Australia, August 9, 2005.)

62. Linden MD, Frelinger AL, Barnard MR, **Furman MI**, Michelson AD. A novel mechanism of action of clopidogrel: inhibition of monocyte procoagulant activity. *J Thromb Haemost* 3 (Suppl 1):P0357. (Presented at the XXth Congress of the International Society on Thrombosis and Haemostasis, Sydney, Australia, August 9, 2005.)

63. Michelson AD, Linden MD, **Furman MI**, Barnard MI, Fox ML, Lau WC, McLaughlin TJ, Frelinger AL. Pre-existent variability in platelet response to ADP accounts for "clopidogrel resistance". *J Thromb Haemost* 3 (Suppl 1): P0955. (Presented at the XXth Congress of the International Society on Thrombosis and Haemostasis, Sydney, Australia, August 6 – 12, 2005.)

64. Frelinger AL, Linden MD, **Furman MI**, Li Y, Fox ML, Barnard MR, Michelson AD.

M007C16757

Clinical "aspirin resistance" is associated with increased cyclooxygenase-independent platelet activation. *J Thromb Haemost* 3 (Suppl 1): P0954. (Presented at. the XXth Congress of the International Society on Thrombosis and Haemostasis, Sydney, Australia, August 6 – 12, 2005.)

65. Frelinger AL, Jakubowski JA, Li Y, Barnard MR, Fox ML, Linden MD, Sugidachi A, Winters KJ, **Furman MI**, Michelson AD. The active metabolite of prasugrel (CS-747) inhibits ADP-stimulated thrombo-inflammatory markers of platelet activation: leukocyte-platelet and platelet-platelet aggregation and platelet surface P-selectin and activated GPIIb-IIIa. (Presented at the 78th Scientific Sessions of the American Heart Association, Dallas, November 14, 2005.)

66. Linden MD, Frelinger AL, **Furman MI**, Krueger LA, Li Y, Fox ML, Hughes A, Lown J, Barnard MR, Przyklenk K, Michelson AD. Detection and mechanisms of GPIIb-IIIa antagonist induced thrombocytopenia: role for antibody induced platelet activation. *Blood* 106:472a, 2005. (Presented at the 47th Annual Meeting of the American Society of Hematology, New Orleans, December 2 – 6, 2005.)

67. Botkin N, Spencer F, Goldberg R, **Furman M**, Montalescot G, Brieger D, Malone S, Gore J, for the GRACE Investigators. Increasing occurrence of multivessel intervention and multiple stent placement from 1999 to 2004. The Global Registry of Acute Coronary Events. (Presented at the 55th Annual Scientific Session of the American College of Cardiology, Atlanta, March 14, 2006.).

68. Frelinger AL, III, Jakubowski JA, Li Y, Barnard MR, Fox ML, Linden MD, Sugidachi A, Winters KJ, **Furman MI**, Michelson AD. The active metabolite of prasugrel (CS-747) inhibits ADP-stimulated thrombo-inflammatory markers of platelet activation: modulation by other blood cells and calcium, but not by aspirin. *J Am Coll Cardiol* 47(suppl 1):364A, 2006. (Presented at the 55th Annual Scientific Session of the American College of Cardiology, Atlanta, March 14, 2006.)

69. Linden MD, Michelson AD, Barnard MR, Frelinger AL, **Furman MI**, Przyklenk K. Does adenosine $A_2$ receptor stimulation trigger the favorable 'anti-platelet' effect of preconditioning ischemia? (Accepted for presentation the 7th Annual Conference on Arteriosclerosis, Thrombosis and Vascular Biology of the American Heart Association, Denver, April, 2006.)

70. Linden MD, Michelson AD, Barnard MR, Frelinger AL, **Furman MI**, Przyklenk K. *In vitro* adenosine $A_2$ receptor stimulation inhibits platelet activation in humans. (Accepted for presentation at the 7th Annual Conference on Arteriosclerosis, Thrombosis and Vascular Biology of the American Heart Association, Denver, April, 2006.)

Thesis

M007C16758

**Furman MI**.  The Development and Application of the Sylow Theorems. Special Collections of the Robert W. Woodruff Library, Emory University, Atlanta, GA 1983

M007C16759



Vioxx-Endnote 9.enl

Jul 12 2006
10:16PM

"Cardiovascular hazard and non-steroidal anti-inflammatory drugs." <u>Cardiovascular and renal</u> **5**(2): 204-210.

"Discontinuation of Vioxx." **365**(9453): 24-25.

"The Editor's Roundtable: Cyclooxygenase-2 Inhibitors and Cardiovascular Risk." **96**(11): 1589-1604.

"The Vioxx debacle." **118**(3): 203-204.

(1994). "Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. ." <u>BMJ</u> **308**(6921): 81-106.

(2001). "Cardiovascular safety of COX-2 inhibitors." <u>Med Lett Drugs Ther</u> **43**(1118): 99-100.

(2002). "Considerations for the safe prescribing and use of COX-2-specific inhibitors." <u>Med J Aust</u> **176**(7): 328-31.

(2002). "COX-2 inhibitors. Understanding recent concerns." <u>Mayo Clin Health Lett</u> **20**(10): 6.

(2003). "[Selective Cox-2 inhibitor in osteoarthritis and rheumatoid arthritis. No increased risk for the heart]." <u>MMW Fortschr Med</u> **145**(11): 60.

(2005). "[Alleviating pain and preventing inflammation with selective COX-2 inhibitors. Prescribing with confidence in the future]." <u>MMW Fortschr Med</u> **147**(9): 12.

(2005). "Celecoxib still on the market: but for whose benefit?" <u>Prescrire Int</u> **14**(79): 177-8.

(2005). "Cox-2 inhibitors: still no decisive action." <u>Prescrire Int</u> **14**(77): 102.

(2005). "Lessons to learn from the COX-2 saga. Yes, FDA reforms are needed. And marketing distorts how medications are used. But one moral to the story is that all drugs have risks." <u>Harv Health Lett</u> **30**(5): 1-3.

(2005). "Taking stock of coxibs." <u>Drug Ther Bull</u> **43**(1): 1-6.

(2006). "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial." <u>N Engl J Med %R 10.1056/NEJMx060029</u>: NEJMx060029.

Abbate, A., F. Limana, et al. (2006). "Cyclo-oxygenase-2 (COX-2) inhibition reduces apoptosis in acute myocardial infarction." <u>Apoptosis</u> **11**(6): 1061-3.

Abe, T., Y. Hayasaka, et al. (2004). "Effects of intravenous administration of FR122047 (a selective cyclooxygenase 1 inhibitor) and FR188582 (a selective cyclooxygenase 2 inhibitor) on prostaglandin-E2-induced aqueous flare elevation in pigmented rabbits." <u>Ophthalmic Res</u> **36**(6): 321-6.

Abramson, S. B., D. E. Furst, et al. (2001). "Controversies in COX-2 inhibitor therapy: closing remarks." <u>Clin Exp Rheumatol</u> **19**(6 Suppl 25): S77-80.

Abramson, S. B. and A. L. Weaver (2005). "Current state of therapy for pain and inflammation." <u>Arthritis Res Ther</u> **7 Suppl 4**: S1-6.

Ahuja, N., A. Singh, et al. (2003). "Rofecoxib: an update on physicochemical, pharmaceutical, pharmacodynamic and pharmacokinetic aspects." <u>J Pharm Pharmacol</u> **55**(7): 859-94.

Akarasereenont, P., Y. S. Bakhle, et al. (1995). "Cytokine-mediated induction of cyclo-oxygenase-2 by activation of tyrosine kinase in bovine endothelial cells stimulated by bacterial lipopolysaccharide." <u>Br J Pharmacol</u> **115**(3): 401-8.

Akarasereenont, P., E. Hide, et al. (1995). "The induction of cyclooxygenase-2 elicited by endotoxin in endothelial cells and macrophages is inhibited by prostaglandin E1 and 13,14-dihydro prostaglandin E1." Agents Actions Suppl 45: 59-64.

Akarasereenont, P., J. A. Mitchell, et al. (1994). "Involvement of tyrosine kinase in the induction of cyclo-oxygenase and nitric oxide synthase by endotoxin in cultured cells." Br J Pharmacol 113(4): 1522-8.

Akarasereenont, P., K. Techatraisak, et al. (1999). "The expression of cyclooxygenase-2 in human umbilical vein endothelial cell culture from preeclampsia." J Med Assoc Thai 82(2): 167-72.

Akarasereenont, P. C., K. Techatraisak, et al. (2002). "The expression of COX-2 in VEGF-treated endothelial cells is mediated through protein tyrosine kinase." Mediators Inflamm 11(1): 17-22.

Albini, A. and D. M. Noonan (2005). "Rescuing COX-2 inhibitors from the waste bin." J Natl Cancer Inst 97(11): 859-60.

Alcindor, D., J. G. Krolikowski, et al. (2004). "Cyclooxygenase-2 mediates ischemic, anesthetic, and pharmacologic preconditioning in vivo." Anesthesiology 100(3): 547-54.

Aldington, S., P. Shirtcliffe, et al. (2005). "Increased risk of cardiovascular events with parecoxib/valdecoxib: a systematic review and meta-analysis." N Z Med J 118(1226): U1755.

Aldington, S., P. Shirtcliffe, et al. (2005). "Systematic review and meta-analysis of the risk of major cardiovascular events with etoricoxib therapy." N Z Med J 118(1223): U1684.

Alhan, E., N. I. Kalyoncu, et al. (2004). "Effects of the celecoxib on the acute necrotizing pancreatitis in rats." Inflammation 28(5): 303-9.

Altman, R., H. L. Luciardi, et al. (2002). "Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation: the Nonsteroidal Anti-Inflammatory Drugs in Unstable Angina Treatment-2 (NUT-2) pilot study." Circulation 106(2): 191-5.

Andersen, S. J. (2003). "Cyclooxygenase-2 inhibitor treatment of older osteoarthritis patients." Compr Ther 29(4): 215-23.

Andersohn, F., R. Schade, et al. (2006). "Cyclooxygenase-2 Selective Nonsteroidal Anti-Inflammatory Drugs and the Risk of Ischemic Stroke. A Nested Case-Control Study." Stroke.

Andersohn, F., S. Suissa, et al. (2006). "Use of first- and second-generation cyclooxygenase-2-selective nonsteroidal antiinflammatory drugs and risk of acute myocardial infarction." Circulation 113(16): 1950-7.

Anderson, K. M., P. M. Odell, et al. (1991). "Cardiovascular disease risk profiles." Am Heart J 121(1 Pt 2): 293-8.

Antman, E. M. (2005). ST-Elevation Myocardial Infarction: Management. Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine. D. P. Zipes, P. Libby, R. O. Bonow and E. Braunwald. Philadelphia, Elsevier Saunders: 1167-1226.

Antman, E. M., D. DeMets, et al. (2005). "Cyclooxygenase inhibition and cardiovascular risk." Circulation 112(5): 759-70.

M007C16761

Appleton, I., A. Tomlinson, et al. (1995). "Distribution of cyclooxygenase isoforms in murine chronic granulomatous inflammation. Implications for future anti-inflammatory therapy." J Pathol **176**(4): 413-20.

Araujo, L. F., M. Soeiro Ade, et al. (2005). "[Cardiovascular events: a class effect by COX-2 inhibitors]." Arq Bras Cardiol **85**(3): 222-9.

Arbabi, S., M. R. Rosengart, et al. (2000). "Hypertonic saline solution induces prostacyclin production by increasing cyclooxygenase-2 expression." Surgery **128**(2): 198-205.

Arnaud, C., M. Joyeux-Faure, et al. (2003). "COX-2: an in vivo evidence of its participation in heat stress-induced myocardial preconditioning." Cardiovasc Res **58**(3): 582-8.

Atar, S., Y. Ye, et al. (2006). "Atorvastatin-induced cardioprotection is mediated by increasing inducible nitric oxide synthase and consequent S-nitrosylation of cyclooxygenase-2." Am J Physiol Heart Circ Physiol **290**(5): H1960-8.

Auleley, G. R., J. Deligne, et al. (2005). "[Selective cyclooxygenase-2 inhibitors. A population-based analysis of use in France over a three-year period and comparison with randomised clinical trials]." Presse Med **34**(10): 703-10.

Azab, A. N., S. Kobal, et al. (2005). "Effects of nimesulide, a selective cyclooxygenase-2 inhibitor, on cardiovascular alterations in endotoxemia." Cardiology **103**(2): 92-100.

Baber, S. R., H. C. Champion, et al. (2003). "Role of cyclooxygenase-2 in the generation of vasoactive prostanoids in the rat pulmonary and systemic vascular beds." Circulation **108**(7): 896-901.

Baek, S. J. and T. E. Eling (2006). "Changes in gene expression contribute to cancer prevention by COX inhibitors." Prog Lipid Res **45**(1): 1-16.

Bailie, G. R., N. A. Mason, et al. (2004). "Analgesic prescription patterns among hemodialysis patients in the DOPPS: potential for underprescription." Kidney Int **65**(6): 2419-25.

Baker, C. S., D. P. Dutka, et al. (2002). "Immunocytochemical evidence for inducible nitric oxide synthase and cyclooxygenase-2 expression with nitrotyrosine formation in human hibernating myocardium." Basic Res Cardiol **97**(5): 409-15.

Bannwarth, B. (2002). "[Comparative safety of traditional non-steroidal anti-inflammatory drugs and COX-2 selective inhibitors]." Presse Med **31**(39 Pt 2): 4S7-9.

Bannwarth, B. (2004). "[Selective COX-2 inhibitors: do they retain any gastroduodenal toxicity]." Gastroenterol Clin Biol **28 Spec No 3**: C90-5.

Bannwarth, B. (2005). "Do selective cyclo-oxygenase-2 inhibitors have a future?" Drug Saf **28**(3): 183-9.

Bannwarth, B. (2006). "Acetaminophen or NSAIDs for the treatment of osteoarthritis." Best Pract Res Clin Rheumatol **20**(1): 117-29.

Bannwarth, B. (2006). "COX-2 selective drugs and cardiovascular risks: same data but discrepant conclusions?" Expert Opin Drug Saf **5**(1): 1-2; author reply 1-2.

Bannwarth, B. and F. Berenbaum (2005). "Clinical pharmacology of lumiracoxib, a second-generation cyclooxygenase 2 selective inhibitor." Expert Opin Investig Drugs **14**(4): 521-33.

M007C167/62

Bannwarth, B., P. Ravaud, et al. (2003). "Cardiovascular thrombotic events and COX-2 inhibitors: results in patients with osteoarthritis receiving rofecoxib." J Rheumatol 30(2): 421-2.

Banwell, M. G., A. Bezos, et al. (2003). "Convergent synthesis and preliminary biological evaluations of the stilbenolignan (+/-)-aiphanol and various congeners." Org Biomol Chem 1(14): 2427-9.

Barnard, M. R., M. D. Linden, et al. (2005). "Effects of platelet binding on whole blood flow cytometry assays of monocyte and neutrophil procoagulant activity." J Thromb Haemost 3(11): 2563-70.

Baron, J. A., B. F. Cole, et al. (2003). "A randomized trial of aspirin to prevent colorectal adenomas." N Engl J Med 348(10): 891-9.

Barton, G. R., A. J. Avery, et al. (2006). "Accounting for the increase in NSAID expenditure: substitution or leakage?" Cost Eff Resour Alloc 4(1): 9.

Bea, F., E. Blessing, et al. (2003). "Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis." Cardiovasc Res 60(1): 198-204.

Beasley, D. (1999). "COX-2 and cytosolic PLA2 mediate IL-1beta-induced cAMP production in human vascular smooth muscle cells." Am J Physiol 276(4 Pt 2): H1369-78.

Becker, J. C., W. Domschke, et al. (2004). "Current approaches to prevent NSAID-induced gastropathy--COX selectivity and beyond." Br J Clin Pharmacol 58(6): 587-600.

Becker, R. C. (2005). "COX-2 inhibitors." Tex Heart Inst J 32(3): 380-3.

Beharka, A. A., D. Wu, et al. (2002). "Mechanism of vitamin E inhibition of cyclooxygenase activity in macrophages from old mice: role of peroxynitrite." Free Radic Biol Med 32(6): 503-11.

Belknap, S. (2002). "Review: studies on the cardiovascular effects of selective COX-2 inhibitors show mixed results." ACP J Club 136(2): 53.

Belton, O., D. Byrne, et al. (2000). "Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis." Circulation 102(8): 840-5.

Belton, O. A., A. Duffy, et al. (2003). "Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis." Circulation 108(24): 3017-23.

Bennett, J. S., A. Daugherty, et al. (2005). "The Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs): A Science Advisory From the American Heart Association." Circulation %R 10.1161/01.CIR.0000160005.90598.41 111(13): 1713-1716.

Bernard, C., R. Merval, et al. (1999). "Oncostatin M induces interleukin-6 and cyclooxygenase-2 expression in human vascular smooth muscle cells : synergy with interleukin-1beta." Circ Res 85(12): 1124-31.

Bernatsky, S., M. Hudson, et al. (2005). "Anti-rheumatic drug use and risk of hospitalization for congestive heart failure in rheumatoid arthritis." Rheumatology (Oxford) 44(5): 677-80.

Bertolini, A., A. Ottani, et al. (2001). "Dual acting anti-inflammatory drugs: a reappraisal." Pharmacol Res 44(6): 437-50.

Bertolini, A., A. Ottani, et al. (2002). "Selective COX-2 inhibitors and dual acting anti-inflammatory drugs: critical remarks." Curr Med Chem 9(10): 1033-43.

M007C16763

Vioxx-Endnote 9.enl

Billups, K. L. (2005). "Sexual dysfunction and cardiovascular disease: integrative concepts and strategies." Am J Cardiol 96(12B): 57M-61M.

Bing, R. J. (2003). "Cyclooxygenase-2 inhibitors: is there an association with coronary or renal events?" Curr Atheroscler Rep 5(2): 114-7.

Bing, R. J. and M. Lomnicka (2002). "Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events?" J Am Coll Cardiol 39(3): 521-2.

Bing, R. J., T. Yamamoto, et al. (1999). "New look at myocardial infarction: toward a better aspirin." Cardiovasc Res 43(1): 25-31.

Bishop-Bailey, D., S. W. Larkin, et al. (1997). "Characterization of the induction of nitric oxide synthase and cyclo-oxygenase in rat aorta in organ culture." Br J Pharmacol 121(1): 125-33.

Bishop-Bailey, D., J. A. Mitchell, et al. (2006). "COX-2 in cardiovascular disease." Arterioscler Thromb Vasc Biol 26(5): 956-8.

Bishop-Bailey, D., J. R. Pepper, et al. (1998). "Differential induction of cyclooxygenase-2 in human arterial and venous smooth muscle: role of endogenous prostanoids." Arterioscler Thromb Vasc Biol 18(10): 1655-61.

Bishop-Bailey, D. and T. D. Warner (2003). "PPARgamma ligands induce prostaglandin production in vascular smooth muscle cells: indomethacin acts as a peroxisome proliferator-activated receptor-gamma antagonist." Faseb J 17(13): 1925-7.

Blais, V. and S. Rivest (2001). "Inhibitory action of nitric oxide on circulating tumor necrosis factor-induced NF-kappaB activity and COX-2 transcription in the endothelium of the brain capillaries." J Neuropathol Exp Neurol 60(9): 893-905.

Blais, V., N. P. Turrin, et al. (2005). "Cyclooxygenase 2 (COX-2) inhibition increases the inflammatory response in the brain during systemic immune stimuli." J Neurochem 95(6): 1563-74.

Blais, V., J. Zhang, et al. (2002). "In altering the release of glucocorticoids, ketorolac exacerbates the effects of systemic immune stimuli on expression of proinflammatory genes in the brain." Endocrinology 143(12): 4820-7.

Blanco, A., A. Habib, et al. (1995). "Involvement of tyrosine kinases in the induction of cyclo-oxygenase-2 in human endothelial cells." Biochem J 312 ( Pt 2): 419-23.

Blanco-Rivero, J., G. Balfagon, et al. (2006). "Orchidectomy modulates alpha2-adrenoceptor reactivity in rat mesenteric artery through increased thromboxane A2 formation." J Vasc Res 43(1): 101-8.

Blankfield, R. P. (2006). "Can natriuretic peptide levels predict the cardiovascular complications of COX-2 inhibitors and nonsteroidal anti-inflammatory drugs?" J Am Board Fam Med 19(2): 178-82.

Bleumink, G. S., J. Feenstra, et al. (2003). "Nonsteroidal anti-inflammatory drugs and heart failure." Drugs 63(6): 525-34.

Block, K. I. (2005). "The demise of the super-aspirins: an opportunity for integrative medicine?" Integr Cancer Ther 4(1): 5-7.

Blumstein, H. and P. D. Gorevic (2005). "Rheumatologic illnesses: treatment strategies for older adults." Geriatrics 60(6): 28-35.

Bobadilla, L. R., V. Perez-Alvarez, et al. (2005). "Effect of pregnancy on the roles of nitric oxide and prostaglandins in 5-hydroxytryptamine-induced contractions in rat isolated thoracic and abdominal aorta." Clin Exp Pharmacol Physiol 32(3): 202-9.

M007C16764