Bobadilla, R. V., E. M. Barnett, et al. (2005). "COX-2 inhibitors and the heart: putting risk in perspective." Adv Nurse Pract **13**(11): 48-50.
Boers, M. (2001). "NSAIDS and selective COX-2 inhibitors: competition between gastroprotection and cardioprotection." Lancet **357**(9264): 1222-3.
Bogaty, P., J. M. Brophy, et al. (2004). "Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study." Circulation **110**(8): 934-9.
Boje, K. M., D. Jaworowicz, Jr., et al. (2003). "Neuroinflammatory role of prostaglandins during experimental meningitis: evidence suggestive of an in vivo relationship between nitric oxide and prostaglandins." J Pharmacol Exp Ther **304**(1): 319-25.
Bolego, C., C. Buccellati, et al. (2006). "eNOS, COX-2, and prostacyclin production are impaired in endothelial cells from diabetics." Biochem Biophys Res Commun **339**(1): 188-90.
Bolli, R., K. Shinmura, et al. (2002). "Discovery of a new function of cyclooxygenase (COX)-2: COX-2 is a cardioprotective protein that alleviates ischemia reperfusion injury and mediates the late phase of preconditioning." Cardiovasc Res **55**(3): 506-19.
Bolten, W. W. (2005). "[Recommendations for treatment with nonsteroidal anti-inflammatory drugs]." MMW Fortschr Med **147**(31-32): 24-7.
Bolten, W. W. (2006). "Problem of the atherothrombotic potential of non-steroidal anti-inflammatory drugs." Ann Rheum Dis **65**(1): 7-13.
Bolten, W. W. and S. Reiter (2005). "[Cardiovascular risks of Cox-2-antagonists. Opinion on the marketed name rofecoxib, and its market-withdrawn valdecoxib and the actual therapeutic restrictions]." Z Rheumatol **64**(4): 286-9.
Bombardier, C. (2002). "An evidence-based evaluation of the gastrointestinal safety of coxibs." Am J Cardiol **89**(6A): 3D-9D.
Bombardier, C., L. Laine, et al. (2000). "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group." N Engl J Med **343**(21): 1520-8.
Borer, J. S. and L. S. Simon (2005). "Cardiovascular and gastrointestinal effects of COX-2 inhibitors and NSAIDs: achieving a balance." Arthritis Res Ther **7 Suppl 4**: S14-22.
Bornfeldt, K. E., J. S. Campbell, et al. (1997). "The mitogen-activated protein kinase pathway can mediate growth inhibition and proliferation in smooth muscle cells. Dependence on the availability of downstream targets." J Clin Invest **100**(4): 875-85.
Bouchard, J. F. and D. Lamontagne (1999). "Mechanisms of protection afforded by cyclooxygenase inhibitors to endothelial function against ischemic injury in rat isolated hearts." J Cardiovasc Pharmacol **34**(5): 755-63.
Brack, A., B. W. Bottiger, et al. (2006). "[New aspects in postoperative pain therapy]." Anasthesiol Intensivmed Notfallmed Schmerzther **41**(3): 184-92.
Bradbury, D. A., L. Corbett, et al. (2004). "PI 3-kinase and MAP kinase regulate bradykinin induced prostaglandin E(2) release in human pulmonary artery by modulating COX-2 activity." FEBS Lett **560**(1-3): 30-4.

M007C16765

Bresalier, R. S., R. S. Sandler, et al. (2005). "Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial." N Engl J Med **352**(11): 1092-102.

Breyer, M. D. (2005). "Getting to the heart of COX-2 inhibition." Cell Metab **2**(3): 149-50.

Brian, J. E., Jr., F. M. Faraci, et al. (2001). "COX-2-dependent delayed dilatation of cerebral arterioles in response to bradykinin." Am J Physiol Heart Circ Physiol **280**(5): H2023-9.

Brian, J. E., Jr., S. A. Moore, et al. (1998). "Expression and vascular effects of cyclooxygenase-2 in brain." Stroke **29**(12): 2600-6.

Brinker, A., L. Goldkind, et al. (2004). "Spontaneous reports of hypertension leading to hospitalisation in association with rofecoxib, celecoxib, nabumetone and oxaprozin." Drugs Aging **21**(7): 479-84.

Briones, A. M., M. J. Alonso, et al. (2002). "Hypertension alters the participation of contractile prostanoids and superoxide anions in lipopolysaccharide effects on small mesenteric arteries." Life Sci **71**(17): 1997-2014.

Brophy, J. M. (2005). "Celecoxib and cardiovascular risks." Expert Opin Drug Saf **4**(6): 1005-15.

Brune, K. (2004). "[New evaluation by the EU approval committee. Benefits of cox-2 inhibitors outweigh possible risks (interview by Dr. Thomas Meissner)]." MMW Fortschr Med **146**(9): 47.

Bryant, C. E., I. Appleton, et al. (1998). "Vascular endothelial growth factor upregulates constitutive cyclooxygenase 1 in primary bovine and human endothelial cells." Life Sci **62**(24): 2195-201.

Buerkle, M. A., S. Lehrer, et al. (2004). "Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo." Circulation **110**(14): 2053-9.

Bulut, D., S. Liaghat, et al. (2003). "Selective cyclo-oxygenase-2 inhibition with parecoxib acutely impairs endothelium-dependent vasodilatation in patients with essential hypertension." J Hypertens **21**(9): 1663-7.

Burleigh, M. E., V. R. Babaev, et al. (2005). "Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice." J Mol Cell Cardiol **39**(3): 443-52.

Burnakis, T. G. (2001). "Cardiovascular events and COX-2 inhibitors." Jama **286**(22): 2808; author reply 2811-2.

Burnier, M. (2005). "The safety of rofecoxib." Expert Opin Drug Saf **4**(3): 491-9.

Cabrini, D. A., M. M. Campos, et al. (2001). "Molecular and pharmacological evidence for modulation of kinin B(1) receptor expression by endogenous glucocorticoids hormones in rats." Br J Pharmacol **132**(2): 567-77.

Cai, Q., L. Lanting, et al. (2004). "Growth factors induce monocyte binding to vascular smooth muscle cells: implications for monocyte retention in atherosclerosis." Am J Physiol Cell Physiol **287**(3): C707-14.

Caldwell, B., S. Aldington, et al. (2006). "Risk of cardiovascular events and celecoxib: a systematic review and meta-analysis." J R Soc Med **99**(3): 132-40.

Calkin, A. C., K. Sudhir, et al. (2002). "Rapid potentiation of endothelium-dependent vasodilation by estradiol in postmenopausal women is mediated via cyclooxygenase 2." J Clin Endocrinol Metab **87**(11): 5072-5.

M007C16766

Cao, C., K. Matsumura, et al. (2001). "Pyrogenic cytokines injected into the rat cerebral ventricle induce cyclooxygenase-2 in brain endothelial cells and also upregulate their receptors." Eur J Neurosci **13**(9): 1781-90.

Cao, C., K. Matsumura, et al. (1997). "Involvement of cyclooxygenase-2 in LPS-induced fever and regulation of its mRNA by LPS in the rat brain." Am J Physiol **272**(6 Pt 2): R1712-25.

Capone, M. L., M. G. Sciulli, et al. (2005). "Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects." J Am Coll Cardiol **45**(8): 1295-301.

Capone, M. L., S. Tacconelli, et al. (2004). "Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects." Circulation **109**(12): 1468-71.

Caporali, R. and C. Montecucco (2005). "Cardiovascular effects of coxibs." Lupus **14**(9): 785-8.

Carroll, L., S. Hannawi, et al. (2006). "Rheumatoid arthritis: links with cardiovascular disease and the receptor for advanced glycation end products." Wien Med Wochenschr **156**(1-2): 42-52.

Casanova, I., M. Parreno, et al. (2006). "Celecoxib induces anoikis in human colon carcinoma cells associated with the deregulation of focal adhesions and nuclear translocation of p130Cas." Int J Cancer **118**(10): 2381-9.

Castro, M. R., D. Lutz, et al. (2004). "Effect of COX inhibitors on VEGF-induced retinal vascular leakage and experimental corneal and choroidal neovascularization." Exp Eye Res **79**(2): 275-85.

Catella-Lawson, F. (2001). "Vascular biology of thrombosis: platelet-vessel wall interactions and aspirin effects." Neurology **57**(5 Suppl 2): S5-7.

Catella-Lawson, F. and L. J. Crofford (2001). "Cyclooxygenase inhibition and thrombogenicity." Am J Med **110 Suppl 3A**: 28S-32S.

Catella-Lawson, F., B. McAdam, et al. (1999). "Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids." J Pharmacol Exp Ther **289**(2): 735-41.

Catella-Lawson, F., M. P. Reilly, et al. (2001). "Cyclooxygenase inhibitors and the antiplatelet effects of aspirin." N Engl J Med **345**(25): 1809-17.

Catley, M. C., M. B. Sukkar, et al. (2006). "Validation of the anti-inflammatory properties of small molecule IKK2 inhibitors by comparison to adenoviral-mediated delivery of dominant negative IKK1 and IKK2 in human airways smooth muscle." Mol Pharmacol.

Caughey, G. E., L. G. Cleland, et al. (2001). "Up-regulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets. Role of thromboxane A2." J Biol Chem **276**(41): 37839-45.

Caughey, G. E., L. G. Cleland, et al. (2001). "Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2." J Immunol **167**(5): 2831-8.

Celotti, F. and T. Durand (2003). "The metabolic effects of inhibitors of 5-lipoxygenase and of cyclooxygenase 1 and 2 are an advancement in the efficacy and safety of anti-inflammatory therapy." Prostaglandins Other Lipid Mediat **71**(3-4): 147-62.

Cha, Y. I., S. H. Kim, et al. (2005). "Cyclooxygenase-1 signaling is required for vascular tube formation during development." Dev Biol **282**(1): 274-83.

M007C16767

Chan, A. T., J. E. Manson, et al. (2006). "Nonsteroidal antiinflammatory drugs, acetaminophen, and the risk of cardiovascular events." Circulation **113**(12): 1578-87.

Chan, C. P., H. Yuan-Soon, et al. (2005). "Inhibition of cyclooxygenase activity, platelet aggregation and thromboxane B2 production by two environmental toxicants: m- and o-cresol." Toxicology **208**(1): 95-104.

Chanani, N. K., D. B. Cowan, et al. (2002). "Differential effects of amrinone and milrinone upon myocardial inflammatory signaling." Circulation **106**(12 Suppl 1): I284-9.

Chen, D., E. V. Balyakina, et al. (2003). "Cyclooxygenase is regulated by ET-1 and MAPKs in peripheral lung microvascular smooth muscle cells." Am J Physiol Lung Cell Mol Physiol **284**(4): L614-21.

Chen, G., E. G. Wood, et al. (1999). "Expression of cyclooxygenase-2 in rat vascular smooth muscle cells is unrelated to nuclear factor-kappaB activation." Life Sci **64**(14): 1231-42.

Chen, J. X., L. C. Berry, et al. (2003). "Glutathione mediates LPS-stimulated COX-2 expression via early transient p42/44 MAPK activation." J Cell Physiol **197**(1): 86-93.

Chen, Z., X. Zhang, et al. (2004). "Simultaneously targeting epidermal growth factor receptor tyrosine kinase and cyclooxygenase-2, an efficient approach to inhibition of squamous cell carcinoma of the head and neck." Clin Cancer Res **10**(17): 5930-9.

Chenevard, R., D. Hurlimann, et al. (2003). "Selective COX-2 inhibition improves endothelial function in coronary artery disease." Circulation **107**(3): 405-9.

Cheng, M. K., J. C. McGiff, et al. (2003). "Renal arterial 20-hydroxyeicosatetraenoic acid levels: regulation by cyclooxygenase." Am J Physiol Renal Physiol **284**(3): F474-9.

Cheng, Y., S. C. Austin, et al. (2002). "Role of prostacyclin in the cardiovascular response to thromboxane A2." Science **296**(5567): 539-41.

Cheng, Y., M. Wang, et al. (2006). "Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function." J Clin Invest **116**(5): 1391-9.

Cheng, Z. J., I. Tikkanen, et al. (2002). "Vascular effects of COX inhibition and AT1 receptor blockade in transgenic rats harboring mouse renin-2 gene." J Physiol Pharmacol **53**(4 Pt 1): 597-613.

Chiolero, A., M. P. Maillard, et al. (2002). "Cardiovascular hazard of selective COX-2 inhibitors: myth or reality?" Expert Opin Drug Saf **1**(1): 45-52.

Cho, J., C. E. Cooke, et al. (2003). "A retrospective review of the effect of COX-2 inhibitors on blood pressure change." Am J Ther **10**(5): 311-7.

Chu, J., F. L. Lloyd, et al. (2003). "Potential involvement of the cyclooxygenase-2 pathway in the regulation of tumor-associated angiogenesis and growth in pancreatic cancer." Mol Cancer Ther **2**(1): 1-7.

Cianchi, F., C. Cortesini, et al. (2004). "Cyclooxygenase-2 activation mediates the proangiogenic effect of nitric oxide in colorectal cancer." Clin Cancer Res **10**(8): 2694-704.

M007C16768

Cicconetti, A., A. Bartoli, et al. (2004). "COX-2 selective inhibitors: a literature review of analgesic efficacy and safety in oral-maxillofacial surgery." Oral Surg Oral Med Oral Pathol Oral Radiol Endod **97**(2): 139-46.
Cimmino, M. A., F. Salaffi, et al. (2004). "[Pain patterns in Italian patients with osteoarthritis: preliminary results of the MI.D.A. Study (Misurazione del Dolore nell'Artrosi)]." Reumatismo **56**(4): 253-61.
Cipollone, F., M. Fazia, et al. (2004). "Blockade of the angiotensin II type 1 receptor stabilizes atherosclerotic plaques in humans by inhibiting prostaglandin E2-dependent matrix metalloproteinase activity." Circulation **109**(12): 1482-8.
Cipollone, F. and M. L. Fazia (2006). "Cyclooxygenase-2 Inhibition: Vascular Inflammation and Cardiovascular Risk." Curr Atheroscler Rep **8**(3): 245-251.
Cipollone, F., C. Prontera, et al. (2001). "Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability." Circulation **104**(8): 921-7.
Clark, D. W., D. Layton, et al. (2004). "Do some inhibitors of COX-2 increase the risk of thromboembolic events?: Linking pharmacology with pharmacoepidemiology." Drug Saf **27**(7): 427-56.
Claytor, R. B., J. M. Li, et al. (2001). "Laser scanning cytometry: a novel method for the detection of platelet--endothelial cell adhesion." Cytometry **43**(4): 308-13.
Claytor, R. B., A. D. Michelson, et al. (2003). "The cleaved peptide of PAR1 is a more potent stimulant of platelet-endothelial cell adhesion than is thrombin." J Vasc Surg **37**(2): 440-5.
Cleland, L. G. and M. J. James (2005). "COX-2 selectivity varies across class." Med J Aust **182**(4): 197-8; author reply 199.
Clyman, R. I., P. Hardy, et al. (1999). "Cyclooxygenase-2 plays a significant role in regulating the tone of the fetal lamb ductus arteriosus." Am J Physiol **276**(3 Pt 2): R913-21.
Cockerill, G. W., J. Saklatvala, et al. (1999). "High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2." Arterioscler Thromb Vasc Biol **19**(4): 910-7.
Collaboration, A. T. (1994). "Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients." Bmj **308**(6921): 81-106.
Coruzzi, G., A. Menozzi, et al. (2004). "Novel non-steroidal anti-inflammatory drugs: what we have learned from animal studies." Curr Drug Targets Inflamm Allergy **3**(1): 43-61.
Cosentino, F., P. Francia, et al. (2003). "Do COX-2 inhibitors really prevent hypertension and proteinuria? Another brick in the wall for the COX-2 inhibition and cardiovascular disease controversy." J Hypertens **21**(3): 501-3.
Coulter, D. M. and D. W. Clark (2004). "Disturbance of vision by COX-2 inhibitors." Expert Opin Drug Saf **3**(6): 607-14.
Courtois, E., M. Marques, et al. (2003). "Lead-induced downregulation of soluble guanylate cyclase in isolated rat aortic segments mediated by reactive oxygen species and cyclooxygenase-2." J Am Soc Nephrol **14**(6): 1464-70.

M007C16769

Couzin, J. (2004). "Clinical trials. Nail-biting time for trials of COX-2 drugs." Science **306**(5702): 1673-5.

Crofford, L. J. (2002). "Specific cyclooxygenase-2 inhibitors: what have we learned since they came into widespread clinical use?" Curr Opin Rheumatol **14**(3): 225-30.

Crofford, L. J., P. E. Lipsky, et al. (2000). "Basic biology and clinical application of specific cyclooxygenase-2 inhibitors." Arthritis Rheum **43**(1): 4-13.

Cryan, L. M., G. P. Pidgeon, et al. (2006). "COX-2 protects against thrombosis of the retinal vasculature in a mouse model of proliferative retinopathy." Mol Vis **12**: 405-14.

Cryer, B. (2002). "Gastrointestinal safety of low-dose aspirin." Am J Manag Care **8**(22 Suppl): S701-8.

Csiszar, A., Z. Ungvari, et al. (2002). "Aging-induced phenotypic changes and oxidative stress impair coronary arteriolar function." Circ Res **90**(11): 1159-66.

Curtiss, F. R. (2005). "COX-2 inhibitors: little or no GI protection, increased risk of cardiovascular events, high cost, and other class-less effects." J Manag Care Pharm **11**(7): 590-3.

Dai, W. and R. A. Kloner (2004). "Relationship between cyclooxygenase-2 inhibition and thrombogenesis." J Cardiovasc Pharmacol Ther **9**(1): 51-9.

Dai, Y. and W. H. Wang (2006). "Non-steroidal anti-inflammatory drugs in prevention of gastric cancer." World J Gastroenterol **12**(18): 2884-9.

Dandekar, D. S. and B. L. Lokeshwar (2004). "Inhibition of cyclooxygenase (COX)-2 expression by Tet-inducible COX-2 antisense cDNA in hormone-refractory prostate cancer significantly slows tumor growth and improves efficacy of chemotherapeutic drugs." Clin Cancer Res **10**(23): 8037-47.

Daniel, T. O., H. Liu, et al. (1999). "Thromboxane A2 is a mediator of cyclooxygenase-2-dependent endothelial migration and angiogenesis." Cancer Res **59**(18): 4574-7.

Dannenberg, A. J. and K. Subbaramaiah (2003). "Targeting cyclooxygenase-2 in human neoplasia: rationale and promise." Cancer Cell **4**(6): 431-6.

Dannhardt, G. and H. Ulbrich (2001). "In-vitro test system for the evaluation of cyclooxygenase-1 (COX-1) and cyclooxygenase-2 (COX-2) inhibitors based on a single HPLC run with UV detection using bovine aortic coronary endothelial cells (BAECs)." Inflamm Res **50**(5): 262-9.

Daray, F. M., J. R. Colombo, et al. (2006). "Involvement of endothelial thromboxane A(2) in the vasoconstrictor response induced by 15-E(2t)-isoprostane in isolated human umbilical vein." Naunyn Schmiedebergs Arch Pharmacol.

Das, U. N. (2005). "Can COX-2 inhibitor-induced increase in cardiovascular disease risk be modified by essential fatty acids?" J Assoc Physicians India **53**: 623-7.

Das, U. N. (2005). "COX-2 inhibitors and metabolism of essential fatty acids." Med Sci Monit **11**(7): RA233-7.

Davies, N. M. and F. Jamali (2004). "COX-2 selective inhibitors cardiac toxicity: getting to the heart of the matter." J Pharm Pharm Sci **7**(3): 332-6.

Day, R. (2003). "COX-2: where are we in 2003?--distinction from NSAIDs becoming blurred." Arthritis Res Ther **5**(3): 116-9.

M007C16770

Day, R. O. (2001). "Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a rheumatologist's perspective." Clin Exp Rheumatol **19**(6 Suppl 25): S59-62.

de Gaetano, G., M. B. Donati, et al. (2003). "Prevention of thrombosis and vascular inflammation: benefits and limitations of selective or combined COX-1, COX-2 and 5-LOX inhibitors." Trends Pharmacol Sci **24**(5): 245-52.

de Leval, X. J., T. Dassesse, et al. (2006). "Evaluation of original dual thromboxane A2 modulators as anti-angiogenic agents." J Pharmacol Exp Ther.

Degousee, N., J. Martindale, et al. (2003). "MAP kinase kinase 6-p38 MAP kinase signaling cascade regulates cyclooxygenase-2 expression in cardiac myocytes in vitro and in vivo." Circ Res **92**(7): 757-64.

Degraeve, F., M. Bolla, et al. (2001). "Modulation of COX-2 expression by statins in human aortic smooth muscle cells. Involvement of geranylgeranylated proteins." J Biol Chem **276**(50): 46849-55.

DeMaria, A. N. (2002). "Relative risk of cardiovascular events in patients with rheumatoid arthritis." Am J Cardiol **89**(6A): 33D-38D.

DeMaria, A. N. and M. R. Weir (2003). "Coxibs--beyond the GI tract: renal and cardiovascular issues." J Pain Symptom Manage **25**(2 Suppl): S41-9.

Dembo, G., S. B. Park, et al. (2005). "Central nervous system concentrations of cyclooxygenase-2 inhibitors in humans." Anesthesiology **102**(2): 409-15.

Deng, P., S. P. Zhao, et al. (2006). "Atorvastatin reduces the expression of COX-2 mRNA in peripheral blood monocytes from patients with acute myocardial infarction and modulates the early inflammatory response." Clin Chem **52**(2): 300-3.

Deng, W. G., M. A. Saunders, et al. (2002). "Purification and characterization of a cyclooxygenase-2 and angiogenesis suppressing factor produced by human fibroblasts." Faseb J **16**(10): 1286-8.

Deray, G. (2004). "[Renal and cardiovascular effects of non-steroidal anti-inflammatories and selective cox 2 inhibitors]." Presse Med **33**(7): 483-9.

Dey, A., C. Maric, et al. (2004). "Rofecoxib decreases renal injury in obese Zucker rats." Clin Sci (Lond) **107**(6): 561-70.

Dial, E. J., J. R. Doyen, et al. (2006). "Phosphatidylcholine-associated nonsteroidal anti-inflammatory drugs (NSAIDs) inhibit DNA synthesis and the growth of colon cancer cells in vitro." Cancer Chemother Pharmacol **57**(3): 295-300.

Diaz-Cruz, E. S. and R. W. Brueggemeier (2006). "Interrelationships between cyclooxygenases and aromatase: unraveling the relevance of cyclooxygenase inhibitors in breast cancer." Anticancer Agents Med Chem **6**(3): 221-32.

Dicker, A. P., T. L. Williams, et al. (2001). "Targeting angiogenic processes by combination rofecoxib and ionizing radiation." Am J Clin Oncol **24**(5): 438-42.

Ding, H., C. Han, et al. (2005). "Celecoxib derivatives induce apoptosis via the disruption of mitochondrial membrane potential and activation of caspase 9." Int J Cancer **113**(5): 803-10.

Dionne, R. (1999). "COX-2 inhibitors--IBC conference. 12-13 April 1999, Coronado, CA, USA." IDrugs **2**(7): 664-6.

Dogne, J. M., J. Hanson, et al. (2006). "Coxibs and cardiovascular side-effects: from light to shadow." Curr Pharm Des **12**(8): 971-5.

M007C1677I

Domoki, F., K. Nagy, et al. (2005). "Selective inhibitors differentially affect cyclooxygenase-dependent pial arteriolar responses in newborn pigs." Pediatr Res **57**(6): 853-7.

Dongari-Bagtzoglou, A. I., U. Thienel, et al. (2003). "CD40 ligation triggers COX-2 expression in endothelial cells: evidence that CD40-mediated IL-6 synthesis is COX-2-dependent." Inflamm Res **52**(1): 18-25.

Dormond, O., A. Foletti, et al. (2001). "NSAIDs inhibit alpha V beta 3 integrin-mediated and Cdc42/Rac-dependent endothelial-cell spreading, migration and angiogenesis." Nat Med **7**(9): 1041-7.

Dormond, O. and C. Ruegg (2003). "Regulation of endothelial cell integrin function and angiogenesis by COX-2, cAMP and Protein Kinase A." Thromb Haemost **90**(4): 577-85.

Dowd, N. P., M. Scully, et al. (2001). "Inhibition of cyclooxygenase-2 aggravates doxorubicin-mediated cardiac injury in vivo." J Clin Invest **108**(4): 585-90.

Drazen, J. M. (2005). "COX-2 inhibitors--a lesson in unexpected problems." N Engl J Med **352**(11): 1131-2.

Dubey, K., D. K. Balani, et al. (2005). "Adverse interactions of rofecoxib with lisinopril in spontaneously hypertensive rats." Clin Toxicol (Phila) **43**(5): 361-73.

Dunder, K., L. Lind, et al. (2004). "Cardiovascular risk factors for stable angina pectoris versus unheralded myocardial infarction." Am Heart J **147**(3): 502-8.

Egan, K. M., J. A. Lawson, et al. (2004). "COX-2-derived prostacyclin confers atheroprotection on female mice." Science **306**(5703): 1954-7.

Egan, K. M., M. Wang, et al. (2005). "Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism." Circulation **111**(3): 334-42.

Eibl, G., D. Bruemmer, et al. (2003). "PGE(2) is generated by specific COX-2 activity and increases VEGF production in COX-2-expressing human pancreatic cancer cells." Biochem Biophys Res Commun **306**(4): 887-97.

Eisenberg, R. S. (2005). "The problem of new uses." Yale J Health Policy Law Ethics **5**(2): 717-39.

Eligini, S., A. Habib, et al. (2001). "Induction of cyclo-oxygenase-2 in human endothelial cells by SIN-1 in the absence of prostaglandin production." Br J Pharmacol **133**(7): 1163-71.

Epstein, M. (2001). "Cardiovascular and renal effects of COX-2-specific inhibitors: recent insights and evolving clinical implications." Am J Ther **8**(2): 81-3.

Escudero, I., J. Martinez-Gonzalez, et al. (2003). "Experimental and interventional dietary study in humans on the role of HDL fatty acid composition in PGI2 release and Cox-2 expression by VSMC." Eur J Clin Invest **33**(9): 779-86.

Evans, M., Y. Berhane, et al. (2004). "Chylomicron-remnant-like particles modify production of vasoactive mediators by endothelial cells." Biochem Soc Trans **32**(Pt 1): 110-2.

Evensen, S., O. Spigset, et al. (2005). "[COX-2 inhibitors--one step forward and two steps back]." Tidsskr Nor Laegeforen **125**(7): 875-8.

Everts, B., P. Wahrborg, et al. (2000). "COX-2-Specific inhibitors--the emergence of a new class of analgesic and anti-inflammatory drugs." Clin Rheumatol **19**(5): 331-43.

M007C16772

Fabi, F., R. Calabrese, et al. (2001). "Nitric oxide (NO) modulation of PAF-induced cardiopulmonary action: interaction between NO synthase and cyclo-oxygenase-2 pathways." Br J Pharmacol **134**(4): 777-88.

Fackovcova, D., R. Vojtko, et al. (2004). "The effect of meloxicam and deendothelisation on vascular responses in the rabbit renal and ear arteries." Bratisl Lek Listy **105**(1): 3-7.

Fajardo, M. and P. E. Di Cesare (2005). "Disease-modifying therapies for osteoarthritis : current status." Drugs Aging **22**(2): 141-61.

Farkouh, M. E., H. Kirshner, et al. (2004). "Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial." Lancet **364**(9435): 675-84.

Fauler, J. (2005). "[Undesired effects of NSAIDS and coxibs]." MMW Fortschr Med **147**(31-32): 31-5.

Ferrandina, G., F. O. Ranelletti, et al. (2003). "Celecoxib modulates the expression of cyclooxygenase-2, ki67, apoptosis-related marker, and microvessel density in human cervical cancer: a pilot study." Clin Cancer Res **9**(12): 4324-31.

Fetalvero, K. M., M. Shyu, et al. (2006). "The prostacyclin receptor induces human vascular smooth muscle cell differentiation via the protein kinase A pathway." Am J Physiol Heart Circ Physiol **290**(4): H1337-46.

Fife, R. S., B. Stott, et al. (2004). "Effects of a selective cyclooxygenase-2 inhibitor on cancer cells in vitro." Cancer Biol Ther **3**(2): 228-32.

Fike, C. D., M. R. Kaplowitz, et al. (2003). "Arachidonic acid metabolites and an early stage of pulmonary hypertension in chronically hypoxic newborn pigs." Am J Physiol Lung Cell Mol Physiol **284**(2): L316-23.

Fine, P. G. (2002). "The role of rofecoxib, a cyclooxygenase-2-specific inhibitor, for the treatment of non-cancer pain: a review." J Pain **3**(4): 272-83.

Fiorucci, S. and E. Antonelli (2006). "NO-NSAIDs: From Inflammatory Mediators to Clinical Readouts." Inflamm Allergy Drug Targets **5**(2): 121-31.

Fiorucci, S., A. Di Lorenzo, et al. (2004). "Nitric oxide (NO)-releasing naproxen (HCT-3012 [(S)-6-methoxy-alpha-methyl-2-naphthaleneacetic Acid 4-(nitrooxy)butyl ester]) interactions with aspirin in gastric mucosa of arthritic rats reveal a role for aspirin-triggered lipoxin, prostaglandins, and NO in gastric protection." J Pharmacol Exp Ther **311**(3): 1264-71.

Fiorucci, S., E. Distrutti, et al. (2003). "Evidence that 5-lipoxygenase and acetylated cyclooxygenase 2-derived eicosanoids regulate leukocyte-endothelial adherence in response to aspirin." Br J Pharmacol **139**(7): 1351-9.

Fiorucci, S., E. Distrutti, et al. (2004). "Cooperation between aspirin-triggered lipoxin and nitric oxide (NO) mediates antiadhesive properties of 2-(Acetyloxy)benzoic acid 3-(nitrooxymethyl)phenyl ester (NCX-4016) (NO-aspirin) on neutrophil-endothelial cell adherence." J Pharmacol Exp Ther **309**(3): 1174-82.

Fischer, L. G., M. W. Hollmann, et al. (2000). "Cyclooxygenase inhibitors attenuate bradykinin-induced vasoconstriction in septic isolated rat lungs." Anesth Analg **90**(3): 625-31.

M007C16773

Fischer, L. M., R. G. Schlienger, et al. (2004). "Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction." Arch Intern Med **164**(22): 2472-6.

FitzGerald, G. A. (2002). "Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations." Am J Cardiol **89**(6A): 26D-32D.

FitzGerald, G. A. (2002). "Nonsteroidal anti-inflammatory drugs, coxibs, and cardio-renal physiology: a mechanism-based approach." Am J Cardiol **89**(6A): 1D-2D.

FitzGerald, G. A. (2003). "COX-2 and beyond: Approaches to prostaglandin inhibition in human disease." Nat Rev Drug Discov **2**(11): 879-90.

Fitzgerald, G. A. (2004). "Coxibs and cardiovascular disease." N Engl J Med **351**(17): 1709-11.

FitzGerald, G. A., S. Austin, et al. (2000). "Cyclo-oxygenase products and atherothrombosis." Ann Med **32 Suppl 1**: 21-6.

FitzGerald, G. A., Y. Cheng, et al. (2001). "COX-2 inhibitors and the cardiovascular system." Clin Exp Rheumatol **19**(6 Suppl 25): S31-6.

FitzGerald, G. A., J. A. Oates, et al. (1983). "Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man." J Clin Invest **71**(3): 676-88.

FitzGerald, G. A. and C. Patrono (2001). "The coxibs, selective inhibitors of cyclooxygenase-2." N Engl J Med **345**(6): 433-42.

FitzGerald, G. A., B. Smith, et al. (1984). "Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation." N Engl J Med **310**(17): 1065-8.

Flattery, M. P. and L. A. Hylton Gravatt (2005). "COX-2 inhibitors and cardiovascular risk." Prog Cardiovasc Nurs **20**(3): 123-5.

Fleming, M. (2001). "Cardiovascular events and COX-2 inhibitors." Jama **286**(22): 2808; author reply 2811-2.

Florentinus, S. R., E. R. Heerdink, et al. (2005). "The trade-off between cardiovascular and gastrointestinal effects of rofecoxib." Pharmacoepidemiol Drug Saf **14**(7): 437-41.

Fosslien, E. (2005). "Cardiovascular complications of non-steroidal anti-inflammatory drugs." Ann Clin Lab Sci **35**(4): 347-85.

Fowles, R. E. (2003). "Potential cardiovascular effects of COX-2 selective nonsteroidal antiinflammatory drugs." J Pain Palliat Care Pharmacother **17**(2): 27-50.

Francois, H., K. Athirakul, et al. (2005). "Prostacyclin protects against elevated blood pressure and cardiac fibrosis." Cell Metab **2**(3): 201-7.

Frankish, H. (2002). "Why do COX-2 inhibitors increase risk of cardiovascular events?" Lancet **359**(9315): 1410.

Fredy, J., D. A. Diggins, Jr., et al. (2005). "Blood pressure in Native Americans switched from celecoxib to rofecoxib." Ann Pharmacother **39**(5): 797-802.

Frelinger, A. L., 3rd, M. I. Furman, et al. (2003). "Combined effects of mild hypothermia and glycoprotein IIb/IIIa antagonists on platelet-platelet and leukocyte-platelet aggregation." Am J Cardiol **92**(9): 1099-101.

M007C16774

Frelinger, A. L., 3rd, M. I. Furman, et al. (2001). "Dissociation of glycoprotein IIb/IIIa antagonists from platelets does not result in fibrinogen binding or platelet aggregation." Circulation **104**(12): 1374-9.

Frelinger, A. L., 3rd, M. I. Furman, et al. (2006). "Residual arachidonic acid-induced platelet activation via an adenosine diphosphate-dependent but cyclooxygenase-1- and cyclooxygenase-2-independent pathway: a 700-patient study of aspirin resistance." Circulation **113**(25): 2888-96.

Fries, S. and T. Grosser (2005). "The cardiovascularpharmacology of COX-2 inhibition." Hematology (Am Soc Hematol Educ Program): 445-51.

Fries, S., T. Grosser, et al. (2006). "Marked interindividual variability in the response to selective inhibitors of cyclooxygenase-2." Gastroenterology **130**(1): 55-64.

Fujimura, T., T. Ohta, et al. (2006). "Role of cyclooxygenase-2 in the carcinogenesis of gastrointestinal tract cancers: a review and report of personal experience." World J Gastroenterol **12**(9): 1336-45.

Fujiwara, N., A. Okado, et al. (1996). "Quinazoline derivatives suppress nitric oxide production by macrophages through inhibition of NOS II gene expression." FEBS Lett **395**(2-3): 299-303.

Furman, M. I., M. R. Barnard, et al. (2001). "Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction." J Am Coll Cardiol **38**(4): 1002-6.

Furman, M. I., S. E. Benoit, et al. (1998). "Increased platelet reactivity and circulating monocyte-platelet aggregates in patients with stable coronary artery disease." J Am Coll Cardiol **31**(2): 352-8.

Furman, M. I., A. L. Frelinger, 3rd, et al. (2004). "GPIIb/IIIa inhibitor-induced dethrombosis." J Thromb Thrombolysis **18**(1): 11-7.

Furman, M. I., I. A. Frelinger, et al. (2000). "Antithrombotic therapy in the cardiac catheterization laboratory: focus on antiplatelet agents." Curr Cardiol Rep **2**(5): 386-94.

Furman, M. I., D. J. Kereiakes, et al. (2003). "Quantification of abciximab-induced platelet inhibition is assay dependent: a comparative study in patients undergoing percutaneous coronary intervention." Am Heart J **145**(2): e6.

Furman, M. I., D. J. Kereiakes, et al. (2001). "Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface glycoprotein IIIa after percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab." Am Heart J **142**(5): 790-8.

Furman, M. I., L. A. Krueger, et al. (2000). "GPIIb-IIIa antagonist-induced reduction in platelet surface factor V/Va binding and phosphatidylserine expression in whole blood." Thromb Haemost **84**(3): 492-8.

Furman, M. I., L. A. Krueger, et al. (2004). "Release of soluble CD40L from platelets is regulated by glycoprotein IIb/IIIa and actin polymerization." J Am Coll Cardiol **43**(12): 2319-25.

Furman, M. I., L. A. Krueger, et al. (2005). "GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention." J Thromb Haemost **3**(2): 312-20.

M007C16775

Furman, M. I., L. Liu, et al. (1998). "The cleaved peptide of the thrombin receptor is a strong platelet agonist." Proc Natl Acad Sci U S A **95**(6): 3082-7.
Furman, M. I., P. Nurden, et al. (2000). "The cleaved peptide of PAR1 results in a redistribution of the platelet surface GPIb-IX-V complex to the surface-connected canalicular system." Thromb Haemost **84**(5): 897-903.
Fuster, V., P. R. Moreno, et al. (2005). "Atherothrombosis and high-risk plaque: part I: evolving concepts." J Am Coll Cardiol **46**(6): 937-54.
Gaddi, A., A. F. Cicero, et al. (2004). "Clinical perspectives of anti-inflammatory therapy in the elderly: the lipoxigenase (LOX)/cycloxigenase (COX) inhibition concept." Arch Gerontol Geriatr **38**(3): 201-12.
Gajraj, N. M. and G. P. Joshi (2005). "Role of cyclooxygenase-2 inhibitors in postoperative pain management." Anesthesiol Clin North America **23**(1): 49-72.
Galesic, K., J. Morovic-Vergles, et al. (2005). "[Nonsteroidal antirheumatics and the kidney]." Reumatizam **52**(2): 61-6.
Ganswindt, U., W. Budach, et al. (2006). "Combination of celecoxib with percutaneous radiotherapy in patients with localised prostate cancer - a phase I study." Radiat Oncol **1**(1): 9.
Garcia Rodriguez, L. A. (2001). "The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data." Clin Exp Rheumatol **19**(6 Suppl 25): S41-4.
Garcia Rodriguez, L. A. and S. Hernandez-Diaz (2003). "Nonsteroidal antiinflammatory drugs as a trigger of clinical heart failure." Epidemiology **14**(2): 240-6.
Garlichs, C. D., T. Geis, et al. (2002). "Induction of cyclooxygenase-2 and enhanced release of prostaglandin E(2) and I(2) in human endothelial cells by engagement of CD40." Atherosclerosis **163**(1): 9-16.
Gately, S. (2000). "The contributions of cyclooxygenase-2 to tumor angiogenesis." Cancer Metastasis Rev **19**(1-2): 19-27.
Gaziano, J. M. and C. M. Gibson (2006). "Potential for drug-drug interactions in patients taking analgesics for mild-to-moderate pain and low-dose aspirin for cardioprotection." Am J Cardiol **97**(9A): 23-9.
Gaziano, J. M., J. E. Manson, et al. (2005). Primary and Secondary Prevention of Coronary Heart Disease. Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine. D. P. Zipes, P. Libby, R. O. Bonow and E. Braunwald. Philadelphia, Elsevier Saunders: 1057-84.
GBombardier, C. (2002). "An evidence-based evaluation of the gastrointestinal safety of coxibs." Am J Cardiol **89**(6A): 3D-9D.
Gebhard, H. H., S. P. Zysk, et al. (2005). "The effects of Celecoxib on inflammation and synovial microcirculation in murine antigen-induced arthritis." Clin Exp Rheumatol **23**(1): 63-70.
Ghanam, K., C. Lavagna, et al. (2000). "Involvement of cyclooxygenase 2 in the protective effect of 17beta-estradiol on hypercholesterolemic rabbit aorta." Biochem Biophys Res Commun **275**(2): 696-703.
Giannico, G., M. Mendez, et al. (2005). "Regulation of the membrane-localized prostaglandin E synthases mPGES-1 and mPGES-2 in cardiac myocytes and fibroblasts." Am J Physiol Heart Circ Physiol **288**(1): H165-74.

M007C16776

Giannitsis, E. (2005). "Rationale for testing the cardiovascular risk for patients with COX-2 inhibitors on the basis of biomarker NT-proBNP." Clin Lab **51**(1-2): 63-83.
Gierckský, K. E., U. Haglund, et al. (2000). "Selective inhibitors of COX-2--are they safe for the stomach?" Scand J Gastroenterol **35**(11): 1121-4.
Gierer, P., T. Mittlmeier, et al. (2005). "Selective cyclooxygenase-2 inhibition reverses microcirculatory and inflammatory sequelae of closed soft-tissue trauma in an animal model." J Bone Joint Surg Am **87**(1): 153-60.
Gislason, G. H., S. Jacobsen, et al. (2006). "Risk of Death or Reinfarction Associated With the Use of Selective Cyclooxygenase-2 Inhibitors and Nonselective Nonsteroidal Antiinflammatory Drugs After Acute Myocardial Infarction." Circulation %R 10.1161/CIRCULATIONAHA.106.616219: CIRCULATIONAHA.106.616219.
Giuliano, F., J. A. Mitchell, et al. (2001). "Sodium salicylate inhibits prostaglandin formation without affecting the induction of cyclooxygenase-2 by bacterial lipopolysaccharide in vivo." J Pharmacol Exp Ther **299**(3): 894-900.
Goldstein, J. L. (2004). "Challenges in managing NSAID-associated gastrointestinal tract injury." Digestion **69 Suppl 1**: 25-33.
Goldstein, J. L., G. M. Eisen, et al. (2005). "Video capsule endoscopy to prospectively assess small bowel injury with celecoxib, naproxen plus omeprazole, and placebo." Clin Gastroenterol Hepatol **3**(2): 133-41.
Gong, N., H. Wei, et al. (2004). "Lactosylceramide recruits PKCalpha/epsilon and phospholipase A2 to stimulate PECAM-1 expression in human monocytes and adhesion to endothelial cells." Proc Natl Acad Sci U S A **101**(17): 6490-5.
Goodnight, S. H. (1996). "Aspirin therapy for cardiovascular disease." Curr Opin Hematol **3**(5): 355-60.
Goss, P. E. (2003). "Breast cancer prevention--clinical trials strategies involving aromatase inhibitors." J Steroid Biochem Mol Biol **86**(3-5): 487-93.
Graham, D. J., D. Campen, et al. (2005). "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study." Lancet **365**(9458): 475-81.
Graham, G. G., R. I. Graham, et al. (2002). "Comparative analgesia, cardiovascular and renal effects of celecoxib, rofecoxib and acetaminophen (paracetamol)." Curr Pharm Des **8**(12): 1063-75.
Grandel, U., L. Fink, et al. (2000). "Endotoxin-induced myocardial tumor necrosis factor-alpha synthesis depresses contractility of isolated rat hearts: evidence for a role of sphingosine and cyclooxygenase-2-derived thromboxane production." Circulation **102**(22): 2758-64.
Grant, K. D. (2001). "Cardiovascular events and COX-2 inhibitors." Jama **286**(22): 2809; author reply 2811-2.
Graupera, M., J. C. Garcia-Pagan, et al. (2003). "Cyclooxygenase-derived products modulate the increased intrahepatic resistance of cirrhotic rat livers." Hepatology **37**(1): 172-81.
Graupera, M., J. C. Garcia-Pagan, et al. (2003). "Cyclooxygenase-1 inhibition corrects endothelial dysfunction in cirrhotic rat livers." J Hepatol **39**(4): 515-21.

M007C16777

Greenberg, J. D., C. O. Bingham, 3rd, et al. (2005). "Effect of cardiovascular comorbidities and concomitant aspirin use on selection of cyclooxygenase inhibitor among rheumatologists." Arthritis Rheum **53**(1): 12-7.

Groom, K. M., A. H. Shennan, et al. (2005). "TOCOX--a randomised, double-blind, placebo-controlled trial of rofecoxib (a COX-2-specific prostaglandin inhibitor) for the prevention of preterm delivery in women at high risk." Bjog **112**(6): 725-30.

Grosser, T., S. Fries, et al. (2006). "Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities." J Clin Invest **116**(1): 4-15.

Grover, S. A., L. Coupal, et al. (2005). "Treating osteoarthritis with cyclooxygenase-2-specific inhibitors: what are the benefits of avoiding blood pressure destabilization?" Hypertension **45**(1): 92-7.

Gryglewski, R. J., S. Chlopicki, et al. (2005). "In vivo endothelial interaction between ACE and COX inhibitors." Prostaglandins Leukot Essent Fatty Acids **72**(2): 129-31.

Gryglewski, R. J., S. Chlopicki, et al. (2001). "Significance of endothelial prostacyclin and nitric oxide in peripheral and pulmonary circulation." Med Sci Monit **7**(1): 1-16.

Gryglewski, R. J., W. Uracz, et al. (2002). "Bradykinin as a major endogenous regulator of endothelial function." Pediatr Pathol Mol Med **21**(3): 279-90.

Guex-Crosier, Y. (2001). "[Non-steroidal anti-inflammatory drugs and ocular inflammation]." Klin Monatsbl Augenheilkd **218**(5): 305-8.

Guo, Y., W. Bao, et al. (2000). "Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice." Basic Res Cardiol **95**(6): 479-84.

Gutthann, S. P., L. A. Garcia Rodriguez, et al. (1997). "Individual nonsteroidal antiinflammatory drugs and other risk factors for upper gastrointestinal bleeding and perforation." Epidemiology **8**(1): 18-24.

Habib, A., M. E. Martinuzzo, et al. (1995). "Increased expression of inducible cyclooxygenase-2 in human endothelial cells by antiphospholipid antibodies." Thromb Haemost **74**(2): 770-7.

Haider, A., I. Lee, et al. (2003). "Dual functionality of cyclooxygenase-2 as a regulator of tumor necrosis factor-mediated G1 shortening and nitric oxide-mediated inhibition of vascular smooth muscle cell proliferation." Circulation **108**(8): 1015-21.

Hainsworth, T. (2005). "The practice implications of cardiovascular risks in NSAIDs." Nurs Times **101**(26): 26-7.

Haldey, E. J. and M. Pappagallo (2001). "Cardiovascular events and COX-2 inhibitors." Jama **286**(22): 2809-10; author reply 2811-2.

Hankey, G. J. and J. W. Eikelboom (2003). "Cyclooxygenase-2 inhibitors: are they really atherothrombotic, and if not, why not?" Stroke **34**(11): 2736-40.

Hardy, P., M. Bhattacharya, et al. (1998). "Increases in retinovascular prostaglandin receptor functions by cyclooxygenase-1 and -2 inhibition." Invest Ophthalmol Vis Sci **39**(10): 1888-98.

M007C16778

Harley, C. and S. Wagner (2003). "The prevalence of cardiorenal risk factors in patients prescribed nonsteroidal anti-inflammatory drugs: data from managed care." Clin Ther **25**(1): 139-49.

Harris, R. C. and M. D. Breyer (2006). "Update on Cyclooxygenase-2 Inhibitors." Clin J Am Soc Nephrol **1**(2): 236-245.

Harris, R. R., L. Black, et al. (2004). "ABT-963 [2-(3,4-difluoro-phenyl)-4-(3-hydroxy-3-methyl-butoxy)-5-(4-methanesulfonyl-phenyl)-2H-pyridazin-3-one], a highly potent and selective disubstituted pyridazinone cyclooxgenase-2 inhibitor." J Pharmacol Exp Ther **311**(3): 904-12.

Harrison, A. (2005). "COX-2 inhibitors--second, do some good." N Z Med J **118**(1212): U1395.

Harrison-Woolrych, M., P. Herbison, et al. (2005). "Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib: interim results from the New Zealand Intensive Medicines Monitoring Programme." Drug Saf **28**(5): 435-42.

Hashimoto, T., M. Kihara, et al. (2003). "Lipoxygenase products regulate nitric oxide and inducible nitric oxide synthase production in interleukin-1beta stimulated vascular smooth muscle cells." Hypertens Res **26**(2): 177-84.

Hatazawa, R., R. Ohno, et al. (2006). "Roles of Endogenous Prostaglandins and Cyclooxygenase Isozymes in Healing of Indomethacin-Induced Small Intestinal Lesions in Rats." J Pharmacol Exp Ther.

Hatmi, M., M. M. Samama, et al. (2006). "[Prevention of thrombosis and vascular inflammation: importance of combined cyclooxygenase and 5-lipoxygenase inhibitors]." J Mal Vasc **31**(1): 4-9.

Hauser, B., G. Froba, et al. (2005). "Effects of intrarenal administration of the cox-2 inhibitor parecoxib during porcine suprarenal aortic cross-clamping." Shock **24**(5): 476-81.

Hawkey, C. J., G. M. Hawkey, et al. (2006). "Increased risk of myocardial infarction as first manifestation of ischaemic heart disease and nonselective nonsteroidal anti-inflammatory drugs." Br J Clin Pharmacol **61**(6): 730-7.

Hawkey, C. J. and M. M. Skelly (2002). "Gastrointestinal safety of selective COX-2 inhibitors." Curr Pharm Des **8**(12): 1077-89.

Hedner, T. and A. Himmelmann (2004). "Cardiovascular complications of COX2 selective inhibitors cause considerable concern." Blood Press **13**(5): 260-1.

Heindl, B. and B. F. Becker (2001). "Aspirin, but not the more selective cyclooxygenase (COX)-2 inhibitors meloxicam and SC 58125, aggravates postischaemic cardiac dysfunction, independent of COX function." Naunyn Schmiedebergs Arch Pharmacol **363**(2): 233-40.

Helin-Salmivaara, A., A. Virtanen, et al. (2006). "NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control study from Finland." Eur Heart J.

Hennan, J. K., J. Huang, et al. (2001). "Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries." Circulation **104**(7): 820-5.

Henrion, D., E. Dechaux, et al. (1997). "Alteration of flow-induced dilatation in mesenteric resistance arteries of L-NAME treated rats and its partial association with induction of cyclo-oxygenase-2." Br J Pharmacol **121**(1): 83-90.

Herdegen, T. and J. Fauler (2006). "[Drug safety of NSAIDs and COX-2 inhibitors]." Med Monatsschr Pharm **29**(4): 122-8.

Hermann, M., G. Camici, et al. (2003). "Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension." Circulation **108**(19): 2308-11.

Hermann, M., F. Enseleit, et al. (2005). "Anti-inflammatory strategies in hypertension: focus on COX-1 and COX-2." Curr Hypertens Rep **7**(1): 52-60.

Hermann, M., S. Shaw, et al. (2005). "Selective COX-2 inhibitors and renal injury in salt-sensitive hypertension." Hypertension **45**(2): 193-7.

Hermenegildo, C., P. J. Oviedo, et al. (2006). "Cyclooxygenases regulation by estradiol on endothelium." Curr Pharm Des **12**(2): 205-15.

Hermenegildo, C., P. J. Oviedo, et al. (2005). "Progestogens stimulate prostacyclin production by human endothelial cells." Hum Reprod **20**(6): 1554-61.

Hernandez, G. L., O. V. Volpert, et al. (2001). "Selective inhibition of vascular endothelial growth factor-mediated angiogenesis by cyclosporin A: roles of the nuclear factor of activated T cells and cyclooxygenase 2." J Exp Med **193**(5): 607-20.

Hernandez, M. R., R. Tonda, et al. (2004). "Evaluation of effects of rofecoxib on platelet function in an in vitro model of thrombosis with circulating human blood." Eur J Clin Invest **34**(4): 297-302.

Hernandez-Presa, M. A., J. L. Martin-Ventura, et al. (2002). "Atorvastatin reduces the expression of cyclooxygenase-2 in a rabbit model of atherosclerosis and in cultured vascular smooth muscle cells." Atherosclerosis **160**(1): 49-58.

Hernanz, R., M. J. Alonso, et al. (2003). "Mechanisms involved in the early increase of serotonin contraction evoked by endotoxin in rat middle cerebral arteries." Br J Pharmacol **140**(4): 671-80.

Hernanz, R., A. M. Briones, et al. (2004). "Hypertension alters role of iNOS, COX-2, and oxidative stress in bradykinin relaxation impairment after LPS in rat cerebral arteries." Am J Physiol Heart Circ Physiol **287**(1): H225-34.

Hersh, E. V., E. T. Lally, et al. (2005). "Update on cyclooxygenase inhibitors: has a third COX isoform entered the fray?" Curr Med Res Opin **21**(8): 1217-26.

Hesser, B. A., X. H. Liang, et al. (2004). "Down syndrome critical region protein 1 (DSCR1), a novel VEGF target gene that regulates expression of inflammatory markers on activated endothelial cells." Blood **104**(1): 149-58.

Hinz, B., H. Dormann, et al. (2006). "More pronounced inhibition of cyclooxygenase 2, increase in blood pressure, and reduction of heart rate by treatment with diclofenac compared with celecoxib and rofecoxib." Arthritis Rheum **54**(1): 282-91.

Hippisley-Cox, J. and C. Coupland (2005). "Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis." Bmj **330**(7504): 1366.

M007C16780

Hiraga, T., A. Myoui, et al. (2006). "Stimulation of cyclooxygenase-2 expression by bone-derived transforming growth factor-beta enhances bone metastases in breast cancer." Cancer Res **66**(4): 2067-73.
Hirai, K., Y. Ezumi, et al. (1999). "Comparative study of vanadate- and phorbol ester-induced cyclo-oxygenase-2 expression in human endothelial cells." Thromb Haemost **82**(5): 1545-52.
Hirai, K., H. Takayama, et al. (1997). "Protein-tyrosine-kinase-dependent expression of cyclo-oxygenase-1 and -2 mRNAs in human endothelial cells." Biochem J **322 ( Pt 2)**: 373-7.
Hiratsuka, T., S. Futagami, et al. (2005). "COX-1 and COX-2 conversely promote and suppress ischemia-reperfusion gastric injury in mice." Scand J Gastroenterol **40**(8): 903-13.
Hla, T. and K. Neilson (1992). "Human Cyclooxygenase-2 cDNA." PNAS %R 10.1073 pnas.89.16.7384 **89**(16): 7384-7388.
Ho, L., W. Qin, et al. (2006). "Is there a future for cyclo-oxygenase inhibitors in Alzheimer's disease?" CNS Drugs **20**(2): 85-98.
Hochberg, M. C. (2001). "What have we learned from the large outcomes trials of COX-2 selective inhibitors? The rheumatologist's perspective." Clin Exp Rheumatol **19**(6 Suppl 25): S15-22.
Hochberg, M. C. (2003). "COX-2: Where are we in 2003? - Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients." Arthritis Res Ther **5**(1): 28-31.
Hocherl, K., F. Dreher, et al. (2002). "Cyclooxygenase-2 inhibition attenuates lipopolysaccharide-induced cardiovascular failure." Hypertension **40**(6): 947-53.
Hochman, J. S. and N. R. Shah (2006). "What Price Pain Relief?" Circulation **113**(25): 2868-2870.
Hooper, L., T. J. Brown, et al. (2004). "The effectiveness of five strategies for the prevention of gastrointestinal toxicity induced by non-steroidal anti-inflammatory drugs: systematic review." Bmj **329**(7472): 948.
Hosoya, T., A. Maruyama, et al. (2005). "Differential responses of the Nrf2-Keap1 system to laminar and oscillatory shear stresses in endothelial cells." J Biol Chem **280**(29): 27244-50.
Howard, B. C., C. M. Kovac, et al. (2003). "The effects of a cyclo-oxygenase II inhibitor on placental artery production of thromboxane and prostacyclin." Am J Obstet Gynecol **189**(3): 835-8.
Howard, P. A. and P. Delafontaine (2004). "Nonsteroidal anti-Inflammatory drugs and cardiovascular risk." J Am Coll Cardiol **43**(4): 519-25.
Howes, L. G. and H. Krum (2002). "Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link?" Drug Saf **25**(12): 829-35.
Hu, Z. W., R. Kerb, et al. (2002). "Angiotensin II increases expression of cyclooxygenase-2: implications for the function of vascular smooth muscle cells." J Pharmacol Exp Ther **303**(2): 563-73.
Huber, M. A. and G. T. Terezhalmy (2006). "The use of COX-2 inhibitors for acute dental pain: A second look." J Am Dent Assoc **137**(4): 480-7.

M007C16781

Hubert, H. B., M. Feinleib, et al. (1983). "Obesity as an independent risk factor for cardiovascular disease: a 26-year follow-up of participants in the Framingham Heart Study." Circulation **67**(5): 968-77.

Hughes-Fulford, M., R. R. Tjandrawinata, et al. (2005). "Arachidonic acid, an omega-6 fatty acid, induces cytoplasmic phospholipase A2 in prostate carcinoma cells." Carcinogenesis **26**(9): 1520-6.

Hull, M. A. (2005). "Cyclooxygenase-2: how good is it as a target for cancer chemoprevention?" Eur J Cancer **41**(13): 1854-63.

Hull, M. A., J. L. Thomson, et al. (1999). "Expression of cyclooxygenase 1 and 2 by human gastric endothelial cells." Gut **45**(4): 529-36.

Hur, C., A. T. Chan, et al. (2006). "Coxibs Versus Combination NSAID and PPI Therapy for Chronic Pain: An Exploration of the Risks, Benefits, and Costs (June)." Ann Pharmacother.

Ialenti, A., A. Ianaro, et al. (2001). "Role of nuclear factor-kappaB in a rat model of vascular injury." Naunyn Schmiedebergs Arch Pharmacol **364**(4): 343-50.

Ibuki, T., K. Matsumura, et al. (2003). "Cyclooxygenase-2 is induced in the endothelial cells throughout the central nervous system during carrageenan-induced hind paw inflammation; its possible role in hyperalgesia." J Neurochem **86**(2): 318-28.

Ichihara, A., J. D. Imig, et al. (1998). "Cyclooxygenase-2 participates in tubular flow-dependent afferent arteriolar tone: interaction with neuronal NOS." Am J Physiol **275**(4 Pt 2): F605-12.

Imig, J. D. (2000). "Eicosanoid regulation of the renal vasculature." Am J Physiol Renal Physiol **279**(6): F965-81.

Inoue, H., K. Umesono, et al. (1999). "Glucocorticoid-mediated suppression of the promoter activity of the cyclooxygenase-2 gene is modulated by expression of its receptor in vascular endothelial cells." Biochem Biophys Res Commun **254**(2): 292-8.

Isakson, P. C. (2003). "Pharmacology of COX-2 inhibitors." Prog Exp Tumor Res **37**: 25-51.

Ito, Y., H. Katagiri, et al. (2003). "Effects of selective cyclooxygenase inhibitors on ischemia/reperfusion-induced hepatic microcirculatory dysfunction in mice." Eur Surg Res **35**(5): 408-16.

Jachak, S. M. (2006). "Cyclooxygenase inhibitory natural products: current status." Curr Med Chem **13**(6): 659-78.

Jackson, G., R. C. Rosen, et al. (2006). "The second Princeton consensus on sexual dysfunction and cardiac risk: new guidelines for sexual medicine." J Sex Med **3**(1): 28-36; discussion 36.

Jacobus, S., S. Schneeweiss, et al. (2004). "Exposure misclassification as a result of free sample drug utilization in automated claims databases and its effect on a pharmacoepidemiology study of selective COX-2 inhibitors." Pharmacoepidemiol Drug Saf **13**(10): 695-702.

James, M. J. and L. G. Cleland (2004). "Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib." J Med Ethics **30**(2): 182-4.

M007C16782