James, M. W. and C. J. Hawkey (2003). "Assessment of non-steroidal anti-inflammatory drug (NSAID) damage in the human gastrointestinal tract." Br J Clin Pharmacol 56(2): 146-55.

Jerie, P. (2005). "[VIOXX written off--and what next? COX-2 inhibitors and cardiovascular diseases]." Cas Lek Cesk 144(1): 4.

Jiang, X., E. Shi, et al. (2006). "COX-2 mediates morphine-induced delayed cardioprotection via an iNOS-dependent mechanism." Life Sci 78(22): 2543-9.

Jiang, X., E. Shi, et al. (2005). "Cyclooxygenase-1 mediates the final stage of morphine-induced delayed cardioprotection in concert with cyclooxygenase-2." J Am Coll Cardiol 45(10): 1707-15.

Johnsen, S. P., H. Larsson, et al. (2005). "Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study." Arch Intern Med 165(9): 978-84.

Johnson, A. J., A. L. Hsu, et al. (2002). "The cyclo-oxygenase-2 inhibitor celecoxib perturbs intracellular calcium by inhibiting endoplasmic reticulum Ca2+-ATPases: a plausible link with its anti-tumour effect and cardiovascular risks." Biochem J 366(Pt 3): 831-7.

Jones, D. J., J. H. Lamb, et al. (2004). "Characterisation of metabolites of the putative cancer chemopreventive agent quercetin and their effect on cyclo-oxygenase activity." Br J Cancer 91(6): 1213-9.

Jones, M. K., H. Wang, et al. (1999). "Inhibition of angiogenesis by nonsteroidal anti-inflammatory drugs: insight into mechanisms and implications for cancer growth and ulcer healing." Nat Med 5(12): 1418-23.

Jones, S. C. (2005). "Relative thromboembolic risks associated with COX-2 inhibitors." Ann Pharmacother 39(7-8): 1249-59.

Jones, S. F. and I. Power (2005). "Postoperative NSAIDs and COX-2 inhibitors: cardiovascular risks and benefits." Br J Anaesth 95(3): 281-4.

Joshua, F. F., S. P. Oakley, et al. (2004). "Impact of selective cyclooxygenase-2 inhibitors on anti-ulcer medication and non-steroidal anti-inflammatory drug use in patients with rheumatic disease." Intern Med J 34(4): 153-61.

Jourdan, K. B., T. W. Evans, et al. (1999). "Autocrine function of inducible nitric oxide synthase and cyclooxygenase-2 in proliferation of human and rat pulmonary artery smooth-muscle cells: species variation." Am J Respir Cell Mol Biol 21(1): 105-10.

Joussen, A. M., V. Poulaki, et al. (2002). "Nonsteroidal anti-inflammatory drugs prevent early diabetic retinopathy via TNF-alpha suppression." Faseb J 16(3): 438-40.

Ju, W. K., K. Y. Kim, et al. (2003). "Increased activity of cyclooxygenase-2 signals early neurodegenerative events in the rat retina following transient ischemia." Exp Eye Res 77(2): 137-45.

Juni, P., L. Nartey, et al. (2004). "Risk of cardiovascular events and rofecoxib: cumulative meta-analysis." Lancet 364(9450): 2021-9.

Justice, E. and D. M. Carruthers (2005). "Cardiovascular risk and COX-2 inhibition in rheumatological practice." J Hum Hypertens 19(1): 1-5.

Kajino, H., C. Roman, et al. (2002). "Renal effects of cyclooxygenase-2 inhibition in fetal lambs." Biol Neonate 82(4): 257-62.

M007C16783

Kakiuchi, Y., S. Tsuji, et al. (2002). "Cyclooxygenase-2 activity altered the cell-surface carbohydrate antigens on colon cancer cells and enhanced liver metastasis." Cancer Res **62**(5): 1567-72.

Kang, D. H., L. Han, et al. (2005). "Uric acid causes vascular smooth muscle cell proliferation by entering cells via a functional urate transporter." Am J Nephrol **25**(5): 425-33.

Karim, S., E. Berrou, et al. (1997). "Regulatory role of prostaglandin E2 in induction of cyclo-oxygenase-2 by a thromboxane A2 analogue (U46619) and basic fibroblast growth factor in porcine aortic smooth-muscle cells." Biochem J **326 ( Pt 2)**: 593-9.

Kashfi, K. and B. Rigas (2005). "Is COX-2 a 'collateral' target in cancer prevention?" Biochem Soc Trans **33**(Pt 4): 724-7.

Kasliwal, R., D. Layton, et al. (2005). "A comparison of reported gastrointestinal and thromboembolic events between rofecoxib and celecoxib using observational data." Drug Saf **28**(9): 803-16.

Kasper, H. U., H. Wolf, et al. (2004). "Expression of inducible nitric oxide synthase and cyclooxygenase-2 in pancreatic adenocarcinoma: correlation with microvessel density." World J Gastroenterol **10**(13): 1918-22.

Katagiri, H., Y. Ito, et al. (2004). "Role of thromboxane derived from COX-1 and -2 in hepatic microcirculatory dysfunction during endotoxemia in mice." Hepatology **39**(1): 139-50.

Kaul, D. K., X. D. Liu, et al. (2004). "Effect of fetal hemoglobin on microvascular regulation in sickle transgenic-knockout mice." J Clin Invest **114**(8): 1136-45.

Kawano, T., J. Anrather, et al. (2006). "Prostaglandin E2 EP1 receptors: downstream effectors of COX-2 neurotoxicity." Nat Med **12**(2): 225-9.

Kean, W. F. and W. W. Buchanan (2005). "The use of NSAIDs in rheumatic disorders 2005: a global perspective." Inflammopharmacology **13**(4): 343-70.

Kearney, P. M., C. Baigent, et al. (2006). "Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials." Bmj **332**(7553): 1302-8.

Kehlet, H. (2006). "Risk of perioperative COX-2-inhibitor treatment: is a systematic review appropriate?" N Z Med J **119**(1228): U1836.

Khanna, D., P. P. Khanna, et al. (2005). "COX-2 controversy: where are we and where do we go from here?" Inflammopharmacology **13**(4): 395-402.

Kiemer, A. K., R. Furst, et al. (2005). "Vasoprotective actions of the atrial natriuretic peptide." Curr Med Chem Cardiovasc Hematol Agents **3**(1): 11-21.

Kimmel, S. E., J. A. Berlin, et al. (2005). "Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction." Ann Intern Med **142**(3): 157-64.

King, V. L., D. B. Trivedi, et al. (2006). "Selective Cyclooxygenase-2 Inhibition With Celecoxib Decreases Angiotensin II-Induced Abdominal Aortic Aneurysm Formation in Mice." Arterioscler Thromb Vasc Biol %R 10.1161 01.ATV.0000216119.79008.ac **26**(5): 1137-1143.

Kis, B., J. A. Snipes, et al. (2005). "Acetaminophen-sensitive prostaglandin production in rat cerebral endothelial cells." Am J Physiol Regul Integr Comp Physiol **288**(4): R897-902.

Kismet, K., M. T. Akay, et al. (2004). "Celecoxib: a potent cyclooxygenase-2 inhibitor in cancer prevention." Cancer Detect Prev 28(2): 127-42.

Klasser, G. D. and J. Epstein (2005). "Nonsteroidal anti-inflammatory drugs: confusion, controversy and dental implications." J Can Dent Assoc 71(8): 575-80.

Klumpp, G., S. Schildknecht, et al. (2005). "Prostacyclin in the cardiovascular system: new aspects and open questions." Pharmacol Rep 57 Suppl: 120-6.

Kneitz, C., H. P. Tony, et al. (2006). "[NSAIDs and COX-2-inhibitors: current status.]." Internist (Berl) 47(5): 533-540.

Knights, K. M., A. A. Mangoni, et al. (2006). "Non-selective nonsteroidal anti-inflammatory drugs and cardiovascular events: is aldosterone the silent partner in crime?" Br J Clin Pharmacol 61(6): 738-40.

Kobayashi, H., T. Gonda, et al. (2004). "JTE-522, a selective COX-2 inhibitor, interferes with the growth of lung metastases from colorectal cancer in rats due to inhibition of neovascularization: a vascular cast model study." Int J Cancer 112(6): 920-6.

Kobayashi, T., Y. Tahara, et al. (2004). "Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice." J Clin Invest 114(6): 784-94.

Kodani, E., Y. T. Xuan, et al. (2002). "Delta-opioid receptor-induced late preconditioning is mediated by cyclooxygenase-2 in conscious rabbits." Am J Physiol Heart Circ Physiol 283(5): H1943-57.

Kohlstedt, K., R. Busse, et al. (2005). "Signaling via the angiotensin-converting enzyme enhances the expression of cyclooxygenase-2 in endothelial cells." Hypertension 45(1): 126-32.

Komers, R., S. Anderson, et al. (2001). "Renal and cardiovascular effects of selective cyclooxygenase-2 inhibitors." Am J Kidney Dis 38(6): 1145-57.

Konsman, J. P., S. Vigues, et al. (2004). "Rat brain vascular distribution of interleukin-1 type-1 receptor immunoreactivity: relationship to patterns of inducible cyclooxygenase expression by peripheral inflammatory stimuli." J Comp Neurol 472(1): 113-29.

Konstam, M. A. and L. A. Demopoulos (2001). "Cardiovascular events and COX-2 inhibitors." Jama 286(22): 2809; author reply 2811-2.

Konstam, M. A. and M. R. Weir (2002). "Current perspective on the cardiovascular effects of coxibs." Cleve Clin J Med 69 Suppl 1: SI47-52.

Konstam, M. A., M. R. Weir, et al. (2001). "Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib." Circulation 104(19): 2280-8.

Konstantinopoulos, P. A. and D. F. Lehmann (2005). "The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors: comparisons, contrasts, and aspirin confounding." J Clin Pharmacol 45(7): 742-50.

Kosonen, O., H. Kankaanranta, et al. (1998). "Inhibition by nitric oxide-releasing compounds of prostacyclin production in human endothelial cells." Br J Pharmacol 125(2): 247-54.

Kothapalli, D., I. Fuki, et al. (2004). "Antimitogenic effects of HDL and APOE mediated by Cox-2-dependent IP activation." J Clin Invest 113(4): 609-18.

Kotob, F., O. A. de Leon-Casasola, et al. (2005). "NSAIDs and cardiovascular risk." Cell Metab 2(6): 339; author reply 339.

M007C16785

Kramer, C., J. Sunkomat, et al. (2002). "Angiotensin II receptor-independent antiinflammatory and antiaggregatory properties of losartan: role of the active metabolite EXP3179." Circ Res 90(7): 770-6.

Kraus, V. B. (2003). "Cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory drugs in the management of arthritis." Foot Ankle Clin 8(2): 187-200, vii.

Kristova, V., N. M. Djibril, et al. (2002). "Comparison of vasoconstrictor responses to selected NSAIDs in rabbit renal and femoral arteries." Bratisl Lek Listy 103(2): 50-3.

Krotz, F., T. M. Schiele, et al. (2005). "Selective COX-2 inhibitors and risk of myocardial infarction." J Vasc Res 42(4): 312-24.

Krum, H., D. Liew, et al. (2004). "Cardiovascular effects of selective cyclooxygenase-2 inhibitors." Expert Rev Cardiovasc Ther 2(2): 265-70.

Kruschewski, M., T. Anderson, et al. (2006). "Selective COX-2 inhibition reduces leukocyte sticking and improves the microcirculation in TNBS colitis." Dig Dis Sci 51(4): 662-70.

Krysan, K., K. L. Reckamp, et al. (2006). "The potential and rationale for COX-2 inhibitors in lung cancer." Anticancer Agents Med Chem 6(3): 209-20.

Kudolo, G. B., S. Dorsey, et al. (2002). "Effect of the ingestion of Ginkgo biloba extract on platelet aggregation and urinary prostanoid excretion in healthy and Type 2 diabetic subjects." Thromb Res 108(2-3): 151-60.

Kumagai, T., N. Matsukawa, et al. (2004). "A lipid peroxidation-derived inflammatory mediator: identification of 4-hydroxy-2-nonenal as a potential inducer of cyclooxygenase-2 in macrophages." J Biol Chem 279(46): 48389-96.

Kumihashi, K., K. Uchida, et al. (2001). "Acetylsalicylic acid reduces ischemia-induced proliferation of dentate cells in gerbils." Neuroreport 12(5): 915-7.

Kurahashi, K., H. Shirahase, et al. (2001). "Nicotine-induced contraction in the rat coronary artery: possible involvement of the endothelium, reactive oxygen species and COX-1 metabolites." J Cardiovasc Pharmacol 38 Suppl 1: S21-5.

Kurth, T., R. J. Glynn, et al. (2003). "Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal antiinflammatory drugs." Circulation 108(10): 1191-5.

Kurth, T., C. H. Hennekens, et al. (2004). "Aspirin, NSAIDs, and COX-2 inhibitors in cardiovascular disease: possible interactions and implications for treatment of rheumatoid arthritis." Curr Rheumatol Rep 6(5): 351-6.

Kusmak, J. M. (2005). "COX-2 inhibitors and the risk for cardiovascular events: a re-evaluation of the data and proposed mechanisms." S D J Med 58(7): 269-72.

Kwon, K. S. and H. J. Chae (2003). "Sodium salicylate inhibits expression of COX-2 through suppression of ERK and subsequent NF-kappaB activation in rat ventricular cardiomyocytes." Arch Pharm Res 26(7): 545-53.

Lagakos, S. W. (2006). "Time-to-Event Analyses for Long-Term Treatments -- The APPROVe Trial." N Engl J Med 355(2): 113-117.

Laible, B. (2005). "COX-2 inhibitors and cardiovascular toxicity: a class effect?" S D J Med 58(3): 93-4.

Lamprecht, J., C., U. Werner, et al. (2005). "Effect of selective cyclooxygenase-2 inhibitors on heart rate in healthy young men." Am J Cardiol 95(12): 1531-2.

M007C16786

Lanas, A. (2004). "[Prevention and treatment of non-steroidal anti-inflammatory drug gastroenteropathy]." Rev Gastroenterol Mex 69(4): 251-60.

Lanas, A. (2006). "Prevention and treatment of NSAID-induced gastroduodenal injury." Curr Treat Options Gastroenterol 9(2): 147-56.

Lanas, A. and C. Scarpignato (2006). "Microbial flora in NSAID-induced intestinal damage: a role for antibiotics?" Digestion 73 Suppl 1: 136-50.

Lapchak, P. A., D. M. Araujo, et al. (2001). "Neuroprotection by the selective cyclooxygenase-2 inhibitor SC-236 results in improvements in behavioral deficits induced by reversible spinal cord ischemia." Stroke 32(5): 1220-5.

LaPointe, M. C. and E. Isenovic (1999). "Interleukin-1beta regulation of inducible nitric oxide synthase and cyclooxygenase-2 involves the p42/44 and p38 MAPK signaling pathways in cardiac myocytes." Hypertension 33(1 Pt 2): 276-82.

LaPointe, M. C., M. Mendez, et al. (2004). "Inhibition of cyclooxygenase-2 improves cardiac function after myocardial infarction in the mouse." Am J Physiol Heart Circ Physiol 286(4): H1416-24.

Laufer, S. (2004). "Osteoarthritis therapy--are there still unmet needs?" Rheumatology (Oxford) 43 Suppl 1: i9-15.

Layton, D., E. Heeley, et al. (2003). "Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data." Rheumatology (Oxford) 42(11): 1342-53.

Leahy, K. M., R. L. Ornberg, et al. (2002). "Cyclooxygenase-2 inhibition by celecoxib reduces proliferation and induces apoptosis in angiogenic endothelial cells in vivo." Cancer Res 62(3): 625-31.

Lee, E. S., B. C. Park, et al. (2006). "Potent analgesic and anti-inflammatory activities of 1-furan-2-yl-3-pyridin-2-yl-propenone with gastric ulcer sparing effect." Biol Pharm Bull 29(2): 361-4.

Lee, K. W., M. S. Kim, et al. (2006). "H-Ras selectively up-regulates MMP-9 and COX-2 through activation of ERK1/2 and NF-kappaB: An implication for invasive phenotype in rat liver epithelial cells." Int J Cancer.

Lee, S. H., H. G. Woo, et al. (2000). "High glucose enhances IL-1beta-induced cyclooxygenase-2 expression in rat vascular smooth muscle cells." Life Sci 68(1): 57-67.

Lekakis, J. P., G. Vamvakou, et al. (2005). "Divergent effects of rofecoxib on endothelial function and inflammation in acute coronary syndromes." Int J Cardiol.

Leung, W. K., K. F. To, et al. (2003). "Cyclooxygenase-2 upregulates vascular endothelial growth factor expression and angiogenesis in human gastric carcinoma." Int J Oncol 23(5): 1317-22.

Lev-Ari, S., L. Strier, et al. (2006). "Curcumin synergistically potentiates the growth-inhibitory and pro-apoptotic effects of celecoxib in osteoarthritis synovial adherent cells." Rheumatology (Oxford) 45(2): 171-7.

Lev-Ari, S., L. Strier, et al. (2005). "Celecoxib and curcumin synergistically inhibit the growth of colorectal cancer cells." Clin Cancer Res 11(18): 6738-44.

M007C16787

Lev-Ari, S., H. Zinger, et al. (2005). "Curcumin synergistically potentiates the growth inhibitory and pro-apoptotic effects of celecoxib in pancreatic adenocarcinoma cells." Biomed Pharmacother 59 Suppl 2: S276-80.

Levesque, L. E., J. M. Brophy, et al. (2005). "The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults." Ann Intern Med 142(7): 481-9.

Levesque, L. E., J. M. Brophy, et al. (2006). "Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors." Cmaj 174(11): 1563-9.

Li, D. Y., P. Hardy, et al. (1997). "Key role for cyclooxygenase-2 in PGE2 and PGF2alpha receptor regulation and cerebral blood flow of the newborn." Am J Physiol 273(4 Pt 2): R1283-90.

Li, G., T. Yang, et al. (2002). "Cyclooxygenase-2 increased the angiogenic and metastatic potential of tumor cells." Biochem Biophys Res Commun 299(5): 886-90.

Li Volti, G., F. Seta, et al. (2003). "Heme oxygenase attenuates angiotensin II-mediated increase in cyclooxygenase-2 activity in human femoral endothelial cells." Hypertension 41(3 Pt 2): 715-9.

Li, Z., T. T. Tran, et al. (2004). "p38 alpha mitogen-activated protein kinase inhibition improves cardiac function and reduces myocardial damage in isoproterenol-induced acute myocardial injury in rats." J Cardiovasc Pharmacol 44(4): 486-92.

Libby, P. and D. I. Simon (2001). "Inflammation and thrombosis : The clot thickens." Circulation 103(13): 1718-1720.

Linden, M. D., A. L. Frelinger, 3rd, et al. (2004). "Application of flow cytometry to platelet disorders." Semin Thromb Hemost 30(5): 501-11.

Linton, M. F. and S. Fazio (2004). "Cyclooxygenase-2 and inflammation in atherosclerosis." Curr Opin Pharmacol 4(2): 116-23.

Lipani, J. (2001). "Cox-2 inhibitors and cardiovascular risk: the data are inconclusive, and these drugs are needed." Cleve Clin J Med 68(11): 961-2.

Lisse, J. R., M. Perlman, et al. (2003). "Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial." Ann Intern Med 139(7): 539-46.

Liu, X. H., A. Kirschenbaum, et al. (2000). "Inhibition of cyclooxygenase-2 suppresses angiogenesis and the growth of prostate cancer in vivo." J Urol 164(3 Pt 1): 820-5.

Liu, Z., C. Zhang, et al. (2005). "Blockade of nuclear factor of activated T cells activation signaling suppresses balloon injury-induced neointima formation in a rat carotid artery model." J Biol Chem 280(15): 14700-8.

Lo, V., S. E. Meadows, et al. (2006). "When should COX-2 selective NSAIDs be used for osteoarthritis and rheumatoid arthritis?" J Fam Pract 55(3): 260-2.

Locatelli, F., B. Canaud, et al. (2003). "The importance of diabetic nephropathy in current nephrological practice." Nephrol Dial Transplant 18(9): 1716-25.

Loftin, C. D., H. F. Tiano, et al. (2002). "Phenotypes of the COX-deficient mice indicate physiological and pathophysiological roles for COX-1 and COX-2." Prostaglandins Other Lipid Mediat 68-69: 177-85.

M007C16788

Loftin, C. D., D. B. Trivedi, et al. (2002). "Cyclooxygenase-1-selective inhibition prolongs gestation in mice without adverse effects on the ductus arteriosus." J Clin Invest **110**(4): 549-57.

Loudon, J. A., K. M. Groom, et al. (2003). "Prostaglandin inhibitors in preterm labour." Best Pract Res Clin Obstet Gynaecol **17**(5): 731-44.

Luo, C., M. L. He, et al. (2005). "Is COX-2 a perpetrator or a protector? Selective COX-2 inhibitors remain controversial." Acta Pharmacol Sin **26**(8): 926-33.

Lyseng-Williamson, K. A. and M. P. Curran (2004). "Lumiracoxib." Drugs **64**(19): 2237-46; discussion 2247-8.

Ma, L., P. del Soldato, et al. (2002). "Divergent effects of new cyclooxygenase inhibitors on gastric ulcer healing: Shifting the angiogenic balance." Proc Natl Acad Sci U S A **99**(20): 13243-7.

Ma, N., M. J. Szabolcs, et al. (2002). "The effect of selective inhibition of cyclooxygenase (COX)-2 on acute cardiac allograft rejection." Transplantation **74**(11): 1528-34.

MacDonald, T. M. and L. Wei (2003). "Effect of ibuprofen on cardioprotective effect of aspirin." Lancet **361**(9357): 573-4.

Madias, J. E. and N. E. Madias (2006). "Reversible attenuation of the ECG voltage due to peripheral edema associated with treatment with a COX-2 inhibitor." Congest Heart Fail **12**(1): 46-50.

Maffia, P., A. Ianaro, et al. (2002). "Beneficial effects of caffeic acid phenethyl ester in a rat model of vascular injury." Br J Pharmacol **136**(3): 353-60.

Mahajan, A. and R. Sharma (2005). "COX-2 selective nonsteroidal anti-inflammatory drugs: current status." J Assoc Physicians India **53**: 200-4.

Maillard, M. and M. Burnier (2006). "Comparative cardiovascular safety of traditional nonsteroidal anti-inflammatory drugs." Expert Opin Drug Saf **5**(1): 83-94.

Malhotra, S., N. Shafiq, et al. (2004). "COX-2 inhibitors: a CLASS act or Just VIGORously promoted." MedGenMed **6**(1): 6.

Mamdani, M., D. N. Juurlink, et al. (2004). "Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study." Lancet **363**(9423): 1751-6.

Mamdani, M., P. Rochon, et al. (2003). "Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly." Arch Intern Med **163**(4): 481-6.

Mandal, U., M. Ganesan, et al. (2003). "High performance liquid chromatographic determination of cox-2 inhibitor rofecoxib in human plasma." J Indian Med Assoc **101**(8): 486-8.

Mandal, U., P. Musmade, et al. (2004). "Bioequivalence study of sildenafil citrate tablets in healthy human volunteers." Boll Chim Farm **143**(9): 345-9.

Mandell, B. F. (2001). "Cox-2 inhibitors and cardiovascular risk: point and counterpoint." Cleve Clin J Med **68**(11): 957-60.

Mandell, B. F. (2001). "COX-2 inhibitors: balancing the hope, the hype, and the concern." Cleve Clin J Med **68**(11): 899.

Manoria, P. and P. C. Manoria (2005). "COX-2 inhibitors and heart." Indian Heart J **57**(6): 772-7.

M007C16789

Mansfield, P. R., A. I. Vitry, et al. (2005). "Withdraw all COX-2-selective drugs." Med J Aust **182**(4): 197; author reply 199.

Marcet-Palacios, M., K. Graham, et al. (2003). "Nitric oxide and cyclic GMP increase the expression of matrix metalloproteinase-9 in vascular smooth muscle." J Pharmacol Exp Ther **307**(1): 429-36.

Marciniak, S. J., Jr., M. A. Mascelli, et al. (2002). "An additional mechanism of action of abciximab: dispersal of newly formed platelet aggregates." Thromb Haemost **87**(6): 1020-5.

Mark, K. S., W. J. Trickler, et al. (2001). "Tumor necrosis factor-alpha induces cyclooxygenase-2 expression and prostaglandin release in brain microvessel endothelial cells." J Pharmacol Exp Ther **297**(3): 1051-8.

Marrache, A. M., F. Gobeil, Jr., et al. (2002). "Proinflammatory gene induction by platelet-activating factor mediated via its cognate nuclear receptor." J Immunol **169**(11): 6474-81.

Martey, C. A., S. J. Pollock, et al. (2004). "Cigarette smoke induces cyclooxygenase-2 and microsomal prostaglandin E2 synthase in human lung fibroblasts: implications for lung inflammation and cancer." Am J Physiol Lung Cell Mol Physiol **287**(5): L981-91.

Martin Sanz, P., S. Hortelano, et al. (2006). "Cyclooxygenase 2: understanding the pathophysiological role through genetically altered mouse models." Front Biosci **11**: 2876-88.

Martina, S. D., K. S. Vesta, et al. (2005). "Etoricoxib: a highly selective COX-2 inhibitor." Ann Pharmacother **39**(5): 854-62.

Martinez-Gonzalez, J., I. Escudero, et al. (2004). "Simvastatin potenciates PGI(2) release induced by HDL in human VSMC: effect on Cox-2 up-regulation and MAPK signalling pathways activated by HDL." Atherosclerosis **174**(2): 305-13.

Martin-Ventura, J. L., L. M. Blanco-Colio, et al. (2005). "Intensive treatment with atorvastatin reduces inflammation in mononuclear cells and human atherosclerotic lesions in one month." Stroke **36**(8): 1796-800.

Matchaba, P., X. Gitton, et al. (2005). "Cardiovascular safety of lumiracoxib: a meta-analysis of all randomized controlled trials > or =1 week and up to 1 year in duration of patients with osteoarthritis and rheumatoid arthritis." Clin Ther **27**(8): 1196-214.

Mathieu, C., P. Meier, et al. (2005). "[Do selective COX-2 inhibitors have adverse renal and cardiovascular effects?]." Schweiz Rundsch Med Prax **94**(47): 1851-8.

Matrougui, K., L. Loufrani, et al. (2001). "High NaCl intake decreases both flow-induced dilation and pressure-induced myogenic tone in resistance arteries from normotensive rats: involvement of cyclooxygenase-2." Pharmacol Toxicol **89**(4): 183-7.

Mattia, C. and F. Coluzzi (2005). "COX-2 inhibitors: pharmacological data and adverse effects." Minerva Anestesiol **71**(7-8): 461-70.

Maxwell, S. R. and D. J. Webb (2005). "COX-2 selective inhibitors--important lessons learned." Lancet **365**(9458): 449-51.

Mazhar, D., R. Ang, et al. (2006). "COX inhibitors and breast cancer." Br J Cancer **94**(3): 346-50.

M007C16790

McAdam, B. F., F. Catella-Lawson, et al. (1999). "Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2." Proc Natl Acad Sci U S A 96(1): 272-7.

McDonald, M. C., H. Mota-Filipe, et al. (2001). "Calpain inhibitor I reduces the activation of nuclear factor-kappaB and organ injury/dysfunction in hemorrhagic shock." Faseb J 15(1): 171-186.

McEvoy, A. N., B. Bresnihan, et al. (2004). "Cyclooxygenase 2-derived prostaglandin E2 production by corticotropin-releasing hormone contributes to the activated cAMP response element binding protein content in rheumatoid arthritis synovial tissue." Arthritis Rheum 50(4): 1132-45.

McGeer, P. L. and E. G. McGeer (2006). "NSAIDs and Alzheimer disease: Epidemiological, animal model and clinical studies." Neurobiol Aging.

McGeer, P. L., E. G. McGeer, et al. (2001). "Cardiovascular events and COX-2 inhibitors." Jama 286(22): 2810; author reply 2811-2.

McGeer, P. L., E. G. McGeer, et al. (2002). "Expression of COX-1 and COX-2 mRNAs in atherosclerotic plaques." Exp Gerontol 37(7): 925-9.

McGettigan, P. and D. Henry (2000). "Current problems with non-specific COX inhibitors." Curr Pharm Des 6(17): 1693-724.

McGuire, T. R., W. J. Trickler, et al. (2003). "Release of prostaglandin E-2 in bovine brain endothelial cells after exposure to three unique forms of the antifungal drug amphotericin-B: role of COX-2 in amphotericin-B induced fever." Life Sci 72(23): 2581-90.

Meagher, E. A. (2003). "Balancing gastroprotection and cardioprotection with selective cyclo-oxygenase-2 inhibitors: clinical implications." Drug Saf 26(13): 913-24.

Meagher, E. A. (2004). "Cardiovascular and renovascular implications of COX-2 inhibition." Curr Pharm Des 10(6): 603-11.

Mebazaa, A., G. W. De Keulenaer, et al. (2001). "Activation of cardiac endothelium as a compensatory component in endotoxin-induced cardiomyopathy: role of endothelin, prostaglandins, and nitric oxide." Circulation 104(25): 3137-44.

Medeiros, R., D. A. Cabrini, et al. (2001). "The "in vivo" and "ex vivo" roles of cylcooxygenase-2, nuclear factor-kappaB and protein kinases pathways in the up-regulation of B1 receptor-mediated contraction of the rabbit aorta." Regul Pept 97(2-3): 121-30.

Meier, P., A. Meyer zu Straten, et al. (2005). "[Selective COX-2 inhibitors and cardiovascular risk]." Rev Med Suisse 1(8): 543-6, 549-50.

Merchan, J. R., D. R. Jayaram, et al. (2005). "Increased endothelial uptake of paclitaxel as a potential mechanism for its antiangiogenic effects: potentiation by Cox-2 inhibition." Int J Cancer 113(3): 490-8.

Merck (2004). "Merck announces voluntary withdrawl of Vioxx." **http: www.vioxx.com/rofecoxib/vioxx/consumer/index.jsp**.

Metais, C., C. Bianchi, et al. (2001). "Serotonin-induced human coronary microvascular contraction during acute myocardial ischemia is blocked by COX-2 inhibition." Basic Res Cardiol 96(1): 59-67.

Meyer, C. H. (2005). "[Vision impairment by COX-2 inhibitor and the sequelae of voluntary Vioxx recall]." Klin Monatsbl Augenheilkd 222(1): 62-3.

M007C16791

Meyer, C. H., J. C. Schmidt, et al. (2005). "Risk of retinal vein occlusions in patients treated with rofecoxib (vioxx)." Ophthalmologica 219(4): 243-7.

Mezzetti, A. (2005). "Pharmacological modulation of plaque instability." Lupus 14(9): 769-72.

Michaelis, U. R., J. R. Falck, et al. (2005). "Cytochrome P4502C9-derived epoxyeicosatrienoic acids induce the expression of cyclooxygenase-2 in endothelial cells." Arterioscler Thromb Vasc Biol 25(2): 321-6.

Michelson, A. D., M. R. Barnard, et al. (2000). "Evaluation of platelet function by flow cytometry." Methods 21(3): 259-70.

Michelson, A. D., M. R. Barnard, et al. (2001). "Circulating monocyte-platelet aggregates are a more sensitive marker of in vivo platelet activation than platelet surface P-selectin: studies in baboons, human coronary intervention, and human acute myocardial infarction." Circulation 104(13): 1533-7.

Michelson, A. D., S. E. Benoit, et al. (1996). "The platelet surface expression of glycoprotein V is regulated by two independent mechanisms: proteolysis and a reversible cytoskeletal-mediated redistribution to the surface-connected canalicular system." Blood 87(4): 1396-408.

Michelson, A. D., S. E. Benoit, et al. (1996). "Effects of nitric oxide/EDRF on platelet surface glycoproteins." Am J Physiol 270(5 Pt 2): H1640-8.

Michelson, A. D. and M. I. Furman (1999). "Laboratory markers of platelet activation and their clinical significance." Curr Opin Hematol 6(5): 342-8.

Michelson, A. D., M. I. Furman, et al. (2000). "Platelet GP IIIa PI(A) polymorphisms display different sensitivities to agonists." Circulation 101(9): 1013-8.

Miettinen, S., F. R. Fusco, et al. (1997). "Spreading depression and focal brain ischemia induce cyclooxygenase-2 in cortical neurons through N-methyl-D-aspartic acid-receptors and phospholipase A2." Proc Natl Acad Sci U S A 94(12): 6500-5.

Minic, M. (2001). "Cardiovascular events and COX-2 inhibitors." Jama 286(22): 2810; author reply 2811-2.

Mitchell, J. A., P. Akarasereenont, et al. (1993). "Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase." Proc Natl Acad Sci U S A 90(24): 11693-7.

Mitchell, J. A. and T. W. Evans (1998). "Cyclooxygenase-2 as a therapeutic target." Inflamm Res 47 Suppl 2: S88-92.

Molero, L., C. Carrasco, et al. (2006). "Involvement of endothelium and endothelin-1 in lead-induced smooth muscle cell dysfunction in rats." Kidney Int 69(4): 685-90.

Molero, L., J. Farre, et al. (2003). "Endothelin-1 induced proinflammatory markers in the myocardium and leukocytes of guinea-pigs: role of glycoprotein IIB/IIIA receptors." Cardiovasc Res 57(1): 109-18.

Mongini, P. K., J. K. Inman, et al. (2006). "APRIL and BAFF Promote Increased Viability of Replicating Human B2 Cells via Mechanism Involving Cyclooxygenase 2." J Immunol 176(11): 6736-51.

Monnier, Y., J. Zaric, et al. (2005). "Inhibition of angiogenesis by non-steroidal anti-inflammatory drugs: from the bench to the bedside and back." Curr Drug Targets Inflamm Allergy 4(1): 31-8.

M007C16792

Monsuez, J. J. (2004). "[Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology]." Arch Mal Coeur Vaiss 97(6): 632-40.

Moppett, I. K., J. A. Davies, et al. (2003). "Non-selective and cyclo-oxygenase-2-specific non-steroidal anti-inflammatory drugs impair the hyperaemic response of skin to brief axillary artery occlusion." Br J Anaesth 91(3): 353-6.

Morris, J. L., D. A. Rosen, et al. (2003). "Nonsteroidal anti-inflammatory agents in neonates." Paediatr Drugs 5(6): 385-405.

Moya, M., V. Campana, et al. (2002). "Hyperfibrinogenemia in rats treated with meloxicam." Jpn Heart J 43(5): 559-66.

Moyad, M. A. (2001). "An introduction to aspirin, NSAIDs, and COX-2 inhibitors for the primary prevention of cardiovascular events and cancer and their potential preventive role in bladder carcinogenesis: part I." Semin Urol Oncol 19(4): 294-305.

Moyad, M. A. (2001). "An introduction to aspirin, NSAids, and COX-2 inhibitors for the primary prevention of cardiovascular events and cancer and their potential preventive role in bladder carcinogenesis: part II." Semin Urol Oncol 19(4): 306-16.

Mukai, Y., H. Shimokawa, et al. (2002). "Inhibition of renin-angiotensin system ameliorates endothelial dysfunction associated with aging in rats." Arterioscler Thromb Vasc Biol 22(9): 1445-50.

Mukherjee, D. (2002). "Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events." Biochem Pharmacol 63(5): 817-21.

Mukherjee, D., S. E. Nissen, et al. (2001). "Cox-2 inhibitors and cardiovascular risk: we defend our data and suggest caution." Cleve Clin J Med 68(11): 963-4.

Mukherjee, D., S. E. Nissen, et al. (2001). "Risk of cardiovascular events associated with selective COX-2 inhibitors." JAMA 286(8): 954-9.

Mukherjee, D. and E. J. Topol (2003). "Cox-2: where are we in 2003? - Cardiovascular risk and Cox-2 inhibitors." Arthritis Res Ther 5(1): 8-11.

Murabito, J. M., M. J. Pencina, et al. (2005). "Sibling cardiovascular disease as a risk factor for cardiovascular disease in middle-aged adults." Jama 294(24): 3117-23.

Murphy, J. F., C. Steele, et al. (2003). "Induction of cyclooxygenase-1 and -2 modulates angiogenic responses to engagement of alphavbeta3." Br J Haematol 121(1): 157-64.

Muscara, M. N., N. Vergnolle, et al. (2000). "Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence." Br J Pharmacol 129(7): 1423-30.

Muscara, M. N. and J. L. Wallace (2006). "COX-inhibiting nitric oxide donors (CINODs): potential benefits on cardiovascular and renal function." Cardiovasc Hematol Agents Med Chem 4(2): 155-64.

Muscara, M. N. and J. L. Wallace (2006). "COX-inhibiting nitric oxide donors (CINODs): potential benefits on cardiovascular and renal function." Cardiovasc Hematol Agents Med Chem 4(2): 155-64.

Myers, S. I., L. Wang, et al. (2005). "Suprarenal aortic clamping and reperfusion decreases medullary and cortical blood flow by decreased endogenous renal nitric oxide and PGE2 synthesis." J Vasc Surg 42(3): 524-31.

M007C16793

Mysler, E. (2004). "Lumiracoxib (Prexige): a new selective COX-2 inhibitor." Int J Clin Pract **58**(6): 606-11.

Naesdal, J. and K. Brown (2006). "NSAID-associated adverse effects and acid control aids to prevent them: a review of current treatment options." Drug Saf **29**(2): 119-32.

Naesdal, J. and I. Wilson (2001). "Gastro-duodenal protection in an era of cyclo-oxygenase-2-selective nonsteroidal anti-inflammatory drugs." Eur J Gastroenterol Hepatol **13**(12): 1401-6.

Niederberger, E., C. Manderscheid, et al. (2006). "Different COX-independent effects of the COX-2 inhibitors etoricoxib and lumiracoxib." Biochem Biophys Res Commun **342**(3): 940-8.

Niederberger, E., C. Manderscheid, et al. (2004). "Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells." Biochem Pharmacol **68**(2): 341-50.

Nissen, S. E., C. D. Furberg, et al. (2006). "Adverse Cardiovascular Effects of Rofecoxib." N Engl J Med %R 10.1056/NEJMc066260: NEJMc066260.

Nogawa, S., F. Zhang, et al. (1997). "Cyclo-oxygenase-2 gene expression in neurons contributes to ischemic brain damage." J Neurosci **17**(8): 2746-55.

Norata, G. D., A. Pirillo, et al. (2004). "Native LDL and oxidized LDL modulate cyclooxygenase-2 expression in HUVECs through a p38-MAPK, NF-kappaB, CRE dependent pathway and affect PGE2 synthesis." Int J Mol Med **14**(3): 353-9.

Norel, X., L. Walch, et al. (2004). "Prostacyclin release and receptor activation: differential control of human pulmonary venous and arterial tone." Br J Pharmacol **142**(4): 788-96.

Nurmohamed, M. T., V. P. van Halm, et al. (2002). "Cardiovascular risk profile of antirheumatic agents in patients with osteoarthritis and rheumatoid arthritis." Drugs **62**(11): 1599-609.

Nussmeier, N. A., A. A. Whelton, et al. (2005). "Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery." N Engl J Med **352**(11): 1081-91.

Oates, J. A., G. A. FitzGerald, et al. (1988). "Clinical implications of prostaglandin and thromboxane A2 formation." N Engl J Med **319**: 689.

Oates, J. A., G. A. FitzGerald, et al. (1988). "Clinical implications of prostaglandin and thromboxane A2 formation (1)." N Engl J Med **319**(11): 689-98.

O'Brien, A. J., A. J. Wilson, et al. (2001). "Temporal variation in endotoxin-induced vascular hyporeactivity in a rat mesenteric artery organ culture model." Br J Pharmacol **133**(3): 351-60.

Ofran, Y., M. Bursztyn, et al. (2001). "Rofecoxib-induced renal dysfunction in a patient with compensated cirrhosis and heart failure." Am J Gastroenterol **96**(6): 1941.

Ogawa, H., P. Rafiee, et al. (2003). "Butyrate modulates gene and protein expression in human intestinal endothelial cells." Biochem Biophys Res Commun **309**(3): 512-9.

Ogawa, H., P. Rafiee, et al. (2003). "Sodium butyrate inhibits angiogenesis of human intestinal microvascular endothelial cells through COX-2 inhibition." FEBS Lett **554**(1-2): 88-94.

M007C16794

Ogawa, M., J. Suzuki, et al. (2005). "A specific COX-2 inhibitor attenuates cell infiltration but does not prolong graft survival in murine cardiac transplantation." Transplant Proc **37**(1): 121-2.

Ohnaka, K., K. Numaguchi, et al. (2000). "Induction of cyclooxygenase-2 by angiotensin II in cultured rat vascular smooth muscle cells." Hypertension **35**(1 Pt 1): 68-75.

Oitate, M., T. Hirota, et al. (2006). "Covalent binding of radioactivity from [14C]rofecoxib, but not [14C]celecoxib or [14C]CS-706, to the arterial elastin of rats." Drug Metab Dispos.

Okumura, T., I. Hayashi, et al. (2002). "Cyclooxygenase-2 inhibitors attenuate increased blood pressure in renovascular hypertensive models, but not in deoxycorticosterone-salt hypertension." Hypertens Res **25**(6): 927-38.

Okumura, T., Y. Murata, et al. (2006). "Pharmacological separation between peripheral and central functions of cyclooxygenase-2 with CIAA, a novel cyclooxygenase-2 inhibitor." Eur J Pharmacol.

Olesen, M., E. Kwong, et al. (2002). "No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice." Scand Cardiovasc J **36**(6): 362-7.

Omana-Zapata, I. and K. R. Bley (2001). "A stable prostacyclin analog enhances ectopic activity in rat sensory neurons following neuropathic injury." Brain Res **904**(1): 85-92.

Ortiz, E. (2004). "Market withdrawal of Vioxx: is it time to rethink the use of COX-2 inhibitors?" J Manag Care Pharm **10**(6): 551-4.

Ostor, A. J. and B. L. Hazleman (2005). "The murky waters of the coxibs: a review of the current state of play." Inflammopharmacology **13**(4): 371-80.

Oviedo, J. A. and M. M. Wolfe (2001). "Clinical potential of cyclo-oxygenase-2 inhibitors." BioDrugs **15**(9): 563-72.

Oviedo, P. J., C. Hermenegildo, et al. (2004). "Raloxifene increases the capacity of serum to promote prostacyclin release in human endothelial cells: implication of COX-1 and COX-2." Menopause **11**(4): 430-7.

Ozdemir, O. (2006). "Mast cells and the tumor-associated neoangiogenesis Comment to: Mast cells in neoangiogenesis Andrzej Nienartowicz, Maria E. Sobaniec-Lotowska, Elzbieta Jarocka-Cyrta, Dorota Lemancewicz Med Sci Monit. 2006; 12(3): RA53-56." Med Sci Monit **12**(6): LE9-11.

Page, J. and D. Henry (2000). "Consumption of NSAIDs and the development of congestive heart failure in elderly patients: an underrecognized public health problem." Arch Intern Med **160**(6): 777-84.

Pairet, M. and P. Netter (1999). "[Selective cyclooxygenase-2 (COX-2) inhibitors: importance and limitations]." Therapie **54**(4): 433-45.

Paoloni, J. A. and J. W. Orchard (2005). "The use of therapeutic medications for soft-tissue injuries in sports medicine." Med J Aust **183**(7): 384-8.

Paramo, J. A., J. A. Rodriguez, et al. (2005). "Monocyte cyclooxygenase-2 activity: a new therapeutic target for atherosclerosis?" Curr Drug Targets Cardiovasc Haematol Disord **5**(4): 303-11.

Pareek, A., A. S. Chandanwale, et al. (2006). "Efficacy and safety of aceclofenac in the treatment of osteoarthritis: a randomized double-blind comparative clinical trial versus diclofenac - an Indian experience." Curr Med Res Opin **22**(5): 977-88.

Parfenova, H., L. Balabanova, et al. (1998). "Posttranslational regulation of cyclooxygenase by tyrosine phosphorylation in cerebral endothelial cells." Am J Physiol 274(1 Pt 1): C72-81.

Parfenova, H., T. H. Eidson, et al. (1997). "Upregulation of COX-2 in cerebral microvascular endothelial cells by smooth muscle cell signals." Am J Physiol 273(1 Pt 1): C277-88.

Parfenova, H., V. Levine, et al. (2002). "COX-1 and COX-2 contributions to basal and IL-1 beta-stimulated prostanoid synthesis in human neonatal cerebral microvascular endothelial cells." Pediatr Res 52(3): 342-8.

Paris, D., T. Town, et al. (2000). "Cholesterol modulates vascular reactivity to endothelin-1 by stimulating a pro-inflammatory pathway." Biochem Biophys Res Commun 274(2): 553-8.

Patel, H. H., A. K. Hsu, et al. (2004). "COX-2 and iNOS in opioid-induced delayed cardioprotection in the intact rat." Life Sci 75(2): 129-40.

Patrignani, P. (2003). "Aspirin insensitive eicosanoid biosynthesis in cardiovascular disease." Thromb Res 110(5-6): 281-6.

Patrignani, P., M. G. Sciulli et al. (1999). "COX-2 is not involved in thromboxane biosynthesis by activated human platelets." J Physiol Pharmacol 50(4): 661-7.

Pavlovic, S., B. Du, et al. (2006). "Targeting prostaglandin E2 receptors as an alternative strategy to block cyclooxygenase-2-dependent extracellular matrix-induced matrix metalloproteinase-9 expression by macrophages." J Biol Chem 281(6): 3321-8.

Pedram, A., M. Razandi, et al. (2002). "Integration of the non-genomic and genomic actions of estrogen. Membrane-initiated signaling by steroid to transcription and cell biology." J Biol Chem 277(52): 50768-75.

Peng, S. and A. Duggan (2005). "Gastrointestinal adverse effects of non-steroidal anti-inflammatory drugs." Expert Opin Drug Saf 4(2): 157-69.

Pereg, D. and M. Lishner (2005). "Non-steroidal anti-inflammatory drugs for the prevention and treatment of cancer." J Intern Med 258(2): 115-23.

Peretz, A. (2001). "[COX-2 inhibitor non-steroidal anti-inflammatory drugs, myth or reality?]." Rev Med Brux 22(4): A377-80.

Perini, R., S. Fiorucci, et al. (2004). "Mechanisms of nonsteroidal anti-inflammatory drug-induced gastrointestinal injury and repair: a window of opportunity for cyclooxygenase-inhibiting nitric oxide donors." Can J Gastroenterol 18(4): 229-36.

Peterson, J. C. (2002). "COX-2 inhibitors in the treatment of cardiovascular disease." Cmaj 167(7): 738-9; author reply 739-40.

Peyton, B. D., M. J. Rohrer, et al. (1998). "Patients with venous stasis ulceration have increased monocyte-platelet aggregation." J Vasc Surg 27(6): 1109-15; discussion 1115-6.

Pichiule, P., J. C. Chavez, et al. (2004). "Hypoxic regulation of angiopoietin-2 expression in endothelial cells." J Biol Chem 279(13): 12171-80.

Pilane, C. M. and E. F. Labelle (2005). "Nitric oxide stimulated vascular smooth muscle cells undergo apoptosis induced in part by arachidonic acid derived eicosanoids." J Cell Physiol 204(2): 423-7.

M007C16796

Pini, B., T. Grosser, et al. (2005). "Prostaglandin E synthases in zebrafish." Arterioscler Thromb Vasc Biol 25(2): 315-20.

Potenza, M. A., O. A. Botrugno, et al. (2002). "Endothelial COX-1 and -2 differentially affect reactivity of MVB in portal hypertensive rats." Am J Physiol Gastrointest Liver Physiol 283(3): G587-94.

Pourtau, J., F. Mirshahi, et al. (1999). "Cyclooxygenase-2 activity is necessary for the angiogenic properties of oncostatin M." FEBS Lett 459(3): 453-7.

Powell, C. C., M. J. Rohrer, et al. (1999). "Chronic venous insufficiency is associated with increased platelet and monocyte activation and aggregation." J Vasc Surg 30(5): 844-51.

Pratico, D. and J.-M. Dogne (2005). "Selective Cyclooxygenase-2 Inhibitors Development in Cardiovascular Medicine." Circulation %R 10.1161 CIRCULATIONAHA.104.524231 112(7): 1073-1079.

Price-Forbes, A. N., R. Callaghan, et al. (2005). "A regional audit of the use of COX-2 selective non-steroidal anti-inflammatory drugs (NSAIDs) in rheumatology clinics in the West Midlands, in relation to NICE guidelines." Rheumatology (Oxford) 44(7): 921-4.

Psaty, B. M. and C. D. Furberg (2005). "COX-2 inhibitors--lessons in drug safety." N Engl J Med 352(11): 1133-5.

Qi, Z., C. M. Hao, et al. (2002). "Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II." J Clin Invest 110(1): 61-9.

Rabausch, K., E. Bretschneider, et al. (2005). "Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins." Circ Res 96(1): e1-6.

Rahme, E., L. Pilote, et al. (2002). "Association between naproxen use and protection against acute myocardial infarction." Arch Intern Med 162(10): 1111-5.

Rainsford, K. D. (2005). "Introduction - The coxib controversies." Inflammopharmacology 13(4): 331-41.

Ray, W. A., T. M. MacDonald, et al. (2003). "COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease." Pharmacoepidemiol Drug Saf 12(1): 67-70.

Ray, W. A., C. M. Stein, et al. (2002). "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease." Lancet 360(9339): 1071-3.

Raynauld, J. P. (2002). "COX-2 inhibitors in the treatment of cardiovascular disease." Cmaj 167(7): 739; author reply 739-40.

Reicin, A. S., D. Shapiro, et al. (2002). "Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone)." Am J Cardiol 89(2): 204-9.

Reikvam, A., S. Hexeberg, et al. (2006). "[Clinical use of COX inhibitors--a consensus]." Tidsskr Nor Laegeforen 126(5): 591-5.

Renard, J. F., F. Julemont, et al. (2006). "The use of nimesulide and its analogues in cancer chemoprevention." Anticancer Agents Med Chem 6(3): 233-7.

Richter, C. M., M. Godes, et al. (2004). "Chronic cyclooxygenase-2 inhibition does not alter blood pressure and kidney function in renovascular hypertensive rats." J Hypertens 22(1): 191-8.

M007C16797

Ridker, P. M. and P. Libby (2005). Risk Factors for Atherothrombotic Disease. Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine. D. P. Zipes, P. Libby, R. O. Bonow and E. Braunwald. Philadelphia, Elsevier Saunders: 939-58.

Rikitake, Y., K. Hirata, et al. (2001). "Signaling mechanism underlying COX-2 induction by lysophosphatidylcholine." Biochem Biophys Res Commun 281(5): 1291-7.

Ringseis, R., A. Muller, et al. (2006). "CLA isomers inhibit TNFalpha-induced eicosanoid release from human vascular smooth muscle cells via a PPARgamma ligand-like action." Biochim Biophys Acta 1760(2): 290-300.

Ristimaki, A., S. Garfinkel, et al. (1994). "Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation." J Biol Chem 269(16): 11769-75.

Robida, A. M., K. Xu, et al. (2000). "Cyclosporin A selectively inhibits mitogen-induced cyclooxygenase-2 gene transcription in vascular smooth muscle cells." Mol Pharmacol 58(4): 701-8.

Rocca, B. (2006). "Targeting PGE2 receptor subtypes rather than cyclooxygenases: a bridge over troubled water?" Mol Interv 6(2): 68-73, 58.

Rodrigues, S., E. Van Aken, et al. (2003). "Trefoil peptides as proangiogenic factors in vivo and in vitro: implication of cyclooxygenase-2 and EGF receptor signaling." Faseb J 17(1): 7-16.

Rodriguez, J. A., P. De la Cerda, et al. (2006). "Cyclooxygenase-2 induction by bradykinin in aortic vascular smooth muscle cells." Am J Physiol Heart Circ Physiol 290(1): H30-6.

Rodriguez-Tellez, M., F. Arguelles, et al. (2001). "Antiinflamatory agents less dangerous for gastrointestinal tract." Curr Pharm Des 7(10): 951-76.

Rohrer, M. J., R. B. Claytor, et al. (2002). "Platelet-monocyte aggregates in patients with chronic venous insufficiency remain elevated following correction of reflux." Cardiovasc Surg 10(5): 464-9.

Ross, R. (1999). "Atherosclerosis--an inflammatory disease." N Engl J Med 340(2): 115-26.

Rudic, R. D., D. Brinster, et al. (2005). "COX-2-derived prostacyclin modulates vascular remodeling." Circ Res 96(12): 1240-7.

Rupp, J., M. Berger, et al. (2004). "Cox-2 inhibition abrogates Chlamydia pneumoniae-induced PGE2 and MMP-1 expression." Biochem Biophys Res Commun 320(3): 738-44.

Ryan, N. S. (2000). "COX-2 selective NSAIDs." Cleve Clin J Med 67(1): 67.

Saeed, S. A. and S. Ahmed (2006). "Role of cyclooxygenase-2 in myocardial infarction and ischaemia." J Coll Physicians Surg Pak 16(5): 324-8.

Saijonmaa, O., T. Nyman, et al. (2001). "Upregulation of angiotensin-converting enzyme by vascular endothelial growth factor." Am J Physiol Heart Circ Physiol 280(2): H885-91.

Saito, T., I. W. Rodger, et al. (2004). "Inhibition of COX pathway in experimental myocardial infarction." J Mol Cell Cardiol 37(1): 71-7.

Saito, T., I. W. Rodger, et al. (2003). "Cyclooxygenase-2 (COX-2) in acute myocardial infarction: cellular expression and use of selective COX-2 inhibitor." Can J Physiol Pharmacol 81(2): 114-9.

M007C/16798

Saran, T., W. Sodolski, et al. (2004). "Effect of nimesulide-a preferential COX-2 inhibitor on arterial blood pressure, compared to ketoprofen." Ann Univ Mariae Curie Sklodowska [Med] 59(2): 261-7.

Sarapa, N., M. R. Britto, et al. (2003). "Valdecoxib, a COX-2-specific inhibitor, does not affect cardiac repolarization." J Clin Pharmacol 43(9): 974-82.

Saravanan, V. and J. Hamilton (2002). "Advances in the treatment of rheumatoid arthritis: old versus new therapies." Expert Opin Pharmacother 3(7): 845-56.

Savage, R. (2005). "Cyclo-oxygenase-2 inhibitors: when should they be used in the elderly?" Drugs Aging 22(3): 185-200.

Schaefer, M., M. DeLattre, et al. (2005). "Assessing the cost-effectiveness of COX-2 specific inhibitors for arthritis in the Veterans Health Administration." Curr Med Res Opin 21(1): 47-60.

Scheen, A. J. (2004). "[Withdrawal of rofecoxib (Vioxx): what about cardiovascular safety of COX-2 selective non-steroidal anti-inflammatory drugs?]." Rev Med Liege 59(10): 565-9.

Scheiman, J. M. (1999). "Preventing NSAID Toxicity to the Upper Gastrointestinal Tract." Curr Treat Options Gastroenterol 2(3): 205-213.

Scheiman, J. M. (2005). "Nonsteroidal anti-inflammatory drugs, aspirin, and gastrointestinal prophylaxis: an ounce of prevention." Rev Gastroenterol Disord 5 Suppl 2: 39-49.

Scheiman, J. M. and A. M. Fendrick (2005). "Practical approaches to minimizing gastrointestinal and cardiovascular safety concerns with COX-2 inhibitors and NSAIDs." Arthritis Res Ther 7 Suppl 4: S23-9.

Scheiman, J. M., N. D. Yeomans, et al. (2006). "Prevention of ulcers by esomeprazole in at-risk patients using non-selective NSAIDs and COX-2 inhibitors." Am J Gastroenterol 101(4): 701-10.

Scheuren, N., M. Jacobs, et al. (2002). "Cyclooxygenase-2 in myocardium stimulation by angiotensin-II in cultured cardiac fibroblasts and role at acute myocardial infarction." J Mol Cell Cardiol 34(1): 29-37.

Schieffer, B. and H. Drexler (2003). "Role of 3-hydroxy-3-methylglutaryl coenzyme a reductase inhibitors, angiotensin-converting enzyme inhibitors, cyclooxygenase-2 inhibitors, and aspirin in anti-inflammatory and immunomodulatory treatment of cardiovascular diseases." Am J Cardiol 91(12A): 12H-18H.

Schildknecht, S., M. Bachschmid, et al. (2004). "COX-2 inhibitors selectively block prostacyclin synthesis in endotoxin-exposed vascular smooth muscle cells." Faseb J 18(6): 757-9.

Schiltz, J. C. and P. E. Sawchenko (2002). "Distinct brain vascular cell types manifest inducible cyclooxygenase expression as a function of the strength and nature of immune insults." J Neurosci 22(13): 5606-18.

Schmeck, B., M. Brunsch, et al. (2003). "Rho protein inhibition blocks cyclooxygenase-2 expression by proinflammatory mediators in endothelial cells." Inflammation 27(2): 89-95.

Schmidt, H., B. G. Woodcock, et al. (2004). "Benefit-risk assessment of rofecoxib in the treatment of osteoarthritis." Drug Saf 27(3): 185-96.

M007C16799

Schnitzer, T. J. (2001). "Cyclooxygenase-2--specific inhibitors: are they safe?" Am J Med **110**(1A): 46S-49S.

Schonbeck, U., G. K. Sukhova, et al. (1999). "Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions." Am J Pathol **155**(4): 1281-91.

Schonthal, A. H. (2006). "Antitumor properties of dimethyl-celecoxib, a derivative of celecoxib that does not inhibit cyclooxygenase-2: implications for glioma therapy." Neurosurg Focus **20**(4): E21.

Schror, K. (1997). "Aspirin and platelets: the antiplatelet action of aspirin and its role in thrombosis treatment and prophylaxis." Semin Thromb Hemost **23**(4): 349-56.

Schror, K. (2004). "[Cardiovascular risks of selective COX-2-inhibitors]." Dtsch Med Wochenschr **129**(49): 2653-6.

Schror, K., P. Mehta, et al. (2005). "Cardiovascular risk of selective cyclooxygenase-2 inhibitors." J Cardiovasc Pharmacol Ther **10**(2): 95-101.

Schuette, R. and M. C. LaPointe (2000). "Phorbol ester stimulates cyclooxygenase-2 expression and prostanoid production in cardiac myocytes." Am J Physiol Heart Circ Physiol **279**(2): H719-25.

Schwarz, S. K. (2003). "COX-2 inhibition for postoperative analgesia." Anesth Analg **96**(4): 1235; author reply 1235.

Sciacca, P., M. G. Romeo, et al. (2005). "[Transient right ventricular hypertrophy in a newborn infant exposed in utero to nimesulide]." Minerva Pediatr **57**(5): 313-8.

Sengupta, S., L. A. Sellers, et al. (2003). "Cyclooxygenase-2-selective nonsteroidal anti-inflammatory drugs inhibit hepatocyte growth factor/scatter factor-induced angiogenesis." Cancer Res **63**(23): 8351-9.

Senior, K. (2005). "COX-2 inhibitors: cancer prevention or cardiovascular risk?" Lancet Oncol **6**(2): 68.

Sennlaub, F., F. Valamanesh, et al. (2003). "Cyclooxygenase-2 in human and experimental ischemic proliferative retinopathy." Circulation **108**(2): 198-204.

Serhan, C. N., C. B. Clish, et al. (2000). "Novel functional sets of lipid-derived mediators with antiinflammatory actions generated from omega-3 fatty acids via cyclooxygenase 2-nonsteroidal antiinflammatory drugs and transcellular processing." J Exp Med **192**(8): 1197-204.

Sharma, J. N. and N. M. Jawad (2005). "Adverse effects of COX-2 inhibitors." ScientificWorldJournal **5**: 629-45.

Sharma, S. and S. C. Sharma (1997). "An update on eicosanoids and inhibitors of cyclooxygenase enzyme systems." Indian J Exp Biol **35**(10): 1025-31.

Shaya, F. T., S. W. Blume, et al. (2005). "Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population." Arch Intern Med **165**(2): 181-6.

Sherman, T. S., K. L. Chambliss, et al. (2002). "Estrogen acutely activates prostacyclin synthesis in ovine fetal pulmonary artery endothelium." Am J Respir Cell Mol Biol **26**(5): 610-6.

Sheu, M. L., F. M. Ho, et al. (2005). "High glucose induces human endothelial cell apoptosis through a phosphoinositide 3-kinase-regulated cyclooxygenase-2 pathway." Arterioscler Thromb Vasc Biol **25**(3): 539-45.

Shimamura, M., T. Hazato, et al. (2001). "Inhibition of angiogenesis by humulone, a
    bitter acid from beer hop." Biochem Biophys Res Commun 289(1): 220-4.

Shin, V. Y., W. K. Wu, et al. (2005). "Nicotine induces cyclooxygenase-2 and vascular
    endothelial growth factor receptor-2 in association with tumor-associated
    invasion and angiogenesis in gastric cancer." Mol Cancer Res 3(11): 607-15.

Shinmura, K., E. Kodani, et al. (2003). "Effect of aspirin on late preconditioning against
    myocardial stunning in conscious rabbits." J Am Coll Cardiol 41(7): 1183-94.

Shinmura, K., M. Nagai, et al. (2004). "Gender and aging do not impair opioid-induced
    late preconditioning in rats." Basic Res Cardiol 99(1): 46-55.

Shinmura, K., M. Nagai, et al. (2002). "COX-2-derived prostacyclin mediates
    opioid-induced late phase of preconditioning in isolated rat hearts." Am J Physiol
    Heart Circ Physiol 283(6): H2534-43.

Shinmura, K., X. L. Tang, et al. (2000). "Cyclooxygenase-2 mediates the
    cardioprotective effects of the late phase of ischemic preconditioning in
    conscious rabbits." Proc Natl Acad Sci U S A 97(18): 10197-202.

Shinmura, K., Y. T. Xuan, et al. (2002). "Inducible nitric oxide synthase modulates
    cyclooxygenase-2 activity in the heart of conscious rabbits during the late phase
    of ischemic preconditioning." Circ Res 90(5): 602-8.

Shiokoshi, T., Y. Ohsaki, et al. (2002). "Downregulation of nitric oxide accumulation by
    cyclooxygenase-2 induction and thromboxane A2 production in
    interleukin-1beta-stimulated rat aortic smooth muscle cells." J Hypertens 20(3):
    455-61.

Shishodia, S. and B. B. Aggarwal (2004). "Cyclooxygenase (COX)-2 inhibitor celecoxib
    abrogates activation of cigarette smoke-induced nuclear factor (NF)-kappaB by
    suppressing activation of IkappaBalpha kinase in human non-small cell lung
    carcinoma: correlation with suppression of cyclin D1, COX-2, and matrix
    metalloproteinase-9." Cancer Res 64(14): 5004-12.

Silverstein, F. E., G. Faich, et al. (2000). "Gastrointestinal toxicity with celecoxib vs
    nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis:
    the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis
    Safety Study." Jama 284(10): 1247-55.

Simon, L. S. (2005). "The COX-2 inhibitors: a reasoned review of the data." Swiss Med
    Wkly 135(29-30): 419-24.

Simon, L. S. and V. Strand (2004). "A world without Vioxx: to COX-2 or not to COX-2?"
    Cleve Clin J Med 71(11): 849-50, 852, 854 passim.

Singh, G. (2001). "Cardiovascular events and COX-2 inhibitors." Jama 286(22):
    2810-1; author reply 2811-2.

Singh, G. (2004). "Understanding NSAID-PPI-COX-2 interrelationships." Drugs Today
    (Barc) 40 Suppl A: 21-4.

Singh, S. K., S. Vobbalareddy, et al. (2006). "N-Acylated sulfonamide sodium salt: A
    prodrug of choice for the bifunctional
    2-hydroxymethyl-4-(5-phenyl-3-trifluoromethyl-pyrazol-1-yl) benzenesulfonamide
    class of COX-2 inhibitors." Bioorg Med Chem Lett.

Sinicrope, F. A. (2006). "Targeting cyclooxygenase-2 for prevention and therapy of
    colorectal cancer." Mol Carcinog 45(6): 447-54.

M007C16801

Slordal, L., S. Evensen, et al. (2005). "[COX 2 inhibitors--a further step back]." Tidsskr Nor Laegeforen **125**(8): 1046.

Smakman, N., O. Kranenburg, et al. (2005). "Cyclooxygenase-2 is a target of KRASD12, which facilitates the outgrowth of murine C26 colorectal liver metastases." Clin Cancer Res **11**(1): 41-8.

Smith, L. H., O. Boutaud, et al. (2002). "Cyclooxygenase-2-dependent prostacyclin formation is regulated by low density lipoprotein cholesterol in vitro." Arterioscler Thromb Vasc Biol **22**(6): 983-8.

Smith, L. H., M. S. Petrie, et al. (2005). "The sterol response element binding protein regulates cyclooxygenase-2 gene expression in endothelial cells." J Lipid Res **46**(5): 862-71.

Smith, S. C., Jr., J. Allen, et al. (2006). "AHA/ACC Guidelines for Secondary Prevention for Patients With Coronary and Other Atherosclerotic Vascular Disease: 2006 Update: Endorsed by the National Heart, Lung, and Blood Institute." Circulation %R 10.1161/CIRCULATIONAHA.106.174516 **113**(19): 2363-2372.

Smith, W. L. (1992). "Prostanoid biosynthesis and mechanisms of action." Am J Physiol **263**(2 Pt 2): F181-91.

Smith, W. L., D. L. DeWitt, et al. (2000). "Cyclooxygenases: structural, cellular, and molecular biology." Annu Rev Biochem **69**: 145-82.

So, A. and P. de Goumoens (2005). "[Rheumatology. Do coxibs pose a cardiovascular risk?]." Rev Med Suisse **1**(2): 168-70, 172.

Solomon, D. H. and J. Avorn (2003). "Pharmacoepidemiology and rheumatic diseases: 2001-2002." Curr Opin Rheumatol **15**(2): 122-6.

Solomon, D. H., R. J. Glynn, et al. (2002). "Nonsteroidal anti-inflammatory drug use and acute myocardial infarction." Arch Intern Med **162**(10): 1099-104.

Solomon, D. H., S. Schneeweiss, et al. (2004). "Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults." Circulation **109**(17): 2068-73.

Solomon, S. D., J. J. McMurray, et al. (2005). "Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention." N Engl J Med **352**(11): 1071-80.

Sonnenblick, E. H. (2002). "Differences between COX-2-specific inhibitors: clinical and economic implications." Am J Manag Care **8**(15 Suppl): S428-30.

Sooriakumaran, P. (2006). "COX-2 inhibitors and the heart: are all coxibs the same?" Postgrad Med J **82**(966): 242-5.

Sowers, J. R., W. B. White, et al. (2005). "The Effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus." Arch Intern Med **165**(2): 161-8.

Speir, E., Z. X. Yu, et al. (1998). "Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells." Circ Res **83**(2): 210-6.

Spektor, G. and V. Fuster (2005). "Drug insight: cyclo-oxygenase 2 inhibitors and cardiovascular risk--where are we now?" Nat Clin Pract Cardiovasc Med **2**(6): 290-300.

Sperber, K. (2001). "Cardiovascular events and COX-2 inhibitors." Jama **286**(22): 2812-3.

Spink, M., S. Bann, et al. (2005). "Clinical implications of cyclo-oxygenase-2 inhibitors for acute dental pain management: benefits and risks." J Am Dent Assoc **136**(10): 1439-48.

Stacy, Z. A., P. P. Dobesh, et al. (2006). "Cardiovascular risks of cyclooxygenase inhibition." Pharmacotherapy **26**(7): 919-38.

Stanford, S. J., J. R. Pepper, et al. (2000). "Cyclooxygenase-2 regulates granulocyte-macrophage colony-stimulating factor, but not interleukin-8, production by human vascular cells: role of cAMP." Arterioscler Thromb Vasc Biol **20**(3): 677-82.

Stanford, S. J., J. R. Pepper, et al. (2000). "Release of GM-CSF and G-CSF by human arterial and venous smooth muscle cells: differential regulation by COX-2." Br J Pharmacol **129**(5): 835-8.

Steffel, J., M. Hermann, et al. (2005). "Celecoxib decreases endothelial tissue factor expression through inhibition of c-Jun terminal NH2 kinase phosphorylation." Circulation **111**(13): 1685-9.

Steiner, A. A., S. Li, et al. (2001). "Differential inhibition by nimesulide of the early and late phases of intravenous- and intracerebroventricular-LPS-induced fever in guinea pigs." Neuroimmunomodulation **9**(5): 263-75.

Steinman, M. A., K. R. McQuaid, et al. (2006). "Age and rising rates of cyclooxygenase-2 inhibitor use. Results from a national survey." J Gen Intern Med **21**(3): 245-50.

Stemme, V., J. Swedenborg, et al. (2000). "Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries." Eur J Vasc Endovasc Surg **20**(2): 146-52.

Stichtenoth, D. O. (2004). "The second generation of COX-2 inhibitors: clinical pharmacological point of view." Mini Rev Med Chem **4**(6): 617-24.

Stichtenoth, D. O. and J. C. Frolich (2003). "The second generation of COX-2 inhibitors: what advantages do the newest offer?" Drugs **63**(1): 33-45.

Stichtenoth, D. O., V. Marhauer, et al. (2005). "Effects of specific COX-2-inhibition on renin release and renal and systemic prostanoid synthesis in healthy volunteers." Kidney Int **68**(5): 2197-207.

Stiller, C. O. and P. Hjemdahl (2003). "Endothelial COX-2 inhibition: possible relevance for hypertension and cardiovascular risk?" J Hypertens **21**(9): 1615-8.

Strand, V. and M. C. Hochberg (2002). "The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors." Arthritis Rheum **47**(4): 349-55.

Subbaramaiah, K., L. R. Howe, et al. (2006). "HER-2/neu Status Is a Determinant of Mammary Aromatase Activity In vivo: Evidence for a Cyclooxygenase-2-Dependent Mechanism." Cancer Res **66**(10): 5504-11.

Sudbo, J., J. J. Lee, et al. (2005). "Non-steroidal anti-inflammatory drugs and the risk of oral cancer: a nested case-control study." Lancet **366**(9494): 1359-66.

Sugimoto, K. and C. Iadecola (2003). "Delayed effect of administration of COX-2 inhibitor in mice with acute cerebral ischemia." Brain Res **960**(1-2): 273-6.

Sunose, Y., I. Takeyoshi, et al. (2001). "Effects of FK3311 on pulmonary ischemia-reperfusion injury in a canine model." J Surg Res **95**(2): 167-73.

M007C16803

Szewczuk, L. M. and T. M. Penning (2004). "Mechanism-based inactivation of COX-1 by red wine m-hydroquinones: a structure-activity relationship study." J Nat Prod **67**(11): 1777-82.

Tabernero, A., F. Schneider, et al. (2003). "Cyclooxygenase-2 and inducible nitric oxide synthase in omental arteries harvested from patients with severe liver diseases: immuno-localization and influence on vascular tone." Intensive Care Med **29**(2): 262-70.

Tacconelli, S., M. L. Capone, et al. (2004). "Clinical pharmacology of novel selective COX-2 inhibitors." Curr Pharm Des **10**(6): 589-601.

Takahashi, T., S. J. Zhu, et al. (2005). "Inhibition of cyclooxygenase-2 enhances myocardial damage in a mouse model of viral myocarditis." Life Sci **78**(2): 195-204.

Takahashi, Y., M. Poteser, et al. (2004). "Reduction of lipopolysaccharide-induced cyclooxygenase-2 expression in diabetic arteries." Naunyn Schmiedebergs Arch Pharmacol **369**(3): 358-62.

Takahashi, Y., C. Roman, et al. (2000). "Cyclooxygenase-2 inhibitors constrict the fetal lamb ductus arteriosus both in vitro and in vivo." Am J Physiol Regul Integr Comp Physiol **278**(6): R1496-505.

Takami, T., K. Momma, et al. (2005). "Increased constriction of the ductus arteriosus by dexamethasone, indomethacin, and rofecoxib in fetal rats." Circ J **69**(3): 354-8.

Takeda, K., J. Lin, et al. (2004). "Transient glucose deprivation causes upregulation of heme oxygenase-1 and cyclooxygenase-2 expression in cardiac fibroblasts." J Mol Cell Cardiol **36**(6): 821-30.

Tan, K. B. and T. C. Putti (2005). "Cyclooxygenase 2 expression in nasopharyngeal carcinoma: immunohistochemical findings and potential implications." J Clin Pathol **58**(5): 535-8.

Tannenbaum, H., C. Bombardier, et al. (2006). "An evidence-based approach to prescribing nonsteroidal antiinflammatory drugs. Third Canadian Consensus Conference." J Rheumatol **33**(1): 140-57.

Tapiero, H., G. N. Ba, et al. (2002). "Polyunsaturated fatty acids (PUFA) and eicosanoids in human health and pathologies." Biomed Pharmacother **56**(5): 215-22.

Tartas, M., P. Bouye, et al. (2005). "Early vasodilator response to anodal current application in human is not impaired by cyclooxygenase-2 blockade." Am J Physiol Heart Circ Physiol **288**(4): H1668-73.

Teruyama, K., M. Abe, et al. (2001). "Role of transcription factor Ets-1 in the apoptosis of human vascular endothelial cells." J Cell Physiol **188**(2): 243-52.

Therland, K. L., J. Stubbe, et al. (2004). "Cycloxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors." J Am Soc Nephrol **15**(5): 1189-98.

Thomas, T., G. T. Nadackal, et al. (2003). "Aspirin and diabetes: inhibition of amylin aggregation by nonsteroidal anti-inflammatory drugs." Exp Clin Endocrinol Diabetes **111**(1): 8-11.

Tikiz, C., O. Utuk, et al. (2005). "Selective COX-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease." Acta Med Okayama **59**(1): 11-7.

M007C16804

Title, L. M., K. Giddens, et al. (2003). "Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease." J Am Coll Cardiol **42**(10): 1747-53.

Tive, L. (2000). "Celecoxib clinical profile." Rheumatology (Oxford) **39 Suppl 2**: 21-8; discussion 57-9.

Tomida, T., Y. Numaguchi, et al. (2003). "Inhibition of COX-2 prevents hypertension and proteinuria associated with a decrease of 8-iso-PGF2alpha formation in L-NAME-treated rats." J Hypertens **21**(3): 601-9.

Topper, J. N., J. Cai, et al. (1996). "Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress." Proc Natl Acad Sci U S A **93**(19): 10417-22.

Traupe, T., M. Lang, et al. (2002). "Obesity increases prostanoid-mediated vasoconstriction and vascular thromboxane receptor gene expression." J Hypertens **20**(11): 2239-45.

Tries, S., S. Laufer, et al. (2002). "Antithrombotic and platelet function inhibiting effects of ML3000, a new antiinflammatory drug with Cox/5-LOX inhibitory activity." Inflamm Res **51**(3): 129-34.

Tsai, C. H., M. Y. Chou, et al. (2003). "The up-regulation of cyclooxygenase-2 expression in human buccal mucosal fibroblasts by arecoline: a possible role in the pathogenesis of oral submucous fibrosis." J Oral Pathol Med **32**(3): 146-53.

Tsai, S. H., Y. C. Liang, et al. (2002). "Arsenite stimulates cyclooxygenase-2 expression through activating IkappaB kinase and nuclear factor kappaB in primary and ECV304 endothelial cells." J Cell Biochem **84**(4): 750-8.

Tsujii, M., S. Kawano, et al. (1998). "Cyclooxygenase regulates angiogenesis induced by colon cancer cells." Cell **93**(5): 705-16.

Tuleja, E., F. Mejza, et al. (2003). "Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men." Arterioscler Thromb Vasc Biol **23**(6): 1111-5.

Tunctan, B., E. Ozveren, et al. (2006). "Nitric oxide reverses endotoxin-induced inflammatory hyperalgesia via inhibition of prostacyclin production in mice." Pharmacol Res **53**(2): 177-92.

Udd, L., P. Katajisto, et al. (2004). "Suppression of Peutz-Jeghers polyposis by inhibition of cyclooxygenase-2." Gastroenterology **127**(4): 1030-7.

Vainio, H. and G. Morgan (2000). "Non-steroidal anti-inflammatory drugs and chemoprevention of cancer." Ann Chir Gynaecol **89**(3): 173-6.

Vallbohmer, D., J. H. Peters, et al. (2006). "Molecular determinants in targeted therapy for esophageal adenocarcinoma." Arch Surg **141**(5): 476-81; discussion 481-2.

Vane, J. R. (2002). "Biomedicine. Back to an aspirin a day?" Science **296**(5567): 474-5.

Vane, J. R., Y. S. Bakhle, et al. (1998). "Cyclooxygenases 1 and 2." Annu Rev Pharmacol Toxicol **38**: 97-120.

Velazquez, C., P. N. Praveen Rao, et al. (2005). "Novel nonsteroidal antiinflammatory drugs possessing a nitric oxide donor diazen-1-ium-1,2-diolate moiety: design, synthesis, biological evaluation, and nitric oxide release studies." J Med Chem **48**(12): 4061-7.

M007C16805

Velazquez, C., P. N. Rao, et al. (2005). "Synthesis and biological evaluation of 3,4-diphenyl-1,2,5-oxadiazole-2-oxides and 3,4-diphenyl-1,2,5-oxadiazoles as potential hybrid COX-2 inhibitor/nitric oxide donor agents." Bioorg Med Chem **13**(8): 2749-57.

Verburg, K. M., T. J. Maziasz, et al. (2001). "Cox-2-specific inhibitors: definition of a new therapeutic concept." Am J Ther **8**(1): 49-64.

Verma, S., S. R. Raj, et al. (2001). "Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation." Circulation **104**(24): 2879-82.

Vinals, M., J. Martinez-Gonzalez, et al. (1997). "HDL-induced prostacyclin release in smooth muscle cells is dependent on cyclooxygenase-2 (Cox-2)." Arterioscler Thromb Vasc Biol **17**(12): 3481-8.

Vinals, M., J. Martinez-Gonzalez, et al. (1999). "Regulatory effects of HDL on smooth muscle cell prostacyclin release." Arterioscler Thromb Vasc Biol **19**(10): 2405-11.

Virdis, A., R. Colucci, et al. (2005). "Cyclooxygenase-2 inhibition improves vascular endothelial dysfunction in a rat model of endotoxic shock: role of inducible nitric-oxide synthase and oxidative stress." J Pharmacol Exp Ther **312**(3): 945-53.

Wallace, J. L. (2005). "Recent advances in gastric ulcer therapeutics." Curr Opin Pharmacol **5**(6): 573-7.

Wallace, J. L. and P. Del Soldato (2003). "The therapeutic potential of NO-NSAIDs." Fundam Clin Pharmacol **17**(1): 11-20.

Walter, M. F., R. F. Jacob, et al. (2004). "Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs." Atherosclerosis **177**(2): 235-43.

Wang, A., T. Nishihashi, et al. (2005). "Involvement of endothelial cyclo-oxygenase metabolites in noradrenaline-induced contraction of rat coronary artery." Clin Exp Pharmacol Physiol **32**(8): 628-32.

Wang, D., T. Chabrashvili, et al. (2004). "Enhanced contractility of renal afferent arterioles from angiotensin-infused rabbits: roles of oxidative stress, thromboxane prostanoid receptors, and endothelium." Circ Res **94**(11): 1436-42.

Wang, D. and R. N. Dubois (2006). "Prostaglandins and cancer." Gut **55**(1): 115-22.

Wang, D., M. Wang, et al. (2005). "Cardiovascular hazard and non-steroidal anti-inflammatory drugs." Curr Opin Pharmacol **5**(2): 204-10.

Wang, K., K. Tarakji, et al. (2005). "Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model." J Cardiovasc Pharmacol **45**(1): 61-7.

Warner, T. D. and J. A. Mitchell (2004). "Cyclooxygenases: new forms, new inhibitors, and lessons from the clinic." Faseb J **18**(7): 790-804.

Watanabe, H., T. Katoh, et al. (2005). "Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene." Circ J **69**(1): 124-6.

Watson, D. J., T. Rhodes, et al. (2002). "Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis." Arch Intern Med **162**(10): 1105-10.

M007C16806

Weatherall, M., S. Aldington, et al. (2005). "COX-2 inhibitors--first, do no harm." N Z Med J **118**(1211): U1359.

Weber, A. A., T. P. Zucker, et al. (1998). "Antimitogenic effects of vasodilatory prostaglandins in coronary artery smooth muscle cells." Basic Res Cardiol **93 Suppl** 3: 54-7.

Weir, M. R., R. S. Sperling, et al. (2003). "Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program." Am Heart J **146**(4): 591-604.

Wheeler, G. L., G. A. Braden, et al. (2002). "The Ultegra rapid platelet-function assay: comparison to standard platelet function assays in patients undergoing percutaneous coronary intervention with abciximab therapy." Am Heart J **143**(4): 602-11.

Whelton, A. (1999). "Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations and clinical implications." Am J Med **106**(5B): 13S-24S.

Whelton, A. (2000). "Renal and related cardiovascular effects of conventional and COX-2-specific NSAIDs and non-NSAID analgesics." Am J Ther **7**(2): 63-74.

Whelton, A. (2002). "COX-2-specific inhibitors and the kidney: effect on hypertension and oedema." J Hypertens Suppl **20**(6): S31-5.

Whelton, A. (2006). "Clinical implications of nonopioid analgesia for relief of mild-to-moderate pain in patients with or at risk for cardiovascular disease." Am J Cardiol **97**(9A): 3-9.

Whelton, A., J. G. Fort, et al. (2001). "Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients." Am J Ther **8**(2): 85-95.

Whelton, A., W. B. White, et al. (2002). "Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis." Am J Cardiol **90**(9): 959-63.

White, L. R., R. Juul, et al. (2002). "Cyclooxygenase inhibitors attenuate endothelin ET(B) receptor-mediated contraction in human temporal artery." Eur J Pharmacol **448**(1): 51-7.

White, W. B., G. Faich, et al. (2003). "Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib." Am J Cardiol **92**(4): 411-8.

White, W. B., G. Faich, et al. (2002). "Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac." Am J Cardiol **89**(4): 425-30.

White, W. B., V. Strand, et al. (2004). "Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis." Am J Ther **11**(4): 244-50.

White, W. B. and A. Whelton (2001). "Cardiovascular events and COX-2 inhibitors." Jama **286**(22): 2811-2.

Whittle, B. J. (2004). "Cyclooxygenase and nitric oxide systems in the gut as therapeutic targets for safer anti-inflammatory drugs." Curr Opin Pharmacol **4**(6): 538-45.

M00701 6807

Widlansky, M. E., D. T. Price, et al. (2003). "Short- and long-term COX-2 inhibition reverses endothelial dysfunction in patients with hypertension." Hypertension 42(3): 310-5.

Wilcox, C. M., Jr. (2006). "Gastrointestinal Considerations in Patients with Cardiovascular Disease Using Nonopioid Analgesics for Mild-to-Moderate Pain or Cardioprotection." Am J Cardiol 97(9A): 17-22.

Wilkinson-Berka, J. L. (2004). "Vasoactive factors and diabetic retinopathy: vascular endothelial growth factor, cycoloxygenase-2 and nitric oxide." Curr Pharm Des 10(27): 3331-48.

Wilkinson-Berka, J. L., N. S. Alousis, et al. (2003). "COX-2 inhibition and retinal angiogenesis in a mouse model of retinopathy of prematurity." Invest Ophthalmol Vis Sci 44(3): 974-9.

Williams, G. W. (2005). "An update on nonsteroidal anti-inflammatory drugs and cyclooxygenase-2 inhibitors." Curr Pain Headache Rep 9(6): 377-89.

Wilner, K. D., M. Rushing, et al. (2002). "Celecoxib does not affect the antiplatelet activity of aspirin in healthy volunteers." J Clin Pharmacol 42(9): 1027-30.

Wong, E., J. Q. Huang, et al. (2001). "Effects of COX-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits." Atherosclerosis 157(2): 393-402.

Wong, M., P. Chowienczyk, et al. (2005). "Cardiovascular issues of COX-2 inhibitors and NSAIDs." Aust Fam Physician 34(11): 945-8.

Woods, J. M., A. Mogollon, et al. (2003). "The role of COX-2 in angiogenesis and rheumatoid arthritis." Exp Mol Pathol 74(3): 282-90.

Wu, K. K. (1996). "Endothelial prostaglandin and nitric oxide synthesis in atherogenesis and thrombosis." J Formos Med Assoc 95(9): 661-6.

Wu, R., M. A. Laplante, et al. (2005). "Cyclooxygenase-2 inhibitors attenuate angiotensin II-induced oxidative stress, hypertension, and cardiac hypertrophy in rats." Hypertension 45(6): 1139-44.

Wu, T. (2005). "Cyclooxygenase-2 and prostaglandin signaling in cholangiocarcinoma." Biochim Biophys Acta 1755(2): 135-50.

Xu, X. M., L. Sansores-Garcia, et al. (1999). "Suppression of inducible cyclooxygenase 2 gene transcription by aspirin and sodium salicylate." Proc Natl Acad Sci U S A 96(9): 5292-7.

Xuan, Y. T., Y. Guo, et al. (2005). "Role of the protein kinase C-epsilon-Raf-1-MEK-1 2-p44/42 MAPK signaling cascade in the activation of signal transducers and activators of transcription 1 and 3 and induction of cyclooxygenase-2 after ischemic preconditioning." Circulation 112(13): 1971-8.

Yamada, M., Y. Numaguchi, et al. (2002). "Prostacyclin synthase gene transfer modulates cyclooxygenase-2-derived prostanoid synthesis and inhibits neointimal formation in rat balloon-injured arteries." Arterioscler Thromb Vasc Biol 22(2): 256-62.

Yamagata, K., K. Matsumura, et al. (2001). "Coexpression of microsomal-type prostaglandin E synthase with cyclooxygenase-2 in brain endothelial cells of rats during endotoxin-induced fever." J Neurosci 21(8): 2669-77.

Yamaguchi, H., M. Igarashi, et al. (2001). "Characterization of platelet-derived growth factor-induced p38 mitogen-activated protein kinase activation in vascular smooth muscle cells." Eur J Clin Invest 31(8): 672-80.

M007C1680B

Yamamoto, T., N. R. Kakar, et al. (2001). "Effect of cyclooxygenase-2 inhibitor (celecoxib) on the infarcted heart in situ." Pharmacology **63**(1): 28-33.

Yan, Z., K. Subbaramaiah, et al. (2000). "Benzo[a]pyrene induces the transcription of cyclooxygenase-2 in vascular smooth muscle cells. Evidence for the involvement of extracellular signal-regulated kinase and NF-kappaB." J Biol Chem **275**(7): 4949-55.

Yang, T., A. Zhang, et al. (2006). "Nitric Oxide Stimulates COX-2 Expression in Cultured Collecting Duct Cells through MAP Kinases and Superoxide but not cGMP." Am J Physiol Renal Physiol.

Yang, X., K. K. Sheares, et al. (2002). "Hypoxic induction of cox-2 regulates proliferation of human pulmonary artery smooth muscle cells." Am J Respir Cell Mol Biol **27**(6): 688-96.

Yang, Y. Y., H. C. Lin, et al. (2006). "Roles of anandamide in the hepatic microcirculation in cirrhotic rats." Am J Physiol Gastrointest Liver Physiol **290**(2): G328-34.

Yasui, K., I. Wakabayashi, et al. (2001). "Daunorubicin inhibits gene expression of cyclooxygenase-2 in vascular smooth muscle cells." Thromb Res **103**(3): 233-40.

Yazawa, K., N. H. Tsuno, et al. (2005). "Selective inhibition of cyclooxygenase (COX)-2 inhibits endothelial cell proliferation by induction of cell cycle arrest." Int J Cancer **113**(4): 541-8.

Yodfat, Y. (2004). "[Is there a future for COX-2 inhibitors?]." Harefuah **143**(11): 820-4, 837.

Young, W., K. Mahboubi, et al. (2000). "Cyclooxygenase-2 is required for tumor necrosis factor-alpha- and angiotensin II-mediated proliferation of vascular smooth muscle cells." Circ Res **86**(8): 906-14.

Yu, Y., Y. Cheng, et al. (2005). "Differential impact of prostaglandin H synthase 1 knockdown on platelets and parturition." J Clin Invest **115**(4): 986-95.

Yuan, Y. and R. H. Hunt (2003). "Assessment of the safety of selective cyclo-oxygenase-2 inhibitors: where are we in 2003?" Inflammopharmacology **11**(4): 337-54.

Zauli, G., A. Pandolfi, et al. (2003). "Tumor necrosis factor-related apoptosis-inducing ligand (TRAIL) sequentially upregulates nitric oxide and prostanoid production in primary human endothelial cells." Circ Res **92**(7): 732-40.

Zellweger, M. J. and M. E. Pfisterer (2006). "[Pain killers--killing the pain or the patient?]." Schweiz Rundsch Med Prax **95**(8): 273-6.

Zemmel, M. H. (2006). "The role of COX-2 inhibitors in the perioperative setting: efficacy and safety--a systematic review." Aana J **74**(1): 49-60.

Zerrouk, A., M. Auguet, et al. (1998). "Augmented endothelium-dependent contraction to angiotensin II in the SHR aorta: role of an inducible cyclooxygenase metabolite." J Cardiovasc Pharmacol **31**(4): 525-33.

Zhang, D. X., K. M. Gauthier, et al. (2005). "Cyclooxygenase- and lipoxygenase-dependent relaxation to arachidonic acid in rabbit small mesenteric arteries." Am J Physiol Heart Circ Physiol **288**(1): H302-9.

Zhao, S. Z., T. A. Burke, et al. (2002). "Comparison of the baseline cardiovascular risk profile among hypertensive patients prescribed COX-2-specific inhibitors or

M007C16809

    nonspecific NSAIDs: data from real-life practice." <u>Am J Manag Care</u> **8**(15 Suppl): S392-400.

Zhao, X., L. Li, et al. (2006). "Chemoprevention of breast cancer: current status and future prospects." <u>Front Biosci</u> **11**: 2249-56.

Zingarelli, B., G. J. Southan, et al. (1997). "The inhibitory effects of mercaptoalkylguanidines on cyclo-oxygenase activity." <u>Br J Pharmacol</u> **120**(3): 357-66.

Zorowitz, R. D., R. J. Smout, et al. (2005). "Usage of pain medications during stroke rehabilitation: the Post-Stroke Rehabilitation Outcomes Project (PSROP)." <u>Top Stroke Rehabil</u> **12**(4): 37-49.

M007C16810