Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

[:] - [:]        10/6/2006    Furman, Michael I. - Vol. 1

```
page
        Exhibits:  1 - 16         Volume 1, Pages 1 - 370
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
        ------------------------
        IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION
        ------------------------
        ANTHONY WAYNE DEDRICK,
                        Plaintiff
        vs.                          Case No. 2:05-CV-2524
        MERCK & CO., INC.,
                        Defendant
        ------------------------
        VIDEOTAPED DEPOSITION OF MICHAEL I. FURMAN, M.D.
             Monday, November 6, 2006, 7:33 a.m.
                    Beechwood Hotel
             363 Plantation Street, Executive Room
                    Worcester, Massachusetts
        -------- Janis T. Young, RDR, CRR ---------
        jyoung@fabreporters.com  www.fabreporters.com
                    Farmer Arsenault Brock LLC
        50 Congress Street, Boston, Massachusetts 02109
                617-728-4404  Fax 617-728-4403
page 2
 1   APPEARANCES:
 2        Andy D. Birchfield, Jr., Esq.
 3        Beasley, Allen, Crow, Methvin, Portis &
```

[9:2] - [13:8]      10/6/2006    Furman, Michael I. - Vol. 1

```
page 8
23   general public, I know more as a physician than they
24   do, so in that respect I'm an expert.  So it's all
page 9
 1   relative.
 2        Q.  So, but among physicians, you wouldn't
 3   consider yourself an expert rheumatologist, correct?
 4        A.  I would not consider myself a
 5   rheumatologist.
 6        Q.  And in the same context, you wouldn't
 7   consider yourself a gastroenterologist, correct?
 8        A.  In the same context, correct.
 9        Q.  Or an epidemiologist?
10        A.  Again, it's in a different context.  So
11   since epidemiology is an integral part of
12   cardiovascular medicine and the teaching of
13   cardiology for, in comparison to -- so for the
14   medical students, medical residents, cardiology
15   fellows, cardiologists that are in the community
16   that use us as a resource, I have an expertise more
17   than they do in epidemiology and interpretation of
18   clinical studies.  So to them, I'm considered more
19   of an expert, or an expert.
20             But again, it's all relative.
21        Q.  Now, I noticed you said in your report that
22   you had read the reports of some epidemiologists who
23   were retained by Mr. Dedrick's lawyers, correct?
24        A.  Correct.
page 10
 1        Q.  You're not as much of an epidemiologist as
 2   Drs. Farquhar and Moye, correct?
 3        A.  Correct.
 4        Q.  But you believe you have enough experience
 5   that you can read and understand the work that
 6   they've done?
 7        A.  Yes.
 8        Q.  If you disagree with them on matters of
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
 9      epidemiology, would you defer to them and to their
10      judgment on those questions?
11          A.  It depends on the disagreement.
12          Q.  Can you give me any guidelines, sort of
13      when you would defer and when you would not, on
14      questions of epidemiology, to the epidemiologists?
15          A.  I would, again, need to see the context.
16          Q.  Are you an expert in biostatistics?
17          A.  Again, you know, it depends on the expert;
18      to who?  So to medical students, medical residents,
19      cardiology fellows that I teach and train, I have
20      more expertise than they do, and then they defer to
21      me, and I teach them interpretations of clinical
22      studies and biostatistics.  And that way, as an
23      author of multiple manuscripts that use
24      biostatistics, I have an understanding of
page 11
 1      biostatistics.
 2                  So again, you have to tell me, an expert
 3      in relation to who?
 4          Q.  But if somebody says -- have you ever said
 5      to somebody, "I'm a biostatistician"?
 6          A.  No.
 7          Q.  And are you an endocrinologist?
 8          A.  No.
 9          Q.  Are you a hematologist?
10          A.  I'm not trained in hematology.  But I
11      understand as -- because of platelet physiology, I
12      have more of an understanding of thrombosis and
13      hemostasis than other non-hematologists.
14          Q.  Are you a molecular biologist?
15          A.  Same answer:  because I do basic science
16      research or am involved with science research, I
17      have an understanding of molecular biology.  I've
18      used their techniques.  So it depends on what you
19      consider, what is considered a molecular biologist.
20          Q.  Are you an expert in FDA regulations for
21      drug labeling?
22          A.  No.
23          Q.  Nuclear imaging, are you an expert in
24      nuclear imaging?
page 12
 1          A.  At the pains of repeating myself, compared
 2      to cardiology fellows, students, residents, general
 3      public, non-cardiology physicians, I have more
 4      expertise than they do in the interpretation of
 5      nuclear images; but there are cardiologists with
 6      more expertise than I.  So I don't consider myself
 7      -- again, it's all relative.
 8          Q.  When you're treating patients, do you
 9      sometimes refer them for nuclear imaging studies?
10          A.  Yes.
11          Q.  And do you have someone who you work with
12      who you rely on to interpret those studies?
13          A.  Yes.
14          Q.  Have you ever testified in court?
15          A.  Yes.
16          Q.  How many times?
17          A.  I believe three or four.
18          Q.  Were those in medical malpractice cases?
19          A.  Yes.
20          Q.  You've never testified in court about -- in
21      a products liability case, correct?
22          A.  Yes.
23          Q.  Yes, that's correct?
24          A.  That's correct.
page 13
 1          Q.  And have you been deposed before in a
 2      products liability case?
 3          A.  No.
 4          Q.  Only in malpractice cases?
 5          A.  Correct.
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

|  |  |
|---|---|
| | 6   Q.  Have you written expert reports in other |
| | 7  cases, as in other products liability cases? |
| | 8   A.  No. |
| | 9   Q.  So this is your first products liability |
| | 10  case? |
| | 11   A.  Yes. |

[14:15] - [15:5]     10/6/2006   Furman, Michael I. - Vol. 1

```
page 14
12    to have given a certain medicine to the particular
13    patient in those circumstances?
14        A.  Correct.
15        Q.  Have you ever been -- so you've never been
16    qualified by a court to talk as an expert about
17    VIOXX?
18        A.  No.
19        Q.  Or other COX-2s?
20        A.  No.
21        Q.  Or causes of atherosclerosis?
22        A.  I don't recall what I was certified, if
23    that's the right term, by a court to be an expert
24    in.  I have testified in my capacity as a
page 15
1     cardiologist, interventional cardiologist, and
2     thrombosis cardiologist.  Whether that included
3     specifically atherosclerosis, I cannot recall
4     whether, how specific the expertise that was granted
5     to me was.
6         Q.  You refer in your expert report in a number
7     of places to clinical trials, correct?
8         A.  Correct.
```

[27:20] - [28:18]     10/6/2006   Furman, Michael I. - Vol. 1

```
page 27
17    of the patients were involved in any of the clinical
18    trials involving them.  So to be honest, I don't
19    know.
20        Q.  It's true that the vast majority of the
21    7,000 patients that you treated last year had never
22    taken a COX-2 inhibitor, correct?
23        A.  I did not treat those 7,000 patients last
24    year personally, but I would say I agree that the
page 28
1     vast majority of the 7,000 patients treated in the
2     catheterization laboratories at U. Mass. Memorial
3     Medical Center were not receiving a COX-2 antagonist
4     -- a COX-2-specific antagonist.
5         Q.  As part of your work as an active clinical
6     cardiologist, do you prescribe drugs?
7         A.  Yes.
8         Q.  Have you ever prescribed VIOXX?
9         A.  I don't recall.  I may have renewed a
10    prescription as a courtesy to patients when they
11    come in and they haven't seen their physicians;
12    their primary care physician is a rheumatologist.
13    So I may have renewed a prescription because some
14    prescription refills aren't complete, or altered it
15    so they can mail away, so that a 30-day supply can
16    be mailed away for a 90-day supply.  But I don't
17    recall ever instituting VIOXX therapy or any COX-2
18    in any patient.
19        Q.  Do you usually institute drug therapies in
20    your patients, or when you're prescribing, is it
21    usually as a continuation?
```

Issues Report [Merck_(Depos)]

• Dedrick - Expert Challenge - Furman

[29:15] - [29:18]            10/6/2006     Furman, Michael I. - Vol. 1

```
                    page 29
                    12    when would you institute drug treatment?
                    13         A.  When it's indicated in that patient.  The
                    14    patient -- it depends on the circumstance.
                    15         Q.  So to the best of your recollection, you
                    16    can't remember one way or the other whether you ever
                    17    filled out a VIOXX prescription for any patient?
                    18         A.  I honestly cannot remember.
                    19         Q.  Did you ever take it yourself, VIOXX?
                    20         A.  No.
                    21         Q.  Do you ever prescribe drugs for family
```

[30:3] - [30:11]            10/6/2006     Furman, Michael I. - Vol. 1

```
                    page 29
                    24         Q.  Did you ever prescribe VIOXX for a family
                    page 30
                    1     member?
                    2          A.  Not that I recall.
                    3          Q.  In your private practice, have you ever
                    4     diagnosed a patient as having had a thrombotic
                    5     cardiac event that you determined at the time was
                    6     related to the cause -- or to the use of VIOXX?
                    7          A.  I don't have a private practice.  I'm an
                    8     employed physician at the medical center.
                    9              But in answer to your question, I don't
                    10    recall ever writing in a chart that a patient had a
                    11    COX-2 antagonist-induced thrombotic event.
                    12         Q.  So in your practice, you never determined,
                    13    as someone's treating doctor, that their thrombotic
                    14    event was caused by a COX-2 inhibitor, correct?
```

[30:12] - [30:18]           10/6/2006     Furman, Michael I. - Vol. 1

```
                    page 30
                    9              But in answer to your question, I don't
                    10    recall ever writing in a chart that a patient had a
                    11    COX-2 antagonist-induced thrombotic event.
                    12         Q.  So in your practice, you never determined,
                    13    as someone's treating doctor, that their thrombotic
                    14    event was caused by a COX-2 inhibitor, correct?
                    15         A.  I don't recall ever writing that in a chart
                    16    as the primary cause of the event.
                    17         Q.  Did you ever tell a patient that?
                    18         A.  I don't recall ever telling a patient that.
                    19         Q.  It sounds like you're being careful.  Is
                    20    there any circumstance where you can ever remember,
                    21    in your practice as a doctor, determining that
```

[30:19] - [31:1]            10/6/2006     Furman, Michael I. - Vol. 1

```
                    page 30
                    16    as the primary cause of the event.
                    17         Q.  Did you ever tell a patient that?
                    18         A.  I don't recall ever telling a patient that.
                    19         Q.  It sounds like you're being careful.  Is
                    20    there any circumstance where you can ever remember,
                    21    in your practice as a doctor, determining that
                    22    someone's thrombotic event was caused by a COX-2
                    23    inhibitor?
                    24         A.  I don't remember ever commenting or saying
                    page 31
                    1     that to anyone.
                    2          Q.  Well, my question is not just whether you
                    3     said it.  Did you ever determine it?
                    4          A.  I don't remember ever determining that,
```

Issues Report [Merck_(Depos)]

• Dedrick - Expert Challenge - Furman

[39:24] - [40:14]          10/6/2006    Furman, Michael I. - Vol. 1

```
page 39
21   inhibitors that do relate directly to the questions
22   that you've addressed in your expert report here?
23      A.  No.
24      Q.  Have you done any studies or published any
page 40
1    papers on the topic of NSAIDs?
2       A.  Not that I recall.
3       Q.  And have you done any studies or published
4    any papers on the topic of VIOXX?
5       A.  No.
6       Q.  Have you done any studies or published any
7    papers on prostacyclin or thromboxane or any alleged
8    imbalance between prostacyclin and thromboxane?
9       A.  I've published papers that use thromboxane,
10   or thromboxane and agonists, as platelet agonists.
11   I've looked at, again, as I mentioned before, in the
12   Circulation article of COX-1 and COX-2 inhibition,
13   used thromboxane to measure urinary -- serum
14   thromboxane levels.
15              So in that context of scientific
16   experiments, I've used thromboxane as a standard.
17   Did I look specifically at thromboxane and
```

[74:3] - [74:15]          10/6/2006    Furman, Michael I. - Vol. 1

```
page 73
24   don't recall any.  I try to be complete, but there's
page 74
1    eight hundred something -- 890.  An error rate of
2    one or two is well along the accepted --
3       Q.  These are not all articles that you've read
4    just since beginning your work as an expert in this
5    case, are they?
6       A.  Those are articles I've looked at to some
7    extent.
8       Q.  So have you read them?
9       A.  Some of them I read; some of them I've
10   looked at the abstract; some of them, by the
11   reference of the title, it wasn't applicable.  Some
12   of them are not in English, so those weren't
13   referenced, but they're included because I included
14   them in the -- it was just easier not to delete them
15   and look through the ones that are important.
16      Q.  So the articles in Exhibit 3 range from
17   things that you looked at and didn't read to things
18   that you studied closely; is that fair?
```

[75:13] - [75:24]          10/6/2006    Furman, Michael I. - Vol. 1

```
page 75
10   references, 895 references, has occurred during your
11   work as an expert in this case?
12      A.  Most of the current reading of it.
13      Q.  And how many hours would you say that you
14   have billed for reviewing these 895 references?
15      A.  For just reviewing the records --
16   references?
17      Q.  Yes.
18      A.  Fifty, sixty hours.
19      Q.  So you think you've spent fifty or sixty
20   hours reviewing these 895 references for this
21   litigation?
22      A.  Estimate.  I don't have the -- I don't keep
23   an hourly clock in that respect, which reference,
24   how much time.  It's too inefficient.
page 76
1       Q.  But in the area of fifty to sixty hours is
2    your best estimate, correct?
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

                              3         A.  Yes, maybe ten more.  I'd have to look at

[87:14] - [88:19]          10/6/2006    Furman, Michael I. - Vol. 1

                        page 87
                        11        A.  Yes.
                        12        Q.  And thrombosis?
                        13        A.  At times, yes.
                        14        **Q.  So thrombosis comes along with coronary**
                        15  **artery disease in general, regardless of whether**
                        16  **somebody's taking VIOXX, correct?**
                        17        **A.  Correct.**
                        18        **Q.  And the same thing with inflammation:**
                        19  **Coronary artery disease is an inflammatory**
                        20  **condition, in general, regardless of whether**
                        21  **somebody is or isn't taking VIOXX?**
                        22        **A.  Yes.**
                        23        **Q.  And same thing with the development of**
                        24  **plaque:  That goes with coronary artery disease**
                        page 88
                        1   **whether you are or are not taking VIOXX?**
                        2         **A.  Yes.**
                        3         **Q.  And does coronary artery disease put an**
                        4   **individual in a prothrombotic state?**
                        5         **A.  Yes.**
                        6         **Q.  And that, again, is true whether or not**
                        7   **somebody is or is not taking VIOXX?**
                        8         **A.  Yes.**
                        9         **Q.  The vast majority of your patients have**
                        10  **coronary artery disease, correct?**
                        11        **A.  Yes.**
                        12        **Q.  And in the vast majority of them, their**
                        13  **coronary artery disease doesn't have anything to do**
                        14  **with VIOXX or COX-2 inhibitors, correct?**
                        15        **A.  Yes.**
                        16        **Q.  And atherosclerotic vascular disease is the**
                        17  **leading cause of morbidity and mortality in the**
                        18  **United States, correct?**
                        19        **A.  Yes.**
                        20        Q.  Does "morbidity" mean sickness?
                        21        A.  It means harm from the disease.
                        22        Q.  Harm?

[93:16] - [93:24]          10/6/2006    Furman, Michael I. - Vol. 1

                        page 93
                        13        A.  Yes.
                        14        Q.  Or any other symptoms?
                        15        A.  Yes.
                        16        **Q.  Is erectile dysfunction an indicator that**
                        17  **somebody has atherosclerosis?**
                        18        **A.  It's a marker.**
                        19        **Q.  Is a marker different from an indicator?**
                        20        **A.  There are -- yes.**
                        21        **Q.  Okay.**
                        22        **A.  Well --**
                        23        **Q.  What's a marker?**
                        24        **A.  I'll ask you what you mean by indicator.**
                        page 94
                        1         Q.  No, I'd rather know what you mean by what a
                        2   marker is.
                        3         A.  It marks a person --

[98:17] - [99:9]           10/6/2006    Furman, Michael I. - Vol. 1

                        page 98
                        14        Q.  Another word for a heart attack is a
                        15  myocardial infarction, correct?
                        16        A.  Correct.
                        17        **Q.  Now, what causes myocardial infarction most**

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
18    often is that sequence that we've just described:
19    plaque buildup, plaque rupture, and a clot that gets
20    too big, correct?
21        A.   Correct.
22        Q.   That's the sort of direct cause of a heart
23    attack, correct?
24        A.   Well, it depends on where you want to start
page 99
1     the cause, but it's the common pathophysiology of an
2     acute ST-segment elevation, myocardial infarction
3     is, as what you just described.
4         Q.   So atherosclerosis and blood clotting are
5     the leading cause of heart attacks, correct?
6         A.   Yes.
7         Q.   And that's true in patients who never took
8     VIOXX or any other COX-2 inhibitor, correct?
9         A.   Yes.
10        Q.   And also in patients who did take VIOXX and
11    COX-2 inhibitor, most of them who had heart attacks,
12    it was caused by atherosclerosis and blood clot,
```

[102:15] - [102:24]          10/6/2006     Furman, Michael I. - Vol. 1

```
page 102
12    accepted?
13        A.   The traditional risk factors that I think
14    you're inquiring to are commonly well-accepted.
15        Q.   And that's age, right?  That's one?
16        A.   Yes.
17        Q.   Male gender?
18        A.   Yes.
19        Q.   Family history?
20        A.   Yes.
21        Q.   Smoking?
22        A.   Yes.
23        Q.   Hypertension?
24        A.   Yes.
page 103
1         Q.   Diabetes?
2         A.   Yes.
3         Q.   Hyperlipidemia?
```

[103:1] - [103:4]          10/6/2006     Furman, Michael I. - Vol. 1

```
page 102
22        A.   Yes.
23        Q.   Hypertension?
24        A.   Yes.
page 103
1         Q.   Diabetes?
2         A.   Yes.
3         Q.   Hyperlipidemia?
4         A.   Yes.
5         Q.   And by "hyperlipidemia," is that high
6     levels of low-density lipoprotein, or LDL?
7         A.   In general, yes.
```

[103:8] - [103:19]          10/6/2006     Furman, Michael I. - Vol. 1

```
page 103
5         Q.   And by "hyperlipidemia," is that high
6     levels of low-density lipoprotein, or LDL?
7         A.   In general, yes.
8         Q.   And then another risk factor is low levels
9     of HDL, high-density lipoprotein?
10        A.   Yes.
11        Q.   And another risk factor, traditional risk
12    factor, is inactivity, correct?
13        A.   Yes.
14        Q.   And another one is obesity, correct?
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
15      A.  Correct.
16      Q.  Are there other risk factors that I didn't
17 mention?
18      A.  Not in the context that I understand the
19 word "traditional" to mean, no.
20      Q.  Well, are there other factors that you
21 consider to be well-accepted risk factors for
22 coronary artery disease that are not on that list?
```

[107:9] - [108:4]        10/6/2006    Furman, Michael I. - Vol. 1

```
page 107
6  increase your risk for developing it, and can most
7  likely worsen it if you have it, but I can't say for
8  sure that it's the causative agent.
9      Q.  Are there studies that show that it does
10 increase atherosclerosis, as opposed to increase the
11 risk of atherosclerosis?
12      A.  I believe so, but I can't cite them
13 offhand.  So that may be wrong.  And it depends also
14 on, you know, are you looking at animal models or
15 are you looking at humans?
16      Q.  Is there a difference?
17      A.  Yes, because in animal models, animal
18 atherosclerosis is different from human
19 atherosclerosis.  You can't do things to humans, or
20 you shouldn't be doing things to humans, that you
21 can do to animals.
22      Q.  And do you have to be careful about
23 extrapolating from what you learned in animal
24 studies about atherosclerosis to draw conclusions
page 108
1  about human atherosclerosis?
2      A.  You need to be careful in extrapolating any
3  data, including that from animal studies to human
4  studies.
5      Q.  Does high blood pressure cause or trigger a
6  heart attack?
7      A.  Acute changes in blood pressure can trigger
```

[108:14] - [109:1]        10/6/2006    Furman, Michael I. - Vol. 1

```
page 108
11      A.  It has been -- spikes in blood pressure
12 have been associated with the onset of heart
13 attacks.
14      Q.  There's no evidence here that that's what
15 caused Mr. Dedrick's heart attack, right?
16      A.  There is no evidence.
17      Q.  His blood pressure was under control at the
18 time he had his heart attack, correct?
19      A.  I don't know what his blood pressure was
20 before his heart attack, the days before; but
21 presumably it had been not significantly out of
22 control.
23      Q.  So his heart attack wasn't caused by an
24 elevation in blood pressure, correct?
page 109
1      A.  Not that I'm aware of.
2      Q.  Okay; so let's go to Page 6.
3          Page 6 of the Heart Association brochure
4  that talks about smoking, it calls smoking a major
```

[109:21] - [109:23]        10/6/2006    Furman, Michael I. - Vol. 1

```
page 109
18 for atherosclerosis and heart attack than smoking
19 fewer cigarettes?
20      A.  In general, yes.
21      Q.  And smoking for 30 years is worse than
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
22    smoking for three years?
23        A.  Yes.
24        Q.  Smoking can trigger a heart attack as well
page 110
1     in addition to causing the atherosclerosis that
2     gradually leads to a heart attack, correct?
```

[122:13] - [124:13]        10/6/2006   Furman, Michael I. - Vol. 1

```
page 122
10    pressure an indicator of metabolic syndrome, too?
11        A.  I don't know offhand.  It could be, but I
12    don't know.
13        Q.  And is it true that if you take the various
14    factors that are components of metabolic syndrome
15    and you have three or more of them, then you have
16    metabolic syndrome?
17        A.  I believe so, yes.  I believe that's the
18    definition.
19        Q.  And is it true that it increases your risk
20    of coronary artery disease and heart attack four
21    times what the risk would be from those individual
22    factors?
23             That is, you take the risk of -- say you
24    have obesity, high triglycerides and high blood
page 123
1     pressure.  You add up the risk from those, and then
2     having them all together increases the risk another
3     four times.  Is that right?
4         A.  I believe that's right, but I don't --
5     unless I see the data, I don't want to say, you
6     know, four times.
7         Q.  But it's something like that?  It's a
8     multiplicative effect?
9         A.  Risk factors are multiplicatively additive
10    -- or not additive; they're multiplicative.
11        Q.  Is stress a risk factor?
12        A.  For?
13        Q.  Heart attack.
14        A.  For heart attack?  Stress has been
15    associated as an inducing agent in some people's
16    heart attacks, yes.
17        Q.  Is it a risk factor for coronary artery
18    disease?
19        A.  It's not as well established a risk factor
20    as all the other risk factors we previously
21    discussed.
22        Q.  Would you consider it a risk factor?
23        A.  I consider it too subjective to be
24    considered a risk factor.
page 124
1         Q.  You don't consider it a risk factor?
2         A.  I don't consider it a direct risk factor.
3     I would consider it a risk factor if by being under
4     stress you change your eating habits, get
5     overweight, inactive and have high blood pressure,
6     yes.
7              But if you take people without any of
8     those conditions and have stress versus no stress,
9     how do you quantify stress?  I'm trying to be
10    scientific about it.  It's probably not as
11    significant a factor as the other ones for the
12    development of atherosclerosis, at least in my
13    opinion.
14        Q.  Can stress promote atherosclerosis?
15        A.  Same answer.
16        Q.  So in your view, it promotes it by
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

[132:3] - [132:12]          10/6/2006     Furman, Michael I. - Vol. 1

```
page 131
24    ever been done to prove or disprove that.
page 132
1         Q.  One way or the other?
2         A.  One way or the other.
3         Q.  You've never met Mr. Dedrick, have you?
4         A.  No.
5         Q.  Never examined him, therefore?
6         A.  Correct.
7         Q.  Mr. Dedrick had many, or all of the
8     traditional risk factors for heart attack, correct?
9         A.  Correct.
10        Q.  He was at high risk for a heart attack even
11    putting to one side his VIOXX use, correct?
12        A.  Correct.
13        Q.  He was at the very highest risk of a heart
14    attack even without his VIOXX use, correct?
15        A.  Yes.
```

[133:2] - [133:6]          10/6/2006     Furman, Michael I. - Vol. 1

```
page 132
23        Q.  All right; forget quantifying.  He was at
24    very high risk of a heart attack even without the
page 133
1     VIOXX, correct?
2         A.  He was at very high risk for developing a
3     heart attack in his lifetime because of the risk
4     factors he possessed.
5         Q.  Even without the VIOXX?
6         A.  Even without the VIOXX.
7         Q.  And you've had patients like him with risk
8     factors like that who had heart attacks who never
9     took VIOXX, right?
```

[141:11] - [141:19]          10/6/2006     Furman, Michael I. - Vol. 1

```
page 141
8     medical communities, that smoking is a well-
9     established risk factor and leads to the development
10    of atherosclerosis.
11        Q.  Well, VIOXX ingestion is not a well-
12    established risk factor, is it?
13        A.  It is not as currently well-established,
14    nor, since it's not on the market anymore, not a
15    current risk factor.
16        Q.  It's not as well-established as the
17    traditional risk factors that we listed on Exhibit
18    8, right?
19        A.  Correct.
20        Q.  There's more disagreement about it than
21    those risk factors, correct?
22        A.  There's more discussion in the community
```

[146:1] - [147:2]          10/6/2006     Furman, Michael I. - Vol. 1

```
page 145
22    other about whether Celebrex is a risk factor,
23    Celebrex ingestion is a risk factor for development
24    of atherosclerosis and heart attack?
page 146
1         A.  My opinion is that it's potentially a risk
2     factor, but to a degree that will be less than
3     rofecoxib or VIOXX because of its lack of
4     specificity on COX-2 compared to COX-1; lack of
5     specificity compared to VIOXX.
6             But I haven't reviewed to the greatest
7     detail the clinical epidemiological evidence on
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
                          8    Celebrex.
                          9        Q.  Now, you're aware that the FDA has reviewed
                         10    that information, correct?
                         11        A.  I'm aware the FDA has -- no, actually, I'm
                         12    not aware of that.
                         13        Q.  Did you read the FDA's 2005, April 2005
                         14    memorandum on NSAIDs --
                         15            MR. BIRCHFIELD:  Object to form.
                         16        Q.  -- and cardiovascular risk?
                         17        A.  I believe I have, but if you're going to
                         18    ask me to comment on it, I want to see it.
                         19        Q.  Do you remember, just from your
                         20    recollection, sitting here, whether the FDA said it
                         21    was not possible to rank the COX inhibitors and
                         22    other NSAIDs with respect to cardiovascular risk?
                         23            MR. BIRCHFIELD:  Object to the form.
                         24        A.  I don't remember seeing that, but I'd be
                    page 147
                          1    more than happy to look at it if you can show it to
                          2    me.
                          3        Q.  Okay.  Now, since you've said that to a
                          4    reasonable degree of medical certainty, you think
                          5    VIOXX use is a risk factor both for atherosclerosis
```

[153:14] - [154:8]          10/6/2006    Furman, Michael I. - Vol. 1

```
                    page 153
                         11        Q.  So if it wasn't for VIOXX, more likely than
                         12    not he would not have had the heart attack?
                         13        A.  That heart attack in January of 2003.
                         14        Q.  You're qualifying.  What do you mean when
                         15    you say "that heart attack"?
                         16        A.  I can't say that he -- because that's the
                         17    only heart attack he had, I can't predict what could
                         18    have happened in the future.  I wish I had a magic
                         19    glass to predict the future, but I can't.
                         20            I can say that this is the heart attack
                         21    we're dealing with, and that if it wasn't for VIOXX,
                         22    he would not have had that heart attack.
                         23        Q.  Well, if he hadn't been taking VIOXX, can
                         24    you say to a reasonable degree of medical certainty
                    page 154
                          1    that he wouldn't have had a heart attack?
                          2        A.  I can't say that.
                          3        Q.  Cannot?
                          4        A.  I can only say what -- I can only opine on
                          5    what actually happened, and to a reasonable degree
                          6    of medical certainty, his ingestion of VIOXX
                          7    substantially contributed to his heart attack on
                          8    January 8, 2003.
                          9        Q.  But I just want to be sure we're on the
                         10    same page here, okay?  So if you take Exhibit 8 and
                         11    Exhibit 9 -- can you pick those up?  Exhibit 9 shows
```

[156:18] - [157:17]          10/6/2006    Furman, Michael I. - Vol. 1

```
                    page 156
                         15        A.  I'm not sure that it falls into the same
                         16    logic, but -- that may be my thinking about it,
                         17    but --
                         18        Q.  Okay, look; if he didn't take VIOXX --
                         19        A.  I believe I answered the question, though.
                         20        Q.  Well, I want a nice clear answer.
                         21            If he didn't take -- if he never took
                         22    VIOXX, right, can you say to a reasonable degree of
                         23    medical certainty that he would not have had a heart
                         24    attack?
                    page 157
                          1            MR. BIRCHFIELD:  Object to form.
                          2        A.  I cannot say that.
                          3        Q.  Can you say, therefore, to a reasonable
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

|   |   |
|---|---|
| 4 | degree of medical certainty that if he had not taken |
| 5 | VIOXX, he would not have had a heart attack on |
| 6 | January 8, 2003? |
| 7 | A. But the issue is that he did take the |
| 8 | VIOXX. |
| 9 | Q. Okay; I understand he took the VIOXX, all |
| 10 | right?  My question is, if he did not take the |
| 11 | VIOXX, you cannot say to a reasonable degree of |
| 12 | medical certainty that he would not have had that |
| 13 | same heart attack on January 8, 2003, correct? |
| 14 | A. I couldn't say what would happen that |
| 15 | didn't happen; yes, I agree. |
| 16 | Q. So you agree with my statement, correct? |
| 17 | A. Yes. |
| 18 | Q. You can't tell us that the heart attack |
| 19 | would not have occurred if he only had not taken |
| 20 | VIOXX? |

[160:5] - [161:6]     10/6/2006    Furman, Michael I. - Vol. 1

page 160

|   |   |
|---|---|
| 2 | at some different time if he had not taken VIOXX, |
| 3 | correct? |
| 4 | A. Right.  I said that. |
| 5 | Q. So really, your opinion about what the |
| 6 | VIOXX did was, it made the heart attack happen on |
| 7 | January 8, 2003 as opposed to some different time, |
| 8 | correct? |
| 9 | A. You can't identify the precipitant cause in |
| 10 | any particular event.  What you can do is take the |
| 11 | literature and the evidence out there and say, what |
| 12 | are the risks of that event happening in this |
| 13 | patient? |
| 14 | And we do know that in a patient like |
| 15 | Mr. Dedrick, with multiple risk factors, that VIOXX |
| 16 | increases, substantially increases his risk of |
| 17 | developing a heart attack. |
| 18 | Q. Okay. |
| 19 | A. And based on that, such as -- you can't |
| 20 | argue that if he wasn't smoking, which you say, |
| 21 | which we all agree with, is a risk factor, if we |
| 22 | took away smoking, you can't say that he wouldn't |
| 23 | have had a heart attack eventually. |
| 24 | Q. Okay; hold on a second.  So you cannot -- |

page 161

|   |   |
|---|---|
| 1 | can you say to a reasonable degree of medical |
| 2 | certainty that if he did not smoke, he would not |
| 3 | have had the heart attack on January 8, 2003? |
| 4 | A. Smoking contributed to the development of |
| 5 | atherosclerosis and his heart attack.  You can say |
| 6 | that.  What you can't -- |
| 7 | Q. No, no, no.  Can you say -- |
| 8 | MR. BIRCHFIELD:  Let him finish. |
| 9 | MR. OUWELEEN:  I mean, he just said it a |

[162:5] - [162:19]     10/6/2006    Furman, Michael I. - Vol. 1

page 162

|   |   |
|---|---|
| 2 | Q. We're going to spend some time on this set |
| 3 | of questions, I'm afraid.  Go ahead. |
| 4 | A. I'm afraid that's the case, too. |
| 5 | The evidence suggests, and I think very |
| 6 | few people will disagree, that in patients with |
| 7 | multiple risk factors, such as Mr. Dedrick, patients |
| 8 | who take VIOXX are more likely than those that don't |
| 9 | take VIOXX to have a heart attack.  The attributable |
| 10 | risk -- the relative risk is high, up to four to |
| 11 | eight times normal, than people who don't take |
| 12 | VIOXX.  That's the VIGOR study. |
| 13 | Therefore, if you're calculating |
| 14 | attributable relative risk, which calculates how |

Issues Report [Merck_(Depos)]

**• Dedrick - Expert Challenge - Furman**

```
15   likely the event is to occur, you have an attributed
16   relative risk of four -- of almost 60 to 70, 80
17   percent, depending on which category you put
18   Mr. Dedrick in based on the high-risk population,
19   the subpopulation in VIGOR.
20            Therefore, more likely than not, the
21   VIOXX contributed to his heart attack.
22            Patients on VIOXX like Mr. Dedrick had
```

[163:16] - [163:22]        10/6/2006   Furman, Michael I. - Vol. 1

```
page 163
13   say that if Mr. Dedrick did not have hypertension,
14   he would not have had his heart attack the day he
15   had it?
16   A.  I have no opinion -- I have no factual -- I
17   have no way of making that opinion.  I don't know
18   the relative risk of a population of hypertensives
19   with all the other risk factors, if you subtract the
20   hypertension, what his relative risk, or attributed
21   relative risk of developing a heart attack is.  So I
22   have no basis to make that assessment.
23            Same thing with smoking.  Smoking was a
24   poor example.  I was trying to demonstrate my logic.
page 164
1    Q.  So how about diabetes, then?  Can you say
```

[169:20] - [170:1]        10/6/2006   Furman, Michael I. - Vol. 1

```
page 169
17   A.  Probably, but I don't know.  There's no way
18   to know that.
19   Q.  To the best of your knowledge?
20   A.  To the best of my knowledge, it would --
21   there's probably a degree of run-up to achieve VIOXX
22   risk; you need to be exposed for a certain amount of
23   time.  I don't know the right answer, how much time;
24   but certainly within a few weeks he would have a
page 170
1    4.89.
2            All I could say is that within close to
3    nine months of treatment, which is what the VIGOR
4    study was, it was close to 4.89.
```

[171:13] - [171:18]        10/6/2006   Furman, Michael I. - Vol. 1

```
page 171
10   have had a heart attack?
11            MR. BIRCHFIELD:  Object to the form.
12   Q.  Is that correct?
13   A.  I can't say -- all I could say is that his
14   risk was higher on the VIOXX as long as he took it
15   than off the VIOXX; and since, as we point out,
16   there's other things associated with the development
17   of myocardial infarction independent of VIOXX, I
18   can't say which one did or didn't do it.
19            All I can say is the data suggests -- or
20   the data shows, doesn't even suggest, shows that his
21   relative risk is 4.89 times higher than if he wasn't
```

[176:14] - [176:16]        10/6/2006   Furman, Michael I. - Vol. 1

```
page 176
11   Q.  No idea?
12   A.  No.  I mean, I've used that concept before.
13   It's been bandied about before.
14   Q.  Have you ever used it in diagnosing or
15   treating a patient?
16   A.  No.
17   Q.  Have you ever told a patient what you think
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

18   caused their heart attack?
19      A.  I'd never say what are causes.  I'd say,

[177:23] - [182:7]     10/6/2006   Furman, Michael I. - Vol. 1

page 177
20      A.  I don't use it in the context we're using
21  it today.  If I use that phrase, it's definitely not
22  in the context that we're using it today.
23      Q.  Now, so in the context where we are using
24  it today, did you make a determination as to whether
page 178
1  any of the other risk factors that Mr. Dedrick had
2  substantially contributed to his heart attack?
3      A.  I made a determination that the risk
4  factors, all the other risk factors, as a total,
5  increased his risk for a heart attack.
6      Q.  My question is different, Dr. Furman.  Did
7  you make a determination about whether the other
8  risk factors substantially contributed to his heart
9  attack the way you did for VIOXX?
10     A.  Not the way I did for VIOXX, no.
11     Q.  Did you in any way make a determination
12  about whether the other risk factors substantially
13  contributed to his heart attack?
14     A.  I'm not sure what other ways --
15     Q.  Did you make any determination about
16  whether the other risk factors substantially
17  contributed to his heart attack?
18     A.  When you look at -- the way I looked at it
19  is, when you look at substantially contributed, is
20  in comparison to what?  So if there's one risk
21  factor, and he had -- say Mr. Birchfield had a heart
22  attack and he had one risk factor, that risk factor
23  substantially contributed because it's only one risk
24  factor.
page 179
1       When you look at multiple risk factors,
2  it's difficult to weigh what the contributing --
3  without epidemiological data, it's difficult to
4  weigh the -- it's difficult to state what the risk
5  is of each risk factor in the setting of the other
6  risk factors.
7       Fortunately, or unfortunately -- it
8  depends on your point of view -- with the VIOXX, you
9  do have the ability because you have a multi-center
10  randomized clinical trial demonstrating that in
11  patients at high risk, which we all agree that
12  Mr. Dedrick is, that VIOXX substantially contributed
13  to his heart attack because the relative risk is
14  4.89.
15       I don't have epidemiological data or
16  clinical trials of patients on VIOXX who were
17  everything but hypertensive to calculate the
18  relative risk or attributable relative risk of
19  hypertension.
20       That's my answer.
21     Q.  That's interesting, but my question was,
22  did you determine whether the other risk factors
23  substantially contributed, yes or no?  I'm going to
24  go through them all and say, do you have an opinion
page 180
1  about whether it substantially contributed.  We can
2  do it one by one, or you can just tell me, "I didn't
3  look at whether they substantially contributed."
4     A.  They all contributed.  You can't --
5     Q.  Look, we're not going to make the 4:00
6  cutoff unless you really just try to answer the
7  question that I asked, okay?  I asked, did it
8  substantially contribute?
9     A.  Using my "but for," you know, but for this,

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
10    would he have had it, the answer is, it probably did
11    not substantially, to the degree VIOXX did, because
12    he did take VIOXX.
13         Q.  Okay, look; my question is, with respect to
14    VIOXX, right, you have a very straightforward and
15    simple opinion, which is, VIOXX substantially
16    contributed to his heart attack on January 8, 2003,
17    correct?
18         A.  Correct.
19         Q.  Straightforward, simple; you don't need to
20    make a bunch of qualifiers.
21              So using that same term in that same
22    way, did his 30 years of smoking substantially
23    contribute to his heart attack, yes or no?
24         A.  I have no basis to make that determination,
page 181
1     because I don't have the numbers.
2          Q.  You don't know?
3          A.  I don't know it, using it the way I'm using
4     the VIOXX.
5          Q.  So you have no opinion about whether his 30
6     years of smoking substantially contributed to his
7     heart attack, correct?
8          A.  I didn't say that.
9          Q.  Well, do you have an opinion?
10         A.  Again, I have an opinion that smoking
11    played a role in his heart attack, yes.
12         Q.  Doctor, my question -- look; I'm just
13    trying to get this in the same terms of the phrase
14    that you used, "substantially contributed," okay?
15    We know one thing substantially contributed, right?
16         A.  Yes.
17         Q.  That's VIOXX.  Now, the question is, did 30
18    years of smoking substantially contribute to his
19    heart attack?  "Yes, it did"; "no, it didn't"; "I
20    don't know."  Which one?
21         A.  I guess you would have to say yes, to a
22    degree, it substantially contributed.  But
23    "substantial" can have various meanings.
24         Q.  So his smoking for 30 years substantially
page 182
1     contributed to his heart attack, correct?
2          A.  It's hard to put it -- again, it's hard to
3     put it out of the context of him on the VIOXX.  So I
4     don't have -- the VIOXX determination was made on
5     data.  So you're asking me to make a determination
6     off of data.
7          Q.  No --
8          A.  I can't make a determination off of data,
9     so the answer would be no.  I can't make that
10    determination.
```

[186:20] - [187:3]          10/6/2006    Furman, Michael I. - Vol. 1

```
page 186
17    patient with the risk factors on Exhibit 8 had a
18    heart attack on January 8, 2003?
19         A.  Correct; I would not have been surprised.
20         Q.  And just to go back to one final one of
21    these questions, if he had not taken VIOXX, can you
22    say with a reasonable degree of medical certainty
23    that Mr. Dedrick never would have had a heart
24    attack?
page 187
1          A.  No, I can't say with a reasonable degree of
2     medical certainty that he never would have had a
3     heart attack.
4          Q.  And in fact, you can't say to a reasonable
5     degree of medical certainty --
6          A.  Any time after -- sorry.
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

[191:13] - [193:8]          10/6/2006    Furman, Michael I. - Vol. 1

```
page 191
10   artery disease."
11        A.  Correct; you're correct.  I did not read
12   further.  You are correct.
13        Q.  So my question again is, did Mr. Dedrick,
14   as far as you can determine, have coronary artery
15   disease before he ever took VIOXX?
16        A.  I cannot determine that, because I don't
17   have an angiogram done before.
18        Q.  Does the evidence you've seen suggest that
19   he had coronary artery disease before he ever took
20   VIOXX?
21        A.  More likely than not, he had
22   atherosclerosis before he took VIOXX.
23        Q.  So is it true that VIOXX did not cause the
24   plaque to form in Mr. Dedrick's arteries?
page 192
1         A.  I don't know.
2         Q.  You don't know whether it did or didn't?
3         A.  It could have contributed to it, yes.
4         Q.  But you don't know whether it did or
5    didn't, correct?
6         A.  There's no way to know whether it did or
7    didn't.
8         Q.  And therefore you don't know whether it did
9    or didn't, correct?
10        A.  Correct.
11        Q.  And you don't know whether VIOXX
12   accelerated the process of plaque forming in
13   Mr. Dedrick's arteries, correct?
14        A.  Correct.
15        Q.  You don't know whether VIOXX made
16   Mr. Dedrick's plaque rupture-prone, correct?
17        A.  It's unknowable; therefore, I don't know.
18        Q.  And you don't know whether VIOXX thinned
19   the cap of Mr. Dedrick's coronary plaque, correct?
20        A.  Same answer:  unknowable; therefore I don't
21   know.
22        Q.  And you don't know whether VIOXX made
23   Mr. Dedrick's coronary plaque more lipid-rich than
24   it otherwise would have been?
page 193
1         A.  Same answer:  unknowable; therefore I don't
2    know.
3         Q.  You don't know whether VIOXX caused
4    Mr. Dedrick's plaque to rupture?
5         A.  Again, same answer.
6         Q.  Which is you don't know, correct?
7         A.  I don't know.  I just -- right.  It's
8    unknowable; therefore I don't know.
9         Q.  And once Mr. Dedrick's plaque ruptured, it
10   was his body's natural reaction to start forming a
11   clot, correct?
```

[194:4] - [194:13]          10/6/2006    Furman, Michael I. - Vol. 1

```
page 194
1    no.
2         Q.  Correct?
3         A.  It did not trigger the formation of a clot.
4         Q.  Right.  Your view is that VIOXX contributed
5    to the growth of the clot, correct?
6         A.  Contributed to the growth of the clot....
7             Again, I'd like to say, my view is that
8    it contributed more likely than not to have the clot
9    occur, because there was a prothrombotic effect.  So
10   it's sort of, again, going back to the logic we
11   hashed through for a half-hour on the risk factors,
12   again, it substantially increased his thrombotic
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
13   risk.
14        Where in that process it increased the
15   risk is difficult to determine, but --
16        Q.  Well, it -- sorry.
```

[200:3] - [200:8]      10/6/2006     Furman, Michael I. - Vol. 1

```
page 199
24        MR. BIRCHFIELD:  Object.
page 200
1         A.  Well, Mr. Dedrick falls into the high-risk
2    category of the VIGOR study.
3         Q.  So of all the people within the high-risk
4    category of the VIGOR study, if they had a heart
5    attack while they were on VIOXX, the VIOXX
6    substantially contributed to the heart attack, in
7    your view, correct?
8         A.  Correct.
9         Q.  You don't need to even look at the medical
10   records to determine that, correct?
11        MR. BIRCHFIELD:  I object to the form.
```

[233:11] - [233:15]     10/6/2006     Furman, Michael I. - Vol. 1

```
page 233
8    to go back to the 4.89, with your indulgence.
9         A.  I'm sorry; the what?
10        Q.  The 4.89.
11        So your opinion that VIOXX substantially
12   contributed to Mr. Dedrick's heart attack is based
13   on the fact that VIOXX imposed on him a relative
14   risk of 4.89 of having a heart attack, correct?
15        A.  Correct.
16        Q.  And that's the whole basis for that
17   substantially-contributing opinion?
18        MR. BIRCHFIELD:  Object to form.
```

[236:16] - [237:4]      10/6/2006     Furman, Michael I. - Vol. 1

```
page 236
13        A.  Correct.
14        Q.  And that something else is the 4.89
15   relative risk, correct?
16        A.  That, and among other evidence that other
17   studies similar -- other epidemiological or
18   population-based studies that suggest increased risk
19   in patients on VIOXX, with the increased risk being
20   greater seen in those with multiple -- in those at
21   greatest risk for developing myocardial infarction
22   independent of VIOXX.
23        Q.  So there's other studies that you think --
24   so what leads you to the conclusion that VIOXX
page 237
1    substantially contributed to Mr. Dedrick's heart
2    attack, the specific causation opinion, are
3    epidemiological studies, right?  Correct?
4         A.  Population-based studies, yes.
5         Q.  Is that epidemiological studies?
6         A.  That's how I would define them, population-
7    based.
```

[242:7] - [242:12]      10/6/2006     Furman, Michael I. - Vol. 1

```
page 242
4    important to me whether the 4.89 was statistically
5    significant or not, for a safety issue, it's not
6    that important.
7         Q.  So to you, it was not important whether the
8    relative risk evidence that you had showed a
9    statistically significant difference?
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
10        A.  In this instance, yes.
11        Q.  That's correct?
12        A.  That's correct.
13        Q.  Your basic theory of how VIOXX contributes
14    to heart attacks -- now talking about the general
15    causation side of things, sort of how it generally
```

[243:21] - [243:22]        10/6/2006    Furman, Michael I. - Vol. 1

```
page 243
18        A.  If you're using it as, the theory of
19    evolution is just a theory, using those words, I
20    think it's fairly conclusive in my mind.
21        Q.  Is it a hypothesis or is it a fact?
22        A.  It's a hypothesis.
23        Q.  It's not a fact?
24        A.  In medicine there's very few facts like,
page 244
1     you know, 1 plus 1 equals 2.
```

[252:3] - [254:14]        10/6/2006    Furman, Michael I. - Vol. 1

```
page 251
24    thromboxane A2 and prostacyclin, enhanced
page 252
1     instability (41), or both."  Do you see that?
2         A.  Correct.
3         Q.  The APPROVe authors mention those things,
4     but they didn't say as a conclusion that either of
5     those things were true, correct?
6         A.  They mention that in their paper.  They
7     don't suggest one way or the other whether it's true
8     or not, but they offer it as an explanation.
9         Q.  They offer it as a hypothesis, but they
10    don't say it is true?
11        A.  They offer it as an explanation -- or how
12    did I write it?
13        Q.  They didn't reach conclusions -- the
14    APPROVe authors of the APPROVe study didn't show
15    conclusively that thrombotic events associated with
16    VIOXX were related to an alteration in the balance
17    between thromboxane and prostacyclin, did they?
18        A.  No.  They hypothesize it.
19        Q.  And they also didn't show or conclude or
20    prove that thrombotic events related to VIOXX were
21    related to plaque instability, correct?
22        A.  Correct.  They just hypothesized it.
23        Q.  Now, you cite, after the words "plaque
24    instability" there, you have a 41 in parentheses,
page 253
1     which is a reference to the Hennan study, right?
2         A.  Correct.
3         Q.  What did Hennan have to do with plaque
4     instability?
5         A.  Can I see the study?
6         Q.  Sure.  Exhibit 14 is a copy of the Hennan
7     study.
8             Is that the study that you're referring
9     to as Reference No. 41 in your report?
10        A.  Yes, that's the reference I'm referring to.
11        Q.  And what does the Hennan study have to do
12    with?  What does it show about VIOXX and plaque
13    instability?
14        A.  Well, he said he used celecoxib,
15    c-e-l-e-c-o-x-i-b, Celebrex.
16        Q.  So the Hennan study wasn't about VIOXX?
17        A.  It was about the COX-2 inhibitor Celebrex
18    -- well, it wasn't about it; it used it as a
19    reagent.
20        Q.  But it didn't use VIOXX, right?
21        A.  Right.
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
22        Q.  Did not use VIOXX.  And did it say anything
23    about plaque instability?
24        A.  I'm trying to see where I got that
page 254
1     reference.
2             (Witness reviews document.)
3         Q.  Okay?
4         A.  I'm reading.
5         Q.  I don't know that we have time, Doctor, for
6     you to read the whole report.  Just based on a quick
7     review of the report, it doesn't come back to you
8     why you cited the Hennan study as relating to plaque
9     instability, right?
10        A.  No, but there was a reason; otherwise I
11    wouldn't have cited it.  So I'll be more than happy
12    to review the article in its entirety, or if in the
13    interest of time, we can come back to it another
14    time.
15        Q.  Yes, let's come back to it.  If you want to
16    look at it at a break or something.  We're pressed
17    for time.
```

| [259:2] - [259:10] | 10/6/2006    Furman, Michael I. - Vol. 1 |
|---|---|

```
page 258
23    by an imbalance between prostacyclin and
24    thromboxane, right?
page 259
1         A.  Correct.
2         Q.  And from the fact that somebody had a heart
3     attack, you can't tell whether or not he had an
4     imbalance between his prostacyclin and his
5     thromboxane, right?
6         A.  In general, you can't.
7         Q.  Cannot?
8         A.  You cannot.  I mean, you can measure, I
9     guess; but no one measures.
10        Q.  No one measures.
11            What are the normal ranges of
12    prostacyclin and thromboxane in the coronary
13    vasculature?
```

| [260:5] - [260:11] | 10/6/2006    Furman, Michael I. - Vol. 1 |
|---|---|

```
page 260
2         Q.  Do you know if it does or doesn't?
3         A.  I have no knowledge if other -- the answer
4     is, I don't know.
5         Q.  Don't know.  And that's true for VIOXX,
6     too; you don't know whether the prostacyclin is
7     reduced in everybody who takes VIOXX, right?
8         A.  It's not measured in everyone who takes
9     VIOXX.  Therefore, it's not known if it reduces it
10    in everyone who uses VIOXX.  That's the mechanism of
11    the action of the drug, assuming the drug works.
12        Q.  You believe that's the mechanism, but in
13    fact, you don't know in a given patient whether the
14    VIOXX is reducing his prostacyclin or not, right?
```

| [275:18] - [280:24] | 10/6/2006    Furman, Michael I. - Vol. 1 |
|---|---|

```
page 275
15    derived from COX-2.  You say that at the end of the
16    first paragraph?
17        A.  Correct, Reference 35.
18        Q.  Now, so why did you specify endothelial-
19    derived prostacyclin?
20        A.  Because I wanted to be specific.
21        Q.  Well, is endothelial -- and you talk a lot
22    about endothelial cells there.  Again, is
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
23    endothelial prostacyclin the most relevant
24    prostacyclin for the FitzGerald hypothesis?
page 276
1          A.  Again, if you want me to repeat my answers,
2     we can do that; but FitzGerald in his hypothesis
3     believes it's mostly.  I'm not convinced personally
4     that platelets, which are recipient of the
5     prostacyclin and the key ingredient presumably in
6     this hypothesis, necessarily only sees
7     endothelial-derived prostacyclin.
8          Q.  Okay.  So maybe it doesn't only see
9     endothelial-derived prostacyclin, but is
10    endothelial-derived prostacyclin the most important
11    prostacyclin for effecting clotting of the coronary
12    arteries?
13         A.  As I said before, the answer is, I don't
14    know.
15         Q.  And I apologize; I don't mean to make you
16    repeat.  I just can't remember every question and
17    answer.  We'll be lucky if we can do this one time.
18    I don't need to do it twice.
19              So you cite 35, McAdam, there in support
20    of your assertion that endothelial-derived
21    prostacyclin is derived from COX-2, right?
22         A.  Correct.
23         Q.  If I give you the McAdam study, will you be
24    able to point out to me where it is that you
page 277
1     think -- or the McAdam article?  That's Exhibit 15.
2              So is Exhibit 15 the basis for your
3     statement in your report that most endothelial-
4     derived prostacyclin is felt to be derived from
5     COX-2?
6          A.  Yes -- wait; repeat that question.  I was
7     looking at the article.  I'm sorry.
8          Q.  It was, is Exhibit 15, which is the McAdam
9     article from Pharmacology, the basis for the
10    statement in your report that most endothelial-
11    derived prostacyclin is felt to be derived from
12    COX-2?
13         A.  Yes.
14         Q.  Where in Exhibit 15 is the support for that
15    statement?
16         A.  Figure 3.
17         Q.  And what does Figure 3 show that shows you
18    that endothelial-derived prostacyclin is derived --
19         A.  I'm sorry; that was metabolites of
20    thromboxane.
21         Q.  So it's not Figure 3?
22         A.  Hold on; now I'm getting confused.
23              It's the statement, "Celecoxib and
24    ibuprofen suppressed urinary excretion of the
page 278
1     prostacyclin" --
2          Q.  Slow down; slow down.  Jan's got to --
3          A.  You can look it up in the abstract.
4          Q.  I'm sorry.  Okay; where are you?
5          A.  "Celecoxib" -- ten lines from the bottom.
6          Q.  In the abstract?
7          A.  Yes.  And I'll find the data for you.
8          Q.  Okay.  So read the sentence again, slowly.
9     "Celecoxib" -- is that the one? -- "and ibuprofen
10    suppressed urinary excretion of the prostacyclin
11    metabolite 2,3" --
12         A.  Right.
13         Q.  Is that it?
14         A.  Yes; and then there's the reference -- it's
15    Conclusion 3 -- "COX-2 is a major source of
16    systematic prostacyclin biosynthesis in healthy
17    humans."  So I based it on their conclusion.
18         Q.  Just to be clear, what you're relying on is
19    the last portion of the abstract, starting with the
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

20   words "Celecoxib and ibuprofen suppressed urinary
21   excretion" down to the end of the abstract, right?
22        A.  Right; and then I could find other
23   references to that for you.
24        Q.  But that doesn't say anything about
page 279
1   endothelial-derived prostacyclin being derived from
2   COX-2, does it?
3        A.  No, that does not say anything.
4        Q.  So is there someplace else in McAdam
5   Exhibit 15 that shows that endothelial-derived
6   prostacyclin is derived from COX-2?
7        A.  Doesn't specifically state endothelial, but
8   they conclude that these results clearly implicate
9   COX-2 as a major source of PGI-2 biosynthesis in
10   humans.  Page 276, last paragraph, first sentence.
11        Q.  But that's just saying that COX-2 produces
12   a lot of prostacyclin.  It doesn't say anything
13   about where, right?
14        A.  I agree with that.
15        Q.  Did you have any other basis for that
16   statement in your report that endothelial-derived
17   prostacyclin is felt to be derived from COX-2?
18        A.  Not that I can recollect now, but -- and in
19   the interest of time, you probably don't want me to
20   go through my eight hundred pages of references.
21   There might be others.
22             But this is the one, and this is
23   commonly referenced as the paper that prostacyclin
24   is reduced -- is COX-2 dependent.  There also might
page 280
1   be Catella-Lawson; I'm trying to see which one hers
2   is.
3             Could I look at my bibliography they've
4   provided to you?
5        Q.  Yes, although --
6        A.  I'll tell you in a second.
7        Q.  Okay.
8        A.  Because it's alphabetized.
9             It may be something in the Journal of
10   Pharmacological Experimental Therapeutics by
11   Catella-Lawson, 99; but I need to look at that to be
12   sure.
13        Q.  Is that one, that Catella-Lawson referenced
14   on your --
15        A.  It's in here.
16        Q.  -- in your report or not?  Well, which
17   reference is it on Exhibit 3?
18        A.  142.
19        Q.  So you think 142 might contain some
20   evidence that endothelial prostacyclin is derived
21   from COX-2?
22        A.  Yes.  I have it here.
23        Q.  Let's just mark that one as No. 16.
24        A.  I'm not sure; I just wanted to look at it.
page 281
1        Q.  There's No. 16; that's the Catella-Lawson
2   article that is Reference 142 in your Exhibit 3,
3   right?

[286:2] - [291:11]      10/6/2006   Furman, Michael I. - Vol. 1

page 285
23        Q.  Because that was the dosage that
24   Mr. Dedrick took, right?
page 286
1        A.  Yes.
2        Q.  You talk in your -- now, one of the effects
3   of the prostacyclin reduction, in your view, is that
4   it leads to thrombosis, correct?
5        A.  Correct.

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
 6        Q.  And you rely -- your opinion that COX-2
 7   inhibition results in thrombosis is based on animal
 8   studies, right?
 9        A.  And the population-based study showing
10   increased risk for myocardial infarction in patients
11   that received VIOXX.
12        Q.  And that's just basically, you say
13   there's -- for the epidemiological studies, it's the
14   fact that a lot of people had heart attacks, and
15   because a lot of those people had clots, you
16   therefore reason that the VIOXX might have promoted
17   the clots?
18        A.  Yes.
19        Q.  But with respect to actual studies to see
20   if there's a mechanism, the VIOXX is in fact a
21   prothrombotic, those tests have never been done in
22   people, right?
23        A.  In people, no.
24        Q.  And so you rely on animal studies, right?
page 287
 1        A.  Correct.
 2        Q.  And you're principally relying on dog
 3   studies by Hennan, and hamster studies by Buerkle,
 4   and the rat study by Borgdorff, right?
 5        A.  Without -- those are the studies -- yes,
 6   those are the studies I'm referring to, correct.
 7        Q.  So let's talk about those studies.
 8             Hennan is 41.  Did we mark that already?
 9   That's the dog study.
10             MR. BIRCHFIELD:  It's 14.
11        Q.  So Hennan is No. 14.
12             Hennan, Exhibit 14, was an animal study
13   where Celebrex, not VIOXX, was used in dogs, right?
14        A.  Right.
15        Q.  And if Celebrex was prothrombotic -- well,
16   what they did in Hennan was, they took some dogs and
17   they gave electrical shocks to injure their
18   arteries, right?
19        A.  They used an electrical injury model, yes.
20   I wouldn't call it shocks, but they cauterized with
21   electricity.
22        Q.  They do something with electricity to these
23   dogs' arteries and then they measure how quickly the
24   dogs form a clot in response to the injury, right?
page 288
 1        A.  Yes.
 2        Q.  And when they talk about how quickly the
 3   clot forms, they measure what's called time to
 4   occlusion, right?
 5        A.  Yes.
 6        Q.  And if Celebrex were prothrombotic, you
 7   would expect to see that the dogs on Celebrex would
 8   occlude faster than the dogs who were taking a
 9   placebo or no medicine, right?
10        A.  If it didn't, it wouldn't exclude a
11   potential thrombotic, prothrombotic rate; they would
12   just state what you just said.
13        Q.  So dogs who are taking no medicine, they
14   occlude at a certain rate, right?
15        A.  Right.
16        Q.  And is it your testimony that you could
17   show that Celebrex is prothrombotic without showing
18   that dogs on Celebrex occluded faster?
19        A.  You have to -- you're making a blanket
20   statement about prothrombotic in its entirety.  You
21   can't make that statement from one experiment.  All
22   you can say is what the experiment shows.
23        Q.  Well, you drew conclusions from this
24   experiment, right?
page 289
 1        A.  I drew conclusions that -- right, that that
 2   and other experiments all suggest that there's a
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
 3    potential prothrombotic -- there's a prothrombotic
 4    milieu, as I phrased it, in patients that have
 5    inhibited prostacyclin.
 6         Q.  Let's talk about this study first, okay?
 7    Isn't it true that if Celebrex -- well, let's put it
 8    this way:  If the dogs on Celebrex did not occlude
 9    any faster than the dogs taking no medicine, then
10    that would not indicate that Celebrex is
11    prothrombotic, would it?
12         A.  The --
13         Q.  Would it?
14         A.  I'm sorry; I was reading the article.
15         Q.  Why don't you just listen to my question,
16    because you can answer this without reading the
17    article; then we'll talk about what the article
18    says.
19         A.  Sure.
20         Q.  The question is, if you compare the dogs
21    taking Celebrex to the dogs taking no medicine or
22    taking a placebo, right, and the dogs taking
23    Celebrex don't occlude any faster than the dogs
24    taking the placebo, that does not suggest that
page 290
 1    Celebrex is prothrombotic, right?
 2         A.  It does not suggest it.  It doesn't prove
 3    that it isn't.  It doesn't suggest it.
 4         Q.  I understand, but it doesn't prove that it
 5    is, does it?
 6         A.  It doesn't prove it, no.
 7         Q.  Does not?
 8         A.  Correct.
 9         Q.  I'm sorry; contractions are hard in these
10    things.
11              So, and in fact, in Hennan, 14, the dogs
12    on Celebrex did not have a shorter time to occlusion
13    than the dogs on the placebo, correct?
14         A.  Correct.
15         Q.  So what Celebrex did in the study was to
16    counteract a prolonged time to occlusion by aspirin?
17         A.  Correct.
18         Q.  So is that the basis for your statement
19    that Hennan found a prothrombotic effect of
20    selective 2-COX inhibition?
21         A.  Yes; and they conclude after that the
22    antiaggregatory and vaso -- that Celebrex --
23    "celecoxib," excuse me, "induced inhibition of COX-2
24    and reduction in endothelium-derived prostacyclin
page 291
 1    biosynthesis reversed the increase in bleeding time
 2    exhibited by animals treated with HDA-ER suggests"
 3    -- "these observations suggest that the
 4    antiaggregatory and vasorelaxant properties of
 5    prostacyclin regulate platelet-vessel wall
 6    interactions and modulate in vivo platelet
 7    reactivity."
 8              And that's part of the basis where I use
 9    that reference, as it alters the milieu of patients
10    with -- again, it's an animal study.  The conditions
11    aren't identical to Mr. Dedrick.  He is not a dog.
12         Q.  And he's not taking aspirin, right?
13         A.  And these dogs don't have atherosclerosis.
14         Q.  And he wasn't taking aspirin, right?
```

[291:20] - [293:20]          10/6/2006   Furman, Michael I. - Vol. 1

```
page 291
17    arguably prothrombotic effect of the celecoxib was
18    on the dogs who were taking aspirin, right?
19         A.  In this study, yes.
20         Q.  And then in Buerkle, 42 -- I say Buerkle,
21    42; that's Reference No. 42 on your list in your
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
22    report -- that was the one with hamsters, right?
23         A.  Do you have --
24         Q.  I'm going to give you a copy.  I'm a nice
page 292
1     guy that way.
2              All right.  So No. 18, Doctor, is the
3     Buerkle study, or Buerkle article -- what number is
4     that again?  18?
5              MR. BIRCHFIELD:  18.
6          Q.  18.  And that's Reference 42 cited in your
7     report, correct?
8          A.  Correct.
9          Q.  Which you relied on as the basis, partial
10    basis for your statement that COX-2 inhibition is
11    prothrombotic, right?
12         A.  Correct.
13         Q.  And that one didn't concern VIOXX, either,
14    did it?
15         A.  Let me look at the agent they used.
16         Q.  I think it was NS-398.
17         A.  Where do you see that?
18         Q.  Well, in the abstract, about midway down
19    the abstract, it says, "Selective inhibition of
20    COX-2" --
21         A.  That's what I needed.
22         Q.  That's not VIOXX, is it?
23         A.  I don't believe it is.
24         Q.  Or do you know one way or the other?
page 293
1          A.  I don't know what NS-398 is, so I don't
2     think it's VIOXX, which I think is MK-966.
3          Q.  Is it important when you're reviewing these
4     studies to know what drugs they're talking about?
5          A.  If it tells me that it's a COX-2 inhibitor,
6     I believe them when they say it's a COX-2 inhibitor.
7          Q.  Okay, but in your view, there are
8     differences between the COX-2 inhibitors, aren't
9     there?
10         A.  Yes.
11         Q.  So it's important to know which one we're
12    talking about, isn't it?
13         A.  Yes.
14         Q.  And you think NS-398 is not VIOXX, right?
15         A.  I believe it's not VIOXX.
16         Q.  In fact, it's an experimental drug that was
17    never approved for use in human beings, isn't it?
18         A.  I don't know what happened to it after the
19    study, but I don't believe it was approved in human
20    beings.
21         Q.  Now, do you know, were there ever any
22    animal studies done to test COX-2 inhibition effect
23    on thrombosis using VIOXX?
```

[297:17] - [301:4]        10/6/2006    Furman, Michael I. - Vol. 1

```
page 297
14    either, Doctor?
15         A.  I don't recall offhand, but I have no
16    reason to disagree with you.
17         Q.  It used Bextra, parecoxib.  Do you know
18    what the approved human dose of Bextra was?
19         A.  Not offhand.
20         Q.  And when you analyzed Borgdorff and relied
21    on it, did you at all consider how the dosage used
22    in that study compared with the approved human dose
23    of Bextra?
24         A.  I took that into consideration, yes.
page 298
1          Q.  And is it right that the dose used in the
2     study was about 35 to 70 times the human dose?
3          A.  I don't know, because I don't have the
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
 4    study in front of me.
 5         Q.  I'm going to mark a marked-up version of
 6    the Borgdorff study as Exhibit 19.  Let the record
 7    reflect that the handwriting on the top is our
 8    lawyer's handwriting, not yours.
 9         A.  Yes; it's not neat enough -- it's too neat
10    to be a doctor's.
11         Q.  That's right.  So is the dosage used in
12    that study 20 milligrams per kilogram of parecoxib?
13         A.  Yes.
14         Q.  And was the approved human dosing of Bextra
15    20 to 40 milligrams?
16         A.  I don't know.
17         Q.  Do you have any reason to disagree with
18    that?
19         A.  I have no reason to disagree with you.
20         Q.  And so assuming a 70-kilogram person, a
21    dosage of 20 milligrams per kilogram would be 35 to
22    70 times the human dose, right?
23         A.  Correct.
24         Q.  But you took that into consideration?
page 299
 1         A.  I did not say that parecoxib does this in
 2    humans, just that it suggests a COX-2 inhibition.
 3    Inhibition of COX-2 results in prothrombotic milieu,
 4    and I provided evidence such as that.
 5         Q.  So you don't think it shows that in humans?
 6         A.  I didn't say that.  I said --
 7         Q.  I'm asking if that's your opinion, though.
 8         A.  In my opinion, as I've said before, and
 9    we've said repeatedly throughout the five hours and
10    37 minutes of the deposition, that in my opinion, a
11    prothrombotic milieu is created with the ingestion
12    of VIOXX in humans.
13         Q.  And that is strongly suggested, you say, by
14    these data?
15         A.  It is -- the animal data is consistent with
16    that.
17         Q.  Well, that's not what you say in your
18    report.  In your report, at 7, you say, "Taken
19    together," in the last sentence of the first full
20    paragraph, "Taken together, these data" -- and there
21    you're referring to Hennan, Buerkle and Borgdorff,
22    correct?
23         A.  Yes.
24         Q.  Right?  "These data strongly suggest the
page 300
 1    inhibition of COX-2 results in a prothrombotic
 2    milieu"?
 3         A.  Yes.  That's what I believe.
 4         Q.  Do you believe that those data prove that
 5    the inhibition of COX-2 results in a prothrombotic
 6    milieu?
 7         A.  I believe what I wrote, that it strongly
 8    suggests that an inhibition of COX-2 results in a
 9    prothrombotic milieu.
10         Q.  Strong suggestion is not proof, correct?
11         A.  Strong suggestion -- the absence of --
12    well, the strong suggestion does not -- again, it
13    strongly suggests that -- you know, repeat your
14    question, please.
15         Q.  I understand you to say the data in those
16    studies strongly suggest that the inhibition results
17    in a prothrombotic milieu.
18         A.  Correct.
19         Q.  My question is, do those data, in your
20    view, prove to a scientific degree that the
21    inhibition of COX-2 results in a prothrombotic
22    milieu?
23         MR. BIRCHFIELD:  Object to form.
24         A.  In whom?
page 301
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
1        Q.  I'm sorry?
2        A.  In whom?
3        Q.  In people.
4        A.  It does not prove it in people.
5        Q.  You say on Page 7-7 of your report that
6    COX-2 inhibition is associated with atherosclerotic
7    plaque progression, right?
```

[311:21] - [311:24]        10/6/2006    Furman, Michael I. - Vol. 1

```
page 311
18    here now?
19        A.  I don't recall enough to say truthfully,
20    and that's why I want to see the studies.
21        Q.  You can't say how much atherosclerosis
22    Mr. Dedrick had before he started taking VIOXX,
23    right?
24        A.  Correct.
page 312
1        Q.  And so there's no medical basis to testify
2    about whether or how much VIOXX contributed to the
3    progression of his atherosclerosis, correct?
```

[312:1] - [314:18]        10/6/2006    Furman, Michael I. - Vol. 1

```
page 311
22    Mr. Dedrick had before he started taking VIOXX,
23    right?
24        A.  Correct.
page 312
1        Q.  And so there's no medical basis to testify
2    about whether or how much VIOXX contributed to the
3    progression of his atherosclerosis, correct?
4        A.  Correct -- wait.  Repeat the question?
5        Q.  There's no medical basis to say whether or
6    how much VIOXX contributed to the progression of
7    Mr. Dedrick's atherosclerosis?
8        A.  I would agree with the "how much."  I'm not
9    sure about the "whether."
10        Q.  Well, you don't know how much
11    atherosclerosis he had before, right?
12        A.  Correct.
13        Q.  So you don't even know whether his
14    atherosclerosis progressed from the day before he
15    took VIOXX until the day he had his heart attack, do
16    you?
17        A.  Correct.
18        Q.  So as a result, you can't really say
19    whether the VIOXX, as a matter of medicine, whether
20    the VIOXX contributed to the progression of his
21    atherosclerosis, correct?
22        A.  I couldn't say one way or the other.
23        Q.  On Page 7-C of your report --
24        A.  You meant 7-7?
page 313
1        Q.  You know what?  My version of your report
2    is more particular; there's a 7-C.
3            On Page 7 of your report, in the middle
4    paragraph, you say that the evidence suggests --
5    numerous studies suggest that COX-2 inhibition is
6    associated with instability, plaque instability,
7    right?
8        A.  Correct.
9        Q.  Now, just taking a step back for a second,
10    your "numerous studies also suggest" language, do
11    you believe that the totality of the data suggests
12    that COX-2 inhibition is associated with
13    atherosclerotic plaque progression, or just that
14    there are a lot of studies that say that?
15        A.  There are a lot of studies that say that.
16    I don't have an opinion of the totality because I
```

Issues Report [Merck_(Depos)]

**• Dedrick - Expert Challenge - Furman**

```
17   don't recall all of the studies offhand right now.
18       Q.  And similarly with -- when you say numerous
19   studies suggest that COX-2 inhibition is associated
20   with plaque instability, again, you're not saying
21   that the totality of the data shows that, right?
22       A.  Correct.
23       Q.  Now, when you refer to plaque instability
24   there, does that mean plaque rupture, or the
page 314
1    tendency to rupture?
2        A.  The propensity to rupture, yes.
3        Q.  And again, it's not been proven that COX-2
4    inhibition causes plaque instability, has it?
5        A.  There are studies suggesting that it's
6    associated with it.
7        Q.  Right, but it hasn't been proven, correct?
8        A.  Correct.
9        Q.  Now, what are the studies that you're
10   relying on that you say suggest that VIOXX causes
11   plaque instability?
12       A.  I'd have to go back through all my papers
13   because --
14       Q.  Because you don't cite any in here, do you?
15       A.  No, and that's odd for me, because I'm
16   writing -- I write scientific papers with lots of
17   references, and I don't know why I didn't reference
18   it.
19       Q.  All right.
20       A.  So it's atypical.  So I can't recall
21   offhand.
```

[315:19] - [316:3]   10/6/2006   Furman, Michael I. - Vol. 1

```
page 315
16   studies showed?
17       A.  I don't recall my conclusions on it,
18   because I didn't take notes on it.
19       Q.  And again, there's no clinical evidence
20   that VIOXX caused Mr. Dedrick to have a plaque
21   rupture, right?
22       A.  Direct -- as the precipitant and only
23   cause?  No.
24       Q.  Well, there's no clinical evidence one way
page 316
1    or the other as to whether VIOXX played a role in
2    his plaque rupture, right?
3        A.  There's none one way or the other.
4        Q.  No evidence one way or the other?
5        A.  That I can see that causes plaque rupture,
6    other than -- well, the way I look at it is, it
```

[323:14] - [325:3]   10/6/2006   Furman, Michael I. - Vol. 1

```
page 323
11       Q.  Do you know how long Mr. Dedrick took VIOXX
12   before he had his heart attack?
13       A.  I believe it was in and around six months.
14       Q.  Is it true that no placebo-controlled
15   clinical trial has ever shown that taking 25
16   milligrams of VIOXX for around six months increases
17   the CV risk?
18       A.  There is no clinical trial that I'm aware
19   of.
20       Q.  That shows that?
21       A.  Correct.
22       Q.  And no randomized control trial has ever
23   shown that 25-milligram VIOXX for about six months
24   increases cardiovascular risk, right?
page 324
1        A.  There is no randomized clinical trial that
2    shows what you just said, yes.
```

Issues Report [Merck_(Depos)]

• **Dedrick - Expert Challenge - Furman**

```
         3        Q.  And --
         4        A.  For six months, because there is no
         5   randomized clinical trial at six months.
         6        Q.  Can you identify any clinical trial that
         7   showed a statistically significant increased risk of
         8   cardiovascular events for patients taking 25
         9   milligrams of VIOXX for less than 18 months?
        10        A.  Randomized clinical trial, no.
        11             For less than 18 months?
        12        Q.  Right.
        13        A.  I don't know if there's been any
        14   subanalysis of the APPROVe study that looked at
        15   people who dropped out, so I don't know.
        16        Q.  Well, in terms of -- putting to one side
        17   subgroup analysis, any clinical trial that showed --
        18        A.  There's no clinical trial designed for
        19   that.
        20        Q.  And so is there any clinical trial that
        21   itself showed that, showed there's no statistically
        22   significant increased risk of CV events for patients
        23   taking 25-milligram VIOXX for less than 18 months?
        24        A.  There is no clinical trial designed for CV
page 325
         1   events 18 months or less, taking 25 milligrams of
         2   aspirin -- excuse me; of VIOXX.  Therefore, there is
         3   no study showing that, what you said.
         4             The list is getting smaller.
         5        Q.  I wish.
         6             You talk in your report about Drs. Moye
```

[349:14] - [349:15]        10/6/2006     Furman, Michael I. - Vol. 1

```
page 349
        11   talking now about the comparator.
        12        A.  Right.
        13        Q.  Right?
        14        A.  But I'm not a meta-analysis expert, so the
        15   conclusion --
        16        Q.  Well, are you offering opinions about
        17   epidemiology based on Juni's meta-analysis or not?
        18        A.  I am.
```

[367:1] - [367:23]        10/6/2006     Furman, Michael I. - Vol. 1

```
page 366
        22
        23
        24
page 367
         1             CERTIFICATE OF COURT REPORTER
         2             I, Janis T. Young, Registered
         3   Professional Reporter and Certified Realtime
         4   Reporter, do certify that the deposition of MICHAEL
         5   I. FURMAN, M.D., in the matter of Dedrick vs. Merck
         6   & Co., Inc., on November 6, 2006, was
         7   stenographically recorded by me; that the witness
         8   provided satisfactory evidence of identification, as
         9   prescribed by Executive Order 455 (03-13) issued by
        10   the Governor of the Commonwealth of Massachusetts,
        11   before being sworn by me, a Notary Public in and for
        12   the Commonwealth of Massachusetts; that the
        13   transcript produced by me is a true and accurate
        14   record of the proceedings to the best of my ability;
        15   that I am neither counsel for, related to, nor
        16   employed by any of the parties to the above action;
        17   and further that I am not a relative or employee of
        18   any attorney or counsel employed by the parties
        19   thereto, nor financially or otherwise interested in
        20   the outcome of the action.
        21
        22   _____    11/10/06
```

**Issues Report [Merck_(Depos)]**

• **Dedrick - Expert Challenge - Furman**

```
23    Janis T. Young, RDR, CRR
24
page 368
1                          I N D E X
2
```