# Anthony Dedrick Deposition Excerpts

• Dedrick - Expert Challenge - Furman

[1:1] - [1:24]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 1
1               IN THE UNITED DISTRICT COURT
2                 EASTERN DISTRICT OF LOUSIANA
3
4    IN RE:                       MDL DOCKET: 1657
                                  SECTION L
5    VIOXX LITIGATION
     PRODUCTS LIABILITY LITIGATION
6    _____
7    ANTHONY WAYNE DEDRICK,        JUDGE FALLON
         Plaintiff                 MAGISTRATE JUDGE
8                                  KNOWLES
     v.
9
                                   CASE NO:
10   MERCK & CO, INC.              2:05-CV-2524
         Defendants
11
12             VIDEOTAPED DEPOSITION OF:
13               ANTHONY WAYNE DEDRICK
14
15          S T I P U L A T I O N S
16       IT IS STIPULATED AND AGREED, by and between
17   the parties through their respective counsel, that
18   the deposition of:
19               ANTHONY WAYNE DEDRICK
20   may be taken before Lisa Bailey, CSR, Notary
21   Public, State at Large, at the Shoals Marriott, 800
22   Cox Creek Parkway South, Florence, Alabama, on
23   September 7, 2006 commencing at approximately
24   9:45 a.m.
25
page 2
1        IT IS FURTHER STIPULATED AND AGREED that the
2   signature to and reading of the deposition by the
```

[36:15] - [39:15]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 36
12    Q.    Have you ever filed any worker's comp
13 claim?
14    A.    No.
15    Q.    Okay.  Am I correct that from 1999
16 through 2002, you were in prison?
17    A.    Yes.
18    Q.    Did you have any jobs when you were in
19 prison?
20    A.    Yes.
21    Q.    And what jobs were those?
22    A.    I was a cook.
23    Q.    Any other jobs?
24    A.    I was a -- a janitor for a small period,
25 maybe two weeks.
page 37
1     Q.    Anything else?
2     A.    No.
3     Q.    Okay.  How long were you a cook?
4     A.    Roughly two years.
5     Q.    So most of the time, you were a cook?
6     A.    Yes.
7     Q.    During those -- those jobs, were you ever
8  disciplined or reprimanded or anything like that?
9     A.    No.
10    Q.    And then after you were released from
11 prison in 2002, have you worked for anyone else since
12 then?
13    A.    No.
14    Q.    Have you applied for any jobs since then?
```

Anthony Dedrick Deposition Excerpts

**• Dedrick - Expert Challenge - Furman**

```
             15       A.      No, I have not.  I would like to clarify
             16  that, if I could.  I -- I actually did -- there was a
             17  few weeks' work in 2003 -- no, 2000 -- at the end of
             18  2004, a couple weeks in 2005.  Yeah, that's what it
             19  was.  I checked Coggins papers at a trail ride.
             20       Q.      I'm sorry.  You checked what kind of
             21  papers?
             22       A.      Coggins papers.  They're horse papers,
             23  medical papers on horses.
             24       Q.      What time period was that?
             25       A.      It wasn't a full-time -- these people
             page 38
             1   have a trail ride camp, and it was -- four times a
             2   year, they have a week-long ride, and people from
             3   everywhere come in.  And my job was, during that
             4   week, to check the horse and make sure everybody's
             5   horses had papers, and if they didn't, have them get
             6   papers because the State of Tennessee requires --
             7   requires that on the horses.
             8        Q.      And that was during 2004, 2005?
             9        A.      Right.  It was -- I can't remember
             10  exactly.  I know it was a week or -- week or so in
             11  2004 and a couple weeks in 2005.
             12       Q.      And were you working inside or outside?
             13       A.      Both.  I mean, I -- I had to go outside
             14  to check the horses when they come in, but I was --
             15  you know, I was inside everything.
             16       Q.      And during the week or two weeks when you
             17  were doing that, was that a full-time job?
             18       A.      I was there eight hours a day for six --
             19  six days, I think it was.  But then I wouldn't do it
             20  again for three, four, five months.
             21       Q.      And what was the name of this camp?
             22       A.      Buffalo River Trail Ride.
             23       Q.      And where is it located?
             24       A.      Waynesboro, Tennessee.
             25       Q.      Do you know the address?
             page 39
             1        A.      Not specific.  They have a post office
             2   box number.  It's no -- it's off a mail route.
             3   There's no mail route to it.
             4        Q.      Just so I'm clear, this is at -- this is
             5   at some type of trail ride that the tourists would
             6   sign up for?
             7        A.      Yes, yeah.
             8        Q.      Do you ride horses?
             9        A.      No, not in 20 years.
             10       Q.      And did you have any other
             11  responsibilities besides checking the medical papers?
             12       A.      No.  That was -- I'd check the ice
             13  machine and see if we were out of ice and make a
             14  reorder.  But that was my job, checking the papers on
             15  the horses.
             16       Q.      Am I correct you filed a Social Security
             17  disability claim in -- in January of 2003,
             18  approximately?
```

[59:6] - [62:3]        9/7/2006      Dedrick, Anthony (Dedrick pp. 1-231)

```
             page 59
             3        A.      Not -- not really.  I mean, I saw other
             4   people every day and everything, but he's the only
             5   one I ever got out with.
             6        Q.      And during that period with your mom,
             7   would you do the grocery shopping?
             8        A.      No.  My sister-in-law would go do the
             9   shopping.
             10       Q.      Would your sister-in-law do the cooking
             11  also?
             12       A.      No.  I -- well, she would every now and
             13  then.  But I did 99 percent of the cooking for my
```

Anthony Dedrick Deposition Excerpts

- **Dedrick - Expert Challenge - Furman**

```
14  mother.
15      Q.      So during that period when you were with
16  your mother, was that -- you said she was a double
17  amputee?
18      A.      Yes.
19      Q.      Why -- how did she come to be a double
20  amputee?
21      A.      She was diagnosed with diabetes a couple
22  of years before, and it was -- it hit her fast and
23  hard, and they had to amputate her legs.
24      Q.      And what year was that, approximately?
25      A.      '96.  It's when it all started.
page 60
1       Q.      And before you were -- went to prison in
2   '99, did you live with your mother at all?
3       A.      When I was -- that was the period I was
4   working on the road, and when I was off the road, I
5   stayed with her.
6       Q.      And who helped her when you weren't
7   around?
8       A.      My sister-in-law.
9       Q.      And what's her name?
10      A.      Tammy Dedrick.
11      Q.      During that time period, did your mother
12  have any other health problems?
13      A.      She had had a heart attack and had
14  bypasses about the same time frame.
15      Q.      So what year did she have the heart
16  attack?
17      A.      1995.
18      Q.      When did she pass away?
19      A.      2003.
20      Q.      And what was the cause of death?
21      A.      Well, she had bleeding valves.  They
22  never did -- they didn't put a cause of death on it.
23  They just -- they put natural causes, I believe.  But
24  it was from bleeding heart valves because she had had
25  a bypass before, and she just got out of the hospital
page 61
1   the day before and spent the week in there.  And they
2   sent her home to die.  She died the next day instead
3   of a month or week down the road.
4       Q.      So these are problems with her heart
5   valves?
6       A.      Right.  That's what we were told.
7       Q.      Let me try to understand.  She had just
8   had another bypass surgery?
9       A.      No, it had been a few years since she had
10  the bypass.  She had the bypass in '95.
11      Q.      Okay.
12      A.      And it -- as she got older, her heart got
13  weaker, and they couldn't do surgery because of the
14  condition of her heart and stuff.  And it was just,
15  you know, a matter of time.
16      Q.      And how old was she when she died?
17      A.      63.
18      Q.      So during that time period when you were
19  living with her, in 2002, 2003, was she having other
20  health problems?
21      A.      No, no.  She just -- no.  She just -- no,
22  she didn't have no health -- other than this, she had
23  problems during that period.
24      Q.      Was there ever any, like, home health
25  aides or anything like that came in and looked
page 62
1   in on her?
2       A.      Yes, yes.  She had a -- she had a nurse
3   come in about every two weeks.
4       Q.      Did you find it stressful at all during
5   that period when you were living with her?
6       A.      No.  I wouldn't really say stressful.  I
```

## Anthony Dedrick Deposition Excerpts

**• Dedrick - Expert Challenge - Furman**

[79:23] - [81:5]      9/7/2006      Dedrick, Anthony (Dedrick pp. 1-231)

```
page 79
20  about my mother's, grandmother's death, you know,
21  trying to get it -- narrow it down and everything,
22  yes.
23       Q.    Can you turn to the -- to page seven.
24  And on this document, you have checked that you're a
25  current smoker; is that correct?
page 80
1        A.    Yes.
2        Q.    Are you -- as you sit here today, are you
3   a current smoker?
4        A.    Yes, I am.
5        Q.    And do you smoke two packs a day?
6        A.    In the last week, no.  I'm cutting back,
7   trying to quit, and I'm under two packs a day.
8        Q.    So how much are you smoking now?
9        A.    A pack a day.
10       Q.    Okay.  Prior to a week ago, were you
11  smoking two packs a day?
12       A.    Yes.
13       Q.    And you've been smoking about two packs a
14  day for the past 35 years?
15       A.    Basically, yes.
16       Q.    Have you ever smoked more than two packs
17  a day?
18       A.    I can't say for sure.  There might have
19  been times or periods in my life I did, and -- but
20  again, there are periods in my life, I can remember
21  not smoking half a pack a day.  But I can't say
22  specific, no.
23       Q.    And you said that at -- right now, you're
24  trying to quit smoking?
25       A.    Yes, I am.
page 81
1        Q.    What are you doing to try to quit?
2        A.    Toughing it out.  Let me say, I've tried
3   other forms in the past.  I'm trying to cold turkey
4   -- not cold turkey, but I'm trying to slack, back off
5   of it and quit.
6        Q.    And then on drinking history, you have
7   here that you drink on average six drinks a week?
8        A.    Right.
```

[81:6] - [82:19]      9/7/2006      Dedrick, Anthony (Dedrick pp. 1-231)

```
page 81
3   other forms in the past.  I'm trying to cold turkey
4   -- not cold turkey, but I'm trying to slack, back off
5   of it and quit.
6        Q.    And then on drinking history, you have
7   here that you drink on average six drinks a week?
8        A.    Right.
9        Q.    Does that vary -- does that amount vary
10  at all?
11       A.    Yeah, it might be five one weekend and
12  seven the other week.  But six -- I hardly ever drink
13  more than six beers a week.  And that is done on the
14  weekend.
15       Q.    Okay.  And in the past, did you used to
16  drink more?
17       A.    Yes, I did.
18       Q.    Okay.  How much did you used to drink?
19       A.    I used to be an alcoholic, so I used to
20  drink a lot.
21       Q.    And when you say "a lot," how much is "a
22  lot"?
23       A.    Well, on the weekends, I'd drink a case
24  or two of beer.
25       Q.    A case or two?
```

Anthony Dedrick Deposition Excerpts

**• Dedrick - Expert Challenge - Furman**

```
page 82
 1    A.    Yes.
 2    Q.    And what -- and roughly, what time period
 3  were you drinking that quantity?  Like from what year
 4  roughly to what year?
 5    A.    From Friday night at 6:00 o'clock to
 6  Sunday morning at noon, Sunday at noon.
 7    Q.    And how many years was that?
 8    A.    Off and on for 20 years.
 9    Q.    And approximately when did it reduce to
10  about six drinks per week?
11    A.    1999, September of 1999.
12    Q.    And what happened to cause the reduction?
13    A.    Well, that's when I went to prison, and
14  while I was incarcerated, I received treatment for my
15  problem.
16    Q.    And what did that treatment entail?
17    A.    Intense in-house rehabilitation program.
18  Eighteen months out of two and a half years in
19  prison, I was in rehab.
20    Q.    Can you go to page four of the same
21  document?  Here you provide more information about
22  criminal history.
```

[107:24] - [111:6]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 107
21  do you know of any aunts or uncles that had heart
22  attacks?
23    A.    No, I do not.
24    Q.    Did your -- and I believe you already
25  said, to your knowledge, nobody in your family has
page 108
 1  taken Vioxx?
 2    A.    I -- to my knowledge.  I don't know.  I
 3  never -- I never asked them, and they never told me.
 4    Q.    Your mom, do you know, did she ever take
 5  any kind of pain medication?
 6    A.    Right there at the end, she did.  I -- I
 7  don't know what it was.
 8    Q.    Your brother Phil, does he have heart
 9  problems?
10    A.    I believe he has some heart problems.
11  I'm not real certain what his medical problems are.
12    Q.    What about your brother Kenny?
13    A.    My brother has had heart problems.
14    Q.    Okay.  What -- what heart problems has
15  your brother Kenny had?
16    A.    He had a heart attack, and I believe he
17  has one stent.  I'm not certain on how many.
18    Q.    Let's try to express this easier.  When
19  did your brother Kenny have his heart attack?
20    A.    1999.
21    Q.    Do you remember what time of year?
22    A.    Summer.
23    Q.    Were you there with him?
24    A.    I got there about 15 hours later.
25    Q.    Where does your brother Kenny live?
page 109
 1    A.    Waynesboro, Tennessee.
 2    Q.    And then after that heart attack, he had
 3  a stent, to your knowledge?
 4    A.    Sometime or another.  I don't know if it
 5  was right then or later on.  I'm not for sure.
 6    Q.    Has your brother Phil ever had a heart
 7  attack?
 8    A.    Not to my knowledge.
 9    Q.    Has your brother Phil ever had a stent or
10  bypass or anything like that?
11    A.    No.
12    Q.    Have either Phil or Kenny had a stroke?
```

Anthony Dedrick Deposition Excerpts

**• Dedrick - Expert Challenge - Furman**

```
                           13      A.      No.
                           14      Q.      Going back to Kenny, how old was he at
                           15   the time of his heart attack?
                           16      A.      41.
                           17      Q.      And am I correct that your mother had
                           18   diabetes?
                           19      A.      Yes, she did.
                           20      Q.      Anyone else in your family have diabetes?
                           21      A.      My brother's son has diabetes.
                           22      Q.      Phil or Kenny?
                           23      A.      Phil.
                           24      Q.      Phil's son has diabetes?
                           25      A.      Yes.
                           page 110
                           1       Q.      And what's his son's name?
                           2       A.      Sean.
                           3       Q.      And how many nieces and nephews do you
                           4    have?
                           5       A.      I have no idea.
                           6       Q.      Let me rephrase that question.  Focusing
                           7    on Phil or Kenny, how many -- how many nieces and
                           8    nephews do you have?
                           9       A.      Two whole nephews, one half-nephew, and
                           10   one half-niece.
                           11      Q.      To your knowledge, do any of those nieces
                           12   and nephews have heart problems or heart issues?
                           13      A.      No.
                           14      Q.      Does anyone else in your family have
                           15   hypertension?
                           16      A.      Not to my knowledge.
                           17      Q.      And what about high cholesterol?  Do you
                           18   know if anyone in your family is being treated for
                           19   high cholesterol?
                           20      A.      I do not know.
                           21      Q.      To your knowledge, has anyone in your
                           22   family ever had a heart murmur or heart palpitations?
                           23      A.      No, not to my knowledge, no.
                           24      Q.      Has anyone in your family had a stroke?
                           25      A.      I have a second cousin who had a stroke.
                           page 111
                           1       Q.      Is that on your mother's side?
                           2       A.      Yes.
                           3       Q.      Do you have anyone else in your family
                           4    other than the people we've already spoken about who
                           5    have coronary artery disease?
                           6       A.      Not to my knowledge, no.
                           7       Q.      Have you ever been told that you have a
                           8    family history that puts you at risk for a heart
                           9    attack?
```

[118:14] - [118:21]        9/7/2006      Dedrick, Anthony (Dedrick pp. 1-231)

```
                           page 118
                           11      Q.      What time of day?
                           12      A.      Usually one in the morning and one in the
                           13   afternoons.
                           14      Q.      Okay.  When were you diagnosed with
                           15   diabetes?
                           16      A.      Excuse me?
                           17      Q.      When were you diagnosed with diabetes?
                           18      A.      1999.
                           19      Q.      So roughly the same time as you were
                           20   diagnosed with arthritis?
                           21      A.      Roughly.
                           22      Q.      And when were you diagnosed with
                           23   hypertension?
                           24      A.      It was either 1997, '98 or '99.  I'm not
```

Anthony Dedrick Deposition Excerpts

**• Dedrick - Expert Challenge - Furman**

[119:1] - [119:3]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 118
23  hypertension?
24      A.      It was either 1997, '98 or '99.  I'm not
25  certain on exact date, year.
page 119
 1      Q.      And at some point, were you diagnosed
 2  with high cholesterol?
 3      A.      I believe that came about in 2003.
 4      Q.      Do you have any other conditions that
 5  require you to be under the care of a doctor?
 6      A.      I have allergies which I'm treated for,
```

[119:19] - [120:1]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 119
16  my sugar during the day, if it's up, I have Humalog,
17  which is quick-acting insulin.  I'm supposed to take
18  it on a sliding scale as needed.
19      Q.      And when did you start taking insulin?
20      A.      A little over a year ago.
21      Q.      And why did you start taking insulin?
22      A.      Because pills were not controlling my
23  diabetes.  It was getting increasingly worse.
24      Q.      And who treats you or monitors your
25  diabetes?
page 120
 1      A.      Dr. Herrera.
 2      Q.      And what treatment do you have for your
 3  hypertension?
 4      A.      I take a pill.
```

[121:16] - [122:4]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 121
13      Q.      Had anyone ever recommended that you take
14  aspirin on a daily basis?
15      A.      No.
16      Q.      And before your heart attack, did you
17  take either Viagra or Levitra?
18      A.      I cannot say for sure that I was -- I
19  took them.  I -- I have took them -- I take them now,
20  but I cannot tell you when I started.  I can't
21  remember that.
22      Q.      Okay.  Did you ever discuss any medical
23  causes for ED?
24      A.      Me and Dr. Herrera may have discussed
25  it.  I know -- I can't remember a specific, you know,
page 122
 1  conversation on it.
 2              THE VIDEOGRAPHER:  Counselor, we have
 3      five minutes remaining.
 4              MS. HORN:  Okay.  Let's switch tapes.
 5              THE VIDEOGRAPHER:  This is the end of
 6      Tape Number Three in the continued deposition of
 7      Anthony Wayne Dedrick, to be continued on Tape
```

[145:22] - [149:3]    9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
page 145
19      Q.      And on some weekends, would you drink
20  hard liquor in addition to beer?
21      A.      No.  I never mixed.
22      Q.      And am I correct, on some occasions, you
23  would also use other drugs?
24      A.      You're talking about illegal drugs?
25      Q.      Yes.
page 146
 1      A.      I have.
```

Anthony Dedrick Deposition Excerpts

**• Dedrick - Expert Challenge - Furman**

```
 2       Q.      Okay.  And in the past, you've used
 3   cocaine; is that correct?
 4       A.      That's correct.
 5       Q.      Anything else?
 6       A.      A small amount of marijuana.
 7       Q.      Anything else?
 8       A.      No.
 9       Q.      Okay.  During what period of time did you
10   use cocaine?
11       A.      Over -- off and on between mid-'70s to
12   mid-'90s, right in that period.
13       Q.      When was the last time you used cocaine?
14       A.      Mid to late '90s.
15       Q.      And during that time period, how often
16   would you use cocaine?
17       A.      I may do some this weekend and not do it
18   again for six months.  It was just an on-again,
19   off-again type thing.
20       Q.      And what form was it?
21       A.      Powder.
22       Q.      And what quantity?
23       A.      A half a gram.
24       Q.      And for any of the DUIs that we talked
25   about before, did any of those involve cocaine?
page 147
 1       A.      One of them, it says I positive -- I
 2   tested positive for cocaine in my system.  I don't
 3   remember which one.  I -- the first I heard that was
 4   when I went to view my medical records.
 5       Q.      So you were unaware of that until you
 6   reviewed your medical records recently?
 7       A.      That's correct.  Because I never been
 8   charged with a drug offense in my life.
 9       Q.      In the past, have you driven while under
10   the influence of cocaine?
11       A.      Yes.
12       Q.      Were you aware of the health risks
13   associated with cocaine?
14       A.      Not at that time, no.
15       Q.      Are you ware of that today?
16       A.      Yes.
17       Q.      At any point in time, were you ever --
18   did you ever know that there were heart attack risks
19   associated with the use of cocaine?
20       A.      No.
21       Q.      Did any doctor ever advise you against
22   using cocaine or other drugs?
23       A.      No.
24       Q.      During the time period when you were
25   using cocaine, did you ever feel any ill physical
page 148
 1   effects?
 2       A.      No.
 3       Q.      Did you ever have any, in your
 4   perception, any heart problems, like heart racing or
 5   pain or anything like that?
 6       A.      No.
 7       Q.      Prior to 2003, did anyone ever talk to
 8   you about the possibility that you had had a heart
 9   attack in the past?
10       A.      No.
11       Q.      Have you seen that in any of your medical
12   records?
13       A.      No, I haven't.  No indication of that.
14       Q.      In what period of time were you using
15   marijuana?
16       A.      Off and on that same time period,
17   mid-'70s to mid-'90s.
18       Q.      And frequency, how often?
19       A.      Three or four puffs every five or six
20   months.
21       Q.      And what quantity is that?
```

Anthony Dedrick Deposition Excerpts

• **Dedrick - Expert Challenge - Furman**

```
                                22      A.      Three joints, four joints.
                                23      Q.      And were you aware of any health risks
                                24 associated with marijuana usage?
                                25      A.      No, I was not.
                                page 149
                                1       Q.      Did you ever feel any ill effects, any
                                2 ill effects from marijuana usage?
                                3       A.      No.
                                4       Q.      Prior to 2003, did you ever seek any
                                5 professional health for stress or anxiety?
                                6       A.      Professional help for what?
```

[150:15] - [151:17]           9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
                                page 150
                                12 antidepressants or sleeping pills?
                                13      A.      No.  I can't recall prior to 2003.  No, I
                                14 don't believe I did.
                                15      Q.      How often do you eat fried foods?
                                16      A.      Now?
                                17      Q.      Yes.
                                18      A.      Maybe once every two weeks.
                                19      Q.      Prior to your heart attack, how often did
                                20 you eat fried foods?
                                21      A.      A couple or three times a week.
                                22      Q.      And prior to your heart attack, how often
                                23 would you eat red meat?
                                24      A.      Again, two or three times a week.
                                25      Q.      And what about fast food?  How often
                                page 151
                                1 would you eat fast food?
                                2       A.      I seldom ever ate fast food before my
                                3 heart attack.
                                4       Q.      Do you eat fast food now?
                                5       A.      Healthy fast food, if there's such a
                                6 thing.  Salads and stuff like that.
                                7       Q.      How would you -- prior to your heart
                                8 attack, how would you describe your diet?
                                9       A.      High fat.
                                10      Q.      So you were not a healthy eater?
                                11      A.      No.
                                12      Q.      Prior to your heart attack, did any
                                13 doctor ever suggest that you should lose weight?
                                14      A.      All the time in the military.
                                15      Q.      What about once you were out of the
                                16 military?
                                17      A.      No.
                                18      Q.      After you were released from prison, did
                                19 you see any other doctors besides Dr. Herrera prior
                                20 to your heart attack?
```

[231:1] - [231:21]            9/7/2006    Dedrick, Anthony (Dedrick pp. 1-231)

```
                                page 230
                                23
                                24
                                25
                                page 231
                                1               C E R T I F I C A T E
                                2
                                3 STATE OF ALABAMA  )
                                4 JEFFERSON COUNTY  )
                                5
                                6       I hereby certify that the above and
                                7 foregoing deposition was taken down by me in
                                8 stenotype, and the questions and answers thereto were
                                9 reduced to computer print under my supervision, and
                                10 that the foregoing represents a true and correct
                                11 transcript of the deposition given by said witness
                                12 upon said hearing.
                                13      I further certify that I am neither of
```

**Anthony Dedrick Deposition Excerpts**

**• Dedrick - Expert Challenge - Furman**

```
14  counsel nor of kin to the parties to the action, nor
15  am I in anywise interested in the result of said
16  cause.
17
18
19                     _____
20                     Lisa Bailey, Commissioner
21
22
23
24
```