10/12/2006 Ira Gelb Deposition Excerpts

• **Dedrick - Expert Challenge 1 - Gelb**

[1:4] - [1:24]    10/12/2006   Gelb, Ira S.

```
page 1
 2
 3                              CASE NO.: 2:05-CV-2524
          IN RE:  VIOXX
 4        PRODUCTS LIABILITY
          LITIGATION
 5
 6        ANTHONY WAYNE DEDRICK,
 7
 8             Plaintiff,
 9        -vs-
10        MERCK & CO., INC.,
11
12             Defendant.
13        _____/
14
15
16
17        DEPOSITION OF:     IRA J. GELB, M.D.
18        DATE:              October 12, 2006
19        TIME:              9:03 a.m.
20        LOCATION:          Boca Raton Marriott
                             5150 Town Center Circle
21                           Boca Raton, Florida
22        REPORTER:          Erin Pallard, RPR
23
24
25
page 2
1    A P P E A R A N C E S:
2
```

[21:11] - [22:2]    10/12/2006   Gelb, Ira S.

```
page 21
 8     Q    -- data and their articles about their clinical
 9   trials?
10     A    Correct.
11     Q    You've never worked with the FDA, correct?
12     A    Correct.
13     Q    What is an FDA advisory committee?
14     A    Advisory committee is composed of physicians
15   usually, or doctorates, who advise the Federal Drug
16   Administration on the advantage or disadvantage of a drug
17   that's been submitted.
18     Q    Okay.
19          Have you ever served on an FDA advisory
20   committee?
21     A    No.
22     Q    Have you ever been asked to sit on an FDA advisory
23   committee?
24     A    No.
25     Q    Have you ever reviewed labeling for a prescription
page 22
1    drug on behalf of the FDA?
2      A    No.
3      Q    You're not an expert on FDA regulations for drug
4    labeling?
5      A    I'm not considered an expert, but I do review the
```

[22:3] - [22:6]    10/12/2006   Gelb, Ira S.

```
page 21
25     Q    Have you ever reviewed labeling for a prescription
page 22
1    drug on behalf of the FDA?
```

10/12/2006 Ira Gelb Deposition Excerpts

**• Dedrick - Expert Challenge 1 - Gelb**

```
 2      A    No.
 3      Q    You're not an expert on FDA regulations for drug
 4 labeling?
 5      A    I'm not considered an expert, but I do review the
 6 label.
 7      Q    That's good.  Because you're a good doctor, right?
 8      A    I'm told I am.
 9      Q    You're a nationally renowned doctor, correct?
```

[22:24] - [23:19]         10/12/2006   Gelb, Ira S.

```
page 22
21      Q    It said you're a nationally known famous
22 cardiologist.
23      A    Thank you.
24      Q    You've never worked with a pharmaceutical company?
25      A    No.
page 23
 1      Q    You never worked in a regulatory
 2 affairs department in a pharmaceutical company?
 3      A    No.
 4      Q    You have never drafted a pharmaceutical drug
 5 label?
 6      A    No.
 7      Q    You've never been consulted with the drafting of a
 8 pharmaceutical drug label?
 9      A    No.
10      Q    You've never reviewed any complete new drug
11 application or investigational new drug application?
12      A    I have not.
13      Q    Just never been qualified by the court as an
14 expert on labeling or --
15      A    No.
16      Q    You've never been qualified by any court as an
17 expert on the advisory of or concerning warnings given to the
18 medical community about a drug?
19      A    No.
20      Q    Have you ever been precluded from testifying about
21 labeling or other regulatory issues?
22      A    I have not.
```

[157:1] - [159:14]        10/12/2006   Gelb, Ira S.

```
page 156
23      lunch.
24      (Thereupon, a luncheon recess was taken.)
25 BY MR. OUWELEEN:
page 157
 1      Q    Dr. Gelb, you agree that Mr. Dedrick's diabetes
 2 contributed to his atherosclerosis and his heart attack?
 3      A    Yes.
 4      Q    And his smoking contributed to his heart attack,
 5 his atherosclerosis?
 6      A    Yes.
 7      Q    His high blood pressure?
 8      A    Yes.
 9      Q    His hyperlipidemia contributed to his heart attack
10 and his atherosclerosis?
11      A    Yes.
12      Q    And his obesity did too?
13      A    Yes.
14      Q    His inactivity contributed to his atherosclerosis
15 and his heart attack?
16      A    Yes.
17      Q    And his metabolic syndrome contributed, as well?
18      A    Yes.
19      Q    His family history contributed to his
20 atherosclerosis and heart attack?
21      A    Yes.
22      Q    Mr. Dedrick's stress contributed?
23      A    Yes.
```

10/12/2006 Ira Gelb Deposition Excerpts

• **Dedrick - Expert Challenge 1 - Gelb**

```
               24      Q    And his alcohol abuse contributed to his heart
               25 attack and atherosclerosis?
               page 158
               1       A    Well, like I said before, with the caveat, after
               2  coming out of his incarceration, he only drank beers on the
               3  weekends according to his history.
               4       Q    When you say according to his -- did you say
               5  according to his sister's?
               6       A    History.
               7       Q    Oh, history.  Now when you say "according to his
               8  history' --
               9       A    In the deposition and things like that, as I
               10 remember it.
               11      Q    Yes.  He testified that he drinks now six beers on
               12 the weekends, but as a result of that, can you say it
               13 as a matter of medical certainty that the drinking up
               14 until 1999 did not contribute to his heart attack?
               15      A    No, I didn't say that.
               16      Q    So it did?
               17      A    It did, but we said "alcohol abuse," so --
               18      Q    Okay.  So, you were just qualifying that he is
               19 a recovered alcoholic?
               20      A    That's what I'm saying.
               21      Q    But still, the alcohol use up to 1999 contributed
               22 to his heart attack and atherosclerosis?
               23      A    Yes.
               24      Q    And his cocaine use, we really don't know how much
               25 cocaine he used, do we?
               page 159
               1       A    No.
               2       Q    So, do you know, do you have an opinion about
               3  whether that contributed to his heart attack and
               4  atherosclerosis?
               5       A    I do have an opinion.
               6       Q    What's that?
               7       A    I doubt very much if the cocaine he took when he
               8  was supposed to have taken it, according to the various
               9  records, contributed, because the most common effect, as
               10 we said earlier, is coronary vasospasm.  But the literature
               11 does say that it can contribute to atherosclerotic coronary
               12 disease.
               13      Q    So it might have contributed; it might not?
               14      A    Correct.
               15      Q    Isn't it, in fact, true that if Mr. Dedrick had
               16 been fortunate enough never to have been a smoker, his heart
               17 attack never would have occurred?
```

[201:10] - [201:19]                10/12/2006   Gelb, Ira S.

```
               page 201
               7  summary of the deposition of Dr. Mark Koenig, taken on
               8  September 12, and I'm looking to see his description of the
               9  thrombus.
               10      Q    Okay.  Doctor, you've offered the opinion that his
               11 thrombus was unusual, correct?
               12      A    Well, the word "unusual" -- it should be you expect
               13 it to be minimal, if not seen at all, two days later.
               14      Q    So what's unusual about his thrombus was that it
               15 was bigger than you would have expected to see?
               16      A    Yes.
               17      Q    Is there anything else that was unusual about the
               18 thrombus?
               19      A    No.
               20      Q    And you say in your report that the thrombus
               21  was secondary to Mr. Dedrick's ingestion of Vioxx,
               22 the thrombogenic drug?
```

[202:6] - [202:8]                 10/12/2006   Gelb, Ira S.

```
               page 202
               3  ingestion of Vioxx?  When you say "secondary," you mean caused
```

10/12/2006 Ira Gelb Deposition Excerpts

• **Dedrick - Expert Challenge 1 - Gelb**

```
                              4   by?
                              5   A   Caused by.
                              6   Q   So, was there anything in the appearance of the
                              7   thrombus that indicated to you that it was caused by Vioxx?
                              8   A   No.
                              9   Q   It didn't have a little V on it or anything?
                             10   A   Do want me to answer that question?
                             11   Q   No.  You don't have to answer that question.
```

[261:24] - [262:4]          10/12/2006   Gelb, Ira S.

```
                             page 261
                             21   A   It's possible.
                             22   Q   They didn't do it in APPROVe; did they?
                             23   A   No.
                             24   Q   Did they do it in any of the studies that you
                             25   claim show that Vioxx causes atherosclerosis?
                             page 262
                              1   A   That were reported as showing atherosclerosis, no.
                              2   Q   No human studies measuring atherosclerosis as it
                              3   relates to Vioxx?
                              4   A   Not that I recall at this time.
                              5   Q   Okay.
                              6       THE WITNESS:  Can we take our break?
                              7       MR. OUWELEEN:  Do you want to take a break?  Go
```

[262:11] - [262:23]         10/12/2006   Gelb, Ira S.

```
                             page 262
                              8   ahead.
                              9       (Thereupon, a short break was taken.)
                             10   BY MR. OUWELEEN:
                             11   Q   Dr. Gelb, you testified that the VIGOR and
                             12   APPROVe studies support your view that Vioxx causes
                             13   atherosclerosis, correct?
                             14   A   Supports my view that there's an increase
                             15   incidence of myocardial infarction.
                             16   Q   That wasn't my question, sir.  My question was:
                             17   Is it your view that those studies support the belief that
                             18   Vioxx causes atherosclerosis?
                             19   A   No.
                             20   Q   Okay.  Are there any studies that do support that?
                             21   A   In humans?
                             22   Q   Yes, for starters.
                             23   A   No.
                             24   Q   How about in animals?
                             25   A   Some mouse studies demonstrate it.
                             page 263
                              1   Q   There is a mouse study with Vioxx that shows that
```

[265:8] - [265:10]          10/12/2006   Gelb, Ira S.

```
                             page 265
                              5   that it could occur.
                              6   Q   I'm sorry.
                              7   A   It generates a hypothesis.
                              8   Q   So it's really a hypothesis still that Vioxx
                              9   causes atherosclerosis in humans?
                             10   A   That's correct.
                             11   Q   Now let's talk about prostacyclin.  Prostacyclin
                             12   is made in various parts of the body, correct?
                             13   A   Yes, sir.
```

[266:23] - [267:5]          10/12/2006   Gelb, Ira S.

```
                             page 266
                             20   prostacyclin in the urine, not prostacyclin itself in the
                             21   arteries, correct?
                             22   A   Correct.
                             23   Q   And how much of a reduction -- now your theory is
```

10/12/2006 Ira Gelb Deposition Excerpts

• Dedrick - Expert Challenge 1 - Gelb

```
                                24  the theory that's often referred to as the FitzGerald
                                25  hypothesis or the COX-2 hypothesis, correct?
                                page 267
                                 1      A     Yes.
                                 2      Q     Is that still a hypothesis?
                                 3      A     Yes.
                                 4      Q     So it hasn't been conclusively proven?
                                 5      A     Correct.
                                 6      Q     And there's ongoing scientific study and
                                 7  debate about that?
                                 8      A     Yes.


[275:18] - [276:3]              10/12/2006   Gelb, Ira S.

                                page 275
                                15  confidence intervals and relative risks, those all relate to
                                16  statistical significance?
                                17      A     Yes.
                                18      Q     And the difference, in your understanding,
                                19  between an event rate between two populations is not
                                20  statistically significant, and scientists can't draw
                                21  any conclusions from that difference, correct?
                                22          MR. LOCKLAR:  Object to the form.
                                23          THE WITNESS:  You don't usually.
                                24  BY MR. OUWELEEN:
                                25      Q     Well, are there circumstances where you rely on
                                page 276
                                 1  and draw scientific conclusions based on statistically
                                 2  insignificant results?
                                 3      A     No, no.
                                 4      Q     Okay.
                                 5      A     But it gives you thought for going forward.
                                 6      Q     It generates hypotheses?


[298:18] - [298:25]             10/12/2006   Gelb, Ira S.

                                page 298
                                15      A     Just my opinion.
                                16      Q     That's correct, correct?
                                17      A     Yes, correct.
                                18      Q     Are there studies as opposed to articles and
                                19  reviews and editorials that show that Vioxx causes this plaque
                                20  rupture to happen?
                                21      A     I haven't seen the studies.
                                22      Q     You haven't seen any studies about that?
                                23      A     No.
                                24      Q     Okay.  Not in animals or humans?
                                25      A     Not yet, maybe before trial there may be.
                                page 299
                                 1      Q     Okay.  Let's talk about the -- do you want to take
                                 2  a break?
                                 3      A     No.  It depends how long you think we're going to


[314:4] - [322:3]               10/12/2006   Gelb, Ira S.

                                page 314
                                 1      Q     And that was the label, the official label, for
                                 2  the whole time that Mr. Dedrick was on Vioxx, correct?
                                 3      A     Yes.
                                 4      Q     Now you have opinions about the label of Vioxx.
                                 5  You've read that April 2002 Vioxx label, the revised label,
                                 6  correct?
                                 7      A     Yes.
                                 8      Q     And you think it should have been different?
                                 9      A     Yes.
                                10      Q     Now, it's important for the label of a medicine to
                                11  contain accurate information about the medicine, correct?
                                12      A     Yes.
                                13      Q     Both about the real risks and real benefits,
                                14  right?
```

**10/12/2006 Ira Gelb Deposition Excerpts**

• **Dedrick - Expert Challenge 1 - Gelb**

```
           15      A     Yes.
           16      Q     And you, as a doctor, were always careful to read
           17  the label of drugs that you were prescribing to your
           18  patients?
           19      A     Yes.
           20      Q     And to keep up on the labels in case they changed,
           21  to review them every so often?
           22      A     Yes.
           23      Q     And it's not okay for doctors to prescribe drugs
           24  without reading the labels; is it?
           25      A     No, they shouldn't.
page 315
            1      Q     Right.  And the content of the label can't inform
            2  a doctor unless he reads a label, correct?
            3      A     It depends on the way the label is expressed.  You
            4  can have a label mention a precaution.  You can have a
            5  label saying warning.  You can have a black box.  And, you
            6  know, having been in practice besides academics, I can tell
            7  you that a lot of physicians rely on the PDR and rely on
            8  the detail person, and that's their primary source for
            9  knowing whether to institute a new drug.  And if they go to
           10  meetings, it's interesting, but a lot of them rely on the
           11  PDR or the detail person.
           12            And if they simply see a precaution, many of them
           13  may not take it as seriously -- I'm just saying --
           14      Q     I was reacting to the lightning outside.
           15      A     Sorry.  Okay -- as important as a warning, and
           16  sometimes if you're really concerned about it, you put it in
           17  the black box.
           18      Q     Now.  You're not saying it's okay for doctors to
           19  ignore information just because it's not in a black box --
           20      A     No.
           21      Q     -- or just because it is on the label?
           22      A     No.  I'm just telling you about the real world.
           23      Q     Do you know if the --
           24            Are you aware of any studies or research about
           25  whether doctors actually distinguish
page 316
            1  between precautions and warnings?
            2      A     No.
            3      Q     Okay.  And does the PDR, do you know if the
            4  additional heart attacks for the VIGOR study were included
            5  in the PDR information about Vioxx after the label changed?
            6      A     I'm not sure.  I don't -- I'm not sure.
            7      Q     You don't know -- you don't know what the -- are
            8  you familiar with something called Epocrates?
            9      A     I do.
           10      Q     Is that a software product that gives drug
           11  information?
           12      A     Yes.
           13      Q     Have you checked what it said about Vioxx in
           14  April 2002?
           15      A     No.
           16      Q     You don't have -- you haven't reviewed that at
           17  all?
           18      A     No.
           19      Q     And you're not offering any opinions about what
           20  that said, right?
           21      A     No.
           22      Q     And it wouldn't be right, as a doctor, to allow
           23  what a detail person says to substitute for your medical
           24  judgment as a doctor?
           25      A     Absolutely not.
page 317
            1      Q     Now you understand that the FDA approves
            2  every word, comma, and dot for prescription drug labels?
            3      A     I do.
            4      Q     And they can withhold approval of a medicine if the
            5  FDA disagrees with the proposed labeling?
            6      A     Correct.
            7      Q     And the FDA can demand that a company add whatever
            8  language the FDA wants to be added to the label?
```

**10/12/2006 Ira Gelb Deposition Excerpts**

• **Dedrick - Expert Challenge 1 - Gelb**

```
 9      A     Yes.
10      Q     And when the FDA approves medicine as safe and
11 effective, it does so as labeled, correct?
12      A     Yes.
13      Q     And the FDA approved Vioxx is safe and effective
14 as labeled in May 1999, correct?
15      A     Yes.
16      Q     And the FDA scientists specifically approved every
17 word of that original Vioxx label?
18      A     In '99.
19      Q     Right.  And then the FDA again approved the
20 April 2002, label, correct?
21      A     Yes.
22      Q     And, in fact, at that time, the FDA approved Vioxx
23 as safe and effective for use as labeled for some additional
24 indications --
25      A     Yes.
page 318
1       Q     -- correct?
2             And we talked earlier --
3       A     Can you get me that paper --
4       Q     Now, you know the FDA reviewed a whole bunch of
5 stuff before approving the Vioxx labels, correct?
6       A     Yes.
7       Q     I mean, and you haven't reviewed all the stuff
8 that the FDA approved, correct?
9       A     No.
10      Q     And there was an advisory committee before the
11 April 2002 label was approved?
12      A     Yes.
13      Q     And you didn't review everything that advisory
14 committee looked at?
15      A     No.  There's something I'm looking for now,
16 though.
17      Q     Well, I'm just going to show you the FDA Vioxx
18 label.
19      A     There it is.  Oh, okay.
20      Q     I'm sorry.  Are you okay?
21      A     Yeah.  I just found something I was looking for to
22 more appropriately answer your question.
23      Q     So, you said earlier that there was some
24 information that you thought should be in the April 2002
25 Vioxx label that wasn't in there, correct?  Correct,
page 319
1 Doctor?
2       A     Well, I said it should be listed as a warning
3 rather than a precaution.
4       Q     So your opinion about what was -- what should have
5 been different about the April 2002 post VIGOR Vioxx label didn't
6 have to do with information that was left out, it had to do
7 with the placement of information in the label; is that
8 correct?
9       A     May I look at it?
10      Q     Yep.
11            MR. OUWELEEN:  I'm showing you Gelb Exhibit 33.
12               (Exhibit No. 33 marked.)
13            THE WITNESS:  Yes.
14 BY MR. OUWELEEN:
15      Q     That's the post VIGOR Vioxx label approved in April 2002?
16      A     Yes.
17      Q     Which you've had a chance to review, and my
18 question is whether your opinion about what should have been
19 different about that label has to do with placement of the
20 information as opposed to what information was put in or left out?
21      A     Despite my age, I don't need glasses either.
22      Q     That's amazing.
23      A     I have my own teeth and I don't wear contacts.
24 Off the record.
25            I can see the table where they refer to the VIGOR
page 320
1 study, but I really can't see where they added on the
2 additional three patients that were subsequently added.
```

10/12/2006 Ira Gelb Deposition Excerpts

• Dedrick - Expert Challenge 1 - Gelb

```
 3            MR. LOCKLAR:  Flip over to the next page.
 4            THE WITNESS:  Oh, okay.
 5   BY MR. OUWELEEN:
 6       Q    Doctor --
 7       A    Yes.  They have it on the next page.  They're in
 8   there.
 9       Q    They're in there?
10       A    Yeah, under precautions.
11       Q    Okay.  So the question, again, Doctor, was, what
12   should have been different about this label, in your
13   opinion?
14       A    The location of it because, doctors --
15       Q    Of --
16       A    -- practitioners --
17       Q    What's the it, the location of?
18       A    I just want to finish.  Doctors pay more
19   attention -- they pay attention to that, but it makes more
20   of an impact when you're looking at something if they say
21   specifically there's a warning, not just a precaution, but
22   a warning that there was 5 to 1 ratio between Vioxx users
23   and Naproxen users in the incidence of coronary events.
24       Q    So that information was in the label, but you
25   believe it should have been highlighted more, correct?
page 321
 1       A    Well, highlighted and transposed to the warning
 2   section.
 3       Q    And where is the warning section?
 4       A    After the contraindications.
 5       Q    So on the second page of exhibit --
 6       A    Yes.
 7       Q    -- 33, there's -- in the second column it says
 8   warnings, correct?  Correct?
 9       A    Yes.
10       Q    And then in the third column it says precautions?
11       A    Yes.
12       Q    And even before the warnings, it has the table
13   with the VIGOR results --
14       A    Uh-huh.
15       Q    -- correct?
16            And what should have been different about the
17   label, in your view, is that the information about VIGOR
18   should have been in that central column under where it says
19   warnings, correct?
20       A    Well, it is on the next page where it says
21   precautions, but instead of under precautions, I would have --
22   as being a practitioner also, I think it would have more
23   impact under warnings instead of precaution.  I mean it's a
24   matter of, you know, importance, as far as chain of command,
25   so to speak.
page 322
 1       Q    So, and that's the difference?
 2       A    Yeah, that's my -- yes, that's my difference.
 3            Not yeah, yes.
 4       Q    That you think should be done?
 5            Okay.
 6            MR. OUWELEEN:  Do we have 14?
```

[328:8] - [328:18]        10/12/2006   Gelb, Ira S.

```
page 328
 5   for a Canadian medical --
 6       Q    Let me clarify my question, Doctor, because this
 7   might spare you looking for that.
 8            Is there any clinical trial that shows a
 9   statistically significant increased risk for cardiovascular
10   events for patients taking 25 milligrams of Vioxx for less
11   than 18 months?
12       A    May I just look at the Levesque before I answer
13   you?
14       Q    If you think Levesque is a clinical trial?
15       A    I just want to make sure.  It wasn't a clinical
```

**10/12/2006 Ira Gelb Deposition Excerpts**

• **Dedrick - Expert Challenge 1 - Gelb**

```
                        16  trial.
                        17      Q    So are you aware -- let me ask the question again.
                        18      A    The answer is no, I'm not aware.
                        19      Q    Okay.  Thanks.
                        20           So let's see.  Dr. Gelb, on Page 3 of Exhibit 2,
                        21  which is your report, you said, you talked about the fact
```

[357:13] - [358:17]         10/12/2006   Gelb, Ira S.

```
                        page 357
                        10
                        11
                        12
                        13                 CERTIFICATE OF REPORTER
                        14
                        15
                        16  STATE OF FLORIDA    )
                        17  COUNTY OF ORANGE    )
                        18
                        19      I, Erin Pallard, Registered Professional Reporter,
                        20  certify that I was authorized to and did stenographically
                        21  report the foregoing deposition and that the transcript is a
                        22  true record of the testimony given by the witness.
                        23
                        24      I further certify that I am not a relative, employee,
                        25  attorney, or counsel of any of the parties, nor am I a
                        page 358
                        1   relative or employee of any of the attorneys or counsel
                        2   connected with the action, nor am I financially interested
                        3   in the action.
                        4
                        5           Dated this 15th day of October 2006.
                        6
                        7
                        8
                        9
                        10                  _____
                        11                  Erin L. Pallard, RPR
                        12
                        13
                        14
                        15
                        16
                        17
                        18
                        19
                        20
```