6/2/2006 L. Moye Deposition Excerpts

• Dedrick - Expert Challenge - Moye

[1:1] - [1:24]     6/2/2006     Moye, Lemuel A.

```
page 1
    0001
1               UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2
       IN RE: VIOXX         :   MDL DOCKET NO.
3      LITIGATION PRODUCTS  :   1657
       LIABILITY LITIGATION :   SECTION L
4                           :
       This document relates:   JUDGE FALLON
5      To                   :
       GERALD BARNETT AND    :  MAGISTRATE JUDGE
6      CORRINE BARNETT       :  KNOWLES
                V.           :
7      MERCK & CO., INC.     :
                             :
8      Civil Action No.      :
       2:06cv485             :
9                     - - -
10                  June 2, 2006
11                    - - -
12          Oral deposition of LEMUEL A. MOYE,
13     M.D., Ph.D., held in the offices of
14     Abraham, Watkins, Nichols, Sorrels,
15     Matthew & Friend, 800 Commerce, Houston,
16     Texas, commencing at 9:30 a.m., on the
17     above date, before Linda L. Golkow, a
18     Federally-Approved Registered Diplomate
19     Reporter and Certified Shorthand
20     Reporter.
                             - - -
21          GOLKOW LITIGATION TECHNOLOGIES
                  Four Penn Center
22        1600 John F. Kennedy Boulevard
                    Suite 1210
23         Philadelphia, Pennsylvania 19103
                   877.DEPS.USA
24
page 2
1      A P P E A R A N C E S :
2
3           BEASLEY, ALLEN, CROW, METHVIN,
```

[35:2] - [35:20]     6/2/2006     Moye, Lemuel A.

```
page 34
23  May, what work have you done since the
24  completion of your MDL report, which was
page 35
1   dated the 22nd?
2       A.   I've reviewed -- the
3   literature -- the material is voluminous,
4   and reading this material one time just
5   hasn't been sufficient for me.  So, I've
6   spent some time reviewing material that I
7   have already read.
8       Q.   Okay.
9            Your rate for billing is how
10  much now?
11      A.   $400 an hour.
12      Q.   For reviewing materials?
13      A.   Yes.
14      Q.   Okay.
15           So, if we were going to
16  figure out how much time you spent, it
17  would be roughly 100,000 divided by 400?
18      A.   Right.
19      Q.   So, what's that, 250 hours?
```

6/2/2006 L. Moye Deposition Excerpts

• **Dedrick - Expert Challenge - Moye**

|  |  |
|---|---|
|  | 20  A.   250 hours, right.<br>21  Q.   Your MDL report does not<br>22 have any specific opinions about the<br>23 plaintiff in that case, is that correct? |
| [78:20] - [79:14] | 6/2/2006   Moye, Lemuel A.<br>page 78<br>17 it's going to be a long process to get it<br>18 right.  So, at this point I can't even<br>19 reasonably estimate the number of hours.<br>20  Q.   Let me ask you, in coming to<br>21 your opinions in this case, did you look<br>22 at the new drug application -- any part<br>23 of the new drug application for Celebrex<br>24 or Bextra?<br>page 79<br>1  A.   No, sir.<br>2  Q.   Did you took at any part of<br>3 the new drug application for any other<br>4 nonsteroidal anti-inflammatory drug?<br>5  A.   No, sir.<br>6  Q.   Did you look at the medical<br>7 officer review or summary basis of<br>8 approval for Celebrex or Bextra?<br>9  A.   No, sir.<br>10  Q.   Did you look at the medical<br>11 officer review or summary basis of<br>12 approval for any other nonsteroidal<br>13 anti-inflammatory drug?<br>14  A.   No.<br>15  Q.   Did you review the labeling<br>16 for Celebrex or Bextra in connection with<br>17 your opinions? |
| [80:2] - [80:16] | 6/2/2006   Moye, Lemuel A.<br>page 79<br>23 for any other nonsteroidal<br>24 anti-inflammatory drug?<br>page 80<br>1  A.   No, sir.<br>2  Q.   Did you do any specific<br>3 medical literature review concerning<br>4 Celebrex as a part of your review of this<br>5 case?<br>6  A.   No, sir.<br>7  Q.   How about with respect to<br>8 Bextra?<br>9  A.   No, sir.<br>10  Q.   Did you do a medical<br>11 literature review on the issue of<br>12 naproxen?<br>13  A.   I think I have to say yes<br>14 insofar as it was related to the<br>15 possibility of an anticardiothrombotic<br>16 effect associated with Naprosyn.<br>17  Q.   Okay.<br>18       What specific literature<br>19 search did you do? |
| [81:22] - [82:1] | 6/2/2006   Moye, Lemuel A.<br>page 81<br>19 naproxen?<br>20  A.   Yes.<br>21  Q.   Okay.<br>22       Did you do a specific<br>23 medical literature review for any other<br>24 nonselective NSAID? |

6/2/2006 L. Moye Deposition Excerpts

• **Dedrick - Expert Challenge - Moye**

|  |  |
|---|---|
|  | page 82<br>1      A.     No, sir.<br>2      Q.     Did you review the<br>3   deposition testimony of Dr. Eric Topol?<br>4      A.     No, I did not review that. |
| [83:20] - [83:24] | 6/2/2006    Moye, Lemuel A.<br><br>page 83<br>17   know how to answer that.  As I<br>18   read the internal documents and<br>19   tried to put together in my mind<br>20   what was going on here, **I think it**<br>21   **became clear to me what they**<br>22   **weren't doing, so, I suppose I am**<br>23   **going to speak to some degree**<br>24   **about the motives.**<br>page 84<br>1   BY MR. PIORKOWSKI:<br>2      Q.     Let me rephrase it like<br>3   this:  You understand that there are |
| [84:22] - [85:3] | 6/2/2006    Moye, Lemuel A.<br><br>page 84<br>19   enough?<br>20      A.     Yes.<br>21      Q.     Okay.<br>22             **Are you offering any**<br>23   **opinions that Merck intended to hurt**<br>24   **patients or intended to mislead the FDA?**<br>page 85<br>1             MR. SIZEMORE:  Object to<br>2      form.<br>3             THE WITNESS:  I think I am.<br>4   BY MR. PIORKOWSKI:<br>5      Q.     What expertise do you have<br>6   in determining corporate intent? |
| [85:18] - [85:24] | 6/2/2006    Moye, Lemuel A.<br><br>page 85<br>15   issues are you intending to offer<br>16   opinions about with respect to either<br>17   Merck's intent or Merck's motives?<br>18      **A.     I think I can probably speak**<br>19   **most clearly about Merck's intent.  And I**<br>20   **believe Merck's intent was not to provide**<br>21   **a fair, clear assessment of the**<br>22   **relationship between Vioxx and**<br>23   **cardiovascular events -- cardiovascular**<br>24   **serious adverse events.**<br>page 86<br>1      Q.     At a particular point in<br>2   time?<br>3      A.     I have examples at |
| [88:22] - [89:1] | 6/2/2006    Moye, Lemuel A.<br><br>page 88<br>19      Q.     You don't hold yourself out<br>20   as an expert in rheumatology, correct?<br>21      A.     That's correct.<br>22      **Q.     You don't hold yourself out**<br>23   **as an expert in pharmacology, either,**<br>24   **right?**<br>page 89<br>1      **A.     That's correct.**<br>2      Q.     Am I correct you've not seen<br>3   a patient since March of 1992? |

6/2/2006 L. Moye Deposition Excerpts

• **Dedrick - Expert Challenge - Moye**

```
                                   4         A.    That's not true.  Certainly,
```

| [95:1] - [95:4] | 6/2/2006 | Moye, Lemuel A. |

```
page 94
22  nonsteroidal anti-inflammatory, but
23  primarily it was a combination of rest
24  and exercise and warm water baths.
page 95
1         Q.    Did you conduct at any point
2   in your career any original laboratory
3   research on COX-2 inhibitors?
4         A.    No, sir.
5         Q.    Did you conduct any original
6   laboratory research on the effects of
7   nonsteroidal anti-inflammatory drugs?
```

| [95:9] - [96:2] | 6/2/2006 | Moye, Lemuel A. |

```
page 95
6   laboratory research on the effects of
7   nonsteroidal anti-inflammatory drugs?
8         A.    No.
9         Q.    Were you the author of any
10  original epidemiological studies on Vioxx
11  or any other COX-2 inhibitor?
12        A.    No.
13        Q.    Are you the author of any
14  original epidemiological studies on the
15  effects of NSAIDs?
16              MR. SIZEMORE:  Did you get
17        that question?
18              THE WITNESS:  I did.  Let me
19        answer this way.  I was not
20        involved in an epidemiologic study
21        that focused on the effect of
22        NSAIDs.  That's true.
23  BY MR. PIORKOWSKI:
24        Q.    Were you involved in a study
page 96
1   that focused on the efficacy of NSAIDs?
2         A.    No.
3         Q.    Were you involved in a study
4   that focused on the safety of NSAIDs?
5         A.    Yes.  We used NSAIDs as a
```

| [207:14] - [208:6] | 6/2/2006 | Moye, Lemuel A. |

```
page 207
11              And the same is true for
12  other COX-2 inhibitors like Celebrex,
13  right?
14        A.    Celebrex, I don't quite
15  agree with that with Celebrex, because my
16  understanding of Celebrex is that it has
17  more COX-1, anti-COX-1 activity than
18  Vioxx does.  So, to the degree that it
19  has more anti-COX-1 activity is the
20  degree to which it might inhibit
21  thromboxane.
22        Q.    Have you looked at any
23  literature that discusses the effect of
24  Celebrex on thromboxane or not?
page 208
1         A.    I have not looked at any
2   particular literature, no.
3         Q.    There's nothing you've seen
4   that tells you one way or the other?
5         A.    I haven't looked to answer
6   the question.
```

6/2/2006 L. Moye Deposition Excerpts

• **Dedrick - Expert Challenge - Moye**

```
                                    7        Q.   Okay.
                                    8              Is it fair to say then that
                                    9   you would not expect Vioxx to have an
```

[299:7] - [301:14]    6/2/2006    Moye, Lemuel A.

```
page 299
4       A.   Okay.  But that's what I
5   mean.
6       Q.   Okay.
7            Well, let's take them one at
8   a time.  First of all, what's your basis
9   mechanistically for saying that Vioxx
10  destabilizes plaque?  Do you have any
11  paper or any scientific evidence of that?
12      A.   I don't have any paper that
13  shows definitively that in intravascular
14  atherosclerosis production that COX-2
15  inhibitors can accelerate that.  I guess
16  I would have expected to see that from
17  Merck's own development program.  I mean,
18  it wasn't there.
19           However, I do understand the
20  complexity of the atherosclerotic
21  generation system.  I also understand the
22  delicate interplay in the role of
23  thrombus, and I believe it is admissible
24  that COX-2 inhibitors, like Vioxx, and
page 300
1   exclusively COX-2 inhibitors, can make
2   atherogenic caps more friable.
3            MR. JOSEPHSON:  Objection,
4       nonresponsive.
5   BY MR. PIORKOWSKI:
6       Q.   Based on what?
7       A.   Based on my understanding of
8   how these mechanisms work.
9       Q.   We already talked about
10  MMP-9 and 2 and their effect on
11  stabilizing plaque when you inhibit them.
12  Do you have any theory or any paper that
13  supports that inhibiting COX-2 causes
14  destabilization of plaque specifically?
15           MR. WACKER:  Object to form.
16           THE WITNESS:  It is my
17      assessment -- it is my opinion
18      based on the summing up of my
19      understanding of the mechanisms by
20      which atherogenic mounds develop
21      and break off.
22           MR. PIORKOWSKI:  Objection,
23      nonresponsive.
24  BY MR. PIORKOWSKI:
page 301
1       Q.   So, the answer is, no, you
2   can't cite me to any scientific study?
3            MR. WACKER:  That's
4       argumentative.
5            THE WITNESS:  I guess my
6       answer is --
7            MR. PIORKOWSKI:  No, it's
8       not.  My question is, is there a
9       study, not what's his
10      understanding.
11           THE WITNESS:  My answer is,
12      no, there's not, and I would have
13      expected to see one in Merck's
14      development program.
15  BY MR. PIORKOWSKI:
16      Q.   Is the basis for your belief
17  that Vioxx adds to the force of
```

6/2/2006 L. Moye Deposition Excerpts

**• Dedrick - Expert Challenge - Moye**

[368:22] - [369:24]       6/2/2006      Moye, Lemuel A.

```
page 368
19          "available" means.
20  BY MR. PIORKOWSKI:
21       Q.    Okay.
22             Do you disagree that the FDA
23  also found that data from long-term
24  controlled clinical trials that have
page 369
1   included a comparison of COX-2 selective
2   and nonselective NSAIDs do not clearly
3   demonstrate that the COX-2 selective
4   agents confer a greater risk of serious
5   adverse CV events than nonselective
6   NSAIDs?
7        A.    If you ask me do I disagree
8   with the fact that they said that, of
9   course not.
10       Q.    Okay.
11             So, let me make sure I got
12  this --
13       A.    That's what they said and I
14  acknowledged that.
15       Q.    And you disagree with that?
16       A.    Well, I'm here to speak
17  today about rofecoxib.
18       Q.    I understand.
19       A.    I'm not here to speak about
20  Bextra or Celebrex.
21       Q.    I understand.
22       A.    And so based on my
23  understanding of the effects of
24  rofecoxib, I would disagree with that.
page 370
1        Q.    Okay.
2              But you haven't done a
3   scientific review of the literature on
```

[394:11] - [394:18]       6/2/2006      Moye, Lemuel A.

```
page 394
8   inhibitors?
9              MR. PIORKOWSKI:  Objection
10       to form.
11             THE WITNESS:  I would say
12       not just based on those studies,
13       but based on my understanding of
14       the role of the -- the
15       differential role of COX-1, COX-2,
16       that Vioxx is the worst.  That's
17       my understanding as I sit here
18       today.
19             MR. WACKER:  Thank you.
20             MR. JOSEPHSON:  I have no
21       questions of the witness at this
```

[396:1] - [396:23]        6/2/2006      Moye, Lemuel A.

```
page 395
22
23
24
page 396
1            C E R T I F I C A T E
2
3            I, LINDA L. GOLKOW, a Notary
    Public and Certified Shorthand Reporter
4   of the State of New Jersey, do hereby
    certify that prior to the commencement of
5   the examination, LEMUEL A. MOYE, M.D. was
```

6/2/2006 L. Moye Deposition Excerpts

**• Dedrick - Expert Challenge - Moye**

```
                duly sworn by me to testify to the truth,
   6    the whole truth and nothing but the
        truth.
   7
   8            I DO FURTHER CERTIFY that the
        foregoing is a verbatim transcript of the
   9    testimony as taken stenographically by
        and before me at the time, place and on
  10    the date hereinbefore set forth, to the
        best of my ability.
  11
  12            I DO FURTHER CERTIFY that I am
        neither a relative nor employee nor
  13    attorney nor counsel of any of the
        parties to this action, and that I am
  14    neither a relative nor employee of such
        attorney or counsel, and that I am not
  15    financially interested in the action.
  16
  17
  18
  19            _____
                LINDA L. GOLKOW, CSR
  20            Notary Number:  1060147
                Notary Expiration:  1-2-08
  21            CSR Number:  30XI176200
                Dated:  June 9, 2006
  22
  23
  24
page 397
   1            ACKNOWLEDGMENT OF DEPONENT
   2
```