**6-16-2006 L. Moye Deposition Excerpts**

• Dedrick - Expert Challenge - Moye

[400:1] - [400:24]      6/16/2006      Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 400
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2
    IN RE: VIOXX          :   MDL DOCKET NO.
3   LITIGATION PRODUCTS   :   1657
    LIABILITY LITIGATION  :   SECTION L
4                         :
    This document relates :   JUDGE FALLON
5   To                    :
    GERALD BARNETT AND    :   MAGISTRATE JUDGE
6   CORRINE BARNETT       :   KNOWLES
            V.            :
7   MERCK & CO., INC.     :
                          :
8   Civil Action No.      :
    2:06cv485             :
9                         :
    And Related Actions   :
10                - - -
11              June 16, 2006
12                - - -
13     Videotaped deposition of LEMUEL A.
14  MOYE, M.D., Ph.D., VOLUME 2, held in the
15  offices of Abraham, Watkins, Nichols,
16  Sorrels, Matthew & Friend, 800 Commerce,
17  Houston, Texas, commencing at 8:10 a.m., on
18  the above date, before Michael E. Miller,
19  Registered Merit Reporter and Certified
20  Realtime Reporter.
                         - - -
21
              GOLKOW LITIGATION TECHNOLOGIES
22                Four Penn Center
              1600 John F. Kennedy Boulevard
23                   Suite 1210
              Philadelphia, Pennsylvania 19103
24                  877.DEPS.USA
page 401
1   A P P E A R A N C E S :
2
3        ABRAHAM WATKINS NICHOLS SORRELS
```

[626:17] - [627:4]      6/16/2006      Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 626
14      Q.    And you never reviewed a CBE as
15  a member of the Advisory Committee?
16      A.    To my knowledge, that's right.
17      Q.    Have you -- in connection with
18  your opinions in this case, have you -- well,
19  have you ever read the FDA regulations about
20  implementing CBE label changes?
21      A.    Yes.
22      Q.    You have?
23      A.    Yes.
24      Q.    When was that?
page 627
1       A.    I guess the last time was about
2   maybe four years ago.  Maybe even longer ago
3   than that.  This is 2006.  Maybe six years
4   ago.
5       Q.    Okay.  And what was the
6   occasion on which you read the CBE
7   regulations?
```

**6-16-2006 L. Moye Deposition Excerpts**

**• Dedrick - Expert Challenge - Moye**

[781:1] - [781:22]     6/16/2006     Moye, Lemuel (Barnett_MDL pp. 400-784)

```
page 780
22                - - -
23           (Deposition concluded at
24      3:28 p.m.)
page 781
1              C E R T I F I C A T E
2
3           I, MICHAEL E. MILLER, a Notary
   Public, Registered Merit Reporter and
4  Certified Realtime Reporter, do hereby
   certify that prior to the commencement of the
5  examination, LEMUEL A. MOYE, M.D., Ph.D. was
   duly sworn by me to testify to the truth, the
6  whole truth and nothing but the truth.
7           I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
   before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
   ability.
10
            I DO FURTHER CERTIFY that I am
11 neither a relative nor employee nor attorney
   nor counsel of any of the parties to this
12 action, and that I am neither a relative nor
   employee of such attorney or counsel, and
13 that I am not financially interested in the
   action.
14
15
16      _____
        MICHAEL E. MILLER, RMR, CRR
17      Notary Public in and for
        The State of Texas
18      My Commission Expires:  7/9/2008
        Dated:  June 19, 2006
19
20
21
22
23
24
page 782
1       ACKNOWLEDGMENT OF DEPONENT
```