**Dedrick - Reply - Fosslien**

- **Dedrick - Reply - Fosslien**

[1:] - [1:24]     6/8/2006     Fosslien, Egil (Barnett)

```
page 1
       0001
   1              IN THE UNITED STATES DISTRICT COURT
   2                 EASTERN DISTRICT OF LOUISIANA
   3
   4     IN RE:  VIOXX                )
   5     PRODUCTS LIABILITY LITIGATION )
   6                                   ) MDL Docket
   7     This document relates to:     ) No. 1657
   8     GERALD BARNETT and            ) Section L
   9     CORRINE BARNETT,              )
  10               Plaintiffs,         ) Judge Fallon
  11          -vs-                     )
  12     MERCK & CO., INC.,            ) Magistrate Judge
  13               Defendant.          ) Knowles
  14                                   )
  15     Civil Action No. 2:06cv485    )
  16
  17
  18            THE DEPOSITION OF EGIL FOSSLIEN, M.D.
  19
  20                        June 8, 2006
  21
  22
  23
  24
page 2
   1
   2
   3
```

[97:11] - [97:13]     6/8/2006     Fosslien, Egil (Barnett)

```
page 97
   8     write that and then you have to go back and if you
   9     haven't included it, then you will have to include
  10     it with a proper discussion.
  11          Q.    Have you ever read the labeling that was
  12     approved in the US for Vioxx?
  13          A.    No.
  14          Q.    Have you ever read --
  15          A.    Except, you know, there was some
  16     controversy on the Internet.
```

[99:5] - [99:8]     6/8/2006     Fosslien, Egil (Barnett)

```
page 99
   2          A.    I have not read the labeling.  I told
   3     you that.
   4     BY MR. TOMASELLI:
   5          Q.    Are you familiar with the FDA
   6     regulations regarding the marketing of
   7     pharmaceutical drugs in the United States?
   8          A.    No.
   9          Q.    Do you know what division of the FDA
  10     regulates the marketing of pharmaceutical drugs in
  11     the United States?
```

[228:10] - [228:23]     6/8/2006     Fosslien, Egil (Barnett)

```
page 228
   7          Q.    Do you agree that Vioxx has been proven
   8     to be more effective than Tylenol?
   9          A.    I have not addressed that question.
  10          Q.    Do you agree that Vioxx has been proven
  11     to reduce the recurrence of colon polyps?
  12          A.    Well, there was a study and, of course,
```

**• Dedrick - Reply - Fosslien**

```
            13   it was hoped and I had hoped, too, that COX-2
            14   inhibitors would be useful in treating cancer
            15   patients because there are very few, as I mentioned
            16   before, non-toxic treatments.  There is
            17   chemotherapy.
            18          And, unfortunately, in some of these
            19   studies it turned out there was some increases in
            20   the cardiovascular side effects.
            21          And I'm still hopeful that these
            22   molecules can be modified to retain the beneficial
            23   effects versus the cardiovascular side effects.
            24      Q.   And that's all NSAIDs or COX-2
       page 229
            1    inhibitors?
            2       A.   They are all different.  Every one is
```

[353:1] - [354:14]    6/8/2006    Fosslien, Egil (Barnett)

```
       page 352
            22   ------------------------------------------------
            23   ------------------------------------------------
            24   ------------------------------------------------
       page 353
            1    STATE OF ILLINOIS )
            2                     ) SS:
            3    COUNTY OF DU PAGE )
            4           I, CORINNE T. MARUT, C.S.R. No. 84-1968,
            5    a Notary Public within and for the County of
            6    DuPage, State of Illinois, and a Certified
            7    Shorthand Reporter of said state, do hereby
            8    certify:
            9           That previous to the commencement of the
            10   examination of the witness, the witness was duly
            11   sworn to testify the whole truth concerning the
            12   matters herein;
            13          That the foregoing deposition transcript
            14   was reported stenographically by me, was thereafter
            15   reduced to typewriting under my personal direction
            16   and constitutes a true record of the testimony
            17   given and the proceedings had;
            18          That the said deposition was taken
            19   before me at the time and place specified;
            20          That the reading and signing by the
            21   witness of the deposition transcript was agreed
            22   upon as stated herein;
            23          That I am not a relative or employee or
            24   attorney or counsel, nor a relative or employee of
       page 354
            1    such attorney or counsel for any of the parties
            2    hereto, nor interested directly or indirectly in
            3    the outcome of this action.
            4           IN WITNESS WHEREOF, I do hereunto set my
            5    hand and affix my seal of office at Chicago,
            6    Illinois, this 12th day of June, 2006.
            7
            8
            9
            10          CORINNE T. MARUT, C.S.R. No. 84-1968
            11          Notary Public, DuPage County, Illinois.
            12          My commission expires August 15, 2009.
            13
            14
            15
            16
            17
```