IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA,
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL DOCKET No. 1657 |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| ALL ACTIONS | ) ) ) | |

## EXPERT WITNESS REPORT AND DECLARATION OF EGIL FOSSLIEN, MD

I, Egil Fosslien, MD, hereby state as follows:

## I.     BACKGROUND AND QUALIFICATIONS

1. I am a Professor (Emeritus) of Pathology, Department of Pathology (M/C 847), College of Medicine, The University of Illinois at Chicago, 1819 West Polk Street, Chicago, Illinois 60612. My last Service Position was Co-Director, Autopsy Service, University of Illinois Medical Center

2. **Medical Education** - I received my Medical Degree (MD) in 1965 from the University of Heidelberg, Medical School, Germany. From 1962 - 1966 I engaged in Graduate Studies for my Doctoral Thesis in Pediatrics, also from the University of Heidelberg, Germany and was awarded my academic doctoral degree (Dr. Med., Magna Cum Laude in 1966. From 1966 to 1968 I spent 24 months of clinical rotations for certification in Germany (19 months of internal medicine and Ob-Gyn in Germany, along with 5 months in surgery in Denmark, University of Odense).

1

M007C51413

From 1968 to 1969 I engaged in a U.S. Rotating Internship, La Crosse Lutheran Hospital and Gundersen Clinic, La Crosse, Wisconsin. From 1969 to 1971 I was a Resident in Clinical Pathology, University of Chicago. From 1971 to 1972 I was an Instructor and Trainee in the Department of Pathology, at the University of Chicago. From 1973 to 1975 I was a Resident in Anatomic Pathology (and Assistant Professor), at the University of Missouri, Columbia, Missouri.

3. **Academic Appointments** – From 2004 to the present time, I hold the academic rank of Professor Emeritus at the University of Illinois. From 1984 until 2004 I held the rank of Professor of Pathology, Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois. My responsibilities included teaching anatomic and clinical pathology to medical and dental students and pathology residents. From 1985 until 2004 I was a Member of the Graduate Faculty, University of Illinois. My responsibilities included teaching pathophysiology and molecular biology research methodologies. supervising research by medical students and M.S. and Ph.D. degree graduate students, and performing research in co-operation with a visiting international scholar.

4. From 1999 until 2004 I was Co-director of the Autopsy Service at the University of Illinois Medical Center, Chicago, Illinois. My responsibilities included interacting with Medical Staff regarding autopsy finding; supervising and teaching residents, performing autopsies, and evaluating resident performance. I had the responsibility for finalized autopsy reports and prepared and directed Autopsy Conferences. I reported to Head of the Department of Pathology and interacted with The Cook

2

M007C51414

County Medial Examiner's Office in forensic autopsy cases. I also testified at legal depositions regarding autopsy findings.

5. From 1986 until 1999 I was a staff pathologist in the Division of Anatomic Pathology, at the Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois. My service responsibilities at that time included the teaching of autopsy pathology to pathology residents and serving as expert witness in medical-legal litigations.

6. From 1983 to 1985 I was an Associate Member of the Graduate Faculty, University of Illinois. My academic responsibilities at that time included the teaching of pathophysiology and molecular biology research methodologies and collaborating in research by medical students and M.S. and Ph.D. degree graduate students, and co-operating in research with Postgraduate Fellows and a Visiting Professor.

7. From 1980 to 1984 I was an Associate Professor of Pathology in the Department of Pathology. University of Illinois College of Medicine at Chicago. My responsibilities then included teaching anatomic and clinical pathology to medical and dental students and pathology residents. I also collaborated with the Chairman of Pathology and post-graduate researchers to develop suitable pilot study data for the Chairman's grant proposals.

8. From 1980 until 1986 I was the Director of the Division of Clinical Pathology, Department of Pathology, College of Medicine, and Director of Hospital Clinical Laboratories of the University of Illinois Hospital, the University of Illinois at Chicago. My areas of responsibility then included responsibility to the Head of Pathology (and to the Hospital) for daily operation, budgeting, renovation, and

M007C51415

strategic planning for the Hospital Clinical Laboratories, which at that time included the following sections: Hematology, Blood Bank, Microbiology and Parasitology, Clinical Chemistry, Immunology, and virology, each having a Ph.D. or M.D. or both as section Head(s). The Clinical Laboratories had a staff of 214 FTE technologists and technicians, excluding the blood-drawing team. Also, I was responsible for the training of resident and medical technologist in the Division of Clinical Pathology.

9. From 1978 to 1979 I was a Clinical Associate Professor of Pathology at the University of Alabama, Birmingham, and Associate Pathologist, Norwood Clinic and Carraway Methodist Medical Center, Birmingham, Alabama. My areas of responsibility included surgical pathology and cytology sign-outs, on call responsibility, directing the Clinical Chemistry Section, and the performance of autopsies.

10. From 1976 until 1978 I was an Associate Professor in Pathology at the University of South Florida, Tampa, and Director of the Clinical Laboratory at the University of South Florida College of Medicine Clinics, Tampa, Florida. My primary areas of responsibility then were the teaching of clinical and anatomic pathology to M2 medical students. I also conducted NIH-funded research on hemoglobinopathies at that time while directing day-to-day operations of the Pathology Laboratories in the University Clinic.

11. From 1972 until 1976 I was an Assistant Professor of Pathology, College of Medicine, and Assistant Professor of Bioengineering and Chemical Engineering in the College of Engineering at the University of Missouri, Columbia, Missouri. My areas of responsibility then was to conduct NIH-funded research as the primary

4

M007C51416

investigator on hemoglobinopathies in co-operation with Department of Bioengineering and Department of Chemical Engineering, School of Engineering. I also taught pathophysiology, laboratory analytical methods and principles of instrumentation to medical students, pathology residents, and medical technologists. I headed the biotechnology course for graduate students in bio-engineering and chemical engineering.

12. From 1971 until 1972 I was an instructor in Pathology at the University of Chicago. My responsibilities were to assist the Chairman of the department and visiting researchers in lipid metabolism research using animal models of atherogenesis. I also taught residents in Clinical Pathology.

13. **Licensures** - In 1967 I received my ECFMG, No. 092-478, by examination in Copenhagen, Denmark. In 1971 I was licensed to practice medicine by the State of Illinois, No. 36-45209 by FLEX Examination. During other periods of time I was licensed to practice medicine in the states of Missouri, Florida and Alabama. In each case I chose to not renew the license after my time in each state.

14. **Board Certification** - In 1973 I passed the Clinical Pathology Specialty Board Exam of the American Board of Pathology, and in 1975 I passed the Anatomic Pathology Specialty Board Exam, also administered by the American Board of Pathology, I am board certified in both Clinical Pathology and Anatomic Pathology.

15. **Society Memberships** – I hold membership in the Association of Clinical Scientists and Sigma Xi and I am an Emeritus Member of the American Heart Association. I am a former member of the Illinois Medical Society, and the Academy of Clinical

5

M007C51417

Laboratory Physician and Scientists. I am also a former Fellow of both the College of American Pathologists and the Association of Clinical Pathologists.

16. **Awards and honors** – In 1976 and again in 1979 I received the American Medical Association Physician's Recognition Award.

17. From 1983 to 1984 I prepared pilot data for the Chairman's application on Multi-Center Study on Pathobiological Determinants of Atherosclerosis in Youth, National Heart, Lung and Blood Institute, DHEW.

18. From 1987 until 1988, I was granted sabbatical leave by the Board of Trustees of the University of Illinois in order to conduct research with Dr. Karl Weisgraber, Dr. Mahley, and others on apolipoprotein E expression in human uterine leiomyomas (as a model of smooth muscle cell proliferation in atherosclerotic lesions) at the Gladstone Foundation Laboratories for Cardiovascular Disease, University of California, San Francisco.

19. In 1999 I became a member of the COX-2 Technology Group, supported by GD Searle's unrestricted education grant to the University of Illinois.

20. In 2001 I was selected as "Clinical Scientist of the Year" by the Association of Clinical Scientists.

21. In 2004 I was granted the title of Professor Emeritus by the University of Illinois Board of Trustees

22. **Reviewer for scientific journals** - I am, or have been a peer reviewer for the following medical and scientific journals: Annals of Clinical and Laboratory Science; Archives of Pathology & Laboratory Medicine; Biochemical Pharmacology; British Journal of Cancer; Cancer Detection and Prevention; Cancer

6

M007C51418

Investigation; Cancer Research; Cellular and Molecular Life Sciences; Clinical &
Experimental Metastasis; Clinical Endocrinology; Expert Opinion on Investigational
Drugs; Expert Opinion on Pharmacotherapy and Emerging Drugs; GUT; Journal of
Clinical Oncology; Journal of Pediatric Gastroenterology and Nutrition; Journal of
Pharmacy and Pharmacology; Neurotoxicity Research; Oncogene; and
Pharmacological Research.

23. **Presentations and Abstracts** - Over the years I have made many scientific
presentations including but not limited to:

    a. <u>Fosslien E</u>. Stastny J, Robertson Jr. AL. Protein Composition of Human
Atherosclerotic Intima vs. Isolated Aortic Cells. Fed Proc 43:713, 1984.

    b. <u>Fosslien E</u>. Stastny J, Song J, Shek H, Yamashiroya H, Robertson AL.
Arterial proteins in human aging and atherogenesis. Hugh Loefland
Conference, 1985 Boston, MA.

    c. <u>Stastny J</u>. Fosslien E, Robertson AL. Aortic intima protein composition in
"early" human atheroma. Fed Proc 44:1136, 1985

    d. <u>Fosslien E</u>. The pathogenesis of cardiovascular disorders. 75th meeting of
the Association of Clinical Scientists, Louisville, Kentucky, 1985.

    e. <u>Fosslien E</u>. The relationship of lipid disorders to coronary heart disease.
75th meeting of the Association of Clinical Scientists, Louisville, Kentucky,
1985

    f. <u>Fosslien E</u>. Alterations in mitochondrial structure and function in aging.
Presented at the Applied Seminar on Clinical Science of Aging; Nov. 16-20,

M007CS1419

1994, Tampa, Florida; Annual meeting of the Association of Clinical Scientists.

g. Fosslien E. "Adverse effects of drugs on the gastrointestinal system"; 115th Meeting, Association of Clinical Scientists, Atlanta, Georgia, fall 1997.

h. Fosslien, E. "Gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs". Practical Clinical Pharmacology and Toxicology, Medical College of Wisconsin, Milwaukee, Wisconsin; June 25th 1998 (invited paper; invited by Dr. Steven H. Wong, Professor of Pathology, Department of Pathology, and Scientific Director, Toxicology, Milwaukee County Medical Examiner's Office).

i. Fosslien E. "Molecular pathology of cyclooxygenase-2 in neoplasia", 118th Meeting Association of Clinical Scientists, Academic Host: Ohio State University College of Medicine of Medicine, Columbus, Ohio, Spring 1999.

j. Fosslien E. "Molecular Pathology of Cyclooxygenase-2 (COX-2) in Cancer-induced Angiogenesis", Association of Clinical Scientists, 121st Meeting, University of North Caroline Medical School, Chapel Hill, NC, 2001

k. Fosslien E. "Cardiovascular Complications of Nonsteroidal Anti-Inflammatory Drugs". Presented at the 125th meeting of the Association of Clinical Scientists". Troy, MI, May 12–16, 2005.

l. Fosslien, E. "Role of Mitochondrial Dysfunction in the Etiology of neoplasia". Presented at the 126th meeting of the Association of Clinical Scientists", Amelia Island Plantation, Florida and the University of Florida, May 1-20. 2006".

8

M007C51420

24. **Current Scientific Interests** – include the pathophysiology and molecular pathology of cyclooxygenase-2 in carcinogenesis, angiogenesis, and morphogenesis, the role of bimodal growth factors in morphogenesis, mitochondrial medicine and Parkinson's disease.

25. **Publications** - As a result of my education, training, experience and research I have published extensively within the world's peer-reviewed medical and scientific literature. A complete listing of my publications is contained with my CV attached as Appendix A to this report. A sampling of my publications germane to the opinions I will proffer in this report include, but is not limited to the following:

   a. Stastny J. Fosslien E, Robertson AL. **Human aortic intima protein composition during initial stages of atherogenesis.** *Atherosclerosis* 1986;60:131-139.

   b. Song J. Stastny J, Fosslien E, Robertson AL. **Study on proteins of human aortic intima and atherosclerotic lesions.** *Journal of China Medical University* 1987;16:34-40.

   c. Stastny JJ, Fosslien E. **Quantitation of some intimal proteins in aortic intimas with and without atherosclerosis.** *Mol Exp Path* 1992;57(3):305-14.

   d. Fosslien E. **Molecular pathology of cyclooxygenase-2 in neoplasia.** *Annals of Clinical and Laboratory Science* 2000;30(1):3-21.

   e. Fosslien E. **The biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia.** *Crit Rev Clin Lab Sci* 2000:37(5):431-502.

9

M007C51421

f.  Fosslien E.  **Mitochondrial medicine: Molecular pathology of defects in oxidative phosphorylation.** *Ann Clin Lab Sci* 2001;31(1):25-67.

g.  Fosslien E.  **Molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis.** *Ann Clin Lab Sci* 2001;31(4):325-47.

h.  Fosslien E.  **Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs.** *Ann Clin Lab Sci* 2005 Fall;35(4):347

## II. BACKGROUND INTEREST IN ATHEROSCLEROTIC PLAQUE

26.  For many years I have been interested in the role of inflammation as a risk factor in the development of tumors (neoplasia) and atherosclerosis, the arterial disease that is a major risk factor for heart attacks and stroke.  During residency training and as a junior faculty member at the University of Chicago I worked with Dr. Robert Wissler on atherosclerosis research.  At the University of Illinois I started first a protein and then a cell proliferation research laboratory.  Working with medical and graduate students, post doctoral fellows and visiting researchers, we investigated protein expression and cell proliferation in young and old human aortas affected with or free of atherosclerotic lesions.  We investigated early atherosclerotic lesions (fatty streaks) and advanced lesions (plaques) and obtained biochemical evidence, which show that atherosclerotic plaques develop in a background of inflammation.  Our results corroborated other, different evidence in support of an important role of inflammation in the development of atherosclerosis, as was emphasized by Dr. Russell Ross, in his "response to injury" theory.  Our results were presented at

10

M007C51422

national meetings and published in peer-reviewed journals such as Atherosclerosis and Experimental and Molecular Pathology.

27. Whereas inflammation is a major risk factor for atherosclerosis, aberrant smooth muscle cell proliferation plays an important role as well: Dr. Earl Benditt pointed out that the growth of smooth muscle cells in plaques resembles growth of smooth muscle cells in benign tumors of the human uterus, so-called uterine fibroids (uterine leiomyomas). Fibroids are monoclonal tumors: the tumors cells are descendants of a mutated cell. Benditt presented evidence that smooth muscle cells in plaques are monoclonal, and correspondingly called his theory the 'monoclonal theory' of atherosclerosis.

28. We supplemented cultured leiomyoma and normal uterine muscle cells with various cytokines and growth factors, such as transforming growth factor-beta (TGF-β) that plays an important role in atherosclerosis. TGF- β is a bimodal growth factor because it stimulates and inhibits growth at low and high concentrations respectively. It is part of a family of growth factors that play essential roles in embryogenesis. Our cultured smooth muscle cells responded with bimodal cellular growth responses to TGF- β. Also, the tumor cells grew very slowly but persistently, similar to the growth behavior that Benditt had shown for smooth muscle cells from atherosclerotic lesions. Our studies were supported by the Pathology Graduate Program and by the Campus Research Board of the University of Illinois. On further analysis of our cell culture data and comparing our results with relevant findings in the literature, I developed a hypothesis (published in Medical Hypotheses) on curvature control by gradients of bimodal growth factors, on their role in determining biological

M007C51423

structures, and how loss of curvature control may contribute to abnormal tissue architecture seen in atherosclerosis and tumors.

29. When a new enzyme was discovered that is expressed at sites of inflammation I became quite interested in its role in atherosclerosis and tumor development. The enzyme was cyclooxygenase (COX)-2. By comparison, COX-1, another isoform of the enzyme, is important especially for platelets function: too much inhibition of COX-1 causes excessive bleeding. I wrote review articles on COX-1 and COX-2, on the role of the latter in tumor development, atherosclerosis, in tumor-induced angiogenesis, and about anti-cancer effects of selective COX-2 inhibitors. These articles were published in peer-reviewed journals (Critical Reviews in Clinical and Laboratory Science and Annals of Clinical and Laboratory Science). When clinical studies revealed that some coxibs, such as rofecoxib (Vioxx, Merck), were associated with an increase in cardiovascular complications, and was finally withdrawn from the market, I decided to investigate how selective COX-2 inhibitors could be associated with cardiovascular complications, and wrote a long, detailed review that was published in Annals of Clinical and Laboratory Science in 2005. In the review I examined and summarized published clinical and basic science findings and outlined my opinions on mechanisms of the pathology involved in such complications. The present report focuses on the pathogenesis of rofecoxib-induced cardiovascular complications.

## III. SUBJECT BACKGROUND

30. A few months after publication of my review paper on "Cardiovascular complications of non-steroidal anti-inflammatory drugs" (NSAIDs)[1], I was asked

12

M007C51424

by John Restaino, Esq. to analyze additional material and render an opinion on the pathogenesis of cardiovascular complications induced by rofecoxib (Vioxx®), a selective inhibitor of cyclooxygenase (COX-2), an enzyme mainly expressed at sites of inflammation such as atherosclerotic lesions. Rofecoxib exhibits fewer gastrointestinal complications than traditional NSAIDs, and found widespread use. However, rofecoxib was withdrawn from the world market in 2004 as clinical studies substantiated that its use increased the risk of cardiovascular complications.

31. **The objective** of this Rule26 report is to provide an opinion on the pathogenesis of adverse cardiovascular complications induced by rofecoxib.

32. **Method**: I reviewed and analyzed publications from the peer-reviewed medical and basic science literature, legal depositions, FDA documents, internal Merck communications, and other material provided by council. In reaching my opinions I relied on these materials as well as my own education, experience, and research, and I employed standard methodologies that are generally accepted in the scientific communities.

33. **Findings**: In clinical settings, rofecoxib selectively inhibits cyclooxygenase (COX)-2 but not COX-1. The two COX isoforms are rate-limiting for the synthesis of prostanoids, which regulate homeostasis via specific prostanoid receptors. Selective inhibition of COX-2 decreases the synthesis of prostacyclin, an inhibitor of thromboxane, a prothrombotic prostanoid and accelerator of atherogenesis, the development of atherosclerosis. In experimental models of atherosclerosis, inhibition or gene knockout of thromboxane receptors (TP) and inhibition or gene knockout of prostacyclin receptors (IP) significantly inhibits and accelerates

13

M007C511425

atherogenesis, respectively. In young, healthy adults, the effects of thromboxane, which promotes thrombogenesis, and prostaglandin, which opposes the effects of thromboxane, is balanced, as evidenced by the fact that there is no bleeding tendency and there is no inclination towards abnormal thrombosis. Experimental evidence shows that selective inhibition of COX-2 has an immediate prothrombotic effect. Patients with atherosclerosis, cardiovascular post-operative patients (coronary bypass grafting), and older subjects have elevated levels of thromboxane and prostacyclin. A study of an older population revealed increased rates of cardiovascular complications in rofecoxib users already during the first 60 days; the risk persisted for several years in either low of high baseline risk patients [2]. Aspirin, as noted above, inhibits thromboxane synthesis and reduces the risk of myocardial infarction. However, rofecoxib does not reduce thromboxane signaling, and therefore lacks the cardioprotective properties of aspirin. Rofecoxib causes hypertension in patients and in experimental models. Hypertension promotes thrombogenesis and atherogenesis. Thromboxane contracts arteries. Prostacyclin opposes this effect of thromboxane. Inhibition of prostacyclin synthesis leads to contraction of arteries, which causes hypertension. Rofecoxib-induced renal sodium retention additionally contributes to the development of hypertension [3].[4]. Furthermore, rofecoxib promotes atherosclerosis by increasing low density lipoprotein (LDL) oxidation leading to formation of oxidized LDL (oxLDL). an important risk factor in atherogenesis. Rofecoxib increases chemotaxis. it stimulates circulating monocytes to express receptors that bind to endothelial cells. thus increasing monocyte migration into the

14

M007C51426

arterial wall, an important component in the initiation and progression of
atherosclerosis [5],[6].

34. **Opinion**: The risk of cardiovascular complications associated with rofecoxib
treatment depends upon several factors.   Treatment with rofecoxib reduces
cyclooxygenase-dependent prostacyclin synthesis and prostacyclin signaling.
Rofecoxib also increases formation of non-enzymatically generated isoprostanes,
which promote thrombosis and atherogenesis via the thromboxane receptor pathway.
Furthermore, rofecoxib promotes formation of oxidized low-density lipoproteins
(oxLDL), a risk factor for atherogenesis. In healthy, young subjects this leads to a
modest but important excess of uncompensated thromboxane signaling that raises
microthrombi formation and accelerates atherogenesis without causing immediate
clinical symptoms (sub-clinical effects).    In patients with atherosclerosis,
cardiovascular post-operative patients, and older subjects who already have elevated
baseline risk levels for cardiovascular events rofecoxib treatment potently accelerates
the risk of acute myocardial infarction and death. Rofecoxib-induced reduction in
prostacyclin signaling in the presence of increased thromboxane pathway signaling
(by thromboxane and isoprostanes) induces a prothrombotic state and accelerates
atherogenesis. The thromboxane pathway signaling excess is higher in at risk
patients than in young, healthy subjects who have low baseline cardiovascular risk.
However, in the latter as well as the former. rofecoxib also promotes hypertension,
monocyte chemotaxis, and oxLDL formation. all of which accelerate atherogenesis.
In summary, rofecoxib induces a prothrombotic state and accelerates atherogenesis.
These mechanisms explain how rofecoxib increases the risk of coronary

15

M007C51427

atherosclerosis, coronary thrombosis, and acute myocardial infarction. Further details are discussed below.

## IV. INTRODUCTION

35. I address the following issues in this report:

    a. What is the pathogenesis of rofecoxib-induced cardiovascular complications?

    b. What is the effect of rofecoxib on blood pressure?

    c. How does rofecoxib initiate and promote vascular inflammation and atherosclerosis?

    d. Does rofecoxib promote leukocyte recruitment and endothelial transmigration (chemotaxis)?

    e. Does rofecoxib induce coronary artery thrombus formation and acute myocardial infarction (AMI)?

    f. Does rofecoxib restrain formation and function of cardiac collateral circulation?

36. I hold the following opinions to a reasonable degree of medical certainty:

    a. Atherosclerosis is a chronic disease and a major risk factor for myocardial infarction. Atherogenesis is the pathophysiology of the temporal development of the disease.

    b. Two factors, atherosclerosis, and thrombosis, are major risk factors in the development of cardiovascular complications of selective COX-2 inhibition.

    c. Rofecoxib does not inhibit COX-1 and therefore does not reduce prothrombotic signaling by thromboxane $A_2$.

16

M007C51428

d.  A prothrombotic state is a risk factor for atherosclerosis and cardiovascular events.

e.  Rofecoxib-induced vasoconstriction, hypertension, and increase platelet aggregation, and increase chemotaxis, all contribute to a substantial degree to coronary atherosclerosis and coronary thrombosis.

f.  Rofecoxib inhibits COX-2 and thereby restricts the synthesis of prostacyclin ($PGI_2$), an arachidonic acid product that potently limits platelet activation, thrombus formation and cholesterol accumulation in arteries. Therefore, rofecoxib activates platelets, promotes thrombosis, atherogenesis, and reduces vascular perfusion.

g.  Rofecoxib disrupts the physiological balance in signaling of the thromboxane and prostacyclin pathways. The rofecoxib-induced lowering of prostacyclin synthesis reduces restraints on the prothrombotic effect of signaling via the thromboxane receptor, which also promotes atherosclerosis, thrombogenesis, and increases the risk of cardiovascular complications

h.  Rofecoxib promotes chemotaxis, the recruitment of monocytes to the endothelium and their migration into the intima. Chemotaxis plays an important role both in the initiation and progression of atherosclerosis.

i.  It is generally accepted that hypertension is an independent risk factor for atherosclerosis, an arterial inflammatory disease that is, itself, a major risk factor for myocardial infarction and stroke.

17

M007CS1429

j.  Rofecoxib, which is more selective for COX-2 than celecoxib ex vivo, elevates blood pressure more and causes more edema formation than celecoxib.

k.  A well developed collateral circulation can protect against gradual occlusion of a large coronary artery and against sudden ischemic damage. Inhibition of COX-2 by coxibs such as rofecoxib causes reduced prostacyclin synthesis, which hampers cardiac angiogenesis, the development of collateral circulation downstream of the plaque.  Furthermore, if collaterals have already been established, lack of prostacyclin leads to reduced dilation of the collateral vessels, reduced blood flow via collaterals, and more downstream ischemic damage, even if the upstream plaque itself remains unaffected.

## V. ROFECOXIB

37. Merck and Company (Merck) obtained Food and Drug Administration (FDA) approval for rofecoxib (MK-966, VIOXX®) in May of 1999.  Rofecoxib, like celecoxib and valdecoxib, selectively inhibits cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. Expression of COX-2 is elevated at sites of inflammation such as in synovial tissues in rheumatoid arthritis, osteoarthritis, and ankylosing spondylitis [8] and atherosclerotic lesions.  Unlike traditional non-steroidal anti-inflammatory drugs (NSAIDs) rofecoxib does not inhibit COX-1 and may be less toxic to the gastrointestinal tract.  Hence, rofecoxib widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory conditions. However, in several clinical studies, rofecoxib became associated with higher risks of myocardial infarction (MI) and stroke.

18

M007C51430

38. In late 2000 the results from the Vioxx Gastrointestinal Outcomes Research Study (VIGOR, 8076 patients) suggested that rofecoxib had better gastrointestinal safety than naproxen. The VIGOR study was a randomized trial of rofecoxib comparing it with the non-steroidal anti-inflammatory drug, naproxen [9]. However, there was a statistically significant increase in cardiovascular complications in patients using rofecoxib compare to patients treated with naproxen [10]. Adverse cardiovascular events included unstable angina, thrombosis, myocardial infarction, cardiac arrest with resuscitation, and sudden and unexplained death. The relative risk in the rofecoxib-treated group compared with the naproxen group was 2.38 (95% confidence interval, 1.39-4.00; P=.002) [11].

39. Merck proposed that the difference was due to cardioprotective properties of naproxen or to the type of patients involved in the trial. In a March 27, 2000 press release Merck attributed the observed increase in cardiac events in patients given rofecoxib to 'naproxen's ability to block platelet aggregation". However, concerns about cardiotoxic effects of rofecoxib were clearly expressed by Dr. Scolnick, who wrote within an internal Merck memo, dated March 9, 2000:

> *"The CV (cardiovascular) events are clearly there....this is real....it is a shame but it is a low incidence and it is mechanism-based as we worried it was. Oates and Alan and Barry were right about the metabolic meanings, i.e., urine Pg (prostaglandin) data....this will limit the class somewhat..."*

M007C51431

40. The statement appears to express concern for rofecoxib-induced inhibition of prostacyclin, an antihypertensive and antithrombotic prostaglandin (Figure 1).

Figure 1. Adverse effects of rofecoxib (VIOXX®) on vasoactive eicosanoids

Fosslien. Rule26Report2006



Nevertheless, a Merck news release of April 28, 2000 (MRK-PRL0000122) states that "extensive review of data from the completed osteoarthritis trials and on-going clinical trials with Vioxx, as well as post-marketing experience with Vioxx, have shown no difference in the incidence of cardiovascular event. such as heart attack, among patients taking Vioxx..."

41. Furthermore, VIGOR was published in the New England Journal of Medicine (NEJM) on November 23, 2000 [9]; and, despite it being known and generally accepted that an imbalance in thromboxane/prostacyclin synthesis can result in thrombosis formation, there is no mention whatsoever within the published study regarding effects of rofecoxib upon this essential physiological balance.

20

M007C51432

## VI.  ROFECOXIB-INDUCED CARDIOVASCULAR TOXICITY

42. Rofecoxib has both direct and indirect effects on the cardiovascular system. The direct effects are local in nature and involve the coronary arteries and the myocardium.  These complications include coronary artery thrombosis, vasoconstriction, and atherogenesis, exacerbation of pre-existing atherosclerosis, cardiac arrhythmias and intracardiac thrombosis. Another local effect consists of impairment of coronary angiogenesis (late-phase myocardial ischemic preconditioning).  Indirect effects include rofecoxib-induced increases in blood pressure and blood volume, and development of edema (MRK-AAD0200946). Collectively and separately each of these can cause or substantially contribute to the cause of myocardial infarctions and/or sudden cardiac death; furthermore, one or more of these conditions can contribute to the cause of cerebrovascular accidents.

43. Rofecoxib selectively inhibits cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. COX-2 and COX-1 convert arachidonic acid to various prostaglandin (PG) $H_2$, the substrate for the synthesis by specific synthases to various prostanoid such as the vasoactive prostanoids prostacyclin and thromboxane, which are vital to vascular homeostasis and are important in vascular pathophysiology [12]. Arachidonic acid may also be converted by other enzymes (lipoygenases), to leukotrienes [13] or can also be converted to isoprostanoids by non-enzymatic pathways.

44. As discussed, unlike most traditional NSAIDs rofecoxib does not inhibit COX-1 and may be less toxic to the gastrointestinal tract. Hence, rofecoxib widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory

21

M007C51433

conditions. However, in clinical studies, rofecoxib caused cardiovascular adverse risks such as myocardial infarction (MI) and stroke. Several mechanisms involved in the pathogenesis of such complications are outlined below.

45. First, rofecoxib does not inhibit COX-1 and therefore does not reduce prothrombotic signaling by thromboxane $A_2$ ($TxA_2$), an arachidonic acid product that can induce platelet aggregation and thrombosis and contract arteries. By contrast, low-dose aspirin is cardioprotective because it inhibits COX-1 and lowers platelet synthesis of thromboxane. Also, rofecoxib can increase prothrombotic signaling via the thromboxane pathway: Rofecoxib can increase the generation of isoprostanes, which stimulates prothrombotic signaling by interacting with the thromboxane receptor.

46. Second, rofecoxib inhibits COX-2 and thereby restricts the synthesis of prostacyclin ($PGI_2$), an arachidonic acid product that potently limits platelet activation [14] and thrombus formation and cholesterol accumulation in arteries [15]. [12]. Prostacyclin counteracts the effects of thromboxane and isoprostanes. Thus rofecoxib disrupt the physiological balance in signaling of the thromboxane and prostacyclin pathways. The rofecoxib-induced lowering of prostacyclin synthesis reduces restraints on the prothrombotic effect of signaling via the thromboxane receptor, which promotes atherosclerosis, thrombogenesis, and increases the risk of cardiovascular complications (Figure 2).

47. This opinion is supported by results obtained in mouse models of atherosclerosis (apoE$^{-/-}$ mice); interruption of the $TxA_2$ signaling pathway by deletion of the thromboxane receptor (TP) limits atherogenesis. By contrast, interruption of prostacyclin signaling by deletion of the prostacyclin receptor (IP) accelerates

22

M007C51434

atherogenesis. Also, COX inhibition can raise levels of arachidonic

Figure 2. Adverse effects of rofecoxib (VIOXX®): Reduced prostacyclin signaling,
thromboxane-induced vasoconstriction, accelerated atherosclerosis, and thrombosis



Fosslien: Rule26Report2006

acid, which can inhibit mitochondrial oxidative phosphorylation (OXPHOS) and increase OXPHOS generation of reactive oxygen species (ROS). Studies of apoE$^{-/-}$ mice indicate that mitochondrial dysfunction plays an early role in atherogenesis.

48. Third, rofecoxib increases expression of monocyte receptors (CCR5) that can bind to endothelial monocyte chemoattractant proteins (MCP)-1. Thus rofecoxib promotes chemotaxis, the recruitment of monocytes to the endothelium and their migration into the intima. Chemotaxis plays an important role both in the initiation and progression of atherosclerosis.

## VII. ROFECOXIB USE INCREASES THE RISK OF ACUTE MYOCARDIAL INFARCTION

49. Myocardial infarction occurs when the blood supply to a region of the heart is insufficient for maintenance of normal function and causes irreversible damage.

23

M007C51435

Acute myocardial infarction occurs when an obstructing coronary thrombus stops the flow of blood though a coronary artery. A predisposing factor to the formation of a thrombus is typically the presence of an atherosclerotic lesion (atheromas or atherosclerotic plaques) in the coronary artery involved. Thus, these two factors, atherosclerosis and thrombosis, are major risk factors in the development of cardiovascular complications of selective COX-2 inhibition.

50. In coronary arteries the space-occupying atheromas can cause ischemia and angina. However, for some time, remodeling of the arterial wall of a coronary artery can maintain a near normal lumen diameter, as the lesion evolves outward, the "Glagov Phenomenon". Gradually, the internal lamina next to the atherosclerotic plaque is partially destroyed as the disease process extends into the inner part of the arterial media. In the aorta, this development may progress deep into the aortic wall and so weaken the wall that it leads to the formation of an aneurysm, a very serious complication as it may suddenly rupture and cause fatal hemorrhage. In coronary arteries, when the lumen gradually narrows due to the expansion of the space-occupying plaque, chronic ischemia develops that causes chronic ischemic heart disease, cardiac failure, and pulmonary edema. A most severe clinical complication of atherosclerosis is caused by plaque rupture, thrombosis, and acute myocardial infarction, which in a large number of cases causes sudden death due to arrhythmias and cardiac pump failure [16].

VIII.   **HYPERTENSION – ROFECOXIB INCREASES BLOOD PRESSURE**

51. Trials in hypertension show that lowering of elevated systolic blood pressure is essential in reducing cardiovascular risk. It is especially important in reducing

24

M007C51436

cardiovascular risk in elderly patients who have increased arterial stiffness and widening pulse pressure that cause isolated systolic hypertension [17]. Rofecoxib, which is more selective for COX-2 than celecoxib ex vivo, elevates blood pressure more and causes more edema formation than celecoxib [18]. In the VIGOR trial data that was available in late 2000, users of rofecoxib experienced a mean blood pressure increase of 4.6 mm Hg compared to a mean increase of 1 mm Hg in the naproxen arm of the study (MRK-ANR0011512).

52. This problem with rofecoxib, i.e. that it increases blood pressure in hypertensive patients was acknowledged by Merck in late 2000 as evidenced in a Merck email transmission (MRK-NJ0281966) of December 26, 2000, from Dr. Rush of Merck US Medical and Scientific Affairs (US MEDSA) to Wendy Dixion of Merck's US Human Health Division (USHH). Dr. Rush notes that the effect of rofecoxib is greater on systolic than on diastolic blood pressure and also recognizes that rofecoxib will probably be used more in the elderly who are more likely suffer from systolic hypertension and who are therefore at higher risk of cardiovascular complications.

53. Figure 1 in the memo is a copy of Figure 2 in a paper by Staessen et al published in THE LANCET in March 2000. The authors found that in untreated patients systolic blood pressure was a more accurate indicator than diastolic blood pressure in predicting coronary risk and mortality. Risk of death increased with lower diastolic pressure and greater pulse pressure. The investigators concluded that treatment with hypotensive drugs is warranted in elderly patients whose blood pressure is higher than 159 mm Hg [19].

25

M007C51437

54. In patients with treated hypertension use of an NSAID can destabilize blood pressure. In such patients, even a relatively modest increase in blood pressure is significant [20]. Russel et al (MRK-ABK0493642) in evaluating the effect of rofecoxib-induced increase in systolic blood pressure calculated that during a 4 year period an increase of 3 mm Hg was associated with 20,800 additional events caused by congestive heart failure and 21,600 additional stroke events (MRK-ABK0493642). .

55. Furthermore, in the March/April 2001 issue of the American Journal of Therapeutics, Whelton et al warned about loss of blood pressure control in older, at risk patients treated with rofecoxib [21]. Clearly, Merck was concerned about problems with rofecoxib use in 'at risk' populations. Already in a January 23, 2000 meeting of the MSGP Review Committee for VIOXX™, a proposal titled *"Modulating inflammation in symptomatic atherosclerosis: safety and efficacy of rofecoxib in acute coronary syndrome"* was rejected with a comment that it was an "at risk" population and that "...it would be undesirable to pursue VIOXX in this patient population" (MRK-AEH0016403).

56. The apprehension expressed by Welton et al was based upon a 6-week study of patients who were taking antihypertensive medications and who were treated either with celecoxib or with rofecoxib [21]. In May of 2001, results of the study were presented at the 16th Scientific Meeting of the American Society of Hypertension. The study revealed adverse cardiovascular effects of rofecoxib treatment in older treated hypertensive patients with osteoarthritis. In the trial, 411 patients were treated with celecoxib 200 mg QD and 399 patients were treated with rofecoxib 25

26

M007C51438

mg QD. After 6 weeks of treatment, rofecoxib was linked with significant increases in mean systolic blood pressure and peripheral edema. According to a Merck memo of May 21, 2001 (from Dr. Rush) these results were communicated to Dr. Scolnick (MRK-AGV009670-74). In addition, an abstract published in February 2001 suggests that the same data had been presented even at an earlier date (MRK-AHO0072871).

57. Inhibition of renal COX-2 by traditional NSAIDs or selective COX-2 inhibitors causes potential adverse events such as fluid retention, edema, hypertension, and congestive heart failure [22]. In August 2001 Zhao et al published a report on renal-related adverse drug reactions induced by rofecoxib and celecoxib. Their findings were based on the World Hearth Organization/Uppsala Monitoring Centre (WHO/UMC) safety database, a large data base, which at that time included over 2 million reports from 57 countries. Zhao et al found that adverse renal effects such as water retention, renal failure, cardiac failure, and hypertension were significantly higher in patients treated with rofecoxib compared to celecoxib. Renal-related adverse drug reactions (ADRs) were up to 4-fold higher with rofecoxib than with celecoxib. Fatal events in the renal-failure group were 2.8-fold higher in patients treated with rofecoxib compared with patients treated with celecoxib. Furthermore, cardiac failure was 4.4 times higher in the rofecoxib group compared to the celecoxib group [23].

58. In April 2002 Gebo et al presented data from a comparison of the effects of rofecoxib and naproxen treatments in a group of 5557 osteoarthritis patients (MRK-ADJ0044415). No significant difference in relative incidence of edema-related

27

M007C51439

events or events related to increased blood pressure were detected among patients who were treated with either rofecoxib 25 mg QD or naproxen 500 mg BID. However, in women, in patients who were 65 years or older, in patients with baseline hypertension, and in non-black race patients there was an associated with edema-related events in both arms of the study.

59. Rofecoxib increases in blood pressure and edema formation is dose-related [24]. Concomitant treatment with an ACE inhibitor or β-blocker augments the increase in blood pressure, edema, and weight gain [25]. In a comparison study of rofecoxib versus celecoxib, patients receiving rofecoxib 25 mg/day had close to twice the number of cases with blood pressure elevations and edema formation as those treated with celecoxib 200 mg/day.. In the VIGOR trial, rofecoxib increased diastolic blood pressure and systolic blood pressure by 1.7 mm Hg and 4.6 mg Hg respectively.

60. Prostacyclin is a potent vasodilator and concern was expressed early during the marketing period of rofecoxib that inhibition of COX-2 reduces prostacyclin synthesis and would increase blood pressure (Dr. Scolnick, internal Merck memo, dated March 9, 2000). This concern was also understandable in view of other experimental findings showing that inhibition of COX-2 can increase blood pressure in both normal and hypertensive rats and promote leukocyte adherence [26]. Moreover, the importance of COX-2 products in preventing hypertension was demonstrated in mice: COX-2 products lowered blood pressure and selective COX-2 inhibition increased the response to vasopressors [27].

61. COX-2 supports important physiological functions in healthy organs (MRK-ANR0011512). In the kidney, COX-2 is involved in regulation of salt and water

28

M007C51440

balance [28], [10]. Inhibition of COX-2 by traditional NSAIDs or by selective COX-2 inhibitors such as rofecoxib leads to fluid retention and edema in patients with baseline risk factors, such as cardiac, renal, or vascular disease. In at risk patients, rofecoxib induced destabilization of their blood pressure control after but one week of treatment and the adverse effect persisted during the treatment thereafter (MRK-ANR0011512).

62. It is generally accepted that hypertension is an independent risk factor for atherosclerosis; an arterial inflammatory disease that is, itself, a major risk factor for myocardial infarction and stroke. Whelton and Spalding provide a linkage between blood pressure treatments and adverse thrombovascular events associated with the use of rofecoxib: In treated hypertensive patients there was a significant increase in the risk of AMI and stroke during chronic rofecoxib dosing (MRK-ANR0011512).

## IX. ROFECOXIB INCREASES THE RISK OF THROMBOSIS AND MYOCARDIAL INFARCTION

### IX.1. Thromboxane Synthesis and Signaling

63. Because of the key role of inflammation in initiation and progression of atherosclerosis, it was hoped that an anti-inflammatory drug such as rofecoxib might potentially have antiatherogenic effects. However, unlike aspirin, which has cardioprotective effects, rofecoxib does not inhibit cyclooxygenase (COX)-1, the COX isoform that is mainly responsible for platelet thromboxane (Tx) $A_2$ synthesis. Rofecoxib activates platelets, promotes thrombosis, atherogenesis, and reduces vascular perfusion because it inhibits COX-2-derived synthesis of prostacyclin, the prostanoid that normally counteracts the effects of thromboxane [29]. [28].

29

M007C51441

Rofecoxib-induced inhibition of prostacyclin production decreases vascular dilation, increases blood pressure, and increases platelet aggregation and prothrombotic activity [11].

64. By comparison, traditional non-selective NSAIDs, which inhibit both COX-1 and COX-2 [30], and coxibs that are less COX-2-selective than rofecoxib and therefore inhibit COX-1 to some extent, are less likely to disrupt the balance of thromboxane and prostacyclin signaling. The proper balance of these two vasoactive prostanoids, thromboxane and prostacyclin, is vital for normal homeostasis and for prevention of atherosclerosis.

65. Thromboxane is a thrombogenic and atherogenic eicosanoid that activates platelets and stimulates platelet mediated processes that are involved in all stages of atherogenesis. Platelets adhere to the endothelium during the early phase of atherogenesis and also mediate processes in acute vessel closure at sites of atherosclerotic plaque rupture that lead to thrombosis and acute myocardial infarction [31].

66. Thromboxane is largely synthesized by platelets, in which cyclooxygenase (COX)-1 converts arachidonic acid to prostaglandin (PG) $H_2$ that serves as substrate for thromboxane synthase.    The latter produces thromboxane that signals via thromboxane receptors (TP) expressed by platelets and vascular smooth muscle cells. The signaling activates platelets and contracts vascular smooth muscle cells that causes vascular constriction and promotes hypertension.

67. Aspirin inhibits COX-1, which, located upstream in the chain of thromboxane synthesis, lowers platelet synthesis of thromboxane.    This lowers the risk of

30

M0007C51442

thrombosis and inhibits atherogenesis. Thromboxane-induced vasospasm, platelet aggregation, thrombosis and smooth muscle cell proliferation are reduced. The synthesis of thromboxane can also be inhibited by inhibition of prostaglandin synthase [32]. In mice, complete deletion of the thromboxane receptor eliminates the excessive proliferative response to vascular injury [33].

68. Rofecoxib does not inhibit COX-1. Clinical evidence that rofecoxib does not inhibit thromboxane synthesis emerged from a study of 44 patients with Alzheimer's disease. Urinary 11-dehydro-TxB$_2$, a stable metabolite of thromboxane (Tx) A$_2$ and a marker of platelet activation, was found to be elevated in these patients. Treatment with aspirin, but not with rofecoxib, significantly reduced the urinary metabolite, corroborating a COX-1-mediated biosynthesis of thromboxane and that aspirin lowers platelet activation, whereas rofecoxib does not [34].

69. Concerns were raised in the medical literature about possible thrombotic tendencies attributable to selective inhibition of COX-2 [35]. Clinical studies revealed an increased rate of cardiovascular complications after use of rofecoxib. It emerged that rofecoxib significantly increased the risk of adverse thrombosis-related events such as myocardial infarction and stroke. Recently released copies of internal document suggest that the manufacturer of rofecoxib was aware of increased cardiovascular risks of rofecoxib use even during the early development and clinical marketing of the drug [36].

70. Experimental evidence verifies that selective inhibition of COX-2 can trigger thrombotic events, and that aspirin can inhibit such events. Selective inhibition of COX-2 was thrombogenic in a hamster model of thrombosis: Treatment with the

31

M007C51443

COX-2-selective inhibitor NS-398, increased firm platelet adhesion to hamster arterioles and increased the rate of occlusion of damaged vessels. Importantly, prostacyclin could inhibit such formation of platelet thrombi in the hamster cheek arterioles and venules    Aspirin treatment abridged these effects [37], [38]. Furthermore, aspirin but not rofecoxib inhibits adhesion of platelets to neutrophils induced by thrombin or lipopolysaccharide (LPS) [39].

71. Thromboxane is rapidly converted to 11-dehydro-$TxB_2$ ($TxB_2$), a stable hydration product, which is metabolized in further steps including $\beta$-oxidation [40]. A study of the effect of 17 different traditional NSAIDs found that they all bound to a subunit of tri-functional protein, an important enzyme of $\beta$-oxidation. All the NSAIDs tested inhibited oxidation of long-chain fatty acids (LCFA) such as prostanoids [41]. Inhibition of $\beta$-oxidation would reduce the rate of $TxB_2$ degradation and increase the urinary output of $TxB_2$, thus leading to underestimation of rofecoxib-induced lowering of prostacyclin synthesis. Surprisingly, no report is available in the literature on the effect of rofecoxib on $\beta$-oxidation.

72. Returning to the vasoactive balance problem, Fries and Grosser opine that it is not just a matter of an imbalance of prostacyclin and thromboxane that causes the elevation in blood pressure, a prothrombotic state, and acceleration of atherogenesis. They suggest that such a view might imply that suppression of thromboxane signaling with low-dose aspirin could completely protect against cardiovascular hazards induced by selective inhibition of COX-2. The authors imply that other agonists, not inhibited by aspirin, but having activities that resemble thromboxane may also be involved [42]. For example, 'other agonists' such as isoprostanes, non-

32

M007C51444

enzymatic arachidonic products, also interact with the thromboxane receptor. Rofecoxib can markedly increase formation of isoprostanes [43] and can therefore promote thrombosis and accelerate atherogenesis via the thromboxane receptor pathway.

### IX.2. Prostacyclin Synthesis and Signaling

73. Prostacyclin $I_2$ (PGI$_2$), counteracts the effects of thromboxane signaling. It is an active, in vivo antithrombotic prostanoid [44]. It inhibits platelet aggregation, vasoconstriction, and smooth muscle cell proliferation [45]. Selective inhibition of COX-2 by rofecoxib reduces synthesis of prostacyclin, and limits restraints on adverse effect of excessive thromboxane signaling.

74. Grosser et al recently opined that suppression of COX-2-derived prostacyclin synthesis accelerates atherogenesis by augmenting the response to thrombotic and hypertensive stimuli. In support of their mechanistic view of the cardiovascular hazard caused by selective COX-2 inhibition, they noted that COX-1 is the only isoform expressed in endothelial cell under static in vitro conditions. However, under in vivo physiological conditions in humans endothelial prostacyclin is mainly COX-2-derived. Rofecoxib, which selectively inhibits COX-2, therefore suppresses formation of urinary 2,3-dinor 6-ketao $PGF_{1\alpha}$, a stable metabolite (PGIM) of prostacyclin (PGI$_2$). Whereas traditional NSAIDS, which inhibit both COX-2 and COX-1, also reduce COX-1-dependent thromboxane synthesis, rofecoxib does not because it does not inhibit COX-1. As a result, rofecoxib exaggerates thromboxane signaling [46].

33

### XI.2.1. Prostacyclin Synthase

75. Prostacyclin synthase (PGIS) converts the cyclooxygenase product $PGH_2$ to prostacyclin. A deletion (intron 9) of the prostacyclin synthase gene is associated with essential hypertension. The deletion produces a truncated protein and reduces urinary excretion of prostacyclin metabolites, which illustrates that defective prostacyclin signaling can increase blood pressure [45]. Furthermore, direct evidence of the vital importance of prostacyclin signaling was obtained in mice with genetic disruption of the prostacyclin receptor: the mice developed mural thickening of the aorta and of renal arteries with arteriosclerosis, renal cysts and progressive renal fibrosis. Disruption of the prostacyclin receptor also verified the importance of prostacyclin signaling in restraining adverse thromboxane effects. The prostacyclin receptor gene disruption increased thromboxane synthesis and significantly elevated the blood pressure [47].

76. Prostacyclin is produced by endothelial cells in response to shear stress or other physical forces and [48]. The genes for COX-2 and for prostacyclin synthase both contain shear stress responsive elements in their promoter region, and mechanical stress increases both COX-2 [48] and prostacyclin expression. Thus, vascular shear stress can increase prostacyclin signaling, which can dilate arteries and reduce shear stress. For example, in cultured HUVECs laminar fluid shear stress induces COX-2 and stabilizes COX-2 mRNA. However, COX-1 expression is unaltered [49]. In rat coronary arteries, mild physical trauma induces endothelial cell COX-2 expression and COX-2 is expressed in cultured endothelial cells [50]. Selective COX-2 inhibitors, such as NS-398, inhibits flow-induced vessel dilation and reduces the

34

M007C51446

vasculature's ability to respond to changes in blood flow and pressure [51]. In rabbits, prostacyclin synthase gene transfer prevents in-stent restenosis in atheromatous iliac arteries [52] again illustrating the importance of prostacyclin in restricting detrimental effects of thromboxane signaling.

77. Prostacyclin synthase (PGIS) is inhibited by 15-HPETE, a precursor of 15-HETE (15-hydroxy-5,8,11,13-eicosatetraenoic acid), a major eicosanoid in atherosclerotic aortas of cholesterol-fed rabbits. Such aortas, but not aortas from control animals, when co-incubated ex vivo with arachidonic acid produce 15-HETE, indicating that prostacyclin synthesis may be suppressed in atherosclerotic arteries due to inhibition of PGIS by 15-HPETE [53]. Under such at risk circumstances, further inhibition of prostacyclin synthesis by selective inhibitors of COX-2 such as rofecoxib would further limit the beneficial effects of prostacyclin and accelerate adverse cardiovascular effects of unrestricted thromboxane signaling.

### IX.2.2. Prostacyclin Receptors

78. In 1997, Murata et al found that in mice, disrupting the gene that encodes the prostacyclin receptor (inducible protein, IP) increases mouse susceptibility to thrombosis [44]. Complete deletion of the gene increases platelet activation [33], increases thrombogenesis following vascular injury [44], promotes neointima hyperplasia [33] and augments atherosclerotic lesion area. These findings are consistent with the opinion expressed by Grosser et al [46] that selective inhibition of COX-2 can disrupt the physiological balance between thromboxane and prostacyclin and thus increase atherosclerosis, thrombogenesis, and the risk of rofecoxib-induced adverse cardiovascular complications.

35

M007C51447

79. In mice, disruption of the prostacyclin receptor gene results in an exaggerated response to thromboxane receptor agonist, which increases blood pressure, promotes thrombosis, and accelerates atherosclerosis [54].

80. Experimental findings show that prostacyclin receptors form heterocomplexes with thromboxane receptors and thus attenuate the response to thromboxane receptor agonists [55]. This observation offers a mechanism that explains why selective COX-2 inhibition reverses aspirin-induced inhibition of experimental canine in vivo coronary thrombosis and how selective COX-2-inhibition limits the cardioprotective effects of concomitant aspirin therapy and provides reason for concern about increased risk of acute cardiovascular events during therapy with selective COX-2 inhibitors [56].

81. Signal transmission via the IP receptor required receptor isoprenylation, which is inhibited by statin therapy, which raises concerns about long-term statin use [57]. Disruption of the prostacyclin receptor gene in mice significantly accelerated arterial thrombus formation in response to local injury compared with wild mice, but interestingly, also reduced the inflammatory response in response to carrageenan, a standard agent used to induce experimental inflammation [44].

82. Experiments using apoE$^{-/-}$ mice corroborate that altered vasoactive eicosanoid signaling caused by cyclooxygenase inhibition can promote atherogenesis: deletion of the prostacyclin receptor gene accelerates atherosclerosis, but retention of one copy is atheroprotective [58]. In this model, combined inhibition of COX-2 and COX-1 reduces the rate of atherogenesis. Also, selective COX-2 inhibition alone failed to accelerate atherogenesis, even if prostacyclin levels were significantly

36

M007C5144B

reduced: inhibiting prostacyclin synthesis in the mouse by up to 60% by inhibition of COX-2 failed to generate atherosclerosis [58]. A likely possibility to explain this response is that COX-1 in normal endothelial cells contributes to prostacyclin synthesis and was not inhibited by selective inhibition COX-2, the isoform that, as noted, is induced by shear stress and other physical forces [48].

83. Evidence that C-reactive protein can contribute to atherogenesis by reducing prostacyclin synthesis was obtained by supplementing cultured human aortic endothelial cells with CRP, which decreased prostacyclin release from cultured human coronary artery endothelial cells. CRP induced superoxide and nitric oxide production, which increased nitration of prostacyclin synthase (PGIS) and inactivated the enzyme, but did not alter PGIS mass [59]. Conversely, in cultured human umbilical vein endothelial cells (HUVECs) high-density lipoprotein (HDL), which is deemed cardioprotective, induced COX-2 expression and increased synthesis of prostacyclin [60]. This latter, beneficial effect of HDL would be reduced by selective inhibition of COX-2.

84. A rare case of a patient with an inherited lack of platelet high-affinity prostacyclin binding sites on platelets resulting in reduced platelet sensitivity to prostacyclin corroborate that prostacyclin signaling is important in counteracting the effects of thromboxane and in preventing thromboxane-induced thrombosis and atherosclerosis. The case involved a 10 year-old girl with Wien-Hietzung syndrome. She suffered from intermittent claudication caused by stenosis of the left popliteal artery. After arterial blood flow was restored by surgical removal of the thrombus the patient was treated with low-dose aspirin, 20 mg daily, and was symptom-free

37

M007C51449

five years later[ 61]. This case demonstrates that aspirin-induced reduced thromboxane signaling compensated for the inherited reduction in prostacyclin signaling [62].

### IX.3. Rofecoxib-Induced Prothrombotic State and Atherosclerosis

85. A prothrombotic state is a risk factor for atherosclerosis. Figure 3 illustrates the effects of serum cholesterol on thromboxane ($TxA_2$) and prostacyclin ($PGI_2$) in a rabbit model of atherosclerosis, and suggests why a high serum cholesterol level is a significant risk factor for human atherosclerosis. In fat-fed rabbits thromboxane levels increased by 86% and prostacyclin by 39%, leaving a considerable amount of

Figure 3.  Rabbit model of atherogenesis.
Excess thromboxane ($TxA_2$) signaling in cholesterol-induced atherosclerosis



Ref.: 3478739 = Henriksson P et al # 1987                    Fosslien: Rule26Report2006

relative thromboxane excess ($TxA_2$ excess).  Compared to a rabbit control group, where thromboxane and prostacyclin are expected to be in balance and there would be neither thrombosis nor bleeding, in the cholesterol-fed rabbits a prothrombotic state is induced due to the thromboxane signaling excess.

38

86. Figure 4 illustrates the effect of inhibition of prostacyclin synthesis by a selective
    COX-2 inhibitor such as rofecoxib.   In the normal adult, signaling by the
    thromboxane pathway and the prostacyclin pathway are in balance, as there is neither
    visible bleeding nor visible thrombosis. By comparison, in rofecoxib-treated, normal,
    healthy adults, there is a significant rofecoxib-induced decrease in prostacyclin
    ($PGI_2$) synthesis (an example of 60% is used here for comparison purposes).
    Because rofecoxib does not inhibit COX-1, thromboxane signaling via the COX-1
    pathway is unaltered, which results in a prothrombotic state due to excess

Figure 4.  Prothrombotic effects of selective COX-2 inhibition in healthy young adults



Fosslien: Rule26Report2006

thromboxane signaling (Figure 4, $TxA_2$ excess).  This prothrombotic signaling state
very likely induces formation of mural microthrombi that would contribute the
atherogenesis; however, there is no visible clinical effect in the healthy, young adult
at the very beginning of rofecoxib treatment.

39

87. By contrast, Figure 5 illustrates thromboxane and prostacyclin signaling in at risk
    patients. There is a significant increase in thromboxane and prostacyclin levels in
    cardiac surgery post-operative patients and in patients with atherosclerosis. In such
    patients, when rofecoxib reduces prostacyclin synthesis by 60%, the thromboxane
    signaling excess (Figure 5, $TxA_2$ excess) is considerable larger compared to the
    corresponding thromboxane signaling excess in the young, healthy adult. It is
    therefore no surprise that adverse cardiovascular complications occur much sooner

Figure 5. Prothrombotic effects of selective COX-2 inhibition in patients with pre-
existing disease



Fosslien: Rule26Report2006

after initiation of rofecoxib therapy in the at risk patient than in the young, healthy
    adult, who at the beginning of therapy lack any known risk factor.

88. Figure 6 compares these two scenarios side-by-side. The small rofecoxib-induced
    excess in thromboxane signaling, more likely than not, induces mural microthrombi
    in the young, healthy adult. initially, without clinical symptoms. However, with the
    above noted hypertensive effects of rofecoxib, initiation of atherosclerosis is likely

40

M007C51452

even in the healthy, young adult.  Sustained rofecoxib treatment very likely accelerates atherogenesis and gradually increases the risk of adverse cardiovascular complications, eventually matching the greatly increased risk observed in patients who at the beginning of rofecoxib treatment already has atherosclerosis.

Figure 6.  Uncompensated thromboxane signaling is higher in patients with pre-existing disease than in healthy young adults



## X.   ATHEROSCLEROSIS – ROFECOXIB ACCELERATES ATHEROGENESIS

89. Atherosclerosis is a chronic disease and a major risk factor for myocardial infarction. Atherogenesis is the pathophysiology of the temporal development of the disease. During the early stages of atherogenesis the disease is usually clinically silent. The disease starts in the arterial inner layer, the intima. It forms fatty streaks, some of which develop into atherosclerotic plaques, also called atheromas, which are raised

41

M007C51453

lesion that first involve the intima. As the disease progresses, smooth muscle cells from the media dedifferentiate, migrate into the intima, and proliferate [63]. Cellular dedifferentiation and uncontrolled growth in the plaque resembles processes observable in benign smooth muscle cell tumors [64].

90. Rofecoxib is an anti-inflammatory agent and it was anticipated that rofecoxib would deter development of atherosclerosis. However, rofecoxib reduces the synthesis of the anti-thrombotic, blood pressure lowering prostacyclin (PG) $I_2$, which promotes hypertension and a prothrombotic state, both potent risk factors for atherogenesis. Rofecoxib also enhances chemotaxis, the binding of leukocytes to the endothelium and their migration into the arterial intima. Leukocyte adherence to the endothelium and their migration into the intima is involved in the initial steps as well as the progression of atherosclerosis. Factors that increase chemotaxis lead to acceleration of atherogenesis. Importantly, the mechanisms involved in atherogenesis resemble events involved in inflammation (Figure 7) [63]. The mechanisms involved are discussed below.

42

M007C51454



Figure 7. Adverse effects of rofecoxib (VIOXX®)
Accelerated atherogenesis

### X.1.    Inflammation and Atherogenesis

91. Inflammation is response to injury. Endothelial dysfunction and leukocyte entry into the inner layer of arteries, the intima, represent the initial step in atherogenesis. The inflammatory process may completely repair the injury and restore normal architecture and function, or resolve the injury with scar tissue formation and partial return of normal function, or not resolve the injury resulting in chronic, sustained damage with continuous defects in architecture and function. Chronic inflammation plays a key role in all stages of atherogenesis, from fatty streak development to plaque formation, chronic ischemic heart diseases, plaque rupture, thrombosis, and acute myocardial infarction [16]. Several important inflammatory mediators have been identified in human atherosclerotic lesions and lesions in animal models of atherogenesis.

92. Cytokines are soluble factors secreted by cells that are involved in atherogenesis. Two important cytokines that affect atherogenesis are interleukin-10 (IL-10) and

43

M007C51455

transforming growth factor-beta (TGF-β).  Activated endothelial cells express chemokines and adhesion molecules that promote monocyte adhesion to the endothelium and monocyte migration into the intima.  Cells in atherosclerotic plaques secrete matrix metalloproteases that degrade matrix protein, weaken the plaque cap, causing cap rupture, release of thrombogenic material from the plaque, thrombosis, and acute myocardial infarction [16].

93. In 1999 (before the results of VIGOR trial were published), Schönbeck et al published a study of surgical specimens of human carotid arteries and aortas.  They found that normal vessels lacked COX-2 and expressed COX-1 only in endothelial and smooth muscle cells.  By contrast, human atherosclerotic lesions expressed COX-1 and COX-2 mRNA and proteins, especially in shoulder areas of the lesions and around the lipid core.  Immunoreactive COX-1 co-localized with endothelial and smooth muscle cells and macrophages in the lesions, and in micro-vascular endothelium.  The authors of the study expressed concern that because selective COX-2 inhibitors suppress the anti-atherogenic prostanoids $PGE_2$ and $PGI_2$, clinical trials should consider that treatment with COX-2-selective inhibitors could possibly have pro-atherogenic effects [12].

## X.2.    Chemotaxis - Rofecoxib promotes leukocyte adherence and endothelial transmigration

94. Chemotaxis consists of the recruitment of leukocytes to the endothelium and their migration into the intima.  This transmigration leads to accumulation of inflammatory cells in the intima, where the accumulating cells play an important role

44

M007C51455

both in the initiation and progression of atherosclerosis (Figure 8). In vitro, prostacyclin has been shown to inhibit chemotaxis of polymorphonuclear cells.

95. Rofecoxib, as noted above, reduces the synthesis of prostacyclin and rofecoxib-induced lack of prostacyclin increases chemotaxis and accelerates atherogenesis. This opinion is supported by findings that iloprost, a prostacyclin analogue [65], can reduce human in vitro neutrophil chemotaxis and that prostacyclin can reduce canine in vivo neutrophil chemotaxis [66]. Also, platelets can stimulate leukocyte chemotaxis of leukocytes, which promotes inflammation by releasing mediators that increase vascular permeability [67]. Furthermore, in rats, selective inhibition of COX-2 during mesenteric small vein superfusion increased leukocyte adherence to the endothelium [26].

## X.2.a Rofecoxib increases chemotaxis by inducing expression of monocyte receptors.

96. Monocyte chemotaxis plays a central role in atherogenesis. A clinical study demonstrated that rofecoxib can increase serum levels of C-C chemokine receptor 5 (CCR5), a monocyte receptor [6], which belongs to a family of CC motif (2 contiguous cysteines) chemokines that control migration of leukocytes to sites of inflammation (OMIN # 602565). Experimental findings show that CCR5, a RANTES receptor, binds to monocyte attractant protein-1 (MCP-1), thus forming a pathway for recruiting monocytes to the endothelium and facilitating their entry into the intima. Importantly, an experimental agent, Met-RANTES, that blocks CCR5 binding, restrains atherogenesis in mice fed an atherogenic diet [5]. The importance of CCR5 in chemotaxis is also demonstrated by genetic deletion of CCR5 in apolipoprotein E-deficient mice (apoE$^{-/-}$ mice): The deletion of CCR5 significantly

45

M007C51457

reduces arterial neo-intima formation after endothelial injury [68]. Taken together, these results indicate that rofecoxib treatment promotes monocyte recruitment to the endothelium and monocyte migration into the intima, a process involved in both initiation and progression of atherogenesis.

97. Monocytes also can bind via monocyte chemotaxis receptor CCR2 receptors to MCP-1 expressed on the endothelial cells, thereby recruiting monocytes to the endothelium and facilitation their trans-endothelial migration into the intima, the first step of inflammation. MCP-1 is produced by endothelial cells, lesion macrophages, and vascular smooth muscle cells [69]. It is expressed by endothelial cells of primates on a hypercholesterolemic diet, and by cultured endothelial cells exposed to minimally oxidized lipids [70]. Elevated serum cholesterol levels and elevated serum low-density lipoprotein levels are independent risk factor for atherosclerosis. In human atherosclerotic lesions MCP-1 is particularly abundant in macrophage-rich shoulder areas [71].

98. Several established atherogenic risk factors increase experimental chemotaxis. For example, in vitro, co-incubation of monocytes with free cholesterol or LDL enhances CCR2 expression. Free cholesterol and LDL may synergistically contribute to atherogenesis by enhancing monocyte chemotaxis [72], [73]. In the mouse, endothelial monocyte chemoattractant proteins (MCP)-1 is responsible for accumulation of about 60% of macrophages in the atherosclerotic lesions. Rong et al found that lysophosphatidylcholine (LPC), a major component of oxidized LDL (oxLDL), induces expression of MCP-1 in vascular smooth muscle cells; the authors

46

M007C51458

suggested that this mechanism explains why oxLDL is a significant atherogenic risk factor [74].

99. The importance of monocyte chemotaxis receptors for monocyte/endothelial cell interaction in atherogenesis has been demonstrated in apoE$^{-/-}$ (apoE null mice) lacking such receptors. The number of macrophages and atherosclerotic lesions in aortas from apoE null mice lacking CCR2 expression was significantly reduced compared to apoE null mice that expressed CCR2 [70].

100. In experimental models of atherogenesis, expression of MCP-1 is also influenced by selective inhibitors of COX-2. Importantly, different duration of inhibition of COX-2 results in divergent experimental findings. Employing celecoxib, a different selective COX-2 inhibitor in atherogenesis studies using two animal models, rabbits and apoE$^{-/-}$ mice, indicate that the effect on MCP-1 expression and mural entry of monocytes depends upon the duration of COX-2 inhibition. In the rabbit, short-term (21-days) celecoxib treatment significantly decreased MCP-1 expression, macrophages infiltration, and intimal hyperplasia associated with balloon injury and also reduced post-injury neo-intimal proliferation after stent placement [75]. Such findings appear important, as they may help explain why short-term selective inhibition of COX-2 may cause an initial decrease in the risk of cardiovascular complications.

101. By comparison, in older (26-weeks) apoE$^{-/-}$ mice with established atherosclerotic lesions, 15 weeks of celecoxib treatment markedly increased MCP-1 mRNA levels. Serum cholesterol level was unaltered, and celecoxib had no effect on advanced atheroma size or composition compared with non-treated mice. The MCP-1

47

M007C51459

increase may have been caused by reduced synthesis of $PGE_2$, a potent suppressor of MCP-1 synthesis [76]. Similar experimental results are not available for rofecoxib. Also, these experimental observations involved two different animal models. However, like celecoxib, rofecoxib also inhibits $PGE_2$ synthesis. $PGE_2$ can suppress CCR5 expression [77] and rofecoxib is therefore very likely to increases expression of both MCP-1 and CCR5.

## XI. MOLECULAR PATHOLOGY

102. Rofecoxib-induced vasoconstriction, hypertension, increased platelet aggregation, and increased chemotaxis, all contribute to a substantial degree to coronary atherosclerosis and coronary thrombosis. These are some major factors that

Figure 8. Adverse effects of rofecoxib (VIOXX®): Inhibition of COX-2 increases MCP-1 expression and atherogenesis



collaborate to increase the risk of rofecoxib-induced adverse cardiovascular complications such as myocardial infarction (Figure 8).

48

**103.** Details of the regulation of monocyte adhesion and chemotaxis arachidonic acid products and by radical oxygen species are illustrated in Figure 9.

Figure 9. Adverse effects of rofecoxib (VIOXX®): Inhibition of COX-2 increases CCR5 expression and accelerates atherogenesis



## XI.1. Cyclooxygenase

**104.** Several important inflammatory mediators such as COX-2 have been identified in human atherosclerotic lesions and in animal models of atherogenesis. The gene that encodes cyclooxygenase COX-2, prostaglandin-endoperoxide synthase 2 (PTGS2) (prostaglandin G/H synthase), located on chromosome region 1q25.2–q25.3 (OMIM # 600262), is commonly referred to as the COX-2 gene. By comparison, the COX-1 gene is located on chromosome region 9q32-q33.3 (OMIM # 176805). In spite of their different chromosomal locations, the proteins isoforms that the two genes encode structurally similar proteins. Both COX-1 and COX-2 convert arachidonic acid to prostaglandin (PG) $H_2$ that serves as common substrate

49

for specific synthases that produce various prostanoids such as thromboxane, prostaglandins, and leukotrienes.

105. Both COX isoforms are bi-functional protein, each harboring two enzymatic sites, which provide cyclooxygenase (COX sites or arachidonic acid sites) and hydroperoxide (HOX) activities respectively.  Aspirin and other NSAIDs including coxibs inhibit the arachidonic acid (COX) site but not the HOX activity. Traditional NSAIDs vary considerably in their selectivity of inhibition of COX-1 and COX-2.  Aspirin predominantly inhibits COX-1 whereas coxibs such as rofecoxib selectively inhibit COX-2 (Figure 10).   COX-1 is mainly a

Figure 10. Adverse effects of rofecoxib (VIOXX®): Radical oxygen species (ROS) at COX-2 peroxidase site



Generation of ROS at COX peroxidase site

■ = COX-2-selective NSAID
▢ = COX-1-selective NSAID

Fosslien: Rule26Report2006

'housekeeping' gene that supports normal homeostatic functions.  COX-2 is inducible by pro-inflammatory agents such as bacterial lipopolysaccharide (LPS), by tumor promoters, and mitogens [78].

50

M007C51462