

• A total of twenty patients died within 14 days of discontinuing blinded therapy; 10 deaths were in patients treated with rofecoxib 25 mg (6 thrombotic) and 10 deaths were in patients treated with placebo (4 thrombotic, 1 hemorrhagic). Among these 20 patients are 4 who had a serious adverse experience onset within 14 days of blinded treatment with subsequent fatal outcome (all non-cardiovascular).

• A total of 21 patients died more than 14 days after discontinuing blinded study therapy but before the anticipated end of their 3-year study period. Thirteen deaths occurred in patients treated with rofecoxib (3 thrombotic) and 8 deaths occurred in patients treated with placebo (3 thrombotic).

• A total of 2471 patients (1223 in the rofecoxib treatment group and 1248 in the placebo treatment group) were reported alive at Year 3 after randomization. (not included: patients with a serious adverse experience within 14 days of blinded treatment and subsequent fatal outcome).

• Vital status information could not be obtained on 74 patients for one of two reasons:
   A total of 6 patients (3 in the rofecoxib treatment group and 3 in the placebo treatment group) due to a lack of IRB approval for the amended protocol (p.122-04).
   A total of 68 patients (38 in the rofecoxib treatment group and 30 in the placebo treatment group) because they were lost to follow-up (patient did not respond to repeated attempts of contact 3 years after randomization).

## 7.3 Confirmed Thrombotic Events

Table 5 summarizes the confirmed thrombotic events which occurred between randomization and 14 days after the last dose of study therapy by class of terms and treatment.

There were 46 patients with confirmed thrombotic events in the rofecoxib treatment group and 26 patients with the events in the placebo treatment group. Most of the thrombotic events were in the category of either acute myocardial infarction or ischemic cerebrovascular stroke.

The patient-year adjusted event rates were 1.50 and 0.78 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively.

MRK-AHD0075777

M004007125



**Table 5**
**Summary of Confirmed Thrombotic Cardiovascular Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3059 Patient-Years | | Placebo (N=1299) 3327 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| **Total number of patients with events** | 46 (3.57) | 1.50 (1.10, 2.01) | 26 (2.00) | 0.78 (0.51, 1.15) |
| **Cardiac Events** | 31 (2.41) | 1.01 (0.69, 1.44) | 12 (0.92) | 0.36 (0.19, 0.63) |
| Acute myocardial infarction | 21 (1.63) | 0.69 (0.42, 1.05) | 9 (0.69) | 0.27 (0.12, 0.51) |
| Fatal acute myocardial infarction | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Sudden cardiac death | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Unstable angina pectoris | 7 (0.54) | 0.23 (0.09, 0.47) | 4 (0.31) | 0.12 (0.03, 0.31) |
| **Cerebrovascular Events** | 15 (1.17) | 0.49 (0.27, 0.81) | 7 (0.54) | 0.21 (0.08, 0.43) |
| Fatal ischemic cerebrovascular stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic cerebrovascular stroke | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Transient ischemic attack | 5 (0.39) | 0.16 (0.05, 0.38) | 2 (0.15) | 0.06 (0.01, 0.22) |
| **Peripheral Vascular Events** | 3 (0.23) | 0.10 (0.02, 0.29) | 7 (0.54) | 0.21 (0.08, 0.43) |
| Peripheral arterial thrombosis | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Peripheral venous thrombosis | 2 (0.16) | 0.07 (0.01, 0.24) | 4 (0.31) | 0.12 (0.03, 0.31) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.12) | 2 (0.15) | 0.06 (0.01, 0.22) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[†] Crude Incident(n/Nx100)
[‡] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event

Data Source: [4.4.1]

MRK-AHD0075778

M004007126



Figure 2 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups. The curve for the rofecoxib treatment group appeared generally linear from 0 to 36 months while the curve for the placebo treatment group appeared generally linear during the first 18 months and then the curve flattened during 18 to 36 months. The two curves appeared to be similar during the first 18 months and then started to separate at approximately 18 months.

**Figure 2**
**Kaplan-Meier Plot for Confirmed Thrombotic Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



|                | Month |      |      |     |      |     |     |
| -------------- | ----- | ---- | ---- | --- | ---- | --- | --- |
| Patients at Risk |     |      |      |     |      |     |     |
| Rofecoxib 25 mg | 1287 | 1129 | 1057 | 969 | 938 | 898 | 727 |
| Placebo         | 1299 | 1195 | 1158 | 1079 | 1042 | 1001 | 835 |

Data Source: [4.4.1]

Figure 3 and Tables 6a and 6b demonstrate that the hazard ratio or the relative risk for thrombotic cardiovascular events did not appear to be a constant over time. This was confirmed by the testing of the proportional hazard assumption for the Cox proportional hazards model (p=0.014). Therefore, the relative risk calculated as an estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study (i.e. over 36 months).

The overall relative risk of rofecoxib versus placebo over the 36-month study treatment period was 1.92 with a 95% confidence interval of (1.19, 3.11). The relative risk was significantly greater than 1 (p=0.008) (Table 7). Results in Table 7 for other endpoints will be discussed in the subsequent sections.

23

MRK-AHD0075779

M004007127



**Figure 3**
**Hazard Plot for Confirmed Thrombotic Cardiovascular Events**
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)



Data Source: [4.4.1]

24

MRK-AHD0075780

M004007128



**Table 6a**

**Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (6 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[†] | Number At Risk | Events/Patient-years | Rate (95% CI)[†] | |
| 0 - 6 Months | 1287 | 7/602 | 1.16(0.47, 2.40) | 1299 | 5/622 | 0.80(0.26, 1.88) | 1.45 (0.40, 5.78) |
| 6 - 12 Months | 1129 | 5/544 | 0.92(0.30, 2.14) | 1195 | 7/586 | 1.20(0.48, 2.46) | 0.77 (0.19, 2.81) |
| 12 - 18 Months | 1057 | 10/510 | 1.96(0.94, 3.61) | 1156 | 8/558 | 1.43(0.62, 2.82) | 1.37 (0.49, 3.99) |
| 18 - 24 Months | 989 | 7/481 | 1.46(0.59, 3.00) | 1079 | 3/531 | 0.57(0.12, 1.65) | 2.58 (0.59, 15.43) |
| 24 - 30 Months | 938 | 6/455 | 1.32(0.48, 2.86) | 1042 | 2/510 | 0.39(0.05, 1.42) | 3.35 (0.64, 33.97) |
| > 30 Months | 896 | 11/466 | 2.36(1.18, 4.23) | 1001 | 1/521 | 0.19(0.00, 1.07) | 12.30 (1.79, 529.46) |

[†] Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

**Table 6b**

**Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (18 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[†] | Number At Risk | Events/Patient-years | Rate (95% CI)[†] | Difference(95% CI) | Relative Risk(95% CI) |
| Months 0 – 18 | 1287 | 22/1656 | 1.33(0.83, 2.01) | 1299 | 20/1765 | 1.13(0.69, 1.75) | 0.20 (-0.55, 0.94) | 1.18 (0.64, 2.15) |
| Months 19 – 36 | 989 | 24/1403 | 1.71(1.10, 2.55) | 1079 | 6/1361 | 0.38(0.14, 0.84) | 1.33 (0.58, 2.08) | 4.45 (1.77, 13.32) |
| Ratio | | | 1.32 (0.74, 2.35) | | | 0.24 (0.11, 0.88) | | |

[†] Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

25

MRK-AHD0075781

M1D4007129



## Table 7
### Analysis of Cardiovascular Safety Endpoints
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Type of Events | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[a] | PY-Rate[a] (95% CI) | Events/Patient-Years[a] | PY-Rate (95% CI) | Difference(95% CI) | Relative Risk(95% CI) | P-Value |
| Confirmed Thrombotic Events | 46/3059 | 1.50 (1.10, 2.01) | 26/3377 | 0.78 (0.51, 1.15) | 0.72 (0.19, 1.25) | 1.92 (1.19, 3.11) | 0.008 |
| Confirmed APTC Events | 34/3070 | 1.11 (0.77, 1.55) | 18/3334 | 0.54 (0.32, 0.85) | 0.57 (0.12, 1.02) | 2.04 (1.14, 3.64) | 0.013 |
| Investigator-Reported Cardiovascular Events | 77/3035 | 2.54 (2.00, 3.17) | 44/3312 | 1.33 (0.97, 1.78) | 1.21 (0.52, 1.90) | 1.90 (1.21, 2.76) | 0.001 |
| New Ischemic events | 38/3062 | 1.24 (0.88, 1.70) | 28/3306 | 0.85 (0.56, 1.22) | 0.39 (<0.11, 0.90) | 1.48 (0.90, 2.43) | 0.121 |

[a] Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

26

MRK-AHD0075782

M004007130



Since events of acute myocardial infarction and ischemic cerebrovascular stroke were the majority of the events that constituted thrombotic events, post hoc and not pre-planned analyses were also performed for confirmed thrombotic sub-classes of cardiac events, acute myocardial infarction, cerebrovascular events, ischemic cerebrovascular stroke, and peripheral vascular events. Results of these analyses are provided in Table 8. There were significant between-treatment differences for all cardiac events and the sub-category of acute myocardial infarction events. Numerically the results for cerebrovascular events and ischemic cerebrovascular events were consistent with the results for the composite endpoints, although these were not statistically significant. Peripheral vascular events were few and trended numerically in the opposite direction from the composite endpoints, although the rarity of these events precluded definitive conclusions. Caution must be exercised when interpreting these post hoc results.

## Table 8
### Analysis of Confirmed Thrombotic Cardiovascular Events by Class of Terms
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Term | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[1] (95% CI) | Events/Patient-Years[1] | PY-Rate[1] (95% CI) | Difference[1] (95% CI) | Relative Risk (95% CI) | P-Value |
| Total number of patients with events | 46/3059 | 1.50 (1.10, 2.01) | 26/3527 | 0.78 (0.51, 1.15) | 0.72 (0.18, 1.25) | 1.92 (1.19, 3.11) | 0.008 |
| Cardiac Events | 31/3055 | 1.01 (0.69, 1.44) | 12/3315 | 0.36 (0.19, 0.63) | 0.65 (0.24, 1.06) | 2.80 (1.44, 5.45) | 0.002 |
| Acute myocardial infarction | 21/3075 | 0.68 (0.42, 1.04) | 9/3338 | 0.27 (0.12, 0.51) | 0.41 (0.07, 0.75) | 2.53 (1.11, 6.28) | 0.024 |
| Cerebrovascular Events | 15/3080 | 0.49 (0.27, 0.80) | 7/3341 | 0.21 (0.08, 0.43) | 0.28 (-0.01, 0.57) | 2.33 (0.89, 6.74) | 0.091 |
| Ischemic cerebrovascular stroke | 11/3082 | 0.36 (0.18, 0.64) | 6/3341 | 0.18 (0.07, 0.39) | 0.18 (-0.08, 0.43) | 1.99 (0.67, 6.55) | 0.255 |
| Peripheral Vascular Events | 3/3087 | 0.10 (0.02, 0.28) | 7/3341 | 0.21 (0.08, 0.43) | -0.11 (-0.30, 0.08) | 0.46 (0.08, 2.01) | 0.412 |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[1]: Events per 100 Patient-Years

Data Source: [4.4.1]

28

MRK-AHD0075784

M004007132



### 7.4  Confirmed APTC Events

Table 9 summarizes the confirmed APTC events which occurred between randomization and 14 days after the last dose of study therapy by class of terms and treatment.

There were 34 patients with confirmed APTC events in the rofecoxib treatment group and 18 patients with the events in the placebo treatment group. Again, most of the APTC events were in the classes of acute myocardial infarction and ischemic cerebrovascular stroke.   There were 6 cardiovascular deaths in the rofecoxib treatment group and 5 cardiovascular deaths in the placebo treatment group.  The patient-year adjusted APTC .event rates were 1.11 and 0.54 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively.  The relative risk of an APTC event for rofecoxib versus placebo therapy was 2.06 with a 95% confidence interval of (1.16, 3.64).  The relative risk was significantly greater than 1 (p= 0.013) (Table 7).

**Table 9**
**Summary of Confirmed APTC Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3070 Patient-Years | | Placebo (N=1299) 3334 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| **Total number of patients with events** | 34 (2.64) | 1.11 (0.77, 1.55) | 18 (1.39) | 0.54 (0.32, 0.85) |
| **Cardiac Events** | 24 (1.86) | 0.78 (0.50, 1.16) | 10 (0.77) | 0.30 (0.14, 0.55) |
| Acute myocardial infarction | 21 (1.63) | 0.68 (0.42, 1.05) | 9 (0.69) | 0.27 (0.12, 0.51) |
| Fatal acute myocardial infarction | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Sudden cardiac death | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| **Cerebrovascular Events** | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Fatal ischemic cerebrovascular stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic cerebrovascular stroke | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| **Hemorrhagic Events** | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Hemorrhagic stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[†] Crude Incident(n/N×100)
[‡] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event
Data Source: [4.4.1]

29

MRK-AHD0075785

M004007133



Figure 4 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups, which showed similar patterns as those for confirmed thrombotic events. The curve for the rofecoxib treatment group appeared generally linear from 0 to 36 months while the curve for the placebo treatment group appeared generally linear during the first 18 months and then the curve flattened between 18 and 36 months. The two curves appeared to be similar during the first 18 months and then diverged at approximately 18 months.

## Figure 4
## Kaplan-Meier Plot for Confirmed APTC Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1129 | 1059 | 994 | 945 | 901 | 733 |
| Placebo | 1299 | 1197 | 1159 | 1083 | 1044 | 1003 | 837 |

Data Source: [4.4.1]

30

MRK-AHD0075786

M004007134



Figure 5 displays the hazard functions over time for both treatment groups. The rates of confirmed APTC events for both treatment groups and the relative risks at 6-month intervals or 18-month intervals are depicted in Tables 10a and 10b. The testing of the proportional hazard assumption for the Cox proportional hazards model did not show significant violation of the assumption (p=0.119), but it approached significance.

**Figure 5**
**Hazard Plot Confirmed APTC Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



Data Source: [4.4.1]

MRK-AHD0075787

M004007135



**Table 10a**
**Summary of Confirmed APTC Events by Time Interval (6 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Comparison |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)† | Number At Risk | Events/Patient-years | Rate (95% CI)† | Relative Risk(95% CI) |
| 0 - 6 Months | 1287 | 6/602 | 1.00(0.37, 2.17) | 1299 | 3/622 | 0.48(0.10, 1.41) | 2.07 (0.44, 12.78) |
| 6 - 12 Months | 1129 | 3/545 | 0.55(0.11, 1.61) | 1197 | 4/587 | 0.68(0.19, 1.75) | 0.81 (0.12, 4.78) |
| 12 - 18 Months | 1059 | 5/512 | 0.98(0.32, 2.28) | 1159 | 5/560 | 0.89(0.29, 2.08) | 1.09 (0.25, 4.75) |
| 18 - 24 Months | 994 | 5/484 | 1.03(0.34, 2.41) | 1083 | 2/532 | 0.38(0.05, 1.36) | 2.75 (0.45, 28.87) |
| 24 - 30 Months | 945 | 6/459 | 1.31(0.48, 2.85) | 1044 | 2/511 | 0.39(0.05, 1.41) | 3.34 (0.60, 33.82) |
| > 30 Months | 901 | 9/469 | 1.92(0.88, 3.65) | 1003 | 2/522 | 0.38(0.05, 1.39) | 5.01 (1.04, 47.63) |

† Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

**Table 10b**
**Summary of Confirmed APTC Events by Time Interval (18 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)† | Number At Risk | Events/Patient-years | Rate (95% CI)† | Difference(95% CI) | Relative Risk(95% CI) |
| Months 0 - 18 | 1287 | 14/1658 | 0.84(0.46, 1.42) | 1299 | 12/1769 | 0.68(0.35, 1.18) | 0.17 (-0.42, 0.75) | 1.25 (0.58, 2.69) |
| Months 19 - 36 | 994 | 20/1412 | 1.42(0.87, 2.19) | 1083 | 6/1565 | 0.38(0.14, 0.83) | 1.03 (0.34, 1.73) | 3.69 (1.43, 11.24) |
| Ratio | | | 1.72 (0.87, 3.41) | | | 0.57 (0.17, 1.63) | | |

† Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

32



## 7.5 Investigator-Reported Cardiovascular Events

Table 11 summarizes the investigator-reported cardiovascular events which occurred between randomization and 14 days after the last dose of study therapy by term and treatment. There were 77 patients with the investigator-reported cardiovascular events in the rofecoxib treatment group and 44 patients with the events in the placebo treatment group.

The patient-year adjusted event rates were 2.54 and 1.33 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively. The relative risk for an investigator-reported event for rofecoxib versus placebo was 1.90 with a 95% confidence interval of (1.31, 2.76). The relative risk was significantly greater than 1 (p=0.001) (Table 7).

33

MRK-AHD0075789

M004007137



**Table 11**
**Summary of Investigator-Reported Cardiovascular Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3035 Patient-Years | | Placebo (N=1299) 3312 Patient-Years | |
|---|---|---|---|---|
| | n(%)[1] | PY-Rate[1] (95% CI) | n(%)[1] | PY-Rate[1] (95% CI) |
| Total number of patients with events | 77 (5.98) | 2.54 (2.00, 3.17) | 44 (3.39) | 1.33 (0.97, 1.78) |
| Acute coronary syndrome | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Acute myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Acute myocardial infarction, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Acute myocardial infarction; Cardio-respiratory arrest; Coronary artery thrombosis | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Age indeterminate myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Age indeterminate myocardial infarction, Coronary artery disease NOS | 2 (0.16) | 0.07 (0.01, 0.24) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina Pectoris; Coronary artery occlusion | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina pectoris | 2 (0.16) | 0.07 (0.01, 0.24) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Angina pectoris, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina pectoris, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina unstable | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Brain stem infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cardiac arrest | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac arrest, Myocardial infarction | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac disorder | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Carotid artery occlusion | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Carotid artery stenosis | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Cerebellar infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cerebral haemorrhage | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cerebral infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Cerebral ischemia | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cerebrovascular accident | 6 (0.47) | 0.20 (0.07, 0.43) | 5 (0.38) | 0.15 (0.05, 0.35) |
| Cerebrovascular disorder NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery atherosclerosis | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Coronary artery disease | 7 (0.54) | 0.23 (0.09, 0.48) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Coronary artery disease, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Coronary artery disease, Unstable angina | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery occlusion | 2 (0.16) | 0.07 (0.01, 0.24) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery stenosis | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Death | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Deep vein thrombosis | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Deep venous thrombosis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |

Data Source: [4.4.1, 4.14]

34

MRK-AHD0075790

M004007138



**Table 11 (Continued)**
**Summary of Investigator-Reported Cardiovascular Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3035 Patient-Years (PY) | | Placebo (N=1299) 3312 Patient-Years | |
|---|---|---|---|---|
| | n(%)[1] | PY-Rate[2] (95% CI) | n(%)[1] | PY-Rate[2] (95% CI) |
| Gangrene NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Intermittent claudication | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Intracranial hemorrhage | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischaemic stroke NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischaemic heart disease | 2 (0.16) | 0.07 (0.01, 0.24) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic stroke NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Myocardial infarction | 8 (0.62) | 0.26 (0.11, 0.52) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Myocardial infarction, Cardiac arrest | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial infarction, Coronary artery disease | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial infarction, Coronary artery disease NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Myocardial infarction, Metastatic carcinoma | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial ischaemia | 4 (0.31) | 0.13 (0.04, 0.34) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Myocardial ischemia, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Non-Q wave myocardial infarction; Ventricular tachycardia | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Peripheral vascular disorder | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Phlebitis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.12) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Shock | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Subdural haematoma | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Sudden Death, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Sudden cardiac death | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischaemic attack | 6 (0.47) | 0.20 (0.07, 0.43) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Transient ischaemic attack, Carotid artery stenosis | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischaemic attack, Cerebrovascular accident | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischemic attack | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Venous thrombosis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ventricular fibrillation | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Vertebrobasilar insufficiency | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac catheter complication | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[1] Crude Incident (n/N×100)
[2] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event
Data Source: [4.4.1, 4.14]

35

MRK-AHD0075791

M004007139



Figure 6 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups for investigator-reported cardiovascular events. The curve of the rofecoxib treatment group was above the curve of the placebo treatment group during the entire study.

**Figure 6**
**Kaplan-Meier Plot for Investigator-Reported Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1127 | 1053 | 982 | 928 | 883 | 712 |
| Placebo | 1299 | 1194 | 1154 | 1076 | 1035 | 993 | 827 |

Data Source: [4.4.1, 4.14]

36

MRK-AHD0075792

M004007140



Figure 7 displays the hazard functions over time for both treatment groups for investigator-reported cardiovascular events. The rates of the investigator-reported cardiovascular events for both treatment groups and the relative risks at 6-month intervals or 18-month intervals are shown in Tables 12a and 12b. A test of the proportional hazard assumption for the Cox proportional hazards model did not show the violation of the assumption (p=0.205).

<div align="center">

**Figure 7**
**Hazard Plot for Investigator Reported Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

</div>



(Proportionality p-value=0.205)
Investigator-Reported Cardiovascular Events

Data Source: [4.4.1, 4.14]

37

MRK-AHD0075793

M004007141



## Table 12a
### Summary of Investigator Reported Cardiovascular Events by Time Interval (6 Months)
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Relative Risk(95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)† | Number At Risk | Events/Patient-years | Rate (95% CI)† | |
| 0 - 6 Months | 1287 | 14/601 | 2.33(1.27, 3.91) | 1299 | 7/622 | 1.13(0.45, 2.32) | 2.07 (0.78, 6.06) |
| 6 - 12 Months | 1127 | 9/543 | 1.66(0.76, 3.15) | 1194 | 8/585 | 1.37(0.59, 2.70) | 1.21 (0.42, 3.61) |
| 12 - 18 Months | 1053 | 16/507 | 3.15(1.80, 5.12) | 1154 | 10/557 | 1.80(0.86, 3.30) | 1.76 (0.75, 4.33) |
| 18 - 24 Months | 982 | 11/477 | 2.31(1.15, 4.13) | 1076 | 9/528 | 1.51(0.65, 2.98) | 1.52 (0.56, 4.36) |
| 24 - 30 Months | 928 | 10/451 | 2.22(1.06, 4.08) | 1035 | 7/506 | 1.38(0.56, 2.85) | 1.60 (0.55, 4.96) |
| > 30 Months | 883 | 17/457 | 3.72(2.17, 5.96) | 993 | 4/516 | 0.78(0.21, 1.99) | 4.80 (1.56, 19.59) |

† Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

## Table 12b
### Summary of Investigator Reported Cardiovascular Events by Time Interval (18 Months)
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)† | Number At Risk | Events/Patient-years | Rate (95% CI)† | Difference(95% CI) | Relative Risk(95% CI) |
| Months 0 - 18 | 1287 | 39/1651 | 2.36(1.68, 3.23) | 1299 | 25/1763 | 1.42(0.92, 2.09) | 0.94 (0.02, 1.87) | 1.67 (1.01, 2.76) |
| Months 19 - 36 | 982 | 38/1384 | 2.74(1.94, 3.77) | 1076 | 19/1549 | 1.23(0.74, 1.91) | 1.52 (0.49, 2.55) | 2.22 (1.24, 3.85) |
| Ratio | | 1.16 (0.74, 1.81) | | | 0.88 (0.49, 1.61) | | | |

† Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

:793

MRK-AHD0075794

M004007142



## 7.6 New Ischemic Events

New ischemic event was not a pre-specified DAP endpoint for analysis and was included in the analysis based on a regulatory agency request. Table 13 summarizes the new ischemic events which occurred between randomization and 14 days after the last dose of study therapy by term and treatment.

There were 36 patients with new ischemic events in the rofecoxib treatment group and 28 patients with new ischemic events in the placebo treatment group.

The patient-year adjusted event rates were 1.24 and 0.85 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively.

**Table 13**
**Summary of New Ischemic Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3062 Patient-Years (PY) | | Placebo (N=1299) 3308 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| Total number of patients with events | 38 (2.95) | 1.24 (0.88, 1.70) | 28 (2.16) | 0.85 (0.56, 1.22) |
| Acute coronary syndrome | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Acute myocardial infarction | 5 (0.39) | 0.16 (0.05, 0.38) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Angina pectoris | 5 (0.39) | 0.16 (0.05, 0.38) | 9 (0.69) | 0.27 (0.12, 0.52) |
| Angina unstable | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac arrest | 2 (0.16) | 0.07 (0.01, 0.24) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Coronary artery disease | 17 (1.32) | 0.56 (0.32, 0.89) | 16 (1.23) | 0.48 (0.28, 0.79) |
| Coronary artery occlusion | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Coronary artery stenosis | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| ECG signs of myocardial ischaemia | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial infarction | 11 (0.85) | 0.36 (0.18, 0.64) | 7 (0.54) | 0.21 (0.09, 0.44) |
| Myocardial ischaemia | 3 (0.23) | 0.10 (0.02, 0.29) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Sudden cardiac death | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Sudden death | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ventricular fibrillation | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[†] Crude Incident(n/Nx100)
[‡] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event

Data Source: [4.4.1]

39



Figure 8 displays the Kaplan-Meier cumulative rate curves over time for new ischemic events for both treatment groups.

**Figure 8**
**Kaplan-Meier Plot for New Ischemic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1266 | 1129 | 1058 | 990 | 940 | 898 | 729 |
| Placebo | 1298 | 1190 | 1150 | 1074 | 1035 | 994 | 828 |

Data Source: [4.4.1]

40

MRK-AHD0075796

M0040071144



Figure 9 displays the hazard functions over time for both treatment groups. The rates of new
ischemic events for both treatment groups and the relative risks at 6-month intervals or 18-month
intervals are shown in Tables 14a and 14b. Figure 9, Tables 14a and 14b show that the hazard
ratio or the relative risk for new ischemic events did not appear to be a constant over time. The
testing of the proportional hazard assumption for the Cox proportional hazards model also
showed that the assumption did not hold (p=0.014). The relative risk calculated as an estimate of
the hazard ratio from the Cox model should be interpreted as an average of the treatment effect
over the time range of the study. The relative risk of rofecoxib versus placebo therapy was 1.48
with a 95% confidence interval of (0.90, 2.43). The relative risk was not significantly greater
than 1 (p= 0.121) (Table 7).

**Figure 9**
**Hazard Plot for New Ischemic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



(Proportionality p-value=0.014)
New ischemic events

Data Source: [4.4.]

41

MRK-AHD0075797

M004007145