

## Table 14a
### Summary of New Ischemic Events by Time Interval (6 Months)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Relative Risk(95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)† | Number At Risk | Events/Patient-years | Rate (95% CI)† | |
| 0 - 6 Months | 1287 | 4/602 | 0.66(0.18, 1.70) | 1299 | 11/620 | 1.77(0.89, 3.17) | 0.37 (0.09, 1.26) |
| 6 - 12 Months | 1129 | 5/544 | 0.92(0.30, 2.14) | 1190 | 4/583 | 0.69(0.19, 1.76) | 1.34 (0.29, 6.75) |
| 12 - 18 Months | 1058 | 10/511 | 1.96(0.94, 3.60) | 1150 | 5/555 | 0.90(0.29, 2.10) | 2.17 (0.68, 8.10) |
| 18 - 24 Months | 990 | 6/482 | 1.25(0.46, 2.71) | 1074 | 1/528 | 0.19(0.00, 1.06) | 6.57 (0.80, 302.15) |
| 24 - 30 Months | 940 | 3/438 | 0.68(0.14, 1.92) | 1035 | 3/506 | 0.59(0.12, 1.73) | 1.11 (0.15, 8.26) |
| > 30 Months | 898 | 10/466 | 2.15(1.03, 3.95) | 984 | 4/516 | 0.78(0.21, 1.99) | 2.77 (0.80, 12.10) |

† Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

## Table 14b
### Summary of New Ischemic Events by Time Interval (18 Months)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)† | Number At Risk | Events/Patient-years | Rate (95% CI)† | Difference(95% CI) | Relative Risk(95% CI) |
| Months 0 - 18 | 1287 | 19/1657 | 1.15(0.69, 1.79) | 1299 | 20/1758 | 1.14(0.69, 1.76) | 0.01 (-0.71, 0.73) | 1.01 (0.53, 1.92) |
| Months 19 - 36 | 990 | 19/1405 | 1.35(0.81, 2.11) | 1074 | 8/1550 | 0.52(0.22, 1.02) | 0.84 (0.13, 1.54) | 2.62 (1.10, 6.52) |
| Ratio | | | 1.27 (0.66, 2.41) | | | 0.45 (0.17, 1.08) | | |

† Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

42

MRK-AHD0075798

M004007146



.798

## 7.7 Subgroup Analyses of Confirmed Thrombotic Cardiovascular Events

Subgroup analyses on confirmed thrombotic cardiovascular events were performed for subgroups defined by baseline characteristics: age (greater than or equal to 65 years old versus less than 65 years old), gender, low dose aspirin (LDA) use stratum (stratum for randomization), history of symptomatic atherosclerotic cardiovascular disease (ASCVD), history of diabetes, history of hypercholesterolemia, history of hypertension, current cigarette use, baseline hypertension drug use, history of ischemic heart disease, region (US versus non-US), as well as 2 or more CV risk factors for coronary artery disease (from among history of diabetes, hypercholesterolemia, hypertension, and current cigarette use) and increased risk for CV event (with a history of symptomatic ASCVD or 2 or more risk factors for coronary artery disease) (Table 15). There were no statistically significant treatment by subgroup interactions for any of these baseline subgroups, indicating general consistency of treatment effects across these subgroups.

Although there might not have been sufficient precision to reveal some potentially important interactions, of note were the numerical differences in RR for subgroups of history of symptomatic ASCVD versus no history, history of diabetes versus no history, and history of ischemic heart disease versus no history. For each of these, the RRs were higher in the subgroups with these attributes than for those in the subgroups without the attributes due to the relatively small numbers of events in the placebo therapy group in those subgroups with the attributes.

Test based on the Cox proportional hazards models with terms for treatment and subgroup factor shown that age of greater than or equal to 65 years old, presence of the history of symptomatic ASCVD, presence of the increased risk for CV event, presence of the history of diabetes, presence of the history of hypertension, current cigarette use, and the need for hypertension drug therapy at baseline were significant risk factors for development of confirmed thrombotic events.

43

MRK-AHD0075799

M004007147



### Table 15
### Subgroup Analysis of Confirmed Thrombotic Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Subgroup | Rofecoxib 25 mg (N=1287) N, Events/PYs | Rate[‡] (95% CI) | Placebo (N=1299) N, Events/PYs | Rate[‡] (95% CI) | Comparison Relative Risk (95% CI) |
|---|---|---|---|---|---|
| Age (0.000[b]) Subgroup-by-Treatment Interaction p-value: 0.802 | | | | | |
| Age<65 | 903, 22/2199 | 1.00(0.63, 1.51) | 914, 13/2366 | 0.55(0.29, 0.94) | 1.81 (0.91, 3.60) |
| Age≥65 | 384, 24/860 | 2.79(1.79, 4.15) | 385, 13/960 | 1.35(0.72, 2.32) | 2.09 (1.06, 4.10) |
| Gender (0.128[b]) Subgroup-by-Treatment Interaction p-value: 0.501 | | | | | |
| Male | 804, 32/1945 | 1.65(1.13, 2.32) | 805, 20/2111 | 0.95(0.58, 1.46) | 1.73 (0.99, 3.03) |
| Female | 483, 14/1113 | 1.26(0.69, 2.11) | 494, 6/1215 | 0.49(0.18, 1.07) | 2.55 (0.92, 8.09) |
| Low Dose Aspirin User (0.229[b]) Subgroup-by-Treatment Interaction p-value: 0.381 | | | | | |
| No | 1074, 36/2570 | 1.40(0.98, 1.94) | 1095, 21/2823 | 0.74(0.46, 1.14) | 1.89 (1.10, 3.24) |
| Yes | 213, 10/489 | 2.05(0.98, 3.76) | 204, 5/503 | 0.99(0.32, 2.32) | 2.06 (0.64, 7.68) |
| History of Symptomatic ASCVD[†] (0.032[b]) Subgroup-by-Treatment Interaction p-value: 0.096 | | | | | |
| No | 1171, 36/2797 | 1.29(0.90, 1.78) | 1197, 25/3075 | 0.81(0.53, 1.20) | 1.58 (0.95, 2.64) |
| Yes | 116, 10/262 | 3.82(1.83, 7.02) | 102, 1/251 | 0.40(0.01, 2.22) | 9.59 (1.36, 416.36) |
| ≥2 Risk Factors for Coronary Artery Disease[‡] (0.000[b]) Subgroup-by-Treatment Interaction p-value: 0.527 | | | | | |
| No | 969, 23/2341 | 0.98(0.62, 1.47) | 1010, 16/2633 | 0.61(0.35, 0.99) | 1.62 (0.86, 3.07) |
| Yes | 318, 23/717 | 3.21(2.03, 4.81) | 289, 10/693 | 1.44(0.69, 2.65) | 2.22 (1.02, 5.23) |
| History of Diabetes (0.001[b]) Subgroup-by-Treatment Interaction p-value: 0.091 | | | | | |
| No | 1172, 34/2792 | 1.22(0.84, 1.70) | 1188, 24/3055 | 0.79(0.50, 1.17) | 1.55 (0.92, 2.61) |
| Yes | 115, 12/267 | 4.49(2.32, 7.84) | 111, 2/272 | 0.74(0.09, 2.66) | 6.10 (1.36, 56.11) |
| History of Hypercholesterolemia (0.189[b]) Subgroup-by-Treatment Interaction p-value: 0.853 | | | | | |
| No | 914, 29/2170 | 1.34(0.90, 1.92) | 961, 18/2478 | 0.73(0.43, 1.15) | 1.85 (1.03, 3.33) |
| Yes | 373, 17/889 | 1.91(1.11, 3.06) | 338, 8/849 | 0.94(0.41, 1.86) | 2.03 (0.83, 5.43) |
| History of Hypertension (0.000[b]) Subgroup-by-Treatment Interaction p-value: 0.796 | | | | | |
| No | 824, 20/1996 | 1.00(0.61, 1.55) | 853, 11/2228 | 0.49(0.25, 0.88) | 2.03 (0.93, 4.69) |
| Yes | 463, 26/1063 | 2.45(1.60, 3.58) | 446, 15/1099 | 1.37(0.76, 2.25) | 1.78 (0.94, 3.36) |
| Current Cigarette Users (0.011[b]) Subgroup-by-Treatment Interaction p-value: 0.660 | | | | | |
| No | 1007, 30/2429 | 1.24(0.83, 1.76) | 1014, 18/2615 | 0.69(0.41, 1.09) | 1.80 (1.00, 3.22) |
| Yes | 280, 16/630 | 2.54(1.45, 4.12) | 285, 8/711 | 1.12(0.49, 2.22) | 2.26 (0.91, 6.10) |
| Increased CV Risk[§] (0.000[b]) Subgroup-by-Treatment Interaction p-value: 0.137 | | | | | |
| No | 907, 18/2201 | 0.82(0.48, 1.29) | 958, 16/2498 | 0.64(0.37, 1.04) | 1.28 (0.65, 2.51) |
| Yes | 380, 28/858 | 3.26(2.17, 4.72) | 341, 10/829 | 1.21(0.58, 2.22) | 2.71 (1.28, 6.24) |
| Baseline Hypertension Drug (0.001[b]) Subgroup-by-Treatment Interaction p-value: .641 | | | | | |
| No | 900, 23/2167 | 1.06(0.67, 1.59) | 927, 15/2408 | 0.62(0.35, 1.03) | 1.70 (0.89, 3.26) |
| Yes | 387, 23/892 | 2.58(1.63, 3.87) | 372, 11/919 | 1.20(0.60, 2.14) | 2.15 (1.01, 4.89) |
| History of Ischemic Heart Disease (0.092[b]) Subgroup-by-Treatment Interaction p-value: 0.155 | | | | | |
| No | 1186, 38/2828 | 1.34(0.95, 1.84) | 1205, 25/3101 | 0.81(0.52, 1.19) | 1.67 (1.01, 2.77) |
| Yes | 101, 8/231 | 3.47(1.50, 6.84) | 94, 1/226 | 0.44(0.01, 2.46) | 7.84 (1.05, 348.06) |
| Region (0.851[b]) Subgroup-by-Treatment Interaction p-value: .690 | | | | | |
| US | 660, 23/1549 | 1.48(0.94, 2.23) | 669, 14/1649 | 0.85(0.46, 1.42) | 1.74 (0.90, 3.38) |
| Non-US | 627, 23/1510 | 1.52(0.97, 2.29) | 630, 12/1678 | 0.72(0.37, 1.25) | 2.15 (1.07, 4.32) |

[‡] Events per 100 Patient-Years

[b] p-value for testing whether the factor is a significant risk factor based on Cox proportional hazards models with terms for treatment and subgroup factor

[†] ASCVD=atherosclerotic cardiovascular disease

[‡] 2 or more risk factors for coronary artery disease from History of diabetes, History of Hypercholesterolemia, History of Hypertension, Current Cigarette Use

[§] History of Symptomatic ASCVD or 2 or more Risk Factors for Coronary Artery Disease

Data Source: [4.4.1]

44

MRK-AHD0075800

M004007148



Subgroup analysis based on post-randomization concomitant aspirin use (defined as at least 50% of time while on study drug, and not starting after a CV event) was also performed (Table 16). There was no significant treatment by subgroup interaction. Caution must be exercised when a between-treatment comparison is made using results of subgroup analysis based on post-randomization covariate because it cannot be known whether drug effects influence the post-randomization covariate or vice versa.

## Table 16
### Post-Randomization Subgroup Analysis of Confirmed Thrombotic Cardiovascular Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Subgroup | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
|---|---|---|---|---|---|
| | N, Events/PYs | Rate[†] (95% CI) | N, Events/PYs | Rate[†] (95% CI) | Relative Risk(95% CI) |
| Concomitant Aspirin Use[‡] (0.519[#]) | Subgroup-by-Treatment Interaction p-value: 0.304 | | | | |
| No | 1035, 34/2470 | 1.38(0.95, 1.92) | 1053, 22/2689 | 0.82(0.51, 1.24) | 1.68 (0.99, 2.88) |
| Yes | 252, 12/589 | 2.04(1.05, 3.56) | 246, 4/637 | 0.63(0.17, 1.61) | 3.25 (0.98, 13.81) |

[†] Events per 100 Patient-Years
[#] p-value for testing whether the factor is a significant risk factor
[‡] Aspirin use defined as patient who took any dose of aspirin, clopidogrel, clopidogrel bisulfate, ticlopidine, and ticlopidine hydrochloride for at least 50% of the time while on study therapy and did not start any of these medications after a confirmed thrombotic cardiovascular event

Data Source: [4.4.1, 4.1]

MRK-AHD0075801

MDD4007149



## 7.8 Relationship Between Blood Pressure and Cardiovascular Events

Several investigations into the potential relationship of blood pressure with cardiovascular events were made. Tables 17, 18, and 19 show the results of confirmed thrombotic cardiovascular events by categories of baseline blood pressure. There was no evidence that higher baseline blood pressure was associated with higher relative risk for the rofecoxib treatment group. The number of events for the categories of lower baseline blood pressure for the placebo treatment group was small, precluding meaningful assessment of the relative risk of rofecoxib versus placebo therapy for those categories.

### Table 17
### Baseline Blood Pressure and Confirmed Thrombotic Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Baseline Blood Pressure (mm Hg) | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patient-Years, N | PY-Rate[‡] (95% CI) | Events/Patient-Years, N | PY-Rate[‡] (95% CI) | Relative Risk(95% CI) |
| DBP≥100 or SBP≥160 | 5/179.3, 85 | 2.79 (0.91, 6.51) | 3/192.0, 77 | 1.56 (0.32, 4.57) | 1.79 (0.35, 11.50) |
| DBP 90-99 or SBP 140-159 | 13/859.5, 371 | 1.51 (0.81, 2.59) | 12/1031, 403 | 1.16 (0.60, 2.03) | 1.30 (0.59, 2.86) |
| DBP 85-89 or SBP 130-139 | 14/759.0, 319 | 1.84 (1.01, 3.09) | 8/712.4, 287 | 1.12 (0.48, 2.21) | 1.64 (0.64, 4.52) |
| DBP 80-84 or SBP 120-129 | 10/710.8, 295 | 1.41 (0.67, 2.59) | 2/813.0, 313 | 0.25 (0.03, 0.89) | 5.72 (1.22, 53.68) |
| DBP <80 and SBP <120 | 4/550.2, 217 | 0.73 (0.20, 1.86) | 1/577.8, 219 | 0.17 (0.00, 0.96) | 4.20 (0.42, 206.87) |

‡ Events per 100 Patient-Years (PY)
DBP=Diastolic Blood Pressure
SBP=Systolic Blood Pressure

Data Source: [4.4.1, 4.2]

### Table 18
### Baseline Diastolic Blood Pressure and Confirmed Thrombotic Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Baseline Blood Pressure (mmHg) | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patient-Years, N | PY-Rate[‡] (95% CI) | Events/Patient-Years, N | PY-Rate[‡] (95% CI) | Relative Risk(95% CI) |
| DBP≥100 | 0/41.00, 18 | 0.00 (0.00, 9.00) | 1/46.76, 19 | 2.14 (0.05, 11.92) | 0.00 (0.00, 44.47) |
| DBP 90-99 | 6/448.2, 195 | 1.34 (0.49, 2.91) | 3/505.1, 192 | 0.59 (0.12, 1.74) | 2.25 (0.48, 13.50) |
| DBP 85-89 | 8/313.3, 137 | 2.55 (1.10, 5.03) | 4/312.0, 135 | 1.28 (0.35, 3.28) | 1.99 (0.53, 9.04) |
| DBP 80-84 | 14/1026, 432 | 1.36 (0.75, 2.29) | 7/1087, 420 | 0.64 (0.26, 1.33) | 2.12 (0.80, 6.20) |
| DBP <80 | 18/1230, 505 | 1.46 (0.87, 2.31) | 11/1376, 533 | 0.80 (0.40, 1.43) | 1.83 (0.87, 3.88) |

‡ Events per 100 Patient-Years (PY)
DBP=Diastolic Blood Pressure

Data Source: [4.4.1, 4.2]

MRK-AHD0075802

M004007150



**Table 19**
**Baseline Systolic Blood Pressure and Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Baseline Blood Pressure (mmHg) | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Relative Risk(95% CI) |
| SBP≥160 | 5/156.1, 76 | 3.20 (1.04, 7.48) | 3/161.1, 66 | 1.86 (0.38, 5.44) | 1.72 (0.33, 11.08) |
| SBP 140-159 | 13/738.1, 322 | 1.76 (0.94, 3.01) | 11/900.0, 355 | 1.22 (0.61, 2.19) | 1.44 (0.64, 3.21) |
| SBP 130-139 | 12/818.1, 342 | 1.47 (0.76, 2.56) | 9/767.0, 301 | 1.17 (0.54, 2.23) | 1.25 (0.48, 3.36) |
| SBP 120-129 | 11/660.0, 272 | 1.67 (0.83, 2.98) | 2/752.1, 290 | 0.27 (0.03, 0.96) | 6.27 (1.37, 58.19) |
| SBP <120 | 5/686.5, 275 | 0.73 (0.24, 1.70) | 1/746.4, 287 | 0.13 (0.00, 0.75) | 5.44 (0.61, 257.12) |

[1] Events per 100 Patient-Years (PY)
SBP=Systolic Blood Pressure
Data Source: [4.4.1, 4.2]

The overall mean change from baseline over all study visits for the rofecoxib treatment group was 3.37 mmHg for systolic blood pressure (SBP) and was 0.90 mmHg for diastolic blood pressure (DBP). For the placebo treatment group, the mean change from baseline was -0.50 mmHg for SBP and was -0.79 mmHg for DBP. Treatment effect on blood pressure started early and basically remained as a constant during treatment. Tables 20 and 21 show the results of confirmed thrombotic events in approximately equal-sized subgroups (quartiles) of change from baseline in mean arterial pressure (MAP), mathematically defined as ((2/3)DBP+(1/3)SBP), at Week 4, and an average change from baseline in MAP at both Weeks 4 and 17. There was no apparent consistent relationship between the change from baseline in MAP and confirmed thrombotic events.

**Table 20**
**Confirmed Thrombotic Events by Equally Sized Subgroup of Change from Baseline**
**in Mean Arterial Pressure at Week 4**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Change from Baseline in MAP (mmHg) | Rofecoxib 25 mg | | Placebo | | Relative Risk(95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/3053, 1244 | 1.51 (1.10, 2.01) | 26/3306, 1271 | 0.79 (0.51, 1.15) | 1.91 (1.18, 3.10) |
| <-4.6 | 8/617.7, 249 | 1.30 (0.56, 2.55) | 6/1037, 400 | 0.58 (0.21, 1.26) | 2.24 (0.68, 7.83) |
| -4.6 to 0 | 14/805.5, 330 | 1.74 (0.95, 2.92) | 8/881.0, 338 | 0.91 (0.39, 1.79) | 1.91 (0.73, 5.27) |
| 0 to 5.8 | 7/766.0, 317 | 0.91 (0.37, 1.88) | 7/712.3, 274 | 0.98 (0.40, 2.02) | 0.93 (0.28, 3.11) |
| >5.8 | 17/867.6, 348 | 1.97 (1.15, 3.15) | 5/675.0, 259 | 0.74 (0.24, 1.73) | 2.66 (0.94, 9.21) |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.1, 4.2]

47

MRK-AHD0075803

M004007151



**Table 21**

**Confirmed Thrombotic Events by Equally Sized Subgroup of Average Change from Baseline in Mean Arterial Pressure at Weeks 4 and 17**

**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Change from Baseline in MAP (mmHg) | Rofecoxib 25 mg | | Placebo | | Relative Risk(95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/3055, 1246 | 1.51 (1.10, 2.01) | 26/3325, 1278 | 0.78 (0.51, 1.15) | 1.92 (1.19, 3.11) |
| <-4.4 | 4/528.2, 216 | 0.76 (0.21, 1.94) | 5/1046, 398 | 0.48 (0.16, 1.12) | 1.58 (0.31, 7.36) |
| -4.4 to 0.2 | 17/821.9, 330 | 2.07 (1.20, 3.31) | 10/879.9, 345 | 1.14 (0.55, 2.09) | 1.82 (0.78, 4.45) |
| 0.2 to 5.3 | 9/799.7, 326 | 1.13 (0.51, 2.14) | 8/734.2, 279 | 1.09 (0.47, 2.15) | 1.03 (0.35, 3.06) |
| >5.3 | 16/905.7, 374 | 1.77 (1.01, 2.87) | 3/664.6, 256 | 0.45 (0.09, 1.32) | 3.91 (1.12, 20.96) |

[1] Events per 100 Patient-Years (PY)

Data Source: [4.4.1, 4.2]

Subgroup analyses were also performed for post-randomization subgroups defined by on-treatment blood pressure values. Table 22a is for subgroups of at least one occurrence of blood pressure spike during the entire treatment period regardless when the spike occurred. Table 22b is for subgroups of at least one occurrence of blood pressure spike before CV events for those who had CV events and during the entire treatment period for those who had no CV events. Therefore, Table 22b is similar to Table 22a but with all blood pressure measurements on and after CV event day censored. The occurrence of hypertension adverse events was also considered for both tables.

Occurrence of SBP≥160 mmHg might associate with higher risk for thrombotic events. There were significant or borderline significant treatment by subgroup interactions for subgroups defined by occurrence of SBP≥160 mmHg and occurrence of DBP≥100 or SBP≥160 mmHg. with substantially greater RRs in those with at least one occurrence of SBP≥160 mmHg and at least one occurrence of DBP≥100 or SBP≥160 mmHg than in those with none. Actually, the RRs for those without the occurrence of SBP≥160 mmHg and the occurrence of DBP≥100 or SBP≥160 mmHg were very close to one in Table 22a. Again, caution must be exercised when a between-treatment comparison is made based on results of post-randomization subgroup analysis.

48

MRK-AHD0075804

M004007152



# Table 22a
## Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events
### (Blood Pressure Measurements during the Entire Treatment Period were Included)
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Subgroup | Rofecoxib 25 mg (N=1287) N, Events/PYs | Rate[1] (95% CI) | Placebo (N=1299) N, Events/PYs | Rate[1] (95% CI) | Comparison Relative Risk(95% CI) |
|---|---|---|---|---|---|
| At Least One Occurrence of DBP>=100 mmHg (0.752[#]) | | | Subgroup-by-Treatment Interaction p-value: 0.817 | | |
| No | 1100, 40/2636 | 1.52(1.08, 2.07) | 1168, 24/3001 | 0.80(0.51, 1.19) | 1.89 (1.14, 3.14) |
| Yes | 168, 6/421 | 1.42(0.52, 3.10) | 118, 2/324 | 0.62(0.07, 2.23) | 2.31 (0.41, 23.40) |
| At Least One Occurrence of SBP>=160 mmHg (0.000[#]) | | | Subgroup-by-Treatment Interaction p-value: 0.030 | | |
| No | 884, 18/2129 | 0.85(0.50, 1.34) | 1024, 20/2594 | 0.77(0.47, 1.19) | 1.09 (0.58, 2.06) |
| Yes | 384, 28/929 | 3.01(2.00, 4.36) | 262, 6/732 | 0.82(0.30, 1.79) | 3.68 (1.49, 10.86) |
| At Least One Occurrence of DBP>=100 or SBP>=160 mmHg (0.003[#]) Subgroup-by-Treatment Interaction p-value: 0.024 | | | | | |
| No | 849, 18/2035 | 0.88(0.52, 1.40) | 981, 20/2481 | 0.81(0.49, 1.24) | 1.09 (0.58, 2.06) |
| Yes | 419, 28/1022 | 2.74(1.82, 3.96) | 305, 6/845 | 0.71(0.26, 1.55) | 3.85 (1.57, 11.39) |
| With hypertension related AE (0.543[#]) Subgroup-by-Treatment Interaction p-value: 0.842 | | | | | |
| No | 910, 30/2126 | 1.41(0.95, 2.01) | 1080, 21/2726 | 0.77(0.48, 1.18) | 1.83 (1.05, 3.19) |
| Yes | 377, 16/933 | 1.72(0.98, 2.79) | 219, 5/600 | 0.83(0.27, 1.94) | 2.06 (0.72, 7.19) |

[1] Events per 100 Patient-Years (PY)
[#] p-value for testing whether the factor is a significant risk factor

Data Source: [4.4.1, 4.2]

# Table 23b
## Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events
### (Blood Pressure Measurements on and After CV Event Day Were Censored)
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Subgroup | Rofecoxib 25 mg (N=1287) N, Events/PYs | Rate[1] (95% CI) | Placebo (N=1299) N, Events/PYs | Rate[1] (95% CI) | Comparison Relative Risk(95% CI) |
|---|---|---|---|---|---|
| At Least One Occurrence of DBP>=100 mmHg (0.342[#]) | | | Subgroup-by-Treatment Interaction p-value: 0.533 | | |
| No | 1100, 40/2637 | 1.52(1.08, 2.07) | 1167, 24/3004 | 0.80(0.51, 1.19) | 1.90 (1.15, 3.15) |
| Yes | 167, 5/421 | 1.19(0.39, 2.77) | 117, 1/322 | 0.31(0.01, 1.73) | 3.83 (0.43, 180.96) |
| At Least One Occurrence of SBP>=160 mmHg (0.019[#]) | | | Subgroup-by-Treatment Interaction p-value: 0.086 | | |
| No | 888, 22/2134 | 1.03(0.65, 1.56) | 1023, 20/2595 | 0.77(0.47, 1.19) | 1.33 (0.73, 2.44) |
| Yes | 379, 23/924 | 2.49(1.58, 3.74) | 261, 5/731 | 0.68(0.22, 1.60) | 3.64 (1.35, 12.26) |
| At Least One Occurrence of DBP>=100 or SBP>=160 mmHg (0.087[#]) Subgroup-by-Treatment Interaction p-value: 0.072 | | | | | |
| No | 853, 22/2040 | 1.08(0.68, 1.63) | 980, 20/2482 | 0.81(0.48, 1.24) | 1.33 (0.73, 2.44) |
| Yes | 414, 23/1017 | 2.26(1.43, 3.39) | 304, 5/844 | 0.59(0.19, 1.38) | 3.82 (1.42, 12.85) |
| With hypertension related AE (0.128[#]) Subgroup-by-Treatment Interaction p-value: 0.427 | | | | | |
| No | 915, 35/2132 | 1.64(1.14, 2.28) | 1083, 24/2727 | 0.88(0.56, 1.31) | 1.86 (1.11, 3.12) |
| Yes | 372, 11/927 | 1.19(0.59, 2.12) | 216, 2/599 | 0.33(0.04, 1.21) | 3.56 (0.78, 33.03) |

[1] Events per 100 Patient-Years
[#] p-value for testing whether the factor is a significant risk factor

Data Source: [4.4.1, 4.2]

49

MRK-AHD0075805

M004007153



Tables 23a and 23b present results for post-randomization blood pressure outliers and confirmed thrombotic events. The relative risk of rofecoxib versus placebo for patients who had two or more incidences of DBP>=100 or SBP>=160 during treatment was not higher than that for patients who had only one incidence of DBP>=100 or SBP>=160 during treatment.

### Table 23a
**Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events**
**(Blood Pressure Measurements during the Entire Treatment Period were Included)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| On Treatment BP | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patien t-Years[1], N | PY-Rate[1] (95% CI) | Events/Patien t-Years[1], N | PY-Rate[1] (95% CI) | Relative Risk(95% CI) |
| DBP<100 and SBP<160 | 18/2035, 849 | 0.88 (0.52, 1.40) | 20/2481, 981 | 0.81 (0.49, 1.24) | 1.09 (0.58, 2.06) |
| DBP>=100 or SBP>=160 (Once) | 14/459, 199 | 3.05 (1.67, 5.12) | 3/431, 160 | 0.70 (0.14, 2.04) | 4.38 (1.22, 23.77) |
| DBP>=100 or SBP>=160 (Two or more times) | 14/564, 220 | 2.48 (1.36, 4.17) | 3/414, 145 | 0.72 (0.15, 2.12) | 3.43 (0.96, 18.60) |

[1] Events per 100 Patient-Years

Data Source: [4.4.1, 4.2]

### Table 24
**Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events**
**(Blood Pressure Measurements on and After CV Event Day Were Censored)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| On Treatment BP | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patien t-Years[1], N | PY-Rate[1] (95% CI) | Events/Patien t-Years[1], N | PY-Rate[1] (95% CI) | Relative Risk(95% CI) |
| DBP<100 and SBP<160 | 22/2040, 853 | 1.08 (0.68, 1.63) | 20/2482, 980 | 0.81 (0.49, 1.24) | 1.33 (0.73, 2.44) |
| DBP>=100 or SBP>=160 (Once) | 14/462, 199 | 3.03 (1.66, 5.09) | 3/430, 160 | 0.70 (0.14, 2.04) | 4.35 (1.21, 23.61) |
| DBP>=100 or SBP>=160 (Two or more times) | 9/556, 215 | 1.62 (0.74, 3.07) | 2/414, 144 | 0.48 (0.06, 1.75) | 3.35 (0.69, 31.86) |

[1]: Events per 100 Patient-Years

Data Source: [4.4.1, 4.2]

MRK-AHD0075806

M004007154



Cox proportional hazards models with terms for treatment and covariate or time-varying covariate (Model 1), and separately with terms for treatment, covariate (or time-varying covariate) and treatment by covariate (or time-varying covariate) interaction (Model 2) were also used to assess the potential relationship between blood pressure and confirmed thrombotic cardiovascular events. Results were presented in Table 24. Model 1 was used to assess the covariate effect and the treatment effect after adjusting for covariate effect. Since covariates considered in this assessment were all post-randomization covariates, caution must be exercised when interpreting the treatment effect after adjusting for the covariate effect. Model 2 was used to assess the treatment by covariate interaction. Treatment by covariate interactions were all not significant at level 0.05, and the RR's for treatment effect adjusted for these covariates and interactions were similar to the unadjusted RR.

**Table 25**
**Blood Pressure and Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Effect | Relative Risk(95% CI) | P-Value |
|---|---|---|
| Time-varying Covariate was 1 and stayed as 1 once DBP ≥ 100 was true, and Covariate was 0 otherwise | | |
| Treatment | 1.92 (1.19, 3.11) | 0.008 |
| Covariate | 1.03 (0.41, 2.57) | 0.957 |
| Treatment*Covariate Interaction | 1.46 (0.15, 13.82) | 0.741 |
| Time-varying Covariate was 1 and stayed as 1 once SBP ≥ 160 was true, and Covariate was 0 otherwise | | |
| Treatment | 1.77 (1.09, 2.87) | 0.021 |
| Covariate | 2.52 (1.52, 4.19) | 0.000 |
| Treatment*Covariate Interaction | 1.77 (0.57, 5.51) | 0.328 |
| Time-varying Covariate was 1 and stayed as 1 once (DBP ≥ 100 or SBP≥160) was true, and Covariate was 0 otherwise | | |
| Treatment | 1.79 (1.10, 2.91) | 0.018 |
| Covariate | 2.34 (1.41, 3.86) | 0.001 |
| Treatment*Covariate Interaction | 2.08 (0.67, 6.48) | 0.207 |
| Time-varying Covariate was 1 and stayed as 1 once Hypertension related AE occurred, and Covariate was 0 otherwise | | |
| Treatment | 1.86 (1.15, 3.03) | 0.012 |
| Covariate | 1.38 (0.76, 2.53) | 0.292 |
| Treatment*Covariate Interaction | 2.06 (0.42, 10.04) | 0.373 |

Data Source: [4.4.1, 4.2]

Treatment effect and covariate effect were assessed based on Model 1 and the interaction was assessed based on Model 2.

51

MRK-AHD0075807

M004007155



### Table 24 (Continued)
### Blood Pressure and Confirmed Thrombotic Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Effect | Relative Risk(95% CI) | P-Value |
|---|---|---|
| Time-varying Covariate was 1 if DBP≥100 was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.97 (1.20, 3.20) | 0.007 |
| Covariate | 0.67 (0.09, 4.86) | 0.695 |
| Treatment*Covariate Interaction | 0.00 (0.00, .) | 0.977 |
| Time-varying Covariate was 1 if SBP≥160 was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.93 (1.18, 3.14) | 0.009 |
| Covariate | 1.60 (0.73, 3.49) | 0.242 |
| Treatment*Covariate Interaction | 2.15 (0.24, 19.02) | 0.490 |
| Time-varying Covariate was 1 if (DBP≥100 or SBP≥160) was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.94 (1.19, 3.16) | 0.008 |
| Covariate | 1.39 (0.64, 3.05) | 0.405 |
| Treatment*Covariate Interaction | 2.24 (0.25, 19.79) | 0.468 |
| Time-varying Covariate was the actual observed DBP at the visit before the CV event time | | |
| Treatment | 1.95 (1.19, 3.18) | 0.008 |
| Covariate | 1.00 (0.98, 1.03) | 0.794 |
| Treatment*Covariate Interaction | 0.95 (0.90, 1.00) | 0.070 |
| Time-varying Covariate was the actual observed SBP at the visit before the CV event time | | |
| Treatment | 1.81 (1.11, 2.96) | 0.018 |
| Covariate | 1.02 (1.01, 1.03) | 0.002 |
| Treatment*Covariate Interaction | 0.99 (0.96, 1.02) | 0.550 |
| Time-varying Covariate was the actual observed MAP ((2/3)DBP+ (1/3)SBP) at the visit before the CV event time | | |
| Treatment | 1.87 (1.14, 3.06) | 0.013 |
| Covariate | 1.02 (1.00, 1.04) | 0.074 |
| Treatment*Covariate Interaction | 0.97 (0.92, 1.01) | 0.171 |
| Covariate was the actual observed MAP ((2/3)DBP+ (1/3)SBP) at Week 4 | | |
| Treatment | 1.74 (1.07, 2.83) | 0.025 |
| Covariate | 1.04 (1.01, 1.06) | 0.002 |
| Treatment*Covariate Interaction | 0.98 (0.93, 1.02) | 0.350 |
| Covariate was the average of the actual observed MAP ((2/3)DBP+ (1/3)SBP) at Week 4 and Week 17 | | |
| Treatment | 1.58 (0.96, 2.59) | 0.069 |
| Covariate | 1.05 (1.02, 1.07) | 0.001 |
| Treatment*Covariate Interaction | 0.98 (0.93, 1.03) | 0.434 |

Data Source: [4.4.1, 4.2]

Treatment effect and covariate effect were assessed based on Model 1 and the interaction was
assessed based on Model 2.

52

MRK-AHD0075808

M004007156



A prediction of the incidence of myocardial infarction was performed using a model derived from data of the Framingham Heart Study and based on the risk factor profile of patients in this study. Baseline risk factors modeled were age, gender, systolic blood pressure, smoking, total cholesterol/HDL ratio (not available in APPROVe; used Framingham medians by gender and decade of age) and diabetes.

Table 25 presents the observed versus Framingham Model based expected cumulative incidence of myocardial infarction. The observed rates of the rofecoxib treatment group were all slightly higher than the corresponding expected rates while the observed rates of the placebo treatment group were consistently lower than the corresponding expected rates.

**Table 26**
**Actual Observed versus Framingham Model Based Expected Cumulative**
**Incidence of Myocardial Infarction**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Type | Rofecoxib | | Placebo | |
|---|---|---|---|---|
| | Expected | Observed | Expected | Observed |
| MI incidence through 36 months | 1.68 | 21/1287 (2.08) | 1.67 | 9/1299 (0.78) |
| MI incidence through 18 months | 0.77 | 9/1287 (0.79) | 0.76 | 7/1299 (0.59) |
| MI incidence after month 18 and through 36 months | 0.91 | 12/996 (1.28) | 0.90 | 2/1084 (0.20) |
| MI incidence from 1st on-drug blood pressure through 36-months | 1.80 | 20/1243 (2.00) | 1.61 | 8/1271 (0.71) |
| Ratio of 18-36 months MI incidence over 0-18 months MI incidence | 1.19 | 1.61 | 1.18 | 0.34 |

Data Source: [4.4.1]

MRK-AHD0075809

M004007157



For the rofecoxib treatment group, the predicted curve was calculated using blood pressure at time of first examination on treatment. Note that the systolic blood pressure increase on rofecoxib therapy versus placebo therapy was observed at Week 4 and remained generally similar over the entire treatment period. Predicted curves were then compared to the actual curves as shown in Figure 10. The observed curve for the rofecoxib-treated patients was similar to the predicted outcome; however, the observed placebo therapy curve diverged from the curve predicted for the placebo treatment group starting after around 18 months. Placebo-treated patients had better than predicted outcomes, based on their risk factors.

**Figure 10**
**Actual Observed versus Framingham Model Based Expected Cumulative Incidence of MI**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1130 | 1060 | 996 | 947 | 904 | 734 |
| Placebo | 1299 | 1197 | 1159 | 1084 | 1046 | 1006 | 840 |

Data Source: [4.4.1]

MRK-AHD0075810

M0D4007158



## 8. Discussion

The population enrolled in this study was representative of the population at large, including patients with one or more risk factors for CV events and some with a previous history of thrombotic CV events. Patients with a history of stroke or transient ischemic attack were permitted to enter the study as long as the event occurred at least two years prior to enrollment. Also, patients with a history of angina, congestive heart failure, history of myocardial infarction, coronary angioplasty, or coronary arterial bypass grafting were permitted to enter the study as long as the grafting was greater than one year prior to enrollment.

Rofecoxib therapy was associated with an increased risk of thrombotic cardiovascular events, in this study, predominantly non-fatal myocardial infarctions and thrombotic strokes.

Potential cardiovascular events were adjudicated by an independent external committee and all safety data were regularly monitored by an external safety monitoring board (ESMB). The trial was terminated on September 30, 2004, 2 months earlier than planned, due to the presence of significantly more cardiovascular adverse effects with rofecoxib 25 mg therapy in comparison to placebo therapy in the interim safety analysis based on cardiovascular data of August 16, 2004.

The separation of the Kaplan-Meier curves for cumulative incidence for confirmed thrombotic events (Figure 4) for rofecoxib and placebo therapies did not begin until approximately 18 months of chronic study treatment. Prior to 18 months, the two treatment groups had similar cumulative incidence of these events as evidenced by the coincident Kaplan-Meier curves. The data prior to 18 months is similar to that demonstrated with rofecoxib compared with placebo in Alzheimer's disease and rofecoxib compared with nonnaproxen NSAIDs in patients with osteoarthritis.

Importantly, in addition to an increase in events on rofecoxib therapy, there was an unexpected flattening of the cumulative incidence over time of thrombotic CV events in the placebo group over the second 18 months of the study.

In an attempt to explain the observed divergence in risk, a variety of subgroup analyses were conducted on the CV safety data from the APPROVe trial. These analyses looked for subgroup interactions on the basis of patient age, symptomatic ASCVD, hypertension, diabetes, hypercholesterolemia, aspirin use, current cigarette use, and increased CV risk (with a history of symptomatic ASCVD or 2 or more of the following: history of diabetes, hypercholesterolemia, hypertension, current cigarette use).

No significant treatment by subgroup interactions were identified in the analyses performed although the power for some of these analyses was limited as the study was neither powered nor expected to address these subgroup analyses. However, several risk factor subgroups did demonstrate numerical increases in RR for rofecoxib versus placebo therapy in comparison to the respective subgroups without the risk factors due to the relatively small numbers of events in the placebo treatment group in those subgroups with the risk factors. These risk factors were history of symptomatic ASCVD, history of diabetes, and history of ischemic heart disease.

55

MRK-AHD0075811

M004007159



Supplementary analyses of blood pressure did not demonstrate a consistent relationship between hypertension and the cardiovascular safety findings in APPROVe, nor did modeling based on the Framingham data suggest that the magnitude of the effect be explained by the mean blood pressure change observed in APPROVe, although a relationship cannot be excluded.

As per protocol, patient follow up will occur for one year following the cessation of study therapy in the base study in order to assess any evidence of either "rebound" rate of occurrence of colon polyps as well as to detect any continued difference in CV risk.

## 9. Conclusions

1. Increased risk of thrombotic cardiovascular events beginning approximately 18 months associated with rofecoxib therapy.

   – First 18 months consistent with prior placebo-controlled and non-naproxen controlled data.

2. Uncertain mechanism for the increased risk of thrombotic cardiovascular events

   – Analyses not suggestive of a consistent relationship between blood pressure and thrombotic CV events.

## Reference

Guess HA, Lydick EG, Small RD and Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. *American Journal of Epidemiology*, 125, 340-347, 1987.

56

MRK-AHD0075812

M00400771G0



# Supplemental Tables

## Table 27

### List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Aa | Case ID | Treatment | Onset Date | Rxlday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 9043 | 909 | Rofecoxib 25 mg | 02/17/03 | 1036 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 2 | 90114 | 465 | Rofecoxib 25 mg | 10/16/00 | 110 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 3 | 90114 | 951 | Rofecoxib 25 mg | 06/15/03 | 1080 | | Transient ischaemic attack, Carotid artery stenosis | Transient ischaemic attack[1] |
| 4 | 90132 | 976 | Rofecoxib 25 mg | 04/23/03 | 1070 | | Ventricular fibrillation | Acute myocardial infarction[1,2] |
| 5 | 90149 | 679 | Rofecoxib 25 mg | 07/22/01 | 371 | 07/22/01 | Sudden cardiac death | Sudden cardiac death[1,2] |
| 6 | 90151 | 844 | Rofecoxib 25 mg | 08/22/02 | 765 | | Transient ischaemic attack, Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 7 | 90161 | 686 | Rofecoxib 25 mg | 03/05/01 | 293 | | Coronary artery disease | Unstable angina pectoris[1] |
| 8 | 90165 | 820 | Rofecoxib 25 mg | 05/11/02 | 554 | | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 9 | 90281 | 970 | Rofecoxib 25 mg | 08/11/03 | 1034 | | Intestinal ischaemia | Peripheral arterial thrombosis[1] |
| 10 | 90310 | 722 | Rofecoxib 25 mg | 10/18/01 | 134 | | Angina pectoris, Myocardial infarction | Acute myocardial infarction[1,2] |
| 11 | 90354 | 671 | Rofecoxib 25 mg | 06/28/01 | 39 | | Angina Pectoris, Coronary artery occlusion | Unstable angina pectoris[1] |
| 12 | 90422 | 708 | Rofecoxib 25 mg | 09/21/01 | 409 | | Coronary artery disease | Unstable angina pectoris[1] |
| 13 | 90619 | 874 | Rofecoxib 25 mg | 07/25/02 | 675 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 14 | 90619 | 911 | Rofecoxib 25 mg | 07/25/02 | 675 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 15 | 90806 | 845 | Rofecoxib 25 mg | 08/13/02 | 610 | | Myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1, 4.14]

57

MRK-AHD0075813

M004007161



Table 26 (Continued)

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome

Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Ridday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 90811 | 4032 | Rofecoxib 25 mg | 08/02/01 | 184 | 08/02/01 | Death | Fatal acute myocardial infarction[1,2] |
| 17 | 90891 | 661 | Rofecoxib 25 mg | 06/04/01 | 88 | | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 18 | 91037 | 840 | Rofecoxib 25 mg | 07/25/02 | 550 | | Coronary artery occlusion | Unstable angina pectoris[1] |
| 19 | 91093 | 941 | Rofecoxib 25 mg | 05/01/03 | 736 | | Ischaemic stroke NOS | Ischaemic cerebrovascular stroke[1,2] |
| 20 | 91093 | 962 | Rofecoxib 25 mg | 07/13/03 | 829 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 21 | 91273 | 990 | Rofecoxib 25 mg | 12/24/03 | 1043 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 22 | 91354 | 795 | Rofecoxib 25 mg | 02/22/02 | 545 | | Age indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 23 | 91354 | 946 | Rofecoxib 25 mg | 05/23/03 | 1000 | | Coronary artery disease | Acute myocardial infarction[1,2] |
| 24 | 91363 | 792 | Rofecoxib 25 mg | 03/18/02 | 524 | | Venous thrombosis NOS | Peripheral venous thrombosis[1] |
| 25 | 91435 | 727 | Rofecoxib 25 mg | 11/04/01 | 145 | | Intracranial haemorrhage | Haemorrhagic stroke[1] |
| 26 | 91512 | 709 | Rofecoxib 25 mg | 05/28/01 | 200 | | Age indeterminate myocardial infarction | Acute myocardial infarction[1,2] |
| 27 | 91584 | 950 | Rofecoxib 25 mg | 06/03/03 | 769 | 06/04/03 | Myocardial infarction, Metastatic carcinoma | Fatal acute myocardial infarction[1,2] |
| 28 | 91621 | 780 | Rofecoxib 25 mg | 02/20/02 | 548 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 29 | 91757 | 859 | Rofecoxib 25 mg | 10/17/02 | 491 | | Angina unstable | Unstable angina pectoris[1] |
| 30 | 91773 | 954 | Rofecoxib 25 mg | 06/30/03 | 724 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 31 | 91779 | 827 | Rofecoxib 25 mg | 04/21/02 | 301 | | Myocardial ischemia | Unstable angina pectoris[1] |

Data Source: [4.4.1, 4.14]

58

MRK-AHD0075814



Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Risday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 32 | 91815 | 954 | Rofecoxib 25 mg | 05/08/03 | 1074 | 09/08/03 | Sudden Death, Myocardial Infarction | Sudden cardiac death[1,2] |
| 33 | 91843 | 771 | Rofecoxib 25 mg | 02/05/02 | 435 | . | Myocardial Infarction | Acute myocardial infarction[1,2] |
| 34 | 92040 | 743 | Rofecoxib 25 mg | 12/15/01 | 459 | 12/15/01 | Cardiac arrest | Sudden cardiac death[1,2] |
| 35 | 92095 | 975 | Rofecoxib 25 mg | 10/12/03 | 837 | 10/21/03 | Cerebellar infarction | Fatal ischaemic cerebrovascular stroke[1,2] |
| 36 | 92131 | 1570 | Rofecoxib 25 mg | 02/12/04 | 577 | . | Acute coronary syndrome | Acute myocardial infarction[1,2] |
| 37 | 92214 | 830 | Rofecoxib 25 mg | 07/13/02 | 575 | . | Transient ischaemic attack | Transient ischaemic attack[1] |
| 38 | 92591 | 901 | Rofecoxib 25 mg | 12/01/02 | 577 | . | Cerebral infarction | Ischaemic cerebrovascular stroke[1,2] |
| 39 | 92591 | 966 | Rofecoxib 25 mg | 08/31/03 | 830 | . | Brain stem infarction | Ischaemic cerebrovascular stroke[1,2] |
| 40 | 92591 | 3652 | Rofecoxib 25 mg | 02/16/04 | 1019 | . | Transient ischaemic attack | Transient ischaemic attack[1] |
| 41 | 92608 | 931 | Rofecoxib 25 mg | 03/05/03 | 1009 | . | Acute myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 42 | 92754 | 983 | Rofecoxib 25 mg | 11/07/03 | 900 | . | Myocardial Infarction | Acute myocardial infarction[1,2] |
| 43 | 92809 | 794 | Rofecoxib 25 mg | 03/21/02 | 324 | . | Age Indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 44 | 93028 | 969 | Rofecoxib 25 mg | 09/22/03 | 789 | . | Transient ischaemic attack | Ischaemic cerebrovascular stroke[1,2] |
| 45 | 93193 | 646 | Rofecoxib 25 mg | 06/06/01 | 9 | . | Myocardial Infarction, Coronary artery disease | Acute myocardial infarction[1,2] |
| 46 | 93369 | 732 | Rofecoxib 25 mg | 11/07/01 | 77 | . | Non-Q wave myocardial infarction; Ventricular tachycardia | Acute myocardial infarction[1,2] |
| 47 | 93572 | 3634 | Rofecoxib 25 mg | 02/10/04 | 933 | . | Coronary artery disease, Myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1, 4.14]

59

MRK-AHD0075815

M004007163



Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Rel day | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 48 | 53966 | 730 | Rofecoxib 25 mg | 11/13/01 | 170 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 49 | 94267 | 818 | Rofecoxib 25 mg | 12/10/02 | 513 | . | Myocardial ischemia | Unstable angina pectoris[1] |
| 50 | 94403 | 982 | Rofecoxib 25 mg | 12/03/03 | 983 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 51 | 94556 | 3807 | Rofecoxib 25 mg | 05/28/04 | 951 | . | Myocardial infarction, Cardiac arrest | Acute myocardial infarction[13] |
| 52 | 94712 | 931 | Rofecoxib 25 mg | 03/16/03 | 544 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 53 | 94723 | 3728 | Rofecoxib 25 mg | 04/16/04 | 920 | . | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 54 | 90161 | 677 | Rofecoxib 25 mg | 06/24/01 | 342 | . | Coronary artery disease | |
| 55 | 90281 | 3839 | Rofecoxib 25 mg | 11/25/03 | 1140 | . | Peripheral vascular disorder | |
| 56 | 90285 | 4045 | Rofecoxib 25 mg | 02/04/02 | 454 | . | Coronary artery disease | |
| 57 | 90281 | 721 | Rofecoxib 25 mg | 09/21/01 | 457 | . | Shock | |
| 58 | 90422 | 882 | Rofecoxib 25 mg | 08/01/02 | 723 | 11/08/02 | AML(M1/M2), Neutropenia, Septic shock(11/04/02) | |
| 59 | 90565 | 944 | Rofecoxib 25 mg | 03/09/03 | 950 | . | Coronary artery stenosis | |
| 60 | 90591 | 765 | Rofecoxib 25 mg | 12/06/01 | 324 | . | Coronary artery disease | |
| 61 | 90591 | 796 | Rofecoxib 25 mg | 12/05/01 | 324 | . | Carotid artery stenosis | |
| 62 | 90623 | 356 | Rofecoxib 25 mg | 12/05/00 | 71 | . | Cerebral ischemia | |
| 63 | 90656 | 968 | Rofecoxib 25 mg | 09/04/03 | 948 | . | Coronary artery atherosclerosis | |

Data Source: [4.4.1, 4.14]

60

MRK-AHD0075816



Table 26 (Continued)

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Cont ID | Treatment | Onset Date | Rddeny | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 64 | 90969 | 878 | Rofecoxib 25 mg | 11/08/02 | 593 | | Coronary artery stenosis | |
| 65 | 91113 | 877 | Rofecoxib 25 mg | 11/05/02 | 619 | 11/15/02 | Lung cancer metastatic | |
| 66 | 91301 | 4094 | Rofecoxib 25 mg | 07/07/04 | 1087 | | Oedema peripheral, Pain in extremity | |
| 67 | 91375 | 980 | Rofecoxib 25 mg | 10/16/03 | 983 | | Coronary artery disease | |
| 68 | 91390 | 621 | Rofecoxib 25 mg | 03/11/01 | 88 | | Phlebitis NOS | |
| 69 | 91356 | 703 | Rofecoxib 25 mg | 09/25/01 | 224 | | Ischemic heart disease | |
| 70 | 91602 | 810 | Rofecoxib 25 mg | 04/03/02 | 467 | 04/26/02 | Lung cancer stage unspecified (and mitasis), Bone neoplasm malignant | |
| 71 | 91644 | 4091 | Rofecoxib 25 mg | 10/07/03 | 891 | 06/01/04 | Renal neoplasm | |
| 72 | 91671 | 973 | Rofecoxib 25 mg | 10/14/03 | 884 | | Coronary artery disease NOS | |
| 73 | 91706 | 912 | Rofecoxib 25 mg | 03/03/03 | 885 | | Myocardial ischemia, Coronary artery disease NOS | |
| 74 | 91712 | 693 | Rofecoxib 25 mg | 07/23/01 | 296 | | cardiac catheter complication | |
| 75 | 91828 | 3651 | Rofecoxib 25 mg | 06/06/01 | 142 | | Cardiac disorder | |
| 76 | 92171 | 3819 | Rofecoxib 25 mg | 02/17/04 | 1066 | | Myocardial ischaemia | |
| 77 | 92211 | 3970 | Rofecoxib 25 mg | 05/11/04 | 946 | | Cardiac failure congestive, Acute pulmonary oedema, Bronchopneumonia | |
| 78 | 92213 | 849 | Rofecoxib 25 mg | 10/01/02 | 434 | | Coronary artery occlusion | |
| 79 | 92555 | 622 | Rofecoxib 25 mg | 04/27/01 | 4 | | Transient ischemic attack | |

Data Source: [4.4.1, 4.14]

61

MRK-AHD0075817

M004007165



Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Acc | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 80 | 92729 | 916 | Rofecoxib 25 mg | 12/03/03 | 197 | . | Angina unstable | |
| 81 | 92832 | 813 | Rofecoxib 25 mg | 12/12/02 | 648 | . | Angina pectoris, Coronary artery disease NOS | |
| 82 | 92849 | 834 | Rofecoxib 25 mg | 11/11/02 | 498 | . | Coronary artery stenosis | |
| 83 | 92919 | 939 | Rofecoxib 25 mg | 03/27/03 | 614 | . | Subdural haematoma | |
| 84 | 93264 | 3381 | Rofecoxib 25 mg | 02/16/04 | 951 | . | Coronary artery disease | |
| 85 | 93311 | 942 | Rofecoxib 25 mg | 05/04/03 | 661 | . | Transient ischaemic attack | |
| 86 | 93602 | 4072 | Rofecoxib 25 mg | 08/30/04 | 1042 | . | Myocardial ischaemia | |
| 87 | 94272 | 987 | Rofecoxib 25 mg | 11/01/03 | 783 | . | Myocardial infarction | |
| 88 | 94388 | 724 | Rofecoxib 25 mg | 07/18/01 | 163 | . | Ischaemic heart disease | |
| 89 | 94404 | 749 | Rofecoxib 25 mg | 12/20/01 | 46 | . | Angina pectoris | |
| 90 | 94500 | 958 | Rofecoxib 25 mg | 05/01/02 | 381 | . | Intermittent claudication | |
| 91 | 94615 | 914 | Rofecoxib 25 mg | 02/01/03 | 457 | . | Angina pectoris | |
| 92 | 94678 | 815 | Rofecoxib 25 mg | 04/24/02 | 183 | . | Deep vein thrombosis NOS | |
| 93 | 90016 | 723 | Placebo | 10/13/01 | 542 | . | Transient ischaemic attack[1] | |
| 94 | 90254 | 509 | Placebo | 12/11/00 | 35 | . | Peripheral vascular disorder[1] | |
| 95 | 90256 | 815 | Placebo | 11/30/02 | 838 | . | Acute myocardial infarction[1,3] | |

Data Source: [4.4.1, 4.14]

62

MRK-AHD0075818

M004007166



Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | As | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 96 | 90700 | 557 | Placebo | 02/14/01 | 93 | | Myocardial infarction | Acute myocardial infarction[12] |
| 97 | 90728 | 781 | Placebo | 01/17/02 | 492 | | Pulmonary embolism | Pulmonary embolism[1] |
| 98 | 90902 | 802 | Placebo | 02/23/02 | 202 | | Coronary artery disease NOS | Unstable angina pectoris[1] |
| 99 | 91000 | 903 | Placebo | 01/24/03 | 743 | | Transient ischaemia attack | Transient ischemic attack[1] |
| 100 | 91003 | 926 | Placebo | 01/28/03 | 747 | | Ischaemic stroke NOS | Ischemic cerebrovascular stroke[12] |
| 101 | 91173 | 720 | Placebo | 10/12/01 | 185 | | Cardiac arrest, Myocardial infarction | Acute myocardial infarction[13] |
| 102 | 91583 | 717 | Placebo | 09/19/01 | 152 | | Myocardial infarction | Acute myocardial infarction[13] |
| 103 | 91583 | 805 | Placebo | 04/29/02 | 374 | 04/29/02 | Myocardial infarction | Fatal acute myocardial infarction[13] |
| 104 | 91583 | 851 | Placebo | 04/10/02 | 355 | | Angina unstable | Unstable angina pectoris[1] |
| 105 | 92073 | 890 | Placebo | 11/14/02 | 458 | | Coronary artery disease NOS | Unstable angina pectoris[1] |
| 106 | 92073 | 891 | Placebo | 11/21/02 | 465 | | Acute myocardial infarction | Acute myocardial infarction[12] |
| 107 | 92301 | 637 | Placebo | 05/05/01 | 69 | | Angina pectoris | Unstable angina pectoris[1] |
| 108 | 92354 | 729 | Placebo | 11/06/01 | 319 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[12] |
| 109 | 92358 | 541 | Placebo | 08/04/02 | 399 | 08/04/02 | Cardiac arrest | Sudden cardiac death[12] |
| 110 | 92455 | 856 | Placebo | 10/03/02 | 605 | | Phlebitis NOS | Peripheral venous thrombosis[1] |
| 111 | 92480 | 787 | Placebo | 03/15/02 | 330 | | Pulmonary embolism | Pulmonary embolism[1] |

Data Source: [4.4.1, 4.14]

63

MRK-AHD0075819

M004007167



Table 26 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 112 | 92741 | 870 | Placebo | 11/14/02 | 365 | 12/10/02 | Cerebrovascular accident | Fatal hemorrhagic stroke[1] |
| 113 | 92839 | 920 | Placebo | 03/19/03 | 673 | | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 114 | 93258 | 761 | Placebo | 01/09/02† | 265 | 01/09/02† | Acute myocardial infarction; Cardio-respiratory arrest; Coronary artery thrombosis | Fatal acute myocardial infarction[1,2] |
| 115 | 93260 | 930 | Placebo | 02/13/03 | 508 | | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 116 | 93267 | 948 | Placebo | 05/23/03 | 707 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,3] |
| 117 | 93371 | 484 | Placebo | 07/31/01 | 6 | | Acute myocardial infarction | Acute myocardial infarction[1,4] |
| 118 | 93572 | 799 | Placebo | 04/09/02 | 189 | | Deep venous thrombosis NOS | Peripheral venous thrombosis[1] |
| 119 | 93616 | 3881 | Placebo | 06/23/04 | 1042 | | Cerebral haemorrhage | Hemorrhagic stroke[1] |
| 120 | 94319 | 898 | Placebo | 01/18/03 | 457 | 02/01/03 | Myocardial infarction; Coronary artery disease NOS | Fatal acute myocardial infarction[1,2] |
| 121 | 94336 | 3735 | Placebo | 04/26/04 | 937 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 122 | 94384 | 819 | Placebo | 05/15/02 | 484 | | Cerebral infarction | Ischemic cerebrovascular stroke[1,3] |
| 123 | 94405 | 834 | Placebo | 04/25/02 | 394 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,3] |
| 124 | 94430 | 759 | Placebo | 01/21/02 | 118 | | Cerebral infarction | Ischemic cerebrovascular stroke[1,3] |
| 125 | 90164 | 952 | Placebo | 05/01/03 | 916 | | Angina unstable | |
| 126 | 90142 | 474 | Placebo | 10/17/00 | 55 | | Coronary artery disease, Unstable angina | |
| 127 | 90406 | 940 | Placebo | 03/31/03 | 835 | | Gangrene NOS | |

† The correct date should be 1/8/02. However, 1/9/02 was what in the data set for the analysis. This error had no impact on analysis results.

Data Source: [4.4.1, 4.14]

64

MRK-AHD0075620



Table 26 (Continued)

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Art | Case ID | Treatment | Onset Date | Rdday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 124 | 90406 | 977 | Placebo | 03/31/03 | 855 | 05/27/03 | Pneumonia NOS | |
| 129 | 90481 | 932 | Placebo | 04/02/03 | 765 | | Carotid artery occlusion | |
| 130 | 90779 | 945 | Placebo | 11/23/03 | 802 | | Coronary artery occlusion | |
| 131 | 91335 | 957 | Placebo | 04/11/03 | 934 | | Myocardial ischaemia | |
| 132 | 91638 | 833 | Placebo | 07/23/02 | 559 | | Cerebrovascular disorder NOS | |
| 133 | 91704 | 4063 | Placebo | 09/19/03 | 1036 | 12/18/03 | Metastatic renal cell carcinoma | |
| 134 | 91724 | 832 | Placebo | 05/29/02 | 557 | | Subdural haematoma | |
| 135 | 91904 | 715 | Placebo | 11/21/01 | 463 | | Coronary artery disease | |
| 136 | 92046 | 850 | Placebo | 08/12/02 | 667 | | Myocardial ischaemia | |
| 137 | 92163 | 791 | Placebo | 01/02/03 | 242 | | Coronary artery disease NOS | |
| 138 | 92301 | 668 | Placebo | 05/07/01 | 101 | | Angina pectoris | |
| 139 | 92582 | 814 | Placebo | 05/20/02 | 389 | | Angina unstable | |
| 140 | 92814 | 904 | Placebo | 01/27/03 | 664 | | Carotid artery stenosis | |
| 141 | 92887 | 702 | Placebo | 08/27/01 | 146 | | Coronary artery stenosis | |
| 142 | 93260 | 907 | Placebo | 02/21/03 | 516 | 02/21/03 | Brain death, Sepsis NOS | |
| 143 | 93260 | 904 | Placebo | 02/17/02 | 512 | | Cerebrovascular accident | |

Data Source: [4.4.1, 4.14]

63

M004007169



**Table 26 (Continued)**

**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**

**Events on Treatment through 14 Days After the Last Dose of Study Therapy**

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|-----|---------|-----------|------------|--------|------------|------|----------------------|
| 144 | 93356 | 4029 | Placebo | 09/07/04 | 1126 | 09/16/04 | Hepatic failure, Renal failure acute, Disseminated intravascular coagulation | |
| 145 | 93601 | 3709 | Placebo | 12/29/03 | 798 | | Coronary artery disease | |
| 146 | 94059 | 963 | Placebo | 03/23/03 | 738 | | Vertebrobasilar insufficiency | |
| 147 | 94405 | 835 | Placebo | 05/10/02 | 409 | | Carotid artery stenosis | |
| 148 | 94732 | 4119 | Placebo | 07/06/02 | 262 | 12/31/02 | Gastric cancer NOS | |

Note: Confirmed TCVSAE event; Confirmed APTC event
Data Source: [4.4.1, 4.14]

**Table 28**

**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**

**Events between 15 Days and 28 Days after the Last Dose of Study Therapy**

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|-----|---------|-----------------|------------|--------|------------|------|----------------------|
| 1 | 90156 | 633 | Rofecoxib 25 mg | 05/01/01 | 275 | 05/15/01 | Metastatic neoplasm of unknown primary | |
| 2 | 94718 | 652 | Rofecoxib 25 mg | 06/07/02 | 304 | 07/05/02 | Pulmonary tuberculosis | |
| 3 | 90877 | 754 | Placebo | 12/18/01 | 387 | 12/27/01 | Stab Wound, Completed suicide | |

Note: Confirmed TCVSAE event; Confirmed APTC event
Data Source: [4.4.1, 4.14]

66

MRK-AHD0075822

M004027170



Table 28

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome

Events 28 Days after the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Death Date | Rclday | Term | Adjudication Outcome |
|---|----|---------|-----------|-----------|-----------|--------|------|----------------------|
| 1 | 90070 | 4146 | Rofecoxib 25 mg | 02/15/01 | 02/15/01 | 351 | Death | Sudden cardiac death[1,3] |
| 2 | 90010 | 4182 | Rofecoxib 25 mg | 07/24/02 | . | 413 | Coronary artery disease | Unstable angina pectoris[1] |
| 3 | 90732 | 955 | Rofecoxib 25 mg | 07/05/03 | . | 964 | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,3] |
| 4 | 91247 | 714 | Rofecoxib 25 mg | 08/17/01 | 08/18/01 | 86 | Thromboembolic stroke, Carotid artery obstruction, Cerebral infarction | Fatal ischemic cerebrovascular stroke[1,3] |
| 5 | 92718 | 725 | Rofecoxib 25 mg | 10/09/01 | 10/09/01 | 203 | sudden death | Sudden cardiac death[1,3] |
| 6 | 94072 | 933 | Rofecoxib 25 mg | 04/04/03 | . | 729 | Pulmonary embolism | Pulmonary embolism[1] |
| 7 | 90510 | 4255 | Rofecoxib 25 mg | 07/24/02 | 08/29/02 | 413 | CRC-split death due to post-op complications | |
| 8 | 90324 | 4181 | Rofecoxib 25 mg | 01/05/04 | 01/04/04 | 959 | Hepatic neoplasm malignant | |
| 9 | 90623 | 4061 | Rofecoxib 25 mg | 01/02/02 | 01/02/02 | 1463 | Dementia Alzheimer's type | |
| 10 | 91843 | 4121 | Rofecoxib 25 mg | 10/27/03 | 10/27/03 | 1064 | Cardiovascular accident | |
| 11 | 92708 | 4120 | Rofecoxib 25 mg | 09/21/01 | 10/10/01 | 306 | Hepatic cancer metastatic | |
| 12 | 93385 | 4145 | Rofecoxib 25 mg | 02/22/02 | 05/07/04 | 282 | Breast cancer metastatic | |
| 13 | 94392 | 4122 | Rofecoxib 25 mg | 07/02/02 | 07/02/02 | 492 | Aspiration | |
| 14 | 94503 | 943 | Rofecoxib 25 mg | 12/31/02 | 04/22/03 | 435 | Lung cancer metastatic | |
| 15 | 90873 | 4179 | Placebo | 02/15/03 | 02/15/03 | 807 | Death | Sudden cardiac death[1,3] |

Data Source: [4.4.1, 4.14]

67

MRK-AHD0075823

M004007171



Table 28 (Continued)

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome

Events 28 Days after Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|----|---------|-----------|-----------|--------|-----------|------|----------------------|
| 16 | 92455 | 819 | Placebo | 12/02/02 | 655 | 12/04/02 | Myocardial infarction | Fatal acute myocardial infarction[13] |
| 17 | 92598 | 4033 | Placebo | 05/15/03 | 717 | 05/15/03 | Acute myocardial infarction | Fatal acute myocardial infarction[13] |
| 18 | 90209 | 939 | Placebo | 10/07/03 | 1044 | 10/23/03 | Hepatic failure | |
| 19 | 90243 | 4180 | Placebo | 03/25/02 | 376 | 05/25/02 | Lung neoplasm malignant | |
| 20 | 90936 | 760 | Placebo | 11/12/01 | 229 | 11/12/01 | Injury NOS | |
| 21 | 91365 | 947 | Placebo | 04/16/03 | 851 | 04/16/03 | Circulatory collapse | |

Notes: * Confirmed TCVSAE event; † Confirmed APTC event

Data Source: [4.4.1, 4.14]

68

MRK-AHD0075824

M004007172