**10/10/2005 John Farquhar Deposition Excerpts**

• **Dedrick - Expert Challenge - Farquhar**

[1:1] - [1:25]         10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 1
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4    IN RE:  VIOXX                  )
                                    )
5    PRODUCTS LIABILITY LITIGATION  )
                                    ) MDL No. 1657
6                                   )
     _____)
7
8
9
10
11
12
13
14
15                     DEPOSITION OF:
16                  JOHN W. FARQUHAR, M.D.
17                 MONDAY, OCTOBER 10, 2005
18
19
20
21
22
23
24  Reported by:  MARK I. BRICKMAN, CSR, RPR
                  License No. 5527
25
page 2
1                     A P P E A R A N C E S
2
     For the Plaintiff:        LIEFF, CABRASER, HEIMANN &
```

[138:23] - [139:7]     10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 138
20   A.       I'm done.
21   Q.       All right.  Now let me go back and go
22  through this answer.
23            Firstly, Doctor, do you understand the
24  difference between investigator reported data and
25  adjudicated data?
page 139
1    A.       Yes, I do.
2    Q.       For the jury's benefit, investigator
3   reported data are events that people who are out there
4   seeing participants in a study and seeing events occur
5   report back to the group that's collecting the
6   information; correct?
7    A.       That's correct.
8    Q.       And then in some clinical studies, as was
9   the case in Vigor, a process is set up so that experts in
10  a particular area -- in this case cerebral vascular and
```

[139:8] - [139:21]     10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 139
5   report back to the group that's collecting the
6   information; correct?
7    A.       That's correct.
8    Q.       And then in some clinical studies, as was
9   the case in Vigor, a process is set up so that experts in
10  a particular area -- in this case cerebral vascular and
11  cardiovascular -- will look at the information blinded as
12  to which person may have taken Vioxx or which person may
```

10/10/2005 John Farquhar Deposition Excerpts

• **Dedrick - Expert Challenge - Farquhar**

```
         13  have taken Naproxen, and they determine which of those
         14  reported events truly was a CV event; correct?
         15             MR. ARBITBLIT:   Objection.
         16  Mischaracterizes the record and the case.
         17             MR. PARKER:   Q.   Is that the process?
         18      A.     That's the process.
         19      Q.     All right.
         20      A.     It's a good process and should always be
         21  done.
         22      Q.     And so that was my next question.
         23             You would agree with me that adjudicated
         24  blinded data is better data than investigator reported?
```

[139:23] - [140:10]     10/10/2005   Farquhar, John (Irvin-Plunkett)

```
         page 139
         20      A.     It's a good process and should always be
         21  done.
         22      Q.     And so that was my next question.
         23             You would agree with me that adjudicated
         24  blinded data is better data than investigator reported?
         25             MR. ARBITBLIT:   Object to form.
         page 140
         1              MR. PARKER:   All things being equal.
         2              THE WITNESS:   All things being equal, it's
         3   better.  It does by no means to me that the investigator
         4   reported data should be ignored.  I see it as secondary
         5   data, secondary outcomes, and in many randomized trials,
         6   that is reported as well as the adjudicated data, and we
         7   could go into a discussion of -- as to why investigator
         8   reported data should not be ignored, but that wasn't your
         9   question.
         10             MR. PARKER:   Doctor, you're correct.  That
         11  wasn't my question.
         12             My question started with asking you to refer
         13  to page 14 of Dr. Targum's report, and let's go back to
```

[298:1] - [298:25]      10/10/2005   Farquhar, John (Irvin-Plunkett)

```
         page 297
         24
             Subscribed and sworn to before me
         25  this ____ day of _____, 2005.
         page 298
         1   STATE OF CALIFORNIA       )
         2   COUNTY OF SAN FRANCISCO   )
         3             I, the undersigned, hereby certify that the
         4   witness in the foregoing deposition was by me duly sworn
         5   to testify the truth, the whole truth and nothing but the
         6   truth in the within-entitled cause; that said deposition
         7   was taken at the time and place therein stated; that the
         8   foregoing is at the time and place therein stated; that
         9   the foregoing is a full, true and complete record of said
         10  testimony; and that the witness was given an opportunity
         11  to read and correct said deposition and to subscribe the
         12  same.  Should the signature of the witness not be affixed
         13  to the deposition, the witness shall not have availed
         14  himself/herself of the opportunity to sign or the
         15  signature has been waived.
         16            I further certify that I am not of counsel or
         17  attorney for either or any of the parties in the foregoing
         18  deposition and caption names, or in any way interested in
         19  the outcome of the cause names in said action.
         20
         21            IN WITNESS WHEREOF I have hereunto set my hand
         22  this ____day of _____, 2005.
         23
         24
                                        _____
         25                             MARK I. BRICKMAN CSR 5527
```