IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:06-CV-00810<br><br>CHARLES MASON,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**NOTICE OF FILING COURT'S<br>RULINGS ON CERTAIN<br>DEPOSITION DESIGNATIONS** |

TO:    Edward F. Blizzard
         J. Scott Nabers
         Rebecca B. King
         BLIZZARD, MCCARTHY & NABERS, LLP
         440 Louisiana, Suite 1710
         Houston, Texas 77002

       Merck hereby files the Court's rulings on certain deposition designations from the *Barnett* (Ex. A.1 – A.6) and *Smith* cases (Ex. B.1 – B.6), for witnesses whose deposition designations the Parties offered into evidence in those cases.

       The Parties have agreed that all of the objections made to these designations in *Barnett* and *Smith* are preserved for appeal purposes in *Mason*. See September 20, 2006 Joint Stipulation, attached as Ex. C. Merck hereby incorporates the Court's rulings from *Barnett* and *Smith* so that the record of the Court's rulings is complete for the *Mason* case. While the Parties believe each of their non-case-specific objections from *Barnett* and *Smith* are valid, in *Mason* the Parties highlighted certain objections that they asked the Court to pay special attention to. These

objections are reflected in the deposition designation binders Merck filed on October 10, 2006, and certain deposition designations Merck filed on September 6, 2006.

These designations and rulings from *Barnett* and *Smith* are for the following witnesses: Avorn, Baumgartner, Braunstein, Curfman, Dunn, Fries, Graham, Scolnick, and Topol.

Dated:  November 14, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

*Defendant's Liaison Counsel*

Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:          (312) 494-4400
Telecopier:          (312) 494-4440

*Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF FILING COURT'S RULINGS ON CERTAIN DEPOSITION DESIGNATIONS, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of November, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel