Reference P122

MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel-Group, Placebo-Controlled, Double-Blind Study With In-House Blinding to Determine the Effect of 156 Weeks of Treatment With Rofecoxib (MK-0966) on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients With a History of Colorectal Adenomas (Protocol 122)

Confidential - Subject To Protective Order

MRK-S0420051001

M00960725

MK-0966, Reference P122
2

# ABBREVIATED CLINICAL STUDY REPORT

## ROFECOXIB (MK-0966)

### A MULTICENTER, RANDOMIZED, PARALLEL-GROUP, PLACEBO-CONTROLLED, DOUBLE-BLIND STUDY WITH IN-HOUSE BLINDING TO DETERMINE THE EFFECT OF 156 WEEKS OF TREATMENT WITH ROFECOXIB (MK-0966) ON THE RECURRENCE OF NEOPLASTIC POLYPS OF THE LARGE BOWEL IN PATIENTS WITH A HISTORY OF COLORECTAL ADENOMAS

(PROTOCOL 122)

CSR Title Page_0966_122_P122 VERSION 1.1 APPROVED                    16-Mar-2005
Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-S0420051002

M0096007726

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   291

APPROVe Trial Cardiovascular Safety Report



## Supplemental Tables and Figures

### Table 33
### List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
### Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 90043 | 909 | Rofecoxib 25 mg | 02/17/03 | 1036 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 2 | 90114 | 465 | Rofecoxib 25 mg | 10/16/00 | 110 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 3 | 90114 | 951 | Rofecoxib 25 mg | 06/13/03 | 1080 | | Transient ischaemic attack, Carotid artery stenosis | Transient ischemic attack[1] |
| 4 | 90132 | 976 | Rofecoxib 25 mg | 04/23/03 | 1070 | | Ventricular fibrillation | Acute myocardial infarction[1,2] |
| 5 | 90149 | 679 | Rofecoxib 25 mg | 07/22/01 | 371 | 07/22/01 | Sudden cardiac death | Sudden cardiac death[1,2] |
| 6 | 90151 | 844 | Rofecoxib 25 mg | 08/22/02 | 765 | | Transient ischaemic attack, Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 7 | 90161 | 686 | Rofecoxib 25 mg | 05/06/01 | 293 | | Coronary artery disease | Unstable angina pectoris[1] |
| 8 | 90165 | 820 | Rofecoxib 25 mg | 05/11/02 | 564 | | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 9 | 90281 | 970 | Rofecoxib 25 mg | 08/11/03 | 1034 | | Intestinal ischaemia | Peripheral arterial thrombosis[1] |
| 10 | 90310 | 722 | Rofecoxib 25 mg | 10/18/01 | 134 | | Angina pectoris, Myocardial infarction | Acute myocardial infarction[1,2] |
| 11 | 90324 | 672 | Rofecoxib 25 mg | 06/28/01 | 39 | | Angina Pectoris, Coronary artery occlusion | Unstable angina pectoris[1] |
| 12 | 90422 | 708 | Rofecoxib 25 mg | 09/21/01 | 409 | | Coronary artery disease | Unstable angina pectoris[1] |
| 13 | 90619 | 874 | Rofecoxib 25 mg | 07/25/02 | 675 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 14 | 90619 | 911 | Rofecoxib 25 mg | 07/25/02 | 675 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 15 | 90806 | 845 | Rofecoxib 25 mg | 08/13/02 | 610 | | Myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1; 4.21]

60

Confidential - Subject To Protective Order

MRK-S0420051291

M009600727

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)    292

APPROVe Trial Cardiovascular Safety Report

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|----|---------|-----------|------------|--------|------------|------|----------------------|
| 16 | 90811 | 4032 | Rofecoxib 25 mg | 08/02/01 | 184 | 08/02/01 | Death | Fatal acute myocardial infarction[1,2] |
| 17 | 90891 | 661 | Rofecoxib 25 mg | 06/04/01 | 88 | | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 18 | 91037 | 840 | Rofecoxib 25 mg | 07/25/02 | 550 | | Coronary artery occlusion | Unstable angina pectoris[1] |
| 19 | 91093 | 941 | Rofecoxib 25 mg | 05/01/03 | 756 | | Ischaemic stroke NOS | Ischemic cerebrovascular stroke[1,2] |
| 20 | 91093 | 962 | Rofecoxib 25 mg | 07/13/03 | 829 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 21 | 91273 | 990 | Rofecoxib 25 mg | 12/24/03 | 1043 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 22 | 91354 | 795 | Rofecoxib 25 mg | 02/22/02 | 545 | | Age indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 23 | 91354 | 946 | Rofecoxib 25 mg | 05/23/03 | 1000 | | Coronary artery disease | Acute myocardial infarction[1,2] |
| 24 | 91363 | 792 | Rofecoxib 25 mg | 03/18/02 | 524 | | Venous thrombosis NOS | Peripheral venous thrombosis[1] |
| 25 | 91435 | 727 | Rofecoxib 25 mg | 11/04/01 | 145 | | Intracranial hemorrhage | Hemorrhagic stroke[2] |
| 26 | 91512 | 709 | Rofecoxib 25 mg | 05/28/01 | 200 | | Age indeterminate myocardial infarction | Acute myocardial infarction[1,2] |
| 27 | 91584 | 950 | Rofecoxib 25 mg | 06/03/03 | 769 | 06/04/03 | Myocardial infarction, Metastatic carcinoma | Fatal acute myocardial infarction[1,2] |
| 28 | 91621 | 780 | Rofecoxib 25 mg | 02/20/02 | 348 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 29 | 91757 | 859 | Rofecoxib 25 mg | 10/17/02 | 498 | | Angina unstable | Unstable angina pectoris[1] |
| 30 | 91773 | 954 | Rofecoxib 25 mg | 06/30/03 | 724 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 31 | 91779 | 827 | Rofecoxib 25 mg | 04/21/02 | 301 | | Myocardial ischaemia | Unstable angina pectoris[1] |

Data Source: [4.4.1; 4.21]

61

Restricted Confidential Limited access

MRK-S0420051292

Confidential - Subject To Protective Order

M009600728

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   **293**

APPROVe Trial Cardiovascular Safety Report

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|----|---------|-----------|------------|--------|------------|------|----------------------|
| 32 | 91815 | 964 | Rofecoxib 25 mg | 09/08/03 | 1028 | 09/08/03 | Sudden Death, Myocardial infarction | Sudden cardiac death[1,2] |
| 33 | 91843 | 771 | Rofecoxib 25 mg | 02/05/02 | 435 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 34 | 92040 | 743 | Rofecoxib 25 mg | 12/15/01 | 459 | 12/15/01 | Cardiac arrest | Sudden cardiac death[1,2] |
| 35 | 92095 | 975 | Rofecoxib 25 mg | 10/12/03 | 837 | 10/23/03 | Cerebellar infarction | Fatal ischemic cerebrovascular stroke[1,2] |
| 36 | 92131 | 3570 | Rofecoxib 25 mg | 02/12/04 | 977 | | Acute coronary syndrome | Acute myocardial infarction[1,2] |
| 37 | 92314 | 830 | Rofecoxib 25 mg | 07/13/02 | 375 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 38 | 92591 | 901 | Rofecoxib 25 mg | 12/01/02 | 577 | | Cerebral infarction | Ischemic cerebrovascular stroke[1,2] |
| 39 | 92591 | 966 | Rofecoxib 25 mg | 08/31/03 | 850 | | Brain stem infarction | Ischemic cerebrovascular stroke[1,2] |
| 40 | 92591 | 3652 | Rofecoxib 25 mg | 02/16/04 | 1019 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 41 | 92608 | 938 | Rofecoxib 25 mg | 05/05/03 | 1009 | | Acute myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 42 | 92754 | 983 | Rofecoxib 25 mg | 11/07/03 | 900 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 43 | 92809 | 794 | Rofecoxib 25 mg | 03/21/02 | 324 | | Age indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 44 | 93028 | 969 | Rofecoxib 25 mg | 09/22/03 | 789 | | Transient ischemic attack | Ischemic cerebrovascular stroke[1,2] |
| 45 | 93193 | 646 | Rofecoxib 25 mg | 06/06/01 | 9 | | Myocardial infarction, Coronary artery disease | Acute myocardial infarction[1,2] |
| 46 | 93369 | 732 | Rofecoxib 25 mg | 11/07/01 | 77 | | Non-Q wave myocardial infarction; Ventricular tachycardia | Acute myocardial infarction[1,2] |
| 47 | 93522 | 3634 | Rofecoxib 25 mg | 02/10/04 | 933 | | Coronary artery disease, Myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1; 4.21]

62

Confidential - Subject To Protective Order

MRK-S0420051293

M00960729

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   **294**

APPROVe Trial Cardiovascular Safety Report

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 48 | 93966 | 730 | Rofecoxib 25 mg | 11/13/01 | 170 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 49 | 94267 | 888 | Rofecoxib 25 mg | 12/10/02 | 513 | | Myocardial ischemia | Unstable angina pectoris[1] |
| 50 | 94403 | 982 | Rofecoxib 25 mg | 12/03/03 | 983 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 51 | 94556 | 3807 | Rofecoxib 25 mg | 05/29/04 | 951 | | Myocardial infarction, Cardiac arrest | Acute myocardial infarction[1,2] |
| 52 | 94712 | 931 | Rofecoxib 25 mg | 03/16/03 | 544 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 53 | 94728 | 3728 | Rofecoxib 25 mg | 04/16/04 | 920 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 54 | 90161 | 677 | Rofecoxib 25 mg | 06/24/01 | 342 | | Coronary artery disease | |
| 55 | 90281 | 3839 | Rofecoxib 25 mg | 11/25/03 | 1140 | | Peripheral vascular disorder | |
| 56 | 90285 | 4045 | Rofecoxib 25 mg | 02/04/02 | 494 | | Coronary artery disease | |
| 57 | 90291 | 721 | Rofecoxib 25 mg | 09/21/01 | 457 | | Shock | |
| 58 | 90422 | 882 | Rofecoxib 25 mg | 08/01/02 | 723 | 11/08/02 | AML(8/1/02), Neutropenia, Septic shock(11/04/02) | |
| 59 | 90565 | 944 | Rofecoxib 25 mg | 05/09/03 | 950 | | Coronary artery stenosis | |
| 60 | 90591 | 765 | Rofecoxib 25 mg | 12/06/01 | 324 | | Coronary artery disease | |
| 61 | 90591 | 796 | Rofecoxib 25 mg | 12/06/01 | 324 | | Carotid artery stenosis | |
| 62 | 90623 | 536 | Rofecoxib 25 mg | 12/05/00 | 71 | | Cerebral ischemia | |
| 63 | 90656 | 968 | Rofecoxib 25 mg | 09/04/03 | 948 | | Coronary artery atherosclerosis | |

Data Source: [4.4.1; 4.2.1]

63

MRK-S0420051294

Confidential - Subject To Protective Order

M009600730

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   295

APPROVe Trial Cardiovascular Safety Report

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N  | An    | Case ID | Treatment       | Onset Date | Relday | Death Date | Term                                                                     | Adjudication Outcome |
|----|-------|---------|-----------------|------------|--------|------------|--------------------------------------------------------------------------|----------------------|
| 64 | 90969 | 878     | Rofecoxib 25 mg | 11/08/02   | 593    |            | Coronary artery stenosis                                                 |                      |
| 65 | 91113 | 877     | Rofecoxib 25 mg | 11/08/02   | 619    | 11/15/02   | Lung cancer metastatic                                                   |                      |
| 66 | 91301 | 4094    | Rofecoxib 25 mg | 07/07/04   | 1087   |            | Oedema peripheral, Pain in extremity                                     |                      |
| 67 | 91375 | 980     | Rofecoxib 25 mg | 10/16/03   | 983    |            | Coronary artery disease                                                  |                      |
| 68 | 91390 | 621     | Rofecoxib 25 mg | 03/11/01   | 88     |            | Phlebitis NOS                                                            |                      |
| 69 | 91536 | 703     | Rofecoxib 25 mg | 09/05/01   | 224    |            | Ischemic heart disease                                                   |                      |
| 70 | 91602 | 810     | Rofecoxib 25 mg | 04/03/02   | 467    | 04/26/02   | Lung cancer stage unspecified (excl metast), Bone neoplasm malignant     |                      |
| 71 | 91642 | 4091    | Rofecoxib 25 mg | 10/07/03   | 891    | 06/01/04   | Renal neoplasm                                                           |                      |
| 72 | 91671 | 973     | Rofecoxib 25 mg | 10/14/03   | 884    |            | Coronary artery disease NOS                                              |                      |
| 73 | 91706 | 912     | Rofecoxib 25 mg | 03/03/03   | 885    |            | Myocardial ischemia, Coronary artery disease NOS                         |                      |
| 74 | 91712 | 693     | Rofecoxib 25 mg | 07/29/01   | 296    |            | cardiac catheter complication                                            |                      |
| 75 | 91828 | 3651    | Rofecoxib 25 mg | 06/06/01   | 142    |            | Cardiac disorder                                                         |                      |
| 76 | 92171 | 3819    | Rofecoxib 25 mg | 02/17/04   | 1066   |            | Myocardial ischaemia                                                     |                      |
| 77 | 92211 | 3970    | Rofecoxib 25 mg | 05/11/04   | 946    |            | Cardiac failure congestive, Acute pulmonary oedema, Bronchopneumonia     |                      |
| 78 | 92213 | 849     | Rofecoxib 25 mg | 10/01/02   | 434    |            | Coronary artery occlusion                                                |                      |
| 79 | 92555 | 622     | Rofecoxib 25 mg | 04/27/01   | 4      |            | Transient ischemic attack                                                |                      |

Data Source: [4.4.1; 4.21]

64

Restricted Confidential limited access

MRK-S0420051295

Confidential - Subject To Protective Order

M0096 00731

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)     296

APPROVe Trial Cardiovascular Safety Report

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 80 | 92739 | 986 | Rofecoxib 25 mg | 12/03/03 | 897 | | Angina unstable | |
| 81 | 92832 | 883 | Rofecoxib 25 mg | 12/12/02 | 648 | | Angina pectoris, Coronary artery disease NOS | |
| 82 | 92849 | 884 | Rofecoxib 25 mg | 11/11/02 | 498 | | Coronary artery stenosis | |
| 83 | 92919 | 939 | Rofecoxib 25 mg | 03/27/03 | 614 | | Subdural haematoma | |
| 84 | 93264 | 3581 | Rofecoxib 25 mg | 02/16/04 | 951 | | Coronary artery disease | |
| 85 | 93311 | 942 | Rofecoxib 25 mg | 05/04/03 | 661 | | Transient ischaemic attack | |
| 86 | 93602 | 4072 | Rofecoxib 25 mg | 08/30/04 | 1044 | | Myocardial ischaemia | |
| 87 | 94272 | 987 | Rofecoxib 25 mg | 11/01/03 | 783 | | Myocardial infarction | |
| 88 | 94388 | 724 | Rofecoxib 25 mg | 07/18/01 | 162 | | Ischemic heart disease | |
| 89 | 94494 | 749 | Rofecoxib 25 mg | 12/20/01 | 46 | | Angina pectoris | |
| 90 | 94500 | 958 | Rofecoxib 25 mg | 09/01/02 | 381 | | Intermittent claudication | |
| 91 | 94615 | 914 | Rofecoxib 25 mg | 02/01/03 | 467 | | Angina pectoris | |
| 92 | 94678 | 815 | Rofecoxib 25 mg | 04/24/02 | 183 | | Deep venous thrombosis NOS | |
| 93 | 90016 | 723 | Placebo | 10/13/01 | 542 | | Transient ischemic attack | Transient ischemic attack[1] |
| 94 | 90254 | 509 | Placebo | 12/11/00 | 35 | | Peripheral vascular disorder | Peripheral arterial thrombosis[1] |
| 95 | 90296 | 885 | Placebo | 11/30/02 | 838 | | Acute myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1; 4.21]

65

MRK-S0420051296

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)    **297**

APPROVe Trial Cardiovascular Safety Report



Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | CaseID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 96 | 90700 | 557 | Placebo | 02/14/01 | 93 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 97 | 90728 | 781 | Placebo | 01/17/02 | 492 | | Pulmonary embolism | Pulmonary embolism[1] |
| 98 | 90902 | 802 | Placebo | 02/23/02 | 202 | | Coronary artery disease NOS | Unstable angina pectoris[1] |
| 99 | 91003 | 905 | Placebo | 01/24/03 | 743 | | Transient ischaemic attack | Transient ischemic attack[1] |
| 100 | 91003 | 926 | Placebo | 01/28/03 | 747 | | Ischemic stroke NOS | Ischemic cerebrovascular stroke[1,2] |
| 101 | 91173 | 720 | Placebo | 10/12/01 | 185 | | Cardiac arrest, Myocardial infarction | Acute myocardial infarction[1,2] |
| 102 | 91583 | 717 | Placebo | 09/19/01 | 152 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 103 | 91583 | 805 | Placebo | 04/29/02 | 374 | 04/29/02 | Myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 104 | 91583 | 851 | Placebo | 04/10/02 | 355 | | Angina unstable | Unstable angina pectoris[1] |
| 105 | 92073 | 890 | Placebo | 11/14/02 | 458 | | Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 106 | 92073 | 891 | Placebo | 11/21/02 | 465 | | Acute myocardial infarction | Unstable angina pectoris[1] |
| 107 | 92301 | 637 | Placebo | 05/06/01 | 69 | | Angina pectoris | Ischemic cerebrovascular stroke[1,2] |
| 108 | 92354 | 729 | Placebo | 11/06/01 | 319 | | Cerebrovascular accident | Sudden cardiac death[1,2] |
| 109 | 92358 | 841 | Placebo | 08/04/02 | 399 | 08/04/02 | Cardiac arrest | Peripheral venous thrombosis[1] |
| 110 | 92455 | 856 | Placebo | 10/03/02 | 605 | | Phlebitis NOS | Pulmonary embolism[1] |
| 111 | 92480 | 787 | Placebo | 03/15/02 | 330 | | Pulmonary embolism | |

Data Source: [4.4.1; 4.2.1]

66

Confidential - Subject To Protective Order

MRK-S0420051297

M009600733

MK-0966, Reference P122, Appendix 2.1.3 (Cont.) 298

APPROVe Trial Cardiovascular Safety Report

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Death Date | Relday | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 112 | 92741 | 870 | Placebo | 11/14/02 | 12/10/02 | 585 | Cerebrovascular accident | Fatal hemorrhagic stroke[2] |
| 113 | 92839 | 920 | Placebo | 03/19/03 | | 673 | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 114 | 92858 | 761 | Placebo | 01/09/02† | 01/09/02† | 265 | Acute myocardial infarction; Cardio-respiratory arrest; Coronary artery thrombosis | Fatal acute myocardial infarction[1,2] |
| 115 | 93260 | 930 | Placebo | 02/13/03 | | 508 | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 116 | 93267 | 948 | Placebo | 05/28/03 | | 707 | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 117 | 93371 | 684 | Placebo | 07/31/01 | | 6 | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 118 | 93572 | 799 | Placebo | 04/09/02 | | 189 | Deep venous thrombosis NOS | Peripheral venous thrombosis[1] |
| 119 | 93616 | 3881 | Placebo | 06/28/04 | | 1042 | Cerebral haemorrhage | Hemorrhagic stroke[2] |
| 120 | 94319 | 898 | Placebo | 01/18/03 | 02/01/03 | 457 | Myocardial infarction, Coronary artery disease NOS | Fatal acute myocardial infarction[1,2] |
| 121 | 94336 | 3735 | Placebo | 04/26/04 | | 937 | Myocardial infarction | Acute myocardial infarction[1,2] |
| 122 | 94384 | 819 | Placebo | 05/15/02 | | 484 | Cerebral infarction | Ischemic cerebrovascular stroke[1,2] |
| 123 | 94405 | 834 | Placebo | 04/25/02 | | 394 | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 124 | 94430 | 759 | Placebo | 01/21/02 | | 188 | Cerebral infarction | Ischemic cerebrovascular stroke[1,2] |
| 125 | 90164 | 952 | Placebo | 05/31/03 | | 986 | Angina unstable | |
| 126 | 90342 | 474 | Placebo | 10/17/00 | | 55 | Coronary artery disease, Unstable angina | |
| 127 | 90406 | 940 | Placebo | 03/31/03 | | 853 | Gangrene NOS | |

† The correct date should be 1/8/02. However, 1/9/02 was what in the data set for the analysis. This error had no impact on analysis results.
Data Source: [4.4.1; 4.21]

67

MRK-S0420051298

Confidential - Subject To Protective Order

M00960734

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   299

APPROVe Trial Cardiovascular Safety Report

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 128 | 90406 | 977 | Placebo | 03/31/03 | 855 | 05/27/03 | Pneumonia NOS | |
| 129 | 90481 | 932 | Placebo | 04/02/03 | 765 | | Carotid artery occlusion | |
| 130 | 90779 | 985 | Placebo | 11/20/03 | 802 | | Coronary artery occlusion | |
| 131 | 91335 | 957 | Placebo | 04/10/03 | 984 | | Myocardial ischaemia | |
| 132 | 91638 | 833 | Placebo | 07/23/02 | 559 | | Cerebrovascular disorder NOS | |
| 133 | 91704 | 4063 | Placebo | 09/19/03 | 1086 | 12/18/03 | Metastatic renal cell carcinoma | |
| 134 | 91724 | 832 | Placebo | 05/20/02 | 557 | | Subdural haematoma | |
| 135 | 91904 | 735 | Placebo | 11/21/01 | 463 | | Coronary artery disease | |
| 136 | 92046 | 850 | Placebo | 08/12/02 | 667 | | Myocardial ischaemia | |
| 137 | 92163 | 791 | Placebo | 01/02/02 | 242 | | Coronary artery disease NOS | |
| 138 | 92301 | 668 | Placebo | 06/07/01 | 101 | | Angina pectoris | |
| 139 | 92582 | 814 | Placebo | 05/20/02 | 389 | | Angina unstable | |
| 140 | 92814 | 904 | Placebo | 01/27/03 | 664 | | Carotid artery stenosis | |
| 141 | 92887 | 702 | Placebo | 08/27/01 | 146 | | Coronary artery stenosis | |
| 142 | 93260 | 907 | Placebo | 02/21/03 | 516 | 02/21/03 | Brain death, Sepsis NOS | |
| 143 | 93260 | 994 | Placebo | 02/17/03 | 512 | | Cerebrovascular accident | |

Data Source: [4.4.1; 4.21]

68

Confidential - Subject To Protective Order

MRK-S0420051299

M009600735

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   300

APPROVe Trial Cardiovascular Safety Report

### Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|----|---------|-----------|------------|--------|------------|------|----------------------|
| 144 | 93398 | 4029 | Placebo | 09/07/04 | 1126 | 09/16/04 | Hepatic failure, Renal failure acute, Disseminated intravascular coagulation | |
| 145 | 93601 | 3709 | Placebo | 12/29/03 | 798 | | Coronary artery disease | |
| 146 | 94059 | 963 | Placebo | 03/23/03 | 738 | | Vertebrobasilar insufficiency | |
| 147 | 94405 | 835 | Placebo | 05/10/02 | 409 | | Carotid artery stenosis | |
| 148 | 94732 | 4119 | Placebo | 07/09/02 | 262 | 12/31/02 | Gastric cancer NOS | |

Note [1] Confirmed TCVSAB event; [2] Confirmed APTC event

Data Source: [4.4.1; 4.21]

### Table 34
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome Events between 15 Days and 28 Days after the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|----|---------|-----------|------------|--------|------------|------|----------------------|
| 1 | 90156 | 683 | Rofecoxib 25 mg | 05/01/01 | 275 | 05/15/01 | Metastatic neoplasm of unknown primary | |
| 2 | 94718 | 852 | Rofecoxib 25 mg | 06/07/02 | 304 | 07/09/02 | Pulmonary tuberculosis | |
| 3 | 90577 | 754 | Placebo | 12/18/01 | 387 | 12/27/01 | Stab Wound, Completed suicide | |

Note [1] Confirmed TCVSAB event; [2] Confirmed APTC event

Data Source: [4.4.1; 4.21]

69

Confidential - Subject To Protective Order

MRK-S0420051300

M00960736