Updated 5/26/2006

Restricted
Confidential
Limited access

26

Figure B2
ITT Population
Confirmed Thrombotic Cardiovascular Events
Week 210 Censoring
Hazard Rate

M007339982

Test of Proportionality: Treatment*LOG(Time) p-Value=0.306; Treatment*Time p-Value=0.345
Confirmed TC/VSAE Endpoint
All Patients (ITT Population) and censored at Week 210

M007339983



Restricted
Confidential
limited access
Updated 5/26/2006

Table B5
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡ (95% CI) | n(%)† | PY-Rate‡ (95% CI) |
| Total number of patients with events | 28 (2.59) | 1.82 (1.21, 2.64) | 16 (1.46) | 1.14 (0.65, 1.85) |
| Cardiac Events | 16 (1.48) | 1.04 (0.59, 1.68) | 16 (1.46) | 1.14 (0.65, 1.85) |
| Fatal/Non-Fatal Acute myocardial infarction | 10 (0.93) | 0.65 (0.31, 1.19) | 6 (0.55) | 0.43 (0.16, 0.93) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Unstable angina pectoris | 1 (0.09) | 0.06 (0.00, 0.36) | 5 (0.46) | 0.36 (0.12, 0.84) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cardiac Thrombus | 1 (0.09) | 0.06 (0.00, 0.36) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral Vascular Events | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Cerebrovascular Events | 9 (0.84) | 0.58 (0.27, 1.11) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7 (0.65) | 0.45 (0.18, 0.94) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Transient ischemic attack | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incidence(n/N x100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MOO7339984

Updated 5/26/2006



Table B6
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years† | PY-Rate‡ (95% CI) | Events/Patient-Years† | PY-Rate‡ (95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 28/1535 | 1.82 (1.21, 2.64) | 16/1402 | 1.14 (0.65, 1.85) | 0.68 (-0.19, 1.56) | 1.64 (0.89, 3.04) | 0.1145 |
| Cardiac Events | 16/1543 | 1.04 (0.59, 1.68) | 16/1402 | 1.14 (0.65, 1.85) | -0.10 (-0.86, 0.65) | 0.95 (0.47, 1.90) | 0.8850 |
| Fatal/Non-Fatal Acute myocardial infarction | 10/1540 | 0.65 (0.31, 1.19) | 6/1399 | 0.43 (0.16, 0.93) | 0.22 (-0.31, 0.75) | 1.67 (0.61, 4.59) | 0.3232 |
| Peripheral Vascular Events | 3/1544 | 0.19 (0.04, 0.57) | 0/1401 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | - (0.37, ∞) | 0.2883 |
| Fatal/Non-Fatal Pulmonary embolism | 3/1544 | 0.19 (0.04, 0.57) | 0/1401 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | - (0.37, ∞) | 0.2883 |
| Cerebrovascular Events | 9/1542 | 0.58 (0.27, 1.11) | 0/1401 | 0.00 (0.00, 0.26) | 0.58 (0.20, 0.97) | - (1.79, ∞) | 0.0060 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | - (1.31, ∞) | 0.0217 |

† Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table B7
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | |
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/513 | 2.14 (1.07, 3.83) | 1091 | 7/526 | 1.33 (0.53, 2.74) | 1.61 (0.62, 4.16) |
| 12 - 18 Months | 498 | 1/127 | 0.78 (0.02, 4.37) | 488 | 0/97 | 0.00 (0.00, 3.82) | - (0.02, ∞) |
| > 18 Months | 226 | 4/357 | 1.12 (0.31, 2.87) | 165 | 4/232 | 1.72 (0.47, 4.42) | 0.65 (0.12, 3.49) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

29

Updated 5/26/2006

Restricted
Confidential
Limited Access

30

M007339986

Updated 5/26/2006
Restricted
Confidential
Merck secess

31

Figure B3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot



M007339987



Updated 5/26/2006

Restricted
Confidential
limited access

32

Figure B4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.597, Treatment*Time p-Value=0.255
Confirmed CVSAE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

Restricted
Confidential
Subject to Protective Order
Updated 5/26/2006

Table B8
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)‡ | PY-Rate†(95% CI) | n(%)‡ | PY-Rate†(95% CI) |
| Total number of patients with events | 54 (4.20) | 1.18 (0.89, 1.54) | 30 (2.31) | 0.64 (0.43, 0.91) |
| Cardiac Events | 38 (2.95) | 0.83 (0.58, 1.13) | 21 (1.62) | 0.44 (0.27, 0.68) |
| Fatal/Non-Fatal Acute myocardial infarction | 31 (2.41) | 0.67 (0.46, 0.96) | 15 (1.15) | 0.32 (0.18, 0.52) |
| Fatal acute myocardial infarction | 3 (0.23) | 0.06 (0.01, 0.19) | 5 (0.38) | 0.11 (0.03, 0.25) |
| Sudden cardiac death | 7 (0.54) | 0.15 (0.06, 0.31) | 6 (0.46) | 0.13 (0.05, 0.27) |
| Cerebrovascular Events | 17 (1.32) | 0.37 (0.21, 0.59) | 6 (0.46) | 0.13 (0.05, 0.28) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 17 (1.32) | 0.37 (0.21, 0.59) | 6 (0.46) | 0.13 (0.05, 0.28) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.19) | 0 (0.00) | 0.00 (0.00, 0.08) |
| Hemorrhagic Events | 1 (0.08) | 0.02 (0.00, 0.12) | 3 (0.23) | 0.06 (0.01, 0.18) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.12) | 3 (0.23) | 0.06 (0.01, 0.18) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.08) | 1 (0.08) | 0.02 (0.00, 0.12) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

†: Crude Incident(n/Nx100)

‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Updated 5/26/2006

**Restricted**
**R Confidential**
**Merck access**

Table B9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | P-Value |
| Total number of patients with events | 54/4581 | 1.18 (0.89, 1.54) | 30/4722 | 0.64 (0.43, 0.91) | 0.54 (0.16, 0.93) | 1.86 (1.19, 2.90) | 0.0066 |
| Cardiac Events | 38/4604 | 0.83 (0.58, 1.13) | 21/4734 | 0.44 (0.27, 0.68) | 0.38 (0.06, 0.71) | 1.86 (1.09, 3.17) | 0.0224 |
| Fatal/Non-Fatal Acute myocardial infarction | 31/4601 | 0.67 (0.46, 0.96) | 15/4726 | 0.32 (0.18, 0.52) | 0.36 (0.07, 0.64) | 2.12 (1.15, 3.93) | 0.0168 |
| Cerebrovascular Events | 17/4614 | 0.37 (0.21, 0.59) | 6/4736 | 0.13 (0.05, 0.28) | 0.24 (0.04, 0.44) | 2.91 (1.15, 7.39) | 0.0244 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 17/4614 | 0.37 (0.21, 0.59) | 6/4736 | 0.13 (0.05, 0.28) | 0.24 (0.04, 0.44) | 2.91 (1.15, 7.39) | 0.0244 |
| Hemorrhagic Events | 1/4631 | 0.02 (0.00, 0.12) | 3/4744 | 0.06 (0.01, 0.18) | -0.04 (-0.12, 0.04) | 0.34 (0.01, 4.25) | 0.6433 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/4631 | 0.02 (0.00, 0.12) | 3/4744 | 0.06 (0.01, 0.18) | -0.04 (-0.12, 0.04) | 0.34 (0.01, 4.25) | 0.6433 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1½; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

34

M00733990



Restricted
Confidential
limited access

Updated 5/26/2006

Table B10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1220 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| >42 Months | 1042 | 7/542 | 1.29 (0.52, 2.66) | 1079 | 6/560 | 1.07 (0.39, 2.33) | 1.21 (0.41, 3.59) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| >18 Months | 1158 | 36/2766 | 1.30 (0.91, 1.80) | 1196 | 18/2862 | 0.63 (0.37, 0.99) | 2.07 (1.18, 3.65) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

35

M00733699



Figure B5
ITT Population
Confirmed APTC Events
Week 210 Censoring
Kaplan-Meier Plot

Restricted Confidential
Subject to Protective Order

Updated 5/26/2006

36





Figure B6
ITT Population
Confirmed APTC Events
Week 210 Censoring
Hazard Rates

Rofecoxib 25 mg
Placebo

Hazard Function

0.010
0.008
0.006
0.004
0.002
0.000

0    6   12   18   24   30   36   42   48   54   60

Months   (bandwidth = 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.687; Treatment*Time p-Value=0.748
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at Week 210

Restricted
Confidential
Multiple access
Updated 5/26/2006

Table B12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| **Total number of patients with events** | 21 (1.94) | 1.37 (0.85, 2.09) | 12 (1.09) | 0.85 (0.44, 1.49) |
| **Cardiac Events** | 14 (1.30) | 0.91 (0.50, 1.52) | 11 (1.00) | 0.78 (0.39, 1.40) |
| Fatal/Non-Fatal Acute myocardial infarction | 10 (0.93) | 0.65 (0.31, 1.19) | 6 (0.55) | 0.43 (0.16, 0.93) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| **Cerebrovascular Events** | 7 (0.65) | 0.45 (0.18, 0.94) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7 (0.65) | 0.45 (0.18, 0.94) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| **Hemorrhagic Events** | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incidence[n/Nx100]
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

38

M007339994


Merck
Confidential

Updated 5/26/2006

Table B13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 21/1538 | 1.37 (0.85, 2.09) | 12/1406 | 0.85 (0.44, 1.49) | 0.51 (-0.25, 1.27) | 1.64 (0.81, 3.35) | 0.1718 |
| Cardiac Events | 14/1543 | 0.91 (0.50, 1.52) | 11/1406 | 0.78 (0.39, 1.40) | 0.13 (-0.54, 0.79) | 1.19 (0.54, 2.63) | 0.6654 |
| Fatal/Non-Fatal Acute myocardial infarction | 10/1540 | 0.65 (0.31, 1.19) | 6/1399 | 0.43 (0.16, 0.93) | 0.22 (-0.31, 0.75) | 1.67 (0.61, 4.59) | 0.3232 |
| Cerebrovascular Events | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | (1.31, ∞) | 0.0217 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | (1.31, ∞) | 0.0217 |
| Hemorrhagic Events | 0/1547 | 0.00 (0.00, 0.24) | 1/1400 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.30) | 0.9501 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1547 | 0.00 (0.00, 0.24) | 1/1400 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.30) | 0.9501 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table B14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/514 | 1.36 (0.55, 2.80) | 1093 | 5/528 | 0.95 (0.31, 2.21) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 500 | 0/128 | 0.00 (0.00, 2.87) | 492 | 0/97 | 0.00 (0.00, 3.79) | . |
| > 18 Months | 228 | 3/358 | 0.84 (0.17, 2.45) | 166 | 4/233 | 1.71 (0.47, 4.39) | 0.49 (0.07, 2.89) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

39

M007339995

Restricted
Confidential
Limited access

Updated 5/26/2006

40



Figure B7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

Cumulative Incidence (%) with 95% CI

Months of Follow-Up

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 |
|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1080 | 1063 | 500 | 228 | 200 | 167 |
| Placebo | 1097 | 1093 | 492 | 166 | 140 | 115 |

M007339996

Updated 5/26/2006   Restricted ⬥ Confidential   Limited access

41

Figure B8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate



Months of Follow-Up (bandwidth= 6.00)

Test of Proportionality: Treatment[Continuous Time] P-Value=0.236; Treatment*Time p-Value=0.069
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

Restricted
Rx Confidential
market access

Updated 5/26/2006

Table B15
Analysis of Death
All Patients (ITT Population) and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[a] | PY-Rate[b] (95% CI) | Events/Patient-Years[a] | PY-Rate[b] (95% CI) | Difference (95% CI) | Relative Risk[c] (95% CI) | p-Value |
| Death | 30/4905 | 0.61 (0.41, 0.87) | 25/4994 | 0.50 (0.32, 0.74) | 0.11 (-0.18, 0.40) | 1.22 (0.72, 2.08) | 0.457 |

[a] Patient-years at risk.
[b] Patients with death Per 100 Patient-Years.
[c] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

42

M007339998

Restricted Confidential
Redacted access

Updated 5/26/2006

Table B16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[†] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| >42 Months | 1110 | 3/574 | 0.52 (0.11, 1.53) | 1143 | 2/590 | 0.34 (0.04, 1.22) | 1.54 (0.18, 18.47) |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[†] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[†] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| >18 Months | 1250 | 17/3005 | 0.57 (0.33, 0.91) | 1271 | 16/3064 | 0.52 (0.30, 0.85) | 1.09 (0.55, 2.15) |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[†] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

43

MRK-73399996



Updated 5/26/2006

Restricted — Confidential
Limited access

44

Figure B9
ITT Population
Deaths
Week 210 Censoring
Kaplan-Meier Plot



Rofecoxib 25 mg

Placebo

Cumulative Incidence (%) with 95% CI

Months

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1273 | 1260 | 1250 | 1246 | 1242 | 1207 | 1110 | 1055 |
| Placebo | 1300 | 1290 | 1285 | 1271 | 1262 | 1258 | 1233 | 1143 | 1085 |

M007340000



Figure B10
ITT Population
Deaths
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.498
All Patients (ITT Population) and censored at Week 210

Restricted ● Confidential ● limited access

Updated 5/26/2006

45

Restricted
Confidential
Limited access

Updated 5/26/2006

Table B18
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 24/1818 | 1.32 (0.85, 1.96) | 19/1648 | 1.15 (0.69, 1.80) | 0.17 (-0.57, 0.91) | 1.17 (0.64, 2.14) | 0.613 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

Table B19
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/575 | 1.39 (0.60, 2.74) | 1202 | 3/582 | 0.52 (0.11, 1.51) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 604 | 1/175 | 0.57 (0.01, 3.19) | 581 | 1/135 | 0.74 (0.02, 4.13) | 0.77 (0.01, 60.67) |
| > 18 Months | 316 | 5/467 | 1.07 (0.35, 2.50) | 238 | 4/326 | 1.23 (0.33, 3.15) | 0.87 (0.19, 4.40) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

46



Figure B11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of basic study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Updated 5/26/2006

Restricted
Confidential
Limited access

47

M007340003



Figure B12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.883; Treatment*Time p-Value=0.591
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

Updated 5/26/2006

Restricted Confidential Limited access

48

M007340004

Restricted
Confidential
Limited Access

Updated 5/26/2005

49

Table C1
Summary of Confirmed TC/VSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 76 (5.91) | 1.50 (1.18, 1.87) | 46 (3.54) | 0.88 (0.64, 1.17) |
| **Cardiac Events** | 49 (3.81) | 0.96 (0.71, 1.26) | 32 (2.46) | 0.61 (0.42, 0.86) |
| Fatal/Non-Fatal Acute myocardial infarction | 34 (2.64) | 0.66 (0.46, 0.92) | 18 (1.38) | 0.34 (0.20, 0.54) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.20) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.31) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.33) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Peripheral Vascular Events** | 6 (0.47) | 0.12 (0.04, 0.25) | 8 (0.62) | 0.15 (0.07, 0.30) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.14) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.14) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 4 (0.31) | 0.08 (0.02, 0.19) |
| **Cerebrovascular Events** | 24 (1.86) | 0.47 (0.30, 0.69) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.14) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

M007340005


Restricted
Confidential
limited access

Updated 5/26/2006

Table C2
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 76/5081 | 1.50 (1.18, 1.87) | 46/5236 | 0.88 (0.64, 1.17) | 0.62 (0.20, 1.04) | 1.70 (1.18, 2.46) | 0.0044 |
| Cardiac Events | 49/5125 | 0.96 (0.71, 1.26) | 32/5270 | 0.61 (0.42, 0.86) | 0.35 (0.01, 0.69) | 1.57 (1.01, 2.46) | 0.0461 |
| Fatal/Non-fatal Acute myocardial infarction | 34/5138 | 0.66 (0.46, 0.92) | 18/5274 | 0.34 (0.20, 0.54) | 0.32 (0.05, 0.59) | 1.94 (1.09, 3.45) | 0.0232 |
| Peripheral Vascular Events | 6/5172 | 0.12 (0.04, 0.25) | 8/5283 | 0.15 (0.07, 0.30) | -0.04 (-0.18, 0.10) | 0.77 (0.27, 2.21) | 0.6228 |
| Fatal/Non-fatal Pulmonary embolism | 3/5178 | 0.06 (0.01, 0.17) | 2/5293 | 0.04 (0.00, 0.14) | 0.02 (-0.06, 0.10) | 1.53 (0.13, 18.36) | 0.9795 |
| Cerebrovascular Events | 24/5145 | 0.47 (0.30, 0.69) | 7/5284 | 0.13 (0.05, 0.27) | 0.33 (0.12, 0.54) | 3.52 (1.52, 8.18) | 0.0034 |
| Fatal/Non-fatal Ischemic cerebrovascular stroke | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |

[1] Patient-years at risk.
[2] Patients with events per 100 Patient-Years.
[3] Patients with events using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
[4] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

50

MUD7340006