Restricted
Confidential
Limited access

Updated 5/26/2006

Table C3
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.62 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| >42 Months | 1032 | 15/1060 | 1.42 (0.79, 2.33) | 1071 | 12/1093 | 1.10 (0.57, 1.92) | 1.29 (0.60, 2.76) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C4
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 50/3267 | 1.53 (1.14, 2.02) | 1189 | 25/5380 | 0.74 (0.48, 1.09) | 2.07 (1.28, 3.34) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

51

M007340007

Restricted Confidential — Limited access

Updated 5/26/2006

52

Figure C1
ITT Population
Confirmed Thrombotic Cardiovascular Events
October 31, 2005 Censoring
Kaplan-Meier Plot



| Patients at Risk | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1221 | 1187 | 1152 | 1131 | 1117 | 1092 | 1032 | 985 | 515 | 141 |
| Placebo | 1300 | 1247 | 1224 | 1189 | 1173 | 1157 | 1133 | 1071 | 1023 | 518 | 142 |

MRK-O07340008



Figure C2
ITT Population
Confirmed Thrombotic Cardiovascular Events
October 31, 2005 Censoring
Hazard Rate

Rofecoxib 25 mg
Placebo

Months (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.383; Treatment*Time p-Value=0.506
Confirmed TCVSAE Endpoint
All Patients (ITT Population) and censored at 31-Oct-2005

Updated 5/26/2005

Restricted
Confidential
Limited access

53

Restricted
Confidential
Limited Access

Table C5
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
| --- | --- | --- | --- | --- |
| | n(%)[1] | PY-Rate[2](95% CI) | n(%)[1] | PY-Rate[2](95% CI) |
| Total number of patients with events | 33 (3.05) | 1.59 (1.10, 2.24) | 20 (1.82) | 1.03 (0.63, 1.58) |
| Cardiac Events | 20 (1.85) | 0.96 (0.59, 1.48) | 20 (1.82) | 1.03 (0.63, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 13 (1.21) | 0.62 (0.33, 1.07) | 9 (0.82) | 0.46 (0.21, 0.88) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.10 (0.01, 0.34) | 2 (0.18) | 0.10 (0.01, 0.37) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.27) | 5 (0.46) | 0.26 (0.08, 0.60) |
| Sudden cardiac death | 6 (0.56) | 0.29 (0.10, 0.62) | 6 (0.55) | 0.31 (0.11, 0.67) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.27) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Peripheral Vascular Events | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Cerebrovascular Events | 10 (0.93) | 0.48 (0.23, 0.88) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.10 (0.01, 0.34) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[1]: Crude Incident(n/Nx100)
[2]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

54

M007340010



Restricted Confidential

Updated 5/26/2005

Table C6
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1081) Events/Patient-Years† | PY-Rate‡(95% CI) | Placebo (N=1097) Events/Patient-Years† | PY-Rate‡(95% CI) | Comparison Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|
| Total number of patients with events | 33/2073 | 1.59 (1.10, 2.24) | 20/1950 | 1.03 (0.63, 1.58) | 0.57 (-0.14, 1.27) | 1.56 (0.89, 2.73) | 0.1170 |
| Cardiac Events | 20/2086 | 0.96 (0.59, 1.48) | 20/1950 | 1.03 (0.63, 1.58) | -0.07 (-0.68, 0.55) | 0.96 (0.52, 1.79) | 0.8988 |
| Fatal/Non-Fatal Acute myocardial infarction | 13/2083 | 0.62 (0.33, 1.07) | 9/1950 | 0.46 (0.21, 0.88) | 0.16 (-0.29, 0.62) | 1.42 (0.61, 3.33) | 0.4163 |
| Peripheral Vascular Events | 3/2091 | 0.14 (0.03, 0.42) | 0/1955 | 0.00 (0.00, 0.19) | 0.14 (-0.02, 0.31) | - (0.39, ∞) | 0.2761 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2091 | 0.14 (0.03, 0.42) | 0/1955 | 0.00 (0.00, 0.19) | 0.14 (-0.02, 0.31) | - (0.39, ∞) | 0.2761 |
| Cerebrovascular Events | 10/2086 | 0.48 (0.23, 0.88) | 0/1955 | 0.00 (0.00, 0.19) | 0.48 (0.18, 0.78) | - (2.10, ∞) | 0.0027 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |

† Patient-years at risk.
‡ Patients wiht events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table C7
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1081) Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Placebo (N=1097) Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1005 | 3/395 | 0.76 (0.16, 2.22) | 1031 | 2/394 | 0.51 (0.06, 1.83) | 1.50 (0.17, 17.93) |
| > 18 Months | 604 | 7/614 | 1.14 (0.46, 2.35) | 585 | 6/469 | 1.28 (0.47, 2.78) | 0.87 (0.29, 2.59) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.

55

Restricted
Confidential
Restricted access

Updated 5/26/2006

56

‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007340012

Restricted
Confidential
Updated 5/26/2006   Settled Access

57

Figure C3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot



Rofecoxib 25 mg
Placebo

| Patients at Risk | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1081 | 1063 | 1005 | 604 | 319 | 212 | 170 |
| Placebo | 1097 | 1091 | 1031 | 585 | 275 | 142 | 111 |

M007340013



Figure C4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.807; Treatment*Time p-Value=0.397
Confirmed (CVSAE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Updated 5/26/2006

58

M007340014

Updated 5/26/2006

Restricted Confidential Limited Access

59

Table C8
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| Total number of patients with events | 59 (4.58) | 1.15 (0.88, 1.49) | 34 (2.62) | 0.65 (0.45, 0.90) |
| Cardiac Events | 42 (3.26) | 0.82 (0.59, 1.10) | 25 (1.92) | 0.47 (0.31, 0.70) |
| Fatal/Non-Fatal Acute myocardial infarction | 34 (2.64) | 0.66 (0.46, 0.92) | 18 (1.38) | 0.34 (0.20, 0.54) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.20) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.33) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Cerebrovascular Events | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Hemorrhagic Events | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.17) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.17) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incidence(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Restricted
Confidential
limited access

Updated 5/26/2006

Table C9

Analysis of Confirmed APTC Endpoint by Class of Terms

All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Events/Patient -Years | PY-Rate (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | P-Value |
| Total number of patients with event | 59/5111 | 1.15 (0.88, 1.49) | 34/5267 | 0.65 (0.45, 0.90) | 0.51 (0.14, 0.87) | 1.79 (1.17, 2.73) | 0.0069 |
| Cardiac Events | 42/5140 | 0.82 (0.59, 1.10) | 25/5282 | 0.47 (0.31, 0.70) | 0.34 (0.01, 0.65) | 1.73 (1.05, 2.83) | 0.0307 |
| Fatal/Non-fatal Acute myocardial infarction | 34/5138 | 0.66 (0.46, 0.92) | 18/5274 | 0.34 (0.20, 0.54) | 0.32 (0.05, 0.59) | 1.94 (1.09, 3.43) | 0.0233 |
| Cerebrovascular Events | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |
| Hemorrhagic Events | 1/5178 | 0.02 (0.00, 0.11) | 3/5298 | 0.06 (0.01, 0.17) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.25) | 0.6422 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/5178 | 0.02 (0.00, 0.11) | 3/5298 | 0.06 (0.01, 0.17) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.25) | 0.6422 |

[†] Patient-years at risk.

[‡] Patients with events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

60

MRK-07340016



Restricted Confidential Limited Access

Updated 5/26/2006

61

Table C10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1220 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| > 42 Months | 1042 | 12/1072 | 1.12 (0.58, 1.96) | 1079 | 10/1105 | 0.90 (0.43, 1.66) | 1.24 (0.53, 2.87) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 41/3296 | 1.24 (0.89, 1.69) | 1196 | 22/3407 | 0.65 (0.40, 0.98) | 1.93 (1.15, 3.24) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006   Restricted Confidential Source access

62



Figure C5
ITT Population
Confirmed APTC Events
October 31, 2005 Censoring
Kaplan-Meier Plot

Rofecoxib 25 mg

Placebo

Cumulative Incidence (%)
with 95% CI

Months

Patients at Risk
| | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 998 | 521 | 144 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1032 | 525 | 144 |

M007340018



Figure C6
ITT Population
Confirmed APTC Events
October 31, 2005 Censoring
Hazard Rate

Updated 5/26/2006

Restricted Confidential limited access

63

Restricted Confidential

Updated 5/26/2006

Table C12.
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| Total number of patients with events | 26 (2.44) | 1.25 (0.82, 1.83) | 16 (1.46) | 0.82 (0.47, 1.33) |
| Cardiac Events | 18 (1.67) | 0.86 (0.51, 1.36) | 15 (1.37) | 0.77 (0.43, 1.26) |
| Fatal/Non-Fatal Acute myocardial infarction | 13 (1.21) | 0.62 (0.33, 1.07) | 9 (0.82) | 0.46 (0.21, 0.88) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.10 (0.01, 0.34) | 2 (0.18) | 0.10 (0.01, 0.37) |
| Sudden cardiac death | 6 (0.56) | 0.29 (0.10, 0.62) | 6 (0.55) | 0.31 (0.11, 0.67) |
| Cerebrovascular Events | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.10 (0.01, 0.34) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.18) | 1 (0.09) | 0.05 (0.00, 0.29) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.18) | 1 (0.09) | 0.05 (0.00, 0.29) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in the overall event.
[†]: Crude Incident(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

64

MRK-AFV0340020

Restricted Confidential limited access 

Table C13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 26/2078 | 1.25 (0.82, 1.83) | 16/1957 | 0.82 (0.47, 1.33) | 0.43 (-0.19, 1.06) | 1.53 (0.82, 2.85) | 0.1847 |
| Cardiac Events | 18/2086 | 0.86 (0.51, 1.36) | 15/1958 | 0.77 (0.43, 1.26) | 0.10 (-0.46, 0.65) | 1.14 (0.58, 2.27) | 0.7022 |
| Fatal/Non-Fatal Acute myocardial infarction | 13/2083 | 0.62 (0.33, 1.07) | 9/1950 | 0.46 (0.21, 0.88) | 0.16 (-0.29, 0.62) | 1.42 (0.61, 3.33) | 0.4163 |
| Cerebrovascular Events | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |
| Hemorrhagic Events | 0/2095 | 0.00 (0.00, 0.18) | 1/1954 | 0.05 (0.00, 0.29) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.37) | 0.9651 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2095 | 0.00 (0.00, 0.18) | 1/1954 | 0.05 (0.00, 0.29) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.37) | 0.9651 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table C14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1009 | 2/396 | 0.50 (0.06, 1.82) | 1034 | 2/396 | 0.51 (0.06, 1.83) | 1.00 (0.07, 13.77) |
| > 18 Months | 606 | 6/617 | 0.97 (0.36, 2.12) | 588 | 6/472 | 1.27 (0.47, 2.77) | 0.75 (0.24, 2.35) |

[*] Patient-years at risk.

M007340021

Updated 5/26/2006

Restricted
Confidential

69

‡ Patients with events Per 100 Patient-Years.

† Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007340022



Restricted
Confidential
Limited access

Updated 5/26/2006

67



Figure C7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot

Restricted
Confidential
Redled access

Updated 5/26/2006

68



Figure C8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.305; Treatment*Time p-Value=0.206
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

M007340024

Restricted − Confidential − Limited access

Updated 5/26/2006

## Table C15
### Analysis of Death
All Patients (ITT Population) and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 36/5460 | 0.66 (0.46, 0.91) | 26/5557 | 0.50 (0.33, 0.73) | 0.16 (-0.13, 0.44) | 1.31 (0.80, 2.15) | 0.284 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-073460025



Updated 5/26/2006

70

### Table C16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg | (N=1287) | | Placebo | (N=1300) | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[¶](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[¶](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | -  (0.03,  ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 9/1129 | 0.80 (0.36, 1.51) | 1143 | 5/1153 | 0.43 (0.14, 1.01) | 1.84 (0.61, 5.48) |

[†] Patient-years at risk.
[¶] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

### Table C17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg | (N=1287) | | Placebo | (N=1300) | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[¶](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[¶](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 23/3560 | 0.65 (0.41, 0.97) | 1271 | 19/3628 | 0.52 (0.32, 0.82) | 1.23 (0.67, 2.27) |

[†] Patient-years at risk.
[¶] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Figure C9
ITT Population
Deaths
October 31, 2005 Censoring
Kaplan-Meier Plot

Restricted
Confidential
Limited Access

Updated 5/26/2006

71

M007340027



Figure C10
ITT Population
Deaths
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.822; Treatment*Time p-Value=0.879
All Patients (ITT Population) and censored at 31-Oct-2005

Updated 5/26/2006

Restricted
Confidential
mature access

72

M007340028

Restricted Confidential
Merck sources

Updated 5/26/2006

### Table C18
### Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 30/2373 | 1.26 (0.85, 1.80) | 22/2212 | 0.99 (0.62, 1.51) | 0.27 (-0.34, 0.88) | 1.30 (0.75, 2.26) | 0.351 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

### Table C19
### Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk[*] | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1126 | 5/447 | 1.12 (0.36, 2.61) | 1131 | 2/438 | 0.46 (0.06, 1.65) | 2.45 (0.40, 25.68) |
| >18 Months | 699 | 7/735 | 0.95 (0.38, 1.96) | 668 | 6/572 | 1.05 (0.38, 2.28) | 0.96 (0.32, 2.85) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M0073440029



Figure C11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot

Rofecoxib 25 mg
Placebo

Updated 5/26/2006

Restricted
Confidential
limited access

74

M007340030



Figure C12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate

Rofecoxib 25 mg
Placebo

Hazard Function

Months of Follow-Up (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.926; Treatment*Time p-Value=0.818
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Restricted
Confidential
limited access

Updated 5/26/2006

75