Restricted
Confidential
Limited access

Updated 5/26/2006

76

Table D1
Summary of Confirmed TCV/SAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate*(95% CI) | n(%)† | PY-Rate*(95% CI) |
| Total number of patients with events | 77 (5.98) | 1.49 (1.18, 1.86) | 50 (3.85) | 0.94 (0.70, 1.24) |
| Cardiac Events | 50 (3.89) | 0.96 (0.71, 1.26) | 33 (2.54) | 0.62 (0.42, 0.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.30) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Peripheral Vascular Events | 6 (0.47) | 0.11 (0.04, 0.25) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Cerebrovascular Events | 24 (1.86) | 0.46 (0.29, 0.68) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.13) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
*: Crude Incidence[n/Nx100]
†: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

 Restricted Confidential Redacted Business

Updated 5/26/2006

Table D2

Analysis of Confirmed TCV SAE Indexed by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years | PY-Rate‡ (95% CI) | Events/Patient-Years | PY-Rate‡ (95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 77/5168 | 1.49 (1.18, 1.86) | 50/5321 | 0.94 (0.70, 1.24) | 0.55 (0.13, 0.97) | 1.59 (1.11, 2.26) | 0.0111 |
| Cardiac Events | 50/5214 | 0.96 (0.71, 1.26) | 33/5356 | 0.62 (0.42, 0.87) | 0.34 (0.00, 0.68) | 1.56 (1.00, 2.41) | 0.0488 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Peripheral Vascular Events | 6/5263 | 0.11 (0.04, 0.25) | 9/5370 | 0.17 (0.08, 0.32) | -0.05 (-0.20, 0.09) | 0.68 (0.24, 1.91) | 0.4665 |
| Fatal/Non-fatal Pulmonary embolism | 3/5269 | 0.06 (0.01, 0.17) | 2/5380 | 0.04 (0.00, 0.13) | 0.02 (-0.06, 0.10) | 1.53 (0.18, 18.34) | 0.9805 |
| Cerebrovascular Events | 24/5255 | 0.46 (0.29, 0.68) | 9/5371 | 0.17 (0.08, 0.32) | 0.29 (0.08, 0.50) | 2.74 (1.27, 5.89) | 0.0100 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |

† Patient-years at risk.

‡ Patients with events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cross is at least 11; otherwise, relative risk is ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

77

M007340033

Restricted Confidential limited access

Updated 5/26/2006

Table D3
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.62 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 1032 | 16/1147 | 1.40 (0.80, 2.27) | 1071 | 16/1179 | 1.36 (0.78, 2.20) | 1.03 (0.51, 2.06) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D4
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 51/3354 | 1.52 (1.13, 2.00) | 1189 | 29/3466 | 0.84 (0.56, 1.20) | 1.82 (1.15, 2.87) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

78

M007340034



Figure D1
ITT Population
Confirmed Thrombotic Cardiovascular Events
Censored at Last Day at Risk
Kaplan-Meier Plot

Updated 5/26/2006

Restricted
Confidential
limited access

79



Figure D2
ITT Population
Confirmed Thrombotic Cardiovascular Events)
Censored at Last Day at Risk
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.671; Treatment*Time p-Value=0.870
Confirmed TCVSAE Endpoint
All Patients (ITT Population) and censored at last day at risk

Updated 5/26/2006

Restricted
Confidential
limited access

80

Restricted — Confidential — Limited access
Updated 5/26/2006

**Table D5**
Summary of Confirmed TC/VSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
| --- | --- | --- | --- | --- |
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 34 (3.15) | 1.57 (1.09, 2.20) | 24 (2.19) | 1.18 (0.76, 1.75) |
| **Cardiac Events** | 21 (1.94) | 0.97 (0.60, 1.48) | 21 (1.91) | 1.03 (0.64, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (3.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.25) | 5 (0.46) | 0.25 (0.08, 0.57) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.25) | 0 (0.00) | 0.00 (0.00, 0.18) |
| **Peripheral Vascular Events** | 3 (0.28) | 0.14 (0.03, 0.40) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| **Cerebrovascular Events** | 10 (0.93) | 0.46 (0.22, 0.84) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal Ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

81



Restricted Confidential

Updated 5/26/2006

Table D6
Analysis of Confirmed TCV/SAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 34/2162 | 1.57 (1.09, 2.20) | 24/2036 | 1.18 (0.76, 1.75) | 0.39 (-0.31, 1.10) | 1.34 (0.79, 2.26) | 0.2769 |
| Cardiac Events | 21/2176 | 0.97 (0.60, 1.48) | 21/2037 | 1.03 (0.64, 1.58) | -0.07 (-0.67, 0.54) | 0.96 (0.52, 1.75) | 0.8853 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3223 |
| Peripheral Vascular Events | 3/2182 | 0.14 (0.03, 0.40) | 1/2042 | 0.05 (0.00, 0.27) | 0.09 (-0.09, 0.27) | 2.81 (0.23, 147.39) | 0.6755 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2182 | 0.14 (0.03, 0.40) | 0/2042 | 0.00 (0.00, 0.18) | 0.14 (-0.02, 0.29) | - (0.39, ∞) | 0.2757 |
| Cerebrovascular Events | 10/2177 | 0.46 (0.22, 0.84) | 2/2042 | 0.10 (0.01, 0.35) | 0.36 (0.05, 0.68) | 4.34 (0.95, 19.90) | 0.0586 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |

† Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D7
Summary of Confirmed TCV/SAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1006 | 3/421 | 0.71 (0.15, 2.08) | 1032 | 2/422 | 0.47 (0.06, 1.71) | 1.50 (0.17, 18.01) |
| > 18 Months | 678 | 8/678 | 1.18 (0.51, 2.33) | 659 | 10/527 | 1.90 (0.91, 3.49) | 0.63 (0.25, 1.60) |

† Patient-years at risk.

82

Updated 5/26/2006

Restricted
Confidential
Limited access

83

‡ Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007340039

Updated 5/26/2006 ⬧ Restricted ⬧ Confidential — limited access

84

Figure D3
Patients with Follow-Up,
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1081 | 1063 | 1006 | 678 | 365 | 222 | 176 |
| Placebo | 1097 | 1091 | 1032 | 659 | 319 | 151 | 116 |

Months of Follow-Up: 0  6  12  18  24  30  36

Cumulative Incidence (%) with 95% CI

Placebo
Rofecoxib 25 mg

MRK073400040



Restricted Confidential Limited Access

Updated 5/26/2006

85

Figure D4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.295; Treatment*Time p-Value=0.178
Confirmed CVSAE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

M007340041

Updated 5/26/2006  Restricted Confidential Merck Access

86

Table D8

Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| **Total number of patients with events** | 60 (4.66) | 1.15 (0.88, 1.49) | 37 (2.85) | 0.69 (0.49, 0.95) |
| **Cardiac Events** | 43 (3.34) | 0.82 (0.60, 1.11) | 26 (2.00) | 0.48 (0.32, 0.71) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| **Cerebrovascular Events** | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Hemorrhagic Events** | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal haemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.10) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incidence(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

M007340042

Updated 5/26/2006


Restricted Confidential Limited Access

Table D9

Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk.

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 60/5200 | 1.15 (0.88, 1.49) | 37/5353 | 0.69 (0.49, 0.95) | 0.46 (0.10, 0.83) | 1.67 (1.11, 2.52) | 0.0141 |
| Cardiac Events | 43/5230 | 0.82 (0.60, 1.11) | 26/5368 | 0.48 (0.33, 0.71) | 0.34 (0.03, 0.65) | 1.70 (1.04, 2.76) | 0.0333 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Cerebrovascular Events | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Hemorrhagic Events | 1/5169 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/5169 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |

[1] Patient-years at risk.

[2] Patients with events per 100 Patient-Years.

[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007340043

Restricted Confidential
Limited Access

Updated 5/26/2006



Table D10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | |
| --- | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Relative Risk[‡] (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1220 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| >42 Months | 1042 | 13/1161 | 1.12 (0.60, 1.92) | 1079 | 13/1190 | 1.09 (0.58, 1.87) | 1.03 (0.48, 2.21) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

Table D11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | |
| --- | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Relative Risk[‡] (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 42/3385 | 1.24 (0.89, 1.68) | 1196 | 25/3493 | 0.72 (0.46, 1.06) | 1.73 (1.06, 2.85) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

88



Figure D5
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Kaplan-Meier Plot

Updated 5/26/2006

89



Restricted
Confidential
R  MedTrial access

Updated 5/26/2006

90

Figure D6
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Hazard Rate



Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.915; Treatment*Time p-Value=0.575
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at last day at risk

M007340046
1

Restricted
Confidential
Limited access

Updated 5/26/2006

91

Table D12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| Total number of patients with events | 27 (2.50) | 1.25 (0.82, 1.81) | 19 (1.73) | 0.93 (0.56, 1.45) |
| Cardiac Events | 19 (1.76) | 0.87 (0.53, 1.36) | 16 (1.46) | 0.78 (0.45, 1.27) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cerebrovascular Events | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incidence((n/N)x100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

M007340047

Updated 5/26/2006

Restricted Confidential Limited access

Table D13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of basic study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 27/2168 | 1.25 (0.82, 1.81) | 19/2043 | 0.93 (0.56, 1.45) | 0.32 (-0.31, 0.94) | 1.33 (0.73, 2.38) | 0.3514 |
| Cardiac Events | 19/2176 | 0.87 (0.53, 1.36) | 16/2044 | 0.78 (0.45, 1.27) | 0.09 (-0.46, 0.64) | 1.13 (0.58, 2.19) | 0.7266 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.57 (0.66, 3.55) | 0.3223 |
| Cerebrovascular Events | 8/2178 | 0.37 (0.16, 0.72) | 2/2012 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Hemorrhagic Events | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 – 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 – 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 – 18 Months | 1010 | 2/423 | 0.47 (0.06, 1.71) | 1035 | 2/424 | 0.47 (0.06, 1.71) | 1.00 (0.07, 13.83) |
| > 18 Months | 681 | 7/680 | 1.03 (0.41, 2.12) | 662 | 9/530 | 1.70 (0.78, 3.22) | 0.60 (0.22, 1.63) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

92

M007340048



Figure D7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot

Updated 5/26/2006

93

Restricted
Confidential
Limited access

Updated 5/26/2006

Restricted
Confidential
Limited access

94

Figure D8
Patients with Follow-up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate



Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.148; Treatment*Time p-Value=0.088
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

M007340050

Restricted
Confidential
Updated 5/26/2006

95

Table D15
Analysis of Death
All Patients (ITT Population) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[a] | PY-Rate[b] (95% CI) | Events/Patient-Years[a] | PY-Rate[b] (95% CI) | Difference (95% CI) | Relative Risk[c] (95% CI) | P-Value |
| Death[1] | 36/5554 | 0.65 (0.45, 0.90) | 29/5646 | 0.51 (0.34, 0.74) | 0.13 (-0.15, 0.42) | 1.26 (0.77, 2.06) | 0.340 |

[a] Patient-years at risk.

[b] Patients with death per 100 Patient-Years.

[c] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.

M007340581



Updated 5/26/2006

Table D16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| >42 Months | 1110 | 9/1222 | 0.74 (0.34, 1.40) | 1143 | 6/1242 | 0.48 (0.18, 1.05) | 1.52 (0.54, 4.27) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| >18 Months | 1250 | 23/3654 | 0.63 (0.40, 0.94) | 1271 | 20/3716 | 0.54 (0.33, 0.83) | 1.17 (0.64, 2.13) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

96

M007340052



Figure D9
ITT Population
Deaths
Censored at Last Day at Risk
Kaplan-Meier Plot

M007340053



Figure D10
ITT Population
Deaths
Censored at Last Day at Risk
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.496; Treatment*Time p-Value=0.663
All Patients (ITT Population) and censored at last day at risk

Updated 5/26/2006

Restricted
Confidential

96

M007340054

Updated 5/26/2006



Restricted Confidential

Table D18
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years | PY-Rate[†](95% CI) | Events/Patient-Years | PY-Rate[†](95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Death | 30/2466 | 1.22 (0.82, 1.74) | 23/2300 | 1.00 (0.63, 1.50) | 0.22 (-0.38, 0.81) | 1.24 (0.72, 2.14) | 0.437 |

[*] Patient-years at risk.
[†] Patients with death Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D19
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1127 | 5/475 | 1.05 (0.34, 2.46) | 1132 | 2/466 | 0.43 (0.05, 1.55) | 2.45 (0.40, 25.78) |
| > 18 Months | 776 | 7/802 | 0.87 (0.35, 1.80) | 742 | 7/633 | 1.11 (0.44, 2.28) | 0.82 (0.29, 2.34) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

99



Updated 5/26/2006

100

Figure D11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot



M007340056