Updated 5/26/2006



101

Figure D12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate



M007340057

Restricted
Confidential
Limited Access

Updated 5/26/2006

Table E1

Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=R21) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 15/802 | 1.87 (1.05, 3.08) | 9/885 | 1.02 (0.47, 1.93) | 0.85 (-0.30, 2.01) | 1.85 (0.81, 4.22) | 0.1461 |
| Cardiac Events | 11/803 | 1.37 (0.68, 2.45) | 9/885 | 1.02 (0.47, 1.93) | 0.35 (-0.70, 1.40) | 1.35 (0.56, 3.26) | 0.5021 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| Peripheral Vascular Events | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, ∞) | 0.9498 |
| Fatal/Non-Fatal Pulmonary embolism | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, ∞) | 0.9498 |
| Cerebrovascular Events | 3/804 | 0.37 (0.08, 1.09) | 0/889 | 0.00 (0.00, 0.42) | 0.37 (-0.05, 0.80) | - (0.46, ∞) | 0.2142 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |

[†] Patients-years at risk.

[‡] Patients with events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

102

M007340058



Restricted Confidential — Limited access

Table F2
Analysis of Confirmed TC/VSAH Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment (for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[†] | PY-Rate (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 18/1203 | 1.50 (0.89, 2.37) | 12/1334 | 0.90 (0.46, 1.57) | 0.60 (-0.26, 1.46) | 1.66 (0.80, 3.45) | 0.1722 |
| Cardiac Events | 14/1204 | 1.16 (0.64, 1.95) | 12/1334 | 0.90 (0.46, 1.57) | 0.26 (-0.53, 1.06) | 1.29 (0.60, 2.80) | 0.5129 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Peripheral Vascular Events | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Cerebrovascular Events | 3/1208 | 0.25 (0.05, 0.73) | 0/1342 | 0.00 (0.00, 0.27) | 0.25 (-0.03, 0.53) | - (0.46, ∞) | 0.2126 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |

† Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007340059

 Restricted
Confidential
Restricted access

Updated 5/26/2006

Table E3
Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Difference (95% CI) | Relative Risk[3](95% CI) | p-Value |
| Total number of patients with events | 19/1270 | 1.50 (0.90, 2.34) | 15/1403 | 1.07 (0.60, 1.76) | 0.43 (-0.44, 1.29) | 1.40 (0.71, 2.76) | 0.3256 |
| Cardiac Events | 15/1271 | 1.18 (0.66, 1.95) | 12/1403 | 0.86 (0.44, 1.49) | 0.32 (-0.44, 1.09) | 1.38 (0.65, 2.95) | 0.4065 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| Peripheral Vascular Events | 1/1276 | 0.08 (0.00, 0.44) | 1/1412 | 0.07 (0.00, 0.39) | 0.01 (-0.20, 0.21) | 1.11 (0.01, 86.92) | >0.9999 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1276 | 0.08 (0.00, 0.44) | 0/1412 | 0.00 (0.00, 0.26) | 0.08 (-0.08, 0.23) | - (0.03, ∞) | 0.9491 |
| Cerebrovascular Events | 3/1276 | 0.24 (0.05, 0.69) | 2/1412 | 0.14 (0.02, 0.51) | 0.09 (-0.24, 0.42) | 1.66 (0.19, 19.88) | 0.9052 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |

[1] Patient-years at risk.
[2] Patients with events per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
[4] Patient-years at risk.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M00734060

Updated 5/26/2006



Restricted Confidential

Table E4

Summary of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[¶] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/387 | 2.07 (0.89, 4.08) | 896 | 6/429 | 1.40 (0.51, 3.04) | 1.48 (0.51, 4.27) |
| 12 - 18 Months | 246 | 0/7 | 0.00 (0.00, 54.27) | 294 | 0/6 | 0.00 (0.00, 58.21) | - |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[¶] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table H5

Summary of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[¶] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 753 | 2/269 | 0.74 (0.09, 2.68) | 837 | 2/300 | 0.67 (0.08, 2.41) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 402 | 1/142 | 0.70 (0.02, 3.91) | 1.14 (0.01, 89.46) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[¶] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

105

M0073400061

Updated 5/26/2006

Restricted
Confidential
Limited access



Table E6
Summary of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[‡] (95% CI) |
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | |
|---|---|---|---|---|---|---|---|
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 754 | 2/296 | 0.68 (0.08, 2.44) | 838 | 2/327 | 0.61 (0.07, 2.21) | 1.11 (0.08, 15.26) |
| > 18 Months | 430 | 2/166 | 1.21 (0.15, 4.36) | 472 | 4/184 | 2.17 (0.59, 5.56) | 0.56 (0.05, 3.88) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

106


Restricted
Confidential

Updated 5/26/2006

Table E7

Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Total number of patients with events | 12/803 | 1.49 (0.77, 2.61) | 6/886 | 0.68 (0.25, 1.47) | 0.82 (-0.19, 1.82) | 2.22 (0.83, 5.91) | 0.1113 |
| Cardiac Events | 10/803 | 1.25 (0.60, 2.29) | 5/886 | 0.56 (0.18, 1.32) | 0.68 (-0.24, 1.60) | 2.22 (0.76, 6.49) | 0.1461 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| Cerebrovascular Events | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| Hemorrhagic Events | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |

[*] Patient-years at risk.

[†] Patients with events per 100 Patient-Years.

[‡] Relative risk to Placebo using Cox model where the number of cases is at least 1); otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

107

M007340063



Updated 5/26/2006 Restricted Confidential limited access

Table E3

Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[ǂ] (95% CI) | p-Value |
| Total number of patients with events | 15/1204 | 1.25 (0.70, 2.05) | 9/1337 | 0.67 (0.31, 1.28) | 0.57 (-0.20, 1.34) | 1.85 (0.81, 4.23) | 0.1437 |
| Cardiac Events | 13/1205 | 1.08 (0.57, 1.85) | 8/1338 | 0.60 (0.26, 1.18) | 0.48 (-0.24, 1.20) | 1.81 (0.75, 4.36) | 0.1873 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Cerebrovascular Events | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Hemorrhagic Events | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |

* Patient-years at risk.
† Patients with events per 100 Patient-Years.
ǂ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

108

M007340084

 Restricted — Confidential — solved access.

Updated 5/26/2006

Table E9
Analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)  by Class of Terms
Patients on treatment for 150 weeks or more and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=606) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years† | PY-Rate (95% CI)‡ | Events/Patient-Years† | PY-Rate (95% CI)‡ | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 16/1271 | 1.26 (0.72, 2.04) | 11/1406 | 0.78 (0.39, 1.40) | 0.48 (-0.29, 1.25) | 1.62 (0.75, 3.48) | 0.2209 |
| Cardiac Events | 14/1272 | 1.10 (0.60, 1.85) | 8/1407 | 0.57 (0.25, 1.12) | 0.53 (-0.17, 1.23) | 1.94 (0.81, 4.62) | 0.1360 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| Cerebrovascular Events | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.01 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |
| Hemorrhagic Events | 0/1276 | 0.00 (0.00, 0.29) | 1/1411 | 0.07 (0.00, 0.39) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 43.12) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1276 | 0.00 (0.00, 0.29) | 1/1411 | 0.07 (0.00, 0.39) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 43.12) | >0.9999 |

† Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

109

M00734065



Updated 5/26/2006

110

**Table E10**
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years‡ | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years‡ | PY-Rate†(95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/387 | 1.29 (0.42, 3.01) | 897 | 4/430 | 0.93 (0.25, 2.38) | 1.39 (0.30, 7.00) |
| 12 - 18 Months | 247 | 0/7 | 0.00 (0.00, 54.17) | 297 | 0/6 | 0.00 (0.00, 57.22) | . |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

**Table E11**
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years‡ | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years‡ | PY-Rate†(95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 756 | 2/270 | 0.74 (0.09, 2.67) | 839 | 2/301 | 0.67 (0.08, 2.40) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 404 | 1/143 | 0.70 (0.02, 3.90) | 1.14 (0.01, 89.87) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Updated 5/26/2006

111

Table H2

Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg   (N=821) | | | Placebo   (N=900) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk[a] | Events/Patient-Years[b] | PY-Rate[c](95% CI) | Number At Risk[a] | Events/Patient-Years[b] | PY-Rate[c](95% CI) | Relative Risk[d] (95% CI) |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 757 | 2/296 | 0.67 (0.08, 2.44) | 840 | 2/328 | 0.61 (0.07, 2.20) | 1.11 (0.08, 15.26) |
| > 18 Months | 431 | 2/166 | 1.21 (0.15, 4.36) | 474 | 3/185 | 1.62 (0.33, 4.74) | 0.74 (0.06, 6.50) |

[a] Patient-years at risk.
[b] Patients with events Per 100 Patient-Years.
[c] Patient-years Per 100 Patient-Years.
[d] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Restricted
Confidential
limited access

Updated 5/26/2006

### Table E13
**Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)**
Patients on treatment for 150 weeks or more and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 5/818 | 0.61 (0.20, 1.43) | 4/908 | 0.44 (0.12, 1.13) | 0.17 (-0.52, 0.86) | 1.39 (0.30, 6.59) | 0.873 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

### Table E14
**Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)**
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 10/1226 | 0.82 (0.39, 1.50) | 7/1366 | 0.51 (0.21, 1.06) | 0.30 (-0.33, 0.94) | 1.59 (0.61, 4.15) | 0.345 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

### Table E15
**Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)**
Patients on treatment for 150 weeks or more and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 10/1295 | 0.77 (0.37, 1.42) | 7/1437 | 0.49 (0.20, 1.00) | 0.29 (-0.31, 0.88) | 1.58 (0.60, 4.15) | 0.355 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

112

M007340068

Updated 5/26/2006   Restricted Confidential limited access

Table E16
Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/396 | 0.76 (0.16, 2.22) | 917 | 1/441 | 0.23 (0.01, 1.26) | 3.34 (0.27, 175.50) |
| 12 - 18 Months | 251 | 0/7 | 0.00 (0.00, 53.31) | 304 | 0/7 | 0.00 (0.00, 54.86) | . |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E17
Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 773 | 4/275 | 1.46 (0.40, 3.73) | 854 | 1/305 | 0.33 (0.01, 1.83) | 4.44 (0.44, 218.65) |
| >18 Months | 361 | 1/126 | 0.79 (0.02, 4.41) | 412 | 2/146 | 1.37 (0.17, 4.95) | 0.58 (0.01, 11.10) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MD07340069

Restricted
Confidential
Redacted
Updated 5/26/2006

Table E18

Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval

Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg   (N=843) | | Placebo   (N=929) | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 774 | 4/302 | 1.32 (0.36, 3.39) | 855 | 1/333 | 0.30 (0.01, 1.67) | 4.41 (0.44, 216.97) |
| > 18 Months | 438 | 1/168 | 0.60 (0.02, 3.32) | 482 | 2/189 | 1.06 (0.13, 3.82) | 0.56 (0.01, 10.81) |

[*] Patient-years at risk.

[†] Patients with events Per 100 Patient-Years.

[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007340070



Restricted — Confidential — Subject to Protective Order

Updated 5/26/2006

Table F1

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | | |
|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[*] | PY-Rate[†](95% CI) | N | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| 1 - 183 Days | 99 | 6/359 | 1.67 (0.61, 3.64) | 53 | 3/197 | 1.53 (0.31, 4.46) | 1.10 (0.23, 6.77) | 1.000 |
| 184 - 1049 Days | 161 | 7/374 | 1.87 (0.75, 3.86) | 144 | 4/320 | 1.25 (0.34, 3.20) | 1.54 (0.45, 5.25) | 0.493 |
| >= 1050 Days | 821 | 15/802 | 1.87 (1.05, 3.08) | 900 | 9/885 | 1.02 (0.47, 1.93) | 1.85 (0.81, 4.22) | 0.146 |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F2

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | | |
|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[*] | PY-Rate[†](95% CI) | N | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| 1 - 183 Days | 99 | 7/414 | 1.69 (0.68, 3.49) | 53 | 3/228 | 1.32 (0.27, 3.84) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/456 | 1.75 (0.76, 3.46) | 144 | 5/388 | 1.29 (0.42, 3.01) | 1.38 (0.45, 4.23) | 0.570 |
| >= 1050 Days | 821 | 18/1203 | 1.50 (0.89, 2.37) | 900 | 12/1334 | 0.90 (0.46, 1.57) | 1.66 (0.80, 3.45) | 0.172 |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

115

Updated 5/26/2006   Restricted Confidential

Table F3
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[†] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[*] | PY-Rate[‡] (95% CI) | N | Events/Patient-Years[*] | PY-Rate[‡] (95% CI) | | |
| 1 - 183 Days | 99 | 7/423 | 1.65 (0.67, 3.41) | 53 | 3/233 | 1.29 (0.27, 3.76) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/470 | 1.70 (0.74, 3.36) | 144 | 6/400 | 1.50 (0.55, 3.26) | 1.15 (0.40, 3.32) | 0.795 |
| >= 1050 Days | 821 | 19/1270 | 1.50 (0.90, 2.34) | 900 | 15/1403 | 1.07 (0.60, 1.76) | 1.40 (0.71, 2.76) | 0.326 |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[†] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

116



Restricted
Confidential
limited access

Updated 5/26/2006

Table F4
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk† (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate‡ (95% CI) | N | Events/Patient-Years* | PY-Rate‡ (95% CI) | | |
| 1 - 183 Days | 98 | 4/359 | 1.11 (0.30, 2.85) | 53 | 3/197 | 1.53 (0.31, 4.46) | 0.73 (0.12, 4.99) | 0.954 |
| 184 - 1049 Days | 161 | 5/376 | 1.33 (0.43, 3.10) | 144 | 3/323 | 0.93 (0.19, 2.71) | 1.43 (0.28, 9.22) | 0.898 |
| >= 1050 Days | 821 | 12/803 | 1.49 (0.77, 2.61) | 900 | 6/886 | 0.68 (0.25, 1.47) | 2.22 (0.83, 5.91) | 0.111 |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
† Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.

Table F5
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk† (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate‡ (95% CI) | N | Events/Patient-Years* | PY-Rate‡ (95% CI) | | |
| 1 - 183 Days | 98 | 5/414 | 1.21 (0.39, 2.82) | 53 | 3/228 | 1.32 (0.27, 3.84) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/459 | 1.31 (0.48, 2.84) | 144 | 4/392 | 1.02 (0.28, 2.62) | 1.28 (0.30, 6.16) | 0.956 |
| >= 1050 Days | 821 | 15/1204 | 1.25 (0.70, 2.05) | 900 | 9/1337 | 0.67 (0.31, 1.28) | 1.85 (0.81, 4.23) | 0.144 |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
† Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.

117

M007340073

Updated 5/26/2006



Restricted Confidential limited access

Table F6
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk.

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[†] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 98 | 5/424 | 1.18 (0.38, 2.75) | 53 | 3/233 | 1.29 (0.27, 3.76) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/473 | 1.27 (0.47, 2.76) | 144 | 5/404 | 1.24 (0.40, 2.89) | 1.03 (0.31, 3.37) | 0.964 |
| >= 1050 Days | 821 | 16/1271 | 1.26 (0.72, 2.04) | 900 | 11/1406 | 0.78 (0.39, 1.40) | 1.62 (0.75, 3.48) | 0.221 |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[†] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

118

M007340074

Updated 5/26/2006   Restricted Confidential 

Table F7
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 152 | 8/505 | 1.59 (0.68, 3.12) | 94 | 5/320 | 1.56 (0.51, 3.65) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 11/495 | 2.22 (1.11, 3.97) | 207 | 10/421 | 2.37 (1.14, 4.37) | 0.96 (0.41, 2.26) | 0.921 |
| >= 1050 Days | 843 | 5/818 | 0.61 (0.20, 1.43) | 929 | 4/908 | 0.44 (0.12, 1.13) | 1.39 (0.30, 6.99) | 0.873 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F8
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 152 | 8/563 | 1.42 (0.61, 2.80) | 94 | 5/352 | 1.42 (0.46, 3.31) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/584 | 2.06 (1.06, 3.59) | 207 | 10/493 | 2.03 (0.97, 3.73) | 1.05 (0.45, 2.43) | 0.912 |
| >= 1050 Days | 843 | 10/1226 | 0.82 (0.39, 1.50) | 929 | 7/1366 | 0.51 (0.21, 1.06) | 1.59 (0.61, 4.19) | 0.345 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007340075

Updated 5/26/2006   Restricted Confidential Restricted Access



Table F9
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk.

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk§ (95% CI) | p-Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | N | Events/Patient-Years† | PY-Rate‡ (95% CI) | N | Events/Patient-Years† | PY-Rate‡ (95% CI) | | |
| 1 - 183 Days | 152 | 8/574 | 1.39 (0.60, 2.75) | 94 | 5/358 | 1.40 (0.45, 3.26) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/598 | 2.01 (1.04, 3.51) | 207 | 11/505 | 2.18 (1.09, 3.89) | 0.95 (0.42, 2.15) | 0.900 |
| >= 1050 Days | 843 | 10/1295 | 0.77 (0.37, 1.42) | 929 | 7/1437 | 0.49 (0.20, 1.00) | 1.58 (0.60, 4.15) | 0.355 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

120

M007340076

Updated 5/26/2006 

Table F10

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg   (N=1081) | | | Placebo   (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡(95% CI) | N | Events/Patient-Years† | PY-Rate‡(95% CI) | | |
| 0 - 18 Months | 174 | 8/581 | 1.38 (0.59, 2.71) | 118 | 5/382 | 1.33 (0.42, 3.05) | 1.04 (0.34, 3.19) | 0.941 |
| > 18 Months | 907 | 20/953 | 2.10 (1.28, 3.24) | 979 | 11/1019 | 1.08 (0.54, 1.93) | 1.93 (0.92, 4.03) | 0.080 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F11

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg   (N=1081) | | | Placebo   (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡(95% CI) | N | Events/Patient-Years† | PY-Rate‡(95% CI) | | |
| 0 - 18 Months | 174 | 9/674 | 1.33 (0.61, 2.53) | 118 | 5/447 | 1.12 (0.36, 2.61) | 1.18 (0.40, 3.53) | 0.763 |
| > 18 Months | 907 | 24/1398 | 1.72 (1.10, 2.55) | 979 | 15/1503 | 1.00 (0.56, 1.65) | 1.70 (0.89, 3.24) | 0.107 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007340077

Restricted
Confidential
Limited access

Updated 5/26/2006

Table F12
Subgroup analysis of Confirmed TC/VSAH Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg   (N=1081) | | | Placebo   (N=1097) | | | | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[a] | PY-Rate[b](95% CI) | N | Events/Patient-Years[a] | PY-Rate[b](95% CI) | Relative Risk[c] (95% CI) | |
| 0 - 18 Months | 174 | 9/690 | 1.30 (0.60, 2.48) | 118 | 5/459 | 1.09 (0.35, 2.54) | 1.20 (0.40, 3.59) | 0.742 |
| > 18 Months | 907 | 25/1472 | 1.70 (1.10, 2.51) | 979 | 19/1578 | 1.20 (0.73, 1.88) | 1.39 (0.77, 2.53) | 0.279 |

[a] Patient-years at risk.

[b] Patients with events Per 100 Patient-Years.

[c] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

122

M007340078

Updated 5/26/2006

Restricted Confidential — limited access 

Table F13
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[‡] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[*] | PY-Rate[†](95% CI) | N | Events/Patient-Years[*] | PY-Rate[†](95% CI) | | |
| 0 - 18 Months | 173 | 6/581 | 1.03 (0.38, 2.25) | 118 | 4/385 | 1.04 (0.28, 2.66) | 0.99 (0.24, 4.79) | 1.000 |
| > 18 Months | 907 | 15/957 | 1.57 (0.88, 2.59) | 979 | 8/1021 | 0.78 (0.34, 1.54) | 1.99 (0.84, 4.69) | 0.117 |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F14
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[‡] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[*] | PY-Rate[†](95% CI) | N | Events/Patient-Years[*] | PY-Rate[†](95% CI) | | |
| 0 - 18 Months | 173 | 7/675 | 1.04 (0.42, 2.14) | 118 | 4/451 | 0.89 (0.24, 2.27) | 1.15 (0.34, 3.95) | 0.819 |
| > 18 Months | 907 | 19/1403 | 1.35 (0.82, 2.11) | 979 | 12/1506 | 0.80 (0.41, 1.39) | 1.67 (0.81, 3.44) | 0.165 |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007340079

Updated 5/26/2006



Table F15

Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg   (N=1080) | | | Placebo   (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 173 | 7/690 | 1.01 (0.41, 2.09) | 118 | 4/462 | 0.87 (0.24, 2.22) | 1.14 (0.33, 3.92) | 0.830 |
| > 18 Months | 907 | 20/1477 | 1.35 (0.83, 2.09) | 979 | 15/1581 | 0.95 (0.53, 1.56) | 1.40 (0.71, 2.73) | 0.329 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

124

M007340080



Restricted — Confidential
Updated 5/26/2006

Table F16

Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | | Placebo (N=1230) | | | | p-Value |
|---|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| 0 - 18 Months | 270 | 16/817 | 1.96 (1.12, 3.18) | 192 | 8/577 | 1.39 (0.60, 2.73) | 1.42 (0.61, 3.32) | 0.416 |
| > 18 Months | 958 | 8/1001 | 0.80 (0.35, 1.57) | 1038 | 11/1071 | 1.03 (0.51, 1.84) | 0.77 (0.31, 1.92) | 0.575 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F17

Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | | Placebo (N=1230) | | | | p-Value |
|---|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| 0 - 18 Months | 270 | 16/917 | 1.75 (1.00, 2.83) | 192 | 8/646 | 1.24 (0.53, 2.44) | 1.44 (0.62, 3.36) | 0.401 |
| > 18 Months | 958 | 14/1456 | 0.96 (0.53, 1.61) | 1038 | 14/1566 | 0.89 (0.49, 1.50) | 1.08 (0.51, 2.27) | 0.839 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

125

M007340081