Restricted Confidential
Updated 5/26/2006

Table F18
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[f] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[+] | PY-Rate[‡] (95% CI) | N | Events/Patient-Years[+] | PY-Rate[‡] (95% CI) | | |
| 0 - 18 Months | 270 | 16/934 | 1.71 (0.98, 2.78) | 192 | 8/658 | 1.22 (0.52, 2.40) | 1.44 (0.62, 3.37) | 0.399 |
| > 18 Months | 958 | 14/1533 | 0.91 (0.50, 1.53) | 1038 | 15/1642 | 0.91 (0.51, 1.51) | 1.00 (0.48, 2.07) | 0.996 |

[+] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[f] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M0073400082

Restricted Confidential Limited access

Updated 5/26/2006

127

Table G1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡ (95% CI) | n(%)† | PY-Rate‡ (95% CI) |
| Total number of patients with events | 24 (2.28) | 1.60 (1.03, 2.38) | 15 (1.39) | 1.09 (0.61, 1.81) |
| Cardiac Events | 13 (1.22) | 0.85 (0.45, 1.46) | 16 (1.47) | 1.15 (0.66, 1.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Unstable angina pectoris | 1 (0.09) | 0.06 (0.00, 0.36) | 5 (0.46) | 0.36 (0.12, 0.84) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cardiac Thrombus | 1 (0.09) | 0.06 (0.00, 0.36) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral Vascular Events | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Cerebrovascular Events | 8 (0.75) | 0.52 (0.23, 1.03) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Transient ischemic attack | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/N x 100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

M007340083



Restricted Confidential - Limited Access

Table G2
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 24/1500 | 1.60 (1.03, 2.38) | 15/1370 | 1.09 (0.61, 1.81) | 0.51 (-0.34, 1.35) | 1.50 (0.79, 2.87) | 0.2177 |
| Cardiac Events | 13/1526 | 0.85 (0.45, 1.46) | 16/1390 | 1.15 (0.66, 1.87) | -0.30 (-1.03, 0.43) | 0.77 (0.37, 1.60) | 0.4812 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| Peripheral Vascular Events | 3/1541 | 0.19 (0.04, 0.57) | 0/1389 | 0.00 (0.00, 0.27) | 0.19 (-0.03, 0.42) | -- (0.37, ∞) | 0.2908 |
| Fatal/Non-Fatal Pulmonary embolism | 3/1544 | 0.19 (0.04, 0.57) | 0/1396 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | -- (0.37, ∞) | 0.2898 |
| Cerebrovascular Events | 8/1526 | 0.52 (0.23, 1.03) | 0/1392 | 0.00 (0.00, 0.27) | 0.52 (0.16, 0.89) | -- (1.56, ∞) | 0.0112 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G3
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1053) | | | Placebo (N=1079) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1053 | 10/523 | 1.91 (0.92, 3.51) | 1079 | 4/538 | 0.74 (0.20, 1.90) | 2.57 (0.81, 8.20) |
| 6 - 12 Months | 1037 | 10/501 | 2.00 (0.96, 3.67) | 1074 | 7/518 | 1.35 (0.54, 2.79) | 1.48 (0.56, 3.88) |
| 12 - 18 Months | 482 | 1/123 | 0.82 (0.02, 4.55) | 477 | 0/92 | 0.00 (0.00, 4.00) | -- (0.02, ∞) |
| > 18 Months | 221 | 3/352 | 0.85 (0.18, 2.49) | 157 | 4/222 | 1.81 (0.49, 4.62) | 0.47 (0.07, 2.79) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007340084


Updated 5/26/2006

129



Figure G1
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

M0073400085



Figure G2
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.181
Confirmed TCVSAE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

Updated 5/26/2006   Restricted Confidential   Limited access

M007340086

Updated 5/26/2006

Table G4
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| **Total number of patients with events** | 19 (1.79) | 1.26 (0.76, 1.96) | 12 (1.10) | 0.86 (0.45, 1.51) |
| **Cardiac Events** | 13 (1.22) | 0.85 (0.45, 1.45) | 11 (1.01) | 0.79 (0.39, 1.41) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| **Cerebrovascular Events** | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| **Hemorrhagic Events** | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incident(n/N×100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

131

M007340087

Updated 5/26/2006


Restricted Confidential Limited access

Table G5
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 19/1512 | 1.26 (0.76, 1.96) | 12/1388 | 0.86 (0.45, 1.51) | 0.39 (-0.36, 1.14) | 1.50 (0.73, 3.10) | 0.2723 |
| Cardiac Events | 13/1530 | 0.85 (0.45, 1.45) | 11/1396 | 0.79 (0.39, 1.41) | 0.06 (-0.59, 0.72) | 1.10 (0.49, 2.47) | 0.8128 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| Cerebrovascular Events | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |
| Hemorrhagic Events | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G6
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1061) | | | Placebo (N=1086) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1061 | 10/528 | 1.89 (0.91, 3.48) | 1086 | 3/542 | 0.55 (0.11, 1.62) | 3.43 (0.94, 12.46) |
| 6 - 12 Months | 1045 | 7/506 | 1.38 (0.56, 2.85) | 1082 | 5/522 | 0.96 (0.31, 2.23) | 1.45 (0.46, 4.56) |
| 12 - 18 Months | 488 | 0/124 | 0.00 (0.00, 2.96) | 485 | 0/95 | 0.00 (0.00, 3.88) | - |
| >18 Months | 225 | 2/354 | 0.56 (0.07, 2.04) | 163 | 4/228 | 1.75 (0.48, 4.48) | 0.32 (0.03, 2.25) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

132

M0073400088



Figure G3
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Updated 5/26/2006  Restricted Confidential Limited access

133

M007340089



Figure G4
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.245; Treatment*Time p-Value=0.059
Confirmed APTC Endpoint
During Follow-up (>14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

Updated 5/26/2006

134

Restricted Confidential
Restricted access
M007340090



Updated 5/26/2006

Restricted Confidential — limited access

Table G7
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC in Base Study and Censored at Week 210

| | Rofecoxib 25 mg (N=1187) | | Placebo (N=1206) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| Endpoints | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 19/1760 | 1.08 (0.65, 1.69) | 17/1608 | 1.06 (0.62, 1.69) | 0.02 (-0.68, 0.72) | 1.04 (0.54, 2.01) | 0.899 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table G8
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC and Censored at Week 210

| | Rofecoxib 25 mg (N=1187) | | | Placebo (N=1206) | | | |
|---|---|---|---|---|---|---|---|
| Time Interval | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Relative Risk[§] (95% CI) |
| 0 - 6 Months | 1187 | 8/582 | 1.37 (0.59, 2.71) | 1206 | 9/595 | 1.51 (0.69, 2.87) | 0.91 (0.35, 2.35) |
| 6 - 12 Months | 1154 | 7/557 | 1.26 (0.50, 2.59) | 1181 | 3/571 | 0.53 (0.11, 1.54) | 2.39 (0.55, 14.33) |
| 12 - 18 Months | 580 | 1/166 | 0.60 (0.02, 3.36) | 566 | 1/129 | 0.78 (0.02, 4.33) | 0.78 (0.01, 61.06) |
| > 18 Months | 303 | 3/454 | 0.66 (0.14, 1.93) | 227 | 4/313 | 1.28 (0.35, 3.27) | 0.52 (0.08, 3.05) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

135

M007340091



Figure G5
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Updated 5/26/2006  Restricted Confidential

M007340092



Figure G6
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Restricted Confidential Limited access
Updated 5/26/2006
137
M007340093