UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                    MDL No. 1657
      Products Liability Litigation

SECTION: L

This Document Relates to:                       Judge Fallon
Edith Sokoloff, et al v. Merck & Co., Inc.      Mag. Judge Knowles
(2:05-cv-06107-EEF-DEK)

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), the Plaintiffs move to amend the complaint as set forth in the attached amended complaint based on the death of Plaintiff, Helen Yaglowski. John Yaglowski will be substituted as the Executor of the estate of Helen Yaglowski. Local opposing counsel has no objections to this request. Defendant's Liaison counsel has been unresponsive.

THE PLAINTIFFS

By_____
MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion to Amend Complaint and Incorporated Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of November, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz
Rachel Amankulor
Iris Gafni-Kane
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

Michael A. Stratton