# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Edith Sokoloff, et al v. Merck & Co., Inc.
(2:05-cv-06107-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## ORDER

It is ordered that the plaintiff be granted motion to amend the complaint based on the death of plaintiff, Helen Yaglowski.

GRANTED / DENIED

_____
JUDGE/CLERK