MINUTE ENTRY
FALLON, J.
NOVEMBER 13, 2006

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
       LIABILITY LITIGATION

CHARLES LARON MASON

                                                REF NO. 06-810

VERSUS

                                                SECTION:  L

MERCK & CO., INC.


before JUDGE ELDON E. FALLON       MONDAY, NOVEMBER 13, 2006, 8:30 AM
Case Manager: Gaylyn Lambert                   (continued from 11-9-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
                 Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

<u>JURY TRIAL</u>:

<u>Defendant's Witnesses</u>:

Mark Keep, MD -  video deposition resumes.  Transcript filed into the record.

Craig Murdoch Pratt, MD - sworn - accepted as expert in cardiology.

Douglas Malcolm Vogeler, MD - by video deposition.

Court adjourned at 5:30 pm until Tuesday, November 14, 2006, at 8:30 am.


JS-10:      5:40 pm