MINUTE ENTRY
FALLON, J.
NOVEMBER 14, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>        LIABILITY LITIGATION | MDL 1657 |
| CHARLES LARON MASON | REF NO. 06-810 |
| VERSUS | SECTION:  L |
| MERCK & CO., INC. | |

before JUDGE ELDON E. FALLON          TUESDAY, NOVEMBER 14, 2006, 8:30 AM
Case Manager: Gaylyn Lambert                       (continued from 11-13-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances:  Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
              Philip Beck, Esq. & Tarek Ismail, Esq., Pat Hastings, Esq. For defendant

JURY TRIAL:

Defendant's Witnesses:

Douglas M. Vogeler, MD -video deposition resumes.  Transcript filed into the record.

Edward Ganellen, MD - by video deposition.  Transcript filed into the record.

Michael Rothkopf, MD - sworn - accepted as expert in cardiology.

Defendant rests.  No rebuttal evidence by plaintiff.

Defendant orally renews its Motion for Judgment as a Matter of Law and will submit same in writing on November 15th.

Court adjourned at 3:20 pm until Wednesday, November 15, 2006, at 8:30 am.

| JS-10:     5:13pm |
|---|