# Dr. Colin Funk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | x | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION L |
| | x | |
| This document relates to | x | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK | x | |
| Plaintiff | x | MAGISTRATE JUDGE |
| V. | x | KNOWLES |
| | x | |
| MERCK & CO., INC., | x | |
| Defendant | x | |
| | x | |
| Civil Action No. | x | |
| 2:05-CV-2524 | x | |
| | x | |

xxxxxxxxxxxxxxxxxxxxxxxxxx


--- This is the Deposition of Dr. Colin Funk, a

representative of the Plaintiff herein, taken at the Four

Seasons Hotel, 21 Avenue Road, Toronto, Ontario, Canada on

Monday, the 2nd day of October, 2006.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 2

1    APPEARANCES:

2    FOR THE PLAINTIFF AND THE PLAINTIFF STEERING COMMITTEE:

3         SHELLY A. SANFORD

4         Goforth Lewis Sanford LLP

5         1111 Bagby, Suite 2200,  Houston, Texas

6         PH:  713-650-0022

7

8         ANDY D. BIRCHFIELD, JR. and

9         P. LEIGH O'DELL

10        Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

11        234 Commerce Street, P.O. Box 4160

12        Montgomery, Alabama 36103-4160

13        PH:  800-898-2034

14   FOR THE DEFENDANT:

15        JOE W. TOMASELLI, JR.

16        Fulbright & Jaworski LLP

17        2200 Ross Avenue, Suite 2800

18        Dallas, Texas 75201-2784

19        PH:  214-855-8000

20

21        KEN BAUM, M.D.

22        Bartlit Beck Herman Palenchar & Scott LLP

23        Courthouse Place, 54 West Hubbard Street

24        Chicago, IL 60610

25        PH:  312-494-4445

Dr. Colin Funk

1                    TABLE OF CONTENTS

2

3    INDEX OF EXAMINATIONS:

4    DR. COLIN FUNK:  Affirmed.  . . . . . . . . . . . . .        11

5    EXAMINATION BY MR. TOMASELLI:  . . . . . . . . . . . .       11

6

7                  INDEX OF UNDERTAKINGS

8    Undertakings are noted by U/T and are found on the

9    following pages:  79

10

11

12             INDEX OF UNDER ADVISEMENT QUESTIONS

13   Under advisement questions are noted by U/A and are found

14   on the following pages:  22, 271

15

16

17

18

19

20

21

22

23

24

25

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 4

1

2    EXHIBIT NO. FUNK-1:    Expert report of Colin D.

3                          Funk, PhD.  Dated September 18, 2006. ....    76

4

5    EXHIBIT NO. FUNK-2:    Copy of Dr. Funk's CV. ......    79

6

7    EXHIBIT NO. FUNK-3:    Vane article, entitled

8                          Mechanism of Action of Nonsteroidal

9                          Anti-inflammatory Drugs, published

10                         1998. ...................    95

11

12   EXHIBIT NO. FUNK-4:    Clarke study, entitled

13                         Suppression of Thromboxane A2 but not

14                         of Systemic Prostacyclin by Controlled-

15                         Release Aspirin.  .............    109

16

17

18

19

20

21

22

23

24

25

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

1    EXHIBIT NO. FUNK-5:  Van Hecken article entitled
2              Comparative Inhibitory Activity of
3              Rofecoxib, Meloxicam, Diclofenac,
4              Ibuprofen, and Naproxen on COX-2 versus
5              COX-1 in Healthy volunteers, dated in
6              2000. ...................                    133
7
8    EXHIBIT NO. FUNK-6:  Catella-Lawson study
9              entitled Effects of Specific Inhibition
10             of Cyclooxygenase-2 on Sodium Balance,
11             Hemodynamics, and Vasoactive
12             Eicosanoids, dated 1999.  .........         136
13
14   EXHIBIT NO. 7:  McAdam article entitled Systemic
15             biosynthesis of prostacyclin by
16             cyclooxygenase (COX)-2:  The human
17             pharmacology of a selective inhibitor
18             of  COX-2, dated 1999.  ..........          139
19
20   EXHIBIT NO. FUNK-8:  Pratico article entitled
21             Acceleration of atherogenesis by COX-1-
22             dependent prostanoid formation in low
23             density lipoprotein receptor knockout
24             mice, dated 2000. .............            156
25

1    EXHIBIT NO. FUNK-9:  FitzGerald article entitled

2              Cyclo-oxygenase products and

3              atherothrombosis, dated 2000. .......        158

4

5    EXHIBIT NO. FUNK-10:  Egan article entitled:

6              COX-2-Derived Prostacyclin confers

7              Atheroprotection on Female Mice.  .....      170

8

9    EXHIBIT NO. FUNK-11:  Burleigh article entitled:

10             Cyclooxygenase-2 Promotes Early

11             Atherosclerotic Lesion Formation in LDL

12             Receptor-Deficient Mice, dated 2002.  ...    175

13

14   EXHIBIT NO. FUNK-12:  Burleigh article entitled:

15             Cyclooxygenase-2 promotes early

16             atherosclerotic lesion formation in

17             ApoE-deficient and C57BL/6 mice, dated

18             2005. ...................                     177

19

20   EXHIBIT NO. FUNK-13:  Olesen article entitled:

21             No effect of Cyclooxygenase Inhibition

22             on Plaque Size in Atherosclerosis-prone

23             Mice, dated 2002. .............              180

24

25

1   EXHIBIT NO. FUNK-14:  Egan article entitled:

2   Cyclooxygenases, Thromboxane, and Atherosclerosis Plaque

3   Destabilization by Cyclooxygenase-2 Inhibition Combined

4   With Thromboxane Receptor Antagonism, dated 2004. ..   181

5

6   EXHIBIT NO. FUNK-15:  Sleeve containing a CD

7            entitled Funk articles, containing all

8            148 articles referred to in the expert

9            report of Dr. Funk. ............        200

10

11  EXHIBIT NO. FUNK-16:  Stack of literature

12           comprising roughly half of the articles

13           referred to in expert report of Dr.

14           Funk. ..................              200

15

16  EXHIBIT NO. FUNK-17:  Antman article entitled:

17           Cyclooxygenase Inhibition and

18           Cardiovascular Risk, dated 2005.  .....    209

19

20  EXHIBIT NO. FUNK-18:  Belton article entitled:

21           Cyclooxygenase-1 and -2-Dependent

22           Prostacyclin Formation in Patients With

23           Atherosclerosis, dated 2000.  .......      223

24

25

1    EXHIBIT NO. FUNK-19:  Schonbeck article entitled:
2    Augmented Expression of Cyclooxygenase-2 in Human
3    Atherosclerotic Lesions, dated 1999.  ........          224
4
5    EXHIBIT NO. FUNK-20:  Baker article entitled:
6              Cyclooxygenase-2 Is Widely Expressed in
7              Atherosclerotic Lesions Affecting
8              Native and Transplanted Human Coronary
9.             Arteries and Colocalizes With Inducible
10             Nitric Oxide synthase and Nitrotyrosine
11             Particularly in Macrophages, dated
12             1999. ...................                      226
13
14   EXHIBIT NO. FUNK-21:  Stemme article entitled:
15             Expression of Cyclo-oxygenase-2 in
16             Human Atherosclerotic Carotid Arteries,
17             dated 2000. ...............                    230
18
19   EXHIBIT NO. FUNK-22:  Loftin article entitled:
20             Failure of ductus arteriosus closure
21             and remodeling in neonatal mice
22             deficient in cyclooxygenase-1 and
23             cyclooxygenase-2, dated 2001. .......          236
24
25

Page 9

1    EXHIBIT NO. FUNK-23:  Topper article entitled:

2    Identification of vascular endothelial genes

3    differentially responsive to fluid mechanical stimuli:

4    Cyclooxygenase-2, manganese superoxide dismutase, and

5    endothelial cell nitric oxide synthase are selectively up-

6    regulated by steady laminar shear stress, dated 1996.  241

7

8    EXHIBIT NO. FUNK-24:  McCormick article

9                 entitled:  DNA microarray reveals

10                changes in gene expression of shear

11                stressed human umbilical vein

12                endothelial cells, dated 2001.  ......       243

13

14   EXHIBIT NO. FUNK-25:  Passerini article

15                entitled:  Coexisting proinflammatory

16                and antioxidative endothelial

17                transcription profiles in a disturbed

18                flow region of the adult porcine aorta,

19                dated 2004. ................              247

20

21   EXHIBIT NO. FUNK-26:  FitzGerald article

22                entitled:  Coxibs and Cardiovascular

23                Disease, dated 2004.  ...........          259

24

25

Dr. Colin Funk

1  EXHIBIT NO. FUNK-27:  Four binders containing exhibits
2  cited by Dr. Funk in his expert report. .......      264
3
4  EXHIBIT NO. FUNK-28:  Cheng article entitled:
5          Cyclooxygenases, microsomal
6          prostaglandin E synthase-1, and
7          cardiovascular function, dated 2006.  ...   265
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

1    --- Upon commencing at 9:00 a.m.

2                    DR. COLIN FUNK:  Affirmed.

3                    EXAMINATION BY MR. TOMASELLI:

4              Q.   My name is Joe Tomaselli and I

5    represent Merck; you understand that?

6              A.   Yes.

7              Q.   Can you state your name and your

8    business address for the record?

9              A.   Colin Funk, Queens University,

10   Kingston, Ontario, Canada.

11             Q.   And where do you live?

12             A.   Kingston, Canada.

13             Q.   Did you grow up in Kingston?

14             A.   No, I didn't.  No.

15             Q.   I can't hear you.

16             A.   No, I didn't.

17             Q.   Are you here -- do you understand

18   you're here as an expert witness hired by Plaintiff in the

19   Dedrick matter?

20             A.   Yes.

21             Q.   Is there any reason you cannot give

22   accurate testimony today?

23             A.   No.

24             Q.   Have you ever given a deposition

25   before?

Dr. Colin Funk

```
 1                    A.   No.
 2                    Q.   A few ground rules for it, just so you
 3     and I are on the same page.  You have to answer audibly,
 4     which means you have to answer "yes" or "no" out loud so
 5     the court reporter can take all of your statements and my
 6     statements down for the record so we can look back at them
 7     later.
 8                    So, "uh-huhs" or "uh-uhs" or things like
 9     that, nods of the head; those can't be taken down.  So if
10     you can answer audibly, I'd appreciate it.  Okay?
11                    A.   Okay.
12                    Q.   If you don't understand my question, if
13     you can say "I don't understand, can you rephrase the
14     question".  Let me know, and I'll try to do that.
15                    But if you answer the question, can I
16     assume that you understood it well enough to answer it?
17                    A.   Yeah.
18                    Q.   Okay.  And it's not a marathon or
19     anything like that, so if you need a break for any reason
20     to get a drink or anything like that just let us know and
21     we'll take a break.  Okay?
22                    A.   Okay.
23                    Q.   How do you describe your profession to
24     others?  Are you a biologist?  Or how do you describe
25     yourself?
```

Case 2:05-md-01657-EEF-DEK   Document 8728-4   Filed 11/15/06   Page 13 of 35

Dr. Colin Funk

Page 13

1      A.  I guess it depends who I'm talking
2  with. Scientist in general.
3           Q.  You're a scientist in general?
4           A.  Yeah.
5           Q.  If you're talking to your professional
6  colleagues, how do you define yourself?
7           A.  I could define myself as a biochemist,
8  a physiologist, a pharmacologist.
9           Q.  Do you hold yourself out to the
10  scientific community as a vascular biologist or expert in
11  vascular biology?
12           A.  Yeah, I do.
13           Q.  Okay.  You're not a medical doctor; are
14  you?
15           A.  No.
16           Q.  You're not a cardiologist,
17  rheumatologist, gastroenterologist, epidemiologist or
18  biostatistician; correct?
19           MS. SANFORD:  Object to the form.
20           MR. TOMASELLI:  Is that because I put them
21  all in the same question?
22           MS. SANFORD:  Yes.  I'd rather you break
23  them down.
24           BY MR. TOMASELLI:
25           Q.  You're not a cardiologist; correct?

Golkow Litigation Technologies - 1.877.DEPS.USA

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 14

1              A.   I'm not a practicing cardiologist but I

2    do cardiology research.

3              Q.   You don't hold yourself out as a

4    cardiologist; correct?

5              A.   I do cardiology research in animals.

6              Q.   In animals but not in people?

7              A.   No, not in people.

8              Q.   You're not a rheumatologist?  You don't

9    hold yourself out to the medical community as a

10   rheumatologist; correct?

11             A.   No.

12             Q.   You don't hold yourself out to the

13   medical community as a gastroenterologist; correct?

14             A.   That's correct.

15             Q.   You don't hold yourself out to the

16   medical community as an epidemiologist, correct?

17             A.   I read the epidemiological studies in

18   the literature, but I'm not an epidemiologist.

19             Q.   You understand epidemiology concepts

20   but you're not a practicing epidemiologist; right?

21             A.   I read the clinical literature, trials.

22             Q.   You don't hold yourself out to the

23   medical community as an epidemiologist; right?

24             A.   That's right.

25             Q.   And you don't hold yourself out to the

Dr. Colin Funk

Page 15

1    medical community as a biostatistician; is that right?

2                    A.   Well I look at the clinical trials and

3    try to evaluate the biostatistics in those studies, but

4    I'm not a biostatistician.

5                    Q.   You're not a practicing

6    biostatistician?

7                    A.   No, I don't do biostatistics.

8                    Q.   And you haven't had any formal training

9    in biostatistics; is that correct?

10                   A.   I have taken courses in statistics.

11                   Q.   Biostatistics or statistics?

12                   A.   Statistics.

13                   Q.   Statistics alone?

14                   A.   Well statistics, yeah.

15                   Q.   You cannot prescribe medicine; is that

16   true?

17                   A.   That's true.

18                   Q.   You've never prescribed medicine; is

19   that true?

20                   A.   That's true, yeah.

21                   Q.   You've never diagnosed a person with a

22   medical problem; is that right?

23                   A.   That would be correct.

24                   Q.   You've never evaluated a particular

25   individual and opined as to any cause of any event; is

Dr. Colin Funk

Page 16

1   that right?

2                    A.   That's true.

3                    Q.   You mentioned the Nobel Prize winner

4   John Vane in your report.  Did you have anything to do

5   with winning that Nobel Prize?

6                    A.   No.

7                    Q.   Have you ever designed a clinical trial

8   with a prescription drug?

9                    A.   I haven't designed one myself but I've

10  been involved with people that have.

11                   Q.   And what trial was that?

12                   A.   Well I've been with some of Garret

13  FitzGerald's studies when he's looked at some of the

14  different drugs.

15                   Q.   Drugs in people?

16                   A.   Yeah.  He's evaluated different drugs

17  in people, yes.

18                   Q.   Okay.  And have you been part of the

19  design of that clinical trial or have you just been a

20  helper?

21                   A.   Helper, sort of, in discussions.

22                   Q.   Okay.  Have you ever been a principal

23  investigator for a clinical trial?

24                   A.   No, I haven't.

25                   Q.   Do you -- as part of your regular job

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 17

1  analyze results of clinical trials as part of your work?

2              A.    I've looked at the clinical trial

3  literature and it's part of the things I go through

4  routinely.

5              Q.    For all the different areas of

6  cardiovascular research that you undertake, you look at

7  the clinical trials related to those?

8              A.    Yeah.  Anything related to my area on

9  the eicosanoid molecules, yeah.

10             Q.    So what sorts of clinical trials do you

11  review on a daily basis as part of your work?

12             MS. SANFORD:  Object to the form.

13             BY MR. TOMASELLI:

14             Q.    Sometimes she'll object to my question

15  and that's okay.  But under the rules we have, you have to

16  answer my question unless you don't understand it.  Okay?

17             So I'll ask it again.

18             What sorts of clinical trials have you

19  reviewed as part of your work, say, in the last couple of

20  years?

21             A.    I've looked at various clinical trial

22  studies relating to COX-2 inhibitors, NSAIDs, other drugs

23  in this 5-lipoxygenase pathway that I'm working with.

24             Q.    And what drugs do you actively watch

25  the clinical trials for?  You said NSAIDs and COX-2

Dr. Colin Funk

Page 18

1    inhibitors and 5-lipoxygenase?

2                    A.   Yeah, 5-lipoxygenase.

3                    Q.   I'm sorry, can you spell lipoxygenase?

4                    A.   L-i-p-o-x-y-g-e-n-a-s-e.

5                    Q.   And what, what drugs are in that

6    family?

7                    A.   There are a number of different drugs

8    one of them is called -- well used to be called bay...

9    bay...something 1001 or something like that.  But now it

10   goes under the name DG31.  There's a clinical trial going

11   on with that right now.

12                   There are other inhibitors in this pathway

13   that I'm also interested in.

14                   Q.   What clinical trials for COX-2

15   inhibitors have you followed through the course of your

16   career?

17                   A.   Studies relating to rofecoxib, Vioxx

18   celecoxib, Celebrex, and some of the comparator drugs in

19   those studies, naproxen.

20                   Q.   You followed NSAID drugs -- or do you

21   follow NSAID drugs outside of when they're being compared

22   to COX-2 inhibitors?

23                   A.   Yes, I do.

24                   Q.   You do.  And can you give me some

25   examples of those?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 19

1           A.   Other NSAID studies?

2           Q.   Yes, sir.

3           A.   Well, for instance, the studies dealing

4    with low-dose aspirin.

5           Q.   Okay.  Any others besides low-dose

6    aspirin?

7           A.   Naproxen.

8           Q.   What studies have you reviewed on

9    naproxen?

10          A.   I've looked at one by Patrono.

11          Q.   Is that when naproxen was compared to

12   aspirin?

13          A.   I can't remember right now, no.

14          Q.   Okay.  Any others?

15          A.   I've looked at some other trials with

16   COX-2 inhibitors.  Parecoxib, p-a-r-e-c-o-x-i-b;

17   Valdecoxib, v-a-l-d-e-c-o-x-i-b; I've looked at some

18   trials with lumiracoxib, l-u-m-i-r-a-c-o-x-i-b.

19          Q.   Have you looked at trials with

20   ibuprofen?

21          A.   I've looked at some meta-analysis

22   studies that have included ibuprofen.

23          Q.   Can you recall off the top of your head

24   which one that is?

25          A.   I can't recall the main author.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 20

1              Q.   Okay.  Have you tried to look at the

2   clinical trials for diclofenac?

3              A.   I've looked at some of them, yeah.

4              Q.   Which ones?

5              A.   Again, I can't recall off the top of my

6   head.

7              Q.   Okay.  How much do you charge to be an

8   expert witness?

9              A.   It's 350 for reading/report

10  preparation, 400 for the deposition.

11             Q.   What about trial testimony?

12             A.   400.

13             Q.   Do you keep the money that you earn?

14             A.   I haven't earned anything yet, so --

15  well I did get a $5,000 retainer fee --

16             Q.   Did you put that in your bank account?

17             A.   -- which I kept, yes.

18             Q.   Have you served as an expert before at

19  any time?

20             A.   No.

21             Q.   Did you have a fee schedule before this

22  case?

23             A.   A fee schedule?

24             Q.   Yeah.  You said 350 for review and

25  writing your report and 400 for deposition testimony and

Dr. Colin Funk

Page 21

1    400 for trial testimony?

2               A.   I've done various other types of

3    document work in the past.

4               Q.   Consulting work?

5               A.   Consulting mainly, yes.

6               Q.   And you charged $350 an hour for that

7    time?

8               A.   No, I've -- well it's varied anywhere

9    from a daily rate of about 2,500 to an hourly rate

10   anywhere probably in the 150 to 250 range.

11              Q.   And how did you decide on your fee

12   schedule for this case?

13              A.   Just by mutual agreement, I guess.

14              Q.   So when you're a consultant in the

15   medical community, you charge a certain amount of money

16   per day and then about -- what did you say per hour?

17              A.   Uh... It could be anywhere from 150 to

18   250 an hour, something like that.

19              Q.   Okay.  Who was your first contact in

20   terms of a lawyer for this case?

21              A.   For this case?

22              Q.   Yes, sir.

23              A.   It would be --

24              Q.   This is the only case you've ever been

25   on, right?

Dr. Colin Funk

Page 22

1                    A.   Yeah as an expert, yeah.   Shelly

2      Sanford.

3                    Q.   Ms. Sanford?

4                    A.   Ms. Sanford, yeah.

5                    Q.   And when did Ms. Sanford give you a

6      call?

7                    A.   That would have been, let's see...

8      Somewhere around the end of June/beginning of July,

9      something like that.

10                   Q.   Of this year?

11                   A.   Yeah.

12                   Q.   Okay.   And have you had phone

13     conversations with Ms. Sanford?

14                   A.   A couple.

15                   Q.   Have you had e-mail correspondence with

16     Ms. Sanford?

17                   A.   Yes.

18                   Q.   Okay.   And we'll request a copy of

19     that, so.   Is that okay, will you produce that?

20     U/A            MS. SANFORD:   I'll look for the e-mails of

21     mine and give them to Andy and take them under advisement.

22                    MR. TOMASELLI:   You all have any problem

23     producing those, as you sit here today?

24                    MR. BIRCHFIELD:   Any e-mails that he has

25     between counsel.   Right.

Page 23

1          MR. TOMASELLI:  You don't have a problem

2    with that?

3          MR. BIRCHFIELD:  I don't have a problem

4    with that.

5          BY MR. TOMASELLI:

6          Q.  And that first conversation, did

7    Ms. Sanford give you a call in your office?

8          A.  It might have been an e-mail asking to

9    schedule a meeting.

10          Q.  And what did you write back, do you

11    recall?

12          A.  Umm, sure, I'd be willing to meet you.

13          Q.  Okay.  And did she come up to meet you

14    here in Toronto or did ya'll meet somewhere else?

15          A.  She came to Kingston to meet me.

16          Q.  Okay, how far is Kingston from Toronto?

17          A.  It's about a two-and-a-half hour car

18    drive.

19          Q.  Okay.  And do you remember when you

20    first met with Ms. Sanford?

21          A.  I think it was actually around July

22    11th, I think, somewhere, the first time.

23          Q.  And was anyone with her or was she

24    alone?

25          A.  She was alone.

Dr. Colin Funk

1    Q.   And what sorts of things did ya'll talk
2  about?
3           A.   She mentioned about the, I guess the
4  multi-district litigations and the possibility of being an
5  expert witness.
6           Q.   And did you say in that meeting that
7  you would agree to do that?
8           A.   Well we discussed the -- I think we
9  discussed the possibility that I would do it.  I'm not
10 sure if I actually agreed that day or not.
11          Q.   How long did ya'll meet?
12          A.   A few hours, maybe, three/four hours.
13          Q.   Did you discuss the science of COX-2
14 inhibitors?
15          A.   Well we talked about some of my
16 research on COX-2 drugs, yeah.
17          Q.   And what -- do you remember what
18 research you talked to her about?
19          A.   Probably some of my recent studies that
20 are published in this year, in 2006.
21          Q.   Would one of those be the Cheng 2006
22 article?
23          A.   Yes.
24          Q.   That's C-h-e-n-g?
25          A.   Yeah.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 25

1              Q.   Okay.  And what did you tell her about
2    that study?
3              A.   I can't really remember.  We might have
4    talked a little bit about the results in that publication.
5              Q.   Can you recall anything else ya'll
6    talked about other than the litigation and whether you
7    might be willing to serve as an expert and some of your
8    recent publications?
9              A.   I can't recall anything else.
10             Q.   Okay.  Have ya'll had any further
11   in-person meetings after July 11th?
12             A.   I think I met her after that.  I'm not
13   sure if it was maybe once after that.
14             Q.   In Kingston again?
15             A.   No.
16             Q.   Where was that?
17             A.   I think it was actually New Orleans.
18             Q.   Did you fly to New Orleans?
19             A.   Yeah.
20             Q.   Specifically to meet her there?
21             A.   I think I was acting as a consultant at
22   that time.
23             Q.   Okay.  A consultant for the Plaintiffs
24   in the litigation?
25             A.   Yeah.

Dr. Colin Funk

Page 26

1          Q.   Did you meet with anybody other than
2    Ms. Sanford in New Orleans?
3          A.   Yeah.   I was meeting with a few other
4    lawyers, Bert Black and Mark Robinson.
5          Q.   And when was this meeting?
6          A.   Let's see, that would have been...   Was
7    that in the end of July, I think, sometime around there.
8          Q.   The end of July?
9          A.   I think it was around there.
10         Q.   Was a trial going on down there, did
11   you know?
12         A.   There was one going on, yeah.
13         Q.   There was one going on.   And you met
14   with -- did you know if any of the lawyers were actively
15   participating in the trial at the time?
16         A.   If any lawyers, which?
17         Q.   If any of the lawyers you met with were
18   actually participating in the trial at the time?
19         A.   Well I knew there was -- I was acting
20   as a consultant for -- with Bert Black and Mark Robinson.
21         Q.   Okay.   Did you know Mr. Robinson was
22   trying the case at the time?
23         A.   Yes.
24         Q.   You did.   Where did you stay when you
25   were in New Orleans?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 27

1                  A.   At the W Hotel.

2                  Q.   And that's where Mr. Robinson was

3     staying; right?

4                  A.   Yes.

5                  Q.   And when did you agree to consult with

6     the Plaintiffs?  I assume you agreed prior to the end of

7     July to come down; right?

8                  A.   I, I --

9                  Q.   Sometime between July 11th when you met

10    with Ms. Sanford in Kingston and July, the end of July

11    when you were down in New Orleans?

12                 A.   Sometime, yeah, in that June/July area.

13                 Q.   Well it would have to be after July

14    11th, correct?

15                 A.   Well actually I was acting as

16    consultant before I met Ms. Sanford.

17                 Q.   Oh you were.  Who were you consulting

18    with?

19                 A.   Bert Black.

20                 Q.   Okay --

21                 MS. SANFORD:  Did you finish your

22    answer?  I'm sorry, were you finished with your answer?

23                 THE WITNESS:  I think so.

24                 BY MR. TOMASELLI:

25                 Q.   I thought I asked you who your first

Dr. Colin Funk

Page 28

1    contact in litigation was and you said Ms. Sanford, so --

2                    A.   You said in relation to this case, I

3    thought.

4                    Q.   Okay.  Well let me back up.  Who's the

5    first contact you ever met with regarding Vioxx

6    litigation?

7                    A.   It was Bert Black.

8                    Q.   Okay.  And when were you first

9    contacted by Mr. Black?

10                   A.   It was around the first or second week

11   in June of 2006.

12                   Q.   Okay.  Did he e-mail you or call you?

13                   A.   I think he, -yeah, he called me.

14                   Q.   And what did he say?

15                   MS. SANFORD:  I'll just make a general

16   statement here.  I can't instruct you not to answer, but I

17   am obligated to tell you that if you were not retained as

18   a testifying expert at that time, you are under no

19   obligation to talk about the substance of conversations

20   where you were a consulting expert only.

21                   MR. TOMASELLI:  I completely disagree with

22   that now that he's been designated as a testifying expert,

23   so.

24                   BY MR. TOMASELLI:

25                   Q.   Be that as it may, if you take her

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 29

1    instruction we'll deal with that in due course.

2              But what did Mr. Black say to you the first

3    time that ya'll talked?

4              MS. SANFORD:  I give you the same

5    statement, Dr. Funk.

6              THE WITNESS:  He asked if I was willing to

7    be a consultant.

8              BY MR. TOMASELLI:

9         Q.   Okay.  And what did you say?

10        A.   I said I would consider it.

11        Q.   And when did you say you would be a

12   consultant?

13        A.   I can't remember the exact date.  It

14   might have been sometime in the middle of June.

15        Q.   Okay.  So in the middle of June you

16   made up your mind that you would consult for Plaintiff's

17   lawyers who were suing Merck; right?

18        A.   I think I agreed to be a consultant;

19   yes.

20        Q.   Did Mr. Black ask you to consult with

21   any particular case or just in general?

22        A.   I'm not sure exactly -- there was, he

23   mentioned that a case was about to go to trial.

24        Q.   And did you meet in person with

25   Mr. Black at any time prior to your in-person meeting with

Page 30

1    Ms. Sanford?

2                    A.   Yes.

3                    Q.   Yes?

4                    A.   Yeah.

5                    Q.   And how many times?

6                    A.   Once, I think.

7                    Q.   And where did ya'll meet?

8                    A.   In Kingston.

9                    Q.   How long was your meeting?

10                   A.   It was a few hours one day.

11                   Q.   Okay.  And do you remember generally

12   what you talked about, Dr. Funk?

13                   MS. SANFORD:  If you don't mind I'll just

14   say I'll give you the same statement.  And let that be a

15   running statement to him that he's under no obligation to

16   disclose the content of any consulting-only testimony

17   although I cannot instruct you not to answer the question.

18                   Can I have that running statement as to any

19   content or do you want me to make that every time?

20                   MR. TOMASELLI:  Sure.  I don't mind.

21                   MS. SANFORD:  Okay.

22                   BY MR. TOMASELLI:

23                   Q.   Do you remember what you talked about

24   with Mr. Black?

25                   A.   Primarily my science and, I think, my

Page 31

1    paper that we published, Cheng et al.

2              Q.    Cheng 2006 again?

3              A.    Yes.

4              Q.    So if I got the time lines straight:

5              Mr. Black calls you sometime in June and

6    thereafter you agreed to serve as a consultant for

7    Plaintiff's lawyers who were suing Merck; and then

8    sometime thereafter Ms. Sanford called you about the

9    Dedrick case and sometime -- and that was in June or July;

10   and then on July 11th you met with Ms. Sanford in

11   Kingston; and then toward the end of July you went down

12   and met with Ms. Sanford, Mr. Black and Mr. Robinson in

13   New Orleans.

14             Is that summarized; is that fair?

15             A.    I didn't meet with Ms. Sanford then.

16   This was part of the consulting arrangement with Bert

17   Black and Mark Robinson.

18             Q.    Okay.  So you did not meet with

19   Ms. Sanford in New Orleans?

20             A.    She was there, but I didn't meet with

21   her.

22             Q.    Okay.  So Ms. Sanford was in New

23   Orleans and you were in New Orleans but you all didn't

24   meet at the end of July?

25             A.    No.  We crossed each other's paths but

Page 32

1    I was talking with Bert Black and Mark Robinson.

2                 Q.  Okay.  And did you, did you -- do you

3    know Dr. Douglas Zipes?

4                 A.  Yes.

5                 Q.  Did you, did you talk with Dr. Zipes at

6    the W Hotel in late July/early August?

7                 A.  Well I was consulting with Mark

8    Robinson and Bert Black then, yeah.

9                 Q.  Right, right.  Did you meet with

10   Dr. Zipes, though?

11                A.  We shook hands, I guess.  I'd never met

12   him before.

13                Q.  But you met him and you talked to him?

14                A.  Yeah, just informally.

15                Q.  Did you talk about the science?

16                A.  I don't think I talked directly with

17   him about science, no.

18                Q.  You don't think you did or you didn't?

19                MS. SANFORD:  Object to the form.

20                THE WITNESS:  I was hired as a consultant

21   to work with Mark Robinson and Bert Black.

22                BY MR. TOMASELLI:

23                Q.  Okay.  Do you ever remember talking

24   with Dr. Zipes about the science of COX-2 inhibitors or

25   Vioxx?

Dr. Colin Funk

Page 33

1           A.   No.

2           Q.   Never have?

3           A.   I don't think so, no.

4           Q.   Okay.  Dr. Zipes has testified that he

5    talked to you about the science of COX-2 inhibitors that

6    just is not right; is that what I'm hearing?

7           MS. SANFORD:  Object to the form.

8           BY MR. TOMASELLI:

9           Q.   It's okay that she objects.

10          A.   I was talking in a room with Mark

11   Robinson and Bert Black, it's possible he heard some of

12   the things I was saying.

13          Q.   So let me get this straight.  While you

14   didn't directly to Dr. Zipes, you all were all sitting in

15   a room and Mr. Robinson and Mr. Black were talking to you

16   about the science and Dr. Zipes was welcome to sit in and

17   listen?

18          A.   Umm, it's possible, yeah.  I wasn't

19   looking after Dr. Zipes, no.

20          Q.   Right.  But you weren't talking

21   directly, you've never talked directly to Dr. Zipes about

22   the science?

23          A.   No.

24          Q.   Okay.  And if I understand your

25   testimony, sometime in July you agreed to serve as an

Dr. Colin Funk

Page 34

1    expert witness or consult in the Dedrick case?

2                    A.   I actually never heard about the

3    Dedrick -- the word about the person Dedrick until I think

4    it was yesterday.  I didn't know anything about this case.

5    I just was asked to write an expert opinion on a couple of

6    things.

7                    Q.   Okay.  And do you know when the Dedrick

8    case is going to trial?

9                    A.   I think it's scheduled for the end of

10   November.

11                   Q.   Do you know where it is?

12                   A.   Probably New Orleans.

13                   Q.   Are you planning on coming?

14                   A.   Possibly if I'm asked to give my

15   opinion.

16                   Q.   So far you haven't been asked to --

17                   A.   No.

18                   Q.   -- come to New Orleans?

19                   A.   Not officially, no.

20                   Q.   Unofficially have you been asked to

21   come to New Orleans?

22                   A.   There's been the possibility that I

23   might come there, yeah.

24                   Q.   You know it's a possibility but you

25   haven't made any flight arrangements?

Dr. Colin Funk

1              A.   No, I haven't.

2              Q.   Okay.  And after this -- how long did

3   you spend in New Orleans?

4              A.   When?

5              Q.   I'm sorry, good question.  At the end

6   of July when you were meeting with Mr. Robinson and

7   Mr. Black in New Orleans, how long were you there?

8              A.   A couple of days.

9              Q.   A couple of days.  Did you charge for

10  your time?

11             A.   Yeah.  As part of my consulting

12  arrangement, yes.

13             Q.   Okay.  And how long -- or how many

14  hours have you spent with respect to your consulting

15  arrangement, not necessarily with respect to the Dedrick

16  case but just in general; how many hours have you spent in

17  that consulting arrangement with the Plaintiff's lawyers

18  who are suing Merck?

19             MS. SANFORD:  Object to the form.

20             BY MR. TOMASELLI:

21             Q.   Do you understand what I was trying to

22  ask?

23             A.   The number of hours consulting.

24             Q.   Right.  So can you give me an estimate?

25             A.   Well, I spend most of my time in