Page 67

1           A.   Sometimes I don't recognize the first

2    author, I might recognize somebody else.  So I'm not sure.

3           Q.   Okay.  But that one doesn't ring a

4    bell?

5           A.   No.

6           Q.   Have you reviewed a publication by Drs.

7    Reins or Thal with respect to Vioxx versus placebo in

8    alzheimers patients?

9           MS. SANFORD:  I object to the form.  What

10   was the name again, sorry?

11          THE WITNESS:  Maybe you could show me the

12   paper.

13          BY MR. TOMASELLI:

14          Q.   Reins, R-e-i-n-s, in 2004.  Or Thal,

15   T-h-a-l, in 2005.  Do either of those ring a bell?

16          MS. SANFORD:  I'll object to the form.

17          THE WITNESS:  It's possible I read them,

18   yeah...

19          BY MR. TOMASELLI:

20          Q.   And when you read those you saw that

21   there was no difference in thrombotic events between Vioxx

22   and placebo; right?

23          MS. SANFORD:  Object to the form.

24          THE WITNESS:  I said it was possible I've

25   read them.  I haven't -- I can't recall if I have.

1                    BY MR. TOMASELLI:

2                    Q.   Okay.  And, you know, if those studies

3    did show that there was no difference between -- in

4    thrombotic events between Vioxx and placebo, those would

5    be different than what was shown in the APPROVE study;

6    right?

7                    MS. SANFORD:   Same objection.

8                    THE WITNESS:   Well the totality of the

9    evidence is pointing towards Vioxx causing increased

10   cardiovascular events and that's one of the reasons, I

11   guess, it was removed from the market.

12                   BY MR. TOMASELLI:

13                   Q.   Okay.  And one of the -- I guess you

14   would agree the totality of the evidence is that all

15   NSAIDs selective for COX-2, traditional and non-selective,

16   also increase cardiovascular events; correct?

17                   MS. SANFORD:   Object to the form.

18                   THE WITNESS:   I wasn't asked to give my

19   opinion on that.

20                   BY MR. TOMASELLI:

21                   Q.   Okay.  So but you have looked at the

22   totality -- you think you've looked at the totality of the

23   data with respect to Vioxx?

24                   A.   I think I've given a pretty good survey

25   of the literature, yeah.

Dr. Colin Funk

Page 69

1    Q.   Okay.  Did you look at what the FDA has

2    said about increased risk with Vioxx?

3    A.   No, I haven't.

4    Q.   You said you reviewed some

5    observational studies with respect to Vioxx.  Do you think

6    you've reviewed them all?

7    A.   Probably not.

8    Q.   Yeah.  Do you remember reading a study

9    by Dr. Ray in 2002?

10   A.   I can't recall that, no.

11   Q.   Do you remember reading a study by

12   Dr. Mamdani published in 2003?

13   A.   The name sounds familiar.  I could have

14   read that one.

15   Q.   And that one showed there was no

16   difference between Vioxx and the comparator?

17   MS. SANFORD:  Object to the form.

18   BY MR. TOMASELLI:

19   Q.   Do you remember that?

20   A.   No, I don't.

21   Q.   Okay.  Do you remember reviewing a

22   study by Dr. Shaya in 2005?

23   A.   No.

24   Q.   Would it surprise you that that one

25   showed no difference between Vioxx and the comparator?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 70

1              MS. SANFORD:  Object to the form.

2              THE WITNESS:  In reviewing all the

3    literature, the overall picture I gathered from the

4    studies is that Vioxx increases cardiovascular adverse

5    events.

6              BY MR. TOMASELLI:

7              Q.  And just so I'm clear, the two studies

8    you can recall sitting here today are VIGOR and APPROVE;

9    fair?

10             A.  Those are the two main ones, yes.

11             Q.  And did you notice in the APPROVE study

12   that there was no difference in the thrombotic events from

13   zero up to 18 months?

14             MS. SANFORD:  Object to form.

15             BY MR. TOMASELLI:

16             Q.  Do you recall that?

17             MS. SANFORD:  Same objection.

18             THE WITNESS:  Well I wasn't really asked to

19   give my opinion on this particular area, on the --

20             BY MR. TOMASELLI:

21             Q.  So you're not going to -- when you come

22   to trial, you're going to leave the clinical trials to

23   somebody else.  You're going to focus on the other -- I

24   think -- let me back up.

25             You said you're focussing on the clinical

Dr. Colin Funk

1 trials that support your opinion and you're focussing on

2 the mechanistic literature, I think we talked about that

3 earlier; right?

4           A.   Well I will be mentioning, if I do

5 testify, I will mention clinical trial data, yeah.

6           Q.   Okay.  And the clinical trial data that

7 you've reviewed, one of those studies is APPROVE?

8           A.   Um-hmm.

9           Q.   Is that a "yes"?

10          A.   Yes.

11          Q.   That's one of times for the "uh-huhs"

12 and "uh-uhs".  Sorry about that.  I'm trying not to be

13 rude but it's just for the record.  Okay, sir?

14          A.   Yes.

15          Q.   And do you recall in the APPROVE study

16 that at the 18-month point there was no difference between

17 the number of thrombotic events that occurred on Vioxx and

18 placebo?

19               MS. SANFORD:  Object to the form.

20               THE WITNESS:  My recollection was that in

21 that study that, when it was first published was there was

22 a divergence in cardiovascular events at 18 months.  But

23 that in subsequent analyses that the, the events were

24 shown to occur before that because there were some errors

25 in the analyses.

Page 72

1                    BY MR. TOMASELLI:

2                    Q.   What errors were those; sir?

3                    A.   I think there was some statistical

4    errors in the study.

5                    Q.   Did the statistical error that occurred

6    in the study, did that change the number of events?

7                    A.   Well there were some issues about

8    non-reporting of some the cardiovascular events in the

9    original -- from the original publication.

10                   Q.   You understand that the number of

11   events that occurred while people were on the drug or

12   within 14 days of stopping the drug, that did not change

13   because of the statistical error?  You realize that,

14   right?

15                   MS. SANFORD:   Object to the form.

16                   THE WITNESS:   I realize there were some

17   problems in the -- that came up after the original

18   publication and that there was a lot of correspondence in

19   the peer-reviewed literature about some potential flaws in

20   the study.

21                   BY MR. TOMASELLI:

22                   Q.   Flaws in the study --

23                   A.   Flaws of reporting of data and also

24   related to some statistical tests that were carried out.

25                   Q.   Is it fair that you really don't know

Page 73

1  the details of all that?

2              MS. SANFORD:  Object to the form.

3              THE WITNESS:  Oh, well, I wasn't asked to

4  give my opinion on that in this report.

5              BY MR. TOMASELLI:

6              Q.  And so you don't know the details of

7  all those things; is that fair?

8              MS. SANFORD:  Same objection.

9              BY MR. TOMASELLI:

10             Q.  Do you know the details?

11             MS. SANFORD:  Same objection.

12             THE WITNESS:  I read through the papers

13  describing them.

14             BY MR. TOMASELLI:

15             Q.  Do you understand, sir, that at the end

16  of 18 months there were 22 thrombotic events that occurred

17  in people taking Vioxx and within 14 days of stopping

18  there were 20 events on placebo; do you understand that?

19             MS. SANFORD:  Same objection.

20             THE WITNESS:  I realize from the total

21  evidence of that paper that there were very significant

22  differences between those taking Vioxx and those not

23  taking.

24             BY MR. TOMASELLI:

25             Q.  Yes, sir.  And those differences

Page 74

1    occurred beyond taking the drug for 18 months; is that

2    fair?

3                    MS. SANFORD: Same objection.

4                    THE WITNESS: I'm aware that there was a

5    difference between -- in that study was the reason they

6    took the drug off the market.

7                    BY MR. TOMASELLI:

8                    Q. Have you talked to anybody about why

9    they took the drug off the market?

10                   A. Like who? Talk to anybody, scientists?

11                   Q. Anybody at Merck why they took the drug

12   off?

13                   A. Why they took it off?

14                   Q. Yes, sir.

15                   A. I don't recall, no.

16                   Q. Okay. And my question is this, do you

17   recall that at the end of 18 months the number of events

18   were 22 to 20?

19                   MS. SANFORD: Same objection.

20                   BY MR. TOMASELLI:

21                   Q. Do you recall that?

22                   A. No, I don't.

23                   Q. You don't recall that in the paper?

24                   A. No.

25                   Q. Do you know if the statistical tests

1  changed those numbers in any way, sir?

2          A.  I know there was a divergence in the

3  results that started at 18 months in the original analyses

4  and then something came up later that showed it was before

5  18 months.

6          Q.  Are you saying that the statistical

7  error that occurred in the trial changed the Kaplan-Meier

8  curve, sir?

9          A.  I'm not aware of the details, no.

10          Q.  Okay.  So you'll leave all the details

11  to somebody else; is that fair?

12          A.  I wasn't asked to talk about the

13  epidemiology.

14          Q.  But you rely on the clinical trials and

15  the epidemiology in your report; right?

16          A.  I rely on the, on the -- yeah, the

17  outcomes of those trials.

18          Q.  And the outcome of the APPROVE trial

19  was that after 18 months there were 22 events on people

20  taking Vioxx and 20 on placebo; correct?

21          MS. SANFORD:  Object to the form.

22          THE WITNESS:  There were other time points

23  in that study and the divergence in the original one was

24  apparent at 18 months.

25          BY MR. TOMASELLI:

Dr. Colin Funk

Page 76

1              Q.    That's still true today; isn't it, sir?

2              A.    What's true?

3              Q.    That there's a divergence that begins

4    at 18 months?

5              MS. SANFORD:   Object to form.

6              THE WITNESS:   There seems to be a

7    divergence much earlier than that.

8              BY MR. TOMASELLI:

9              Q.    And what's your basis for that, sir?

10             A.    Some of these other pooled analyses.

11             Q.    A pooled analyses can't tell you what

12   happened in the APPROVE study; is that fair?

13             A.    Well combining data from one study with

14   many studies, you can get some significant trends with the

15   data.

16             Q.    Okay.   So if you combined all the Vioxx

17   studies and pooled them all together, if somebody had done

18   that that's a good thing to do and to look at?

19             A.    In general, yes, it's a good thing.

20             MR. TOMASELLI:   Okay, why don't we take a

21   couple-minute break.

22             --- Upon recess at 10:26 a.m.

23             --- Upon resuming at 10:35 a.m.

24             EXHIBIT NO. FUNK-1:   Expert report of Colin

25   D. Funk, PhD.   Dated September 18, 2006.

Dr. Colin Funk

1           BY MR. TOMASELLI:

2                Q.   Dr. Funk, I'm going to hand you what

3    I've marked as Funk Number 1, which is a copy of your

4    expert report; is that right?

5                A.   That's right.

6                Q.   Okay.  And I think that's a complete

7    copy but if you can just flip through it to make sure?

8                A.   It looks like a complete copy, yes.

9                Q.   Okay.  And you wrote this report

10   yourself?

11               A.   Yes.

12               Q.   And the comments that you received on

13   it were more, if I understand what you're saying, the

14   format that it needed to go in?

15               A.   That's correct.

16               Q.   Okay.  Any substantive comments that

17   you recall?

18               A.   No.

19               Q.   All right.  And it looks like -- or is

20   this report that you have, Funk Number 1, does it contain

21   all of the opinions that you have in this case?

22               MS. SANFORD:  Object to the form.

23               THE WITNESS:  They're my opinions, they may

24   not be all my opinions.  I was asked to address two main

25   areas.

Page 78

1          BY MR. TOMASELLI:

2                    Q.   Okay.   Are there any other main areas

3    of opinions that I need to ask you about today that aren't

4    in this report?

5                    A.   Well I was asked to give my opinion on

6    COX-2 derived prostacyclin in the vasculature and this

7    FitzGerald hypothesis.   Those are the two things that I

8    was addressing in this report.

9                    Q.   And both of those appear to be covered

10   in that report?

11                   A.   Yeah.

12                   Q.   Okay.   And the references are towards

13   the back of the report.   It looks like there's 148 or so?

14                   A.   Yeah, that's right.

15                   Q.   And I assume you're relying on those

16   references for the opinions that you state in your report?

17                   A.   I will be relying mainly on these 148

18   that I've listed here.

19                   Q.   There's not 50 articles waiting in the

20   wings that I need to read or anything?

21                   A.   It's possible there are a few other

22   publications that weren't listed here that...

23                   Q.   Can I make a deal with you that if

24   there's other publications that are important to you that

25   you intend to rely on at trial that you give those to

Page 79
1    counsel so they can provide us with a copy.  Is that fair?
2    U/T              A.  Yeah, that's fair.
3                     Q.  Okay.  I understand that you've worked
4    with not only Merck but other people in the pharmaceutical
5    industry before?
6                     A.  Yes, that's true.
7                     Q.  And are you -- are you relying on any
8    specific interactions with anyone at Merck for your
9    opinions in this case?
10                    A.  No, I'm not.
11                   EXHIBIT NO. FUNK-2:  Copy of Dr. Funk's CV.
12                   BY MR. TOMASELLI:
13                    Q.  Okay.  I'm going to hand you what I've
14   marked as Exhibit Number 2, which is a complete copy of
15   your CV.  Is that right?
16                    A.  Yes, that is.
17                    Q.  And it should be a complete copy,
18   unless there were any copying errors or anything.  So if
19   you could take a look at that real fast?
20                    A.  This looks like a complete copy of my
21   CV.
22                    Q.  Okay.  If you turn to page 4 of your
23   CV. It looks like you've received some money in the past
24   for research from pharmaceutical companies; is that right?
25                    A.  I don't see anything on page 4 that I

Dr. Colin Funk

1    received from a pharmaceutical company.

2                Q.  Okay.  Over the top of page 5.  At

3    least it seems you've received money from Merck to do

4    research?

5                A.  Yeah, that's true.

6                Q.  Okay.  Have you received, in your role

7    as researcher, have you received money from other

8    pharmaceutical manufacturers to do research?

9                A.  I received money from other

10   pharmaceutical companies but not for a particular study.

11               Q.  Okay.  But just for your general

12   research lab?

13               A.  No, I haven't received anything else.

14               Q.  Okay, I'm confused.

15               A.  I've received money for providing

16   reagents to pharmaceutical industry but not directly to

17   fund a specific project that I'm working on.

18               Q.  Okay.  But your research is no less

19   rigorous and no less reliable when it's funded by someone

20   in the pharmaceutical industry versus an academic

21   institution or a governmental institution; is that fair?

22               A.  Yeah, regardless of the source of the

23   funding it should be always rigorous scientifically.

24               Q.  You don't compromise any of your

25   scientific rigor or standards or principles when you're

1    doing research just because where the funding comes from;
2    is that fair?
3                    A.   Yeah, that's true.
4                    Q.   Okay.  In fact, I think in this case
5    you've relied on a study by, the first author is
6    Catella-Lawson and Dr. FitzGerald is the senior author,
7    from 1999 relating to Vioxx and PGIM --
8                    A.   Yes.
9                    Q.   -- results?
10                   A.   Yeah.
11                   Q.   And you understand that that was a
12   study that was funded by Merck?
13                   A.   Yes, I do.
14                   Q.   And that they were Merck authors that
15   were on that paper?
16                   A.   Yes.
17                   Q.   And but, nonetheless even though it's
18   funded by the industry and there's Merck authors on the
19   paper, that doesn't mean it's not a reliable or careful
20   study in any way; correct?
21                   A.   In general it should be a -- hopefully
22   it would be a reliable study regardless of who's on the
23   author list.
24                   Q.   Right.  And if people tried to suggest
25   that just because certain studies, whether your own or

Dr. Colin Funk

1    people you know like Dr. FitzGerald, just because their

2    studies are funded by industry doesn't make them any less

3    reliable; would you agree with that?

4                    MS. SANFORD:  Object to the form.

5                    THE WITNESS:  There are certain

6    circumstances if conflicts of interest are not declared,

7    that could compromise a study.

8                    BY MR. TOMASELLI:

9                    Q.  But in the course of things, if

10   conflicts of interest are declared, and that's why we do

11   that so we can evaluate and reflect on potential biases,

12   but that doesn't mean the research is any less credible

13   just in and of itself?

14                   MS. SANFORD:  Object to the form.

15                   THE WITNESS:  I'm not sure exactly what

16   you...

17                   BY MR. TOMASELLI:

18                   Q.  Well, for example, when Dr. FitzGerald

19   writes an article and discloses the fact that he's

20   received research money from Bayer and Merck and other

21   pharmaceutical companies, that fact in and of itself

22   doesn't mean that his research is any less reliable or

23   anything like that?  I mean that's your practice; isn't

24   it?

25                   A.  Yeah, as a scientist we're supposed to

Page 83

1 declare any conflicts of interest and it shouldn't

2 compromise the integrity of the study.

3                    Q.   And it doesn't compromise your

4 integrity?

5                    A.   If you declare your -- any conflicts

6 then there should be no compromizing to the integrity of

7 the person or research.

8                    Q.   Okay.  And it looks like you've -- by

9 reading your CV -- you've worked with and consulted with

10 Merck on several occasions?

11                   A.   Yeah, that's true.

12                   Q.   You've done some research with the

13 scientists at Merck?

14                   A.   Yes.

15                   Q.   Same scientists that try to come up

16 with new and inventive ways to improve the public health?

17                   MS. SANFORD:  Object to the form.

18                   BY MR. TOMASELLI:

19                   Q.   That's what we're all after; isn't it?

20                   MS. SANFORD:  Same objection.

21                   THE WITNESS:  I've worked with Merck

22 scientists, yeah, in the past.

23                   BY MR. TOMASELLI:

24                   Q.   Okay.  And it's been in the recent

25 past, right?

1              A.   Well, I was, yeah, funded just a year

2   ago or so with some Merck money to carry out a study.

3              Q.   And it's not been your experience that

4   Merck scientists are not trying to improve the public

5   health?

6              MS. SANFORD:   Object to the form.

7              THE WITNESS:   Well I can't vouch for all

8   their conduct in every study.

9              BY MR. TOMASELLI:

10             Q.   But the studies that you've been

11  involved with, the people that you know, they're

12  competent, knowledgeable and careful scientists; right?

13             MS. SANFORD:   Object to the form.

14             THE WITNESS:   Well, again, I can't vouch

15  for their conduct under every circumstance.   There are

16  some Merck scientists that I've dealt with in the past

17  that I've known and seem to be very nice people.

18             BY MR. TOMASELLI:

19             Q.   Not only nice but competent?

20             MS. SANFORD:   Object to the form.

21             THE WITNESS:   Once again, I can't, like,

22  vouch for their conduct in every, like, study that they've

23  carried out.

24             BY MR. TOMASELLI:

25             Q.   I'm not asking you to.   I'm just saying

Dr. Colin Funk

Page 85

1    in your interactions with Merck scientists, you found them
2    to be competent; have you not?
3                    MS. SANFORD:   Same objection.
4                    THE WITNESS:   Umm...  I can say that in the
5    studies we've published, that I have published with Merck
6    scientists that these have generally been good studies
7    and...
8                    BY MR. TOMASELLI:
9              Q.   And the people that you worked with at
10   Merck, the scientists, have they been competent?
11                   MS. SANFORD:   Same objection.
12                   THE WITNESS:   In this -- in the studies
13   that I've dealt with I've -- where we've worked together,
14   yes, I've seen that they are competent to carry out their
15   particular piece of the project.
16                   BY MR. TOMASELLI:
17             Q.   Right.  Like yourself, they're
18   knowledgeable, they're careful; would you agree?
19                   MS. SANFORD:   Same objection.
20                   THE WITNESS:   I can't generalize in all
21   circumstances but for our studies I've seen that they've
22   been competent, yes.
23                   BY MR. TOMASELLI:
24             Q.   And in your studies they've been,
25   they've been knowledgeable, the Merck scientists?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 86

1                    MS. SANFORD:  Object to the form.

2                    THE WITNESS:  Yes.  The studies that I've

3       done with Merck scientists, yeah.

4                    BY MR. TOMASELLI:

5                    Q.  The studies that you've done with Merck

6       scientists, have the Merck scientists taken their studies

7       very seriously?

8                    MS. SANFORD:  Objection to form.

9                    THE WITNESS:  Once again, I think in the

10      studies that we've carried out together they have been

11      good scientists.

12                   BY MR. TOMASELLI:

13                   Q.  Like yourself, they were interested in

14      advancing scientific knowledge?

15                   MS. SANFORD:  Object to the form.

16                   BY MR. TOMASELLI:

17                   Q.  When ya'll came up with that IP -- I'm

18      sorry was it the EP1 receptor?

19                   A.  EP1 receptor.

20                   Q.  Right.  And when you were doing work

21      with the Merck scientists, that's interest in advancing

22      scientific knowledge; right?

23                   A.  Yes.  We both had the common goal of

24      figuring out what this particular DNA that I had cloned,

25      what it was actually doing in the cell, yeah.

1                    Q.   Ya'll both had the goal of advancing

2    scientific knowledge; is that fair?

3                    MS. SANFORD:   Object to the form.

4                    THE WITNESS:   We were working towards a

5    common goal of figuring out what the function of that

6    prostaglandin E receptor was doing, yes.

7                    BY MR. TOMASELLI:

8                    Q.   And that's an advantage of scientific

9    knowledge, no one really know before that and so ya'll

10   were trying to help scientists understand how that EP1

11   receptor works; right?

12                   A.   Yeah, that's true.

13                   Q.   Okay.   If you can go back to your

14   report, which is number 1.   If you go to page 7.   You have

15   a section there entitled:

16                   "The Development of Selective COX-2

17   Inhibitors (Coxibs).

18                   Right?

19                   A.   Yes.

20                   Q.   I assume if we refer to coxibs and

21   COX-2 selective inhibitors and COX-2 inhibitors, we're

22   going to be on the same page today?

23                   A.   Yeah.

24                   Q.   All right.   And in that section you

25   stated that gastric bleeding and ulceration can be caused

Page 88

1  by traditional NSAIDs like ibuprofen, for example, is that
2  right?
3                   A.   I'm not sure if I mentioned ibuprofen
4  in there.  But I did mention that, in general, NSAIDs can
5  cause gastric problems.
6                   Q.   You didn't mention ibuprofen but
7  ibuprofen is an NSAID; right?
8                   A.   That's correct.
9                   Q.   So ibuprofen, since it's an NSAID, it's
10 one of those that can promote gastric bleeding and
11 ulceration; right?
12                  A.   That's true, right.
13                  Q.   And gastric bleeding and ulceration
14 that's generally a bad thing for humans; correct?
15                  A.   Yeah, that's true.
16                  Q.   And you agree that the gastrointestinal
17 complications of NSAIDs are and have been well known for
18 some time?
19                  MS. SANFORD:  Object to the form.
20                  THE WITNESS:  The side effects of NSAIDs,
21 yes, have been known for quite some time.
22                  BY MR. TOMASELLI:
23                  Q.   And one of those side effects is these
24 gastrointestinal complications; right?
25                  A.   Yes, it is.

Dr. Colin Funk

Page 89

1          Q.   And the ulceration -- that side effect

2    of ulceration, especially in the stomach, can lead to

3    perforation, obstruction and bleeding; right?

4               MS. SANFORD:   Object to the form.

5               THE WITNESS:   There are, yes, it's known

6    that NSAIDs can cause ulceration and bleeding, yeah.

7               BY MR. TOMASELLI:

8          Q.   And what happens is, is the acid in

9    your stomach can eat through the stomach wall and may hit

10   a blood vessel and that's how you get bleeding; right?

11              MS. SANFORD:   Object to the form.

12              BY MR. TOMASELLI:

13         Q.   You're aware of that?

14              MS. SANFORD:   Same objection.

15              THE WITNESS:   Well it's known that NSAIDs

16   can promote gastric bleeding, yeah.

17              BY MR. TOMASELLI:

18         Q.   And the perforation, if that acid

19   doesn't hit a blood vessel and goes through the lining of

20   the stomach, the contents of the stomach can go into the

21   body cavity and possibly result in a life-threatening

22   infection?

23              MS. SANFORD:   Object to the form.

24              BY MR. TOMASELLI:

25         Q.   You're aware of that; aren't you?

Dr. Colin Funk

Page 90

1                    MS. SANFORD:  Same objection.
2                    THE WITNESS:  I'm aware that NSAIDs do
3    cause, as a potential side effect, gastric ulceration and
4    bleeding and can lead to complications, yes.
5                    BY MR. TOMASELLI:
6            Q.  And one of those complications can be
7    death?
8            A:  Yes.
9            Q.  And that's a major health problem not
10   only here in Canada but in the United States?
11                   MS. SANFORD:  Object to the form.
12                   THE WITNESS:  There are NSAID-induced side
13   effects that should be dealt with, yes.
14                   BY MR. TOMASELLI:
15           Q.  Is that, 'yes, they are, those side
16   effects can be a major problem not only here in Canada but
17   in the United States'?
18           A.  Yeah, around the world they can cause
19   problems.
20           Q.  Okay.  And when we found out that
21   prostaglandin is derived from COX-1, are important to the
22   protective gastric-mucosal lining, that was an important
23   discovery; right?
24           A.  When COX-1 was involved in
25   prostaglandin --

Page 91

1              Q.   Yes, sir.   And with respect

2    relationship to the gastric-mucosal lining of the stomach?

3              A.   Yeah, all the -- finding out all the

4    different roles of the prostaglandin in the stomach and

5    elsewhere was an important finding.

6              Q.   And the problem with traditional NSAIDs

7    is that they block COX-1 and thus they block the

8    manufacture of those protective prostaglandins or

9    chemicals in the stomach?

10             MS. SANFORD:   Object to the form.

11             THE WITNESS:   Well the original idea that

12   was around in the, in the early 1990s was that COX-1 was

13   responsible for the formation of prostaglandins that were

14   involved in gastric protection.   Although that early idea

15   has evolved somewhat over the -- over time.   It's not just

16   COX-1, COX-2 can also be involved as well.

17             BY MR. TOMASELLI:

18             Q.   Right.   But definitely we know that

19   COX-1 is involved.   And so when you block COX-1, by the

20   traditional NSAIDs, that blocks some of the manufacture of

21   the prostaglandins in the stomach that protect the stomach

22   lining; right?

23             A.   Yeah, it's known that -- yeah, if you

24   block COX-1-derived prostaglandins, you're removing some

25   of that gastric site protection.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 92

1           Q. And also when you block COX-1, that
2    inhibits platelets and that can promote or increase
3    bleeding in the stomach; right?
4           A. Well blocking COX-1 will also promote
5    other things to happen. COX-1, you can block
6    prostaglandins, yeah, with general NSAIDs. Did I miss --
7    what was your -- if you can repeat the question?
8           Q. Sorry. Well, a traditional NSAID, for
9    example, blocks COX-1 and when you block COX-1 you inhibit
10   platelet formation and that can promote or increase
11   bleeding in the stomach for example; right?
12          A. Well there's a few things that aren't
13   exactly right with what you said.
14          Traditional NSAID blocks not only COX-1 but
15   also COX-2 and it doesn't block platelet formation, I
16   think you said. You said platelet formation --
17          Q. I'm sorry, inhibiting platelet
18   aggregation.
19          A. Okay, yeah. Blocking out COX-1 will --
20   can inhibit platelet aggregation.
21          Q. Okay. And that inhibiting platelet
22   aggregation can promote or increase bleeding?
23          A. Yeah, you can get an increase in
24   bleeding.
25          Q. Okay. And on page 7 and 8 of your

1   report you mention drugs like misoprostal,

2   m-i-s-o-p-r-o-s-t-a-l.

3                   A.   Yeah.

4                   Q.   So on 7 and 8 in your report you

5   mention drugs like misoprostal that were developed to try

6   to limit the side effect of traditional NSAIDs?

7                   A.   Yes.

8                   Q.   And we all know that all drugs have

9   side effects; right?

10                  A.   Yes.

11                  Q.   And misoprostal, although trying to

12  limit the side effect of GI complications, has its own

13  side effects; as you mentioned, right?

14                  MS. SANFORD:   Object to the form.

15                  THE WITNESS:   Well there are side effects

16  also associated with misoprostal.

17                  BY MR. TOMASELLI:

18                  Q.   And those side effects can be bad

19  enough that people can't take misoprostal?

20                  A.   Well, they, they can be unpleasant some

21  of the side effects, yeah.

22                  Q.   And unpleasant side effects, no one

23  likes those and we don't take the medicine; right?

24                  MS. SANFORD:   Object to the form.

25                  THE WITNESS:   People don't like to take --

1          BY MR. TOMASELLI:

2          Q.   Nothing controversial about that?

3          A.   People don't like to take drugs with

4    side effects.

5          Q.   Okay.  And so when we have this as a

6    background, we have the development of COX-2 selective

7    inhibitors where we might reduce pain and inflammation

8    through the inhibition of the COX-2 enzyme but keep the GI

9    mucosa in tact by not inhibiting the COX-1 enzyme; right?

10   That was the thought?

11         A.   Well the idea, yeah, behind developing

12   COX-2 inhibitors was to potentially spare these gastric

13   prostaglandins.

14         Q.   Hold down the pain and potentially

15   spare the gastro-protective prostaglandins?

16         A.   Yeah, that was the idea behind it.

17         Q.   And that was a sound scientific and

18   medical rationale; right?

19         MS. SANFORD:  Object to the form.

20         THE WITNESS:  Well, yes, it was a good

21   thing to try to block those potential NSAID-induced side

22   effects and to also limit inflammation.

23         BY MR. TOMASELLI:

24         Q.   And people that you respect like

25   Dr. John Vane were even promoting the development of COX-2

Dr. Colin Funk

Page 95

1  inhibitors, saying they could lead to advances in therapy?

2              A.   Well I'm not sure what he said

3  personally. You'll have to bring out some publication to

4  show me.

5              EXHIBIT NO. FUNK-3:  Vane article, entitled

6  Mechanism of Action of Nonsteroidal Anti-inflammatory

7  Drugs, published 1998.

8              BY MR. TOMASELLI:

9              Q.   I'm going to hand you what I've marked

10 as Funk-3.  Which is an article by Dr. John Vane; right?

11             A.   Yeah.

12             Q.   And it's published in 1998?

13             A.   Yes, it is.

14             Q.   And the last sentence of the abstract

15 of the paper says that:

16             "The identification of selective inhibitors

17 of COX-2 will therefore lead to advances in therapy."

18             Do you see that?

19             A.   I see that, yeah.  I think he's

20 referring to in the GI side of things.

21             Q.   That's -- exactly.  And that's what

22 we've been talking about how this trying to hold down the

23 pain but protect the GI mucosal was a good, sound

24 scientific and medical basis for the development of COX-2

25 inhibitors and people like John Vane were behind that;

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 96

1    right?

2                    A.    Well he was one of the pioneers working

3    with NSAIDs from the beginning.  He didn't have that much

4    to do with the COX-2 side of things himself.  But it was,

5    according to him here on this paper, that he thought it

6    was a good idea, yeah.

7                    Q.    And you respect Dr. Vane; right?

8                    A.    Well I've interacted with him a few

9    times at scientific meetings in the past, yeah.

10                   Q.    Okay.  And so it wasn't necessarily

11   just drug companies that were trying to develop COX-2s but

12   scientists and doctors were advocating their development

13   as well; right?

14                   MS. SANFORD:  Object to the form.

15                   THE WITNESS:  There was, yeah, a movement

16   among -- primarily among the pharmaceutical companies, but

17   other scientists were interested in studying the roles of

18   COX-2-derived prostaglandins in their particular systems.

19                   BY MR. TOMASELLI:

20                   Q.    Clearly Nobel Prize winners like

21   Dr. John Vane were behind the development of COX-2

22   inhibitors; right?

23                   A.    Well Dr. Vane was involved in the early

24   work trying to look at the mechanism of action of how

25   these NSAIDs -- traditional NSAIDs work.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

1              His work never really dealt that much with

2    the COX-2 side of things, at least on the -- at least at

3    the forefront of the research, he wasn't involved in that.

4              Q.  You, yourself, were behind the

5    development of COX-2 inhibitors and thought that they

6    might be a good way to hold down pain and protect the GI

7    mucosa?  You understood that yourself; right?

8              MS. SANFORD:  Object to the form.

9              THE WITNESS:  Well I was involved in the

10   trying to dissect out the roles of COX-1- and

11   COX-2-derived prostaglandins at various stages of the, of

12   the development, yes.

13             BY MR. TOMASELLI:

14             Q.  And back in the mid '90s, this was a

15   perfectly good thought to develop COX-2 inhibitors; right?

16             MS. SANFORD:  Object to the form.

17             THE WITNESS:  Well in the early '90s, just

18   after the discovery of COX-2, there was a lot of interest

19   in trying to develop potential blockers for specific for

20   COX-2 and to define the roles of the different COX-1- and

21   COX-2-derived prostaglandins.

22             BY MR. TOMASELLI:

23             Q.  And scientists back in the mid '90s and

24   early '90s were -- understood or came to understand that

25   aspirin works by inhibiting platelet COX-1 and

Dr. Colin Funk

1    thromboxane; is that right?

2              A.   Well, yeah, they knew already back in

3    the '80s that traditional NSAIDs could block, and aspirin

4    in particular, could block thromboxane production by

5    platelets.

6              Q.   Okay.  And so, I guess, since people

7    knew that both aspirin and traditional NSAIDs could

8    inhibit the COX-1 enzyme and therefore inhibit platelet

9    aggregation in thromboxane production, that there

10   potentially could be cardiovascular consequences to the

11   COX-2-selective drugs in that they do not block COX-1 and

12   they do not block platelet aggregation or the production

13   of thromboxane; is that right?

14             A.   Did you mention a year, did you say

15   something --

16             Q.   The mid '90s, yes, sir.

17             A.   If the COX-2 inhibitors had the

18   potential to not block the thromboxane, is that what

19   you're asking me?

20             Q.   Correct.

21             A.   Well there were, in the '90s,

22   suggestions that COX-2 was in the vasculature that the

23   potential was there that could cause some cardiovascular

24   effects.

25             Q.   Maybe we're just not communicating

1    here. I'm not talking about COX-2 in the vasculature right

2    now.

3                    I think what I'm saying is people

4    understood back in the mid 1990s that aspirin, as you've

5    told me, aspirin and NSAIDs inhibit COX-1 and thus inhibit

6    platelet aggregation and production of thromboxane and

7    that could potentially be a good thing in preventing

8    cardiovascular events; right?

9                    MS. SANFORD:  Object to the form.

10                   THE WITNESS:  Well it was known for quite

11   some time that aspirin had beneficial effects in the

12   cardiovascular system.  The other NSAIDs can also block

13   COX-2 so their effects are not really as well known.

14                   BY MR. TOMASELLI:

15                   Q.  Right.  But the other NSAIDs,

16   traditional NSAIDs, they block COX-1 which would decrease

17   platelet aggregation and decrease thromboxane; right?

18                   A.  Well traditional NSAIDs don't just

19   block COX-1 they also block COX-2.  So depending which one

20   you're talking about.

21                   So, I'm not sure where you're -- what

22   you're asking.

23                   Q.  Okay.  Well, you know, regardless of

24   whether they block COX-2 or not, they do block COX-1.  And

25   so it was a reasonable hypothesis to think that

Dr. Colin Funk

1   traditional NSAIDs might be beneficial in some way on the

2   heart because they inhibit platelet aggregation and they

3   inhibit thromboxane?

4               MS. SANFORD:  Object to the form.

5               THE WITNESS:  I don't think it's that

6   simple because traditional NSAIDs also can effect other

7   things than just platelet thromboxane production.

8               BY MR. TOMASELLI:

9               Q.  So it was an unreasonable thing to

10  think that traditional NSAIDs might have some

11  cardio-protective benefit through inhibition of COX-1 back

12  in the mid '90s?

13              MS. SANFORD:  Object to the form.

14              THE WITNESS:  Depends what you -- when

15  you're referring to in the mid '90s in that --

16              BY MR. TOMASELLI:

17              Q.  I'm saying before the urine studies

18  came out, for example.

19              A.  So --

20              Q.  '95/'96, how's that?

21              A.  Well aspirin and other NSAIDs were

22  known to block COX-1-derived thromboxane but they could

23  also have other effects in the cardiovascular system

24  besides just blocking the thromboxane formation from the

25  platelets.