1     Q. Was it reasonable to think and to

2 theorize in 1995 and 1996 that traditional NSAIDs, because

3 they inhibit COX-1 and platelet aggregation and

4 thromboxane production, that they might have a beneficial

5 effect on the heart in not the same way but in a similar

6 way to the way aspirin does?

7     MS. SANFORD: Object to the form.

8     THE WITNESS: Once again, aspirin is

9 different than the other traditional NSAIDs in its

10 mechanism of action.

11     So in -- based on dosing and the amount of

12 drug, you could also get inhibition of other

13 prostaglandins. So the effect of traditional NSAIDs was

14 less clear cut than aspirin.

15     BY MR. TOMASELLI:

16     Q. Right. Aspirin was understood at the

17 time, back in the mid '90s, to be cardio protective.

18 Mainly due to its inhibition of COX-1 and platelet,

19 platelet aggregation and inhibition of thromboxane; is

20 that right?

21     A. Yeah. At the right dose, low-dose

22 aspirin that -- the idea was that you could block platelet

23 COX-1-derived thromboxane formation without, without

24 touching the prostacyclin being made or at least minor

25 effect on the prostacyclin being made by the blood

Dr. Colin Funk

Page 102

1    vessels.

2            Q.   So it was already known back in the mid

3    '90s that not effecting prostacyclin was part of the

4    reason for aspirin being an effective drug from a

5    cardiovascular standpoint?

6            A.   It was already known in the '80s that

7    it was a good thing to not touch the prostacyclin from the

8    vasculature but try and just to block the thromboxane

9    formation from the platelets.

10           Q.   But that wasn't, that wasn't the main

11   reason people believed aspirin to be cardio protective?

12   People believed aspirin to be cardio protective because it

13   inhibited thromboxane 95 percent; right?

14           MS. SANFORD:   Object to the form.

15           THE WITNESS:   No.   Even going back into the

16   '80s the cardio-protective actions were believed not to be

17   just as a result of blocking the thromboxane formation of

18   platelets, but also to protect, with the low-dose aspirin,

19   the prostacyclin being made by the blood vessels.

20           BY MR. TOMASELLI:

21           Q.   Is it your opinion that low-dose

22   aspirin does not inhibit prostacyclin production?

23           A.   If you're right with the dosing, you

24   can minimize the amount of prostacyclin made by the blood

25   vessel that is inhibited by low-dose aspirin.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 103

1          Q.   What you're saying is that when you

2    take controlled-release aspirin, low-dose

3    controlled-release aspirin you can inhibit thromboxane but

4    not inhibit prostacyclin production; right?

5                A.   Well that was the idea behind this,

6    yeah, the controlled release was trying to get a

7    formulation where you could inactivate all the platelets,

8    COX-1 and thus the thromboxane production and try to

9    minimize the impact on prostacyclin formation in the blood

10   vessel.

11               Q.   Immediate-release aspirin, on the other

12   hand, does inhibit prostacyclin production; correct?

13               A.   There is some reduction, yeah, in

14   prostacyclin production with immediate-release aspirin.

15               Q.   And are the studies that show aspirin

16   as cardio protective, the clinical trials that have shown

17   that, were those done with immediate-release aspirin or

18   controlled-release aspirin?

19               A.   I can't recall right now.  It was

20   probably the immediate release.

21               Q.   Right.  So when the study that showed

22   aspirin was cardio protective and aspirin reduced

23   cardiovascular events, actually what was happening was

24   that aspirin was inhibiting thromboxane production but it

25   was also inhibiting prostacyclin production; right?

Page 104

1          A.    The inhibition of prostacyclin

2   synthesis would have been most likely quite small at

3   low-dose aspirin.

4          Q.    It's your opinion that inhibition of

5   prostacyclin by low-dose aspirin is, what, sir?

6          A.    The inhibition by low-dose aspirin of

7   prostacyclin production is quite low.

8          Q.    "Quite low" meaning how much percent?

9          A.    Well it depends on the dose and the

10  interval of the drug, the dosing interval.

11         Q.    Let's say low-dose aspirin every day

12  approximately 81 milligrams.  What's the reduction in

13  prostacyclin?

14         A.    Probably around in the area of 20/30

15  percent.

16         Q.    When you came up with 20 to 30 percent,

17  what was jumping in your mind as the basis for that?

18         A.    I'm trying to go back to the original

19  FitzGerald studies back in the '80s and in particular

20  paper, around 1990 or so, where he -- they were trying to

21  get at the dose and the interval for giving the low-dose

22  aspirin to create the most benefit for blocking

23  platelet-derived COX-1 and leaving in tact the

24  prostacyclin formation.

25         Q.    I'll just let you look at my copy

1    because I think we're talking about the same study. It's

2    by Clarke, with Dr. FitzGerald, as the lead author from

3    1991. You recall that?

4                    A.   Yes.

5                    Q.   And I'm just going to hand you my copy

6    which has been highlighted.

7                    Is Clarke, 1991, the study with Garett

8    FitzGerald as the lead author; is that one of the studies

9    that you were thinking about?

10                   A.   Yeah, that was one of the studies.

11                   Q.   Okay and if I can direct your attention

12   to page 1140 of that study, Figure 5 if you see that?

13                   MS. SANFORD:   If you need time to read it,

14   doctor, take your tame.

15                   MR. TOMASELLI:   Yeah, sure.

16                   THE WITNESS:   I see that Figure 5.

17                   BY MR. TOMASELLI:

18                   Q.   And if we look at placebo, the placebo

19   line goes up to about 550?

20                   A.   Yup.

21                   Q.   And 75 milligrams of aspirin goes up to

22   about 150; right?

23                   A.   650.

24                   Q.   That's the controlled-release aspirin?

25                   A.   Oh.

Golkow Litigation Technologies - 1.877.DEPS.USA

Dr. Colin Funk

Page 106

1           Q.  I'm looking at the 75 milligrams of

2    immediate-release aspirin?

3                   MR. BIRCHFIELD:  What page are you on?

4                   MR. TOMASELLI:  1140.

5                   THE WITNESS:  Somewhere around 150/175,

6    yeah.

7                   BY MR. TOMASELLI:

8           Q.  So 550 minus 150 is 400.  400 divided

9    by 550, that's what?  I'll look, I have a calculator. 72

10   percent.  You can do the math if you want.

11          A.  Well, it looks like about it could be,

12   yeah, 70 percent reduced there.

13          Q.  So based on this study,

14   immediate-release low-dose aspirin reduces prostacyclin a

15   little more than 70 percent; fair?

16          A.  Yeah, I guess for this study, yeah, it

17   shows that.

18          Q.  Okay.  And that's one of the studies

19   that came to your mind -- this Clarke study was one of the

20   studies that came to your mind when we started talking

21   about whether low-dose immediate-release aspirin inhibits

22   prostacyclin production; correct?

23          A.  I think I mentioned to you the

24   controlled-release when I mentioned this study.

25          Q.  Okay.  And I think we're on the same

Page 107

1   page but just so I'm clear.  There's a difference between

2   how controlled-release aspirin effects prostacyclin

3   production and how immediate-release aspirin effects

4   prostacyclin production.  Would you agree with that?

5                    A.   Well during the dosing interval and

6   that and, yeah, the releasing of the drug, you'll get more

7   potential for reduction in prostacyclin with the

8   immediate-release than compared to the controlled-release.

9                    Q.   Right.  And regardless of the dosing

10  and the dosing interval, both controlled-release aspirin

11  and immediate-release aspirin are COX-1 selective?

12                   A.   Well that's -- it's not exactly true.

13  Aspirin can also hit COX-2, so -- aspirin can also block

14  COX-2.

15                   So it is a little bit more selective to

16  COX-1 but it can disrupt COX-2.

17                   Q.   Would you agree that low-dose aspirin

18  is COX-1 selective?

19                   A.   Again, it depends where -- what you're

20  talking about, what system and how the drug is interacting

21  with that particular tissue.  So how much particular cell

22  type is seeing of that drug.  So if it's seeing a certain

23  amount of aspirin it can, it can block both COX-1 and it

24  can block COX-2 as well.

25                   Q.   High-dose aspirin does inhibit both

Golkow Litigation Technologies - 1.877.DEPS.USA

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

1    COX-1 and COX-2; correct?

2              A.   Yeah.

3              Q.   Okay.  But low-dose aspirin selectively

4    inhibits COX-1 whereas high-dose aspirin inhibits both

5    COX-1 and COX-2; would you agree with that?

6              A.   What are you reading from?

7              Q.   I'm reading from Dr. Patrono's article

8    in 2005 in the New England Journal of Medicine, he says:

9              "Low-dose aspirin selectively inhibits

10   COX-1 whereas high-dose aspirin inhibits both COX-1 and

11   COX-2."

12             A.   Well you can show me where exactly he

13   said that, in which paper?

14             Q.   Sure.  It's in the Figure 1 in the --

15             MS. SANFORD:  You can feel free to look at

16   the whole paper, Dr. Funk.

17             While he's looking at that I saw you had an

18   extra copy of the other paper.  Can we mark that as

19   Exhibit 4?

20             MR. BAUM:  No, that's mine.  It's been

21   written and highlighted.

22             MR. TOMASELLI:  You can mark my copy.

23             MS. SANFORD:  If you don't mind the

24   highlights in there, that will be great.

25             MR. TOMASELLI:  I don't think the

1   highlights will show up but the underlining will.

2               MS. SANFORD:  Just note for the record

3   that's yours and not somebody else's.

4               EXHIBIT NO. FUNK-4:  Clarke study, entitled

5   Suppression of Thromboxane A2 but not of Systemic

6   Prostacyclin by Controlled-Release Aspirin.

7               BY MR. TOMASELLI:

8         Q.   Dr. Funk, while you review that, I'm

9   going to hand you back Funk Exhibit 4, which is my copy of

10  the Clarke study.  Is that correct?

11        A.   That's correct.

12        Q.   Okay.  So you can go back to reviewing

13  the article.

14        A.   This is a general statement.  Like I

15  was saying before, aspirin, depending on how it's

16  interacting with certain cell types, can block both COX-1

17  and COX-2.

18        Q.   At least according to Carlo Patrono and

19  Luis Rodriguez, Raffaele Landolfi and Colin Baigent,

20  low-dose aspirin is selective for COX-1; correct?

21        A.   Well this is, I think, a general

22  blanket statement that they're making that, yeah, in

23  general you can think of it that way.  That COX --

24  low-dose aspirin would preferentially hit the platelets,

25  but it can also affect COX-2.

Dr. Colin Funk

1          Q.   Would you agree with Dr. John Vane that

2    low-dose aspirin is 150-fold more selective for COX-1 than

3    COX-2?

4              MS. SANFORD:   Object to the form.

5              THE WITNESS:   In what paper are you

6    referring to?

7              MR. TOMASELLI:   It's the top right.

8              THE WITNESS:   It refers to Reference A, so

9    I need to look to see what that is.

10             I don't seem to think that that value

11   matches some of his later studies, 150-fold.   One of the

12   studies I referenced there, that he did later on, I don't

13   recall anyone ever saying that it was 150-fold more

14   selective for COX-1 than COX-2.

15             BY MR. TOMASELLI:

16             Q.   Can we agree that it's much more

17   selective for COX-1 than COX-2?

18             A.   No, I don't think we can agree on that.

19   We'd have to look in one of the -- my publication -- we

20   can actually look at one of the -- one of the papers that

21   I mention in my report.

22             Q.   Okay.   So COX -- so lo-dose aspirin, in

23   your mind, is about the same as a non-selective NSAID

24   inhibiting both COX-1 and COX-2; correct?

25             A.   That's about correct, yeah.

Page 111

1                Q.   Okay.   So at the time in 1995 and 1996

2      when aspirin was shown to be beneficial, the NSAIDs were,

3      likewise, not unreasonable to think that they might be

4      beneficial on the heart as well?

5                A.   No, that's not really correct.   It's

6      because aspirin has a different mechanism of action.

7      Aspirin acetylates is COX-1 and aspirin hits the platelets

8      a lot quicker than the other traditional NSAIDs when it's

9      going through this presystemic circulation in the portal

10     blood.   Aspirin is hitting the COX-1 immediately.

11               So it has an effect that can be separated

12     from some of the other traditional NSAIDs because of the

13     mechanism of action.

14               Q.   Some of the traditional NSAIDs, you

15     would agree, while may not be reversible inhibition of the

16     platelets, or have reversible inhibition of the platelets

17     that if dosed correctly could act just like aspirin;

18     right?

19               MS. SANFORD:   Object to the form.

20               THE WITNESS:   Well you sort of changed in

21     mid sentence about reversible and, so--

22               BY MR. TOMASELLI:

23               Q.   I'm sorry, let me try again.

24               A.   Yeah.

25               Q.   You would agree that some traditional

Page 112

1  NSAIDs can act like -- or it could be theorized that they

2  could act like aspirin if they could have the same

3  mechanism of action on COX-1 and the platelets like

4  aspirin does?

5              MS. SANFORD:  Object to the form.

6              THE WITNESS:  The thing is, the other

7  traditional NSAIDs don't have the same mechanism of action

8  as aspirin.  So you can't really compare them because of

9  this, this covalent binding of aspirin to the platelet

10  COX-1.

11              The other traditional NSAIDs don't act that

12  way, so you can't really say that they're going to be

13  acting by the same mechanism.

14              BY MR. TOMASELLI:

15         Q.   Prior to the urine studies being known

16  with COX-2 inhibitors, would you agree that the thought

17  was that COX-2 inhibitors would be neutral on the heart?

18              MS. SANFORD:  Object to form.

19              THE WITNESS:  I can't really comment on

20  that, I guess.

21              BY MR. TOMASELLI:

22         Q.   You don't know?

23         A.   I'm not sure, no.

24         Q.   You don't have any reason to believe

25  that prior to the urine studies they would be detrimental

Page 113

1   in terms of cardiovascular effects? Is that basically the
2   way of saying it in the reverse?
3               A.  At the time, traditional NSAIDs were
4   thought to block both COX-1 -- or they're known to block
5   both thromboxane and prostacyclin, so it could have been
6   theorized that they might be neutral in the cardiovascular
7   system.
8               Q.  Prior to the urine studies it was
9   theorized that they would be neutral to the cardiovascular
10  system; right?
11              MS. SANFORD:  Object to the form.
12              BY MR. TOMASELLI:
13              Q.  In 1995/1996/1997 time frame prior to
14  the urine studies coming out, it was theoried that COX-2
15  selective inhibitors would be neutral in terms of
16  cardiovascular effects; would you agree?
17              MS. SANFORD:  Object to the form.
18              THE WITNESS:  Well it was known that COX-2
19  was in the vasculature already prior to that. So, I'm not
20  sure really what other investigators were thinking at that
21  time.
22              BY MR. TOMASELLI:
23              Q.  In your mind, prior to the urine
24  studies, did you believe COX-2 selective inhibitors would
25  be neutral in terms of cardiovascular effects?

Page 114

1                    A.    I can't say that I was really

2    considering it at that time point.  You'd have to give me

3    some sort of specific reference.

4                    Q.    Well, I'm just asking you, prior to the

5    urine studies coming out and there potentially being an

6    imbalance in prostacyclin and thromboxane that you wrote

7    about on page 11 of your report; did you have any reason

8    to believe that COX-2 inhibitors would be anything but

9    neutral in terms of cardiovascular effects?

10                   MS. SANFORD:    Object to the form.

11                   THE WITNESS:    Are you referring to some

12   specific statement I made on the report, did you say, on

13   page 11 or?

14                   BY MR. TOMASELLI:

15                   Q.    Well let's start with page 11.   The

16   FitzGerald hypothesis, do you see that?

17                   A.    Yeah.

18                   Q.    Okay.  And you write:

19                   "COX-1 was generally regarded as the main

20   enzyme capable of forming both thromboxane and

21   prostacyclin in blood platelets and the vascular wall

22   prior to the striking observations by McAdam and

23   FitzGerald in 1999 which ascribed prostacyclin

24   biosynthesis in humans predominantly to COX-2 instead of

25   COX-1."

Page 115

1         Did I read that right?

2              A.    You did.

3              Q.    And prior to that time, prior to these

4    findings, did you, yourself, have any reason to believe

5    that COX-2 selective inhibitors would be anything but

6    neutral on the cardiovascular system?

7              A.    Well we had known about COX-2 in the

8    vasculature prior to 1999 but it wasn't really until this

9    study came out that we had to really examine this in more

10   detail why, why COX-2 inhibitors were causing this

11   profound release in prostacyclin.

12             Q.    And the reason is because before these

13   studies came out, Dr. John Vane, yourself and everybody

14   else in the medical community believed that prostacyclin

15   and thromboxane were both manufactured or coming from

16   COX-1; right?

17             MS. SANFORD:  Object to the form.  Object

18   to the form.

19             THE WITNESS:  Well it was known that COX-2

20   was in the vasculature prior to that but nobody had made

21   the firm, I guess, connection until, really this finding.

22   This did surprise the community when this paper was

23   published.

24             BY MR. TOMASELLI:

25             Q.    Prior to this time, did the medical

Dr. Colin Funk

Page 116

1  community believe that prostacyclin was manufactured by

2  COX-1?

3                    MS. SANFORD:  Object to the form.

4                    THE WITNESS:  I guess the consensus was

5  that there was mainly COX-1 in the vasculature, although

6  people knew that there was COX-2 there.  This connection

7  with prostacyclin was really made with that observation by

8  those urinary studies.

9                    BY MR. TOMASELLI:

10                   Q.  Right.  So I think we're on the same

11  page. But prior to the urine studies, everybody thought

12  prostacyclin and thromboxane were both made by COX-1;

13  right?

14                   MS. SANFORD:  Object to the form.

15                   THE WITNESS:  I don't know if everyone

16  thought that but --

17                   BY MR. TOMASELLI:

18                   Q.  Did you think that?

19                   A.  Well I knew that COX-2 was made in the

20  vasculature.  I didn't know the exact relative amounts

21  though.

22                   Q.  Well you say here "COX-1 was generally

23  regarded as the main enzyme capable of forming both

24  thromboxane and prostacyclin"; is that right?

25                   A.  Yeah.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

1                    Q.    Okay.

2                    A.    That it was generally regarded, yeah.

3                    Q.    Okay.  Are you one of the "generally"?

4                    A.    I would have to be included in there

5      since I wrote this, yes.

6                    Q.    Okay.  And so what was striking and

7      surprising was that the McAdam and FitzGerald studies

8      showed that prostacyclin might be coming from COX-2 and

9      not COX-1; right?

10                   A.    Well this was one of the key findings,

11     yeah, of that study, that prostacyclin was coming from

12     COX-2.

13                   Q.    Right.  And prior to this study, prior

14     to you and the medical community knowing this fact,

15     traditional NSAIDs that inhibit both COX-1 and COX-2,

16     would inhibit both thromboxane and prostacyclin because

17     they inhibit COX-1; right?

18                   MS. SANFORD:  Object to the form.

19                   THE WITNESS:  That traditional NSAIDs would

20     block both COX-1 and COX-2 wherever they were formed or

21     wherever they were situated in the body.

22                   BY MR. TOMASELLI:

23                   Q.    Right.  And since you told us that

24     COX-1 was regarded as making both prostacyclin and

25     thromboxane, a traditional NSAID would inhibit both;

Page 118

1    right?

2              A.   Yeah, would inhibit both thromboxane

3    and prostacyclin.

4              Q.   Okay.  And so to the extent an

5    imbalance between thromboxane and prostacyclin was

6    important in any way, there would still be a balance

7    because it inhibited both thromboxane and prostacyclin;

8    right?

9              A.   You're talking about a traditional

10   NSAID?

11             Q.   Yes, sir.

12             A.   Well there could be some, let's see --

13   the -- a traditional NSAID could block both COX-1 and

14   COX-2 and could block both platelet thromboxane formation

15   and the vascular prostacyclin, yeah.

16             Q.   Okay.  So to the extent a balance was

17   important, it would block both and so there was no reason

18   to think that a traditional NSAID would cause

19   cardiovascular events; right?

20             A.   Well I guess you can -- well, I think

21   the -- yeah, the idea was you would be blocking both

22   prostacyclin and thromboxane so that it might be neutral.

23             Q.   Okay.  And Vioxx, or a COX-2 selective

24   inhibitor, prior to these urine findings wouldn't inhibit

25   either?  Wouldn't inhibit thromboxane, would not inhibit

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 119

1    prostacyclin because it doesn't inhibit COX-1, so it would

2    be neutral as well; right?

3                    MS. SANFORD:  Object to the form.

4                    THE WITNESS:  The -- it was known that

5    COX-2 was in the blood vessel and -- prior to that.  But

6    whether the connections could be made until this

7    FitzGerald finding with McAdam, I'm not sure if anyone had

8    made that prior to this study that came out.

9                    BY MR. TOMASELLI:

10                   Q.  Yeah, I mean, you, yourself, say that

11   you were part of the group that believed that COX-1 makes

12   both thromboxane and prostacyclin.  So if a drug didn't

13   touch COX-1 then it didn't effect either, so it would be

14   neutral?

15                   MS. SANFORD:  Object to the form.

16                   THE WITNESS:  I suppose it could be

17   theorized that COX-2 wouldn't -- COX-2 inhibition wouldn't

18   effect prostacyclin formation until those observations of

19   FitzGerald had actually been seen.

20                   So, I don't think some investigators had

21   made the connection that COX-2 could be -- was present in

22   the blood vessel prior to the FitzGerald studies.

23                   BY MR. TOMASELLI:

24                   Q.  You've told me that.  I'm asking

25   whether you think that prior to the urine studies, because

Dr. Colin Funk

Page 120

1   Vioxx only inhibited COX-2 and didn't effect COX-1, that

2   it would be neutral in terms of cardiovascular effects?

3                   MS. SANFORD:   Object to the form.

4                   THE WITNESS:   I guess the -- it would have

5   been predicted just based on considering prostacyclin

6   thromboxane that thromboxane coming from the platelets and

7   prostacyclin from the vasculature that people hadn't made

8   that observation that COX-2 was there until the FitzGerald

9   studies.   So they possibly could have been viewed as

10  neutral.

11                  BY MR. TOMASELLI:

12                  Q.   And you thought that because you were

13  part of "the group"; right?

14                  A.   Well I was -- I mentioned here COX-1

15  was generally regarded as the main enzyme capable of

16  forming both thromboxane and prostacyclin in the blood

17  platelets and the vascular wall.

18                  Q.   And you told me you were part of the,

19  generally part of the group.   And so you as part of the

20  group would believe it to be neutral prior to that time?

21                  MS. SANFORD:   Object to the form.

22                  THE WITNESS:   Well I hadn't really

23  considered the COX-2 inhibitors at that time.

24                  BY MR. TOMASELLI:

25                  Q.   Sitting here today, prior to the urine

Page 121

1   studies, are you aware of any reason to believe they would

2   be anything other than neutral based on the imbalance

3   theory?

4                    A.   Well I had known that COX-2 was in the

5   vasculature made by human cells in endothelial cells.  But

6   I guess I hadn't really considered the full impact that it

7   could have of blocking prostacyclin.  I guess most

8   researchers were focussed more on the inflammation side of

9   things.  So the blood vessel good overlooked a bit during

10  that time.

11                   Q.   Prior to the urine studies, researchers

12  thought COX-1 made prostacyclin in the endothelium, not

13  COX-2; correct?

14                   MS. SANFORD:  Object to the form.

15                   MR. TOMASELLI:  What's the basis for that?

16                   MS. SANFORD:  You've asked this one 15

17  times.

18                   MR. TOMASELLI:  And he keeps changing.

19                   MS. SANFORD:  He hasn't changed his answer

20  at all.  You keep mischaracterizing his answer into

21  something else.

22                   MR. TOMASELLI:  No, I do not.  I do not.

23                   MS. SANFORD:  It's just time to move on, is

24  my basis.

25                   THE WITNESS:  So repeat your question.

Dr. Colin Funk

1          BY MR. TOMASELLI:

2                    Q.   Sure.   Prior to the urine studies did

3     researchers believe COX-2 made prostacyclin in the

4     endothelial cells in the vasculature?

5                    A.   Well researchers knew that COX-2 was in

6     endothelial cells but they -- I don't think the exact in

7     vivo connection in man had been considered in full impact,

8     no.

9                    Q.   And when you say that there were

10    researchers that knew COX-2 was in the vasculature prior

11    to the urine studies; which researchers are you referring

12    to?

13                   A.   Well I knew that COX-2 was cloned from

14    this endothelial cell source from human endothelial cells.

15                   I had -- I'm not sure if I reviewed those

16    papers, but I was involved in reading them when they came

17    out in 1992/'93, and I'm sure there were many others who

18    had read the papers, too, that -- including FitzGerald and

19    others -- that COX-2 could be found in endothelial cells.

20                   Q.   And were the papers you're referring

21    to, did they culture what are known as HUVECs?

22                   A.   Yeah, that's correct.

23                   Q.   Okay.   And HUVECs are human umbilical

24    vein endothelial cells; right?

25                   A.   Yes.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 123

1                     Q.   Did anybody that took Vioxx have a

2    HUVEC?

3                     MS. SANFORD:  Object to the form.

4                     THE WITNESS:  Human umbilical vein

5    endothelial cells, these are cells derived from an

6    umbilical cord.  So I can't state whether a mother who has

7    taken, a pregnant mother took Vioxx or not.

8                     BY MR. TOMASELLI:

9                     Q.   Okay.  But as far as anybody in the

10   world who took Vioxx who would have those cells that

11   you're referring to, it would have to be a pregnant mother

12   who took Vioxx while being pregnant; right?

13                    A.   Well these are endothelial cells from a

14   vein and it's probably most likely that the, any other

15   type of vein endothelial cell would be similar in its

16   properties.

17                    Q.   Okay.  When did we first know that

18   artery cells, artery endothelial cells have COX-2?

19                    A.   I can't say for sure the exact date.

20                    Q.   Okay.  Can you think of any paper that

21   you would want to look at to know that answer to that

22   question?

23                    A.   Umm...  Well I referenced a few in my

24   report about different tissues expressing COX-2.

25                    Q.   And you think that some of those papers

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

1    referenced COX-2 in the endothelial cells of arteries;

2    correct?

3                    A.   There are some papers, yeah, that show

4    COX-2 in endothelial cells.

5                    Q.   Okay.  And that's what's important here

6    in the Vioxx controversy is whether there's COX-2 that

7    makes prostacyclin in the endothelial cells in the

8    arteries of people in their hearts; right?

9                    A.   Well, prostacyclin in general made by

10   the vasculatures would be important to consider the

11   whole --

12                   Q.   Okay.  So studies, for example, that

13   maybe didn't look at the prostacyclin production in the

14   actual coronary arteries that we are taking about but say

15   in the microvasculature, those would also be important to

16   look at; correct?

17                   A.   Any type of vasculature would be

18   important to look at for prostacyclin production.

19                   Q.   Okay.  Did you see in your review of

20   the literature, any studies that looked at people who were

21   given Vioxx and whether it had any effect on their

22   prostacyclin in either the coronary vasculature or the

23   microvasculature?

24                   A.   I probably looked at a few papers in

25   the literature, yeah.

Dr. Colin Funk

1          Q.   And do you recall that those papers

2    showed -- or what do you recall that those papers showed

3    with respect to whether Vioxx decreased prostacyclin

4    production in the vasculature?

5          A.   Well, I'm basing my results -- or what

6    I've written here on some of the, like the McAdam's study

7    and Catella-Lawson, when COX-2 inhibitors like rofecoxib

8    or Vioxx inhibited prostacyclin metabolites.

9          Q.   Okay.   Let's pursue that for a second

10   and then I'm going to come back to my question regarding

11   whether -- regarding studies with Vioxx in the

12   vasculature.

13          Your opinion that Vioxx reduces

14   prostacyclin in the vasculature is based upon studies

15   McAdam and Catella-Lawson in 1999 that showed a reduction

16   in a urine metabolite of prostacyclin called PGIM; is that

17   right?

18          MS. SANFORD:   I'm going to object to the

19   form.

20          THE WITNESS:   Yeah.   I'm saying that these

21   studies showed that COX-2 inhibitor reduced prostacyclin

22   vascular prostacyclin production by somewhere in between

23   65 to 80 percent.

24          BY MR. TOMASELLI:

25          Q.   Okay.   And those studies measured PGIM,

1    which is a breakdown product of prostacyclin that can be

2    detected in the urine?

3                    A.    That's true.

4                    Q.    And prostacyclin is produced and acts

5    locally and is rapidly broken down?

6                    A.    That's true.

7                    Q.    No matter where it is made and acts, it

8    ultimately ends up, as metabolites do, in the urine?

9                    A.    That's correct.

10                   Q.    And again the issue here that we're

11   interested in is whether -- or rather -- what is the

12   source of prostacyclin production from the endothelial

13   cells in the coronary arteries; right?

14                   A.    Yes.

15                   Q.    Okay.  And endothelial cells are the

16   cells that line the -- it's a one-cell thick membrane, of

17   sorts, that lines the inside of the artery; do I have that

18   right?

19                   A.    Well it's a one-layer cell.  Not a

20   membrane, but it's a one-layer cell thick --

21                   Q.    I knew you were going to get mad at me

22   on the membrane, so withdrawn.

23                   A.    One-layer cell thick throughout most of

24   the vasculature.  There are some areas where it's a little

25   bit not so -- not quite like that.

Dr. Colin Funk

1                    Q.   Let me ask it again so the record's

2     clear.

3                         Endothelial cells are the one-cell lining

4     on the inside of the artery?

5                    A.   Yes.

6                    Q.   Okay.  Prostacyclin is when it comes

7     from the endothelial cells, acts as a vasodilator and

8     anti-aggregator of platelets?

9                    A.   That's true.

10                   Q.   And you would agree that if you could

11    measure prostacyclin in the vasculature that would be a

12    better measure than what's in the urine?

13                   A.   It would be ideal if you could measure

14    prostacyclin directly from, for instance, a coronary

15    artery endothelial cell that would be the best, yes.

16                   Q.   Or some other part of the heart or?

17                   A.   Or other --

18                   Q.   Artery?

19                   A.   Or other vascular -- yeah, artery.

20                   Q.   Okay.  You agree that PGIM in the urine

21    does not tell you the tissue origin of the decreased

22    prostacyclin?

23                   A.   The decreased?

24                   Q.   Well, that's a good point.

25                        If -- you agree that whatever PGIM shows up

1    in the urine, that doesn't tell you the origin of the

2    prostacyclin?

3                    A.    When you measure the PGIM metabolite in

4    the urine, you can get some idea as to where it's coming

5    from.   You can't say exactly where it's coming from but

6    you can make some reasonable inferences where it is coming

7    from.

8                    Q.    Okay.   Where else is prostacyclin made

9    in the human body?

10                   A.    Prostacyclin is made primarily in the

11   vasculature.   It's also made by certain cell types in

12   other organs, for instance in the kidney, the glomerulus.

13   G-l-o-m-e-r-u-l-u-s, I think.   It's in some neurons in the

14   brain.

15                   Q.    What about the lungs?

16                   A.    Are you saying?

17                   Q.    Prostacyclin.

18                   A.    Prostacyclin, where is it coming from

19   or where else can it be made?

20                   Q.    Yeah.   You said that it's in different

21   organs.

22                   A.    Yeah, it can be made in the vasculature

23   in every organ in the body.   It can also be made in the

24   lungs, for instance.

25                   Q.    When it's made in the lungs,

Dr. Colin Funk

Page 129

1   prostacyclin that is, is it made by COX-1 or COX-2?

2             A.   In the lungs, it's probably made mostly

3   by COX-1.  There could possibly be some made from COX-2

4   and it depends under what circumstances.  For instance

5   some of the lung cells, these pneumocytes, can get COX-2

6   induced infection, for instance, and you could get

7   prostacyclin being made by those cells.

8             Q.   Okay.  And you claim that PGIM is a

9   good marker of endothelial prostacyclin?

10            A.   Yes.

11            Q.   And it's your claim that a reduction in

12  PGIM after giving a COX-2 inhibitor means that the

13  endothelial prostacyclin has also been reduced?

14            A.   Yeah, it's my claim that if you give a

15  COX-2 inhibitor and you're reducing primarily vascular

16  prostacyclin synthesis.  But you're also reducing anywhere

17  elsewhere COX-2 is expressed.

18            Q.   Okay.  Before we come back to this

19  subject I want to cover a couple other things so I'm

20  switching gears on you a lit bit.

21            MS. SANFORD:  In about five minutes or so

22  can we take a lunch break?  Whenever you want to go.

23            MR. TOMASELLI:  Sure.  I think I can do

24  this in five minutes.

25            MS. SANFORD:  That's fine.  And I think if

Page 130

1    you switched your question to COX-2 from COX-1 last time,

2    then I was in error in saying you asked it 15 times.  I

3    apologize.  I noted --

4                MR. TOMASELLI:  Shelly, we're not going to

5    get mad at each other, it's okay.  I still like you.

6                MS. SANFORD:  I still like you too.

7                BY MR. TOMASELLI:

8        Q.   Switching gears real fast before we go

9    to lunch.  On page 9 of your report you have a section on

10   Vioxx there; correct?

11               A.   Yes, that's right.

12               Q.   And some of the hoped-for benefits of

13   COX-2s, in terms of GI complications, those were actually

14   seen and realized; right?

15               A.   There were some studies that did show

16   it was -- it reduced GI complications, yes.

17               Q.   For example, you say that in animal

18   studies there was efficacy without GI toxicity?

19               A.   Yes.

20               Q.   And in clinical trials with Vioxx, they

21   showed that Vioxx relieved the pain the same as other

22   prescription traditional NSAIDs that came before Vioxx but

23   did not cause as many of those complications of

24   perforations, ulcers and bleeds; right?

25               A.   Well in the dental pain study I don't

Page 131

1    think they looked at GI, GI effects.

2                    Q.   I guess I was kind of focussing on the

3    next sentence.

4                    A.   Okay, yeah.  I do mention that.  Some

5    of the clinical trials did show that they reduced some of

6    these upper GI complications.

7                    Q.   And that's a good thing; right?

8                    A.   Yes.

9                    Q.   Do you agree that COX-2 is a bad actor

10   in cancer?

11                   A.   COX-2's role in cancer cells, in

12   general, seems to be causing some effects that are, could

13   be beneficial if they were blocked.

14                   Q.   Okay.  And COX-2 selective inhibitors

15   have been tested in certain cancers; correct?

16                   A.   That's right.

17                   Q.   And you would agree that COX-2

18   selective inhibitors have been shown to be effective and

19   have utility in the treatment of certain cancers?

20                   MS. SANFORD:  Object to the form.

21                   THE WITNESS:  I think there have been some

22   clinical trials, yes, that's shown COX-2 inhibitors

23   improve the outcomes in colon cancer.

24                   BY MR. TOMASELLI:

25                   Q.   In breast cancer too; right?

1          A.   There have been some studies.  I wasn't

2   asked to comment on the breast cancer, so.

3          Q.   But you know that generally; right?

4          A.   Well I know that COX-2 inhibitors have

5   been tried in a number of different cancer settings

6   including breast cancer.

7          Q.   And they've been effective, as you've

8   said?

9          A.   Well I didn't say it, you said it.

10  But...

11         Q.   Oh, sorry.  Are they effective?

12         A.   I'd have to see a study, if you're

13  referring to one in particular --

14         Q.   What --

15         A.   -- with breast cancer.

16         Q.   What types of cancer have they been

17  effective with that you know about?

18         A.   Well treating polyp formation, pre

19  colon cancer.

20         MR. TOMASELLI:   I think that's my five

21  minutes, so we'll move on to something else later.

22         --- Upon luncheon recess at 12:05 p.m.

23         --- Upon resuming at 12:50 p.m.

24         BY MR. TOMASELLI:

25         Q.   Before lunch, Dr. Funk, we talked about

Page 133

1    the fact that it's your claim that Vioxx reduces

2    endothelial prostacyclin and how you know that is through

3    reduction in PGIM; right?

4              A.   Yes.

5              Q.   And in your report at page 13 at the

6    top you state that:

7              "Celecoxib or rofecoxib administration to

8    volunteers causes a 65-80% decrease in prostacyclin."

9              Right?

10             A.   Yeah, I wrote that there.

11             Q.   And what are you claiming is the

12   reduction in prostacyclin in the vasculature for people

13   who take Vioxx?

14             A.   I'm claiming a reduction in that range,

15   somewhere 65 to 80 percent.

16             EXHIBIT NO. FUNK-5:  Van Hecken article

17   entitled Comparative Inhibitory Activity of Rofecoxib,

18   Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2

19   versus COX-1 in Healthy volunteers, dated in 2000.

20             BY MR. TOMASELLI:

21             Q.   I'm going to hand you Funk Exhibit 5

22   which is a publication by van Hecken, v-a-n H-e-c-k-e-n,

23   from the year 2000.

24             And are you familiar with that article,

25   sir?

Dr. Colin Funk

Page 134

1                              A.   Yeah, I've looked at it before.

2                              Q.   Okay.  If you can turn to page 1116 for

3     me, please.  Tell me when you there?

4                              A.   I see it now.

5                              Q.   Okay.  Do you see figure 5 at the top?

6                              A.   Yes.

7                              Q.   Is that a "yes"?

8                              A.   Yes, I do.

9                              Q.   Okay.  And it looks like the top right

10    graph is a graph of reduction in PGIM after taking Vioxx;

11    right?

12                             A.   There is -- there are a couple of bars

13    there with rofecoxib, yes.

14                             Q.   Okay.  We have bars for placebo, Vioxx

15    12.5 milligrams, Vioxx 25 milligrams, meloxicam 15

16    milligrams, and diclofenac 50 milligrams, three times a

17    day?

18                             A.   Yes.

19                             Q.   And the, the "Y" axis talks about

20    change from baseline in PGIM; right?

21                             A.   Yes.

22                             Q.   And the 12.5 dose of Vioxx appears to

23    reduce PGIM a little over 40 percent; right?

24                             A.   It looks about 43 or something like

25    that.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 135

1                    Q.   Okay.  And how much does the

2    25-milligram dose of Vioxx reduce prostacyclin metabolite

3    PGIM?

4                    A.   It looks like 48/49, something like

5    that, 50.

6                    Q.   Okay.  Is that consistent with your

7    beliefs?

8                    A.   It's in the range, pretty close, to 65

9    to 80.

10                   Q.   Okay.  No reason to disagree that the

11   prostacyclin reduction -- the PGIM reduction by 25

12   milligrams of Vioxx is a little less than 50 percent?

13                   MS. SANFORD:  Object to the form.

14                   THE WITNESS:  Sorry, could you repeat that?

15                   BY MR. TOMASELLI:

16                   Q.   Sure.  Would you agree that the PGIM

17   reduction with 25 milligrams of Vioxx is on the nature of

18   roughly 50 percent?

19                   A.   Yeah, in this particular study it looks

20   like it's around 50 percent.

21                   Q.   Okay.  Do you know of any other studies

22   with 25 milligrams of Vioxx that you're thinking of or

23   that you know about?

24                   A.   The Catella-Lawson study, I'm just

25   thinking about that one.

Page 136

1          EXHIBIT NO. FUNK-6:  Catella-Lawson study

2    entitled Effects of Specific Inhibition of

3    Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and

4    Vasoactive Eicosanoids, dated 1999.

5               BY MR. TOMASELLI:

6               Q.  Okay.  Well you and I are thinking of

7    the same thing.  So Exhibit 6 is the Catella-Lawson study

8    from 1999; is that right?

9               A.  It is.

10              Q.  You're familiar with this study?

11              A.  Yes.

12              Q.  And if you look at page 736; which is

13   maybe one page in.

14              If you look down, bottom left, under

15   "materials and methods", there's a section called

16   "interventions"?

17              A.  I see that, yes.

18              Q.  And do you see that in this

19   Catella-Lawson study the patients who received Vioxx got

20   50 milligrams?

21              A.  Yes, I see that.

22              Q.  And if we read up and over to the top

23   of the right column the, there's a sentence that starts

24   "thus' do you see that?

25              A.  Where is it?

1           Q.   Top right.

2           A.   "Thus the dose chosen"?

3           Q.   Correct.  So the dose in this study was

4    twice the maximum dose for osteoarthritis?

5           A.   Well there's a sentence before that

6    that says "25 milligrams once daily for 6 weeks".  So, I'm

7    not exactly clear what you're saying there.

8           Q.   Well I think all I'm saying is this

9    study used 50 milligrams and that's twice the 25-milligram

10   dose; do we agree on that?

11          A.   There's a statement in front of that,

12   that says 25 milligrams once daily for 6 weeks.  So I'd

13   have to check that.  Because that's -- 25 milligrams is

14   the same as what we just looked at.

15          Q.   Right.  I think they're talking about a

16   different study.

17          A.   It says:

18               "In addition, in a pilot study of treatment

19   of osteoarthritis of the knee, 25 milligrams once daily

20   for 6 weeks."

21          Q.   Right.  That's not this study; right?

22          A.   Well it's in the "materials and

23   methods", so I'm not sure.  Just from reading it here, it

24   looks like it is in this study, so.

25          Q.   Okay.  Well take a look at -- if you

Page 138

1     can read all the interventions and let me know what you

2     think what dose of Vioxx was used in this study.

3                    A.   Well there is a statement there, it

4     says:

5                    "Thus the dose chosen for this study is the

6     twice the maximum dose needed for treatment of chronic

7     osteoarthritis."

8                    Q.   So we can agree that in this study the

9     Catella-Lawson 1999 study that 50 milligrams of Vioxx is

10    what the patients took?

11                   A.   Yes.   In this study it looks like it

12    was 50 milligrams.

13                   Q.   Okay.   If you can turn over to page

14    739?

15                   A.   Okay.

16                   Q.   You see at the top left there's a

17    Figure 6?

18                   A.   Yes.

19                   Q.   And this, this graph measures PGIM;

20    right?

21                   A.   Yes.

22                   Q.   And the middle bars are Vioxx, MK 966;

23    right?

24                   A.   Yes.

25                   Q.   And at baseline the PGIM value was 125

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 139

1    or so?

2                     A.   Yes.

3                     Q.   And after 13 days of treatment it's
4    about 50?

5                     A.   Yeah, a little -- 45/50.  45, somewhere
6    there.

7                     Q.   Okay, so...  So between somewhere
8    between 60 and 64 percent reduction in this study?

9                     A.   Yeah, I think that fits with what I put
10   there as 65 percent, yeah, in my report.

11                    Q.   So this is what you were thinking of
12   when you wrote 65?

13                    A.   Yeah.  When I wrote 65 percent, that is
14   what I was thinking.

15                    Q.   Okay.  And just so we're clear, the 65
16   percent reduction in PGIM is for people who were taking 50
17   milligrams of Vioxx?

18                    A.   Yes.

19                    Q.   And for people who take 25 milligrams
20   of Vioxx, we've seen that the reduction in PGIM is about
21   50 percent?

22                    A.   Well that was by another research group
23   so I can't really say if their methodology was exactly the
24   same as this Catella-Lawson study.

25                    EXHIBIT NO. 7:  McAdam article entitled