1    Systemic biosynthesis of prostacyclin by cyclooxygenase

2    (COX)-2:  The human pharmacology of a selective inhibitor

3    of  COX-2, dated 1999

4              BY MR. TOMASELLI:

5              Q.  I hand you deposition Exhibit Number 7.

6    You're familiar with this study?  This is a study by

7    McAdam in 1999?

8              A.  Yes, I am.

9              Q.  And this is the other study that you

10   reference in your report, sir?

11             A.  Yes.

12             Q.  Or one of them, I guess.  But in this

13   section the other one; that's correct?

14             A.  Yes, it is.

15             Q.  All right.  This is a study that

16   measured urine metabolites, PGIM being one, for persons

17   taking Celebrex; right?

18             A.  That's correct.

19             Q.  If you turn over to page 275?

20             A.  Yes.

21             Q.  You see Table 2 at the bottom?

22             A.  Yeah, I do.

23             Q.  And that's measuring there or records

24   the measurements of PGIM reductions from placebo for

25   people taking various doses of Celebrex?

1          A.   Yes.

2               Q.   And do you see that the reduction for

3     Celebrex 400 milligrams is about 80 percent?

4          A.   Yes.

5               Q.   Okay.   So is that what you were -- is

6     this study what you were referring to when you said that

7     Vioxx and Celebrex reduce PGIM on the order of 65 to 80

8     percent?

9               A.   This was one of the papers.   There was

10    actually a paper I didn't put in here.   I sort of

11    neglected to put in.   There was another one by

12    Catella-Lawson, from what I recall.

13              Q.   That measured PGIM, sir?

14              A.   I believe so.

15              Q.   Catella-Lawson is a co-author on the

16    McAdam study?

17              A.   Yes, she was on here.   But there was

18    another study I didn't actually mention, a New England

19    Journal of Medicine study.

20              Q.   That was an interaction study, wasn't

21    it, that showed that there was no interaction between

22    aspirin and Vioxx?

23              A.   That was, yeah, to look at interactions

24    of, of other drugs like ibuprofen and aspirin, and I think

25    Vioxx was in there.

Page 142

1          Q.   And in that study she came to the

2   conclusion that Vioxx and aspirin did not interact?

3          A.   That's correct.  There was also some

4   measurement of urinary metabolites in that study, and I

5   think that's another area where I got my 80 percent value.

6          Q.   I'm going to show you what I think is

7   what you're referring to on my computer, because I don't

8   have a copy of it, but it's from Catella-Lawson '01.  And

9   I think what she may have been referring to is Vioxx and

10  aspirin together?

11         A.   Well there are two columns in that

12  table. There's aspirin before rofecoxib and rofecoxib

13  before aspirin.  So that's what I was referring to.

14         Q.   Right.

15         A.   Yeah.

16         Q.   They're given two drugs instead of one?

17         A.   That was true, yeah.

18         Q.   All right.  So if we just look at, at

19  least to your knowledge, the best source to look at for

20  when we look at what happens to PGIM with Vioxx alone, we

21  can look at the van Hecken study and the Catella-Lawson

22  1999 study; is that fair?

23         A.   Well I think since there is no

24  interaction between the two drugs, it is valid to look at

25  that particular study as well.

Page 143

1           The van Hecken study was carried out by a
2   different group than the Catella-Lawson study, so I can't
3   really say if their methodology was exactly the same for
4   measuring those urinary metabolites.
5           Q.   It looks like the compounds in van
6   Hecken were detected and quantified by gas chromatography
7   and it looks like the eicosanoids were measured in
8   Catella-Lawson by gas chromatography?
9           A.   Yeah, the Catella-Lawson study they use
10  what's known as gas chromatography mass spectrometry for
11  their analysis of these products.
12          Q.   It's pretty standard; isn't it?
13          A.   That's the usual way for doing it.  I
14  can't really say -- I haven't looked at the exact methods
15  that were used in that van Hecken paper.
16          Q.   Sitting here today, you don't have
17  any -- I mean, you said you reviewed the study before;
18  right?
19          A.   I did look at it, yes.
20          Q.   And sitting here today, you don't have
21  any specific criticism of the van Hecken study; is that
22  fair?
23          MS. SANFORD:  Object to the form.
24          BY MR. TOMASELLI:
25          Q.   With respect to how they measured PGIM?

Page 144

1                    MS. SANFORD:   Same objection.

2                    THE WITNESS:   I would assume they had

3      measured it correctly, yes.   But it is a difficult assay,

4      so I'm not sure if they have the experience of doing this,

5      these particular investigators.

6                    BY MR. TOMASELLI:

7                    Q.   We talked to -- we obviously have seen

8      how Vioxx can reduce PGIM; right?

9                    A.   What are you referring to specifically?

10                   Q.   Well the articles that we've looked at

11     that show Vioxx at various doses reduce the level of PGIM?

12                   A.   Yes, that's correct.

13                   Q.   Are you aware of any studies where

14     Vioxx was given and there was a reduction in prostacyclin

15     in the coronary arteries in either animals or humans?

16                   A.   Prostacyclin can't be measured

17     directly.

18                   Q.   Okay.   Are you aware of any studies

19     with Vioxx where there was a reduction in the metabolite

20     6-keto-PGF1-alpha, the immediate hydration product of

21     prostacyclin, in either the coronary arteries of either

22     animals or humans?

23                   A.   No, I'm not aware of any of those

24     studies.

25                   Q.   Are you aware of any studies where

1  Vioxx was given and there was no reduction in prostacyclin

2  in the vasculature?

3              A.  I'm aware of these studies here that

4  we've just gone over looking at these urinary metabolites,

5  which I believe are representative of the vascular

6  synthesis of prostacyclin.

7              Q.  Right.  Are you aware of any studies

8  where Vioxx was given to either animals or humans and

9  there was not a reduction in prostacyclin in the

10  vasculature?

11             A.  All the studies that we've dealt with

12  in my research, and these ones we've looked at, are a

13  reduction in this PGI metabolite as a result of Vioxx in

14  animals and humans.

15             Q.  Okay.  And is the answer to my

16  question, though, 'no, you're not aware of any studies

17  where Vioxx was given and there was not a reduction in

18  prostacyclin in either animals or humans in the

19  vasculature'?

20             A.  The studies that I've looked at and

21  that I mention in my report indicate a reduction in this

22  PGIM metabolite which is the standard in the field for

23  measuring prostacyclin, so this is measuring the

24  inhibition in the vasculature.

25             Q.  Okay.  And what I'm saying is let's go

Page 146

1    one step backwards.  You agree, don't you, that

2    6-keto-PGF1-alpha is the immediate hydration product of

3    prostacyclin; right?

4                     A.   Yes, it is.

5                     Q.   Okay.  And if we went backwards into

6    the vasculature, are you aware of any studies where Vioxx

7    was given to animals or humans and they measured

8    6-keto-PGF1-alpha in the vasculature and there was no

9    reduction with Vioxx?

10                    A.   Well there has been -- I'm not sure if

11   there has been a number of studies.  But I know of a

12   study, yes, where they looked at it.

13                    Q.   And which one was that?

14                    A.   There was a Polish group that studied

15   this.

16                    Q.   Okay.  And what they found is when they

17   looked -- when they gave Vioxx to people and they looked

18   at whether there was a reduction in prostacyclin in the

19   vasculature, they found that there was not a reduction

20   with Vioxx; correct?

21                    A.   Well that particular study, if you want

22   to bring it out I can comment on it because there are a

23   lot of flaws in that particular study that should be

24   mentioned.  And I can go into it if you want me to.

25                    Q.   You're aware of the study, though;

Dr. Colin Funk

1    right?

2              A.   Yes, I am.

3              Q.   Okay.  Are you aware of -- and the

4    bottom-line result, whether flawed or not in your opinion,

5    was that those researchers found that when they gave Vioxx

6    there was not a reduction in prostacyclin in the

7    vasculature; correct?

8              MS. SANFORD: · Object to the form.

9              THE WITNESS:  Well, like I said, that study

10   is flawed in several respects, so, if you want to go

11   through some of the data I can tell you why it's flawed

12   and why they didn't see any reduction with Vioxx.

13              BY MR. TOMASELLI:

14              Q.   That study was published in

15   Arthrosclerosis, Thrombosis and Vascular Biology Journal;

16   correct?

17              A.   ATTV, yeah.

18              Q.   It's a peer-review journal?

19              A.   It is, yes.

20              Q.   And, in fact, you're an ad hoc reviewer

21   on that journal; correct?

22              A.   Yes, I do review for it quite often.

23              Q.   Okay.  Did they ask you to review that

24   study?

25              A.   No, they didn't.

Page 148

1          Q.   Are you aware of any studies in animals
2     where they gave Vioxx to animals and they measured
3     6-keto-PGF1-alpha in the vasculature of the animals and
4     found that there was no reduction in prostacyclin?
5          A.   No, I can't recall any right now.
6          Q.   Certainly it would be an important
7     study in your mind; right?
8          A.   If it would do like you're saying it
9     could be important, yeah.
10         Q.   Assume with me that they -- the
11    researchers in this case measured prostacyclin in the
12    vasculature of rabbits with atherosclerosis and found that
13    Vioxx did not reduce prostacyclin.  That would be a study
14    that you would want to look at and consider; right?
15              MS. SANFORD:  Object to the form.
16              THE WITNESS:  Yeah, there are studies in
17    animals for certain that should be looked at if they are
18    dealing with Vioxx, yes.
19              BY MR. TOMASELLI:
20         Q.   And that study, if I've characterized
21    it correctly, would go against the proposition that Vioxx
22    reduces prostacyclin in the vasculature; right?
23         A.   Well you'd have to show me the study.
24              I think I'm recalling one now, the -- I
25    think the first author was Wong -- I didn't cite it in my

Dr. Colin Funk

Page 149

1    paper -- or my report, but I remember one now by this

2    about some rabbit studies.

3                    Q.  Okay.  That's right.  Wong?

4                    A.  Wong, yeah.

5                    Q.  2001; right?

6                    A.  I think it was that year, umm, in

7    atherosclerosis, think that was the journal.

8                    Q.  And that study along with the -- well

9    that study itself would be on one side of the scientific

10   literature suggesting that Vioxx does not reduce

11   prostacyclin versus your belief that -- your claim that

12   Catella-Lawson shows that Vioxx reduces prostacyclin in

13   the vasculature.  Those would be on two different sides of

14   the debate; fair?

15                   A.  Well, again, there are certain problems

16   with that particular study and, again, I could go into

17   them.

18                   Q.  Another bad study?

19                   A.  There are some points about it, yeah,

20   that are problematic, yes.

21                   Q.  You know, Dr. Riendeau; right?

22                   A.  Yes.

23                   Q.  That's R-i-e-n-d-e-a-u?

24                   A.  Yes.

25                   Q.  And he's a good researcher; don't you

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 150

1    think?

2                    MS. SANFORD:  Object to the form.

3                    THE WITNESS:  I can't vouch for every study

4    he's performed, no.

5                    BY MR. TOMASELLI:

6               Q.   You've certainly cited other studies by

7    Dr. Riendeau in your report; right?

8               A.   I think I mentioned some in this

9    report, yeah, there are a few.

10              Q.   But that particular study you think

11   is -- has problems, you said?

12              A.   Yeah.

13              Q.   Okay.  We've talked about a study in

14   humans that looked at prostacyclin in the vasculature and

15   found no reduction in Vioxx.  That's the Polish arms

16   study; right?

17              A.   Yes.

18              Q.   We've talked about another study that

19   you're aware of that, in animals, when Vioxx was given

20   there was no reduction in prostacyclin; right?

21              A.   This rabbit study?

22              Q.   Yes, sir.

23              A.   Yes.

24              Q.   Okay.  Are you aware of any other

25   studies that have looked at prostacyclin in the

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 151

1    vasculature and what happens to either humans or animals
2    when they take Vioxx?
3              A.   Let's see...   These are a couple of the
4    studies that I did look at, yes.
5              Q.   Right.   And we've talked about those
6    and my question is just beyond that.   Which is, are you
7    aware of any others that looked at prostacyclin production
8    in the vasculature and how it's affected, if at all, by
9    Vioxx?   And, again, other studies other than the ones --
10   the two we've just talked about?
11             A.   I can't recall any others right now,
12   no.
13             Q.   Switch gears.   You in your research
14   work with what are called knockout models of animals;
15   right?
16             A.   Yes.
17             Q.   And I'm sorry if I butcher some of your
18   terminology so bear with me.
19             But I understand that one of the reasons we
20   study animals is because in the name of science and
21   advancement we can genetically alter their makeup whereas
22   it wouldn't be very nice to do that to humans?
23             A.   That's true.
24             Q.   Okay.   And you've done studies in mice
25   where you've knocked out certain of genes, for example, in

Dr. Colin Funk

1  mice that relate to production of atherosclerosis or the

2  receptors for prostacyclin; right?

3              A.  Well I've, in particular, looked at

4  some knockout mice or some mutated mice where we've

5  altered this COX-2 gene.

6              Q.  Right.  And the reason you do those

7  knockout studies is to try to give you, the researchers

8  and the scientific community, clues as to the importance

9  of certain enzymes or chemicals in the bodies, potentially

10  in the human's bodily processes and functions; is that

11  fair?

12              A.  Yes.

13              Q.  Okay.  One type of modification to

14  animals, in particular mice, is to knockout what's known

15  as the IP receptor?

16              A.  Yes.

17              Q.  And if you can turn to page 27 of your

18  report.  You've drawn a figure that talks about a lot of

19  things but it actually, on the right side, has the IP

20  receptor identified; right?

21              A.  Yes, yes.

22              Q.  And my understanding is that if you

23  completely knockout this IP receptor it's -- the animals

24  are referred to as IP -/- or double knockout?

25              A.  Well it's not "double knockout" but

Dr. Colin Funk

1    it's IP -/- means an IP knockout mouse.

2              Q.   Okay, my bad.  You got to do something

3    else to get it to a double knockout, this is just a

4    knockout?

5              A.   Yeah.  A single knockout, actually.

6              Q.   Okay.  And my understanding is that

7    prostacyclin, which is just to the left of the IP receptor

8    where you have identified as PGI-2; right?

9              A.   Yes.

10             Q.   Okay.  Prostacyclin can't function and

11   can't act without its buddy the receptor, the IP?

12             A.   Well there has been some suggestion

13   that it can act on another -- some other proteins that are

14   not really receptors.  But the principal route for

15   prostacyclin acting is through this process IP receptor.

16             Q.   Okay.  And the way I understand it

17   is -- or the way I've tried to understand it in my mind is

18   prostacyclin being the key and the IP receptor being the

19   lock; is that a fair way to understand it?  Somebody else

20   said it, I just stole it.

21             A.   Yeah, that's a good simple analogy.

22             Q.   Okay.  So prostacyclin are the keys and

23   the IP receptors are the locks.  And you need a key to act

24   with a lock to make it work?

25             A.   Yes.

Dr. Colin Funk

1          Q.    And the IP knockout mice the -/- mice,

2     that takes away all the IP receptors so they don't have

3     any of those locks?

4                A.    Yup.

5                Q.    Okay.  And is it fair to assume that if

6     you basically, generally, don't have any of your IP

7     receptors you basically decrease prostacyclin 100 percent

8     because it can't act without its buddy the receptor?

9                A.    Well you don't decrease the

10    prostacyclin. Prostacyclin will still be there, it's just

11    that it's missing this protein so that it can't act as it

12    normally does in the particular organ of interest. .

13               Q.    Right.  And I didn't mean to suggest

14    that the prostacyclin actually went away.  I was trying to

15    say it's effectively 100 percent reduced, even though it's

16    still there it can't function?

17               A.    That's true.

18               Q.    All right.  And I guess there's a

19    different type of modification that you can do to mice

20    which is to knockout only part of the receptors, and you

21    refer to those mice as the IP +/-?

22               A.    That's right.

23               Q.    So the +/- mice have some of the

24    receptors to work and some of them have been knocked out?

25               A.    Yeah.  These IP +/- mice would have

Dr. Colin Funk

1    approximately 50 percent of these IP receptors.

2              Q.   Okay.  So, in layman's terms using --

3    back to our analogy, you have 50 percent of the locks for

4    the keys to work in but not the other half of the locks?

5              A.   Yeah, that's true.

6              Q.   And in both of these situations when

7    you have mice that have -/- and mice that are +/-, those

8    are both genetic ways to effectively take away

9    prostacyclin?

10             I know it's still there, but you're taking

11   away the effectiveness of it; is that fair?

12             A.   Yeah, they're a genetic, genetic means

13   of blocking the effects of prostacyclin.

14             Q.   And NSAIDs, instead of targeting the

15   right side of your chart, the IP receptor, they target,

16   really, the left side where they knock out prostacyclin

17   through actually inhibiting the prostacyclin itself and

18   not touching the actual receptor?

19             Do you understand what I'm trying to say?

20             MS. SANFORD:  Object to the form.

21             THE WITNESS:  Well NSAIDs block further up

22   in this pathway.

23             BY MR. TOMASELLI:

24             Q.   Okay.  So the NSAIDs don't target the

25   IP receptor, they target a different part of the pathway?

1           A.   The NSAIDs will block the COX-1 and the
2    COX-2 enzymes, and they don't interact with this IP
3    receptor.
4           Q.   Okay.  So if we can go back to the
5    analogy.  Is it fair to say that NSAIDs take away the keys
6    or some of the keys and the IP knockout models, they take
7    away the locks?
8           MS. SANFORD:  Object to the form.
9           THE WITNESS:  Well, I'm not sure about
10   the -- how far we can go with these analogies.
11          What I can say is that the NSAIDs block
12   prostaglandin formation.  So at the top of the, top of the
13   pathway they'll block whatever comes below there.
14          EXHIBIT NO. FUNK-8:  Pratico article
15   entitled Acceleration of atherogenesis by COX-1-dependent
16   prostanoid formation in low density lipoprotein receptor
17   knockout mice, dated 2000.
18          BY MR. TOMASELLI:
19          Q.   Okay.  I'm going to hand you what I've
20   marked as Exhibit 8, Dr. Funk.
21          And this is a paper by Dr. FitzGerald and
22   Dr. Pratico that was published in the proceedings in the
23   National Academy of Sciences in 2001; correct?
24          A.   Yeah, that's correct.
25          Q.   And you're familiar with this study;

Dr. Colin Funk

Page 157

1    correct?

2                        A.   Yes, I've looked at it before.

3                        Q.   And getting back to this, this idea of

4    deleting the receptors and that has the effectiveness of

5    reducing prostacyclin.  Can you turn over to page 3361 for

6    me?

7                        A.   Okay.

8                        Q.   And if you look at the top right-hand

9    column about 10 lines down or so there's a sentence that

10   starts "recently".  And tell me when you're there?

11                       A.   I see it now.

12                       Q.   Okay.  And tell me if I read this

13   right, but it says:

14                       "Recently, we reported that deletion of the

15   PGI-2 receptor (IP) accelerates atherogenesis in LDLR-KO

16   mice.  However, this effect is much less evident in mice

17   retaining one copy of the IP, which may resemble more

18   closely the effect of an inhibitor."

19                       Did I read that right?

20                       A.   Yes, I think so.

21                       Q.   Okay.  And so what Dr. FitzGerald is

22   saying here is that he did a study, not this study, but he

23   did a previous study and reported that when he took away

24   all the locks, the mice got atherosclerosis or had

25   accelerated atherosclerosis; right?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 158

1          A.   When he took away the prostacyclin

2    receptor completely?

3          Q.   Yes, sir.   I guess you can't really

4    tell; can you?

5          A.   Those mice -- well that's referring to

6    another paper and, I think that I cite in my report there.

7    I think that's the Egan paper.   I'm not sure what

8    number --

9          Q.   Actually Egan's later in time?

10          A.   -- on my reference list.

11          EXHIBIT NO. FUNK-9:   FitzGerald article

12    entitled Cyclo-oxygenase products and atherothrombosis,

13    dated 2000.

14          BY MR. TOMASELLI:

15          Q.   Let's try this.   I'm going to hand you

16    what I've marked as deposition Exhibit Number 9.   That's

17    another paper by Dr. FitzGerald; correct?

18          A.   It looks like it, yes.

19          Q.   And it is in 2000, so it's before this

20    Exhibit 8 that we just looked at right?

21          A.   Yes.   This is 2000, the other one is

22    2001.

23          Q.   So focus on the 2000 article, Exhibit 9

24    for me for a second.   And if you can focus on the

25    abstract, I think the third sentence of the abstract

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

1    states:

2              "Although deletion of the prostacyclin

3    receptor (the IP) accelerates atherogenesis in the mouse,

4    retention of one copy of the IP is atheroprotective."

5              Right?

6              A.   Well that's what it says there.

7              Q.   And what's he saying there?

8              A.   I guess in this particular statement

9    he's mentioning something about having just one copy, one

10   half of the IP receptors, he's saying that it has a

11   protective effect in atherosclerosis.  Which doesn't fit

12   with the later published studies.

13             So, so this particular paper is -- it seems

14   to be a review article, came before publishing their

15   actual work on the, on the study.  So I don't know where

16   that statement came from.

17             Q.   Okay.  Well, what he's saying in the

18   statement, though, if I've understood you right, is that

19   when they look at the mice that are -/-, they act

20   differently than the mice that are +/-; is that fair?

21             A.   Well this particular statement might be

22   saying something like that.  But, again, this doesn't seem

23   to fit with the study that they actually published, the

24   actual research article.

25             Q.   Okay.  And -- but back in the day, and

Dr. Colin Funk

1  we'll get there, but back in the day in 2000 when this was

2  published, it's your understanding that Dr. FitzGerald was

3  saying the mice that are -/- have accelerated

4  atherosclerosis versus the mice that are +/-, they are

5  protected against atherosclerosis?

6           A.  Well, once again, I haven't seen this

7  paper before and this particular statement does not seem

8  to fit with the actual research publication.

9           So I don't know where that particular

10 statement came from.

11          Q.  Okay.  But you, know doubt, you highly

12 respect Garett FitzGerald?

13          A.  Yes, he's a respected scientist and

14 colleague, yeah.

15          Q.  Is he saying that, effectively,

16 knocking out 50 percent of the prostacyclin is a lot

17 different than knocking out 100 percent of the

18 prostacyclin?

19          A.  The prostacyclin receptor.

20          Q.  Well we agreed, didn't we, that when

21 you knockout the receptors, that's like effectively

22 knocking out -- if you knockout both of them, it's 100

23 percent; if you knockout 1, it's 50.

24          So effectively, what Dr. FitzGerald is

25 saying in this paper and we'll look at the one later.  But

Dr. Colin Funk

Page 161

1    in this paper he's saying, 50 percent of your prostacyclin

2    is a different story, you're atheroprotected, versus 100

3    percent of your prostacyclin being knocked out, that

4    accelerates atherosclerosis?

5                    MS. SANFORD:  Object to the form.

6                    THE WITNESS:  I think that we'd have to

7    look at the actual research publication because this seems

8    to be a review article where the data isn't presented.

9                    So we'd have to look at where they actually

10   published this study and looked at the +/- versus the -/-

11   mice to see if that statement is true or not.

12                   BY MR. TOMASELLI:

13                   Q.  You're not saying Dr. FitzGerald got it

14   wrong?

15                   MS. SANFORD:  Object to the form.

16                   BY MR. TOMASELLI:

17                   Q.  In the year 2000; are you?

18                   MS. SANFORD:  Sorry, same objection.

19                   BY MR. TOMASELLI:

20                   Q.  You're not saying he would report his

21   results incorrectly?

22                   MS. SANFORD:  Object to the form.

23                   THE WITNESS:  This paper doesn't seem to go

24   into results, so I'm not sure where that statement came

25   from.

1                BY MR. TOMASELLI:

2                Q.  Okay.  Well, going back to Exhibit 8.

3   This is an actual study; right?

4                A.  Yes.

5                Q.  And this is, again, by Dr. FitzGerald

6   and Dr. Pratico?

7                A.  Yes.

8                Q.  And the statement we looked at

9   previously at the top of 3361?

10               A.  Okay.

11               Q.  When we looked at the statement,

12  recently reported the deletion of the receptor accelerates

13  atherosclerosis but it's less evident when you have one

14  copy of the IP still there; you remember that?

15               A.  This is referring to comment on an

16  abstract, yeah.  There's a little foot -- or superscript

17  note there with a ---

18               Q.  Okay.

19               A.  -- this was pre-publication abstract,

20  before the actual manuscript came out.

21               Q.  Sorry, I didn't mean to interrupt you.

22               You understand what he's saying by this

23  sentence, though, is that when you have effective 100

24  percent reduction in prostacyclin, that accelerates

25  atherosclerosis.  But if you have 50 percent, it doesn't?

Dr. Colin Funk

Page 163

1           A.  Well, once again, I think we actually

2    have to look at the full paper where they reported on

3    their results.

4           Q.  Okay.  Well let's look at this study

5    real quick before we go on to that one.  And if you look

6    at -- I hate to keep skipping around but it's -- the

7    easiest place to find it is probably in the abstract, sir.

8    So can you can flip back to the front?

9           A.  Okay.

10          Q.  If you read the abstract, a few lines

11   down it starts:  Because deletion of the PGI-2 receptor

12   accelerates atherosclerosis we wanted to look at what a

13   COX-2 inhibitor would do; is basically what it's saying,

14   right?

15          A.  Yes.

16          Q.  And the next sentence:

17          "To address this hypothesis, we uses dosing

18   with knew nimesulide which inhibited COX-2 ex vivo,

19   depressed urinary..."

20          PGIM.

21          "...by approximately 60 percent..."

22          A.  Yes.

23          Q.  And had no effect on thromboxane?

24          A.  That's correct.

25          Q.  Okay.  So what they were going to do is

Dr. Colin Funk

Page 164

1   look at what COX-2 inhibition, what the effect of COX-2

2   inhibition would have on lesion formation or

3   atherosclerosis formation when mice were given a COX-2

4   inhibitor, in this case nimesulide?

5                   MS. SANFORD:  Object to the form.

6                   BY MR. TOMASELLI:

7                   Q.   Right?

8                   MS. SANFORD:  Same objection.

9                   THE WITNESS:  What was the exact question?

10                  BY MR. TOMASELLI:

11                  Q.   I'm just trying to set up what they're

12  doing here.

13                  What they're doing in this study is testing

14  whether if you gave nimesulide, a COX-2 inhibitor, to

15  mice, whether they would have an increase, decrease or no

16  effect of atherosclerosis?

17                  MS. SANFORD:  Object to the form, again.

18                  THE WITNESS:  They were looking for the

19  effect of this nimesulide on atherosclerotic legions.

20                  BY MR. TOMASELLI:

21                  Q.   That's basically what said; right?

22                  A.   I'm just rephrasing what you said.

23                  Q.   Okay.  And this nimesulide COX-2

24  inhibitor, it, like Vioxx, reduces PGIM?

25                  A.   Yes, it does reduce PGIM.

Dr. Colin Funk

1          Q.   And this is greater than 50 percent, it
2     actually reduces it 60 percent in this case?
3          A.   60 percent, approximately.
4          Q.   So greater than 50 percent but it's not
5     like the IP knockouts that have 100 percent gone; right?
6          A.   Well, we're also looking at blocking
7     all the prostaglandins, if you go back to our Figure 1 in
8     my report.  So we're blocking prostacyclin, we're also
9     blocking other prostaglandins in the pathway.
10         Q.   Well we know it doesn't block
11    thromboxane, though; right?
12         A.   Well it can block thromboxane in other
13    types of cells than platelets, for instance in monocytes.
14         Q.   But in this case nimesulide is like
15    Vioxx, it reduces PGIM but doesn't reduce thromboxane in
16    the platelets; right?
17         A.   It reduces -- - it reduces, yes, the
18    urinary metabolites prostacyclin.  And, let me just look
19    and see if, if they looked at thromboxane in the study.
20         In Figure 1, yeah, they showed that it did
21    not effect thromboxane formation.
22         Q.   Okay.  And Figure 2, when you turn the
23    page over, it reduced PGIM, nimesulide, did; right?
24         A.   Yes.
25         Q.   Went from 3.6 to 1.2?

Dr. Colin Funk

1          A.   Yes, approximately.

2          Q.   So 60 percent or more reduction in

3     PGIM?

4               MS. SANFORD:   Object to the form.

5               THE WITNESS:   Approximately 60 percent,

6     yeah.

7               BY MR. TOMASELLI:

8          Q.   Okay.  And they actually looked at what

9     happened to lesion formation; right?

10         A.   In this study, yes, they did look at

11     lesion formation.

12         Q.   And that's in Figure 5; right?

13         A.   Yes.

14         Q.   And what they found was, was that when

15     they gave a non-selective NSAID, in this case

16     indomethacin, they found a reduction in lesion size

17     compared to mice that got no drug?

18         A.   That's right.  They saw about a 50

19     percent reduction in lesions in this one study.

20         Q.   And compared to mice that didn't get

21     any drug, the mice that got the nimesulide they also saw a

22     reduction in atherosclerosis?

23         A.   Yeah, they saw a reduction of about 25

24     percent or so.

25         Q.   Now, to be fair, it doesn't appear that

1   the reduction by nimesulide was statistically significant?

2                   A.   According to this figure, it doesn't

3   seem like it is significant.  There's no asterisk above

4   the bar of the nimesulide.

5                   Q.   Right.  And so, to be fair, as

6   scientists we would say there's no difference between the

7   mice that got no drug and the mice that got nimesulide?

8                   A.   Strictly speaking, yes, in this

9   particular study, it would be regarded as non-significant.

10                  Q.   No difference?

11                  A.   Yeah, if they're -- they did the

12  statistical tests correct then and there is no asterisk

13  there, then it is not statistically significant and

14  therefore you would say there is no difference between the

15  nimesulide group and the placebo group.

16                  Q.   So if you were reporting these results

17  to Dr. FitzGerald what you would tell him as scientist is

18  'well, there was a significant reduction in lesion size

19  with the mice got indomethacin but there was no difference

20  in the mice that got nimesulide'?

21                  MS. SANFORD:  Object to the form.

22                  THE WITNESS:  In this particular study,

23  yeah, we would say that there's no, no statistical

24  difference between nimesulide and placebo.

25                  BY MR. TOMASELLI:

1          Q.   And you, yourself, calculate

2     statistical significant in your studies; right?

3               A.   Yes.

4          Q.   And when you do not find that the

5     results of a study are significantly different, you report

6     them as there was no difference; right?

7               A.   Usually, yes.

8          Q.   That's what science tells us to do;

9     right?

10              A.   Yeah we -- if there is no statistical

11    significant difference we report them as no difference

12    between the two groups.

13         Q.   Sorry, I didn't hear the last part?

14              A.   We report that as no different between

15    the two groups.

16         Q.   Now this study does not raise a concern

17    that there would be an increase in atherosclerosis with

18    chronic use of COX-2 inhibitors; correct?

19              MS. SANFORD:   Object to the form.

20              THE WITNESS:   Well this is only one of many

21    studies that have looked at the issue of COX-2 inhibition

22    and atherosclerosis.  So there so there is -- and I do

23    mention it in my report, there are mixed results of --

24    with COX-2 inhibition or some reports showing a reduction

25    in atherosclerosis, some showing no effect and some

## Dr. Colin Funk

1    showing an increase in atherosclerotic lesions.

2                    BY MR. TOMASELLI:

3              Q.   But if we're looking back at what the

4    state of the science was back in 2001, this study says

5    it's unlikely that there's going to be a progression of

6    atherosclerosis with chronic use of COX-2 inhibitors?

7                    MS. SANFORD:   Object to the form.

8                    THE WITNESS:   Well we'd have to look at the

9    other studies and see the exact chronology when they came

10   out.

11                   BY MR. TOMASELLI:

12             Q.   Okay.   If you take a look at the

13   bottom -- I'm sorry, the second sentence from the bottom

14   of the abstract.   It starts with the words "accelerated

15   progression"?

16             A.   Yes.

17             Q.   Can you read that sentence?

18             A.   "Accelerated progression of

19   atherosclerosis is unlikely during chronic intake of

20   specific COX-2 inhibitors."

21             Q.   And you agreed with that back in

22   late -- well back in March of 2001 when this was

23   published?

24             A.   Well, again, I'd have to look at when

25   the other papers that looked at COX inhibition and

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 170

1  atherosclerosis came out.  I cited a number of these

2  papers, and I'm not sure of the exact dates.  I can look

3  them up if you want to.

4                    Q.   You would agree with me that based on

5  the results of this study, at least, accelerated

6  progression of atherosclerosis is unlikely during chronic

7  intake of specific COX-2 inhibitors?

8                    MS. SANFORD:  Object to the form.

9                    THE WITNESS:  Well when this particular

10  paper was published, at least for this study, this is what

11  the statement was here.

12                    BY MR. TOMASELLI:

13                    Q.   That's what Garret FitzGerald said;

14  right?

15                    A.   Yeah, he is the senior author.

16                    EXHIBIT NO. FUNK-10:  Egan article

17  entitled: COX-2-Derived Prostacyclin confers

18  Atheroprotection on Female Mice.

19                    BY MR. TOMASELLI:

20                    Q.   I'm going to hand you what I marked as

21  Funk Exhibit Number 10.

22                    And the first author on this study is

23  Dr. Egan, right?

24                    A.   Yes, yes.

25                    Q.   Do you know Dr. Egan?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7