1                    A.   Yes, I do.

2                    Q.   Is she a well-respected scientist?

3                    A.   Yes.   She was a postdoctorate fellow in

4    Dr. FitzGerald's lab while I was at the University of

5    Pennsylvania.

6                    Q.   Did she do good work?

7                    MS. SANFORD:   Object to the form.

8                    THE WITNESS:   I know her as a postdoctorate

9    fellow in Garret's lab.   I'm sure she did good work.

10                   BY MR. TOMASELLI:

11                   Q.   Going back to what you thought

12   following the literature in mid 2001.   You did not believe

13   at that time that COX-2 inhibitors increased

14   atherosclerosis; did you?

15                   A.   Are you referring to a certain paper

16   we've just looked at or?

17                   Q.   Sorry.   Just set the paper aside, we'll

18   come back to it in a second.

19                   Back in the middle of 2001 and into 2002,

20   sir, it was not your opinion that COX-2 inhibitors

21   increased or caused atherosclerosis; was it?

22                   MS. SANFORD:   Object to the form.

23                   THE WITNESS:   Again, I'd have to look at

24   the -- when the other papers came out that were looking at

25   atherosclerosis in my report.

1                  BY MR. TOMASELLI:

2                  Q.   Let me ask you this question, Dr. Funk,

3       when did you come to the belief and claim that COX-2

4       inhibitors increase atherosclerosis?

5                  A.   I can't say for sure that I know the

6       exact date.

7                  Q.   Was it while Vioxx was still on the

8       market, sir?

9                  A.   Let's see... I can't give a clear

10      answer, I guess, on the exact date when I would have

11      assumed it might influence atherosclerosis.

12                 Q.   You don't have a belief in your mind as

13      to, as a scientist, when you came to the conclusion that

14      COX-2 -- selective COX-2 inhibition resulted in increased

15      atherogenesis?

16                 A.   I can't come up with an exact date.  It

17      might have been in the, in that period of 2003/2004 where

18      I -- based on some of this work with prostacyclin receptor

19      knockout mice that I was considering that COX-2

20      inhibition, especially on the prostacyclin side would be

21      detrimental in the fetting setting of atherosclerosis.

22                 Q.   When did you come to the belief that it

23      caused -- selective inhibition of COX-2 caused

24      atherogenesis?  Not "might be", not "might cause" or

25      "raises questions".  But when did you come to the belief

Page 173

1  that COX-2 selective inhibition causes atherosclerosis?

2                    A.   Well, are you referring to some

3  statement I made in my report? Is that where you -- what

4  you're looking at something that I've written on?

5                    Q.   No, sir, just your professional

6  opinion. You state in the report that the imbalance

7  between thromboxane and prostacyclin results in increased

8  atherosclerosis; right?

9                    A.   Yeah, when -- if you block the effects

10  of prostacyclin, yeah, that would enhance atherosclerosis.

11                    Q.   And to put a finer point on it, you

12  believe, you claim, that the imbalance between thromboxane

13  and prostacyclin that Vioxx allegedly results in, that

14  Vioxx causes atherosclerosis; right?

15                    A.   I don't think I said that in my report,

16  no.

17                    Q.   Well, okay.  Stepping away from your

18  report for a second.

19                    Is it your claim in this case that

20  selective inhibition of COX-2 of persons taking Vioxx

21  causes atherogenesis?

22                    A.   I think what I've written here in my

23  report, I said that COX-2 inhibition has mixed effects on

24  atherogenesis. And this is to be distinguished in

25  inhibiting prostacyclin action on atherogenesis because

Page 174

1   you have to take into account different prostaglandins, in
2   Figure 1 in my report, when considering the, the selective
3   COX-2 inhibition side of things.
4               Q.   Okay.   If trial comes and it's late
5   November/December and you're called to trial and someone
6   asks you on the stand under oath, 'Dr. Funk, isn't it true
7   or is it true that Vioxx causes atherosclerosis?'
8               Are you going to say, 'yes, it does'?   Or
9   'no, it doesn't'?   Or 'science is too unclear at the
10  moment for an answer'?
11              MS. SANFORD:   Object to the form.
12              THE WITNESS:   Well I can't answer, like, a
13  hypothetical situation.
14              BY MR. TOMASELLI:
15              Q.   You can't tell me if you're asked a
16  question in trial 'does Vioxx increase atherosclerosis?'
17  You can't tell me 'yes', 'no' or 'science is unclear'?
18              A.   Well I can tell you my opinions based
19  on the report I wrote here from experimental animals that
20  COX-2 inhibition has caused no effects on atherosclerosis,
21  that it's caused an acceleration of atherosclerosis and
22  that it's also reduced atherosclerosis.
23              Q.   And, in fact, the only studies that
24  have looked at Vioxx and its effect on atherosclerosis
25  have shown a reduction in atherosclerosis; you would agree

1  with that, wouldn't you?

2              A.  You'd have to show me what figure -- or

3  which paper you're talking about.

4              Q.  Okay.  I promise you we'll come back to

5  Exhibit 10.

6              A.  Okay.

7              EXHIBIT NO. FUNK-11:  Burleigh article

8  entitled:  Cyclooxygenase-2 Promotes Early Atherosclerotic

9  Lesion Formation in LDL Receptor-Deficient Mice, dated

10 2002.

11             BY MR. TOMASELLI:

12             Q.  I'm going to show you Exhibit 11 first

13 and this is a study by the first author with the name of

14 Burleigh.  That was published in 2002; is that right?

15             A.  Yes, it is.

16             Q.  And you know and respect and have

17 worked with Dr. John Oates; right?

18             A.  Yes I've worked with Dr. Oates.

19             Q.  And this comes from Dr. Oates'

20 laboratory?

21             A.  Actually it comes from another lab but

22 he was a co-author on this publication.

23             Q.  Okay.  So Dr. Oates is a co-author on

24 the publication and was involved with the study at least?

25             A.  Yeah, he was on this particular

Dr. Colin Funk

Page 176

1   publication.

2                       Q.   Okay.  And if you can read to yourself

3   the abstract and answer me the question once you're done:

4   Did Vioxx increase or decrease atherosclerosis in this

5   study?

6                       MS. SANFORD:  You're asking him to read the

7   abstract?

8                       MR. TOMASELLI:  He can read whatever he

9   wants in the study.  I don't want to limit him.

10                      THE WITNESS:  Okay.  So the particular

11  conclusion of this study, they mention that

12  pharmacological and genetic evidence that COX-2 promotes

13  early atherosclerotic lesion formation LDL receptor -/-

14  mice.

15                      BY MR. TOMASELLI:

16                      Q.   And Vioxx was given to mice in this

17  study; right?

18                      A.   It says they administered rofecoxib,

19  yes.

20                      Q.   That's Vioxx?

21                      A.   Yup.

22                      Q.   And when they administered Vioxx to the

23  mice in the study, did their atherosclerosis go up or

24  down?

25                      A.   The atherosclerotic lesions went down

1    in this particular study.

2              Q.   And you cited this study in your

3    report; right?

4              A.   Yes, I did.

5              EXHIBIT NO. FUNK-12:   Burleigh article

6    entitled:   Cyclooxygenase-2 promotes early atherosclerotic

7    lesion formation in ApoE-deficient and C57BL/6 mice, dated

8    2005.

9              BY MR. TOMASELLI:

10             Q.   I'm going to hand you what I've marked

11   as Funk Exhibit Number 12.   Exhibit 12 is another study by

12   Burleigh and Dr. Oates and others in 2005?

13             A.   Yes.

14             Q.   And you cite this in your report;

15   correct?

16             A.   Yes, I do.

17             Q.   And having reviewed this study, they

18   gave Vioxx to mice in this study as well; right?

19             A.   Yes, they did.

20             Q.   And when they gave Vioxx to the mice in

21   this study, did their atherosclerotic lesions increase or

22   did they decrease and go down?

23             A.   The atherosclerotic lesions went down

24   with the rofecoxib.

25             Q.   So the mice that were given Vioxx

Dr. Colin Funk

1   compared to mice that were given no drug, the mice that

2   were given Vioxx had their atherosclerosis decrease, go

3   down?

4             A.  That's right.  And I cited this in my

5   report that there were mixed studies:  Some where it went

6   down; some where it went up; and some where it was not

7   changed.

8             Q.  Dr. Funk, there's not a single study in

9   animals that were given Vioxx where their atherosclerotic

10   lesions went up; is there?

11             A.  Well there's a study with a drug from

12   Merck it's MF tricyclic, which was a drug very similar to

13   Vioxx.  So it did cause the opposite effect.

14             Q.  Let me be clear.  MF tricyclic, is that

15   Vioxx?

16             A.  No, it's not Vioxx.  But it's quite

17   similar to Vioxx.

18             Q.  And the study that you cite where MF

19   tricyclic was given and the lesions increased some, was

20   the Rott study?

21             A.  That's right.

22             Q.  And you think it's important, we

23   discussed earlier, to consider the totality of the

24   evidence with respect to a certain issues; right?

25             A.  Yes.  It's important to look at the

Page 179

1   evidence that's relevant when we're here considering

2   atherosclerosis, yes.

3               Q.   Right.  And other evidence that would

4   be relevant would be other studies with MF tricyclic;

5   right?

6               A.   Well it depends what you're -- we're

7   talking about.

8               Q.   Well, studies with MF tricyclic that

9   looked at whether that had any effect on lesion formation.

10  Those would be directly relevant; right?

11              A.   I suppose so.

12              Q.   And you're aware that there are two

13  other studies with MF tricyclic; right?

14              A.   Well you'd have to show me what studies

15  they are.

16              Q.   You didn't look into that?

17              A.   Well, if you're referring to a

18  particular one, you can show me.

19              Q.   Do you remember the Olesen study?

20              A.   The one I mentioned here in my report?

21              Q.   No, you mentioned the Rott study.

22              A.   No, I have an Olesen paper here

23  mentioned too --

24              Q.   Oh, do you?

25              A.   -- Number 139:  No effect of

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 180

1   cyclooxygenase inhibition on plaque size in

2   atherosclerosis-prone mice.

3               Q.  You're right, you did.  That's with MF

4   tricyclic; right?

5               A.  Well we'd have to bring up the paper,

6   I'm a little bit blank right now on it.

7               Q.  Will you take my word that they gave MF

8   tricyclic in that study?

9               MS. SANFORD:  Object to the form.

10              THE WITNESS:  No.

11              BY MR. TOMASELLI:

12              Q.  You don't like my word?

13              A.  I'd rather see the paper.

14              EXHIBIT NO. FUNK-13:  Olesen article

15  entitled: No effect of Cyclooxygenase Inhibition on Plaque

16  Size in Atherosclerosis-prone Mice, dated 2002.

17              BY MR. TOMASELLI:

18              Q.  All right.  Funk Exhibit 13, as I think

19  the study you cited, Olesen from 2002, I think?

20              A.  2002, yes.

21              Q.  Right.  How long -- going back to the

22  Rott study that used MF tricyclic that saw the increase in

23  lesions, that was after how many weeks of study?

24              A.  That was an early time point, I think.

25              Q.  It was three weeks; right?

Dr. Colin Funk

Page 181

1          A.    Three weeks I think it was, yes.

2          Q.    Yeah.   And this Olesen study, how long

3    did they -- how long did they study these mice that got MF

4    tricyclic?

5          A.    It looks like it was four months.

6          Q.    And what happened after four months to

7    the mice that got MF tricyclic?

8          A.    At this particular point, four months,

9    they didn't see a difference in COX-2 inhibition by MF

10   tricyclic in the lesions.

11         Q.    So now we have one study that shows an

12   increase in early lesions and another study that goes out

13   four months that shows no difference; right?

14         A.    Yeah.   Just like I reported here in

15   what I've written, I mention that there was some studies

16   with no change, some with an increase, and some with a

17   decrease.

18              EXHIBIT NO. FUNK-14:   Egan article

19   entitled: Cyclooxygenases, Thromboxane, and

20   Atherosclerosis Plaque Destabilization by Cyclooxygenase-2

21   Inhibition Combined With Thromboxane Receptor Antagonism,

22   dated 2004.

23              BY MR. TOMASELLI:

24         Q.    And here's Funk Exhibit 14, which is a

25   study by Egan?

1              A.   Yes.

2              Q.   Another study that -- she and

3    Dr. FitzGerald used MF tricyclic?

4              A.   In this study they used indomethacin

5    and MF tricyclic, yeah.

6              Q.   Okay.  And if you read the conclusions

7    of the abstract, when they gave MF tricyclic, what

8    happened to the lesions?

9              A.   According to this study, it failed to

10   modify the disease progression but the plaque stability

11   was effected.

12             Q.   The plaque stability was effected when

13   MF tricyclic was alone or?

14             A.   When combined with this thromboxane

15   antagonist.

16             Q.   Was the plaque stability effected at

17   all with just MF tricyclic alone, just the COX-2

18   inhibitor?

19             A.   I'd have to look and see...  I can't

20   see anywhere where they just looked at COX-2 inhibitor

21   alone. In the discussion it says combined treatment with

22   COX-2 inhibitor and TP antagonist, results in plaque

23   destabilization.

24             Q.   They don't say anywhere in the study

25   that COX-2 inhibition alone may undermine the stability of

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 183

1   plaque; do they?  Based on the results of their study?

2              A.  I'm not sure, I'd have to look through

3   this a little bit more.

4              Q.  Well, regardless, with respect to

5   lesion formation with respect to atherosclerosis, COX-2

6   inhibition alone failed to modify the progression of the

7   disease at all; correct?

8              MS. SANFORD:  Object to the form.

9              THE WITNESS:  Again, this particular study,

10  would fit with all the other ones I've mentioned, these

11  mixed results with COX-2 inhibition.

12             BY MR. TOMASELLI:

13             Q.  Okay.  But this study, first, this --

14  the conclusion of this study with respect to

15  atherosclerosis is that COX-2 inhibition with MF tricyclic

16  did not alter the atherosclerotic lesions up or down, it

17  stayed the same?

18             A.  Just let me read through this...

19             Looking at Figure 4, yes, they state COX-2

20  inhibition has no effect on atherogenesis in these

21  particular mice.

22             Q.  Okay, so if we just look at MF

23  tricyclic, that COX-2 inhibitor alone, there's a study

24  that shows an increase in early lesions but there's two

25  other studies that show no effect; right?

Dr. Colin Funk

1          A.   A study with an early effect that's

2   detrimental and then two that are neutral, yeah.

3          Q.   Two that are neutral.  And if we look

4   at Vioxx studies, the two that there are, both show

5   actually reductions in atherosclerotic lesions; correct?

6          A.   The two Burleigh studies we looked at,

7   yeah, they showed reduction.

8          Q.   So, is it your opinion to a reasonable

9   degree of scientific certainty that Vioxx increases

10   atherosclerosis?

11          A.   Well I've made my statement in this

12   report that you see a mixed effect of COX-2 inhibition on

13   atherosclerosis.  And I've tried to explain this, this has

14   to do with the different prostaglandins being made in

15   Figure 1, and I should probably look at my statement that

16   mentions that.

17          Q.   Well let me --

18          MS. SANFORD:  Let him, I just want him to

19   finish looking at what he wants to.

20          MR. TOMASELLI:  Sure.

21          THE WITNESS:  I think in the middle of page

22   15 I say:

23          "COX-2 inhibition studied in mouse models

24   of atherosclerosis has yielded variable effects in terms

25   of lesion development.  The reason for this variation

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

1   could be attributable to the disparate actions of the
2   different prostaglandins in atherothrombosis."
3                   And I'm saying that blocking COX-2
4   downstream, then the differences in the PGE-2 synthesis
5   versus prostacyclin could be controlling this very
6   ability.
7                   So that if you block further down the
8   pathway at the, this step that blocks PGE-2 formation,
9   then, you'll see -- you would always see a decrease in
10  atherosclerosis; that's what I'm saying.
11                  That you can't distinguish when you're
12  blocking COX-2 further up in the pathway because you have
13  to consider both prostacyclin and the other
14  prostaglandins.
15                  Q.   Okay.   Turn with me to page 5 of your
16  report.   In the summary of your opinions toward the bottom
17  it says -- you say:
18                  "It is my opinion that coxibs promote
19  inhibition of vascular prostacyclin synthesis without
20  disturbing platelet thromboxane production, and that this
21  imbalanced inhibition can promote a pro-thrombotic,
22  hypertensive and potentially pro-atherosclerotic
23  environment."
24                  Did I read that right?
25                  A.   Yes, you did.

Dr. Colin Funk

Page 186

1          Q.   Now turn with me to page 13?

2          A.   Okay.

3          Q.   All right.  Top sentence, actually I

4     guess you have to go to the last word of 12?

5          A.   Yup.

6          Q.   "This leads to a state..."

7          I think you're talking about the imbalance.

8          "This leads to a state that is pre-disposed

9     to thrombosis, hypertension and atherosclerosis."

10         There's no potentially in that one.  You

11    see that, sir?

12         A.   Yeah, I see it.

13         Q.   Okay.  And I'm not trying to be tricky,

14    I just want to know.  Is it your opinion to a reasonable

15    degree of scientific certainty that people who take Vioxx

16    have increased atherosclerosis as a result of taking

17    Vioxx?

18         A.   Well I'm stating that blocking the

19    prostacyclin via Vioxx or a COX-2 inhibitor is detrimental

20    and that can lead to atherosclerosis.

21         Q.   So it's your opinion that if somebody

22    asked you on the stand at trial, 'Dr. Funk, is it true

23    that Vioxx increases atherosclerosis?' Your answer is,

24    "yes, it is"?

25         A.   Let's see, I would go through my

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

1    reasoning in this report about how blocking prostacyclin

2    is detrimental, and then some of the other prostaglandin

3    effects if you blocked on the other pathway that it could

4    be beneficial.

5                    Q.   Right.  But if somebody said 'well

6    that's, I like your explanation, Dr. Funk, that's very

7    helpful but for this jury, yes, no or the science isn't

8    sure, does Vioxx increase atherosclerosis'?

9                    MS. SANFORD:  Object to the form.

10                   THE WITNESS:  I don't know if I can answer,

11   like, in that way you're stating it.

12                   MR. TOMASELLI:  I think we're entitled to

13   an answer to know whether he's going to claim that Vioxx

14   increases atherosclerosis or not.  Do ya'll disagree with

15   that or?

16                   MS. SANFORD:  I think he said his opinion.

17                   BY MR. TOMASELLI:

18                   Q.   Dr. Funk, if you're asked at trial

19   'does Vioxx increase atherosclerosis?'  You're not going

20   to say 'yes', you're not going to say 'no', you're not

21   going to say 'the science is uncertain', but every time

22   you're asked that question you're going to give the long

23   explanation of what can potentially happen when you block

24   certain prostanoids?

25                   MS. SANFORD:  Object to form.

1        THE WITNESS:  I'm going to go through my

2   reasoning in this report, what I have stated here and what

3   I have told you how I view the situation with --

4        BY MR. TOMASELLI:

5        Q.   And so your view, Dr. Funk, is if

6   you're asked that question at trial 'does Vioxx increase

7   atherosclerosis?' your answer is, 'well, there's variation

8   in the studies, some of the studies show that there is --

9   that COX-2 inhibition does not increase atherosclerosis,

10  some studies show it -- one study shows it does, and all

11  the studies with Vioxx show it doesn't, and if we block

12  further down the chain the PGE-2, we might be able to

13  reduce atherosclerosis'.  I'm just trying to make sure I

14  understand what you're saying?

15       MS. SANFORD:  I'm going to object to the

16  form.

17       THE WITNESS:  Well I'm basically going to

18  say what I've said in here relating to the different

19  prostaglandins and if you block COX-2 and you're

20  influencing primarily prostacyclin formation, and I will

21  be stating that that effects atherogenesis.

22       BY MR. TOMASELLI:

23       Q.   It does?

24       A.   Yeah, I mean, when you're blocking down

25  the prostacyclin side of things.

1                    Q.   So selective inhibition by Vioxx does

2   increase atherosclerosis, that's your opinion?

3                    A.   Well, once again, I have to bring out

4   this point that COX-2 inhibitors block all prostaglandins

5   and I would have to state that it blocks not only

6   prostacyclin but it will also block prostaglandin E-2.

7                    Q.   When you're at trial would you also

8   have to bring out that the studies that have actually

9   tested Vioxx in animals and looked at atherosclerotic

10  lesions have shown actually reductions in atherosclerosis,

11  not increases?

12                   MS. SANFORD:   Object to the form.

13                   THE WITNESS:   Well I don't -- I haven't

14  been formally asked to be at trial, so I can't, I can't

15  say right now.

16                   BY MR. TOMASELLI:

17                   Q.   You don't know if you would tell -- if

18  you're asked the question about atherosclerosis and you

19  went through this explanation that you don't know if you'd

20  say that Vioxx, when it was actually tested, showed

21  reductions in atherosclerosis?

22                   MS. SANFORD:   Object to form.

23                   THE WITNESS:   I would present the studies

24  we have just gone through.

25                   BY MR. TOMASELLI:

Page 190

1              Q.   You would present the data as a whole?

2              A.   Yeah, as a total picture of the data.

3              Q.   Okay.  And just so I understand the

4    data as a whole regarding atherogenesis that you would be

5    talking about, it's the animal studies that are in your

6    report; is that right?

7              MS. SANFORD:  Object to the form.

8              THE WITNESS:  Well we've only dealt with

9    animal studies here and there are no human studies looking

10   at atherosclerosis, so I have to focus on the animal data.

11             BY MR. TOMASELLI:

12             Q.   And I think I heard you but you were

13   talking quietly, sir, I'm sorry.

14             Let me make sure I understood because you

15   were speaking softly.  You're not aware of any human

16   studies with COX-2 inhibitors or Vioxx that have looked at

17   the question of whether Vioxx increases, decreases or is

18   neutral with respect to atherosclerotic lesions?

19             A.   I haven't seen any, no.

20             Q.   Okay.  And so when we talk about the

21   totality of the data regarding whether Vioxx or a COX-2

22   inhibitor increases, decreases or is neutral with respect

23   to atherosclerotic lesions, we're going to be looking at

24   these animal studies?

25             A.   Yeah, we'll be looking at the studies

Page 191

1    that have been published.

2                    Q.   Okay.  If you can turn back to Exhibit

3    10, I think it is.  It may be in front of you?

4                    A.   Egan.

5                    Q.   Egan.  Yes, sir.  This is a study that

6    was published in the Journal of Science?

7                    A.   Yes.

8                    Q.   And it was published in December of

9    '04?

10                   A.   That's right.

11                   Q.   And this is Drs. Egan and FitzGerald

12   again?

13                   A.   Yes.

14                   Q.   And we were talking earlier about how

15   mice can have all their receptors knocked out or mice can

16   have only some of their receptors knocked out; right?

17                   A.   Yes, we were.

18                   Q.   Okay.  And this study -- you've

19   reviewed this study; right?

20                   A.   Yeah, I've looked at it.

21                   Q.   Okay.  And you know that on the first

22   page, Figure 1 of this study looks at atherosclerosis in

23   mice that have all their receptors knocked out and have

24   just some of their receptors knocked out; right?

25                   A.   Yeah.  All their receptors knocked out

Dr. Colin Funk

Page 192

1    and then half of them knocked out.

2                    Q.  Okay.  And just so we're clear on

3    terminology, the ones that have them all knocked out those

4    are referred to as the IPKO?

5                    A.  Yes, that's right.

6                    Q.  And the ones that only have half of

7    them knocked out those are referred to as the IP +/-?

8                    A.  Yes.

9                    Q.  And the IPWT, that's those are the

10   wild-type mice?  Those are mice without -- or, I'm sorry,

11   those are mice with all of their receptors still?

12                   A.  Yes, with all of their IP receptors.

13                   Q.  And within Figure 1 slides C and D talk

14   about whether there's atherosclerosis and the effect of

15   knocking out some or all of these receptors on

16   atherosclerosis; right?

17                   A.  Yes.

18                   Q.  And the C panel is for female mice and

19   the D panel is for male mice?

20                   A.  That's right.

21                   Q.  Let's talk about the female mice first.

22                   At three months, when the female mice had

23   all of their receptors knocked out, they showed an

24   increase in atherosclerosis; right?

25                   A.  Yes.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 193

1              Q.  And that's significant because there's

2    a star there?

3              A.  There's a mark there, yes.

4              Q.  Is that what it means?

5              A.  The cross hatch or whatever it is,

6    yeah, it denotes significance.

7              Q.  And again, so we're clear, the IPKO

8    that's effectively like having zero prostacyclin; right?

9              A.  That would be like no prostacyclin

10   ability to act at its receptor.

11             Q.  All right.

12             A.  They're still making prostacyclin.

13             Q.  Still making prostacyclin there but

14   it's useless?

15             A.  For binding, yeah, to this particular

16   receptor.

17             Q.  And at six months, the IPKO mice still

18   have significantly more atherosclerosis than our regular

19   mice; right?

20             A.  Yes.

21             Q.  Now there's a middle bar, though, where

22   it's the IP +/- mice; right?

23             A.  Yes.

24             Q.  And those are the mice that have

25   basically 50 percent of their prostacyclin; half of its

1    there, half of its gone?

2              A.   Yeah.

3              Q.   And was there any significant

4    difference between those mice and the regular mice?

5              A.   In terms of atherosclerotic lesions,

6    this didn't show any particular difference, no.

7              Q.   So the mice that had 50 percent of

8    their prostacyclin but had 50 percent of it knocked out,

9    they were no different than the regular mice?  And this is

10   in the females; right?

11             A.   They would be considered no different

12   than the wild type in this particular study.

13             Q.   All right.  And then if we look at

14   Panel D with the males.  You following me down there?

15             A.   Yes.

16             Q.   Panel D?

17             A.   Yes.

18             Q.   Is the male mice who have either all,

19   some -- all or some of their receptors knocked out

20   compared to the wild-type mice who have all their

21   receptors?

22             A.   Yes.

23             Q.   Okay.  And at three months, there was

24   no difference between the mice that had all the receptors,

25   the mice that had half the receptors and the mice that had

Dr. Colin Funk

1    no receptors?

2                 A.    That's right.

3                 Q.    So another way of saying that is

4    there's no difference between the mice that have all the

5    prostacyclin, mice that have only half the prostacyclin

6    and mice that have no prostacyclin; right?

7                 A.    In terms of prostacyclin action at this

8    IP receptor in the male mice in the study there was no

9    difference.

10                Q.    And if we go out to six months.

11   There's no difference in these male mice between the mice

12   that have all the receptors, the mice that have half the

13   receptors and the mice that have no receptors; right?

14                A.    Well that's true.

15                Q.    Another way, again, of saying that is

16   that the mice with all the prostacyclin are just the same,

17   in terms of atherosclerosis, as the mice with half the

18   prostacyclin and with no prostacyclin?

19                A.    Yeah, this study revealed no difference

20   in atherosclerosis in the male LDL receptor knockout mice

21   between the three different groups of IP receptor gene

22   type.

23                Q.    Of those three, the IPWT the IP +/- or

24   the IPKO, what type of mouse is closest to mice that take

25   Vioxx?

Dr. Colin Funk

1          A.   If you were to administer Vioxx to a

2    mouse, depending on the dosing interval, you might see

3    somewhere, somewhere between the +/- and the KO groups in

4    terms of ability to, to, knockout the prostacyclin.

5          Q.   The van Hecken study that we looked at

6    where people were given 25 milligrams of Vioxx, they had

7    roughly a 50 percent reduction; correct?

8          A.   That paper, yeah, showed about a 50

9    percent.

10         Q.   And IP +/-, those are mice that have

11   about a reduction of 50 percent of their prostacyclin;

12   right?

13         A.   A 50 percent reduction of their

14   receptor, yeah.

15         Q.   Effectively a 50 percent reduction in

16   their prostacyclin?

17         A.   Yeah, in the bioactivity of the

18   prostacyclin it would be about 50 percent, yeah.

19         Q.   Now if we go back and look at the

20   female mice at six months, what we can see is that there's

21   a difference, a significant difference between having zero

22   prostacyclin and having 50 percent of your prostacyclin?

23         A.   Well you'd have to take into account

24   what's been seen in the other studies, like, from giving

25   Vioxx where you see a 65 to 80 percent reduction.

Dr. Colin Funk

1          So it could fit in between those two bars,
2     somewhere in there.
3          Q.   The only study we've seen where Vioxx
4     reduces PGIM by as much as 80 percent is when it's also
5     given with aspirin; right?
6          A.   Well aspirin wouldn't -- well,
7     actually, I don't know because that study with aspirin, I
8     would have to go back and look at it.
9          Q.   Remember Catella-Lawson 2001, they were
10    looking at whether Vioxx --
11         A.   Yeah, they were looking at aspirin with
12    the different drugs ibuprofen and Vioxx, yeah.
13         Q.   And there was no group that had just
14    Vioxx, they were only groups tested that had aspirin
15    before Vioxx or aspirin after Vioxx; right?
16         A.   That's correct, yeah.  But still with
17    the other paper in Catella-Lawson with a 65 percent
18    reduction, you'd come in between those two bars.  But we
19    can't really speculate since it's not the same as knocking
20    out this IP receptor.
21         Q.   And Catella-Lawson 2001, when you had
22    an 80 percent reduction in PGIM, that was with Vioxx and
23    aspirin; do you remember that?
24              MS. SANFORD:  Object to form.
25              THE WITNESS:  The New England Journal of

Page 198

1    Medicine paper?

2           BY MR. TOMASELLI:

3        Q.  Yes, sir.

4        A.  There was an 80 percent reduction,

5    yeah, with both aspirin and Vioxx.

6        Q.  And the previous new England Journal of

7    Medicine paper we looked at had about a little over 70

8    percent reduction with just aspirin; right?

9        A.  Which previous one?

10       Q.  Remember Clarke?

11       A.  Oh, the Clarke paper?

12       Q.  Yes, sir.

13       A.  Well there was differences between the

14    controlled-release and the normal low-dose aspirin.

15       Q.  And the immediate-release low-dose

16    aspirin people had greater than 70 percent reduction;

17    right?

18           MS. SANFORD:  Object to the form.

19           THE WITNESS:  I'd have to go back and look

20    at the Clarke paper.

21           BY MR. TOMASELLI:

22       Q.  Well going back to Exhibit 10, the Egan

23    study.  What we can take home from this study is that

24    female mice are different than male mice when you knockout

25    all their receptors; right?

Dr. Colin Funk

Page 199

1          A.   In this particular study with the LDL

2    receptor knockout female mice appear to be different, yes.

3          Q.   And a partial reduction in prostacyclin

4    whether in males or females is not relevant to increased

5    atherosclerosis?

6          A.   Sorry, can you repeat that?

7          Q.   Sure.   That when you have a 50 percent

8    reduction in your prostacyclin, whether you're a male or a

9    female mouse, it doesn't matter in terms of

10   atherosclerosis?

11              MS. SANFORD:   Object to the form.

12              THE WITNESS:   Well in this particular study

13   it showed no significant difference between males and

14   females with having this IP +/- gene type.

15              BY MR. TOMASELLI:

16         Q.   So am I correct to say that there was

17   no significant difference between mice that had all their

18   prostacyclin and mice that had 50 percent of their

19   prostacyclin?

20         A.   There was no significant difference in,

21   yeah, in IP receptor levels at approximately 50 percent

22   versus the wild type that had 100 percent.

23              MS. SANFORD:   When you're at a stopping

24   point, we need a break.

25              MR. TOMASELLI:   This is fine.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

1          --- Upon recess at 2:43 p.m.

2          --- Upon resuming at 2:56 p.m.

3          EXHIBIT NO. FUNK-15:  Sleeve containing a

4  CD entitled Funk articles, containing all 148 articles

5  referred to in the expert report of Dr. Funk.

6          BY MR. TOMASELLI:

7          Q.  Dr. Funk, I'm handing you Exhibit 15

8  which is a sleeve with a CD in it.  Do you see that?

9          A.  Yes.

10          Q.  It's entitled "Funk articles"?

11          A.  Yes.

12          Q.  And what's your understanding of what's

13  on that CD?

14          A.  It's my understanding that they are the

15  references from my report, the 148 scientific articles

16  that I cite in this report.

17          Q.  The articles you cite on Exhibit 1, it

18  is your understanding they are on Exhibit 15?

19          A.  Yes.

20          EXHIBIT NO. FUNK-16:  Stack of literature

21  comprising roughly half of the articles referred to in

22  expert report of Dr. Funk.

23          BY MR. TOMASELLI:

24          Q.  Okay.  And I've marked Exhibit 16 as a

25  stack of literature that you've brought with you today.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

1    Can you just describe generally what that stack of
2    literature is?
3                   A.   This Exhibit 16 is approximately 50
4    percent, I think, of the articles that are listed in my
5    witness report.
6                   Q.   Okay.  So there's probably going to be
7    some overlap between 15 and 16?
8                   A.   Yes.
9                   Q.   All right.  Switching gears, I want to
10   talk to you a little bit about thromboxane; all right?
11                  A.   Okay.
12                  Q.   Thromboxane is, as I understand it, a
13   platelet aggregator and a vasoconstrictor?
14                  A.   That's correct.
15                  Q.   And thromboxane is also a measure of
16   platelet activation?
17                  A.   Yes.
18                  Q.   And thus an increase in thromboxane
19   would be an increase in platelet activation or platelet
20   activity?
21                  A.   Yeah, that's one, one measure of
22   looking at platelet activity.
23                  Q.   Okay.  But if we chose to look at the
24   thromboxane measure of platelet activity and thromboxane
25   went up, we could surmise that the platelets had become

1   more active?

2                   A.   Yeah, when they release thromboxane

3   they've become -- yeah, in a state where they can

4   aggregate and would be classified as more active.

5                   Q.   Okay.   And COX-2 inhibition does not

6   increase thromboxane levels, in humans, alone; correct?

7                   A.   That's correct.   When you inhibit

8   COX-2, it doesn't effect thromboxane.

9                   Q.   All right.   And so when we talk about

10  Vioxx specifically, Vioxx does not increase thromboxane

11  levels in humans?

12                  A.   That's true.

13                  Q.   And so taking Vioxx in and of itself

14  does not make a person's platelets more active or increase

15  thrombotic activity?

16                  A.   Taking a COX-2 inhibitor like Vioxx

17  does not effect the thromboxane release from platelets.

18                  Q.   And so it would not be correct to say

19  taking Vioxx makes your platelets more active and

20  stickier, if you will?

21                  A.   Yeah, thromboxane does not effect

22  the -- or Vioxx, I should say, does not effect

23  thromboxanes or they would not become more reactive.

24                  Q.   When we, when we talk about the

25  imbalance theory, is another name for that the FitzGerald

Dr. Colin Funk

1    hypothesis or the imbalance hypothesis?

2             A.    These are some terms that are going

3    around, the FitzGerald hypothesis, imbalance theory, yes.

4             Q.    I think maybe COX-2 hypothesis?

5             A.    Well the COX-2 hypothesis is really a

6    little bit different, that preceded -- well no, I

7    shouldn't say preceded.  That was in reference to when

8    COX-2 was first discovered.

9             So the COX-2 hypothesis could be a little

10   bit separate from what's known as the FitzGerald

11   hypothesis.

12            Q.    Okay.  And is that still an apt name

13   for it, in your mind?

14            A.    The?

15            Q.    FitzGerald hypothesis, or?

16            A.    Well this is a term I don't commonly

17   use. In the scientific literature we refer to scientific

18   studies.  We might refer to the name of the person who

19   developed a hypothesis, and in this case FitzGerald's lab

20   was one that's described when COX-2 inhibition blocked

21   prostacyclin and left the thromboxane synthesis sort of

22   unscathed.

23            Q.    Okay.  And so the imbalance is a

24   decrease in prostacyclin with no effect on thromboxane?

25            A.    Yeah.

Dr. Colin Funk

1          Q.   Okay.  We looked at this before but in

2     your report you say the imbalance leads to, as you state,

3     thrombosis, potentially atherogenesis and hypertension?

4               A.   Yes.

5               Q.   And before we talk about those, the

6     imbalance hypothesis or the FitzGerald hypothesis does not

7     theorize that COX-2 inhibition alone destabilizes plaque

8     or makes plaque more prone to rupture, that's -- am I

9     right on that?

10              MS. SANFORD:  Object to the form.

11              THE WITNESS:  Well, it depends who's

12    defining FitzGerald hypothesis or what exactly we're

13    talking about.

14              BY MR. TOMASELLI:

15              Q.   Okay.

16              A.   So if we can look at a specific

17    statement or --

18              Q.   Well the way you've defined the

19    imbalance theory and what you've said is that the

20    imbalance may lead to thrombosis and potentially

21    atherosclerosis and hypertension.  But nowhere in your

22    report do you say that the imbalance or COX-2 selective

23    COX-2 inhibition destabilizes plaque or makes plaque more

24    prone to rupture; correct?

25              A.   I don't believe I've said that in my

Page 205

1    report about plaque stability --

2                    Q.   And you -- I'm sorry I didn't mean to

3    talk over you.

4                    Your opinion as an expert witness, you're

5    not going to have the opinion that Vioxx makes plaque more

6    prone to rupture?

7                    MS. SANFORD:   Object to the form.

8                    THE WITNESS:   Well, I wasn't asked to talk

9    about plaque stability in this particular report.

10                   BY MR. TOMASELLI:

11                   Q.   You were asked to give your opinions

12   with respect to what happens when you have an imbalance,

13   when you have imbalance between prostacyclin and

14   thromboxane; right?

15                   A.   Yes.

16                   Q.   And you did not mention plaque rupture;

17   correct?

18                   A.   In this particular report I didn't go

19   into great detail on the atherosclerosis side of things,

20   and I might have -- I don't think I mentioned anything

21   about the plaque stability in here.

22                   Q.   And that's -- that's my question.  It's

23   not mentioned in your report; is that fair?

24                   A.   Let me just look again here to make

25   sure.

Dr. Colin Funk

1              Q.   Sure.

2              A.   I don't see anything that mentions

3    directly plaque stability here.

4              Q.   Okay.  I want to talk to you a little

5    bit about the hypertension part of the FitzGerald

6    hypothesis that you referred to; okay?

7              A.   The hypertension part?

8              Q.   Yeah.

9              A.   Okay.

10             Q.   You would agree -- or would you agree

11   that hypertension is a well known side effect of all

12   NSAIDs?

13             A.   Well, NSAIDs do cause -- as one

14   potential side effect, they can increase blood pressure.

15             Q.   Okay.  And that potential side effect

16   of increased blood pressure, that was known in the

17   scientific community prior to Vioxx coming to market;

18   right?

19             A.   Yes.

20             Q.   And I guess not all people get the side

21   effect of increased blood pressure, would you agree with

22   that?

23             A.   Well, there are a certain number of

24   people that are taking NSAIDs that do get the said effect

25   but not all of them.

f216df5d-b006-4e08-978e-b9fe8ea6cfa7