Dr. Colin Funk

1          Q.   And the blood pressure effect, the

2    increase in blood pressure, to the extent you're one of

3    the people that have the side effect, the average is, from

4    what I understand, relatively small, 2 to 4 millimeters of

5    mercury; is that about right?

6               MS. SANFORD:   Object to the form.

7               THE WITNESS:   The effects on blood pressure

8    are variable and it depends on the particular patient.

9               BY MR. TOMASELLI:

10         Q.   Okay.  And, as we said, not all

11   patients have that side effect of increased blood

12   pressure?

13         A.   Yeah, not all people get this

14   particular side effect.

15         Q.   Do you believe that atherosclerosis is

16   an inflammatory disorder?

17         A.   Atherosclerosis has an inflammatory

18   component.

19         Q.   And is that arterial wall inflammation

20   that develops generally over decades?

21              MS. SANFORD:   Object to the form.

22              THE WITNESS:   Atherosclerosis is a disease

23   process that humans develops over decades, yes.

24              BY MR. TOMASELLI:

25         Q.   And it's my understanding that the

1   atherosclerotic lesions ultimately encroach on the blood
2   flow that's going through the vessel?  They make the area
3   for the blood to flow smaller?

4               A.   No, that's not always true in
5   atherosclerosis.  You can get certain settings where the
6   blood vessel remodels.  So it actually expands so you
7   don't actually get a decrease in the so-called lumen area.
8   But you can sometimes, the lesion can encroach upon the
9   other side of the wall to decrease these lumen size.

10              Q.   And it's my understanding that this
11  remodeling is generally in the earlier phases of
12  atherosclerosis versus the making the lumen smaller is
13  more of an advanced process?

14              A.   Well I think the remodeling process can
15  occur throughout the time course of the disease.

16              Q.   I take it that blood flow, when you
17  have atherosclerotic lesions that are intruding into the,
18  into the space where the blood usually flows, the blood
19  flow over those lesions is different than it would be over
20  a smooth surface?

21              A.   There can be differences, yeah, in
22  blood flow depending where you are in the arterial wall or
23  in the blood vessel, depending if there's a lesion there
24  or not.

25              Q.   And I've seen statements in the

1   literature where if there's a lesion there and blood's

2   flowing over it or by it it's considered turbulent or

3   disturbed flow; is that accurate?

4                 A.   Yeah, that's correct.

5                 Q.   And when the blood flows over the

6   smooth part of the vessel, the smooth part of the artery,

7   that's called laminar flow?

8                 A.   Yeah, depending on where you are in the

9   and what you're talking about with the smooth part.  There

10  is laminar flow and disturbed or turbulent flow.

11                EXHIBIT NO. FUNK-17:  Antman article

12  entitled: Cyclooxygenase Inhibition and Cardiovascular

13  Risk, dated 2005.

14                BY MR. TOMASELLI:

15                Q.   I'm going to hand you what I've marked

16  as Funk Exhibit Number 17.  And this is a study that is

17  authored by Drs. Antman, DeMets, and Loscalzo.  I can't

18  remember if I called it a study or not, but it's a review

19  article?

20                A.   Yes.

21                Q.   And this was published in 2005?

22                A.   Yes, that's correct.

23                Q.   And you've studied this article

24  closely?

25                A.   Yes, I've looked at it.

Dr. Colin Funk

Page 210

1          Q.   And, in fact, if you turn over to page

2    764, please.   Are you there?

3               A.   Not yet.   Now I am, yes.

4               Q.   Okay.   If you look at 764, there's a

5    Figure 4 on that page; right?

6               A.   Yes.

7               Q.   And that Figure 4 you have actually

8    reproduced in your report?

9               A.   Yes.

10              Q.   It didn't appear to me that you've

11   reproduced any other figure from the scientific literature

12   in your report other than this one; is that fair?

13              A.   Other than Figure 1 where I just put

14   the chemical structures down on the pathway.

15              Q.   You made that though; right?

16              A.   Yeah, I made that myself.

17              Q.   So as far as from the, from the

18   published literature, this is the only figure you chose to

19   reproduce in your report?

20              A.   Well I think Figure 1 might have been

21   reproduced from one of my articles, one of my review

22   articles.

23              Q.   Oh, okay.   Let me say it this way.

24   From people other than yourself, this is the one figure

25   you chose to put in your report?

Dr. Colin Funk

Page 211

1              A.  Yeah, this is the one I put in.

2              Q.  Okay.  Figure 4 has a side that has

3    normal vessels and a side with atherosclerotic vessels;

4    right?

5              A.  Yes, yeah.

6              Q.  And it's depicting, according to the

7    legend, the consequences of COX inhibition for

8    prostacyclin and thromboxane production in normal and

9    atherosclerotic arteries; right?

10             A.  Yeah.

11             Q.  And in this figure, there are little

12   dots that are pinkish/reddish, that represent thromboxane?

13             A.  Yes.

14             Q.  And there are little dots that are

15   green that represent prostacyclin?

16             A.  Yes.

17             Q.  And that the thromboxane is being

18   produced by the little red disks which are platelets?

19             A.  Yeah.

20             Q.  And the prostacyclin is being produced

21   by the green layer of cells representing the endothelium?

22             A.  Yes.

23             Q.  I'd like you to mark on your Figure 4

24   the number of dots for thromboxane and prostacyclin in

25   each of these panels.  So, for example, the untreated

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 212
1    normal, the top left, I count 9 thromboxane and 13
2    prostacyclin.
3                    A.  Okay.  I see 9 thromboxane.  13
4    prostacyclin.
5                    Q.  And going down the left, it looks like
6    there's, for the low-dose aspirin, there's 3 thromboxane
7    and the same number of prostacyclins, so 13.
8                    A.  Yeah.
9                    Q.  And going down, it looks like the
10   normal for coxib is the same as the untreated, so 9 and
11   13?
12                   A.  You're testing out my eyes.  Yeah, 9
13   and 13.
14                   Q.  Anyone is welcome to correct me, but
15   I'm trying to save a little time.
16                   And back to the top for the untreated
17   atherosclerotic artery.  It appears to me there's 20
18   thromboxane and 26 prostacyclins?
19                   A.  I get 20, yeah, for thromboxane.  How
20   many did you get, 26?
21                   Q.  I got 26.
22                   A.  I get 25.  I've got 25 twice, but...
23   Let's say 25/26.
24                   Q.  Pretty close.  The low-dose aspirin, it
25   looks like there are 5 thromboxanes?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 213
1                    A.  Yeah.
2                    Q.  And it's the same number of
3   prostacyclins, so I count 26 but?
4                    A.  Okay.  25/26.
5                    Q.  And then the atherosclerotic coxib, I
6   count the same number of thromboxanes as the untreated,
7   which is 20, and then I count 10 prostacyclins?
8                    A.  I'm getting less.  Did you say you got
9   20 thromboxanes?
10                   Q.  I got 20 thromboxanes?
11                   A.  Okay, yeah, there's 20.  And 10
12  prostacyclin, is that what you count?
13                   Q.  That's what I counted.
14                   A.  Okay, yeah.
15                   Q.  So we're on the same page; going down
16  the left of normal, we have:  9 and 13; 3 and 13; and 9
17  and 13 for thromboxane and prostacyclin; right?
18                   A.  Yeah.
19                   Q.  And then for the atherosclerosis side,
20  thromboxane and prostacyclin, we have:  20 and 25 or 26;
21  we have 5 and 25 or 26; and 20 and 10?
22                   A.  Yeah.
23                   Q.  All right.  And looking at this figure,
24  the authors state that, on the left, we have a vessel that
25  is in normal, normal humans; right?

1            A.   Yes.

2                 Q.   No atherosclerosis.  So these are

3       people in their, you know, 20s, early 30s maybe, that

4       don't have atherosclerosis yet?

5                 A.   Well I'm not sure exactly when it could

6       be.  Like some people might already have, at 20 and 30,

7       some atherosclerosis, so...

8                 Q.   Well on the right it has, it looks like

9       there's atherosclerosis that's impinging on the flow of

10      the blood?

11                A.   Yeah.  The way it's drawn here it --

12      you can't really see the whole blood vessel lumen, so it

13      could be outwardly remodeled but you haven't shown a bulge

14      in this particular diagram.

15                Q.   And for the normal it's, you know,

16      there's no bulge into the lumen and there appears to be

17      healthy artery?

18                A.   Yeah, that's the way it's depicted

19      there.

20                Q.   Okay.  And 20-year old, 25-year old

21      women, this would be normal, would be pretty

22      representative of what they, what their arteries look

23      like?

24                MS. SANFORD:   Object to the form.

25                THE WITNESS:   Well, 20/25 year old women,

1    maybe not all but might have -- represents a clean, normal
2    blood vessel.
3                     BY MR. TOMASELLI:
4              Q.   Do you see on the legend of Figure 4
5    there's a sentence that starts "in the normal artery"?
6              A.   Yes.
7              Q.   And it states:
8                   "In the normal artery, the balance between
9    prostacyclin and thromboxane production favors
10   prostacyclin and inhibition of platelet-dependent thrombus
11   formation."
12             A.   I can see that, yeah.
13             Q.   Okay.  And if we look at our dots,
14   there's 13 prostacyclins and 9 thromboxanes in the normal
15   untreated artery and so there's more prostacyclin than
16   thromboxane; right?
17             A.   Yeah.  According to this diagram
18   there's more of these little dots for prostacyclin.
19             Q.   Right.  And the legend says that in
20   this normal artery the balance favors prostacyclin.  So,
21   so maybe the 13 is more than 9 means something; agree?
22             MS. SANFORD:   Object to the form.
23             THE WITNESS:   Well, yeah, the way it's
24   depicted here, I'm not sure where they came up with the
25   numbers for these little symbols, but they're trying to

Page 216

1  show prostacyclin by the blood vessel endothelial wall and

2  then the platelets making thromboxane.

3  　　　　　　　　BY MR. TOMASELLI:

4  　　　　　　　　Q.  Right.  And do you agree with the

5  authors that in a normal untreated artery the balance

6  between prostacyclin and thromboxane favors prostacyclin?

7  　　　　　　　　A.  Well, I'm -- let's see...  Well I

8  guess, yeah, I can agree with that.

9  　　　　　　　　Q.  Okay.  So you agree with the authors

10  that in the normal untreated artery the balance favors

11  prostacyclin?

12  　　　　　　　　A.  Yup.

13  　　　　　　　　MS. SANFORD:  Object to the form.

14  　　　　　　　　THE WITNESS:  Well that is what is stated

15  there, yeah.

16  　　　　　　　　BY MR. TOMASELLI:

17  　　　　　　　　Q.  You agree with the authors?

18  　　　　　　　　MS. SANFORD:  Same objection.

19  　　　　　　　　THE WITNESS:  Well I'm -- I put this

20  paper -- I put this article and this figure in my, in my

21  report, so I'm saying that thromboxane and PGI-2

22  prostacyclin in this normal state could be balancing each

23  other.

24  　　　　　　　　BY MR. TOMASELLI:

25  　　　　　　　　Q.  Right.  And the authors in their legend

Page 217

1   say in the normal artery the balance between prostacyclin

2   and thromboxane favors prostacyclin.

3              And my question is do you agree with them?

4              A.   Well, yeah, the way it's set out with

5   this, this figure, yeah.  And the way there's 13 PGI-2

6   dots there versus 9, yeah.

7              Q.   Okay.  And then if we go to the

8   atherosclerotic state with the untreated, untreated

9   people?

10             A.   Yeah.

11             Q.   I think the next sentence in the legend

12  says that:

13             "In the atherosclerotic artery, both

14  prostacyclin and thromboxane productions increased and the

15  net effect is a balance favoring thromboxane."

16             So it's the reverse of the normal artery;

17  right?

18             A.   Yeah.

19             Q.   And do you agree with the authors?

20             A.   Yeah.

21             Q.   And so when thromboxane outweighs or is

22  imbalanced against prostacyclin, we would call that a

23  prothrombotic state, favoring thromboxane; right?

24             A.   Favoring, yeah.  If there is increased

25  thromboxane, it would favour, prothrombotic state.

Dr. Colin Funk

1          Q.   Okay.   And so if we look at the numbers

2     of prostacyclins and thromboxanes, there is 20

3     thromboxanes, 25 or 26 prostacyclins.  It probably should

4     be the reverse?  There should be probably 25 thromboxanes

5     and 20 prostacyclins; right?

6               MS. SANFORD:  Object to the form.

7               THE WITNESS:  Right.  Well, yeah, if you do

8     count all these little dots according to way it's

9     described in that legend, the numbers, you would think,

10    would be reversed.

11              BY MR. TOMASELLI:

12              Q.   I'm not trying to be tricky, I'm just

13    trying to see if we agree if you're in a prothrombotic

14    state there should be more of the thromboxanes than the

15    prostacyclins?

16              A.   Yeah, if you're officially looking at

17    these little dots and triangles as representing the

18    situation, then, I guess this should be more shown for the

19    thromboxane versus the prostacyclin.

20              Q.   And so people who are untreated with

21    any drug, those people that have atherosclerosis, they're

22    already in a prothrombotic state walking around; isn't

23    that right?

24              MS. SANFORD:  Object to the form.

25              THE WITNESS:  People with atherosclerosis

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

1    are more susceptible, yeah, to thrombosis than those

2    without atherosclerosis.

3                    BY MR. TOMASELLI:

4            Q.    Right.   Because people with

5    atherosclerosis, they're in a prothrombotic state, they

6    have a balance that favors thromboxane; right?

7            A.    The -- there's the potential, yeah, for

8    this imbalance with someone that has atherosclerosis that

9    thromboxane could be outweighing the production of

10   prostacyclin.

11           Q.    And so if somebody who's untreated with

12   any drug and has atherosclerosis has plaque rupture, when

13   that plaque rupture occurs, that person's already in a

14   state that favors clotting; right?

15                 MS. SANFORD:   Object to the form.

16                 THE WITNESS:   Well, I can't really say

17   exactly how that particular situation would play out.

18                 BY MR. TOMASELLI:

19           Q.    Well, all we're doing is adding plaque

20   rupture to the top right box.   If we add plaque rupture to

21   the top right box, they're still in a prothrombotic state;

22   right?

23                 MS. SANFORD:   Same objection, object to the

24   form.

25                 THE WITNESS:   So -- do you want to repeat

1    the question?

2                    BY MR. TOMASELLI:

3                    Q.   Sure.   We've already agreed, I think,

4    that people with atherosclerosis are in a prothrombotic

5    state. And I was just adding one more thing to that to say

6    that people with atherosclerosis, if they have plaque

7    rupture, they're also going to be already in a

8    prothrombotic state?

9                    MS. SANFORD:   Object to the form.

10                   THE WITNESS:   If there is plaque rupture,

11   then there is a definite prothrombotic state, yeah.

12                   BY MR. TOMASELLI:

13                   Q.   A prothrombotic state due to the plaque

14   rupture or the prothrombotic state that they're already

15   in?

16                   A.   Well once that plaque ruptures that's a

17   triggering event for platelet activation triggering a very

18   big thrombotic reaction.

19                   Q.   A what kind of thrombotic?

20                   A.   A very big thrombotic reaction.

21                   Q.   So when you compare people with

22   atherosclerosis, like the people in the top right, and you

23   compare people with atherosclerosis with plaque rupture;

24   those are two different ball games, really?

25                   A.   Yeah.   Plaque rupture is, is a

1    different scenario than just having atherosclerosis.

2              Q.   If you turn to -- keep that document

3    open, please, the Antman article, but if you turn to your

4    report, page 13?

5              A.   Okay.

6              Q.   The first full paragraph starts "both

7    COX-1 and COX-2", do you see that?

8              A.   Yes, I do.

9              Q.   The second sentence says:

10             "COX-1 is found predominantly in normal,

11   healthy blood vessels ex vivo using immuno-staining

12   techniques."

13             Right?

14             A.   Yes.

15             Q.   Do you agree that COX-1 is the only

16   enzyme, the only COX enzyme in normal healthy arteries?

17             A.   No, I don't.

18             Q.   If you can read, go back to the Antman

19   article.  And in the legend, down from where we were

20   reading previously, there's a sentence that starts "COX

21   abuse suppresses"; do you see that?

22             A.   I see that, yeah.

23             Q.   "COX abuse suppresses COX-2 dependant

24   prostacyclin in endothelial cells, which has only a

25   marginal effect on the net anti-thrombotic imbalance owing

Page 222

1   to the importance of COX-1 as a source of prostacyclin in
2   the normal state."
3                   Do you see that?
4                   A.   Yes.
5                   Q.   Do you agree with Dr. Antman that COX-1
6   is the source of prostacyclin in the normal state?
7                   MS. SANFORD:   Object to the form.
8                   THE WITNESS:   Well, I, I'm saying that
9   there's both COX-1 and COX-2 in the normal state and that
10  both can contribute to prostacyclin formation.
11                  BY MR. TOMASELLI:
12                  Q.   It's your opinion that COX-1 is not the
13  major source of prostacyclin in the normal state?
14                  A.   It's my opinion that prostacyclin in
15  the normal state is coming from both COX-1 and COX-2.
16                  Q.   And when you said that, you believe
17  there's COX-2 in normal arteries --
18                  A.   Yes.
19                  Q.   -- in humans.  What studies are you
20  relying on or what studies come to mind for that opinion?
21                  A.   Well, I am referring to some of the
22  references I put in my report here.
23                  Q.   Some of the references after the
24  sentence we read on page 13?
25                  A.   Yeah, in the middle of --

Page 223

1                    Q.   105?

2                    A.   -- page 13.  So, yeah, I'm referring to

3    these different studies that I reference here 105, 114 to

4    116, 29, 30, 117, 118, 100.

5                    EXHIBIT NO. FUNK-18:  Belton article

6    entitled: Cyclooxygenase-1 and -2-Dependent Prostacyclin

7    Formation in Patients With Atherosclerosis, dated 2000.

8                    BY MR. TOMASELLI:

9                    Q.   I'm going to hand you what I've marked

10   as Funk Exhibit 18.

11                   Exhibit 18's a study be Dr. Belton?

12                   A.   Yes.

13                   Q.   Published in circulation in 2000?

14                   A.   Yes.

15                   Q.   You've reviewed this study before;

16   right?

17                   A.   Yes.

18                   Q.   This is cite number 105 in your report?

19                   A.   Yes, it is.

20                   Q.   And the under the methods and results,

21   the second sentence reads:

22                   "COX-2 mRNA was detected in areas of

23   atherosclerosis but not in normal blood vessel walls and

24   there was evidence of COX-1 induction."

25                   Did I read that right?

Page 224

1                    A.  I think so, yes.

2                    Q.  At least as far as this study goes,

3    Dr. Belton did not find COX-2 in normal blood vessels?

4                    A.  In this particular study, no, he

5    didn't.

6                    EXHIBIT NO. FUNK-19:  Schonbeck article

7    entitled:  Augmented Expression of Cyclooxygenase-2 in

8    Human Atherosclerotic Lesions, dated 1999.

9                    BY MR. TOMASELLI:

10                   Q.  Dr. Funk, I'm going to hand you Exhibit

11   Number 19.  That's a study by Schonbeck?

12                   A.  Yes.

13                   Q.  And this was published in 1999?

14                   A.  Yes.

15                   Q.  And this is the reference number 114 in

16   your report?

17                   A.  Yup.

18                   Q.  And if we look at the abstract about,

19   oh, nine/eight -- nine lines down, there's a sentence that

20   starts "COX-1 mRNA", do you see that?

21                   MS. SANFORD:  In the abstract?

22                   MR. TOMASELLI:  Yes, ma'am.

23                   THE WITNESS:  Yeah, I see that.

24                   BY MR. TOMASELLI:

25                   Q.  Let me read that sentence:

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 225

1                    "COX-1, mRNA and protein localized on
2       endothelial and medial smooth muscle cells of normal
3       arteries, (n = 5), whereas COX-2 expression was not
4       detectable."
5                    Do you see that?
6              A.    I see that there, yeah.
7              Q.    So at least as far as Dr. Schonbeck's
8       study, COX-2 is not present in normal arteries; fair?
9              A.    Well I explain in my report why these
10      studies don't see any COX-2 by these techniques, because
11      of the problems associated with getting some of these
12      samples from autopsy specimens and also from the stability
13      standpoint in COX-2 mRNA protein are unstable.  So one of
14      the reasons you can't see them is because of that.
15             Q.    And is it because there are some
16      concern that the COX-2 mRNA goes away before you can start
17      analyzing it?
18             A.    That can be a problem, yes.
19             Q.    What's the half life of COX-2 mRNA?
20             A.    It depends on the cell type.
21             Q.    In endothelial cells?
22             A.    Well, it's on the order of 30 minutes
23      to a couple hours.
24             Q.    But as far as what's published here so
25      far with Belton and Schonbeck, they didn't see COX-2 in a

1  normal artery; fair?

2       A.   Yeah.   And I've explained to you,

3  perhaps, why they're not seeing that.

4       Q.   So even though they didn't see it, you

5  say they really would have seen it if they would have

6  looked a little quicker?

7       A.   Well, some of the in vitro studies

8  looking at the half life can't be extrapolated to the

9  actual vessel itself.   So it could be even faster.

10       So I'm saying, yeah, that they might not be

11  able to pick it up because of what happens once you take

12  these vessels out from a person.

13       EXHIBIT NO. FUNK-20:   Baker article

14  entitled: Cyclooxygenase-2 Is Widely Expressed in

15  Atherosclerotic Lesions Affecting Native and Transplanted

16  Human Coronary Arteries and Colocalizes With Inducible

17  Nitric Oxide synthase and Nitrotyrosine Particularly in

18  Macrophages, dated 1999.

19       BY MR. TOMASELLI:

20       Q.   Dr. Funk, Exhibit 20, I'm handing you

21  is a study by Dr. Baker?

22       A.   Yeah.

23       Q.   Published in 1999 in ATVB?

24       A.   Yes.

25       Q.   This is, I believe, your reference

Page 227

1   number 115?

2                   A.   That's correct.

3                   Q.   And if you open the study to page 650,

4   please, sir?

5                   A.   Okay.

6                   Q.   Do you see the section on results in

7   the right-hand column?

8                   A.   Yes.

9                   Q.   The first sentence of the second

10  paragraph under that section states:

11                  "Immunoreactivity for COX-2 was not

12  detected in coronary arteries taken from unused donor

13  hearts or in histologically normal arteries taken at the

14  time of autopsy."

15                  Did I read that right?

16                  A.   Actually, I don't see where you're

17  reading, no.  I didn't see the...

18                  Q.   I'm sorry.  The first sentence of the

19  second paragraph.

20                  A.   Oh, the second.  I was looking at the

21  first one.

22                  Q.   I'm sorry, I may have said first.

23                  Do you see how in the first sentence of the

24  second paragraph it says we didn't see COX-2 in the

25  coronary arteries when we looked at the donor hearts and

Page 228

1    the --

2              A.   Yeah, I see that.

3              Q.   You see that.  And so like Dr. Belton's

4    study and Dr. Schonbeck's study, Dr. Baker didn't see

5    COX-2 in normal arteries?

6              A.   Again, this was an autopsy specimen.

7    So there's issues with the processing and time to obtain

8    the tissue.  That could have explained that result.

9              Q.   If you look at page 648, sir, if you'll

10   turn to that page, please?

11             A.   Okay.

12             Q.   The left-hand column, about seven lines

13   down?

14             A.   Yup.

15             Q.   It says 'tissue was fixed within two

16   hours of receipt".

17             A.   Okay.

18             Q.   For the donor hearts?

19             A.   Yeah.

20             Q.   So COX-2 should show up in this one

21   from the donor hearts at least; right?

22             A.   No, not necessarily.

23             Q.   So when you said the half life was two

24   hours, it's not two hours?

25             A.   I think I said the half life was

Page 229

1  somewhere between 30 minutes and a couple hours, so --

2            Q.  And how long -- I'm sorry, sir.

3            A.  -- it could have been completely gone

4  by the time they isolated the tissue.

5            Q.  How long -- how many half lives does

6  something go through before it becomes undetectable?

7            A.  Well the thing is, when people do

8  half-life studies they're done in vitro and you can't

9  always extrapolate from those cultured cell experiments to

10  what's actually going on in the in tact blood vessels.

11            So it could have gone through many half

12  lives by the time it had been processed, the tissue.

13            Q.  But at least, as we can agree, that at

14  least what this study says is that when they looked for

15  COX-2 in the normal arteries they didn't see it?

16            A.  We can say, yeah, this particular time

17  point when they collected the, by this particular method

18  immuno staining they didn't see any.

19            Q.  What's the half life of COX-1 mRNA;

20  sir?

21            A.  I don't know the exact half life.

22            Q.  Is it about the same as COX-2?

23            A.  It should be more than COX-2, the half

24  life, because it doesn't contain any of the -- this gene

25  doesn't contain any of these instability sequences in

Dr. Colin Funk

1    their part of the gene.

2                    Q.   So --

3                    A.   COX-1 is a more stable protein than

4    COX-2 and the mRNA as well, more stable.

5                    Q.   So you think there's a longer half life

6    of COX-2 but you're not sure of the time; fair?

7                    A.   I just don't know off the top of my

8    head --

9                    Q.   Okay.

10                   A.   -- what's been reported in the

11   endothelial cells.

12                   EXHIBIT NO. FUNK-21:  Stemme article

13   entitled: Expression of Cyclo-oxygenase-2 in Human

14   Atherosclerotic Carotid Arteries, dated 2000.

15                   BY MR. TOMASELLI:

16                   Q.   The next study you cite for the

17   proposition -- or the next study you referred me to for

18   the proposition that COX-2 is in normal arteries is

19   reference number 116, which I believe is an article by

20   Stemme?

21                   A.   Yes.

22                   MS. SANFORD:  That's 21?

23                   MR. TOMASELLI:  That's 21, yes.

24                   BY MR. TOMASELLI:

25                   Q.   And you've reviewed this article?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 231

1          A.  Yes.

2               Q.  And if you turn over, well the results

3  I'm sorry the abstract, the results, the first thing they

4  say is COX-2 is found in atherosclerotic plaque?

5          A.  Yes.

6               Q.  But to be fair, if you turn over to

7  page 148, please?

8          A.  Okay.

9               Q.  You see the results section?

10         A.  Yes.

11              Q.  And there's a subsection underneath

12  that that says, basically, COX expression in

13  non-atherosclerotic vessels?

14              MR. BIRCHFIELD:  I'm sorry, Joe, where are

15  you?

16              MR. TOMASELLI:  Page 148, under results,

17  under the subsection, COX expression in

18  non-atherosclerotic vessels.

19              MR. BIRCHFIELD:  Okay.

20              THE WITNESS:  Yup, on the right hand side?

21              BY MR. TOMASELLI:

22              Q.  Yes, sir.  Sorry, I should have said

23  right.

24         A.  I see that.

25              Q.  And if you read down, it says:

1                   "Sparse staining for COX-2 was also

2    detected in some parts of the endothelium."

3                   A.   Umm...

4                   Q.   You see that?  Last two sentences of

5    the --

6                   A.   "Sparse staining for COX-2 was also

7    detected in some parts of the endothelium (data not

8    shown)."  Yes?

9                   Q.   And:

10                  "COX-1 protein was detected in the luminal

11   endothelium in the mammary arteries as well as in the

12   saphenous veins."

13                  A.   Yes.

14                  Q.   So here's a study where they looked for

15   COX-2 in normal arteries and actually found a little bit,

16   but it was sparse, in some parts of the endothelium;

17   right?

18                  A.   That's what they say, yeah.

19                  Q.   Is that different than your

20   understanding?

21                  A.   Well they say sparse staining was

22   detected but they didn't show the data.  So, I'm just

23   reading their statement there.

24                  Q.   In this case what we're worried about

25   is what enzymes are present in the endothelium; right?

Page 233

1                    A.   We're interested, yeah, it depends what
2       we're talking about we're interested in.
3                    Right now I guess we're covering where
4       these COX enzymes are in the blood vessel, it could be the
5       endothelium smooth muscle cells, the front layers of the
6       blood vessels.
7                    Q.   Right, from the prostacyclin production
8       that's going to come from endothelial cells; right?
9                    A.   It's coming from the endothelial cells,
10      it's also being made by the smooth muscle cells.
11                   Q.   So Dr. Antman in his cartoon should
12      have drawn some prostacyclin coming from smooth muscle
13      cells?
14                   MS. SANFORD:   Object to the form.
15                   THE WITNESS:   Well, I don't know why he
16      drew it like this, but prostacyclin is also made by smooth
17      muscle as well as endothelial cells.
18                   BY MR. TOMASELLI:
19                   Q.   I thought you said the major producer
20      of prostacyclin, earlier, is the endothelium?
21                   A.   Yeah.  The endothelium layer is the
22      most abundant producer of prostacyclin.
23                   Q.   So it's the biggest player in this
24      whole deal; right?
25                   A.   Yeah.  Yeah, when we're considering the

Dr. Colin Funk

Page 234

1    vasculature, the endothelial cell the most abundant

2    producer of prostacyclin.

3              Q.   And this study, although they don't

4    show us the data, says that there was COX-2 sparsely in

5    the endothelium and in some parts?

6              A.   In some parts of the endothelium, yeah.

7              Q.   We talked, I think, about the studies

8    in this HUVEC cells?

9              A.   Which study.

10             Q.   I think what you referred to as 29 and

11   30 in your report on that page?

12             A.   Okay.

13             Q.   You remember talking about those?

14             A.   Well there's been brief mention of them

15   today.  We didn't really go into any detail of them.

16             Q.   Right.  But the people who have those

17   cells that took Vioxx would be pregnant women; right?

18             A.   Well I can't answer it in that form.

19             Q.   You can't answer it in that form?

20             A.   No.  The question is kind of ambiguous.

21   What are you asking me?

22             Q.   What humans have HUVEC cells that could

23   potentially have taken Vioxx?

24             A.   Humans have endothelium cells, all

25   humans.

1          Q. Right. But my question is what humans

2     have HUVEC cells that could potentially have taken Vioxx?

3               MS. SANFORD: Object to the form.

4               THE WITNESS: HUVEC are a model cell used

5     for culture studies in vitro.

6               BY MR. TOMASELLI:

7               Q. They're the studies we look at in the

8     test tube and in the culture dishes?

9               A. Yeah.

10              Q. And you would agree that culturing

11    cells can sometimes create artifacts and alter expression

12    of genes and enzymes?

13              MS. SANFORD: Object to the form.

14              BY MR. TOMASELLI:

15              Q. You disagree with that?

16              MS. SANFORD: Same objection.

17              THE WITNESS: I would say that cultured

18    cells are used by scientists to study cultured endothelial

19    cells, in particular HUVEC, are used to study what goes on

20    in a blood vessel.

21              MR. BIRCHFIELD: Joe, when you get to a

22    breaking point let's take a quick break, if we could?

23              MR. TOMASELLI: Sure, any time.

24              --- Upon recess at 3:59 p.m.

25              --- Upon resuming at 4:08 p.m.

1        EXHIBIT NO. FUNK-22: Loftin article

2   entitled: Failure of ductus arteriosus closure and

3   remodeling in neonatal mice deficient in cyclooxygenase-1

4   and cyclooxygenase-2, dated 2001.

5              BY MR. TOMASELLI:

6              Q.  Dr. Funk, we've been going through some

7   of the studies that you claim support your opinion that

8   COX-2 is found in the endothelium of arterial vessels in

9   humans.

10             I'm going to hand you what I've marked as

11  Funk Exhibit 22 and this is a study that you rely on for

12  that proposition; right?

13             A.  Yes, it's one of the studies that I've

14  referenced.

15             Q.  And it's study number 121.

16             A.  Yes.

17             Q.  And this, this study by Loftin was

18  published in 2001?

19             A.  Yes.

20             Q.  And this study talks about the role of

21  COX-1 and COX-2 in a vessel called the ductus arteriosis;

22  correct?

23             A.  Yes.

24             Q.  And the role of COX-2, in this

25  instance, is to actually shut the vessel down, to close it

Page 237

1   off the ductus arteriosis; correct?

2                A.   The role is to, yeah, assist with the
3   closure of the ductus arteriosis.

4                Q.   And the reason we have to have closure
5   to the ductus arteriosis when we're born is so that the
6   blood goes to the, the oxygenated blood goes to the lung
7   instead of back to the umbilical cord; correct?

8                A.   Well actually it's not the oxygenated
9   blood, it's the -- this is one of the -- it's blood going
10  from the pulmonary arteries; which is one of the few
11  instances where the blood's not the, what's referred to as
12  the oxygenated form.  But it needs to get to the lungs,
13  that's the idea.

14               Q.   Okay.  So, big picture, our bodies --
15  with our bodies when we're born, the blood has to now get
16  to the lungs and for that to happen we need to have
17  closure of the ductus arteriosis; right?

18               A.   Yes.

19               Q.   And the smooth muscle cells of the
20  ductus arteriosis, in this instance, perform
21  vasoconstriction to the point where it actually closes the
22  artery off so the artery is no longer functional; right?

23               A.   Yeah.  They're the specialized smooth
24  muscle cells in the ductus arteriosis that need to
25  constrict.

1          Q.   And COX-2 is the enzyme in the smooth
2     muscle cells that make this happen?
3          A.   It's one of the main ones, yes,
4     required.
5          Q.   And what this study says is, is that
6     the COX-2s and the smooth muscle cells but it's not in the
7     endothelium; right?
8          A.   Yeah.  In this particular blood vessel
9     it's in the smooth muscle cells.
10         Q.   Yeah.  If we turn over the page 1063,
11    left column, under the heading Immunohistochemistry of
12    COX-1 and COX-2 in the ductus arteriosis.  You see that?
13         A.   Yes.
14         Q.   And eight lines down, do you see where
15    it says:
16              "COX-2 was not detected in the endothelial
17    cells lining the ductus arteriosis lumen."
18         A.   Yeah, I see that.
19         Q.   And, again, what we're worried about in
20    the Vioxx case is whether prostacyclin is being produced
21    from the endothelium, not generally from somewhere else;
22    right?
23         A.   Well I've mentioned to you that
24    prostacyclin can be made by both endothelial cells and
25    smooth muscle cells.