Dr. Colin Funk

1      Q.   But I thought we also agreed that the

2  biggest player in this whole issue with prostacyclin

3  production was what enzyme is making the prostacyclin in

4  the endothelial cells?

5      A.   Well what I've said that prostacyclin

6  synthesis is greatest in the endothelial cells and then

7  decreases as you progress out towards the outside of the

8  blood vessel.  But the smooth muscle component of

9  prostacyclin synthesis can also be important.

10      Q.   Is it your contention that Vioxx

11  reduces the manufacture of prostacyclin in the smooth

12  muscle cells as well?

13      A.   It would reduc all the vascular

14  prostacyclin production both in endothelial cells and

15  smooth muscle cells.

16      Q.   Okay.  But for this study our take home

17  from this study can be that COX-2 was not present in the

18  endothelial cells of this artery; right?

19      MS. SANFORD:  Object to the form.

20      THE WITNESS:  Well in this particular study

21  COX-2 was found primarily in the smooth muscle cells, yes.

22      BY MR. TOMASELLI:

23      Q.   And it was not detected in the

24  endothelial cells; correct?

25      A.   In this particular study, in this

Page 240

1  vessel, it wasn't detected in the endothelial cells it was
2  in the smooth muscle cells.

3            Q.   Now you would agree that closing off or
4  shutting down a coronary artery, that would be a bad thing
5  in a human; right?

6            A.   Yeah, you don't want to close off the
7  coronary artery.

8            Q.   So if COX-2 shut down a coronary artery
9  like it shuts down the ductus arteriosus, COX-2 would be a
10 bad actor in that instance; correct?

11           A.   Well you can't consider it that way
12 because the ductus arteriosus is a different type of blood
13 vessel.   It has a very unique type of smooth muscle
14 structure.   It's not the same as in a coronary artery,
15 so...

16           Q.   So we should really just throw this
17 study out with respect to whether prostacyclin or what
18 makes prostacyclin in the coronary arteries, because, as
19 you said, the ductus arteriosus is a special case?

20           MS. SANFORD:   Object to the form.

21           THE WITNESS:   Well I put it in here to say
22 in my particular line of reasoning that COX-2 is in blood
23 vessels and in this particular blood vessel it's very
24 important for specific function to close off the -- this
25 particular blood vessel.

1                    BY MR. TOMASELLI:

2                    Q.   This study doesn't help us in any way

3    determine whether COX-2 is in a coronary artery; correct?

4                    MS. SANFORD:   Object to the form.

5                    THE WITNESS:   This study is the not dealing

6    with a coronary artery, no, it's dealing with the ductus

7    arteriosus.

8                    EXHIBIT NO. FUNK-23:   Topper article

9    entitled: Identification of vascular endothelial genes

10   differentially responsive to fluid mechanical stimuli:

11   Cyclooxygenase-2, manganese superoxide dismutase, and

12   endothelial cell nitric oxide synthase are selectively

13   up-regulated by steady laminar shear stress, dated 1996.

14                    BY MR. TOMASELLI:

15                    Q.   I'm going to hand you what I've marked

16   as Funk Exhibit 23.   And this is a study by Dr. Topper?

17                    A.   Yes.

18                    Q.   That was published in 1996?

19                    A.   Yes.

20                    Q.   You've read this study; correct?

21                    A.   Yes.

22                    Q.   And Dr. Topper studied these HUVEC

23   cells; right?

24                    A.   That's correct.

25                    Q.   And on the first page, left-hand column

Dr. Colin Funk

1    almost to the bottom but maybe ten lines from the bottom

2    or so, there's a sentence that starts "arterial

3    bifurcations and curvatures"; do you see that?

4              A.   Yes.

5              Q.   And that's what we talked about before

6    that when there's arterial bifurcations and curvatures, we

7    have lesion-prone areas that they might have lesions and

8    there's disturbed flow over those?

9              A.   Yeah.

10             Q.   But when we go to the smooth portions

11   of the arteries, they're lesion protected, that's where

12   the laminar flow occurs; right?

13             A.   Well in normal, in normal vessels,

14   depending on where you are in the vasculature, there is

15   this laminar flow.  If there's no bifurcations or curve --

16   sudden curves, yeah.

17             Q.   But the disturbed flow that's where the

18   bifurcation might be or the atherosclerotic lesion; right?

19             A.   Yes.

20             Q.   And if you go up to the abstract, about

21   in the middle, seven/eight lines down.  Do you see a

22   sentence that starts "A differential display strategy"?

23             A.   Yes.

24             Q.   It says:

25             "A differential display strategy using

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

1  cultured human endothelial cells has identified two genes,

2  manganese superoxide dismutase..."

3              A.  Yes.

4              Q.  ..."and COX-2..."

5              A.  Yes.

6              Q.  "...that exhibit selective and

7  sustained up-regulation by steady laminar shear stress..."

8              And then it goes on to say that:

9              "Turbulent shear stress, a nonlaminar fluid

10  mechanical stimulus, does not induce these genes."

11              Right?

12              A.  That's correct.

13              Q.  What Dr. Topper found is the cells that

14  were exposed to turbulent shear stress did not have an

15  increase in the COX-2, gene; right?

16              MS. SANFORD:  Object to the form.

17              THE WITNESS:  This particular study showed

18  that turbulent shear stress did not induce a COX-2 gene.

19              EXHIBIT NO. FUNK-24:  McCormick article

20  entitled:  DNA microarray reveals changes in gene

21  expression of shear stressed human umbilical vein

22  endothelial cells, dated 2001.

23              BY MR. TOMASELLI:

24              Q.  I'm going to hand you what I've marked

25  as Funk Exhibit Number 24.  This is a study be

1    Dr. McCormick?

2                    A.    Yes.

3                    Q.    That was published in the proceedings

4    in 2001?

5                    A.    Yes.

6                    Q.    And if you look at the last sentence of

7    the methods section on the first page, she cultured HUVEC

8    cells for three days and then exposed them to shear

9    stress; right?

10                   A.    Cells were cultured for three days

11   before exposure to shear stress, yup.

12                   Q.    Is that right?

13                   A.    Yeah.

14                   Q.    If you turn over to page 8956?

15                   A.    Okay.

16                   Q.    Do you see the right-hand column?

17                   A.    Yeah.

18                   Q.    The last paragraph above the

19   discussion?

20                   A.    Yes.

21                   Q.    If you go down to the second sentence,

22   it says PGHS-2; what's that?

23                   A.    That's COX-2.

24                   Q.    So:

25                   "COX-2 had a microarray mRNA ratio of 2.2

1    at 6 hours, in agreement with the Northern mRNA ratio of

2    2.5."

3                   A.   Oh, okay, yeah.

4                   Q.   "But at 24 hours we found no

5    significant differences in COX-2 mRNA levels between shear

6    stressed and controlled cells."

7                   Do you see that?

8                   A.   I see it.

9                   Q.   So when you allowed shear stress to

10   keep going on these HUVEC cells for 24 hours, COX-2 is no

11   longer up-regulated; isn't that true?

12                  A.   Well this is one particular study that

13   did it their methods, Topper did it another way.  So just

14   because one found it and one didn't doesn't really mean

15   anything.

16                  Q.   Well you're relying on Topper; right?

17                  A.   Yeah.

18                  Q.   And you didn't cite this McCormick

19   study; did you?

20                  A.   No, I don't think so.

21                  Q.   And actually, Topper, he didn't find

22   COX-2 up-regulated with turbulent flow where the

23   atherosclerotic lesions would be either?

24                  MS. SANFORD:   Object to the form.

25                  BY MR. TOMASELLI:

1              Q.   Did he?

2                   MS. SANFORD:  Object to the form.

3                   THE WITNESS:  Topper didn't do studies in

4    turbulent flow in actual blood vessels, he did it in

5    endothelial cells.

6                   BY MR. TOMASELLI:

7                   Q.   Right.  The study that you relied on by

8    Topper when he exposed those HUVEC cells to turbulent

9    flow --

10                  A.   Yeah.

11                  Q.   -- there was no increase in COX-2

12   expression; right?

13                  A.   Well he did these umbilical vein

14   studies in vitro.  But I also reference in my report a

15   study that did the microarray analysis in a different

16   fashion where they did observe an increase in turbulent

17   flow.

18                  Q.   And I think, Dr. Davies -- you're

19   referring to that study; right?

20                  A.   Yes.

21                  Q.   And Dr. Davies found that basically the

22   coronary arteries would be under turbulent flow; right?

23                  MS. SANFORD:  Object to the form.

24                  THE WITNESS:  Well the, it depends which

25   study we're looking at.  Davies, I don't think, was the

Dr. Colin Funk

1    first author. Wait, let's see. It was actually the one

2    reference 126, Davies was the senior author on that.

3                    Q. And just so the record's clear, when

4    Topper did his study, he did not find any increase in

5    COX-2 expression when he exposed his cells to turbulent

6    flow; right?

7                    A. Yeah, in his in vitro studies he

8    observed the change in COX-2 expression in laminar shear

9    and not the turbulent shear stressed cells.

10                   EXHIBIT NO. FUNK-25: Passerini article

11   entitled: Coexisting proinflammatory and antioxidative

12   endothelial transcription profiles in a disturbed flow

13   region of the adult porcine aorta, dated 2004.

14                   BY MR. TOMASELLI:

15                   Q. You refer to another study where

16   Dr. Davies was the senior author. I'm going to hand you

17   deposition number 25 and ask you if that's the study you

18   were thinking of?

19                   A. Yes, that is.

20                   Q. That study is with a first author named

21   Passerini?

22                   A. Yes.

23                   Q. And what Dr. Passerini did is he was

24   looking for any difference in gene expression when you

25   exposed, I think, pig cells to flow?

Dr. Colin Funk

Page 248

1              A.   Yes, these were pig blood vessels.

2              Q.   First time we've seen pigs; right?

3              A.   Yes.  So far I think this is the first

4  time we've looked at pigs.

5              Q.   And what Dr. Passerini found is that

6  when you exposed these pig cells to disturbed flow, COX-2

7  is up-regulated about 1.5 times; right?

8              A.   That's correct.

9              Q.   And you would agree that as a matter of

10  science, less than 2-fold increase is considered a small

11  amount of induction?

12              MS. SANFORD:  Object to the firm.

13              THE WITNESS:  Well in this particular

14  study, according to the way they did it, they observed a

15  1.55-fold increase, which is relatively small but it is an

16  increase.

17              BY MR. TOMASELLI:

18              Q.   But you would agree it's a weak

19  induction or a small induction?

20              A.   It's an induction.  Since it's an in

21  vitro study, again, I can't comment how much actually is

22  going on in vivo because it's difficult to actually

23  analyze these samples.

24              Q.   And if you if you look at 2484, it

25  looks like there's a chart where they looked at whether

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 249

1    gene were up-regulated or not?

2              A.   Where are you, 2484?

3              Q.   2484, upper left. You see that?

4              A.   Yes, I do.

5              Q.   And certain gene were tested a couple

6    of times in order to validate the increase --

7              A.   Yeah.

8              Q.   -- was it real or not?

9              A.   Yeah.

10            Q.   And you can see toward the bottom that

11   some of the gene were not validated?

12            A.   Well there's a white area which says

13   high inter-animal variability.

14            Q.   And COX-2, that gene is not even in the

15   chart as being validated; right?

16            A.   No, it's not in this chart. So I'm not

17   sure -- I can't explain why they didn't do it. They might

18   have done it or they might not have done it in this --

19   they had a lot of genes in their lists here.

20            Q.   What we do know is that, for example,

21   the first gene, GPX-3, if we look on the next page the

22   first one under oxidative mechanism, that ratio is 5.64;

23   right?

24            A.   That's correct.

25            Q.   So that's a much larger induction ratio

Dr. Colin Funk

Page 250

1    than 1.55; right?

2                     A.   Yeah.   The GPX-3 would have been

3    induced under these particular settings more than the

4    COX-2.

5                     But one of the explanations, again, could

6    be the stability of this measure -- this COX-2 measure,

7    which has a very short half life that could explain some

8    of the problems.

9                     Q.   You'd agree if there's not much COX-2

10   in endothelial cells, like Stemme told us that it was

11   sparse, that 1.5 times sparse is still sparse; would you

12   agree with that?

13                    MS. SANFORD:   Object to the form.

14                    THE WITNESS:   No, I don't agree because I

15   mentioned that in my report that there are a number of

16   reasons why we don't detect very large amounts of COX-2 in

17   some of these human blood vessel samples.

18                    BY MR. TOMASELLI:

19                    Q.   You'd agree there's a scientific debate

20   regarding whether the COX-2 gene is expressed in

21   endothelial cells; wouldn't you?

22                    A.   I don't think there's any debate.   I

23   think we know that COX-2 is there in blood vessels,

24   especially based on these urinary metabolite measures and

25   the fact that the coxibs are causing the 65 to 80 percent

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 251

1    reduction.

2               Q.   You keep saying 85 percent reduction --

3               A.   No.  I said 65 to 80.

4               Q.   Okay.  You keep saying 80 percent

5    reduction with Vioxx and, just so I'm clear, that's with

6    Vioxx and aspirin; right?

7               MS. SANFORD:  Object to the form.

8               THE WITNESS:  That -- in that particular

9    study, that was 80 percent with Vioxx, yeah, that was with

10   aspirin.

11               BY MR. TOMASELLI:

12               Q.   But without aspirin, when it's just

13   Vioxx alone and it's 25 milligrams, it's about 50 percent;

14   right?

15               MS. SANFORD:  Object to the form.

16               THE WITNESS:  Well we've gone over some of

17   that where the one that I cite I think was around 65

18   percent, the Catella-Lawson paper.

19               BY MR. TOMASELLI:

20               Q.   Would you agree there's a scientific

21   debate regarding whether COX-2 gene expression is

22   increased when cells are exposed to shear stress like

23   blood flow?

24               MS. SANFORD:  Object to the form.

25               THE WITNESS:  I would say that the data is

Dr. Colin Funk

1   out there and COX-2 is expressed by shear stress. There

2   might be some debate about whether it's laminar shear

3   stress or turbulent shear stress, but COX-2 is expressed

4   in the vasculature.

5                 BY MR. TOMASELLI:

6           Q. I think we've established it's your

7   position that Vioxx reduces PGIM and does not effect

8   thromboxane levels and this creates an imbalance which

9   puts a person who took Vioxx at an increased risk for

10   cardiovascular event?

11           A. Yeah.

12           Q. It is your position that any drug that

13   creates this imbalance would pose a cardiovascular risk?

14           MS. SANFORD: Object to the form.

15           THE WITNESS: You'd have to tell me what

16   drug you're referring to.

17             BY MR. TOMASELLI:

18           Q. A hypothetical drug that reduces PGIM

19   but does not reduce thromboxane, is that drug -- is that

20   drug because of the imbalance put you -- or a person, at

21   an increased risk for cardiovascular events?

22           MS. SANFORD: Object to the form.

23           THE WITNESS: I can't speculate on a

24   hypothetical drug.

25           BY MR. TOMASELLI:

Dr. Colin Funk

Page 253

1           Q.   Say a drug reduced PGIM by 60 percent

2    and did not effect thromboxane levels, would that drug

3    with that kind of imbalance put a person at a risk for

4    cardiovascular events?

5                MS. SANFORD:   Object to the form.

6                THE WITNESS:   Well if you refer me to a

7    specific drug then I can maybe answer that.

8                BY MR. TOMASELLI:

9           Q.   You can't answer it just with that

10   hypothetical?

11          A.   No.   It would be better if you give me

12   a drug.

13          Q.   Well what we know about Vioxx is this

14   imbalance theory that it reduces PGIM by, say, 60 percent,

15   and it does not effect thromboxane levels; right?

16          A.   We've gone through, yeah, that Vioxx

17   can decrease this PGIM by about 65 to 80 percent and then

18   without effecting thromboxane production.

19          Q.   Say another drug reduced PGIM by 60

20   percent and didn't effect thromboxane, would that same

21   drug put you in an imbalanced state?

22               MS. SANFORD:   Object to the form.

23               THE WITNESS:   Well blocking prostacyclin

24   production by Vioxx by that amount would create some risk.

25               BY MR. TOMASELLI:

Page 254

1                         Q.   What about Celebrex?   That reduces PGIM

2       by 80 percent and doesn't effect thromboxane.   Does

3       Celebrex create an imbalance that puts persons at a

4       cardiovascular risk?

5                         MS. SANFORD:   Object to the form.

6                         THE WITNESS:   Well Celebrex is a member of

7       this COX-2 inhibitor family and can also promote

8       cardiovascular risk.

9                         BY MR. TOMASELLI:

10                        Q.   And what about if there's another drug

11      that's similar to Vioxx, similar to Celebrex, reduced PGIM

12      by 60 percent but didn't effect thromboxane levels;

13      wouldn't that also put a person in an imbalanced state and

14      create a cardiovascular risk?

15                        MS. SANFORD:   Object to form.

16                        THE WITNESS:   Well you'll have to tell me

17      the drug you're thinking about.

18                        BY MR. TOMASELLI:

19                        Q.   Why?

20                        A.   Well because I need to know if it's a

21      COX-2 inhibitor and the mechanism of action is known.   If

22      it's some other drug that might have some other effects

23      that we can't see that if it's doing something else

24      besides what we know COX-2 inhibitors do.

25                        Q.   So it's not the imbalance that's the

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

1    issue, it's the imbalance plus whatever else a COX-2

2    inhibitor does that creates the risk?

3               A.   I'm not sure I'm following exactly

4    what --

5               Q.   Well I thought you said that the

6    cardiovascular risk with Vioxx was created because of an

7    imbalance between two things, prostacyclin and

8    thromboxane; right?

9               A.   Well I've put down in my report here

10   that COX-2 derived in addition of prostacyclin -- excuse

11   me I'm getting a bit distracted.

12               (REPORTER'S NOTE:  Knock on the door.)

13               BY MR. TOMASELLI:

14               Q.   Okay.  I think we agreed earlier that

15   the cardiovascular risk that you believe exists with Vioxx

16   stems from the fact that Vioxx produces prostacyclin

17   without a valid concomitant reduction of thromboxane; is

18   that fair.

19               MS. SANFORD:  Object to the form.

20               THE WITNESS:  Well we've gone through some

21   of the things in my report where I've said that Vioxx can

22   decrease vascular prostacyclin without effecting platelet

23   thromboxane.

24               BY MR. TOMASELLI:

25               Q.   And that's the essence of the risk;

Page 256

1    right?

2              A.   Well this is the, one of the major, you

3    know, ideas behind what I've written here.

4              Q.   That's the major idea behind what's in

5    your report; right?

6              A.   Well, yeah, I'm stating that the way

7    that these COX-2 inhibitors act is to reduce vascular

8    prostacyclin without effecting platelet thromboxane as

9    really the main mechanism of how they react in the

10   vasculature.

11             Q.   You obviously followed the development

12   of COX-2 inhibitors and followed the literature while

13   Vioxx was on the market and Bextra was on the market;

14   right?

15             MS. SANFORD:   Object to the form.

16             THE WITNESS:   Followed the development of

17   the drugs?

18             BY MR. TOMASELLI:

19             Q.   You followed, at least once they hit

20   the market, you followed them in the literature?

21             A.   I've looked at the literature that

22   deals with the various COX-2 inhibitors.

23             Q.   But you followed the literature back in

24   the day when they were on the market; right?

25             MS. SANFORD:   Object to the form.

Page 257

1          THE WITNESS:  I'm always reading the

2    literature related to these particular drugs.

3                BY MR. TOMASELLI:

4                Q.  You continue to follow the literature

5    today?

6                A.  With COX-2 inhibitors?

7                Q.  Yes, sir.

8                A.  Yes.

9                Q.  You agree that Vioxx worked well for

10   the vast majority of people and was safe for the vast

11   majority of people who took it?

12               MS. SANFORD:  Object to the form.

13               THE WITNESS:  I can't say it was helpful

14   for the vast majority of people that took it.

15               BY MR. TOMASELLI:

16               Q.  You cannot say that?

17               A.  No, I can't, because it depends who

18   you're referring to.

19               Q.  You never said or published anything

20   saying that Vioxx should never be developed or come to

21   market; isn't that true?

22               A.  Did I ever say that it shouldn't be?

23               Q.  Yes, sir.

24               A.  No, I don't think so.

25               Q.  Did you ever publish anything saying

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 258

1    that Vioxx should not be developed or come to market?

2                    A.    I don't recall ever publishing

3    anything.

4                    Q.    Have you ever published anything saying

5    that Vioxx should have been withdrawn from the market?

6                    A.    No, I don't think so.

7                    Q.    You never told anyone at Merck that

8    Vioxx should be withdrawn from the market; correct?

9                    A.    No.

10                   MS. SANFORD:    Object to the form.

11                   THE WITNESS:    I don't recall any

12   conversations with people at Merck about this.

13                   BY MR. TOMASELLI:

14                   Q.    You never published anything while

15   Vioxx was on the market saying that the risks of Vioxx

16   outweighed any of the benefits; right?

17                   A.    No, I don't recall publishing anything

18   on that.

19                   Q.    I think we've covered this, but you've

20   worked with Dr. FitzGerald in the past?

21                   A.    Yes, I have.

22                   Q.    And still today probably?

23                   A.    Yeah, I'm still working with him.

24                   Q.    You've published with him?

25                   A.    Yes.

Dr. Colin Funk

Page 259

1              Q.   You believe he's a reliable and

2    respected scientist?

3                   MS. SANFORD:   Object to the form.

4                   THE WITNESS:   I can say he's published a

5    lot of respectable studies, yes.

6                   BY MR. TOMASELLI:

7              Q.   Do you believe he uses good and

8    appropriate and reliable methodology when he writes?

9                   MS. SANFORD:   Object to the form.

10                  THE WITNESS:   Well I believe that

11   Dr. FitzGerald is, umm, well carries out studies in a, in

12   a reasonable manner, yeah.

13                  BY MR. TOMASELLI:

14             Q.   Have you read his writings on the

15   imbalance hypothesis and what he's written in the

16   literature?

17                  A.   I've reviewed most of his publications

18   in the literature, in the scientific literature.

19                  EXHIBIT NO. FUNK-26:   FitzGerald article

20   entitled:  Coxibs and Cardiovascular Disease, dated 2004.

21                  BY MR. TOMASELLI:

22             Q.   I'm going to hand you what I've marked

23   as Deposition Exhibit Number 26.  And this is a

24   publication by Dr. FitzGerald; right?

25                  A.   Yes.

Page 260

1              Q.  And if you look at the first page, down

2      at the bottom right, there's a paragraph that starts with

3      "thus", do you see that?

4              A.  Yes.

5              Q.  He writes:

6              "Thus, a single mechanism, depression of

7      prostaglandin I2 formation, might be expected to elevate

8      blood pressure, accelerate atherogenesis, and predispose

9      patients receiving coxibs to an exaggerated thrombotic

10     response to the rupture of an atherosclerotic plaque."

11             Do you see that?

12             A.  Yes.

13             Q.  This is what you've written about in

14     your report.  Do you agree with Dr. FitzGerald on that?

15             A.  Yeah.

16             Q.  If you turn over the page, please.  The

17     right-hand column.

18             A.  Okay.

19             Q.  You see a paragraph about three down

20     that starts "before the results"?

21             A.  I see that yeah.

22             Q.  It says:

23             "Before the results of the APPROVE study

24     were released, the scientific evidence of gastrointestinal

25     benefit from coxibs in VIGOR and TARGET trials appeared to

Page 261

1    outweigh the evidence of cardiovascular risk."

2                 Do you see that?

3            A.   Yes.  Yes, I do.

4            Q.   And you agree with Dr. FitzGerald on

5    that; correct?

6            A.   Yeah, I would agree with him there.

7            Q.   Have you ever studied the effect of

8    smoking on the endothelium?

9            A.   No, I haven't.

10           Q.   Have you ever studied what effect a

11   high-fat diet has on the endothelium?

12           A.   In my animal studies I've looked at

13   high fat on atherosclerosis, yes.

14           Q.   And can you summarize for the jury what

15   you found with respect to a high-fat diet and what effect

16   that has on the coronary endothelium?

17           A.   Well, I'm not in front of a jury, I

18   guess, so what do you mean?

19           Q.   Can you explain, can you explain to me

20   what effects a high-fat diet has on a coronary

21   endothelium?

22           A.   In our animal studies high-fat diet can

23   lead to increase in atherosclerosis.

24           Q.   So just a high-fat diet in and of

25   itself can cause atherosclerosis?

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Page 262

1              A.   Well it can lead to accumulation of fat
2    in the blood vessel wall.

3              Q.   And what does the accumulation of fat
4    in the blood vessel wall, what does that lead to?

5              A.   The build up of fat in the blood vessel
6    wall will lead to fatty streaks in the vessel wall.

7              Q.   And I guess the fatty streaks begin the
8    process of endothelial dysfunction and potential problems?

9              A.   There are problems that can develop if
10   they -- the fat is not removed.

11             Q.   And what, what are those problems that
12   can develop?

13             A.   Well fatty streaks can progress to more
14   advanced lesions and more advanced lesions that have
15   different, different types build up of cholesterol
16   deposits, some plaques can be classified as stable/some as
17   unstable.

18             Q.   And the unstable plaques can rupture
19   and clots can form and people can have heart attacks;
20   right?

21             A.   Yeah, that's right.

22             Q.   And you don't need a drug for that to
23   happen?  That can happen naturally; right?

24             A.   Yeah, you don't need a drug for plaque
25   to rupture.

Page 263

1           Q.   As of late 2001 -- I want to take you

2   back in time again.  As of late 2001, would you agree that

3   there was no support for an increased incidence of adverse

4   effects for COX-2 selective inhibitors compared with

5   traditional NSAIDs?

6                MS. SANFORD:   Object to the form.

7                THE WITNESS:   Can you repeat that?

8                BY MR. TOMASELLI:

9                Q.   Sure, sure.  Taking you back to late

10  2001?

11               A.   Yeah.

12               Q.   Would you agree that as of that time

13  there was no support for an increased incidence of adverse

14  effect for COX-2 selective inhibitors compared to

15  traditional NSAIDs?

16               MS. SANFORD:   Object to the form.

17               THE WITNESS:   No, I wouldn't agree with

18  that.

19               BY MR. TOMASELLI:

20               Q.   You would not.  Are you planning on

21  offering an opinion one way or the other whether Vioxx

22  actually caused Mr. Dedrick's heart attack?

23               A.   I don't know anything about

24  Mr. Dedrick, so at this time I can't say I would offer any

25  opinion.

Page 264

1                    Q.   Okay.   Let's go off the record.

2                    --- Upon recess at 4:52 p.m.

3                    --- Upon resuming at 5:00 p.m.

4                    BY MR. TOMASELLI:

5                    Q.   Okay, Dr. Funk, are you ready?

6                    A.   Just a second, I'm almost done.

7                    Q.   Sure.

8                    A.   Okay, I'm ready.

9                    EXHIBIT NO. FUNK-27:   Four binders

10   containing exhibits cited by Dr. Funk in his expert

11   report.

12                    BY MR. TOMASELLI:

13                    Q.   Okay, Dr. Funk, down to your right I

14   marked Exhibit Number 27.   On the floor to your right,

15   sorry.   There's four binders with some articles in them

16   and it looks like the articles that you cited in Exhibit

17   1, which is your report.   If you can just confirm that,

18   I'd appreciate it?

19                    A.   Yeah.   These look like the papers I

20   referenced in my report.

21                    Q.   Okay.

22                    A.   Yeah.

23                    Q.   Thank you, sir.

24                    I'm going to hand you what I've marked as

25   Funk Exhibit 28?

Page 265

1          A.   Okay.

2               EXHIBIT NO. FUNK-28:  Cheng article

3     entitled: Cyclooxygenases, microsomal prostaglandin E

4     synthase-1, and cardiovascular function, dated 2006.

5               BY MR. TOMASELLI:

6          Q.   This is an article by, the lead author

7     is by a Dr. Cheng, and you're a co-author on this

8     publication; correct?

9               A.   Yes.

10         Q.   And when we talked earlier in the

11    deposition about Cheng 2006, is this the article that you

12    and I were referring to?

13              A.   Yes.

14         Q.   Dr. FitzGerald is an author of this

15    study as well?

16              A.   Yes.

17         Q.   If you can turn to page 4, although

18    it's I don't know what --

19              A.   I see it, yeah.

20         Q.   Maybe Figure 3?

21              A.   Yes.

22         Q.   Do you see Figure 3?

23              A.   Yeah.

24         Q.   Tell me if I'm reading this right, but

25    Panel B of Figure 3 shows that when you give DFU you to

1    mice and you, you stimulate a clotting cascade in their
2    carotid artery, that the mice who took or were given DFU
3    clotted quicker than mice that got no drug?
4             A.   Yeah, that's true.  They formed a clot
5    that occluded the blood vessel quicker than the control
6    vehicle.
7             Q.   And is this part of your evidence that
8    you rely on that COX-2 inhibitors are prothrombotic?
9             A.   This is part of the evidence, yes.
10            Q.   You also studied Celebrex in the trial;
11   right?
12            A.   Yes, we did.
13            Q.   What happened to Celebrex?
14            A.   In this particular model or in the, in
15   Panel C?
16            Q.   In the, my question to you is in Panel
17   B where would Celebrex fall in the question of time to
18   occlusion?
19            A.   I'm not sure if we actually did
20   Celebrex in this particular model, I don't see the data in
21   there.
22            Q.   Are you aware of previous studies with
23   Celebrex that looked in animal models and stimulated a
24   clotting cascade in the carotid artery?  Are you aware of
25   any studies like that?

1          A.   Well there are various studies with

2     Celebrex or celecoxib in different animal models.

3          Q.   Do you remember a study by Henen in

4     2001 where Celebrex was given to dogs and they started a

5     clot in the carotid artery and they looked to see whether

6     the dogs who got Celebrex clotted quicker than dogs who

7     weren't given any drug?

8          A.   I can't recall that study right now.

9          Q.   Okay.  Are you aware of any studies in

10    Vioxx where in an animal model some animals were given

11    Vioxx, some were given no drug and they looked to see

12    whether the animals that were given Vioxx clotted quicker

13    than the animals that were not given anything?

14          MS. SANFORD:  Object to the form.

15          THE WITNESS:  Are you referring to a

16    particular study?

17          BY MR. TOMASELLI:

18          Q.   I'm just asking if you've seen any like

19    that?

20          MS. SANFORD:  Same objection.

21          THE WITNESS:  It's possible, but nothing is

22    coming to mind right now.

23          BY MR. TOMASELLI:

24          Q.   And what if there was such a study and,

25    unlike your study here where a COX-2 inhibitor clotted

1   quicker than a placebo, what if there was a study where

2   they did the same thing with Vioxx and it -- and there was

3   no difference in clotting time between Vioxx and placebo?

4   How would that weigh in on your analysis?

5           MS. SANFORD:  Object to the form.

6           THE WITNESS:  Well I'd have to see on a

7   peer-reviewed publication so I could examine the data.

8           BY MR. TOMASELLI:

9           Q.  Could you examine the data if it wasn't

10  in a peer-reviewed publication?

11          A.  I could examine it but it would be more

12  valid if was in a peer-reviewed publication.

13          Q.  The data would be more valid or just

14  that another pair of eyes would have looked at it?

15          A.  Then it would have gone through

16  scientific review and then it would be valuable

17  information in the public domain and I could evaluate.

18          Q.  You're familiar with the United States

19  Food and Drug Administration; right?

20          A.  Yes.

21          Q.  They have doctors there; right?

22          MS. SANFORD:  Object to the form.

23          BY MR. TOMASELLI:

24          Q.  That work at the FDA?

25          A.  I imagine they do.

Page 269

1                          Q.    They have epidemiologists and

2       biostatisticians that work at the FDA?

3                          MS. SANFORD:  Object to the form.

4                          THE WITNESS:  I'm not really familiar with

5       all the organization of the FDA.

6                          BY MR. TOMASELLI:

7                          Q.    Do you know if the FDA has persons like

8       yourself who specialize in biology?

9                          A.    Well, actually I really don't know

10      who's -- how the organization of FDA is set up with

11      doctors and scientists.  I don't think they have people

12      doing science there.  I think there are people who are

13      evaluating the drug applications, I'm not sure who they

14      are.

15                         Q.    They don't do their own basic science

16      at the FDA but they certainly are equipped to evaluate

17      basic science studies; correct?

18                         MS. SANFORD:  Object to the form.

19                         THE WITNESS:  Well I can't vouch for

20      anybody's abilities there at the FDA.  Unless you mention

21      somebody who I might know or if they've carried out

22      scientific studies.

23                         BY MR. TOMASELLI:

24                         Q.    You just don't know; right?

25                         MS. SANFORD:  Object to the form.

Page 270

1           THE WITNESS:  I can't really answer that.

2           BY MR. TOMASELLI:

3           Q.   You can't answer that?

4           A.   What are you saying?

5           Q.   You don't really know all the people at

6    the FDA, so you can't offer an opinion?

7           A.   No, I don't know the people, I don't

8    know anyone at the FDA.  So I can't speculate on...

9           Q.   Did you try to consider, prior to

10   coming up with your expert opinions, any opinions of the

11   FDA with respect to COX-2 inhibitors?

12          A.   No, I never consulted with anybody or

13   looked at any FDA reports.

14          Q.   Okay.  Have you ever served or been

15   asked to serve on an advisory committee for the FDA?

16          A.   No, I haven't.

17          Q.   Have you ever worked or consulted for

18   the FDA in any way?

19          A.   No.

20          Q.   Have you served on an advisory

21   committee or been asked to serve on an advisory committee

22   for Health Canada?

23          A.   No.

24          Q.   Have you worked for Health Canada in

25   any way?

Golkow Litigation Technologies - 1.877.DEPS.USA

f216df5d-b006-4e08-978e-b9fe8ea6cfa7

Dr. Colin Funk

Page 271

1              A.    No.

2                    MR. TOMASELLI:   Subject to -- I'm prepared

3      to pass the witness just with the understanding that if he

4      has any in-press articles that he's going to rely on for

5      his opinions that we get a copy of those, and I think

6      ya'll are going to try to round up any correspondence and

7      give that to us as well.

8      U/A             MS. SANFORD:   We'll take both under

9      advisement and give --

10                   MR. BIRCHFIELD:   Any e-mails or anything

11     that he has, yeah, we will -- yeah, right.  We'll get that

12     in and get a copy of the in-press articles.

13                   MR. TOMASELLI:   If he's not relying on them

14     for his opinions then I'm not as concerned but if he's --

15     if that forms part of his calculus then we need to take a

16     look at it.

17                   MR. BIRCHFIELD:   Okay, all right, sounds

18     good. Give us one minute.

19     --- Whereupon matter adjourned at 5:11 p.m.

20

21

22

23

24

25

Dr. Colin Funk

Page 272

1    CERTIFICATE OF REPORTER

2

3    CANADA                    )

4    PROVINCE OF ONTARIO )

5

6    I, LISA BAKER, the officer before whom the foregoing

7    deposition was taken, do hereby certify that the witness

8    whose testimony appears in the foregoing deposition was

9    duly sworn by Lisa Baker; that the testimony of the said

10   witness was taken by me to the best of my ability and

11   thereafter reduced to typewriting under my direction; that

12   I am neither counsel for, related to, nor employed by any

13   of the parties to the action in which this deposition was

14   taken, and further that I am not a relative or employee of

15   any attorney or counsel employed by the parties thereto,

16   nor financially or otherwise interested in the outcome of

17   the action.

18

19   _____

20        Lisa Baker, Commissioner for taking Oaths in

21              and for the Province of Ontario

22

23

24

25

Page 273

1                          CORRECTIONS

2

3       PAGE              LINE              CORRECTION

4       _____

5       _____

6       _____

7       _____

8       _____

9       _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21

22      _____

23      WITNESS SIGNATURE

24      _____

25      (PRINT NAME)