UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

# ORDER

Considering the Motion for Leave of Court by the Plaintiffs' Steering Committee To File Reply Brief on Behalf of Plaintiffs, Lene Arnold and Alicia Gomez Regarding Supplemental Authority;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Reply Brief of Plaintiffs Lene Arnold and Alicia Gomez Regarding Supplemental Authority in opposition to Merck & Co.'s Motion for Summary Judgment.

New Orleans, Louisiana this ____ day of _____, 2006.

_____
Honorable Eldon E. Fallon
U.S. District Judge