UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## NOTICE OF FILING JOINT DEPOSITION DESIGNATIONS OF CASE-SPECIFIC WITNESSES

Plaintiff and Defendant hereby submit the following joint transcripts of deposition testimony for the following case-specific witnesses for the Court's consideration and pre-trial rulings:

1. Plaintiff's and Defendant's Designations of Esmeraldo Herrera, M.D. with Objections and Responses (Ex. "A");

2. Plaintiff's and Defendant's Designations of William Coltharp, M.D. with Objections and Responses (Ex. "B");

3. Plaintiff's and Defendant's Designations of Mark Koenig, M.D. with Objections and Responses (Ex. "C");

1

4. Plaintiff's and Defendant's Designations of Melissa McAllister, with Objections and Responses (Ex. "D");

5. Plaintiff's and Defendant's Designations of John McPherson, M.D. with Objections and Responses (Ex. "E").

Both Plaintiff and Defendant reserve the right to supplement these designations. Moreover, both Plaintiff and Defendant reserve the right to offer any deposition testimony of any of the above-mentioned witness's designated by the other party. Both parties reserve the Defendant reserves the right to withdraw any testimony designated herein.

Respectfully submitted this 11/15 day of November, 2006.

_____
Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:   312-494-4440

_____
ANDY BIRCHFIELD
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

2