UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

NOTICE OF FILING DEPOSITION DESIGNATIONS
FOR CASE-SPECIFIC WITNESSES

Defendant hereby submits the attached transcripts of deposition testimony for the following case-specific witnesses for the Court's consideration and rulings:

1. Plaintiff's and Defendant's Designations of Sherry Curtis with Objections and Responses (Ex. "A");

2. Plaintiff's and Defendant's Designations of Kenny Dedrick with Objections and Responses (Ex. "B");

3. Plaintiff's and Defendant's Designations of Phil Dedrick with Objections and Responses (Ex. "C");

Defendant reserves the right to supplement these designations.  Moreover, Defendant reserves the right to offer any deposition testimony of any of the above-

mentioned witness's designated by the plaintiff. Defendant also reserves the right to withdraw any testimony designated herein.

Respectfully submitted this 15th day of November, 2006.

Respectfully submitted,

*Carrie A. Jablonski*
_____

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

-- and –

Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR  &
SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and forgoing Merck & Co.'s NOTICE OF FILING DEPOSITION DESIGNATIONS FOR CASE-SPECIFIC WITNESSES has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, on Plaintiff's counsel Andy Birchfield, Jr. by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of November, 2006.

      */s/ Dorothy H. Wimberly*

      Dorothy H. Wimberly, 18509
      STONE PIGMAN WALTHER
      WITTMANN L.L.C.
      546 Carondelet Street
      New Orleans, Louisiana  70130
      Phone:  504-581-3200
      Fax:     504-581-3361
      dwimberly@stonepigman.com

      Defendants' Liaison Counsel