UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

This Document Relates to:
*Bentley, et al. v. Merck & Co., Inc.,05-3220*
*(the English Complaint);*

*Donough, et al. v. Merck & Co., Inc., 05-5531*
*(the South African Complaint);*

*Baranowska, et al. v. Merck & Co., Inc. 05-4976*
*(the Polish Complaint)*

*Van Der Knaap, et al. v. Merck & Co., Inc. 05-4748 (the Netherlands Complaint)*

*Gutfeld, et al. v. Merck & Co., Inc. 05-5048*
*(the Israeli Complaint)*

*Mahla, et al. v. Merck & Co., Inc. 05-5048*
*(the German Complaint)*

*Brunton, et al. v. Merck & Co., Inc. 05-4185*
*(the Australian Complaint)*

*Raroa, et al. v. Merck & Co., Inc. 05-4184*
*(the New Zealand Complaint)*

*Gough, et al. v. Merck & Co., Inc. 05-5198*
*(The Canadian Complaint)*

## STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF REMAINING FOREIGN CLASS ACTION COMPLAINTS

WHEREAS, this Honorable Court heard arguments on Defendant, Merck & Co. Inc.'s Motion to Dismiss the Italian and French Class Action Complaints, and on August 30, 2006 filed its Order and Reasons for granting Defendant's Motion;

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the Foreign Class Actions identified as Bentley, et al. v. Merck, 05-3220 (the English Complaint); Donough, et al. v. Merck, 05-5531 (the South African Complaint); Baranowska, et al. v. Merck, 05-4976 (the Polish Complaint); Van Der Knapp, et al. v. Merck, 05-4748 (the Netherlands Complaint); Gutfeld, et al. v. Merck, 05-5048 (the Israeli Complaint); Mahla, et al. v. Merck, 05-4557 (the German Complaint); Brunton, et al. v. Merck, 05-4185 (the Australian Complaint); Raroa, et al. v. Merck, 05-4184 (the New Zealand Complaint); and Gough, et al. v. Merck, 05-5198 (the Canadian Complaint) (collectively the "Remaining Foreign Class Action Complaints"), are hereby dismissed without prejudice, provided that:

    i    The Defendant submits to service of process and jurisdiction in the appropriate foreign forums with respect to Vioxx lawsuits involving the named plaintiffs and their putative class members;

    ii    The Defendant shall agree to satisfy any final judgment rendered by a foreign forum relating to such claims;

    iii    The Defendant will not, in raising any statute of limitations or similar defense in such forums, include the period that a Vioxx lawsuit involving the named plaintiffs and their putative class members, not barred by a statute of limitations in this country, was pending against it in a court of the United States;

iv  The Defendant will not act to prevent a named plaintiff or a putative class member from returning to this Court if a foreign forum declines to accept jurisdiction in such a person's case, provided that an action is filed in such a forum within 120 days of the order of dismissal.

Date: 11/16/2006   Signature: *Dorothy H Wimberly*
DOROTHY WIMBERLY, ESQ.
ATTORNEY FOR DEFENDANT
STONE PIGMAN WALTHER
WITTMANN LLC
546 CARONDELET ST.
NEW ORLEANS, LA 70130

Date: 11/15/2006   Signature: *Pamela Sotoodeh*
PAMELA G. SOTOODEH, ESQ.
ATTORNEY FOR PLAINTIFFS
KENNETH B. MOLL & ASSOCIATES, LTD.
THREE FIRST NATIONAL PLAZA,
50th FLOOR
CHICAGO, IL 60602

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated Voluntary Dismissal Without Prejudice of Remaining Foreign Class Action Complaints has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of November, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2