UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO**
       *Dedrick v. Merck & Co., Inc.*, 05-2524

## ORDER

The parties have informed the Court that various materials filed electronically today should have been filed under seal.  Accordingly, IT IS ORDERED that Notice of Filing Joint Deposition Designations of Case-Specific Witnesses (Rec. Doc. 8744) and the Notice of Filing Deposition Designations for Case-Specific Witnesses (Rec. Doc. 8751) be STRUCK from the record.  The parties are directed to re-file these materials under seal.

New Orleans, Louisiana, this   16th   day of   November   , 2006.


                                    UNITED STATES DISTRICT JUDGE