

12135302

Aug 21 2006
9:54PM

# EXHIBIT C



Science in medicine

# Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities

Tilo Grosser, Susanne Fries, and Garret A. FitzGerald

Institute for Translational Medicine and Therapeutics and Department of Pharmacology, University of Pennsylvania, Philadelphia, Pennsylvania, USA



Inhibitors selective for prostaglandin G/H synthase-2 (PGHS-2) (known colloquially as COX-2) were designed to minimize gastrointestinal complications of traditional NSAIDs — adverse effects attributed to suppression of COX-1–derived $PGE_2$ and prostacyclin ($PGI_2$). Evidence from 2 randomized controlled-outcome trials (RCTs) of 2 structurally distinct selective inhibitors of COX-2 supports this hypothesis. However, 5 RCTs of 3 structurally distinct inhibitors also indicate that such compounds elevate the risk of myocardial infarction and stroke. The clinical information is biologically plausible, as it is compatible with evidence that inhibition of COX-2–derived $PGI_2$ removes a protective constraint on thrombogenesis, hypertension, and atherogenesis in vivo. However, the concept of simply tipping a "balance" between COX-2–derived $PGI_2$ and COX-1–derived platelet thromboxane is misplaced. Among the questions that remain to be addressed are the following: (a) whether this hazard extends to all or some of the traditional NSAIDs; (b) whether adjuvant therapies, such as low-dose aspirin, will mitigate the hazard and if so, at what cost; (c) whether COX-2 inhibitors result in cardiovascular risk transformation during chronic dosing; and (d) how we might identify individuals most likely to benefit from or suffer from such drugs in the future.

> *One should not increase, beyond what is necessary,*
> *the number of entities required to explain anything*
> — Occam's razor

Arachidonic acid (AA) is subject to metabolism by prostaglandin G/H synthase (PGHS; commonly known as COX) enzymes, lipoxygenases, and epoxygenases to form a mesmerizing array of biologically active products. The COX enzymes are bifunctional proteins, possessing both COX and hydroperoxidase (HOX) activities, catalyzing the biotransformation of AA into the PG endoperoxide intermediates $PGG_2$ and $PGH_2$. These are, in turn, acted on by isomerases and synthases to form the PGs and thromboxane $A_2$ ($TxA_2$) (1–3). All of these products activate G protein–coupled receptors; the phenotypes resulting from deletion of these receptors has informed considerably our understanding of prostanoid biology (4). NSAIDs, which include both traditional NSAIDs (tNSAIDs) and selective inhibitors of COX-2 and which are among the most commonly used drugs (5), relieve pain and inflammation by suppressing the COX function of PGHS and

the consequent formation of $PGE_2$ (6) and prostacyclin ($PGI_2$) (7), but perhaps also of other prostanoids. The failure of NSAIDs to inhibit PGHS HOX–dependent free radical formation may contribute to the failure of these drugs to modify disease progression in arthritis (8)

Several groups made observations (9–12) that predicted the discovery of a second COX enzyme (13–15). Unlike COX-1, which appeared to be expressed constitutively in most tissues, COX-2 was subject to rapid induction by inflammatory cytokines and mitogens and was speculated to account largely if not exclusively for PG formation in inflammation and cancer. Drug screening in cellular and biological systems identified compounds selective for COX-2 (16, 17). The elucidation of the COX structures subsequently explained this capability (18, 19). The COX enzymes are remarkably similar, both sharing a hydrophobic tunnel that affords access of the lipid substrate to the active site, deep within the proteins. However, the COX-2 tunnel is more accommodating and includes a side pocket not present in COX-1 (Figure 1). This affords both broader substrate recognition and a structural explanation for the ability to detect drugs selective for COX-2 in pharmacological screens (20). The attraction in developing such compounds was that they might not induce the commonest complication of tNSAIDs — gastrointestinal (GI) intolerance — which the "COX-2 hypothesis" attributed entirely to inhibition of COX-1–derived protective $PGE_2$ and $PGI_2$ by gastroduodenal epithelium and platelet COX-1–derived $TxA_2$ (21) Subsequently, the simplicity of this concept has been challenged by increasing evidence supporting the importance of COX-2 in resolution of mucosal inflammation and in ulcer healing (22). Despite this and epidemiological evidence suggesting that the incidence of severe tNSAID-related GI adverse effects was in decline (23), the race for the approval of drugs designed as COX-2 specific inhibitors gained momentum. The conventional bases for approval by the FDA of the first 3 of these drugs — celecoxib, rofecoxib, and valdecoxib — were relatively small; clinical studies consisted mostly of hundreds of volunteers and were short-term (mostly less than 6

---

Nonstandard abbreviations used: AA, arachidonic acid; APC, Adenoma Prevention with Celecoxib; APPROVe, Adenomatous Polyp Prevention on Vioxx; CABG, coronary artery bypass grafting; CLASS, Celecoxib Long-term Arthritis Safety Study; EDGE, Etoricoxib versus Diclofenac Sodium Gastrointestinal Evaluation; EMEA, European Medicines Agency; GI, gastrointestinal; HOX, hydroperoxidase; IP, $PGI_2$ receptor; MEDAL, Multinational Etoricoxib and Diclofenac Arthritis Long-term; PGHS, prostaglandin G/H synthase; $PGI_2$, prostacyclin; PGIM, $PGI_2$ metabolite; RCT, randomized controlled-outcome trial; TARGET, Therapeutic Arthritis Research and Gastrointestinal Event Trial; tNSAID, traditional NSAID; $TxA_2$, thromboxane $A_2$; VIGOR, Vioxx Gastrointestinal Outcome Research

Conflict of interest: G.A. FitzGerald receives financial support for investigator initiated research from Bayer, Merck, and Boehringer Ingelheim, all of which manufacture drugs that target COXs. G.A. FitzGerald is a member of the Steering Committee of the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) Study Program. This author also serves as a consultant for Johnson & Johnson, Bayer, Merck, GlaxoSmithKline, Novartis, Boehringer Ingelheim, and NiCox.

Citation for this article: J. Clin. Invest. 116:4–15 (2006).
doi:10.1172/JCI27291

science in medicine



**Figure 1**
Schematic depiction of the structural differences between the substrate-binding channels of COX-1 and COX-2 that allowed the design of selective inhibitors. The amino acid residues Val434, Arg513, and Val523 form a side pocket in COX-2 that is absent in COX-1. (**A**) Nonselective inhibitors have access to the binding channels of both isoforms. (**B**) The more voluminous residues in COX-1, Ile434, His513, and Ile532, obstruct access of the bulky side chains of COX-2 inhibitors. Figure modified with permission from *Nature* from protein structures reported in refs 18 and 20.

months) studies in which endoscopic visualization of drug-induced ulceration was compared among the coxib, a tNSAID, and placebo. The superiority of the COX-2 inhibitors over their tNSAID comparators in these studies was striking (24–28).

**Mechanistic basis for a cardiovascular hazard resulting from inhibition of COX-2**

During the course of drug development, we found that both celecoxib and rofecoxib suppressed urinary 2,3-dinor 6-keto PGF$_{1\alpha}$, a stable PGI$_2$ metabolite (PGIM), to a degree comparable to that attained by treatment with structurally distinct tNSAIDs (29, 30). While the latter drugs inhibited platelet aggregation ex vivo transiently at the time of peak action, the coxibs had no such effect, compatible with the absence of COX-2 from mature human platelets (31). Unlike the tNSAID comparators in these studies — ibuprofen and indomethacin — neither celecoxib nor rofecoxib inhibited COX-1–derived TxA$_2$ coincident with its impact on PGI$_2$. Thus, the cardiovascular effects of TxA$_2$ would be expected to be exaggerated. However, as PGI$_2$ was known to act as a general restraint on any recognized stimulus to platelet activation, it was not suggested that upsetting a notional "balance" between the 2 prostanoids was likely to be the mechanism of drug action. Correspondingly, variation in other endogenous mediators, such as NO, would be expected to modulate the impact of COX-2 inhibition on cardiovascular function. Given that similar observations were made with both celecoxib and rofecoxib, it appeared that this effect was mechanism based, rather than an off-target effect restricted to 1 compound. Despite the presence of only COX-1 in endothelial cells under static conditions in vitro (32), PGI$_2$ a dominant product of endothelium (33) appeared largely to derive from COX-2 under physiological conditions in humans. Prior findings of Topper and Gimbrone (34) were invoked to explain these observations. They had found that subjection of endothelial cells in culture to laminar shear upregulated COX-2 expression. Thus, induction of COX-2 was likely to have occurred in response to blood flow under physiological conditions in vivo. Studies that led to approval of the coxibs were too short and too small in subject number to have excluded a risk of myocardial infarction or stroke attributable to this hypothesis.

Insight into the consequences of suppressing PGI$_2$ in vivo were limited at the time; deletion of the PGI$_2$ receptor (IP) augmented the response to an exogenous thrombogenic stimulus in mice (7). However, it was claimed that redundancy with other antithrombotic systems, particularly the elaboration of NO, would annul the impact of PGI$_2$ suppression in vivo. When deletion of the IP was shown to restrain the effect of endogenous TxA$_2$ on platelet activation and vascular proliferation in response to injury (35), it was questioned whether loss of 2 copies of the IP would mimic the substantial but incomplete suppression of PGIM attained in humans (S1). Subsequent experiments revealed that IP deletion predisposed to thrombosis in a gene dose–dependent fashion; the effect of a COX-2 inhibitor in thrombosis models was intermediate between IP$^{+/-}$ and IP$^{-/-}$ mice

science in medicine



**Figure 2**
Expression of *COX-2* mRNA in the endothelium (arrows) of human (A) and COX-2 protein in murine (B–E) arteries. (A) In situ detection of *COX-2* mRNA in the endothelium of a human umbilical artery. Image kindly provided by James N. Topper, Frazier Healthcare Ventures, Palo Alto, California, USA. (B–E) Immunostaining shows COX-2 upregulation 4 weeks after left common carotid artery ligation in mice. Scale bars: 50 μm. Baseline COX-2 expression (brown staining) is evident in the intima in cross sections of the right common, unligated carotid artery, which served as a control. Magnification, ×20 (B); ×40 (C). Flow reduction induced further COX-2 expression in the intimal layer and marked endothelial expression as shown in D and E. Magnification. ×20 (D); ×40 (E). LC, left common carotid artery; RC, right common carotid artery. B–E are reproduced here with permission from *Circulation Research* (55).

(Y. Cheng, personal communication). It has also been suggested that the presence of PGIM does not reflect endothelial biosynthesis of PGI₂ and that COX-2 is undetectable in endothelial cells ex vivo (52). While one can never attribute with certainty a tissue of origin to a metabolite measured in urine (36) or plasma (37), studies in vitro had indicated that endothelium is the major tissue source of PGI₂ (33) and local vascular stimulation and short-term systemic administration of PGI₂ is reflected by readily detectable alterations in urinary PGIM levels (38, 39). Furthermore, expression of *COX-2* is evident in human endothelial cells ex vivo (Figure 2A), and expression of endothelial COX-2 may be modulated in a flow-dependent manner in mice (Figure 2, B–E). Indeed, the human cDNAs for COX-2 were originally cloned from unstimulated endothelial cells (40, 41), reflective of constitutive expression of the enzyme. Aside from physiological conditions, one would expect that vascular stimulation by the products of platelet activation and by inflammatory cytokines might upregulate endothelial and vascular smooth muscle cell expression of COX-2, as occurs in atherosclerotic lesions (42, 43). Indeed, excretion of both PGIM and the TxA₂ metabolite 2, 3-dinor TxB₂, are together increased in patients with severe atherosclerosis (43, 44, S3). The failure of some studies to report COX-2 expression in endothelial cells ex vivo may reflect the particular experimental circumstances and/or discordance between the offset kinetics of flow-induced gene expression and the time of sample preparation.

Subsequent work expanded our understanding of the effects of PGI₂ on cardiovascular biology (Figure 3). Celecoxib suppressed PGI₂-dependent vascular bioactivity and undermined the anti-thrombotic effect of aspirin in dogs (45). Selective COX-2 inhibition suppressed PGI₂ and predisposed to platelet activation and arterial thrombosis under conditions of hypoxia-induced pulmonary hypertension in rodents (46). Similarly, selective COX-2 inhibition suppressed PGI₂ and enhanced platelet-vessel wall interactions in vivo and platelet adhesion to hamster cheek pouch arterioles (47). PGI₂ was shown in endothelial cells to stimulate substantially thrombomodulin (48). Thus, removal of this natural constraint to

thrombin activation would interact with augmented platelet activation to promote assembly of the pro-thrombinase complex and consequent thrombosis, perhaps particularly in the microvasculature. Reperfusion injury of the myocardium is augmented in mice lacking the IP (49), suggesting a limit to the benefit of such therapeutic strategies in patients who suffered a thrombosis, and COX-2–dependent PGI₂ was shown to afford protection against oxidant injury to cardiomyocytes in vivo (50).

Aside from effects most relevant to acute human syndromes of thrombotic vascular occlusion, suppression of COX-2 may also predispose to a more gradual elevation of cardiovascular risk during prolonged dosing with inhibitors. Deletion of the IP was found to promote initiation and early progression of atherosclerosis in mice generically predisposed to hyperlipidemia (51, 52). This appears to reflect removal of a constraint to the activation of both neutrophils and platelets, their interaction with the vessel wall, and the resultant oxidant stress. Additionally, COX-2–dependent PGI₂ formation appears to contribute to the atheroprotection afforded by estrogen and mediated via its ER α receptor in vivo (52). Deletion of the IP (53, 54), like COX-2 inhibition (37), elevates blood pressure (54) and augments the pressor response to dietary sodium (53, S4). Finally, both deletion of the IP and inhibition of COX-2 modulate vascular remodeling induced by hemodynamic stress — such as hypertension — in vivo (55). Additional effects on AA metabolism resulting from COX-2 inhibition, including a failure to metabolize the vasoconstrictor 20-hydroxyeicosatetraenoic acid (20-HETE) to a vasodilator product (56) and augmented metabolism via lipoxygenase and cytochrome P450 enzymes, may impact blood pressure regulation. However, evidence that such effects contribute to the renovascular effects of COX-2 inhibitors remains to be provided in vivo. COX-2 is also the dominant source of PGE₂ and PGI₂ biosynthesis under physiological conditions in humans (S4, S5). Deletion of the EP2 receptor for PGE₂, like deletion of the IP, results in salt-sensitive hypertension (57), and both PGI₂ (via the IP) and PGD₂ inhibit platelet activation, at least in vitro (S6, S7). The extent to which inhibition of these other PGs might contribute to a cardiovascular hazard of COX-2 inhibitors remains to be established. In the interim, one might speculate how the disparate effects of PGI₂ suppression on atherogenesis, blood pressure, and the remodeling response might converge, over time, to result in transformation of cardiovascular risk in patients initially at low risk when exposed to chronic COX-2 inhibition (58).

In summary, a substantial body of evidence has accumulated that 1 mechanism, suppression of COX-2–dependent PGI₂ formation, can both augment the response to thrombotic and hypertensive stimuli and initiate and accelerate atherogenesis.

## Concordance of clinical experience with mechanism-based predictions

Given the assumption that this mechanism explains the observed cardiovascular complications of COX-2 inhibitors, how would such a hazard be expected to become clinically manifest?

First, the actual degree of selectivity attained at the vascular interface in vivo would be an important variable. Although assays in whole blood in vitro suggest a clear segregation between the degree of selectivity attained by the drugs under consideration, there are



science in medicine



**Figure 3**
Roles of the COX isozymes in cardiovascular (**A** and **C**) and renal (**B**) biology. ACE, angiotensin-converting enzyme; ADP, adenosine diphosphate; aPC, activated protein C; BK, bradykinin; ecNOS, endothelial cell NOS; MBF, medullary blood flow; RAS, renin-angiotensin system; TM, thrombomodulin.

substantial interindividual differences in drug response (59) and consequent overlap in the degree of selectivity attained in vivo. Selectivity for COX-2 can be viewed as a continuous variable within the class of NSAIDs. Indeed, some rNSAIDs – diclofenac, nimesulide, meloxicam, and nabumetone – express average selectivity for COX-2

similar to that of celecoxib in human whole blood in vitro (28). Sufficient concentration of any selective COX-2 inhibitor becomes nonselective as it begins to inhibit COX-1, at least in vitro (28, 60). Second, the more prolonged the drug exposure (determined by dose, duration of action, and duration of treatment), the more likely an



science in medicine



**Figure 4**
Illustration of the expected interaction of baseline cardiovascular and thrombotic risk with components of drug exposure including dose, duration of action, and duration of treatment with a selective inhibitor of COX-2. The approximate relationship of cardiovascular hazard detected in controlled studies within this interaction are indicated (not to scale). APC study, ref. 81; APPROVe study. ref. 72; CABG studies. parecoxib/valdecoxib after bypass surgery, refs. 77, 78; VIGOR study. ref. 62.

adverse consequence. Third. concordant administration of low-dose aspirin, which favors inhibition of COX-1 (61), would be expected to mitigate but not abolish the hazard. The degree and duration of simultaneous inhibition of the 2 COX enzymes would also be expected to influence the existence of a cardiovascular hazard from tNSAIDs (see below). Finally, $JP^{-/-}$ mice are more responsive to thrombogenic stimuli; they do not develop spontaneous thrombosis (7). Thus, a clinical or genetic predisposition to thrombosis would favor emergence of a drug-related cardiovascular event

Aside from the question posed by clinical pharmacology, the first evidence consistent with the hypothetical cardiovascular hazard emerged in the Vioxx Gastrointestinal Outcome Research (VIGOR) study (62), in which a 2-fold divergence in the incidence of serious GI adverse events between rofecoxib and the tNSAID naproxen coincided with a 5-fold divergence in the incidence of myocardial infarction (20 versus 4 events). This study was conduct-

ed with a high dose (50 mg/day) of rofecoxib in patients in whom low-dose aspirin was precluded. Most of the patients suffered from RA, a disease associated with an odds ratio of a myocardial infarction roughly 50% higher than in patients with osteoarthritis or no arthritis (63) These results generated considerable controversy; some researchers claimed that rofecoxib was neutral and that the result reflected a cardioprotective effect of naproxen, based on its extended duration of action (64). permitting this mixed inhibitor of COX-1 and COX-2 to behave like aspirin.

The corresponding outcomes study of celecoxib (Celecoxib Long-term Arthritis Safety Study [CLASS]) was published in a highly unorthodox manner (65) Partial presentation of the data seemed to suggest that high dose (800 mg/day) celecoxib had caused fewer GI adverse effects than its tNSAID comparators; however, this turned out not to be the case when the full data set was revealed (66) This study, conducted with, on average, a shorter lived, less selective COX-2 inhibitor than rofecoxib, also demonstrated no difference in the incidence of cardiovascular events. Around 20% of the patients took aspirin, and much was made of the apparent divergent incidence of GI adverse effects on ibuprofen versus celecoxib in a post hoc analysis of nonaspirin users. Perhaps aspirin had masked the GI advantage of celecoxib However. if so, it may also have masked the cardiovascular hazard. A similar underpowered and retrospective analysis suggests that cardiovascular events occurred more often with celecoxib than with ibuprofen in nonaspirin users. Interestingly, the incidence of both GI and cardiovascular events on diclofenac and celecoxib appeared to be similar (67)

In summary, the number of events reported in the VIGOR study was small. However, if the estimate of the difference between the 2 treatment groups was reliable. this was larger than might be expected from an "aspirin-like" effect of naproxen; clearly it was

**Figure 5**
The spectrum of selectivity for COX inhibition. (A) The relative affinities of tNSAIDs and coxibs (open circles) for COX-1 and COX-2 The concentrations required to inhibit COX-1 and COX-2 by 50% ($IC_{50}$) have been measured using whole-blood assays of COX-1 and COX-2 activity in vitro The diagonal line indicates equivalent COX-1 and COX-2 inhibition. Drugs plotted below the line (orange) are more potent inhibitors of COX-2 than drugs plotted above the line (green). The distance to the line is a measure of selectivity. Note the log scale. For example, lumiracoxib is the compound with the highest degree of selectivity for COX-2 as its distance to the line is the largest. Celecoxib and diclofenac have similar degrees of selectivity for COX-2; as their distances to the line are similar; however, diclofenac is active at lower concentrations and thus located more to the left. Figure modified with permission from *The New England Journal of Medicine* (28). (B) Implication of the relative degrees of selectivity. Increasing degrees of selectivity for COX-2 are associated with augmented cardiovascular while increasing degrees of selectivity for COX-1 are associated with augmented GI risk. The relative size of the circles indicates approximately the variation in sample sizes among the trials.



**A**



**B**

science in medicine



**Figure 6**
Discordant dose-response relationships for inhibition of platelet COX-1 (A) and vascular COX-2 (B). Derived from data reported in ref. 28.

compatible with the coincidence of a cardiovascular hazard from rofecoxib and some protection from naproxen.

The traditional approach to drug safety is to rely upon pharmacoepidemiology. However, this is an insensitive detector system when the need is to identify a small absolute increase — maybe 1–2% in retrospect — in the absolute incidence of a problem that occurs commonly in the age group under study. In addition to these limitations, epidemiological (observational) studies are subject to many sources of bias, and in this particular case, the common use of prescription databases was also potentially confounded by unrecorded over-the-counter use of tNSAIDs and aspirin.

Further attention to the prospect of a cardiovascular hazard from the COX-2 inhibitors (coxibs) was prompted initially by a comparison of trial data for both drugs, including the VIGOR and CLASS studies, with a control group, based on data drawn from the placebo groups of 4 primary prevention trials of low-dose aspirin (68). However, this indirect analysis was subject to considerable methodological criticism. The estimated cardiovascular event rates in 2 of the placebo groups lay below while 2 were above those calculated for rofecoxib and celecoxib. Roughly 70% of the data for the pooled estimate in the control group was drawn from the first 2 studies. However, the controversy around this paper prompted a spate of observational studies. Several (69–71) but not all of these detected a cardiovascular hazard associated with 50 mg/d of rofecoxib, but most failed to do so with lower doses such as that (25 mg/d) used in the randomized controlled-outcome trial (RCT), the Adenomatous Polyp Prevention on Vioxx (APPROVe) study, that subsequently led to the withdrawal of the drug (72). Most observational studies and overview analyses of the small, short studies that provided the basis for drug approval also failed to detect a hazard from celecoxib (73) and valdecoxib (74). Pharmacoepidemiology

alone did not clearly discriminate between a hazard peculiar to rofecoxib and a mechanism-based effect.

The situation was clarified by the emergence of information from 4 published (and 1 still unpublished; ref. 75) placebo-controlled trials. The pattern of the clinical information was consistent with the proposed mechanism. For reasons discussed above, a prothrombotic clinical substrate would favor the rapid emergence of adverse cardiovascular events in a relatively small study. An example of such a setting is coronary artery bypass grafting (CABG), which is characterized by intense hemostatic activation (76). Two placebo-controlled studies of valdecoxib (77, 78), anteceded by its intravenous prodrug parecoxib, were performed in patients undergoing CABG. Despite their small study sizes (462 and 1636 patients, respectively) and short duration (10 and 14 days of treatment, respectively), pooled analysis of the 2 quite similar studies suggests that parecoxib/valdecoxib elevate the combined incidence of myocardial infarction and stroke by 3-fold in this population (79). Although the patients were prescribed aspirin, the timing of its administration relative to the incidence of the vascular events is unclear. CABG is also a setting of apparent "aspirin resistance" (80). These studies are compatible with the rapid emergence of a cardiovascular hazard based on suppression of COX-2–derived PGI₂ in a population with preexisting, intense hemostatic activation. Similarly, one would anticipate that a less pronounced prothrombotic substrate, such as the patients with RA in the 9-month VIGOR trial, might reveal a hazard more gradually. The rapidity with which a cardiovascular risk might become manifest would reflect in part the intensity of a genetic or environmental predisposition to thrombosis (Figure 4).



**Figure 7**
Clinical implications of differences in the dose-response relationships for COX-1 and COX-2 of low-dose aspirin (A), a selective inhibitor of COX-2 (B), and a tNSAID (C). The area between the dose-response curves would correspond to benefit (A) and hazard (B and C) and to the size of these effects.

science in medicine



**Figure 8**
Duration of use of tNSAIDs and individual tNSAIDs among current users (use within a month) and risk of myocardial infarction. Redrawn with permission from *BMC Medicine* (106). CI, confidence interval; nonuse, reference group with relative risk of 1.00.

APPROVe (72) and Adenoma Prevention with Celecoxib (APC), 2 studies in patients with colonic adenomata, presumed initially to be at low risk of cardiovascular events, revealed the gradual emergence of a cardiovascular risk attributable respectively to rofecoxib (72) and celecoxib (81) after dosing for more than 1 year (Figure 4). Supportive of this being a true drug-related effect, the hazard in patients taking celecoxib 200 mg/bid and 400 mg/bid appeared to be dose related (81).

Several comparative studies of COX-2 inhibitors and tNSAIDs failed to detect a discriminant incidence of cardiovascular events. However, in each case, these studies were substantially underpowered to exclude this possibility. These include the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET) (82), which comprised two 1-year long, comparator studies of lumiracoxib, 1 with ibuprofen, 1 with naproxen. While cardiovascular events tended to be higher in the lumiracoxib group, the study included patients mostly at low risk, and the power of the comparisons was undermined (83). Furthermore, TARGET was not designed to establish noninferiority of cardiovascular risk among the treatment groups; thus, it had no predefined upper confidence interval for relative risk (84) and used an intention-to-treat analysis. While it has been suggested that the pharmacokinetics of lumiracoxib favor a transient exposure in the vascular compartment with prolonged availability in the joint space (85), 400 mg/d of lumiracoxib exceeds considerably the dose necessary to inhibit COX-2 at the time of peak drug action. Given at this dose, it has a prolonged systemic pharmacodynamic half-life, depressing PGIM excretion to a similar extent and for a similar duration as rofecoxib (ref. 86 and P. Patrignani, personal communication). Unpublished studies also substantially underpowered to exclude a cardiovascular hazard include the prematurely and unconventionally terminated Alzheimer's Disease Anti-inflammatory Prevention (ADAPT) study of celecoxib, naproxen, and placebo in Alzheimer disease and the multinational, placebo-controlled evaluation of celecoxib (400 mg/d) in chemoprevention of colonic adenomata (http://www.clinicaltrials.gov/ct/show/NCT00087250).

In summary, while the number of cardiovascular events in *all* of the relevant individual RCTs addressing this issue is small, the currently available clinical evidence is remarkably compatible with a unitary mechanism for which there is comprehensive biological plausibility, attained in vivo. The clinically concordant evidence includes the following: (a) the easiest detection of a signal in epidemiological studies for a long-lived compound with a high degree of selectivity for COX-2, rofecoxib, given at a high dose (50 mg/d); (b) the rapid

emergence of a signal in 2 relatively small RCTs of valdecoxib in a setting of intense hemostatic activation and likely aspirin resistance; (c) the intermediate time to detection of a hazard in RA patients in the VIGOR study in whom hemostatic activation and risk of thrombosis is considerably less than in those individuals that have undergone CABG but exceeds that in patients without arthritis; (d) the similarity of the overview analyses of etoricoxib versus naproxen to what was observed in VIGOR (67) and evidence in trials to date (87) consistent with a cardiovascular hazard from this drug; (e) the delayed emergence of a hazard in 2 RCTs of prolonged treatment with rofecoxib and celecoxib, which is compatible with risk transformation in patients initially at low risk of cardiovascular disease; and (f) the evidence of hazard involving 3 structurally distinct selective COX-2 inhibitors -- belying the notion that this is an off-target effect of rofecoxib. Finally, the issue of a mitigating effect of low-dose aspirin has not been addressed in the RCTs. This seems biologically plausible, as COX-1 knockdown in mice, which genetically mimics the impact of low-dose aspirin (88), attenuates the prothrombotic and hypertensive effect of COX-2 inhibition (Y. Cheng, personal communication). However, aspirin use was only prespecified in one of the RCTs in humans: TARGET. As mentioned, this was underpowered to address the cardiovascular question. However, the available evidence is compatible with risk attenuation; the relative risk of myocardial infarction was reduced from 2.37 in nonusers to 1.36 in those patients taking aspirin when lumiracoxib was compared with naproxen (83). However, this might also reflect a differential capacity of naproxen versus lumiracoxib to interact with and undermine the antiplatelet effect of low-dose aspirin (see below).

## Cardiovascular risk and the tNSAIDs

Given the worldwide withdrawal of rofecoxib, the withdrawal of valdecoxib from the US, Australian, and European markets, and the substantial decline in the number of prescriptions for celecoxib, the safety of tNSAIDs has attracted substantial attention. Unfortunately, we do not have placebo-controlled RCTs addressing the cardiovascular safety of tNSAIDs, only observational studies, information from basic and human pharmacology, and the previously discussed tNSAID comparator RCTs. Aside from its relevance to clinical decision making, variability among the tNSAID comparators may be relevant to the heterogeneity of outcome among RCTs of COX-2-selective drugs.

A discussion of this information must be tempered by the reminder that all of these drugs, including those designed to be selective for COX-2, are NSAIDs and that the degree of selectivity among NSAIDs is best viewed as a continuous variable, given the substantial interindividual differences in response to drug administration (59). Thus, while celecoxib is more selective for COX-2 than celecoxib in vitro, each individual will have idiosyncratic factors that modulate his or her dose response relationship; there may well be some patients in whom celecoxib is the more selective inhibitor in vivo. It became fashionable after the VIGOR study to compare naproxen with "nonnaproxen" tNSAIDs. This approach should be abandoned, given the likely heterogeneity among the individual drugs with respect to cardiovascular risk.

Several tNSAIDs resemble, even in vitro, the selectivity profile of celecoxib (Figure 5A). These include diclofenac, the most commonly consumed tNSAID worldwide, and meloxicam, a marked beneficiary of the recent shift in NSAID prescriptions since the withdrawal of rofecoxib and valdecoxib in the US. Besides this pattern of selectivity, additional data substantiate the likelihood that diclofenac resembles



science in medicine

**Table 1**
Suggested consideration for preferred treatment options (level of evidence)^A

| | |
|---|---|
| COX inhibitors with proven cardioprotective efficacy | Low-dose aspirin (1a) |
| COX inhibitors with potential cardioprotective efficacy, variable among individuals | Naproxen (3a) |
| | Ibuprofen (3a) |
| COX inhibitors with the potential to offset the cardioprotective effect of low-dose aspirin | Flurbiprofen (5) |
| | Indomethacin (5) |
| | Naproxen (5) |
| COX-2 inhibitors with proven gastroprotective efficacy | Rofecoxib (withdrawn) (1b) |
| | Lumiracoxib (FDA approval pending) (1b) |
| Treatment options for chronic treatment of patients with low cardiovascular and low GI risk | Naproxen (2b, 2a) |
| | Ibuprofen (2b, 2a) |
| Treatment options for chronic treatment of patients with low cardiovascular and high GI risk | Naproxen + proton pump inhibitor (2b, 2a) |
| | Ibuprofen + proton pump inhibitor (2b, 2a) |
| | Diclofenac + proton pump inhibitor (2b, 2a) |
| | Possibly celecoxib (although GI advantage vs. tNSAID not proven) (3, 2) |
| Treatment options for chronic treatment of patients with high cardiovascular and low GI risk | Naproxen + Clopidogrel (to avoid potential interaction with low-dose aspirin; however, the GI toxicity of this combination is likely to be at least that of tNSAID + low-dose aspirin and may warrant addition of a proton pump inhibitor) (5) |
| | Ibuprofen + clopidogrel (see comment above) (5) |
| Treatment options for chronic treatment of patients with high cardiovascular and high GI risk | Naproxen + proton pump inhibitor + clopidogrel (5) |
| | Ibuprofen + proton pump inhibitor + clopidogrel (5) |

^A The levels of evidence are based on the scoring system of the Oxford Centre for Evidence-Based Medicine (http://www.cebm.net/levels_of_evidence.asp): 1a. systematic reviews (with homogeneity) of RCTs; 1b. individual RCTs (with narrow confidence interval); 1c. all or none RCTs; 2a. systematic reviews (with homogeneity) of cohort studies; 2b. individual cohort study or low-quality RCTs; 2c. outcomes research, ecological studies; 3a. systematic review (with homogeneity) of case-control studies; 3b. individual case-control study; 4. case series (and poor quality cohort and case-control studies); 5. expert opinion based on physiology, bench research, or first principles.

celecoxib in practice. Neither cardiovascular nor GI outcomes differed between high-dose diclofenac and celecoxib in the CLASS study, and this pattern was sustained in the post hoc analysis in nonusers of aspirin. Secondly, NSAIDs that inhibit COX-1, such as ibuprofen, may interact pharmacodynamically to undermine the cardioprotective effects of low-dose aspirin (89). This interaction does not occur with drugs selective for COX-2 in platelets. Diclofenac, just like rofecoxib and celecoxib, but unlike ibuprofen or naproxen, does not subserve this interaction (89–91). Interestingly, a small epidemiological study of survivors of myocardial infarction suggested that concurrent ibuprofen but not diclofenac undermined the efficacy of aspirin in preventing a second myocardial infarction (92). It is unknown whether differences in the degree of selectivity attained on average by diclofenac versus purpose built COX-2 inhibitors will translate into differences in clinical outcomes. However, the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) study program (93, 94) consists of 3 randomized, double-blind trials in osteoarthritis and RA patients comparing etoricoxib to diclofenac (150 mg/d). Roughly 35,000 patients will be randomized, and the primary analysis is a noninferiority comparison of confirmed cardiovascular events, defined as an upper bound of the 95% confidence interval less than 1.30 (93, 94). The MEDAL program incorporates 2 smaller studies, the Etoricoxib versus Diclofenac Sodium Gastrointestinal Evaluation (EDGE) trials, designed primarily to evaluate GI outcomes respectively in patients with osteoarthritis (EDGE) and RA (EDGE 2). Etoricoxib was used at 90 mg/d in both EDGE studies but at 60 mg/d in the later stages of the MEDAL program. Interestingly, while GI and cardiovascular outcomes did not differ between the treatment groups in EDGE, discontinuations due to GI

intolerance were more common with diclofenac while discontinuations due to hypertension were more common on etoricoxib (93, 94). Assimilation of the information from these comparator trials may begin to define the functional implications of progressive selectivity for COX-2 among the NSAIDs (Figure 5B). Less information is available concerning the other tNSAIDs with selectivity similar to diclofenac. Overview analyses suggest that serious GI toxicity is dose related with meloxicam, and at 15 mg/d this was similar to diclofenac. However, this impression was based largely on studies of fewer than 60 days duration (95), and there have been no adequately sized RCTs to address the GI toxicity of this compound (96). Similarly, we have no outcome data on cardiovascular events caused by meloxicam. Even less information is available with respect to nimesulide (97) and nabumetone (98).

A second group of tNSAIDs includes ibuprofen, flurbiprofen, and indomethacin. These drugs favor somewhat inhibition of COX-1 over COX-2 in vitro and inhibit both enzymes reversibly during the dosing interval. Pharmacodynamic studies have raised the possibility that such drugs interact with and undermine the cardioprotective effect of aspirin (89). While observational studies support (92, 99, 100) and fail to support (101, 102) this hypothesis, the issue has not been addressed in an adequately powered RCT. Provocatively, concurrent high-dose ibuprofen appeared to undermine the benefit of aspirin in the TARGET trial (82); however, the number of events was too small to address the issue with confidence.

Most observational studies of tNSAID use last less than 1 year and most (102) but not all (103, 104) are consistent with no increased risk of cardiovascular events on ibuprofen. However, it is theoretically possible that a cardiovascular hazard from ibuprofen, albeit

science in medicine

considerably less pronounced than for selective inhibitors of COX-2, may exist. First, this may derive from discordant rates of offset of inhibition of the 2 COX enzymes in vivo. This has never been documented, but should inhibition of COX-1 wane faster than that of COX-2, the drug would be selective for the latter enzyme for some portion of the dosing interval. A second possibility pertains even if the inhibition time profiles of the 2 enzymes are dynamically aligned during the dosing interval or, indeed, for the sustained even if the inhibition time profiles of the 2 enzymes are dynamically aligned during the dosing interval. We had previously shown a highly nonlinear relationship in humans between the degree of inhibition of platelet COX-1 and platelet TxA$_2$–dependent function (105); one must inhibit the capacity of the enzyme by greater than 95% before impacting on platelet activation in vivo (Figure 6A). Studies in mice, which reveal that deletion of the IP has a gene dose–dependent effect on thrombosis and vascular function (Y. Cheng, personal communication), are consistent with a more linear relationship between inhibition of COX-2 and the functional consequences of suppressing COX-2–derived PGI$_2$ formation (Figure 6B). Discordance between these 2 curves might result in a "window of hazard," despite dynamic alignment of enzyme inhibition during the dosing interval (Figure 7A). Should such a window exist, it would be a smaller aperture than that for the risk from sustained selective inhibition of COX-2 throughout the dosing interval or, indeed, for the sustained benefit from inhibiting platelet COX-1 by low-dose aspirin (Figure 7, B and C). Thus, one would have to conduct much larger and/or longer trials to detect a hazard from ibuprofen than was necessary to detect a cardiovascular hazard from the coxibs or a benefit from low-dose aspirin. Interestingly, a recent epidemiological analysis of long-term use of NSAIDs suggests heterogeneity of effect consistent with their pharmacology (106). There is an apparent time-dependent emergence of a hazard with diclofenac; the data are also consistent with the possibility of a small hazard from ibuprofen only emerging upon prolonged dosing, if at all, while naproxen (see below) seems neutral or somewhat protective (Figure 8).

Naproxen has attracted particular attention because of the outcome of the VIGOR trial (62) and evidence of a prolonged pharmacokinetic half-life, at least in some individuals (64, 107). It is assumed that drugs that act like ibuprofen do not afford cardio protection because they act reversibly and only sustain inhibition of platelet COX-1 in the functionally relevant zone transiently in the dosing interval (89). Epidemiological analyses of naproxen have suggested that it might have a dilute aspirin effect (103) consistent with an extended half-life and sustained platelet inhibition in some but not all individuals (64, 107). Indeed, this benefit of naproxen might be further undermined by irregular compliance outside the rigors of an RCT. We do not have evidence from cardiovascular outcome studies for naproxen and can only speculate as to how it may have contributed to the result reported in the VIGOR study. Recently, naproxen was shown to interact with aspirin in a manner similar to ibuprofen (91).

Aside from their putative effects on thrombosis, the potential of all NSAIDs, including those selective for COX-2, to raise blood pressure is well recognized. This may reflect diverse effects on salt and water handling and vascular reactivity, which have been discussed in detail elsewhere (108). The propensity of COX-2 deletion to elevate blood pressure is dependent on genetic background in mice (109), and it seems likely that genetic modifiers condition the existence and magnitude of this sporadic response to NSAID intake in humans. Despite the suggestion from experiments in mice (110) that hypertension might result most commonly from inhibition of COX-2 and the selectivity with which that is achieved, this has never been

addressed directly by studies in humans, although an overview analysis consistent with that hypothesis has been published recently (111). Hypertension, reported as a serious adverse event, related to dose with rofecoxib and celecoxib and was more common with the more selective and longer-lived drug. Other factors, such as a documented COX-independent effect on vascular function (112) and drug potency, may explain perceived frequency of hypertension in patients taking indomethacin. Given COX inhibition by acetaminophen, reports of hypertension on this drug (113) are unsurprising. The commonest daily dose, 1000 mg, results in approximately 50% inhibition of both COX-1 and COX-2 (89), and an observational study suggests that higher doses, which may attain complete inhibition, result in a GI adverse event profile as in the tNSAIDs (114). It is unknown whether other aspects of acetaminophen action may modulate the impact of COX inhibition on cardiovascular function.

In summary, we lack information from placebo-controlled RCTs on the cardiovascular effects of the tNSAIDs. Thus, while a small but absolute risk of cardiovascular events is established for rofecoxib, valdecoxib, and celecoxib, we have no evidence of comparable quality for the tNSAIDs. Presently, it seems plausible to think of them in several clusters: (a) drugs such as diclofenac and meloxicam that are likely to resemble celecoxib with a small, but absolute risk; (b) drugs such as ibuprofen which, in themselves, may be neutral but may undermine the effectiveness of aspirin; (c) naproxen, which may afford protection in some individuals but which may also interact with aspirin; and finally, (d) a heterogeneous group of drugs such as indomethacin and acetaminophen, which may possess off target cardiovascular effects that compound their profile. Clearly, the assumptions that underlie this classification can only be tested by RCTs. In the interim, however, it may afford a reasonable basis for therapeutic decision making (Table 1).

## Some lessons learned and outstanding questions

An ambivalent legacy surrounds the aggressive strategy, heavily reliant upon direct-to-consumer marketing, that rendered the selective COX-2 inhibitors "blockbuster drugs." Ironically, the rationale for their development supported a niche concept – patients who had GI intolerance for tNSAIDs. After the drug withdrawals, it has been estimated that less than 5% of the patients previously taking coxibs had been at high risk of serious GI adverse effects from tNSAIDs (115)

*An interdisciplinary approach to drug surveillance.* The questions raised by mechanistic studies in humans performed before the first selective inhibitors of COX-2 were approved failed to prompt further studies to address the hypothetical mechanism of a cardiovascular hazard by the manufacturers. When such proof of concept did emerge, the data failed to inform substantially the interpretation of the pharmacoepidemiology. However, these different silos of information, mechanistic studies in humans, proof-of-principal studies in mice, and observational studies, finally afforded a powerful context within which to interpret the RCTs. In the future, we need to develop a more integrated, translational approach to information on drug safety, continuously refining our perception, perhaps exploiting formal Bayesian decision-making strategies as applied commonly in other fields. Postmarketing surveillance or pharmacovigilance might be strengthened considerably by the integration of large-scale databases from third-party payers, provisional periods of drug approval, and access to individual data from industry-sponsored clinical trials for independent analysis. However, such developments must be integrated within a surveillance system that prompts



science in medicine

rapid performance of mechanistic studies to address hypotheses of concern, even when they emerge after drug approval.

*An individualized approach to defining efficacy and risk.* Even though the development strategy of the coxibs largely bypassed their comparative efficacy with rNSAIDs, it is often claimed that these drugs work uniquely in some patients; however, the evidence is strictly anecdotal. It is possible to design studies to determine if there is variability between individuals in the efficacy of NSAIDs and, if so, to provide an explanation. The pharmacological response to administration of distinct selective COX-2 inhibitors is strikingly variable among individuals, in part due to generic sources of variance (59); factors such as body mass, age, and sex may also be of relevance. Similarly, we can easily reduce risk by avoiding these drugs in patients with a high-to-moderate risk of cardiovascular disease. It would also be judicious to exclude from therapy with a selective COX-2 inhibitor patients with recognized prothrombotic environmental exposure (e.g., anovulants) or generic (e.g., factor V Leiden) variants (116). However, given the biological plausibility of the time course of the results of the APPROVe and APC studies, we need to address seriously the possibility that prolonged treatment with coxib-like drugs may predispose gradually to an emerging hazard in those previously at low risk of cardiovascular disease. Does extended therapy with COX-2 inhibitors result in accumulation of atherosclerotic plaque burden in humans? If so, does some combination of biomarkers of drug exposure, mechanism-based risk transformation, and atherogenesis combine with physiological responses (such as the rise in blood pressure) and genetic variants to predict the small number of the individuals treated who progress to clinical events? Such information would then enhance the design of RCTs so that they might provide information of value to individual therapeutic decisions in the future. Simplistic approaches to trial design (117) are likely to be inconclusive. TARGET was announced as a trial in patients at high cardiovascular risk that would provide a definitive answer to the cardiovascular question (118). In fact, too few patients at high risk were recruited for the trial to be powered to exclude a cardiovascular risk from lumiracoxib (82). However, given present evidence, performance of an RCT involving a selective COX-2 inhibitor in high-risk cardiovascular patients (117) is, at the least, ethically questionable.

*A regulatory approach that synthesizes available information in a manner most pertinent to clinical decision making.* Both the FDA and the European Medicines Agency (EMEA) (http://www.emea.eu.int/) concluded that rofecoxib, valdecoxib, and celecoxib conveyed a small but absolute hazard of myocardial infarction and stroke. Rofecoxib and valdecoxib have been withdrawn from the market in the US, Europe, and other jurisdictions. Both agencies agreed that more information was desirable concerning rNSAIDs but reacted in a distinct, but important way. The FDA applied a "black box" warning to celecoxib, which remained on the market, but also to the rNSAIDs (119). The EMEA, in contrast, imposed restrictions on celecoxib (and on entericoxib, which is on the market in some European countries) but con-

cluded that there was no evidence to prompt a change in their advice about rNSAIDs (120). Adding a "black box" to the label of rNSAIDs is likely to mitigate the competitive damage to celecoxib and to diminish the hazard of litigation for all the relevant manufacturers by signaling risk to the consumer. However, an indiscriminate approach to warning about all remaining NSAIDs does not reflect the varied quality of the available evidence and is as practically valuable to patients and their doctors as the present absence of explicit warning about the cardiovascular safety of any of these drugs.

## Conclusions

Just as low-dose aspirin is effective in the secondary prevention of myocardial infarction and stroke and causes a small but definite risk of serious GI adverse effects (121), so selective inhibitors of COX-2 relieve pain and inflammation and convey a small but definite risk of myocardial infarction and stroke. While the preferential inhibition of COX-1 is *sufficient* to explain both the cardiovascular efficacy and adverse GI events observed with low-dose aspirin, so inhibition of COX-2 is *sufficient* to explain the antiinflammatory efficacy and cardiovascular adverse events observed with the coxibs. Despite this, a plethora of additional actions of aspirin have been claimed to explain its action over the past 2 decades (122). The majority of these observations have been made in vitro and/or are of uncertain relevance to aspirin action at therapeutically tolerated doses in vivo. Similarly, a variety of alternative explanations for the cardiovascular effects of COX-2 inhibitors, again based largely on conjecture, in vitro data, and/or drug concentrations unlikely ever to be attained therapeutically have begun to emerge. Given the experience of aspirin, it might be wise to use the razor of William of Occam, the most celebrated proponent of the medieval principle of parsimony, to "shave off" unnecessary concepts, variables, and constructs. One should always choose the simplest explanation of a phenomenon, one that requires the fewest leaps of logic (123).

## Acknowledgments

The authors are supported by grants from the NIH (MO 1RR00040, HL 54500, HL 62250, and HL70128) and the American Heart Association (National Scientist Development grant 0430148N to T. Grosser; Pennsylvania-Delaware Affiliate postdoctoral fellowship to S. Fries). Garret FitzGerald is the Elmer Bobst Professor of Pharmacology.

Note: References S1–S7 are available online with this article; doi:10.1172/JCI27291DS1.

Address correspondence to: G.A. FitzGerald, School of Medicine, Institute for Translational Medicine and Therapeutics, 153 Johnson Pavilion, University of Pennsylvania, Philadelphia, Pennsylvania 19104, USA. Phone: (215) 898-1184; Fax: (215) 573-9135; E-mail: garret@spirit.gcrc.upenn.edu

1. Smyth, E., Burke, A., and FitzGerald, G.A. 2005. Lipid-derived autacoids. In *Goodman & Gilman's The pharmacological basis of therapeutics.* McGraw-Hill. New York, New York, USA. 653–670.

2. Funk, C.D. 2005. Leukotriene modifiers as potential therapeutics for cardiovascular disease. *Nat. Rev. Drug Discov.* 4:664–672.

3. Smith, W.L., DeWitt, D.L., and Garavito, R.M. 2002. Cyclooxygenases: structural, cellular, and molecular biology. *Annu. Rev. Biochem.* 69:145–182.

4. Narumiya, S., and FitzGerald, G.A. 2001. Genetic and pharmacological analysis of prostanoid receptor

function. *J. Clin. Invest.* 108:25–30. doi:10.1172/JCI200113455.

5. Burke, A., Smyth, E., and FitzGerald, G.A. 2005. Analgesic-antipyretic and anti-inflammatory agents and drugs employed in the treatment of gout. In *Goodman & Gilman's The pharmacological basis of therapeutics.* McGraw-Hill. New York, New York, USA. 671–715.

6. Gauler, J.L., et al. 2004. E-prostanoid-4 receptors mediate the proinflammatory actions of prostaglandin E₂ in acute cutaneous inflammation. *J. Immunol.* 173:1321–1326.

7. Murata, T., et al. 1997. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. *Nature.* 388:678–682.

8. Fajardo, M., and DiCesare, P.E. 2005. Disease-modifying therapies for osteoarthritis: current status. *Drugs Aging.* 22:141–161.

9. Rosen, G.D., Birkenmeier, T.M., Raz, A., and Holtzman, M.J. 1989. Identification of a cyclooxygenase-related gene and its potential role in prostaglandin formation. *Biochem. Biophys. Res. Commun.* 164:1358–1365.

10. Hla, T., and Bailey, J.M. 1989. Differential recovery

science in medicine

of prostacyclin synthesis in cultured vascular endothelial vs. smooth muscle cells after inactivation of cyclooxygenase with aspirin. *Prostaglandins Leukot Essent Fatty Acids.* 16:175-181.

11. Schafer, R.J., Sheller, J.R., Oates, J.A., Roberts, L.J. II, and FitzGerald, G.A. 1990. Inhibition of eicosanoid biosynthesis by glucocorticoids in humans. *Proc Natl Acad Sci U S A* 87:6974-6978.

12. Masferrer, J.L., Zweifel, B.S., Seibert, K., and Needleman, P. 1990. Selective regulation of cellular cyclooxygenase by dexamethasone and endotoxin in mice. *J Clin Invest.* 86:1375-1379.

13. Kujubu, D., and Herschman, H. 1992. Dexamethasone inhibits mitogen induction of the TIS10 prostaglandin synthase/cyclooxygenase gene. *J Biol Chem.* 267:7991-7994.

14. O'Banion, M.K., Winn, V.D., and Young, D. 1992. cDNA cloning and functional activity of a glucocorticoid-regulated inflammatory cyclooxygenase. *Proc Natl Acad Sci U S A* 89:4888-4892.

15. Sirois, J., Simmons, D.L., and Richards, J.S. 1992. Hormonal regulation of messenger ribonucleic acid encoding a novel isoform of prostaglandin endoperoxide H synthase in rat preovulatory follicles. Induction in vivo and in vitro. *J Biol Chem.* 267:11586-11592.

16. Patrignani, P., et al. 1997. Differential inhibition of human prostaglandin endoperoxide synthase-1 and -2 by nonsteroidal anti-inflammatory drugs. *J Physiol Pharmacol.* 48:623-631.

17. Warner, T.D., et al. 1999. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclooxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. *Proc Natl Acad Sci U S A* 96:7563-7568.

18. Picot, D., Loll, P.J., and Garavito, M. 1994. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. *Nature.* 367:243-249.

19. Luong, C., et al. 1996. Flexibility of the NSAID binding site in the structure of human cyclooxygenase-2. *Nat Struct Biol.* 3:927-933.

20. Kurumbail, R.G., et al. 1996. Structural basis for selective inhibition of cyclooxygenase-2 by anti-inflammatory agents. *Nature.* 384:644-648.

21. Seibert, K., et al. 1995. Mediation of inflammation by cyclooxygenase-2. *Agents Actions.* 46:41-50.

22. Dewhand, P.J., and Wallace, J. 2005. Emerging roles for cyclooxygenase-2 in gastrointestinal mucosal defense. *Br J Pharmacol.* 145:275-282.

23. Fries, J.F., et al. 2004. The rise and decline of non-steroidal antiinflammatory drug-associated gastropathy in rheumatoid arthritis. *Arthritis Rheum.* 50:2433-2440.

24. Simon, L.S., et al. 1999. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. *JAMA.* 282:1921-1928.

25. Lanza, F.L., et al. 1999. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. *Aliment Pharmacol Ther.* 13:761-767.

26. Langman, M.J., et al. 1999. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. *JAMA.* 282:1929-1933.

27. Silkes, D.H., et al. 2002. Incidence of gastroduodenal ulcers associated with valdecoxib compared with that of ibuprofen and diclofenac in patients with osteoarthritis. *Eur J Gastroenterol Hepatol.* 14:1101-1111.

28. FitzGerald, G.A., and Patrono, C. 2001. The coxibs, selective inhibitors of cyclooxygenase-2. *N Engl J Med.* 345:433-442.

29. McAdam, B.F., et al. 1999. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci U S A* 96:272-277.

30. Catella-Lawson, F., et al. 1999. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemo-

dynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther.* 289:735-741.

31. Patrignani, P., et al. 1999. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. *J Physiol Pharmacol.* 50:661-667.

32. Cremınon, C., et al. 1995. Differential measurement of constitutive (COX-1) and inducible (COX-2) cyclooxygenase expression in human umbilical vein endothelial cells using specific immunometric enzyme immunoassays. *Biochim Biophys Acta.* 1254:341-348.

33. Moncada, S., Higgs, J., and Vane, J.R. 1977. Human arterial and venous tissues generate prostacyclin (prostaglandin X), a potent inhibitor of platelet aggregation. *Lancet.* 1:18-20.

34. Topper, J.N., Cai, J., Falb, D., and Gimbrone, M.A., Jr. 1996. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc Natl Acad Sci U S A* 93:10417-10422.

35. Cheng, Y., et al. 2002. Role of prostacyclin in the cardiovascular response to thromboxane A2. *Science.* 296:539-541.

36. Catella, F., and FitzGerald, G.A. 1990. Measurement of thromboxane metabolites by gas chromatography mass spectrometry. *Methods Enzymol.* 187:42-50.

37. FitzGerald, G.A., Pedersen, A.K., and Patrono, C. 1983. Analysis of prostacyclin and thromboxane biosynthesis in cardiovascular disease. *Circulation.* 67:1174-1177.

38. FitzGerald, G.A., Brash, A.R., Falardeau, P., and Oates, J.A. 1981. Estimated rate of prostacyclin secretion into the circulation of normal man. *J Clin Invest.* 68:1272-1276.

39. Roy, L., Knapp, H., Robertson, R., and FitzGerald, G.A. 1985. Endogenous biosynthesis of prostacyclin during cardiac catheterization and angiography in man. *Circulation.* 71:434-440.

40. Hla, T., and Nielsen, K. 1992. Human cyclooxygenase-2 cDNA. *Proc Natl Acad Sci U S A* 89:7384-7388.

41. Jones, D.A., Carlton, D.P., McIntyre, T.M., Zimmerman, G.A., and Prescott, S. 1993. Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. *J Biol Chem.* 268:9049-9054.

42. Schonbeck, U., Sukhova, G.K., Graber, P., Coulter, S., and Libby, P. 1999. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol.* 155:1281-1291.

43. Belton, O., Byrne, D., Kearney, D., Leahey, A., and Fitzgerald, D.J. 2000. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation.* 102:840-845.

44. FitzGerald, G.A., Smith, B., Pedersen, A.K., and Brash, A.R. 1984. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. *N Engl J Med.* 310:1065-1068.

45. Hennan, J.K., et al. 2001. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. *Circulation.* 104:820-825.

46. Pidgeon, G.P., et al. 2004. Intravascular thrombosis after hypoxia-induced pulmonary hypertension: regulation by cyclooxygenase-2. *Circulation.* 110:2701-2707.

47. Baerkle, M.A., et al. 2004. Selective inhibition of cyclooxygenase-2 induces platelet adhesion in human atheroarterioles in vivo. *Circulation.* 110:2053-2059.

48. Baluuoch, K., et al. 2005. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2 derived prostacyclin. *Circ Res.* 96:e1-e6.

49. Xiao, C.Y., et al. 2004. Roles of prostaglandin I2 and thromboxane A2 in cardiac ischemia-reperfusion

injury: a study using mice lacking their respective receptors. *Circulation.* 104:2210-2215.

50. Dowd, N.P., Scully, M., Adderley, S.R., Cunningham, A.J., and Fitzgerald, D.J. 2001. Inhibition of cyclooxygenase-2 aggravates doxorubicin-mediated cardiac injury in vivo. *J Clin Invest.* 108:585-590. doi:10.1172/JCI200111531.

51. Kobayashi, T., et al. 2004. Roles of thromboxane A2 and prostacyclin in the development of atherosclerosis in apoE-deficient mice. *J Clin Invest.* 114:784-794. doi:10.1172/JCI200421446.

52. Ugan, K., et al. 2004. COX-2 derived prostacyclin confers atheroprotection on female mice. *Science.* 306:1954-1957.

53. Watanabe, H., et al. 2005. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. *Circ J.* 69:124-126.

54. Francois, H., et al. 2005. Hypertension in prostacyclin receptor deficient mice. *Cell Metab.* 2:201-207.

55. Rudic, R.D., et al. 2005. COX-2 derived prostacyclin modulates vascular remodeling. *Circ Res.* 96:1240-1247.

56. Cheng, M.K., McGiff, J.C., and Carroll, M.A. 2003. Renal arterial 20-hydroxyeicosatetraenoic acid levels: regulation by cyclooxygenase. *Am J Physiol Renal Physiol.* 284:F474-F479.

57. Kennedy, C.R., et al. 1999. Salt-sensitive hypertension and reduced fertility in mice lacking the prostaglandin EP2 receptor. *Nat Med.* 5:217-220.

58. FitzGerald, G.A. 2004. Coxibs and cardiovascular disease. *N Engl J Med.* 351:1709-1711.

59. Fries, S., Grosser, T., Lawson, J., DeMarco, S., and FitzGerald, G.A. 2005. Marked interindividual variability in the response to selective inhibitors of cyclooxygenase-2. *Gastroenterology.* Online publication ahead of print.

60. Brune, K., and Hinz, B. 2004. Selective cyclooxygenase-2 inhibitors: similarities and differences. *Scand J Rheumatol.* 33:1-6.

61. McAdam, B., et al. 2000. Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoeicosanoid production to inflammation. *J Clin Invest.* 105:1473-1482.

62. Bombardier, C., et al. 2000. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *N Engl J Med.* 343:1520-1528.

63. Watson, D.J., Rhodes, T., and Guess, H.A. 2003. All cause mortality and vascular events among patients with rheumatoid arthritis, osteoarthritis, or no arthritis in the UK General Practice Research Database. *J Rheumatol.* 30:1196-1202.

64. VanHerken, A., et al. 2000. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol.* 40:1109-1120.

65. Silverstein, F.E., et al. 2000. Gastrointestinal toxicity with celecoxib vs. nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS Study: a randomized controlled trial. *JAMA.* 284:1247-1255.

66. Juni, P., Rutjes, M.A., and Dieppe, P.A. 2002. Are selective COX-2 inhibitors superior to traditional non-steroidal anti-inflammatory drugs? *BMJ.* 324:1287-1288.

67. FitzGerald, G.A. 2003. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. *Nat Rev Drug Discov.* 2:879-890.

68. Mukherjee, D., Nissen, S.E., and Topol, E.J. 2001. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA.* 286:954-959.

69. Ray, W.A., et al. 2002. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet.* 360:1071-1073.

70. Solomon, D.H., et al. 2004. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation.* 109:2068-2073.



science in medicine

71. Solomon, D.H., Schneeweiss, S., Levin, R., and Avorn, J. 2004. Relationship between COX-2 specific inhibitors and hypertension. *Hypertension.* 44:140–145.

72. Bresalier, R.S., et al. 2005. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N. Engl. J. Med.* 352:1092–1102.

73. Kimmel, S., et al. 2005. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. *Ann. Intern. Med.* 142:157–164.

74. White, W.B., Strand, V., Roberts, R., and Whelton, A. 2004. Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis. *Am. J. Ther.* 11:244–250.

75. Anonymous. 2005. Petition to remove the COX-2 inhibitors celecoxib (CELEBREX) and valdecoxib (BEXTRA) from the market. *Public Citizen.* http://www.citizen.org/publications/release.cfm?ID=7358.

76. Cannata, A. Biglioli P., Tremoli E., and Parolari A. 2004. Biological effects of coronary surgery: role of surgical trauma and CPB [letter]. *Eur. J. Cardiothorac.* 26:664.

77. Ott, E., et al. 2003. Efficacy and safety of the cyclooxygenase-2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. *J. Thorac. Cardiovasc. Surg.* 125:1481–1492.

78. Nussmeier, N.A., et al. 2005. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. *N. Engl. J. Med.* 352:1081–1091.

79. Furberg, C., Psaty, B., and FitzGerald, G.A. 2005. Parecoxib, valdecoxib, and cardiovascular risk [editorial]. *Circulation.* 111:249.

80. Zimmermann, N., et al. 2003. Functional and biochemical evaluation of platelet aspirin resistance after coronary artery bypass surgery. *Circulation.* 108:542–547.

81. Solomon, S.D., et al. 2005. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. *N. Engl. J. Med.* 352:1071–1080.

82. Schnitzer, T., et al. 2004. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. *Lancet.* 364:665–674.

83. Topol, E.J. and Falk, G.W. 2004. A coxib a day won't keep the doctor away. *Lancet.* 364:639–640.

84. Jones, R., Jarvis, P., Lewis, J.A., and Ebbutt, A.F. 1996. Trials to assess equivalence: the importance of rigorous methods. *BMJ.* 313:36–39.

85. Scott, G., et al. 2004. Pharmacokinetics of lumiracoxib in plasma and synovial fluid. *Clin. Pharmacokinet.* 43:467–478.

86. Tacconelli, S., Capone, M.L., and Patrignani, P. 2004. Clinical pharmacology of novel selective COX-2 inhibitors. *Curr. Pharm. Des.* 10:589–601.

87. Aldington, S., Shirtcliffe, P., Weatherall, M., and Beasley, R. 2005. Systematic review and meta analysis of the risk of major cardiovascular events with etoricoxib therapy. *N.Z. Med. J.* 118:U1684.

88. Yu, Y., et al. 2005. Differential impact of prostaglandin H synthase 1 knockdown on platelets and parturition. *J. Clin. Invest.* 115:986–995. doi:10.1172/JCI200523683.

89. Catella-Lawson, F., et al. 2001. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. *N. Engl. J. Med.* 345:1809–1817.

90. Wilner, K.D., et al. 2002. Celecoxib does not affect the antiplatelet activity of aspirin in healthy volunteers. *J. Clin. Pharmacol.* 42:1027–1030.

91. Capone, M.L., et al. 2005. Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects. *J. Am. Coll. Cardiol.* 45:1295–1301.

92. MacDonald, T.M., and Wei, L. 2003. Effect of ibuprofen on cardioprotective effect of aspirin. *Lancet.* 361:573–574.

93. Cannon, C., Curtis, S., Bolognese, J.A., and Laine, L. 2005. Cardiovascular outcomes with a COX 2 selective inhibitor vs. a traditional NSAID in patients with osteoarthritis and rheumatoid arthritis: clinical trial design and patient demographics of the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) Study Program. *Am. J. Cardiol.* In press.

94. US Food and Drug Administration. 2005. Briefing package for NDA 21-389 Etoricoxib. http://www.fda.gov/ohrms/dockets/ac/05/briefing/2005-4090B1_31_AA-FDA-Tab-T.pdf.

95. Singh, G., Janes, S., and Triafafilopulos, G. 2001. Risk of serious upper gastrointestinal and cardiovascular thromboembolic complications with meloxicam. *Am. J. Med.* 117:100–106.

96. Mickelwright, R., et al. 2003. Review article: NSAIDs, gastroprotection and cyclo-oxygen-ase-II-selective inhibitors. *Aliment. Pharmacol. Ther.* 17:321–332.

97. Panara, M.R., et al. 1998. Effects of nimesulide on constitutive and inducible prostanoid biosynthesis in human beings. *Clin. Pharmacol. Ther.* 63:672–681.

98. Hedner, T., et al. 2004. Nabumetone: therapeutic use and safety profile in the management of osteoarthritis and rheumatoid arthritis. *Drugs.* 64:2315–2343.

99. Kurth, T., et al. 2003. Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal antiinflammatory drugs. *Circulation.* 108:1191–1195.

100. Hudson, M., Baron, M., Rahme, E., and Pilote, L. 2005. Ibuprofen may alleviate the benefits of aspirin when used for secondary prevention of myocardial infarction. *J. Rheumatol.* 32:1589–1593.

101. Curtis, J.P., and Krumholz, H. 2004. The case for an adverse interaction between aspirin and non-steroidal anti-inflammatory drugs: is it time to believe the hype? *J. Am. Coll. Cardiol.* 43:991–993.

102. Garcia Rodriguez, L., et al. 2004. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. *Circulation.* 109:3000–3006.

103. Graham, D.J., et al. 2005. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclooxygenase 2 selective and non-selective non steroidal anti inflammatory drugs: nested case-control study. *Lancet.* 365:475–481.

104. Hippisley Cox, J. and Coupland, C. 2005. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti inflammatory drugs: population based nested case-control analysis. *BMJ.* 330:1366–1372.

105. Reilly, I.A., and FitzGerald, G.A. 1987. Inhibition of thromboxane formation in vivo and ex vivo: implications for therapy with platelet inhibitory drugs. *Blood.* 69:180–186.

106. Garcia Rodriguez, L.A., and Gonzalez Perez, A.

2005. Long-term use of traditional nonsteroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population. *BMC Med.* 3:17.

107. Capone, M.L., et al. 2004. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. *Circulation.* 109:1468–1471.

108. Fries, S., Grosser, T., and FitzGerald, G.A. 2005. Cyclooxygenase inhibition and blood pressure regulation. In *Hypertension.* E. Mohler, editor. BC Decker. Hamilton, Ontario, Canada. In press.

109. Yang, T., et al. 2000. Influence of genetic background and gender on hypertension and renal failure in COX 2 deficient mice. *Am. J. Physiol. Renal Physiol.* 288:F1125–F1132.

110. Qi, Z., et al. 2002. Opposite effects of cyclooxygenase 1 and -2 activity on the pressor response to angiotensin II. *J. Clin. Invest.* 110:61–69. doi:10.1172/JCI200214392.

111. Aw, T.J., Haas, S.J., Liew, D., and Krum, H. 2005. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. *Arch. Intern. Med.* 165:490–496.

112. Eklund, A., et al. 1985. Coronary flow regulation in patients with ischemic heart disease: release of purines and prostacyclin and the effect of inhibitors of prostaglandin formation. *Circulation.* 71:1113–1120.

113. Forman, J.P., Stampfer, M.J., and Curhan, G.C. 2005. Non-narcotic analgesic dose and risk of incident hypertension in US women. *Hypertension.* 46:500–507.

114. Garcia Rodriguez, L.A., and Hernandez-Diaz, S. 2001. Relative risk of upper gastrointestinal complications among users of acetaminophen and nonsteroidal anti-inflammatory drugs. *Epidemiology.* 12:570–576.

115. Dai, C., Stafford, R.S., and Alexander, G.C. 2005. National trends in cyclooxygenase 2 inhibitor use since market release: nonselective diffusion of a selectively cost-effective innovation. *Arch. Intern. Med.* 165:171–177.

116. Westgate, E., and FitzGerald, G.A. 2005. Pulmonary embolism in a woman taking oral contraceptives and valdecoxib. *PLoS Med.* 2:e197.

117. Herman, M., Krum, H., and Ruschitzka, F. 2005. To the heart of the matter: coxibs, smoking, and cardiovascular risk. *Circulation.* 112:941–945.

118. Hawkey, C.J., et al. 2004. Therapeutic arthritis research and gastrointestinal event trial of lumiracoxib study design and patient demographics. *Aliment. Pharmacol. Ther.* 20:51–63.

119. Anonymous. 2004. Public health advisory: non steroidal anti-inflammatory drug products (NSAIDS). US Food and Drug Administration. http://www.fda.gov/cder/drug/advisory/nsaids.htm.

120. Anonymous. 2005. EMEA press release. European Medicines Agency. http://www.emea.eu.int/pdfs/human/press/pr/24732305.en.pdf.

121. Patrono, C., Garcia Rodriguez, L.A., Landolfi, R., and Baigent, C. 2005. Low dose aspirin for the prevention of atherothrombosis. *N. Engl. J. Med.* 353:49–59.

122. Tegeder, I., Pfeilschifter, J., and Geisslinger, G. 2001. Cyclooxygenase-independent actions of cyclooxygenase inhibitors. *FASEB J.* 15:2057–2072.

123. Beckett, D. 1994. Biography. http://wotug.kent.ac.uk/parallel/www/occam/occam-bio.html.



12135302

Aug 21 2006
9:54PM

# EXHIBIT D

*GARY E SANDER, M.D., PH.D., F.A.C.C., F.A.H.A.*
*CARDIOVASCULAR DISEASES*

1237 BEVERLY GARDEN DRIVE
METAIRIE, LA 70002
504-835-7019(F), 504-458-5717 (C)
gsande3@cox.net

July 10, 2006

Mr. James L. Wright
Attorney at Law
Watts Law Firm
One Congress Plaza
111 Congress, Suite 1010
Austin, TX 78701

RE:   *Robert Garry Smith*

Dear Mr. Wright:

I am board certified by the American Board of Internal Medicine in Internal Medicine and Cardiovascular Diseases as well. I hold fellowship status with the American College of Physicians, American College of Cardiology, the American College of Chest Physicians, and the American Heart Association, and membership in such related organizations as the American Society of Hypertension, the Heart Failure Society of America, the Southern Society of Clinical Investigation, and the American Society of Pharmacology and Experimental Therapeutics. I am also designated as a Specialist in Clinical Hypertension by the American Society of Hypertension. I serve as a Physician Advisor for the Louisiana Health Care Review, Inc, which is the peer review organization for CMS in Louisiana. In my present positions as Professor of Medicine in the Sections of Cardiology at Louisiana State University Health Sciences Center and Adjunct Professor at Tulane University Health Sciences Center in New Orleans, I supervise medicine house staff and cardiology fellows in the practice of cardiology. I also maintain

Medical Report Robert Garry Smith
July 10, 2006

a private cardiology practice with Canal Street Cardiology Associates in New Orleans. I have authored over 100 publications dealing with various aspects of Cardiovascular Medicine, and have taught and lectured extensively in these areas as well. My qualifications and experience are more specifically listed in the attached curriculum vitae. My knowledge, training, and experience have made me extremely familiar with the issues concerning use and toxicity of NSAID and COX-2 drugs; I estimate that I have spent over 100 hours, not specifically related to VIOXX litigation cases, reviewing, writing, and presenting topics related to these issues. A comprehensive list of articles and materials that I have reviewed is attached. I am also very familiar with medicolegal proceedings; a list of my depositions and court appearances is also attached.

It is well established that heart disease represents a very major epidemiological problem in the United States, such that the NIH as well as the pharmaceutical industry have expended billions of dollars in an attempt to better understand the pathophysiological mechanisms driving these cardiovascular events and trying to develop more effective treatments and prevention measures. While much of the causation of cardiovascular events can be related to the presence of risk factors including dsylipidemias, cigarette smoking, hypertension, and diabetes, it is clear that additional factors, including increases in blood pressure and increases in the activation and aggregation of blood platelets, together with impairment of the cardiovascular system's ability for autoregulation and defense, can play substantial roles in the development of cardiovascular events. One of the major breakthroughs in clinical pharmacology has been the demonstration of the effectiveness of aspirin in both preventing as well as reducing

2

Medical Report Robert Garry Smith
July 10, 2006

the severity of ongoing cardiovascular events, especially myocardial infarction. Aspirin
produces its effects by interfering with the activation and aggregation of blood platelets,
an event that occurs in response to vascular tissue injury and in turn results in activation
of blood clotting factors and then clot formation, often leading to vascular obstruction and
tissue injury, such as myocardial infarction. This has highlighted the importance of blood
platelets in modulating the extent of tissue injury and repair, and led to the development
of additional drugs, such as Plavix and GpIIb-IIIa inhibitors, as even better platelet
inhibitors and therapeutic agents. Thus it is not surprising that drugs that increase platelet
aggregation, such as the potent COX-2 inhibitor VIOXX, have been demonstrated to
increase the number of cardiovascular events; nor should it be surprising that this increase
in events would be more apparent in patients with pre-existing atherosclerosis, who
already have vascular obstructive disease and are at greater risk for subsequent events
augmented by platelet aggregation.

The cyclooxygenase (COX) system functions to produce a family of prostanoids,
including $PGD_2$, $PGE_2$, $PGF_{2\alpha}$ (prostacyclin), and $TxA_2$ (thromboxane), which modulate
a variety of biological functions. In this system arachidonic acid is generated from
membrane-bound phospholipids by the enzyme phospholipase $A_2$. Cyclooxygenase–1
(COX-1) is a constitutive (present normally) enzyme that produces prostaglandins that
mediate gastrointestinal mucosal integrity, platelet aggregation, and renal function.
Cyclooxygenase-2 (COX-2) is an inducible enzyme that contributes to inflammatory
responses and carcinogenesis. However, COX-2 is constitutive in kidney and brain, and
both COX-1 and COX-2 are expressed at sites inflammation. COX-2 is unregulated in

3

Medical Report Robert Garry Smith
July 10, 2006

high renin states, such as salt depletion, ACE inhibition and angiotensin receptor blockade, and renovascular hypertension.  Importantly, COX-1 catalyzes the conversion of arachidonic acid to $TxA_2$ and $PGI_2$, prostaglandins that play a critical role in platelet–vessel wall interactions. $TxA_2$, the major product of blood platelet COX-1, is a vasoconstrictor and plays an important role in platelet aggregation.  $PGI_2$, mainly produced by the endothelium, is a potent vasodilator and antiplatelet factor; an increase in the concentration of $TxA_2$ relative to that of $PGI_2$ results in a prothrombotic of hypercoaguable state.

Aspirin acetylates and irreversibly inhibits COX-1; nonsteroidal anti-inflammatory drugs (NSAIDs) variably and reversibly inhibit both COX-1 and COX-2 activity.  COXIBS are relatively selective COX-2 inhibitors, with rofecoxib more selective than celecoxib. Although it was previously thought that COX-1 was responsible for $PGI_2$ production in normal endothelial cells it is now apparent that COX-2 also contributes significantly to $PGI_2$ biosynthesis in humans.  COX-2 inhibitors, by selectively reducing endothelial $PGI_2$ production, appear to cause unopposed $TxA_2$ activity and thus lead to a prothrombotic state. Furthermore, at least in certain animal models, interruption of $PGI_2$ accelerates the development and progression of atherosclerosis. This suggests that selective inhibition of COX-2 can disrupt the physiological balance between $TxA_2$ and $PGI_2$ and thus increase the risk of atherosclerosis, thrombogenesis, and the risk of cardiovascular complications.  This critically important interaction between platelet activation and aggregation, represented by $TxA_2$ and the integrity of vascular defense mechanisms, represented by $PGI_2$, is

4

Medical Report Robert Garry Smith
July 10, 2006

illustrated in the attached figure from Dr. Antman's peer-reviewed and published article.
(*Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk.*
*Circulation2005;112(5):759 - 70.*)

Mechanisms within the kidney are also vitally important. Prostaglandins
modulate microvascular hemodynamics, tubular salt and water reabsorption, and renin
release. $PGE_2$ decreases tubular $Na^+$ reabsorption. $PGI_2$ stimulates renin release, in turn
stimulating aldosterone secretion and an increased $K^+$ secretion at the distal nephron.
$PGI_2$ is also a potent vasodilator that preserves renal perfusion in conditions associated
with decreased actual or effective circulating volume. Reduction in $PGI_2$ may lead to
hyperkalemia and even acute renal failure. Under physiologic conditions COX-2 appears
to be the dominant contributor to $Na^+$, $Cl^-$, and water homeostasis. Thus a reduction in
renal production of $PGE_2$ may result in $Na^+$ and water retention with resultant edema,
increase in blood pressure, and potentially congestive heart failure.

Thus potent COX-2 inhibitors such as VIOXX can increase blood pressure and
blood coagulability; the increased blood pressure will increase shear stress forces in such
blood vessels as the coronary arteries, thus increasing the risk of vulnerable plaque
rupture, then increasing the likelihood of platelet activation and aggregation (clumping),
leading to activation of blood protein coagulation factors, blood clot formation, arterial
obstruction, and finally acute coronary syndromes including stroke and myocardial
infarction.

Clinical data now clearly indicate that these mechanisms are operative in
increasing the rate of cardiovascular events in humans; recognition of these data has led

5

Medical Report Robert Garry Smith
July 10, 2006

Merck to withdraw VIOXX from the market. Examination of clinical trials such as Merck 090, VIGOR, and ADVANTAGE have demonstrated that cardiovascular event rates can increase at least as early as 4 to 6 weeks after initiating VIOXX treatment. The APPROVe Trial was a long-term, multi-center, randomized, placebo-controlled, double blind trial designed to determine the effect of three years of treatment with rofecoxib (25 mg daily) on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colonic adenomas but no cardiac history. A total of 46 rofecoxib patients had a confirmed thrombotic event (1.50 events per 100 patient-years), compared to 0.78 events per 100 patient-years on placebo, representing a relative risk for thrombotic events of 1.92 (95% CI 1.19 to 3.11, p=0.008). Although it was this trial that led to the withdrawal of VIOXX, several other trials and combined or meta-analyses have indicated an even higher relative risk. Although Merck's position from APPROVe was that the relative risk of VIOXX-induced events only became apparent after 18 months of therapy, further data analysis now indicates that the risk appears to have occurred throughout the trial. Interestingly, the cumulative incidence of thrombotic events and the cumulative incidence of congestive heart failure, pulmonary edema, or cardiac failure began to separate as early as 6 months into the trial (rofecoxib vs placebo p = 0.004). Thus time on drug no longer seems to be an issue in the causation of cardiovascular events.

I have reviewed the following medical records detailing Mr. Smith's claims that VIOXX contributed substantially to his myocardial infarction:

1. Robert G.Smith's deposition, dated June 15, 2006;

2. Dr. Daniel J. Courtade's deposition, dated June 22, 2006;

6

Medical Report Robert Garry Smith
July 10, 2006

3.  Amended Plaintiff Profile Form;

4.  Medical chronology;

5.  Dr. Daniel J. Courtade's records ;

6.  St. Luke's Hospital records for MI treatment;

7.  St. Elizabeth's Medical Center MI treatment records;

8.  St. Elizabeth's Medical Center comprehensive treatment records;

9.  Patient First Physicians Group records;

10. Hand Surgery Specialists Northern Kentucky records;

11. CVS Pharmacy records;

12. Wal-Mart records;

13. Greater Cincinnati Orthopedic records;

14. Dr. Michael A. Grefer/Commonwealth Orthopedic Center records;

15. Dr. Courtade's angiograms including ventriculogram and stenting (CD-ROM).

By way of brief review of Mr. Smith's medical history, he was free of clinical evidence of cardiovascular disease until the time of his myocardial infarction on February 17, 2003. Treatment with VIOXX had been initiated on October 2, 2002. Although it is unclear as to the exact number of tablets that he had received, it is documented on the St. Elizabeth Interdisciplinary Data Base Form that was completed by nursing staff on February 17, 2003, that he had taken VIOXX on the day of his presentation with acute myocardial infarction. It is important to note that Mr. Smith was not aware of the possible adverse effects of VIOXX at this time. Mr. Smith suffered an acute inferoposterolateral and probable right ventricular myocardial infarction, documented

7

Medical Report Robert Garry Smith
July 10, 2006

both by electrocardiogram and elevation of cardiac enzyme levels in his blood. Fortunately, he received early thrombolytic treatment at St. Luke's Hospital, followed by emergency angioplasty at St. Elizabeth's Hospital, thus limiting the extent of myocardial damage. Dr. Courtade did document a wall motion abnormality by ventriculography. Although he classified this myocardial infarction as non-transmural, in fact an electrocardiogram recorded on March 11, 2004, at Patient First over one year after his myocardial infarction, showed marked left axis deviation together with tall R and T waves in lead $V_1$, indicative of an inferoposterior transmural scar. I find no documentation of any cardiac imaging performed since February 2003 that would suggest that this electrocardiographic finding does not represent transmural myocardial scarring. Thus, Mr. Smith has suffered a myocardial infarction, the residual of which is **at least** an increased risk of future cardiovascular events and the psychological burden of having suffered a heart attack.

There is clinical evidence to suggest that Mr. Smith may have had pre-existing cardiovascular disease, thus putting him at even greater risk for VIOXX-related cardiovascular complications. Dr. Sommerkamp, a hand surgeon, evaluated Mr. Smith on September 6, 2000, for hand osteoarthritis. In his medical record, he states that X-rays of Mr. Smith's hands revealed vascular wall calcifications in his left radial and right radial and ulnar arteries. Dr. Sommerkamp proceeded to recommend that Mr. Smith be screened for cardiovascular risks factors. The subsequent screening yielded evidence of increased body mass index and a mild dyslipidemia, with HDL of 39 mg/dL, LDL of 140 mg/dL, and triglycerides of 218 mg/dL. The target HDL should have been greater than 40

8

Medical Report Robert Garry Smith
July 10, 2006

mg/dL, the triglycerides less than 150 mg/dL, and the LDL probably less than 130 mg/dL. Blood pressures were quite variable, which I believe indicates lack of precision in the way that these pressures were recorded.   As an example, the two recorded pressures immediately prior to initiation of VIOXX were 120/82 mm Hg on May 1, 2002, and 120/92 mm Hg on August 26, 2002, with no reason for a 12 mm Hg difference in diastolic blood pressure other than lack of appropriate precision in recordings.  In fact, sitting blood pressure recordings for the previous two years had been 136/84 mm Hg, 130/90 mm Hg, 136/90 mm Hg, 120/70 mm Hg, and 130/92 mm Hg.  Mr. Smith also took medication for erectile dysfunction; erectile dysfunction is often indicative of cardiovascular disease.  He did have a family of history of ischemic heart disease in a paternal uncle and a younger brother, but it is difficult to fully understand the significance of this particular risk factor without further information about these individuals (cigarette smoking, etc).  Very importantly, Mr. Smith had no evidence of diabetes or even glucose intolerance and no cigarette smoking history, and had maintained a very active lifestyle, including aerobic workouts.  Such activity was ultimately limited by his knee pain, but he was at least walking and playing golf until the time of knee surgery on October 30, 2002.

Mr. Smith's myocardial infarction occurred in the context of unusually intense physical exertion – shoveling snow in freezing temperatures, followed by a shower.  In my opinion, Mr. Smith's clinical situation was one in which VIOXX would be expected to substantially contribute to the final myocardial event.  The issues at play here are not only the stress of physical exertion, but also the confounding effects of vasoconstriction due to cold, followed by vasodilatation during the shower.  This combination would result

9

Medical Report Robert Garry Smith
July 10, 2006

in increased blood pressure (superimposed upon his baseline at least borderline hypertensive state) and coronary blood flow, **markedly** increasing shear stress in his coronary arteries and leading to rupture of a previously non-hemodynamically significant atherosclerotic plaque with resultant platelet aggregation and clot formation.   This interaction then produced coronary artery occlusion and acute myocardial infarction; in fact, a clot was visible in the right coronary artery during angiography.   In such circumstances the **normally protective** effect of $PGI_2$ in antagonizing platelet aggregation would be reduced or absent due to VIOXX effect, and the both the likelihood of plaque rupture and the extent of clot formation leading to coronary occlusion would be greatly enhanced.

In further support of this pathophysiological mechanism, the medical records do suggest that Mr. Smith's blood pressures, particularly his systolic blood pressure, did increase after starting VIOXX, as evidenced by systolic blood pressure recordings of 154 mm Hg on October 30, 2002, 148-160 mm Hg in the PACU after knee arthroplasty on the same date, and 167 mm Hg at presentation on February 17, 2002.   Importantly, further data analysis from APPROVe has suggested that any systolic blood pressure excursion above 160 mm Hg is associated with an even greater increase in myocardial infarction rate relative to placebo control.   It is critical to understand that it is the systolic blood pressure that is more closely related to cardiovascular events than is the diastolic blood pressure.   At the time of his discharge from the hospital, Mr. Smith was specifically instructed as to "No VIOXX;" his lipid status was assessed during hospitalization and not felt to require specific pharmacologic treatment.

10

Medical Report Robert Garry Smith
July 10, 2006

It is my opinion, that, more likely than not, VIOXX contributed substantially to the development of Mr. Smith's coronary occlusion and myocardial infarction on February 17, 2002, principally by inhibiting the potential protective effects of $PGI_2$ generation in antagonizing the platelet aggregating effect of unopposed $TxA_2$ in a clinical situation of increased risk of a myocardial event; again I would refer to Dr. Antman's diagram in explaining this interaction   VIOXX induced increases in blood pressure, superimposed upon already borderline hypertension, contributed to increased coronary artery sheer stress and plaque rupture.   Furthermore, VIOXX may well have also contributed to the progression of atherosclerosis at the right coronary site.

Please feel free to contact me if you will need further information from me concerning this report.  Thank you.

Sincerely,

Gary E. Sander, M.D., Ph.D., F.A.C.C., F.A.H.A.
Adjunct Professor of Medicine, Section of Cardiology
Tulane University Health Sciences Center

11

Medical Report Robert Garry Smith
July 10, 2006



Illustration 1 . The consequences of COX-2 inhibition upon the levels of the thrombotic thromboxane TXA$_2$ and the protective prostacyclin PGI$_2$. From Antman EM, DeMets D, Loscalzo J. *Cyclooxygenase inhibition and cardiovascular risk*. Circulation 2005; *112(5):759-70*.

12



12135302

Aug 21 2006
9:54PM

# EXHIBIT E

The NEW ENGLAND JOURNAL of MEDICINE

---

ORIGINAL ARTICLE

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D.,
James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D.,
Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D.,
Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D.,
for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

---

## ABSTRACT

**BACKGROUND**

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

**RESULTS**

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two groups.

**CONCLUSIONS**

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@mdanderson.org

*The members of the APPROVe Trial are listed in the Appendix.

N Engl J Med 2005;352
Copyright © 2005 Massachusetts Medical Society

BRESALIER-1

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

ONSTEROIDAL ANTIINFLAMMATORY drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment or prevention of atherosclerosis and various cancers.[1,2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not a straightforward proposition. COX-2 inhibition has several effects that could increase the risk of cardiovascular disease, including reducing prostacyclin levels, increasing blood pressure, decreasing angiogenesis,[3-11] and destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than nonselective nonsteroidal antiinflammatory drugs (NSAIDs).[13] In one trial,[13] there were more cardiovascular events among patients given a high dose of rofecoxib than among those given naproxen, an NSAID with platelet-inhibiting properties of unclear clinical relevance.[4,5,14-16] Pooled data from other randomized trials have not shown a significant difference in cardiovascular risk between rofecoxib and placebo or other nonselective NSAIDs.[4,5,17] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies suggested that there was no effect, some suggested that the risk was increased only at high doses, and others indicated a possible increase in the risk of cardiovascular events at standard or unspecified doses.[6,9,11,18-21]

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was designed to evaluate the hypothesis that three years of treatment with rofecoxib would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Potential thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety-monitoring committee. We report the cardiovascular findings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men and women who were at least 40 years old were eligible if they had had at least one histologically confirmed large-bowel adenoma removed within 12 weeks before study entry and were not anticipated to need long-term NSAID therapy (including high-dose aspirin) during the study. Initially, patients who were taking low-dose aspirin (no more than 100 mg daily) were excluded from the study. However, in May 2000, after the results of the Vioxx Gastrointestinal Research (VIGOR) trial[13] had become available, the protocol was amended to allow randomized subjects to take low-dose aspirin (no more than 100 mg daily) for cardiovascular protection. The proportion of subjects taking low-dose aspirin at enrollment was capped at 20 percent because of the possible chemopreventive effects of the drug.[22] Exclusion criteria were evidence of uncontrolled hypertension (defined by a blood pressure of more than 165/95 mm Hg); angina or congestive heart failure, with symptoms evoked by minimal activity; myocardial infarction, coronary angioplasty, or coronary-artery bypass grafting within the preceding year; or stroke or transient ischemic attack within two years before screening.

Written informed consent was obtained from all patients. The institutional review board at each center approved the study.

### TREATMENT

The randomized treatment period was preceded by a six-week, single-blind, placebo run-in period to assess patients' compliance. Patients who took at least 80 percent of their tablets during the placebo run-in period were randomly assigned to receive either one 25-mg tablet of rofecoxib per day (the maximal recommended long-term daily dose) or one identical-appearing placebo tablet per day for three years. The computer-derived randomization was stratified according to the clinical center and the use or nonuse of low-dose aspirin, with blocks of 2. Patients, investigators, and sponsor personnel who monitored the study, other than the unblinded study statistician, were unaware of the treatment assignments.

Patients were evaluated clinically at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121, 138, 156, and 158 or after the discontinuation of

2-BRESALIER

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB



Figure 1 Enrollment, Randomization, and Outcomes.
The original study design included a group assigned to receive 50 mg of rofecoxib per day; 26 patients had been assigned to this treatment before it was decided not to proceed with this group.

treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

CARDIOVASCULAR EVENTS
Monitoring and analysis of the cardiovascular events in the trial were part of a planned assessment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of the study drug. Serious vascular events were reviewed in a blinded fashion by adjudication committees, which confirmed events that met prespecified case definitions for two sets of events. Thrombotic events included fatal and nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and non-

fatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[23] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. Other relevant but not independently adjudicated events were also analyzed, including hypertension-related events, edema-related events, and the combined end point of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming cardiovascular events was prespecified in the protocol. All serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all deaths (regardless of cause) were prespecified as eligible for adjudication according to standard procedures for rofecoxib studies initiated by the spon-

BRESALIER-3

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005
Copyright © 2005 Massachusetts Medical Society  All rights reserved

*The* NEW ENGLAND JOURNAL *of* MEDICINE

sor in 1998. For each eligible event, source documents were collected and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Decisions were made on the basis of majority rule with the use of prespecified criteria.

### STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. The investigators had full and unfettered access to the data. A statistician who was aware of patients' study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8 2). All patients who underwent randomization and took at least one dose of study

medication were included in the analyses. For confirmed serious thrombotic events and the APTC end point, event rates were determined and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[24] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the logarithm of time and the assigned treatment in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

### RESULTS

#### PARTICIPANTS

A total of 3260 patients were screened for the study, of whom 2586 were deemed to be eligible; 1287 of the eligible patients were randomly assigned to receive rofecoxib, and 1299 to receive placebo (Fig. 1). The two groups were generally similar with regard to baseline characteristics, including age, sex, use or nonuse of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (in 20 percent of the rofecoxib group and 19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent

| Table 1. Baseline Characteristics of the Patients. | | |
|---|---|---|
| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
| Age (yr) | | |
|   Mean | 59 | 59 |
|   Range | 40–96 | 40–86 |
| Height (cm) | | |
|   Mean | 170 | 170 |
|   Range | 137–198 | 133–199 |
| Weight (kg) | | |
|   Mean | 81 | 81 |
|   Range | 38–160 | 34–159 |
| Male sex (%) | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Use of antihypertensive medication (%) | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of symptomatic atherosclerotic cardiovascular disease (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

* Race was self-reported.
† Low-dose aspirin was defined as 100 mg per day or less.
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for cardiovascular disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use

4-BRESALIER

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005
Copyright © 2005 Massachusetts Medical Society  All rights reserved

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

and 28 percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

The study was terminated on September 30, 2004, approximately two months ahead of the planned date of completion, at the recommendation of the external safety-monitoring board and the steering committee. At the time of termination, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent vs. 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group),

and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

INCIDENCE OF THROMBOTIC EVENTS AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between the two groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo group; sudden death from cardiac causes occurred

| Table 2. Incidence of Adjudicated Thrombotic Adverse Events.* | | | | | |
|---|---|---|---|---|---|
| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Total | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| Cardiac events | 31 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Myocardial infarction | 21 | | 9 | | |
| Fatal myocardial infarction | 2 | | 3 | | |
| Sudden death from cardiac causes | 3 | | 1 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| Cerebrovascular events | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| Peripheral vascular events | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

BRESALIER-5

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE



No. at Risk
Rofecoxib  1287  1129  1057  989  938  896  727
Placebo    1299  1195  1156  1079  1042  1001  835

**Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.**
Vertical lines indicate 95 percent confidence intervals.

in three patients in the rofecoxib group and one in the placebo group; ischemic stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; history; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the rel-

ative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

NONADJUDICATED CARDIOVASCULAR EVENTS
As compared with the placebo group, the rofecoxib group had higher percentages of patients with hypertension-related events and edema-related events. The Kaplan–Meier curves for the cumulative incidence of congestive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation of the two groups (at approximately five months) with no significant departures from proportional hazards over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hypertension were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for the combined end point (data not shown).

During the trial, the rofecoxib group had mean (±SE) increases of 3.4±0.4 mm Hg in systolic blood pressure and 0.9±0.2 mm Hg in diastolic blood pressure, as compared with respective changes of −0.5±0.3 mm Hg and −0.8±0.2 mm Hg in the placebo group (P<0.01 for the comparison between the two groups). Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The mean arterial pressure throughout the study, included as a time-varying covariate, did not materially modify

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005
Copyright © 2005 Massachusetts Medical Society  All rights reserved

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment. The overall risk did not appear to be significantly influenced by baseline or subsequent use of low-dose aspirin. In addition, there was an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, which occurred much earlier in the study.

Thromboxane $A_2$, a major COX-1–mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis,[25] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[12] In addition, COX-2 plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether the partial inhibition of COX-1 by various nonselective NSAIDs offsets any adverse cardiovascular effects of COX-2 inhibition, since this possibility has not been evaluated explicitly in trials.

The VIGOR study[13] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these fac-



Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).
Vertical lines indicate 95 percent confidence intervals.

| No. at Risk | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
| Rofecoxib | 1287 | 1132 | 1060 | 996 | 948 | 906 | 736 |
| Placebo | 1299 | 1197 | 1159 | 1083 | 1045 | 1007 | 841 |

tors.[26] A recent meta-analysis[21] suggested that the magnitude of any cardioprotective effect of naproxen is unlikely to account entirely for these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or conventional NSAIDs other than naproxen have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B or phase 3 trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and various nonselective NSAIDs.[5] A pooled analysis of data from more than 28,000 patients with various diseases (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5), including patients from the VIGOR trial, also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with placebo or NSAIDs other than naproxen.[4] This analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[5] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib suggested an increased relative risk among patients taking rofecoxib, as compared with those taking naproxen, but not placebo.[22] Dif-

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

**Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.***

| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| | No at Risk | No of Events | No of Patient-yr at Risk | Rate/100 Patient-yr | No at Risk | No of Events | No of Patient-yr at Risk | Rate/100 Patient-yr | | |
| **Confirmed event** | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1019 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| **APTC end point** | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

* CI denotes confidence interval, and APTC Antiplatelet Trialists' Collaboration

ferences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction among new users of rofecoxib as compared with control subjects,[18] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the findings in the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[19] showed an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other inves-

tigator-reported cardiovascular events known to be associated with NSAID use, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial, a finding that is consistent with the previously reported renovascular effects of NSAIDs. These changes in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks and an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the explanation for the excess cardiovascular risk in our study. However, hemodynamic changes could have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofecoxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case–control study[20] suggested that the odds of nonfatal myocardial infarction differ between patients who take

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

| Adverse Event† | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Hypertension | 377 (29.3) | 14 9 | 219 (16 9) | 7 3 | 2.02 (1.71–2.38) |
| Serious event | 11 | | 1 | | |
| Edema | 111 (8.6) | 3 8 | 76 (5 9) | 2 4 | 1.57 (1 17–2 10) |
| Serious event | 3 | | 0 | | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1 3) | 0.6 | 4 (0 3) | 0 1 | 4 61 (1 50–18.83) |
| Serious event | 12 | | 2 | | |

Table 4. Incidence of Nonadjudicated Cardiovascular Adverse Events.*

* The total duration of follow up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability

rofecoxib and those who take celecoxib, and a nested case–control study[29] also suggested that there are differences in the risk of serious coronary heart disease between the two agents Elsewhere in this issue of the *Journal*, Nussmeier et al report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up.[28] Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were assigned to receive placebo,[29] leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.

Drs Bresalier, Sandler, Riddell, Morton, Lanas, and Baron report having received consulting fees from Merck Research Laboratories Dr Baron also reports having served as an unpaid consultant to Bayer Dr Konstam reports having received consulting fees from Merck Mr Bolognese and Drs Quan, Oxenius, Horgan, and Lines are employees of Merck, and Drs Quan, Bolognese, Oxenius, Horgan, and Lines own equity in the company

APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — J.A. Baron (chair), R.S Bresalier, R.S Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius (nonvoting member), J.A. Bolognese (nonvoting member) K. Horgan (nonvoting member); External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Bjorkman, R. Logan, H. Quan (nonvoting member); Adjudication Committees — Cardiology: L.S. Dreifus, G. Vetrovec. B Chaitman; Neurology: H. Adams, J P Mohr, J. Zivin; Peripheral Vascular: J. Ginsberg, C. Kearon, T Rooke; Gastrointestinal: M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N Auber, Tel Aviv Sourasky Medical Center, Tel Aviv; J.M.P. Badia, Hospital Clinic I Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Baistrocchi, Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan, Italy; I. Bolin, Prince of Wales Hospital, Randwick, Australia; R M. Bostick, Palmetto Health South Carolina Cancer Center, Columbia; R S Bresalier, A A Dekovich, T Ben-Menachem, S K Batra, Henry Ford Hospital, Detroit; E Brnun, J Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C. Burke, Cleveland Clinic Foundation, Cleveland; E Butruk, Akademia Medyczna w Warszawie, Warsaw; L. Capurso, Azienda Ospedaliera San Filippo, Rome; J P. Cello, San Francisco General Hospital, San Francisco; S Chaussade, Hospital Cochin Saint-Jacques, Paris; D.P. Cleland, Montreal General Hospital, Montreal; G. Costamagna, Universita Cattolica del Sacro Cuore, Rome; P. Crone, Kobenhavns Amtssygehus i Glostrup, Glostrup, Denmark; E.V. Cutsem, Universitaire Ziekenhuizen, Leuven, Belgium; G.R. D'Haens, Imeldaziekenhuis, Bon Heiden, Belgium; W. Dekker, J. Ferwerda, Kennemer Gasthuis, Haarlem, the Netherlands; E. Dominguez-Munoz, Hospital de Conxo, La Coruna, Spain; D S. Eskreis, R.E. Tepper, Long Island Clinical Research Associates, Great Neck, N.Y.; R Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M. Farkkila, University Central Hospital, Helsinki; G.M. Fugarolas, J.F. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Instituto Nazionale Per la Ricerca Sul Cancro. Genoa. Italy; M J. Goldstein, Long Island Gastrointestinal Research Group, Great Neck. N Y.; F. Gomollon-Garcia. Hospital Universitario Miguel Servet, Zaragoza. Spain; P. Gandrup. Aalborg Sygen

BRESALIER-9

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005
Copyright © 2005 Massachusetts Medical Society All rights reserved.

Case 2:05-md-01657-EEF-DEK Document 8758-3 Filed 11/16/06 Page 37 of 42

hus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de São Paulo, São Paulo; M. Haque. S. Parry, Middlemore Hospital, Auckland. New Zealand; R. Hardi, Metropolitan Gastroenterology Group. Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center. Dallas; S.M. Harris. N.B. Vakil. Aurora Sinai Medical Center. Milwaukee; P.R. Holt. D.P. Kotler. Saint Luke's–Roosevelt Hospital. New York; P.A. Holt. Endoscopic Microsurgery Associates. Towson. Md.; R.W. Hellstrantz. Karolinska Universitetssjukhuset-Solna, Stockholm; S.H. Itzkowitz. Mount Sinai Medical Center. New York; R.F. Jacoby. University of Wisconsin Medical School, Madison; K.E.J. Jensen. Centralsygehuset Esbjerg Varde. Esbjerg. Denmark; J.E. Johanson, Rockford Gastroenterology Associates. Rockford, Ill.; P.W. Jorgensen. Bispebjerg Hospital, Copenhagen; K.E. Kim. University of Chicago Medical Center, Chicago; P. Knoflach, AKH Barmherzige. Schwestern vom heiligen Kreuz, Wels. Austria; M. Koch. Capital Gastroenterology Consultants, Silver Spring, Md.; B. Koch. St. Vincenz Krankenhaus. Datteln, Germany; A. Lanas. University Clinical Hospital. Zaragoza, Spain; M.R. Lane. Auckland City Hospital. Auckland. New Zealand; T.R. Liebermann, Radiant Research. Austin, Tex.; M. Lukas, Univerzita Karlova. Prague; C.M. Schmitt. Southern Clinical Research, Chattanooga. Tenn.; F. Macrae. Cabrini Hospital. Malvern. Australia; E.E. Maiza. Hospital Jose Joaquin Aguirre, Santiago, Chile; N.E. Marcon. Toronto; R.D. Marks. Alabama Digestive Research Center. Alabaster; C.E. Martinez. Hospital Militar Central, Bogota, Colombia; R. McLeod. Mount Sinai Hospital. Toronto; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como. Italy; M. Montoro, Hospital San Jorge. Huesca, Spain; A. Montoya, Clinica Shaio. Bogota, Colombia; G. Morelli, Optimum Clinical Research, Montreal; D.G. Morton. Queen Elizabeth Hospital Edgbaston. United Kingdom; T.J. Myrhoj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame Tournai, Belgium; V. Narayen. Gastrointestinal Diagnostic Center. Baltimore; Y. Niv Rabin Medical Center. Petah Tikva, Israel; P.M. Pardoll, S. Scheinert. Center for Digestive Diseases, St. Petersburg. Fla.; C. Phino, J.M. Soares, Celestial Ordem Terceira da Santissima, Porto. Portugal; I. Pokorny, Prerov. Czech Republic; J. Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia. Spain; T. Ponchon. Hospital Edouard Herriot. Lyon, France; J.H. Pressman. San Diego Digestive Disease Consultants, San Diego. Calif.; V. Prochazka. Fakultni Nemocnice Olomouc, Olomouc, Czech Republic; J.M. Provenza. Louisiana Research Center, Shreveport; W.S. Putnam, Seattle Gastroenterology Associates. Seattle; E. Quintero-Carrion. Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman. V. Raj. University of Arkansas for Medical Sciences. Little Rock; D.K. Rex. Indiana University Hospital. Indianapolis; E.P. Rossini. M. Spandre. Azienda Sanitaria Ospedaliera, Turin. Italy; R.I. Rothstein. Dartmouth Hitchcock Medical Center, Lebanon. N.H.; A.K. Rustgi. University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schmeizer, Sunninghill Clinic. Sandton. South Africa; R.E. Schoen, University of Pittsburgh Medical Center. Pittsburgh; T.T. Schubert, Allenmore Medical Center, Tacoma, Wash.; H.L. Schwartz. Miami Research Associates, Miami; E. Segal, Hospital General de Agudos Carlos G. Durand. Buenos Aires; F. Seow-Choen. K.W. Eu. Singapore General Hospital, Singapore; N.R. Shah, Philip J. Bean Medical Center. Hollywood. Md.; N. Skandalis. Peripheral General Hospital. Athens; P.L. Szego, Royal Victoria Hospital. Montreal; N. Toribara. University of Colorado Health Sciences Center, Denver; J. Torosis, Gastrointestinal Research, Redwood City. Calif.; D.K. Turgeon. University of Michigan. Ann Arbor; S.W. Van der Merwe. Pretoria, South Africa; R. VanStolk, C.W. Howden, Northwestern University. Chicago; P. Vergauwe. Algemeen Ziekenhuis Groeninge. Kortrijk Belgium; B. Vergeau, C. Nizou. Hopital d'Instruction des Armees, Paris; G. Winde, Klinikum Kreis Herford, Herford. Germany; J. Wolosin, M.W. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper. P.L. Yudelman, Digestive Health Physicians. Fort Myers. Fla.; B.C.Y. Wong. University of Hong Kong Queen Mary Hospital. Hong Kong; J.P. Wright Kinsbury Hospital. Claremont. South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera. Crema. Italy.

REFERENCES

1. Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4:431-6.

2. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.

3. Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

4. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.

5. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146:591-604.

6. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.

7. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

8. Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.

9. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.

10. Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2–specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001;8:85-95. [Erratum, Am J Ther 2001;8:220.]

11. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90:959-63.

12. Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.

13. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

14. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]

15. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. (Erratum, Arch Intern Med 2002;162:1779.)

16. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

17. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.

18. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

19. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

20. Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005;365:475-81.

21. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

22. Baron JA, Cole BF, Sandler RS, et al. A randomized trial of aspirin to prevent colorectal adenomas. N Engl J Med 2003;348:891-9.

23. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308:1540.]

24. Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125:340-7.

25. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

26. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

27. Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

28. Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005;352.

29. Solomon SD, McMurray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib use in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352.

Copyright © 2005 Massachusetts Medical Society.

BRESALIER-11

Downloaded from www.nejm.org at WELCH MEDICAL LIBRARY-JHU on February 15, 2005
Copyright © 2005 Massachusetts Medical Society  All rights reserved



12135302

Aug 21 2006
9:54PM

# EXHIBIT F

OCT-21-04 THU 10:43 AM   JOHN EMANUEL MARKIS          Fax NO   617 232 9263          P 4

PERSPECTIVE                                        Failing the Public Health — Rofecoxib, Merck, and the FDA

context of serious, life-threatening cardiovascular complications. Certainly there are many facts that we are not privy to, such as the direct communication between the FDA and Merck, but all the facts can and should be scrutinized closely in a Congressional review in order to avert such a catastrophe in the future.

From the Cleveland Clinic Foundation, Cleveland.

1   Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
2   Mukherjee DM, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286:954-9.
3   Topol EJ, Falk GW. A coxib a day won't keep the doctor away. Lancet 2004;364:639-40.

# Coxibs and Cardiovascular Disease

Garret A. FitzGerald, M.D.

The coxibs are a subclass of nonsteroidal antiinflammatory drugs (NSAIDs) designed to inhibit selectively cyclooxygenase-2 (COX-2).[1] Their development was based on the hypothesis that COX-2 was the source of prostaglandins $E_2$ and $I_2$, which mediate inflammation, and that cyclooxygenase-1 (COX-1) was the source of the same prostaglandins in gastric epithelium, where they afford cytoprotection. Three coxibs — celecoxib, rofecoxib, and valdecoxib — have been approved for use by the Food and Drug Administration (FDA); a fourth, etoricoxib, has been approved by the European regulatory authority, and it and a fifth, lumiracoxib, are currently under consideration for FDA approval.

Coxibs have been aggressively marketed directly to consumers in the United States and have rapidly dominated the prescription-drug market for NSAIDs, accounting for worldwide sales of roughly $10 billion. Rofecoxib has now been withdrawn from the market by Merck, following the premature cessation, by the data and safety monitoring board, of the Adenomatous Polyp Prevention on Vioxx (APPROVe) study, which was designed to determine the drug's effect on benign sporadic colonic adenomas. This action was taken because of a significant increase by a factor of 3.9 in the incidence of serious thromboembolic adverse events in the group receiving 25 mg of rofecoxib per day as compared with the placebo group. Blood pressure was elevated in patients in the rofecoxib group early in the course of the study, but the incidence of myocardial infarction and thrombotic stroke in the two groups began to diverge progressively after a year or more of treatment.

Coincident with the approval of rofecoxib and celecoxib in 1999, my colleagues and I reported that both drugs suppressed the formation of prostaglandin $I_2$ in healthy volunteers.[2] Prostaglandin $I_2$ had previously been shown to be the predominant cyclooxygenase product in endothelium, inhibiting platelet aggregation, causing vasodilatation, and preventing the proliferation of vascular smooth-muscle cells in vitro. However, it was assumed that prostaglandin $I_2$ was derived mainly from COX-1, the only cyclooxygenase species expressed constitutively in endothelial cells. This assumption later proved incorrect, since studies in mice and humans showed that COX-2 was the dominant source. The individual cardiovascular effects of prostaglandin $I_2$ in vitro contrast with those of thromboxane $A_2$, the major COX-1 product of platelets, which causes platelet aggregation, vasoconstriction, and vascular proliferation.

Whereas aspirin and traditional NSAIDs inhibit both thromboxane $A_2$ and prostaglandin $I_2$, the coxibs leave thromboxane $A_2$ generation unaffected, reflecting the absence of COX-2 in platelets. Increasing laminar shear stress in vitro increases the expression of the gene for COX-2, leading our group to suggest that COX-2 might be hemodynamically induced in endothelial cells in vivo. If so, suppression of the COX-2–dependent formation of prostaglandin $I_2$ by the coxibs might predispose patients to myocardial infarction or thrombotic stroke.

Thus, a single mechanism, depression of prostaglandin $I_2$ formation, might be expected to elevate blood pressure, accelerate atherogenesis, and predispose patients receiving coxibs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque. The higher a patient's intrin-

## PERSPECTIVE

sic risk of cardiovascular disease, the more likely it would be that such a hazard would manifest itself rapidly in the form of a clinical event.

How does previous clinical experience accord with this mechanistic hypothesis? Celecoxib, rofecoxib, and valdecoxib were approved by the FDA on the basis of trials that typically lasted three to six months and in which the end point was a clinical surrogate — endoscopically visualized gastric ulceration. After the drugs were approved, the results of two studies of gastrointestinal outcomes were reported: the Vioxx Gastrointestinal Outcomes Research (VIGOR) trial and the Celecoxib Long Term Arthritis Safety Study (CLASS) trial. In the VIGOR trial, the rate of serious gastrointestinal events among those receiving rofecoxib was half that among those receiving a traditional NSAID, naproxen — 2 percent, as compared with 4 percent. However, a significant increase by a factor of five in the incidence of myocardial infarction was observed. Although this increase was a source of concern, it was argued that the small number of events reflected the play of chance or that naproxen was actually cardioprotective. However, epidemiologic studies of possible cardioprotection afforded by naproxen have proved inconclusive.[2]

In the CLASS trial, celecoxib was compared with ibuprofen or diclofenac.[1,3] In the original report, celecoxib appeared to have a more favorable gastrointestinal-side-effect profile, and no increase in cardiovascular risk was revealed. However, this report contained only half the data (from only six months of a one-year study); when the full data set became available, it was clear that celecoxib did not differ from the traditional NSAIDs in its effect on the predefined gastrointestinal end points.[2] Indeed, the most powerful evidence supporting claims of celecoxib's superiority over traditional NSAIDs in terms of gastrointestinal effects rests on a post hoc analysis of the CLASS data for patients who did not use aspirin. However, a similar retrospective approach to the data also reveals signs of increased cardiovascular risk.[2]

The final gastrointestinal-outcome study — the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET) — was reported recently.[3,4] TARGET compared lumiracoxib with naproxen or ibuprofen. The primary end point was the incidence of serious gastrointestinal events, which was reduced significantly among patients receiving lumiracoxib. However, this difference was only observed in patients who were not taking aspi-

rin. Although the trial, much like the CLASS trial, was not powered to detect a difference in the rates of cardiovascular events in nonaspirin users, more such events occurred in the lumiracoxib group than in the other group (0.26 vs. 0.18 per 100 patient-years; hazard ratio, 1.47), although the difference was not significant.

No study of the gastrointestinal effects of valdecoxib treatment has been reported. However, in a study in patients undergoing coronary-artery bypass grafting,[2] treatment with the valdecoxib prodrug, parecoxib, was associated with a cluster of cardiovascular events, and the drug was rejected by the FDA. Although parecoxib is effective as an analgesic only when it is converted to valdecoxib in vivo, and approval of the latter drug was based on studies in patients with low cardiovascular risk, the labeling of valdecoxib does not reflect the experience with parecoxib.

Finally, a series of epidemiologic analyses have also raised questions about the cardiovascular safety of the coxibs. Although the epidemiologic approach has commonly relied on databases of prescriptions and is particularly subject to bias due to the over-the-counter consumption of NSAIDs and aspirin, these studies broadened the context of the available evidence by relating risk to the dose of rofecoxib used.[5]

Before the results of the APPROVe study were released, the scientific evidence of gastrointestinal benefit from coxibs in the VIGOR and TARGET trials appeared to outweigh the evidence of cardiovascular risk. The FDA pursued a cautious policy, labeling celecoxib and rofecoxib in ways that reflected the outcomes of the CLASS and VIGOR trials. However, the APPROVe study has shifted the burden of proof. We now have clear evidence of an increase in cardiovascular risk that revealed itself in a manner consistent with a mechanistic explanation that extends to all the coxibs. It seems to be time for the FDA urgently to adjust its guidance to patients and doctors to reflect this new reality. Only the FDA can provide unbiased and informed guidance; it has a role to play beyond watchful waiting. In the absence of such guidance, what should physicians and their patients do? Selective inhibitors of COX-2 remain a rational choice for patients at a low cardiovascular risk who have had serious gastrointestinal events, especially while taking traditional NSAIDs. It would also seem prudent to avoid coxibs in patients who have cardiovascular disease or who are at risk for it.

## PERSPECTIVE

Coxibs and Cardiovascular Disease

The rofecoxib story also reflects poorly on the process that leads to drug approval. The rational basis for addressing the cardiovascular effects of these drugs has been clear for the past five years, yet even the most fundamental questions have not been addressed directly. Much information could have been derived from careful mechanistic studies in small numbers of patients and volunteers. However, drug companies are driven by the current requirements for drug approval to design studies such as TARGET. This most expensive and largest of the outcome studies involved exposing more than 18,000 patients to lumiracoxib for a year. It laid the foundation for the approval of another coxib, but it failed to address important questions about cardiovascular risk raised by the VIGOR trial and by mechanistic and epidemiologic studies.

Patients in the APPROVe study should continue to be followed. This will allow some estimate of how quickly the developed risk may dissipate. Given the relatively short half-lives of these compounds,[2] such a dissipation may occur rapidly. On the other hand, if treatment has accelerated atherosclerosis, the offset of risk may be more gradual. Finally, it is es-

sential to determine whether the cardiovascular risk is or is not a class effect. The burden of proof now rests with those who claim that this is a problem for rofecoxib alone and does not extend to other coxibs. We must remember that the absence of evidence is not the evidence of absence.

Dr. FitzGerald reports having received consulting fees from NiCox and Merck and research support from Merck.

From the Institute for Translational Medicine and Therapeutics, University of Pennsylvania, Philadelphia.

1.  FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase 2. N Engl J Med 2001;345:433-42.
2.  FitzGerald GA. COX 2 and beyond: approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov 2003; 2:879-90.
3.  Schnitzer TJ, Burmester GR, Mysler E, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet 2004;364:665-74.
4.  Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004; 364:675-84.
5.  Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR COX-2 selective non steroidal anti inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

# Bankrolling Stem-Cell Research with California Dollars

Keith R. Yamamoto, Ph.D.

"The only possible source for adequate support of our medical schools and medical research is the taxing power of the Federal Government. Such a program must assure complete freedom for the institutions and the individual scientists in developing and conducting their research work." These powerful assertions of responsibility -- public funding of research at the national level and scientific prioritization by independent investigators -- from U.S. Surgeon General Thomas Parran in 1945 presaged the peer-review, extramural grant-in-aid program that was established the following year within the National Institutes of Health (NIH) Of the 59 Nobel Prizes in Physiology or Medicine that have been awarded since then, 42 have included at least one scientist working with NIH funds, and today, scarcely a day goes by without news of a medical advance resulting from NIH-supported research.

Some believe that the Bush administration has retreated from this broad and spectacularly success-

ful mandate, installing on political grounds chilling policies and crippling restraints on federal support in particular areas of biomedical research. Concerned about this perceived lapse, a coalition of citizens, scientists, and businesspeople will put before the California voters on November 2 a $3 billion bond measure to provide state funds for human embryonic stem-cell research at California's public and private academic research institutions.

Proposition 71, the California Stem Cell Research and Cures Initiative, would create the California Institute for Regenerative Medicine, which would allocate, over a 10-year period, at least 90 percent of its funds as grants to academic researchers in California through a competitive, peer-reviewed process that mimics the approach of the NIH. Up to 10 percent of the funds would be awarded rapidly -- again in a competitive, merit-based process -- for the construction or development of scientific and medical research facilities where the research