

12135302

Aug 21 2006
9:54PM

# EXHIBIT G

MK-0966, Reference P122, Appendix 2.1.3                    232



**APPROV*e* Trial Cardiovascular Safety Report**

MRK-AFV0426355

APPROVe Trial Cardiovascular Safety Report



## Table of Contents

1. Executive Summary ................................................................... 8
2. Introduction .............................................................................. 9
3. Rationale for the APPROVe Study ........................................ 10
4. Efficacy ................................................................................... 10
5. Cardiovascular Safety ............................................................ 11
5.1 Cardiovascular Events ........................................................ 12
5.2 Statistical Methodology ...................................................... 15
6. Demographic and Other Patient Characteristics ................... 16
7. Results of Cardiovascular Safety .......................................... 20
7.1 Accounting of Events .......................................................... 20
7.2 Mortality .............................................................................. 22
7.3 Confirmed Thrombotic Events ............................................ 23
7.4 Confirmed APTC Events ..................................................... 31
7.5 Investigator-Reported Cardiovascular Events ................... 35
7.6 New Ischemic Events .......................................................... 41
7.7 Subgroup Analyses of Confirmed Thrombotic Cardiovascular Events ...... 45
7.8 Relationship Between Blood Pressure and Cardiovascular Events ........ 49
8. Discussion .............................................................................. 58
9. Conclusions ........................................................................... 59
Reference .................................................................................... 59
Supplemental Tables and Figures .............................................. 60

MRK-AFV0426356

APPROVe Trial Cardiovascular Safety Report



## List of Tables

Table 1 Adjudicated Confirmed Thrombotic Cardiovascular and APTC[1] Combined Endpoints ............... 14

Table 2 Baseline Patient Characteristics ............... 17

Table 3 Baseline Cardiovascular Related Characteristics ............... 19

Table 4 Post-Randomization Cardiovascular Related Characteristics ............... 20

Table 5 Summary of Confirmed Thrombotic Cardiovascular Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ..... 24

Table 6 Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (6 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 27

Table 7 Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (18 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 27

Table 8 Analysis of Cardiovascular Safety Endpoints (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 28

Table 9 Analysis of Confirmed Thrombotic Cardiovascular Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ..... 30

Table 10 Summary of Confirmed APTC Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 31

Table 11 Summary of Confirmed APTC Events by Time Interval (6 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 34

Table 12 Summary of Confirmed APTC Events by Time Interval (18 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 34

Table 13 Summary of Investigator-Reported Cardiovascular Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ..... 36

Table 14 Summary of Investigator Reported Cardiovascular Events by Time Interval (6 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 40

Table 15 Summary of Investigator Reported Cardiovascular Events by Time Interval (18 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 40

Table 16 Summary of New Ischemic Events by Class of Terms (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 41

Table 17 Summary of New Ischemic Events by Time Interval (6 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 44

Table 18 Summary of New Ischemic Events by Time Interval (18 Months) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 44

Table 19 Subgroup Analysis of Confirmed Thrombotic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 46

Table 20 Post-Randomization Subgroup Analysis of Confirmed Thrombotic Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............... 47

MRK-AFV0426357



Table 21 Summary of Confirmed Thrombotic Events by Class of Term in Subgroup of
   Concomitant Aspirin Users[§] (Events on Treatment through 14 Days After the Last
   Dose of Study Therapy) .................................................................48
Table 22 Baseline Blood Pressure and Confirmed Thrombotic Events (Events on
   Treatment through 14 Days After the Last Dose of Study Therapy).................49
Table 23 Baseline Diastolic Blood Pressure and Confirmed Thrombotic Events (Events
   on Treatment through 14 Days After the Last Dose of Study Therapy)..............49
Table 24 Baseline Systolic Blood Pressure and Confirmed Thrombotic Events (Events
   on Treatment through 14 Days After the Last Dose of Study Therapy)..............50
Table 25 Confirmed Thrombotic Events by Equally Sized Subgroup of Change from
   Baseline in Mean Arterial Pressure at Week 4 (Events on Treatment through 14
   Days After the Last Dose of Study Therapy) .....................................50
Table 26 Confirmed Thrombotic Events by Equally Sized Subgroup of Average Change
   from Baseline in Mean Arterial Pressure at Weeks 4 and 17 (Events on Treatment
   through 14 Days After the Last Dose of Study Therapy)...........................51
Table 27 Post-Randomization Blood Pressure Subgroup Analysis of Confirmed
   Thrombotic Events (Blood Pressure Measurements during the Entire Treatment
   Period were Included) (Events on Treatment through 14 Days After the Last Dose of
   Study Therapy)..................................................................52
Table 28 Post-Randomization Blood Pressure Subgroup Analysis of Confirmed
   Thrombotic Events (Blood Pressure Measurements on and After CV Event Day
   Were Censored) (Events on Treatment through 14 Days After the Last Dose of
   Study Therapy) .................................................................52
Table 29 Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events
   (Blood Pressure Measurements during the Entire Treatment Period were Included)
   (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .....53
Table 30 Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events
   (Blood Pressure Measurements on and After CV Event Day Were Censored)
   (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .....53
Table 31 Blood Pressure and Confirmed Thrombotic Events (Events on Treatment
   through 14 Days After the Last Dose of Study Therapy)...........................54
Table 32 Actual Observed versus Framingham Model Based Expected Cumulative
   Incidence of Myocardial Infarction (Events on Treatment through 14 Days After the
   Last Dose of Study Therapy) ....................................................56
Table 33 List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication
   and the Adjudication Outcome  Events on Treatment through 14 Days After the Last
   Dose of Study Therapy ..........................................................60
Table 34 List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication
   and the Adjudication Outcome  Events between 15 Days and 28 Days after the Last
   Dose of Study Therapy ..........................................................69
Table 35 List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication
   and the Adjudication Outcome  Events 28 Days after the Last Dose of Study
   Therapy ........................................................................70
Table 36 Confirmed Thrombotic Events by Equally Sized Subgroup of Baseline
   Creatinine Clearance (Events on Treatment through 14 Days After the Last Dose of
   Study Therapy) .................................................................72

MRK-AFV0426358



Table 37 Confirmed Thrombotic Events by Subgroup of Number of Risk Factors for
   Coronary Artery Disease  (Events on Treatment through 14 Days After the Last
   Dose of Study Therapy) ........................................................... 72
Table 38 Concomitant Therapies for Hypertension Patients With and Without Confirmed
   Thrombotic Events.................................................................. 73
Table 39 Concomitant Therapies for Diabetes (Partial List)  Patients With and Without
   Confirmed Thrombotic Events ...................................................... 74
Table 40 Blood Pressure and Confirmed Thrombotic Events  (Events on Treatment
   through 14 Days After the Last Dose of Study Therapy) ............................ 75
Table 41 Summary Statistics: Diastolic Blood Pressure (mm Hg) ....................... 76
Table 42 Summary Statistics: Systolic Blood Pressure (mm Hg) ........................ 77
Table 43 Observed Versus Framingham Model Based Expected Cumulative  Incidence
   (%) of Myocardial Infarction  For Subgroup with SBP>=160 on 1 or more occasions
   prior to CV Event (Events on Treatment through 14 Days After the Last Dose of
   Study Therapy) .................................................................... 78
Table 44 Observed Versus Framingham Model Based Expected Cumulative  Incidence
   (%) of Myocardial Infarction  For Subgroup with no SBP>=160 prior to CV Event
   (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ... 79
Table 45 Confirmed Thrombotic Events by Equally Sized Subgroup of On Treatment
   Mean SBP (mmHg) Prior to CV Event  (Events on Treatment through 14 Days After
   the Last Dose of Study Therapy) .................................................. 80
Table 46    Confirmed Thrombotic Events by Subgroup of On Treatment BP Prior to CV
   Event  80
Table 47 Confirmed Thrombotic Events by Subgroup of On Treatment SBP (mmHg)
   Prior to CV Event  (Events on Treatment through 14 Days After the Last Dose of
   Study Therapy)..................................................................... 83
Table 48 Confirmed Thrombotic Events by Subgroup of On Treatment Maximum SBP
   (mmHg) Prior to CV Event  (Events on Treatment through 14 Days After the Last
   Dose of Study Therapy) ........................................................... 83
Table 49 Confirmed Thrombotic Events by Equally Sized Subgroup of SBP  Change
   from Baseline at Week 4 prior to CV Event  (Events on Treatment through 14 Days
   After the Last Dose of Study Therapy) ............................................ 84
Table 50 Additional Subgroup Analysis of Confirmed Thrombotic Events  (Events on
   Treatment through 14 Days After the Last Dose of Study Therapy) .................. 85
Table 51 Subgroup Analysis of Confirmed Thrombotic Events Which Occured Before
   Month 18  (Events on Treatment through 14 Days After the Last Dose of Study
   Therapy).......................................................................... 86
Table 52 Subgroup Analysis of Confirmed Thrombotic Events Which Occurred After
   Month 18  (Events on Treatment through 14 Days After the Last Dose of Study
   Therapy).......................................................................... 88
Table 53 Subgroup Analysis of Confirmed APTC Events  (Events on Treatment through
   14 Days After the Last Dose of Study Therapy)..................................... 90
Table 54 Subgroup Analysis of Confirmed APTC Events Which Occurred Before Month
   18  (Events on Treatment through 14 Days After the Last Dose of Study Therapy) 92
Table 55 Subgroup Analysis of Confirmed APTC Events Which Occurred After Month
   18  (Events on Treatment through 14 Days After the Last Dose of Study Therapy) 94

MRK-AFV0426359

APPROVe Trial Cardiovascular Safety Report



Table 56 Subgroup Analysis of Confirmed Acute Myocardial Infarction (Fatal and Non-Fatal) (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ................................................................................. 96

Table 57 Analysis of Confirmed Thrombotic Cardiovascular Events by Class of Terms Including Non-Fatal Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ......................................................... 98

Table 58 Summary of Confirmed Thrombotic Cardiovascular Events by Class of Terms Including Non-Fatal Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ......................................................... 99

MRK-AFV0426360

MK-0966, Reference P122, Appendix 2 1 3 (Cont.)                    238

APPROVe Trial Cardiovascular Safety Report



### List of Figures

Figure 1 Accounting of Cardiovascular Related Events (Patients) for the Base Study..... 22

Figure 2 Kaplan-Meier Plot for Confirmed Thrombotic Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................... 25

Figure 3 Hazard Plot for Confirmed Thrombotic Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................... 26

Figure 4 Kaplan-Meier Plot for Confirmed APTC Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ................................ 32

Figure 5 Hazard Plot Confirmed APTC Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy).................................. 33

Figure 6 Kaplan-Meier Plot for Investigator-Reported Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............ 38

Figure 7 Hazard Plot for Investigator Reported Cardiovascular Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ............ 39

Figure 8 Kaplan-Meier Plot for New Ischemic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) ................................ 42

Figure 9 Hazard Plot for New Ischemic Events (Events on Treatment through 14 Days After the Last Dose of Study Therapy) .................................. 43

Figure 10 Actual Observed versus Framingham Model Based Expected Cumulative Incidence of MI (Events on Treatment through 14 Days After the Last Dose of Study Therapy)................................................ 57

Figure 11 Confirmed Thrombotic Event time versus Maximum SBP attained during the trial prior to CV Event ............................................ 81

Figure 12 Confirmed Thrombotic CV Event Time versus First Event Time for SBP≥160 mm Hg during Treatment Prior to CV Event .......................... 82

MRK-AFV0426361



### Cardiovascular Safety Report for APPROVe

#### 1. Executive Summary

The purpose of this report is to summarize the cardiovascular (CV) safety data for the Adenomatous Polyp Prevention on VIOXX (APPROVe) trial. Efficacy results and general safety results from the trial are reported in two separate reports.

The 3-year study was designed to assess the effect of rofecoxib 25 mg once a day compared to placebo on the recurrence of colorectal adenomas in patients with increased risk of developing colorectal cancer and in patients with a history of colorectal adenoma. A total of 2586 patients were randomized to either rofecoxib 25 mg once daily treatment (N=1287) or placebo treatment (N=1299). Potential cardiovascular events were adjudicated by an independent external committee and all safety data were regularly monitored by an external safety monitoring board (ESMB). The trial was terminated on September 30, 2004, 2 months earlier than planned, due to the recommendation of the ESMB because of the occurrence of significantly more cardiovascular adverse events with rofecoxib 25 mg in comparison to placebo found in the interim cardiovascular data of August 16, 2004.

Based on the pre-specified Data Analysis Plan (DAP), safety analyses were based on adverse events that occurred between randomization and 14 days after the last dose of study therapy.

For confirmed thrombotic events, there were 46 patients with events in the rofecoxib treatment group and 26 patients with events in the placebo treatment group. Over the 3-year treatment period, the patient-year adjusted event rates were 1.50 and 0.78 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively. The relative risk of rofecoxib versus placebo therapy was 1.92 with a 95% confidence interval of (1.19, 3.11). The relative risk was significantly greater than 1 (p=0.008). Examination of the Kaplan-Meier plot for the cumulative proportion of patients with these events revealed similarity of risk between treatments for the first 18 months of the study and increased risk with rofecoxib therapy after approximately 18 months. The test for proportional hazards was statistically significant, indicating different relative risks over time.

Results for confirmed Antiplatelet Trialists' Collaboration (APTC) events and for investigator reported events were similar to those for confirmed thrombotic events.

A new ischemic event was not a pre-specified DAP endpoint for analysis but was included in the analysis based on a regulatory agency request for the Etoricoxib versus Diclofenac Sodium Gastrointestinal Tolerability and Effectiveness (EDGE) trial of etoricoxib. There was no significant difference between rofecoxib and placebo treatment with respect to new ischemic events.

MRK-AFV0426362

APPROVe Trial Cardiovascular Safety Report



## 2. Introduction

Colorectal cancer (CRC) is among the most common malignancies in both the United States and the other economically developed countries. The risk of colorectal cancer can be diminished by screening, recommendations for which have been issued by several major medical organizations. Sporadic colorectal adenomas are thought to be the precursors of 95% of colorectal cancers, but despite improvements in surgical technique and the development of adjuvant chemotherapy, cure rates for advanced disease have remained low. Therefore, the focus of clinical attention has been on the endoscopic removal of colonic polyps via scheduled surveillance colonoscopy as well as the development of chemopreventive treatments for patients at risk for colon cancer.

A large and persuasive body of research has shown that non-steroidal anti-inflammatory drugs (NSAIDs) inhibit colorectal carcinogenesis. Complimentary data from carcinogen-induced and genetically induced CRC animal models from more than 30 epidemiological studies suggest 30%–50% reductions in colorectal adenomas, CRCs, and cancer-associated mortality among users of aspirin or other NSAIDs, as compared with nonusers (English (U.S.) Am J Cancer 2003;2:27-55). The evidence is based upon consistent effects in greater than 90% of the more than 100 rodent trials, epidemiologic data, intervention trials of familial polyposis using the NSAID sulindac and selective cyclooxygenase (COX-2) inhibitors and, more recently, randomized controlled trials in humans.

After the start of the Vioxx™ APPROVe trial (first patient enrolled in February, 2000), two notable, randomized, placebo-controlled aspirin trials were published in 2003 that supported the concept of COX suppression and prevention of adenomatous colon polyps.

- A randomized intervention trial over 3 years supported a benefit of aspirin, especially at low doses (81 mg/day), on recurrent adenoma risk (N Engl J Med 2003 Mar 6;348 [10]:891-9). Patients (n=1121) with a history of adenomas were randomly assigned to aspirin (81 or 325 mg daily) or placebo. Colonoscopy was performed at least one year after study entry in 1084 patients (97 %). The risk of recurrent adenomas was significantly lower in the aspirin 81 mg treatment group compared to the placebo treatment group (38 versus 47 percent, RR 0.81, 95 percent CI, 0.69 to 0.96). For uncertain reasons, the 325 mg dose was not associated with a significantly reduced risk of adenoma recurrence (RR 0.96 [95% CI 0.81, 1.13]). It is noteworthy that there were numerically more cardiovascular SAEs associated with the aspirin therapy than with placebo though the difference did not reach statistical significance (myocardial infarction, coronary revascularization and stroke was reported for 5, 5, and 5 patients each with 325 mg of aspirin, for 2, 3, and 2 patients each with 81 mg of aspirin, and for 1, 4, and 0 patients each with placebo).

MRK-AFV0426363



- An additional trial focused on patients (n=517) with a history of colorectal cancer who were randomly assigned to aspirin (325 mg daily) or placebo (N Engl J Med 2003 Mar 6,348 [10]:883-90). Recurrent adenomas were noted significantly less often in the aspirin treatment group (17 versus 25 percent, RR 0.65, 95 percent CI 0.46 to 0.91) during a colonoscopy performed at a median of 13 months after randomization.

The totality of evidence from diverse studies, based upon retrospective and prospective collection of data, in men and women of diverse socioeconomic status, and in adenomas and cancers, suggests an association between aspirin and other NSAID use and a reduction in the risk of CRC. It is recognized that nonselective NSAIDs inhibit both COX-1 and COX-2. The enzyme COX-1 is constitutively expressed and is believed to play a key role in gastric mucosal maintenance and protection from injury. Therefore, a selective COX-2 inhibitor like rofecoxib might represent a novel and well tolerated anti-inflammatory agent for use in the prevention of recurrent colorectal adenomas and their subsequent progression to colon cancer based on its selective inhibitory activity against COX-2 with less gastrointestinal toxicity due to its sparing of inhibition of COX-1. Importantly, an improved gastrointestinal safety profile is particularly necessary for any chemopreventive agent since the prevention of colorectal cancers is anticipated to require chronic daily therapy.

## 3. Rationale for the APPROVe Study

The APPROVe trial (Protocol 122) was designed to determine, using colonoscopy, the comparative cumulative percentage of patients with a recurrence of colorectal adenomas during 3 years of treatment with rofecoxib 25 mg or placebo in patients with increased risk of developing colorectal cancer and in all patients with a history of colorectal adenoma. Protocol 122 was a multicenter, randomized, placebo-controlled, double-blind, parallel-group study with in-house blinding. Prime therapy duration was planned for 3 years and the enrollment period lasted approximately 24 months. Patients had to be ≥40 years of age, and had to have removal of at least one histologically-confirmed large bowel adenoma within 18 weeks prior to randomization to study treatment (all large bowel polyps must have been removed prior to study entry). Patient enrollment was stratified at randomization based on use (or non-use) of low-dose aspirin (≤100 mg daily) at baseline for cardioprotective or antiplatelet effects.

## 4. Efficacy

In all patients, colonoscopy was performed at Year 1 and Year 3. If a patient discontinued study therapy before Year 3, the patient was offered the opportunity to return for the Year 1 and Year 3 colonoscopies, and an interim office visit at Year 2. If a discontinued patient chose not to return for Year 1 and Year 3 colonoscopies, a colonoscopy was performed at the time of discontinuation.

The primary efficacy endpoint in this study was the cumulative incidence of recurrence of colorectal adenoma in patients with an increased risk for colorectal cancer during 156

MRK-AFV0426364

APPROVe Trial Cardiovascular Safety Report



weeks of treatment with rofecoxib 25 mg or placebo  Patients with an increased risk for
colorectal cancer were defined as patients with one or more of the following
characteristics at the pre-study colonoscopy: an adenoma ≥1 cm; an adenoma with
tubulovillous or villous characteristics by histology; ≥2 adenomas; age <55 years at the
time of first-identified colorectal adenoma, family history of colorectal cancer.

## 5. Cardiovascular Safety

The design and conduct of the APPROVe trial with respect to prospective identification
and adjudication of thrombotic cardiovascular serious adverse events (TCVSAEs) was
influenced by the results of the Vioxx™ Gastrointestinal Outcomes Research Study
(VIGOR)  The VIGOR study showed a two-fold increase in TCVSAE's in patients
taking 50 mg of rofecoxib daily (2-4 times the highest recommended dose for chronic
administration) versus 500 mg twice daily of naproxen.  The difference between the
treatment groups in the rates of thrombotic cardiovascular events was due primarily to a
lower incidence of myocardial infarction in patients treated with naproxen (0.1%)
compared with rofecoxib (0.5%).   Extensive data available at the time did not
demonstrate a difference in CV events between rofecoxib and NSAIDs without sustained
anti-platelet effects, and between rofecoxib and placebo.  However, to further explore the
cardiovascular safety of rofecoxib, Merck initiated a CV outcomes study comparing the
CV safety of rofecoxib and placebo.  This study was a prespecified, hypothesis driven
analysis of three large, placebo-controlled studies designed, collectively, to analyze
cardiovascular event rates:

- The first was the in-progress APPROVe trial, which was initiated in February
  2000, one month before Merck learned of the VIGOR results.
- The second was a study (VICTOR) to determine whether rofecoxib could help
  prevent the recurrence of colon cancer.[1]
- The third was a study (protocol 201, ViP) to determine whether rofecoxib could
  help prevent prostate cancer.

The patient safety in all three trials was overseen at regular intervals by committees of
external medical experts who conducted ongoing monitoring of unblinded safety data.
All trials were terminated on September 30, 2004 when rofecoxib was voluntarily
withdrawn from marketing due to CV safety concerns that arose from the review of the
analysis of adjudicated CV events in the APPROVe trial by its External Safety and
Monitoring Board (ESMB) for the study

This report provides the results of the cardiovascular safety of rofecoxib 25 mg therapy
versus placebo therapy over three years of treatment in patients with a history of
colorectal adenoma from Merck & Co., Inc. colon polyp prevention study; the APPROVe
trial, (Protocol 122).  Results provided in this report include results for adjudicated and
confirmed thrombotic cardiovascular events, adjudicated and confirmed Antiplatelet
Trialists' Collaboration (APTC) events, investigator-reported cardiovascular events and

---

[1] Clinical Colorectal Cancer May 2003:58-60

MRK-AFV0426365

APPROVe Trial Cardiovascular Safety Report



new ischemic events. The numbers of deaths by time interval and treatment group are also provided. The new ischemic event endpoint was not a pre-planned cardiovascular endpoint and its analysis was performed to meet a regulatory request.

The trial was terminated on September 30, 2004, 2 months earlier than planned, due to the observation of significantly greater cardiovascular adverse effects on rofecoxib 25 mg therapy than on placebo therapy, revealed by the interim safety analysis based on the cardiovascular data available on August 16, 2004.

The last visit of the last patient of the 3-year base study was originally planned to occur in November, 2004. Thus, most patients had completed the 3-year base study before the termination of the trial and results from this report reflect the 3-year or nearly 3-year cardiovascular safety results from the base study of rofecoxib 25 mg therapy versus placebo therapy in patients with a history of colorectal adenoma, up to the time of early termination of the study due to the voluntary withdrawal of rofecoxib on September 30, 2004. A total of 2586 patients were randomized to either rofecoxib 25 mg once daily treatment group (N=1287) or placebo treatment group (N=1299). Another 26 patients were originally randomized to the rofecoxib 50 mg treatment group and then were given the choice to be converted to either open label rofecoxib 25 mg or to be discontinued from the trial. None of these 26 patients had any cardiovascular events and none died during the study period; data from these patients were not included in the analyses.

For consistency with the Data Analysis Plan (DAP), only cardiovascular adverse events which occurred between randomization and up to 14 days after the last dose of study therapy were included in the analyses for this report for the abbreviated Clinical Study Report (aCSR) of the base study. This study has a one-year off-drug extension study for assessing potential off-drug rebound in the recurrence of colorectal adenomas. During this extension study, serious adverse experiences are being collected and any cardiovascular events will be submitted to an external committee for adjudication per the Cardiovascular Adjudication Standard Operating Procedure, as described below. The data from this extension will be described in a subsequent report.

## 5.1 Cardiovascular Events

All reported cardiovascular events and deaths were reviewed through an external, independent, expert adjudication process. The Vascular Events Adjudication Standard Operating Procedure (Cardiovascular Adjudication SOP) provides for blinded external adjudication of potential thrombotic and APTC events by an independent Case Review Committee (CRC).

The purpose of the Adjudication SOP was to standardize the evaluation of cardiovascular serious adverse experiences and to improve accuracy in diagnosis across the group of study investigators in different nations and having different clinical specialties. To be consistent with the previous cardiovascular safety reports, the output of this adjudication process and the most comprehensive endpoint would be one based on all thrombotic events confirmed by adjudication. Analyses of APTC events, investigator-reported cardiovascular events

MRK-AFV0426366

MK-0966, Reference P122, Appendix 2 1 3 (Cont )          244

APPROVe Trial Cardiovascular Safety Report



and new ischemic events were also performed for this report   Confirmed thrombotic
cardiovascular (CV) events was the primary endpoint, APTC and investigator-reported CV
events were secondary endpoints, and new ischemic event (following a regulatory request
for etoricoxib) was a post hoc endpoint   Terms for adjudicated confirmed thrombotic and
APTC events are provided in Table 1   Terms identifying potential cardiovascular events
reported by investigators were defined in the SOP.

MRK-AFV0426367

APPROVe Trial Cardiovascular Safety Report



### Table 1
### Adjudicated Confirmed Thrombotic Cardiovascular and APTC[†] Combined Endpoints

| Adjudication Committee Categories for Cardiovascular Events | Thrombotic Cardiovascular Event | APTC[†] Combined Endpoint |
|---|:---:|:---:|
| *Thrombotic Events* | | |
| Cardiac Events | | |
| Acute MI | √ | √ |
| Fatal: Acute MI | √ | √ |
| Unstable Angina Pectoris | √ | |
| Sudden and/or Unexplained Death | √ | √ |
| Resuscitated Cardiac Arrest | √ | √ |
| Cardiac Thrombus | √ | |
| Peripheral Vascular Events | | |
| Pulmonary Embolism | √ | |
| Fatal: Pulmonary Embolism | √ | |
| Peripheral Arterial Thrombosis | √ | |
| Fatal: Peripheral Arterial Thrombosis | √ | √ |
| Peripheral Venous Thrombosis | √ | |
| Cerebrovascular Events | | |
| Ischemic Cerebrovascular Stroke | √ | √ |
| Fatal: Ischemic Cerebrovascular Stroke | √ | √ |
| Cerebrovascular Venous Thrombosis | √ | |
| Fatal: Cerebrovascular Venous Thrombosis | √ | √ |
| Transient Ischemic Attack | √ | |
| *Hemorrhagic Events* | | |
| Hemorrhagic Cerebrovascular Stroke | | √ |
| Fatal: Hemorrhagic Cerebrovascular Stroke | | √ |
| Fatal: Hemorrhagic deaths of any cause | | √ |

[†]APTC = Antiplatelet Trialists' Collaboration.

Data Source: [3.11.2]

A new ischemic event was not a pre-specified DAP endpoint for analysis and was included in the analysis based on a regulatory agency request for the Etoricoxib versus Diclofenac Sodium Gastrointestinal Tolerability and Effectiveness (EDGE) trial of etoricoxib. The new ischemic events were defined based on the composite of any patient with one of the following events who had no documented history of ischemic heart disease:

• Confirmed thrombotic serious adverse experiences which represent a cardiac event

-Or-

MRK-AFV0426368

APPROVe Trial Cardiovascular Safety Report



- Nonserious cardiovascular adverse experiences of angina pectoris, ischemic heart disease, myocardial infarction or ST-T change compatible with ischemia (as defined by a subset of MedDRA preferred terms).

In order to qualify as an event in this definition, a patient would be required to have incurred one of these events as well as having had no documented previous history of ischemic heart disease.

## 5.2 Statistical Methodology

As mentioned earlier, only adverse events which occurred between randomization and up to 14 days after the last dose of study therapy were included in the analyses for this report. The risk period for patients was also adjusted accordingly; in particular, for patients without events, the risk period was censored on the 14th day after the last dose of study therapy. The only exception to this 14-day censoring occurred for the accounting and analysis of deaths. To be most inclusive, a death was included in the analysis even if it occurred beyond 14 days after the last dose of study therapy when the death was judged by the investigator to have resulted from an adverse experience that had its onset during the patient's time in the study or less than or equal to 14 days after the last dose of study therapy.

No multiplicity adjustment was made for these multiple analyses of safety endpoints. Therefore, the significant p-values reported in this context should be interpreted with caution.

Estimates of relative risks for rofecoxib versus placebo treatment and the associated 95% confidence intervals were provided for all between-treatment comparisons. Even though randomization was performed within each study site and stratification was based on low dose aspirin use at baseline, because of the small number of events, both study site and stratification effects were not considered in the analysis model. A Cox proportional hazards model with a covariate for treatment was used to calculate the relative risk (i.e., hazard ratio) estimates and the corresponding 95% confidence intervals when there were sufficient events (≥11) for each treatment. The proportionality assumption for the Cox model was assessed by testing a time-dependent covariate, Treatment * log (Time), in the Cox model. A 2-sided p-value of <0.05 would indicate a violation of the proportionality assumption. If the proportionality assumption was not satisfied, the estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study.

If only a few events (<11) for a particular endpoint occurred in either treatment group, the ratio of rates defined as the numbers of events per 100 patient-years was calculated instead along with the corresponding 95% confidence interval. The confidence interval was computed using a conditional exact method (Guess et al. 1987).

MRK-AFV0426369

APPROVe Trial Cardiovascular Safety Report



Kaplan-Meier curves were provided in this report to display the cumulative rates over time   Smoothed (band-width 6 months using the SAS statistical program) hazard functions over the course of the study were also plotted

Cox proportional hazards models with terms for treatment and subgroup factor (Model 1), and separately with terms for treatment, subgroup factor and treatment by subgroup interaction (Model 2) were used for subgroup analysis of thrombotic events.  Model 1 was used for testing whether a factor was a significant risk factor for thrombotic events.  Model 2 was used to assess treatment by subgroup interaction.  Both p-value for main effect, testing whether a factor was a significant risk factor, and p-value for the treatment by subgroup factor interaction, testing for different treatment effect (i.e., hazard ratio) across levels of the subgroup factor, were provided

### 6. Demographic and Other Patient Characteristics

Table 2 shows baseline patient characteristics for patients for each of the two treatment groups and for the combined study population.   These baseline characteristics were comparable across two treatment groups as a result of the randomization.  The mean age was 59 years and approximately 30% of the patients were 65 years or older   There were 62% male and 38% female patients   The majority of the patients were Caucasian, 51% of the patients were from the US study sites and about 78% of the patients were with an increased risk for colorectal cancer.

MRK-AFV0426370

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                    248

APPROVe Trial Cardiovascular Safety Report



## Table 2
## Baseline Patient Characteristics

| | Rofecoxib 25 mg | Placebo | Total |
|---|---|---|---|
| **Age (yr)** | | | |
| N | 1287 | 1299 | 2586 |
| Mean (SD) | 59.37 ( 9.25) | 59.40 ( 9.22) | 59.39 ( 9.23) |
| Median | 59.00 | 59.00 | 59.00 |
| Range | 40.00 - 96.00 | 40.00 - 86.00 | 40.00 - 96.00 |
| **Weight (kg)** | | | |
| N | 1287 | 1299 | 2586 |
| Mean (SD) | 81.33 (17.69) | 81.08 (17.78) | 81.21 (17.73) |
| Median | 79.80 | 79.56 | 79.59 |
| Range | 38.00 - 160.12 | 34.00 - 158.99 | 34.00 - 160.12 |
| **Age Group** | | | |
| N | 1287 | 1299 | 2586 |
| <65 , n (%) | 903 ( 70.16) | 914 ( 70.36) | 1817 ( 70.26) |
| ≥65 , n (%) | 384 ( 29.84) | 385 ( 29.64) | 769 ( 29.74) |
| **Gender** | | | |
| N | 1287 | 1299 | 2586 |
| Female , n (%) | 483 ( 37.53) | 494 ( 38.03) | 977 ( 37.78) |
| Male , n (%) | 804 ( 62.47) | 805 ( 61.97) | 1609 ( 62.22) |
| **Race** | | | |
| N | 1287 | 1299 | 2586 |
| Black , n (%) | 70 ( 5.44) | 78 ( 6.00) | 148 ( 5.72) |
| Caucasian , n (%) | 1082 ( 84.07) | 1085 ( 83.53) | 2167 ( 83.80) |
| Hispanic , n (%) | 43 ( 3.34) | 42 ( 3.23) | 85 ( 3.29) |
| Others , n (%) | 92 ( 7.15) | 94 ( 7.24) | 186 ( 7.19) |
| **Region** | | | |
| N | 1287 | 1299 | 2586 |
| Non-US , n (%) | 627 ( 48.72) | 630 ( 48.50) | 1257 ( 48.61) |
| US , n (%) | 660 ( 51.28) | 669 ( 51.50) | 1329 ( 51.39) |
| **Patients with Increased Risk for Colorectal Cancer** | | | |
| N | 1287 | 1299 | 2586 |
| Yes , n (%) | 1020 ( 79.25) | 1002 ( 77.14) | 2022 ( 78.19) |
| No , n (%) | 267 ( 20.75) | 297 ( 22.86) | 564 ( 21.81) |

Data Source: [4.1; 4.2]

MRK-AFV0426371

APPROVe Trial Cardiovascular Safety Report



Table 3 shows the patients' cardiovascular related characteristics at baseline. About 16% of the patients were from the low-dose aspirin use stratum (i.e. had a history of aspirin use at baseline), 8% of patients had a history of symptomatic atherosclerotic cardiovascular disease (ASCVD). In addition, about 28% of the patients were at an increased risk for CV events because they either had a history of symptomatic ASCVD or had 2 or more cardiovascular risk factors. These risk factors included a history of:

  o diabetes (9%),
  o hypercholesterolemia (27%),
  o hypertension (35%), or
  o current cigarette use (22%).

Slight trends were noted towards increased patient percentages in the rofecoxib 25 mg treatment arm of patients with increased risk of CV disease (i.e. patients with either a history of symptomatic ASCVD or 2 or more cardiovascular risk factors), history of hypercholesterolemia, or a history of hypertension.

MRK-AFV0426372



APPROVe Trial Cardiovascular Safety Report

Aug 21 2006
9:54PM



### Table 3
### Baseline Cardiovascular Related Characteristics

| Subgroup | Rofecoxib 25 mg<br>n/N(%) | Placebo<br>n/N(%) | Total<br>n/N(%) |
|---|---|---|---|
| **Low Dose Aspirin Use (Stratum for Randomization)** | | | |
| No | 1074/1287 (83.45) | 1095/1299 (84.30) | 2169/2586 (83.87) |
| Yes | 213/1287 (16.55) | 204/1299 (15.70) | 417/2586 (16.13) |
| **History of Symptomatic ASCVD[1]** | | | |
| No | 1171/1287 (90.99) | 1197/1299 (92.15) | 2368/2586 (91.57) |
| Yes | 116/1287 (9.01) | 102/1299 (7.85) | 218/2586 (8.43) |
| **≥2 Risk Factors for Coronary Artery Disease[2]** | | | |
| No | 969/1287 (75.29) | 1010/1299 (77.75) | 1979/2586 (76.53) |
| Yes | 318/1287 (24.71) | 289/1299 (22.25) | 607/2586 (23.47) |
| **History of Diabetes** | | | |
| No | 1172/1287 (91.06) | 1188/1299 (91.45) | 2360/2586 (91.26) |
| Yes | 115/1287 (8.94) | 111/1299 (8.55) | 226/2586 (8.74) |
| **History of Hypercholesterolemia** | | | |
| No | 914/1287 (71.02) | 961/1299 (73.98) | 1875/2586 (72.51) |
| Yes | 373/1287 (28.98) | 338/1299 (26.02) | 711/2586 (27.49) |
| **History of Hypertension** | | | |
| No | 824/1287 (64.02) | 853/1299 (65.67) | 1677/2586 (64.85) |
| Yes | 463/1287 (35.98) | 446/1299 (34.33) | 909/2586 (35.15) |
| **Current Cigarette Use** | | | |
| No | 1007/1287 (78.24) | 1014/1299 (78.06) | 2021/2586 (78.15) |
| Yes | 280/1287 (21.76) | 285/1299 (21.94) | 565/2586 (21.85) |
| **Increased CV Risk[3]** | | | |
| No | 907/1287 (70.47) | 958/1299 (73.75) | 1865/2586 (72.12) |
| Yes | 380/1287 (29.53) | 341/1299 (26.25) | 721/2586 (27.88) |
| **Baseline Hypertension Drug Use** | | | |
| No | 900/1287 (69.93) | 927/1299 (71.36) | 1827/2586 (70.65) |
| Yes | 387/1287 (30.07) | 372/1299 (28.64) | 759/2586 (29.35) |
| **History of Ischemic Heart Disease** | | | |
| No | 1186/1287 (92.15) | 1205/1299 (92.76) | 2391/2586 (92.46) |
| Yes | 101/1287 (7.85) | 94/1299 (7.24) | 195/2586 (7.54) |

[1] ASCVD=atherosclerotic cardiovascular disease

[2] 2 or more risk factors for coronary artery disease from History of diabetes, History of Hypercholesterolemia, History of Hypertension, Current Cigarette Use

[3] History of Symptomatic ASCVD or 2 or more Risk Factors for Coronary Artery Disease

Data Source: [4.1; 4.2; 4.4.1]

MRK-AFV0426373

APPROVe Trial Cardiovascular Safety Report



Also noted, approximately 19% of the patients were concomitant aspirin users for more than 50% of the time during the study before a cardiovascular event. See Table 4

### Table 4
### Post-Randomization Cardiovascular Related Characteristics

| Subgroup | Rofecoxib 25 mg n/N(%) | Placebo n/N(%) | Total n/N(%) |
|---|---|---|---|
| Concomitant Aspirin Use[1] | | | |
| No | 1035/1287 (80.42) | 1053/1299 (81.06) | 2088/2586 (80.74) |
| Yes | 252/1287 (19.58) | 246/1299 (18.94) | 498/2586 (19.26) |

[1] Aspirin use defined as patient who took any dose of aspirin, clopidogrel, clopidogrel bisulfate, ticlopidine, and ticlopidine hydrochloride for at least 50% of the time while on study therapy and did not start any of these medications after a confirmed thrombotic cardiovascular event

Data Source: [4.1]

## 7. Results of Cardiovascular Safety

### 7.1 Accounting of Events

The analysis included 2,586 patients from the rofecoxib 25 mg and placebo treatment groups with approximately 6,386 patient-years at risk with a mean treatment duration of 2.47 years. Most patients completed the 3-year base study. As shown in Figure 1, for the base study, 129 patients had a total of 147 investigator-reported cardiovascular events. Twenty two deaths not related to CV events were reported. All deaths were adjudicated whether or not they were potential cardiovascular events based on the SAE term reported by the investigator. Three other events were not investigator-reported cardiovascular events and did not involve deaths but were included in the adjudication process. Thus, there were a total of 172 cases for the base study in the Cardiovascular Related Data Set of December 23, 2004.

As of December 23, 2004, all 172 events of the base study went through the adjudication process. A total of 72 patients had confirmed thrombotic cardiovascular events and 52 patients had confirmed APTC events between randomization and 14 days after the last dose of study therapy. In addition, 121 patients had a total of 136 investigator-reported cardiovascular events between randomization and 14 days after the last dose of study therapy. No CV events occurred between Day 15 and Day 28 after the last dose of study therapy. At the time the 3-year study data base was cleaned and frozen for this analysis, among the patients who did not have a previous CV event, seven patients (5 in the rofecoxib treatment group and 2 in the placebo treatment group) had confirmed thrombotic cardiovascular events, seven patients (4 in the rofecoxib treatment group and 3 in the placebo treatment group) had confirmed APTC events, and eight patients (5 in the rofecoxib and 3 in the placebo treatment group) had investigator-reported CV events more than 28 days after the last dose of study therapy. As mentioned above, these events will be analyzed when the 1-year follow-up extension study is completed. Note that not all adjudicated confirmed cardiovascular events were investigator-reported events (one

MRK-AFV0426374

APPROVe Trial Cardiovascular Safety Report



case in this trial); only events with eligible cardiovascular terms were included in the investigator-reported analysis. See Figure 1.

MRK-AFV0426375

APPROVe Trial Cardiovascular Safety Report



### Figure 1
### Accounting of Cardiovascular Related Events (Patients) for the Base Study



† Events on treatment through 14 days after the last dose of study therapy
@ including events which occurred more than 28 days after the last dose of study therapy
(no events occurred between 15 days and 28 days after the last dose of study therapy)

## 7.2 Mortality

The ESMB recommended in April 2004 to follow up all discontinued patients to assess their vital status; subsequently the base study protocol was amended to allow for the collection of vital status information on all patients at Year 3 after randomization. Copies of medical records pertaining to any fatal events were submitted to a committee, external to Merck Research Laboratories, for adjudication to determine whether cardiovascular in etiology. In the final dataset of December 23, 2004, the following mortality information was available for patients for three years following randomization

Of the 2586 patients that were randomized to either rofecoxib 25 mg or placebo treatment, the vital status is as follows:

3/15/2005

22

MRK-AFV0426376

Case 2:05-md-01657-EEF-DEK   Document 8758-4   Filed 11/16/06   Page 25 of 80



- A total of twenty patients died within 14 days of discontinuing blinded therapy; 10 deaths were in patients treated with rofecoxib 25 mg (6 thrombotic) and 10 deaths were in patients treated with placebo (4 thrombotic, 1 hemorrhagic)  Among these 20 patients are 4 who had a serious adverse experience onset within 14 days of blinded treatment with subsequent fatal outcome (all non-cardiovascular).

- A total of 21 patients died more than 14 days after discontinuing blinded study therapy but before the anticipated end of their 3-year study period.  Thirteen deaths occurred in patients treated with rofecoxib (3 thrombotic) and 8 deaths occurred in patients treated with placebo (3 thrombotic)

- A total of 2471 patients (1223 in the rofecoxib treatment group and 1248 in the placebo treatment group) were reported alive at Year 3 after randomization. (not included: patients with a serious adverse experience within 14 days of blinded treatment and subsequent fatal outcome).

- Vital status information could not be obtained on 74 patients for one of two reasons:
  A total of 6 patients (3 in the rofecoxib treatment group and 3 in the placebo treatment group) due to a lack of IRB approval for the amended protocol (122-04)
  A total of 68 patients (38 in the rofecoxib treatment group and 30 in the placebo treatment group) because they were lost to follow-up (patient did not respond to repeated attempts of contact 3 years after randomization)

## 7.3 Confirmed Thrombotic Events

Table 5 summarizes the confirmed thrombotic events which occurred between randomization and 14 days after the last dose of study therapy by class of terms and treatment.

There were 46 patients with confirmed thrombotic events in the rofecoxib treatment group and 26 patients with the events in the placebo treatment group.  Most of the thrombotic events were in the category of either acute myocardial infarction or ischemic cerebrovascular stroke

The patient-year adjusted event rates were 1.50 and 0.78 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively.

MRK-AFV0426377

APPROVe Trial Cardiovascular Safety Report



Table 5
Summary of Confirmed Thrombotic Cardiovascular Events by Class of Terms
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=1287) 3059 Patient-Years | | Placebo (N=1299) 3327 Patient-Years | |
|---|---|---|---|---|
| | n(%)[1] | PY-Rate[2] (95% CI) | n(%)[1] | PY-Rate[2] (95% CI) |
| Total number of patients with events | 46 (3.57) | 1.50 (1.10, 2.01) | 26 (2.00) | 0.78 (0.51, 1.15) |
| Cardiac Events | 31 (2.41) | 1.01 (0.69, 1.44) | 12 (0.92) | 0.36 (0.19, 0.63) |
| Acute myocardial infarction | 21 (1.63) | 0.69 (0.42, 1.05) | 9 (0.69) | 0.27 (0.12, 0.51) |
| Fatal acute myocardial infarction | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Sudden cardiac death | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Unstable angina pectoris | 7 (0.54) | 0.23 (0.09, 0.47) | 4 (0.31) | 0.12 (0.03, 0.31) |
| Cerebrovascular Events | 15 (1.17) | 0.49 (0.27, 0.81) | 7 (0.54) | 0.21 (0.08, 0.43) |
| Fatal ischemic cerebrovascular stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic cerebrovascular stroke | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Transient ischemic attack | 5 (0.39) | 0.16 (0.05, 0.38) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Peripheral Vascular Events | 3 (0.23) | 0.10 (0.02, 0.29) | 7 (0.54) | 0.21 (0.08, 0.43) |
| Peripheral arterial thrombosis | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Peripheral venous thrombosis | 2 (0.16) | 0.07 (0.01, 0.24) | 4 (0.31) | 0.12 (0.03, 0.31) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.12) | 2 (0.15) | 0.06 (0.01, 0.22) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[1] Crude Incidence (n/N x100)
[2] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event

Data Source: [4.4.1]

MRK-AFV0426378

APPROVe Trial Cardiovascular Safety Report



Figure 2 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups. The curve for the rofecoxib treatment group appeared generally linear from 0 to 36 months while the curve for the placebo treatment group appeared generally linear during the first 18 months and then the curve flattened during 18 to 36 months. The two curves appeared to be similar during the first 18 months and then started to separate at approximately 18 months.

**Figure 2**
**Kaplan-Meier Plot for Confirmed Thrombotic Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
| Rofecoxib 25 mg | 1287 | 1129 | 1057 | 989 | 938 | 896 | 727 |
| Placebo | 1299 | 1195 | 1156 | 1079 | 1042 | 1001 | 835 |

Data Source: [4.4 1]

Figure 3 and Tables 6 and 7 demonstrate that the hazard ratio or the relative risk for thrombotic cardiovascular events did not appear to be a constant over time. This was confirmed by the testing of the proportional hazard assumption for the Cox proportional hazards model (p=0.014). Therefore, the relative risk calculated as an estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study (i.e. over 36 months).

The overall relative risk of rofecoxib versus placebo over the 36-month study treatment period was 1.92 with a 95% confidence interval of (1.19, 3.11). The relative risk was significantly greater than 1 (p=0.008) (Table 8). Results in Table 8 for other endpoints will be discussed in the subsequent sections.

MRK-AFV0426379

MK-0966, Reference P122, Appendix 2.1 3 (Cont ) 257

APPROVe Trial Cardiovascular Safety Report



Figure 3
Hazard Plot for Confirmed Thrombotic Cardiovascular Events
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)



(Proportionality p-value=0.014)
Confirmed Thrombotic Events

Data Source: [4.4.1]

MRK-AFV0426380

**Table 6**
**Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (6 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Relative Risk(95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | |
| 0 - 6 Months | 1287 | 7/602 | 1.16(0.47, 2.40) | 1299 | 5/622 | 0.80(0.26, 1.88) | 1.45 (0.40, 5.78) |
| 6 - 12 Months | 1129 | 5/544 | 0.92(0.30, 2.14) | 1195 | 7/586 | 1.20(0.48, 2.46) | 0.77 (0.19, 2.81) |
| 12 - 18 Months | 1057 | 10/510 | 1.96(0.94, 3.61) | 1156 | 8/558 | 1.43(0.62, 2.82) | 1.37 (0.49, 3.99) |
| 18 - 24 Months | 989 | 7/481 | 1.46(0.59, 3.00) | 1079 | 3/531 | 0.57(0.12, 1.65) | 2.58 (0.59, 15.43) |
| 24 - 30 Months | 938 | 6/456 | 1.32(0.48, 2.86) | 1042 | 2/510 | 0.39(0.05, 1.42) | 3.35 (0.60, 33.97) |
| > 30 Months | 896 | 11/466 | 2.36(1.18, 4.23) | 1001 | 1/521 | 0.19(0.00, 1.07) | 12.30 (1.39, 529.46) |

[1] Events per 100 Patient Years (PY)

Data Source: [4.4.1]

**Table 7**
**Summary of Confirmed Thrombotic Cardiovascular Events by Time Interval (18 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Difference(95% CI) | Relative Risk(95% CI) |
| Months 0 - 18 | 1287 | 22/1656 | 1.33(0.83, 2.01) | 1299 | 20/1765 | 1.13(0.69, 1.75) | 0.20 (-0.55, 0.94) | 1.18 (0.64, 2.15) |
| Months 19 - 36 | 989 | 24/1403 | 1.71(1.10, 2.55) | 1079 | 6/1561 | 0.38(0.14, 0.84) | 1.33 (0.58, 2.08) | 4.45 (1.77, 13.32) |
| Ratio | | | 1.32 (0.74, 2.35) | | | 0.34 (0.11, 0.88) | | |

[1] Events per 100 Patient-Years (PY)

Data Source: [4.4.1]

Table 8

Analysis of Cardiovascular Safety Endpoints

(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Type of Event | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PT-Rate[1] (95% CI) | Events/Patient-Years[1] | PT-Rate[1] (95% CI) | Difference (95% CI) | Relative Risk (95% CI) | P-Value |
| Confirmed Thrombotic Events | 46/3059 | 1.50 (1.10, 2.01) | 26/3327 | 0.78 (0.51, 1.15) | 0.72 (0.19, 1.25) | 1.92 (1.19, 3.11) | 0.008 |
| Confirmed APTC Events | 34/3070 | 1.11 (0.77, 1.55) | 18/3334 | 0.54 (0.32, 0.85) | 0.57 (0.12, 1.01) | 2.05 (1.16, 3.64) | 0.011 |
| Investigator-Reported Cardiovascular Events | 77/3025 | 7.54 (2.06, 1.15) | 44/3312 | 1.33 (0.57, 1.74) | 1.21 (1.32, 1.96) | 1.90 (1.31, 2.76) | 0.001 |
| New atheroma events | 34/3062 | 1.14 (0.93, 1.70) | 26/3308 | 0.83 (0.56, 1.22) | 0.37 (-0.11, 0.90) | 1.44 (0.92, 2.45) | 0.12 |

[1] Rate per 100 Patient-Years (PT)

Data Source: [4.4.3]

28

259

MRK-AF-V0426382

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)    260

APPROVe Trial Cardiovascular Safety Report



Since events of acute myocardial infarction and ischemic cerebrovascular stroke were the majority of the events that constituted thrombotic events, post hoc analyses were also performed for confirmed thrombotic sub-classes of cardiac events, acute myocardial infarction, cerebrovascular events, ischemic cerebrovascular stroke, and peripheral vascular events. Results of these non pre-specified analyses are provided in Table 9. There were significant between-treatment differences for all cardiac events and the sub-category of acute myocardial infarction events. Numerically the results for cerebrovascular events and ischemic cerebrovascular events were consistent with the results for the composite endpoints, although these were not statistically significant. Peripheral vascular events were few and trended numerically in the opposite direction from the composite endpoints, although the rarity of these events precluded definitive conclusions. Caution must be exercised when interpreting these post hoc results

29

MRK-AFV0426383



APPROVe Trial Cardiovascular Safety Report

MRK-0986, Reference P

Appendix 2.1.3 (Cont.)

Table 9
Analysis of Confirmed Thrombotic Cardiovascular Events by Class of Terms
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk (95% CI) | P-Value |
| Total number of patients with events | 46/3059 | 1.50 (1.10, 2.01) | 26/1377 | 0.78 (0.51, 1.15) | 0.72 (0.19, 1.25) | 1.92 (1.19, 3.11) | 0.008 |
| Cardiac Events | 31/3065 | 1.01 (0.69, 1.44) | 12/3115 | 0.36 (0.19, 0.63) | 0.65 (0.24, 3.06) | 2.80 (1.44, 5.45) | 0.002 |
| Acute myocardial infarction | 21/1073 | 0.68 (0.42, 1.04) | 9/3118 | 0.27 (0.12, 0.51) | 0.41 (0.07, 0.75) | 2.53 (1.11, 6.29) | 0.024 |
| Cerebrovascular Events | 15/3060 | 0.49 (0.27, 0.82) | 7/3141 | 0.21 (0.08, 0.43) | 0.28 (-0.01, 0.57) | 2.32 (0.93, 6.74) | 0.091 |
| Ischemic cerebrovascular stroke | 11/3072 | 0.36 (0.18, 0.64) | 6/3141 | 0.18 (0.07, 0.39) | 0.18 (-0.08, 0.43) | 1.99 (0.67, 6.55) | 0.255 |
| Peripheral Vascular Events | 3/3087 | 0.10 (0.02, 0.28) | 5/3141 | 0.21 (0.08, 0.43) | -0.11 (-0.30, 0.08) | 0.46 (0.08, 2.03) | 0.432 |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[1] Events per 100 Patient-Years

Data Source: [4.4.1]

30

MRK-AFV0426384

281

APPROVe Trial Cardiovascular Safety Report



### 7.4  Confirmed APTC Events

Table 10 summarizes the confirmed APTC events which occurred between randomization and 14 days after the last dose of study therapy by class of terms and treatment

There were 34 patients with confirmed APTC events in the rofecoxib treatment group and 18 patients with the events in the placebo treatment group. Again, most of the APTC events were in the classes of acute myocardial infarction and ischemic cerebrovascular stroke   There were 6 cardiovascular deaths in the rofecoxib treatment group and 5 cardiovascular deaths in the placebo treatment group  The patient-year adjusted APTC event rates were 1.11 and 0 54 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively  The relative risk of an APTC event for rofecoxib versus placebo therapy was 2.06 with a 95% confidence interval of (1.16, 3 64).  The relative risk was significantly greater than 1 (p= 0.013) (Table 8)

**Table 10**
**Summary of Confirmed APTC Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3070 Patient-Years | | Placebo (N=1299) 1334 Patient-Years | |
|---|---|---|---|---|
| | n(%)[1] | PY-Rate[1] (95% CI) | n(%)[1] | PY-Rate[1] (95% CI) |
| Total number of patients with events | 34 (2.64) | 1.11 (0.77, 1.55) | 18 (1.39) | 0.54 (0.32, 0.85) |
| Cardiac Events | 24 (1.86) | 0.78 (0.50, 1.16) | 10 (0.77) | 0.30 (0.14, 0.55) |
| Acute myocardial infarction | 21 (1.63) | 0 68 (0.42, 1 05) | 9 (0.69) | 0 27 (0 12, 0.51) |
| Fatal acute myocardial infarction | 2 (0 16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Sudden cardiac death | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cerebrovascular Events | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Fatal ischemic cerebrovascular stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0 00 (0.00, 0 11) |
| Ischemic cerebrovascular stroke | 11 (0.85) | 0.36 (0.18, 0.64) | 6 (0.46) | 0.18 (0.07, 0.39) |
| Hemorrhagic Events | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0 08) | 0.03 (0.00, 0.17) |
| Hemorrhagic stroke | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |

Note: Patient with multiple events may be counted more than once in different terms, but only once in each term
[1] Crude Incident(n/Nx100)
[1] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event

Data Source: [4.4 1]

31

MRK-AFV0426385

APPROVe Trial Cardiovascular Safety Report



Figure 4 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups, which showed similar patterns as those for confirmed thrombotic events   The curve for the rofecoxib treatment group appeared generally linear from 0 to 36 months while the curve for the placebo treatment group appeared generally linear during the first 18 months and then the curve flattened between 18 and 36 months.  The two curves appeared to be similar during the first 18 months and then diverged at approximately 18 months.

### Figure 4
### Kaplan-Meier Plot for Confirmed APTC Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1129 | 1059 | 994 | 945 | 901 | 733 |
| Placebo | 1299 | 1197 | 1159 | 1083 | 1044 | 1003 | 837 |

Data Source: [4.4.1]

MRK-AFV0426386



Figure 5 displays the hazard functions over time for both treatment groups. The rates of confirmed APTC events for both treatment groups and the relative risks at 6-month intervals or 18-month intervals are depicted in Tables 11 and 12. The testing of the proportional hazard assumption for the Cox proportional hazards model did not show significant violation of the assumption (p=0.119), but it approached significance.

**Figure 5**
**Hazard Plot Confirmed APTC Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



(Proportionality p-value=0.119)
Confirmed APTC Events

Data Source: [4.4.1]

33

MRK-AFV0426387



**Table 11**
**Summary of Confirmed APTC Events by Time Interval (6 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg  (N=1287) | | | Placebo  (N=1299) | | | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | |
| 0 - 6 Months | 1287 | 6/602 | 1.00 (0.37, 2.17) | 1299 | 3/622 | 0.48 (0.10, 1.41) | 2.07 (0.44, 12.78) |
| 6 - 12 Months | 1129 | 3/543 | 0.55 (0.11, 1.61) | 1197 | 4/587 | 0.68 (0.19, 1.75) | 0.81 (0.12, 4.78) |
| 12 - 18 Months | 1039 | 3/512 | 0.59 (0.32, 2.28) | 1159 | 3/560 | 0.85 (0.29, 2.09) | 1.09 (0.23, 4.75) |
| 18 - 24 Months | 994 | 5/434 | 1.01 (0.36, 2.41) | 1083 | 2/532 | 0.38 (0.16, 1.36) | 2.73 (0.45, 28.87) |
| 24 - 30 Months | 845 | 6/459 | 1.31 (0.48, 2.85) | 1046 | 2/511 | 0.39 (0.05, 1.41) | 3.34 (0.60, 33.87) |
| > 30 Months | 501 | 9/469 | 1.92 (0.88, 3.65) | 1003 | 2/522 | 0.38 (0.05, 1.39) | 5.01 (1.04, 47.63) |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.3]

**Table 12**
**Summary of Confirmed APTC Events by Time Interval (18 Months)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Time Interval | Rofecoxib 25 mg  (N=1287) | | | Placebo  (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Difference (95% CI) | Relative Risk (95% CI) |
| Months 0 - 18 | 1287 | 14/1658 | 0.84 (0.46, 1.42) | 1299 | 12/1769 | 0.68 (0.35, 1.18) | 0.17 (-0.42, 0.75) | 1.25 (0.59, 2.68) |
| Months 19 - 36 | 994 | 20/1412 | 1.42 (0.87, 2.19) | 1083 | 6/1545 | 0.38 (0.14, 0.83) | 1.03 (0.36, 1.71) | 3.69 (1.43, 11.24) |
| Ratio | | 1.72 (0.87, 3.41) | | | 0.57 (0.17, 1.63) | | | |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

J4

MRK-AFV0426388

APPROVe Trial Cardiovascular Safety Report



## 7.5 Investigator-Reported Cardiovascular Events

Table 13 summarizes the investigator-reported cardiovascular events which occurred between randomization and 14 days after the last dose of study therapy by term and treatment. There were 77 patients with the investigator-reported cardiovascular events in the rofecoxib treatment group and 44 patients with the events in the placebo treatment group.

The patient-year adjusted event rates were 2.54 and 1.33 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively. The relative risk for an investigator reported event for rofecoxib versus placebo was 1.90 with a 95% confidence interval of (1.31, 2.76). The relative risk was significantly greater than 1 (p=0.001) (Table 8).

MRK-AFV0426389

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   267

APPROVe Trial Cardiovascular Safety Report



Table 13
Summary of Investigator-Reported Cardiovascular Events by Class of Terms
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Event Term | Rofecoxib 25 mg (N=1287) 3035 Patient-Years | | Placebo (N=1299) 3312 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[†] (95% CI) | n(%)[†] | PY-Rate[†] (95% CI) |
| Total number of patients with events | 77 (5.98) | 2.54 (2.00, 3.17) | 44 (3.39) | 1.33 (0.97, 1.78) |
| Acute coronary syndrome | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Acute myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Acute myocardial infarction, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Acute myocardial infarction, Cardio-respiratory arrest, Coronary artery thrombosis | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Age indeterminate myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Age indeterminate myocardial infarction, Coronary artery disease NOS | 2 (0.16) | 0.07 (0.01, 0.24) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina Pectoris, Coronary artery occlusion | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina pectoris | 2 (0.16) | 0.07 (0.01, 0.24) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Angina pectoris, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina pectoris, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Angina unstable | 2 (0.16) | 0.07 (0.01, 0.24) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Brain stem infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cardiac arrest | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac arrest, Myocardial infarction | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac disorder | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Carotid artery occlusion | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Carotid artery stenosis | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Cerebellar infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cerebral haemorrhage | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cerebral infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Cerebral ischemia | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Cerebrovascular accident | 6 (0.47) | 0.20 (0.07, 0.43) | 5 (0.38) | 0.15 (0.05, 0.35) |
| Cerebrovascular disorder NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery atherosclerosis | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Coronary artery disease | 7 (0.54) | 0.23 (0.09, 0.48) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Coronary artery disease, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Coronary artery disease, Unstable angina | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery occlusion | 2 (0.16) | 0.07 (0.01, 0.24) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Coronary artery stenosis | 3 (0.23) | 0.10 (0.02, 0.29) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Death | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Deep vein thrombosis | 1 (0.08) | 0.03 (0.00, 0.18) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Deep venous thrombosis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |

Data Source: [4.4.1; 4.21]

MRK-AFV0426390

APPROVe Trial Cardiovascular Safety Report



**Table 13 (Continued)**
**Summary of Investigator-Reported Cardiovascular Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3035 Patient Years (PY) | | Placebo (N=1299) 3312 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡] (95% CI) | n(%)[†] | PY-Rate[‡] (95% CI) |
| Gangrene NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Intermittent claudication | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Intracranial hemorrhage | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischaemic stroke NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic heart disease | 2 (0.16) | 0.07 (0.01, 0.24) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ischemic stroke NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Myocardial infarction | 8 (0.62) | 0.26 (0.11, 0.52) | 3 (0.23) | 0.09 (0.02, 0.26) |
| Myocardial infarction, Cardiac arrest | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial infarction, Coronary artery disease | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial infarction, Coronary artery disease NOS | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Myocardial infarction, Metastatic carcinoma | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial ischaemia | 4 (0.31) | 0.13 (0.04, 0.34) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Myocardial ischemia, Coronary artery disease NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Non-Q wave myocardial infarction; Ventricular tachycardia | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Peripheral vascular disorder | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Phlebitis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.12) | 2 (0.15) | 0.06 (0.01, 0.22) |
| Shock | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Subdural haematoma | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Sudden Death, Myocardial infarction | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Sudden cardiac death | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischaemic attack | 6 (0.47) | 0.20 (0.07, 0.43) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Transient ischaemic attack, Carotid artery stenosis | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischaemic attack, Cerebrovascular accidental | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Transient ischemic attack | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Venous thrombosis NOS | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Ventricular fibrillation | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Vertebrobasilar insufficiency | 0 (0.00) | 0.00 (0.00, 0.12) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Cardiac catheter complication | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[†] Crude Incident (n/N×100)
[‡] Events per 100 Patient-Years, where patient years at risk were calculated based on the overall event

Data Source: [4.4.1; 4.21]

MRK-AFV0426391

APPROVe Trial Cardiovascular Safety Report



Figure 6 displays the Kaplan-Meier cumulative rate curves over time for both treatment groups for investigator-reported cardiovascular events.   The curve of the rofecoxib treatment group was above the curve of the placebo treatment group during the entire study.

**Figure 6**
**Kaplan-Meier Plot for Investigator-Reported Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1127 | 1053 | 982 | 928 | 883 | 712 |
| Placebo | 1299 | 1194 | 1154 | 1076 | 1035 | 993 | 827 |

Data Source: [4.4.1; 4.21]

MRK-AFV0426392

LEXISNEXIS® FILE & SERVE
12135302
E-SERVICE
Aug 21 2006
9:54PM

MK-0966, Reference P122, Appendix 2 1.3 (Cont.)          270

APPROVe Trial Cardiovascular Safety Report



Figure 7 displays the hazard functions over time for both treatment groups for investigator-reported cardiovascular events. The rates of the investigator-reported cardiovascular events for both treatment groups and the relative risks at 6-month intervals or 18-month intervals are shown in Tables 14 and 15. A test of the proportional hazard assumption for the Cox proportional hazards model did not show the violation of the assumption ($p=0.205$).

**Figure 7**
**Hazard Plot for Investigator Reported Cardiovascular Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



Data Source: [4.4.1; 4.23]

39

MRK-AFV0426393



APPROVe Trial Cardiovascular Safety Report

MK-C966, Reference P...

Appendix 2.1.3 (Cont.)

#### Table 14
#### Summary of Investigator Reported Cardiovascular Events by Time Interval (6 Months)
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg  (N=1287) | | | Placebo  (N=1299) | | | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient years | Rate (95% CI)[1] | Number At Risk | Events/Patient years | Rate (95% CI)[1] | |
| 0 - 6 Months | 1287 | 14/601 | 2.33 (1.27, 3.91) | 1299 | 7/622 | 1.13 (0.45, 2.32) | 2.07 (0.78, 6.06) |
| 6 - 12 Months | 1127 | 9/543 | 1.66 (0.76, 3.15) | 1194 | 8/585 | 1.37 (0.59, 2.70) | 1.21 (0.42, 3.61) |
| 12 - 18 Months | 1053 | 16/507 | 3.15 (1.80, 5.12) | 1154 | 10/557 | 1.80 (0.86, 3.30) | 1.76 (0.75, 4.13) |
| 18 - 24 Months | 982 | 11/477 | 2.31 (1.15, 4.13) | 1076 | 8/328 | 1.53 (0.63, 2.98) | 1.52 (0.56, 4.36) |
| 24 - 30 Months | 923 | 10/451 | 2.22 (1.06, 4.08) | 1035 | 7/506 | 1.38 (0.56, 2.85) | 1.60 (0.55, 4.96) |
| > 30 Months | 833 | 17/457 | 3.72 (2.17, 5.96) | 993 | 4/516 | 0.78 (0.21, 1.99) | 4.80 (1.56, 19.57) |

[1] Events per 100 Patient Years (PY)

Data Source: [4.4.1]

#### Table 15
#### Summary of Investigator Reported Cardiovascular Events by Time Interval (18 Months)
#### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg  (N=1287) | | | Placebo  (N=1299) | | | Comparison | |
|---|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient years | Rate (95% CI)[1] | Number At Risk | Events/Patient years | Rate (95% CI)[1] | Difference (95% CI)[1] | Relative Risk (95% CI) |
| Months 0 - 18 | 1287 | 39/1653 | 2.36 (1.68, 3.23) | 1299 | 75/1763 | 1.42 (0.92, 2.09) | 0.94 (0.02, 1.87) | 1.67 (1.01, 2.76) |
| Months 19 - 36 | 982 | 38/1384 | 2.74 (1.94, 3.77) | 1076 | 15/1549 | 1.23 (0.74, 1.91) | 1.52 (0.49, 2.55) | 2.22 (1.24, 3.85) |
| Ratio | | | 1.16 (0.74, 1.81) | | | 0.88 (0.49, 1.61) | | |

[1] Events per 100 Patient-Years (PY)

Data Source: [4.4.1]



MRK-AFV0426394

APPROVe Trial Cardiovascular Safety Report



### 7.6 New Ischemic Events

A new ischemic event was not a pre-specified DAP endpoint for analysis and was included in the analysis based on a regulatory agency request. Table 16 summarizes the new ischemic events which occurred between randomization and 14 days after the last dose of study therapy by term and treatment

There were 38 patients with new ischemic events in the rofecoxib treatment group and 28 patients with new ischemic events in the placebo treatment group

The patient-year adjusted event rates were 1 24 and 0 85 events per 100 patient-years for the rofecoxib and placebo treatment groups, respectively

**Table 16**
**Summary of New Ischemic Events by Class of Terms**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=1287) 3062 Patient-Years (PY) | | Placebo (N=1299) 3308 Patient-Years | |
|---|---|---|---|---|
| | n(%) | PY-Rate[1] (95% CI) | n(%)[1] | PY-Rate[1] (95% CI) |
| Total number of patients with events | 38 (2.95) | 1.24 (0.88, 1.70) | 28 (2.16) | 0.85 (0.56, 1.22) |
| Acute coronary syndrome | 1 (0 08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0 00 (0.00, 0 11) |
| Acute myocardial infarction | 5 (0.39) | 0.16 (0.05, 0.38) | 1 (0.08) | 0.03 (0.00, 0.17) |
| Angina pectoris | 5 (0.39) | 0.16 (0.05, 0.38) | 9 (0.69) | 0 27 (0.12, 0 52) |
| Angina unstable | 1 (0.08) | 0.03 (0.00, 0.18) | 1 (0.08) | 0.03 (0.00, 0 17) |
| Cardiac arrest | 2 (0.16) | 0.07 (0.01, 0.24) | 2 (0.15) | 0 06 (0 01, 0.22) |
| Coronary artery disease | 17 (1.32) | 0 56 (0.32, 0.89) | 16 (1.23) | 0.48 (0.28, 0 79) |
| Coronary artery occlusion | 1 (0.08) | 0.03 (0.00, 0 18) | 0 (0.00) | 0.00 (0 00, 0 11) |
| Coronary artery stenosis | 1 (0.08) | 0.03 (0.00, 0 18) | 1 (0.08) | 0.03 (0.00, 0.17) |
| ECG signs of myocardial ischaemia | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.11) |
| Myocardial infarction | 11 (0.85) | 0.36 (0.18, 0.64) | 7 (0.54) | 0 21 (0.09, 0.44) |
| Myocardial ischaemia | 3 (0.23) | 0.10 (0.02, 0.29) | 2 (0.15) | 0.06 (0 01, 0.22) |
| Sudden cardiac death | 1 (0.08) | 0.03 (0.00, 0 18) | 0 (0.00) | 0.00 (0 00, 0.11) |
| Sudden death | 1 (0.08) | 0.03 (0.00, 0 18) | 0 (0.00) | 0 00 (0.00, 0.11) |
| Ventricular fibrillation | 1 (0.08) | 0.03 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0 11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term
[1] Crude Incidence(n/Nx100)
[1] Events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event

Data Source: [4.4 1]

41

MK-0966, Reference P122, Appendix 2 1 3 (Cont )                273

APPROVe Trial Cardiovascular Safety Report



Figure 8 displays the Kaplan-Meier cumulative rate curves over time for new ischemic events for both treatment groups.

**Figure 8**
**Kaplan-Meier Plot for New Ischemic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1286 | 1129 | 1056 | 990 | 940 | 898 | 729 |
| Placebo | 1298 | 1190 | 1150 | 1074 | 1035 | 994 | 828 |

Data Source: [4.4 1]

42

MRK-AFV0426396

APPROVe Trial Cardiovascular Safety Report



Figure 9 displays the hazard functions over time for both treatment groups   The rates of new ischemic events for both treatment groups and the relative risks at 6-month intervals or 18-month intervals are shown in Tables 17 and 18.  Figure 9, Tables 17 and 18 show that the hazard ratio or the relative risk for new ischemic events did not appear to be a constant over time  The testing of the proportional hazard assumption for the Cox proportional hazards model also showed that the assumption did not hold (p=0.014).  The relative risk calculated as an estimate of the hazard ratio from the Cox model should be interpreted as an average of the treatment effect over the time range of the study.  The relative risk of rofecoxib versus placebo therapy was 1.48 with a 95% confidence interval of (0 90, 2 43).  The relative risk was not significantly greater than 1 (p= 0.121) (Table 8)

### Figure 9
### Hazard Plot for New Ischemic Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)



(Proportionality p-value=0 014)

New ischemic events

Data Source: [4.4 1]

MRK-AFV0426397



APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference Appendix 2.1.3 (Cont.)

Table 17
Summary of New Ischemic Events by Time Interval (6 Months)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg   (N=1287) | | | Placebo   (N=1299) | | | Relative Risk (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | |
| 0 - 6 Months | 1287 | 4/602 | 0.66(0.18, 1.70) | 1299 | 11/620 | 1.77(0.89, 3.17) | 0.37 (0.09, 1.26) |
| 6 - 12 Months | 1129 | 5/544 | 0.92(0.30, 2.14) | 1190 | 4/583 | 0.69(0.19, 1.76) | 1.34 (0.29, 6.25) |
| 12 - 18 Months | 1058 | 10/511 | | 1150 | 5/555 | 0.90(0.29, 2.10) | 2.17 (0.68, 8.10) |
| 18 - 24 Months | 990 | 6/482 | 1.22(0.66, 2.71) | 1074 | 1/528 | 0.19(0.00, 1.06) | 6.57 (0.80, 302.35) |
| 24 - 30 Months | 940 | 3/458 | 0.66(0.14, 1.92) | 1015 | 3/506 | 0.59(0.12, 1.73) | 1.11 (0.15, 8.26) |
| > 30 Months | 892 | 10/466 | 7.13(1.01, 3.95) | 994 | 4/516 | 0.78(0.21, 1.99) | 2.77 (0.80, 12.10) |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

Table 18
Summary of New Ischemic Events by Time Interval (18 Months)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Time Interval | Rofecoxib 25 mg   (N=1287) | | | Placebo   (N=1299) | | | Comparisons | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Number At Risk | Events/Patient-years | Rate (95% CI)[1] | Difference (95% CI) | Relative Risk (95% CI) |
| Months 0 - 18 | 1287 | 19/1657 | 1.15(0.69, 1.79) | 1299 | 20/1758 | 1.14(0.69, 1.76) | 0.01 (-0.71, 0.73) | 1.01 (0.53, 1.92) |
| Months 19 - 36 | 990 | 19/1405 | 1.35(0.81, 2.11) | 1074 | 8/1510 | 0.53(0.22, 1.90) | 0.81 (0.11, 1.54) | 2.62 (1.10, 6.92) |
| Ratio | | | 1.27 (0.66, 2.41) | | | 0.43 (0.17, 1.08) | | |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.1]

44

275

APPROVe Trial Cardiovascular Safety Report



## 7.7 Subgroup Analyses of Confirmed Thrombotic Cardiovascular Events

Subgroup analyses on confirmed thrombotic cardiovascular events were performed for subgroups defined by baseline characteristics: age (greater than or equal to 65 years old versus less than 65 years old), gender, low dose aspirin (LDA) use stratum (stratum for randomization), history of symptomatic atherosclerotic cardiovascular disease (ASCVD), history of diabetes, history of hypercholesterolemia, history of hypertension, current cigarette use, baseline hypertension drug use, history of ischemic heart disease, region (US versus non-US), as well as 2 or more CV risk factors for coronary artery disease (from among history of diabetes, hypercholesterolemia, hypertension, and current cigarette use) and increased risk for CV event (with a history of symptomatic ASCVD or 2 or more risk factors for coronary artery disease) (Table 19)  There were no statistically significant treatment by subgroup interactions for any of these baseline subgroups, indicating general consistency of treatment effects across these subgroups.

Although there might not have been sufficient precision to reveal some potentially important interactions, of note were the numerical differences in RR for subgroups of history of symptomatic ASCVD versus no history, history of diabetes versus no history, and history of ischemic heart disease versus no history.  For each of these, the RRs were higher in the subgroups with these attributes than for those in the subgroups without the attributes due to the relatively small numbers of events in the placebo therapy group in those subgroups with the attributes

Test based on the Cox proportional hazards models with terms for treatment and subgroup factor shown that age of greater than or equal to 65 years old, presence of the history of symptomatic ASCVD, presence of ≥2 risk factors for coronary artery disease, presence of the increased risk for CV event, presence of the history of diabetes, presence of the history of hypertension, current cigarette use, and the need for hypertension drug therapy at baseline were significant risk factors for development of confirmed thrombotic events

MRK-AFV0426399

Restricted Confidential Limited access

**Table 19**
**Subgroup Analysis of Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
|---|---|---|---|---|---|
| Subgroup | N, Events/PYs | Rate* (95% CI) | N, Events/PYs | Rate* (95% CI) | Relative Risk (95% CI) |
| Age (0.000#) Subgroup-by-Treatment Interaction p-value: 0.802 | | | | | |
| Age<65 | 903, 22/2199 | 1.00(0.63, 1.51) | 914, 13/2366 | 0.55(0.29, 0.94) | 1.81 (0.91, 3.60) |
| Age≥65 | 384, 24/860 | 2.79(1.79, 4.15) | 385, 13/960 | 1.35(0.72, 2.37) | 2.09 (1.06, 4.10) |
| Gender (0.128#) Subgroup-by-Treatment Interaction p-value: 0.381 | | | | | |
| Male | 804, 32/1945 | 1.65(1.13, 2.32) | 805, 20/2111 | 0.95(0.58, 1.46) | 1.73 (0.99, 3.03) |
| Female | 483, 14/1113 | 1.26(0.69, 2.11) | 494, 6/1215 | 0.49(0.18, 1.07) | 2.55 (0.92, 8.09) |
| Low Dose Aspirin User (0.229#) Subgroup-by-Treatment Interaction p-value: 0.881 | | | | | |
| No | 1074, 36/2570 | 1.40(0.98, 1.94) | 1095, 21/2823 | 0.74(0.46, 1.14) | 1.89 (1.10, 3.24) |
| Yes | 213, 10/489 | 2.05(0.98, 3.76) | 204, 5/503 | 0.99(0.32, 2.32) | 2.06 (0.64, 7.68) |
| History of Symptomatic ASCVD† (0.032#) Subgroup-by-Treatment Interaction p-value: 0.096 | | | | | |
| No | 1171, 36/2797 | 1.29(0.90, 1.78) | 1197, 25/3075 | 0.81(0.53, 1.20) | 1.58 (0.95, 2.64) |
| Yes | 116, 10/262 | 3.82(1.83, 7.02) | 102, 1/251 | 0.40(0.01, 2.22) | 9.59 (1.36, 416.36) |
| ≥2 Risk Factors for Coronary Artery Disease‡ (0.000#) Subgroup-by-Treatment Interaction p-value: 0.527 | | | | | |
| No | 969, 21/2341 | 0.98(0.62, 1.47) | 1010, 16/2633 | 0.61(0.35, 0.99) | 1.67 (0.86, 3.07) |
| Yes | 318, 23/717 | 3.21(2.03, 4.81) | 289, 10/693 | 1.44(0.69, 2.65) | 2.22 (1.07, 5.23) |
| History of Diabetes (0.001#) Subgroup-by-Treatment Interaction p-value: 0.091 | | | | | |
| No | 1172, 34/2792 | 1.22(0.84, 1.70) | 1188, 24/3055 | 0.79(0.50, 1.17) | 1.55 (0.92, 2.61) |
| Yes | 115, 12/267 | 4.49(2.32, 7.84) | 111, 2/272 | 0.74(0.09, 2.66) | 6.10 (1.36, 56.11) |
| History of Hypercholesterolemia (0.189#) Subgroup-by-Treatment Interaction p-value: 0.853 | | | | | |
| No | 914, 29/2170 | 1.34(0.90, 1.92) | 961, 18/2478 | 0.73(0.43, 1.15) | 1.85 (1.03, 3.33) |
| Yes | 373, 17/889 | 1.91(1.11, 3.06) | 338, 8/849 | 0.94(0.41, 1.86) | 2.03 (0.83, 5.43) |
| History of Hypertension (0.000#) Subgroup-by-Treatment Interaction p-value: 0.796 | | | | | |
| No | 874, 20/1996 | 1.00(0.61, 1.55) | 853, 11/2278 | 0.49(0.25, 0.88) | 2.03 (0.93, 4.69) |
| Yes | 463, 26/1063 | 2.45(1.60, 3.58) | 446, 15/1099 | 1.37(0.76, 2.25) | 1.78 (0.94, 3.36) |
| Current Cigarette Users (0.011#) Subgroup-by-Treatment Interaction p-value: 0.660 | | | | | |
| No | 1007, 30/2429 | 1.24(0.83, 1.76) | 1014, 18/2615 | 0.69(0.41, 1.09) | 1.80 (1.00, 3.27) |
| Yes | 280, 16/630 | 2.54(1.45, 4.12) | 285, 8/711 | 1.12(0.49, 2.22) | 2.26 (0.91, 6.10) |
| Increased CV Risk¶ (0.000#) Subgroup-by-Treatment Interaction p-value: 0.137 | | | | | |
| No | 907, 18/2201 | 0.82(0.48, 1.29) | 958, 16/2498 | 0.64(0.37, 1.04) | 1.28 (0.65, 2.51) |
| Yes | 380, 28/858 | 3.26(2.17, 4.72) | 341, 10/829 | 1.21(0.58, 2.22) | 2.71 (1.28, 6.24) |
| Baseline Hypertension Drug (0.001#) Subgroup-by-Treatment Interaction p-value: .641 | | | | | |
| No | 900, 23/2167 | 1.06(0.67, 1.59) | 927, 15/2408 | 0.62(0.35, 1.03) | 1.70 (0.89, 3.26) |
| Yes | 387, 23/892 | 2.58(1.63, 3.87) | 372, 11/919 | 1.20(0.60, 2.14) | 2.15 (1.01, 4.89) |
| History of Ischemic Heart Disease (0.092#) Subgroup-by-Treatment Interaction p-value: 0.155 | | | | | |
| No | 1186, 38/2828 | 1.34(0.95, 1.84) | 1205, 25/3101 | 0.81(0.52, 1.19) | 1.67 (1.01, 2.77) |
| Yes | 101, 8/231 | 3.47(1.50, 6.84) | 94, 1/226 | 0.44(0.01, 2.46) | 7.84 (1.05, 348.06) |
| Region (0.851#) Subgroup-by-Treatment Interaction p-value: .690 | | | | | |
| US | 660, 23/1549 | 1.48(0.94, 2.23) | 669, 14/1649 | 0.85(0.46, 1.42) | 1.74 (0.90, 3.38) |
| Non-US | 627, 23/1510 | 1.52(0.97, 2.29) | 630, 12/1678 | 0.72(0.37, 1.25) | 2.15 (1.07, 4.32) |

* Events per 100 Patient-Years

# p-value for testing whether the factor is a significant risk factor based on Cox proportional hazards models with terms for treatment and subgroup factor

† ASCVD=atherosclerotic cardiovascular disease

‡ 2 or more risk factors for coronary artery disease from History of diabetes, History of Hypercholesterolemia, History of Hypertension, Current Cigarette Use

¶ History of Symptomatic ASCVD or 2 or more Risk Factors for Coronary Artery Disease

Data Source: [4.1; 4.2; 4.4.1]

APPROVe Trial Cardiovascular Safety Report



Subgroup analysis based on post-randomization concomitant aspirin use (defined as at least 50% of time while on study drug, and not starting after a CV event) was also performed (Table 20). There was no significant treatment by subgroup interaction. Caution must be exercised when a between-treatment comparison is made using results of subgroup analysis based on post-randomization covariate because it cannot be known whether drug effects influence the post-randomization covariate or vice versa.

### Table 20
### Post-Randomization Subgroup Analysis of Confirmed Thrombotic Cardiovascular Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Subgroup | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
|---|---|---|---|---|---|
| | N, Events/PYs | Rate[1] (95% CI) | N, Events/PYs | Rate[1] (95% CI) | Relative Risk(95% CI) |
| Concomitant Aspirin Use[‡] (0.519[†]) | Subgroup-by-Treatment Interaction p-value: 0.304 | | | | |
| No | 1035, 34/2470 | 1.38(0.95, 1.92) | 1053, 22/2689 | 0.82(0.51, 1.24) | 1.68 (0.99, 2.88) |
| Yes | 252, 12/589 | 2.04(1.05, 3.56) | 246, 4/637 | 0.63(0.17, 1.61) | 3.25 (0.98, 13.81) |

[1] Events per 100 Patient Years
[†] p-value for testing whether the factor is a significant risk factor
[‡] Aspirin use defined as patient who took any dose of aspirin, clopidogrel, clopidogrel bisulfate, ticlopidine, and ticlopidine hydrochloride for at least 50% of the time while on study therapy and did not start any of these medications after a confirmed thrombotic cardiovascular event

Data Source: [4.4.1; 4.1]

47

MRK-AFV0426401



A breakdown of confirmed thrombotic events by class of terms (Table 21) in patients taking concomitant aspirin (defined as at least 50% of time while on study drug, and not starting after a CV event) showed that 6 patients in the rofecoxib treatment group and 3 patients in the placebo treatment group experienced myocardial infarction, sudden death, or stroke. The number of patients with myocardial infarction alone was the same in both treatment groups, with 3 patients each.

**Table 21**
**Summary of Confirmed Thrombotic Events by Class of Term in Subgroup of Concomitant Aspirin Users[§]**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Event Terms | Rofecoxib 25 mg (N=257) 589 Patient-Years | | Placebo (N=246) 637 Patient-Years | |
|---|---|---|---|---|
| | n(%)[†] | PY Rate[‡] (95% CI) | n(%)[†] | PY Rate[‡] (95% CI) |
| Total number of patients with events | 12 (0.93) | 2.04 (1.05, 3.56) | 4 (0.31) | 0.63 (0.17, 1.61) |
| Acute myocardial infarction | 3 (0.23) | 0.51 (0.11, 1.49) | 3 (0.23) | 0.47 (0.10, 1.38) |
| Fatal acute myocardial infarction | 0 (0.00) | 0.00 (0.00, 0.63) | 1 (0.08) | 0.16 (0.00, 0.87) |
| Ischemic cerebrovascular stroke | 2 (0.16) | 0.34 (0.04, 1.23) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Peripheral arterial thrombosis | 1 (0.08) | 0.17 (0.00, 0.95) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Peripheral venous thrombosis | 1 (0.08) | 0.17 (0.00, 0.95) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Pulmonary embolism | 0 (0.00) | 0.00 (0.00, 0.63) | 1 (0.08) | 0.16 (0.00, 0.87) |
| Sudden cardiac death | 1 (0.08) | 0.17 (0.00, 0.95) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Transient ischemic attack | 2 (0.16) | 0.34 (0.04, 1.23) | 0 (0.00) | 0.00 (0.00, 0.58) |
| Unstable angina pectoris | 2 (0.16) | 0.34 (0.04, 1.23) | 1 (0.08) | 0.16 (0.00, 0.87) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incidence(n/N x 100)
[‡]: Events per 100 Patient-Years, where patient years at risk were calculated based on the overall event
[§]: Aspirin use defined as patient who took any dose of aspirin, clopidogrel, clopidogrel bisulfate, ticlopidine, and ticlopidine hydrochloride for at least 50% of the time while on study therapy and did not start any of these medications after a confirmed thrombotic cardiovascular event

Data Source: [4.1; 4.2; 4.4.1]

MRK-AFV0426402

APPROVe Trial Cardiovascular Safety Report



### 7.8 Relationship Between Blood Pressure and Cardiovascular Events

Several investigations into the potential relationship of blood pressure with cardiovascular events were made. Tables 22, 23, and 24 show the results of confirmed thrombotic cardiovascular events by categories of baseline blood pressure. There was no evidence that higher baseline blood pressure was associated with higher relative risk for the rofecoxib treatment group. The number of events for the categories of lower baseline blood pressure for the placebo treatment group was small, precluding meaningful assessment of the relative risk of rofecoxib versus placebo therapy for those categories.

**Table 22**
**Baseline Blood Pressure and Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Baseline Blood Pressure (mm Hg) | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Relative Risk (95% CI) |
| DBP≥100 or SBP≥160 | 5/179.3, 85 | 7.79 (0.91, 6.51) | 5/192.0, 77 | 1.56 (0.32, 4.57) | 1.73 (0.33, 11.56) |
| DBP 90-99 or SBP 140-159 | 13/859.5, 371 | 1.51 (0.81, 2.59) | 12/1031, 403 | 1.16 (0.60, 2.03) | 1.30 (0.59, 2.88) |
| DBP 85-89 or SBP 130-139 | 14/759.0, 319 | 1.84 (1.01, 3.09) | 8/712.4, 281 | 1.12 (0.48, 2.21) | 1.64 (0.64, 4.52) |
| DBP 80-84 or SBP 120-129 | 10/710.8, 295 | 1.41 (0.67, 2.59) | 2/813.0, 311 | 0.25 (0.03, 0.89) | 5.72 (1.22, 53.68) |
| DBP <80 and SBP <120 | 4/550.2, 217 | 0.73 (0.20, 1.86) | 1/577.8, 219 | 0.17 (0.00, 0.96) | 4.20 (0.42, 206.87) |

[1] Events per 100 Patient-Years (PY)
DBP=Diastolic Blood Pressure
SBP=Systolic Blood Pressure

Data Source: [4.4.1; 4.2]

**Table 23**
**Baseline Diastolic Blood Pressure and Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Baseline Blood Pressure (mmHg) | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Relative Risk (95% CI) |
| DBP≥100 | 0/41.00, 18 | 0.00 (0.00, 9.00) | 1/46.76, 19 | 2.14 (0.05, 11.92) | 0.00 (0.00, 44.47) |
| DBP 90-99 | 7/448.2, 195 | 1.34 (0.49, 2.91) | 5/505.1, 192 | 0.99 (0.12, 1.74) | 2.25 (0.48, 13.93) |
| DBP 85-89 | 8/313.3, 137 | 2.55 (1.10, 5.03) | 4/317.0, 135 | 1.21 (0.35, 3.28) | 1.99 (0.51, 9.04) |
| DBP 80-84 | 14/1026, 432 | 1.36 (0.75, 2.29) | 7/1087, 420 | 0.64 (0.26, 1.33) | 2.12 (0.80, 6.20) |
| DBP <80 | 18/1230, 505 | 1.46 (0.87, 2.31) | 11/1376, 533 | 0.80 (0.40, 1.43) | 1.83 (0.87, 3.88) |

[1] Events per 100 Patient-Years (PY)
DBP=Diastolic Blood Pressure

Data Source: [4.4.1; 4.2]

MRK-AFV0426403

APPROVe Trial Cardiovascular Safety Report



**Table 24**
**Baseline Systolic Blood Pressure and Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Baseline Blood Pressure (mmHg) | Rofecoxib 25 mg | | Placebo | | Comparison |
|---|---|---|---|---|---|
| | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Events/Patient-Years, N | PY-Rate[1] (95% CI) | Relative Risk(95% CI) |
| SBP≥160 | 5/156.1, 76 | 3.20 (1.04, 7.48) | 3/161.1, 66 | 1.86 (0.38, 5.44) | 1.72 (0.33, 11.08) |
| SBP 140-159 | 13/738.1, 372 | 1.76 (0.94, 3.01) | 8/590.0, 355 | 1.72 (0.61, 2.19) | 1.44 (0.64, 3.21) |
| SBP 130-139 | 12/818.1, 342 | 1.47 (0.76, 2.56) | 9/767.0, 301 | 1.17 (0.54, 2.23) | 1.25 (0.48, 3.36) |
| SBP 120-129 | 11/660.0, 277 | 1.67 (0.83, 2.98) | 2/752.1, 290 | 0.27 (0.03, 0.96) | 6.27 (1.37, 58.19) |
| SBP <120 | 5/686.5, 275 | 0.73 (0.24, 1.70) | 1/746.4, 287 | 0.13 (0.00, 0.75) | 5.44 (8.61, 257.12) |

[1] Events per 100 Patient-Years (PY)
SBP=Systolic Blood Pressure
Data Source: [4.4.1; 4.2]

The overall mean change from baseline over all study visits for the rofecoxib treatment group was 3.37 mmHg for systolic blood pressure (SBP) and was 0.90 mmHg for diastolic blood pressure (DBP). For the placebo treatment group, the mean change from baseline was -0.50 mmHg for SBP and was -0.79 mmHg for DBP. Treatment effect on blood pressure started early and basically remained as a constant during treatment. Tables 25 and 26 show the results of confirmed thrombotic events in approximately equal-sized subgroups (quartiles) of change from baseline in mean arterial pressure (MAP), mathematically defined as ((2/3)DBP+(1/3)SBP), at Week 4, and an average change from baseline in MAP at both Weeks 4 and 17. There was no apparent consistent relationship between the change from baseline in MAP and confirmed thrombotic events.

**Table 25**
**Confirmed Thrombotic Events by Equally Sized Subgroup of Change from Baseline**
**in Mean Arterial Pressure at Week 4**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Change from Baseline in MAP (mmHg) | Rofecoxib 25 mg | | Placebo | | Relative Risk(95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/3053, 1244 | 1.51 (1.10, 2.01) | 26/3306, 1271 | 0.79 (0.51, 1.15) | 1.91 (1.18, 3.10) |
| <-4.6 | 8/617.7, 249 | 1.30 (0.56, 2.55) | 6/1037, 400 | 0.58 (0.21, 1.26) | 2.24 (0.68, 7.83) |
| -4.6 to 0 | 14/805.5, 330 | 1.74 (0.95, 2.92) | 8/883.0, 338 | 0.91 (0.39, 1.79) | 1.91 (0.75, 5.27) |
| 0 to 5.1 | 7/766.0, 317 | 0.91 (0.37, 1.88) | 7/712.3, 274 | 0.98 (0.40, 2.02) | 0.93 (0.28, 3.11) |
| >5.1 | 17/863.6, 348 | 1.97 (1.15, 3.15) | 5/675.0, 259 | 0.74 (0.24, 1.73) | 2.66 (0.94, 9.21) |

[1] Events per 100 Patient-Years (PY)
Data Source: [4.4.1; 4.2]

MRK-AFV0426404

APPROVe Trial Cardiovascular Safety Report



### Table 26
### Confirmed Thrombotic Events by Equally Sized Subgroup of Average Change from Baseline in Mean Arterial Pressure at Weeks 4 and 17
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Change from Baseline in MAP (mmHg) | Rofecoxib 25 mg | | Placebo | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/3055, 1246 | 1.51 (1.10, 2.01) | 26/3325, 1278 | 0.78 (0.51, 1.15) | 1.92 (1 19, 3.11) |
| < 4.4 | 4/514.2, 216 | 0.76 (0.21, 1.94) | 5/1046, 399 | 0.48 (0.16, 1.12) | 1.58 (0.31, 7.36) |
| -4.4 to 0.2 | 17/821.9, 330 | 2.07 (1.20, 3.31) | 10/879.9, 345 | 1.14 (0.55, 2.09) | - 1.82 (0.79, 4.45) |
| 0.2 to 5.3 | 9/799.7, 326 | 1.13 (0.51, 2 14) | 8/734.2, 279 | 1.09 (0.47, 2.15) • | 1.03 (0.35, 3.08) |
| > 5.3 | 16/905.7, 374 | 1.77 (1.01, 2.87) | 3/664.6, 256 | 0.45 (0.09, 1.32) | 3.91 (1.12, 20.96) |

[1] Events per 100 Patient-Years (PY)

Data Source: [4 4 1; 4 2]

Subgroup analyses were also performed for post-randomization subgroups defined by on-treatment blood pressure values  Table 27 is for subgroups of at least one occurrence of blood pressure spike during the entire treatment period regardless when the spike occurred. Table 28 is for subgroups of at least one occurrence of blood pressure spike before CV events for those who had CV events and during the entire treatment period for those who had no CV events. Therefore, Table 28 is similar to Table 27 but with all blood pressure measurements on and after CV event day censored  The occurrence of hypertension adverse events was also considered for both tables

Occurrence of SBP≥160 mmHg might associate with higher risk for thrombotic events.  There were significant or borderline significant treatment by subgroup interactions for subgroups defined by occurrence of SBP≥160 mmHg and occurrence of DBP≥100 or SBP≥160 mmHg. with substantially greater RRs in those with at least one occurrence of SBP≥160 mmHg and at least one occurrence of DBP≥100 or SBP≥160 mmHg than in those with none  Actually, the RRs for those without the occurrence of SBP≥160 mmHg and the occurrence of DBP≥100 or SBP≥160 mmHg were very close to one in Table 27  Again, caution must be exercised when a between-treatment comparison is made based on results of post-randomization subgroup analysis

MRK-AFV0426405

APPROVe Trial Cardiovascular Safety Report



### Table 27
**Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events**
**(Blood Pressure Measurements during the Entire Treatment Period were Included)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Subgroup | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
|---|---|---|---|---|---|
| | N. Events/PYs | Rate[†] (95% CI) | N. Events/PYs | Rate[†] (95% CI) | Relative Risk(95% CI) |
| At Least One Occurrence of DBP>=100 mmHg (0.752[‡]) Subgroup-by-Treatment Interaction p-value: 0.837 | | | | | |
| No | 1100, 40/2636 | 1.52(1.08, 2.07) | 1168, 24/3001 | 0.80(0.51, 1.19) | 1.89 (1.14, 3.14) |
| Yes | 168, 6/421 | 1.42(0.52, 3.10) | 118, 2/324 | 0.62(0.07, 2.23) | 2.31 (0.41, 23.40) |
| At Least One Occurrence of SBP>=160 mmHg (0.000[‡]) Subgroup-by-Treatment Interaction p-value: 0.030 | | | | | |
| No | 884, 18/2129 | 0.85(0.50, 1.34) | 1024, 20/2594 | 0.77(0.47, 1.19) | 1.09 (0.58, 2.06) |
| Yes | 384, 28/929 | 3.01(2.00, 4.36) | 262, 6/732 | 0.82(0.30, 1.79) | 3.68 (1.49, 10.86) |
| At Least One Occurrence of DBP>=100 or SBP>=160 mmHg (0.003[‡]) Subgroup-by-Treatment Interaction p-value: 0.024 | | | | | |
| No | 849, 18/2035 | 0.88(0.52, 1.40) | 981, 20/2481 | 0.81(0.49, 1.24) | 1.09 (0.58, 2.06) |
| Yes | 419, 28/1022 | 2.74(1.82, 3.96) | 305, 6/845 | 0.71(0.26, 1.55) | 3.85 (1.57, 11.39) |
| With hypertension related AE (0.543[‡]) Subgroup-by-Treatment Interaction p value: 0.842 | | | | | |
| No | 910, 30/2126 | 1.41(0.95, 2.01) | 1080, 21/2726 | 0.77(0.48, 1.18) | 1.83 (1.05, 3.19) |
| Yes | 377, 16/933 | 1.72(0.98, 2.79) | 219, 5/600 | 0.83(0.27, 1.94) | 2.06 (0.72, 7.19) |

[†] Events per 100 Patient-Years (PY)
[‡] p-value for testing whether the factor is a significant risk factor
Data Source: [4.4.1; 4.1; 4.2]

### Table 28
**Post-Randomization Blood Pressure Subgroup Analysis of Confirmed Thrombotic Events**
**(Blood Pressure Measurements on and After CV Event Day Were Censored)**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Subgroup | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | | Comparison |
|---|---|---|---|---|---|
| | N. Events/PYs | Rate[†] (95% CI) | N. Events/PYs | Rate[†] (95% CI) | Relative Risk(95% CI) |
| At Least One Occurrence of DBP>=100 mmHg (0.342[‡]) Subgroup-by-Treatment Interaction p value: 0.533 | | | | | |
| No | 1100, 40/2637 | 1.52(1.08, 2.07) | 1167, 24/3004 | 0.80(0.51, 1.19) | 1.90 (1.15, 3.15) |
| Yes | 167, 5/421 | 1.19(0.39, 2.77) | 117, 1/322 | 0.31(0.01, 1.74) | 3.83 (0.43, 180.96) |
| At Least One Occurrence of SBP>=160 mmHg (0.019[‡]) Subgroup-by-Treatment Interaction p-value: 0.086 | | | | | |
| No | 888, 22/2134 | 1.03(0.65, 1.56) | 1023, 20/2595 | 0.77(0.47, 1.19) | 1.33 (0.73, 2.44) |
| Yes | 379, 23/923 | 2.49(1.58, 3.74) | 261, 5/731 | 0.68(0.22, 1.60) | 3.64 (1.35, 12.26) |
| At Least One Occurrence of DBP>=100 or SBP>=160 mmHg (0.087[‡]) Subgroup-by-Treatment Interaction p value: 0.072 | | | | | |
| No | 853, 22/2040 | 1.08(0.68, 1.63) | 980, 20/2482 | 0.81(0.49, 1.24) | 1.33 (0.73, 2.44) |
| Yes | 414, 23/1017 | 2.26(1.43, 3.39) | 304, 5/844 | 0.59(0.19, 1.38) | 3.82 (1.42, 12.85) |
| With hypertension related AE (0.128[‡]) Subgroup-by-Treatment Interaction p value: 0.427 | | | | | |
| No | 935, 35/2132 | 1.64(1.14, 2.28) | 1083, 24/2727 | 0.88(0.56, 1.31) | 1.86 (1.11, 3.12) |
| Yes | 372, 11/927 | 1.19(0.59, 2.12) | 216, 2/599 | 0.33(0.04, 1.21) | 3.56 (0.78, 33.03) |

[†] Events per 100 Patient-Years
[‡] p-value for testing whether the factor is a significant risk factor
Data Source: [4.4.1; 4.1; 4.2]

MRK-AFV0426406

APPROVe Trial Cardiovascular Safety Report



Tables 29 and 30 present results for post-randomization blood pressure outliers (defined as the occurrence of DBP>=100 or SBP>=160 mm Hg) and confirmed thrombotic events. The relative risk of rofecoxib versus placebo for patients who had two or more incidences of DBP>=100 or SBP>=160 during treatment was not higher than that for patients who had only one incidence of DBP>=100 or SBP>=160 during treatment.

Table 29
Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events
(Blood Pressure Measurements during the Entire Treatment Period were Included)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| On Treatment BP | Rofecoxib 25 mg | | Placebo | | Comparison |
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Relative Risk(95% CI) |
| --- | --- | --- | --- | --- | --- |
| DBP<100 and SBP<160 | 18/2205, 849 | 0.88 (0.52, 1.40) | 20/2481, 981 | 0.81 (0.49, 1.24) | 1.09 (0.58, 2.06) |
| DBP>=100 or SBP>=160 (Once) | 14/459, 199 | 3.05 (1.67, 5.12) | 3/431, 160 | 0.70 (0.14, 2.04) | 4.38 (1.22, 23.77) |
| DBP>=100 or SBP>=160 (Two or more times) | 14/564, 270 | 2.48 (1.36, 4.17) | 3/414, 145 | 0.72 (0.15, 2.12) | 3.43 (0.96, 18.60) |

[1] Events per 100 Patient-Years
Data Source: [4.4.1; 4.2]

Table 30
Post-Randomization Blood Pressure Outlier and Confirmed Thrombotic Events
(Blood Pressure Measurements on and After CV Event Day Were Censored)
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| On Treatment BP | Rofecoxib 25 mg | | Placebo | | Comparison |
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Relative Risk(95% CI) |
| --- | --- | --- | --- | --- | --- |
| DBP<100 and SBP<160 | 22/2040, 853 | 1.08 (0.68, 1.63) | 20/2482, 980 | 0.81 (0.49, 1.24) | 1.33 (0.73, 2.44) |
| DBP>=100 or SBP>=160 (Once) | 14/462, 199 | 3.03 (1.66, 5.09) | 3/430, 160 | 0.70 (0.14, 2.04) | 4.35 (1.21, 23.61) |
| DBP>=100 or SBP>=160 (Two or more times) | 9/556, 215 | 1.62 (0.74, 3.07) | 2/414, 144 | 0.48 (0.06, 1.75) | 3.35 (0.69, 31.86) |

[1] Events per 100 Patient-Years
Data Source: [4.4.1; 4.2]

MRK-AFV0426407

APPROVe Trial Cardiovascular Safety Report



Cox proportional hazards models with terms for treatment and covariate or time-varying covariate (Model 1), and separately with terms for treatment, covariate (or time-varying covariate) and treatment by covariate (or time-varying covariate) interaction (Model 2) were also used to assess the potential relationship between blood pressure and confirmed thrombotic cardiovascular events. Results were presented in Table 31. Model 1 was used to assess the covariate effect and the treatment effect after adjusting for covariate effect. Since covariates considered in this assessment were all post-randomization covariates, caution must be exercised when interpreting the treatment effect after adjusting for the covariate effect. Model 2 was used to assess the treatment by covariate interaction. All treatment by covariate interactions were not significant at level 0.05, and the RR's for treatment effect adjusted for these covariates and interactions were similar to the unadjusted RR.

### Table 31
### Blood Pressure and Confirmed Thrombotic Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Effect | Relative Risk (95% CI) | P-Value |
|---|---|---|
| Time-varying Covariate was 1 and stayed as 1 once DBP $\geq$ 100 was true, and Covariate was 0 otherwise | | |
| Treatment | 1.92 (1.19, 3.11) | 0.008 |
| Covariate | 1.03 (0.41, 2.57) | 0.957 |
| Treatment*Covariate Interaction | 1.46 (0.15, 13.82) | 0.741 |
| Time-varying Covariate was 1 and stayed as 1 once SBP $\geq$ 160 was true, and Covariate was 0 otherwise | | |
| Treatment | 1.77 (1.09, 2.87) | 0.021 |
| Covariate | 2.52 (1.52, 4.19) | 0.000 |
| Treatment*Covariate Interaction | 1.77 (0.57, 5.51) | 0.328 |
| Time-varying Covariate was 1 and stayed as 1 once (DBP $\geq$ 100 or SBP$\geq$160) was true, and Covariate was 0 otherwise | | |
| Treatment | 1.79 (1.10, 2.91) | 0.018 |
| Covariate | 2.34 (1.41, 3.86) | 0.001 |
| Treatment*Covariate Interaction | 2.08 (0.67, 6.48) | 0.207 |
| Time-varying Covariate was 1 and stayed as 1 once Hypertension related AE occurred, and Covariate was 0 otherwise | | |
| Treatment | 1.86 (1.15, 3.03) | 0.012 |
| Covariate | 1.38 (0.76, 2.53) | 0.292 |
| Treatment*Covariate Interaction | 2.06 (0.42, 10.04) | 0.373 |

Data Source: [4.4.1; 4.2]

Treatment effect and covariate effect were assessed based on Model 1 and the interaction was assessed based on Model 2.

MRK-AFV0426408

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   286

APPROVe Trial Cardiovascular Safety Report



### Table 31 (Continued)
### Blood Pressure and Confirmed Thrombotic Events
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Effect | Relative Risk(95% CI) | P-Value |
|---|---|---|
| Time-varying Covariate was 1 if DBP ≥100 was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.97 (1.20, 3.26) | 0.007 |
| Covariate | 0.67 (0.09, 4.86) | 0.695 |
| Treatment*Covariate Interaction | 0.00 (0.00, .) | 0.977 |
| Time-varying Covariate was 1 if SBP≥160 was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.93 (1.18, 3.14) | 0.009 |
| Covariate | 1.60 (0.73, 3.49) | 0.242 |
| Treatment*Covariate Interaction | 2.15 (0.24, 19.02) | 0.490 |
| Time-varying Covariate was 1 if (DBP ≥100 or SBP ≥ 160) was true at the visit before the CV event time, and Covariate was 0 otherwise | | |
| Treatment | 1.94 (1.19, 3.16) | 0.008 |
| Covariate | 1.39 (0.64, 3.05) | 0.405 |
| Treatment*Covariate Interaction | 2.24 (0.25, 19.79) | 0.468 |
| Time-varying Covariate was the actual observed DBP at the visit before the CV event time | | |
| Treatment | 1.95 (1.19, 3.18) | 0.008 |
| Covariate | 1.00 (0.98, 1.03) | 0.794 |
| Treatment*Covariate Interaction | 0.95 (0.90, 1.00) | 0.070 |
| Time-varying Covariate was the actual observed SBP at the visit before the CV event time | | |
| Treatment | 1.81 (1.11, 2.96) | 0.018 |
| Covariate | 1.02 (1.01, 1.03) | 0.002 |
| Treatment*Covariate Interaction | 0.99 (0.96, 1.02) | 0.550 |
| Time-varying Covariate was the actual observed MAP ((2/3) DBP+ (1/3) SBP) at the visit before the CV event time | | |
| Treatment | 1.87 (1.14, 3.06) | 0.013 |
| Covariate | 1.02 (1.00, 1.04) | 0.074 |
| Treatment*Covariate Interaction | 0.97 (0.92, 1.01) | 0.171 |
| Covariate was the actual observed MAP ((2/3) DBP+ (1/3) SBP) at Week 4 | | |
| Treatment | 1.74 (1.07, 2.83) | 0.025 |
| Covariate | 1.04 (1.01, 1.06) | 0.002 |
| Treatment*Covariate Interaction | 0.98 (0.93, 1.02) | 0.350 |
| Covariate was the average of the actual observed MAP ((2/3)DBP+ (1/3)SBP) at Week 4 and Week 17 | | |
| Treatment | 1.58 (0.96, 2.59) | 0.069 |
| Covariate | 1.05 (1.02, 1.07) | 0.001 |
| Treatment*Covariate Interaction | 0.98 (0.93, 1.03) | 0.434 |

Data Source: [4.4.1; 4.2]

Treatment effect and covariate effect were assessed based on Model 1 and the interaction was assessed based on Model 2.

55

MRK-AFV0426409

APPROVe Trial Cardiovascular Safety Report



A prediction of the incidence of myocardial infarction was performed using a model derived from data of the Framingham Heart Study and based on the risk factor profile of patients in this study. Baseline risk factors included in the model were age, gender, systolic blood pressure, smoking, diabetes and total cholesterol/HDL ratio (total cholesterol/HDL ratios for individual patients were not available in APPROVe, thus, Framingham medians by gender and decade of age were used )

Table 32 presents the observed versus Framingham Model based expected cumulative incidence of myocardial infarction  The observed rates of the rofecoxib treatment group were all slightly higher than the corresponding expected rates while the observed rates of the placebo treatment group were consistently lower than the corresponding expected rates.

**Table 32**
**Actual Observed versus Framingham Model Based Expected Cumulative**
**Incidence of Myocardial Infarction**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Type | Rofecoxib | | Placebo | |
|---|---|---|---|---|
| | Expected | Observed | Expected | Observed |
| MI incidence through 36 months | 1 68 | 21/1287 (2.08) | 1 67 | 9/1299 (0 78) |
| MI incidence through 18 months | 0 77 | 9/1287 (0.79) | 0 76 | 7/1299 (0 59) |
| MI incidence after month 18 and through 36 months | 0.91 | 12/996 (1 28) | 0.90 | 2/1084 (0.20) |
| MI incidence from 1st on drug blood pressure through 36-months | 1.80 | 20/1243 (2 00) | 1.61 | 8/1271 (0 71) |
| Ratio of 18-36 months MI incidence over 0 18 months MI incidence | 1 19 | 1 61 | 1 18 | 0 34 |

Data Source: [4 4 1]

MRK·AFV0426410

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                    288

APPROVe Trial Cardiovascular Safety Report



For the rofecoxib treatment group, the predicted curve was calculated using blood pressure at time of first examination on treatment. Note that the systolic blood pressure increase on rofecoxib therapy versus placebo therapy was observed at Week 4 and remained generally similar over the entire treatment period. Predicted curves were then compared to the actual curves as shown in Figure 10. The observed curve for the rofecoxib-treated patients was similar to the predicted outcome; however, the observed placebo therapy curve diverged from the curve predicted for the placebo treatment group starting after around 18 months. Placebo-treated patients had better than predicted outcomes, based on their risk factors.

**Figure 10**
**Actual Observed versus Framingham Model Based Expected Cumulative Incidence of MI**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
| Rofecoxib 25 mg | 1267 | 1130 | 1060 | 996 | 947 | 904 | 734 |
| Placebo | 1299 | 1197 | 1159 | 1084 | 1046 | 1006 | 840 |

Data Source: [4.4.1]

MRK-AFV0426411



## 8. Discussion

The population enrolled in this study was comprised solely of patients with a previous history of adenomatous polyps. However, with respect to cardiovascular disease they appear to be generally representative of the population at large, including patients with one or more risk factors for CV events and some with a previous history of thrombotic CV events. Patients with a history of stroke or transient ischemic attack were permitted to enter the study as long as the event occurred at least two years prior to enrollment. Also, patients with a history of myocardial infarction, coronary angioplasty, or coronary arterial bypass grafting were permitted to enter the study as long as these events had occurred more than one year prior to enrollment.

Rofecoxib therapy was associated with an increased risk of thrombotic cardiovascular events, in this study. Rofecoxib was associated with a significantly increased risk of sustaining a non-fatal myocardial infarction, and there was a numeric increase in thrombotic strokes.

Potential cardiovascular events were adjudicated by an independent external committee and all safety data were regularly monitored by an external safety monitoring board (ESMB). The trial was terminated on September 30, 2004, 2 months earlier than planned, at the recommendation of the ESMB and the APPROVe Administrative Committee, because of cardiovascular safety concerns resulting from their review of APPROVe safety data on September 17, 2004.

The separation of the Kaplan-Meier curves for cumulative incidence for confirmed thrombotic events (Figure 4) for rofecoxib and placebo therapies did not begin until after approximately 18 months of chronic daily treatment. Prior to 18 months, the two treatment groups had similar cumulative incidence of these events as suggested by the coincident Kaplan-Meier curves

Of note, in addition to an increase in events on rofecoxib therapy, there was an unexpected flattening of the cumulative incidence over time of thrombotic CV events in the placebo group over the second 18 months of the study.

In an attempt to explain the observed divergence in cumulative events, a variety of post-hoc subgroup analyses were conducted on the CV safety data from the APPROVe trial. These analyses looked for subgroup interactions on the basis of patient age, gender, symptomatic ASCVD (cardiac, cerebrovascular, or peripheral vascular), hypertension, diabetes, hypercholesterolemia, aspirin use, current cigarette use, baseline hypertension drug use, history of ischemic heart disease, geographic region, and increased CV risk (with a history of symptomatic ASCVD or 2 or more of the following: history of diabetes, hypercholesterolemia, hypertension, current cigarette use).

No significant treatment by subgroup interactions were identified in the analyses performed although the power for some of these analyses was limited as the study was neither powered nor expected to address these subgroup analyses. Several risk factor subgroups did demonstrate numerical increases in RR for rofecoxib versus placebo therapy in comparison to the respective subgroups without the risk factors; these risk factors were history of symptomatic ASCVD, history of diabetes, and history of ischemic heart disease. However, due to the small numbers of events and wide confidence intervals and the large number of subgroup analyses performed, the meaning of these observations is unclear. Further analyses in other databases are needed. A

MRK-AFV0426412



Aug 21 2006
9:54PM



subgroup analysis of patients who were also taking aspirin was conducted, and the number of patients with acute myocardial infarction was the same in the two groups. Given the very limited number of events in this analysis, it remains unknown whether aspirin mitigates the risk and requires further analyses in other data sets.

Supplementary analyses of blood pressure did not demonstrate a consistent relationship between hypertension and the cardiovascular safety findings in APPROVe, nor did modeling based on the Framingham data suggest that the magnitude of the effect be explained by the mean blood pressure change observed in APPROVe, although a relationship cannot be excluded.

Few long-term studies on the prevention of recurrence of colorectal adenomas have been performed. A prior placebo-controlled trial assessing recurrent adenoma risk with two different doses of low-dose aspirin, found that there were numerically more cardiovascular SAEs associated with aspirin therapy than with placebo. Recently published data from the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased in patients randomly assigned to receive celecoxib therapy as compared with those who were assigned to receive placebo.

Based on the celecoxib data above it appears that the increase in cardiovascular risk demonstrated with rofecoxib in the APPROVe study, represents a class effect. It is possible that conventional NSAIDs may have similar effects but long-term trials have not been done to address this question.

As per protocol, patient follow up will occur for one year following the cessation of study therapy in the base study in order to assess any evidence of either "rebound" rate of occurrence of colon polyps as well as to evaluate CV risk to the extent possible.

9.  Conclusions

1.  An increased risk of thrombotic cardiovascular events beginning after approximately 18 months following initiation of study therapy is associated with rofecoxib compared to placebo

2.  The mechanism for the increased risk of thrombotic cardiovascular events is uncertain. Post-hoc analyses do not suggest a consistent relationship between blood pressure effects and an increase in thrombotic CV events.

Reference

Guess HA, Lydick EG, Small RD and Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. *American Journal of Epidemiology*, 125, 340-347, 1987.

MRK-AFV0426413

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P...    ppendix 2.1.3 (Cont.)

## Supplemental Tables and Figures

### Table 33

List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 90043 | 909 | Rofecoxib 25 mg | 02/17/03 | 1036 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 2 | 90118 | 463 | Rofecoxib 25 mg | 10/16/00 | 410 | | Myocardial infarction | Acute myocardial infarction[2,3] |
| 3 | 90114 | 951 | Rofecoxib 25 mg | 02/21/03 | 1050 | | Transient ischemic attack, Carotid artery stenosis | Transient ischemic attack[1] |
| 4 | 90132 | 916 | Rofecoxib 25 mg | 07/25/03 | 1030 | | Ventricular fibrillation | Acute myocardial infarction[1] |
| 5 | 90149 | 629 | Rofecoxib 25 mg | 07/22/03 | 331 | 07/22/03 | Sudden cardiac death | Sudden cardiac death[1,2] |
| 6 | 90151 | 816 | Rofecoxib 25 mg | 08/23/02 | 365 | | Transient ischemic attack, Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 7 | 90161 | 686 | Rofecoxib 25 mg | 03/06/01 | 293 | | Coronary artery disease | Unstable angina pectoris[1] |
| 8 | 90163 | 820 | Rofecoxib 25 mg | 03/11/02 | 564 | | Acute myocardial infarction | Acute myocardial infarction[2,3] |
| 9 | 90283 | 970 | Rofecoxib 25 mg | 10/11/03 | 1034 | | Intestinal ischemia | Peripheral arterial thrombosis[1] |
| 10 | 90310 | 722 | Rofecoxib 25 mg | 10/10/03 | 174 | | Angina pectoris, Myocardial infarction | Acute myocardial infarction[2,3] |
| 11 | 90404 | 672 | Rofecoxib 25 mg | 04/18/01 | 59 | | Angina Pectoris, Coronary artery occlusion | Unstable angina pectoris[1] |
| 12 | 90422 | 708 | Rofecoxib 25 mg | 02/25/03 | 409 | | Coronary artery disease | Unstable angina pectoris[1] |
| 13 | 90433 | 874 | Rofecoxib 25 mg | 07/25/02 | 473 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 14 | 90439 | 911 | Rofecoxib 25 mg | 07/25/02 | 475 | | Myocardial infarction | Acute myocardial infarction[2,3] |
| 15 | 90436 | 845 | Rofecoxib 25 mg | 02/13/02 | 610 | | Myocardial infarction | Acute myocardial infarction[2,3] |

Data Source: [4.4.1; 4.21]

MRK-AFV0426414

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

**Table 33 (Continued)**
**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**
**Events on Treatment through 14 Days After the Last Dose of Study Therapy**

| N | Age | Case ID | Treatment | Onset Date | Risking | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 90181 | 4212 | Rofecoxib 25 mg | 04/02/03 | 184 | 08/02/03 | Death | Fatal acute myocardial infarction[2,3] |
| 17 | 90391 | 161 | Rofecoxib 25 mg | 06/04/01 | 88 | | Deep vein thrombosis | Peripheral venous thrombosis[b] |
| 18 | 91017 | 140 | Rofecoxib 25 mg | 07/21/02 | 550 | | Coronary artery occlusion | Unstable angina pectoris[b] |
| 19 | 91093 | 941 | Rofecoxib 25 mg | 03/03/03 | 756 | | Ischemic stroke NOS | Ischemic cerebrovascular stroke[1,3] |
| 20 | 91093 | 962 | Rofecoxib 25 mg | 03/13/03 | 829 | | Myocardial infarction | Acute myocardial infarction[b] |
| 21 | 91277 | 590 | Rofecoxib 25 mg | 12/14/03 | 1043 | | Transient ischemic attack | Transient ischemic attack[b] |
| 22 | 91354 | 793 | Rofecoxib 25 mg | 02/22/02 | 345 | | Age indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[c,3] |
| 23 | 91354 | 946 | Rofecoxib 25 mg | 04/23/03 | 1000 | | Coronary artery disease | Acute myocardial infarction[c,3] |
| 24 | 91363 | 792 | Rofecoxib 25 mg | 03/01/02 | 524 | | Venous thrombosis NOS | Peripheral venous thrombosis[b] |
| 25 | 91435 | 727 | Rofecoxib 25 mg | 11/04/01 | 145 | | Intracranial hemorrhage | Hemorrhagic stroke[a] |
| 26 | 91512 | 200 | Rofecoxib 25 mg | 01/24/01 | 200 | | Age indeterminate myocardial infarction | Acute myocardial infarction[b] |
| 27 | 91534 | 950 | Rofecoxib 25 mg | 06/01/03 | 367 | 06/04/03 | Myocardial infarction, Metabolic syndrome | Fatal acute myocardial infarction[c,3] |
| 28 | 91621 | 390 | Rofecoxib 25 mg | 07/28/02 | 548 | | Myocardial infarction | Acute myocardial infarction[b] |
| 29 | 91733 | 859 | Rofecoxib 25 mg | 10/13/02 | 498 | | Angina unstable | Unstable angina pectoris[b] |
| 30 | 1733 | 954 | Rofecoxib 25 mg | 06/30/03 | 774 | | Transient ischemic attack | Transient ischemic attack[b] |
| 31 | 91779 | 127 | Rofecoxib 25 mg | 04/21/02 | 304 | | Myocardial ischemia | Unstable angina pectoris[b] |

Data Source: [4.4.1; 4.21]

61

292

MRK-AFV0426415



**Table 33 (Continued)**
**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**
**Events on Treatment through 14 Days After the Last Dose of Study Therapy**

| N | Age | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 32 | 91815 | 964 | Rofecoxib 25 mg | 09/03/03 | 1028 | 09/03/03 | Sudden Death, Myocardial infarction | Sudden cardiac death[a] |
| 33 | 91843 | 721 | Rofecoxib 25 mg | 01/05/02 | 435 | | Myocardial infarction | Acute myocardial infarction[a,b] |
| 34 | 92040 | 743 | Rofecoxib 25 mg | 12/15/03 | 459 | 12/11/03 | Cardiac arrest | Sudden cardiac death[a,b] |
| 35 | 92044 | 935 | Rofecoxib 25 mg | 10/23/03 | 853 | | Cerebellar infarction | Fatal ischemic cerebrovascular stroke[a,b] |
| 36 | 92131 | 3370 | Rofecoxib 25 mg | 02/12/04 | 972 | 10/23/03 | Acute coronary syndrome | Acute myocardial infarction[a] |
| 37 | 92134 | 870 | Rofecoxib 25 mg | 07/02/02 | 375 | | Transient ischemic attack | Transient ischemic attack[a] |
| 38 | 92191 | 901 | Rofecoxib 25 mg | 12/01/02 | 577 | | Cerebral infarction | Ischemic cerebrovascular stroke[a,b] |
| 39 | 92194 | 566 | Rofecoxib 25 mg | 04/21/03 | 830 | | Brain stem infarction | Ischemic cerebrovascular stroke[a,b] |
| 40 | 92551 | 3452 | Rofecoxib 25 mg | 03/16/04 | 1005 | | Transient ischemic attack | Transient ischemic attack[a] |
| 41 | 92603 | 918 | Rofecoxib 25 mg | 03/25/03 | 1009 | | Acute myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[a] |
| 42 | 92554 | 993 | Rofecoxib 25 mg | 11/07/03 | 906 | | Myocardial infarction | Acute myocardial infarction[a] |
| 43 | 92809 | 794 | Rofecoxib 25 mg | 01/21/02 | 124 | | Acute inferolateral myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[a] |
| 44 | 93078 | 989 | Rofecoxib 25 mg | 09/22/03 | 739 | | Transient ischemic attack | Ischemic cerebrovascular stroke[a,b] |
| 45 | 93193 | 646 | Rofecoxib 25 mg | 04/06/01 | 9 | | Myocardial infarction, Coronary artery disease | Acute myocardial infarction[a,b] |
| 46 | 93345 | 732 | Rofecoxib 25 mg | 11/07/01 | 22 | | Non-Q-wave myocardial infarction; Ventricular tachycardia | Acute myocardial infarction[a] |
| 47 | 93522 | 3434 | Rofecoxib 25 mg | 02/10/04 | 933 | | Coronary artery disease, Myocardial infarction | Acute myocardial infarction[a] |

Data Source: [4.4.1; 4.11]

MRK AFV0426416



Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | RelDay | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 48 | 94966 | 750 | Refecoxib 25 mg | 11/13/01 | 170 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 49 | 94787 | 888 | Refecoxib 25 mg | 12/15/02 | 583 | | Myocardial ischemia | Unstable angina pectoris[4] |
| 50 | 94406 | 982 | Refecoxib 25 mg | 12/03/03 | 993 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 51 | 94506 | 1807 | Refecoxib 25 mg | 01/29/04 | 951 | | Myocardial infarction, Cardiac arrest | Acute myocardial infarction[1] |
| 52 | 94717 | 931 | Refecoxib 25 mg | 03/16/03 | 544 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 53 | 94728 | 3778 | Refecoxib 25 mg | 04/16/04 | 970 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 54 | 90165 | 677 | Refecoxib 25 mg | 06/21/01 | 342 | | Coronary artery disease | |
| 55 | 90291 | 3529 | Refecoxib 25 mg | 11/25/03 | 1140 | | Peripheral vascular disorder | |
| 56 | 4054 | 1545 | Refecoxib 25 mg | 07/04/02 | 694 | | Coronary artery disease | |
| 57 | 4771 | 721 | Refecoxib 25 mg | 09/21/01 | 437 | | Shock | |
| | | 872 | Refecoxib 25 mg | 01/01/02 | 723 | 11/08/02 | AML (07/02), Neutropenic Septic shock[11/04/02] | |
| 58 | 4494 | 944 | Refecoxib 25 mg | 03/05/03 | 650 | | Coronary artery stenosis | |
| 59 | 90991 | 765 | Refecoxib 25 mg | 12/06/01 | 326 | | Coronary artery disease | |
| 60 | 4900 | 706 | Refecoxib 25 mg | 12/06/01 | 324 | | Coronary artery stenosis | |
| 61 | 9062 | 948 | R-Zocoxib 21 mg | 12/05/00 | 71 | | Cerebral ischemia | |
| | | 948 | Refecoxib 25 mg | 05/04/03 | 948 | | Coronary artery atherosclerosis | |

Data Source: [4.6.1; 4.21]

61

294

MRK-AFV0426417

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | RelDay | Death Date | Term | Adjudication Outcome |
|---|-----|---------|-----------|------------|--------|------------|------|----------------------|
| 64 | 06/069 | 878 | Rofecoxib 25 mg | 11/28/02 | 392 | | Coronary artery stenosis | |
| 65 | 91/113 | 877 | Rofecoxib 25 mg | 11/08/02 | 619 | 11/13/02 | lung cancer metastatic | |
| 66 | 91/201 | 4794 | Rofecoxib 25 mg | 03/07/04 | 1042 | | Oedema peripheral; Pain in extremity | |
| 67 | 91/333 | 840 | Rofecoxib 25 mg | 10/16/03 | 993 | | Coronary artery disease | |
| 68 | 91/390 | 623 | Rofecoxib 25 mg | 03/21/01 | 37 | | Malaise; NOS | |
| 69 | 91/446 | 703 | Rofecoxib 25 mg | 05/23/01 | 234 | | Ischemic heart disease | |
| 70 | 91/602 | 810 | Rofecoxib 25 mg | 04/03/02 | 467 | 04/20/02 | lung cancer stage unspecified (not invasive); Bone neoplasm malignant | |
| 71 | 91/642 | 4791 | Rofecoxib 25 mg | 10/27/03 | 791 | 06/01/04 | Renal neoplasm | |
| 72 | 91/651 | 973 | Rofecoxib 25 mg | 10/14/03 | 894 | | Coronary artery disease NOS | |
| 73 | 91/706 | 912 | Rofecoxib 25 mg | 01/01/03 | 783 | | Myocardial ischemia; Coronary artery disease NOS | |
| 74 | 91/812 | 893 | Rofecoxib 25 mg | 03/29/01 | 296 | | cardiac enzymes complication | |
| 75 | 91/828 | 3651 | Rofecoxib 25 mg | 06/09/01 | 142 | | Cardiac disorder | |
| 76 | 92/131 | 3819 | Rofecoxib 25 mg | 03/12/04 | 1066 | | Myocardial ischemia | |
| 77 | 92/211 | 3970 | Rofecoxib 25 mg | 03/11/04 | 946 | | Cardiac failure congestive; Acute pulmonary oedema; Pseudohyperkalemia | |
| 78 | 92/213 | 849 | Rofecoxib 25 mg | 10/01/02 | 434 | | Coronary artery occlusion | |
| 79 | 92/355 | 622 | Rofecoxib 25 mg | 01/22/01 | 4 | | Troponin I (cardiac assay) | |

Data Source: [4.4.1; 4.21]

MRK-AFV0426418

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

**Table 33 (Continued)**
**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**
**Events on Treatment through 14 Days After the Last Dose of Study Therapy**

| ID | Arm | Case ID | Treatment | Onset Date | Midpage | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 81 | 93739 | 986 | Rofecoxib 25 mg | 12/21/03 | 897 | | Angina unstable | |
| 82 | 92413 | 833 | Rofecoxib 25 mg | 12/12/02 | 648 | | Angina pectoris, Coronary artery disease NOS | |
| 82 | 92849 | 834 | Rofecoxib 25 mg | 11/21/02 | 478 | | Coronary artery stenosis | |
| 83 | 92919 | 999 | Rofecoxib 25 mg | 03/27/03 | 644 | | Subdural hematoma | |
| 84 | 93254 | 3511 | Rofecoxib 25 mg | 02/16/04 | 951 | | Coronary artery disease | |
| 85 | 93317 | 942 | Rofecoxib 25 mg | 05/04/03 | 661 | | Transient ischemic attack | |
| 86 | 93602 | 4072 | Rofecoxib 25 mg | 01/19/04 | 1044 | | Myocardial ischemia | |
| 87 | 94233 | 937 | Rofecoxib 25 mg | 11/07/03 | 763 | | Myocardial infarction | |
| 88 | 94318 | 724 | Rofecoxib 25 mg | 07/31/01 | 162 | | Ischemic heart disease | |
| 89 | 94494 | 719 | Rofecoxib 25 mg | 12/25/01 | 46 | | Angina pectoris | |
| 90 | 94505 | 953 | Rofecoxib 25 mg | 04/01/02 | 181 | | Intermittent claudication | |
| 91 | 94615 | 914 | Rofecoxib 25 mg | 03/01/03 | 467 | | Angina pectoris | |
| 92 | 64678 | 815 | Rofecoxib 25 mg | 04/24/02 | 383 | | Deep venous thrombosis NOS | |
| 93 | 50016 | 773 | Placebo | 10/13/01 | 542 | | Transient ischemic attack | Transient ischemic attack[1] |
| 94 | 50234 | 509 | Placebo | 12/11/00 | 35 | | Peripheral vascular disorder | Peripheral arterial thrombosis[1] |
| 95 | 50234 | 845 | Placebo | 11/30/02 | 812 | | Acute myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1; 4.21]

MRK AFV0426419



APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P'

Appendix 2.1.3 (Cont.)

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| ID | Age | Case ID | Treatment | Onset Date | RelDay | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 96 | 56200 | 557 | Placebo | 02/14/01 | 93 | | Myocardial infarction | Acute myocardial infarction[a,b] |
| 97 | 56028 | 781 | Placebo | 03/17/02 | 492 | | Pulmonary embolism | Pulmonary embolism[a] |
| 98 | 90907 | 802 | Placebo | 07/23/02 | 202 | | Coronary artery disease NOS | Unstable angina pectoris[a] |
| 99 | 91005 | 905 | Placebo | 01/24/03 | 243 | | Transient ischaemic attack | Transient ischaemic attack[a] |
| 100 | 91071 | 926 | Placebo | 01/17/03 | 347 | | Ischaemic stroke NOS | Ischaemic cerebrovascular stroke[a,b] |
| 101 | 91173 | 329 | Placebo | 10/12/01 | 185 | | Cardiac arrest, Myocardial infarction | Acute myocardial infarction[a,b] |
| 102 | 91383 | 314 | Placebo | 09/19/03 | 132 | | Myocardial infarction | Acute myocardial infarction[a,b] |
| 103 | 91383 | 800 | Placebo | 04/19/02 | 374 | 04/29/02 | Myocardial infarction | Fatal acute myocardial infarction[a,b] |
| 104 | 91383 | 838 | Placebo | 06/10/02 | 355 | | Angina unstable | Unstable angina pectoris[a] |
| 105 | 92073 | 390 | Placebo | 11/14/02 | 438 | | Coronary artery disease NOS | Unstable angina pectoris[a] |
| 106 | 92079 | 591 | Placebo | 11/21/02 | 446 | | Acute myocardial infarction | Acute myocardial infarction[a,b] |
| 107 | 92301 | 632 | Placebo | 03/26/01 | 69 | | Angina pectoris | Unstable angina pectoris[a] |
| 108 | 92334 | 729 | Placebo | 11/26/01 | 319 | | Cerebrovascular accident | Ischaemic cerebrovascular stroke[a,b] |
| 109 | 92318 | 841 | Placebo | 04/24/03 | 399 | | Cardiac arrest | Sudden cardiac death[a,b] |
| 110 | 92455 | 836 | Placebo | 11/07/02 | 603 | 11/04/02 | Phlebitis NOS | Peripheral venous thrombosis[a] |
| 111 | 92480 | 787 | Placebo | 07/15/02 | 330 | | Pulmonary embolism | Pulmonary embolism[a] |

Data Source: [4.4.1; 4.23]

66

297

MRK-AFV0426420



APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

**Table 33 (Continued)**
**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**
**Events on Treatment through 14 Days After the Last Dose of Study Therapy**

| N | Age | Case ID | Treatment | Onset Date | Rxday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 112 | 91741 | 870 | Placebo | 11/14/02 | 583 | 12/16/02 | Cerebrovascular accident | Fatal hemorrhagic stroke[1] |
| 113 | 92839 | 920 | Placebo | 09/13/03 | 623 | | Deep vein thrombosis | Peripheral venous thrombosis[1] |
| 114 | 93238 | 361 | Placebo | 01/09/02 | 265 | 01/09/02[1] | Acute myocardial infarction; Cardio-respiratory arrest; Coronary artery thrombosis | Fatal acute myocardial infarction[1] |
| 115 | 91260 | 930 | Placebo | 02/13/03 | 508 | | Deep vein thrombosis | Peripheral venous thrombosis |
| 116 | 91267 | 648 | Placebo | 02/21/03 | 107 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 117 | 93371 | 684 | Placebo | 03/31/01 | 6 | | Acute myocardial infarction | Acute myocardial infarction[1] |
| 118 | 93572 | 799 | Placebo | 04/25/02 | 189 | | Deep venous thrombosis NOS | Peripheral venous thrombosis[1] |
| 119 | 93616 | 3181 | Placebo | 06/23/04 | 1042 | | Cerebral hemorrhage | Hemorrhagic stroke[1] |
| 120 | 94319 | 891 | Placebo | 01/13/03 | 457 | 02/01/03 | Myocardial infarction; Coronary artery disease NOS | Fatal acute myocardial infarction[1,2] |
| 121 | 94326 | 3725 | Placebo | 04/24/04 | 917 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 122 | 94384 | 819 | Placebo | 09/13/02 | 484 | | Cerebral infarction | Ischemic cerebrovascular stroke[1,2] |
| 123 | 94405 | 354 | Placebo | 06/21/02 | 306 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 124 | 94430 | 359 | Placebo | 06/21/02 | 185 | | Cerebral infarction | Ischemic cerebrovascular stroke[1,2] |
| 125 | 00164 | 952 | Placebo | 05/31/03 | 946 | | Angina unstable | |
| 126 | 90342 | 434 | Placebo | 10/13/03 | 53 | | Coronary artery disease Unstable angina | |
| 127 | 90406 | 540 | Placebo | 09/13/03 | 835 | | Gangrene NOS | |

[1] The correct date should be 1/8/02. However, 1/9/02 was what is the date set for the analysis. This error had no impact on analysis results.

Data Source: [4.4.1; 4.28]

67

298

MRK-AFV0426421

APPROVe Trial Cardiovascular Safety Report

MRK-0966, Reference Appendix 2.1.3 (Cont.)

**Table 33 (Continued)**
**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**
**Events on Treatment through 14 Days After the Last Dose of Study Therapy**

| N | Age | Case ID | Treatment | Onset Date | Risk day | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 128 | 50406 | 972 | Placebo | 03/31/03 | 833 | 03/27/03 | Pneumonia NOS | |
| 129 | 50481 | 933 | Placebo | 04/22/03 | 363 | | Carotid artery occlusion | |
| 130 | 00179 | 943 | Placebo | 11/20/03 | 102 | | Coronary artery occlusion | |
| 131 | 91333 | 937 | Placebo | 06/01/03 | 994 | | Myocardial ischemia | |
| 132 | 91638 | 843 | Placebo | 07/23/02 | 359 | | Cerebrovascular disorder NOS | |
| 133 | 91704 | 4403 | Placebo | 09/19/03 | 1086 | 12/18/03 | Metastatic renal cell carcinoma | |
| 134 | 91724 | 832 | Placebo | 03/20/02 | 553 | | Subdural hematoma | |
| 135 | 91954 | 235 | Placebo | 11/21/01 | 463 | | Coronary artery disease | |
| 136 | 92044 | 930 | Placebo | 08/12/03 | 442 | | Myocardial ischemia | |
| 137 | 92161 | 791 | Placebo | 01/02/02 | 242 | | Coronary artery disease NOS | |
| 138 | 92301 | 668 | Placebo | 06/03/01 | 101 | | Angina pectoris | |
| 139 | 72532 | 811 | Placebo | 05/20/02 | 309 | | Angina unstable | |
| 140 | 72814 | 504 | Placebo | 03/17/03 | 666 | | Carotid artery stenosis | |
| 141 | 92857 | 702 | Placebo | 08/27/01 | 146 | | Coronary artery stenosis | |
| 142 | 93260 | 607 | Placebo | 02/21/03 | 536 | 02/21/03 | Brain death, Sepsis NOS | |
| 143 | 95270 | 554 | Placebo | 03/17/03 | 517 | | Cerebrovascular accident | |

Data Source: [4.6.1; 4.23]

68

299



**Table 33 (Continued)**
**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**
**Events on Treatment through 14 Days After the Last Dose of Study Therapy**

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 144 | 93394 | 4079 | Placebo | 09/27/04 | 1126 | 10/16/04 | Hepatic failure, Renal failure acute, Disseminated intravascular coagulation | |
| 145 | 93601 | 3709 | Placebo | 12/29/03 | 798 | | Coronary artery disease | |
| 146 | 94059 | 963 | Placebo | 03/23/03 | 718 | | Vertebrobasilar insufficiency | |
| 147 | 94405 | 835 | Placebo | 05/10/02 | 409 | | Carotid artery stenosis | |
| 148 | 94737 | 4119 | Placebo | 07/09/02 | 263 | 12/11/02 | Gastric cancer NOS | |

Note: [a] Confirmed TCV SAE event, [b] Confirmed APTC event

Data Source: [4.4.1; 4.21]

**Table 34**
**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**
**Events between 15 Days and 28 Days after the Last Dose of Study Therapy**

| N | An | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | 683 | Rofecoxib 25 mg | 05/01/03 | 275 | 05/13/03 | Metastatic neoplasm of unknown primary | |
| 2 | 94718 | 852 | Rofecoxib 25 mg | 06/07/02 | 304 | 07/09/02 | Pulmonary tuberculosis | |
| 3 | 90577 | 754 | Placebo | 12/18/01 | 387 | 12/27/01 | Sub Wound, Completed suicide | |

Note: [a] Confirmed TCV SAE event, [b] Confirmed APTC event

Data Source: [4.4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

Table 35
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events 28 Days after the Last Dose of Study Therapy

| H | Age | Case ID | Treatment | Onset Date | Rel Day | Death Date | Term | Adjudication Outcome |
|---|-----|---------|-----------|------------|---------|------------|------|----------------------|
| 1 | 90070 | 4266 | Rofecoxib 25 mg | 02/05/04 | 331 | 02/05/04 | Death | Sudden cardiac death[12] |
| 2 | 90310 | 4182 | Rofecoxib 25 mg | 01/24/02 | 413 | | Coronary artery disease | Unstable angina pectoris[1] |
| 3 | 90732 | 756 | Rofecoxib 25 mg | 07/05/03 | 964 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[18] |
| 4 | 97243 | 714 | Rofecoxib 25 mg | 03/11/01 | 86 | 04/18/01 | Thromboembolic stroke, Carotid artery obstruction, Cerebral infarction and/or death | Fatal ischemic cerebrovascular stroke[13] |
| 5 | 92718 | 725 | Rofecoxib 25 mg | 11/09/03 | 270 | 11/09/01 | and/or death | |
| 6 | 54972 | 933 | Rofecoxib 25 mg | 04/24/03 | 779 | | Pulmonary embolism | |
| 7 | 90318 | 4235 | Rofecoxib 25 mg | 03/24/02 | 411 | 03/25/02 | CABG sqla, death due to post-op complications | Pulmonary embolism[2] |
| 8 | 90324 | 4181 | Rofecoxib 25 mg | 04/04/04 | 959 | 04/04/04 | Hepatic neoplasm malignant | |
| 9 | 90671 | 4061 | Rofecoxib 25 mg | 01/02/02 | 1463 | 01/02/02 | Dementia Alzheimer's type | |
| 10 | 91863 | 4123 | Rofecoxib 25 mg | 10/27/03 | 1664 | 10/27/03 | Cerebrovascular accident | |
| 11 | 92708 | 4120 | Rofecoxib 25 mg | 05/21/01 | 306 | 10/10/01 | Hepatic tissue metastasis | |
| 12 | 99285 | 4145 | Rofecoxib 25 mg | 05/22/02 | 281 | 05/02/04 | Breast cancer metastatic | |
| 13 | 54192 | 4122 | Rofecoxib 25 mg | 07/02/02 | 492 | 07/02/02 | Aspiration | |
| 14 | 91501 | 915 | Rofecoxib 25 mg | 12/11/03 | 435 | 04/22/03 | Lung cancer metastatic | |
| 15 | 96873 | 4170 | Placebo | 02/13/03 | 837 | 02/13/03 | Death | Sudden cardiac death[14] |

Data Source: [4.4.1, 4.21]

301

MRK-AFV0426424



Restricted -
Confidential
Subject to Protective Order

APPROVe TIA Cardiovascular Safety Report

**Table 35 (Continued)**
**List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome**
**Events 29 Days after Last Dose of Study Therapy**

| N | Age | Case ID | Treatment | Onset Date | Riskday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 92455 | 129 | Placebo | 12/03/02 | 665 | 12/04/02 | Myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 17 | 92958 | 6293 | Placebo | 05/15/03 | 717 | 05/15/03 | Acute myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 18 | 92859 | 999 | Placebo | 10/07/03 | 1044 | 10/23/03 | Hepatic failure | |
| 19 | 92243 | 4380 | Placebo | 05/23/02 | 376 | 05/23/02 | Lung neoplasm malignant | |
| 20 | 90936 | 360 | Placebo | 11/12/01 | 229 | 11/12/01 | Injury NOS | |
| 21 | 91366 | 947 | Placebo | 04/16/03 | 898 | 04/16/03 | Circulatory collapse | |

Note: [1] Confirmed TCVSAE event; [2] Confirmed APTC event

Data Source: [4.1; 4.21]

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

71

302

MRK AFV0426425

APPROVe Trial Cardiovascular Safety Report



### Table 36
### Confirmed Thrombotic Events by Equally Sized Subgroup of Baseline Creatinine Clearance
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Baseline Creatinine Clearance[2] | Rofecoxib 25 mg | | Placebo | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/3056, 1286 | 1.51 (1.10, 2.01) | 26/3171, 1299 | 0.78 (0.51, 1.15) | 1.92 (1.19, 3.11) |
| <69.4 | 22/987, 410 | 2.23 (1.40, 3.38) | 10/1113, 432 | 0.90 (0.43, 1.65) | 2.48 (1.13, 5.87) |
| 69.4 to 87.6 | 12/1043, 423 | 1.16 (0.60, 2.01) | 6/1138, 440 | 0.53 (0.19, 1.15) | 2.21 (0.77, 7.17) |
| >87.6 | 12/1038, 433 | 1.16 (0.60, 2.02) | 10/1076, 427 | 0.93 (0.45, 1.71) | 1.24 (0.49, 3.23) |

[1] Events per 100 Patient-Years
[2] Creatinine Clearance (Male)=[140-age in years]x[body weight in kg]/[72x serum creatinine in mg/dl]. Creatinine Clearance (Female) {140-age in years}x[body weight in kg]/[72x serum creatinine in mg/dl] x 0.85
P-value for Baseline Creatinine Clearance effect: 0.093, p-value for subgroup-by-treatment interaction: 0.462

Data Source: [4.2; 4.4.1]

### Table 37
### Confirmed Thrombotic Events by Subgroup of Number of Risk Factors for Coronary Artery Disease
### (Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Number of risk factors for Coronary Artery Disease[2] | Rofecoxib 25 mg | | Placebo | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/3059, 1287 | 1.50 (1.10, 2.01) | 26/3171, 1299 | 0.78 (0.51, 1.15) | 1.92 (1.19, 3.11) |
| 0 | 9/1095, 448 | 0.82 (0.38, 1.56) | 6/1250, 478 | 0.48 (0.18, 1.04) | 1.71 (0.54, 5.35) |
| 1 | 14/1246, 521 | 1.12 (0.61, 1.89) | 10/1383, 532 | 0.72 (0.35, 1.33) | 1.55 (0.66, 3.91) |
| 2 | 14/564, 250 | 2.48 (1.36, 4.17) | 7/541, 224 | 1.29 (0.52, 2.67) | 1.92 (0.72, 5.61) |
| 3 | 7/138, 62 | 5.06 (2.04, 10.43) | 3/146, 60 | 2.06 (0.43, 6.02) | 2.46 (0.36, 14.72) |
| 4 | 2/15, 6 | 13.15 (1.59, 47.50) | 0/7, 5 | 0.00 (0.00, 49.99) | (0.00, .) |

[1] Events per 100 Patient-Years
[2] Risk Factors including History of diabetes, History of Hypercholesterolemia, History of Hypotension, Current Cigarette Use
P-value for the effect of the number of risk factors for Coronary Artery Disease: <0.001, p-value for subgroup-by-treatment interaction: 0.860

Data Source: [4.1; 4.4.2]

MRK-AFV0426426

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)                304

APPROVe Trial Cardiovascular Safety Report



Table 38
Concomitant Therapies for Hypertension
Patients With and Without Confirmed Thrombotic Events

| | Patients Without Events | | | | Patients With Events | | | |
|---|---|---|---|---|---|---|---|---|
| | Rofecoxib 25 mg (N = 1241) | | Placebo (N = 1273) | | Rofecoxib 25 mg (N = 46) | | Placebo (N = 26) | |
| | n | (%) | n | (%) | n | (%) | n | (%) |
| Patients with one or more concomitant therapies | 631 | ( 50.8) | 558 | (43.8) | 39 | ( 84.8) | 21 | ( 80.8) |
| Agents Acting On The Renin Angiotensin System | 349 | ( 28.1) | 295 | ( 23.2) | 28 | ( 60.9) | 13 | ( 50.0) |
| Antihypertensives | 89 | ( 7.2) | 72 | ( 5.7) | 3 | ( 6.5) | 1 | ( 3.8) |
| Beta Blocking Agents | 249 | ( 20.1) | 204 | ( 16.0) | 23 | ( 50.0) | 13 | ( 50.0) |
| Calcium Channel Blockers | 193 | ( 15.6) | 164 | ( 12.9) | 18 | ( 39.1) | 8 | ( 30.8) |
| Diuretics | 278 | ( 22.4) | 197 | ( 15.5) | 22 | ( 47.8) | 7 | ( 26.9) |

Data Source: [4.1; 4.4.1]

MRK-AFV0426427



Table 39
Concomitant Therapies for Diabetes (Partial List)
Patients With and Without Confirmed Thrombotic Events

| | Patients without events | | | | Patients with events | | | |
| | Rofecoxib 25 mg (N = 1241) | | Placebo (N = 1273) | | Rofecoxib 25 mg (N = 46) | | Placebo (N = 26) | |
| | n | (%) | n | (%) | n | (%) | n | (%) |
|---|---|---|---|---|---|---|---|---|
| Patients with one or more concomitant therapies | 95 | ( 7.7) | 93 | ( 7.3) | 11 | ( 23.9) | 1 | ( 3.8) |
| Glyburide | 23 | ( 1.9) | 18 | ( 1.4) | 3 | ( 6.5) | 1 | ( 3.8) |
| Glyburide (+) Metformin Hydrochloride | 4 | ( 0.3) | 5 | ( 0.4) | 1 | ( 2.2) | 0 | ( 0.0) |
| Metformin | 28 | ( 2.3) | 26 | ( 2.0) | 2 | ( 4.3) | 0 | ( 0.0) |
| Metformin Hydrochloride | 27 | ( 2.2) | 27 | ( 2.2) | 3 | ( 6.5) | 1 | ( 3.8) |
| Insulin | 11 | ( 0.9) | 9 | ( 0.7) | 3 | ( 6.5) | 0 | ( 0.0) |
| Pioglitazone Hydrochloride | 5 | ( 0.4) | 7 | ( 0.5) | 4 | ( 8.7) | 1 | ( 3.8) |
| Rosiglitazone Maleate | 11 | ( 0.9) | 13 | ( 1.0) | 1 | ( 2.2) | 0 | ( 0.0) |

Data Source [4.1: 4.4.1]

MRK-AFV0426428

MK-0966, Reference P122, Appendix 2 1 3 (Cont )      306

APPROVe Trial Cardiovascular Safety Report



**Table 40**
**Blood Pressure and Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Effect | Relative Risk(95% CI) | P-Value |
|---|---|---|
| Covariate was on-treatment maximum SBP (mmHg) prior to CV event | | |
| Treatment | 1 89 (1.15, 3.09) | 0 012 |
| Covariate | 1.01 (1 00, 1 02) | 0 186 |
| Treatment*Covariate Interaction | 1.01 (0.98, 1.04) | 0.473 |

Data Source: [4.2; 4 4 1]

75

MRK-AFV0426429



Table 41
Summary Statistics: Diastolic Blood Pressure (mm Hg)

| Week | Treatment | N | Mean (SE) | 95% CI | Median | Range |
|---|---|---|---|---|---|---|
| Baseline[1] | | | | | | |
| | Rofecoxib | 1287 | 79 33(0 25) | ( 78.85, 79 82) | 80 00 | (40 00, 113 00) |
| | Placebo | 1299 | 79.31(0.25) | ( 78 82, 79 79) | 80 00 | (45.00, 120 00) |
| Change from Baseline | | | | | | |
| Week 4 | Rofecoxib | 1244 | 1 06(0.23) | ( 0 60, 1 52) | 0.00 | (-28 00, 35 00) |
| | Placebo | 1271 | -0.64(0.23) | ( -1.09, -0.18) | 0.00 | (-34 00, 26.00) |
| Week 17 | Rofecoxib | 1168 | 1 37(0.27) | ( 0 85, 1 89) | 0.00 | ( 30 00, 38 00) |
| | Placebo | 1212 | -0.86(0.26) | ( -1.37, -0.34) | 0 00 | ( 37 00, 30.00) |
| Week 35 | Rofecoxib | 1095 | 1.02(0.29) | ( 0.45, 1 59) | 0 00 | ( 45 00, 50.00) |
| | Placebo | 1176 | -0.47(0.27) | ( -1 00, 0.06) | 0 00 | (-38 00, 40.00) |
| Week 52 | Rofecoxib | 1049 | 0.46(0.31) | ( -0 15, 1.08) | 0 00 | (-38.00, 40.00) |
| | Placebo | 1143 | -0 66(0.30) | ( -1 25, -0.08) | 0 00 | (-44 00, 38.00) |
| Week 69 | Rofecoxib | 1004 | 0 51(0.30) | ( -0.08, 1 11) | 0 00 | (-33.00, 38 00) |
| | Placebo | 1102 | -0 89(0.29) | ( -1 45, -0 32) | 0.00 | (-40.00, 40.00) |
| Week 86 | Rofecoxib | 969 | 1 28(0.32) | ( 0 65, 1 91) | 0 00 | (-30.00, 40.00) |
| | Placebo | 1061 | -1.06(0.31) | ( -1 66, -0.45) | 0.00 | ( 47 00, 30.00) |
| Week 104 | Rofecoxib | 935 | 0 90(0.32) | ( 0 27, 1 53) | 0.00 | (-37 00, 35 00) |
| | Placebo | 1031 | -0 95(0.31) | ( 1.57, -0.34) | 0.00 | (-82 00, 36.00) |
| Week 121 | Rofecoxib | 904 | 0 36(0.33) | ( -0.29, 1 01) | 0 00 | (-30 00, 32.00) |
| | Placebo | 1003 | 0.86(0.31) | ( -1.47, -0.26) | 0.00 | ( 40 00, 38.00) |
| Week 138 | Rofecoxib | 890 | 0 24(0 34) | ( 0.43, 0 90) | 0 00 | (-30 00, 31.00) |
| | Placebo | 990 | -1.09(0.32) | ( -1 72, -0.46) | 0.00 | (-33 00, 34 00) |
| Week 156 | Rofecoxib | 269 | -0 97(0.61) | ( -2 17, 0 24) | 0.00 | (-28 00, 25 00) |
| | Placebo | 296 | -1.43(0.67) | ( 2 75, -0 11) | -2.00 | (-45.00, 31.00) |
| Overall | Rofecoxib | 1246 | 0 90(0.21) | ( 0 49, 1 32) | 0.44 | (-26 00, 30 00) |
| | Placebo | 1278 | -0.79(0.20) | ( -1.18, -0.39) | -0.87 | (-31.80, 26.00) |

[1] Baseline value is the last observed value before or at the randomization visit

Note: Only patients who had a change from baseline value are included in this table.

Data Source: [4.2]

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)          308

APPROVe Trial Cardiovascular Safety Report



Table 42
Summary Statistics: Systolic Blood Pressure (mm Hg)

| Week | Treatment | N | Mean (SE) | 95% CI | Median | Range |
|------|-----------|---|-----------|--------|--------|-------|
| Baseline [t] | | | | | | |
| | Rofecoxib | 1287 | 130.70(0.45) | ( 129.82, 131.57) | 130.00 | (88.00, 230.00) |
| | Placebo | 1299 | 130.25(0.44) | ( 129.39, 131.11) | 130.00 | (90.00, 207.00) |
| Change from Baseline (or Response) | | | | | | |
| Week 4 | Rofecoxib | 1244 | 3.23(0.40) | ( 2.45, 4.01) | 2.00 | (-50.00, 100.00) |
| | Placebo | 1272 | -1.41(0.37) | ( -2.14, -0.69) | 0.00 | (-47.00, 60.00) |
| Week 17 | Rofecoxib | 1168 | 3.72(0.43) | ( 2.88, 4.56) | 2.00 | (-45.00, 99.00) |
| | Placebo | 1213 | -0.75(0.42) | ( -1.56, 0.07) | 0.00 | (-53.00, 50.00) |
| Week 35 | Rofecoxib | 1093 | 3.85(0.47) | ( 2.92, 4.78) | 4.00 | (-50.00, 62.00) |
| | Placebo | 1176 | -0.41(0.43) | ( -1.25, 0.43) | 0.00 | (-67.00, 53.00) |
| Week 52 | Rofecoxib | 1049 | 3.17(0.52) | ( 2.15, 4.20) | 2.00 | (-50.00, 60.00) |
| | Placebo | 1143 | 0.67(0.48) | ( -0.27, 1.61) | 0.00 | (-99.00, 56.00) |
| Week 69 | Rofecoxib | 1004 | 3.08(0.50) | ( 2.09, 4.06) | 2.00 | (-58.00, 60.00) |
| | Placebo | 1103 | 0.04(0.46) | ( -0.86, 0.95) | 0.00 | (-59.00, 60.00) |
| Week 86 | Rofecoxib | 969 | 3.74(0.54) | ( 2.69, 4.79) | 3.00 | (-60.00, 84.00) |
| | Placebo | 1061 | -0.09(0.49) | ( -1.05, 0.87) | 0.00 | (-67.00, 78.00) |
| Week 104 | Rofecoxib | 935 | 2.90(0.54) | ( 1.85, 3.96) | 1.00 | (-55.00, 76.00) |
| | Placebo | 1033 | 1.22(0.47) | ( -2.15, -0.30) | 0.00 | (-67.00, 52.00) |
| Week 121 | Rofecoxib | 904 | 2.54(0.53) | ( 1.50, 3.59) | 1.00 | (-64.00, 65.00) |
| | Placebo | 1003 | 0.49(0.50) | ( -1.47, 0.48) | 0.00 | (-47.00, 62.00) |
| Week 138 | Rofecoxib | 891 | 2.11(0.55) | ( 1.04, 3.19) | 0.00 | (-70.00, 52.00) |
| | Placebo | 991 | -0.19(0.51) | ( -1.20, 0.82) | 0.00 | (-57.00, 50.00) |
| Week 156 | Rofecoxib | 269 | 1.42(1.00) | ( 0.54, 3.38) | 0.00 | (-60.00, 55.00) |
| | Placebo | 296 | 0.03(0.98) | ( -1.90, 1.97) | 0.00 | (-67.00, 54.00) |
| Overall | Rofecoxib | 1246 | 3.37(0.35) | ( 2.68, 4.06) | 3.11 | (-50.00, 100.00) |
| | Placebo | 1278 | -0.50(0.32) | ( 1.14, 0.13) | 0.00 | (-58.00, 50.00) |

[t] Baseline value is the last observed value before or at the randomization visit
Note: Only patients who had a change from baseline value are included in this table.

Data Source: [4.2]

77

MRK-AFV0426431

MK 0966, Reference P122, Appendix 2.1.3 (Cont.)   309

APPROVe Trial Cardiovascular Safety Report



**Table 43**
**Observed Versus Framingham Model Based Expected Cumulative**
**Incidence (%) of Myocardial Infarction**
**For Subgroup with SBP>=160 on 1 or more occasions prior to CV Event**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Type | Rofecoxib | | Placebo | |
|---|---|---|---|---|
| | Expected | Observed | Expected | Observed |
| MI incidence through 36 months | 2.46 | 8/383 (2.72) | 2.60 | 2/262 (0.87) |
| MI incidence through 18 months | 1.18 | 1/383 (0.31) | 1.26 | 0/262 (0.00) |
| MI incidence after month 18 and through month 36 | 1.28 | 7/309 (2.41) | 1.34 | 2/242 (0.87) |
| MI incidence from 1st on-drug blood pressure through 36 months | 2.77 | 8/380 (2.72) | 2.54 | 2/260 (0.88) |
| Ratio of 18-36 month MI incidence over 0-18 month MI incidence | 1.09 | 7.75 | 1.06 | |

Data Source: [4.1; 4.2; 4.4.1]

MRK-AFV0426432