

12135302

Aug 21 2006
9:54PM

# EXHIBIT H

Journal of the American College of Cardiology
© 2003 by the American College of Cardiology Foundation
Published by Elsevier Inc

Vol 41, No. 10, 2003
ISSN 0735-1097/03/$30.00
doi:10.1016/S0735-1097(03)00304-8

## BASIC SCIENCE

# Effects of MF-Tricyclic, a Selective Cyclooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apolipoprotein-E Knockout Mice

David Rott, MD, Jianhui Zhu, MD, Mary Susan Burnett, PHD, Yi Fu Zhou, MD,
Alexandra Zalles-Ganley, BS, Jibike Ogunmakinwa, BS, Stephen E. Epstein, MD
*Washington, DC*

| | |
|---|---|
| **OBJECTIVES** | We examined whether selective cyclooxygenase-2 (COX-2) inhibition in apolipoprotein-E (apoE) deficient mice reduces cytomegalovirus (CMV) replication, and determined whether COX-2 anti-inflammatory activity leads to decreased atherosclerosis. |
| **BACKGROUND** | Evidence suggests that CMV infection contributes to atherosclerosis and that this occurs in part through inflammatory mechanisms. Cyclooxygenase-2 inhibitors are potent anti-inflammatory agents. They also inhibit CMV replication in vitro. |
| **METHODS** | The apoE deficient mice were either treated or not treated with a selective COX-2 inhibitor, and either infected or not infected with CMV. Viral deoxyribonucleic acid load in salivary glands was determined by quantitative polymerase chain reaction. Atherosclerotic lesion analysis was performed by standard methods |
| **RESULTS** | In vivo COX-2 inhibition, unexpectedly increased viral load: in the CMV-infected animals viral load was $2.58 \pm 1.0$ in the nontreated group, $4.74 \pm 1.38$ in the group treated with 12 mg/kg/day MF-tricyclic, and $6.51 \pm 1.64$ in the group treated with 24 mg/kg/day MF-tricyclic (p trend = 0.050) This increased viral load was paralleled by increased anti-CMV antibody titers Most surprisingly, COX-2 inhibition significantly increased early atherosclerotic lesion area, independent of viral infection. |
| **CONCLUSIONS** | Our study demonstrates that selective inhibition of COX-2 in vivo increases viral load. The finding that inhibition of COX-2 increases atherosclerosis development in apoE deficient mice suggests, unexpectedly, that this enzyme exerts antiatherosclerosis activity, at least in this model. (J Am Coll Cardiol 2003;41:1812–9) © 2003 by the American College of Cardiology Foundation |

Evidence suggests that infection with any of several pathogens, including cytomegalovirus (CMV), contributes to atherosclerosis (1–3), and that this occurs in part through inflammatory mechanisms (1,2). Strong evidence suggesting a causal role of CMV in atherogenesis is provided by the demonstration that CMV infection causes atherosclerosis progression in a murine model of atherosclerosis (4–6).

See page 1820

We previously demonstrated that CMV infection of human coronary artery smooth muscle cells (SMCs) generates intracellular reactive oxygen species (ROS) (7). This is undoubtedly part of the host's defense response, as ROS are essential for nuclear translocation of nuclear factor kappa-B (NF$\kappa$B), where it transactivates many genes involved in inflammatory and immune responses (8) However, CMV also requires NF$\kappa$B for transactivating its own genes. Its

major immediate early promoter has four NF$\kappa$B binding sites that, when activated by NF$\kappa$B, initiate expression of the downstream viral genes essential for viral replication (9).

We further explored the pathway by which CMV generates ROS. We found that CMV activates a pertussis toxin-sensitive G-protein-coupled cascade, leading to a cyclooxygenase-2 (COX-2)-dependent increase in ROS through arachidonic acid release and metabolism via mitogen-activated protein kinase-dependent stimulation of phospholipase $A_2$ (10). These studies also confirmed the importance of the cyclooxygenase system in the viral pathway of cell activation. Thus, COX-2 inhibition, either with the nonselective COX inhibitors aspirin and indomethacin, or with the selective COX-2 inhibitor NS-398, diminished CMV-induced ROS generation, thereby preventing NF$\kappa$B activation (11) Moreover, aspirin prevented in vitro CMV replication in human coronary artery SMCs (11). Therefore, we proposed that COX-2 might be a therapeutic target: that its inhibition would diminish viral replication in vivo, thereby inhibiting any contribution of the virus to atherogenesis

The COX-2 inhibitory drugs are also potent anti-inflammatory agents (12) Because inflammation plays a

From the Cardiovascular Research Institute, Medstar Research Institute, Washington Hospital Center, Washington DC This work was supported in part by a grant from Merck Pharmaceutical.
Manuscript received July 1, 2002; revised manuscript received January 8, 2003; accepted January 16, 2003

MRK-AEG0053076

JACC Vol 41, No 10, 2003
May 21, 2003 1812-9

| Abbreviations and Acronyms | |
|---|---|
| apoE | = apolipoprotein-E |
| CMV | = cytomegalovirus |
| COX | = cyclooxygenase |
| DNA | = deoxyribonucleic acid |
| IFN$\gamma$ | = interferon-gamma |
| IgG | = immunoglobulin-G |
| IL | = interleukin |
| NF$\kappa$B | = nuclear factor kappa-B |
| PCR | = polymerase chain reaction |
| PG | = prostaglandin |
| ROS | = reactive oxygen species |
| SMCs | = smooth muscle cells |
| TNF$\alpha$ | = tumor necrosis factor-alpha |

central role in atherogenesis (13), a compelling case can be made for such drugs inhibiting atherosclerosis progression independent of any antiviral effect. The purpose of the present investigation was to determine in a mouse model of atherosclerosis the validity of two hypotheses: 1) selective COX-2 inhibition, through the mechanisms responsible for its in vitro antiviral effects, reduces CMV replication in vivo; and 2) selective COX-2 inhibition, through its anti-inflammatory activity, decreases atherosclerosis development independent of infection.

## METHODS

**Animals and CMV infection.** The study protocol was approved by the Medstar Research Institute Animal Care and Use Committee, in accordance with the guide for the care and use of laboratory animals (NIH publication No. 85-23, revised 1996).

The apolipoprotein-E (apoE) deficient mice were purchased from Jackson Laboratory (Bar Harbor, Maine). All mice were housed in microisolator cages in a pathogen-free facility and allocated into six groups (Table 1). Mouse CMV (Smith strain, VR-1399, American Type Culture Collection [ATCC], Manassas, Virginia) propagated in mouse fibroblast SC-1 cells (ATCC). Eight week-old mice (groups 3 to 6) were injected intraperitoneally either with $5 \times 10^4$ PFU mouse CMV or with the supernatant of uninfected SC-1 cells (ATCC). Injections were given 48 h after initiation of the feeding protocol. Mice allocated to groups 1 and 2 did not receive the virus. At 11 weeks of age salivary

glands, spleens, and blood were collected and serum was obtained. Samples were stored at −80°C.

**Drug.** We used the selective COX-2 inhibitor MF-tricyclic [3-(3, 4-difluorophenyl)-4-(4 (methylsulfonyl) phenyl)-2-(5H)-furanone]. This drug has no significant anti-COX-1 activity at clinically effective concentrations (14). Drug-free chow and sterile mixture of drug in mouse chow were obtained from Merck Pharmaceuticals (Merck Frosst Canada and Co., Kirkland, Canada) in two drug concentrations: 0.01334% (w/w) and 0.0067% (w/w); fresh chow was administered daily.

Mice were fed ad lib with drug-containing chow or control chow. Mice in all six groups were started on this feeding protocol simultaneously. The feeding protocol was continued for three weeks, when mice were sacrificed. Food intake and body weight were monitored weekly and the drug doses calculated accordingly. Serum samples were shipped to Merck for drug levels testing.

**Polymerase chain reaction (PCR) analysis.** Samples were coded so that the analysis was done blindly as to sample source.

GENOMIC DEOXYRIBONUCLEIC ACID (DNA) EXTRACTION. DNA was isolated from mouse salivary glands (Gentra Systems, Minneapolis, Minnesota).

TAQMAN ANALYSIS. Target gene—mouse CMV IE1 exon 4, accession number M11788, TaqMan probe and primers were selected using Primer Express software (PerkinElmer Life Sciences Inc. Beltsville, Maryland) and were synthesized at BioServe Biotechnologies Ltd (Laurel, Maryland). Primer and probe optimizations were performed at 60°C. Mouse CMV (TET-labeled probe) and apoB (6FAM-labeled probe) constitutive gene were analyzed alone. All TaqMan reactions were performed in 15 $\mu$l volumes using 2× Universal Master Mix (PerkinElmer), 6.25 pmol of each primer, 6.25 pmol of mouse CMV probe, and 1 $\mu$l of 100 ng/$\mu$l DNA. The "real time" amplification program consisted of 50°C for 2 min (AmpErase UNG cleavage step), 95°C for 10 min (activation of AmpliTaq Gold step), and then 40 cycles of 95°C for 15 s followed by 60°C for 1 min.

A standard curve was generated using 10-fold dilutions of SC-1 cells (ATCC) infected with mouse CMV. The upper and lower limits of DNA concentrations used were 100 ng/$\mu$l and 100 fg/$\mu$l

Table 1. Mice Allocation

| Group (n) | Inoculum | Drug (mg/kg/day) | PCR (n) | Serology (n) | Lesion Analysis (n) |
|---|---|---|---|---|---|
| 1 (16) | None | None | None | None | 11 |
| 2 (16) | None | 12 | None | None | 11 |
| 3 (17) | Sham | None | 17 | 17 | 12 |
| 4 (17) | CMV | None | 17 | 17 | 12 |
| 5 (17) | CMV | 12 | 17 | 17 | 13 |
| 6 (17) | CMV | 24 | 17 | 17 | 12 |

CMV = cytomegalovirus; PCR = polymerase chain reaction.

MRK-AEG0053077



**Figure 1.** Mouse cytomegalovirus (CMV) deoxyribonucleic acid (DNA) concentration in mouse salivary glands. This value (which underwent square root transformation before statistical analysis) was taken as a polymerase chain reaction (PCR) derived index of the number of viral particles present in the tissue. The results show a dose-response curve, with highest drug level associated with highest viral load. All sham-infected mice were negative for CMV DNA. The gene targeted for PCR amplification was mouse CMV IE1 exon 4. *p = 0.05 vs. no drug treatment group.

**Serology.** Anti-mouse CMV immunoglobulin G (IgG) antibody titer was determined in mouse serum by using an anti-mouse CMV IgG enzyme-linked immunosorbent assay kit (Charles River Laboratories, Wilmington, Massachusetts). The presence or absence of anti-CMV IgG was determined by the value (optical density sample – optical density tissue control) divided by 0.13. A value above 3 was regarded as positive. The positive sample was further diluted to 1:60, 1:500, 1:1,000, 1:2,000, and 1:3,000. The antibody titer was considered to be the highest dilution at which the sample was reading positive.

**Cytokine concentrations.** Interferon-gamma (IFN-γ), tumor necrosis factor-alpha (TNFα), and interleukin-6 (IL-6) concentrations in mouse serum were determined by using mouse ELISA kits (Biosource International, Camarillo, California). All assays were performed in duplicate. Minimal detectable levels of IL-6, IFNγ, and TNFα were <3.0, <1.0, and <3.0 pg/ml, respectively.

**Quantification of atherosclerotic lesions.** Hearts were coded so analysis was performed blindly. Lesions were analyzed as described (15). Hearts were fixed in 10% buffered formalin and embedded in 5%, 10%, and then 25% gelatin. Frozen sections (10-μm) of the aortic sinus were cut and then stained using oil red O and hematoxylin and counterstained with light green. Five sections per mouse were analyzed for lesions. Area analysis was completed using Spot ImagePro Driver software (Diagnostic Instruments).

**Cholesterol levels.** Serum samples, collected at time of killing, were individually evaluated for cholesterol by Cholesterol-SL-Assay, a 4-aminoantipyrine-based enzymatic assay (Diagnostic Chemical Limited, Oxford, Connecticut).

**Statistical analysis.** Data are given as mean ± SEM. Comparisons between multiple experimental groups were made by one-way analysis of variance or Kruskal-Wallis test, as appropriate. Comparisons between two experimental groups were made by Student *t* test (two-tailed). Values of

p ≤0.05 were considered statistically significant. Polymerase chain reaction results underwent square-root transformation prior to statistical analysis.

## RESULTS

**Drug consumption and serum level measurements.** Average mouse weight was 20 g, and average chow consumed was 3.6 g/day/mouse. Hence, doses consumed were 24 mg/kg/day for group 6 and 12 mg/kg/day for groups 2 and 5 (Table 1). The corresponding mean serum drug levels (μg/ml) were 2.09 ± 0.09 versus 1.03 ± 0.15 (p < 0.001) in these groups, respectively. Sera of mice from untreated groups were negative for drug.

**Cholesterol levels.** The total serum cholesterol levels did not differ significantly among the six groups. Mean cholesterol levels (mg/dl) were: 365.9 ± 21.0, 421.8 ± 32.0, 451.9 ± 35.6, 390.1 ± 41.2, 436.9 ± 79.1, and 480.8 ± 23.1 in groups 1 to 6, respectively.

**Detection of CMV DNA by PCR.** As shown in Figure 1, the mean mouse CMV DNA in salivary glands, a PCR-derived index of the number of viral particles present in the tissue, was: 2.58 ± 1.0 in the CMV-infected/no drug group, 4.74 ± 1.38 in the CMV-infected/12 mg/kg dose group, and 6.51 ± 1.64 in the CMV-infected/24 mg/kg dose treatment group (p trend = 0.050). A dose-response curve was evident; highest drug level was associated with highest viral load. Sham-infected mice were negative for CMV DNA (group 3) (Table 1). All positive and negative controls worked as expected, and all samples were positive when entered into a PCR with primers for the apoB gene, indicating adequate quality of DNA.

**Mouse anti-CMV IgG antibody titers.** Figure 2 shows mean anti CMV IgG antibody titers in serum were: 602.4 ± 93.4 in the CMV-infected/no drug group, 1,033.3 ± 154.6 in the CMV-infected/12 mg/kg dose group, and 1,264.7 ± 232.7 in the CMV-infected/24 mg/kg dose

MRK-AEG0053078

Case 2:05-md-01657-EEF-DEK   Document 8758-6   Filed 11/16/06   Page 5 of 60



**Figure 2.** Anti-mouse cytomegalovirus (CMV) immunoglobulin G (IgG) antibody titer in mice sera. All mice were infected with the same concentration of virus. Cytomegalovirus antibody titers increased with increasing dose of the cyclooxygenase-2 inhibitor, compatible with a drug-induced increase in viral load seen in Figure 1. All sham-infected mice were negative for anti-CMV IgG antibodies. *p = 0.025 vs. no drug treatment group; **p = 0.015 vs. no drug treatment group

group (p trend = 0.025). Sham-infected mice were negative for anti-CMV IgG antibodies.

**Quantification of atherosclerotic lesions.** Analysis included 11 or 12 samples from each of the six groups (Table 1). Figure 3 shows mean lesion area ($\mu m^2$) was 6,096.5 ± 1,837 in the noninfected/no-drug group, 11,215.8 ± 1,369 in the noninfected/12 mg/kg dose group, 6,036.5 ± 154 in the sham-infected/no-drug group, 6,947.8 ± 1,166 in the CMV-infected/no-drug group, 11,785.7 ± 1,512 in the infected/12 mg/kg dose group, and 12,514.2 ± 1,252 in the infected/24 mg/kg dose group (p trend <0.001). Drug treatment consistently increased lesion size: by 84% in the noninfected group (Fig. 4) and by 70% and by 80% in the CMV-infected low-dose and high-dose groups, respectively. Thus, significant differences were detected between each individual drug-treated group (groups 2, 5, and 6) (Table 1) when compared with each individual nontreated

group (groups 1, 3, and 4) (Table 1). In this study infection with CMV did not increase lesion size.

**Cytokine concentrations.** Interferon-gamma, TNFα, and IL-6 were undetectable in the serum of all six groups (data not shown). However, all controls worked as expected, indicating adequate test quality.

## DISCUSSION

Previous investigations from our laboratory, described in the introduction, demonstrated that aspirin, a nonselective COX inhibitor, inhibits in vitro CMV replication in coronary artery SMCs by preventing CMV-induced ROS generation. This latter effect was also shared by indomethacin, another nonselective COX inhibitor, and by the selective COX-2 inhibitor NS-398 (11).

Cyclooxygenase-2, one of two isoforms of COX (16), is



**Figure 3.** Atherosclerotic lesion area. Selective cyclooxygenase-2 inhibition consistently increased lesion size: by 84% in the noninfected group, and by 80% in the cytomegalovirus (CMV)-infected low-dose and high-dose groups respectively. In this study, infection with CMV did not increase lesion size. *p = 0.013 vs. no drug treatment/no inoculum group; #p < 0.01 vs. no drug treatment/no inoculum group; §p < 0.01 vs. no drug treatment/sham infection group; &p = 0.02 vs. no drug treatment group/CMV infection group; ¤p = 0.05 vs. no drug treatment group/CMV infection group

MRK-AEG0053079

1816   Rott et al.
COX-2 Inhibition, Atherogenesis, and CMV Replication

JACC Vol. 41, No. 10, 2003
May 21, 2003:1812-9




## A.  Untreated

## B.  Treated with MF tricyclic

**Figure 4.** Oil red O staining of atherosclerotic lesions in the aorta. Representative photomicrographs (×10 magnification) of the lesions present in two uninfected mice (A) Untreated with MF-tricyclic; (B) treated with MF-tricyclic, 12 mg/kg/day. The arrows point to some of the aortic valve leaflets, indicating that the sections employed for measuring lesion size are located, as is traditional, at the root of the aorta.

induced by mitogens, cytokines, certain inflammatory agents (17), and, as we showed, CMV infection (7,10,11). It is the isoform thought to promote inflammation. Cyclooxygenase-1 is constitutively expressed in most tissues and serves as the "housekeeping" isoform; its presence in platelets leads to platelet aggregation via COX-1-mediated thromboxane $A_2$ (17) production.

Because of the critical role of CMV-induced ROS generation in both viral and cellular gene expression, and because inflammation plays a critical role in atherogenesis, we considered that COX-2 might constitute a therapeutic target whereby its inhibition would decrease CMV replication in vivo and inhibit inflammatory changes that might contribute to atherogenesis. Therefore, the present investigation was initiated to determine the validity of two hypotheses: *1) selective COX-2 inhibition, through the mechanisms responsible for its in vitro antiviral effects, reduces CMV replication in vivo; and 2) selective COX-2 inhibition, through its anti-inflammatory activity, decreases atherosclerosis development independent of infection.*

To our surprise, we found just the opposite. Regarding the first hypothesis, selective COX-2 inhibition with MF-tricyclic *increased* viral load in a dose-dependent fashion, with the highest dose increasing viral load by about 100% (Fig. 1). We also found a parallel dose-response effect of MF-tricyclic on anti-CMV antibody titers (Fig. 2), suggesting that the increase in viral load found in the treated animals represented a biologically relevant change.

In the experimental design we employed for this investigation, CMV infection itself had no effect on lesion size. Therefore, we were unable to determine whether selective

COX-2 inhibition diminishes CMV-induced increase in atherosclerosis development. In two separate studies we found that CMV infection increases lesion development in apoE knockout mice (4,6). The differences between this and the prior publications are undoubtedly due to the fact that in the present study we employed a brief three-week period between infection and sacrifice, whereas in the previous studies sacrifice occurred 14 weeks after infection. Three weeks appears too brief a time for any pro-atherosclerotic effects of CMV to become manifest.

The result of the study exploring the validity of the second hypothesis we examined was also unexpected. Lesion analysis showed that selective COX-2 inhibition with MF-tricyclic *increases* atherosclerotic lesion area (Figs. 3 and 4). It should be noted that lesions in this particular model, in which apoE knockout mice were sacrificed at only 11 weeks of age and after only 3 weeks on the selective COX-2 inhibitor, were very early lesions. Therefore, our results are probably more relevant to lesion initiation.

**Selective COX-2 inhibition and CMV replication.** Although initially surprising, upon further reflection the contrast between in vitro and in vivo COX-2 inhibition effects should have been anticipated. The in vitro experiment consists of a simple system, one cell type and only two variables: 1) virus and 2) drug treatment. In this system, drug-induced selective COX-2 inhibition exerted a significant antiviral effect. The putative mechanisms, relating to inhibition of ROS generation, have been discussed. The in vivo situation, however, is considerably more complex, with multiple possible consequences of drug activity. For instance, COX-2 inhibition has, in vivo, potent anti-

MRK-AEG0053080

JACC Vol. 41, No. 10, 2003
May 21, 2003:1812-9

inflammatory effects. These effects include hindering recruitment of neutrophils to sites of injury (18) and interfering with monocyte recruitment (19) Both neutrophils and monocytes, components of the innate immune response, function as the initial host defense response to the invading pathogen and contain infection until more efficient but slower adaptive immune responses develop. Cyclooxygenase-2 inhibition of the innate immune response probably contributes to increasing in vivo susceptibility to viral infection In addition, COX-2 participates in the synthesis of cyclopentenone prostaglandins (PG) (20), potent inhibitors of viral replication (21). This COX-2 activity provides another possible mechanism for increased viral replication following COX-2 inhibition

We are not familiar with any evidence that COX-2 inhibition alters the cellular component of the adaptive immune response. Our results suggest that COX-2 inhibition probably does not interfere with the humoral component, as we observed higher anti CMV IgG titers of the mice treated with the COX-2 inhibitor, which paralleled their higher viral load

Interferon-gamma was undetectable in the serum of all six groups in the current study. An earlier report by our group showed CMV induces IFNγ in mouse serum (22) In that study mice were infected at two weeks of age and sacrificed four weeks later. Because it is well known that immune responses of neonates evolve markedly over the first weeks and months of life, we can only speculate that two-week-old mice react differently to infection than do adult mice. Such age-related differences in responses could account for the different IFNγ responses to infection we observed between the two studies

**Selective COX-2 inhibition and atherosclerosis.** The second unanticipated finding of our study was that in contrast to our hypothesis, selective COX-2 inhibition actually *increased* early lipid aortic accumulation in the apoE knockout mice. This raises a major conundrum: why should an anti-inflammatory drug *accelerate* the initiation of atherosclerosis, a disease recognized as having a major inflammatory component?

Recent studies have demonstrated a complex role for COX-2 in inflammation, in that the enzyme appears to possess not only its well-known inflammatory activity, but also *anti-inflammatory* properties (23–25). This latter activity resides in a previously unrecognized role of COX-2 in the resolution phase of the inflammatory response

Some mechanistic insight relevant to these studies is provided by the investigation of Gilroy et al (26). They showed in a rat model of inflammation that there are two phases of COX-2 expression: an early phase associated with high levels of PGE$_2$ synthesis and a later phase associated with a second peak that, paradoxically, coincides with inflammatory *resolution* This second peak is associated with minimal PGE$_2$ synthesis and high levels of both PGD$_2$ and PGJ$_2$

Compatible with this concept of dual time-delayed peaks

of COX-2 that exert opposite effects on inflammation are the findings that the selective COX-2 inhibitor NS 398 and the nonselective COX inhibitor indomethacin inhibit inflammation when given at the early phase of inflammation, but exacerbate inflammation when given at the late phase (20) Consequently, Colville-Nash and Gilroy (27) suggested that COX-2 is pro-inflammatory early in inflammation, but facilitates inflammatory resolution later.

These findings, suggesting a dual role for COX-2 in inflammation and inflammation resolution, have been demonstrated only in rodent models, and no evidence is yet available that such a dual role is present in humans. Nonetheless, this concept may explain our unexpected results. The ApoE deficient mice develop spontaneous atherosclerosis. Significant inflammatory changes in the aorta are detected at five to six weeks of age (28) At eight weeks (the age of our mice at the beginning of the study) there is well-established inflammation of the arterial wall. We initiated selective COX-2 inhibition at a time of ongoing vessel wall inflammation, a time that COX-2, according to this concept, is anti-inflammatory and, therefore, when its inhibition would exacerbate atherogenesis.

Recently, studies in mice suggested that selective COX-2 inhibition, through inhibition of PGI$_2$ activity, may exert pro-proliferative vascular effects. Thus, Cheng et al. (29) demonstrated that mice genetically deficient in the PGI$_2$ receptor exhibit an increased proliferative response to vascular injury, an effect that could contribute to a gradual increase in atherosclerotic lesion size through enhanced proliferation of vascular SMCs.

Potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis *in humans* were suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events than occurred in patients treated with naproxen, a nonselective COX inhibitor (30) Moreover, a meta-analysis (with all the limitations inherent in such an analysis) of several published studies employing selective COX-2 inhibitors suggested that such treatment increased the incidence of myocardial infarction (31). Another examination of the same issue concluded that whereas there was a significant increase in cardiovascular events when rofecoxib was compared with naproxen, there was no evidence of excess cardiovascular events for rofecoxib relative to either placebo or to non-naproxen nonselective COX inhibitors (32).

The mechanisms responsible for precipitation of acute coronary events derive from plaque instability and plaque rupture. Following rupture, the highly thrombogenic plaque core is exposed to blood within the vessel lumen, resulting in platelet aggregation, thrombus formation, and acute vascular occlusion (33) Thus, any deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could involve three separate processes: 1) *a proinflammatory effect* that accelerates the initiation and chronic progression of the atherogenesis process, and that may induce plaque instabil

MRK-AEG0053081

1818   Rott *et al.*
COX-2 Inhibition, Atherogenesis, and CMV Replication

JACC Vol. 41, No. 10, 2003
May 21, 2003:1812-9

ity and rupture; 2) *a procoagulant effect* (induced by inhibition of COX-2-mediated expression of the highly antithrombotic $PGI_2$ without concomitant reduction of COX-1-mediated expression of the highly thrombotic thromboxane $A_2$ (31) that precipitates an acute coronary syndrome; and 3) *a pro-proliferative effect* that could increase lesion size through accumulation of SMCs.

Of additional relevance is the finding that indomethacin, a nonselective COX inhibitor, significantly *reduced* atherosclerosis in mice (33). Indomethacin is more potent in inhibiting COX 1 compared with COX-2 (34). Therefore, the data taken in their entirety, suggest that COX-1 has pro-atherosclerotic activity, whereas COX-2 is not pro-atherosclerotic and may even have a protective effect; conversely, inhibitors of COX-1 appear to protect against atherosclerosis, and selective inhibitors of COX-2 may have deleterious consequences.

These concepts, however, must still be considered hypotheses to be validated, as other data relating to selective COX-2 inhibition suggest possible anti-atherogenesis effects (through inhibition of inflammation) and a plaque stabilization effect (through inhibition of $PGE_2$-dependent matrix metalloproteinase expression by macrophages within plaques) (35). Moreover, our results may be model-, therapy duration-, and drug-specific. For example, Pratico et al. (33) used an low-density lipoprotein receptor knockout mouse, employed the selective COX-2 inhibitor nimesulide, and sacrificed mice at 26 weeks of age compared with our 11 weeks of age; they found the COX 2 inhibitor exerted no effect on the rate of atherogenesis. Although these caveats relating to the conclusions of our investigation must be acknowledged, the important fact emerging from our study is that a selective COX-2 inhibitor, under the experimental conditions we studied, can increase early atherosclerosis lesion formation.

In conclusion, the results of this investigation raise disturbing questions about possible adverse effects deriving from chronic use of selective COX-2 inhibitors on susceptibility to viral infection and on early atherosclerosis lesion development. However, extrapolation of our results obtained in a mouse model to humans taking COX-2 inhibitors may not necessarily be valid. Moreover, the dose given to the mice resulted in serum levels that were at least four times higher (using the low dose of the COX-2 inhibitor, 12 mg/kg/day), on a molar basis, than those seen in patients receiving the usual clinical dose of rofecoxib (25 mg once daily).

Because of the importance of the implications of the conclusions deriving from our investigation, and because of the intrinsic limitations of an animal model outlined above, the conclusions must be regarded as tentative and hypothesis generating. Our results emphasize the critical need for more information regarding the relative biologic roles of both COX isoforms, and in particular their roles in inflammation, in resistance to infection, and in atherogenesis.

Acknowledgments
The authors would like to thank Ms. Pauline Luk form Merck Frosst Canada, and Mr. Michael Siddon from BioServe Biotechnologies, Ltd., Laurel, Maryland, for out standing technical help.

Reprint requests and correspondence: Dr. Stephen E. Epstein, Cardiovascular Research Institute, Washington Hospital Center, 110 Irving Street NW, Suite 4B-1, Washington, DC 20010. E-mail: stephen.epstein@medstar.net.

## REFERENCES

1. Epstein SE, Zhou YF, Zhu J. Infection and atherosclerosis: emerging mechanistic paradigms. Circulation 1999;100:20–8.
2. Zhu J, Quyyumi AA, Norman JE, et al. Cytomegalovirus in the pathogenesis of atherosclerosis: the role of inflammation as reflected by elevated C-reactive protein levels. J Am Coll Cardiol 1999;34:1738–43.
3. Thom DM, Grayson JT, Siscovich DS, et al. Association of prior infection with *Chlamydia pneumoniae* and angiographically demonstrated coronary artery disease. JAMA 1992;268:68–72.
4. Burnett MS, Gaydos CA, Madico GE, et al. Atherosclerosis in apoE knockout mice infected with multiple pathogens. J Infect Dis 2001;183:226–31.
5. Berencsi K, Endresz V, Klurfeld D, et al. Early atherosclerotic plaques in the aorta following cytomegalovirus infection of mice. Cell Adhes Commun 1998;5:39–47.
6. Hsich E, Zhou YF, Paigen B, et al. Cytomegalovirus infection increases development of atherosclerosis in Apolipoprotein-E knock out mice. Atherosclerosis 2001;156:23–8.
7. Speir E, Shibutani T, Yu ZX, et al. Role of reactive oxygen intermediates in cytomegalovirus gene expression and in response of human smooth muscle cells to viral infection. Circ Res 1996;79:1143–52.
8. Schreck R, Rieber P, Baeuerle PA. Reactive oxygen intermediates as apparently widely used messengers in the activation of the NF-kappa B transcription factor and HIV-1. EMBO J 1991;10:2247–58.
9. Sambucetti LC, Cherrington JM, Wilkinson GW, Mocarski ES. NF-kappa B activation of the cytomegalovirus enhancer is mediated by a viral transactivator and by T cell stimulation. EMBO J 1998;8:4251–8.
10. Shibutani T, Johnson TM, Yu Z-X, Ferrans VJ, Moss J, Epstein SE. Pertussis toxin-sensitive G proteins as mediators of the signal transduction pathways activated by cytomegalovirus infection of smooth muscle cells. J Clin Invest 1997;100:2054–61.
11. Speir E, Yu ZX, Ferrans VJ, et al. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998;83:210–6.
12. Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications. Am J Med 1999;106:43S–50S.
13. Ross R. Atherosclerosis—an inflammatory disease. N Engl J Med 1999;340:115–26.
14. Black SC, Brideau C, Cirino M, et al. Differential effect of a selective cyclooxygenase 2 inhibitor versus indomethacin on renal blood flow in conscious volume-depleted dogs. J Cardiovasc Pharmacol 1998;32:686–94.
15. Paigen B, Morrow A, Holmes PA, et al. Quantitative assessment of atherosclerotic lesions in mice. Atherosclerosis 1987;68:231–40.
16. Smith WL, Garavito RM, DeWitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and -2. J Biol Chem 1996;271:33157–60.
17. Smith WL, Dewitt DL. Prostaglandin endoperoxide H synthases-1 and -2. Adv Immunol 1996;62:167–215.
18. Wilgus TA, Ross MS, Parrett ML, et al. Topical application of a selective cyclooxygenase inhibitor suppresses UVB mediated cutaneous inflammation. Prostaglandins Other Lipid Mediat 2000;62:367–84.
19. Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice: models for elucidating isoform specific functions. Biochem Pharmacol 1999;58:1237–46.

MRK-AEG0053082

20. Gilroy DW, Colville Nash PR, Willis D, et al. Inducible cyclooxygenase may have anti-inflammatory properties. Nat Med 1999;5:698–701.
21. Santoro MG. Antiviral activity of cyclopentenone prostanoids. Trends Microbiol 1997;5:276–81.
22. Rott D, Zhu J, Burnett MS, et al. Serum of cytomegalovirus infected mice induces monocyte chemoattractant protein-1 expression by endothelial cells. J Infect Dis 2001;184:1109–11.
23. Langenbach R, Loftin C, Lee C, et al. Cyclooxygenase knockout mice: models for elucidating isoform-specific functions. Biochem Pharmacol 1999;58:1237–46.
24. Morteau O. Prostaglandins and inflammation: the cyclooxygenase controversy. Arch Immunol Ther Exp 2000;48:473–80.
25. Smith WL, Langenbach R. Why there are two cyclooxygenase isoenzymes. J Clin Inv 2001;107:1491–5.
26. Gilroy DW, Tomlinson A, Willoughby DA. Differential effects of inhibitors of cyclooxygenase (cyclooxygenase 1 and cyclooxygenase 2) in acute inflammation. Eur J Pharmacol 1998;355:211–7.
27. Colville-Nash PR, Gilroy DW. COX-2 and the cyclopentenone prostaglandins—a new chapter in the book of inflammation? Prostaglandins Other Lipid Mediat 2000;62:33–43.
28. Breslow JL. Mouse models of atherosclerosis. Science 1996;272:685–8.

29. Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane A$_2$. Science 2002;296:539–41.
30. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520–8.
31. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954–9.
32. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280–8.
33. Pratico D, Tillmann C, Zhang ZB, et al. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. Proc Natl Acad Sci USA 2001;98:3358–63.
34. Mitchell JA, Akarasereenont P, Thiemermann C, et al. Selectivity of nonsteroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci USA 1994;90:11693–7.
35. Cipollone F, Prontera C, Pini B, et al. Over expression of functionally coupled cyclooxygenase-2 and prostaglandin in symptomatic atherosclerotic plaques as a basis of prostaglandin E$_2$-dependent plaque instability. Circulation 2001;104:923–7.

MRK-AEG0053083



12135302

Aug 21 2006
9:54PM

# EXHIBIT I

| | |
|---|---|
| To: | ian_rodger@merck.com |
| From | Stephen.Epstein@medstar.net |
| Cc | peter_dibattiste@merck.com |
| Bcc: | |
| Date: | 2001-10-12 16:15:46 |
| Subject: | Selective COX-2 inhibition and atherogenesis paper |

Ian,

Attached is the paper on the effects of selective COX-2 inhibition on
susceptibility to CMV infection and to atherogenesis  We plan to send it to
Circulation in 30 days  I would be most interested in your comments and
suggestions

I'm sorry that we didn't get the results we thought we would--but it's better to
know about this now than to be blind-sided in one or two years by complications
that were totally unexpected  On the other hand, as we tried to emphasize in
our paper, our results in mice, using our particular experimental conditions,
may not be at all relevant to what  happens clinically  I'm therefore very
pleased to have learned that Merck is planning to meet this head-on and is
planning to consider some definitive clinical study  I would be happy to work
with you in any way that would be helpful to such a project

Thanks for your help.

Steve

(See attached file: COX-2_CMV_Athero-10.MSF doc)

Attachments:

Mac Word 3.0

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

COX-2_CMV_Athero-10 MSB
October 12, 2001

## Effects of MF-Tricyclic, a Selective COX-2 Inhibitor, on Atherosclerosis Progression and Susceptiblility to CMV Replication in ApoE Knockout Mice

David Rott MD, Jianhui Zhu MD PhD, Mary Susan Burnett PhD, Yi Fu Zhou MD, Alexandra Ganley BS, Jibike Ogunmakinwa BS, and Stephen E. Epstein MD


From the Cardiovascular Research Institute, Medstar Research Institute, Washington Hospital Center, Washington DC


Rott et al  COX-2 inhibition, atherogenesis and CMV replication


Corresponding Author   Stephen E. Epstein, M.D.
Cardiovascular Research Institute
Washington Hospital Center
110 Irving St. NW
Washington DC 20010
E-mail: sxe2@mhg.edu
Phone  202 877-5977
Fax  202 877-2715

This work was supported in part by a grant from Merck Pharmaceuticals.

MRK-ABA0012532

**Abstract**

**Background:** Inflammation plays a central role in atherogenesis. Evidence suggests cytomegalovirus (CMV) infection contributes to atherosclerosis and that this occurs in part through inflammatory mechanisms. Cyclooxygenase-2 (COX-2) inhibitors are not only potent anti-inflammatory agents, they also inhibit CMV replication in vitro. Thus, our objective was to determine, in a mouse model, whether selective COX-2 inhibition reduces CMV replication and diminishes CMV-induced atherogenesis. We also determined whether COX-2 anti-inflammatory activity leads to decreased atherosclerosis, independent of infection.

**Methods and Results:** ApoE deficient mice were either treated or not treated with a selective COX-2 inhibitor, and either infected or not infected with CMV. Viral DNA load in salivary glands was determined by quantitative PCR. Atherosclerotic lesion analysis was performed by standard methods. In vivo COX-2 inhibition, unexpectedly, *increased* viral load in the CMV infected animals viral load was $2.58 \pm 1.0$ in the non-treated group, $4.74 \pm 1.38$ in the group treated with 12 mg/kg MF-tricyclic, and $6.51 \pm 1.64$ in the group treated with 24 mg/kg (P trend = 0.050). This increased viral load was paralleled by increased anti-CMV antibody titers. Although CMV infection had no effect on lesion size in the presence or absence of drug (presumably because of the brief 3-wk time period between infection and sacrifice), most surprisingly, COX-2 inhibition significantly *increased* atherosclerotic lesion area, by 84% in the non-infected group, and by 70% and by 80% in the CMV-infected low dose and high dose MF-tricyclic-treated groups respectively

**Conclusion**. Unlike the effects observed in vitro, selective inhibition of COX-2 in vivo *increases viral load*, suggesting that inhibition of the innate immune response by high doses of a COX-2 inhibitor overrides the mechanisms operative in cell-culture that inhibit CMV replication. In addition, inhibition of COX-2 *increases atherosclerosis development* in apoE deficient mice, suggesting that this enzyme exerts anti-atherosclerosis activity, at least in this model

**Key Words:** Atherosclerosis, Drugs, Infection, Inflammation

MRK-ABA0012533

## Condensed Abstract

Inflammation plays a central role in atherogenesis  Cytomegalovirus (CMV) also appears to have a role  Cyclooxygenase-2 (COX-2) inhibitors, which are potent anti-inflammatory agents, inhibit CMV replication in vitro  We used apoE deficient mice in an attempt to determine whether selective COX-2 inhibition reduces CMV replication and diminishes CMV-induced atherogenesis, and whether it leads to decreased atherosclerosis independent of infection  In vivo COX-2 inhibition, paradoxically, *increased* viral load  Parallel increase in antibody titer was noted  In addition, COX-2 inhibition significantly *increased atherosclerotic lesion area*, suggesting that, in this model, COX-2 activity exerts anti-atherosclerosis effects and COX-2 inhibition exacerbates atherosclerosis

MRK-ABA0012534

## Introduction

Evidence suggests infection with any of several pathogens, including cytomegalovirus (CMV), contributes to atherosclerosis [1-5] and that this occurs in part through inflammatory mechanisms [1]. Strong evidence suggesting a causal role of CMV in atherogenesis is provided by the demonstration that CMV infection causes atherosclerosis progression in a murine model of atherosclerosis [6-8]. Given the probable atherogenic role of CMV, studies have been undertaken to identify potential virus-related therapeutic targets.

Upon infection of primary human coronary artery smooth muscle cells (SMCs), CMV rapidly induces the development of reactive oxygen species (ROS) in the infected cell [9]. This is undoubtedly part of the host's defense response, as ROS are essential for activation of NFκB and for its translocation to the cell nucleus, where it transactivates many of the genes involved in inflammatory and immune responses [10]. However, CMV also requires NFκB for transactivating its own genes. Its major immediate early promotor has 4 NFκB binding sites that, when activated by NFκB, initiate expression of the down-stream viral genes, a cascade essential for viral replication [11].

Studies from this laboratory showed that cyclooxygenase-2 (COX-2) inhibition, either with the non-selective COX-1/COX-2 inhibitors, aspirin and indomethecin (in milimolar concentrations), or with the selective COX-2 inhibitor NS-398 (in micromolar concentrations), diminishes CMV-induced generation of reactive oxygen species, thereby preventing NFκB activation [12]. Given these effects we predicted, and found, that aspirin prevented in vitro CMV replication in human coronary artery SMCs [12]. On this basis we proposed that COX-2 might be a therapeutic target, that its inhibition would diminish viral replication in vivo, thereby inhibiting any contribution of the virus to atherogenesis.

COX-2 inhibitory drugs are also considered potent anti-inflammatory agents [13]. Because inflammation plays a central role in atherogenesis [14], a compelling case can be made for the potential of such drugs to inhibit atherosclerosis progression, independent of any anti-viral effect. However, little is known about the possible anti-atherogenesis activity of selective COX-2 inhibitors.

The purpose of the present investigation was to determine in a mouse model of atherosclerosis the validity of two hypotheses:

1)  *Selective COX-2 inhibition, through the mechanisms responsible for its in vitro anti-viral effects, reduces CMV replication in vivo and thereby diminishes CMV-induced increase in atherosclerosis development*
2)  *Selective COX-2 inhibition, through its anti-inflammatory activity, decreases atherosclerosis development independent of infection*

## Methods

*Animals, virus and Study Design*

The study protocol was approved by the Medstar Research Institute-Animal Care and Use Committee, in accordance with the Guide for the care and use of laboratory animals (NIH publication No. 85-23 revised 1996).

ApoE-deficient mice were purchased from the Jackson Laboratory (Bar Harbor, ME). All mice were housed in microisolator cages in a pathogen free facility, and allocated into 6 groups (Table-1). Eight week-old apoE deficient mice (groups 3-6 only) were

MRK ABA0012535

injected intraperitoneally (IP) either with $5 \cdot 10^4$ PFU mouse CMV (Smith strain, VR-1399, ATCC, Manassas, VA), or with the supernatant of uninfected SC-1 cells (ATCC). The injections were given 48h after the initiation of the feeding protocol (e.g. drug administration: see below). Mice allocated to groups 1 and 2 did not receive any injection. At 11 weeks of age salivary glands, spleens and blood were collected, and serum was obtained. Serum and organ samples were placed in individual tubes and stored at -80°C until tested.

*Drug*
        The drug used in this study was a selective COX-2 inhibitor [MF-Tricyclic; 3-(3,4-difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone] This drug has no significant anti-COX-1 activity at clinically effective concentrations [15]
        Sterile mixture of drug in mouse chow obtained from Merck Pharmaceuticals research laboratories (Merck Frosst Canada & Co., Kirkland, Quebec, Canada) in 2 drug concentrations: w/0.01334% and w/0.0067%. Drug free chow (control chow) was obtained from Merck as well. Chow stocks were kept at 4°C in the dark. Fresh chow was administered to the mice daily
        The mice were fed ad lib with drug-containing chow or control chow. Mice of all 6 groups were started on this feeding protocol simultaneously. The feeding protocol was continued for 3 weeks, than the mice were sacrificed. Food intake and body weight were monitored every week and the actual drug doses were calculated accordingly
        Serum samples from all groups were shipped to Merck research laboratories for drug levels testing.

*PCR analysis*
        Samples were coded so that the analysis was done blindly as to the source of the sample.
        *Genomic DNA extraction*  DNA was isolated from mouse salivary glands by using a puregene extraction kit (Gentra Systems Minneapolis, MN). The protocol is available online at www.Gentra.com. DNA concentrations were standardized to 100 ng/µl and 1 µl was used in the TaqMan reactions.
        *TaqMan Analysis*: Target gene.  Mouse CMV IE1 exon 4, accession number M11788. TaqMan probe and primers were selected using Primer Express software (PerkinElmer Life Sciences, Inc. Beltsville, MD) and were synthesized at BioServe Biotechnologies, Ltd. Laurel, MD.  Primer and probe optimizations were performed at 60°C. Mouse CMV (TET-labeled probe) and ApoB (6FAM-labeled probe) constitutive gene were analyzed alone. All TaqMan reactions were performed in 15 µl volumes using 2X Universal Master Mix (PerkinElmer), 6.25 pmol of each primer, 6.25 pmol of mouse CMV probe and 1 µl of 100 ng/µl DNA. The "real time" amplification program consisted of 50°C for 2 min (AmpErase UNG cleavage step), 95°C for 10 min (activation of AmpliTaq Gold step) and then 40 cycles of 95°C for 15 sec followed by 60°C for 1 min
        A standard curve was generated using 10 fold dilutions of SC-1 cells (ATCC) infected with mouse CMV. The upper limited of DNA concentration used was 100 ng/µl and the lower limit was 100 fg/µl. These concentrations represent total DNA-template input into the reaction.

MRK ABA0012536

*Serology*

Anti-Mouse CMV Antibody titer in mouse serum was determined by using a commercially available ELISA kit (mouse anti-Mouse CMV IgG ELISA, Charles River Laboratories Wilmington, MA). All assays were performed in quadruplicate (2 CMV wells and 2 tissue control wells) according to manufacturer instructions. The OD value of each sample was converted by a formula according to manufacturer instructions, and a calculated value of 3.0 was the threshold for a positive result. Five serum dilutions were tested: 1:60, 1:500, 1:1000, 1:2000 and 1:3000.

*Cytokine concentrations*

Interferon γ (IFNγ), tumor necrosis factor α (TNFα) and interleukin-6 (IL-6) concentrations in mouse serum were determined by using mouse IFNγ, TNFα and IL-6 ELISA kits (Biosource International, Camarillo, CA). All assays were performed in duplicate according to manufacturer instructions. Cytokine levels were determined by comparing the OD results to standard curves using recombinant cytokines, provided by the manufacturer.

The minimal detectable levels of IL-6, IFNγ and TNFα using the appropriate Biosource ELISA kit are (pg/ml): <3.0, <1.0 and <3.0 respectively.

*Quantification of Atherosclerotic Lesions*

Hearts were coded so that the analysis was performed blindly as to the source of the heart. Lesion analysis was performed as previously described [16]. Briefly, hearts were fixed in 10% buffered formalin, embedded in 5%, 10%, and, then, 25% gelatin. Frozen sections of the aortic sinus, 10-μm each, were cut using a cryostat, and every second slice was collected. Sections were stained using oil red O and hematoxylin and counterstained with light green. Five sections per mouse were analyzed for lesions. Area analysis was completed using Spot Image Pro Driver software (Diagnostic Instruments).

*Cholesterol levels*

Serum samples, collected at the time of killing, were individually evaluated for cholesterol by Cholesterol-SL-Assay, a 4-aminoantipyrine-based enzymatic assay (Diagnostic Chemical Limited, Oxford, CT). All assays were performed according to the manufacturers instructions.

**Statistical Analysis**

Data are given as mean±SEM. Comparisons between multiple experimental groups were made by one-way ANOVA. Comparisons between two experimental groups were made by Student's *t* test (two- tailed). P values of ≤0.05 were considered statistically significant. PCR results underwent square root transformation prior to statistical analysis.

**Results**

*Drug consumption and serum level measurements*

Average weight of a mouse was 20 gm, and the average amount of chow consumed by a mouse was 3.6 mg/day. Hence the doses consumed by the mice were 24 mg/kg/day for group 6 and 12 mg/kg/day for groups 2 and 5. The corresponding average

serum drug levels (µg/ml) were 2.09±0.09 vs 1.03±0.15 (p<0.001) in these groups respectively. Sera of mice from untreated groups were negative for the drug.

*Cholesterol levels*

The total serum cholesterol levels did not differ significantly among the 6 groups. The average cholesterol levels (mg/dl) were: 365.9 ± 21.0, 421.8 ± 32.0, 451.9 ± 35.6, 390.1 ± 41.2, 436.9 ± 79.1 and 480.8 ± 23.1 in groups 1 to 6 respectively.

*PCR analysis*

The analysis included samples from all mice of groups 3-6 (n=17 in each group, Table 1). The average mouse CMV DNA load (square root of ng/ml) in salivary glands, a PCR-derived index of the number of viral particles present in the tissue, was 2.58±1.0 in the CMV infected/no drug group, 4.74±1.38 in the infected/12 mg/kg dose group, and 6.51±1.64 in the infected/24 mg/kg dose group (P trend = 0.050, Fig. 1). The results show a dose response curve, with the highest drug level associated with the highest viral load. All mice from the sham-infected group were negative for CMV DNA. All positive and negative controls worked as expected, and all samples were positive when entered into a PCR with primers for the apoB gene, indicating adequate quality of DNA.

*Mouse CMV Serology*

The analysis included serum samples from all mice of groups 3-6 (n=17 in each group; Table 1). The average anti-mouse CMV IgG titers in serum were 602.4±93.4 in the CMV infected/no drug group, 1,031.3±154.6 in the infected/12 mg/kg dose group, and 1,264.7±232.7 in the infected/24 mg/kg dose group (P trend = 0.025, Fig 2). All mice from the sham-infected group (group 3) were negative for anti-CMV IgG.

*Quantification of Atherosclerotic Lesions*

The analysis included 11-12 samples from each of the 6 groups (Table 1). The average lesion area (µm²) was 6,096.5±1,837 in the non-infected/no drug group, 11,215.8±1369 in the non-infected/12 mg/kg dose group, 6,036.5±154 in the sham infected/no drug group, 6,947.8±1,166 in the CMV infected/no drug group, 11,785.7±1,512 in the infected/12 mg/kg dose group and 12,514.2±1,252 in the infected/24 mg/kg dose group (P trend <0.001, Fig. 3). Drug treatment consistently increased lesion size, by 84% in the non-infected group, and by 70% and by 80% in the CMV-infected low dose and high dose groups respectively. Thus, significant differences were detected between each individual drug-treated group (2, 5 or 6 see Table 1) when compared to each individual non-treated group (1, 3 or 4. Fig 4). In this study, infection with CMV did not increase lesion size.

Figure 4 shows typical aortic sections of a treated mouse (group 2) and an untreated mouse (group 1), in the absence of infection.

*Cytokine concentrations*

IFNγ, TNFα and IL-6 were undetectable in the serum of all 6 groups (Data not shown). However all controls worked as expected, indicating adequate test quality.

MRK-ABA0012538

## Discussion

Previous investigations from our laboratory demonstrated that CMV infection of coronary SMCs generates intracellular reactive oxygen species (ROS) within minutes of infection, and that the resulting ROS contribute to NF$\kappa$B activation [9]. NF$\kappa$B stimulates the expression of many cellular genes, including those encoding cytokines and adhesion molecules, which are involved in immune and inflammatory responses (10). The CMV major immediate early promoter (MIEP) has four NF$\kappa$B binding sites—therefore activation of NF$\kappa$B is also critical for MIEP activation and eventual expression of all of the viral gene products [9]

We also attempted in previous studies to explore the pathway by which ROS are generated by CMV infection. We found that CMV activates a pertussis toxin-sensitive G-protein-coupled cascade, leading to a COX-2-dependent increase in ROS through stimulation of arachidonic acid (AA) release and metabolism via MAP kinase-dependent stimulation of phospholipase A$_2$ [17]. These prior studies also confirmed the importance of the cyclooxygenase system in the viral pathway of cell activation by examining the effects of inhibiting these enzymes. We demonstrated that the non-selective COX-1/COX-2 inhibitors, aspirin and indomethecin, prevented CMV-induced ROS generation, an effect also demonstrated by the experimental selective COX-2 inhibitor, NS-398. These studies also showed, importantly, that aspirin inhibited in vitro CMV replication in coronary artery SMCs

COX-2, one of two isoforms of cyclooxygenase [18], is induced by mitogens, cytokines, certain inflammatory agents [19], and even by one of the immediate early gene products of CMV [12]. It is the isoform thought to promote inflammation. COX-1 is constitutively expressed in most tissues and has been suggested to serve as the "housekeeping" isoform; its presence in platelets leads to platelet aggregation via the COX-1-mediated production of thromboxane A$_2$ [19-21]

Because of the critical role of CMV-induced ROS generation in both viral and cellular gene expression, and because inflammation plays a critical role in atherogenesis, we considered that COX-2 might constitute a potential therapeutic target whereby its inhibition would decrease CMV replication in vivo, and inhibit inflammatory changes that might contribute to atherogenesis. The present investigation was therefore initiated to determine the validity of two hypotheses: 1) *Selective COX-2 inhibition, through the mechanisms responsible for its in vitro anti-viral effects, reduces CMV replication in vivo and thereby diminishes CMV-induced increase in atherosclerosis development. And 2) Selective COX-2 inhibition, through its anti-inflammatory activity, decreases atherosclerosis development independent of infection*

To our surprise, however, we found just the opposite. Regarding the first hypothesis, selective COX-2 inhibition with MF tricyclic *increased* viral load in a dose-dependent fashion, with the highest dose increasing viral load by about 50% (Fig. 1). We also found a parallel dose-response effect of MF-tricyclic on anti-CMV antibody titers (Fig. 2), suggesting that the increase in viral load found in the treated animals represented a biologically relevant change. In the experimental design we employed for this investigation, CMV infection itself had no effect on lesion size. Therefore we were unable to adequately test the second part of this hypothesis – that *selective COX-2 inhibition diminishes CMV-induced*

MRK-ABA0012539

*increase in atherosclerosis development* In this regard we have published two separate studies each of which demonstrated that CMV infection increases lesion development in apo-E knockout mice [6,8]. The explanation for the differences between this and the prior publications is undoubtedly due to the fact that in the present study we employed a brief 3-wk time period between infection and sacrifice, whereas in the previous studies sacrifice occurred 14 wks after infection. Three weeks appears to be too brief a time for any pro-atherosclerotic effects of CMV to become manifest.

The result of the study exploring the validity of the second hypothesis we examined was also unexpected. Lesion analysis showed that selective COX-2 inhibition with MF-tricyclyic *increases* atherosclerotic lesion area (Fig. 3).

*Selective COX-2 Inhibition and CMV replication*

Although initially surprising to us, upon further reflection the contrast between in vitro and in vivo COX-2 inhibition effects should have been anticipated. The in vitro experiment consists of a very simple system--one cell type and only 2 variables: virus and drug treatment. In this system drug-induced selective COX-2 inhibition exerted a significant anti-viral effect. The putative mechanisms, relating to inhibition of ROS generation, have been discussed in detail. The in vivo situation, however, is infinitely more complex, with multiple possible consequences of drug activity. For instance, COX-2 inhibition has, in vivo, potent anti-inflammatory effects. These effects include hindering recruitment of neutrophiles to sites of injury [22], and interfering with monocyte recruitment [23]. Both neutrophiles and monocytes, components of the innate immune response, function as the initial host defense response to the invading pathogen and contain the infection until the more efficient but slower adaptive immune response develops. COX-2 inhibition of the innate immune response probably importantly contributed to increasing the in vivo susceptibility to viral infection.

We are not familiar with any evidence that COX-2 inhibition alters the cellular component of the adaptive immune response. And our results suggest that COX-2 inhibition probably does not interfere with the humoral component, as we observed higher anti-CMV IgG titers of the mice treated the COX-2 inhibitor, which paralleled their higher viral load.

*Selective COX-2 Inhibition and atherosclerosis*

The second unanticipated finding of our study was that in contrast to our hypothesis, selective COX-2 inhibition with MF-Tricyclic actually *increased* atherosclerotic lesion area in the apoE knockout mice. This raises a major conundrum--why should an anti-inflammatory drug *accelerate* atherosclerosis, a disease recognized as have a major inflammatory component?

Recent studies have demonstrated a complex role for COX-2 in inflammation, in that the enzyme appears to possess not only its well-known inflammatory activity, but also *anti-inflammatory* properties [24-26]. This latter activity resides in a previously unrecognized role of COX-2 in the resolution phase of the inflammatory response. Reuter et al [27], using a model of colitis in rats, demonstrated that the disease process is exacerbated by the administration of the selective COX-2 inhibitor etodolac. Consistent with these findings were those of Mizuno et al [28], who demonstrated delayed resolution of gastric ulcers in mice treated with the selective COX-2 inhibitor NS-398. These studies

MRK-ABA0012540

are supported by two other reports demonstrating that selective COX-2 inhibitors can delay gastric ulcer healing in rats [29-30]. In addition, Wallace et al [31] investigated inflammatory responses in COX-2 deficient mice using a carrageen-induced paw inflammation model. Lymphocyte infiltration and swelling *persisted* in the COX-2 deficient mice compared with the parental strain.

Some mechanistic insight relevant to these studies is provided by the investigation of Gilroy et al [32]. They showed in a rat model of inflammation that there are two phases of COX-2 expression. There is an early peak of expression that is associated with high levels of prostaglandin E2 ($PGE_2$) synthesis, and a later second peak in COX-2 expression that, paradoxically, coincides with inflammatory *resolution*. This second peak is associated with minimal $PGE_2$ synthesis and high levels of both prostaglandin D2 ($PGD_2$) and prostaglandin J2 ($PGJ_2$).

Compatible with this concept of dual time-delayed peaks of COX-2, which exert opposite effects on inflammation, are the findings that the selective COX-2 inhibitor NS-398, and the COX-1/COX-2 inhibitor indomethacin, inhibit inflammation when given at the early phase of inflammation, but exacerbate inflammation when given at the late phase [33]. This study also demonstrated that COX-1 is primarily responsible for the maintenance of the inflammatory response in the time period between the two peaks of COX-2 expression. On the basis of these results, Colville-Nash and Gilroy [34] suggested that COX-2 is pro-inflammatory during the early phase of inflammation, an effect mediated by $PGE_2$ production, but facilitates inflammatory resolution during the later phase of inflammation, an effect modulated by the anti-inflammatory prostaglandins, $PGD_2$ and $PGJ_2$.

This concept can explain the unexpected results of our investigation. ApoE deficient mice develop spontaneous atherosclerosis. Significant inflammatory changes in the aorta (e.g. transendothelial migration of monocytes) are detected at 5-6 weeks of age [35]. At 8 weeks of age (the age of our mice at the beginning of the study) there is well-established inflammation of the arterial wall. We initiated selective COX-2 inhibition at a time of ongoing vessel wall inflammation, a time that COX-2, according to this concept, is anti-inflammatory and therefore when its inhibition would exacerbate atherogenesis.

The potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis in humans was suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events than occurred in patients treated with naproxen, a non selective COX inhibitor. That was shown by a meta-analysis exploring the role of selective COX-2 inhibition on acute cardiovascular events [36].

The mechanisms responsible for precipitation of acute events in patients with coronary artery disease are generally thought to be due to plaque rupture, resulting in acute thrombus formation. Selective COX-2 inhibition may predispose to thrombotic coronary occlusion, first, by inducing plaque instability. Thus, inhibition of COX-2 could retard the resolution of inflammatory processes, resulting in persistance or increase in activated macrophages which, through secretion of metalloproteinases and other enzymes, could induce plaque rupture. The highly thrombogenic plaque core would then be exposed to circulating blood within the vessel lumen, resulting in platelet aggregation and thrombus formation [14]. This latter process would be enhanced by the second

MRK-ABA0012541

mechanism by which COX-2 inhibition could predispose to thrombotic coronary occlusion – inhibition of of COX-2-mediated expression of the highly anti-thrombotic $PGI_2$, without concomitent reduction of the COX-1-mediated expression of the highly thrombotic thromboxane $A_2$ [36]

Thus, the potential deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could theorectically involve two separate processes  acceleration of the atherogenesis per se, and predisposition to acute coronary syndromes  The probable mechanism responsible for first process would involve interference with resolution of inflammation, and  for the second process would involve actions favoring a pro-coagulant state

Of additional relevance is the finding that indomethacin, a non-selective COX inhibitor, significantly *reduced* the extent of atherosclerosis in mice [37]  Indomethacin is 60 times more potent in inhibiting COX-1 compared to COX-2 [38]  The data therefore, taken in their entirely, suggest that COX-1 has pro-atherosclerotic activity, whereas COX-2 is not pro-atherosclerotic and may even have a protective effect, conversely, inhibitors of COX-1 appear to protect against atherosclerosis, and selective inhibitors of COX-2 may have deleterious consequences

It should be emphasized that the results of the above quoted meta-analysis [36] cannot as yet be considered definitive, and our results in a mouse model of atherosclerosis may be model and drug specific  For example, Pratico et al used an LDL receptor knockout mouse, employed the selective COX-2 inhibitor nimesulide, and sacrificed mice at 26 weeks of age compared to our 11 weeks of age– they found the COX-2 inhibitor exerted no effect on the rate of atherogenesis [37]

*Conclusions*

The results of this investigation raise disturbing questions about possible adverse effects deriving from chronic use of selective COX-2 inhibitors on susceptibility to viral infection and on atherosclerosis lesion development  However, it must be stressed that extrapolation of our results obtained in a mice model to humans taking COX-2 inhibitors may not necessarily be valid  Moreover, the doses given to the mice resulted in serum levels that were at least 4 times higher (using the low dose of the COX-2 inhibitor–12 mg/kg/day), on a molar basis, than those seen in patients receiving the usual clinical dose of rofecoxib (25 mg once daily) [39]

Because of the importance of the implications of the conclusions deriving from our investigation, and because of the intrinsic limitations of an animal model outlined above, the conclusions must be regarded as tentative and hypothesis generating, rather than definitive and hypothesis validating  As a hypothesis-generating set of conclusions, our results emphasize the critical need for more information regarding the relative biologic roles of both COX isoforms, and in particular their roles in inflammation, in resistance to infection, and in atherogenesis

## References

1    Zhu J, Quyyumi AA, Norman JE, Csako G, Epstein SE  Cytomegalovirus in the pathogenesis of atherosclerosis the role of inflammation as reflected by elevated C-reactive protein levels  J Am Coll Cardiol 1999;34:1738-1743

MRK-ABA0012542

2       Adam E, Melnick JL, Probtsfield JL, Petrie BL, Burek J, Bailey KR, McCollum
        CH, DeBakey ME. High levels of cytomegalovirus antibody in patients requiring
        vascular surgery for atherosclerosis. Lancet 1987,2(8554) 291-293

3       Thom DM, Grayston JT, Siscovitch DS. Wang SP, Weiss NS, Daling JR
        Association of prior infection with *Chlamydia pneumoniae* and angiographically
        demonstrated coronary artery disease JAMA 1992,268 68  72

4       Mendall MA. Goggin PM, Molineaux N, Levy J, Toosy T, Strachan D, Camm AJ,
        Northfield TC. Relation of *Helicobacter pylori* infection and coronary heart
        disease. Br Heart J 1994,71:437  439.

5       Epstein SE. Zhou YF, Zhu J. Infection and Atherosclerosis- Emerging
        Mechanistic Paradigms  Circulation 1999,100 20-28

6       Burnett MS, Gaydos CA, Madico GE, Glad SM, Paigen B, Quinn TC, Epstein SE
        Atherosclerosis in apoE knockout mice infected with multiple pathogens
        J Infect Dis  2001;183 226-231.

7       Berenesi K, Endresz V, Klurfeld D, Kari L. Early atherosclerotic plaques in the
        aorta following cytomegalovirus infection of mice. Cell Adhes Commun
        1998,5 39-47

8       Hsich E, Zhou YF, Paigen B, Johnson TM, Burnett MS, Epstein SE
        Cytomegalovirus infection increases development of atherosclerosis in
        Apolipoprotein-E knockout mice  Atherosclerosis 2001;156.23-28

9       Speir E, Shibutani T, Yu ZX, Ferrans V, Epstein SE  Role of reactive oxygen
        intermediates in cytomegalovirus gene expression and in response of human
        smooth muscle cells to viral infection  Circ Res 1996,79 1143-1152

10      Schreck R, Rieber P, Baeuerle PA. Reactive oxigen intermrdiates as apparently
        widely used messengers in the activation of the NF-kappa B transcription factor
        and HIV-1  EMBO J 1991,10:2247-2258

11.     Sambucetti LC, Cherrington JM, Wilokinson GW. Mocarski ES  NF-kappa B
        activationof the cytomegalovirus enhancer is mediated by a viral transactivator
        and by T cell stimulation  EMBO J 1998;8 4251-4258.

12      Speir E, Yu ZX, Ferrans VJ. Huang ES. Epstein SE   Aspirin attenuates
        cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2
        in coronary artery smooth muscle cells   Circ Res 1998, 83 210-216.

13      Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications  Am J
        Med 1999;106 43S-50S

14      Ross R  Atherosclerosis an Inflammatory disease  N Engl J Med 1999,340:115-
        126

15      Black SC, Brideau C. Cirino M. Belley M, Bosquet J, Chan CC. Rodger IW
        Differential effect of a selective cyclooxygenase-2 inhibitor versus indomethacin
        on renal blood flow in conscious volume-depleted dogs  J Cardiovasc Pharmacol
        1998.32 686-694

16      Paigen B, Morrow A. Holmes PA, Mitchell D, Williams RA   Quantitative
        assessment of atherosclerotic lesions in mice  Atherosclerosis 1987,68 231-240

17.     Shibutani T, Johnson TM, Yu ZU, Ferrans V Moss J, Epstein SE  Pertusis toxin-
        sensitive-G proteins as mediatoers of the signal transduction pathways activated
        by cytomegalovirus infection of smooth muscle cells  J Clin Inv 1997;100 2054-
        2061

MRK ABA0012543

18      Smith WL, Garavito RM, DeWitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and -2. J Biol Chem 1996,271:33157-33160

19.     Smith WL, Dewitt DL. Prostaglandin endoperoxide H synthases-1 and -2. Adv Immunol 1996,62 167-215

20      Vane J. Towards a better aspirin. Nature 1994 Jan 20,367(6460) 215-216.

21.     Pennisi E. Building a better aspirin. Science 1998 May 22;280(5367) 1191-1192.

22.     Wilgus TA, Ross MS, Parrett ML, Oberyszyn TM. Topical application of a selective cyclooxygenase inhibitor suppresses UVB mediated cutaneous inflammation. Prostaglandins Other Lipid Mediat 2000,62 367-384

23      Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice models for elucidating isoform-specific functions. Biochem Pharmacol 1999;58.1237-1246

24      Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice models for elucidating isoform-specific functions. Biochem Pharmacol 1999;58:1237-1246.

25      Morteau O. Prostaglandins and inflammation  the cyclooxygenase controversy. Arch Immunol Ther Exp 2000,48.473-480

26      Smith WL, Langenbach R. Why there are two cyclooxygenase isoenzymes. J Clin Inv 2001.107 1491-1495

27      Reuter BK, Asfaha S, Buret A, Sharkey KA, Wallace JL. Exacerbation of inflammation-associated colonic injury in rat through inhibition of cyclooxygenase-2. J Clin Invest 1996;98 2076-2085

28      Mizuno H, Sakamoto C, Matsuda K, Wada K, Uchida J, Noguchi H, Akamatsu T, Kasuga M. Induction of cyclooxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. Gastroenterology 1997;112 645-648

29      Shigeta J, Takahashi S, Okabe S. Role of cyclooxygenase-2 in the healing of gastric ulcers in rats. J Pharmacol Exp Ther 1998,286:1383-1390

30      Nakatsugi S, Terada N, Yoshimura T, Horie Y, Furukawa M. Effects of nimesulide, a preferential cyclooxygenase-2 inhibitor, on carrageenan-induced pleurisy and stress-induced gastric lesions in rats. Prostaglandins Leukot Essent Fatty Acids 1996,55 395-402

31      Wallace JL, Bak A, McKnight W, Asfaha S, Sharkey KA. MacNaughton WK. Cyclooxygenase 1 contributes to inflammatory responses in rats and mice: implications for gastrointestinal toxicity. Gastroenterology 1998,115:101-109

32      Gilroy DW, Tomlinson A, Willoughby DA. Differential effects of inhibitors of cyclooxygenase (cyclooxygenase 1 and cyclooxygenase 2) in acute inflammation. Eur J Pharmacol 1998,355 211-217

33.     Gilroy DW, Colville-Nash PR, Willis D, Chivers J, Paul-Clark MJ, Willoughby DA. Inducible cyclooxygenase may have anti-inflammatory properties. Nat Med 1999,5:698-701

34      Colville-Nash PR, Gilroy DW. COX-2 and the cyclopentenone prostaglandins - a new chapter in the book of inflammation? Prostaglandins Other Lipid Mediat 2000;62:33-43.

35      Breslow JL. Mouse models of atherosclerosis. Science 1996.272:685-688

MRK-ABA0012544

36. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954-959

37 Pratico D, Tillmann C, Zhang ZB, Li H, FitzGerald GA. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. Proc Natl Acad Sci U S A 2001;98:3358-3363

38. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of Nonsteroidal Antiinflammatory Drugs as Inhibitors of Constitutive and Inducible Cyclooxygenase. Proc Natl Acd Sci USA 1994,90 11693-11697

39 Depre M, Ehrich E, Van Hecken A, De Lepeleire I, Dallob A, Wong P, Porras A, Gertz BJ, De Schepper PJ. Pharmacokinetics. COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol 2000;56:167-174.

MRK ABA0012545

Figures Legends

Figure 1  Mouse CMV DNA concentration in mouse salivary glands
* P=0 050.

Figure 2  Anti mouse CMV IgG titer in mice sera  * p=0 025, ** p=0 015

Figure 3  Atherosclerotic lesion area in the various mouse groups  * p= 0 013, **
p=0 020, *** p=0 022

Figure 4  Oil red O staining of atherosclerotic lesions in the aorta  Representative
photographs of lesions in A) untreated mouse from group-1 (x2 5 magnification) B)
Enlargement of the circled area in A (x25 magnification). C) Treated mouse from group-
2 (x2 5 magnification) D) Enlargement of the circled area in C (x25 magnification)

MRK ABA0012546

Table-1 Mice allocation

| Group | Inoculum | Drug Dose | N (PCR, Serology) | N (Lesion Analyis) |
|-------|----------|-----------|-------------------|--------------------|
| 1 | None | None | 16 | 11 |
| 2 | None | 12 mg/kg | 16 | 11 |
| 3 | Sham | None | 17 | 12 |
| 4 | CMV | None | 17 | 12 |
| 5 | CMV | 12 mg/kg | 17 | 12 |
| 6 | CMV | 24 mg/kg | 17 | 12 |

MRK-ABA0012547



Figure 1

Figure 2

Figure 3

MRK-ABA0012548



12135302

Aug 21 2006
9:54PM

# EXHIBIT M

# M E M O

TO: MSGP Review Committee for VIOXX™   DATE: January 23, 2000

FROM: Dr Ian W. Rodger

SUBJECT: <u>VIOXX™ MSGP RC Mtg. Minutes – Jan. 19, 2000</u>

<u>Present</u>:
Meztli Arguello (MA), Susan Baumgartner (SB), Emilie Beskar (EB), Brian Daniels (BD), Phil Davies (PD), Elliot Ehrich (EE), Ceylan Ergun (CE), Jilly Evans (JE), Greg Geba (GG), Bill Griffing (BG), Elizabeth Kwong (EK) Martino Laurenzi (ML), Briggs Morrison (BM), Eric Mortensen (EM), Darryl Patrick (DP), Tim Ruel (TR), Ian Rodger (IR), Robert Young (RY), Adrienne Dixon (AD)

<b>Apologies for absence:</b> Greg Bell, Greg Kylish, Maureen McNamara, Robert Silverman

1. <u>Minutes of MSGP Meeting Held December 20, 1999</u>
   The minutes of the meeting were approved with the following emendation:  Martino Laurenzi's name was added to <b>Apologies for absence.</b>

2. <u>Matters Arising From The Minutes</u>

   A. <b>Chronic dosing in animals studies</b>
   The Chemoprevention Subcommittee of the MSGP will be responsible for advice in relation to this subject

   B. <b>Bjarnasson (#111) Proposal</b>
   EM still working on this proposal with the United Kingdom.

   C. <b>Premptive Analgesia</b>
   MSGP has the "green light" to consider funding of proposals that deal with this issue

   D. <b>Stevenson (#106) Proposal</b>
   This proposal has been put on <b><i>"indefinite hold"</i></b> pending the outcome of the Szezcklik study in AIA  GG and IWR have spoken with Stevenson and explained the situation.

   E. <b>Guidelines and Template for Submission of Proposals</b>
   The Guidelines have received Legal approval and <b><i>can</i></b> be issued to prospective applicants. The Template is <b><u>not</u></b> approved for distribution.

**F.   Chung (#138) Proposal**
Resolution of the potential patent position is still pending.  JWR will continue to address this issue.

**G.   Reuben (#144) Proposal**
A revised proposal has been received that appears to address all of the issues that were raised.  If BD, GG, GB and JWR are all satisfied with the revisions, then the proposal will be accepted on behalf of the Committee and approved for funding.

**H.   Gallinger (#145) Proposal**
EM and DP have discharged their responsibilities.  We await a response from Gallinger.

3.   **Review of Proposals**

| | |
|---|---|
| *Proposal #124 (SOI) Chimenti/Italy* | *Use of a selective cyclooxygenase-2 inhibitor in psoriatic arthritis (Reviewer:  ML)* |
| | **Comments:** This is a poorly written proposal with many deficiencies but in an important area that is worthy of support.  We need a much improved protocol and experimental design with adequate powering to try and ensure a definitive outcome. |
| | *Outcome:  ML to investigate the stature of the investigator in this area. If he is an appropriate person, then an improved protocol and trial design will be pursued.  ML is charged with these responsibilities and with informing MSD Italy of the Committee's decision.* |
| *Proposal #142 (SOI) Argarwal/USA* | *Lovastatin augments the chemopreventive effect of celecoxib in colon cancer (Reviewer:  BM)* |
| | **Comments:**  A very difficult combo-type study with high concentrations of drug.  Mechanistic aspects are problematic.  The Committee expressed no enthusiasm for pursuing this approach. |
| | *Outcome:  SOI rejected.  GG to communicate with the investigator.* |
| *Proposal #143 (SOI) Stevenson/USA* | *Treatment of aspirin sensitive respiratory disease with rofecoxib (Vioxx) (Reviewer:  IR)* |
| | **Comments:**  Proposal cannot proceed until the Szczeklik study completes. |

*Outcome: Proposal is placed on " indefinite hold."*

Confidential  - Subject To Protective Order

**Proposal 146**
**(FULL)**
**Mervaala/Finland**

**Effects of specific COX-2 inhibitor on perivascular inflammation and cell proliferation (Reviewer: PD)**

**Comments:** Concern was expressed about the models outlined. For example, is there any evidence for involvement of COX-2 in their models? What does a dual COX-1/COX-2 inhibitor do in their models? There needs to be a more compelling rationale for the work before the Committee would consider supporting it.

**Outcome:** *Proposal rejected as it stands. The investigators will be invited to provide more data to support their submission. Final decision will be dependent upon the quality of their input. IWR will communicate with the field.*

**Proposal #147**
**(FULL)**
**Frieri/USA**

**Role of rofecoxib (Vioxx) on type 1 collagen-stimulated mononuclear cell production of cytokines and nitric oxide in patients with rheumatoid arthritis (Reviewer: GG)**

**Comments:** This is a potentially interesting area of work but it is a weak proposal that is poorly focused. The study does not adequately address anti-inflammatory mechanistic aspects of COX-2 inhibition.

**Outcome:** *Proposal Rejected. GG to communicate with the investigator.*

**Proposal #148**
**(FULL)**
**Gurfinkel/Argentine**

**Modulating inflammation in symptomatic atherosclerosis: safety and efficacy of rofecoxib in acute coronary syndrome (Reviewer: BD)**

**Comments:** This is an "at risk" patient population. We have already rejected two recent proposals [#109 and #113] in this area. The consultants meeting last year expressed a view that it would be undesirable to pursue VIOXX in this patient population.

**Outcome:** *Proposal rejected. IWR will communicate with the field.*

MRK-AEH0016403

**Proposal #151**
**(FULL)**
**Del Tacca/Italy**

*Effects of rofecoxib on endogenous mechanisms of gastroprotection (Reviewer: BM)*

**Comments:** This animal model, and results in it, could potentially take us back into problematic issues of gastrointestinal lesions, healing, etc. We have clinical data with definitive endpoints that provide us with a compelling message of the gastrointestinal safety of VIOXX. The animal data was argued as being of little real value vis-à-vis our human data. The relevance of the nitrate/nitric oxide measurements was regarded as questionable. The Committee was generally unenthusiastic about this proposal.

*Outcome: Proposal Rejected. IWR will communicate with the field*

**Proposal #152**
**(FULL)**
**Del Tacca/Italy**

*Evaluation of antiproliferative and apoptosis-inducing activity of selective COX-2 inhibition alone or in combination with retinoids on cancer cells derived from oral mucosa, lung, breast and colon-rectum (Reviewer: JE)*

**Comments:** This is a poorly written proposal. This is another additive/combo-type study which is problematic from a mechanism of action standpoint. The investigators are trying to cover too much and their rationale for doing so is nonexistent. Their approach is very superficial. There is no real evidence of particular expertise in this group.

*Outcome: Proposal Rejected. IWR will communicate with the field.*

**Proposal #153**
**SOI**
**Cutolo/Italy**

*Effects of MK-0966 on the activation of synovial macrophages of patients with rheumatoid arthritis: Valuations in vitro (Reviewer: IR )*

**Comments:** This is an extremely difficult proposal to assess. It has no real merit. We already know the answers to the questions being asked. There are no redeeming features of this proposal that would allow us to express any interest.

*Outcome: Proposal Rejected. IWR will communicate with the field.*

Confidential -- Subject To Protective Order

**Proposal #154**
**(SOI)**
**McCarthy/USA**

*The effect of selective COX-2 inhibitors on BCP crystal-induction of MMP-1 transcription and mitogenesis, as well as on COX expression, in the model system of HF, synovial fibroblasts and chondrocytes. (Reviewer: PD)*

**Comments:** This proposal is of very limited interest. It does not advance the understanding of an anti-inflammatory mechanism of action of COX-2 inhibitors. Schumacher's proposal [#17; already funded and nearing completion] is of much greater significance in this area.

*Outcome: SOI Rejected. IWR will communicate with the field.*

**Proposal #155**
**(SOI)**
**Fitzgerald/Ireland**

*Effect of Rofecoxib on cyclooxygenase 1 and 2 expression and related prostanoid formation at the synovial level in patients suffering acute inflammatory arthritis in comparison to diclofenac; a single dose, double blind, double dummy, parallel group study. (Reviewer: EE )*

**Comments:** MRL has already performed this type of study with Carlo Patrono and with a superior study design. Efficacy data in patients is more relevant. Committee expressed a view that it would not be sure what to do with the data from joint fluid cells or how it would help us to understand what is going on in synovial tissue which is much more important. There are potential risks and downsides to supporting this work.

*Outcome: SOI Rejected. IWR will communicate with the field.*

**Proposal #156**
**(SOI/FULL)**
**Nickel/Canada**

*A pilot Phase II safety and efficacy study evaluating the role of rofecoxib for the treatment of interstitial cystitis (Reviewer: BM )*

**Comments:** This is a very interesting proposal from a well-established investigator and is clearly of interest to us. We need feedback from epidemiology [Doug Watson/Jay Pearson] on the validity of the instruments to be used in the evaluation. Joanne Waldstreicher should also be contacted regarding the overall approach. Powering of the study and statistical aspects need to be developed. Budget is required.

*Outcome: The Committee expressed interest in this SOI. IWR will request input from Doug Watson/Jay Pearson and Joanne Waldstreicher prior to communicating with the field and the investigator.*

Confidential -- Subject To Protective Order

**Proposal #157**
**(FULL)**
**Helfet/USA**

**The effect of indomethacin and rofecoxib on the development of heterotopic ossification in a rabbit model (Reviewer: GB )**

**Comments:** This is an important study from a very highly regarded laboratory. The question addressed is of important clinical significance to orthopedists and rheumatologists. Concern was expressed about whether the investigators have the experience with the rabbit model that they intend to use. Do NSAIDS work in this model? An NSAID competitor arm, e.g., indomethacin, should be included in the study design. The doses suggested for use need to be carefully considered. Presently, they are too high. There is no obvious downside to this investigator; it is basically of a good study design.

*Outcome: Proposal Accepted [in principle]. Gideon Rodan to be asked for his input. GG and IWR will work with the investigator to iron out some of the above issues including budget. The study will be conducted with MF-Tricyclic.*

**Proposal #158**
**(FULL)**
**Lane/USA**

**The effect of a COX-2 inhibitor on spinal fusion in rats (Reviewer: GG )**

**Comments:** This is another important proposal from the same group as #157. This is a sound proposal that is well designed with realistic endpoints. This was regarded as a good study to support. The study should be conducted with MF-Tricyclic. There is no need for chow since the investigators will use gavage techniques.

*Outcome: Proposal Accepted [in principle]. Gideon Rodan's input is awaited. GG and IWR will work with the investigators to iron out the budget issue. Study will use MF-Tricyclic.*

**Proposal #159**
**(SOI- drug only)**
**Reber/USA**

**The effect of selective COX-2 blockade by rofecoxib on pancreatic cancer in-vitro and in-vivo  (Reviewer: BM )**

**Comments:** The *in vitro* part of this study is reasonable. The investigator needs to establish that the cell lines express COX-2 before one could reasonably expect an *in vivo* study to proceed. There is a potential downside to supplying a large quantity of MF-Tricyclic for the *in vivo* study without the *in vitro* information.

*Outcome: Supply MF-Tricyclic for the in vitro study only. Provision of MF-Tricyclic for the in vivo component of the work would be dependent on the outcome of the in vitro work. IWR to communicate with the investigator.*

Confidential -- Subject To Protective Order

| Proposal #164<br>(FULL)<br>Greenberg/USA | *1) Evaluate celecoxib pharmacokinetics in a single subject with CYP2C9 deficiency and 2) Investigate the impact of CYP2C9 genotype on the metabolism of phenytoin (Reviewer: BD)* |
|---|---|

**Comments:** This is a two-part clinical pharmacology study. The first part will simply confirm what we already know about the metabolism of celecoxib via 2C9. The second part does not add anything strategically for us. The use of historical controls for Part 1 was also questioned. The Committee expressed the view vigorously that it should not be supporting studies to investigate celecoxib to create a negative marketing image for that product. The scientific need for performing this work was seriously questioned.

*Outcome: The proposal was placed on hold. The views of the Committee will be sent back to the Working Group /Commercialization Subteam for VIOXX for their consideration. BD and Jules Schwartz should be involved in these discussions at WG/CST. IWR will communicate this decision to Beth Seidenberg.*

| Proposal #171<br>(FULL)<br>DuBois/USA | *Antineoplastic effects of selective COX-2 inhibitor, Vioxx, in cell culture (Reviewer: BM)* |
|---|---|

**Comments:** This proposal comes from a strategically important opinion leader. It is a cut down, *in vitro*-focused version of one submitted on an earlier occasion. In essence, the work is a repeat using rofecoxib of studies that he has already performed with celecoxib. This *in vitro* work is a potential prelude to more important pre-clinical *in vivo* studies.

*Outcome: Proposal Accepted. IWR will communicate with the investigator.*

4.    Next Meeting                    Tuesday 22 February, 2000 [10.00 – Noon]

Confidential -- Subject To Protective Order                                    MRK-AEH0016407



12135302

Aug 21 2006
9:54PM

# EXHIBIT L

# M E M O

**TO:**       MSGP Review Committee for VIOXX™

**FROM:**    Dr. Ian W. Rodger

**SUBJECT:**  VIOXX™: MSGP RC Mtg. Minutes – Oct. 26, 1999     **DATE**  Revised
11/10/99

**Present:**
Mezíli Arguello (MA), Greg Bell (GB), Emilie Beskar (EB), Brian Daniels (BD), Ceylan Ergun (CE), Jilly Evans (JE), Elizabeth Kwong (EK), Heidi Lange (HL), Maureen McNamara (MN), Martino Laurenzi (ML), Briggs Morrison (BM), Eric Mortensen (EM), Ian Rodger (IR), Robert Silverman (RS), Adrienne Dixon (AD)

**New Members:** IR welcomed Adrienne Dixon, the new secretary to the Committee and Eric Mortensen and Briggs Morrison who have joined the committee as full members.

**Apologies for absence were received from:** Elliott Ehrich, Phil Davies, and Darryl Patrick

1. **Minutes of MSGP Meeting Held September 24, 1999**
   The minutes of the meeting were approved.

2. **Matters Arising From The Minutes**

   A. The flowchart attached to minutes of 24 September 1999 was received by all members.
   B. Use of Vioxx in chronic dosing studies in animals. We may need some preclinical information with Vioxx if we seek non-Merck supported studies, for example, NIH. BD will take this issue to the project team, seeking their views and guidance. BD will also contact Rick Sax of the Cozaar MSGP for their experiences.

3. **Review of Proposals**

   *Proposal #104*          *A Double-Blind, Randomized, Placebo-Controlled, multi-dose study of the*
   *(SOI)*                   *opioid and NSAID-sparing effectiveness and the analgesic efficacy and*
   Diwan, Sudhir,            *safety of rofecoxib 50mg Vs placebo administered orally for the pre-emptive*
   USA                       *treatment of post-operative pain  (Reviewer: GB)*

                            **Comments:** Interesting area for use of Vioxx. Considerable discussion
                            ensued regarding the study design, duration of dosing pre- and post-

Confidential - Subject To Protective Order

operatively and the primary endpoints   Additional concern is that CDP is setting up a study like this in 2000.

*Outcome: Clarify with GG our position regarding CDP studies concerning pre- and post-operative pain relief.  Consider involving this investigator in our studies if we are unable to support this proposal because of the conflict with our own CDP trials. GG to communicate with investigator.*

*POST-MEETING NOTE:  Investigator to be asked to submit a full proposal concentrating on a plastic surgery model in which to evaluate the analgesic activity of Vioxx.*

**Proposal #107**
**(SOI)**
Noris, Marina
Italy

*To assess the role of COX-2 inhibition in maximizing the antiproteinuric effect of an ace inhibitor in patients with chronic renal disease and heavy proteinuria (Reviewer: ML)*

**Comments:** This is a well written proposal from well qualified investigators. It is a simple exploratory study. However, it focuses on a critical area for Vioxx - the renal system. Budget is out of line with MSGP guidelines  Anxiety was expressed about COX-2 inhibition having a *positive* benefit in patients with chronic renal disease and this message being at odds with our cautionary statements about use of Vioxx in patients with renal dysfunction.

*Outcome:  The cautious route would be to encourage further preclinical studies from this group and defer any support for this type of clinical investigation until there is more compelling evidence from such animal work.  IR will communicate this to the field and request a preclinical proposal that we could support.*

**Proposal # 108**
**(SOI)**
Snyderman, Michael
USA

*Treatment of Cancer with Lovastatin and a selective cyclooxygenase-2 COX-2 inhibitor as single agents and in combination (Reviewer:  BM)*

**Comments:** There is a very poor rationale for this study. Once our own cancer studies are underway, we could consider proposals like one.

*Outcome:  SOI Rejected.  Defer consideration of this type of study until future dates.  GG to communicate with investigator.*

Confidential - Subject To Protective Order

**Proposal #109**
**(SOI)**
Snyderman, Michael
USA

*Use of a COX-2 inhibitor to lower morbidity and mortality in patients with unstable angina (Reviewer: GG)*

**Comments:** Very similar to #113. The same comments pertain.

*Outcome: SOI rejected ex-committee after discussion with GG. GG to communicate with investigator.*

**Proposal #110**
**Full**
Ploth, David W.
USA

*Role of the COX-2 in the Regulation of Renal Hemodynamics, and Solute and Water Excretion (Reviewer: EE)*

**Comments:** We already know a significant amount about what happens in rats. Also, COX-2 localization in rats is very different than humans. The effects in man are what we need to know more about, particularly, the clinical impact.

*Outcome: Proposal Rejected. GG to communicate with the investigator.*

**Proposal #111**
**Full**
Bjarnason
UK

*Effect of NSAID's on intestinal inflammation in patients with inflamatory bowel disease (Reviewer: EM)*

**Comments:** This is a pilot study essentially validating the use of calprotectin concentrations in stools as a marker for inflammation in IBD. EM elaborated five areas of concern with this proposal. Nonetheless, this is an interesting proposal, which if properly conducted, might be very helpful in mounting a similar study using Vioxx. IBD is an important area that needs to be addressed.

*Outcome: IR will communicate with MSD UK [Nick Deaney and John Young] to indicate our interest in this area and recommend that they, along with the investigator, contact Eric Mortensen and Tom Simon to address EM's concerns. Proposal approved, subject to resolution of the concerns raised by EM.*

**Proposal #112**
**Full**
Altman, Roy D.,
USA

*Effectiveness of rofecoxib compared with Naproxen in Patients with Acute Gout (Reviewer: GG)*

**Comments:** This was not discussed in Committee due to GG's indisposition. It will be considered by the Committee offline to enable a decision before the December meeting.

**Proposal #113**
**(SOI)**
Kaski, Juan Carlos
UK

*Role of COX-2 Inhibitors in patients with unstable angina and non-Q wave myocardial infarction (Reviewer: BD)*

**Comments:** This study would occur in very sick patients. The plaque is now generally regarded as a chronic inflammatory state and not an acute event. We should be wary going into this type of population. The opinion of the Committee as a whole was very negative to this type of study.

*Outcome: Proposal rejected. IR will communicate with the field.*

**Proposal #114**
**(SOI)**
Williams, Anwen
UK

*Does liposomally conjugated Methotrexate have therapeutic potential in the treatment of human inflammatory joint disease (Reviewer: EE)*

**Comments:** This is an interesting idea but lies outwith the remit of the MSGP.

*Outcome: Proposal Rejected. IR will communicate with the field.*

**Proposal #115**
**(SOI)**
Kim, Ho Youn
Korea

*Impacts of COX-2 on the Rheumatoid Synovium: The Effects of rofecoxib on the Regulation of Cellular Homeostasis in Synovium (Reviewer: PD)*

**Comments:** This is an important opinion leader and is on our AP Advisory Board. The objectives of the proposal are worthwhile. It is an interesting proposal.

*Outcome: Request a full proposal from the investigator. IR will communicate with the field.*

**Proposal #116**
**(SOI)**
Cravioto, Sergio
Mexico

*A New Anti-inflammatory agent in the Treatment of the Pericardiotomy Syndrome (Reviewer: BD)*

**Comments:** This is a very uncommon syndrome now and not a big clinical issue. It is a low priority from a US marketing standpoint. The proposal has significant design problems and is well above budget.

*Outcome: Proposal Reject. IR will communicate with the field.*

Confidential   Subject To Protective Order

| | |
|---|---|
| *Proposal #117 (SOI)* Thompson, Eric/ USA | *In vitro study: Determination if rofecoxib suppresses certain characteristics of malignant cells  (Reviewer: JE)* |

**Comments:**  The scientific rationale for this type of study is very reasonable.  Cannot tell if this is a request for just drug or for funding as well.  How long would the *in vivo* study last?  Worthwhile to request a full proposal.

*Outcome:  GG to communicate with the investigator to resolve the questions above.  To request a full proposal if funding is required. MF-Tricyclic would be supplied for both parts of the proposed work.*

| | |
|---|---|
| *[Proposal #118 Full]* *[Proposal #119 Full]*  Davidson, Terence, USA | ⇒ *Double-blind, randomized study of rofecoxib vs. Tylenol with codeine for post-surgical analgesia in endoscopic sinus surgery* → *Double-blind, randomized study of rofecoxib vs Tylenol with codeine for post-surgical analgesia in uvulopalatopharyngoplasty (Reviewer:  GB)* |

**Comments:**  CDP will compare Vioxx versus T3.  We should get our own program in place before we entertain studies like this.

*Outcome:  Find out what CDP wants to do and then see if we can accommodate Davidson., et. al., without impeding our own studies. IR and GG to discuss and report back to the Committee.*

*POST MEETING NOTE:  Comparison of the analgesic effects of Vioxx vs tylenol/codeine in a well designed ENT study involving a specific surgical procedure could be of interest.*

| | |
|---|---|
| *Proposal #120 (SOI)* Dreskin, Stephen, USA | *Combination of VIOXX and Singulair in addition to a non-sedating $H_1$ blocker in chronic idiopathic urticaria (Reviewers: ML)* |

**Comments:**  This is a two part proposal.  Part 1 is a laboratory study that is worthy of support.  Part 2 is a clinical study that is too far-fetched to merit support.  We need to check with Patent regarding our position were Part 2 of this proposal ever to be advanced.  IR will investigate.

*Outcome:  Funding approved for Part 1.  [Subject to overhead being reduced to MSGPs 20% maximum].  We are not interested in Part 2 and the investigator should be in no doubt that support of Part 1 does not imply later support of the clinical study.   GG to communicate this to the investigator.*

Confidential - Subject To Protective Order

| | |
|---|---|
| *Proposal #121 (SOI)* Ettinger, Mark P. USA | *The prophylactic Use of VIOXX for the Prevention of Red Wine Headaches (Reviewer: IR)*<br><br>*Comments: In accordance with previously agreed procedure, this proposal has been passed to the Maxalt MSGP RC for their consideration. This is the agreed avenue for dealing with all proposals relating to migraine and/or headache.* |
| *Proposal #122 (SOI)* Randall, David A. USA | *Double-blind Placebo controlled study using VIOXX for post-operative tonsillectomy and UPPP patients (Reviewer: GB)*<br><br>*Comments: This is very similar to #119 – similar commentary and caveats as for 118/119.*<br><br>*Outcome: BD will raise the pre- and post-operative analgesia issue with the CST to provide guidance to the MSGP RC. We need to have a coordinated approach that compliments the CDP programs and helps foster advocate development. A decision on this proposal is dependent on these discussions.*<br><br>*POST MEETING NOTE: The WAAB at its recent meeting recommended against examination of Vioxx in tonsillectomy.* |

4. **Administrative Issues**

A. Provisional dates of MSGP meetings in 2000 were circulated. Members are requested to pass comments to AD as soon as possible.

B. On our e-mail system a global address list of the committee members is now available under "VIOXX MSGP COMMITTEE."

5. **Next Meeting**

Date of the next meeting: Tuesday, December 14, 1999 is now problematic for many members due to the FDA Advisory Committee on Celebrex in FAP being held on this date. AD will reschedule a three hour meeting of the MSGP RC for earlier in December.

Confidential - Subject To Protective Order



12135302

Aug 21 2006
9:54PM

# EXHIBIT K

**M E M O**

**TO:**        MSGP Review Committee for VIOXX™

**FROM:**    Dr. Ian W. Rodger

**SUBJECT:**  VIOXX™: MSGP RC Mtg. Minutes – Oct. 26, 1999      **DATE**   Revised
                                                                      11/10/99

**Present:**
Mezili Arguello (MA), Greg Bell (GB), Emilie Beskar (EB), Brian Daniels (BD), Ceylan Ergun (CE), Jilly
Evans (JE), Elizabeth Kwong (EK), Heidi Lauge (HL), Maureen McNamara (MN), Martino Laurenzi
(ML), Briggs Morrison (BM), Eric Mortensen (EM), Ian Rodger (IR), Robert Silverman (RS), Adrienne
Dixon (AD)

**New Members:** IR welcomed Adrienne Dixon, the new secretary to the Committee and Eric
Mortensen and Briggs Morrison who have joined the committee as full members.

**Apologies for absence were received from:** Elliott Ehrich, Phil Davies, and Darryl Patrick

1. **Minutes of MSGP Meeting Held September 24, 1999**
   The minutes of the meeting were approved.

2. **Matters Arising From The Minutes**

   A. The flowchart attached to minutes of 24 September 1999 was received by all members.
   B. Use of Vioxx in chronic dosing studies in animals. We may need some preclinical information with
      Vioxx if we seek non-Merck supported studies, for example. NIH. BD will take this issue to the
      project team, seeking their views and guidance. BD will also contact Rick Sax of the Cozaar
      MSGP for their experiences.

3. **Review of Proposals**

   *Proposal #104*        *A Double-Blind, Randomized, Placebo-Controlled, multi-dose study of the*
   *(SOI)*                *opioid and NSAID-sparing effectiveness and the analgesic efficacy and*
   Diwan, Sudhir,         *safety of rofecoxib 50mg Vs placebo administered orally for the pre-emptive*
   USA                    *treatment of post-operative pain  (Reviewer: GB)*

                          **Comments:** Interesting area for use of Vioxx. Considerable discussion
                          ensued regarding the study design, duration of dosing pre- and post-

Confidential - Subject To Protective Order

MRK-AEH0016357

operatively and the primary endpoints   Additional concern is that CDP is setting up a study like this in 2000.

*Outcome: Clarify with GG our position regarding CDP studies concerning pre- and post-operative pain relief. Consider involving this investigator in our studies if we are unable to support this proposal because of the conflict with our own CDP trials. GG to communicate with investigator.*

*POST-MEETING NOTE:  Investigator to be asked to submit a full proposal concentrating on a plastic surgery model in which to evaluate the analgesic activity of Vioxx.*

**Proposal #107**
**(SOI)**
Noris, Marina
Italy

*To assess the role of COX-2 inhibition in maximizing the antiproteinuric effect of an ace inhibitor in patients with chronic renal disease and heavy proteinuria (Reviewer:  ML)*

**Comments:**  This is a well written proposal from well qualified investigators. It is a simple exploratory study  However, it focuses on a critical area for Vioxx - the renal system  Budget is out of line with MSGP guidelines  Anxiety was expressed about COX-2 inhibition having a *positive* benefit in patients with chronic renal disease and this message being at odds with our cautionary statements about use of Vioxx in patients with renal dysfunction.

*Outcome:  The cautious route would be to encourage further preclinical studies from this group and defer any support for this type of clinical investigation until there is more compelling evidence from such animal work.  IR will communicate this to the field and request a preclinical proposal that we could support.*

**Proposal # 108**
**(SOI)**
Snyderman, Michael
USA

*Treatment of Cancer with Lovastutin and a selective cyclooxygenase-2 COX-2 inhibitor as single agents and in combination (Reviewer:  BM)*

**Comments:**  There is a very poor rationale for this study  Once our own cancer studies are underway, we could consider proposals like one.

*Outcome:  SOI Rejected.  Defer consideration of this type of study until future dates.  GG to communicate with investigator.*

Confidential - Subject To Protective Order

**Proposal #109**
**(SOI)**
Snyderman, Michael
USA

*Use of a COX-2 inhibitor to lower morbidity and mortality in patients with unstable angina (Reviewer: GG)*

**Comments:** Very similar to #113. The same comments pertain.

*Outcome: SOI rejected ex-committee after discussion with GG. GG to communicate with investigator.*

**Proposal #110**
**Full**
Ploth, David W.
USA

*Role of the COX-2 in the Regulation of Renal Hemodynamics, and Solute and Water Excretion (Reviewer: EE)*

**Comments:** We already know a significant amount about what happens in rats. Also, COX-2 localization in rats is very different than humans. The effects in man are what we need to know more about, particularly, the clinical impact.

*Outcome: Proposal Rejected. GG to communicate with the investigator.*

**Proposal #111**
**Full**
Bjarnason
DK

*Effect of NSAID's on intestinal inflammation in patients with inflamatory bowel disease (Reviewer: EM)*

**Comments:** This is a pilot study essentially validating the use of calprotectin concentrations in stools as a marker for inflammation in IBD. EM elaborated five areas of concern with this proposal. Nonetheless, this is an interesting proposal, which if properly conducted, might be very helpful in mounting a similar study using Vioxx. IBD is an important area that needs to be addressed.

*Outcome: IR will communicate with MSD UK [Nick Deaney and John Young] to indicate our interest in this area and recommend that they, along with the investigator, contact Eric Mortensen and Tom Simon to address EM's concerns. Proposal approved, subject to resolution of the concerns raised by EM.*

**Proposal #112**
**Full**
Altman, Roy D.
USA

*Effectiveness of rofecoxib compared with Naproxen in Patients with Acute Gout (Reviewer: GG)*

**Comments:** This was not discussed in Committee due to GG's indisposition. It will be considered by the Committee offline to enable a decision before the December meeting.

Confidential - Subject To Protective Order

MRK-AEH0016359

**Proposal #113**
**(SOI)**
Kaski, Juan Carlos
UK

*Role of COX-2 Inhibitors in patients with unstable angina and non-Q wave myocardial infarction (Reviewer: BD)*

**Comments:** This study would occur in very sick patients. The plaque is now generally regarded as a chronic inflammatory state and not an acute event. We should be wary going into this type of population. The opinion of the Committee as a whole was very negative to this type of study.

*Outcome: Proposal rejected. IR will communicate with the field.*

**Proposal #114**
**(SOI)**
Williams, Anwen
UK

*Does liposomally conjugated Methotrexate have therapeutic potential in the treatment of human inflammatory joint disease (Reviewer: EE)*

**Comments:** This is an interesting idea but lies outwith the remit of the MSGP.

*Outcome: Proposal Rejected. IR will communicate with the field.*

**Proposal #115**
**(SOI)**
Kim, Ho Youn
Korea

*Impacts of COX-2 on the Rheumatoid Synovium: The Effects of rofecoxib on the Regulation of Cellular Homeostasis in Synovium (Reviewer: PD)*

**Comments:** This is an important opinion leader and is on our AP Advisory Board. The objectives of the proposal are worthwhile. It is an interesting proposal.

*Outcome: Request a full proposal from the investigator. IR will communicate with the field.*

**Proposal #116**
**(SOI)**
Cravioto, Sergio
Mexico

*A New Anti-inflammatory agent in the Treatment of the Pericardiotomy Syndrome (Reviewer: BD)*

**Comments:** This is a very uncommon syndrome now and not a big clinical issue. It is a low priority from a US marketing standpoint. The proposal has significant design problems and is well above budget.

*Outcome: Proposal Reject. IR will communicate with the field.*

Confidential   Subject To Protective Order

| | |
|---|---|
| *Proposal #117*<br>*(SOI)*<br>Thompson, Eric/<br>USA | *In vitro study: Determination if rofecoxib suppresses certain*<br>*characteristics of malignant cells  (Reviewer: JE)* |

**Comments**:  The scientific rationale for this type of study is very reasonable.  Cannot tell if this is a request for just drug or for funding as well.  How long would the *in vivo* study last?  Worthwhile to request a full proposal.

*Outcome:  GG to communicate with the investigator to resolve the questions above.  To request a full proposal if funding is required. MF-Tricyclic would be supplied for both parts of the proposed work.*

| | |
|---|---|
| *{Proposal #118*<br>*Full}*<br>*{Proposal #119*<br>*Full}*<br><br>Davidson, Terence,<br>USA | ⇒ *Double-blind, randomized study of rofecoxib vs. Tylenol with*<br>   *codeine for post-surgical analgesia in endoscopic sinus surgery*<br>→ *Double-blind, randomized study of rofecoxib vs Tylenol with*<br>   *codeine for post-surgical analgesia in uvulopalatopharyngoplasty*<br>   *(Reviewer:  GB)* |

**Comments:**  CDP will compare Vioxx versus T3.  We should get our own program in place before we entertain studies like this.

*Outcome:  Find out what CDP wants to do and then see if we can accommodate Davidson., et. al., without impeding our own studies. IR and GG to discuss and report back to the Committee.*

> *POST MEETING NOTE:  Comparison of the analgesic effects of Vioxx vs tylenol/codeine in a  well designed  ENT study involving a specific surgical procedure could be of interest.*

| | |
|---|---|
| *Proposal #120*<br>*(SOI)*<br>Dreskin, Stephen,<br>USA | *Combination of VIOXX and Singulair in addition to a non-sedating*<br>*$H_1$ blocker in chronic idiopathic urticaria (Reviewers: ML)* |

**Comments:**  This is a two part proposal.  Part 1 is a laboratory study that is worthy of support.  Part 2 is a clinical study that is too far-fetched to merit support.  We need to check with Patent regarding our position were Part 2 of this proposal ever to be advanced.  IR will investigate.

*Outcome:  Funding approved for Part 1.  [Subject to overhead being reduced to MSGPs 20% maximum].  We are not interested in Part 2 and the investigator should be in no doubt that support of Part 1 does not imply later support of the clinical study.   GG to communicate this to the investigator.*

Confidential - Subject To Protective Order

| | |
|---|---|
| *Proposal #121* <br> *(SOI)* <br> Ellinger, Mark P. <br> USA | *The prophylactic Use of VIOXX for the Prevention of Red Wine Headaches (Reviewer: IR)* <br><br> *Comments: In accordance with previously agreed procedure, this proposal has been passed to the Maxalt MSGP RC for their consideration. This is the agreed avenue for dealing with all proposals relating to migraine and/or headache.* |
| *Proposal #122* <br> *(SOI)* <br> Randall, David A. <br> USA | *Double-blind Placebo controlled study using VIOXX for post-operative tonsillectomy and UPPP patients (Reviewer: GB)* <br><br> *Comments:* This is very similar to #119 – similar commentary and caveats as for 118/119 <br><br> *Outcome: BD will raise the pre- and post-operative analgesia issue with the CST to provide guidance to the MSGP RC. We need to have a coordinated approach that compliments the CDP programs and helps foster advocate development. A decision on this proposal is dependent on these discussions.* <br><br> *POST MEETING NOTE: The WAAB at its recent meeting recommended against examination of Vioxx in tonsillectomy.* |

**4.** **Administrative Issues**

    A. Provisional dates of MSGP meetings in 2000 were circulated. Members are requested to pass comments to AD as soon as possible.

    B. On our e-mail system a global address list of the committee members is now available under "VIOXX MSGP COMMITTEE."

**5.** **Next Meeting**

Date of the next meeting: Tuesday, December 14, 1999 is now problematic for many members due to the FDA Advisory Committee on Celebrex in FAP being held on this date. AD will reschedule a three hour meeting of the MSGP RC for earlier in December.

Confidential - Subject To Protective Order



12135302

Aug 21 2006
9:54PM

# EXHIBIT J

From: Nies, Alan S
To: Gertz, Barry J.; Morrison, Briggs
Subject: FW: cox2
Date: Friday, October 24, 1997 6:06PM

fyi
alan
_____
From: Garret A. FitzGerald
To: Nies, Alan S
Cc: Dr. Francesca Catella-Lawson
Subject: cox2
Date: Friday, October 24, 1997 5:36PM

hi alan,

here are suggestions of things that we would like to do ( with your help )
to investigate the cox2 pgi phenomenom;

( i ) patients with pvd have elevated tx and pgi metabolites . the pgi is
thought to be a response to plt vascular interactions. randomize to low dose
aspirin or the cox2 inhibitor. asa should shut off tx metabolites ; pgi may
fall if it is a secondary event. the cox2 inhibitor wont shut off the
platelet stimulus but will depress the pgi increment if it is deriving from
a vascular source. this would nail the site of drug impact on pgi as cleanly
as you can hope to do in a patient population.

( ii ) rerecruit our old patients from the original study. randomize them to
2 or 3 doses of your inhibitor or placebo and look at pgi metabolite and
flow dependent vasodilation ( fdvd ). which we can measure here  this would
give you dose response data in an un - salt restricted population of elderly
and a functional correlate of vascular function which is thought to relate
to some clinical outcomes  nsaids also modify fdvd

( iii )cross our IP deficient mice with apoE def mice and evaluate the
effects of pgi on atherogenesis.

( iv ) we can measure pgi metabolites in mouse urine; see if it is elevated
during atherogenesis in apoE defs ; see if it is depressed by your
inhibitors ( dosing already established for mice in the min mouse study in
cell ) and look for cox2 ( and pgi synthase  ) by in situs in the vascular
involved vs uninvolved areas during atherogenesis we have cloned the mouse
pgi synthase.

( v ) characterize the effects of laminar and disordered flow dynamics on
expression of COX2. PGIS and the IP  again we have the system with scott
diamond of the ime and the constructs to do it.

( vi ) integrate urine collections for pgim into existing clinical protocols
in a way that makes sense . this is easily done , but i cant make rational
suggestions without knoing the protocols in detail.

i hope this helps as you discuss things within merck. for obvious reasons ,
i would be grateful if you did not share these particular thoughts with our
academic competitors

hope all goes well

P1.0477

MRK-NJ0051533

kind regards.

garret.
=======================================
Garret A. FitzGerald
tel: (215)898-1185
fax: (215)573 9135
e-mail: garret@spirit gcrc.upenn edu

MRK-NJ0051534



12135302

Aug 21 2006
9:54PM

# EXHIBIT N

# M E M O

**TO:**     MSGP Review Committee for VIOXX™     **DATE:**   May 24, 2000

**FROM:**   Dr. Ian W. Rodger

**SUBJECT:**   <u>VIOXX™ MSGP RC Mtg. Minutes – May 19, 2000</u>

**Present:** Greg Bell (GB), E.B. Brakewood (EBB), David Chang (DC), Brian Daniels (BD), Phil Davies (PD), Elliot Ehrich (EE), Jilly Evans (JE), Greg Geba (GG), Elizabeth Kwong (EW), Pauline Luk (PL), Sandra Morris (SM), Eric Mortensen (EM), Phyllis Stone (PS), Ian Rodger (IR), Adrienne Dixon (AD)

**Apologies for absence:** Susan Baumgartner, Ceylan Ergun

<u>Welcome:</u>

The Chairman welcomed E.B. Brakewood to membership of the Vioxx MSGP Committee and, in their absence, extended a formal welcome to Riad El-Dada and Jeff Melin who also joined the Committee and will be at future meetings.

<u>VIOXX MSGP PROCEDURES</u>

### 1. Moratorium

The moratorium on submissions to the Vioxx MSGP was officially removed on Friday, May 12, 2000

### 2. Revised MSGP Review Procedures

The revised MSGP review procedures are officially in place and will be rigorously enforced.
The USA Assessment Team will comprise: GG [Chair], GB, JE/PD, RE, DC, and/or EBB.
The Rest of the World Assessment Team will comprise: IWR [Chair], Andreas Moan and one of the marketing team WG, IK or GK.

The next meeting of the MSGP review committee will be the first to consider only **"FULL"** proposals.

### 3. MAPP 36

The MAPP 36 states categorically only *"investigator-initiated studies"* can be considered for support. Proposals/SOI's are not acceptable if they come in from HSA's as opposed to investigators themselves. All submissions must be accompanied by a letter from the investigator on official institutional-headed paper and be signed by the investigator proposing the work. This is a ruling to which we must adhere. In future, any submissions that do not follow this procedure will be returned to the HSA for proper processing.

Confidential - Subject To Protective Order

1. <u>Minutes of the VIOXX MSGP RC Meeting held on April 19, 2000</u>

   The minutes were approved.

2. <u>Matters Arising From The Minutes</u>

   a) Bekker [#190]
      This protocol is finalized and now approved for funding.

   b) Pasinetti [#206]
      EB continues to coordinate the revision associated with this submission.

3. <u>The minutes of the Vioxx MSGP Cancer Subcommittee</u>

   The minutes from the April and May meetings of the Cancer Subcommittee were received and duly noted. Several proposals/SOI's are still undergoing revisions and revamping.

4. <u>Review of New Proposals</u>

| | |
|---|---|
| *Proposal #213*<br>*Epstein/USA*<br>*FULL* | *Effects of a specific COX-2 inhibitor on cytomegalovirus replicaton and atherosclerosis progression in apoE knockout mice (Reviewer: JE)*<br><br>**Comments:** There is no compelling evidence that NSAIDS are antiviral. However, there was certain interest in supporting Aims A1, A2, and B1 -- but no others. The Committee expressed the view that there was no real likelihood of a downside result with these experiments.<br><br>*Outcome: Proposal accepted – support <u>Aims A1, A2 and B1 only</u>. The total support for this work will be $25,000 U.S. Supply MF-Tricyclic [not rofecoxib]. GG to communicate with the investigator.* |
| *Proposal #226*<br>*Liu/USA*<br>*(SOI)* | *COX-2 Inhibitors in the Treatment of Acute Cholecystitis, a Double-blinded Prospective Trial (Reviewer: GG)*<br><br>**Comments:** This is an underpowered study with a low likelihood of a positive outcome/endpoint. There was little enthusiasm for support of this study. Also, there were certain concerns about a potential downside result.<br><br>*Outcome: SOI rejected. GG to communicate with investigator.* |
| *Proposal #227 [146]*<br>*Mervaala/Finland*<br>*(FULL)* | *The Effects of Specific COX-2 Inhibitor on Perivascular Inflammation and Cell Proliferation (Reviewer: PD)*<br><br>**Comments:** This is a revised, updated re-submission. The hypothesis remains speculative but, scientifically, quite interesting. The Committee did not think that there was a significant downside to the work described<br><br>*Outcome: Proposal accepted. MF-Tricyclic and Sulindac will be supplied in Chow. IWR will communicate with the field.* |

Confidential - Subject To Protective Order

MRK-EAI0002560

**Proposal #228**
**Banes/USA**
**(FULL)**

*Novel mRNAs Expressed In Inflamed Achilles Tendons With or Without the COX-II Inhibitor (Reviewer: JE)*

**Comments**: This is an interesting proposal with applicability to sports injury. There is little likelihood of a downside risk. The investigators are keen to work with Merck. The animal model seems reasonable for induction of an acute tendonitis.

*Outcome: Proposal accepted for support. Rofecoxib will be supplied in chow. [Dosage to be 15 mg/ kg/day]. GG to communicate with the investigator.*

**Proposal #229**
**Sabers/USA**
**(SOI)**

*Evaluation of Non-Operative Treatment Efficacy for Patients with Symptomatic Lumbar Central Spinal Stenosis Seen in Tertiary Referral Spine Center (Reviewer: GB)*

**Comments**: This is an observational study with request for drug only. The writeup is poor. Since it is not a comparative study with placebo, there appears to be no real downside risk.

*Outcome: A copy of the investigator's IRB submission should be requested. If only drug is required, this can be supplied by the field since there is no reason for this to go through the MSGP process. Greg Bell took the assignment to follow up with the investigator and clarify the details. If blinded samples are requested (i.e. for a placebo comparison study,) then the proposal would not be supported via the MSGP.*

**Proposal #230**
**Minchew/USA**
**(SOI)**

*The Effect of COX-II Inhibitors on Spinal Fusion (Reviewer: IR)*

**Comments**: This is an almost exact duplicate of the Lane study {#158} that we are already supporting. There is no justification for supporting a duplicate study in this model.

*Outcome: SOI rejected. GG to communicate with the investigator.*

**Proposal #231**
**Minchew/USA**
**(SOI)**

*The Effect of Mechanical Loading and Cell Stimulation on COX-2 Expression in Intervertebral Disc Cells in Vitro (Reviewer: GB)*

**Comments**: This is an interesting area worthy of pursuit. It was suggested that both mRNA and protein should be examined in the study. There are no obvious downside results that are anticipated.

*Outcome: SOI accepted. Greg Bell will communicate with the investigators and request a fully detailed proposal with a substantiated hypothesis.*

Confidential - Subject To Protective Order

**Proposal #233**
**Goldfischer/USA**
**(SOI)**

**The Use of VIOXX to Control Surgical Pain (Reviewer: BD)**

**Comments:** This is a very interesting model of pain and its relief. It is to be conducted in a young, healthy population of adults; a reproducible pain will be generated by defined procedures. The pain is associated with inflammation but there is very little bleeding that accompanies vasectomy.

*Outcome: SOI accepted. A full proposal should be requested. GG to communicate with the investigators.*

**Proposal #234**
**Goldfischer/USA**
**(SOI)**

**The Use of VIOXX to Control Pain Secondary to Kidney Stones (Reviewer: EE)**

**Comments:** This proposal is another model of severe acute pain. However, using Vioxx after Toradol is **_not_** acceptable. Furthermore, CDP is mounting a comparative study of Vioxx versus Toradol.

*Outcome: SOI rejected. However, we should try to get Goldfischer involved in the CDP study as a consultant and/or participant. GG to communicate with the investigator.*

**Proposal #235**
**Pohle/Germany**
**(SOI)**

**Evaluation of the Effects of So-called Selective COX-1 and COX-2 Inhibition on Gastric Epithelial Cells (Cell Culture Model) (Reviewer: EM)**

**Comments:** This proposal addresses injury and healing issues. The scientific rationale for the study is very thin/poor. The Committee expressed concern regarding a wound healing study in a tissue culture setting, being cognizant of the Nature Medicine article that was published earlier this year.

*Outcome: SOI rejected. IWR will communicate with the field.*

**Proposal #237**
**Lovasz/Hungary**
**(SOI)**

**The Use of VIOXX for Postoperative Analgesia After Total Hip Replacement (Reviewer: BD)**

**Comments:** This is a study that MRL is intending to mount and, as such, falls outwith the remit of the MSGP.

*Outcome: SOI rejected. IWR will communicate with the field.*

Confidential   Subject To Protective Order

| | |
|---|---|
| *Proposal #238*<br>*Stauss/USA*<br>*(FULL)* | *The Efficacy of COX2 Inhibition in Recovery of Function Following*<br>*Moderate to Severe Traumatic Brain Injury in the Rat (Reviewer: JE)*<br><br>**Comments:** This is a study in a very troubling traumatic brain injury model system. Some preliminary data was presented with DFU that is none too convincing. The Committee viewed the proposal as being of low priority. To a large extent, the mechanism of action has been addressed through use of DFU.<br><br>*Outcome: Proposal rejected. If the investigator wishes more DFU to complete the dose-response relationship in his experiments, then this could be supplied. GG to communicate with the investigator.* |
| *Proposal #239*<br>*Sledge/USA*<br>*(SOI)* | *Evaluation of VIOXX in Total Hip Arthroplasty (Reviewer: BD)*<br><br>**Comments:** This proposal is very similar to #237. This is an important investigator in the USA who should be involved in the MRL studies.<br><br>*Outcome: SOI rejected. Brian Daniels will contact the investigator with the view to getting him involved in the MRL study (as was done with Robbins #225).* |
| *Proposal #241*<br>*Sibell/USA*<br>*(SOI)* | *Perioperative Hemostasis in Sinus Surgery: A Pilot Study Investigating*<br>*the Safety of Rofecoxib (Reviewer: GG)*<br><br>**Comments:** This is an interesting pilot study. It would be important to incorporate a pain relief endpoint in the final protocol.<br><br>*Outcome: SOI accepted. GG to communicate with the investigator and request a full proposal incorporating a satisfactory pain endpoint.* |

**Proposal #242**
**Henke/Switzerland**
**(FULL)**

*Preclinical Neuropsychological and Neurophysiological Markers for Alzheimer's Disease (Reviewer: IR)*

**Comments:** This proposal has the support of Gil Block and Scott Reines. Gil Block's comments on the proposal are as follows:

1.  The genetic defects in the patients need to be clearly defined.
2.  There should be ApoE genotyping
3.  Serum levels of amyloid $\beta_{1-40}$ and $\beta_{1-42}$ should be measured in the patients.
4.  Complete family trees should be documented

The Committee was generally supportive of the proposal.

*Outcome: Proposal accepted for support. The maximum support for this study via the Vioxx MSGP will be $50,000. The balance of the support will have to come from MSD Switzerland.*

**Proposal #243**
**Ledger/USA**
**(SOI)**

*The Use of VIOXX in Women with Vulvar Vestibulitis (Reviewer: BD)*

**Comments:** There needs to be a sound clinical rationale for going forward with this proposal. For example, is COX-2 involved in the syndrome such that a COX-2 inhibitor would provide benefit?

*Outcome: Request a full proposal but only if there is a clinical/mechanism of action justification that would warrant a submission. GG to communicate with the investigator.*

**Proposal #251**
**Wanivenhaus/**
**Austria**
**(SOI)**

*Effect of VIOXX on heterotopic ossification after hip replacement (Reviewer: GG)*

**Comments:** To date the MSGP has not supported clinical studies in this area. However, there is a continuing interest in doing so within the orthopedic community. This is an important opinion leader in Austria. The preferred design for the heterotopic ossification study would be a double-blind, placebo and active comparator study. The design of the study is very important The Committee expressed the view that a suitable template for HO studies should be developed such that this European and a parallel USA study could be supported and follow the same protocol outline. This was regarded as being of significant importance. The CST/Working Group input should also be sought in this area

*Outcome:*
*A) The SOI was accepted in principle. IWR will communicate with field.*
*B) GG will search the submissions from the USA on this subject area and assess who might be the most suitable investigator to support*

5. <u>Next Meeting</u>   **DATE OF NEXT MEETING:  JUNE 16, 2000 [9:00 AM – 11:00 AM]**

Confidential - Subject To Protective Order