

12135302

Aug 21 2006
9:54PM

# EXHIBIT O

# MEMO

*[handwritten: Steve Mark —                    6/21/00*
*One of my most significant contributions to the*
*MSG program was to advance the company's risk*

**TO:**       MSGP Review Committee for VIOXX™        **DATE:**   June 16, 2000   *[handwritten: with Fitzgerald's ƒ*
*by recommending MF-Tricy*
**FROM:**    Dr. Ian W. Rodger                                    *for either Vioxx or 663*

**SUBJECT:**   **VIOXX™ MSGP RC Meeting Minutes – June 16, 2000**    *and in general, raising aware*
*of the commercial risk manage*

**Present:** Susan Baumgartner (SB), Greg Bell (GB), Emilie Beskar (EB), E.B. Brakewood (EBB), David *[handwritten: of His*
Chang (DC),  Phil Davies (PD),  Jilly Evans (JE),  Greg Geba (GG),  Heidi Lange (HL), Elizabeth Kwong    *[handwritten: Unly]*
(EW), Pauline Luk (PL), Maureen McNamara (MM), Eric Mortensen (EM), Ian Rodger (IR), Zafer Ozturk
(ZO), Adrienne Dixon (AD)

*[handwritten: — E.B.]*

**Apologies for absence:** Ceylan Ergun, Jens Kasperzik, Jeff Melin    *[handwritten: [ see next page ]*

**Welcome:**  The Chairman intimated that RickRoberts would be joining the Committee as a replacement for
Caroline Yarbrough.

1. **Minutes of the Vioxx MSGP RC Meeting Held on May 19, 2000**

   The minutes were approved.

2. **Matters Arising From The Minutes**

   a) Sabers [#229] – GB has ascertained that only drug is required for this study.  No futher MSGP action
   is required.

   b) Proposal [#251] – The search for a U.S. investigator for the HO study continues.

3. **The Minutes of the Vioxx MSGP Cancer Subcommittee**

   The Minutes from the June 6, 2000 meeting of the Cancer Subcommittee were received and duly noted.

   *Required Action:*

   a) Hursting/Fischer [#211] – MF-Tricyclic has been successfully incorporated into the special diet that
   is required for this study.

   b) Recommendations

   *The following proposals were recommended for support:*

   Proposal #263 {Sheehan/Ireland}
   Proposal #264{Miehlke/Germany}
   Proposal #265 {Hull/UK}

Confidential - Subject To Protective Order                                                    MRK-ADF0010826

**Proposal #261**
**[SOI #178]**
**Pepeu/Italy**

*An in vivo Evaluation of the anti-inflammatory and neuroprotective actions of Rofecoxib in models of Alzheimer's Disease (Reviewers: Beck/IWR)*

**Comments:** Klaus Beck's expert comments on this proposal were sought in advance of the meeting. These were relayed to the Committee. They are:

Pepeu is a highly-regarded, international authority who has been pursuing this type of experimentation for ten to fifteen years. While the actual science may be of limited interest, it is a study that is worthy of support and is good value for money. There is no obvious downside risk. The decision on whether rofecoxib or MK-663 should be supplied was deferred to Darryl Patrick.

*Outcome: Proposal accepted for support. IWR to communicate with the field once input from DP has been received.*

*POST MEETING NOTE: DP recommended against the use of MK-0663. Only rofecoxib will be supplied.*

**Proposal #270**
**FitzGerald/USA**

*A biochemically selective dose of rofecoxib retards atherogenesis in the DKO mouse (Reviewer: GG)*

**Comments:** There was a very extensive debate on this topic. Scientifically this is a sound prospective study in an animal model of atherogenesis that has a distinct relevance to the human disease. The investigator's group is very highly regarded and an international authority in eicosanoid research.

Issues:

a) The science merits support.
b) There is a commercial/marketing anxiety about a possible downside risk that enhanced mortality may occur in the rofecoxib-treated animals from cardiovascular complications that is mechanism based. This may attach to the cardiovascular events from VIGOR.

*[handwritten: pretty good thing to worry about!]*

c) Any anti-atherogenic activity of rofecoxib would be of very significant potential impact.
d) How significant, and relevant, are observations in a double knock-out mouse model to those occurring in man? Is there any real risk?
e) There is senior management impetus to try and support Garrett's research effort.

*Outcome: The Committee was not prepared to make a decision on supporting the proposed work without input from MRL and its senior Management. The proposal, with a brief review of the MSGP discussion points, was to be forwarded to Brian Daniels (for Project Team/ CST input) and Alan Nies for their comments. IWR undertook this assignment.*

MRK-ADF0010827

*Decision:*

*The Committee approved support of proposals #263, #264 and #265. IWR will communicate with the Field.*

Based in large part to my input, MRL senior management was asked to approve this study for MF-T and not Vioxx or 663. There was significant pressure to approve this study.

4. **Review of New Proposals**

| | |
|---|---|
| *Proposal #240* | *Prospective, Randomized, Placebo Controlled Study to Determine the* |
| *[SOI #210]* | *Utility of Rofecoxib as a Preemptive Analgesic and Adjuvant Following* |
| *Buvanendran/USA* | *Total Knee Arthroplasty (Reviewer: GB)* |

**Comments:** This is a well-written proposal from strong advocates of Merck and Vioxx. The Committee complimented the investigators on the comprehensive and well-developed study protocol. Two modifications to the protocol were recommended.

a) Two doses of Vioxx [50 mg] to be given prior to surgery [one dose 24 hrs before and the second approximately 4 hrs before surgery].

b) Baseline pain assessment should be ascertained before surgery.

*Outcome: Proposal accepted for funding, conditional upon the above two points being incorporated into the revised protocol. GB to communicate with the investigators and ensure that a revised protocol is received.*

| | |
|---|---|
| *Proposal #248* | *COX-2 mediated angiogenesis in rheumatoid arthritis (Reviewer: PD)* |
| *Koch/USA)* | |

**Comments:** This submission, from a significant investigator, was favorably received. It addresses an important area of interest and the proposed experiments were logically elaborated. Both Specific Aims were regarded as appropriate, with particular interest expressed in Aim #2. There was no perceived downside risk of using rofecoxib in these *in vitro* experiments. The budget proposed is excessive with respect to salary support.

*Outcome: The proposal was approved for support subject to a revision of the budget to significantly reduce the salary support component. GG to communicate with the investigator.*

Confidential Subject To Protective Order

5. **Other Business**   a) <u>Stevenson (#106)</u>

This proposal to examine Vioxx in aspirin-sensitive asthmatic patients has been on *"hold"* since last December. The favorable results of Szczeklik's study with Vioxx in this patient population now permit us to proceed with Stevenson's study. The A&A WBST approves of this initiative.

*Outcome: The Committee approved funding of $50K for proposal #106. GG to communicate with the investigator.*

b) <u>Supplies of MF-Tricyclic</u>

The amount of MF-Tricyclic is dwindling to the extent that we will run out of the compound by the end of this year. MF-Tricyclic has been a pivotal plank in the VIOXX MSGP strategy of supporting investigators with the best alternative compound when it has been deemed inadvisable to supply rofecoxib. Switching to a different COX-2 inhibitor at this stage was neither desirable nor supportable.

*Decision: IWR to contact RY with a priority request to have more MF-tricyclic (L-748,706) manufactured to support both new and ongoing MSGP studies.*

c) <u>Budget:</u>

The budget allocation for the Vioxx MSGP in 2000 is $1.1 million. To date we have committed a total of $1.48 million. Thus, we are overspent at this juncture.

*NOTE*
- The carry-over from last year was very small.
- To date, we have allocated approximately $250K to chemoprevention studies (6 worldwide; 1 US).
- The VIOXX MSGP has approved 66 proposals in total since its inception two years ago. Since January 2000, 34 proposals have been approved.
- Judicious carryover of support into 2001 could free up approximately $400K for the remainder of this year. This, however, impacts significantly on the level of support requested for the MSGP in 2001.
- Careful prioritization of new proposals is essential given our current budgetary position.

5. <u>Next Meeting</u>   **DATE: MONDAY, AUGUST 21, 2000 [2:00 PM – 4:00 PM]**

Confidential - Subject To Protective Order



12135302

Aug 21 2006
9:54PM

# EXHIBIT P

# MEMO

*[handwritten: Steve Mock — 8/21/00*
*One of my most significant contributions to the MSG program was to reduce the company's risk with Fitzgerald's by recommending substituting MF-Tricy for either Vioxx or 663 at the general, raising awareness of the commercial risk issue.]*

**TO:**   MSGP Review Committee for VIOXX™        **DATE:**   June 16, 2000

**FROM:**   Dr. Ian W. Rodger

**SUBJECT:**   <u>VIOXX™ MSGP RC Meeting Minutes – June 16, 2000</u>

**Present:** Susan Baumgartner (SB), Greg Bell (GB), Emilie Beskar (EB), E.B. Brakewood (EBB), David *[handwritten]* Chang (DC), Phil Davies (PD), Jilly Evans (JE), Greg Geba (GG), Heidi Lange (HL), Elizabeth Kwong (EW), Pauline Luk (PL), Maureen McNamara (MM), Eric Mortensen (EM), Ian Rodger (IR), Zafer Ozturk (ZO), Adrienne Dixon (AD)

*[handwritten: — E.B.]*

**Apologies for absence:** Ceylan Ergun, Jens Kasperzik, Jeff Melin   *[handwritten: [see next page]]*

**Welcome:** The Chairman intimated that RickRoberts would be joining the Committee as a replacement for Caroline Yarbrough.

1. <u>Minutes of the Vioxx MSGP RC Meeting Held on May 19, 2000</u>

   The minutes were approved.

2. <u>Matters Arising From The Minutes</u>

   a) Sabers [#229] – GB has ascertained that only drug is required for this study. No futher MSGP action is required.

   b) Proposal [#251] – The search for a U.S. investigator for the HO study continues.

3. <u>The Minutes of the Vioxx MSGP Cancer Subcommittee</u>

   The Minutes from the June 6, 2000 meeting of the Cancer Subcommittee were received and duly noted.

   *Required Action:*

   a) Hursting/Fischer [#211] – MF-Tricyclic has been successfully incorporated into the special diet that is required for this study.

   b) Recommendations

   *The following proposals were recommended for support:*

   Proposal #263 {Sheehan/Ireland}
   Proposal #264 {Miehlke/Germany}
   Proposal #265 {Hull/UK}

Confidential - Subject To Protective Order

| | |
|---|---|
| **Proposal #261**<br>**[SOI #178]**<br>**Pepeu/Italy** | **An in vivo Evaluation of the anti-inflammatory and neuroprotective**<br>**actions of Rofecoxib in models of Alzheimer's Disease**<br>**(Reviewers: Beck/IWR)** |

Comments: Klaus Beck's expert comments on this proposal were sought in advance of the meeting. These were relayed to the Committee. They are:

Pepeu is a highly-regarded, international authority who has been pursuing this type of experimentation for ten to fifteen years. While the actual science may be of limited interest, it is a study that is worthy of support and is good value for money. There is no obvious downside risk. The decision on whether rofecoxib or MK-663 should be supplied was deferred to Darryl Patrick.

*Outcome: Proposal accepted for support. IWR to communicate with the field once input from DP has been received.*

*POST MEETING NOTE: DP recommended against the use of MK-0663. Only rofecoxib will be supplied.*

| | |
|---|---|
| **Proposal #270**<br>**FitzGerald/USA** | **A biochemically selective dose of rofecoxib retards atherogenesis in the**<br>**DKO mouse (Reviewer: GG)** |

Comments: There was a very extensive debate on this topic. Scientifically this is a sound prospective study in an animal model of atherogenesis that has a distinct relevance to the human disease. The investigator's group is very highly regarded and an international authority in eicosanoid research.

Issues:

a) The science merits support.
b) There is a commercial/marketing anxiety about a possible downside risk that enhanced mortality may occur in the rofecoxib-treated animals from cardiovascular complications that is mechanism based. This may attach to the cardiovascular events from VIGOR.
c) Any anti-atherogenic activity of rofecoxib would be of very significant potential impact.
d) How significant, and relevant, are observations in a double knock-out mouse model to those occurring in man? Is there any real risk?
e) There is senior management impetus to try and support Garrett's research effort.

*pretty good*  →
*thing to worry*
*about !*

*Outcome: The Committee was not prepared to make a decision on supporting the proposed work without input from MRL and its senior Management. The proposal, with a brief review of the MSGP discussion points, was to be forwarded to Brian Daniels (for Project Team/ CST input) and Alan Nies for their comments. IWR undertook this assignment.*

*Decision:*

*The Committee approved support of proposals #263, #264 and #265.  IWR will communicate with the Field.*

Based in large part to my input, MRL senior management was asked to approve this study for MF-7 and *not* Vioxx or 663. There was significant pressure to approve this study.

4. **Review of New Proposals**

| | |
|---|---|
| *Proposal #240*<br>*[SOI #210]*<br>*Buvanendran/USA* | *Prospective, Randomized, Placebo Controlled Study to Determine the Utility of Rofecoxib as a Preemptive Analgesic and Adjuvant Following Total Knee Arthroplasty (Reviewer: GB)* |

**Comments:** This is a well-written proposal from strong advocates of Merck and Vioxx. The Committee complimented the investigators on the comprehensive and well-developed study protocol. Two modifications to the protocol were recommended.

a)  Two doses of Vioxx [50 mg] to be given prior to surgery [one dose 24 hrs before and the second approximately 4 hrs before surgery].

b)  Baseline pain assessment should be ascertained before surgery.

*Outcome: Proposal accepted for funding, conditional upon the above two points being incorporated into the revised protocol. GB to communicate with the investigators and ensure that a revised protocol is received.*

| | |
|---|---|
| *Proposal #248*<br>*Koch/USA)* | *COX-2 mediated angiogenesis in rheumatoid arthritis (Reviewer: PD)* |

**Comments:**   This submission, from a significant investigator, was favorably received.  It addresses an important area of interest and the proposed experiments were logically elaborated. Both Specific Aims were regarded as appropriate, with particular interest expressed in Aim #2. There was no perceived downside risk of using rofecoxib in these *in vitro* experiments.  The budget proposed is excessive with respect to salary support.

*Outcome: The proposal was approved for support subject to a revision of the budget to significantly reduce the salary support component.  GG to communicate with the investigator.*

Confidential   Subject To Protective Order

5. **Other Business**

**a) Stevenson (#106)**

This proposal to examine Vioxx in aspirin-sensitive asthmatic patients has been on *"hold"* since last December. The favorable results of Szczeklik's study with Vioxx in this patient population now permit us to proceed with Stevenson's study. The A&A WBST approves of this initiative.

*Outcome: The Committee approved funding of $50K for proposal #106. GG to communicate with the investigator.*

**b) Supplies of MF-Tricyclic**

The amount of MF-Tricyclic is dwindling to the extent that we will run out of the compound by the end of this year. MF-Tricyclic has been a pivotal plank in the VIOXX MSGP strategy of supporting investigators with the best alternative compound when it has been deemed inadvisable to supply rofecoxib. Switching to a different COX-2 inhibitor at this stage was neither desirable nor supportable.

*Decision: IWR to contact RY with a priority request to have more MF-tricyclic (L-748,706) manufactured to support both new and ongoing MSGP studies.*

**c) Budget:**

The budget allocation for the Vioxx MSGP in 2000 is $1.1 million. To date we have committed a total of $1.48 million. Thus, we are overspent at this juncture.

*NOTE*
- The carry-over from last year was very small.
- To date, we have allocated approximately $250K to chemoprevention studies (6 worldwide; 1 US).
- The VIOXX MSGP has approved 66 proposals in total since its inception two years ago. Since January 2000, 34 proposals have been approved.
- Judicious carryover of support into 2001 could free up approximately $400K for the remainder of this year. This, however, impacts significantly on the level of support requested for the MSGP in 2001.
- Careful prioritization of new proposals is essential given our current budgetary position.

5. **Next Meeting**     DATE:  MONDAY, AUGUST 21, 2000 [2:00 PM – 4:00 PM]

Confidential - Subject To Protective Order

MRK ADF0010829



12135302

Aug 21 2006
9:54PM

# EXHIBIT Y

To:        Melin, Jeffrey M
From:      Rodger, Ian W.
Cc
Bcc
Date:      2002-02-27 19 15 56
Subject:   RE: CRP and coxibs

---

Jeff,
  Apparently MRL has conducted a very thorough review of CRP as a marker of inflammation etc according to Phil Davies and its really based upon his comments the Minute is written as it is (both yesterday's and that from the January meeting where we dumped the Tzivoni proposal.  The Committee members were unimpressed by the Tzivoni CRP/IL-6 study that was reviewed last month. It was regarded as extremely risky to extend the study as they wished to.  Indeed, many thought that Tzivoni was perhaps very fortunate to see the reduction in CRP his CAD patients.  Personally I do not doubt that CRP will be useful at some juncture but at the present moment there is no real consensus that compels folks to work it through.  I guess al;so at the back of people's mind yesterday was the fact that it was a rabbit study and that the relevance to man was tangential at best.
If you want more on the CRP issue I would recommend that you contact Phil - his inflammation group are probably at the forefront of the discussions and debate.

  regards,

  Ian
  Ian W  Rodger,
  Senior Medical Director,
  Mail Drop WS3D-18
  Tel#: (908) 423-4110
  Fax# (908) 423-1797
  E-mail: ian_rodger@merck com

  -----Original Message-----
  From:    Melin, Jeffrey M
  Sent:    Wednesday, February 27, 2002 10:32 AM
  To:      Rodger, Ian W
  Subject:          CRP and coxibs
  Importance:       High

The principal concern with this animal model resides in its clinical applicability and whether NSAIDs/Coxibs are used in this patient population.  Additionally it is a prophylactic protocol and presumably much less relevant than a therapeutic one  If the infection in man is primarily associated with surgical intervention then the direct installation into a healthy knee seems somewhat inappropriate. The study also utilizes histological criteria that clearly will not be feasible in the human setting  Finally, the Committee reemphasized its view that CRP is not a relevant clinical readout for a Coxib.  This is based upon MRL's consensus view and the theoretical possibility that NSAIDs/Coxibs may well drive up the levels of CRP via removal of a pool of beneficial eicosanoids.  A further concern of the Committee was the possibility of a significant downside result in that rofecoxib might well prolong the infection in a manner analogous to that reported with ibuprofen (an effect mediated via modulation of neutrophil function)

  Hi Ian

Sorry I could not attend yesterday's meeting.  I was going over the notes and am still confused about the committee's position on CRP and coxibs  CRP is a major area of discussion in the CV literature, especially in light of the epidemiologic data from Ridker, and this literature also applies to the antiinflammatory role that coxibs may eventually play in atherosclerotic cardiovascular disease.

why do the CAD studies with rofecoxib with or without a statin post angioplasty result in decreased levels of CRP (and IL-6) compared with statins alone? two studies (abstracts) from 2 different groups in 2 different parts of the

world.
The RA studies do not show a decrease in CRP levels with VIOXX but 60% of patients are on prednisone.
What is the data for NSAIDs increasing CRP levels
Lastly, CRP levels did decline in the celebrex RA study published 1999 in Lancet

thanks,

Jeff
<< File: Melin, Jeffrey M vcf >>

MRK AHO0171273



12135302

Aug 21 2006
9:54PM

# EXHIBIT X

# *MEDICAL SCHOOL GRANT PROGRAM*

## COXIB REVIEW COMMITTEE

## *February 26, 2002*

Confidential - Subject To Protective Order

MRK ABK0478418

AGENDA

Confidential   Subject To Protective Order

MRK ABK0478419

---

### COXIB MSGP REVIEW MEETING

### Tuesday, February 26, 2002

---

## AGENDA

1.  Minutes of meeting held January 24, 2002

2.  Matters arising from the minutes

3   Review of proposals:

| Proposal # | Investigator | Reviewer |
|---|---|---|
| # 378/Hong Kong | Prof. Cheung | David Chang |
| # 379/Philippines | Dr. Laudico | Greg Geba |
| # 380/Isreal | Dr. Singer | Andreas Moan |
| # 381/Chile | Dr Schulmeyer | David Chang |
| # 382/Singapore | Dr. Kwek | Ken Truitt |
| # 383/Isreal | Prof. Tishler | Phil Davies |

6.  Date and time of next meeting: March 26, 2002

Confidential - Subject To Protective Order

MRK-ABK0478420

MINUTES

Confidential - Subject To Protective Order

MRK-ABK0478421

TO:          Coxib MSGP Review Committee      DATE: January 26, 2002

FROM:      Dr. Ian W. Rodger

SUBJECT:   Coxib MSGP Review Committee Minutes – January 24, 2002

**Present:**
Carrie Bourdow (CB), David Chang (DC), Phil Davies (PD), Jilly Evans (JE), Brian Fitzgerald (BF), Greg Geba (GG), Rob Grim (RG), Elizabeth Kwong (EK), Francesca Lawson (FL), Pauline Luk (PL), Jeff Melin (JM), Kerry Parker (KP), Helen Pearly (HP), Ann Pyeron (AP), Ian Rodger (IWR), Ken Truitt (KT), Robert Young (RY)
Apologies for absence:  Sean Curtis, Andreas Moan

1.  Minutes of the Meeting held on August 22, 2001
    The minutes were received and approved as an accurate record

2.  Matters Arising From the Minutes
    There were no matters arising from the Minutes

3.  Discussion regarding new Administrative procedures for the US and new MSGP
    Database
    (a)  *Administrative revision*
    From 1 January 2002 the administrative responsibility for US proposals will be handled via Greg Geba and David Chang's office in CDP. This revision of procedures brings the Coxib MSGP into alignment with the practices of the other MSGP Committees (**reference memorandum from IWR to the MSGP Committee dated 30 November 2001 - attached**)

    

    "COXIB MSGP
    procedural reorganiza

    The major change incurred is that once the Coxib MSGP Committee approves a proposal from a US investigator (either drug supply and/or financial support) all contact with the investigator with respect to a Letter of Agreement/MTA/IND/payment of the award becomes the responsibility of the office in CDP. The SOI and full proposal review procedures are unmodified by this administrative revision.
    (b)  *New MSGP database*
    A new electronic MSGP database has been constructed and will be rolled out in the first part of February   A separate on-line instructional meeting will be held for Coxib MSGP Committee members in due course. The database will have the facility to search a variety of fields.  The Committee recommended that searching by key words should also be an incorporated facility.  Committee members were requested to send to Rob Grim key words, fields and capture facilities that should be incorporated into the Coxib database
    *Assignment:*
    *Rob Grim to liaise with ETS to have the search facility of the database expanded to incorporated suggestions made by Committee members.*

Confidential   Subject To Protective Order                                                    MRK ABK0478422

4. **Budget & Priority areas for support in 2002**

   (a) *Budget*

   The total budget for the Coxib MSGP has been drastically reduced for 2002 compared with 2001. The impact of these reductions will be greatest in the US since the carryover from projects initiated in 2001 approximates 50% of the total money available from USHH to support proposals (both cancer and others) from US investigators

   *Support for US proposals:   VIOXX:*     $200K + cancer studies $250K = Total $450K

   

   REDACTED

   (a) *Priorities for support in 2002*

   For VIOXX, following input from the WBST, it has been agreed by the GMT and senior management that support should only be allocated for studies in the renal/cardiovascular areas and for acute pain studies (especially ex-US)

   REDACTED

   Studies that fall outwith the agreed areas will not be supported financially.  However investigators may be provided with drug and matching placebo for any proposal that is approved by the Coxib MSGP Committee but is not within the priority areas

   All submissions to the MSGP should go through the Coxib MSGP's formally approved channels and not brought directly to the Committee for initial review  All international proposals should be processed via Ian Rodger's office; all US-based proposals via Greg Geba and David Chang's CDP office  This will ensure compliance with the objectives of the MSGP Committee for 2002 and an even-handedness in dealing with all submissions

   *DECISION:*
   *For 2002 all studies that do not fall within the agreed priority areas will not be considered for financial support.*

5. **Proposals Reviewed – *AT A GLANCE***

| Number | Name | Country | Title |
|---|---|---|---|
| 357 | Badr | Lebanon | Central arterial stiffness as a predictor of a hypertensive response to rofecoxib |
| 366 | Komers | USA | Effects of COX-2 inhibition on plasma and renal renin in diabetes |
| 368 | Hamawy | USA | Randomized double blind prospective study evaluating patient tolerance of transurethral ultrasound guided biopsy of the prostate using pre biopsy Vioxx |
| 371 | Giles | Australia | Influence of sex on analgesia |
| 373 | Raeder | Norway | Rofecoxib for routine post-operative pain prophylaxis in laparoscopic anesthesia surgery |
| 374 | Tzivoni | Isreal | The influence of rofecoxib treatment on inflammatory markers, clinical outcome and endothelial function in patients with acute coronary syndromes |
| 375 | De Zeeuw | Netherlands | Renoprotective use of COX-2 inhibitors |
| 376 | Giaid | Canada | Role of COX-2 in the pathophysiology of atherosclerosis and myocardial ischemia |
| 377 | Szczeklik | Poland | Effects of rofecoxib on thrombin generation and thromboxane $B_2$ and 6-keto-PFG $_{1\alpha}$ levels at site of microvascular injury in healthy subjects and patients with coronary artery disease |

Confidential - Subject To Protective Order

4.  Review of Submissions/Proposals -- Comments/Decisions/Assignments

*#357 Badr/Lebanon, "Central arterial stiffness as a predictor of a hypertensive response to rofecoxib"*

*Comments:*
This proposal addresses the mechanistic concept that patients with reduced arterial compliance will react to Na⁺ retention, induced by rofecoxib, with an increase in BP.  The investigators propose to examine three groups of patients administering 50mg rofecoxib for a seven day period  The Committee had several concerns with respect to the proposal.  First, this is a very small, unblinded study and the measurements that are intended are very susceptible to observer bias  Second, the dose of 50mg for seven days is inappropriate  Furthermore, to observe any significant changes in arterial stiffness a longer period of drug administration might well be necessary  Third, arterial stiffness is very dependent upon the age of the patient  Thus, younger patients will presumably have a significantly lower stiffness than older subjects and this is not accounted for in the study design  Given the small sample size there is unlikely to be a clearly defined outcome  A further consideration is quite what one would do with the data generated since very few, if any, physicians would be in a position to evaluate arterial stiffness as a diagnostic criterion prior to prescribing a Coxib

*Decision:*
*Proposal rejected*

*Assignment:*
*IWR will communicate with the field*

------------------------------------------------------------------------------------------------

*#366, Komers/USA, "Effects of COX-2 inhibition on plasma and renal renin in diabetes"*

*Comments:*
This proposal is a logical extension of the work that the investigator has already performed using MF-tricyclic in proof-of-principle experiments  The animal model of diabetic nephropathy is well validated and has relevance to the clinical setting of end-stage renal nephropathy  It is also well known that conventional NSAIDs exert a reno-protective effect in diabetic nephropathy and reduce the proteinuria associated with the condition  What is not clear is whether this effect is via COX-1 or COX-2 inhibition.  The Committee acknowledged that there was no obvious downside risk to providing rofecoxib for the work described.  The drug should be administered in rodent chow  Terminal bleeds should be taken so that the plasma concentration of rofecoxib can be determined

*Decision:*
*Proposal accepted for support*

*Assignment:*
1.  *PL/JE/IWR to work out a suitable dose of rofecoxib to be administered in animal chow – one that would approximate that of MF-tricyclic – and inform DC/GG*
2.  *DC/GG to issue the Letter of Agreement and MTA to the investigator*

Confidential - Subject To Protective Order

*#368. Hamawy/USA. "Randomized double blind prospective study evaluating patient tolerance of transurethral ultrasound guided biopsy of the prostate using pre-biopsy VIOXX"*

**Comments:**

This is preemptive VIOXX study examining analgesia in an invasive clinical setting. However, the only endpoint in the proposal as it stands is the evaluation of pain immediately after surgery. The major concern with the proposal was the model described and whether the intervention was sufficiently painful to show an unequivocal analgesic effect of rofecoxib. After considerable discussion it was decided that the model was worthy of pursuit, especially since conventional NSAIDs cannot be administered to patients undergoing this type of procedure because of the blood loss involved in the procedure. The investigator, however, would be asked to incorporate additional pain assessment endpoints such as time to rescue medication and PGAR[?]

**Decision:**

*Proposal approved for support (drug only), conditional upon modification of the protocol by the investigator to include the additional endpoints suggested by the Committee.*

**Assignment:**

*DC to communicate with the investigator concerning revision of the protocol. Subject to satisfactory revision of the protocol the Letter of Agreement would be issued.*

---

*#371, Giles/Australia, "Influence of sex on analgesia"*

**Comments:**

This proposal is a request for access to the MRI database to allow evaluation of the effect of sex hormones on the analgesic responses of NSAIDs and rofecoxib in chronic pain patients (basically our OA and RA data sets). The Committee debated the elements of this request at considerable length. Given the complexity of the data in terms of treatment regimens, drugs used, patient characteristics (for example nearly all patients in the OA studies would be postmenopausal), menstrual cycle status (we do not normally capture such data in our trials), wide variety of reasons for pain presence in the OA versus the RA patients the Committee resolved that it was inappropriate to supply the data-sets to the investigator. The possibility of using only the dental pain data-sets was also considered but given that these included nearly all young subjects (thus no possibility of post-menopausal data) this was also deemed inappropriate.

**Decision:**

*Proposal rejected*

**Assignment:**

*IWR to communicate with the field.*

---

*#373, Raeder/Norway "Rofecoxib for routine post-operative pain prophylaxis in laparoscopic surgery"*

**Comments:**

This is an invasive laparoscopic gynecological surgical model, mostly hysterectomy or oophorectomy, comparing the analgesic efficacy of a single dose of rofecoxib preoperatively with that of intravenous ketorolac. The protocol is well written with some excellent functional outcomes. It comes from a very significant anesthesiologist in Scandinavia. The

Confidential - Subject To Protective Order

major concern expressed by the Committee is that the study is too closely aligned to the MRL preemptive obstetric/gynecological analgesia study that is underway. If supported as it stands the results from Raeder's study would require to be included in Merck's regulatory filing for a preemptive analgesic indication. This alone precludes support of the protocol via the Coxib MSGP. Notwithstanding, the Committee suggested that the investigator be asked to consider an alternative surgical procedure, for example ACL repair, cholecystectomy etc. Additionally it would be important to perform a study in a surgical setting that does not involve major anesthesia but one that involves local anesthesia. The Committee also suggested that ketorolac dosing should be 30mg+15mg+15mg rather than 30+30+30mg. Additional pain assessments should be performed at 6, 7 and 8 hrs in addition to 12 and 24hours.

*Decision:*
*Proposal rejected*

*Assignment:*
*IWR to contact the field and request that the investigator consider resubmitting another proposal along the lines suggested above.*

-------------------------------------------------------

*#374, Izivoni/Isreal, "The influence of rofecoxib treatment on inflammatory markers, clinical outcome and endothelial function in patients with acute coronary syndromes"*
*Comments:*
This is a request for support of a study that would be a repeat of a positive pilot that was run by the same investigators. Whilst the results of the pilot look promising the Committee regarded support of a repeat study as being potentially problematic since there would still be very small numbers of patients involved and they are all "at risk" subjects. One or two fatalities in the rofecoxib group could prove catastrophic from a commercial standpoint, even if they were to simply occur by chance. Furthermore, a MRL study group recently reviewed in depth the question of CRP in patients with atherosclerosis. Their clear conclusion was that there are no compelling data to support a positive effect of rofecoxib on CRP. The belief, in some quarters, that NSAIDs have an effect on CRP is not at all well validated. Indeed, there is a theoretical possibility that Coxibs/NSAIDs may drive up the levels of CRP by virtue of removing a pool of eicosanoids that may actually regulate the formation of CRP.

*Decision:*
*Proposal rejected*

*Assignment:*
*IWR will communicate with the field.*

-------------------------------------------------------

*#375, de Zeeuw/Netherlands, "Renoprotective use of COX-2 inhibitors"*
*Comments:*
This is a study designed to explore a potential nephro-protective effect of rofecoxib in patients with diabetic and non-diabetic renal disease. It comes from one of the world's foremost experts in this field of clinical investigation and the person who showed originally that ACE inhibitors, somewhat counter-intuitively, could be protective in patients with proteinuria. The investigator has already shown that high doses of NSAIDs (in particular naproxen and indomethacin) are, indeed, nephroprotective. In essence this is a pilot study designed to examine the effects of 25 mg rofecoxib in a single site study. The protocol calls

MRK-ABK0478426

for patients to be exposed to a 4 week run-in period followed by 4 weeks on rofecoxib, 4 weeks washout and then 4 weeks on indomethacin (2x75mg retard formula). This last period is important to assess whether patients who might not have responded to rofecoxib do actually respond to a positive control. To maximize the patients likelihood to respond to treatment, the patients are salt and volume depleted [low salt diet plus 12.5mg hydrochlorothiazide (HCT)]. A question was raised as to whether the HCT was absolutely necessary since this would not be something that would be incorporated into a potential follow-up study from Vanderbilt university in conjunction with the NIH.

*Decision:*
*Proposal accepted for support.*

*Assignment:*
*1.   IWR to contact DeZeeuw to raise the question concerning HCT.*
*2   IWR to communicate with the field to expedite initiation of the study.*

---

*#376, Giaid/Canada, "Role of COX-2 in the pathophysiology of atherosclerosis and myocardial ischemia"*
*Comments:*
This study comes from an investigator who is one of the few to show a beneficial effect of COX-2 inhibition (with DFU) in an animal model of myocardial infarction. The investigator proposes to examine the relative effects of COX-1 & 2 in a vascular disease setting using validated animal models with the intention of determining the role of prostaglandins in the pathophysiology of atherosclerosis and ischemic heart disease. What is presented is a fairly extensive "shopping list" of intended analyses. These include evaluations of COX-2 inhibition with rofecoxib in an atherosclerotic rat model and a receptor KO mouse model, extension studies of COX-2 inhibition in the myocardial infarction model and an immunohistochemical analysis examining the localization and distribution COX-1 & 2 with special reference to the vasculature. The Committee was in general agreement with the investigator's approach but made the following recommendations. First the investigator should be asked to lay out a clearer work plan providing more specifics of the experiments intended and the stepwise approach that would be followed. Second, the immuno-histochemical localization studies should include PGI synthase.

*Decision:*
*The proposal was accepted for support, in principle*

*Assignment:*
*IWR to contact the investigator to request a more detailed work plan*

---

*#377, Szczeklik/Poland, "Effects of rofecoxib on thrombin generation and thromboxane $B_2$ and 6-keto-PFG$_{1a}$ levels at site of microvascular injury in healthy subjects and patients with coronary artery disease"*
*Comments:*
This is a study that could have a very significant potential impact on the discussion surrounding Coxibs and their effect upon PGI$_2$ formation in the cardiovascular system. The investigator is a well-established authority in this field of eicosanoid biology. The study is well-designed and controlled. In the process of submitting the proposal the investigator has already performed the experiments in 19 patients examining the effect of rofecoxib on TxB$_2$,

Confidential   Subject To Protective Order

PGI, and thrombin generation in bleeding-time blood. He has shown convincingly that there is no effect of rofecoxib on the formation of all three substances    The Committee was supportive of the study and suggested that the investigator not only perform the experiments with naproxen but also with low-dose aspirin and diclofenac to give the broadest possible data set   The Committee recommended that the clinical program be conducted in a two-step process: examine the effects in normal subjects first and then based upon an assessment of the data decide whether to proceed to patients with atherosclerosis/stable ischemic heart disease

*Decision:*
*Proposal accepted for support*

*Assignment:*
*1.   IWR to communicate with the field and request that the investigator examine low-dose aspirin, diclofenac and naproxen.  The study should move forward as expeditiously as possible.*

4.   **Date of next meeting**

The next meeting/teleconference is scheduled for February 26, 2002

*Ian W Rodger  26 January  2002*

Confidential - Subject To Protective Order

MRK-ABK0478428



12135302

Aug 21 2006
9:54PM

# EXHIBIT W

To:          Simon, Thomas J.
From:        Rodger, Ian W.
Cc
Bcc:
Date:        2001-12-14 16:00:47
Subject:     RE Rofecoxib -- ETTS 3116 (Furuta - NIH)

Tom,
Seems low risk to me especially if we supply something other than rofecoxib.  I'll go ahead   Many thanks

Ian
Ian W. Rodger,
Senior Medical Director,
Mail Drop WS3D-18
Tel#: (908) 423-4110
Fax#:(908) 423-1797
E-mail: ian_rodger@merck.com

   ----Original Message----
From: Simon, Thomas J.
Sent: Thursday, December 13, 2001 4:45 PM
To: Rodger, Ian W.
Cc: Wiederrecht, Greg J ; Young, Robert; Pearly, Helen
Subject: RE: Rofecoxib -- ETTS 3116 (Furuta - NIH)

Ian, I don't know much about this animal model. I do know that we're trying to improve cooperation with the NIH,
so unless someone in safety assessment thinks we're taking an undue risk (in the context of other risks we take
with animal models), I'd say go ahead
Tom

----Original Message-----
From  Rodger, Ian W.
Sent: Thursday, December 13, 2001 3:51 PM
To: Simon, Thomas J.
Cc: Wiederrecht, Greg J ; Young, Robert; Pearly, Helen
Subject: RE: Rofecoxib – ETTS 3116 (Furuta - NIH)

Tom,
OP – Redacted – other product

Greg,
Will you contact the investigator?

Ian
Ian W. Rodger,
Senior Medical Director,
Mail Drop WS3D-18
Tel#: (908) 423-4110
Fax#: (908) 423-1797
E-mail: ian_rodger@merck.com

Confidential - Subject To Protective Order

MRK-ABS0343456

-----Original Message-----
From: Simon, Thomas J.
Sent: Thursday, December 13, 2001 3:32 PM
To: Rodger, Ian W.
Cc: Wiederrecht, Greg J
Subject: FW: Rofecoxib -- ETTS 3116

Ian,
I would think we want to supply drug to this--if I recall correctly, we've done this for others doing similar kinds of work (at least, with MF tricyclic). Will MSGC look after this?
Tom
-----Original Message-----
From: Wiederrecht, Greg J
Sent: Thursday, December 13, 2001 3:29 PM
To: Simon, Thomas J.
Subject: FW: Rofecoxib -- ETTS 3116


Tom,

We have been churning away on this one. Do you have any interest in supplying the individual at the very end of this e-mail with 30 grams of Vioxx for a gastric cancer study in Gerbils. I would like to have a nice scientific reason to say no. Can you direct me to the individual in charge of Medical School Grants for Vioxx. This is not a licensing project and I would like to get it to the proper person.

thank you

-----Original Message-----
From: Koch, Leslie
Sent: Thursday, December 13, 2001 1:26 PM
To: Wiederrecht, Greg J ; Obenchain, John R.
Cc: Mandel, Lewis R
Subject: RE: Rofecoxib -- ETTS 3116


Greg,
Yes we do send out marketed compounds - actually that is about 80% of the total requests. Decisions about the appropriateness of the experiments involving VIOXX and if Merck wants to support go to Dr. Robert Young (MFC) and Dr. Ian Rodgers (Chairman, VIOXX Medical School Grant Committee). Occasionally they will offer substitute compounds like MF-Tricyclic or DFU if they are interested in the study, but considered about potential bad implications on marketed products.

As an aside, we very, very rarely do agreements with NCI, NIH etc. The gov't can't promise future IP rights, and we don't accept their "negotiate in good faith" especially on market products

I've read over the experiment below - I doubt that Merck would be interested in involving VIOXX in a cancer study

Let me know how you would like to handle this. John can supply him with a MTA or can send a "thank for your inquire, but it's beyond Merck's interest" letter


Leslie Koch
Scientific Liaison Coordinator
tele: 732-594-4138
fax: 732-594 7140

Confidential - Subject To Protective Order

MRK-ABS0343457

-----Original Message-----
From: Wiederrecht, Greg J.
Sent: Thursday, December 13, 2001 8:11 AM
To: Koch, Leslie; Obenchain, John R.
Cc: Mandel, Lewis R
Subject: FW: Rofecoxib -- ETTS 3116

Leslie,

Lew makes a good point. Would you, in your previous role, have sent out samples of marketed molecules?

-----Original Message-----
From: Mandel, Lewis R
Sent: Thursday, December 13, 2001 7:55 AM
To: Wiederrecht, Greg J.
Subject: RE: Rofecoxib -- ETTS 3116

this is Vioxx; ask Koch how she would have handled in her prior job. my view is not to send out vioxx., but nrather a surrogate molecule

Lewis Mandel, Ph D.
Emeritus
External Research and Academic Affairs
Merck Research Laboratories
Tel: 732-594-5447
Fax: 732-594-3624
RY 80M-260A

-----Original Message-----
From: Wiederrecht, Greg J.
Sent: Wednesday, December 12, 2001 5:05 PM
To: Mandel, Lewis R
Subject: FW: Rofecoxib - ETTS 3116

Lew,

Can you advise me on how you handle these sorts of things?

-----Original Message-----
From: Demain, Pamela R.
Sent: Wednesday, December 12, 2001 4:03 PM
To: Wiederrecht, Greg J
Cc: Eppa, Irene M.
Subject: RE: Rofecoxib -- ETTS 3116

Greg,

In the past, I would send such sample requsts to Lew and he would send them to the correct person for handling within MRL. Could you please do the same with this one.

Thanks,
pam

Confidential - Subject To Protective Order

MRK-ABS0343458

--- Original Message -----
From: Wiederrecht, Greg J.
Sent: Monday, December 10, 2001 7:44 AM
To: Eppa, Irene M.; Demain, Pamela R
Subject: FW: Rofecoxib – ETTS 3116

-----Original Message-----
From: Heimbrook, David C
Sent: Sunday, December 09, 2001 4:00 PM
To: Pon, Douglas J; Wiederrecht, Greg J.; Lasota, Joan A
Cc: Evans, Jilly
Subject: RE: Rofecoxib – ETTS 3116

For an unvalidated model like this, esp looking in the GI system, MF tricyclic might be possible, but not funding
or rofecoxib. We'd also need a more thorough proposal.
Jilly, concur?
dave
-----Original Message-----
From  Pon, Douglas J
Sent: Friday, December 07. 2001 6:42 AM
To: Wiederrecht, Greg J.; Lasota, Joan A
Cc. Heimbrook, David C; Evans, Jilly
Subject: RE: Rofecoxib – ETTS 3116

Greg:
Sounds like she is looking for funding to support the proposed study. I am passing this to Dave and Jilly both of
who serve on the VIOXX MSGC to have a look if any interest.
Doug

-----Original Message-----
From: Wiederrecht, Greg J
Sent: Thursday, December 06, 2001 5:36 PM
To: Pon, Douglas J, Lasota, Joan A
Subject: FW: Rofecoxib -- ETTS 3116

etts3116 for your areas

-  Original Message-----
From: Eppa, Irene M.
Sent: Thursday, December 06, 2001 5:34 PM
To: Wiederrecht, Greg J.
Cc: Demain  Pamela R
Subject: FW: Rofecoxib -- ETTS 3116

Dr  Wiederrecht:
Per Pam, am forwarding to you for handling.
Thank you.
Irene

Confidential   Subject To Protective Order

MRK-ABS0343459

---- Original Message-----
From: Demain, Pamela R
Sent: Monday, December 03, 2001 1:15 PM
To: Eppa, Irene M.
Subject: FW: Rofecoxib

Irene,

Please log in to ETTS and send to Greg W. for handling. I will send a brief acknowledgement note.

Thank you

----Original Message----
From: Furuta, Takahisa (NCI) [mailto:furutat@mail.nih.gov]
Sent: Tuesday, November 20, 2001 12:18 PM
To: 'LicensingandBusinessDevelopment@merck.com'
Subject: Rofecoxib

Dear, Sirs;

My name is Takahisa Furuta. I am now working at the Laboratory of Molecular
Pharmacology, National Cancer Institute, NIH. My recent researches are on
the molecular mechanisms of anti-cancer drug including their targets and
modulations of effects by several methods. Before I came to USA, I studied
on H. pylori infection including COX-2 in H. pylori infected gastric mucosa.
We found that cox-2 inhibition was effective to inhibit the hyperplastic
change in H. pylori infected gastric mucosa and restored gastric acid
secretion (ref 1.2). Now we are planning to examine whether selective cox-2
inhibition suppresses the development of gastric cancer in H. pylori
infected animal models, such as Mongolian gerbils. We previously used
etodolac as a cox-2 inhibitor, however, its selectivity to COX-2 is not so
high as that of rofecoxib. If you give us some amount (around 30 g) of
rofecoxib, we will be very happy and able to start the study soon. We expect
that rofecoxib will suppress development of gastric cancer significantly.
The result obtained by our experiment will be of good advantage for
rofecoxib.
I hope your prompt responses. Thank you for your consideration of our
request. I am looking forward to the collaboration with you on this project.
Sincerely;

Takahisa Furuta
Laboratory of Molecular Pharmacology, National Cancer Institute, NIH
37 Convent Drive, building 37, Room 4D-15
Bethesda, MD, 20892 4255

1       Xiao F, Furuta T. Takashima M, Shirai N, Hanai H. Effects of
Cyclooxygenase-2 inhibitor on gastric acid secretion in Helicobacter
pylori-infected C57BL/6 mice. Scand J Gastroenterol. 2001 Jun;36(6):577-83
2.      Xiao F, Furuta T, Takashima M, Shirai N, Hanai H. Involvement of
cyclooxygenase-2 in hyperplastic gastritis induced by Helicobacter pylori
infection in C57BL/6 mice. Aliment Pharmacol Ther. 2001 Jun;15(6):875-86.

Confidential   Subject To Protective Order



12135302

Aug 21 2006
9:54PM

# EXHIBIT V

To:        Geba, Greg P; Silverman, Robert E. (MRL); Rodger, Ian W
From:      Morrison, Briggs W
Cc         Reicin, Alise S.
Bcc:
Date:      2001-10-12 20 39.45
Subject:   RE Epstein #213 manuscript

I think alise should be reviewing every manuscript - wether MSGP or whatever   in the COXIB franchise
-----Original Message-----
From:   Geba. Greg P
Sent    Friday, October 12, 2001 2:55 PM
To      Silverman, Robert E  (MRL); Rodger, Ian W ; COXIB MSGP COMMITTEE
Subject:        RE  Epstein #213 manuscript

Ian:  I agree with the comments made by Jilly and Bob   How reliable are the results?  Need to be careful about
translating to humans.

-----Original Message-----
From:   Silverman, Robert E  (MRL)
Sent:   Friday, October 12, 2001 2:46 PM
To:     Rodger, Ian W , COXIB MSGP COMMITTEE
Subject:        RE  Epstein #213 manuscript
Importance:     High

The discussion end, when he refers to VIGOR and the Topol paper in JAMA, is woefully incomplete. He makes
the VIGOR study sound like it was designed to assess CV events  He is being very generous to characterize the
Topol article as a metaanalysis. He should be given the true metaanalysis that will be published in Circulation
(next week in the ejournal and early Nov in print) to balance the discussion, atleast somewhat  -Bob

-----Original Message-----
From:   Rodger, Ian W
Sent:   Friday, October 12, 2001 12:56 PM
To:     COXIB MSGP COMMITTEE
Subject:        Epstein #213 manuscript

All,
Attached is the manuscript that Stephen Epstein intends to submit for publication.  He seeks my approval to
proceed with the submission  We have 30 days in which to respond.  I'd appreciate your comments, if any.  As
you will see he has incorporated some of the comments that I/we fed back to him on an earlier occasion with
respect to his abstract
 << File: Epstein #213 ms.doc >>

Ian
Ian W  Rodger,
Senior Medical Director,
Mail Drop WS3D-18
Tel#: (908) 423-4110
Fax#:(908) 423-1797
E-mail: ian_rodger@merck.com

MRK-NJ0335046



12135302

Aug 21 2006
9:54PM

# EXHIBIT U

To:        Evans, Jilly; Rodger, Ian W , COXIB MSGP COMMITTEE
From:
Cc
Bcc:
Date:      2001-10-12 18:34:57
Subject:   RE Epstein #213 manuscript

Jilly, I believe the metaanal you cite showed no increase in events when compared to pbo or non-naproxen nsaids. See my edits below

——Original Message——
From:   Evans, Jilly
Sent:   Friday, October 12, 2001 1:45 PM
To:     Rodger, Ian W ; COXIB MSGP COMMITTEE
Subject:   RE  Epstein #213 manuscript

Dear Ian et al,

This is not good news!  Major criticism is that the results seemed to have changed from the first graphs he sent us. Then the 24 mg/kg dose had less lesions than the 12 mg/kg. Now he has about the same-has he done a recount on the data?

Minor corrections mice eat 3.6 g chow a day NOT 3.6 mg. Neutrophils or neutrophils not neutrophiles!

I am really concerned about the way he has written the whole section I have copied below from the conclusions. Can we not try to rewrite this and send him our version?
The potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis in humans was suggested by the  [Silverman, Robert E  (MRL)]  unexpected finding in a study of RA patients, designed to compare the rates of clinically significant adverse GI events, [Silverman, Robert E  (MRL)]  that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events than occurred in patients treated with naproxen, a non-selective COX inhibitor  That was shown by a meta-analysis exploring the role of selective COX-2 inhibition on acute cardiovascular events [36]. [Silverman, Robert E  (MRL)]  [meta analysis showed that there was  [Silverman, Robert E. (MRL)]   [Silverman, Robert E. (MRL)]  not an increase an increase in studies vs. pbo or non-naprxen nsaids!]
        The mechanisms responsible for precipitation of acute events in patients with coronary artery disease are generally thought to be due to plaque rupture, resulting in acute thrombus formation. Selective COX-2 inhibition may predispose to thrombotic coronary occlusion, first, by inducing plaque instability. Thus, inhibition of COX-2 could retard the resolution of inflammatory processes, resulting in persistance or increase in activated macrophages which, through secretion of metalloproteinases and other enzymes, could induce plaque rupture. The highly thrombogenic plaque core would then be exposed to circulating blood within the vessel lumen, resulting in platelet aggregation and thrombus formation [14]. This latter process would be enhanced by the second mechanism by which COX-2 inhibition could predispose to thrombotic coronary occlusion-inhibition of COX-2-mediated expression of the highly anti-thrombotic PGI2, without concomitant reduction of the COX-1-mediated expression of the highly thrombotic thromboxane A2 [36].
        Thus, the potential deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could theoretically involve two separate processes: acceleration of the atherogenesis per se, and predisposition to acute coronary syndromes  The probable mechanism responsible for first process would involve interference with resolution of inflammation, and  for the second process would involve actions favoring a pro-coagulant state

Jilly

——Original Message· ---
From:   Rodger, Ian W.
Sent:   Friday, October 12, 2001 12:56 PM
To:     COXIB MSGP COMMITTEE
Subject:   Epstein #213 manuscript

Confidential - Subject To Protective Order                    MRK-ACD0005140

All,

Attached is the manuscript that Stephen Epstein intends to submit for publication   He seeks my approval to proceed with the submission.  We have 30 days in which to respond   I'd appreciate your comments. if any.  As you will see he has incorporated some of the comments that I/we fed back to him on an earlier occasion with respect to his abstract.

<< File: Epstein #213 ms.doc >>

Ian
Ian W. Rodger,
Senior Medical Director,
Mail Drop WS3D-18
Tel#: (908) 423-4110
Fax#:(908) 423-1797
E-mail: ian_rodger@merck.com

Confidential   Subject To Protective Order

MRK-ACD0005141



12135302

Aug 21 2006
9:54PM

# EXHIBIT T

**Melin, Jeffrey M**

| | |
|---|---|
| From: | Evans, Jilly |
| Sent: | Friday, October 12, 2001 1:45 PM |
| To: | Rodger, Ian W ; COXIB MSGP COMMITTEE |
| Subject: | RE: Epstein #213 manuscript |

Dear Ian et al,

This is not good news! Major criticism is that the results seemed to have changed from the first graphs he sent us. Then the 24 mg/kg dose had less lesions than the 12 mg/kg. Now he has about the same-has he done a recount on the data?

Minor corrections mice eat 3.6 g chow a day NOT 3.6 mg. Neutrophils or neutrophils not neutrophiles!

**I am really concerned about the way he has written the whole section I have copied below from the conclusions. Can we not try to rewrite this and send him our version?**
The potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis in humans was suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events than occurred in patients treated with naproxen, a non-selective COX inhibitor. That was shown by a meta-analysis exploring the role of selective COX-2 inhibition on acute cardiovascular events [36].

The mechanisms responsible for precipitation of acute events in patients with coronary artery disease are generally thought to be due to plaque rupture, resulting in acute thrombus formation. Selective COX-2 inhibition may predispose to thrombotic coronary occlusion, first, by inducing plaque instability. Thus, inhibition of COX-2 could retard the resolution of inflammatory processes, resulting in persistance or increase in activated macrophages which, through secretion of metalloproteinases and other enzymes, could induce plaque rupture. The highly thrombogenic plaque core would then be exposed to circulating blood within the vessel lumen, resulting in platelet aggregation and thrombus formation [14]. This latter process would be enhanced by the second mechanism by which COX-2 inhibition could predispose to thrombotic coronary occlusion-inhibition of of COX-2-mediated expression of the highly anti-thrombotic $PGI_2$ without concomitant reduction of the COX-1-mediated expression of the highly thrombotic thromboxane $A_2$ [36].

Thus, the potential deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could theorectically involve two separate processes: acceleration of the atherogenesis per se, and predisposition to acute coronary syndromes. The probable mechanism responsible for first process would involve interference with resolution of inflammation, and for the second process would involve actions favoring a pro-coagulant state.

Jilly

----- Original Message -----

| | |
|---|---|
| From: | Rodger, Ian W |
| Sent: | Friday, October 12, 2001 12:56 PM |
| To: | COXIB MSGP COMMITTEE |
| Subject: | Epstein #213 manuscript |

All,
Attached is the manuscript that Stephen Epstein intends to submit for publication  He seeks my approval to proceed with the submission  We have 30 days in which to respond  I'd appreciate your comments, if any  As you will see he has incorporated some of the comments that I/we fed back to him on an earlier occasion with respect to his abstract
<< File: Epstein #213 ms doc >>

MRK-AHO0057226

*Ian*

Ian W. Rodger.
Senior Medical Director
Mail Drop WS3D-18
Tel# (908) 423-4110
Fax# (908) 423-4797
E-mail  ian_rodger@merck.com

2

MRK-AHO0057227



12135302

Aug 21 2006
9:54PM

# EXHIBIT S

To:        Baumgartner, Susan L; Mills, Tracy L
From:      Alberti, Peter M
Cc:
Bcc:
Date:      2001-07-27 15:06.16
Subject:   Please review: MSGP abstract/atherosclerosis/Epstein #213 abstract

---

Info coming out of Medical School Grants related to CMV atherosclerotic lesions in mice treated with MF-tricyclic. The investigator submitted a follow-up grant which the committee rejected.

PMA

-----Original Message ---
From:    Evans, Jilly
Sent:    Friday, July 27, 2001 9.46 AM
To:      Rodger, Ian W ; COXIB MSGP COMMITTEE
Subject:     RE: Epstein #213 abstract

Dear Ian,
He is clearly angry with us for not continuing his study. However his atherosclerotic conclusion in the abstract contradicts the data he sent you in Rodger exciting results that I copy here. He should say that in the presence of CMV atherosclerotic lesions increased and MF-tricyclic decreased the enhanced atherosclerosis. I don't see where he looked at MF-tricyclic in the non CMV treated mouse so he is misinterpreting the data. I would ask him to explain this and also insist the the word MF-tricyclic go in the title of the abstract (softens it so people know it wasn't rofecoxib)

-- -Original Message -·--
From    Rodger, Ian W
Sent:   Friday, July 27, 2001 9:13 AM
To:     COXIB MSGP COMMITTEE
Subject:     Epstein #213 abstract
Importance:     High

All,
I have received the attached abstract from Steve Epstein regarding his work on cytomegalovirus etc  I cannot say that I like the conclusions  COX-2 inhibitors are immunosuppressive and atherogenetic. Doubt that I can really reject the abstract for presentation but before I respond to him I would like comments from the Committee.
NOTE: We supplied him with MF tricyclic and not rofecoxib for his work. In any reply I would probably insist that he cite MF tricyclic in his abstract so that the impression is not given to readers that he has used rofecoxib
Please respond ASAP.
Thanks
 << File: Epstein #213 abstract pdf >>

Ian
Ian W  Rodger,
Senior Medical Director,
Mail Drop WS2BC-05
Tel# (908) 423 4110
Fax#.(908) 423-1797
E-mail  ian_rodger@merck com

--- Attachments: ---

Rodger-exciting results 6 6 01.doc

Confidential - Subject To Protective Order



12135302

Aug 21 2006
9:54PM

# EXHIBIT R

| | |
|---|---|
| To | Finestone, Irwin; Borsanyi, Jean-Pierre; Prior, Jennifer |
| From | Luk, Pauline |
| Cc: | Young, Robert; Kwong, Elizabeth |
| Bcc | |
| Received Date | 2001 07 20 16:56:54 |
| Subject | RE: MSGP #346 (Frank) |

Dear Dr. Finestone,

I am attaching a copy of the procedure for the preparation of the methocel suspension. I will also send a copy of the MF tricyclic information package to you and Jennifer Prior by internal mail. If there is any additional information you may need, please do not hesitate to contact me directly.

Sincere regards,

Pauline Luk

Pharmaceutical Research & Development - Merck Frosst Canada & Co.
Tel: (514) 428-3674
Fax: (514) 428 2677
E-mail: pauline_luk@merck.com

--- Original Message---
From:       Finestone, Irwin
Sent:       Friday, July 20, 2001 11:40 AM
To          Borsanyi, Jean-Pierre; Kwong, Elizabeth
Cc:         Luk, Pauline; Prior, Jennifer; Young, Robert
Subject:    RE: MSGP #346 (Frank)
Importance: High

Elizabeth,

I am the MSG coordinator for VIOXX and etoricoxib. For now, can you expedite all information packages, including the preparations of dosing on MF tricyclic to Jennifer Prior - WH04 and please copy me as well. In the mean time we'll contact the investigator to assess any other needs.

Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co.
Tel/FAX: (519)-850-0673
cell      PRIVACY –
e-mail    irwin_finestone@merck.com
VMX.      5006

----------
From:      Kwong, Elizabeth
Sent       Friday, July 20, 2001 10 16 AM
To:        Borsanyi, Jean-Pierre; Finestone, Irwin
Cc:        Luk, Pauline
Subject    FW  MSGP #346 (Frank)

Confidential   Subject To Protective Order

we have the MF tricyclic package for the investigator if they need this. We can also analyze the serum samples for the investigator. They need to contact us to let us know how many samples and when they will be shipped. By the way  did they figure out what dose to go with? Do they need a procedure to dose the MF tricyclic in methocel? We also can supply them with MF tricyclic in chow if they want

----Original Message----
From:     Young, Robert
Sent:     Friday, July 20, 2001 9:12 AM
To        Finestone, Irwin
Cc:       Borsanyi, Jean-Pierre; Gold, Nancy; Kwong, Elizabeth
Subject:        RE: MSGP #346 (Frank)

Dear Irwin,
          Re these questions I can offer the following
1  MFT is not a controlled substance.
2  Serum assay. I can ask my colleague, Dr  Elizabeth Kwong, to provide details of the HPLC conditions for analysis of MF-T in serum or  plasma. These are minimal details and require the researcher to establish his own assay using these or comparable conditions
          Hope this is helpful
Bob
----Original Message
From:     Finestone, Irwin
Sent      Wednesday, July 18, 2001 4 26 PM
To:       Young, Robert
Cc:       Borsanyi, Jean-Pierre; Gold, Nancy
Subject:        RE  MSGP #346 (Frank)

Dr  Young,

Thank you for your reply  Dr  Bitting and Dr  Frank still have some unanswered questions which I'm hoping that you may have the answer to or may be able to obtain the answer from others at MRL.

'         Is MF-Tricyclic a controlled substance? If so they will need a permit or special approval for its use in this project

'         They are planning on ensuring appropriate serum drug levels by testing the animals via phlembotomy at 10,21,31, and 42 days. Does Merck Frosst have a serum assay to check for drug levels?

Thanks


Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX: (519)-850-0573
cell:     PRIVACY —
e-mail    irwin_finestone@merck com
VMX       5006


------
From      Young, Robert
Sent      Tuesday, July 03, 2001 4 54 PM
To        Finestone, Irwin
Subject        FW  MSGP #346 (Frank)

Confidential - Subject To Protective Order

MRK-AFH0016615

Irwin,

    There's no real synopsis of data on MF-Tricyclic. Its properties are very similar to Vioxx. The dosing, potency and bioavailabilities and half lives are all very close to those of Vioxx. Dosing oral is done in suspension at 5-10 ml/kg volumes of 0.5-1% methacil. Solubilities in aqueous vehicles are very small, 10 to 20 mircograms/ml. The researher should refer to papers on Vioxx for guidance. see JPET, 290, 551-560 (1999)
Bob
    -----Original Message-----
From:    Bowen, Susan
Sent:    Wednesday, June 27, 2001 10:44 AM
To       Young, Robert
Subject    RE: MSGP #346 (Frank)

Bob
The file I have on MF Tricyclic does not contain a data package, so I cannot provide any information to Dr Borsanyi.

Susan X3249

    -----Original Message-----
From     Young, Robert
Sent     Tuesday, June 26, 2001 6:08 PM
To       Bowen, Susan
Subject    FW: MSGP #346 (Frank)

Susan,
   Can you provide this person with the data package for MF-tricyclic (L-748,706)?
Thanks
Bob
    -----Original Message-----
From     Finestone, Irwin
Sent     Thursday, June 21, 2001 1:33 PM
To       Young, Robert
Subject    FW: MSGP #346 (Frank)

Hello Dr Young,

As per the communications below, would you be able to provide me with info on MF-Tricyclic and its pharmacokinetics. This is for an approved Medical School Grant. The committee has requested that MF-tricyclic be used instead of rofecoxib

Thanks,


Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX  (519)-850-0673
cell      PRIVACY
e-mail    irwin_finestone@merck.com
VMX      5006


    -------
From:    Gold, Nancy
Sent     Thursday, June 21, 2001 11:49 AM
To       Finestone, Irwin

MRK AEH0016616

Subject          FW  MSGP #346 (Frank)

Irwin,
Please see note below from Dr. Borsanyi and as he suggests you may want to contact Bob Young
Regards,
Nancy

-----Original Message-----
From:    Borsanyi, Jean-Pierre
Sent:    Thursday, June 21, 2001 11:00 AM
To:      Gold, Nancy
Cc:      Hudgin, Roger
Subject:        RE  MSGP #346 (Frank)

Hello Nancy,
No, I do not have any information on this molecule  It is probably one of the back-up molecule for  VIOXX that
was used during the development   Bob Young could probably give you more information on this or indicate
someone in the basic research lab who could
The reason why we cannot use VIOXX is that if any unwanted effect or side effect is found in the animal model
which is related to the limitation of the animal model, the study design or method, we do not want these results to
be extrapolated to VIOXX and its clinical use
Let me know if you need more information
JP

-----Original Message-----
From:    Gold, Nancy
Sent:    Thursday, June 21, 2001 9.37 AM
To       Borsanyi, Jean-Pierre
Subject        FW  MSGP #346 (Frank)

Jean-Pierre,
Do you have any of the information Jennifer is looking for or to whom can I send this for response?

-----Original Message-----
From:    Finestone, Irwin
Sent:    Wednesday, June 20, 2001 9:55 AM
To:      Gold, Nancy
Cc       Borsanyi, Jean-Pierre
Subject:        RE: MSGP #346 (Frank)

Jennifer Prior has requested on behalf of Dr  Frank, information on MF-tricyclic and it pharmacokinetics  Could
you please provide all relevant information on MF-tricylic and also why it is preferred over VIOXX for this study
Please send your answer to me and I'll be glad to forward it to Jennifer or send it to Jennifer Prior directly, but
please copy me as well

Thanks,

Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX  (519)-850-0673
cell:      PRIVACY –
e mail    irwin_finestone@merck.com
VMX-    5006

Confidential - Subject To Protective Order                                    MRK AEH0016617

From:    Gold, Nancy
Sent:    Friday, June 01 2001 5:03 PM
To       Finestone, Irwin
Cc:      Borsanyi, Jean Pierre
Subject  FW: MSGP #346 (Frank)

FYI

From:    Patrick, Darryl H.
Sent:    Friday, May 25, 2001 8:33 AM
To       Rodger, Ian W.
Subject:    RE  MSGP #346 (Frank)

Ian,
        Sorry to take so long to get back to you  I have been busy getting the preclinical portion of the
etoricoxib NDA/MMA finished  > I can finally see the light at the end of the tunnel!  In regards to your question
about dose, I am afraid I cannot be much help since I would not have a clue as to what dose would inhibit COX-2
in rabbits.  I would suggest that a dose of 30 mg/kg/day would not produce any significant adverse effects if
administered for a period of 14 days or less.  I have no data in rabbits for any longer duration
                                        Darryl

    -----Original Message -
From:    Rodger, Ian W.
Sent:    Wednesday, May 23, 2001 9:40 AM
To:      Patrick, Darryl H
Cc:      Pearly, Helen; Rodger, Ian W.
Subject:        MSGP #346 (Frank)
Importance       High

Darryl,
At the Coxib MSGP Committee meeting yesterday we decided, in principle, to support the study from Cyril Frank
in Calgary on the effects of rofecoxib on ligament healing  Certain revisions are required and your advice is
sought with regard to the dose of MF-tricyclic that should be used in these experiments in NZW rabbits  The
relevant extract from the Minutes is below
#346  Frank/Canada "The effects of rofecoxib on ligament healing: a mechanical, morphological and
biochemical assessment"
Comments
This is a proposal to examine COX-2 inhibition in a rabbit model of ligamentous injury (surgical disruption of the
medial collateral ligament)  The question posed is rational and the endpoints described are well-defined, for
example mechanical load and stress testing  The proposal is one that is reasonable to support in some form
since it has clinical applicability. However, the study should NOT be undertaken with rofecoxib; MF-tricyclic
should be provided  A non-selective NSAID comparator should be included as a control arm in the experiments
(three arms in the study would probably suffice. placebo, MF-tricyclic and NSAID)  Darryl Patrick should be
asked for advice on the dose of MF-tricyclic that should be used

Decision
Proposal approved subject to revision of the proposal to incorporate the above comments

Assignment
IWR will clarify the dose of MF-tricyclic to be used in the rabbit model (with DP) prior to communicating with the
field

I would appreciate if you could advise me on the most suitable dose of MFT so that I can communicate with the
investigator etc and get the project moving
I appreciate your sage advice as always
regards,

Confidential   Subject To Protective Order

MRK-AEH0016618

Ian
Ian W. Rodger,
Senior Medical Director
Mail Drop WS2BC-05
Tel# (908) 423-4110
Fax# (908) 423-1797
E-mail. ian_rodger@merck com

Attachments:

SOP_preparation of drug in methocel_0 5% doc

Confidential - Subject To Protective Order

MRK-AEH0016619



12135302

Aug 21 2006
9:54PM

# EXHIBIT Q

To                Finestone, Irwin; Borsanyi, Jean-Pierre; Prior, Jennifer
From              Luk, Pauline
Cc:               Young, Robert; Kwong, Elizabeth
Bcc
Received Date      2001 07 20 16:56:54
Subject           RE: MSGP #346 (Frank)
———————— ——————————————— ————————————————

Dear Dr. Finestone:

I am attaching a copy of the procedure for the preparation of the methocel suspension. I will also send a copy of the MF tricyclic information package to you and Jennifer Prior by internal mail. If there is any additional information you may need, please do not hesitate to contact me directly.



Sincere regards,

Pauline Luk

Pharmaceutical Research & Development - Merck Frosst Canada & Co.
Tel: (514) 428-3674
Fax: (514) 428 2677
E-mail: pauline_luk@merck.com


    --- Original Message ---
From:    Finestone, Irwin
Sent:    Friday, July 20, 2001 11:40 AM
To       Borsanyi, Jean-Pierre, Kwong, Elizabeth
Cc:      Luk, Pauline; Prior, Jennifer, Young, Robert
Subject:     RE MSGP #346 (Frank)
Importance       High

Elizabeth,

I am the MSG coordinator for VIOXX and etoricoxib. For now, can you expedite all information packages, including the preparation of dosing on MF tricyclic to Jennifer Prior - WH04 and please copy me as well. In the mean time we'll contact the investigator to assess any other needs.


Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co.
Tel/FAX: (519)-850-0573
cell      PRIVACY —
e-mail    irwin_finestone@merck com
VMX.      5006


--------
From     Kwong, Elizabeth
Sent     Friday, July 20, 2001 10 16 AM
To.      Borsanyi, Jean-Pierre; Finestone, Irwin
Cc       Luk, Pauline
Subject      FW  MSGP #346 (Frank)


Confidential   Subject To Protective Order

MRK AEH0016614

we have the MF tricyclic package for the investigator if they need this. We can also analyze the serum samples for the investigator. They need to contact us to let us know how many samples and when they will be shipped. By the way  did they figure out what dose to go with? Do they need a procedure to dose the MF tricyclic in methocel? We also can supply them with MF tricyclic in chow if they want

----Original Message----
From:    Young, Robert
Sent:    Friday, July 20, 2001 9:12 AM
To       Finestone, Irwin
Cc:      Borsanyi, Jean-Pierre; Gold, Nancy; Kwong, Elizabeth
Subject:        RE: MSGP #346 (Frank)

Dear Irwin,
        Re these questions I can offer the following
1  MFT is not a controlled substance
2  Serum assay. I can ask my colleague, Dr Elizabeth Kwong, to provide details of the HPLC conditions for analysis of MF-T in serum or plasma  These are minimal details and require the researcher to establish his own assay using these or comparable conditions
        Hope this is helpful
Bob
----Original Message
From:    Finestone, Irwin
Sent:    Wednesday, July 18, 2001 4 26 PM
To:      Young, Robert
Cc:      Borsanyi, Jean-Pierre; Gold, Nancy
Subject:        RE: MSGP #346 (Frank)

Dr  Young,

Thank you for your reply   Dr  Bitting and Dr  Frank still have some unanswered questions which I'm hoping that you may have the answer to or may be able to obtain the answer from others at MRL

'        Is MF-Tricyclic a controlled substance? If so they will need a permit or special approval for its use in this project

'        They are planning on ensuring appropriate serum drug levels by testing the animals via phlembotomy at 10,21,31, and 42 days. Does Merck Frosst have a serum assay to check for drug levels?


Thanks


Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX: (519)-850-0573
cell:    PRIVACY —
e-mail   irwin_finestone@merck com
VMX    5006


-------
From    Young, Robert
Sent:    Tuesday, July 03, 2001 4 54 PM
To:     Finestone, Irwin
Subject:        FW  MSGP #346 (Frank)

Confidential - Subject To Protective Order

MRK-AFH0016615

Irwin.

      There's no real synopsis of data on MF Tricyclic. Its properties are very similar to Vioxx. The dosing, potency and bioavailabilities and half lives are all very close to those of Vioxx. Dosing oral is done in suspension at 5-10 ml/kg volumes of 0.5 - 1% methacil. Solubilities in aqueous vehicles are very small, 10 to 20 mircograms/ml. The researher should refer to papers on Vioxx for guidance. see JPET, 290, 551-560 (1999)
Bob

-----Original Message-----
From:    Bowen, Susan
Sent:    Wednesday, June 27, 2001 10:44 AM
To:    Young, Robert
Subject        RE: MSGP #346 (Frank)

Bob.
The file I have on MF Tricyclic does not contain a data package, so I cannot provide any information to Dr Borsanyi.

Susan X3249

-----Original Message-----
From:    Young, Robert
Sent    Tuesday, June 26, 2001 6:08 PM
To    Bowen, Susan
Subject        FW: MSGP #346 (Frank)

Susan,
  Can you provide this person with the data package for MF tricyclic (L-748,706)?
Thanks
Bob
-----Original Message-----
From    Finestone, Irwin
Sent    Thursday, June 21, 2001 1:33 PM
To    Young, Robert
Subject.       FW: MSGP #346 (Frank)

Hello Dr Young,

As per the communications below, would you be able to provide me with info on MF-tricyclic and its pharmacokinetics. This is for an approved Medical School Grant. The committee has requested that MF-tricyclic be used instead of rofecoxib

Thanks,


Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX  (519)-850-0673
cell      PRIVACY —
e-mail    irwin_finestone@merck.com
VMX    5006


----------
From:    Gold, Nancy
Sent    Thursday, June 21, 2001 11:49 AM
To    Finestone, Irwin

Confidential   Subject To Protective Order

MRK AEH0016616

Subject:        FW  MSGP #346 (Frank)

Irwin,
Please see note below from Dr  Borsanyi and as he suggests you may want to contact Bob Young
Regards,
Nancy

----Original Message-----
From:   Borsanyi, Jean-Pierre
Sent:   Thursday, June 21, 2001 11:00 AM
To:     Gold, Nancy
Cc:     Hudgin, Roger
Subject:        RE  MSGP #346 (Frank)

Hello Nancy,
No. I do not have any information on this molecule. It is probably on of the back-up molecule for  VIOXX that
was used during the development   Bob Young could probably give you more information on this or indicate
someone in the basic research lab who could
The reason why we cannot use VIOXX is that if any unwanted effect or side effect is found in the animal model
whic is related to the limitation of the animal model, the study design or method, we do not want these results to
be extrapolated to VIOXX and its clinical use
Let me know if you need more information
JP

----Original Message-----
From:   Gold, Nancy
Sent:   Thursday, June 21, 2001 9:37 AM
To      Borsanyi, Jean-Pierre
Subject:        FW  MSGP #346 (Frank)

Jean-Pierre,
Do you have any of the information Jennifer is looking for or to whom can I send this for response?

----Original Message-----
From:   Finestone, Irwin
Sent:   Wednesday, June 20. 2001 9:55 AM
To:     Gold, Nancy
Cc:     Borsanyi, Jean-Pierre
Subject:        RE: MSGP #346 (Frank)

Jennifer Prior has requested on behalf of Dr Frank, information on MF tricyclic and it pharmacokinetics. Could
you please provide all relevant information on MF-tricylic and also why it is preferred over VIOXX for this study
Please send your answer to me and I'll be glad to forward it to Jennifer or send it to Jennifer Prior directly, but
please copy me as well

Thanks,

Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX  (519)-850-0673
cell:     PRIVACY —
e mail   irwin_finestone@merck.com
VMX:    5006

Confidential - Subject To Protective Order                                   MRK AEH0016617

From: Gold, Nancy
Sent: Friday, June 01, 2001 5:03 PM
To: Finestone, Irwin
Cc: Borsanyi, Jean Pierre
Subject: FW: MSGP #346 (Frank)

FYI

From: Patrick, Darryl H.
Sent: Friday, May 25, 2001 8:33 AM
To: Rodger, Ian W
Subject: RE MSGP #346 (Frank)

Ian,
        Sorry to take so long to get back to you  I have been busy getting the preclinical portion of the
etoricoxib NDA/MMA finished  > I can finally see the light at the end of the tunnel!  In regards to your question
about dose, I am afraid I cannot be much help since I would not have a clue as to what dose would inhibit COX-2
in rabbits  I would suggest that a dose of 30 mg/kg/day would not produce any significant adverse effects if
administered for a period of 14 days or less  I have no data in rabbits for any longer duration
                                                Darryl

        -----Original Message -
From: Rodger, Ian W
Sent: Wednesday, May 23, 2001 9:40 AM
To: Patrick, Darryl H
Cc: Pearly, Helen; Rodger, Ian W
Subject: MSGP #346 (Frank)
Importance: High

Darryl,
At the Coxib MSGP Committee meeting yesterday we decided, in principle, to support the study from Cyril Frank
in Calgary on the effects of rofecoxib on ligament healing  Certain revisions are required and your advice is
sought with regard to the dose of MF-tricyclic that should be used in these experiments in NZW rabbits  The
relevant extract from the Minutes is below
#346  Frank/Canada "The effects of rofecoxib on ligament healing: a mechanical, morphological and
biochemical assessment"
Comments
This is a proposal to examine COX-2 inhibition in a rabbit model of ligamentous injury (surgical disruption of the
medial collateral ligament)  The question posed is rational and the endpoints described are well defined, for
example mechanical load and stress testing  The proposal is one that is reasonable to support in some form
since it has clinical applicability  However, the study should NOT be undertaken with rofecoxib  MF-tricyclic
should be provided  A non-selective NSAID comparator should be included as a control arm in the experiments
(three arms in the study would probably suffice  placebo, MF-tricyclic and NSAID)  Darryl Patrick should be
asked for advice on the dose of MF-tricyclic that should be used

Decision:
Proposal approved subject to revision of the proposal to incorporate the above comments

Assignment:
IWR will clarify the dose of MF-tricyclic to be used in the rabbit model (with DP) prior to communicating with the
field

        I would appreciate if you could advise me on the most suitable dose of MFT so that I can communicate with the
investigator etc and get the project moving
I appreciate your sage advice as always
regards,

Confidential   Subject To Protective Order

MRK-AEH0016618

Ian
Ian W  Rodger,
Senior Medical Director
Mail Drop WS2BC-05
Tel# (908) 423-4110
Fax# (908) 423-1797
E-mail. ian_rodger@merck.com

Attachments:

SOP_preparation of drug in methocel_0.5% doc

Confidential - Subject To Protective Order

MRK-AEH0016619



12135302

Aug 21 2006
9:54PM

# EXHIBIT Z

REPORTS

# COX-2–Derived Prostacyclin Confers Atheroprotection on Female Mice

Karine M. Egan,[1] John A. Lawson,[1] Susanne Fries,[1]
Beverley Koller,[2] Daniel J. Rader,[1] Emer M. Smyth,[1]
Garret A. FitzGerald[1]*

Female gender affords relative protection from cardiovascular disease until the menopause. We report that estrogen acts on estrogen receptor subtype alpha to up-regulate the production of atheroprotective prostacyclin, $PGI_2$, by activation of cyclooxygenase 2 (COX-2) This mechanism restrained both oxidant stress and platelet activation that contribute to atherogenesis in female mice. Deletion of the $PGI_2$ receptor removed the atheroprotective effect of estrogen in ovariectomized female mice. This suggests that chronic treatment of patients with selective inhibitors of COX-2 could undermine protection from cardiovascular disease in premenopausal females.

Age-dependent increases in cardiovascular disease are less pronounced in women than in men, but this difference narrows after the menopause (1). Estrogen ($E_2$) retards atherogenesis in models (2) and improves endothelial function in hyperlipidemic women (3) However, the mechanisms of atheroprotection are largely unknown.

The prostaglandin $PGI_2$ exhibits properties of relevance to atheroprotection, inhibiting platelet activation, vascular smooth muscle contraction and proliferation (4),

leukocyte–endothelial cell interactions (5), and cholesteryl ester hydrolase (6) $PGI_2$ analogs retard atherogenesis (7), and atherosclerotic lesions exhibit a decreased capacity to produce $PGI_2$ ex vivo (8) Cyclooxygenase 2 (COX-2), expressed in vascular endothelial cells (9), catalyzes prostaglandin endoperoxide formation from arachidonic acid This is subsequently transformed to $PGI_2$ by $PGI_2$ synthase (PGIS), a process that occurs in endothelial cells (10) Selective COX-2 inhibitors depress $PGI_2$ metabolite excretion (11). Inhibition of the COX-2–PGIS pathway may have particular relevance to atheroprotection in females because $E_2$ increases COX-2 expression in vascular tissues and augments $PGI_2$ production in vitro (12).

Mice lacking the low density lipoprotein (LDL) receptor (LDLR KO) were examined to address the role of $PGI_2$ in gender-dependent atheroprotection; males develop atherosclerosis more rapidly than females (13) No differences

[1]The Institute for Translational Medicine and Therapeutics, University of Pennsylvania, PA 19104, USA [2]Department of Medicine. University of North Carolina, NC 27599, USA.

*To whom correspondence should be addressed
E-mail: garret@spirit gcrc.upenn edu



**Fig. 1.** Increased atherosclerosis and thromboxane (Tx) biosynthesis in IP/LDLR DKO female mice. (A and B) Representative en face aortae approximately equal to the mean % lesion area for each group are shown. (C and D) Percentage aortic lesion areas (stained red) in female and male LDLR KO and IP/LDLR DKO mice showed no significant difference between male IP/LDLR DKO and LDLR KO mice fed a high-fat diet for similar durations. IP deletion accelerated atherosclerosis at both time points in female mice only. IP/LDLR DKO females have a greater % lesion area (*$P < 0.001$ versus LDLR KO at 3 months. #$P < 0.05$ at 6 months). Data are given as the mean ± SEM, $n = 10$ to 13 mice per group. (E) Excretion of urinary 2,3-dinor $TxB_2$ (Tx-M) in LDLR KO and IP/LDLR DKO mice at baseline and after being fed a high-fat diet for 3 and 6 months. Coincidental IP deletion increases Tx-M excretion in female mice ($F = 14.83, P < 0.001$) Pairwise comparisons reveal significant differences at baseline (*$P < 0.05$) and at 3 months (**$P < 0.01$). (F) Male IP/LDLR DKO mice do not have elevated Tx-M biosynthesis at baseline, but upon being fed a high-fat diet, show a significant increase (all males: $F = 6.14, P < 0.01$; all females: $F = 8.17, P < 0.01$). This is accounted for by a difference after 3 months (**$P < 0.01$) Data are given as the mean ± SEM. $n = 10$ to 13 mice per group.

in plasma total cholesterol or high density lipoprotein (HDL) cholesterol were observed among groups (table S1) Body weight increased as the animals aged, but there were no differences with genotype En face aorta analyses showed that the extent of atherosclerosis was greater at 3 and 6 months in males than in females (Fig 1, A and B) Female mice lacking both the PGI₂ receptor (IP) and the LDLR (IP/LDLR DKO) developed greater aortic lesions than LDLR KO females after 3 months (5 6 ± 1 1% versus 2.2 ± 0.2%) and 6 months (23.2 ± 1.4% versus 15.0 + 1 2%) This effect was gene dose dependent (Fig 1C) and was not observed in male mice (Fig 1D). There was a trend of greater lesion area in the IP/LDLR KO males than in LDLR KO males (5 95 ± 1 1%, *n* =12,

versus 3 83 ± 0 5%, *n* =12) at 3 months, but this did not attain significance and was not evident at 6 months.

Platelet activation facilitates early atherogenesis and is reflected by the presence of the thromboxane metabolite 2,3-dinor TxB₂ (Tx-M) in urine. Urinary Tx-M levels in urinary Tx-M in response to vascular injury (*4*) and increased urinary Tx-M in IP/LDLR DKO mice, compared to LDLR KO mice (Fig. 1, E and F). This effect was evident in both genders at 3 months. Although urinary Tx-M was higher in male than in female LDLR KO mice (32 8 ± 3 2 versus 20 5 ± 3 0 ng/mg creatinine), additional deletion of the IP elevated Tx-M excretion in females to exceed those in male IP/LDLR DKO mice at baseline Thus, PGI₂ decreases the plate-

let activation that accompanies early atherogenesis in female mice.

Oxidative stress increases lipid peroxidation, an effect reflected by the increased excretion of urinary isoprostanes (IPs) (*14*). One of the most abundant IPs in urine, 8,12-iso-iPF₂α-VI, increased in LDLR KO mice during atherogenesis (Fig. 2). Although IP deletion had no effect in male IP/LDLR DKO mice ($F = 1$ 77, $P > 0$ 2) (Fig. 2A), its absence increased lipid peroxidation in female IP/LDLR DKO mice ($F = 15$ 8, $P < 0.0005$). This was particularly evident at baseline (8.7 + 2 6 versus 2 8 ± 0.3 ng/mg creatinine, $P < 0.05$) and at 3 months (8.8 ± 1 1 versus 2.8 ± 0 4 ng/mg creatinine, $P = 0$ 001) (Fig. 2B), indicating that PGI₂ serves an antioxidant function in female LDLR KO mice prior to, and at initiation of, atherogenesis.

Given the importance of oxidant stress in atherogenesis (*14*), we examined the effect of PGI₂ in cultured mouse aortic smooth muscle cells (MASMCs) exposed to hydrogen peroxide (H₂O₂) (*15*) This treatment increased PGI₂ synthesis (*16*) and lipid peroxidation, and the latter was augmented by IP deletion (Fig 2C). COX-2 expression was not affected (*16*). H₂O₂ treatment increased reactive oxygen species in MASMCs, as shown by the fluorescent probe dichlorofluorescein (*17*) Absence of IP expression increased this effect (Fig. 2D), suggesting that IP modulates oxidant stress under basal conditions. Cicaprost (100 nM), an IP agonist, limited the response of MASMCs to H₂O₂ with subsequent reduction of lipid peroxidation (fig S1A) but did not affect unstimulated cells. Cicaprost also increased expression of the antioxidant heme oxygenase 1 (HO1) in an IP-dependent manner (Fig 2E), whereas IP deletion decreased aortic HO1 expression in female IP/LDLR DKO mice (Fig 2F).

MASMCs subjected to long-term E₂ exposure (10⁻⁸ M, 18 hours) were examined to determine whether E₂ alters the antioxidant effect of PGI₂ (*15*) E₂ stimulated COX-2 expression and PGI₂ formation as reflected by an increase in the PGI₂ hydrolysis product, 6-keto PGF₁α (from 2 4 ± 0.31 to 3 8 ± 0 38 ng/mg protein; *P < 0.05) Pretreatment of cells with E₂ (10⁻⁸ M, 18 hours) attenuated the response to H₂O₂, as reflected by diminished release of the iP (Fig 3B), whereas direct coincubation of H₂O₂ with E₂ had no effect (*16*). E₂ administration (2 or 8 μg/day for 7 days) to ovariectomized LDLR KO mice increased PGI₂ biosynthesis, as reflected by increased excretion of the urinary PGI₂ metabolite 2,3-dinor 6-keto PGF₁α (PGI-M) (Fig. 3C) (** $P < 0.01$ and *P < 0 05, respectively, versus their own respective baseline controls) and depressed urinary iP (Fig. 3D) (*P < 0 05) Similarly, E₂

Fig. 2. Increased oxidant stress in female IP/LDLR DKO mice and an antioxidant effect of the IP in vitro. Urinary 8,12-iso-iPF₂α-VI levels in (A) male and (B) female LDLR KO and IP/LDLR DKO mice. Urine collections were performed at 24-hour intervals before (baseline) and during (3 and 6 months) atherogenesis. Analysis of variance reveals a significant effect of IP deletion on lipid peroxidation in female ($F = 15.82$, $P < 0.001$) but not male LDLR KO mice ($F = 2.70$, $P = 0.1082$). Elevation in iP generation in female IP/LDLR DKO mice was evident at baseline (*P < 0.05) and at 3 months (**P < 0.01). Data are given as the mean ± SEM; n = 5 to 8 mice per group. (C) Increased oxidative stress in mouse aortic smooth muscle cells (MASMCs) lacking the IP. IP KO MASMCs show an exaggerated oxidative response to H₂O₂ exposure (30 min. 100 μM) [**P < 0.001 compared to wild-type (WT) MASMCs]. (D) As shown with the fluorescent probe, dichlorofluorescein, IP KO MASMCs were more fluorescent than WT MASMCs before and after stimulation with 100 μm H₂O₂. (E) Cicaprost (100 nm, 8 hours) treatment increases HO1 protein expression in WT MASMCs but not in IP KO MASMCs (*P < 0.05). (F) HO1 protein expression is attenuated in IP/LDLR DKO atherosclerotic aortas (*P < 0.05).

(3 μg/day for 7 days) administration to ovariectomized wild-type mice (C57B16) increased urinary PGI-M and depressed excretion of the iP (16). When MASMCs were treated with agonists selective for $E_2$ receptor α (ERα) (propyl pyrazole triol, PPT) (18) and ERβ (WAY-200070) (19), only the ERα-selective agonist increased 6-keto $PGF_{1α}$ (Fig. 3F) (**$P < 0.05$) Furthermore, $E_2$ (0.5 μg/day for 7 days) increased urinary PGI-M in female ERβ KO mice but not in female ERα KO mice (Fig. 3F). Thus, estrogen increases $PGI_2$ biosynthesis by activating ERα



Fig. 3. $E_2$ increases $PGI_2$ biosynthesis in vitro and in vivo. (A) $E_2$ increased COX-2–mediated $PGI_2$ production from WT MASMCS exposed to $E_2$ ($10^{-8}$ M, 18 hours). $PGI_2$ production was measured in the conditioned medium as 6-keto $PGF_{1α}$. Values are expressed as fold over basal increase in 6-keto $PGF_{1α}$ (pg/mg protein) (*$P < 0.05$) (B) Pretreatment with $E_2$ mediates an antioxidant effect on $H_2O_2$-induced oxidant injury The increase in iP generation from WT MASMCs exposed to 100 μM $H_2O_2$ (30 min) was attenuated when cells were preincubated with $10^{-8}$ M $E_2$ for 18 hours (*$P < 0.05$). Treatment with $10^{-8}$ M $E_2$ alone does not significantly alter iP generation from MASMCs. (C) Subcutaneous $E_2$ administration increases urinary $PGI_2$ biosynthesis in ovariectomized LDLR KO mice (2 μg/day; **$P < 0.05$; 8 μg/day; *$P < 0.05$, coincident with (D) diminished urinary iP (2 μg/day: *$P < 0.05$; 8 μg/day: *$P < 0.05$) (E) An ERα-selective agonist (1.0 μM) elevates $PGI_2$ biosynthesis in MASMCs (**$P < 0.01$, fold over basal) (F) $E_2$ fails to increase $PGI_2$ biosynthesis in ovariectomized ERα KO mice $E_2$ increases $PGI_2$ biosynthesis in ERβ KO mice (**$P < 0.05$). Data are given as the mean ± SEM. n = 6 to 10 mice per group.

LDLR KO, IP/LDLR DKO and IP/LDLR DKO mice were bilaterally ovariectomized to assess the atheroprotective effect of exogenous $E_2$ in the absence of $PGI_2$. One week after surgery, mice began feeding on a high-fat diet in the absence or presence of exogenous $E_2$ (8 μg/day) (15) After 3 months, aortic lesion area was significantly increased in the IP/LDLR DKO compared to the LDLR KO females (Fig 4) $E_2$ significantly reduced lesion burden (by ~80%) in LDLR KO female mice (Fig. 4A) However, coincidental deletion of the iP reduced this effect significantly ($P < 0.0001$) to 32%.

Rofecoxib, a selective inhibitor of COX-2, was withdrawn from clinical use when a placebo-controlled trial revealed an increase in myocardial infarction and stroke (20). These patients were initially at low cardiovascular risk, and the hazard was detected after 18 months of treatment Selective inhibitors of COX-2 depress $PGI_2$, but not platelet COX-1–derived $TxA_2$, which affords a mechanism whereby they might elevate blood pressure, accelerate atherogenesis, and augment the thrombotic response to plaque rupture (5, 21, 22). Depression of $PGI_2$ may accelerate atherogenesis by multiple mechanisms, including augmenting platelet and neutrophil interactions with the vasculature (4, 5). $PGI_2$ also exerts an antioxidant effect, which may retard atherogenesis (14) iP deletion augments lipid peroxidation, whereas its overexpression in human embryonic kidney cells has the opposite effect (fig. S1B). An antioxidant role for $PGI_2$, which may reflect induction of HO1, is consistent with exacerbation of reperfusion injury by iP deletion (23).

Although extrapolation of results in mice to humans is performed with caution, the experience with rofecoxib has focused attention on the role of atherogenesis in transformation of cardiovascular risk during chronic treatment with selective inhibitors of COX-2 (20) We reveal a substantial contribution of ERα-mediated, COX-2–derived $PGI_2$ to atheroprotection in female LDLR KOs. This finding raises concern about the use of COX-2 inhibitors in juvenile arthritis, a disease that predominantly affects females It may also have implications for the design and interpretation of trials of hormone-replacement therapy



Fig. 4. The atheroprotective effect of estrogen is significantly reduced in the absence of the iP. (A) The atheroprotective effect of a subcutaneous regimen of $E_2$ (8 μg/day) in ovariectomized LDLR KO mice (***$P < 0.001$) is constrained in IP/LDLR DKO females. As expected, the % lesion area is greater in IP/LDLR DKO females than in LDLR KO females (*$P < 0.05$) (B) Representative en face aortas approximately equal to the mean % lesion area (stained red) are shown. Data are given as the mean ± SEM. n = 11 to 19 mice per group.

**References and Notes**

1. I I Goldstand, V Wynn, D Crook, N E Miller, *Am. Heart J.* 114, 1467 (1987)
2. P A Bourassa, P M Milos, B J Gaynor J L Breslow, R J Aiello, *Proc Natl Acad. Sci U S A* 93, 10022 (1996).
3. P Collins et al , *Circulation* 92 24 (1995)
4. Y Cheng et al , *Science* 296, 539 (2002)
5. T Kobayashi et al *J Clin Invest.* 114, 6 784 (2004)

REPORTS

6. R. J. Gryglewski, S. Chlopicki, J. Swies, P. Niezabitowski, Ann. N.Y. Acad. Sci. 748, 194; discussion 206–7 (1995)
7. M. C. Kowala et al. Arterioscler. Thromb. 13, 435 (1993).
8. H. Sinzinger et al. Thromb. Haemostasis 42, 803 (1979)
9. J. N. Topper, J. Cai, D. Falb, M. A. Gimbrone Jr. Proc. Natl. Acad. Sci. U.S.A. 93, 10417 (1996)
10. S. Moncada, R. Gryglewski, S. Bunting, J. R. Vane. Nature 263, 663 (1976)
11. B. F. McAdam et al. Proc. Natl. Acad. Sci. U.S.A. 96, 272 (1999)
12. P. Akarasereenont, K. Techatraisak, A. Thaworn, S. Chotewuttakorn, Inflamm. Res. 49, 460 (2000).
13. R. K. Tangirala, E. M. Rubin, W. Palinski. J. Lipid Res. 36, 2320 (1995)
14. D. Pratico, R. K. Tangirala, D. J. Rader, J. Rokach, G. A. FitzGerald, Nat. Med. 4, 1189 (1998)
15. Materials and methods are available as supporting material on Science Online
16. K. M. Egan et al. data not shown
17. T. Munzel, I. B. Afanas'ev, A. L. Kleschyov, D. G. Harrison, Arterioscler. Thromb. Vasc. Biol. 22, 1761 (2002)
18. H. A. Harris, J. A. Katzenellenbogen, B. S. Katzenellenbogen, Endocrinology 143, 4172 (2002).
19. E. M. Malamas et al. J. Med. Chem. 47, 5021 (2004)
20. G. A. FitzGerald, N. Engl. J. Med. 351, 17, 1709 (2004)
21. J. Mardia et al. Nature 388, 678 (1997)
22. Q. Zhonghun et al. J. Clin. Invest. 110, 1, 61 (2002)
23. C. Y. Xiao et al. Circulation 104, 2210 (2001)
24. We thank H. Ischiropoulos and D. Fries (Children's Hospital of Philadelphia) for assistance. G.A.F. is on the Arenia Advisory Board for Merck and has consulted

for or received grant support from Bayer, Boehringer Ingelheim, CV Therapeutics, GlaxoSmithKline, Johnson and Johnson, Merck, Nitrox, Novartis, Portola Pharmaceuticals, Pfizer, and Pharmacia/Searle in the past 5 years. this work was supported by grants from the NIH (HL70128 and HL62250)

Supporting Online Material
www.sciencemag.org/cgi/content/full/1103333/DC1
Materials and Methods
Fig. S1
Table S1

28 July 2004; accepted 3 November 2004
Published online 18 November 2004;
10.1126/science.1103333
Include this information when citing this paper.

# Host-Parasite Coevolutionary Conflict Between *Arabidopsis* and Downy Mildew

Rebecca L. Allen,[1] Peter D. Bittner-Eddy,[1]
Laura J. Grenville-Briggs,[1]* Julia C. Meitz,[1]
Anne P. Rehmany,[1] Laura E. Rose,[2] Jim L. Beynon[1]†

Plants are constantly exposed to attack by an array of diverse pathogens but lack a somatically adaptive immune system. In spite of this, natural plant populations do not often suffer destructive disease epidemics. Elucidating how allelic diversity within plant genes that function to detect pathogens (resistance genes) counteracts changing structures of pathogen genes required for host invasion (pathogenicity effectors) is critical to our understanding of the dynamics of natural plant populations. The *RPP13* resistance gene is the most polymorphic gene analyzed to date in the model plant *Arabidopsis thaliana*. Here we report the cloning of the avirulence gene, *ATR13*, that triggers *RPP13*-mediated resistance, and we show that it too exhibits extreme levels of amino acid polymorphism. Evidence of diversifying selection visible in both components suggests that the host and pathogen may be locked in a coevolutionary conflict at these loci, where attempts to evade host resistance by the pathogen are matched by the development of new detection capabilities by the host.

Disease resistance in plants is a complex process that provides many potential barriers to pathogen invasion. Among the plant's defense arsenal are the disease resistance (*R*) genes, whose products trigger defense responses, such as localized host cell death, when challenged with pathogen isolates carrying matching avirulence genes (*1*). The largest class of *R* genes encodes proteins containing intra- or extracellular leucine-rich repeat (LRR) domains. LRR domains have been implicated in protein:protein interactions (*2*). However, direct interaction between an

[1]Warwick, HRI University of Warwick, Wellesbourne, Warwick, CV35 9EF, UK. [2]Department of Evolutionary Biology, University of Munich, Großhademerstrasse 2, 82152 Planegg-Martinsried, Germany.

*Present address: College of Life Sciences and Medicine, University of Aberdeen IMS, Foresterhill, Aberdeen, AB25 2ZD, UK
†To whom correspondence should be addressed. E-mail: jim.beynon@warwick.ac.uk

avirulence protein and its cognate R protein has been demonstrated in only a few host/pathogen systems (*3, 4*).

Avirulence genes have been cloned from the fungal plant pathogens *Cladosporium fulvum* (*5–7*), *Magnaporthe grisea* (*8*), and *Melampsora lini* (*9*), but apart from the chitin-binding capacity of the Avr4 protein from *C. fulvum* (*10*), their roles in pathogenicity are unknown. We have recently shown the *RPP13* (Recognition of *Peronospora parasitica 13*) resistance gene from *Arabidopsis thaliana* to be the most polymorphic gene so far analyzed in this species (*11*). *RPP13* encodes a CC:NB:LRR (coiled coil: nucleotide-binding site:leucine-rich-repeat) protein, predicted to be cytoplasmically located, and the extreme variability of the protein was shown to reside within the LRR domain (*11, 12*). This is consistent with the LRR domain experiencing diversifying selection. One selective agent could be a

pathogen species exhibiting comparable levels of polymorphism in the avirulence protein detected via RPP13. From the plant's perspective, there are two basic outcomes of a coevolutionary conflict: either a selective sweep in which a single allele of a resistance gene reaches high frequency in the plant population or balancing selection, in which a diverse cohort of resistance gene alleles is stably maintained (*13*). The large number (19 among 24 *Arabidopsis* accessions) of diverse alleles present at the *RPP13* locus implies that it is subject to balancing selection (*11*). Haldane's theory (*14*) suggests that coevolution of host and pathogen could lead to the maintenance of variation in both organisms. The interaction between *Arabidopsis* and the biotrophic oomycete *Hyaloperonospora parasitica* (formally *Peronospora parasitica*) is an excellent system in which to study such coevolution because both organisms coexist in extensive naturally occurring populations (*15*). Therefore, concomitant with extreme *RPP13* gene diversity, we hypothesize that balancing selection on the pathogen gene products recognized by these *R* genes [*ATR13* (*Arabidopsis thaliana recognised 13*)] would also result in the maintenance of a highly polymorphic population of *ATR13* alleles. Here we report the cloning of *ATR13* and show that it is indeed under intense diversifying selection consistent with host/parasite conflict occurring between these two species. Both *ATR13* and *RPP13* are subject to balancing selection.

We previously isolated a range of *H. parasitica* genes [*Ppat* (*Peronospora parasitica in Arabidopsis thaliana*)] that were up-regulated on infection of *Arabidopsis* (*16*). Mapping of the *Ppat* sequences among 206 F$_2$ progeny of a cross between *H. parasitica* isolates Maks9 (predicted to contain *ATR13*) and Emoy2 (predicted to contain *atr13*) revealed cosegregation of a single-copy gene, *Ppat17*, and *ATR13* (*17*). Therefore, *Ppat17* was an *ATR13* candidate.

Because no mechanism of genetic transformation has been established for *H. parasitica*, we developed a functional assay for *ATR13* recognition based on a biolistic ap-