

12135302

Aug 21 2006
9:54PM

# EXHIBIT AA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06CV00485 |

**DECLARATION OF DOUGLAS P. ZIPES, M.D. IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT MERCK & CO., INC. ("MERCK") ORDER
EXCLUDING OPINION TESTIMONY BY PLAINTIFF'S EXPERTS THAT VIOXX
ACCELERATES ATHEROSCLEROSIS**

I, Douglas P. Zipes, M.D. declare that:

## I.    Background and Qualifications

I received my Bachelor of Arts degree cum laude from Dartmouth College in 1961, and my medical degree (M.D.) cum laude from Harvard Medical School in 1964. I performed postgraduate training in internal medicine (1964-1966) and cardiology (1966-1968) at Duke University Medical Center, Durham, North Carolina. From 1968-1970, I was in the United States Navy from which I was discharged at the rank of Lieutenant Commander. I joined Indiana University School of Medicine as an Assistant Professor of Medicine in 1970, and became Professor of Medicine in 1976. I also became Professor of Pharmacology and Toxicology in 1993. In 1994, I became Distinguished Professor, the university's highest award for academic accomplishment. In 1995, I became Director of the Division of Cardiology at the

1

Krannert Institute of Cardiology, a post I held until 2004, when I became Emeritus. Despite the latter, I continue to see patients and consult with many physicians on difficult patient problems. I attend conferences, teach and interact with members of the Division, and house staff. (Attached hereto as Exhibit A is a copy of my curriculum vitae.)

My principal areas of research and clinical activities focus on cardiac electrophysiology (heart rhythm problems). I also take care of patients with the entire spectrum of cardiac diseases, including atherosclerosis, hypertension, heart failure, acute and chronic myocardial infarction (MI), lipid abnormalities, heart muscle abnormalities, and thromboembolic problems. Many of my patients are elderly with the need for therapy.

I have published over 750 medical articles and 18 textbooks. I am the co-editor of Zipes/Jalife Cardiology Electrophysiology, From Cell to Bedside (2004, presently in its fourth edition) and a co-editor of Braunwald's Heart Disease, a Textbook of Cardiovascular Medicine (2005, presently in its seventh edition). Each is regarded as the authoritative text in heart rhythm disorders and in general cardiology, respectively.

I am a member of numerous societies including the American Society for Clinical Investigation and the Association of American Physicians, both of which have very stringent acceptance qualifications. I have been a consultant to the American Medical Association, Department of Drugs, 6 times. I am past president of the Association of University Cardiologists and of the Cardiac Electrophysiology Society. I have consulted for, and been on review committees of, the Veterans Administration, the American Heart Association (AHA), and the National Heart, Lung, and Blood Institute (NHLBI) of the National Institutes of Health (NIH). I have just agreed to serve on the Arrhythmia Advisory Committee to the Director of the NHLBI.

For the North American Society of Pacing and Electrophysiology (NASPE) [now called

the Heart Rhythm Society (HRS)], which is the largest group of heart rhythm experts in the world, I was a founding member in 1980, served in many roles and became President 1989-1990. I am the founding Editor-in-Chief of the HRS journal (see below).

For the American Board of Internal Medicine (ABIM) (the organization that writes all of the examinations for medicine and the sub-specialties which a physician must pass to call him/herself Board Certified), I was chair of the Clinical Cardiac Electrophysiology Test Committee which wrote the first (and subsequent two) examinations in clinical cardiac electrophysiology; Chair of the Subspecialty Board on Cardiovascular Disease, which wrote the examinations dealing with all of cardiology; Chairman of the Committee on Subspecialty Internal Medicine (dealing with issues of all of internal medicine); and ultimately Chairman of the entire ABIM (2002-2003).

For the American College of Cardiology (ACC) (33,000 cardiology members worldwide), I have held multiple roles since 1975, becoming a member of the Board of Trustees (1992-1997 and again 1999-2005); Chairman of the Nominating Committee on two separate occasions; Chairman of the Development Committee; Vice President, President-Elect; and then President (2001-2002). I became a Master of the ACC in 2002 (highest membership category). Presently, I am Co-Chair of the ACC/AHA/European Society of Cardiology (ESC)/HRS Ventricular Arrhythmia and Sudden Cardiac Death Guideline Committee, charged with writing guidelines on how to care for patients with heart rhythm problems. I was also a member of the Ethics Committee and chaired the Task Force on Legal Expert Testimony.

I am a member of the editorial boards of more than 15 cardiology journals; and have reviewed articles for other general medical journals, such as the New England Journal of Medicine (NEJM) and Journal of the American Medical Association. I have been Editor-in-

Chief of Progress in Cardiology, and Founding Editor-in-Chief of Contemporary Treatments in Cardiovascular Disease and Cardiology in Review. I was the Founding Editor-in-Chief of the Journal of Cardiovascular Electrophysiology (1989-2004), and in 2004, I became Founding Editor-in-Chief of the journal, Heart Rhythm, which is the official journal of the HRS.

I have received many awards, but will mention only a few. From the AHA I received the Distinguished Achievement Award (1989), the Herrick Award (1997), and the Cor Vitae Award (2004). These awards have been for distinguished contributions to our knowledge base of clinical cardiology and patient care. I have received the Distinguished Scientist Award from the NASPE/HRS (1995) and from the ACC (1996). These awards have recognized my research contributions to both basic and clinical cardiology. In 2001, I received the "Sagamore of the Wabash" from the Governor of Indiana, Frank O'Bannon, the highest honor bestowed upon a citizen of Indiana. On June 2, 2004, the Honorable Baron P. Hill, House of Representatives, read a tribute about me into the Congressional Record. To celebrate my tenure as Division Chief, the following were endowed: the Medtronic Zipes Chair in Cardiology, and the Joan and Douglas Zipes Visiting Professorship at Indiana University School of Medicine; the Douglas P. Zipes, M.D. Lectureship given annually at the HRS Sessions; and the Douglas P. Zipes, M.D., Distinguished Young Scientist Award given annually at the ACC Scientific Sessions.

I have lectured all over the world, and have consulted for industry, primarily pharmaceutical and medical device companies.

I have participated in multiple clinical trials, both as an investigator and in a leadership role. I was the Chairman of the Planning Committee, Steering Committee, Executive Committee and principal investigator of the Antiarrhythmics Versus Implantable Defibrillator study for the NHLBI. It is the largest secondary prevention trial comparing implantable cardioverter

defibrillators (ICD) with antiarrhythmic drug therapy.  I was the Chairman of the Data and Safety Monitoring Board (DSMB) of Atrial Fibrillation Follow-up of Rhythm Management trial (1996-2002) that tested whether drugs to control the heart rate were superior to drugs that maintained sinus rhythm.  I was on the Executive Committee of the Sudden Cardiac Death in Heart Failure Trial (SCD-HeFT) (1998-2004) that tested the prophylactic benefit of the ICD versus drugs.  I am a member of the External Safety and Efficacy Monitoring Committee of the Atrial Fibrillation and Congestive Heart Failure trial for the Institute de Cardiologie de Montreal (2001-present).  I will be the Chairman of the DSMB of an upcoming trial on the Chronicle, a heart failure monitoring device manufactured by Medtronic.

I have published on the impact of prostacyclin generation on arrhythmia development, (Prostaglandins in the Pericardial Fluid Modulate Neural Regulation of Cardiac Electrophysiologic Properties, Circulation Research 66:163,1990; Pericardial Prostaglandin Biosynthesis Prevents the Increased Incidence of Reperfusion-Induced Ventricular Fibrillation Produced by Efferent Sympathetic Stimulation in Dogs, Circulation 82; 1008,1990; Prostaglandin Modulation of Early After Depolarizations and Ventricular Tachyarrhythmia Induced by Cesium Chloride Combined with Efferent Cardiac Sympathetic Stimulation in Dogs, Journal of the American College of Cardiology 16:1287, 1990).

I am a Fellow of the: AHA, HRS, ESC, American College of Physicians, and Master of the American College of Cardiology.  In 2007, I will receive an honorary Fellowship of the Argentine Cardiology Association.  I am Board Certified in Internal Medicine and Cardiovascular Diseases and was Board Certified (until 2005) in Clinical Cardiac Electrophysiology.

## II.   Opinions:

My expert deposition was taken in the above-entitled matter on June 9, 2006 wherein I was questioned by counsel for Merck regarding the bases for my opinions, and as it relates to this motion, what studies I rely upon which demonstrate that Vioxx causes atherosclerosis or acceleration of atherosclerosis.  As the court can see below, I was asked to list studies I relied upon.  I will follow-up the deposition excerpts with content and methodology from the studies.

Merck attached the following testimony to its motion:

85
17  Q   What studies, sir, do you say demonstrates that
18  Vioxx causes atherosclerosis or acceleration of
19  atherosclerosis?
20       MR  ROBINSON: Go to your notes.  It is not a
21  memory test.
22  BY MR. GOLDMAN:
23    **Q   I just want you to tell me the studies.  I**
24  **don't want you to tell me what their findings are.**
25       **I just want you to tell me what studies in**

86
1  **animals or in humans you say show that Vioxx causes**
2  **atherosclerosis or a progression of atherosclerosis?**
3    A   We can start with two clinical studies that I
4  think are extremely supportive and those are the
5  long-term APPROVe and 078 --
6    Q   What else?
7    A   -- because they had intention to treat so --
8  you don't want me to go into that?
9    Q   Right.  **Just identify the studies.**
10   A   Okay.  Egan, Rudic, Kobayashi, Grosser, Chang,
11  Bulut -- excuse me, the latter may not relate to
12  artherosclerosis.
13       The one by Bulut relates to the PGI-2 having a
14  vasodilatory effect.
15       Review article by Antman   Review article by
16  Fitzgerald.  The Rott/Epstein article, an article by
17  Walter -- several articles by Fitzgerald, Murata,
18  Pigeon, Buerkle.

87

6

25      Am I right that one opinion that you plan to

                          88
1   give is that Vioxx causes heart attacks; right?
2      A   Yes.
3      Q   Another is that Vioxx is the only conceivable
4   cause of Mr. Barnett's heart attack by accelerating the
5   progression of his atherosclerosis?
6      A   Yes.


                          99
15   Q   Are you aware of any studies in animals or
16   humans that suggest that Vioxx does not cause
17   atherosclerosis or its progression?
18      A   Yes.
19      Q   Like what?
20      A   One is by Oates.  And they suggested that it
21   may be the timing as well as the duration of COX-2
22   inhibition that might affect the development of
23   atherosclerosis.
24      Q   Are there other animal or human studies, sir,
25   other than Oates that suggests that Vioxx does not cause

                          100
1   atherosclerosis or its progression?
2      A   Yes, I can't really cite them to you, but yes.
3      Q   Did you include those in your report?
4      A   I included Oates and I may have included one or
5   two of the others.

                          102
2      Q   Yes.  What evidence in the VIGOR study actually
3   showed that Vioxx increased the progression of
4   atherosclerosis in the patients of that study?
5      A   They developed infarcts.
6      Q   Is that the only way?
7      A   Well, they did not have serial stress tests or
8   angiograms, so that would be the only way.  In that
9   particular trial, they had a 5- to 1 infarct ratio
10   between Vioxx and Naproxen.  So --
11      Q   And you think -- I'm sorry.
12      A   So there is no other explanation really other
13   than there is an increase in atherosclerosis.  And the
14   process that goes on to plaque rupture, thrombosis, et
15   cetera.

                          7

16    Q   Are you aware of any article, sir, that
17  interpreted the VIGOR results and said the reason for
18  the difference in heart attacks was because Vioxx
19  increases the progression of atherosclerosis?
20    A   I don't know if they stated it in that fashion.

104

15    Q   Is it your opinion that Vioxx continued to
16  accelerate the plaque in Mr. Barnett's arteries after he
17  had his heart attack?
18    A   Absolutely.
19    Q   What is your basis for that?
20    A   At the July '03 stress test, Mr. Barnett had no
21  fixed lesion, no wall motion abnormality, and an area of
22  apical or mild lateral decrease in the fusion.
23        On May 2nd, 2006, Mr. Barnett now has an area
24  of fixed defect with anterior wall ischemia, wall motion
25  abnormalities.  And by echo -- which is the first echo

105

1   that he has had, so we don't have comparisons -- he has
2   got significant scar and wall motion abnormalities.
3         He has got left atrial enlargement.  He has got
4   a right ventricular pressure that is borderline
5   elevated.  He has got right ventricular systolic
6   dysfunction.  And by the CT angiogram and occluded
7   graft -- vein graft and new lesions in his right
8   coronary artery, that were not seen in the
9   catheterization on September 9, 2002, so he has
10  significantly advanced coronary atherosclerosis with
11  myocardial scar since his heart attack -- since his Q
12  wave heart attack.
13    Q   Have you finished telling me the basis for why
14  you think Mr. Barnett -- Mr. Barnett's atherosclerosis
15  progressed because of Vioxx after his heart attack?
16    A   No, I am not finished.
17        He has reduced exercise tolerance in that he
18  walks 9 1/2 minutes versus the 14 and 15 minutes he was
19  able to do on prior stress tests.
20        He has abnormal left ventricular relaxation
21  which is diastolic dysfunction by echo.  So the echo
22  report shows left circumflex wall motion abnormalities,
23  right coronary wall motion abnormalities; abnormal left
24  ventricular diastolic dysfunction; left atrial
25  enlargement; right ventricular systolic pressure 30- to

8

106

1  35, that I mentioned earlier; and then the significant
2  wall motion abnormalities of hypokinesia in the
3  mid-lateral and basal lateral left ventricle, severe
4  hypokinesia in the basal posterior and basal anterior
5  walls of his ventricle.
6         So he has significant myocardial and coronary
7  disease that has advanced from his myocardial infarction
8  in September of '02.
9      Q   Are you finished now telling me the basis?
10     A   I think so.
11     Q   Why do you think that Vioxx caused all of what
12 you just described and how is it that Vioxx would have
13 done that between July of 2003 and May of 2006?
14     A   We need to start back in January of 2000.
15 Because in January of 2000 -- January 24 -- Mr. Barnett
16 has a stress test and he walked 15 minutes on that
17 stress test.  He has by Cardiolite a mild area of
18 lateral ischemia.
19        And that is his only abnormality.  He has no
20 chest pain.  He has no ECG changes.  He has excellent
21 exercise tolerance.  He has normal blood pressure and
22 heart rate response, which tells me that he has mild
23 atherosclerosis and a risk assessment at that time by
24 multiple parameters.
25        And there are several equations that I actually

107

1  plugged him into, which showed that he has a risk of
2  myocardial infarction of 4 to 6 percent over 10 years.
3  So, at that time, he has got mild coronary disease
4  probably affecting one vessel.
5         In 32 months, he ends up with six vessel
6  coronary atherosclerosis and myocardial infarction.
7  And from that time until May of '06, he now has
8  significant wall motion abnormalities -- all of the
9  things that I just told you -- and that is accelerated
10 atherosclerosis.
11        In an individual, who has total lipid control
12 from the time he starts Lipitor, which is his major risk
13 factor -- we can argue about family history and whether
14 it played a role or not -- but his major risk factor is
15 elevated lipids and that is under total control.  There
16 is no other explanation for his accelerated
17 atherosclerosis than Vioxx.
18        Now, he stops Vioxx in September of '04.  We

9

19  now know from the APPROVe trial follow-up and from 078,
20  that article, that individuals exposed to Vioxx continue
21  to be at risk following cessation of Vioxx.
22      The only way to explain that which was
23  suggested by Merck's consultant Fitzgerald, who said you
24  ought to look at the follow up of the APPROVe trial, is
25  to say that Vioxx has anatomically altered the coronary

                                108

1  arteries by causing atherosclerosis.
2      And therefore, even stopping the drug, if it
3  indeed does do what Fitzgerald suggested, would show
4  increased risk following stopping the drug.
5      And then, in addition, Mr. Barnett takes Vioxx
6  for two years after his myocardial infarction. This, to
7  me, is absolute proof that Vioxx has caused the
8  accelerated atherosclerosis.

**Summary of Egan, Rudic, Kobayashi & Rott Studies**

It is important that I summarize relevant atherosclerosis findings in some of the articles I

referenced in my deposition.

1. **Karine M. Egan, John A. Lawson, Suzanne Fries, Beverley Koller, Daniel Rader, Emer M. Smyth, Garret A. FitzGerald   "Cox-2 Derived Prostacyclin Confers Atheroprotection on Female Mice"(*Science* 10 Dec 2004; Vol. 306, 1954-57)**

Abstract (excerpts): ...Deletion of the $PGI_2$ receptor removed the atheroprotective effect of estrogen in ovariectomized female mice. This suggests that chronic treatment of patients with selective inhibitors of COX-2 could undermine protection from cardiovascular disease in premenopausal females.

Discussion (excerpts):
(1954-7)
...The prostaglandin $PGI_2$ exhibits properties of relevance to atheroprotection, inhibiting platelet activation, vascular smooth muscle contraction and proliferation, leukocyte-endothelial cell interactions, cholesteryl ester hydrolase. $PGI_2$ analogs retard atherogenesis, and atherosclerotic lesions exhibit a decreased capacity to produce $PGI_2$ ex vivo. Cyclooxygenase 2 (COX_2) expressed in vascular endothelial cells, catalyzes prostaglandin endoperoxide formation from arachidonic acid. This is subsequently transformed to $PGI_2$ by $PGI_2$ synthesis, a process that occurs in endothelial cells. Selective COX-2 inhibitors depress $PGI_2$ metabolite excretion. Inhibition of the COX-2-PGIS pathway may have particular relevance to atheroprotection in females because $E_2$ increases COX-2 expression in vascular tissues and augments $PGI_2$ production in vitro.

                                10

...Selective inhibitors of COX-2 depress $PGI_2$, but not platelet COX-1 derived $TxA_2$, which affords a mechanism whereby they might elevate blood pressure, accelerate atherogenesis, and augment the thrombotic response to plaque rupture. Depression of $PGI_2$ may accelerate atherogenesis by multiple mechanisms, including augmenting platelet and neutrophil interactions with the vasculature. $PGI_2$ also exerts an antioxidant effect, which may retard atherogenesis. IP deletion augments lipid peroxidation, whereas its overexpression in human embryonic kidney cells has the opposite effect. An antioxidant role for $PGI_2$ which may reflect induction of HO1, is consistent with exacerbation of reperfusion injury by IP deletion...

...Although extrapolation of results in mice to humans is performed with caution, the experience with rofecoxib has focused attention on the role of atherogenesis in transformation of cardiovascular risk during chronic treatment with selective inhibitors of COX-2. We reveal a substantial contribution of ERα-mediated, COX-2 derived $PGI_2$ to atheroprotection in female LDLR KOs. This finding raises concern about the use of COX-2 inhibitors in juvenile arthritis, a disease that predominantly affects females. It may also have implications for the design and interpretation of trials of hormone-replacement therapy.

**2. R. Daniel Rudic, Derek Brinster, Yan Cheng, Susanne Fries, Wen-Liang Song, Sandra Austin, Thomas M. Coffman, Garret A. FitzGerald "Cox-2 Derived Prostacyclin Modulates Vascular Remodeling" (*Circ Res.* 2005; 96:1240-1247)**

Abstract (excerpts): ...Suppression of Cox-2 derived $PGI_2$ or deletion of IP profoundly influences the architectural response of the vasculature to hemodynamic stress. Mechanism based vascular remodeling may interact with a predisposition to hypertension and atherosclerosis in contributing to the gradual transformation of cardiovascular risk during extended periods of treatment with selective inhibitors of Cox-2...

Preface (excerpts):
(1240-1)
...Among the factors which might have contributed to acceleration of cardiovascular risk during that time are elevation of blood pressure and acceleration of atherogenesis, both of which may result from deletion of the receptor for $PGI_2$ (the IP) in genetically predisposed strains of mice. Indeed, blood pressure was elevated by 3-4 mm Hg as early as 1 month in patients receiving rofecoxib in APPROVe. Aside from initiation and early development of atherogenesis, little is known about how suppression of COX-2 dependent $PGI_2$ might condition the response of the vasculature to sustained stress, such as a rise in blood pressure. In this study we examine the effect of disrupting $PGI_2$ action in mouse models of transplant arteriosclerosis and vascular remodeling which preserve the integrity of the endothelium, either by removing the IP or by administration of nimesulide, a nonproprietary but commercially available COX-2 inhibitor which confers COX-2 selectivity comparable to that of celecoxib. We report that either deletion of the IP or administration of a COX-2 inhibitor induces vascular hyperplasia and remodeling of the vasculature while maintaining luminal geometry. Such perturbation of the relationship between vascular hemodynamics and structure may interact with

hypertension and atherogenesis to contribute to an emerging cardiovascular hazard in patients initially at low cardiovascular risk during extended therapy with selective inhibitors of COX-2...

Discussion (excerpts):
(1244-1246)
...Cox-2 is a major source of $PGI_2$ biosynthesis in humans. Depression of $PGI_2$ without a concomitant inhibition of $TxA_2$ has been suggested as a mechanism by which selective inhibitors of COX-2 might predispose individuals to cardiovascular hazard. The emergence of this risk in placebo controlled clinical trials involving three COX-2 inhibitors is compatible with such a class-based effect. Deletion of the IP predisposes mice to an exaggerated response to thrombotic stimuli and both modulate blood pressure and accelerate atherogenesis in genetically predisposed animals...

...Here under conditions of flow reduction, suppression of $PGI_2$ by nimesulide or disruption of its activity by IP deletion may have magnified the effects of hemodynamic-induced Tx formation.   $PGI_2$ acts as a constraint on oxidant stress, both in occlusion/reperfusion injury and as atherogenesis proceeds in genetically predisposed mice...

...Here, Tx biosynthesis increases with atherogenesis and is further increased by a structurally distinct COX-2 inhibitor.  Analogous to the experience with TP deletion, addition of a TP antagonist to the COX-2 inhibitor results in a marked augmentation of Tx biosynthesis and plaque destabilization...

...Vascular remodeling occurs in both hypertension and atherosclerosis and deletion of the IP results in a rise in blood pressure (citing Francois and Coffmann unpublished observations; 2004) and accelerates atherogenesis in genetically prone mice  Here, we show a distinct impact on the remodeling process to hemodynamic stress, again mediated, at least in part, by removal of a biological constraint on TP ligands. These consequences of $PGI_2$ suppression, elevation of blood pressure, acceleration of atherogenesis and modulation of the vascular response to hemodynamic stress, may converge to alter vascular architecture and elevate cardiovascular risk during extended dosing with selective inhibitors of COX-2.

3.  **Takuya Kobayashi, Yoshio Tahara, Mayumi Matsumoto, Masako Iguchi, Hideto Sano, Toshinori Murayama, Hidenori Arai, Hiroji Oida, Takami Yurugi-Kobayashi, Jun K. Yamashita, Hiroyuki Katagiri, Masataka Majima, Masayuki Yokode, Toru Kita, and Shuh Narumiya, "Roles of Thromboxane $A_2$ and prostacyclin in the  development of atherosclerosis in apoE-deficient mice"** *J. Clin Invest.* **114:784-794 (2004).**

Abstract (excerpts):  ...Production of thromboxane (TX) $A_2$ and $PGI_2$ is increased in patients with atherosclerosis...We conclude that $TXA_2$ promotes and $PGI_2$ prevents the initiation and progression of atherogenesis through control of platelet activation and leukocyte-endothelial cell interaction.

Discussion (excerpts):
(790—91)
...In contrast to those findings in the previous studies, our study here using genetically engineered mice has demonstrated significant suppression and significant enhancement of atherosclerosis in $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice, respectively, suggesting strongly proatherogenic and antiatherogenic actions of $TXA_2$ and $PGI_2$, respectively.

...It is noteworthy that atherogenesis was significantly accelerated and reached a plateau early in $apoE^{-/-}IP^{-/-}$ compared with $apoE^{-/-}$ mice. These results indicated that signaling from $PGI_2$ to IP is important in preventing the initiation of atherosclerosis. Impaired $PGI_2$ function, moreover, appeared to affect the progression and nature of atherosclerotic plaques.

...Lesion rupture, when it occurs in vivo, then precipitates thrombosis, which is further accelerated in the absence of IP. Disruption of IP is known to increase the risk of thrombosis. Thus, $PGI_2$ appears to exert important inhibitory actions on the initiation and progression of atherosclerosis, and the reduction in $PGI_2$ in the presence of normal $TxA_2$ formation is likely to lead an increased risk of atherosclerosis and thrombosis. Currently, an important question concerning COX-2 inhibitors is whether the selective reduction in $PGI_2$ increases the risk of atherosclerosis. Our findings support that conclusion. However, our findings cannot be directly extrapolated to the clinical outcome of patients treated with COX-2 inhibitors. Although the majority of $PGI_2$ under basal conditions is derived from COX-2 catalysis, both COX-1 and COX-2 contribute to the increase in $PGI_2$ in patients with atherosclerosis as well as in $apoE^{-/-}$ mice, and selective inhibition of COX-2 usually results in only partial inhibition of $PGI_2$ production.

...In conclusion, using the IP-deficient and TP-deficient mice, we were able to evaluate separately the contributions of $PGI_2$ and $TxA_2$ to the development of atherosclerosis. The information presented here will aid in the interpretation of clinical findings and the evaluation of risk in atherosclerotic patients treated with various drugs modulating the arachidonate cascade. Our findings also indicate that administration of PGI mimetics and TP antagonists may be useful in the prevention of atherosclerosis. This line of genetic approach may also help to identify the contributions of PGs other than $PGI_2$ and $TXA_2$

4.  **David Rott, M.D., Jianhui Zhu, MD, PhD, Mary Susan Burnett, PhD, Yi Fu Zhou, MD, Alexandra Zalles-Ganley, BS, Jibike Ogunmakinwa, BS, Stephen Epstein, MD (*J Am Coll Cardiol* 2003; 41:1812-9) [This work was supported in part by a grant from Merck Pharmaceuticals].**

Abstract/Conclusions (excerpts): ...Our study demonstrates that selective inhibition of COX-2 in vivo increases viral load. The finding that inhibition of COX-2 increases atherosclerosis development in apoE-deficient mice suggests, unexpectedly, that this enzyme exerts antiatherosclerosis activity, at least in this model.

13

<u>Discussion (excerpts):</u>
(1816-1818)

…The result of the study exploring the validity of the second hypothesis we examined was also unexpected. Lesion analysis showed that selective COX-2 inhibition with MF-tricyclic [a Vioxx analog] *increases* atherosclerotic lesion area (Figs. 3 and 4). It should be noted that lesions in this particular model, in which apoE knockout mice were sacrificed at only 11 weeks of age and after only 3 weeks on the selective COX-2 inhibitor, were very early lesions. Therefore, our results are probably more relevant to lesion initiation.

…"Selective Cox-2 inhibition and CMV replication": Although initially surprising, upon further reflection the contrast between in vitro and in vivo COX-2 inhibition effects should have been anticipated…

…"Selective Cox-2 inhibition and atherosclerosis": The second unanticipated finding of our study was that in contrast to our hypothesis, selective COX-2 inhibition actually *increased* early lipid aortic accumulation in the apoE knockout mice. This raises a major conundrum: why should an anti-inflammatory drug *accelerate* the initiation of atherosclerosis, a disease recognized as having a major inflammatory component?

Recent studies have demonstrated a complex role for COX-2 in inflammation, in that the enzyme appears to possess not only its well-known inflammatory activity, but also *anti-inflammatory* properties. This latter activity resides in a previously unrecognized role of COX-2 in the resolution phase of the inflammatory response…

…Consequently, Colville-Nash and Gilroy suggested that COX-2 is pro-inflammatory early in inflammation, but facilitates inflammatory resolution later.

…These findings, suggesting a dual role for COX-2 in inflammation and inflammation resolution, have been demonstrated only in rodent models, and no evidence is yet available that such a dual role is present in humans. Nonetheless, this concept may explain our unexpected results. The ApoE deficient mice develop spontaneous atherosclerosis…

…Potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis *in humans* were suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events that occurred in patients treated with naproxen, a non-selective COX inhibitor. Moreover, a meta-analysis (with all the limitations inherent in such an analysis) of several published studies employing selective COX-2 inhibitors suggested that such treatment increased the incidence of myocardial infarction…

The mechanism responsible for precipitation of acute coronary events derive from plaque instability and plaque rupture. Following rupture, the highly thrombogenic plaque core is exposed to blood within the vessel lumen, resulting in platelet aggregation, thrombus

formation, and acute vascular occlusion. Thus, any deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could involve three separate processes: 1) *a proinflammatory effect* that accelerates the initiation and chronic progression of the atherogenesis process, and that may induce plaque instability and rupture; 2) *a procoagulant effect* (induced by inhibition of COX-2 mediated expression of the highly anti-thrombotic PGI$_2$ without concomitant reduction of COX-1 mediated expression of the highly thrombotic thromboxane A$_2$ that precipitates an acute coronary syndrome; and 3) *a pro-proliferative effect* that could increase lesion size through accumulation of SMCs.

Of additional relevance is the finding that indomethacin, a non-selective COX inhibitor, significantly *reduced* atherosclerosis in mice. Indomethacin is more potent inhibiting COX-1 compared with COX-2. Therefore, the data taken in their entirety, suggest that COX-1 is not proatherosclerotic and may even have a protective effect; conversely, inhibitors of COX-1 appear to protect against atherosclerosis, and selective inhibitors of COX-2 may have deleterious effects

...In conclusion, the results of this investigation raise disturbing questions about possible adverse effects deriving from chronic use of selective COX-2 inhibitors on susceptibility to viral infection and on early atherosclerosis lesion development. However, extrapolation of our results obtained in a mouse model to humans taking COX-2 inhibitors may not necessarily be valid...

...Our results emphasize the critical need for more information regarding the relative biologic roles of both COX isoforms, and in particular their roles in inflammation, in resistance to infection, and in atherogenesis.

Two trials (Protocol 078 and the long-term APPROVe follow-up study) were conducted by Merck, which followed patients after they had stopped taking Vioxx. Specifically, Protocol 078 found that there was an increase in mortality in the trial subjects randomized to Vioxx. Of the 39 persons who died, 24 were of the Vioxx group. Notably, the sponsor continued to collect data after the study was stopped (356 in the Vioxx arm, and 307 in the in the placebo group). In follow-up, 17 deaths occurred in the Vioxx arm versus 5 in the placebo group. This is clearly significant and supports Vioxx causing atherosclerosis. This study was reported by Dr. Leon Thal (Thal LJ, et al "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment," *Neuropharmacology* (2005) 30, 1204-1215). Because of the fact that

15

cardiovascular related deaths occurred off-drug during this trial is compelling evidence that these events were caused by on-going damage by the drug, Vioxx.

Next, both APPROVe "on drug" data and "off drug" follow-up data show that Vioxx is causing coronary artery disease at an accelerated rate over the placebo group. In the March 15, 2005 APPROVe "on-drug" data (APPROVe Trial Cardiovascular Safety Report MRK-S0420051232-51330, specifically Table 13 @ MRK-S0420051267-8) investigator reported cardiovascular events by class of terms) was reported. (Merck attached this exhibit to its Dr. Zipes Daubert Motion). Table 13 includes cardiac events that are indicative of developing coronary artery disease (CAD) while on Vioxx for patients in the APPROVe study. These include events like stable angina or pain at rest (i.e. angina pectoris, coronary artery disease (CAD), coronary artery occlusion, ischemic heart disease, myocardial ischemia). There were 25 Vioxx coronary artery disease events and only 10 placebo CAD events. This shows that coronary artery disease is being accelerated in the Vioxx group over the placebo group.

I have also reviewed the summary of tables and figures produced through May 26, 2006 (see attached documents dated 5/26/06, pages 1-137) that represent analyses of follow-up data of the APPROVe study. A review of the "off drug" Vioxx versus placebo CV event Table C14 (page 65 of the report), which is the Summary of Confirmed APTC Endpoint by Time Interval, shows that at zero to six (0-6) months, there were 3 ½ times more Vioxx CV events compared to placebo with a relative risk of 3.74, which is statistically significant. Further, Table B7 shows an overall persistence of thrombotic events off the drug with a persistent RR of 1.64 for Vioxx over placebo. As a cardiologist, I find this persistence consistent with the original APPROVe thrombotic event RR of 1.92 (see Bresalier). These data offer evidence that Vioxx-induced changes that occur in the coronary arteries while patients are taking the drug continue to exert

clinical effects after the drug has been stopped and is consistent with the opinions as expressed by FitzGerald that continued accumulation of events is consistent with acceleration of atherosclerosis by the drug.

In regards to the above issues, at my deposition, I testified as follows:

70

4    Q   We will talk more about the Alzheimer's trials.
5    I am trying to identify the universe of trials that show
6    an increase risk.
7         As I understand it then, 078 and APPROVe are
8    the two placebo controlled, randomized clinical trials
9    that you think show an increased risk of cardiovascular
10   risk of Vioxx?
11   A    I think that is true.

110

5    Q   How do you know Mr. Barnett's atherosclerosis
6    that you say progressed didn't progress after he stopped
7    Vioxx in September of 2004?
8    A    I think it may well have.
9    Q   And you think any increase in atherosclerosis
10   that Mr. Barnett experienced after September of 2004
11   when he was off Vioxx is because he took Vioxx in the
12   past?
13   A    Yes. And I think 078 and APPROVe fit that.

123

24   Q   What studies, sir, can you point to that says
25   that when you stop Vioxx, there are still anatomic

124

1    structural changes that can lead to further progression
2    of atherosclerosis? Tell me an article that actually
3    says that.
4    A    Yes. That would be the inference of the
5    continued changes of APPROVe and 078 and a follow up
6    with those individuals.
7    Q   So your testimony is Vioxx causes anatomical
8    changes that can lead to progression of atherosclerosis
9    after patients stop the medicine is based on your
10   analysis of the Alzheimer's 078 trial and the APPROVe
11   trial?
12   A    And all of the other mechanistic things that I
13   gave you earlier in terms of how Vioxx causes
14   atherosclerosis.

17

15    Q    My question is a little bit more specific than
16 that.
17         Can you point me to a study that says that
18 Vioxx causes anatomical structural changes that can
19 cause progressive atherosclerosis after you stop taking
20 Vioxx?
21    A    I can point you to the comments by Fitzgerald
22 that says, by all means, do follow-ups of the APPROVe
23 trial because Vioxx can do exactly what I've said.
24         And the way to find that out, would be to
25 follow those patients after stopping the Vioxx.

226

5    Q    I need to ask the question again.  Dr. Zipes, I
6 need to ask the question again, so the record is clear.
7         Do you know whether during the off-drug period
8 in the Alzheimer's trials was there a statistically
9 significant difference in heart attacks or thrombotic
10 cardiovascular events between Vioxx and placebo?
11    A    There was a difference, but I don't know
12 whether it was statistically different.

229

8    Q    Let me start my question now for the third
9 time.  We are looking at your first several pages of
10 Exhibit 2.
11    A    Yes.
12    Q    And you've attached two pages from the APPROVe
13 follow-up report, the extension report, and those are
14 Pages 29 and 65, which include four tables:  Table B6,
15 B7 and C13 and B14; right?
16    A    Yes.
17    Q    And are these the relevant information from the
18 APPROVe follow-up report that you are relying on for
19 your opinion, sir?
20    A    Yes.
21    Q    Do you know whether during the off-drug period
22 in the APPROVe study whether there was a statistically
23 significant difference in confirmed thrombotic
24 cardiovascular events?
25    A    If one looks at Table C14, which is the APTC

230

1 endpoint, that zero to six -- and this is zero to six
2 months and the relative risk is 3.74, which is
3 statistically significant.
4    Q    Well, you picked that one, but how about the

18

5  one greater than 18 months?
6      A    The statistical significance from these data
7  are no longer present at 6 to 12 months and one of the
8  interpretations of that is that a number of the
9  individuals have died, who had a thrombotic events and
10  are not part of the subsequent evaluation.
11     Q    Whose interpretation is that?
12     A    That is an interpretation.
13     Q    That is an interpretation that is the most
14  favorable to the plaintiffs in this case, but that is
15  not an objectively scientific interpretation.
16     A    We don't have to go there. Zero to six months,
17  there is statistically significant increase with the
18  relative risk of 3.74, summary of confirmed APTC
19  endpoints -- I don't know why it is not statistically
20  significant after that.

                          244
22     Q    Got it. Is it true, sir, that when patients
23  stop using Vioxx, any supposed imbalance between
24  prostacyclin and thromboxane goes away in a matter of
25  days?


                          245
1      A    The imbalance of the prostacyclin versus
2  thromboxane appears to disappear over some time frame.
3  I will accept days. Though, I don't know exactly how
4  many.
5          However, as I said earlier, that any vessel
6  damage from the atherosclerosis that has occurred during
7  Vioxx ingestion is not going to go away.
8      Q    How do you know that?
9      A    The anatomic structure, the atheroma, these
10  things are not going to disappear. And I think that the
11  follow up studies ADVANTAGE and 078 are --
12         MR. ROBINSON: You mean APPROVe?
13         THE WITNESS: APPROVe and 078 are supportive of
14  that. That was just a miss --
15         MR. GOLDMAN: I know. That's fine.


        The evidence that Vioxx accelerates atherosclerosis is far from speculative.   While

defendant Merck now takes the position that the "FitzGerald Hypothesis" (that is, the shifting of

the imbalance between prostacyclin and thromboxane) is speculative and remains unproven, it

was not their position in the New England Journal of Medicine article that was published in 2005 ("...Cox-2 inhibitors *may increase* [emphasis added] the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis..." (Bresalier, Robert S. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial *NEJM* 2005; 352: 1092-1102 at pages 1098-1099)

Further, shortly after Vioxx was taken off the market, researcher and scientist, Garrett FitzGerald, M.D., wrote in the New England Journal of Medicine (*N Engl J Med* 351, 17 October 21, 2004, 1709-1711) that "a single mechanism, depression of prostaglandin $I_2$ formation, might be expected to elevate blood pressure, *accelerate atherogenesis*, and predispose patients receiving coxibs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque." Dr. FitzGerald, the Robinette Professor of Cardiovascular Medicine and Elmer Bobst Professor of Pharmacology at the University of Pennsylvania, further opined that the higher a patient's intrinsic risk of cardiovascular disease, the "more likely it would be that such a hazard would manifest itself rapidly in the form of a clinical event." Dr. FitzGerald recommended that patients in the APPROVe study should "*continue to be followed [as] this will allow some estimate of how quickly the developed risk may dissipate...[and] if treatment has accelerated atherosclerosis, the offset of risk may be more gradual. Finally, it is essential to determine whether the cardiovascular risk is or is not a class effect.* [emphasis added]"

The biologic effect of Cox-2 suppression by COX-2 inhibitors was also demonstrated in a PowerPoint presentation given by Dr. FitzGerald to the FDA Advisory Committee in February 2005 (see PowerPoint Presentation attached hereto). There Dr. FitzGerald concluded that:

- Selective inhibitors of Cox-2 depress $PGI_2$ without concomitant inhibition of $TxA_2$; that $TxA_2$ and $PGI_2$ have opposing effects on the initiation of

atherosclerosis (citing Narumiya, JCI; 2004); and deletion of the IP receptor in genetically altered mice (which produces effects similar to inhibition of the production of prostacylin reduces markedly the antiatherosclerotic effect of estrogen *in vivo* (citing Egan et al, *Science* 306; 1954-1957, 2004).

- Cox-2 suppression can result in an augmented response to thrombotic and hypertensive stimuli and *acceleration of atherogenesis in mice* [emphasis added].

- That an increase in MI and/or stroke has been seen in 5 placebo-controlled trials with 3 structurally distinct COX-2 inhibitors.

- Hazards would be expected to relate to drug selectivity, dose and duration of exposure and to inter-individual differences in drug response.

## III.   **Conclusions:**

It is my opinion that there is reliable and peer-reviewed medical literature to support the conclusion that the Cox-2 inhibitor, Vioxx, accelerates atherosclerosis and the build-up of coronary artery plaque. As the above studies clearly reflect, there is sufficient scientific support regarding this mechanism in which Vioxx (rofecoxib) is capable of causing injury, and in this specific case, to a reasonable degree of medical certainty, caused injury to Gerald Barnett.

By:

_____

**06/26/2006**
**Date**

Douglas P. Zipes, M.D.

21



12135302

Aug 21 2006
9:54PM

# EXHIBIT CC

## Research article



# Roles of thromboxane A₂ and prostacyclin in the development of atherosclerosis in apoE-deficient mice

Takuya Kobayashi,[1] Yoshio Tahara,[1] Mayumi Matsumoto,[1] Masako Iguchi,[1] Hideto Sano,[2] Toshinori Murayama,[3] Hidenori Arai,[2] Hiroji Oida,[4] Takami Yurugi-Kobayashi,[5] Jun K. Yamashita,[5] Hiroyuki Katagiri,[6,7] Masataka Majima,[7] Masayuki Yokode,[3] Toru Kita,[8] and Shuh Narumiya[1]

[1]Department of Pharmacology, [2]Department of Geriatric Medicine, and [3]Department of Clinical Innovative Medicine, Kyoto University Faculty of Medicine, Kyoto, Japan. [4]Fukui Safety Research Institute, Ono Pharmaceutical Co., Fukui, Japan. [5]Laboratory of Stem Cell Differentiation, Kyoto University Faculty of Medicine, Kyoto, Japan. [6]Department of Surgery and [7]Department of Pharmacology, Kitasato University School of Medicine, Kanagawa, Japan. [8]Department of Cardiovascular Medicine, Kyoto University Faculty of Medicine, Kyoto, Japan.

Production of thromboxane (TX) A₂ and PG I₂/prostacyclin (PGI₂) is increased in patients with atherosclerosis. However, their roles in atherogenesis have not been critically defined. To examine this issue, we cross-bred atherosclerosis-prone apoE-deficient mice with mice deficient in either the TXA receptor (TP) or the PGI receptor (IP). Although they showed levels of serum cholesterol and triglyceride similar to those of apoE-deficient mice, $apoE^{-/-}TP^{-/-}$ mice exhibited a significant delay in atherogenesis, and $apoE^{-/-}IP^{-/-}$ mice exhibited a significant acceleration in atherogenesis compared with mice deficient in apoE alone. The plaques in $apoE^{-/-}IP^{-/-}$ mice showed partial endothelial disruption and exhibited enhanced expression of ICAM-1 and decreased expression of platelet endothelial cell adhesion molecule 1 (PECAM-1) in the overlying endothelial cells compared with those of $apoE^{-/-}TP^{-/-}$ mice. Platelet activation with thrombin ex vivo revealed higher and lower sensitivity for surface P-selectin expression in platelets of $apoE^{-/-}IP^{-/-}$ and $apoE^{-/-}TP^{-/-}$ mice, respectively, than in those of $apoE^{-/-}$ mice. Intravital microscopy of the common carotid artery revealed a significantly greater number of leukocytes rolling on the vessel walls in $apoE^{-/-}IP^{-/-}$ mice than in either $apoE^{-/-}TP^{-/-}$ or $apoE^{-/-}$ mice. We conclude that TXA₂ promotes and PGI₂ prevents the initiation and progression of atherogenesis through control of platelet activation and leukocyte-endothelial cell interaction.

## Introduction

It is now understood that atherosclerosis is an inflammation in the intima of large arteries that is triggered by high serum cholesterol and in which various types of cells including monocytes/macrophages, endothelial cells (ECs), smooth muscle cells (SMCs), T cells, and blood platelets exert a complex array of interaction (1). A variety of substances including cytokines, chemokines, and growth factors are suggested to induce, amplify, and modify this inflammatory process. One group of these mediators is prostanoids, which are produced from arachidonic acid by the action of COX and include various types of PGs and thromboxane (TX). Involvement of prostanoids in acute inflammation has been well documented based on the finding that aspirin-like NSAIDs are specific COX inhibitors. Among prostanoids, PG I₂/prostacyclin (PGI₂) and TXA₂ have attracted particular attention for their importance in cardiovascular diseases: the former, generated by vascular ECs, is a potent platelet inhibitor and vasodilator, and the latter, released from activated platelets, is a potent vasoconstrictor and platelet-aggregating agent. Indeed, low-dose aspirin that pref-

erentially inhibits platelet-derived TXA₂ over endothelium-derived PGI₂ has been used as anti-platelet therapy for the prevention of myocardial infarction and recurrence of strokes. Although biosynthesis of PGI₂ and TXA₂ is increased in patients with atherosclerosis (2, 3), the roles of these molecules in the initiation and progression of atherosclerosis have not yet been critically examined.

The role played by prostanoids in atherogenesis has been studied mostly by examining the effects of various drugs in mice deficient in either apoE ($apoE^{-/-}$ mice) (4, 5) or the LDL receptor (LDLR) ($LDLR^{-/-}$ mice) (6). One group of such pharmacological studies has used low doses of aspirin in atherosclerotic model animals to evaluate the contribution of TXA₂. Cyrus et al. (7) fed $LDLR^{-/-}$ mice a high-fat diet, treated the mice with low-dose aspirin, and found that this dose of aspirin significantly retarded the development of atherosclerotic lesions, with a 64% reduction in an en face analysis and 29% in a cross-sectional analysis. In contrast, Cayatte et al. (8) used aspirin in $apoE^{-/-}$ mice and did not find retardation in the development of atherosclerotic lesions. This discrepancy could be attributed to the higher dose of aspirin used in the latter study, which may have inhibited prostanoid production in cells other than platelets, particularly PGI₂ in blood vessels. In the same study, Cayatte et al. (8) administered a TXA receptor (TP) antagonist, S-18886, to $apoE^{-/-}$ mice. They reported that administration of this drug indeed suppressed the extent of atherogenesis, but only marginally, by 21%. The other group of pharmacological studies has used isoform-specific COX inhibitors and has evaluated the roles of prostanoids in atherogenesis. COX exists as two isoforms encoded by two distinct genes (9): COX-1 is constitu-

Nonstandard abbreviations used: EC, endothelial cell; HDLC, HDL-cholesterol; IP, PGI receptor; LDLC, LDL-cholesterol; LDLR, LDL receptor; PECAM-1, platelet endothelial cell adhesion molecule 1; PFA, paraformaldehyde; PGI₂, PG I₂/prostacyclin; PRP, platelet-rich plasma; SMC, smooth muscle cell; TC, total cholesterol; TG, total triglyceride; TP, TXA receptor; TX, thromboxane; VLDLC, VLDL-cholesterol; vWF, von Willebrand factor.

Conflict of interest: The authors have declared that no conflict of interest exists.

Citation for this article: J. Clin. Invest. 114:784–794 (2004).
doi:10.1172/JCI200421446.



**Figure 1**
Generation and atherosclerotic lesions of $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice. (A) Strategy for PCR analysis of WT and targeted alleles of TP and IP. Primers are shown by arrowheads. Amplified fragments are shown by broken lines. Neo, neomycin-resistance gene. (B) Representative PCR for TP and IP alleles of $apoE^{-/-}$, $apoE^{-/-}TP^{-/-}$, and $apoE^{-/-}IP^{-/-}$ mice. (C) Representative oil red O staining of aortic sinus sections of $apoE^{-/-}$ (middle), $apoE^{-/-}TP^{-/-}$ (lower), and $apoE^{-/-}IP^{-/-}$ (upper) mice. Scale bar: 200 μm. (D) Time course of atherosclerotic lesion development in $apoE^{-/-}$ (open circles), $apoE^{-/-}TP^{-/-}$ (filled circles), and $apoE^{-/-}IP^{-/-}$ (filled squares) mice. Data are means ± SEM ($n = 10$ for 15-week-old $apoE^{-/-}$ and $apoE^{-/-}TP^{-/-}$ and 20-week-old $apoE^{-/-}IP^{-/-}$; $n = 6$ for 15-week-old $apoE^{-/-}TP^{-/-}$, 20-week-old $apoE^{-/-}IP^{-/-}$, and 30-week-old $apoE^{-/-}$, $apoE^{-/-}TP^{-/-}$, and $apoE^{-/-}IP^{-/-}$ mice). $^*P < 0.05$ and $^{**}P < 0.01$ versus $apoE^{-/-}$ mice. (E) Representative Sudan IV staining of en face preparations of aortas from $apoE^{-/-}$, $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice at 20 weeks of age. Scale bars: 2 mm. (F) Quantification of en face atherosclerotic lesions in $apoE^{-/-}$, $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice at 20 weeks of age. Data are means ± SEM ($n = 5$ each) $^*P < 0.05$ and $^{**}P < 0.01$ for bracketed comparisons. (G) Representative hematoxylin and eosin staining of innominate artery sections of $apoE^{-/-}$, $apoE^{-/-}TP^{-/-}$, and $apoE^{-/-}IP^{-/-}$ mice at 45 weeks of age. Scale bar: 20 μm. (H) Quantitative analysis of innominate atherosclerotic areas in $apoE^{-/-}$, $apoE^{-/-}TP^{-/-}$, and $apoE^{-/-}IP^{-/-}$ mice at 45 weeks of age. Data are means ± SEM ($n = 10$ each). $^*P < 0.05$ and $^{**}P < 0.01$ for bracketed comparisons.

tively expressed in most tissues and mediates basal physiological functions, while COX-2 is induced by various types of stimuli and works "on demand" in such conditions as inflammation. There is now substantial evidence that the majority of PGI₂ is produced by COX-2 in vascular ECs, whereas production of TXA₂ by platelets is catalyzed by COX-1 (10). The COX-2-catalyzed PGI₂ production probably reflects induction of COX-2 by hemodynamic shear stress in the vasculature (11). The issue of whether COX-2-derived PGI₂ exerts any protective effect on atherosclerosis is important, given that many juvenile patients with arthritis are treated with selective COX-2 inhibitors (12) and a large-scale study (VIGOR) indicated an increased tendency for cardiovascular accidents associated with the use of such drugs versus the nonselective COX

inhibitor naproxen (discussed in ref. 13). Experiments examining the effects of COX-2 inhibitors in atherogenesis have yielded conflicting results. One study in which an MF-tricyclic was administered to $apoE^{-/-}$ mice found exaggeration of atherosclerosis (14), and one study examining the effect of rofecoxib in $LDLR^{-/-}$ mice detected a small but significant suppression in the development of atherosclerosis (15). The former study (14) did not specify the gender of the mice studied and may be difficult to interpret. However, two other studies, one of nimesulide in $LDLR^{-/-}$ mice (16) and the other of SC-236 in $apoE^{-/-}$ mice (17), did not find significant effects. These studies, except for the study using MF-tricyclic (14), all detected similar suppression of PGI₂ production in animals given these drugs. However, the suppression remained partial,



## research article

**Table 1**
Plasma cholesterol and triglyceride levels

| Mouse (mg/dl) | TC (mg/dl) | TG (mg/dl) | VLDLC (mg/dl) | LDLC (mg/dl) | HDLC |
|---|---|---|---|---|---|
| C57BL/6 (n = 8) | 99 ± 5 | 57 ± 4 | 6 ± 1 | 24 ± 3 | 58 ± 4 |
| TP⁻/⁻ (n = 8) | 85 ± 9 | 50 ± 5 | 8 ± 1 | 19 ± 3 | 54 ± 4 |
| IP⁻/⁻ (n = 8) | 90 ± 9 | 55 ± 6 | 7 ± 1 | 22 ± 3 | 56 ± 4 |
| ApoE⁻/⁻ (n = 8) | 535 ± 43ᴬ | 102 ± 6ᴬ | 381 ± 36ᴬ | 127 ± 5ᴬ | 27 ± 4ᴮ |
| ApoE⁻/⁻TP⁻/⁻ (n = 8) | 595 ± 53ᴬ | 105 ± 10ᴬ | 395 ± 60ᴬ | 138 ± 5ᴬ | 22 ± 4ᴮ |
| ApoE⁻/⁻IP⁻/⁻ (n = 8) | 588 ± 52ᴬ | 103 ± 8ᴬ | 430 ± 44ᴬ | 135 ± 11ᴬ | 22 ± 4ᴮ |

All data are shown as mean ± SEM. ᴬP < 0.01 versus C57BL/6. ᴮP < 0.05 versus C57BL/6.

supporting a view that both COX-1 and COX-2 contribute to PGI₂ production under pathological conditions such as atherosclerosis (3). Thus, pharmacological approaches using various drugs have produced variable and inconclusive results and have failed to provide a cohesive picture on the contribution of prostanoids, including PGI₂ and TXA₂, to atherogenesis. This probably reflects the inherent limitations associated with pharmacological studies, such as differences in the potency and specificity of individual drugs and differences in the experimental protocols and animal models. Moreover, it is difficult in principle to evaluate contribution of each prostanoid by the use of COX inhibitors, because each isoform is capable of producing more than one type of prostanoid in a variety of tissues. For example, TXA₂ is produced not only by COX-1 in blood platelets but also by COX-2 in macrophages, which is also believed to produce PGE₂ in atheromatous plaques. The importance of COX-2 in macrophages was suggested by the reduction in atherogenesis found in LDLR⁻/⁻ mice reconstituted with COX-2⁻/⁻ fetal liver cells (15).

In order to conquer these limitations, we have examined the development of atherosclerosis in mice deficient in prostanoid receptors for individual molecules (TXA₂ and PGI₂). TXA₂ and PGI₂ exert their effects through interaction with cell surface receptors specific to each molecule, TP and the PGI receptor (IP), respectively (18). These receptors are encoded by distinct genes and are expressed differentially in the body. With the use of homologous recombination, we have generated mice that lack either TP or IP individually and have subjected the mice to models of various diseases to analyze the roles of TXA₂ and PGI₂ (19–29). In this work, we have cross-bred TP- and IP-deficient (TP⁻/⁻ and IP⁻/⁻) mice with apoE⁻/⁻ mice and have analyzed the roles played by TXA₂ and PGI₂ in atherosclerotic lesion development.

## Results

*Generation and lipid profile of apoE⁻/⁻TP⁻/⁻ and apoE⁻/⁻IP⁻/⁻ double-KO mice.* TP⁻/⁻ and IP⁻/⁻ mice that had been backcrossed to the C57BL/6 background 10 times each were bred with apoE⁻/⁻ mice that had been backcrossed to the C57BL/6 background 5 times. The resultant heterozygous mice, apoE⁺/⁻TP⁺/⁻ or apoE⁺/⁻IP⁺/⁻ mice, were cross-bred with each other, and compound mice deficient in both apoE and TP or both apoE and IP were generated. The genes encoding IP and apoE are both located on chromosome 7, with a genetic interval of approximately 15 cM. To generate compound mice deficient in apoE and IP, we mated pairs of apoE⁺/⁻IP⁺/⁻ double-heterozygous mice and selected offspring null either for apoE or IP (about 1% of the offspring) and cross-bred them with each other. Loss of TP or IP was assessed by PCR analy-

sis (Figure 1, A and B) and was confirmed by examination of the platelet response to a TP or IP agonist (data not shown). The TP agonist I-BOP induced aggregation of platelets from apoE⁻/⁻ mice but not of platelets from apoE⁻/⁻TP⁻/⁻ mice, whereas thrombin-induced aggregation occurred similarly in platelets from apoE⁻/⁻ and apoE⁻/⁻TP⁻/⁻ mice. In contrast, the IP agonist cicaprost inhibited I-BOP–induced platelet aggregation in apoE⁻/⁻ mice and this response was lost in apoE⁻/⁻IP⁻/⁻ platelets. The apoE deficiency in these mice was verified by measurement of plasma cholesterol levels and PCR analysis. At 20 weeks of age, apoE⁻/⁻TP⁻/⁻ and apoE⁻/⁻IP⁻/⁻ mice showed elevated levels of both total cholesterol (TC) and total triglyceride (TG) similar to those seen in apoE⁻/⁻ mice (Table 1). Moreover, VLDL-cholesterol (VLDLC), LDL cholesterol (LDLC), and HDI-cholesterol (HDLC) in apoE⁻/⁻, apoE⁻/⁻TP⁻/⁻, and apoE⁻/⁻IP⁻/⁻ mice were almost identical. These findings suggest that loss of either TP or IP did not affect the hypercholesterolemia induced by apoE deficiency. apoE⁻/⁻TP⁻/⁻ and apoE⁻/⁻IP⁻/⁻ mice were fertile and apparently healthy. All animals were maintained on a normal chow diet and gained weight in a similar manner (data not shown).

*Atherosclerotic lesion development in apoE⁻/⁻TP⁻/⁻ and apoE⁻/⁻IP⁻/⁻ mice.* We used male mice of the three strains (apoE⁻/⁻, apoE⁻/⁻TP⁻/⁻, and apoE⁻/⁻IP⁻/⁻) and examined atherosclerotic lesion development by analysis of cross-sections of the proximal aorta, en face analysis of the total aorta, and analysis of cross-sections of the innominate artery. The cross-sectional analysis of the proximal aorta was performed in the first 360 μm of the aortas of apoE⁻/⁻, apoE⁻/⁻TP⁻/⁻, and apoE⁻/⁻IP⁻/⁻ mice at 15, 20, and 30 weeks of age. Typical oil red O staining in each strain of mice at the respective age is shown in Figure 1C. The quantitative analysis revealed significant acceleration and delay of lesion development in apoE⁻/⁻IP⁻/⁻ and apoE⁻/⁻TP⁻/⁻ mice, respectively, compared with that in apoE⁻/⁻ mice (Figure 1D). At 15 and 20 weeks of age, the lesion areas of apoE⁻/⁻IP⁻/⁻ mice (0.206 ± 0.016 mm² and 0.420 ± 0.017 mm²) were augmented significantly by 131% and 45%, respectively, compared with those of apoE⁻/⁻ mice (0.089 ± 0.015 mm² and 0.290 ± 0.015 mm²; P < 0.05, Tukey's t test following one-way ANOVA) (Figure 1D). After 20 weeks, lesion development in apoE⁻/⁻IP⁻/⁻ mice appeared to quickly reach a plateau and did not show a significant difference compared with that in apoE⁻/⁻ mice at 30 weeks of age. In contrast, apoE⁻/⁻TP⁻/⁻ mice showed significant delay in the lesion development; their lesion areas at 20 and 30 weeks of age (0.087 ± 0.015 mm² and 0.183 ± 0.034 mm²) were significantly suppressed, by 70% and 58%, respectively, compared with those of apoE⁻/⁻ mice (0.290 ± 0.015 mm² and 0.438 ± 0.025 mm²; P < 0.01, Tukey's t test following one-way ANOVA) (Figure 1D).

*apoE⁻/⁻IP⁻/⁻ and apoE⁻/⁻TP⁻/⁻ mice showed enhancement and suppression, respectively, of atherogenesis not only locally in the aortic sinus but also globally throughout aorta.* En face analysis of aortic preparations of mice at 20 weeks of age revealed significant augmentation and reduction in atherosclerotic area in apoE⁻/⁻IP⁻/⁻ and apoE⁻/⁻TP⁻/⁻ mice, respectively, compared with that of apoE⁻/⁻ mice (Figure 1E); the atherosclerotic lesion size in apoE⁻/⁻TP⁻/⁻ mice (2.8% ± 0.4%) was reduced 71% compared with that in apoE⁻/⁻ mice (9.6% ± 0.9%; P < 0.01, Tukey's t test following one-way ANOVA), while that in



**Figure 2**
Effects of TP or IP deficiency on the abundance of macrophages and SMCs and EC integrity in aortic arch lesions of apoE-deficient mice at 20 weeks of age. (**A**) Representative immunostaining of macrophages and SMCs in aortic arch lesions of *apoE*⁻/⁻ (left panels), *apoE*⁻/⁻*TP*⁻/⁻ (middle panels), and *apoE*⁻/⁻*IP*⁻/⁻ (right panels) mice. Lesions were stained with specific antibodies for macrophages (MOMA-2; upper) and for SMCs (α-actin; lower). White arrowheads indicate the external elastic lamina. Scale bars: 20 μm. (**B** and **C**) Quantitative analysis of the abundance of macrophages (**B**) and SMCs (**C**) in aortic arch lesions of *apoE*⁻/⁻, *apoE*⁻/⁻*TP*⁻/⁻, and *apoE*⁻/⁻*IP*⁻/⁻ mice. Data are means ± SEM (n = 10 each). (**D**) Representative immunostaining of ECs in aortic arch lesions of *apoE*⁻/⁻ (left panels), *apoE*⁻/⁻*TP*⁻/⁻ (middle panels), and *apoE*⁻/⁻*IP*⁻/⁻ (right panels) mice. Cross-sections were stained with specific antibodies for ECs (vWF, upper, and PECAM-1, red, lower) and SMCs (α-actin, green, lower). Black and white arrowheads indicate the site of endothelial disruption. Scale bars: 20 μm. (**E**) Quantitative analysis for endothelial integrity in aortic arch lesions of *apoE*⁻/⁻, *apoE*⁻/⁻*TP*⁻/⁻, and *apoE*⁻/⁻*IP*⁻/⁻ mice by measurement of the vWF-positive signals overlying aortic lesions. Data are means ± SEM (n = 10 each). *P < 0.05 for bracketed comparisons. (**F**) Representative en face staining of aortic arch lesions of *apoE*⁻/⁻, *apoE*⁻/⁻*TP*⁻/⁻, and *apoE*⁻/⁻*IP*⁻/⁻ mice. En face staining of aortic arch lesions with silver nitrate or anti–PECAM-1 was performed. Scale bars: 10 μm. (**G**) Representative scanning electron micrographs of aortic arches of *apoE*⁻/⁻*IP*⁻/⁻ mice. The right panel shows a higher magnification of the boxed area in the left panel. Scale bars: 50 μm

*apoE*⁻/⁻*IP*⁻/⁻ mice (12.3% ± 1.0%) was augmented 28% compared with that in *apoE*⁻/⁻ mice (P < 0.05, Tukey's *t* test following one-way ANOVA) (Figure 1F). Atherosclerotic lesions in *apoE*⁻/⁻ mice were seen in the lesser curvature of the aortic arch and at the ostium of the brachiocephalic artery as well as in the abdominal aorta. The lesions in *apoE*⁻/⁻*TP*⁻/⁻ at this age were limited mostly to the aortic arch region, where the extent was much less. In contrast, atherosclerotic lesions in *apoE*⁻/⁻*IP*⁻/⁻ mice were more extensive than in *apoE*⁻/⁻ mice in every region examined (Figure 1E).

Although analysis of atherogenesis in *apoE*⁻/⁻ mice is carried out mostly in the aorta, atherosclerotic lesions in this strain of mice are not limited to the aorta. We noted the atherosclerotic lesion at

the ostium of the brachiocephalic (innominate) artery in our en face analysis of 20-week-old mice described above. Recently, Rosenfeld et al (30) examined the distribution of atherosclerotic lesions throughout the arterial tree of *apoE*⁻/⁻ mice and found a highly advanced, clinically significant lesion in the innominate artery in mice 30–60 weeks of age. We therefore examined atherosclerotic lesion development in the innominate artery by cross-sectional analysis in *apoE*⁻/⁻, *apoE*⁻/⁻*TP*⁻/⁻, and *apoE*⁻/⁻*IP*⁻/⁻ mice 45 weeks of age. As shown in the hematoxylin and eosin staining in Figure 1G, the lesion was found in all three strains of mice but the extent differed significantly. Whereas the plaques protruded into the arterial lumen only partially in *apoE*⁻/⁻ and *apoE*⁻/⁻*TP*⁻/⁻ mice, those in



research article



**Figure 3**
Effects of TP or IP deficiency on ICAM-1 and PECAM-1 expression in the ECs overlying atheromatous lesions of apoE-deficient mice. **(A)** Representative immunostaining for ICAM-1 and PECAM-1 in cross-sections from *apoE–/–* (left panels), *apoE–/–TP–/–* (middle panels), and *apoE–/–IP–/–* (right panels) mice. Mice were sacrificed at 20 weeks of age. Cross-sections were stained with specific antibodies against ICAM-1 (red; lower panels), PECAM-1 (red; upper panels), and smooth muscle α-actin (green). Scale bars: 20 μm. **(B)** Representative immunostaining of aortic arch lesions and neighboring intact areas for ICAM-1 and PECAM-1 in en face preparations of *apoE–/–* (left panels), *apoE–/–TP–/–* (middle panels) and *apoE–/–IP–/–* (right panels) mice. En face preparations were stained with specific antibodies against ICAM-1 (middle panels) and PECAM-1 (upper panels). Mice were sacrificed at 20 weeks of age. Scale bars: 10 μm. Merge, merged images. **(C and D)** Quantification of ICAM-1 (C) and PECAM-1 (D) expression in ECs overlying aortic arch lesions and neighboring intact areas of *apoE–/–*, *apoE–/–TP–/–*, and *apoE–/–IP–/–* mice. Data are means ± SEM (*n* = 8 each). *P < 0.05 and **P < 0.01 for bracketed comparisons.

*apoE–/–IP–/–* mice grew extensively to partially occlude the lumen. Quantitative analysis revealed significant acceleration and delay in lesion development, respectively, in *apoE–/–IP–/–* and *apoE–/–TP–/–* mice compared with *apoE–/–* mice (Figure 1H).

*Impaired EC integrity in atheromatous plaques of apoE–/–IP–/– mice.* To investigate whether loss of TP or IP signaling had any effect on the cell composition in atheromatous plaques, we stained macrophages, SMCs, and ECs in the plaques at the aortic arches of 20-week-old mice with antibodies against the respective marker proteins. Quantification of macrophage and SMC abundance in the plaques and of endothelial integrity on the lesion surface was performed on the ten sections taken every 18 μm as described in Methods (Figure 2). Cells staining positive for MOMA-2 were found throughout the plaques in all of *apoE–/–*, *apoE–/–TP–/–*, and *apoE–/–IP–/–* mice at this

stage. Quantification revealed that MOMA-2–stained cells occupied about 60% of the total plaque area and there were no significant differences among the three strains (Figure 2, A and B). The fact that the area inside the plaque was stained homogenously with oil red O suggested that these MOMA-2–positive cells represented macrophage-derived foam cells and the space not occupied by macrophages represented mostly lipid cores. SMCs staining positive for α-actin accumulated and formed a layer at the top of the lesion beneath the EC layer (Figure 2A and data not shown). Quantification revealed that they comprised about 7% of the total plaque area in *apoE–/–* and *apoE–/–TP–/–* mice (Figure 2C). The proportion of SMCs in the plaques of *apoE–/–IP–/–* mice tended to be lower than that in the other two strains of mice, but there was no significant difference. This SMC phenotype of *apoE–/–IP–/–* mice is at odds with the suppression

research article



**Figure 4**
Platelet reactivity for thrombin-induced surface expression of P-selectin. (**A**) Representative histograms of thrombin-induced P-selectin expression in platelets from *apoE-/-* (upper panels). *apoE-/-TP-/-* (middle panels), and *apoE-/-IP-/-* (lower panels) mice. Platelets were either left unstimulated or were stimulated with 0. 2. 0. 3, or 0. 4 U/ml of thrombin. They were then labeled with FITC-conjugated anti–P-selectin and were analyzed by flow cytometry. Filled histograms indicate background signal. (**B**) Quantification analysis. Concentration-dependent effect of thrombin for P-selectin expression was determined in platelets from *apoE-/-* (open circles), *apoE-/-TP-/-* (filled circles), and *apoE-/-IP-/-* (filled squares) mice. Data are means ± SEM (*n* = 9 each). *P < 0.05 and **P < 0.01 versus *apoE-/-* mice.

of SMC proliferation by a PGI₂ analog (cicaprost) in vitro (22) as well as the enhanced proliferative response found in IP-deficient mice subjected to chronic hypoxia (23) or catheter-induced carotid vascular injury (31). Impaired SMC proliferation in the absence of IP may suggest that SMC proliferation is under more complex regulation in atherosclerosis or that it may be unique to the apoE-deficient mice. These points should be clarified in future studies.

EC integrity on the plaque surface was then examined by staining of the cross-sections for two endothelial markers: von Willebrand factor (vWF) and platelet endothelial cell adhesion molecule 1 (PECAM-1). As expected, the staining was seen as a linear signal in the EC layer over the plaques. There was occasional loss of staining of these two markers in the plaques of *apoE-/- IP-/-* mice, especially on the "shoulder" of atherosclerotic lesions (Figure 2D). In contrast, no such irregularity in EC staining on the plaque surface was seen in *apoE-/-* and *apoE-/-TP-/-* mice. Quantification of vWF staining on the plaque surface revealed a significant reduction in *apoE-/-IP-/-* mice (85.5% ± 0.7%) compared with *apoE-/-* mice (98.0% ± 0.5%, P < 0.05, Tukey's *t* test following one-way ANOVA) and *apoE-/-TP-/-* mice (98.5% ± 0.5 %, P < 0.05, Tukey's *t* test following one-way ANOVA) (Figure 2E). Compatible with these findings in the cross-sections, staining of en face preparations with silver nitrate as well as anti-PECAM revealed loss of ECs which was consistently associated with the "shoulder" of a plaque in *apoE-/-IP-/-* mice (Figure 2F). Such EC loss was rarely seen in *apoE-/-* and *apoE-/-TP-/-* mice (observations of 5 mice of each strain). Scanning electron microscopy of the aortic arch region revealed again focal endothelial disruption in the "shoulder" of atheromatous plaques of all of three *apoE-/-IP-/-* mice examined, while none of three *apoE-/-* or *apoE-/-TP-/-* mice showed such lesions. In some cases, the lesion of endothelial disruption formed a crater in which monocyte/macrophage–like cells accumulated (Figure 2G). These findings suggest that the EC loss had already occurred in vivo and was not an artifact created during sample preparation.

*ICAM-1 and PECAM expression on ECs in apoE-/-TP-/- and apoE-/-IP-/- mice.* To explore endothelium activation in *apoE-/-TP-/-* and *apoE-/-IP-/-* mice, we stained for ICAM-1 and PECAM-1 in ECs overlying the lesions of the three lines of mice. In cross-sections, PECAM-1 expression was found more or less homogeneously through the EC monolayer overlying the lesions, while ICAM-1 expression by endothelium was most intense at borders and the "shoulder" of the lesions in all of the three strains of mice (Figure 3A). We then performed quantitative analysis using en face confocal microscopy images (Figure 3B). In the ECs overlying the lesions, *apoE-/-TP-/-* mice had a significant decrease in ICAM-1 expression (53.9 ± 1.8 versus 73.1 ± 4.1; P < 0.05, Tukey's *t* test following one-way ANOVA; values measured in arbitrary units based on fluorescence intensity per pixel) compared with that of *apoE-/-* mice, whereas ICAM-1 expression in *apoE-/-IP-/-* mice was significantly increased (100.5 ± 7.6; P < 0.01, Tukey's *t* test following one-way ANOVA) (Figure 3C). In contrast, there was no difference in ICAM-1 expression in ECs in intact areas among the three strains of mice, which was low compared with that in the atherosclerotic lesions. As for PECAM-1 expression in the atherosclerotic lesions, expression in *apoE-/-TP-/-* mice or *apoE-/-IP-/-* mice tended to increase or decrease, respectively, compared with that in *apoE-/-* mice, and there was a significant difference in expression between *apoE-/-IP-/-* and *apoE-/-TP-/-* mice (52.4 ± 3.2 versus 68.3 ± 1.7; P < 0.05, Tukey's *t* test following one-way ANOVA) (Figure 3D). There was also no difference in PECAM-1 expression in the ECs of intact areas among the three strains of mice.

*Reactivity of platelets in apoE-/-, apoE-/-TP-/-, and apoE-/-IP-/- mice.* Because TXA₂ and PGI₂ are potent activators and suppressors, respectively, of blood platelets, chronic loss of their actions may cause alterations in platelet reactivity to an aggregating agent. Reactivity of blood platelets was therefore compared among *apoE-/-*, *apoE-/-TP-/-*, and *apoE-/-IP-/-* mice by whole-blood flow cytometry (32, 33). Briefly,

research article



**Figure 5**
Intravital microscopy for leukocyte rolling and adhesion. (A) Fluorescence images of rolling and adherent leukocytes. Black and white arrows indicate rolling and adherent leukocytes, respectively. Vessel lumens are outlined by broken lines. Scale bars: 0.1 mm. (B) Quantitative analysis of rolling leukocytes. Data are means ± SEM (*n* = 5 each). *P < 0.05 versus *apoE*[-/-] and *apoE*[-/-] *TP*[-/-] mice. (C) Quantitative analysis for adherent leukocytes as described in B.

## Discussion

$TXA_2$ and $PGI_2$ are two major prostanoids in the cardiovascular system, being abundantly produced by blood platelets and vascular endothelium, respectively. Previous studies found that $TXA_2$ and $PGI_2$ biosynthesis is increased in patients with atherosclerosis (2, 3). In this work, we generated compound mice, *apoE*[-/-]*IP*[-/-] and *apoE*[-/-]*IP*[-/-], and examined the roles of $TXA_2$ and $PGI_2$ in the initiation and progression of atherosclerosis. *ApoE*[-/-] mice develop a spectrum of atherosclerotic lesions similar to that of humans (34). They also show elevated production of $TXA_2$ and $PGI_2$, as seen in humans (35). Thus, the *apoE*[-/-] mouse is a suitable animal model for evaluation of the roles of $TXA_2$ and $PGI_2$ in atherosclerosis. Previously, the involvement of these prostanoids in atherosclerosis was examined by the use of various COX inhibitors in this and similar animal models. However, the results obtained by those studies were variable (7, 8, 14–17). In addition, a study using a TP antagonist in *apoE*[-/-] mice showed only a marginal reduction in atherogenesis (8). In contrast to those findings in the previous studies, our study here using genetically engineered mice has demonstrated significant suppression and significant enhancement of atherosclerosis in *apoE*[-/-]*TP*[-/-] and *apoE*[-/-]*IP*[-/-] mice, respectively, suggesting strongly proatherogenic and antiatherogenic actions of $TXA_2$ and $PGI_2$, respectively. TP deficiency suppressed the extent of atherosclerosis at both 20 and 30 weeks of age. Suppression of atherosclerosis by TP deficiency is much more robust (70% at 20 weeks of age and 58% at 30 weeks of age) than that found after treatment with the TP antagonist S-18886 (about 20%) (8). We have also examined the effects of TP or IP deficiency on the development of vascular lesions in the innominate arteries of 45-week-old *apoE*[-/-] mice. Rosenfeld et al. (30) previously noted more-advanced vascular lesions in the innominate arteries in *apoE*[-/-] mice. In this study we have not only confirmed their findings in *apoE*[-/-] mice but also found that this lesion was far more advanced in *apoE*[-/-]*IP*[-/-] mice, whereas the disease progression appeared to be retarded in *apoE*[-/-]*TP*[-/-] mice.

It is noteworthy that atherogenesis was significantly accelerated and reached a plateau early in *apoE*[-/-]*IP*[-/-] mice compared with *apoE*[-/-] mice. These results indicate that signaling from $PGI_2$ to IP is important in preventing the initiation of atherosclerosis. Impaired $PGI_2$ function, moreover, appeared to affect the progression and nature of atherosclerotic plaques. Our analysis detected frequent loss of ECs in the plaques of *apoE*[-/-]*IP*[-/-] mice. In addition to ECs, we also found that the abundance of SMCs tended to be lower in the plaques of *apoE*[-/-]*IP*[-/-] mice (Figure 2). Lesions with impaired EC integrity and weaker fibrous caps are suggested to be prone to rupture (36). Recently, Cipollone and colleagues found that COX-2 and membrane-bound PGE synthetase are upregulated in macrophages in atheromatous plaques of humans and induce expression of matrix metalloproteinase-9 and proposed that this pathway leads to plaque instability (37, 38). It is interesting in this context that $PGI_2$ can suppress expression of

diluted blood was activated with various concentrations of thrombin and expression of P-selectin on the platelet surface was evaluated by flow cytometry. Expression of P-selectin was barely detected on unstimulated platelets, but the number of blood platelets showing surface P-selectin expression increased with increasing concentrations of thrombin. P-selectin expression was induced significantly with 0.3 U/ml thrombin and increased with 0.4 U/ml thrombin on the platelets of *apoE*[-/-] mice (Figure 4, A and B), whereas its expression was only marginally induced at 0.3 U/ml thrombin in the platelets of *apoE*[-/-]*TP*[-/-] mice (Figure 4, A and B). In contrast, an increase in the P-selectin expression was detected at doses as low as 0.1 U/ml and increased significantly with 0.2 U/ml thrombin in the platelets of *apoE*[-/-]*IP*[-/-] mice (Figure 4, A and B). These results indicate that the platelets of *apoE*[-/-]*TP*[-/-] and *apoE*[-/-]*IP*[-/-] mice have lower and higher sensitivity to thrombin, respectively, than those of *apoE*[-/-] mice.

*Leukocyte adherence in the common carotid arteries of apoE[-/-] mice.* Finally, we examined the leukocyte-EC interaction by intravital microscopy. Rhodamine 6G was injected i.v. into *apoE*[-/-], *apoE*[-/-]*TP*[-/-], and *apoE*[-/-]*IP*[-/-] mice to label leukocytes in vivo, and interaction of the leukocytes with the wall of the common carotid artery was examined by intravital microscopy. Leukocytes rolling or adhering were seen as fluorescent dots on the wall of the artery (Figure 5A). Quantitative analysis revealed a significantly greater number of leukocytes rolling on the walls of arteries in *apoE*[-/-]*IP*[-/-] mice than in either *apoE*[-/-] or *apoE*[-/-]*TP*[-/-] mice (Figure 5B). Additionally, adhesion of leukocytes also tended to be higher in *apoE*[-/-]*IP*[-/-] mice (Figure 5C). Although rhodamine 6G also labeled platelets, we did not see thrombus formation or detachment in any strain of mice during our observation period.


this matrix metalloproteinase isoform in vitro and in vivo (39, 40). Lesion rupture, when it occurs in vivo, then precipitates thrombosis, which is further accelerated in the absence of IP. Disruption of IP is known to increase the risk of thrombosis (20). Thus, $PGI_2$ appears to exert important inhibitory actions on the initiation and progression of atherosclerosis, and the reduction in $PGI_2$ in the presence of normal $TXA_2$ formation is likely to lead an increased risk of atherosclerosis and thrombosis. Currently, an important question concerning COX-2 inhibitors is whether the selective reduction in $PGI_2$ increases the risk of atherosclerosis. Our findings support that conclusion. However, our findings cannot be directly extrapolated to the clinical outcome of patients treated with COX-2 inhibitors. Although the majority of $PGI_2$ under basal conditions is derived from COX-2 catalysis, both COX-1 and COX-2 contribute to the increase in $PGI_2$ in patients with atherosclerosis as well as in $apoE^{-/-}$ mice (3, 17), and selective inhibition of COX-2 usually results in only partial inhibition of $PGI_2$ production (15–17). In addition, $TXA_2$ can be derived also from COX-2 in atherosclerotic plaques. COX-2 is expressed by monocytes/macrophages in mouse atherosclerotic lesions (15). Macrophages contain TX synthase and release large amounts of $TXA_2$ when transformed into foam cells with modified LDL (41).

What, then, are the underlying mechanisms of the actions of $TXA_2$ and $PGI_2$ in atherogenesis? Activation and inhibition of blood platelets by $TXA_2$ and $PGI_2$, respectively, may certainly be one of the mechanisms. Activated platelets were found in the circulating blood of patients with atherosclerosis (42–44) and hypercholesterolemia (45, 46). We have examined this issue by whole-blood flow cytometry for thrombin-induced P-selectin expression in platelets (32). This method has been used frequently to evaluate platelet reactivity in patients with various cardiovascular disorders (33). Our analysis has revealed that platelets of $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice have lower and higher reactivity, respectively, than those of $apoE^{-/-}$ mice, which is consistent with the atherosclerotic phenotypes observed in the three strains of mice.

Here, we have further examined effects of TP or IP disruption on expression of adhesion molecules on ECs. Adhesion molecules on ECs play important roles in the migration of monocytes/macrophages through the EC monolayer and the initiation of atheromatous plaques. Indeed, ICAM-1 is strongly expressed in atherosclerotic plaques of humans (47) and the level of soluble ICAM-1 correlates with the severity of atherosclerosis (48). In $apoE^{-/-}$ mice, ICAM-1 expression is high in atherosclerosis-prone sites of the aorta, and deficiency in ICAM-1 in apoE-deficient mice significantly reduces atherosclerotic lesions (49). We have found that ICAM-1 expression on ECs overlying the plaques of $apoE^{-/-}TP^{-/-}$ mice is significantly lower, while that of $apoE^{-/-}IP^{-/-}$ mice is significantly higher, than ICAM-1 expression in $apoE^{-/-}$ mice (Figure 3). The changes in the ICAM-1 expression in the presence of TP or IP deficiency are consistent with the reported in vitro actions of $TXA_2$ and $PGI_2$. ICAM-1 expression is induced by proinflammatory cytokines from activated macrophages such as TNF-α or IL-1β (50). Signaling from $PGI_2$ to IP is known to inhibit TNF-α production by activated macrophages (21) and to reduce IL-1–induced ICAM-1 expression on ECs (51). In contrast, stimulation of TP induces ICAM-1 expression in cultured ECs in vitro (52, 53), suggesting that $TXA_2$ formed in situ in atheromatous plaques acts on ECs to induce ICAM-1 expression to amplify atherogenesis. Interestingly, $TXA_2$ and $PGI_2$ appear to have effects opposite to those of ICAM-1 on the expression of

PECAM-1 on the plaque ECs, which was up- and downregulated in $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice, respectively. PECAM-1 was first described as an adhesion molecule essential in the transmigration of leukocytes through endothelial monolayer (54). However, recent analyses of $PECAM-1^{-/-}$ mice in various models showed that PECAM-1 deficiency did not block but instead enhanced leukocyte accumulation at inflammation sites (55–57). Given its intracellular domain, PECAM-1 is now suggested to be an inhibitory signaling molecule (58). Intriguingly, regulation of PECAM-1 expression is opposite to that of ICAM-1. For example, a previous report showed that the expression of PECAM-1 and ICAM-1 on cultured human umbilical vein ECs was down- and upregulated, respectively, after activation with TNF-α plus IFN-γ (59). Such opposite modes of expression may explain the changes in the patterns of ICAM-1 and PECAM-1 expression found in the atherosclerosis phenotypes of $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice.

The above findings on the reactivity of platelets and the expression of adhesion molecules in ECs in $apoE^{-/-}$, $apoE^{-/-}TP^{-/-}$, and $apoE^{-/-}IP^{-/-}$ mice suggest that TP or IP deficiency can affect the interaction of ECs with platelets and leukocytes. We examined this issue by intravital microscopy. Although we did not detect significant platelet adhesion to the blood vessels of any of the three lines of mice under basal conditions, we found significant leukocyte adherence to the wall of the common carotid artery in $apoE^{-/-}IP^{-/-}$ mice. This may be relevant to the higher platelet reactivity and enhanced ICAM-1 expression in this line of animals. Platelet P-selectin is suggested to play an important role in mediating the leukocyte-EC interaction (60). It may be also relevant to the EC disruption observed in $apoE^{-/-}IP^{-/-}$ mice.

In conclusion, using the IP-deficient and TP-deficient mice, we were able to evaluate separately the contributions of $PGI_2$ and $TXA_2$ to the development of atherosclerosis. The information presented here will aid in the interpretation of clinical findings and the evaluation of risk in atherosclerotic patients treated with various drugs modulating the arachidonate cascade. Our findings also indicate that the administration of PGI mimetics and TP antagonists may be useful in the prevention of atherosclerosis. This line of genetic approach may also help to identify the contributions of PGs other than $PGI_2$ and $TXA_2$ to atherosclerosis.

## Methods

*Generation of $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ double-KO mice.* $apoE^{-/-}$ mice (129Ola × C57Bl/6 mixed background) were a generous gift from Edward M. Rubin (University of California at Berkeley, Berkeley, California, USA) (4). Mice lacking TP or IP individually were generated as described (19, 20). $apoE^{-/-}$, $TP^{-/-}$, and $IP^{-/-}$ mice were backcrossed 5, 10, and 10 times, respectively, to C57Bl (CLEA Japan Inc. [Japan SLC]). $TP^{-/-}$ and $IP^{-/-}$ mice were then cross-bred with $apoE^{-/-}$ mice. Functional disruption of the gene encoding apoE was confirmed by markedly elevated plasma cholesterol levels. Genotype analysis of $apoE^{-/-}$, $TP^{-/-}$, and $IP^{-/-}$ mice were performed by PCR using genomic DNA isolated from tail snip samples as a template. PCR analysis was performed for apoE alleles with the sense primers exon2 (5′-GTGCTGTTGGTCAGATTGCTGACA-3′) and Neo1 (5′-ATGGGATC GGCCATTGAACA-3′) for WT and mutant alleles, respectively, and the antisense primer exon3 (5′-TCAGTTCTTGTGTGACTTGGGAGC-3′); for TP alleles with the sense primers ML139 (5′-ACTTTGTTGCAGACACCACCTGTC-3′) and Neo2 (5′-TGATATTGCTGAAGAGCTTGGCGGC GA-3′) for WT and mutant alleles, respectively, and the antisense primer ML136 (5′-AAGCTTGGGTTTCAGGGACCT-3′); and for IP alleles with the sense primer CY37 (5′-GTATCTTTCAGTACCTGAGGACTG-3′) and

## research article

the antisense primers CY41 (5′-GAGCAGAAAAATTCCCAGAGGCTT-3′) and Neo17 (5′-TGACCGCTTCCTCGTGCTTTAC-3′) for WT and mutant alleles, respectively (Figure 1A). Reaction mixtures contained 10 mM Tris-HCl, pH 8.3, 50 mM KCl, 1.5 mM MgCl₂, 0.1% Triton X-100, 10% DMSO, 0.25 mM dNTPs, 20 pmol of each primer, and 1 U of Taq DNA polymerase (Toyobo) in a total volume of 20 μl. After a denaturation step at 94°C for 3 minutes, 35 cycles of the amplification step (94°C for 60 seconds, 58°C for 60 seconds, and 72°C for 80 seconds) were carried out, followed by a final elongation step of 3 minutes at 72°C. For apoE alleles, primers exon2 and exon3 amplify a 0.7-kb WT allele fragment, and primers Neo1 and exon3 amplify a 0.4-kb mutant allele fragment. For TP alleles, primers ML139 and ML146 amplify a 0.9-kb WT allele fragment, and primers Neo2 and ML136 amplify a 1.1-kb mutant allele fragment (Figure 1A) For IP alleles, primers CY37 and CY41 amplify a 1.3-kb WT allele fragment, and primers CY37 and Neo17 amplify a 0.9-kb mutant allele fragment (Figure 1A). Mice were kept on a 12-hour light/dark cycle and were fed a normal chow diet (F2; Funabashi Farm). Food and water were available ad libitum. All experiments were performed in male mice. All experimental procedures were approved by the Committee on Animal Research of Kyoto University Faculty of Medicine.

*Preparation of mouse platelets and platelet aggregation assay.* Platelet aggregation was examined as described previously (61). Blood (1.0 ml) was drawn by cardiac puncture of ether-anesthetized mice with a syringe containing 50 μl of 3.8% trisodium citrate. Blood pooled from 3–4 animals was diluted with an equal volume of modified Tyrode-HEPES buffer, pH 7.4 (20 mM HEPES, 140 mM NaCl, 5 mM MgCl₂, and 5 mM KCl). Platelet-rich plasma (PRP) was prepared by centrifugation at 160 g for 5 minutes at room temperature. Platelet-poor plasma was obtained by further centrifugation of the blood after PRP was removed at 1,500 g for 10 minutes at room temperature. The number of platelets in the PRP was adjusted to 3 × 10⁵ platelets/μl. Platelet aggregation was measured with an aggregometer (NBS Hema Tracer 601; Tokyo Koden). I-BOP, a TP agonist, was used to activate platelets, and cicaprost, an IP agonist, was used to inhibit platelet aggregation.

*Lipid and lipoprotein analysis.* Blood (1.0 ml) was drawn by cardiac puncture of ether-anesthetized mice into a tube containing EDTA (final concentration, 5 mM). Plasma was isolated by centrifugation at 1,500 g for 10 minutes and was maintained at 4°C. Plasma cholesterol and triglyceride were measured using Toyobo enzymatic assay kits (Toyobo). For quantification of the cholesterol content of each lipoprotein, lipoproteins were separated at buoyant densities of 1.019 g/ml and 1.063 g/ml by ultracentrifugation. VLDLC is the difference between TC and cholesterol with a density greater than 1.019 g/ml; HDLC is cholesterol with a density of more than 1.063 g/ml cholesterol; LDLC is the difference between TC and the sum of VLDLC and HDLC.

*Quantification of atherosclerosis.* Atherosclerotic lesions were quantified by en face analysis of the whole aorta and by cross-sectional analysis of the proximal aorta and the innominate artery. For en face preparations of the aorta, a cannula was inserted into the left ventricle and the aortic tree was fixed by perfusion for 10 min with ice-cold PBS containing 4% paraformaldehyde (PFA), 5% sucrose, 20 μM butylated hydroxytoluene, and 2 μM EDTA, as described previously (62, 63). The aorta was opened longitudinally, from the heart to the iliac arteries, while still attached to the heart and major branching arteries in the body. The primary incision followed the ventral side of the aorta and the inner curvature of the arch. To obtain a flat preparation for imaging, a second incision was made along the outer curvature of the arch. The aorta (from the heart to the iliac bifurcation) was then removed and was "pinned out" on a black wax surface in a dissecting pan using stainless steel pins 0.2 mm in diameter. After overnight fixation with the PFA solution described above and a 12-

hour rinse in PBS, the aortas were briefly rinsed in 70% ethanol; immersed for 6 minutes in a filtered solution containing 0.5% Sudan IV, 35% ethanol, and 50% acetone; and destained for 5 minutes in 80% ethanol. The Sudan IV stained aortas were photographed and were used for quantification of atherosclerotic lesions.

For cross-sectional analysis of the aorta, hearts were isolated from mice sacrificed by cervical dislocation, were washed in PBS, and were embedded in OCT compound. The OCT-embedded hearts were sectioned with a cryostat, and 6 μm sections in the proximal aorta were obtained sequentially beginning at the aortic valve. Sections were transferred onto a Superfrost slide (Matsunami) and were stained with oil red O followed by counterstaining with hematoxylin (4). Ten sections obtained every 36 μm from the aortic sinus were used for quantification of lesion areas with Image Pro Plus software (Media Cybernetics). The average lesion area of the ten sections from each heart was taken as a value to represent that animal, and the means of the average lesion areas from each group were compared as described previously (64, 65).

Atherosclerotic lesions in the innominate artery were quantified by cross-sectional analysis. Innominate arteries were isolated from 45-week-old male mice sacrificed by cervical dislocation, were washed in PBS, and were embedded in OCT compound. OCT-embedded innominate arteries were sectioned with a cryostat and 8-μm sections were obtained sequentially. Sections were transferred onto a Superfrost slide and were stained with hematoxylin and eosin. Ten sections obtained every 80 μm were used for quantification of lesion areas with Image Pro Plus software. The average lesion area of the 10 sections from each innominate artery was taken as a value to represent that animal, and the means of the average lesion areas from 10 mice were compared.

*Immunohistochemistry.* For cross-sectional analyses, the aortic tree was perfused with ice-cold PBS containing 5 mM EDTA via a cannula inserted into the left ventricle for 10 minutes. The aortic arch was isolated, embedded in OCT compound, and sectioned at a thickness of 6 μm with a cryostat. Sections containing atherosclerotic plaques were identified by microscopy. These sections were then fixed in 4% PFA at 4°C for 10 minutes, were immersed in PBS for 5 minutes for rehydration of the tissues, and were blocked overnight at 4°C with 2% skim milk (BD) in PBS. For evaluation of the abundance of macrophages and SMCs and the expression of ICAM-1 (CD54) and PECAM-1 (CD31) in the lesions, sections were incubated overnight at 4°C with a 1:200 dilution of rat MOMA-2 mAb against mouse macrophages (Accurate Chemical and Scientific Co.); a 1:200 dilution of mouse 1A4 mAb against human α-smooth muscle actin, labeled with FITC (Dako); a 1:200 dilution of armenian hamster mAb against mouse ICAM-1, labeled with Texas Red (BD); and a 1:200 dilution of rat mAb against mouse PECAM-1, labeled with FITC or Texas Red (BD). Sections incubated with MOMA-2 antibody were then washed and incubated with a 1:400 dilution of goat anti-rat IgG, labeled with Texas Red (BD). For vWF staining, endogenous peroxidase activity was blocked by incubation of sections at 4°C for 30 minutes with 0.3% (volume/volume) H₂O₂ in PBS. The sections were then incubated overnight at 4°C with a 1:200 dilution of mouse mAb against human vWF, labeled with HRP (Sigma-Aldrich). After a thorough washing, staining was developed with diaminobenzidine followed by counterstaining with hematoxylin. Ten sections obtained every 18 μm from aortic arch were used for quantification of the macrophages and SMCs and EC density of the lesions with Image-Pro Plus software. The macrophages and SMCs were quantified by measurement of the area that stained positive for the respective markers, as described previously (7). EC density was determined by the ratio of the vWF-positive luminal surface length to the total luminal surface length of each cross-sectional plaque. The average of the 10 sections was taken to represent 1 animal, and the means of the averages from each group were compared.



research article

For the en face analysis, the aortic tree was first washed by perfusion with ice-cold PBS containing 5 mM EDTA and then was fixed by perfusion with ice-cold PBS containing 4% PFA via a cannula inserted into the left ventricle, each perfusion for 10 minutes. The aortic arch was isolated and opened longitudinally. En face preparations were blocked overnight at 4°C with 2% skim milk in PBS and were incubated overnight at 4°C with a 1:500 dilution of rat mAb against mouse PECAM-1, labeled with FITC, and armenian hamster mAb against mouse ICAM-1, labeled with Texas Red. Because activation of ECs occurs on the "shoulder" of plaques (66), five images (1,024 × 1,024 pixels/image) were obtained randomly from the EC monolayer on the "shoulder" of plaques with a Bio-Rad MRC-1024 confocal microscope. The average pixel intensity of the five images was taken as a value to represent that animal, and the means of the average pixel intensity from each group were compared as described previously (60).

*Silver nitrate staining of en face endothelial cells.* The aortic tree was washed, stained, and fixed as described previously (67, 68) by successive perfusion in the following solutions: 10 ml of 5% glucose; 4 ml of 0.25% silver nitrate; 2 ml of 5% glucose; 8 ml of 5% cobalt bromide and 1% ammonium bromide; 2 ml of 5% glucose; 4 ml of 4% PFA; 10 ml of distilled water; 2 ml of hematoxylin; and 10 ml of distilled water. The aortic arch was isolated, opened longitudinally, and mounted with the endothelium upward on a Superfrost slide.

*Scanning electron microscopy.* The aortic trees of 20-week-old male mice were washed at 37°C for 10 minutes with PBS and were fixed at room temperature for 30 minutes with PBS containing 1% glutaraldehyde by perfusion, as described previously (69). The aortic tree was then excised, opened longitudinally, additionally fixed by immersion in PBS containing 1% glutaraldehyde at room temperature for 24 hours, dehydrated in ethanol, and processed by critical point drying with CO$_2$. The aortic tree specimens were then oriented with the lumens exposed, mounted with carbon paint, and coated with gold for scanning electron microscopy (T-330; Nippon Denshi).

*Flow cytometry for platelet reactivity.* Platelet reactivity was examined by whole-blood flow cytometry (32, 33). Blood (1.0 ml) was drawn by cardiac puncture of ether-anesthetized mice with a syringe containing 50 μl of 3.8% trisodium citrate. Within 10 minutes of being drawn, the blood was diluted 1:4 in modified Tyrode-HEPES buffer, pH 7.4, and the diluted blood was activated at 37°C for 10 minutes with 0.1–0.5 U/ml thrombin,

incubated at room temperature for 30 minutes with a 1:100 dilution of rat mAb against mouse P-selectin, labeled with FITC, and fixed at 4°C for 2 hours with ice-cold PBS containing 1% PFA. Samples were then analyzed using a FACSVantage flow cytometer (BD).

*Intravital microscopy.* Leukocyte-EC interaction was examined by intravital microscopy using rhodamine 6G that stained in vivo leukocytes, as described previously (29, 60, 69). Five male mice 25–30 weeks of age were used for each strain. Rhodamine 6G was injected i.v., and the numbers of leukocytes rolling on and adhering to the wall of the common carotid artery were examined "off-line" during video playback analysis. A leukocyte was defined as rolling if it migrated along the vessel wall at a rate less than 200 μm/s and as adhering if it remained stationary for more than 20 seconds. We counted the number of leukocyte rolling and adhering in the artery per microscope field (×100) and expressed the results as the number of leukocytes observed per mm$^2$ area per minute.

*Statistical analysis.* Data are presented as means ± SEM. Comparison of two groups was analyzed by Student's *t* test. For comparison of more than two groups with comparable variances, one-way ANOVA was performed, followed by Tukey's *t* test to evaluate pair-wise group differences. An associated probability (*P* value) of less than 0.05 was considered significant. Analyses were performed with the use of GraphPad Software Prism 3.0.

## Acknowledgments

We are grateful to H. Wise for helpful discussions; K. Deguchi, T. Fujiwara, and N. Kitagawa for animal care and breeding; and T. Arai, H. Nose, and Y. Kitagawa for secretarial assistance. This work was supported in part by Grants-in-Aid for Scientific Research from the Ministry of Education, Science, Sports and Culture of Japan and by grants from the Organization for Pharmaceutical Safety and Research and the Kowa Life Science Foundation.

Received for publication March 1, 2004, and accepted in revised form July 27, 2004.

Address correspondence to: Shuh Narumiya, Department of Pharmacology, Kyoto University Faculty of Medicine, Yoshida, Sakyoku, Kyoto 606-8501, Japan. Phone: +81-75-753-4392; Fax: +81-75-753-4693; E-mail: snaru@mfour.med.kyoto-u.ac.jp

1. Ross, R. 1999. Atherosclerosis is an inflammatory disease. *Am. Heart J.* 138:S419–S420.
2. FitzGerald, G.A., Smith, B., Pedersen, A.K., and Brash, A.R. 1984. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. *N. Engl. J. Med.* 310:1065–1068.
3. Belton, O., Byrne, D., Kearney, D., Leahy, A., and Fitzgerald, D.J. 2000. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation.* 102:840–845.
4. Plump, A.S., et al. 1992. Severe hypercholesterolemia and atherosclerosis in apolipoprotein E-deficient mice created by homologous recombination in ES cells. *Cell.* 71:343–353.
5. Zhang, S.H., Reddick, R.L., Piedrahita, J.A., and Maeda, N. 1992. Spontaneous hypercholesterolemia and arterial lesions in mice lacking apolipoprotein E. *Science.* 258:468–471.
6. Ishibashi, S., et al. 1993. Hypercholesterolemia in low density lipoprotein receptor knockout mice and its reversal by adenovirus-mediated gene delivery. *J. Clin. Invest.* 92:883–893.
7. Cyrus, T., et al. 2002. Effect of low-dose aspirin on vascular inflammation, platelet stability, and atherogenesis in low-density lipoprotein receptor-deficient mice. *Circulation.* 106:1282–1287.
8. Cayatte, A.J., et al. 2000. The thromboxane receptor antagonist S18886 but not aspirin inhibits atherogenesis in apo E-deficient mice: evidence that eicosanoids other than thromboxane contribute to atherosclerosis. *Arterioscler. Thromb. Vasc. Biol.* 20:1724–1728.
9. Vane, J.R., Bakhle, Y.S., and Botting, R.M. 1998. Cyclooxygenases 1 and 2. *Annu. Rev. Pharmacol. Toxicol.* 38:97–120.
10. McAdam, B.F., et al. 1999. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc. Natl. Acad. Sci. U. S. A.* 96:272–277.
11. Topper, J.N., Cai, J., Falb, D., and Gimbrone, M.A., Jr. 1996. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc. Natl. Acad. Sci. U. S. A.* 93:10417–10422.
12. Foeldvari, I. 2002. A selective COX-2 inhibitor, meloxicam, as a treatment option in patients with juvenile idiopathic arthritis and gastrointestinal side effects from naproxen [letter]. *Clin. Exp. Rheumatol.* 20:874.
13. Mukherjee, D., Nissen, S.E., and Topol, E.J. 2001. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA.* 286:954–959.
14. Rott, D., et al. 2003. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in an apolipoprotein-E knockout mice. *J. Am. Coll. Cardiol.* 41:1812–1819.
15. Burleigh, M.E., et al. 2002. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. *Circulation.* 105:1816–1823.
16. Pratico, D., Tillmann, C., Zhang, Z.B., Li, H., and FitzGerald, G.A. 2001. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. *Proc. Natl. Acad. Sci. U. S. A.* 98:3358–3363.
17. Belton, O.A., Duffy, A., Toomey, S., and Fitzgerald, D.J. 2003. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. *Circulation.* 108:3017–3023.
18. Narumiya, S., Sugimoto, Y., and Ushikubi, F. 1999. Prostanoid receptors: structures, properties, and functions. *Physiol. Rev.* 79:1193–1226.
19. Kabashima, K., et al. 2003. Thromboxane A$_2$ modulates interaction of dendritic cells and T cells and regulates acquired immunity. *Nat. Immunol.* 4:694–701.
20. Murata, T., et al. 1997. Altered pain perception and inflammatory response in mice lacking

research article

prostacyclin receptor. *Nature* 388:678–682

21. Shinomiya, S., et al. 2001. Regulation of TNF-α and interleukin-10 production by prostaglandins I2 and E2: studies with prostaglandin receptor-deficient mice and prostaglandin E-receptor subtype selective synthetic agonists. *Biochem. Pharmacol.* 61:1153–1160

22. Fujino, T., et al. 2002. Effects of the prostanoids on the proliferation or hypertrophy of cultured murine aortic smooth muscle cells. *Br. J. Pharmacol.* 136:530–539

23. Hoshikawa, Y., et al. 2001. Prostacyclin receptor-dependent modulation of pulmonary vascular remodeling. *Am. J. Respir. Crit. Care Med.* 164:314–318

24. Xiao, C.Y., et al. 2001. Roles of prostaglandin I2 and thromboxane A2 in cardiac ischemia-reperfusion injury: a study using mice lacking their respective receptors. *Circulation.* 104:2210–2215

25. Takahashi, Y., et al. 2002. Augmentation of allergic inflammation in prostanoid IP receptor deficient mice. *Br. J. Pharmacol.* 137:315–322

26. Nagao, K., et al. 2003. Role of prostaglandin I2 in airway remodeling induced by repeated allergen challenge in mice. *Am. J. Respir. Cell Mol. Biol.* 29:314–320

27. Arai, K., et al. 2003. Endogenous prostaglandin I2 regulates the neural emergency system through release of calcitonin gene related peptide. *Gut.* 52:1242–1249

28. Yamada, T., et al. 2003. Thromboxane A2 regulates vascular tone via its inhibitory effect on the expression of inducible nitric oxide synthase. *Circulation.* 108:2381–2386

29. Katagiri, H., et al. 2004. Role of thromboxane derived from COX-1 and -2 in hepatic microcirculatory dysfunction during endotoxemia in mice. *Hepatology.* 39:139–150

30. Rosenfeld, M.E., et al. 2000. Advanced atherosclerotic lesions in the innominate artery of the apoE knockout mouse. *Arterioscler. Thromb. Vasc. Biol.* 20:2587–2592

31. Cheng, Y., et al. 2002. Role of prostacyclin in the cardiovascular response to thromboxane A2. *Science.* 296:539–541.

32. Nakashima, Y., Plump, A.S., Raines, E.W., Breslow, J.L., and Ross, R. 1994. ApoE-deficient mice develop lesions of all phases of atherosclerosis throughout the arterial tree. *Arterioscler. Thromb.* 14:133–140

33. Pratico, D., Cyrus, T., Li, H., and FitzGerald, G.A. 2000. Endogenous biosynthesis of thromboxane and prostacyclin in 2 distinct murine models of atherosclerosis. *Blood.* 96:3823–3826

34. Libby, P., Schoenbeck, U., Mach, F., Selwyn, A.P., and Ganz, P. 1998. Current concepts in cardiovascular pathology: the role of LDL cholesterol in plaque rupture and stabilization. *Am. J. Med.* 104:14S–18S

35. Hartung, H.P., Kladetzky, R.G., Melnik, B., and Hennerici, M. 1986. Stimulation of the scavenger receptor on monocytes-macrophages evokes release of arachidonic acid metabolites and reduced oxygen species. *Lab. Invest.* 55:209–216

36. Fitzgerald, D.J., Roy, L., Catella, F., and FitzGerald, G.A. 1986. Platelet activation in unstable coronary disease. *N. Engl. J. Med.* 315:983–989

37. Cipollone, F., et al. 2001. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E2-dependent plaque instability. *Circulation.* 104:921–927

38. Cipollone, F., et al. 2003. The receptor RAGE as a progression factor amplifying arachidonate-dependent inflammatory and proteolytic response in human atherosclerotic plaques: role of glycemic control. *Circulation.* 108:1070–1077

39. Kitahara, M., et al. 2001. Prostacyclin inhibits the production of MMP-9 induced by phorbol ester through protein kinase A activation, but does not affect the production of MMP-2 in human cultured mesangial cells. *Kidney Blood Press. Res.* 24:18–26

40. Schermuly, R.T., et al. 2004. Antiremodeling effects of iloprost and the dual-selective phosphodiesterase 3/4 inhibitor tolafentrine in chronic experimental pulmonary hypertension. *Circ. Res.* 94:1101–1108

41. Trip, M.D., Cats, V.M., van Capelle, F.J., and Vreeken, J. 1990. Platelet hyperreactivity and prognosis in survivors of myocardial infarction. *N. Engl. J. Med.* 322:1549–1554

42. van Zanten, G.H., et al. 1994. Increased platelet deposition on atherosclerotic coronary arteries. *J. Clin. Invest.* 93:615–632

43. Bergmann, A., Eriksson, M., Angelin, B., and Hjemdahl, P. 1998. Platelet activity in vivo in hyperlipoproteinemia–importance of combined hyperlipidemia. *Thromb. Haemost.* 79:268–275

44. Broijersen, A., Karpe, F., Hamsten, A., Goodall, A.H., and Hjemdahl, P. 1998. Alimentary lipemia enhances the membrane expression of platelet P-selectin without affecting other markers of platelet activation. *Atherosclerosis.* 137:107–113

45. Poston, R.N., Haskard, D.O., Coucher, J.R., Gall, N.P., and Johnson-Tidey, R.R. 1992. Expression of intercellular adhesion molecule-1 in atherosclerotic plaques. *Am. J. Pathol.* 140:665–673

46. Morisaki, N., et al. 1997. New indices of ischemic heart disease and aging: studies on the serum levels of soluble intercellular adhesion molecule-1 (ICAM-1) and soluble vascular cell adhesion molecule-1 (VCAM-1) in patients with hypercholesterolemia and ischemic heart disease. *Atherosclerosis.* 131:43–48

47. Collins, R.G., et al. 2000. P-Selectin or intercellular adhesion molecule (ICAM)-1 deficiency substantially protects against atherosclerosis in apolipoprotein E-deficient mice. *J. Exp. Med.* 191:189–194

48. Springer, T.A. 1990. Adhesion receptors of the immune system. *Nature.* 346:425–434

49. Della Bella, S., et al. 2001. Novel mode of action of iloprost in vitro down-regulation of endothelial cell adhesion molecules. *Prostaglandins Other Lipid Mediat.* 65:73–83

50. Ishizuka, T., et al. 1998. Stimulation with thromboxane A2 (TXA2) receptor agonist enhances ICAM-1, VCAM-1 or ELAM-1 expression by human vascular endothelial cells. *Clin. Exp. Immunol.* 112:464–470

51. Mitsuhashi, M., et al. 2001. Necessity of thromboxane A2 for initiation of platelet-mediated contact sensitivity: dual activation of platelets and vascular endothelial cells. *J. Immunol.* 166:617–623

52. Muller, W.A., Weigl, S.A., Deng, X., and Phillips, D.M. 1993. PECAM-1 is required for transendothelial migration of leukocytes. *J. Exp. Med.* 178:449–460

53. Duncan, G.S., et al. 1999. Genetic evidence for functional redundancy of platelet/endothelial cell adhesion molecule-1 (PECAM-1): CD31-deficient mice reveal PECAM-1-dependent and PECAM-1-independent functions. *J. Immunol.* 162:3022–3030

54. Graesser, D., et al. 2002. Altered vascular permeability and early onset of experimental autoim-

mune encephalomyelitis in PECAM-1-deficient mice. *J. Clin. Invest.* 109:383–392. doi:10.1172/JCI200213595

55. Eppinger, S.M., et al. 2002. Platelet-endothelial cell adhesion molecule-1 (CD31) expression on donor endothelial cells attenuates the development of transplant arteriosclerosis. *Transplantation.* 74:1267–1274

56. Newman, P.J. 1999. Switched at birth: a new family for PECAM-1. *J. Clin. Invest.* 103:5–9

57. Rival, Y., Del Maschio, A., Rabiet, M.J., Dejana, E., and Duperray, A. 1996. Inhibition of platelet endothelial cell adhesion molecule-1 synthesis and leukocyte transmigration in endothelial cells by the combined action of TNF-α and IFN-γ. *J. Immunol.* 157:1233–1241

58. Ma, H., et al. 2001. Increased bleeding tendency and decreased susceptibility to thromboembolism in mice lacking the prostaglandin E receptor subtype EP3. *Circulation.* 104:1176–1180

59. Palinski, W., et al. 1994. ApoE-deficient mice are a model of lipoprotein oxidation in atherogenesis. Demonstration of oxidation-specific epitopes in lesions and high titers of autoantibodies to malondialdehyde-lysine in serum. *Arterioscler. Thromb.* 14:605–616

60. Tangirala, R.K., Rubin, E.M., and Palinski, W. 1995. Quantitation of atherosclerosis in murine models: correlation between lesions in the aortic origin and in the entire aorta, and differences in the extent of lesions between sexes in LDL receptor-deficient and apolipoprotein E-deficient mice. *J. Lipid Res.* 36:2320–2328

61. Sano, H., et al. 2001. Functional blockade of platelet-derived growth factor receptor-β but not of receptor-α prevents vascular smooth muscle cell accumulation in fibrous cap lesions in apolipoprotein E-deficient mice. *Circulation.* 103:2955–2960

62. Murayama, T., et al. 2000. Over expression of low density lipoprotein receptor eliminates apolipoprotein B100-containing lipoproteins from circulation and markedly prevents early atherogenesis in apolipoprotein E-deficient mice. *Atherosclerosis.* 153:295–302

63. Nakashima, Y., Raines, E.W., Plump, A.S., Breslow, J.L., and Ross, R. 1998. Upregulation of VCAM-1 and ICAM-1 at atherosclerosis-prone sites on the endothelium in the ApoE-deficient mouse. *Arterioscler. Thromb. Vasc. Biol.* 18:842–851

64. Huo, Y., et al. 2003. Circulating activated platelets exacerbate atherosclerosis in mice deficient in apolipoprotein E. *Nat. Med.* 9:61–67

65. Furchgott, R.F., and Zawadzki, J.V. 1980. The obligatory role of endothelial cells in the relaxation of arterial smooth muscle by acetylcholine. *Nature.* 288:373–376

66. Poole, J.C.F., Sanders, A.G., and Florey, H.W. 1958. The regeneration of aortic endothelium. *J. Pathol. Bacteriol.* 75:133–143

67. Massberg, S., et al. 2003. A crucial role of glycoprotein VI for platelet recruitment to the injured arterial wall in vivo. *J. Exp. Med.* 197:41–49

68. Furman, M.I., et al. 1998. Increased platelet reactivity and circulating monocyte-platelet aggregates in patients with stable coronary artery disease. *J. Am. Coll. Cardiol.* 31:352–358

69. Michelson, A.D., and Furman, M.I. 1999. Laboratory markers of platelet activation and their clinical significance. *Curr. Opin. Hematol.* 6:342–348