# EXHIBIT D

IN THE MATTER OF THE ARBITRATION ACT 1996

AND

IN THE MATTER OF AN ARBITRATION

BETWEEN:

Merck & Co., Inc.

Claimant,

and

XL Insurance (Bermuda) Ltd.

Respondent.

---

## CONFIDENTIALITY ORDER

---

WHEREAS, Merck & Co., Inc. ("Merck") and XL Insurance (Bermuda) Ltd. ("XL") are parties to this arbitration entered into pursuant to Article 21 of the General Terms and Conditions of the Multiline Multiyear Catastrophe Excess Lines Insurance Agreement Incepting July 30, 1998 ("Catastrophe Policy");

WHEREAS, XL is a Co-Insurer of the Catastrophe Policy;

WHEREAS, Merck and XL have a common interest in preventing the disclosure of information and documents that could jeopardize the defense and resolution of underlying claims against Merck;

CONSIDERING, the submissions of the Parties in advance of the February 23, 2006 Directions Hearing concerning Merck's request for a confidentiality order from this Tribunal;

PCL2/1242647/1

CONSIDERING, the arguments of the Parties at the February 23, 2006 Directions Hearing concerning Merck's request for a confidentiality order;

CONSIDERING, the Submissions of XL on Confidentiality dated March 1, 2006 setting forth its objections to Merck's request for a confidentiality order with accompanying authorities;

CONSIDERING, Merck's Submission on the Issue of Confidentiality dated March 3, 2006 with accompanying exhibits and authorities;

CONSIDERING, the Reply Submissions of XL on Confidentiality dated March 6, 2006; and

AFTER due deliberations among the members of the Board of Arbitration,

IT IS HEREBY ORDERED THAT:

The Parties to this proceeding shall be required and expected, in all actions and submissions relating to this proceeding, to comply with applicable obligations of confidentiality, as imposed under English law and the SRI Confidentiality Order as that order may be interpreted and applied by the panel in that proceeding.

SO ORDERED,

*[signature]*

Albert Jan van den Berg
Chairman of the Board of Arbitration

Date: 20 March, 2006

PCL2/1242647/1