UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUJISIANA
- - - - - - - - - - - - - - - - - - - x
TERESA BINKOWSKA,                              MDL Docket No. 1657

                                               05 CV 4620

                    Plaintiff,                 **STIPULATION**

           - against-

MERCK & CO., INC.,

                    Defendant.
- - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED**, by and between the respective parties herein, that the above-captioned matter is hereby discontinued, with prejudice, and without costs to either side; and,

**IT IS FURTHER STIPULATED**, by and between the respective parties herein, that a facsimile and/or photocopy of this Stipulation shall be given the same force and effect as the original.

Dated:  New York, New York
        October 30, 2006

| LAW OFFICES OF DANIEL W. ISAACS, PLLC | HUGHES HUBBARD & REED LLP |
|---|---|
| By: _____ | By: _____ |
| DANIEL W. ISAACS, ESQ. (DI-5179) | WILFORD P. CORONATO, ESQ. |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 401 Broadway-Suite 612 | 101 Hudson Street Ste 3601 |
| New York, New York 10013 | Jersey City, NJ 07302 |
| (212) 925-3000 | (212) 931-8300 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of November, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2