# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| Case No. 05-4620 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| TERESA BINKOWSKA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * ** | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation,

IT IS ORDERED that the Complaint of Plaintiff TERESA BINKOWSKA be and it hereby is dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

834361v.1