UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL No. 1657<br>SECTION: L/3<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:*<br><br>**DONALD R. ARNOLD**<br><br>     Plaintiff,<br>v.<br><br>**MERCK & CO., INC.,**<br><br>     Defendant. | Court File: 05-5811 |

## STIPULATION AND VOLUNTARY
## DISMISSAL OF DONALD R. ARNOLD

Plaintiff, Donald R. Arnold, and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Pro. 41 (a)(1), to a voluntary dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event he/she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that, in the event he/she re-files such a lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by plaintiff, as

though plaintiff had been a party and had had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated: June 9, 2006     LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:    612-339-0981

*Attorneys for Plaintiff*

Dated: 13, 2006 November     STONE PIGMAN WALTHER WITTMANN L.L.C.

By: s/ Dorothy H. Wimberly
Phillip A. Wittmann – Reg. No. 13625
Anthony M. DiLeo – Reg. No. 4942
Dorothy H. Wimberly – Reg. No. 18509
Carmelite M. Bertaut – Reg. No. 3054
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

*Liaison Counsel for Defendant Merck & Co., Inc.*

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: _____
Scott A. Smith – Reg. No. 174026
Amanda M. Cialkowski – Reg. No. 306514
Jan R. McLean Bernier – Reg. No. 0307853
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal of Donald R. Arnold has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of November, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel