# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

---

## PLAINTIFF'S OPPOSITION TO MERCK'S MOTION FOR ORDER EXCLUDING TESTIMONY OF MARK I. FURMAN, M.D., F.A.C.C., F.A.H.A

---

Plaintiff hereby opposes *Merck's Motion to Exclude the Opinion Testimony of Mark Furman, M.D.*  The factual and legal basis set forth by Merck in its Motion for Order Excluding Testimony of Mark I. Furman, M.D., F.A.C.C., F.A.H.A ("Merck's Motion") are illusory.

## I.   STATEMENT OF THE FACTS

This action for personal injuries arises from Plaintiff Anthony Dedrick's use of Vioxx, which caused a heart attack on January 8, 2003, and resulting damage to his heart, necessitating coronary artery bypass surgery five days later.  Mr. Dedrick was approximately 47

years old when he was prescribed Vioxx by his physician in July 2002, and he had been taking the drug for approximately 6 months at the time of his heart attack.

Plaintiff contends that his heart attack was caused by a clot in one of his coronary arteries which resulted from a plaque rupture as well as the acceleration of atherogenesis due to Vioxx use. Dr. Esmeraldo Herrera, Mr. Dedrick's treating physician, testified that had Merck disclosed the known risks of Vioxx he would not have prescribed Vioxx to Mr. Dedrick. However, because Dr. Herrera was unaware of the risks of Vioxx, and Merck failed to disclose and warn what it knew regarding the dangers of Vioxx, Mr. Dedrick continued to take the drug even after his heart attack, until June 2003.

As a result of the heart attack and 4-way bypass surgery at the early age of 47, Mr. Dedrick suffers from permanent damage to his heart, which has reduced his life expectancy. In addition, he is now at a much greater risk of suffering another heart attack, and the bypass surgery has placed him at a greater risk for heart failure.

## II.   ARGUMENT

### A.   Legal Standard

*Daubert v. Merrell Dow Pharmaceuticals,* 113 S. Ct. 2786 (1993) and its progeny,[1] provides that the district judge is the "gatekeeper who must pass on the reliability and relevance of proffered evidence pursuant to Federal Rule of Evidence 702."[2] Rule 702 reads:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experiences, training, or education, may testify thereto in the form

---

[1] *General Electric Co. v. Joiner,* 118 S. Ct. 512, 517-519 (1997), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

[2] MANUAL FOR COMPLEX LITIGATION § 472 (4th ed. 2004).

of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

FED. R. EVID. 702. The Rule "not only requires that the testimony be relevant, but also that it be based on sufficient facts or data, that it be the product of reliable principles and methods, and that the witness applied those principles and methods reliably to the facts of the case."[3]

### B. Dr. Furman Is Preeminently Qualified

First, Merck first argues that Dr. Furman is not qualified to testify because he has "no experience with Vioxx," and because he does not use "attributable risk analysis" in his everyday clinical practice.[4]

Dr. Furman is a board-certified interventional cardiologist and is Director of Interventional Cardiology at the University of Massachusetts Medical School (UMass) Memorial Medical Center. He graduated from Emory University School of Medicine, *summa cum laude*, and was first in his class. Dr. Furman did his residency in Internal Medicine at Brigham and Women's Hospital, Harvard Medical School where he was a John A. Hartford Scholar. He completed a fellowship in cardiology and interventional cardiology at Johns Hopkins from 1990-1994.

Dr. Furman began studying platelet cell biology and physiology under the world renowned expert in the fields of platelet physiology and heart disease, Dr. Goldschmidtan. In 1994, he became Assistant Professor of Medicine and Cell Biology at the University of Massachusetts Medical School and Associate Director of the Cardiovascular Thrombosis Research Center and The Center for Platelet Function Studies. Since 2000, he has been

---

[3] MANUAL FOR COMPLEX LITIGATION § 484 (4th ed. 2004).
[4] Merck's Motion at 2.

3

Associate Professor of Medicine and Cell Biology at the University of Massachusetts Medical School and Director of Research for the Cardiac Catheterization Laboratories at UMass Memorial Medical Center (the teaching hospital of University of Massachusetts Medical School). In 2002, he was appointed Director of Interventional Cardiology at UMass Memorial Medical Center and the University of Massachusetts Medical School.

Dr. Furman is currently the co-director of the Center for Platelet Function Studies, an internationally recognized laboratory that studies platelet physiology in various medical conditions, including heart disease. Dr. Furman has authored over 66 peer-reviewed manuscripts and book chapter and has published in prestigious basic science and cardiology journals such as *Proceedings of the National Academy of Sciences, USA, Journal of Experimental Medicine, Circulation, Blood, Journal of Thrombosis and Haemostasis, Thrombosis and Haemostasis, Journal of the American College of Cardiology, Circulation Research, American Journal of Cardiology, American Heart Journal* and many others. He recently completed two terms on the editorial board of *Journal of the American College of Cardiology. He* regularly reviews manuscripts for scientific merit and suitability for publication for many cardiovascular and thrombosis journals including *American Heart Journal, American Journal of Cardiology, Archives of Internal Medicine, Atherosclerosis, Thrombosis and Vascular Biology, Coronary Artery Disease, Circulation, Histochemistry and Cell Biology, Journal of the American College of Cardiology, Journal of Cellular Biochemistry, Journal of Nuclear Cardiology, Journal of Thrombosis and Thrombolysis, Peptides,* among others.

Dr. Furman is a fellow of the American College of Cardiology, the American Heart Association, and the Society of Cardiac Catheterization and Intervention, and he is a frequent invited lecturer on his research in platelet function and heart disease at regional, national and

4

international scientific meetings.  Dr. Furman has served as principal investigator on numerous clinical trials in cardiovascular medicine, on the data and safety monitoring committee of clinical trials and the steering committee of clinical trials regarding antithrombotic therapy and heart disease. He has been retained by numerous pharmacology and biotechnology companies to provide advice on the development and potential platelet-related effects of various compounds in development.

In addition to his significant research in the areas of platelet function, Dr. Furman maintains an active clinical cardiology practice, with an emphasis on interventional cardiologist. As Director of the Interventional Cardiology Program at UMass Memorial Medical Center, the teaching hospital of the University of Massachusetts Medical School, he oversees over 7000 cardiac procedures yearly and over 2400 percutaneous coronary interventions (PCI) yearly and personally performs over 240 PCIs per year and over 400 cardiac catheterizations per year.  A copy of Dr. Furman's most recent curriculum vitae is attached hereto as Exhibit "A."

Like most cardiologist, Vioxx was not a drug that Dr. Furman used as a mainstay of his clinical practice.  Dr. Furman has, however used Cox-2 selective inhibitors like Vioxx in his research and has followed the scientific literature regarding Vioxx as part of his clinical practice. See Dep. of Mark Furman, M.D. at 38 (Ex. "B").  In short, Dr. Furman is infinitely more qualified to testify regarding the effects of Vioxx on platelet activation and its role in thrombotic myocardial infarctions like the one Mr. Dedrick suffered than any of the cardiologists proffered by Merck as experts.  Under Merck's definition of the minimum qualifications for a cardiologist to testify in a Vioxx case, only its internal researchers and those it paid to conduct studies would be qualified to testify about the damages Vioxx caused.

5

### C. Dr. Furman Unequivocally Testified that Vioxx Was a Substantial Contributing Cause of Mr. Dedrick's Heart Attack

During his deposition in this case, Merck repeatedly asked, sometimes in very convoluted ways questions about causation. Dr. Furman testified that to a reasonably degree of medical certainty Vioxx substantially contributed to Mr. Dedrick's heart attack on January 8, 2003. See *Id.* at 158-160.

Merck, in its Motion represents: that "when asked whether he could say to a reasonable degree of medical certainty that Mr. Dedrick would not have had a heart attack if he had not been taking Vioxx, Dr. Furman responded: "I can't say that." See *Id.* at 153:14-154:8.[5]   That portion of Dr. Furman's deposition actually reads:

```
00153
  Q. We're talking about Paragraph -- the last
2 paragraph on Page 4 of your report. In the third
3 line, you say "VIOXX substantially contributed." Do
4 you see that?
5    A. Correct.
6    Q. What does "substantially contributed" there
7 mean?
8    A. That if it wasn't for VIOXX, more likely
9 than not he would not have had that heart attack in
10 January of 2003.
11   Q. So if it wasn't for VIOXX, more likely than
12 not he would not have had the heart attack?
13   A. That heart attack in January of 2003.
14   Q. You're qualifying. What do you mean when
15 you say "that heart attack"?
16   A. I can't say that he -- because that's the
17 only heart attack he had, I can't predict what could
18 have happened in the future. I wish I had a magic
19 glass to predict the future, but I can't.
20       I can say that this is the heart attack
21 we're dealing with, and that if it wasn't for VIOXX,
22 he would not have had that heart attack.
23   Q. Well, if he hadn't been taking VIOXX, can
24 you say to a reasonable degree of medical certainty

00154
1 that he wouldn't have had a heart attack?
2    A. I can't say that.
```

---

[5] Merck Motion at 4.

```
3    Q. Cannot?
4    A. I can only say what -- I can only opine on
5  what actually happened, and to a reasonable degree
6  of medical certainty, his ingestion of VIOXX
7  substantially contributed to his heart attack on
8  January 8, 2003.
```

*Id.* at 153-154.  It is obvious, that Dr. Furman, who is not a professional witness, was confused

by being asked to testify about what did not happen.

Merck then sets forth the following exchange which more clearly demonstrates the

confusion that is growing as the line of questioning continues:

```
18    Q. Okay, look; if he didn't take VIOXX --
19    A. I believe I answered the question, though.
20    Q. Well, I want a nice clear answer.
21        If he didn't take -- if he never took
22  VIOXX, right, can you say to a reasonable degree of
23  medical certainty that he would not have had a heart
24  attack?

00157
1        MR. BIRCHFIELD: Object to form.
2    A. I cannot say that.
3    Q. Can you say, therefore, to a reasonable
4  degree of medical certainty that if he had not taken
5  VIOXX, he would not have had a heart attack on
6  January 8, 2003?
7    A. But the issue is that he did take the
8  VIOXX.
9    Q. Okay; I understand he took the VIOXX, all
10  right? My question is, if he did not take the
11  VIOXX, you cannot say to a reasonable degree of
12  medical certainty that he would not have had that
13  same heart attack on January 8, 2003, correct?
14    A. I couldn't say what would happen that
15  didn't happen; yes, I agree.
16    Q. So you agree with my statement, correct?
17    A. Yes.
```

*Id.* at 156-157.

At this point in its Motion, Merck represents to the Court in a footnote that, "Dr. Furman

later changed his answer by testifying ..."[6]

In reality, the line of questioning quoted above continued with:

---

[6] Merck Motion at 5.

00157
Q. You can't tell us that the heart attack
19 would not have occurred if he only had not taken
20 VIOXX?
21      MR. BIRCHFIELD: Object to the form.
22    A. The VIOXX -- again, I'll state it again. ·
23 The VIOXX substantially contributed.  If it were not
24 for the VIOXX that he took, more likely than not he

00158
1 would not have had that heart attack.
2    Q. Okay.
3    A. So if you keep on asking me the same
4 question, the answer is, if he didn't take the
5 VIOXX, he would not have had that heart attack, more
6 likely than not.
7    Q. Well, let's back up a second, okay?  That's
8 the opposite of the answer you gave a second ago.
9 So I just want --
10    A. I'm getting confused.
11      MR. BIRCHFIELD: Object to form.
12    Q. *I'm sorry; I just want to be sure what is
13 your real position, okay?*
14      So can you say to a reasonable degree of
15 medical certainty that if Mr. Dedrick had never
16 taken VIOXX, he would have avoided having a heart
17 attack on January 8, 2003?
18    A. To a reasonable degree of medical
19 certainty, he would not have had the heart attack on
20 January 8, 2003.

*Id.* at 157-158.

Accordingly, it is apparent, not only from the witness, but also from the Merck examiner

that there was momentary confusion with respect to what opinions were being solicited.  It is

impossible, however, for any reasonable person to read Dr. Furman's testimony and come away

with any understanding other than, "Dr. Furman expresses to a reasonable degree of medical

certainty that Vioxx was a substantial contributing factor to Mr. Dedrick's heart attack."  It

should also be noted that for purposes of this opinion, Dr. Furman defined "substantial

contributing factor" as being a factor that but for its existence, Mr. Dedrick's heart attack would

not have occurred.

### D.  Vioxx Was a Substantial Contributing Cause of Mr. Dedrick's Heart Attack

There is one thing that both sides agree on:  Mr. Dedrick was at high risk for a heart attack before he ever took Vioxx.  The epidemiological fact which Merck chooses to ignore is that while Vioxx is significantly increases the risk of heart attacks for healthy individuals, it increases that risk from between 4.86 times and 9.6 times for those already at an increased risk like Mr. Dedrick.

Merck argues that the appropriate standard for causation is as follows:  "To establish specific causation, a plaintiff must 'rule out' the possibility that his heart attack was caused by something *other* than Vioxx." This is clearly not the law and Merck is aware of this, a fact which is apparent from Merck's previous submission to the Court:  "Memorandum of Merck & Co. Addressing Applicable Tennessee Law."   See Memorandum of Merck & Co. Addressing Applicable Tennessee Law, at 14 (May 17, 2006) (asserting that the applicable causation standard is "[t]o demonstrate proximate cause, a plaintiff must show that the product 'substantially' or 'predominantly' caused the alleged injury" and citing *Richardson v. GlaxoSmithKline,* 412 F.Suppp.2d 863, 868 (W.D. Tenn. 2006)).

Under the Tennessee Product Liability Act, a manufacturer or seller of a product may be liable for injuries "caused by the product" shown to have been "in a defective condition or unreasonably dangerous at the time it left the control of the manufacturer." Tenn. Code § 29-28-105(a); see *Pride v. BIC Corp.,* 218 F.3d 566, 580 (6th Cir. 2000).  In order to recover, a plaintiff must show that the product proximately caused the injuries alleged by the plaintiff. See *Higgs v. General Motors Corp.*, 655 F. Supp. 22, 23 (E.D. Tenn. 1985).

In *Richardson*, the district court set out with particularity the standard for causation which should be followed in this case:

Where, as in this instant case, two or more possible causes for an injury are identified, "the plaintiff must establish with reasonable certainty that his injury resulted from a cause for which the defendant was liable." *Bailiff,* 772 F. Supp. at 1580 (citing *Jones v. Mercer Pie Co.*, 187 Tenn. 322, 214 S.W.2d 46, 48-49 (1948)).   While Plaintiff need not establish that Paxil was the sole or even last cause of his injuries, he must demonstrate that it was a "substantial" or "predominate" factor in causation of his alleged injuries. *Roberts v. Robertson County Bd. Of Educ.*, 692 S.W.2d 863, 871 (Tenn. App. 1985); see also *Lovett v. Kelley,* No. M2002-01078-COA-R3-DV, 2003 WL 21051816, at *3 (Tenn. Ct. App. May 12, 2003) (noting that, when dealing with situation in which two or more causes combine to bring about an event or independently could have caused the event, Tennessee courts have stated that "liability can be imposed if the defendant's action was a significant factor in bringing about plaintiff's injury.").

*Richardson*, 412 F.Supp.2d. at 871.

Numerous factors contributed to Plaintiff's heart attack; Plaintiff contends, however, that among those contributing causes Vioxx was a substantial contributing cause of Mr. Dedrick's heart attack when it occurred on January 8, 2003.

For legal support of this argument Merck cites the following string of cases that either do not support its position or are inapposite.  In *Viterbo v. Dow Chem Co.*, 826 F.2d 420, 423-424 (5th Cir. 1987), plaintiff's expert opined that plaintiff suffered from "toxic effects" from exposure to a pesticide, Tordon 10K.  The expert relied exclusively upon the oral history he took from Plaintiff – an oral history this failed to disclose the Plaintiff's family history of depression and hypertension.  The symptoms Plaintiff complained of were "characteristic of depression and hypertension" Id. At 423.  Additionally, the expert did not rely on medical test and even ignored the plaintiff's blood test showing elevated levels of another chemical, dieldrin, which can cause depression.  Id.  Finally, there existed no scientific evidence linking Tordon 10K to any of the symptoms plaintiff complained of and the tests conducted by the expert negated rather than supported any causal connection to the symptoms complained of.  In the instant case, Dr. Furman

10

relies on numerous medical tests to determine that Mr. Dedrick suffered from a thrombotic myocardial infarction, the kind of heart attack Merck's own studies have shown Vioxx causes.

In *Ester v. Aventis Paseur, Inc.* 358 F. Supp. 2d 573, 576 (E.D. La. 2005), plaintiffs argued, not that the mercury her child's vaccines caused the child to develop autism, but that the mercury caused co-morbid conditions that were consistent with autism.   The proffered expert admitted that he could not rule out autism as the cause of the symptoms given the child was autistic.  The evidence was undisputed that the co-morbid conditions were either subsumed within the DSM-IV criteria for diagnosing autism or were strongly related (i.e. 70% correlation) to autism.  Finally, plaintiffs admitted they had no scientific evidence linking mercury to autism. Accordingly, the Court held that because the symptoms complained of were within the definition of autism (and plaintiffs admitted there was not link between mercury and autism), the plaintiff could not differentiate symptoms caused by autism from those allegedly caused by mercury exposure.  *Easter* is clearly not applicable.  In the instant case, Mr. Dedrick is not complaining that his chest pain and permanent heart damage was caused by Vioxx independent of his heart attack.  His claim that Vioxx caused his heart attack is supported by epidemiologic studies, including Merck's own studies, show Vioxx causes thrombotic heart attacks.  In addition, the scientific literature provided a biologically plausible mechanism by which Vioxx causes the injury, the "Fitzgerald Hypothesis." [7]

---

[7] The "FitzGerald hypothesis" or "imbalance theory" holds that COX-2 inhibitors depress systemic PGI2 without concomitant inhibition of platelet-derived thromboxane A2 (TxA2). This can result in an augmented response to thrombotic and hypertensive stimuli and the acceleration of atherogenesis. This mechanistic explanation is supported by data from the Adenomatous Polyp Prevention on Vioxx (APPROVe) trial2 and the Adenoma Prevention with Celecoxib (APC) trial. See Solomon SD, McMurray JJ, Pfeffer MA, et al., "Adenoma Prevention with Celecoxib (APC) Study Investigators. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention." N Engl J Med. 2005;352:1071-1080.

The other cases – *Glastetter, Chester Valley Coach Works, Inc., and In re Paoli R.R. Yard PCB Litigation* – likewise that do not support Merck's assertion that Plaintiff must rule out all other cause. This is clearly not the law in the State of Tennessee.

Accordingly, it is not necessary for Dr. Furman to scientifically rule out all of Mr. Dedrick's risk factors as contributing causes of his heart attack. It is the very presence of these risk factors that dramatically increases the risk of harm as a result of exposing him to Vioxx. Under Merck's reasoning, it would be immune from profiting from defective drugs so long as the injury it caused was injuries the patients were already at increased risk to incur.

Again, in the instant case, Plaintiff has marshaled a mountain of both scientific evidence and general and specific causation experts who opine to a reasonable degree of medical and scientific certainty that Vioxx increases the risk of heart attack.

### E. Dr. Furman Can Rely on Epidemiologic Conclusions of Other Experts

Dr. Furman acknowledged that he is not testifying as en epidemiologist or biostatistician. As this Court has already ruled, however, it is perfectly acceptable for Dr. Furman to rely on the epidemiologic expertise and opinions of other qualified experts. It is well recognized that experts may rely upon the work of other consultants and specialists, when the information is of a type commonly relied upon by experts in the particular field, as Dr. Furman has done in relying upon the analyses of Dr. Moye, Dr. Arnett, and Dr. Farquhar. This methodology passed muster in 2005 when the Court allowed Dr. Farquhar to rely on Dr. Jewell in *Irvin I v. Merck & Co.,* and again, in *Barnett v. Merck & Co.,* the Court ruled that it was appropriate for Dr. Farquhar to rely on opinions of other expert consultants. See *Barnett v. Merck & Co.,* July 6, 2006 Pre-trial Hearing transcript.

Merck suggests that Dr. Furman does not understand the literature upon which he relies based on his production of his entire bibliography of 895 articles (some of which he acknowledged he had only read the titles, abstracts or only skimmed), his inability to answer quiz like questions without taking the time to review the article in question or his failure to recall what Merck considers to be "key documents" like the "April 2005 FDA Memorandum.

Dr. Furman understood that he was supposed to provide information concerning everything he reviewed and, therefore, produced his bibliography in its entirety.  At his deposition, he also produced a large box of peer-reviewed literature that he had determined to be the most relevant scientific support for his opinions. *Id.* at 77.  On more than one occasion, Dr. Furman offered to review and answer questions about any of the articles produced.  Dr. Furman explained that he had not attempted to memorize the details of the articles.  *Id.* at 75-77; 253-254.

Dr. Furman also explained that he conducted his on literature search and review and that he chose only to rely on articles published in peer-reviewed journals.  The memorandum prepared by an FDA advisory committee in April of 2005 deemed a "key document" by Merck is neither peer-reviewed nor published in a peer-reviewed journal and, therefore, would not have been relied upon by Dr. Furman.

## F.  Dr. Furman Is Not Required To Testify To the Precise Mechanism by Which Vioxx Causes Heart Attacks

In its motion, Merck abandons any attempt to argue that Vioxx does not cause cardiovascular events. Instead, Merck claims there is no scientific support for Dr. Furman's opinion on the theories of how Vioxx causes these events.  Merck's arguments confuse the purpose of Dr. Furman's testimony that Vioxx causes cardiovascular events.

13

A plaintiff is not required to show the precise mechanism of action through which the drug injuries a patient. Thus, Plaintiff is not required to prove the precise Vioxx-induced mechanism that led to Mr. Dedrick's heart attack. *See Kennedy v. Collagen Corp.*, 161 F.3d 1226, 1229-30 (9th Cir. 1998); *Plunkett*, 401 F. Supp. 2d at 589-90. "Biological plausibility is defined as the consideration of existing knowledge about human biology and disease pathology in order to provide a judgment about the plausibility that an agent causes a disease." *Id.* While biologic plausibility, like a definitive mechanism of injury, is not required to prove causation, its existence is evidence of causation. *See* Federal Judicial Center, *Reference Manual on Scientific Evidence* 497 (2d ed. 2000).

Having said that, however, other Plaintiff experts, Dr. Colin Funk and Dr. Egil Fosslien, will provide testimony regarding the mechanisms of action by which Vioxx increases the risk of heart attack and accelerates atherosclerosis. For the reasons noted earlier, Dr. Furman may rely upon their analyses of the mechanisms of action. Dr. Furman need not offer an opinion on mechanism. He may rely on the opinions of Dr. Fosslien and Dr. Funk.

## IV.   CONCLUSION

For these reasons, Plaintiff urges the Court to deny Merck's motion for an order excluding the testimony of Mark Furman, M.D.,

14

Respectfully submitted this **16th** day of November, 2006.

_____

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

15

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
 **Plaintiffs' Liaison Counsel**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Opposition to Merck's Motion for Order Excluding Testimony of Mark Furman, M.D., F.A.C.C., F.A.H.A. has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck,  by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __16th__ day of November, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

# Exhibit A

November 16, 2006

# CURRICULUM VITAE

**Mark I. Furman, MD, FACC, FAHA, FSCAI**
**Director, Interventional Cardiology**
**UMass Memorial Medical Center**
**Associate Director, Center for Platelet Function Studies**
**Associate Professor of Medicine, Pediatrics and Cell Biology**
**University of Massachusetts Medical School**

## ADDRESS

Division of Cardiovascular Medicine
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, Massachusetts 01655

Phone: (508) 856-1775
Fax: (508) 856-4571

E-mail: mark.furman@umassmed.edu

## FACULTY APPOINTMENTS

| | |
|---|---|
| 1994-2000 | Assistant Professor of Medicine and Cell Biology |
| | University of Massachusetts Medical School |
| 1994-present | Associate Director, Center for Platelet Function Studies |
| | University of Massachusetts Medical School |
| 2000-present | Associate Professor of Medicine and Cell Biology |
| | University of Massachusetts Medical School |
| 2000-present | Director of Research |
| | Cardiac Catheterization and Interventional Laboratories |
| | UMass Memorial Medical Center |
| 2002-present | Director, Interventional Cardiology |
| | UMass Memorial Medical Center |
| 2005-present | Associate Professor of Pediatrics |

## EDUCATION

| | | |
|---|---|---|
| 1983 B.A. | Emory University, Atlanta, Georgia |
| | Major: Mathematics, *Magna Cum Laude* |

1987 M.D.          Emory University School of Medicine,
                   Atlanta, Georgia, *Summa Cum Laude*

## POSTDOCTORAL TRAINING

Residency:

1987-1990          Resident Physician, Brigham and Women's Hospital, Boston, MA

Fellowships:

1987-1990          Clinical Fellow in Medicine, Harvard Medical School, Boston, MA
1990-1994          Fellow in Cardiology, Program of Excellence in Molecular and Clinical Vascular
                   Medicine, Johns Hopkins University School of Medicine, Baltimore, MD
1993-1994          Fellow in Interventional Cardiology, Johns Hopkins University School of
                   Medicine, Baltimore, MD

## AWARDS AND HONORS

1981          Emory University School of Medicine, Early Acceptance Program
1982          Phi Beta Kappa, Junior Year, Emory College
1983          High Honors in Mathematics and Computer Science, Emory College
1986          Alpha Omega Alpha, Junior Year, Emory University School of Medicine
1987          Upjohn Achievement Award for Excellence in Clinical Medicine
1987          Valedictorian, Emory University School of Medicine
1989          John A. Hartford Scholar, Harvard Medical School
1997          Finalist, New England Cardiovascular Research Competition and Award Program
1998          Finalist, New England Cardiovascular Research Competition and Award Program

## PROFESSIONAL SOCIETIES AND COUNCILS

1983-1987          American Medical Student Association
1983-              American Medical Association
1987               Massachusetts Medical Association
1994-present       American Heart Association, Council on Atherosclerosis, Thrombosis and
                   Vascular Biology
1994-present       American Heart Association, Council on Clinical Cardiology
1995-present       International Society of Heart Research
1994-present       International Society on Thrombosis and Haemostasis
1997-present       American Association for the Advancement of Science
1998-present       New York Academy of Sciences
1999-present       Fellow, American College of Cardiology
1999-present       Fellow, American Heart Association Council on Atherosclerosis,

|              | Thrombosis and Vascular Biology |
| 1999-present | Fellow, Society of Coronary Angiography and Interventions |

## TEACHING RESPONSIBILITIES

| 1994-1995    | Introduction to Clinical Medicine Course |
| 1994-present | Ward Attending x 2 weeks/year |
| 1994-present | Consult Attending x 2 weeks/year |
| 1994-1997    | CCU Attending x 4 weeks/year |
| 1998-present | CCU Attending x 2 weeks/year |

## INVITED REVIEWER

American Heart Journal
American Journal of Cardiology
Archives of Internal Medicine
Atherosclerosis, Thrombosis and Vascular Biology
Coronary Artery Disease
Circulation
Histochemistry and Cell Biology
Journal of the American College of Cardiology
Journal of Cellular Biochemistry
Journal of Nuclear Cardiology
Journal of Thrombosis and Thrombolysis
Peptides

## OTHER SCHOLARLY ACTIVITIES

| 1994         | Small Grants Proposal Review Committee, University of Massachusetts School of Medicine |
| 1996         | Abstract Reviewer, 68th Annual Scientific Sessions of the American Heart Association |
| 1998         | Clinical Events Committee, TIMI 16-OPUS Trial |
| 2000         | Data and Safety Monitoring Committee: XaNADU: Xa Neutralization for Atherosclerotic Disease Understanding. A dose ranging trial of DX-9065a vs. placebo to determine the pharmacokinetics, pharmacodynamics, safety profile, and biochemical marker relationships in older patients with coronary artery disease. |
| 2001         | ATF2459g Scientific Advisory Board, Genentech, Inc |
| 2001-2005    | Editorial Board, *Journal of the American College of Cardiology* |
| 2004-present | Steering Committee, TRITON-TIMI 38 |
| 2005         | University Hospitals Consortium CV Steering Committee |

## COMMITTEE ASSIGNMENTS

| | |
|---|---|
| 1985-1987 | University Senate, Emory University |
| 1985-1987 | Admissions Committee, Emory University School of Medicine |
| 1988-1990 | Harvard Health Professional Student Program |
| 1989-1990 | Morbidity and Mortality Committee, Brigham and Women's Hospital |
| 1994-1999 | Pharmacy and Therapeutics Committee, UMass Memorial Medical Center |
| 1999-1997 | Utilization Review Committee, UMass Memorial Health Care |
| 1999-2000 | Faculty Council Subcommittee on Clinical-Academic Computing |
| 1999-2001 | Group Practice Fringe Benefits Subcommittee |
| 2003-present | Conscious Sedation Committee |
| 2004-present | Interventional Platform Steering Committee |
| 2004-present | New Technology Assessment Committee |
| 2005 | Search Committee for Director of Cardiac Surgery |
| 2005-present | Supply Chain Command Steering Committee |

## LICENSURE AND CERTIFICATION

| | |
|---|---|
| 1989-present | Massachusetts License Registration #70673 |
| 1990-1995 | Maryland License Registration #D40063 |
| 1990 | Diplomate, American Board of Internal Medicine |
| 1994 | Diplomate, American Board of Internal Medicine/Cardiovascular Diseases |
| 2000 | Diplomate, American Board of Internal Medicine/Interventional Cardiology |
| 2004 | Recertification, American Board of Internal Medicine/Cardiovascular Diseases |
| 2004 | Connecticut License Registration #042111 |

## ADMINISTRATIVE RESPONSIBILITIES

| | |
|---|---|
| 1994-present | Medical Director, Cardiovascular Nurse Practitioner Service and Short Stay Unit, UMass Memorial Medical Center |
| 1998-present | Student Advisor, University of Massachusetts Medical School |
| 1999-present | Resident Advisor, University of Massachusetts Medical School |
| 2002-present | Director, Interventional Cardiology, UMass Memorial Medical Center |
| 2003-present | Director, Interventional Cardiology Fellowship Program, University of Massachusetts Medical School |
| 2005-present | Acting Medical Director, Catheterization Laboratory, Holyoke Hospital |

## INVITED LECTURES

07/12/95 *Platelet Function in Atherosclerosis*, Cardiology Grand Rounds, St. Vincent's Hospital, Worcester, MA

07/18/95 *Adhesion Molecules in Coronary Artery Disease*, Pfizer Corp, Groton, CT

05/15/96 *Platelet Function in Atherosclerosis*, Cardiology Grand Rounds, St. Vincent's Hospital, Worcester, MA

03/04/97 *New Therapies for the Treatment of Acute Myocardial Infarction*, Department of Medicine Grand Rounds, Coconut Grove Hospital, Miami, FL

03/05/97 *New Therapies for the Treatment of Acute Myocardial Infarction*, Department of Medicine Grand Rounds, Mt. Sinai Medical Center, Miami Beach, FL

03/06/97 *New Therapies for the Treatment of Acute Myocardial Infarction*, Department of Medicine Grand Rounds, Columbia-Cedars Hospital, Miami, FL

04/23/97 *New Therapies for the Treatment of Acute Myocardial Infarction*, Department of Medicine Grand Rounds, Kent County Hospital, Warwick, RI

06/10/97 *PTCA vs. CABG* Department of Medicine Grand Rounds, Beverly Hospital, Beverly, MA

09/09/97 *PTCA in AMI*, Research and Development Staff, Guidant Corporation, Santa Clara, CA

10/15/97 *PTCA in AMI*, Update in Cardiovascular Diseases, Worcester Crowne Plaza Hotel, Worcester, MA

02/21/98 *Angioplasty in Patients with Cardiogenic Shock*, Cardio-Thoracic Surgery Grand Rounds, University of Massachusetts Medical Center, Worcester, MA

06/14/98 *Pathophysiology of Acute Coronary Artery Disease*, Merck and Co., Inc Newport, RI

09/23/98 *Use of GPIIb-IIIa Inhibitors in Acute Coronary Syndromes*, Department of Medicine Grand Rounds, Backus Hospital, Norwich, CT

09/29/98 *Monocyte-Platelet Aggregates in Coronary Artery Disease*, Emergency Department Grand Rounds, UMass Memorial Medical Center, Worcester, MA

10/13/98 *Use of GPIIb-IIIa Inhibitors in Acute Coronary Syndromes*, Cardio-Thoracic Surgery Grand Rounds, UMass Memorial Medical Center, Worcester, MA

02/09/99 *Anticoagulation Strategies for Patients Requiring Coronary Angiography and PTCA*, Low-Molecular Weight Heparins in Acute Coronary Syndromes Symposia, Hoaglund-Pinkus Conference Center, Worcester, MA

02/10/99 *Monocyte-Platelet Aggregates in Coronary Artery Disease*, Emergency Department Grand Rounds, Memorial Campus, UMass Memorial Medical Center, Worcester, MA

02/18/99 *Use of GPIIb-IIIa Inhibitors in Acute Coronary Syndromes*, Cardiology Grand Rounds, Memorial Campus, UMass Memorial Medical Center, Worcester, MA

02/24/99 *Use of GPIIb-IIIa Inhibitors in PTCA*, Cardiology Grand Rounds, St. Vincent's Hospital, Worcester, MA

05/14/99 *Novel Strategies in the Diagnosis and Treatment of DVT/PE*, Update in Pulmonary Medicine, Orchard Education, Manchester, NH

06/02/99 *Use of GPIIb-IIIa Inhibitors in PTCA*, GPIIb-IIIa Inhibitors in Acute Coronary Syndromes Symposia, Hoaglund-Pinkus Conference Center, Worcester, MA

12/15/99 *Optimizing ACS Patient Outcomes with GP IIB-IIIA Therapy*, Beechwood Inn, Worcester, MA

12/20/99 *Update: Use of GPIIb-IIIa Inhibitors in Acute Coronary Syndromes*, Cardiology Grand Rounds, St. Vincent's Hospital, Worcester, MA

09/12/02 *Platelet-Leukocyte Interactions in PCI*, Inflammation Summit, Transcatheter Cardiovascular Therapeutics Meeting, Washington, DC

04/02/03 *Cardiology Update: New Guidelines for the Management of Patients with ACS*, Medicine Grand Rounds, Henry Heywood Hospital, Gardner, MA

05/08/03 *Platelet-Leukocyte Interactions in Coronary Artery Disease*, Society of Cardiac Angiography and Intervention, 26th Annual Scientific Sessions, Boston, MA

05/30/03 *Leukocyte-Platelet Interactions in Coronary Artery Disease*, Cardiology Research Conference, St. Elizabeth's Medical Center, Boston, MA

01/09/04 *Leukocyte-Platelet Interactions in Coronary Artery Disease*, Cardiology Grand Rounds, Beth Israel Deaconess Medical Center, Boston, MA

04/06/04 *New Treatment Strategies in the Management of Acute Coronary Syndromes*, The Paul Vom Eigem Memorial Lecture, Health Alliance Medical Center, Leominster, MA

11/08/04 *Leukocyte-Platelet Interactions in Coronary Artery Disease,* Cardiovascular Research Seminar, 77th Annual Scientific Sessions of the American Heart Association, New Orleans, LA

11/14/2005 *P2Y$_{12}$ Receptor Antagonists: Mechanisms and Measurements*, Advancing Antiplatelet Therapy, Satellite Symposium, 78[th] Annual Scientific Sessions of the American Heart Association, Dallas, TX

4/27/06 *Antiplatelet Agent Resistance* The Edward G. Budnitz Memorial Lecture, Department of Medicine, University of Massachusetts Medical School, Worcester, MA

5/11/06  *ASD/PFO Closure* Frontiers in Critical Care Nursing, Worcester, MA

10/13/06  *New Techniques in PFO management*.  Cardiology for the Primary Care Giver, Worcester, MA.

10/26/06 *Antiocoagulation Strategies in ACS and STEMI: Synthesizing New Data to Optimize Medical Care*.  Grand Rounds, Athol Memorial Hospital, Athol, MA

10/27/06 *Antiocoagulation Strategies in ACS and STEMI: Synthesizing New Data to Optimize Medical Care*.  Grand Rounds, Milford Hospital, Milford, CT

11/2/06 *Antiocoagulation Strategies in ACS and STEMI: Synthesizing New Data to Optimize Medical Care*.  Grand Rounds, Coatesville VA Medical Center, Coatesville, PA

## RESEARCH INTERESTS

Platelet function in cardiovascular disease

Leukocyte-platelet interactions in cardiovascular disease

Endothelial cell-platelet interactions in cardiovascular disease

Antiplatelet agents and platelet function

## Funded Research:

| | |
|---|---|
| 1995-96 | Thrombolysis and Thrombin Inhibition in Myocardial Infarction (TIMI 9B), Ciba-Geigy Pharmaceuticals, Co-Principal Investigator: Mark I. Furman |
| 1995-97 | ReoPro in Acute myocardial infarction and Primary PTCA Organization and Randomized Trial (RAPPORT), Eli Lilly, Co. Co-Principal Investigator: Mark I. Furman |
| 1995 | Doppler Endpoint Stenting International Investigation (DESTINI), Cardiometrics Corp., Co-Principal Investigator: Mark I. Furman |
| 1995 - 1997 | Global Cutting Balloon Randomized Trial, Interventional Vascular Technologies, Co-Principal Investigator: Mark I. Furman |
| 1995 – 1996 | The Liposome Company, Inc. (Princeton, New Jersey), "The Effects of TLC C-53 on Platelet and Leukocyte Function in Patients Receiving Thrombolytic Therapy for Acute Myocardial Infarction", Substudy of A Phase II, Placebo-controlled, |



|  | Multicenter Study of TLC C-53 as an Adjunct to Thrombolytic Therapy in Patients with Acute Myocardial Infarction (Liposomal Intervention Followed by Thrombolysis, LIFT), Principal Investigators: Mark I. Furman and Alan D. Michelson, $28,170 (direct costs). |
|---|---|
| 1997-98 | Aspirin/Ticlopidine vs. Low molecular weight heparin/Aspirin/ticlopidine high risk Stent Trial (ATLAST), Rhône-Poulenc Rorer, Principal Investigator: Mark I. Furman |
| 1997-99 | Treat Angina with Aggrastat and Determine Cost of Therapy with Invasive or Conservative Strategies (TACTICS-TIMI 18), Merck & Co., Inc. Principal Investigator: Mark I. Furman |
| 1998 – 1999 | CompuCyte Corporation (Cambridge, Massachusetts), "Prediction of Cardiac Events after Angioplasty by Measurement of Circulating Monocyte-platelet Aggregates", Principal Investigators: Mark I. Furman and Alan D. Michelson, $30,000 (direct costs). |
| 1998 – 1999 | Centocor, Inc. (Malvern, Pennsylvania), "The Effects of ReoPro on Platelet Activation *in Vitro*", Principal Investigators: Mark I. Furman and Alan D. Michelson, $22,000 (direct costs). |
| 1998 – 2000 | CompuCyte Corporation (Cambridge, Massachusetts), "Circulating Heterotypic Aggregates in Coronary Artery Disease", Principal Investigators: Mark I. Furman and Alan D. Michelson, $230,099 (direct costs). |
| 1999 – 2000 | Centocor, Inc. (Malvern, Pennsylvania), "The Effects of Reteplase and Alteplase on Platelet Function in Acute Myocardial Infarction", Principal Investigators: Mark I. Furman and Alan D. Michelson, $143,466 (direct costs). |
| 1999 – 2000 | Centocor, Inc. (Malvern, Pennsylvania), "GPIIb-IIIa Antagonist-induced Fibrinogen Binding to Platelets", Principal Investigators: Mark I. Furman, A.L. Frelinger III and Alan D. Michelson, $63,674 (direct costs). |
| 1999 – 2002 | Centocor, Inc. (Malvern, Pennsylvania), "*In Vivo* Effects of Abciximab on Platelet and Leukocyte Activation, Platelet-Leukocyte Aggregation, Platelet Procoagulant Activity, Platelet-Derived Microparticles, and Platelet-Endothelial Cell Adhesion in Patients with Unstable Angina/Non-Q Wave Myocardial Infarction: A Case-Control Study", Principal Investigators: Mark I. Furman and Alan D. Michelson, $174,596 (direct costs). |
| 2000 | Randomized Evaluation in PCI Linking Angiomax to Reduced Clinical Events (REPLACE 2). The Medicines Company. Principal Investigator: Mark I. Furman |
| 2000 | Kaneka America Corporation (New York, New York), "Role of LDL Cholesterol in Mechanisms of Unstable Ischemic Syndromes", Co-Investigators: Mark I. Furman, and Alan D. Michelson, $23,750 (direct costs). |
| 2000 – 2001 | Pharmacia (Peapack, NJ), "Randomized Comparative Trial of Dalteparin versus Unfractionated Heparin in Conjunction with Abciximab Platelet GPIIb/IIIa Inhibition During and Following Elective Percutaneous Coronary Intervention", Principal Investigators: Mark I. Furman and Alan D. Michelson, $56,905 (direct costs). |

| | |
|---|---|
| 2000 – 2001 | Centocor, Inc. (Malvern, Pennsylvania), "Placebo Controlled Randomized Administration of Reduced Dose Abciximab Prior to Percutaneous Coronary Intervention in Patients Receiving Intravenous Abciximab Infusion Following Pharmacologic Reperfusion of Acute Myocardial Infarction", Principal Investigators: Mark I. Furman and Alan D. Michelson, $23,655 (direct costs). |
| 2000 – 2001 | Accumetrics, Inc. (San Diego, California), "Assessment of Platelet Function in Subjects Receiving Clopidogrel or Ticlopidine", Principal Investigators: Mark I. Furman and Alan D. Michelson. |
| 2000 – 2001 | Accumetrics, Inc. (San Diego, California), "Assessment of Platelet Function in Subjects Receiving Eptifibatide", Principal Investigators: Mark I. Furman and Alan D. Michelson. |
| 2000 | Merck & Co., Inc. (West Point, Pennsylvania), "*In Vivo* Effects of Aggrastat and TNK-tPA on Platelet and Leukocyte Activation and Platelet-Leukocyte Aggregation. A Substudy of the Fibrinolytics and Aggrastat with ST Elevation Resolution Trial (FASTER)", Principal Investigators: Mark I. Furman and Alan D. Michelson, $15,000 (direct costs). |
| 2000 – 2001 | Radiant Medical (Redwood City, California), "Effects of Hypothermia and GPIIb-IIIa Antagonists on Platelet Function", Principal Investigators: Mark I. Furman and Alan D. Michelson, $20,489 (direct costs). |
| 2001 – 2002 | Eli Lilly & Co. (Indianapolis, Indiana), "Effects of GPIIb-IIIa Antagonists on CD40L", Principal Investigators: Mark I. Furman and Alan D. Michelson, $78,166 (direct costs). |
| 2001 – 2002 | Medtronic AVE, Inc. (Santa Rosa, CA), "Effects of the Medtronic Distal Protection Device on Platelet Activation: Pulsed Floating Perfusion Model", Principal Investigators: Mark I. Furman and Alan D. Michelson, $17,008. |
| 2002 | TAXUS V, Principal Investigator, Boston Scientific Corp. |
| 2002 | TAXUS V-In Stent Restenosis, Principal Investigator, Boston Scientific Corp. |
| 2002 – 2005 | Dade Behring (Miami, Florida), "Correlation of *In Vitro* and *In Vivo* Determinations of Aspirin Resistance, including Clinical Outcomes", Principal Investigators: Mark I. Furman, A.L. Frelinger, Alan D. Michelson, $309,009 (direct costs). |
| 2003 – 2004 | Eli Lilly & Co. (Indianapolis, Indiana), "Effects of GPIIb-IIIa Antagonists on CD40L (continuation)", Principal Investigators: Mark I. Furman and Alan D. Michelson, $114,283 (direct costs). |
| 2004 | DES Discover Registry, Principal Investigator, Cordis, Inc |
| 2005 | TRITON-TIMI 38, Principal Investigator, Eli Lilly and Co |
| 2005 | TRITON-TIMI 38 Platelet Substudy Core Lab, TIMI Study Group and Eli Lilly and Co. Principal Investigators: Mark I. Furman and Alan D. Michelson $625,640 (direct costs). |
| 2006 | Momenta Pharmaceuticals "Effects of M-118 on Platelet Function", Principal Investigator: Mark I. Furman, $115,550 (direct costs). |

# BIBLIOGRAPHY

## Original Reports

1. Kaplan DT, **Furman MI**, Pincus SM. Techniques for analyzing complexity in heart rate and beat to beat blood pressure signals. *Computers in Cardiology*, 1991

2. Kaplan DT, **Furman MI**, Pincus SM, Ryan SM, Lipsitz LA, Goldberger AL. Aging and the complexity of cardiovascular dynamics. *Biophys J* 59: 945-49, 1991

3. Ivanhoe, RJ, Weintraub WS, Douglas JS Jr., Lembo NJ, **Furman M**, Gershony G, Cohen CL, King SP III, Percutaneous transluminal coronary angioplasty of chronic total occlusions: primary success, restenosis, and long term clinical follow-up. *Circulation* 85;106-15, 1992

4. Goldschmidt-Clermont PJ, **Furman MI,** Wachstock D, Safer D, Nachmias VT, Pollard TD. The Control of actin nucleotide exchange by thymosinβ4 and profilin. A potential regulatory mechanism for actin polymerization in cells. *Molec Biol Cell* 3:1015-24,1992

5. **Furman MI**, Gardner TM, Goldschmidt-Clermont PJ. Mechanisms of cytoskeletal reorganization during platelet activation. *Thromb Haemost* 70:229-232, 1993

6. **Furman MI**, Grigoryev D, Bray PF, Dise KR, Goldschmidt-Clermont. Platelet tyrosine kinases and fibrinogen receptor activation. *Circ Res* 75:172-80, 1994

7. **Furman MI**, Becker RC, Yarzbeski J, Savageau J. Gore JM, Goldberg RJ. Effect of elevated leukocyte count on in-hospital mortality following acute myocardial infarction. *Am J Cardiol* 78:945-48, 1996

8. Michelson AD, Benoit SE. **Furman MI**, Breckwoldt WL, Rohrer MJ, Barnard MR, Loscalzo J. Effects of endothelium-derived relaxing factor/nitric oxide on platelet surface glycoproteins. *Am J Phys (Heart and Circulatory Physiology)* 270:H1640-48, 1996

9. Michelson AD, Benoit SE, **Furman MI**, Barnard MR, Nurden P, Nurden AT. The platelet surface expression of glycoprotein V is regulated by two independent mechanisms: proteolysis and a reversible cytoskeletal-mediated redistribution to the surface-connected canalicular system. *Blood* 87:1396-1408, 1996

10. **Furman MI**, Liu L, Benoit SE, Becker RC, Barnard MR, Michelson AD. The cleaved peptide of the thrombin receptor is a strong platelet agonist. *Proc Natl Acad Sci, U.S.A.* 95:3082-87, 1998

11. **Furman MI**, Benoit SE, Valeri CR, Borbone ML, Becker RC, Hechtman HB, Michelson AD. Increased platelet reactivity and circulating platelet-monocyte aggregates in patients with stable coronary artery disease. *J Am Coll Cardiol* 31:352-8, 1998

12. Peyton BR, Rohrer MJ **Furman MI**, Barnard MR, Rodino LJ, Benoit SE, Hechtman HB, Valeri CB, Michelson AD. Patients with venous stasis ulceration have increased monocyte-platelet aggregation. *J Vasc Surg* 27:1109-15, 1998

13. Powell CC, Rohrer MJ, Barnard MR, Peyton BD, **Furman MI**, Michelson AD.  Chronic venous insufficiency is associated with increased platelet and monocyte activation and aggregation. *J Vasc Surg* 30:844-51, 1999

14. Michelson AD, **Furman MI**, Goldschmidt-Clermont P, Mascelli MA, Hendrix C, Coleman L, Hamlington J, Barnard M, Kickler T, Christie DJ, Kundu S, Bray PJ. Platelet GPIIIa PLA polymorphisms display different sensitivity to agonists. *Circulation* 101:1013-18, 2000.

15. Michelson AD, Barnard MR, Krueger LA, Frelinger AL, **Furman MI**. Evaluation of platelet function by flow cytometry *Methods. A Companion to Methods in Enzymology* 21:259-70. 2000.

16. Simon DI, Chen Z, Xu H, Li CQ, Dong J, McIntire LV, Ballantyne CM, Zhang L, **Furman MI,** Berndt MC, Lopez JA. Platelet glycoprotein Ibα is a counter-receptor for leukocyte integrin Mac-1 (CD11b/CD18). *J Exp Med* 192:193-204, 2000

17. Dauerman HL, Yarzebski J, Lessard D, **Furman MI,** Gore JM, Goldberg RJ. Ten-year trends in the incidence, treatment and outcome of Q wave myocardial infarction: A population based perspective. *Am J Cardiol* 86:730-735, 2000

18. **Furman MI**, Krueger LA, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, Michelson AD. GPIIb-IIIa antagonist-induced reduction in platelet surface factor V/Va binding and phosphatidylserine expression in whole blood. *Thromb Haemost* 84:492-8, 2000

19. **Furman MI**, Nurden P, Berndt MC, Nurden AT, Benoit SE, Liu L, Rohrer MR, Barnard MR, Michelson AD.  The cleaved peptide of PAR1 results in a redistribution of platelet surface GPIb to the surface-connected canalicular system. *Thromb Haemost* 84:897-903, 2000

20. Claytor BR, Li J-M, **Furman MI**, Garnette CSC, Rohrer MJ, Barnard MR, Krueger LA, Frelinger AL, Michelson AD. Laser scanning cytometry: a novel method for the detection of platelet-endothelial cell adhesion. *Cytometry* 43:308-313, 2001

21. **Furman MI,** Dauerman HL, Goldberg RJ, Yarzbeski J, Lessard D, Gore JM. Twenty-two year (1975-1997) trends in the incidence, in-hospital and long-term case-fatality rates from initial Q wave and Non-Q wave myocardial infarction: A multi-hospital, community-wide perspective. *J Am Coll Cardiol* 37:1571-80, 2001

22. Michelson AD, Barnard MR, Krueger LA, Valeri CR, **Furman MI**. Circulating monocyte-platelet aggregates are a more sensitive marker of platelet activation than platelet surface P-selectin: Studies in baboons, human coronary intervention, and human myocardial infarction *Circulation* 104:1533-1537, 2001

23. **Furman MI**, Barnard MR, Krueger LA, Fox ML, Shilale EA, Lessard DM, Marchese P, Frelinger III, AL, Goldberg RJ, Michelson AD. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. *J Am Coll Cardiol* 38:1002-1006, 2001

24. Frelinger AL, **Furman MI**, Krueger LA, Barnard MR, Michelson AD. Dissociation of glycoprotein IIb/IIIa antagonists from platelets does not result in fibrinogen binding or platelet aggregation. *Circulation* 104:1374-1379, 2001

25. **Furman MI**, Kereiakes DJ, Krueger LA, Mueller MN, Pieper K, Broderick TM, Schneider JF, Howard L, Fox ML, Barnard MR, Frelinger AL, Michelson AD. Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface GPIIIa following percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab. *Am Heart J* 142:790-798, 2001

26. Dauerman HL. Ball SA, Goldberg RJ, Desourdy MA, **Furman MI**. Activated clotting times in the setting of eptifibatide use during percutaneous coronary intervention. *J Thromb Thrombolys* 13:127-132, 2002

27. Marciniak SJ, Mascelli MA, **Furman MI**, Michelson AD, Jakubowski JA, Jordan RE, Frelinger AL. An additional mechanism of action of abciximab: dispersal of newly formed platelet aggregates. *Thromb Haemost* 87:1020-5, 2002

28. Rohrer MJ, Claytor RB, Garnette CSC, Powell CC, Barnard MR**, Furman MI**, Michelson AD. Platelet-monocyte aggregates in patients with chronic venous insufficiency remain elevated following correction of reflux. *Cardiovasc Surg* 10:464-469 2002

29. Wheeler GL, Braden GA, Steinhubl SR, Kereiakes DJ, Kottke-Marchant K, Michelson AD, **Furman MI,** Mueller M, Moliterno DJ, Sane DC. The Ultegra rapid platelet function assay: comparison to standard platelet function assays in patients undergoing percutaneous coronary intervention with abciximab therapy. *Am Heart J* 143:602-11, 2003.

30. **Furman, MI**, Kereiakes DJ, Krueger LA, Mueller MN, Broderick TM, Schneider JF, Howard WL, Fox ML, Barnard MR, Frelinger AL, Michelson AD. Quantification of abciximab-induced platelet inhibition is assay dependent:  A comparative study in patients undergoing percutaneous coronary intervention. *Am Heart J* 145:e6**M1-e6M6**, 2003

31. Rashkin JM, **Furman MI**. Incidence, in-hospital and long-term case-fatality rates from initial q wave and non-q wave myocardial infarction. *CVR&R* 24:14-19, 2003

32. Claytor RB, Michelson AD, Li J-M, Frelinger AL, Rohrer MJ, Garnette, CSC, Barnard MR, Krueger LA, **Furman MI.** The cleaved peptide of PAR1 is a more potent stimulant of platelet-endothelial cell adhesion than thrombin. *J Vasc Surg* 37:440-5, 2003

33. Menon V, Lessard D, Yarzebski J, **Furman MI,** Gore JM, Goldberg RJ. Leukocytosis and adverse hospital outcomes after acute myocardial infarction. *Am J Cardiol* 92:368-72, 2003

34. Moliterno DJ, Hermiller JB, Kereiakes DJ, Yow E, Applegate RJ, Braden GA, Dippel EJ, **Furman MI,** Grimes CL, Kleiman NS, Levine GN, Mann T, Nair RN, Stine RA, Yacubov SJ Tcheng JE for the ELECT Investigators. A novel point-of-care enoxaparin monitor predicts clinical outcome during percutaneous coronary intervention: results of the Evaluating ENOX Clotting Times (ELECT) Study. *J Am Coll Cardiol* 42:1132-39, 2003

35. Frelinger AL, **Furman MI**, Barnard MR, Krueger LA, Dae MW, Michelson AD. Combined effects of mild hypothermia and glycoprotein IIb/IIIa antagonists on platelet-platelet and leukocyte-platelet aggregation. *Am J Cardiol* 92:1099-1101, 2003

36. **Furman MI**, Gore JM, Anderson FA, Budaj A, Goodman SG, Avezum A, López-Sendón J, Klein W, Mukherjee D, Eagle KA, Dabbous OH, Goldberg RJ for the GRACE Investigators. Relationship between elevated leukocyte count and hospital events in patients with acute coronary syndromes: findings from the global registry of acute coronary events (GRACE). *Am Heart J* 147:42-8: 2004

37. **Furman MI**, Krueger L, Linden M, Barnard M, Frelinger A, Michelson A. Release of soluble CD40L from platelets is regulated by GPIIb-IIIa and actin polymerization. *J Am Coll Cardiol* 43:2319-25;2004. (Accompanying Editorial: *J Am Coll Cardiol* 43:2326-28;2004)

38. **Furman MI,** Krueger LA, Linden M, Fox M, Ball S, Barnard M, Frelinger AL, Michelson AD. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. *J Thromb Haemost* 3:312-320, 2005

39. Barnard MR, Linden MW, Frelinger AL, Li Y, Fox ML, **Furman MI**, Michelson AD. Effects of platelet binding on whole blood flow cytometry assays of monocyte and neutrophil procoagulant activity. *J Thromb Haemost* 3: 563-70, 2005

40. Frelinger, AL, **Furman MI,** Linden MD, Li Y, Fox ML, Barnard MR, Michelson AD. Residual arachidonic acid-induced platelet activation via an ADP-dependent but COX-1 and COX-2 independent pathway: a 700 patient study of aspirin resistance. *Circulation* 113: 2888-96, 2006.

41. **Michelson AD,** Linden MD, Barnard MR, Furman MI, Frelinger AL. Evaluation of platelet function by flow cytometry. *J Pathophysiol Haemost Thromb* in press, 2006

42. Michelson AD, Linden MD, **Furman MI,** Lau W, Fox ML, Li Y, Barnard MR, Frelinger AL Pre-existent variability in platelet response to ADP accounts for "clopidogrel resistance". *In press J Thromb Haemost,* 2006.

43. Linden MD, Frelinger AL, Michelson AD, Fox ML, Barnard MR, Li Y, **Furman MI**. Indices of platelet activation as markers of myocardial infarction. *Submitted for publication J Thromb Haemost,* 2006.

44. Frelinger AL, Jakubowski JA, Li Y, Barnard MR, Fox ML, Linden MD, Winters KJ, **Furman MI,** and Michelson AD The Active Metabolite of Prasugrel Inhibits ADP-Stimulated Thrombo-inflammatory Markers of Platelet Activation: Influence of Other Blood Cells, Calcium, and Aspirin. *Submitted for publication Circulation* 2006.


**Invited Reviews and Book Chapters**

1. Sharma M, **Furman MI**, Spencer FA, Burns M, Ball SP, Becker, RC. Thrombolytic therapy in acute myocardial infarction: Management algorithms. *J Thromb Thrombolys* 4:397-413, 1997

2. Sharma M, **Furman MI**, Spencer FA, Burns M, Ball SP, Becker, RC. Current and practical management of acute myocardial infarction. *J Thromb Thrombolys* 4:375-396 1997.

3. Michelson AD, **Furman MI** Laboratory markers of platelet activation and their clinical significance. *Curr Opin Hematol* 6:342-348, 1999

4. **Furman MI.** Markers of platelet activation. *J Thromb Thrombolys* 9:81-84, 2000

5. Michelson AD, Barnard MR, Krueger LA, Frelinger III AL, **Furman MI**. Evaluation of platelet function by flow cytometry. *Purdue Cytometry.* CD ROM volume 5, 2000

6. Michelson AD, Barnard MR, Krueger LA, Frelinger III AL, **Furman MI**. Evaluation of platelet function by flow cytometry. *Methods* 21:259-70, 2000

7. **Furman MI,** Frelinger AL, Michelson AD. Antithrombotic therapy in the cath lab. *Curr Cardiol Reports* 2:386-394, 2000

8. Michelson AD, Barnard MR, Krueger LA, Frelinger AL, and **Furman MI**. Flow cytometry and other methods for the detection of circulating activated platelets. In Gresele P, Page CP, Vermylen J, Fuster V (eds). *Platelets in Thrombotic and Non-Thrombotic Disorders: Pathophysiology, Pharmacology, and Therapeutics.* Cambridge University Press, Cambridge, 2002

9. Michelson AD, Barnard MR, Krueger LA, Frelinger AL, **Furman MI**. Flow cytometry. In **Michelson AD** (ed.). *Platelets.* Academic Press, New York, 297-319, 2002

10. Krueger LA, Barnard MR, Frelinger AL, III, **Furman MI**, Michelson AD. Immunophenotypic analysis of platelets. In Robinson JP, Darzynkiewicz Z, Dean PN, Dressler LG, Rabinovitch PS, Stewart CC, Tanke HJ, Wheeless LL(eds). Current Protocols in Cytometry. John Wiley & Sons, New York,1:6.10.1-6.10.17, 2002

11. Barnard MR, Krueger LA, Frelinger ALI, **Furman MI,** Michelson AD. Whole blood analysis of leukocyte-platelet aggregates. In: Robinson JP, Darzynkiewicz Z, Dean PN, Dressler LG, Rabinovitch PS, Stewart CC, Tanke HJ, Wheeless LL, eds. *Current Protocols in Cytometry.* New York: John Wiley & Sons;1:6.15.1-6.15.8, 2003

12. Mascelli MA, **Furman MI,** Sane DC. Biological and functional measurements of platelet function: Implications for dose selection and pharmacodynamic monitoring of GPIIb/IIIa antagonists. In: Vossoughi J, Fareed J, Mousa SA, and Karanian JW, eds. *Thrombosis Research and Treatment: Bench to Bedside.* Medical and Engineering Publishers, Inc, 2004

13. Linden MD, Frelinger AL, Barnard MR, Przylenk K, **Furman MI**, Michelson AD. Application of flow cytometry to platelet disorders. *Seminars in Thrombosis and Hemostasis* 30:501-511, 2004

14. Tamberella MR, **Furman MI**. The role of platelet inhibition in the drug-eluting stent era. *Coron Artery Dis* 15:327-9, 2004

15. **Furman MI**, Frelinger AL, Michelson AD. GPIIb/IIIa inhibitor-induced dethrombosis. *J Thromb Thrombolys* 18:11-17, 2004

16. Michelson AD, **Furman MI**. Markers of platelet activation and granule secretion. In Quinn M, Fitzgerald D (eds). *Platelet Function: Assessment, Diagnosis, and Treatment*. Humana Press, Totowa, , New Jersey p 301-314, 2005.

17. Linden MD and Furman MI. Monocyte-platelet aggregates in patients with ischemic heart disease. In Morrow DA (ed). *Cardiovascular Biomarkers: Pathophysiology and Disease Management*. Humana Press, Totowa, New Jersey p 487-493 2006.

18. Linden MD, Frelinger AL, Przyklenk K, **Furman MI,** and Michelson, AD. Aspirin resistance: Detection, mechanisms and clinical implications. *Curr Cardiol Reports in press* 2006

19. Michelson AD, Frelinger AL, **Furman MI**. Resistance to antiplatelet drugs. Eur Heart J Suppl;8:G53-58,2006.

20. Michelson AD, Linden MD, Barnard MR, **Furman MI**, Frelinger AL. Flow cytometry. In (ed). *Platelets*. Second edition, Elsevier/Academic Press, San Diego, in press, 2006.

21. Michelson AD, Frelinger AL, **Furman MI**. Current options in platelet function testing. *Am J Cardiol*, in press, 2006.

22. Harrison P, Frelinger AL, **Furman MI**, Michelson AD. Measuring antiplatelet drug effects in the laboratory. *Thrombosis Research*, in press, 2006.

23. Michelson AD, Frelinger AL, **Furman MI**, Weitz J. Laboratory assessments of platelet function and coagulation. In Angiolillo D, Kastrati A, Simon D (eds). *Clinical Guide to the Use of Antithrombotic Drugs in Coronary Artery Disease*. Informa Healthcare, London, in press, 2007

**Published Abstracts (\*presenter) and Letters**

1. Gershony G, **Furman M**, Davis E, Weintraub W, King S. Predictors of Restenosis after Angioplasty in Chronic Total Coronary Occlusion. *Circulation* 74:I-282, 1986

2. **Furman MI**, Kaplan DT, Ryan SM, Lipsitz LA, Goldberger AL. A nonlinear parameter measures loss of complexity in heart rate time series data with aging. *Clin Res*. 1990

3. \*Furman MI, Dise KR, Bray PF, Goldschmidt-Clermont PJ. Thrombin activation of the fibrinogen receptor requires tyrosine phosphorylation of platelet proteins. *Circulation* 86:I-303, 1992

4.  ***Furman MI**, Faraday N, Dise KR, Rosenfeld BA, Goldschmidt-Clermont PJ. In vivo Platelet protein tyrosine kinase activity as a marker for hyper-aggregable platelets. *Circulation* 88;I-458, 1993

5.  Michelson AD, Benoit SE, **Furman MI**, Barnard MR, Nurden PN, Nurden AT. Reversible cytoskeletal-mediated redistribution of platelet surface GPV. *Blood* 86:454a, 1995

6.  ***Furman MI**, Becker RC, Yarzbeski J, Savageau J, Gore JM, Goldberg RJ.  Leukocytosis and increased mortality following acute myocardial infarction: A multi-hospital, community-wide perspective. *Circulation* 92:I-664, 1995

7.  ***Furman MI,** Benoit SE, Becker RC, Borbone M. Weiner BH, Michelson AD. Thrombin receptor-mediated platelet reactivity is increased in stable coronary artery disease, *Circulation* 92:I-343, 1995

8.  Liu L, **Furman M**, Zhang O, Spencer F, Michelson A, Gore J, Becker R. Fibrinogen inhibits platelet activation by $\alpha$-thrombin and TRAP. *Blood* 88 (Suppl B):48b, 1996

9.  Liu L, **Furman M**, Zhang O, Spencer F, Michelson A, Gore J, Becker R. Clot bound thrombin activates platelets as potent as fluid phase thrombin. *Blood* 88 (Suppl B):48b, 1996

10. Liu L, Zhang O, Spencer F, Chung E, **Furman M**, Gore J, Becker R. Persistent survival of platelet factor Va activity in plasma. *Blood* 88:526a, 1996

11. ***Furman MI**, Liu L, Benoit SE, Becker RC, Barnard M, Michelson AD. The cleaved peptide of the thrombin receptor is a strong platelet agonist. *Circulation* 94:I-580, 1996

12. ***Furman MI**, Benoit SE, Borbone M, Becker RC, Michelson AD. Monocyte-platelet aggregation is increased in stable coronary artery disease. *circulation* 94:I-811, 1996

13. Grabowski EF, Boor SE, Laposata M, Johnson SM, **Furman MI**, Benoit SE, Michelson AD. Platelet hyperaggregability and aspirin resistance in two brothers with syndrome X: Non-cyclooxygenase-dependent platelet defect. *Thromb Haemost* 77:71, 1997

14. ***Furman MI**, Benoit SE, Borbone M, Becker RC, Michelson AD. Patients with stable coronary artery disease have increased platelet reactivity and increased circulating monocyte-platelet aggregates. *Thromb Haemost* 77:62, 1997

15. ***Furman MI**, Nurden P, Berndt MC, Nurden AT, Benoit SE, Liu L, Rohrer MR, Barnard MR, and Michelson, AD.  The cleaved peptide of par1 results in a redistribution of platelet surface GPIb to the surface-connected canalicular system. *Circulation* 98:I-523, 1998

16. Bray PF, **Furman MI**, Coleman L, Hamlington J, Goldschmidt-Clermont P, Hendrix C, Mascelli MA, Barnard M, Kickler T, Christie D, Kundu S, and Michelson AD. Integrin $\beta_3$ (GPIIIa) Pl$^A$ polymorphisms on platelets display different sensitivity to agonists and antagonists. *Blood* 92:28a, 1998

17. ***Furman MI**, Shilale EA, Barnard MR, Alugupalli K, Rohrer MJ, Michelson AD. Circulating monocyte-platelet aggregates are a marker of acute myocardial infarction in patients presenting to the emergency room with chest pain. *Blood* 92:188a, 1998.

18. Claytor RB, Li J-M, Rohrer MJ, Frelinger AL, Garnette CSC, Barnard MR, Krueger LA, **Furman MI**, Michelson AD. Prolonged exposure of platelets to thrombin decreases platelet-endothelial cell adhesion. (Presented at the 10th Annual Meeting of the Society for Vascular Medicine and Biology, Washington, DC, June 4 - 5, 1999.)

19. Claytor B, Li J-M, **Furman MI**, Garnette CSC, Rohrer MJ, Barnard MR, Krueger L, Frelinger AL, Michelson AD. Laser scanning cytometry: a novel method for the detection of platelet-endothelial cell adhesion. *Thromb Haemost* 82:527, 1999. (Presented at the XVIIth Congress of the International Society on Thrombosis and Haemostasis, Washington, D.C., August 19, 1999.)

20. Kereiakes D, Mueller M, Sane D, Braden GA, Kottke-Marchant K, Topol EJ, **Furman MI**, and Michelson AD. Use of the Ultegra-rapid platelet function assay to assess the degree of platelet inhibition in patients treated with abciximab. Results of a multicenter study. *Thromb Haemost* 82:646-647 1999. (Presented at the XVII[th] Congress of the International Society on Thrombosis and Haemostasis, Washington, D.C., August 19, 1999.)

21. Sane D, Braden GA, Kereiakes D, Mueller M, Topol E, Kottke-Marchant K, **Furman MI**, Michelson AD. Rapid bedside measurement of platelet aggregation in patients undergoing percutaneous coronary intervention and treated with abciximab. Results of a multi-center study of Accumetrics *Ultegra*-rapid platelet function assay. (Presented at the European Society of Cardiology, Barcelona, Spain, August 28 - September 1, 1999.)

22. Claytor RB, Michelson AD, Li J-M, Frelinger AL, Rohrer MJ, Garnette CSC, Barnard MR, Krueger L, **Furman MI**. The cleaved peptide of PAR1 is a more potent stimulant of platelet-endothelial cell adhesion than thrombin. (Presented at the 85th Clinical Congress of the American College of Surgeons, San Francisco, October 10 - 15, 1999.)

23. ***Furman MI,** Yarzebski J, Lessard D, Gore JM, Goldberg RJ. 22 Year (1975-97) trends in the incidence, in-hospital and 2 year mortality rates from initial non Q-wave myocardial infarction: A community-wide perspective. *Circulation* 100:I-103, 1999

24. Kereiakes D, Mueller M, Sane D, Braden GA, Kottke-Merchant K, **Furman MI**, Michelson AD. Use of the Ultegra-rapid platelet function assay to assess the degree of platelet inhibition in patients treated with abciximab. Results of a multicenter study. *Circulation* 100:I-152, 1999

25. Sane D, Braden GA, **Furman MI**, Michelson AD, Mueller M, Kottke-Merchant K and Steinhubel, SR. *Ultegra* rapid platelet function assay (U-RPFA) correlates with the degree of abciximab platelet inhibition measured by receptor occupancy: Results of a multicenter study. *Circulation* 100:I-153, 1999

26. Dauerman HL, Yarzebski J, Lessard D, **Furman MI,** Gore JM, Goldberg RJ. Ten year trends in the incidence, outcome, and reperfusion strategies for Q wave myocardial infarction. *Circulation* 100:I-359, 1999

27. Garnette CSC, Rohrer MJ, Valeri CR, Barnard MR, Frelinger AL, Claytor RB, Krueger LA, Hechtman HB, **Furman MI,** Michelson AD. Cathepsin G proteolyses platelet surface P-selectin and disaggregates leukocyte-platelet aggregates: mechanism for the loss of surface P-selectin from circulating degranulated platelets. *Circulation* 100:I-610, 1999

28. \***Furman MI**, Krueger LA, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, and Michelson AD. GPIIb-IIIa antagonist-induced reduction in platelet procoagulant activity in whole blood: augmentation by thrombin inhibitors. *Circulation* 100:I-681, 1999

29. \***Furman MI,** Krueger LA, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, Michelson AD. Tirofiban and eptifibatide, but not abciximab, induce leukocyte-platelet aggregation. *Circulation* 100:I-681, 1999

30. Steinhubl, SR, Kottke-Merchant K, **Furman MI**, Michelson AD, Kereiakes DJ, Sane D, and Braden GA. Rapid bedside measurement of platelet aggregation in patients undergoing PCI and treated with Abciximab: Results of a multi-center study of the Ultegra rapid platelet function assay (U-RPFA). *Circulation* 100:I-856, 1999

31. Frelinger AL, **Furman MI**, Krueger LA, Barnard MR, Michelson AD. Dissociation of GPIIb-IIIa antagonists from platelets does not result in fibrinogen binding or platelet aggregation. *Blood* 94:21a, 1999. (Presented at the 41st Annual Meeting of the American Society of Hematology, New Orleans, December 3 - 7, 1999.)

32. Bray PF, Michelson AD, **Furman MI**, Salmon J, Bolton E, Afshar-Kharghan V, Lopez JA. Correlating genetic variations in adhesive receptors with platelet function. *Blood* 94:216a, 1999. (Presented at the 41st Annual Meeting of the American Society of Hematology, New Orleans, December 3 - 7, 1999.)

33. Claytor RB, **Michelson AD**, Li J-M, Frelinger AL, Rohrer MJ, Garnette CSC, Barnard MR, Krueger L, Furman MI. The cleaved peptide of PAR1 is a more potent stimulant of platelet-endothelial cell adhesion than thrombin. (Presented at the 85th Clinical Congress of the American College of Surgeons, San Francisco, October 10 - 15, 1999.)

34. Krueger LA, Michelson AD, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, and **Furman MI**. Leukocyte-platelet aggregation is augmented by GPIIb-IIIa antagonists tirofiban, eptifibatide and RGDS but not abciximab. (Presented at the XX[th] International Congress of the International Society for Analytical Cytology (ISAC), Montpellier, France, May 20 - 25, 2000.)

35. Krueger LA, Michelson AD, Frelinger AL, Barnard MR, Mascelli MA, Nakada MT, and **Furman MI**. Platelet procoagulant activity is diminished by GPIIb-IIIa antagonists in whole blood and is further diminished by thrombin inhibitors. (Presented at the XX[th] International Congress of the International Society for Analytical Cytology (ISAC), Montpellier, France, May 20 - 25, 2000.)

36. \***Furman MI**, Krueger, LA Barnard MR, and Michelson AD. Circulating monocyte-platelet aggregates are a more sensitive marker of platelet activation than P-selectin-positive platelets. *Circulation* 102: II-776, 2000. (Oral presentation at the 73rd Scientific Sessions of the American Heart Association, New Orleans, LA, November 12 - 15, 2000.)

37. ***Furman MI**, Barnard MR, Krueger LA, Fox ML, Lessard DM, Marchese P, Goldberg RJ, and Michelson AD. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. *Circulation* 102: II-498, 2000 (Oral presentation at the 73rd Scientific Sessions of the American Heart Association, New Orleans, LA, November 12 - 15, 2000.)

38. Frelinger AL, Mattson JC, **Furman MI**, Barnard MR, Krueger LA, Marchese PJ, Farrah D, O'Neill WW, Michelson AD. Monitoring tirofiban therapy in patients: effect of *ex vivo* anticoagulant. *Thrombosis and Haemostasis* Supplement July 2001 (abstract P377). (Presented at the XVIIIth Congress of the International Society on Thrombosis and Haemostasis, Paris, France, July 8, 2001.)

39. ***Furman MI**, Michelson AD, Krueger LA, Mueller MN, Broderick TM, Schneider J, Howard W, Fox MR, Barnard MR, Frelinger AL, Kereiakes DJ. Effects of ½ dose abciximab in the presence of either dalteparin or heparin on platelet inhibition, as determined by 3 independent assays. *Thrombosis and Haemostasis* Supplement July 2001 (abstract P382). (Presented at the XVIIIth Congress of the International Society on Thrombosis and Haemostasis, Paris, France, July 8, 2001.)

40. Bray PF, Goldschmidt-Clermont P, **Furman MI,** Michelson AD, Barnard MR, Mascelli MA, Hendrix C, Coleman L, Hamlington J, Kickler T, Christie DF, Kundu S. Platelet glycoprotein IIIa Pl[A] polymorphism and effects of aspirin on thrombin generation. *Circulation* 103:e33-e34, 2001 (letter).

41. Michelson AD, Barnard MR, Krueger LA, Valeri CR, **Furman MI**. Circulating monocyte-platelet aggregates are a more sensitive marker of platelet activation than platelet surface P-selectin. *Thrombosis and Haemostasis* Supplement July 2001 (abstract OC2494). (Presented at the XVIIIth Congress of the International Society on Thrombosis and Haemostasis, Paris, France, July 11, 2001.)

42. Rohrer MJ, Claytor RB, Garnette CSC, Powell CC, Barnard MR, **Furman MI,** Michelson AD. Platelet-monocyte aggregates in patients with chronic venous insufficiency remain elevated following correction of the reflux. *Cardiovascular Surgery* 9 (suppl 2):25-26, 2001. (Presented at the 25th World Congress of the International Society for Cardiovascular Surgery, Cancun, Mexico, September 9 - 13, 2001.)

43. ***Furman MI,** Davidson MC, Anderson FA, Budaj A, Goodman SG, Avezum A, Lopez-Sendon J, Klein W, Gore JM. Relationship between elevated leukocyte count and hospital clinical events in patients with acute coronary syndromes: Findings from the global registry of coronary events. (Oral presentation at the 74[rd] Scientific Sessions of the American Heart Association, Anaheim, CA, November 11 - 14, 2001).

44. Kereiakes D, Michelson A, Krueger L,  Mueller M, Broderick T, Schneider J,  Howard W, Fox M, Barnard M, **Furman M**.  Randomized comparison of dalteparin vs. unfractionated heparin in combination with abciximab during percutaneous coronary intervention:  effects on leukocyte-platelet aggregation, platelet activation and GP IIb/IIIa receptor expression. *Circulation* 104:II-38, 2001. (Presented at the 74th Scientific Sessions of the American Heart Association, Anaheim, November 12, 2001.)

45. Frelinger AL, Barnard MR, **Furman MI**, Krueger LA, Michelson AD. Combined effects of mild hypothermia and GPIIb-IIIa antagonists on platelet-platelet and leukocyte-platelet aggregation.

*Circulation* 104:II-706 - II-707, 2001. (Presented at the 74th Scientific Sessions of the American Heart Association, Anaheim, November 14, 2001.)

46. Krueger LA, **Furman MI,** Barnard MR, Marchese PJ, Frelinger AL, Michelson AD, Augmentation of Platelet Activation in the Presence of GPIIb-IIIa Receptor Antagonists may be the Result of Murine Monoclonal Antibody-Mediated Platelet Surface Fc$\gamma$RIIa Receptor Activation. Cytometry, Supplement 11, 2002. (Presented at the XXI Congress of the International Society of Analytical Cytology, San Diego, CA, May 4-9, 2002.)

47. **\*Furman MI**, Krueger LA, Barnard MR, Fox ML, Frelinger AL, Michelson AD. GPIIb-IIIa antagonists modulate leukocyte-platelet aggregates in patients with ACS undergoing PCI. *Circulation* 106:II-517, 2002. (Presented at the 75th Scientific Sessions of the American Heart Association, Chicago, November 17- 20, 2002.)

48. Krueger LA, **Furman MI**, Barnard MR, Frelinger AL, Michelson AD. Release of soluble CD40L from platelets is regulated by fibrinogen binding to GPIIb-IIIa, actin polymerization, and a matrix metalloproteinase. (Presented at the 44nd Annual Meeting of the American Society of Hematology, Philadelphia, December 6 - 10, 2002.)

49. Frelinger AL, **Furman MI**, Krueger LA, Barnard MR, Michelson AD. Activating effects of GPIIb/IIIa blockers: an intrinsic consequence of ligand-mimetic properties. Response. Circulation 105:180e-181e, 2002 (letter).

50. Frelinger AL, Marchese PJ, Barnard MR, Krueger LA, Fox ML, **Furman MI**, and Michelson AD. Flow cytometric assessment of aspirin and NSAID effects on platelet function and leukocyte-platelet aggregation. (Presented at the 44nd Annual Meeting of the American Society of Hematology, Philadelphia, December 6 - 10, 2002.)

51. Frelinger AL, Mascelli MA, Jordan R, Marchese PJ, Barnard MR, Krueger LA, **Furman MI,** Michelson AD. Combined effects of GPIIb-IIIa antagonists, aspirin, apyrase and cytoskeletal inhibitors on preformed platelet aggregates. *Blood* 100:256a, 2002. (Presented at the 44[nd] Annual Meeting of the American Society of Hematology, Philadelphia, December 7, 2002.)

52. Krueger LA, **Furman MI**, Barnard MR, Frelinger AL, Michelson AD. Augmentation of platelet activation in the presence of GPIIb-IIIa antagonists can result from antibody-mediated FcgRIIa receptor activation. *Blood* 100:251a, 2002. (Presented at the 44nd Annual Meeting of the American Society of Hematology, Philadelphia, December 7, 2002.)

53. Frelinger AL, Marchese PJ, Barnard MR, Krueger LA, Fox ML, **Furman MI**, Michelson AD. Flow cytometric assessment of aspirin and NSAID effects on platelet function and leukocyte-platelet aggregation. *Blood* 100:704a, 2002. (Presented at the 44[nd] Annual Meeting of the American Society of Hematology, Philadelphia, December 9, 2002.)

54. Krueger LA, **Furman MI**, Barnard MR, Frelinger AL, Michelson AD. Augmentation of platelet activation in the presence of GPIIb-IIIa antagonists can result from antibody-mediated Fc$\gamma$RIIa receptor activation. *Blood* 100:62b, 2002.

55. Michelson AD, Krueger LA, Barnard MR, Fox ML, Frelinger AL, **Furman MI**. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. *Journal of Thrombosis and Haemostasis* 1 (July Supplement): P1767, 2003. (Presented at the XIX Congress of the International Society on Thrombosis and Haemostasis, Birmingham, United Kingdom, July 17, 2003.)

56. Linden MD, Przyklenk K, Barnard MR, Frelinger AL, **Furman MI,** Michelson AD. Molecular characterization of platelet activation in an *in vivo* canine model of unstable angina. *Blood* 102:64b, 2003.

57. Linden M, Michelson AD, Frelinger AL, Barnard M, **Furman M,** Przyklenk K. Preconditioning ischemia favorably attenuates platelet aggregation: insight into molecular mechanisms. *Journal of Molecular and Cellular Cardiology* 37:296, 2004. (Presented at the International Society for Heart Research 2004 World Congress, Brisbane, Australia, August 7 – 11, 2004.)

58. Frelinger AL, Linden MD, **Furman MI**, Li Y, Fox ML, Barnard MR, Barringhaus K, Przyklenk K, Michelson AD. Aspirin resistance is associated with markers of platelet activation and is not accounted for by non-compliance or aspirin underdosing. *Circulation* 110:III-216, 2004. (Presented at the 77th Scientific Sessions of the American Heart Association, New Orleans, November 9, 2004.)

59. Linden MD, **Furman MI,** Michelson AD, Fox ML, Barnard MR, Li Y, Barringhaus KG, Przyklenk K, Frelinger AL. Indices of platelet activation as markers of recent myocardial infarction. *Circulation* 110:III-450-451, 2004. (Presented at the 77th Scientific Sessions of the American Heart Association, New Orleans, November 8, 2004.)

60. Frelinger AL, Linden MD, **Furman MI**, Fox ML, Barnard MR, Li Y, Barringhaus K, Przyklenk K, Michelson AD. Patients with coronary artery disease have an increased incidence of aspirin resistance: association of PFA-100 closure time with clinical findings. *Blood* 104:514a, 2004. (Presented at the 46th Annual Meeting of the American Society of Hematology, San Diego, December 5, 2004.)

61. Linden MD, Michelson AD, Frelinger AL, Barnard MR, **Furman MI**, Przyklenk K. Preconditioning ischemia favorably attenuates platelet activation: insights into molecular mechanisms. *J Thromb Haemost* 3 (Suppl 1):P0955. (Presented at the XXth Congress of the International Society on Thrombosis and Haemostasis, Sydney, Australia, August 9, 2005.)

62. Linden MD, Frelinger AL, Barnard MR, **Furman MI**, Michelson AD. A novel mechanism of action of clopidogrel: inhibition of monocyte procoagulant activity. *J Thromb Haemost* 3 (Suppl 1):P0357. (Presented at the XXth Congress of the International Society on Thrombosis and Haemostasis, Sydney, Australia, August 9, 2005.)

63. Michelson AD, Linden MD, **Furman MI,** Barnard MI, Fox ML, Lau WC, McLaughlin TJ, Frelinger AL. Pre-existent variability in platelet response to ADP accounts for "clopidogrel resistance". *J Thromb Haemost* 3 (Suppl 1): P0955. (Presented at the XXth Congress of the International Society on Thrombosis and Haemostasis, Sydney, Australia, August 6 – 12, 2005.)

64. Frelinger AL, Linden MD, **Furman MI**, Li Y, Fox ML, Barnard MR**,** Michelson AD.

Clinical "aspirin resistance" is associated with increased cyclooxygenase-independent platelet activation. *J Thromb Haemost* 3 (Suppl 1): P0954. (Presented at**.** the XXth Congress of the International Society on Thrombosis and Haemostasis, Sydney, Australia, August 6 – 12, 2005.)

65. Frelinger AL, Jakubowski JA, Li Y, Barnard MR, Fox ML, Linden MD, Sugidachi A, Winters KJ, **Furman MI**, Michelson AD. The active metabolite of prasugrel (CS-747) inhibits ADP-stimulated thrombo-inflammatory markers of platelet activation: leukocyte-platelet and platelet-platelet aggregation and platelet surface P-selectin and activated GPIIb-IIIa. (Presented at the 78th Scientific Sessions of the American Heart Association, Dallas, November 14, 2005.)

66. Linden MD, Frelinger AL, **Furman MI**, Krueger LA, Li Y, Fox ML, Hughes A, Lown J, Barnard MR, Przyklenk K, Michelson AD. Detection and mechanisms of GPIIb-IIIa antagonist induced thrombocytopenia: role for antibody induced platelet activation. *Blood* 106:472a, 2005. (Presented at the 47th Annual Meeting of the American Society of Hematology, New Orleans, December 2 – 6, 2005.)

67. Botkin N, Spencer F, Goldberg R, **Furman M**, Montalescot G, Brieger D, Malone S, Gore J, for the GRACE Investigators. Increasing occurrence of multivessel intervention and multiple stent placement from 1999 to 2004. The Global Registry of Acute Coronary Events. (Presented at the 55th Annual Scientific Session of the American College of Cardiology, Atlanta, March 14, 2006.).

68. Frelinger AL, III, Jakubowski JA, Li Y, Barnard MR, Fox ML, Linden MD, Sugidachi A, Winters KJ, **Furman MI**, Michelson AD. The active metabolite of prasugrel (CS-747) inhibits ADP-stimulated thrombo-inflammatory markers of platelet activation: modulation by other blood cells and calcium, but not by aspirin. *J Am Coll Cardiol* 47(suppl 1):364A, 2006. (Presented at the 55th Annual Scientific Session of the American College of Cardiology, Atlanta, March 14, 2006.)

69. Linden MD, Michelson AD, Barnard MR, Frelinger AL, **Furman MI**, Przyklenk K. Does adenosine $A_2$ receptor stimulation trigger the favorable 'anti-platelet' effect of preconditioning ischemia? (Accepted for presentation the 7th Annual Conference on Arteriosclerosis, Thrombosis and Vascular Biology of the American Heart Association, Denver, April, 2006.)

70. Linden MD, Michelson AD, Barnard MR, Frelinger AL, **Furman MI**, Przyklenk K. *In vitro* adenosine $A_2$ receptor stimulation inhibits platelet activation in humans. (Accepted for presentation at the 7th Annual Conference on Arteriosclerosis, Thrombosis and Vascular Biology of the American Heart Association, Denver, April, 2006.)

Thesis

**Furman MI**.  The Development and Application of the Sylow Theorems. Special Collections of the Robert W. Woodruff Library, Emory University, Atlanta, GA 1983

# Exhibit B

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Exhibits:  1 - 16          Volume 1, Pages 1 - 370

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------

IN RE:  VIOXX PRODUCTS

LIABILITY LITIGATION

------------------------

ANTHONY WAYNE DEDRICK,

                Plaintiff

vs.                    Case No. 2:05-CV-2524

MERCK & CO., INC.,

                Defendant

------------------------

VIDEOTAPED DEPOSITION OF MARK I. FURMAN, M.D.

Monday, November 6, 2006, 7:33 a.m.

Beechwood Hotel

363 Plantation Street, Executive Room

Worcester, Massachusetts


--------- Janis T. Young, RDR, CRR ---------

jyoung@fabreporters.com   www.fabreporters.com

Farmer Arsenault Brock LLC

50 Congress Street, Boston, Massachusetts 02109

617-728-4404  Fax 617-728-4403

FARMER ARSENAULT BROCK LLC

# Mark I. Furman, M.D.
## Volume 1 – November 6, 2006

### Page 2

1  APPEARANCES:
2    Andy D. Birchfield, Jr., Esq.
3    Beasley, Allen, Crow, Methvin, Portis &
4    Miles, P.C.
5       234 Commerce Street
6       Montgomery, Alabama 36103-4160
7       334-269-2343    Fax 334-954-7555
8       andy.birchfield@beasleyallen.com
9       for the Plaintiff
10
11   Mark S. Ouweleen, Esq.
12   Bartlit, Beck, Herman, Palenchar & Scott, LLP
13      54 West Hubbard Street, Suite 300
14      Chicago, Illinois 60610
15      312-494-4400    Fax 312-494-4440
16      mark.ouweleen@bartlit-beck.com
17      for Defendant
18
19   (Continued)
20
21
22
23
24

### Page 3

1      Robert A. Blackwell, Esq.
2      Fulbright & Jaworski, LLP
3         2200 Ross Avenue, Suite 2800
4         Dallas, Texas 75201
5         214-855-8000    Fax 214-855-8200
6         rblackwell@fulbright.com
7         for Defendant
8
9   ALSO PRESENT:
10
11      Russell T. Abney, Esq.
12      Watts Law Firm
13
14      Stephen Hartmann, Videographer
15      National Video Reporters, Inc.
16
17
18
19
20
21
22
23
24

### Page 4

07:05:28  1        Monday, November 6, 2006
07:33:37  2          P R O C E E D I N G S   7:33 a.m.
07:33:42  3        THE VIDEOGRAPHER:  We're now recording
07:33:43  4   and on the record.  My name is Stephen Hartmann; I'm
07:33:46  5   a Certified Legal Video Specialist for National
07:33:49  6   Video Reporters.  Our business address is 58
07:33:52  7   Batterymarch Street, Suite 243, Boston,
07:33:55  8   Massachusetts 02110.  Today is November 6, 2006.
07:34:01  9   The time is 7:33.
07:34:03  10       This is the deposition of Mark Furman,
07:34:06  11  M.D., in the matter of Anthony Wayne Dedrick,
07:34:10  12  Plaintiff, versus Merck & Company, Inc., Defendant,
07:34:13  13  in the United States District Court, Eastern
07:34:16  14  District of Louisiana, MDL Docket No. 1657.
07:34:20  15       This deposition is being taken at the
07:34:22  16  Beechwood Hotel, 363 Plantation Street, Worcester,
07:34:29  17  Massachusetts.  The court reporter is Janis young.
07:34:31  18       Will counsel please state their
07:34:33  19  appearances, and the court reporter will administer
07:34:35  20  the oath.
07:34:35  21       MR. BIRCHFIELD:  Andy Birchfield on
07:34:38  22  behalf of Tony Dedrick.
07:34:40  23       MR. OUWELEEN:  Mark Ouweleen on behalf
07:34:41  24  of Merck.  With me is Bob Blackwell.

### Page 5

07:34:54  1        MARK I. FURMAN, M.D., Sworn
07:34:55  2             EXAMINATION
07:34:55  3   BY MR. OUWELEEN:
07:34:55  4      Q.  Good morning, Dr. Furman.  My name is Mark
07:34:59  5   Ouweleen; we've met each other off the record.
07:35:01  6      A.  Good morning.
07:35:02  7      Q.  Could you please state your full name and
07:35:04  8   address for the record.
07:35:05  9      A.  Mark Ira Furman, 12 Hermitage Road,
07:35:10  10  Sudbury, Massachusetts 01776.
07:35:13  11     Q.  You're here as an expert witness hired by
07:35:16  12  the plaintiff's lawyers, Mr. Dedrick's lawyers, in
07:35:19  13  this case, right?
07:35:20  14     A.  Yes.
07:35:21  15     Q.  Are you on any medication or suffering from
07:35:23  16  any illness that might prevent you from being able
07:35:26  17  to give accurate and truthful testimony today?
07:35:28  18     A.  No.
07:35:29  19     Q.  Is there any other reason that you're aware
07:35:31  20  of that you might not be able to give accurate or
07:35:33  21  truthful testimony today?
07:35:34  22     A.  No.
07:35:37  23     Q.  You've been deposed before, correct?
07:35:41  24     A.  Correct.

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 6

| | | |
|---|---|---|
| 07:35:41 | 1 | Q. How many times? |
| 07:35:42 | 2 | A. Five times. |
| 07:35:43 | 3 | Q. So you understand the way a deposition |
| 07:35:45 | 4 | works is that I'll ask questions and you wait for me |
| 07:35:48 | 5 | to finish the question and then you answer it, so |
| 07:35:50 | 6 | that we're not talking over each other, correct? |
| 07:35:53 | 7 | A. Yes. |
| 07:35:53 | 8 | Q. If you don't understand my question, will |
| 07:35:58 | 9 | you please let me know, and I'll try to rephrase it. |
| 07:36:01 | 10 | A. Yes. |
| 07:36:01 | 11 | Q. If you need a break at any time, just say |
| 07:36:03 | 12 | so and we'll take a break, okay? |
| 07:36:05 | 13 | A. Okay. |
| 07:36:06 | 14 | Q. I like to take a break about once an hour |
| 07:36:10 | 15 | just to stretch my legs, but we'll try and move |
| 07:36:12 | 16 | things along. |
| 07:36:13 | 17 | Have you ever been a plaintiff or a |
| 07:36:15 | 18 | defendant in a lawsuit yourself? |
| 07:36:16 | 19 | A. No. |
| 07:36:17 | 20 | Q. Do you know when the trial in this case is? |
| 07:36:19 | 21 | A. I believe it starts November 27. |
| 07:36:21 | 22 | Q. Do you know where it is? |
| 07:36:22 | 23 | A. New Orleans. |
| 07:36:23 | 24 | Q. Are you planning on being there? |

Page 7

| | | |
|---|---|---|
| 07:36:25 | 1 | A. Yes. |
| 07:36:30 | 2 | Q. Are you an interventional cardiologist? |
| 07:36:33 | 3 | A. Yes. |
| 07:36:36 | 4 | Q. Do you teach cell biology? |
| 07:36:38 | 5 | A. What do you mean by "teach cell biology"? |
| 07:36:42 | 6 | Q. Well, do you teach -- are you a professor |
| 07:36:42 | 7 | as well as a practicing doctor? |
| 07:36:44 | 8 | A. Yes. |
| 07:36:44 | 9 | Q. And what do you teach? |
| 07:36:45 | 10 | A. I teach medicine and cardiology and.... |
| 07:36:52 | 11 | I'll leave it at that. |
| 07:36:53 | 12 | Q. Is there anything more particular than |
| 07:36:57 | 13 | that? |
| 07:36:57 | 14 | A. I'm not sure what you're getting at. |
| 07:36:59 | 15 | Q. Well, are there course titles, for example, |
| 07:37:02 | 16 | to the courses that you teach? |
| 07:37:03 | 17 | A. I don't teach courses in the traditional |
| 07:37:09 | 18 | sense where I stand up in front of a group of |
| 07:37:12 | 19 | medical students. Teaching is generally geared |
| 07:37:14 | 20 | towards medical students, medical residents, |
| 07:37:17 | 21 | cardiology fellows and other faculty members in the |
| 07:37:20 | 22 | practical approaches, you know, during the residency |
| 07:37:25 | 23 | training. I give lectures, but it's within the |
| 07:37:29 | 24 | cardiology department, at which time medical |

Page 8

| | | |
|---|---|---|
| 07:37:34 | 1 | students, medical residents, cardiology fellows are |
| 07:37:37 | 2 | part of it. |
| 07:37:37 | 3 | But if you're referring to the first two |
| 07:37:39 | 4 | years of medical school where there's a hundred |
| 07:37:42 | 5 | students in a large lecture room, I don't do that. |
| 07:37:45 | 6 | Q. If you had to describe to someone what your |
| 07:37:48 | 7 | specialty is as a cardiologist or a professor of |
| 07:37:51 | 8 | cardiology, what would you say? |
| 07:37:52 | 9 | A. I'm an interventional cardiologist and |
| 07:37:56 | 10 | general cardiologist. |
| 07:37:57 | 11 | Q. In terms of your research interests, how |
| 07:38:00 | 12 | would you characterize those? |
| 07:38:01 | 13 | A. Platelet physiologist. |
| 07:38:03 | 14 | Q. So are you an expert in rheumatology? |
| 07:38:05 | 15 | A. What do you mean by "expert"? |
| 07:38:10 | 16 | Q. Do you know what the word "expert" -- does |
| 07:38:12 | 17 | that word have any meaning to you? |
| 07:38:14 | 18 | A. Yes. |
| 07:38:15 | 19 | Q. What does it mean to you? |
| 07:38:17 | 20 | A. It depends on the context of what it's |
| 07:38:20 | 21 | placed in. So if you mean an expert towards other |
| 07:38:25 | 22 | rheumatologists, to rheumatologists, no. To the |
| 07:38:29 | 23 | general public, I know more as a physician than they |
| 07:38:33 | 24 | do, so in that respect I'm an expert. So it's all |

Page 9

| | | |
|---|---|---|
| 07:38:36 | 1 | relative. |
| 07:38:36 | 2 | Q. So, but among physicians, you wouldn't |
| 07:38:39 | 3 | consider yourself an expert rheumatologist, correct? |
| 07:38:42 | 4 | A. I would not consider myself a |
| 07:38:44 | 5 | rheumatologist. |
| 07:38:45 | 6 | Q. And in the same context, you wouldn't |
| 07:38:47 | 7 | consider yourself a gastroenterologist, correct? |
| 07:38:51 | 8 | A. In the same context, correct. |
| 07:38:52 | 9 | Q. Or an epidemiologist? |
| 07:38:54 | 10 | A. Again, it's in a different context. So |
| 07:38:58 | 11 | since epidemiology is an integral part of |
| 07:39:00 | 12 | cardiovascular medicine and the teaching of |
| 07:39:04 | 13 | cardiology for, in comparison to -- so for the |
| 07:39:09 | 14 | medical students, medical residents, cardiology |
| 07:39:12 | 15 | fellows, cardiologists that are in the community |
| 07:39:13 | 16 | that use us as a resource, I have an expertise more |
| 07:39:17 | 17 | than they do in epidemiology and interpretation of |
| 07:39:18 | 18 | clinical studies. So to them, I'm considered more |
| 07:39:21 | 19 | of an expert, or an expert. |
| 07:39:23 | 20 | But again, it's all relative. |
| 07:39:27 | 21 | Q. Now, I noticed you said in your report that |
| 07:39:30 | 22 | you had read the reports of some epidemiologists who |
| 07:39:33 | 23 | were retained by Mr. Dedrick's lawyers, correct? |
| 07:39:36 | 24 | A. Correct. |

3 (Pages 6 to 9)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 10

07:39:36   1     Q. You're not as much of an epidemiologist as
07:39:39   2  Drs. Farquhar and Moye, correct?
07:39:43   3     A. Correct.
07:39:43   4     Q. But you believe you have enough experience
07:39:46   5  that you can read and understand the work that
07:39:47   6  they've done?
07:39:48   7     A. Yes.
07:39:48   8     Q. If you disagree with them on matters of
07:39:50   9  epidemiology, would you defer to them and to their
07:39:53  10  judgment on those questions?
07:39:54  11     A. It depends on the disagreement.
07:39:59  12     Q. Can you give me any guidelines, sort of
07:40:02  13  when you would defer and when you would not, on
07:40:05  14  questions of epidemiology, to the epidemiologists?
07:40:08  15     A. I would, again, need to see the context.
07:40:13  16     Q. Are you an expert in biostatistics?
07:40:17  17     A. Again, you know, it depends on the expert;
07:40:20  18  to who?  So to medical students, medical residents,
07:40:23  19  cardiology fellows that I teach and train, I have
07:40:26  20  more expertise than they do, and then they defer to
07:40:29  21  me, and I teach them interpretations of clinical
07:40:32  22  studies and biostatistics.  And that way, as an
07:40:35  23  author of multiple manuscripts that use
07:40:38  24  biostatistics, I have an understanding of

Page 11

           1  biostatistics.
07:40:39   2        So again, you have to tell me, an expert
07:40:41   3  in relation to who?
07:40:43   4     Q. But if somebody says -- have you ever said
07:40:48   5  to somebody, "I'm a biostatistician"?
07:40:51   6     A. No.
07:40:52   7     Q. And are you an endocrinologist?
07:40:54   8     A. No.
07:40:55   9     Q. Are you a hematologist?
07:40:57  10     A. I'm not trained in hematology.  But I
07:41:01  11  understand as -- because of platelet physiology, I
07:41:05  12  have more of an understanding of thrombosis and
07:41:08  13  hemostasis than other non-hematologists.
07:41:12  14     Q. Are you a molecular biologist?
07:41:15  15     A. Same answer:  because I do basic science
07:41:21  16  research or am involved with science research, I
07:41:23  17  have an understanding of molecular biology.  I've
07:41:25  18  used their techniques.  So it depends on what you
07:41:28  19  consider, what is considered a molecular biologist.
07:41:31  20     Q. Are you an expert in FDA regulations for
07:41:35  21  drug labeling?
07:41:36  22     A. No.
07:41:36  23     Q. Nuclear imaging, are you an expert in
07:41:40  24  nuclear imaging?

Page 12

07:41:41   1     A. At the pains of repeating myself, compared
07:41:46   2  to cardiology fellows, students, residents, general
07:41:51   3  public, non-cardiology physicians, I have more
07:41:54   4  expertise than they do in the interpretation of
07:41:57   5  nuclear images; but there are cardiologists with
07:41:59   6  more expertise than I.  So I don't consider myself
07:42:02   7  -- again, it's all relative.
07:42:03   8     Q. When you're treating patients, do you
07:42:05   9  sometimes refer them for nuclear imaging studies?
07:42:08  10     A. Yes.
07:42:08  11     Q. And do you have someone who you work with
07:42:11  12  who you rely on to interpret those studies?
07:42:13  13     A. Yes.
07:42:19  14     Q. Have you ever testified in court?
07:42:20  15     A. Yes.
07:42:20  16     Q. How many times?
07:42:21  17     A. I believe three or four.
07:42:22  18     Q. Were those in medical malpractice cases?
07:42:25  19     A. Yes.
07:42:27  20     Q. You've never testified in court about -- in
07:42:32  21  a products liability case, correct?
07:42:35  22     A. Yes.
07:42:35  23     Q. Yes, that's correct?
07:42:36  24     A. That's correct.

Page 13

07:42:36   1     Q. And have you been deposed before in a
07:42:38   2  products liability case?
07:42:39   3     A. No.
07:42:39   4     Q. Only in malpractice cases?
07:42:41   5     A. Correct.
07:42:50   6     Q. Have you written expert reports in other
07:42:52   7  cases, as in other products liability cases?
07:42:55   8     A. No.
07:42:55   9     Q. So this is your first products liability
07:42:57  10  case?
07:42:58  11     A. Yes.
07:42:58  12     Q. This is the first time you've served as an
07:43:00  13  expert witness on questions about the safety of a
07:43:03  14  drug, correct?
07:43:04  15     A. Outside of medical malpractice.
07:43:17  16     Q. Have you served as an expert on the safety
07:43:20  17  of a drug inside of the context of medical
07:43:21  18  malpractice?
07:43:25  19     A. I believe so.  It depends on what your
07:43:29  20  definition of --
07:43:30  21     Q. Why don't you tell me what you're thinking
07:43:32  22  about, and then rather than trying to figure out if
07:43:33  23  it fits in a box or not in a box, what was the case
07:43:36  24  where the issue of a particular drug came up?

4 (Pages 10 to 13)

FARMER ARSENAULT BROCK LLC

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 14

07:43:40 1    A. It was inappropriate use -- or I opined the
07:43:43 2  inappropriate use of a thrombolytic agent in a
07:43:54 3  medical -- in a case, I opined that the safety of
07:44:00 4  the drug at that time was, the risk of the drug was
07:44:03 5  too great for the patient, and therefore that there
07:44:05 6  was a safety issue.
07:44:06 7    Q. I see.
07:44:07 8    A. And there may have been other, similar
07:44:09 9  kinds of opinions in other cases to that.  Those are
07:44:13 10  the kinds of things that --
07:44:14 11    Q. The type of thing that a doctor ought not
07:44:16 12  to have given a certain medicine to the particular
07:44:18 13  patient in those circumstances?
07:44:19 14    A. Correct.
07:44:21 15    Q. Have you ever been -- so you've never been
07:44:25 16  qualified by a court to talk as an expert about
07:44:28 17  VIOXX?
07:44:29 18    A. No.
07:44:30 19    Q. Or other COX-2s?
07:44:33 20    A. No.
07:44:34 21    Q. Or causes of atherosclerosis?
07:44:39 22    A. I don't recall what I was certified, if
07:44:44 23  that's the right term, by a court to be an expert
07:44:47 24  in.  I have testified in my capacity as a

Page 15

07:44:50 1  cardiologist, interventional cardiologist, and
07:44:55 2  thrombosis cardiologist.  Whether that included
07:44:59 3  specifically atherosclerosis, I cannot recall
07:45:02 4  whether, how specific the expertise that was granted
07:45:07 5  to me was.
07:45:21 6    Q. You refer in your expert report in a number
07:45:24 7  of places to clinical trials, correct?
07:45:26 8    A. Correct.
07:45:26 9    Q. What is a clinical trial?
07:45:28 10    A. A clinical trial is a study in a human
07:45:34 11  population to assess the development -- to assess
07:45:39 12  something.  It's essentially an experiment, hence
07:45:44 13  the word "trial," to test the safety or efficacy of
07:45:49 14  an intervention against standard therapy or placebo,
07:45:53 15  in general.  But there's -- I'm sure you could find
07:45:57 16  examples of clinical trial that don't meet that
07:45:59 17  criteria, but essentially that's what a clinical
07:46:02 18  trial is.
07:46:02 19    Q. Are they important?  Are clinical trials
07:46:06 20  important?
07:46:06 21    A. Yes.
07:46:06 22    Q. Why?
07:46:07 23    A. Clinical trials are used to establish
07:46:11 24  evidence-based therapies.

Page 16

07:46:12 1    Q. Did you say evidence-based?
07:46:15 2    A. Evidence-based therapies.
07:46:17 3    Q. What does that mean?
07:46:17 4    A. Clinical trials establish scientific
07:46:20 5  evidence because they are done under scientific
07:46:23 6  conditions and using scientific principles; hence
07:46:29 7  you establish whether something happens or occurs
07:46:32 8  under those conditions or not.
07:46:33 9    Q. Do you agree that a placebo-controlled
07:46:37 10  clinical trial is the best evidence of the safety of
07:46:39 11  a drug?
07:46:42 12    A. A placebo-controlled clinical trial is
07:46:46 13  designed to assess the efficacy of the therapy.  It
07:46:50 14  is not designed -- unless designed specifically for
07:46:56 15  safety, it's not designed to prove safety.  It's not
07:47:03 16  the primary endpoint of the trial.  The trial is
07:47:06 17  designed to achieve a primary endpoint.
07:47:10 18    A primary endpoint is pre-specified
07:47:12 19  before the trial, and the trial is designed to
07:47:14 20  achieve or meet that criteria.  If safety is the
07:47:17 21  primary endpoint, and a clinical trial for
07:47:20 22  intervention X against a placebo is designed that
07:47:24 23  way, then safety, then that outcome -- then safety
07:47:27 24  is the right outcome, if that's what you've

Page 17

07:47:29 1  predisposed.  If it's efficacy, then the clinical
07:47:33 2  trial is designed to show or not show efficacy.
07:47:36 3    Q. So is it your testimony that a clinical
07:47:38 4  trial in which safety is not the primary endpoint is
07:47:41 5  not the best way to determine the safety of a drug?
07:47:44 6    A. In the ways of looking at -- the best way
07:47:48 7  to look at a drug's safety is design a clinical
07:47:51 8  trial where safety is the primary endpoint.  The
07:47:54 9  second best way is a randomized clinical trial where
07:47:58 10  safety is a prespecified or specified secondary
07:48:02 11  endpoint.  The third best way would be in
07:48:05 12  case-controlled studies or observational studies.
07:48:07 13  So a randomized clinical control trial can look at
07:48:13 14  safety, absolutely.
07:48:14 15    Q. So between a randomized clinical trial in
07:48:18 16  which safety is not the primary endpoint and an
07:48:23 17  observational study, the clinical trial is a better
07:48:25 18  way of evaluating safety, correct?
07:48:27 19    A. Correct.
07:48:29 20    Q. Now, what is an observational study?
07:48:32 21    A. Observational study is looking at a
07:48:34 22  population over time and just following it.  It can
07:48:37 23  be retrospective, using databases such as large
07:48:41 24  registries that are set up for that purpose.

5 (Pages 14 to 17)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 18

07:48:47 1    It could also look at databases such as
07:48:50 2 payor databases, such as Medicare databases or
07:48:53 3 Medicaid databases or other kinds of collection; it
07:48:56 4 could be hospital databases.  So that's an
07:48:59 5 observational study.
07:49:00 6    Q.  Does an observational study generate
07:49:07 7 scientific evidence, using that term the way you
07:49:09 8 used it when you were talking about clinical trials?
07:49:11 9    A.  It depends on what you're looking for.
07:49:20 10    Q.  Can you please explain what you mean by
07:49:23 11 that?
07:49:24 12    A.  It depends on the outcome of what the
07:49:26 13 question is, what you're trying to answer.
07:49:30 14    So if you're trying to answer the
07:49:32 15 efficacy of a therapy, the best way is randomized
07:49:35 16 multicenter clinical trial observational studies to
07:49:39 17 establish efficacy in that sense.
07:49:41 18    There are times where you can't conduct
07:49:44 19 randomized clinical trials anymore, and therefore
07:49:48 20 you rely on observational studies.  It depends on
07:49:52 21 what your level of proof is and what your level of
07:49:54 22 evidence is.
07:50:00 23    Q.  So what I hear you saying is, in
07:50:06 24 circumstances where you can't do a clinical trial,

Page 19

07:50:08 1 then the best evidence you can have is from an
07:50:10 2 observational study, correct?
07:50:12 3    A.  You're talking too generally.  It depends
07:50:14 4 on the circumstance.
07:50:19 5    Q.  So would you say that some observational
07:50:22 6 studies generate scientific evidence, as you used
07:50:24 7 that term earlier?
07:50:32 8    A.  Scientific evidence, yes, I'd use that
07:50:35 9 term.
07:50:39 10    Q.  You've worked on some clinical trials
07:50:41 11 yourself, correct?
07:50:42 12    A.  Correct.
07:50:43 13    Q.  Did any of those have to do with
07:50:46 14 prescription drugs?
07:50:47 15    A.  Yes.
07:50:48 16    Q.  Can you tell me which ones?
07:50:55 17    A.  I'm not sure what you mean by "prescription
07:50:57 18 drugs."  Drugs -- some of the clinical trials were
07:51:02 19 investigating drugs that were not, or are not yet
07:51:07 20 approved, but all patients were under -- you know,
07:51:12 21 had prescription drugs in them.
07:51:14 22    If you would let me look at my CV and
07:51:17 23 the list of studies, I could give you a more
07:51:19 24 accurate answer.

Page 20

07:51:21 1    Q.  Okay.  We'll do that in just one second.
07:51:23 2    Have you ever served as a clinical
07:51:25 3 investigator or otherwise worked on a clinical trial
07:51:29 4 involving COX-2 inhibitors?
07:51:32 5    A.  No.
07:51:32 6    Q.  So, and that would include VIOXX, right?
07:51:35 7    A.  Correct.
07:51:35 8    Q.  Have you ever worked on a clinical trial
07:51:39 9 involving NSAIDs, non-steroidal anti-inflammatory
07:51:44 10 drugs?
07:51:45 11    A.  Not that I recall.
07:51:47 12    Q.  Is it okay if I use that short term,
07:51:50 13 "NSAID" --
07:51:52 14    A.  Absolutely.
15    Q.  -- instead of saying the whole thing every
07:51:54 16 time?
07:51:54 17    MR. OUWELEEN:  Actually, why don't we
07:52:05 18 put a sticker on that.  That's Exhibit No. 1 to the
07:52:10 19 deposition.  We'll call that Furman Exhibit 1.
07:52:19 20    Q.  Dr. Furman, what is Exhibit No. 1?
07:52:22 21    A.  It's a copy of my CV dated September 25,
07:52:25 22 2006.
07:52:25 23    Q.  Is that a current copy of your CV?
07:52:27 24    A.  No; it's been updated continuously since

Page 21

07:52:30 1 then.
07:52:30 2    Q.  Do you have an updated copy here today?
07:52:32 3    A.  No, I forgot to bring one; but I can get
07:52:35 4 one for you.
07:52:37 5    MR. BIRCHFIELD:  I'll just e-mail it for
07:52:39 6 you.
07:52:39 7    A.  It's not in substance; this is more a
07:52:42 8 publication kind of thing.
07:52:43 9    MR. BIRCHFIELD:  Provided we can get
07:52:45 10 that.
07:52:45 11    Q.  Can you go ahead and just put that, stick
07:52:48 12 that somewhere?  I'll do it.
07:53:00 13    Does Exhibit 1 refresh your recollection
07:53:04 14 on which clinical trials you've worked on that had
07:53:07 15 to do with testing drugs?
07:53:08 16    A.  Yes.
07:53:09 17    Q.  And which ones are those?
07:53:10 18    A.  There's TIMI 9B --
07:53:18 19    Q.  Sorry; can you just refer us to a page in
07:53:20 20 Exhibit 1?
07:53:20 21    A.  Page 7.  But I can't remember what the drug
07:53:26 22 was.  Ciba-Geigy Pharmaceuticals, 1995-'96.  '97
07:53:31 23 was --
07:53:31 24    Q.  Sorry.  So --

6  (Pages 18 to 21)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 – November 6, 2006

Page 22

07:53:32  1    A. Under Funded Research.

07:53:34  2    Q. Under Funded Research, the first one,

07:53:37  3  Thrombolysis and Thrombin Inhibition, that one?

07:53:39  4    A. "Throm-bo-LYE-sis."

07:53:41  5    Q. I'm sorry.  Thrombolysis, that first one,

07:53:44  6  that involved a drug, but you don't remember what

07:53:46  7  the drug was?

07:53:47  8    A. Correct.

07:53:47  9    Q. Was the drug a thrombolytic?

07:53:50 10    A. More likely than not, it was either a

07:53:53 11  thrombolytic or anti-thrombotic.

07:53:58 12    Q. What is the difference between a

07:53:59 13  thrombolytic and an anti-thrombotic?

07:54:03 14    A. A thrombolytic is an agent that dissolves

07:54:07 15  clots.  An anti-thrombotic is an agent that reduces

07:54:08 16  or prevents the formation of clots.

07:54:11 17    Q. Are there others?

07:54:12 18    A. Yes.  There's 1995 to 1997, involved the

07:54:20 19  RAPPORT study, involved abciximab, or ReoPro.  1995

07:54:25 20  to 1996, The Liposome Company; TLC C-53 I guess is

07:54:31 21  considered a drug.

07:54:33 22    Q. TLC C-53 was the drug there, or chemical?

07:54:38 23    A. Yes.

07:54:39 24    Q. And those two trials that you just

Page 23

07:54:41  1  mentioned, were they both concerning thrombolytics

07:54:44  2  or anti-thrombotic medicines?

07:54:48  3    A. Yes.  Almost all of my research clinical

07:54:52  4  trials with drugs would involve that.

          5    Q. Okay.

07:54:56  6    A. Continue?

07:54:57  7    Q. Are there others?

07:54:57  8    A. Oh, yes.

07:54:59  9    Q. A lot of others?

07:55:00 10    A. Yes.

07:55:00 11    Q. Are they all about anti-thrombotics or

07:55:06 12  thrombolytics?

07:55:08 13    A. Let me look at this, and I'll tell you the

07:55:09 14  ones that aren't.

07:55:10 15    Q. Okay; that's a good plan.

07:55:32 16      (Witness reviews document.)

07:55:32 17    A. It appears that all my clinical trial

07:55:35 18  experience with these pharmacological agents was

07:55:40 19  involved with anti-thrombotics or thrombolytic

07:55:43 20  therapy.

07:55:57 21    Q. Have you at times served as a consultant

07:56:01 22  for pharmacology companies, for drug companies?

07:56:06 23    A. I guess the answer would be to some extent,

07:56:17 24  yes.

Page 24

07:56:21  1    Q. Now, pharmaceutical or drug companies have

07:56:23  2  funded some of your research, correct?

07:56:24  3    A. Correct.

07:56:25  4    Q. And Merck has funded some of your research;

07:56:29  5  is that correct?

07:56:31  6    A. It may have.  Nothing in the recent ten

07:56:35  7  years that I remember.

07:56:36  8    Q. You're not -- and have you done any other

07:56:39  9  consulting work for Merck?

07:56:41 10    A. For Merck?

07:56:42 11    Q. Yes.

07:56:42 12    A. I don't believe I've ever consulted for

07:56:44 13  Merck.  I might have had funded experiments for

07:56:48 14  Merck, clinical trials as part of a co-investigator

07:56:52 15  by Merck.  There are people in my laboratory that

07:56:55 16  may have been funded by Merck, but nothing since the

07:57:00 17  demise of Aggrastat.

07:57:07 18    Q. You're not relying on any interactions, any

07:57:07 19  personal interactions with Merck as the basis of any

07:57:10 20  of your opinions in this case, correct?

07:57:12 21    A. Correct.

07:57:17 22    Q. I'm handing you what's been marked as

07:57:19 23  Exhibit 2 -- actually, you know what?  I marked the

07:57:27 24  wrong one.

Page 25

07:57:56  1      Is Exhibit 2 a copy of an expert report

07:58:00  2  that you've prepared in this case?

07:58:02  3    A. It appears to be.

07:58:12  4    Q. I have a little sticky flag on there on the

07:58:15  5  signature page.  Would you just flip to the

07:58:17  6  signature page for a moment?

07:58:18  7      Do you see how there's a little box

07:58:20  8  around your signature?

07:58:21  9    A. Yes.

07:58:21 10    Q. Was your signature scanned and then pasted

07:58:25 11  in there?

07:58:25 12    A. It was scanned and then pasted in and saved

07:58:30 13  as a pdf format in Adobe Acrobat and e-mailed.

07:58:35 14  That's why it's that way.

         15    Q. I see.

07:58:37 16    A. That's my signature.

07:58:38 17    Q. So you did that yourself; you pasted your

07:58:40 18  signature onto the pdf and then sent it?

07:58:44 19    A. Yes.

07:58:49 20    Q. On Page 2 of Exhibit 2, your report, it

07:58:54 21  says that you're an active clinical cardiologist; is

07:59:01 22  that correct?

07:59:01 23    A. That's correct.

07:59:02 24    Q. And you do 400 catheterizations, cardiac

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 26

07:59:10 1    catheterizations per year yourself personally?
07:59:16 2        A.  Personally, on average, yes.
07:59:17 3        Q.  And your laboratory does over 7,000 cardiac
07:59:20 4    procedures yearly?
07:59:21 5        A.  Yes.  We're the busiest cath lab in the
07:59:24 6    state.
07:59:24 7        Q.  Now, when you say cardiac procedures there,
07:59:27 8    does that mean cardiac catheterizations, or does it
07:59:31 9    include other things, too?
07:59:32 10       A.  It includes other things.
07:59:34 11       Q.  Such as?
07:59:35 12       A.  Cardiac catheterizations, angioplasties,
07:59:40 13   closure of patent foramen ovales -- p-a-t-e-n-t,
07:59:50 14   foramen, f-o-r-a-m-e-n, ovales -- and atrial septal
07:55:55 15   defects.  It does not include electrophysiology
07:59:57 16   studies, but I believe that 7,000 does include
08:00:01 17   peripheral vascular procedures as well, which is a
08:00:03 18   small number.  At our institution, it's a few
08:00:10 19   hundred.
08:00:10 20           I did not personally perform those
08:00:13 21   7,000.
08:00:13 22       Q.  Now, you were there in the same lab in
08:00:18 23   1998, correct?
08:00:19 24       A.  Correct.

Page 27

08:00:20 1        Q.  And did the lab do about 7,000 cardiac
08:00:23 2    procedures in that year, too?
08:00:25 3        A.  No.
08:00:25 4        Q.  How many did it do in 1998?
08:00:28 5        A.  I don't know.  The volume has been steadily
08:00:30 6    growing.
08:00:31 7        Q.  Was it in the thousands that year in 1998?
08:00:33 8        A.  It was in the thousands.
08:00:35 9        Q.  And none of the people that you did those
08:00:38 10   procedures on in 1998 had ever taken a COX-2
08:00:42 11   inhibitor, correct?
08:00:42 12       A.  I don't know.
08:00:43 13       Q.  Well, were there any COX-2 inhibitors on
08:00:46 14   the market in 1998?
08:00:48 15       A.  Oh, in 1998?  I don't remember when
08:00:50 16   Celebrex came on the market, and I don't know if any
08:00:54 17   of the patients were involved in any of the clinical
08:00:56 18   trials involving them.  So to be honest, I don't
08:00:59 19   know.
08:01:01 20       Q.  It's true that the vast majority of the
08:01:04 21   7,000 patients that you treated last year had never
08:01:06 22   taken a COX-2 inhibitor, correct?
08:01:08 23       A.  I did not treat those 7,000 patients last
08:01:12 24   year personally, but I would say I agree that the

Page 28

08:01:15 1    vast majority of the 7,000 patients treated in the
08:01:18 2    catheterization laboratories at U. Mass. Memorial
08:01:21 3    Medical Center were not receiving a COX-2 antagonist
08:01:25 4    -- a COX-2-specific antagonist.
08:01:28 5        Q.  As part of your work as an active clinical
08:01:31 6    cardiologist, do you prescribe drugs?
08:01:33 7        A.  Yes.
08:01:33 8        Q.  Have you ever prescribed VIOXX?
08:01:35 9        A.  I don't recall.  I may have renewed a
08:01:41 10   prescription as a courtesy to patients when they
08:01:44 11   come in and they haven't seen their physicians;
08:01:47 12   their primary care physician is a rheumatologist.
08:01:50 13   So I may have renewed a prescription because some
08:01:52 14   prescription refills aren't complete, or altered it
08:01:56 15   so they can mail away, so that a 30-day supply can
08:01:59 16   be mailed away for a 90-day supply.  But I don't
08:02:03 17   recall ever instituting VIOXX therapy or any COX-2
08:02:08 18   in any patient.
08:02:17 19       Q.  Do you usually institute drug therapies in
20    your patients, or when you're prescribing, is it
21    usually as a continuation?
22           (The reporter requested the question be
23    repeated.)
24       Q.  Let me back up.

Page 29

08:02:20 1           Do you often institute drug therapy in
08:02:23 2    your patients?
08:02:24 3        A.  Yes.
08:02:24 4        Q.  Are you the primary cardiologist of your
08:02:29 5    patients?
08:02:29 6        A.  Sometimes.
08:02:36 7        Q.  In what circumstances do you institute drug
08:02:38 8    therapy for your patients?
08:02:39 9        A.  When the drug is needed for the patients.
08:02:42 10       Q.  And in what circumstances are those?  When
08:02:50 11   someone has a cardiac catheterization, for example,
08:02:53 12   when would you institute drug treatment?
08:02:57 13       A.  When it's indicated in that patient.  The
08:03:03 14   patient -- it depends on the circumstance.
08:03:05 15       Q.  So to the best of your recollection, you
08:03:10 16   can't remember one way or the other whether you ever
08:03:14 17   filled out a VIOXX prescription for any patient?
08:03:16 18       A.  I honestly cannot remember.
08:03:19 19       Q.  Did you ever take it yourself, VIOXX?
08:03:22 20       A.  No.
08:03:22 21       Q.  Do you ever prescribe drugs for family
08:03:26 22   members?
08:03:29 23       A.  Unfortunately, yes.
08:03:30 24       Q.  Did you ever prescribe VIOXX for a family

8 (Pages 26 to 29)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 30

08:03:33 1    member?
08:03:33 2        A. Not that I recall.
08:03:40 3        Q. In your private practice, have you ever
08:03:42 4    diagnosed a patient as having had a thrombotic
08:03:46 5    cardiac event that you determined at the time was
08:03:50 6    related to the cause -- or to the use of VIOXX?
08:03:55 7        A. I don't have a private practice. I'm an
08:03:59 8    employed physician at the medical center.
08:04:02 9            But in answer to your question, I don't
08:04:06 10   recall ever writing in a chart that a patient had a
08:04:10 11   COX-2 antagonist-induced thrombotic event.
08:04:16 12       Q. So in your practice, have you ever determined,
08:04:21 13   as someone's treating doctor, that their thrombotic
08:04:25 14   event was caused by a COX-2 inhibitor, correct?
08:04:28 15       A. I don't recall ever writing that in a chart
08:04:31 16   as the primary cause of the event.
08:04:33 17       Q. Did you ever tell a patient that?
08:04:34 18       A. I don't recall ever telling a patient that.
08:04:37 19       Q. It sounds like you're being careful. Is
08:04:39 20   there any circumstance where you can ever remember,
08:04:41 21   in your practice as a doctor, determining that
08:04:44 22   someone's thrombotic event was caused by a COX-2
08:04:49 23   inhibitor?
08:04:49 24       A. I don't remember ever commenting or saying

Page 31

08:04:53 1    that to anyone.
08:04:54 2        Q. Well, my question is not just whether you
08:04:56 3    said it. Did you ever determine it?
08:05:01 4        A. I don't remember ever determining that,
08:05:03 5    either.
08:05:03 6        Q. Did you ever, in your practice as a doctor,
08:05:10 7    determine that a patient was suffering from
08:05:17 8    hypertension, high blood pressure, that was being
08:05:22 9    caused by a COX-2 inhibitor?
08:05:23 10       A. I don't recall ever determining that.
08:05:26 11       Q. Did you ever discontinue a patient's
08:05:28 12   prescription or use of an NSAID or a COX-2 inhibitor
08:05:34 13   due to hypertension?
08:05:35 14       A. Yes.
08:05:36 15       Q. Did you ever discontinue a patient's use of
08:05:40 16   a COX-2 inhibitor due to hypertension?
08:05:44 17       A. I don't remember.
08:05:45 18       Q. You don't remember ever doing that?
08:05:47 19       A. I don't remember if I did it, and I don't
08:05:49 20   remember if I didn't do it.
08:05:51 21       Q. But you have discontinued patients from
08:05:54 22   using NSAIDs because of hypertension?
08:05:56 23       A. Yes.
08:05:57 24       Q. Is hypertension a well-known side effect of

Page 32

08:06:00 1    NSAIDs?
08:06:01 2        A. It is a known side effect. "Well" is
08:06:04 3    relative to interpretation. It is a known side
08:06:07 4    effect.
08:06:08 5        Q. Well, it's known among cardiologists,
08:06:10 6    correct?
08:06:10 7        A. It is known among certain cardiologists, I
08:06:13 8    believe.
08:06:16 9        Q. Has it been known for decades?
08:06:18 10       A. I don't know how long it's been known.
08:06:20 11       Q. How long have you known it?
08:06:21 12       A. I've only been a practicing cardiologist
08:06:27 13   for fifteen years, so I'd say one or two decades.
08:06:30 14       Q. So you've known it as long as you've been a
08:06:33 15   practicing cardiologist, then?
08:06:35 16       A. I don't remember when I became aware of it.
08:06:40 17   Certainly more than five years ago.
08:06:43 18       Q. More than ten years ago?
08:06:44 19       A. After five years, I don't remember, in that
08:06:49 20   case.
08:06:53 21       Q. Have you ever discontinued a patient's --
08:06:56 22   I'm sorry; I asked that already.
08:06:58 23           Prior to being hired as an expert for
08:07:02 24   plaintiffs in VIOXX litigation, have you ever told a

Page 33

08:07:08 1    patient or concluded in your medical judgment that
08:07:11 2    VIOXX contributed substantially to the development
08:07:15 3    of the patient's coronary artery disease or
08:07:18 4    myocardial infarction?
08:07:20 5        A. I don't remember ever saying that to a
08:07:22 6    patient.
08:07:23 7        Q. Do you remember ever determining that, in
08:07:24 8    your medical judgment?
08:07:25 9        A. I don't remember ever determining that, one
08:07:28 10   way or the other.
08:07:37 11       Q. Is Exhibit 1, your CV, a full and accurate
08:07:44 12   statement of your qualifications and experience as
08:07:46 13   of September 25, 2006?
08:07:48 14       A. As best that I can remember, yes.
08:07:50 15       Q. Is there anything you can think of, sitting
08:07:53 16   here today, that should have been on there September
08:07:56 17   25 that isn't on there?
08:07:59 18       A. No.
08:08:01 19       Q. Now, since September 25, you've added some
08:08:04 20   publications to your curriculum vitae, correct?
08:08:07 21       A. And lectures.
08:08:07 22       Q. And lectures?
08:08:23 23       A. Yes.
08:08:08 24       Q. Have you made any other changes?

9 (Pages 30 to 33)

Page 34

08:08:12  1      A. Nothing that I would consider substantive.
08:08:15  2  If I did, I don't recall.  My CV is something I
08:08:18  3  update almost weekly.  A lot of it could be
08:08:23  4  formatting, to make it look nice on the print.  But
08:08:26  5  no substantive changes which I would consider
08:08:30  6  germane to any kind of discussion about my
08:08:33  7  qualifications.
08:08:39  8      Q. We said a few moments ago that some of your
08:08:41  9  research is funded by pharmaceutical companies,
08:08:44 10  correct?
08:08:45 11      A. Correct.
08:08:46 12      Q. And so if you turn to Page 9 of your CV,
08:08:49 13  Exhibit No. 1, up at the top there's a reference to
08:08:55 14  a 2000 study, and it says "Merck & Co., Inc."  Do
08:09:01 15  you see that?
08:09:02 16      A. Yes.
08:09:02 17      Q. Is that a study that you did that was
08:09:04 18  funded by Merck?
08:09:05 19      A. It was a study that was funded by Merck,
08:09:10 20  yes.
08:09:10 21      Q. Did you do it?
08:09:11 22      A. I was the principal investigator along with
08:09:15 23  my colleague, Alan Michelson.  I don't remember how
08:09:20 24  enrollment was or recruitment was.  It was a

Page 35

08:09:23  1  substudy, so we were dependent on samples being sent
08:09:26  2  to us.
08:09:27  3      I do not believe that we received
08:09:29  4  significant amounts of samples, because I don't
08:09:32  5  believe it resulted in a publication.
08:09:36  6      Q. But anyway, it was a study you worked on
08:09:38  7  that was funded by Merck, correct?
08:09:40  8      A. Yes.
08:09:41  9      Q. And then down a little lower on the page,
08:09:44 10  2001 to 2002, you worked on a study that was funded
08:09:49 11  by Eli Lilly & Company, which is another drug
08:09:52 12  company, correct?
08:09:53 13      A. Correct.
08:09:54 14      Q. And again in 2003-2004, you worked on
08:09:57 15  another study funded by Eli Lilly, correct?
08:10:01 16      A. Correct.
08:10:02 17      Q. And on the previous page, or a couple pages
08:10:05 18  earlier, I guess Page 7, you mentioned the first
08:10:09 19  study listed there was funded by Ciba-Geigy, which
08:10:12 20  is a pharmaceutical company, correct?
08:10:15 21      A. I don't believe it exists in its entity
08:10:18 22  anymore.
08:10:18 23      Q. Well, it was a pharmaceutical company at
08:10:20 24  that time?

Page 36

08:10:20  1      A. Yes.
08:10:21  2      Q. You don't alter the results of your studies
08:10:22  3  based on who is funding the study, right?
08:10:25  4      A. Of course not.
08:10:25  5      Q. And the fact that a drug company funds
08:10:28  6  research like this does not affect the integrity of
08:10:31  7  the studies, correct?
08:10:34  8      A. It does not affect the integrity of my
08:10:37  9  studies, certainly.
08:10:38 10      Q. There's nothing wrong just with the fact
08:10:41 11  that a drug company is funding a study, correct?
08:10:43 12      A. I have had -- I don't mean -- that doesn't
08:10:49 13  make sense, but there's -- I have --
08:10:51 14      Q. Well, wait; if it doesn't make sense, I'll
08:10:54 15  ask it differently.
08:10:55 16      A. Okay.
08:10:55 17      Q. So there's nothing uncommon about drug
08:10:57 18  companies funding studies of drugs, correct?
08:10:59 19      A. Correct.
08:11:00 20      Q. And just the fact alone that the drug
08:11:03 21  company is funding it does not necessarily mean that
08:11:05 22  there's something funny or there's some lack of
08:11:09 23  integrity to the study, correct?
08:11:11 24      A. Correct.

Page 37

08:11:13  1      Q. That's just how drug research is often
08:11:15  2  funded in this country, correct?
08:11:20  3      A. Drug research is, I'm not sure often, but
08:11:27  4  sometimes funded that way.
08:11:30  5      Q. Well, do you think most of the drug
08:11:33  6  research in this country is funded by drug
08:11:36  7  companies?
08:11:37  8      A. Yes; but the implication of the question
08:11:39  9  that you previously asked was research like this,
08:11:43 10  was what I was understanding.  So the answer is --
08:11:49 11  is the question, does investigator-initiated
08:11:56 12  research, single-center investigator-initiated
08:12:00 13  research, like what I have in my CV, is that most
08:12:05 14  often the way drug companies fund research?  The
08:12:07 15  answer is no.
08:12:07 16      Q. No, that wasn't my question.
08:12:09 17      A. That was how I heard it.
08:12:10 18      Q. I see.
08:12:19 19      How much time, if any, have you spent
08:12:25 20  studying COX-2 inhibitor drugs outside of the
08:12:32 21  context of this VIOXX litigation?
08:12:37 22      A. What do you mean by "studying"?
08:12:44 23      Q. I mean studying.  I mean doing research,
08:12:51 24  reading reports, reading epidemiological studies,

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

---

Page 38

08:12:57 1  reading clinical trials, researching.
08:12:59 2      A. Many hours is the best -- I've used COX
08:13:10 3  inhibitors in scientific experiments, or people in
08:13:13 4  my lab have. As the resident cardiovascular
08:13:20 5  platelet expert at the university, it is important
08:13:25 6  for me to be, have a facile knowledge of the
08:13:30 7  literature, especially after the publication of
08:13:32 8  increased risk with COX-2 inhibition.
08:13:36 9      So I've known about this and read about
08:13:39 10  it, looked into it, followed it, since it came
08:13:45 11  about. How many hours? I have absolutely -- I
08:13:51 12  don't keep hours of what I do.
08:13:53 13      Q. You haven't done -- I might have asked you
08:13:57 14  this, and I apologize if I did, but you haven't
08:14:00 15  actually conducted any studies yourself of COX-2
08:14:02 16  inhibitor drugs, have you?
08:14:04 17      A. It depends on what you mean by "studies of
08:14:06 18  COX-2 inhibitor drugs." I have used COX-2
08:14:10 19  inhibitors as a reagent to inhibit the pathway, not
08:14:13 20  to look at the effect of the drug, not to -- the
08:14:17 21  primary endpoint of the study wasn't using, wasn't
08:14:21 22  to look at the COX-2 pathway specifically in a drug-
08:14:25 23  related sense.
08:14:26 24      For example, my most recent publication

---

Page 39

08:14:30 1  in Circulation in June 2006 looked at COX-1 and
08:14:34 2  COX-2 inhibition. We used indomethacin as a global
08:14:41 3  COX-1 and COX-2 inhibitor.
08:14:43 4      Therefore, to truthfully answer your
08:14:45 5  question, did I look at COX-2 inhibition, the answer
08:14:48 6  is yes. The purpose of the study was to look at a
08:14:51 7  clinical phenomenon, aspirin resistance, and nothing
08:14:54 8  to do with VIOXX-induced injury or COX-2-induced
08:15:00 9  injury, the purpose of the litigation.
08:15:01 10      So I want to be truthful to you; so the
08:15:03 11  answer is, we've used it as a reagent. We've used
08:15:05 12  other reagents of COX-2 inhibitors, but the point of
08:15:09 13  the study wasn't to look at the mechanism of COX-2-
08:15:11 14  induced injury.
08:15:13 15      Q. Are there any studies that you've done
08:15:17 16  concerning COX-2 inhibitors? And by "COX-2
08:15:21 17  inhibitors," I mean COX-2-specific inhibitors, not
08:15:24 18  non-selective NSAIDs; okay? Is that all right?
08:15:27 19      A. Yes.
08:15:32 20      Q. So have you done any studies of COX-2
08:15:35 21  inhibitors that do relate directly to the questions
08:15:41 22  that you've addressed in your expert report here?
08:15:43 23      A. No.
08:15:57 24      Q. Have you done any studies or published any

---

Page 40

08:16:00 1  papers on the topic of NSAIDs?
08:16:05 2      A. Not that I recall.
08:16:06 3      Q. And have you done any studies or published
08:16:08 4  any papers on the topic of VIOXX?
08:16:13 5      A. No.
08:16:14 6      Q. Have you done any studies or published any
08:16:16 7  papers on prostacyclin or thromboxane or any alleged
08:16:27 8  imbalance between prostacyclin and thromboxane?
08:16:31 9      A. I've published papers that use thromboxane,
08:16:35 10  or thromboxane and agonists, as platelet agonists.
08:16:40 11  I've looked at, again, as I mentioned before, in the
08:16:44 12  Circulation article of COX-1 and COX-2 inhibition,
08:16:48 13  used thromboxane to measure urinary -- serum
08:16:53 14  thromboxane levels.
08:16:53 15      So in that context of scientific
08:16:56 16  experiments, I've used thromboxane as a standard.
08:16:59 17  Did I look specifically at thromboxane and
08:17:03 18  prostacyclin inhibition? The answer is no.
          19      Q. No? I didn't hear you.
08:17:06 20      A. No, as I recall now; but it's been twelve
08:17:09 21  years of research, so things may have happened that
08:17:12 22  I don't remember.
08:17:13 23      Q. Have you done any studies or published
08:17:15 24  papers on hypertension, high blood pressure?

---

Page 41

08:17:24 1      A. I have not done any clinical trials
08:17:26 2  involving therapeutics and hypertension, but you
08:17:32 3  report hypertension in part of your clinical trials
08:17:37 4  that I may have been a co-author on, so you have to
08:17:39 5  be a little more --
08:17:40 6      Q. It wasn't the principal subject of any of
08:17:41 7  your papers or studies, correct? It wasn't the main
08:17:43 8  focus of any of your papers?
08:17:45 9      A. Correct; though we may have looked at
08:17:47 10  hypertension's effect on platelet functioning, but I
08:17:51 11  don't believe it ever came about into a publication
08:17:54 12  or ever got anywhere.
08:17:55 13      Q. How does hypertension affect platelet
08:17:58 14  function?
08:17:59 15      A. It depends on the primary platelet
08:18:01 16  function, but generally hypertension should -- there
08:18:04 17  have been reports that hypertension increases
08:18:07 18  platelet reactivity.
08:18:09 19      Q. And what does "platelet reactivity" mean?
08:18:14 20      A. How likely the platelet is to become -- to
08:18:19 21  activate or secrete or adhere.
08:18:26 22      Q. In layman's terms, could you say
08:18:30 23  stickiness?
08:18:31 24      A. Potential stickiness, because it doesn't

---

11 (Pages 38 to 41)

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 42

08:18:33 1  circulate in a -- generally doesn't circulate in a
08:18:34 2  sticky way.  It's how it responds to external
08:18:37 3  stimulation to become sticky, is have a lower
08:18:40 4  threshold, for instance, to respond.
08:18:42 5      Q.  So if hypertension increases platelet
08:18:45 6  reactivity in that circumstance, would you say that
08:18:49 7  hypertension is prothrombotic?
08:18:54 8      A.  "Prothrombotic" is a very broad term that
08:18:58 9  includes platelets, but it includes a propensity to
08:19:04 10 form blood clots independent of platelets.
08:19:06 11     So as a component of platelets or a
08:19:10 12 component of what you mean by prothrombotic, the
08:19:13 13 answer is yes, but it's a matter of degrees.  It's
08:19:19 14 all -- you need to quantify the effect to really say
08:19:26 15 how strong it is.  So it's really a matter of
08:19:30 16 degrees.
08:19:30 17     Q.  Does hypertension generally put patients in
08:19:32 18 a prothrombotic state?
08:19:35 19     A.  It depends on the measurement.  It's not a
08:19:39 20 significant -- if it is, if a hypertensive patient
08:19:43 21 is more thrombotic than non-hypertensive patients,
08:19:48 22 without any other disease states -- so you're just
08:19:51 23 talking about isolated hypertension -- then it's a
08:19:54 24 mild prothrombotic state, because hypertensives are

Page 43

08:19:58 1  not walking around clotting off blood vessels and
08:20:01 2  stuff in general.
08:20:08 3      Q.  Have you published papers or conducted
08:20:11 4  studies on the subject of plaque rupture?
08:20:15 5      A.  As a primary endpoint of the study, no, not
08:20:19 6  that I recall.
08:20:22 7      Q.  And have you conducted any studies or
08:20:23 8  published papers on the subject of -- this is going
08:20:30 9  to be a "Yes," I think -- platelet properties or
08:20:34 10 behavior?
08:20:34 11     A.  Yes.
08:20:34 12     Q.  That's most of your studies, right?
08:20:36 13     A.  Correct.
08:20:36 14     Q.  And prostanoids, have you published on that
08:20:40 15 subject?
08:20:40 16     A.  As an independent subject, no.
08:20:45 17     Q.  Now, you were an editor of the Journal of
08:20:48 18 the American College of Cardiology from 2001 to
08:20:52 19 2005, right?
08:20:53 20     A.  Correct.
08:20:53 21     Q.  And you've also served as an invited
08:20:56 22 reviewer for that journal?
08:20:57 23     A.  Correct.
08:20:57 24     Q.  And you've served as a reviewer for the

Page 44

08:21:00 1  American Journal of Cardiology?
08:21:01 2      A.  Correct.
08:21:02 3      Q.  When was that?
08:21:05 4      A.  Within the last twelve years.  I don't keep
08:21:09 5  track of the reviews that I do.
08:21:12 6      Q.  Those two journals are well-respected
08:21:15 7  publications in the field of cardiology, correct?
08:21:18 8      A.  They're well -- some are respected more,
08:21:22 9  but they're generally well-respected.
08:21:24 10     Q.  Did you say there were other journals that
08:21:26 11 are respected more?
08:21:28 12     A.  No; I -- I'll answer it that, yes, they're
08:21:33 13 well-respected.
08:21:34 14     Q.  Are there other journals that are respected
08:21:35 15 more in cardiology?
08:21:37 16     A.  There are other journals that are respected
08:21:40 17 as well as at least the American College of
08:21:45 18 Cardiology, such as Circulation, Circulation
08:21:50 19 Research.  It depends on what you mean by "well-
08:21:52 20 respected."
08:21:52 21     Q.  Well, what do you mean by "well-respected"?
08:21:55 22     A.  I use it in -- it's one of those common
08:22:00 23 phrases, you sort of know what it means, but you
08:22:03 24 can't describe it.

Page 45

08:22:04 1      Q.  But you don't have any sort of different
08:22:05 2  meaning from most people's meaning when they say
08:22:09 3  "well-respected," right?
08:22:10 4      A.  Correct; but cardiology journals do have a
08:22:13 5  hierarchy of respectiveness.  So there are some
08:22:18 6  journals that are much more difficult to publish in,
08:22:21 7  and there are some things called citation factors.
08:22:25 8      So Circulation and JACC, J-A-C-C, the
08:22:34 9  acronym for the Journal of the American College of
08:22:36 10 Cardiology, has a higher citation factor than the
08:22:38 11 American Journal of Cardiology, which has a higher
08:22:41 12 citation factor than a journal such as Clinical
08:22:43 13 Cardiology.
08:22:44 14     Q.  Would you put the American Journal of
08:22:46 15 Cardiology in the top ten cardiology journals?
08:22:49 16     A.  Yes.
08:22:49 17     Q.  And the Journal of the American College of
08:22:53 18 Cardiology, would you put that in the top five?
08:22:55 19     A.  Of general cardiology journals, yes.
08:22:59 20     Q.  What is peer review?
08:23:00 21     A.  Peer review is a process where manuscripts
08:23:05 22 submitted for publication in scientific journals are
08:23:09 23 reviewed by independent reviewers not affiliated and
08:23:12 24 oftentimes blinded to the authors, to assess the

12 (Pages 42 to 45)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 46

08:23:15 1 quality of the science and the conclusions and
08:23:17 2 determine appropriateness for publication in that
08:23:20 3 specific journal.
08:23:20 4    Q. Is it important?
08:23:21 5    A. Vitally.
08:23:22 6    Q. Vitally important. You've been on both
08:23:25 7 sides of the process of peer review, correct?
08:23:26 8    A. Yes.
08:23:27 9    Q. You've had your articles that you've
08:23:29 10 written peer-reviewed by other people?
08:23:31 11    A. Yes.
08:23:31 12    Q. And you've been a peer reviewer for other
08:23:33 13 people's articles, correct?
08:23:35 14    A. Yes.
08:23:35 15    Q. And in your experience, do the editors of
08:23:37 16 medical journals have the ability to get authors to
08:23:40 17 make changes that they think are necessary before
08:23:43 18 publishing an article?
08:23:47 19    A. It's a negotiated process.
08:23:49 20    Q. Well, if the editors of a journal think a
08:23:54 21 change is necessary, and the authors refuse to make
08:23:56 22 it, what typically happens?
08:24:00 23    A. I don't know. I've never been confronted
08:24:04 24 with that, because it's never happened in my

Page 47

08:24:11 1 experience on that side of the aisle of review, that
08:24:18 2 the -- it's a negotiated process. The authors make
08:24:22 3 changes as suggested, but they're not always
08:24:25 4 complete. And then it's up to the editors to decide
08:24:28 5 whether -- the editor-in-chief to decide whether
08:24:34 6 we'll take it as is or reject it.
08:24:36 7    Q. But the decision whether to take it as is
08:24:38 8 and publish it or not publish it is ultimately the
08:24:41 9 editor's decision, correct?
08:24:42 10    A. The editor-in-chief's decision, yes.
08:24:50 11    Q. Have you ever -- and that's true of the
08:24:52 12 journals that you've been associated with, including
08:24:54 13 the American Journal of Cardiology, correct?
08:24:58 14    A. I'm not privy to what goes on with the
08:25:03 15 editor-in-chief thought processes, so I assume that
08:25:07 16 happens, but I have no basis to make that
08:25:09 17 assumption, because I wasn't involved in the
08:25:11 18 processes.
08:25:11 19    Q. Well, you understand that that's a peer-
08:25:13 20 reviewed journal, right?
08:25:14 21    A. Yes.
08:25:14 22    Q. And it's your operating assumption that
08:25:18 23 when you're working there as a peer reviewer, that
08:25:20 24 if the editors think changes are necessary suggested

Page 48

08:25:23 1 by you after your review, and the author has refused
08:25:28 2 to make them, the article is not going to get
08:25:30 3 published, right?
08:25:31 4    A. That's my assumption. But it depends on
08:25:34 5 the substantiveness of the changes. For example,
08:25:39 6 I've had articles that I've reviewed that I've said
08:25:43 7 should not be accepted and have been accepted
08:25:44 8 because there's more than one reviewer.
08:25:46 9    Similarly, I've had articles that I've
08:25:48 10 reviewed that I think should be accepted with the
08:25:50 11 following changes that were rejected outright.
08:25:53 12    It's not always -- the rejection is not
08:25:57 13 always related to the quality of science as much as
08:26:00 14 to the novelty of it and the applicability of it to
08:26:14 15 the audience that the publication serves.
08:26:14 16    Q. If you would please turn to your report,
08:26:21 17 which is Exhibit 2, at Page 10, you have a list
08:26:33 18 there of cases in which you have provided
08:26:38 19 depositions or trial testimony as an expert witness?
08:26:42 20    A. Yes.
08:26:43 21    Q. Is that a complete list?
08:26:44 22    A. As of September -- as of the date of the
08:26:49 23 publication -- the report was submitted, it was.
08:26:53 24    Q. Did you serve as an expert witness -- now,

Page 49

08:26:56 1 when I say "a complete list," is that all the cases
08:26:58 2 on which you have served as an expert witness, or
08:27:00 3 just the ones in which you've been deposed or given
08:27:03 4 trial testimony?
08:27:04 5    A. As of the date of the report, that's all
08:27:06 6 the ones that I've been deposed or given trial
08:27:08 7 testimony.
08:27:08 8    Q. But there are other cases in which you've
08:27:10 9 served as an expert witness but never gave
08:27:13 10 testimony, correct?
08:27:13 11    A. There are other cases that I've reviewed.
08:27:17 12 Some of them I've written reports; some of them I
08:27:20 13 haven't.
08:27:20 14    Q. Were you an expert in a case called Muldoon
08:27:24 15 against Nakhjavan in 1998 for a lawyer named James
08:27:28 16 Devine in Philadelphia?
08:27:33 17    A. I believe so.
08:27:34 18    Q. And were you an expert in a case Daala,
08:27:37 19 D-a-a-l-a, versus Kempf, working with the attorney
08:27:41 20 Brian Holeman?
08:27:43 21    A. I believe I reviewed material for Attorney
08:27:47 22 Holeman.
08:27:47 23    Q. Did you write a report?
08:27:49 24    A. I can't recall offhand. I might have.

13 (Pages 46 to 49)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

---

**Page 50**

08:27:50 1    Probably, since you're asking the question.

08:27:52 2        Q.  Did you serve as an expert witness in the

08:27:54 3    case Dilliard versus Kolecki and Muhlenberg Hospital

08:28:01 4    for the Colleran firm?

08:28:02 5        A.  Yes.

08:28:02 6        Q.  And did you serve as an expert in Hand

08:28:05 7    against Aronoff, working with an attorney named

08:28:09 8    Dowling from Rhoads & Sinon?

08:28:10 9        A.  Yes.

08:28:10 10       Q.  Did you serve as an expert in a case called

08:28:12 11   Henry against Haber?

08:28:14 12       A.  Haber sounds familiar, but I don't recall.

08:28:17 13   I might have.

08:28:18 14       Q.  How about a case named Marion versus

08:28:21 15   Gottlieb, working with an attorney Derek Layser from

08:28:25 16   Layser & Freiwald?  Were you an expert in that case?

08:28:28 17       A.  Yes.

08:28:29 18       Q.  Were you an expert in a case called Miller

08:28:31 19   against Knibb, K-n-i-b-b, Knibb?

08:28:38 20       A.  It sounds familiar, yes.

08:28:40 21       Q.  Now, in all the cases where you served as

08:28:42 22   an expert witness, you were always working as an

08:28:44 23   expert on behalf of the plaintiff, correct?

08:28:47 24       A.  No.

---

**Page 51**

08:28:49 1        Q.  Have you ever represented or been the

08:28:51 2    expert retained by a defendant?

08:28:52 3        A.  Yes.

08:28:53 4        Q.  What was that, and when was that?

08:28:55 5        A.  I was -- it depends on what you mean by

08:28:59 6    "retained."  Most of the defendant cases don't ask

08:29:02 7    for a report until it gets to the point of

08:29:06 8    depositions.  So I've looked at cases for the

08:29:10 9    defense side and agreed with them, sometimes

08:29:13 10   disagreed with them.

08:29:15 11           There was a case -- I can't remember the

08:29:17 12   name -- recently where I was on the side of the

08:29:19 13   hospital, defending, that had to do with a

08:29:23 14   Manchester, New Hampshire cardiologist, a hospital

08:29:27 15   where e-mail was an issue, contacted by e-mail and I

08:29:29 16   was on the defense side; but they did not ask for a

08:29:32 17   written report.  The case settled.

08:29:34 18           So when a lot of the time the cases

08:29:36 19   settle, a defense report isn't produced or

08:29:40 20   published.

08:29:40 21           So I probably have written defense

08:29:43 22   reports.  I've certainly served on the defense side

08:29:46 23   and rendered opinions and consulted by defense

08:29:49 24   attorneys.

---

**Page 52**

08:29:49 1        Q.  Those were in medical malpractice cases?

08:29:52 2        A.  All cases were medical malpractice.

08:29:55 3        Q.  Can you think, sitting here today, can you

08:29:58 4    think of any report that you've ever written on

08:30:00 5    behalf of the defense side in a case?

08:30:02 6        A.  I would have to look at my records.

08:30:06 7    Generally if the case -- because I have limited

08:30:08 8    space in my office.  If the case is settled, I

08:30:11 9    destroy it; but I know that I've written or

08:30:14 10   discussed with -- I can't remember writing or not

08:30:17 11   writing, but I can remember definitely on the

08:30:19 12   defense side looking at cath films and discussing it

08:30:22 13   with them.

08:30:25 14       Q.  Are you currently serving as an expert

08:30:27 15   witness, retained as an expert witness in other

08:30:30 16   cases on behalf of plaintiffs who claim they had a

08:30:32 17   heart attack caused by VIOXX?

08:30:35 18       A.  No.

08:30:36 19       Q.  But you have worked on other cases as an

08:30:39 20   expert witness in the past on behalf of plaintiffs

08:30:41 21   who claimed they had a heart attack caused by VIOXX

08:30:44 22   correct?

08:30:45 23       A.  One other case, yes.

08:30:46 24       Q.  And that was the Smith case?

---

**Page 53**

08:30:48 1        A.  Yes.

08:30:49 2        Q.  And that's the only one?

08:30:51 3        A.  That I've been retained, that I know of.  I

08:30:55 4    looked at -- I was forwarded records of the

08:31:03 5    Schwaller case, but I don't know if I was considered

08:31:05 6    retained.  I haven't written any other reports or

08:31:06 7    anything.

08:31:06 8        Q.  Is that the only other case where you've

08:31:09 9    considered or been considered for retention that you

08:31:11 10   know of?

08:31:11 11       A.  No; I've been contacted by, many years

08:31:14 12   ago -- many years ago; three or four years ago, by

08:31:16 13   one of the attorney groups that I've given

08:31:19 14   plaintiff's experts for, saying, "Would you be

08:31:22 15   interested in VIOXX testimony based on your history

08:31:25 16   and qualifications?"

08:31:26 17           And I said "Potentially," and I have not

08:31:30 18   heard from them since.

08:31:32 19       Q.  And are you involved at all in any

08:31:34 20   litigation concerning other COX-2 inhibitors?

08:31:35 21       A.  No.

08:31:39 22       Q.  Have you turned away any cases for

08:31:43 23   plaintiffs claiming that VIOXX caused their injury?

08:31:47 24       A.  I don't recall.

---

14 (Pages 50 to 53)

Page 54

08:31:49 1    Q. Don't recall doing that?
08:31:50 2    A. I don't recall doing that. I don't recall
08:31:53 3 other -- being contacted, other than in this -- you
08:31:57 4 know, initially with Smith.
08:32:11 5        MR. OUWELEEN: Do you want to take a
08:32:13 6 quick break?
08:32:13 7        MR. BIRCHFIELD: That's fine.
08:32:14 8        MR. OUWELEEN: Five minutes?
08:32:15 9        THE VIDEOGRAPHER: The time is 8:32.
08:32:17 10 We're off the record.
08:32:19 11       (Recess taken)
08:41:18 12       THE VIDEOGRAPHER: The time is 8:41.
08:41:23 13 We're back on the record.
08:41:25 14    Q. Dr. Furman, do you approach your role in
08:41:29 15 this case as a paid advocate for the plaintiff or as
08:41:31 16 an impartial expert?
08:41:35 17    A. I always approach my role to ask -- I was
08:41:39 18 asked to opine about the role, if any, of VIOXX-
08:41:44 19 induced injury to Mr. Dedrick, and that's how I
08:41:49 20 approached it. I looked at the evidence and opined
08:41:53 21 on what I felt the evidence was.
08:41:55 22    Q. Have you tried to be impartial in
08:41:57 23 approaching that question?
08:41:58 24    A. I look at all the data as a scientist and

Page 55

08:42:03 1 physician, objectively, all the data, incorporate
08:42:06 2 all the data in rendering my opinion based on the
08:42:09 3 totality of the evidence as I interpret it.
08:42:11 4    Q. So you were trying to be impartial?
08:42:15 5    A. I was trying -- yes.
08:42:20 6    Q. And you approached your assignment in a
08:42:22 7 fair and objective manner, correct?
08:42:24 8    A. Yes.
08:42:25 9    Q. And you agree, as I think you just
08:42:27 10 mentioned, that it would be wrong to only look at
08:42:29 11 one side of the story or only look at the data
08:42:31 12 supporting one side of the story, correct?
08:42:33 13    A. Yes.
08:42:34 14    Q. And so you did in fact review the data on
08:42:36 15 both sides of the question, correct?
08:42:39 16    A. Yes.
08:42:43 17    Q. And you mentioned the totality of the data.
08:42:45 18 It's important to consider the totality of the data
08:42:47 19 before forming opinions, correct?
08:42:49 20    A. Correct.
08:42:51 21    Q. And it would be wrong to ignore data that
08:42:53 22 might not support your opinion, correct?
08:42:55 23    A. Correct.
08:43:00 24    Q. And in your view, you have considered the

Page 56

08:43:02 1 totality of the data in this case?
08:43:03 2    A. Correct.
08:43:05 3    Q. And that includes data favorable to Merck's
08:43:08 4 positions, correct?
08:43:09 5    A. Correct.
08:43:11 6    Q. Did you ask the lawyers that you're working
08:43:15 7 with to provide you with the studies that Merck is
08:43:17 8 relying on to support its positions in this
08:43:19 9 litigation?
08:43:19 10    A. No; I did all my own independent research.
08:43:22 11    Q. I see. So are you confident that you've
08:43:25 12 seen all the studies that Merck is relying on to
08:43:28 13 support its positions?
08:43:29 14    A. I -- no, because I don't have access to the
08:43:34 15 internal Merck research. I've looked at the
08:43:36 16 published literature.
08:43:38 17    Q. Well, you know that Merck has experts that
08:43:43 18 it's retained in this litigation to address the same
08:43:45 19 issues that you're talking about, correct?
08:43:47 20    A. Correct.
08:43:47 21    Q. And did you make an effort to make sure
08:43:51 22 that you've seen all the studies that Merck's
08:43:53 23 experts are relying on?
08:43:55 24    A. I, again, looked at all the published

Page 57

08:44:00 1 literature. I did not have the ability or the time
08:44:06 2 to look at all of the stuff that Merck did
08:44:10 3 internally. I was not provided with that. I looked
08:44:13 4 at the published literature.
08:44:14 5    Q. Setting to one side the question of what
08:44:19 6 Merck did internally, have you looked at reports
08:44:24 7 written by Merck's experts in litigation, in the
08:44:30 8 VIOXX litigation?
08:44:31 9    A. Yes.
08:44:31 10    Q. Have you read the reports of Drs. Pratt and
08:44:35 11 Roche?
08:44:35 12    A. Yes.
08:44:36 13    Q. And did you review the reports of any other
08:44:41 14 experts retained by Merck in VIOXX litigation?
08:44:45 15    A. I believe I've reviewed Flavahan.
08:44:49 16    Q. Flavahan, what sort of expert was he?
08:44:52 17    A. He was a Merck -- you asked for Merck
08:44:57 18 experts.
08:44:57 19    Q. Mm-hmm.
08:45:00 20    A. He was a Merck expert, and he's a
08:45:00 21 scientist.
08:45:00 22    Q. What sort of scientist is he?
08:45:02 23    A. I can't recall if he was a -- I can't
08:45:09 24 recall what exact field he was in, whether he's a

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 58

08:45:16 1 pharmacologist or a molecular biologist or that.
08:45:21 2 Q. Did you ask the lawyers to provide you with
08:45:26 3 all the studies that the Merck experts in litigation
08:45:29 4 are relying on?
08:45:31 5 A. I don't recall asking them that.
08:45:33 6 Q. Did you ask for all the reports that the
08:45:36 7 Merck cardiology experts in litigation are relying
08:45:39 8 on?
08:45:39 9 A. I don't recall asking that.
08:45:45 10 Q. Did you consider all of the placebo-
08:45:47 11 controlled clinical trial data?
08:45:49 12 A. All the published literature that I saw.
08:45:52 13 If it was published, I looked at it, yes.
08:45:55 14 Q. Are you aware of any placebo-controlled
08:45:57 15 clinical trial data that's not been published about
08:46:01 16 VIOXX?
08:46:02 17 A. I'm aware that there are probably studies
08:46:06 18 that are not published about VIOXX generated
08:46:09 19 internally by Merck.
08:46:14 20 Q. We were talking earlier about clinical
08:46:17 21 trials versus observational studies, and we sort of
08:46:20 22 had a hierarchy of, a rough hierarchy of which types
08:46:25 23 of studies provide better evidence. Do you agree
08:46:28 24 that a placebo-controlled trial is a better test of

Page 59

08:46:34 1 the safety of a drug than a comparator-controlled
08:46:40 2 trial?
08:46:40 3 A. I'm not sure what a comparator-controlled
08:46:42 4 trial is.
08:46:43 5 Q. It's a trial in which a drug is compared to
08:46:46 6 a placebo, which is no medicine, correct?
08:46:48 7 A. Correct.
08:46:49 8 Q. Is that kind of study a better indicator of
08:46:53 9 the safety of a drug than a trial where the drug is
08:46:56 10 compared to another drug?
08:46:57 11 A. Again, going back to my answer a while ago,
08:47:01 12 it depends on what the study was designed for. If
08:47:04 13 the study was designed to assess safety, then the
08:47:09 14 answer to your question is, a drug under
08:47:12 15 investigation versus a placebo is more likely to
08:47:16 16 give you a positive or negative signal, and
08:47:17 17 therefore give conclusions about safety than a
08:47:20 18 comparator, because you have to factor into the
08:47:23 19 comparator safety. So again, it depends on what the
08:47:25 20 trial is designed for.
08:47:26 21 Q. Are there any circumstances in which you're
08:47:28 22 looking at the safety of a drug, whether it's a
08:47:31 23 primary endpoint or a secondary consideration, where
08:47:35 24 a comparator-controlled trial, where you're

Page 60

08:47:38 1 comparing it to another drug, is a better indicator
08:47:41 2 than comparing it to a placebo?
08:47:43 3 A. Better indicator of safety?
08:47:45 4 Q. Yes.
08:47:46 5 A. No, other than the assumption that you can
08:47:52 6 do a placebo-controlled trial.
08:47:59 7 Q. Assuming --
08:47:59 8 A. Can or can't.
08:47:59 9 Q. Assuming you can do a placebo-controlled
08:48:01 10 trial, that's a better test of the safety of a drug
08:48:03 11 than comparing to a comparator drug or a different
08:48:06 12 drug, correct?
08:48:07 13 A. It -- yes.
08:48:08 14 Q. Now, if you have not seen facts or data --
08:48:14 15 let me back up.
08:48:15 16 So we talked about all the things you
08:48:17 17 did consider. If there are facts or data or studies
08:48:20 18 that you haven't considered, and those facts or data
08:48:25 19 or studies are contrary to your opinions, it's
08:48:28 20 possible that your opinions are not correct, right?
08:48:31 21 MR. BIRCHFIELD: Object to the form.
08:48:32 22 A. No; my opinions are -- no, I don't think
08:48:36 23 you -- no, because understanding the way science
08:48:42 24 works, that if it's not published, it doesn't -- I

Page 61

08:48:45 1 mean, there's got to be a reason it's not published,
08:48:50 2 so --
08:48:50 3 Q. Let me just make it simpler. If there is a
08:48:53 4 study or there is some data that you haven't taken
08:48:55 5 into consideration, and that study or data is
08:49:01 6 contrary to your opinions, is it possible, then,
08:49:03 7 therefore, that your opinions might be incorrect?
08:49:05 8 A. It is possible that my opinions might
08:49:08 9 change. My opinions are based on the review of what
08:49:11 10 I had. So they can't therefore be incorrect,
08:49:14 11 because my opinions are based on what I reviewed.
08:49:17 12 So you could add to my opinion. It may
08:49:24 13 change my opinion, but it doesn't make the opinions
08:49:29 14 incorrect.
08:49:31 15 Q. So if -- you have the opinion that VIOXX
08:49:41 16 caused or contributed to Mr. Dedrick's heart attack,
08:49:44 17 correct?
08:49:45 18 A. Correct.
08:49:45 19 Q. And if there was some study that showed
08:49:48 20 that it was impossible for VIOXX to contribute to
08:49:51 21 somebody's heart attack, right, and you hadn't seen
08:49:54 22 that, would that mean that your opinion that it did
08:49:56 23 was incorrect?
08:49:58 24 MR. BIRCHFIELD: Object to the form.

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 62

08:50:00 1    A. That is somewhat presumptuous, that there
08:50:04 2  was such a study.  Such a study like that would have
08:50:07 3  not been internal, would not have been hidden, would
08:50:11 4  have been of public knowledge; so that doesn't make
08:50:14 5  sense, the question.  The plausibility of that is --
08:50:19 6  it's so implausible that it's hard to comment on it.
08:50:23 7    Q. So is it your testimony that it's not
08:50:24 8  possible that your opinions are incorrect?
08:50:28 9    A. As opinions, based on what I've read,
08:50:30 10  they're not incorrect.  But they're my opinions.
08:50:34 11    Q. Is it possible that they're incorrect?
08:50:39 12    A. Based on what I reviewed, no.  That's what
08:50:41 13  I believe.
08:50:42 14    Q. Okay.  Putting aside the qualifier, based
08:50:45 15  on what you reviewed, I'm asking you to imagine that
08:50:47 16  there's something you haven't reviewed, okay?
       17    A. Okay.
08:50:50 18    Q. And is it possible that if you take into
08:50:52 19  consideration that thing that you haven't reviewed,
08:50:56 20  then it will turn out that your opinion is not
08:50:58 21  right?
08:50:58 22    A. I highly doubt that there's anything out
08:51:00 23  there that could change my opinion.
08:51:02 24    Q. Is it possible that something out there

Page 63

08:51:05 1  could change your opinion?
08:51:08 2    MR. BIRCHFIELD:  Object to the form.
08:51:10 3    A. Anything in this world could potentially
08:51:14 4  happen, so, you know, if there's a study in Country
08:51:18 5  X that no one's ever heard about of 100,000 patients
08:51:21 6  on VIOXX and they all live longer, and the people on
08:51:25 7  placebo all had heart attacks, sure.  But the
08:51:28 8  likelihood of not knowing about that?  Pretty low.
08:51:41 9    Q. There are some people who disagree with you
08:51:43 10  about some of the things you've stated in your
08:51:45 11  report, correct?
08:51:46 12    A. Correct.
08:51:46 13    Q. And some of the things that you discuss in
08:51:48 14  your report are subject to doubt or debate in the
08:51:53 15  scientific community, correct?
08:51:55 16    A. Subject to interpretation.
08:51:57 17    Q. What do you mean?
08:51:58 18    A. Interpretation means subject to
08:52:04 19  interpretation.  That's how you interpret the data.
08:52:08 20    Q. There are fundamental issues in your report
08:52:11 21  that people disagree about in the scientific
08:52:14 22  community, correct?
08:52:15 23    MR. BIRCHFIELD:  Object to the form.
08:52:16 24    A. I don't know what other people disagree

Page 64

08:52:18 1  with in my report, because I don't know of anyone's
08:52:22 2  comments on my report.
08:52:23 3    Q. I'm not talking about whether they disagree
08:52:25 4  with your report; I'm talking about whether they
08:52:26 5  disagree with the propositions that you state in
08:52:28 6  your report.
08:52:29 7    For example, you say that VIOXX can be
08:52:39 8  prothrombotic, correct?
08:52:41 9    A. There's scientific evidence to suggest that
08:52:44 10  VIOXX can be prothrombotic, yes.
08:52:48 11    Q. My question was different.  Is it your
08:52:50 12  opinion that VIOXX is prothrombotic, or just that
08:52:53 13  there is evidence that it is?
08:52:54 14    A. There's evidence that it is.
08:52:56 15    Q. So there's some debate about whether VIOXX
08:52:58 16  is prothrombotic, in fact, correct?
08:53:01 17    A. There are other people who disagree with
08:53:02 18  that conclusion.
08:53:03 19    Q. There are people who say that it's not
08:53:05 20  prothrombotic, correct?
08:53:06 21    A. There are people that dis -- there are
08:53:09 22  people who say that it is not prothrombotic.
08:53:12 23    Q. And there are people who say that it is
08:53:15 24  prothrombotic, correct?

Page 65

08:53:16 1    A. Yes.
08:53:16 2    Q. Now, in circumstances like that where
08:53:19 3  there's debate or doubt in the scientific community,
08:53:21 4  did you try to acknowledge that doubt in your
08:53:24 5  report?
08:53:25 6    MR. BIRCHFIELD:  Object to the form.
08:53:30 7    A. My opinion -- I go back to my previous
08:53:32 8  answer.  The purpose of my retention was to look at
08:53:35 9  the data and see if there's a VIOXX-induced injury,
08:53:40 10  and if so, state my reasons for that, and that's
08:53:43 11  what I did in my report.
08:53:44 12    I wasn't asked to write a treatise on
08:53:49 13  all data interpretation of COX-2s or VIOXX on heart
08:53:56 14  disease.
08:53:57 15    Q. My question is different, though.  My
08:53:58 16  question is, on issues where you're aware that there
08:54:01 17  is debate or disagreement within the scientific
08:54:05 18  community on important issues discussed in your
08:54:08 19  report, did you describe that debate or doubt or try
08:54:12 20  to acknowledge it?
08:54:14 21    MR. BIRCHFIELD:  Object to the form.
08:54:15 22    A. I might have; but again, the purpose of the
08:54:19 23  report was not to describe both sides of the story
08:54:25 24  in the report; it was to show, to demonstrate why I

17 (Pages 62 to 65)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 66

08:54:30  1   felt that VIOXX -- if I felt that, and I do -- VIOXX
08:54:33  2   caused the harm to Mr. Dedrick.
08:54:34  3       Q.  I see.  So you didn't think it was
08:54:36  4   important when writing your report to acknowledge or
08:54:39  5   to describe the evidence on the other side of
08:54:42  6   important questions?
08:54:42  7           MR. BIRCHFIELD:  Object.
08:54:43  8       A.  While I looked at the evidence on the other
08:54:45  9   side to form my opinions, I did not feel that the
08:54:52 10   purpose of the report was to write essentially a
08:54:57 11   long book chapter on VIOXX.
08:55:00 12       Q.  My question, Dr. Furman --
08:55:03 13       A.  That's what you're asking.
08:55:04 14       Q.  No, it's not.  I'm not asking if your
08:55:06 15   opinion, if your job was to write a long book
08:55:09 16   chapter.
08:55:09 17       A.  No.
08:55:10 18       Q.  My question was, Doctor, whether, just as a
08:55:12 19   matter of fact, in your report, you acknowledged a
08:55:17 20   doubt where it exists in the scientific community on
08:55:20 21   important questions.
08:55:22 22           MR. BIRCHFIELD:  Object to the form.
08:55:23 23       A.  No.
08:55:25 24       Q.  Now, have you talked about your work on

Page 67

08:55:47  1   this case with anyone other than the lawyers that
08:55:52  2   you're working with?
08:55:53  3       A.  Other than my wife knowing that I'm
08:55:56  4   involved in litigation, not the substance of it,
08:55:59  5   other than she knows what it deals with because
08:56:01  6   she's a physician as well.
08:56:05  7       Q.  Did you talk with any of the other experts
08:56:08  8   who have been retained by plaintiffs --
08:56:10  9       A.  Let me -- to be complete, I did tell my
08:56:15 10   chairman of the department that I was involved with
08:56:18 11   this, and asked if that was okay, because of the
08:56:22 12   potential publicity, if any, that could fall on the
08:56:27 13   university; and he felt that there was no conflict.
08:56:30 14   But it wasn't anything substantive, of the causes or
08:56:34 15   anything.
08:56:34 16       Q.  So you haven't spoken with any of the other
08:56:38 17   experts retained by the plaintiff's lawyers in this
08:56:41 18   case?
08:56:41 19       A.  Not that I'm aware of.  I might -- have I
08:56:46 20   ever crossed paths and had a conversation with one
08:56:48 21   of these people in my many paths?  Not that I
08:56:53 22   recall.  But if there's evidence to that, I couldn't
08:56:56 23   say no.
08:56:56 24       Q.  But you haven't discussed this case with

Page 68

08:56:59  1   anyone?
08:56:59  2       A.  No.
08:56:59  3       Q.  You didn't talk to Dr. Gelb?
08:57:01  4       A.  No.  I don't know Dr. Gelb.
08:57:03  5       Q.  Did you review Dr. Gelb's report?
08:57:05  6       A.  Yes.
08:57:05  7       Q.  When?
08:57:06  8       A.  In the last two weeks.  Or after it was
08:57:09  9   produced.  I can't remember the dates.
08:57:11 10       Q.  Was it before or after you wrote your
08:57:13 11   report?
08:57:13 12       A.  It was after.  I have not supplemented the
08:57:15 13   report based on Dr. Gelb.
08:57:16 14       Q.  Why did you review it?
08:57:18 15       A.  I was asked to by the attorney.
08:57:20 16       Q.  Was it something you thought was important
08:57:21 17   to review?
08:57:22 18       A.  It was, yes.
08:57:24 19       Q.  Why?
08:57:26 20       A.  So I get a sense of what this deposition
08:57:28 21   would be like.
08:57:29 22       Q.  So did you review his deposition as well?
08:57:32 23       A.  Oh, I didn't review his report; I'm sorry.
08:57:34 24   I was referring to his deposition.

Page 69

08:57:36  1       Q.  So you haven't reviewed his report?
08:57:39  2       A.  No.
08:57:39  3       Q.  You did review his deposition?
08:57:41  4       A.  Correct.
08:57:41  5       Q.  When did you review it?
08:57:43  6       A.  Again, within the last two weeks.  I can't
08:57:45  7   remember the dates.
08:57:45  8       Q.  Did you review it yesterday?
08:57:47  9       A.  No.
08:57:47 10       Q.  Did you review it with plaintiff's counsel?
08:57:50 11       A.  No.
08:57:50 12       Q.  You just read it on your own?
08:57:52 13       A.  Yes.
08:57:55 14       Q.  And was it basically to get a sense of the
08:57:59 15   types of questions I might ask you?
08:58:01 16       A.  Having never been involved in product
08:58:03 17   liability and the implications of how important this
08:58:07 18   case is, yes, so I would be prepared better for what
08:58:12 19   questions I would be asked, and to make sure that I
08:58:16 20   am facile with my responses to the questions.  So
08:58:20 21   there's a lot of data and material, so I understand
08:58:23 22   where you're coming from.
08:58:31 23       Q.  Did you agree with all of Dr. Gelb's
08:58:33 24   answers?

18  (Pages 66 to 69)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 70

08:58:34  1      MR. BIRCHFIELD: Object to the form.
08:58:35  2      A. I don't remember all of Dr. Gelb's answers.
08:58:40  3   I'm sure there are things that he said that I
08:58:42  4   disagree with.
08:58:43  5      Q. Have you reviewed the testimony of other
08:58:46  6   experts, other cardiology experts, in this case?
08:58:52  7      A. What do you mean by "testimony"?
08:58:54  8      Q. The depositions.
08:58:55  9      A. I've reviewed -- in this case?
08:58:57 10      Q. Well, no; in any VIOXX case.
08:58:59 11      A. I reviewed the depositions -- no, those
08:59:03 12   were reports. I reviewed Zipes' deposition. I
08:59:11 13   reviewed Arnett's, Dr. Arnett's --
08:59:13 14      Q. Deposition?
08:59:13 15      A. -- deposition.
08:59:16 16      You asked for plaintiff's experts?
08:59:19 17      Q. Yes, I did, I think.
08:59:22 18      A. I believe those were the only experts that
08:59:24 19   I think I reviewed.
08:59:25 20      Q. The depositions?
08:59:26 21      A. The depositions.
08:59:27 22      Q. And you've read reports from others?
08:59:29 23      A. Yes.
08:59:29 24      Q. And who were those?

Page 71

08:59:31  1      A. I read Zipes' report. I read Moye's
08:59:37  2   report, Farquhar's reports on the supplemental. I
08:59:42  3   read Roche, Pratt and Flavahan's reports.
08:59:47  4      Those are what I recall off the top of
08:59:49  5   my head. I might have others. If it's in there,
08:59:51  6   it's in the box.
08:59:52  7      Q. How about Dr. Arnett's report?
08:59:55  8      A. I did not see her report.
09:00:21  9      Q. So, Dr. Furman, you reviewed a lot of
09:00:33 10   materials before you formed your opinions in this
09:00:37 11   case, correct?
09:00:38 12      A. Correct.
09:00:38 13      Q. And the list that's attached to your expert
09:00:41 14   report, No. 2, is not the list of everything that
09:00:45 15   you've reviewed, correct?
09:00:46 16      A. It was up -- I don't have -- is there a
09:00:51 17   list?
09:00:52 18      Q. At the back of Exhibit 2, there's a list of
09:00:55 19   57 references.
09:00:56 20      A. No; there's more references that I've
09:00:59 21   reviewed.
09:01:00 22      Q. And there were more references that you had
09:01:02 23   reviewed at the time of your report, correct?
09:01:03 24      A. Correct.

Page 72

09:01:04  1      Q. Those are just the references that you're
09:01:05  2   citing in support of the things you say in your
09:01:07  3   report, correct?
09:01:08  4      A. Correct.
09:01:09  5      Q. Just before the last attempt at your
09:01:13  6   deposition a couple weeks ago, we were provided with
09:01:18  7   another list of materials which I'm going to mark as
09:01:20  8   Exhibit 3. I'm handing you that.
09:01:38  9      What's Exhibit 3, Dr. Furman?
09:01:40 10      A. It's a bibliography.
09:01:41 11      Q. Is it your bibliography?
09:01:42 12      A. It is a bibliography I created.
09:01:46 13      Q. Is that different from it being your
09:01:48 14   bibliography?
09:01:48 15      A. I'm not sure what "your" -- I mean, do I
09:01:50 16   have other bibliography that's more inclusive than
09:01:54 17   this but unrelated to the case? Yes. Is this
09:01:57 18   something I created? Yes. I'm just trying to be --
09:02:00 19   you asked if it's my bibliography. I took that as
09:02:04 20   it is mine in that I created it. Do I have other
09:02:07 21   bibliographies unrelated to VIOXX case? Yes.
09:02:09 22      Q. This is the list of all the materials that
09:02:12 23   you've reviewed in forming your opinions in this
09:02:15 24   case?

Page 73

09:02:15  1      A. At the time I wrote the report.
09:02:18  2      Q. Have you reviewed additional materials
09:02:20  3   since the time you wrote the report?
09:02:24  4      A. As we discussed, the depositions that were
09:02:28  5   forwarded to me from the last few weeks, such as
09:02:31  6   Dr. Gelb's, Dr. Arnett's. I am constantly reviewing
09:02:37  7   materials. There are probably a couple of articles
09:02:40  8   that I've come across that are not in here.
09:02:42  9      Q. Sitting here today, can you identify any?
09:02:46 10      A. I noticed that there's an article from
09:02:49 11   Circulation by Eikelboom on -- I think it was
09:02:52 12   Circulation, 2002. I could get you the correct
09:02:55 13   reference at a break.
09:02:58 14      Q. Okay.
09:03:03 15      A. Or I might have it here.
09:03:06 16      There's one by Aw, A-w, in Archives of
09:03:12 17   Internal Medicine, March 14, 2005. Eikelboom,
09:03:17 18   Circulation, 2002, 105 is the volume, Page 1650.
09:03:25 19   Sometimes I thought they were in the VIOXX article
09:03:30 20   bibliography I created as opposed to my master
09:03:33 21   bibliography of 5,000 references that I use in
09:03:37 22   general cardiology and platelet work.
09:03:40 23      So there may have been a mistake, but I
09:03:42 24   don't recall any. I try to be complete, but there's

19 (Pages 70 to 73)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 74

09:03:46 1 eight hundred something -- 890.  An error rate of
09:03:51 2 one or two is well along the accepted --
09:03:53 3 Q.  These are not all articles that you've read
09:03:57 4 just since beginning your work as an expert in this
09:03:59 5 case, are they?
09:04:00 6 A.  Those are articles I've looked at to some
09:04:03 7 extent.
09:04:03 8 Q.  So have you read them?
09:04:05 9 A.  Some of them I read; some of them I've
09:04:08 10 looked at the abstract; some of them, by the
09:04:13 11 reference of the title, it wasn't applicable.  Some
09:04:16 12 of them are not in English, so those weren't
09:04:19 13 referenced, but they're included because I included
09:04:22 14 them in the -- it was just easier not to delete them
09:04:25 15 and look through the ones that are important.
09:04:27 16 Q.  So the articles in Exhibit 3 range from
09:04:31 17 things that you looked at and didn't read to things
09:04:33 18 that you studied closely; is that fair?
09:04:35 19 A.  I've looked at each one of them, because
09:04:38 20 otherwise they couldn't have been in here.  But yes,
09:04:41 21 most of them, the majority of them I've read to some
09:04:45 22 extent, and some of them I haven't.
09:04:48 23 Q.  Did you bill the plaintiff's attorneys in
09:04:55 24 this case for all of the reading of these 800-some-

Page 75

09:05:01 1 odd articles?
09:05:01 2 A.  All the reading I did, I billed for,
09:05:03 3 because it was part of the research.
09:05:04 4 Q.  Did you read any of this material before
09:05:06 5 you started working as an expert in this case?
09:05:08 6 A.  Probably.
09:05:10 7 Q.  But you didn't bill them for that?
09:05:12 8 A.  No.
09:05:12 9 Q.  But most of the study of these 800
09:05:15 10 references, 895 references, has occurred during your
09:05:21 11 work as an expert in this case?
09:05:24 12 A.  Most of the current reading of it.
09:05:26 13 Q.  And how many hours would you say that you
09:05:29 14 have billed for reviewing these 895 references?
09:05:38 15 A.  For just reviewing the records --
09:05:40 16 references?
09:05:41 17 Q.  Yes.
09:05:42 18 A.  Fifty, sixty hours.
09:05:44 19 Q.  So you think you've spent fifty or sixty
09:05:47 20 hours reviewing these 895 references for this
09:05:50 21 litigation?
09:05:50 22 A.  Estimate.  I don't have the -- I don't keep
09:05:53 23 an hourly clock in that respect, which reference,
09:06:00 24 how much time.  It's too inefficient.

Page 76

09:06:02 1 Q.  But in the area of fifty to sixty hours is
09:06:04 2 your best estimate, correct?
09:06:05 3 A.  Yes, maybe ten more.  I'd have to look at
09:06:09 4 how many hours I've totally billed for.
09:06:12 5 Q.  And --
09:06:13 6 A.  A lot of these articles I was familiar with
09:06:16 7 because I reviewed them before.
09:06:21 8 Q.  When did you provide this list to
09:06:23 9 plaintiff's counsel?
09:06:24 10 A.  This was provided within the week before
09:06:31 11 the previously scheduled deposition.  I don't
09:06:34 12 remember the date.
09:06:35 13 Q.  You don't remember how many days in advance
09:06:38 14 of the deposition?
09:06:38 15 A.  I don't remember.  Within the week.  I
09:06:41 16 don't know.
09:06:41 17 Q.  Was it the day before the deposition?
09:06:45 18 A.  It could have been, but I don't know.
09:06:53 19 MR. BIRCHFIELD:  I wasn't holding back
09:06:55 20 on it.
09:06:56 21 A.  I did only see the request for materials
09:06:59 22 the day before the deposition, but I anticipated or
09:07:04 23 was asked to provide this before.
09:07:06 24 Q.  Have you brought copies of all 895 of these

Page 77

09:07:09 1 articles with you here today?
09:07:10 2 A.  No; but there are copies in that big box
09:07:15 3 behind you of a lot of them.  The rest of them were
09:07:18 4 reviewed online.  I like to save as many trees as
09:07:22 5 possible.
09:07:24 6 Q.  So not all of these 895 references are
09:07:27 7 important to your opinion, correct?
09:07:29 8 A.  There are others that are more important.
09:07:34 9 There's a ranking.
09:07:35 10 Define "important."  Did I consider
09:07:38 11 that?  Sure, because I looked at it, and it
09:07:40 12 influenced my thought.  How much did it influence
09:07:42 13 it?  Some of them, it did not influence at all or
09:07:45 14 very little; some of them, it influenced a lot.
09:08:13 15 Q.  How did you decide which ones to bring up?
09:08:17 16 A.  If I thought, after reading it online -- I
09:08:24 17 thought the ones that were most appropriate to
09:08:31 18 forming opinions, I printed out.
09:08:32 19 Q.  All right.  So this box over here that
09:08:34 20 you've brought with you, which --
09:08:37 21 A.  And this.
09:08:38 22 Q.  -- and this stack here -- let's just go
09:08:41 23 ahead and mark these, and we'll deal with copying
09:08:44 24 them.

20  (Pages 74 to 77)

FARMER ARSENAULT BROCK LLC

Mark I. Furman, M.D.
Volume 1 – November 6, 2006

Page 78

09:08:44 1       MR. BIRCHFIELD:  Yes; I just don't want
09:08:47 2   the boxes gone for a long period of time.
09:08:49 3       MR. OUWELEEN:  Right.
09:08:49 4       Q.  So what we're going to do, Doctor, just to
09:08:51 5   make the record clear but avoid depriving you of
09:08:55 6   your resource materials for a long time, is, if you
09:08:57 7   don't mind, I'm going to mark that stack that you
09:09:00 8   have with you as No. 4, and we'll have that copied
09:09:06 9   as a stack.
09:09:06 10      And I'm going to mark this box behind me
09:09:09 11  as Exhibit 5, and then quickly ask you --
09:09:14 12      MR. BIRCHFIELD:  Two boxes.
09:09:16 13      MR. OUWELEEN:  Two boxes?  So the two
09:09:17 14  boxes are Exhibit 5.
09:09:19 15      Are there two boxes?
09:09:19 16      MR. BLACKWELL:  Let's do the second box
09:09:22 17  as 6, because this is articles, and this is medical
09:09:27 18  records.
09:09:27 19      MR. OUWELEEN:  All right.  We'll do Box
09:09:27 20  5 -- one box is 5 and one box is 6.
09:09:46 21      Q.  Exhibit 7, Dr. Furman, is entitled Amended
09:09:50 22  Notice of Videotaped Deposition of Mark Furman, M.D
09:09:57 23      Dr. Furman, this is going to seem like a
09:09:59 24  dumb question, but some members of the jury might be

Page 79

09:10:03 1   confused.  There was a Mark Fuhrman involved in the
09:10:06 2   O.J. trial.  That person is not related to you,
09:10:09 3   right?
09:10:09 4       A.  No, he's not related to me.  He spells his
09:10:11 5   name with an H, and I like to emphasize that.
09:10:14 6       Q.  You've seen Exhibit 7 before, correct?
09:10:16 7       A.  Yes.
09:10:18 8       Q.  And Exhibit 7 has a list, Attachment A, and
09:10:23 9   it asks for a whole bunch of materials on Page 3.
09:10:26 10  Do you see that?
09:10:35 11      A.  Yes.
09:10:35 12      Q.  You've reviewed that before today, correct?
09:10:40 13      A.  I saw -- I was forwarded this over the
09:10:43 14  weekend.
09:10:44 15      Q.  Well, this is similar, isn't it, to the --
09:10:48 16  similar to the list --
09:10:49 17      A.  Which I saw the day before.
09:10:50 18      Q.  Before your last scheduled deposition a
09:10:53 19  couple weeks ago?
09:10:53 20      A.  Yes.
09:10:53 21      Q.  So have you made an effort to gather all
09:10:55 22  the materials listed on Attachment A in Exhibit 7?
09:10:58 23      A.  To the best of my ability to give them to
09:11:01 24  you.  I can't give you my software program, for

Page 80

09:11:04 1   instance.  I can tell you the software program I
09:11:08 2   use, but I can't give it to you.
09:11:09 3       Q.  All right.  So you haven't brought the
09:11:11 4   software that you used -- are you talking about the
09:11:14 5   software you used to do the quantitative analysis of
09:11:17 6   the cardiac catheterization results?
09:11:19 7       A.  Right.  I can tell you what the software
09:11:21 8   is.  I don't own the software.  The software is a
09:11:24 9   hospital-based thing on a hospital server that
09:11:26 10  cannot be given to you, but it's standard software.
09:11:30 11      Q.  Are there any other materials that you
09:11:33 12  haven't been able to bring with you that you used in
09:11:35 13  preparing your report?
09:11:36 14      A.  Materials?
09:11:39 15      Q.  Stuff.  Documents, software, anything.
09:11:43 16      A.  Software, Microsoft Word, the Internet
09:11:49 17  Explorer, Endnote to generate the bibliographies,
09:11:53 18  Adobe Acrobat to print the forms, that kind of
09:11:57 19  stuff.  I thought that was --
09:11:58 20      Q.  That's outside.  We don't need that.
09:11:59 21      A.  Right.  There's no specific case software
09:12:01 22  that's unique to this case.
09:12:02 23      Q.  And there's nothing else like the software
09:12:05 24  that you -- there's no other specialized software --

Page 81

09:12:08 1       A.  Other than the upper GI review thing that I
09:12:12 2   can't bring to you.
09:12:17 3       Q.  Right; okay.  So in terms of articles and
09:12:18 4   so on that you had in your possession, all that
09:12:21 5   material you brought with you today?
09:12:22 6       A.  To the best of my ability, yes.
09:12:23 7       Q.  And there's nothing you're aware of that
09:12:25 8   you weren't able to bring?
09:12:27 9       A.  No; but as with most academicians, my
09:12:33 10  office is somewhat of a mess, and if there's an
09:12:36 11  article that fell behind, so be it.
09:12:37 12      Q.  I understand.  You'll let us know if
09:12:39 13  something turns up later?
09:12:40 14      A.  Absolutely.
09:12:41 15      Q.  So Exhibit 4 is a little stack of documents
09:12:43 16  in front of you.  What's that stack?
09:12:45 17      A.  Those were the articles that I was
09:12:46 18  reviewing over the weekend.
09:12:48 19      Q.  And was there a selection criterion for
09:12:53 20  picking those articles out?
09:12:57 21      A.  Well, it wasn't random, obviously.  I
09:13:03 22  thought, from all the reading I did, it would
09:13:06 23  emphasize -- it would remind me of how to state
09:13:15 24  factual answers to your questions to some extent.

21  (Pages 78 to 81)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 – November 6, 2006

Page 82

09:13:18 1     Q. Did you go looking for articles to support
09:13:21 2  certain positions that you thought might come up in
09:13:24 3  the deposition?
09:13:24 4     A. Yes.
09:13:25 5     Q. So in case I said, please identify the
09:13:29 6  basis for your opinion that blah, you thought these
09:13:32 7  were the articles you might want to rely on?
09:13:35 8     A. To some extent, but mostly I rely on what's
09:13:38 9  also referenced in my report.
09:13:40 10    Q. Is it fair to say that Stack 4 over there,
09:13:43 11  Exhibit 4, contains the most important support for
09:13:46 12  your opinions?
09:13:47 13        MR. BIRCHFIELD: Objection to form.
09:13:48 14    A. No, because that stack doesn't include
09:13:51 15  VIGOR and APPROVe.
09:13:53 16    Q. With the addition of VIGOR and APPROVe,
09:13:57 17  would you say those are the key articles? I'm not
09:14:01 18  going to pin you down to only relying on those; I'm
09:14:01 19  just trying to figure out what the stack is.
09:14:03 20    A. It was the ones that I -- it was a short
09:14:05 21  stack that summarized the germane points to
09:14:09 22  re-emphasize so I would have it as fresh as
09:14:12 23  possible, because there's so much material written.
09:14:15 24  And then as I think of more things, there's some

Page 83

09:14:18 1  more questions I had, and that's the generation of
09:14:22 2  some of those.
09:14:24 3     Q. Exhibit 5 is this big brown box over here.
09:14:29 4  What's in Exhibit 5?
09:14:31 5     A. References printed that I used in rendering
09:14:35 6  my opinions.
09:14:35 7     Q. And what is -- there are some depositions
09:14:43 8  and expert reports in there, too?
09:14:45 9     A. Yes.
09:14:47 10    Q. So it's basically all the materials, the
09:14:49 11  materials you printed that you relied on apart from
09:14:52 12  the medical records, correct?
09:14:54 13    A. Correct.
09:14:54 14    Q. Are the articles in Exhibit 4 also
09:14:57 15  contained in Exhibit 5, or did you pull those out of
09:15:00 16  Exhibit 5?
09:15:01 17    A. They're probably duplicative, since it was
09:15:06 18  easier to reprint it.
09:15:08 19    Q. The care for trees; noted.
09:15:12 20        Exhibit 6, then, is that your copy of
09:15:15 21  medical records that you reviewed in this case?
09:15:18 22    A. Yes.
09:15:21 23    Q. Does it contain all of the medical records
09:15:27 24  that you reviewed?

Page 84

09:15:29 1     A. It may not contain the nuclear report.
09:15:33 2  That was sent separate, and I may not have put that
09:15:36 3  in the box.
09:15:37 4     Q. But you did review -- now you're talking
09:15:39 5  about the September --
09:15:39 6     A. 11, or sometime around then.
09:15:41 7     Q. So there were two recent tests. There was
09:15:44 8  the September 11th stress echocardiogram, correct?
09:15:48 9     A. Mm-hmm.
09:15:48 10    Q. And then there was the September 27th
09:15:50 11  nuclear stress test done in Alabama?
09:15:52 12    A. Yes.
09:15:52 13    Q. You reviewed both of those?
09:15:54 14    A. I personally reviewed the echo images that
09:15:57 15  were provided me, and I looked at the report on the
09:16:00 16  nuclear report.
09:16:02 17    Q. But you didn't look at the film?
09:16:05 18    A. No.
09:16:22 19    Q. What is atherosclerosis?
09:16:24 20    A. It is an inflammatory and thrombotic
09:16:27 21  condition of vascular -- of arteries.
09:16:30 22    Q. It's an inflammatory and thrombotic
09:16:33 23  condition?
09:16:34 24    A. Correct. Thromboinflammatory condition of

Page 85

09:16:37 1  the arteries.
09:16:49 2     Q. There's two parts to the word
09:16:51 3  "atherosclerosis." There's the "athero" part, and
09:16:56 4  then there's the "sclerosis" part. What does
09:16:57 5  "athero" mean?
09:16:59 6     A. Gruel.
09:17:00 7     Q. Gruel?
09:17:00 8     A. G-r-u-e-l.
09:17:01 9     Q. And that's the reference to the fatty
09:17:03 10  deposits that build up inside of vessels?
09:17:05 11    A. It refers to the material inside the vessel
09:17:09 12  wall, yes.
09:17:13 13    Q. So when people talk about plaque buildup,
09:17:17 14  that's the "athero" part, correct?
09:17:19 15    A. Correct.
09:17:19 16    Q. And is plaque fatty deposits on the walls
09:17:23 17  of arteries?
09:17:24 18    A. It contains fatty deposits.
09:17:26 19    Q. What else is contained?
09:17:27 20    A. Inflammatory cells, clotting. Thrombus, to
09:17:32 21  some extent.
09:17:33 22    Q. Now, the "sclero" in the other part of
09:17:36 23  "atherosclerosis," what does that refer to?
09:17:38 24    A. It means constriction or hardening.

22 (Pages 82 to 85)

FARMER ARSENAULT BROCK LLC

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 86

09:17:41 1    Q. Hardening?
09:17:41 2    A. Mostly constriction.
09:17:42 3    Q. So when people talk about hardening of the
09:17:46 4  arteries, that's the "sclerosis" part?
09:17:48 5    A. No; I think when people refer to hardening
09:17:51 6  of the arteries, they refer to it as -- they're
09:17:53 7  referring to the disease entity itself.  The
09:17:56 8  "sclerotic" part sort of means the development of
09:17:59 9  stenosis or restriction or impingement of the lumen
09:18:04 10 of the artery.
09:18:05 11   Q. So atherosclerosis is a condition where you
09:18:08 12 get plaque deposited on the inside walls of the
09:18:12 13 arteries, and that narrows the passage through which
09:18:17 14 the blood can go, correct?
09:18:19 15   A. It can narrow the passage, yes.
09:18:23 16   Q. Well, is there a way to have deposits on
09:18:25 17 the inside walls of the arteries where the passage
09:18:27 18 isn't getting narrower?
09:18:28 19   A. Yes.
09:18:29 20   Q. And how is that?  Is that because the
09:18:31 21 artery expands?
09:18:32 22   A. Yes.
09:18:33 23   Q. Typically when you have a buildup of plaque
09:18:39 24 inside the arteries, is that narrowing the arteries?

Page 87

09:18:43 1    A. It reaches a point where it can narrow the
09:18:45 2  arteries, yes, typically.
09:18:47 3    Q. And is coronary artery disease the same
09:18:50 4  thing as atherosclerosis of the coronary vessels?
09:18:53 5    A. Yes.
09:18:55 6    Q. And it's characterized, coronary artery
09:18:59 7  disease is characterized by inflammation?
09:19:02 8    A. It is characterized by inflammation within
09:19:05 9  the artery walls, yes.
09:19:05 10   Q. And development of plaque?
09:19:07 11   A. Yes.
09:19:07 12   Q. And thrombosis?
09:19:10 13   A. At times, yes.
09:19:12 14   Q. So thrombosis comes along with coronary
09:19:16 15 artery disease in general, regardless of whether
09:19:19 16 somebody's taking VIOXX, correct?
09:19:21 17   A. Correct.
09:19:21 18   Q. And the same thing with inflammation:
09:19:25 19 Coronary artery disease is an inflammatory
09:19:28 20 condition, in general, regardless of whether
09:19:31 21 somebody is or isn't taking VIOXX?
09:19:33 22   A. Yes.
09:19:34 23   Q. And same thing with the development of
09:19:36 24 plaque: That goes with coronary artery disease

Page 88

09:19:39 1  whether you are or are not taking VIOXX?
09:19:41 2    A. Yes.
09:19:42 3    Q. And does coronary artery disease put an
09:19:46 4  individual in a prothrombotic state?
09:19:51 5    A. Yes.
09:19:51 6    Q. And that, again, is true whether or not
09:19:53 7  somebody is or is not taking VIOXX?
09:19:54 8    A. Yes.
09:19:55 9    Q. The vast majority of your patients have
09:19:57 10 coronary artery disease, correct?
09:19:59 11   A. Yes.
09:19:59 12   Q. And in the vast majority of them, their
09:20:03 13 coronary artery disease doesn't have anything to do
09:20:05 14 with VIOXX or COX-2 inhibitors, correct?
09:20:08 15   A. Yes.
09:20:10 16   Q. And atherosclerotic vascular disease is the
09:20:16 17 leading cause of morbidity and mortality in the
09:20:18 18 United States, correct?
09:20:19 19   A. Yes.
09:20:20 20   Q. Does "morbidity" mean sickness?
09:20:23 21   A. It means harm from the disease.
09:20:25 22   Q. Harm?
09:20:25 23   A. From the disease.
09:20:27 24   Q. So when you say it's the leading cause of

Page 89

09:20:29 1  morbidity, what does that mean?
09:20:31 2    A. It means harm -- it means being in a non-
09:20:35 3  healthy state from the disease.
09:20:37 4    Q. So --
09:20:38 5    A. Being impaired from the disease, to some
09:20:41 6  extent.
09:20:41 7    Q. So of all the diseases that are causing
09:20:45 8  harm to people in the United States, coronary artery
09:20:48 9  disease is number one?
09:20:49 10   A. I would say atherosclerosis.
09:20:53 11   Q. And atherosclerosis applies to vessels
09:20:57 12 other than the coronary vessels?
09:21:00 13   A. Correct.
09:21:00 14   Q. As well as the coronary vessels?
09:21:02 15   A. Correct.
09:21:02 16   Q. So when it's in the coronary vessels, we
09:21:06 17 call it coronary artery disease?
09:21:07 18   A. Yes.
09:21:07 19   Q. Is coronary artery disease the leading
09:21:10 20 cause of death in the United States?
09:21:11 21   A. Yes.
09:21:13 22   Q. And how long has it been true that coronary
09:21:17 23 artery disease has been the leading cause of death
09:21:20 24 in the United States?

23 (Pages 86 to 89)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 90

09:21:20  1     A. I don't know.
09:21:21  2     Q. Has it been for decades?
09:21:23  3     A. I believe so.
09:21:23  4     Q. Long before VIOXX was on the market,
09:21:26  5  anyway?
09:21:26  6     A. Yes.
09:21:27  7     Q. And it's still true today that it's the
09:21:29  8  leading cause of death in the United States even
09:21:32  9  though VIOXX is off the market, correct?
09:21:33 10     A. Correct.
09:21:34 11     Q. Now, does coronary artery disease typically
09:21:38 12  develop over a long period of time?
09:21:40 13     A. It can develop over a long period of time.
09:21:42 14     Q. Is it typical for it to?
09:21:43 15     A. It's hard to say, because you can't follow
09:21:47 16  someone with no disease in a large population.
09:21:51 17  There's no data that I know of that follows normal
09:21:54 18  people, angiographically proves that they have no
09:21:57 19  coronary artery disease and serially follows
09:22:00 20  angiograms.
09:22:02 21        So can atherosclerosis progress over a
09:22:05 22  long period of time?  Yes.  Can it progress rapidly?
09:22:08 23  Yes.  You can't, in my opinion, date the onset of
09:22:13 24  atherosclerosis in someone unless you know when they

Page 91

09:22:16  1  were normal before.
09:22:17  2     Q. Are there operating assumptions about that?
09:22:23  3  So if you see somebody with a 70 percent stenosis in
09:22:26  4  a coronary artery, do you have an operating
09:22:30  5  assumption about how long that's been developing?
09:22:32  6     A. I know it's -- no.  It could be decades; it
09:22:36  7  could be days; it could be hours, even.  You can't
09:22:39  8  tell.
09:22:40  9     Q. You can develop a buildup of plaque to
09:22:44 10  constrict an artery 70 percent in days?
09:22:47 11     A. You can have a 70 percent stenosis develop
09:22:51 12  within days, absolutely.
09:22:53 13     Q. And is that different from what I asked?
09:22:56 14     A. Yes.
09:22:57 15     Q. Can you answer the question that I asked?
09:22:58 16     A. It depends on what you define plaque.
09:23:01 17  You can have rapid progression of stenosis due to
09:23:04 18  hemorrhage within the vessel wall which leaves you
09:23:07 19  with a 70 percent stenosis because the wall
09:23:10 20  hemorrhaged, and that over time that will develop
09:23:13 21  into plaque.
09:23:13 22     Q. If we put that to one side and just talk
09:23:17 23  about regular old plaque buildup in the coronary
09:23:20 24  vessels, will you get a 70 percent stenosis in days?

Page 92

09:23:26  1     A. Again, the role of hemorrhage can't be
09:23:28  2  taken out of it.  You don't know.  Again, there's no
09:23:30  3  way to know that in humans, how fast it progresses.
09:23:35  4  So I can't answer that truthfully.
09:23:39  5     Q. People don't typically have hemorrhage in
09:23:41  6  three vessels at once, do they?
09:23:43  7     A. There is a lot of evidence that suggests
09:23:45  8  that active lesions are active in multiple vessels
09:23:50  9  on a presentation.
09:23:53 10     Q. So you can't even say as a general matter
09:23:55 11  that coronary artery disease usually takes years to
09:23:59 12  develop?
09:23:59 13     A. It can take years.
09:24:01 14     Q. But I'm looking for usually or not usually.
09:24:04 15  Is it unusual for it to take years to develop?
09:24:06 16     A. It's not unusual for it to take years.
09:24:08 17     Q. Is it usual?
09:24:11 18     A. If it's not usual -- if it's not not usual,
09:24:14 19  it makes it usual.
09:24:15 20     Q. So it's usual?  It usually takes years to
09:24:18 21  develop, right?
09:24:19 22     A. To the best of our understanding, to the
09:24:22 23  common -- well, the conventional wisdom.  There's no
09:24:27 24  evidence that we could really point to; the

Page 93

09:24:29  1  conventional wisdom is that it can take years, and
09:24:32  2  it usually does.
09:24:32  3     Q. When you're treating people as a
09:24:34  4  cardiologist, your operating belief is that coronary
09:24:38  5  artery disease usually takes years to develop,
09:24:40  6  right?
09:24:40  7     A. Yes.
09:24:42  8     Q. And you can have it for years without
09:24:45  9  having any symptoms, right?
09:24:46 10     A. Yes.
09:24:47 11     Q. And you can have coronary artery disease
09:24:51 12  without any ischemia, right?
09:24:54 13     A. Yes.
09:24:55 14     Q. Or any other symptoms?
09:24:57 15     A. Yes.
09:25:01 16     Q. Is erectile dysfunction an indicator that
09:25:04 17  somebody has atherosclerosis?
09:25:06 18     A. It's a marker.
09:25:07 19     Q. Is a marker different from an indicator?
09:25:11 20     A. There are -- yes.
          21     Q. Okay.
09:25:16 22     A. Well --
09:25:16 23     Q. What's a marker?
09:25:17 24     A. I'll ask you what you mean by indicator.

24 (Pages 90 to 93)

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 94

09:25:22 1      Q.  No, I'd rather know what you mean by what a
09:25:26 2  marker is.
09:25:27 3      A.  It marks a person --
09:25:28 4      Q.  You don't want me to start testifying.
09:25:29 5      A.  It marks a person -- a marker identifies a
09:25:34 6  person who has a higher risk of having a condition
09:25:37 7  than if that person didn't have that marker.  It's
09:25:40 8  not -- it doesn't necessarily mean to be causative;
09:25:45 9  it's just an association, and therefore you -- I'll
09:25:49 10  leave it at that.  It's an association with.
09:25:53 11      Q.  So is it too much -- well, so if you see
09:26:00 12  somebody who has erectile dysfunction, that might be
09:26:04 13  a suggestion that they have atherosclerosis?
09:26:07 14      A.  Yes.
09:26:10 15      Q.  And often people with atherosclerosis
09:26:12 16  suffer from erectile dysfunction, correct?
09:26:16 17      A.  Yes.
09:26:19 18      Q.  And is it your testimony that there's no
09:26:21 19  causal link between the atherosclerosis and some
09:26:23 20  people's erectile dysfunction?
09:26:25 21          MR. BIRCHFIELD:  Object to form.
09:26:26 22      A.  I did not say that.
09:26:27 23      Q.  It is in some cases?
09:26:29 24      A.  In some cases, yes.

Page 95

09:26:30 1      Q.  That's what's causing the erectile
09:26:32 2  dysfunction, is that you have a reduced blood flow
09:26:35 3  because of atherosclerosis, correct?
09:26:36 4      A.  In some cases, yes.
09:26:38 5      Q.  Is it in many cases, that's what's causing
09:26:42 6  the erectile dysfunction?
09:26:45 7      A.  In --
09:26:48 8      Q.  I'm just trying to get a sense of how
09:26:50 9  common that is the cause.
09:26:51 10      A.  I'm not an expert on ED, but
09:26:54 11  atherosclerosis is a cause of erectile dysfunction.
09:26:59 12      Q.  And beyond that, you can't say how often it
09:27:02 13  is the cause?
09:27:02 14      A.  I can't say how often it is the cause
09:27:04 15  compared to psychological reasons, compared to
09:27:07 16  microvascular disease, which we're not considering
09:27:10 17  as erectile -- as atherosclerosis.  So I can't
09:27:12 18  honestly say, but it is a cause.
09:27:16 19      Q.  Now, we talked about the buildup of plaque
09:27:18 20  that happens in atherosclerosis, and from time to
09:27:23 21  time one of those plaque formations on the inside of
09:27:26 22  the arteries can rupture, correct?
09:27:28 23      A.  Correct.
09:27:30 24      Q.  And there's a fibrous cap over the plaque

Page 96

09:27:33 1  deposit that can break and expose some fat to the
09:27:36 2  blood; is that what happens in a rupture?
09:27:39 3      A.  A rupture, the cap breaks, exposing the
09:27:41 4  contents of the plaque to flowing blood.
09:27:44 5      Q.  And the contents of the plaque includes
09:27:47 6  fats?
09:27:49 7      A.  Includes lipids, inflammatory cells, old
09:27:56 8  healing clot, yes.
09:27:57 9      Q.  And lipids are fats?
09:27:59 10      A.  Yes.
09:28:01 11      Q.  And the body's natural reaction to a
09:28:03 12  rupture like that is to form a clot to patch it up,
09:28:06 13  correct?
09:28:07 14      A.  Correct.
09:28:07 15      Q.  And that's true regardless of whether
09:28:09 16  somebody's taking VIOXX?
09:28:11 17      A.  Correct.
09:28:12 18      Q.  And there are -- platelets are little cells
09:28:20 19  in the blood that, in laymen's terms, stick together
09:28:23 20  to make a clot, correct?
09:28:24 21      A.  They help to form the clot, yes.
09:28:28 22      Q.  Is another word for clot a thrombus?
09:28:31 23      A.  Yes.
09:28:32 24      Q.  The body's normal response is -- I think

Page 97

09:28:37 1  you just said this -- to form a clot in response to
09:28:40 2  plaque rupture, correct?
09:28:41 3      A.  Yes.
09:28:41 4      Q.  And then very often, when you get a plaque
09:28:44 5  rupture and a clot, then nothing further happens,
09:28:46 6  correct?  That is, you don't get a heart attack
09:28:49 7  every time you get a clot in response to a plaque
09:28:51 8  rupture, correct?
09:28:52 9      A.  Correct; you do not always get a heart
09:28:54 10  attack.
09:28:57 11      Q.  And it's not uncommon for somebody to have
09:28:59 12  a plaque rupture, have clotting and have it heal for
09:29:03 13  a while, and then sometime later have another plaque
09:29:05 14  rupture and another clot and it heals, and that goes
09:29:08 15  on, and they don't have a heart attack, correct?
09:29:10 16      A.  That is not uncommon.
09:29:18 17      Q.  Now, sometimes the natural forming clot can
09:29:22 18  become too large and cut off the blood flow within
09:29:25 19  the artery, correct?
09:29:26 20      A.  Correct.
09:29:26 21      Q.  And you don't need COX-2 inhibition for
09:29:29 22  that to happen, correct?
09:29:31 23      A.  COX-2 inhibition is not necessary for that
09:29:33 24  to happen.

25 (Pages 94 to 97)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 98

09:29:33  1    Q. It happens all the time in people who don't
09:29:36  2  have -- who have never taken a COX-2 inhibitor or
09:29:39  3  VIOXX, correct?
09:29:40  4    A. Yes.
09:29:40  5    Q. And when the clot gets too big and cuts off
09:29:43  6  blood flow, it can cut off the blood supply to the
09:29:47  7  heart muscle, correct?
09:29:48  8    A. Correct.
09:29:48  9    Q. And the heart muscle can get hurt or die,
09:29:51 10  correct?
09:29:52 11    A. Correct.
09:29:52 12    Q. And that's what a heart attack is?
09:29:54 13    A. Correct.
09:29:55 14    Q. Another word for a heart attack is a
09:29:58 15  myocardial infarction, correct?
09:30:00 16    A. Correct.
09:30:01 17    Q. Now, what causes myocardial infarction most
09:30:07 18  often is that sequence that we've just described:
09:30:13 19  plaque buildup, plaque rupture, and a clot that gets
09:30:17 20  too big, correct?
09:30:18 21    A. Correct.
09:30:21 22    Q. That's the sort of direct cause of a heart
09:30:24 23  attack, correct?
09:30:26 24    A. Well, it depends on where you want to start

Page 99

09:30:29  1  the cause, but it's the common pathophysiology of an
09:30:32  2  acute ST-segment elevation, myocardial infarction
09:30:42  3  is, as what you just described.
09:30:44  4    Q. So atherosclerosis and blood clotting are
09:30:48  5  the leading cause of heart attacks, correct?
09:30:50  6    A. Yes.
09:30:51  7    Q. And that's true in patients who never took
09:30:55  8  VIOXX or any other COX-2 inhibitor, correct?
09:30:59  9    A. Yes.
09:30:59 10    Q. And also in patients who did take VIOXX and
09:31:02 11  COX-2 inhibitor, most of them who had heart attacks,
09:31:05 12  it was caused by atherosclerosis and blood clot,
09:31:10 13  correct?
09:31:11 14    A. It was caused by, atherosclerosis was
09:31:13 15  there, and blood clotting was there, yes.
09:31:19 16    Q. Did approximately 1.2 million people have a
09:31:24 17  heart attack last year?
09:31:26 18    A. In the United States, approximately 1.2
09:31:28 19  million people suffered myocardial infarctions.
09:31:30 20    Q. Virtually all those people had coronary
09:31:33 21  artery disease and blood clots, correct?
09:31:35 22    A. The vast majority, yes.
09:31:38 23    Q. Over 90 percent?
09:31:39 24    A. Probably.

Page 100

09:31:41  1    Q. And none of those people were taking VIOXX
09:31:43  2  at the time, as far as we know?
09:31:45  3    A. As far as we know.
09:31:48  4    Q. It wasn't on the market last year, right,
09:31:50  5  VIOXX?
09:31:51  6    A. As far as I know, it was not on the market
09:31:53  7  last year.
09:31:53  8    Q. And up until 1999 -- well, let's say up
09:31:59  9  until 1998, all of the patients you ever treated who
09:32:01 10  had atherosclerosis, plaque rupture, clot and heart
09:32:06 11  attack, none of those patients had ever taken VIOXX,
09:32:09 12  as far as you know?
09:32:10 13    A. As far as I know.
09:32:11 14    Q. And in any event, the vast majority of them
09:32:14 15  never would have?
09:32:15 16    A. Correct.
09:32:20 17    Q. Are you aware of any increase in the number
09:32:22 18  of heart attacks in the United States overall while
09:32:25 19  VIOXX was on the market?
09:32:27 20    MR. BIRCHFIELD: Object to the form.
09:32:28 21    A. I don't know.
09:32:36 22    MR. OUWELEEN: Can we take a quick
09:32:37 23  break?
09:32:38 24    MR. BIRCHFIELD: All right.

Page 101

09:32:38  1    THE VIDEOGRAPHER: The time is 9:32.
09:32:41  2  This is the end of Cassette No. 1. We're off the
09:32:44  3  record.
09:32:44  4    (Recess taken)
09:45:30  5    THE VIDEOGRAPHER: The time is 9:45.
09:45:38  6  This is the beginning of Cassette No. 2 in the
09:45:41  7  deposition of Dr. Mark Furman. We're back on the
09:45:44  8  record.
09:45:44  9    Q. Dr. Furman, on Page 5 of your report, you
09:45:47 10  refer to risk factors. Is a risk factor something
09:45:57 11  that increases an individual's likelihood of
09:46:00 12  developing coronary artery disease?
09:46:03 13    A. Yes.
09:46:05 14    Q. And would you say a risk factor then, also,
09:46:09 15  those same risk factors increase an individual's
09:46:12 16  likelihood of having a heart attack?
09:46:14 17    A. Yes.
09:46:14 18    Q. And that's because coronary artery disease
09:46:16 19  increases your likelihood of having a heart attack,
09:46:19 20  correct?
09:46:20 21    A. Correct.
09:46:22 22    Q. So the traditional risk factors for heart
09:46:25 23  attack are risk factors for coronary artery disease,
09:46:28 24  too?

26 (Pages 98 to 101)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 102

09:46:28  1    A. Correct.
09:46:29  2    Q. And those risk factors are age -- some of
09:46:34  3  them are age --
09:46:35  4    A. You said traditional risk factors, right?
09:46:37  5    Q. Yes.
09:46:38  6    A. Okay.
09:46:38  7    Q. By "traditional," I mean well-accepted.  Is
09:46:43  8  that consistent with your understanding?
09:46:45  9    A. "Traditional" means over time.
09:46:49 10    Q. Well, when we say the traditional risk
09:46:53 11  factors, are those risk factors commonly well-
09:46:56 12  accepted?
09:46:57 13    A. The traditional risk factors that I think
09:47:00 14  you're inquiring to are commonly well-accepted.
09:47:04 15    Q. And that's age, right?  That's one?
09:47:05 16    A. Yes.
09:47:05 17    Q. Male gender?
09:47:07 18    A. Yes.
09:47:07 19    Q. Family history?
09:47:08 20    A. Yes.
09:47:08 21    Q. Smoking?
09:47:09 22    A. Yes.
09:47:09 23    Q. Hypertension?
09:47:11 24    A. Yes.

Page 103

          1    Q. Diabetes?
09:47:11  2    A. Yes.
09:47:11  3    Q. Hyperlipidemia?
09:47:14  4    A. Yes.
09:47:15  5    Q. And by "hyperlipidemia," is that high
09:47:19  6  levels of low-density lipoprotein, or LDL?
09:47:22  7    A. In general, yes.
09:47:24  8    Q. And then another risk factor is low levels
09:47:27  9  of HDL, high-density lipoprotein?
09:47:31 10    A. Yes.
09:47:31 11    Q. And another risk factor, traditional risk
09:47:33 12  factor, is inactivity, correct?
09:47:36 13    A. Yes.
09:47:36 14    Q. And another one is obesity, correct?
09:47:38 15    A. Correct.
09:47:38 16    Q. Are there other risk factors that I didn't
09:47:40 17  mention?
09:47:41 18    A. Not in the context that I understand the
09:47:43 19  word "traditional" to mean, no.
09:47:46 20    Q. Well, are there other factors that you
09:47:48 21  consider to be well-accepted risk factors for
09:47:53 22  coronary artery disease that are not on that list?
09:47:58 23    A. No; but there are other causes, such as
09:48:00 24  patients that have cardiac transplantation and

Page 104

09:48:06  1  require immunosuppressive drugs, they have an
09:48:09  2  accelerated atherosclerosis.  That's why I was
09:48:10  3  trying to get into "tradition" with you.  I used
09:48:13  4  that as one example; there's probably others.
09:48:17  5    Q. Now, I've marked as Exhibit 7 -- did I give
09:48:21  6  you Exhibit 7?
09:48:21  7    A. Yes.
09:48:22  8    Q. That's a copy of the American Heart
09:48:26  9  Association brochure about risk factors.  Have you
09:48:30 10  seen that before?
09:48:31 11    A. I don't know; I don't know.
         12       (Reporter's note:  Two different
09:48:36 13  documents were marked as Exhibit 7.)
09:48:36 14    Q. You're a fellow of the American Heart
09:48:45 15  Association Council on Atherosclerosis, Thrombosis
09:48:48 16  and Vascular Biology, correct?
09:48:50 17    A. Correct.
09:48:51 18    Q. The American Heart Association is a
09:48:53 19  reputable organization that educates people on heart
09:48:56 20  disease?
09:48:56 21    A. Correct.
09:49:01 22    Q. So I'm just going to quickly run through
09:49:03 23  this pamphlet and see if you agree with some of the
09:49:08 24  things the American Heart Association says about

Page 105

09:49:09  1  these risk factors; okay?
09:49:11  2    A. Okay.
09:49:12  3    Q. So if you turn to Page 3 of --
09:49:38  4    A. These are not --
09:49:39  5    Q. If you look down here, there's little page
09:49:42  6  numbers.  Do you see that?
09:49:43  7    A. Yes.
09:49:43  8    Q. At the bottom of Page 3 of the American
09:49:46  9  Heart Association pamphlet, it says that high blood
09:49:48 10  pressure is a major risk factor for heart attack and
09:49:51 11  stroke.  Do you agree with that?
09:49:57 12    A. Can you point to where you see that?
09:50:00 13    Q. It's on the first sentence of the last
09:50:02 14  paragraph on Page 3.
09:50:02 15    A. Yes.
09:50:03 16    Q. Do you agree with that?
09:50:04 17    A. Yes.
09:50:06 18    Q. And it says in the pamphlet that a normal
09:50:09 19  blood pressure is below -- is 120 over 80.  Is that
09:50:15 20  right?
09:50:16 21    A. It's open for debate, but that's generally
09:50:19 22  accepted.
09:50:21 23    Q. And if you have two readings above 140 or
09:50:25 24  above 90, then you have high blood pressure?

27 (Pages 102 to 105)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 106

09:50:28  1      A. That's what the pamphlet says.
09:50:31  2      Q. Is it correct?
09:50:31  3      A. I don't disagree with that.
09:50:33  4      Q. Do you agree with it?
09:50:34  5      A. Yes. If you have two readings above 140
09:50:39  6   over 90, you have high blood pressure.
09:50:41  7      Q. If you have two above 140 or two above 90,
09:50:45  8   right? You don't have to have both of them above?
09:50:48  9      A. Correct.
09:50:48 10      Q. What are those two numbers? The first one
09:50:50 11   is the...?
09:50:51 12      A. Systolic pressure.
09:50:52 13      Q. And the second one is the...?
09:50:54 14      A. Diastolic.
09:50:56 15      Q. If you're a diabetic, should you keep your
09:51:00 16   blood pressure below 130 over 80?
09:51:02 17      A. Yes.
09:51:02 18      Q. And if you have it above 130 over 80, does
09:51:06 19   that increase your risk of developing coronary
09:51:09 20   artery disease or a heart attack?
09:51:11 21      A. Yes.
09:51:11 22      Q. Now, does high blood pressure lead to
09:51:15 23   atherosclerosis?
09:51:16 24      A. It increases your risk of developing

Page 107

09:51:18  1   atherosclerosis.
09:51:19  2      Q. But does it actually cause atherosclerosis?
09:51:22  3      A. Not to a scientific certainty. It's
09:51:25  4   unclear if hypertension causes atherosclerosis. I'm
09:51:29  5   not aware that it is the causal agent. It does
09:51:32  6   increase your risk for developing it, and can most
09:51:36  7   likely worsen it if you have it, but I can't say for
09:51:39  8   sure that it's the causative agent.
09:51:41  9      Q. Are there studies that show that it does
09:51:43 10   increase atherosclerosis, as opposed to increase the
09:51:46 11   risk of atherosclerosis?
09:51:51 12      A. I believe so, but I can't cite them
09:51:54 13   offhand. So that may be wrong. And it depends also
09:51:57 14   on, you know, are you looking at animal models or
09:52:02 15   are you looking at humans?
09:52:04 16      Q. Is there a difference?
09:52:05 17      A. Yes, because in animal models, animal
09:52:09 18   atherosclerosis is different from human
09:52:10 19   atherosclerosis. You can't do things to humans, or
09:52:14 20   you shouldn't be doing things to humans, that you
09:52:16 21   can do to animals.
09:52:17 22      Q. And do you have to be careful about
09:52:20 23   extrapolating from what you learned in animal
09:52:22 24   studies about atherosclerosis to draw conclusions

Page 108

09:52:24  1   about human atherosclerosis?
09:52:26  2      A. You need to be careful in extrapolating any
09:52:28  3   data, including that from animal studies to human
09:52:33  4   studies.
09:52:38  5      Q. Does high blood pressure cause or trigger a
09:52:43  6   heart attack?
09:52:43  7      A. Acute changes in blood pressure can trigger
09:52:47  8   a heart attack.
09:52:48  9      Q. So you mean like a spike in the blood
09:52:50 10   pressure?
09:52:50 11      A. It has been -- spikes in blood pressure
09:52:53 12   have been associated with the onset of heart
09:53:00 13   attacks.
09:53:04 14      Q. There's no evidence here that that's what
09:53:07 15   caused Mr. Dedrick's heart attack, right?
09:53:09 16      A. There is no evidence.
09:53:10 17      Q. His blood pressure was under control at the
09:53:11 18   time he had his heart attack, correct?
09:53:13 19      A. I don't know what his blood pressure was
09:53:15 20   before his heart attack, the days before; but
09:53:17 21   presumably it had been not significantly out of
09:53:20 22   control.
09:53:21 23      Q. So his heart attack wasn't caused by an
09:53:23 24   elevation in blood pressure, correct?

Page 109

09:53:25  1      A. Not that I'm aware of.
09:53:30  2      Q. Okay; so let's go to Page 6.
09:53:37  3         Page 6 of the Heart Association brochure
09:53:41  4   that talks about smoking, it calls smoking a major
09:53:46  5   risk factor as well. Is that correct?
09:53:49  6      A. That's what it says, yes.
09:53:50  7      Q. Do you agree with it?
09:53:51  8      A. Yes.
09:53:51  9      Q. As we go through this, I'm going to ask you
09:53:54 10   if these things are correct. I know it says that in
09:53:56 11   the pamphlet. What I'm asking for is whether you
09:53:59 12   agree with what it says in the pamphlet, okay?
09:54:01 13      A. Yes.
09:54:01 14      Q. So I don't have to clarify that every time.
09:54:04 15   Is that okay?
09:54:05 16      A. Yes.
09:54:06 17      Q. Is smoking more cigarettes more of a risk
09:54:13 18   for atherosclerosis and heart attack than smoking
09:54:18 19   fewer cigarettes?
09:54:19 20      A. In general, yes.
09:54:22 21      Q. And smoking for 30 years is worse than
09:54:25 22   smoking for three years?
09:54:26 23      A. Yes.
09:54:26 24      Q. Smoking can trigger a heart attack as well

28 (Pages 106 to 109)

FARMER ARSENAULT BROCK LLC

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 110

09:54:29  1  in addition to causing the atherosclerosis that
09:54:32  2  gradually leads to a heart attack, correct?
09:54:34  3     A.  I'm not sure the data is suggesting that
09:54:37  4  cigarette smoking acutely triggers plaque rupture,
09:54:41  5  for instance, as a causative -- it increases your
09:54:45  6  risk of developing a heart attack, but I don't know
09:54:48  7  if there's scientific evidence to say that.  There
09:54:51  8  may be, but I just don't know.
09:54:53  9     Q.  So you're not familiar with the studies
09:54:54 10  that talk about the link between smoking and
09:54:58 11  vasoconstriction or vasospasm?
09:55:03 12     A.  There are studies linking smoking to
09:55:06 13  vasoconstriction.  You asked, is there studies
09:55:09 14  linking, directly linking smoking as the causative
09:55:13 15  agent in the development of a heart attack?  And the
09:55:16 16  answer is, I don't know, if you put it that
09:55:19 17  specifically.
09:55:20 18          Does it increase your risk of
09:55:22 19  atherosclerosis?  Yes.
09:55:23 20     Q.  Does vasoconstriction sometimes cause heart
09:55:29 21  attacks?
09:55:29 22     A.  Yes.
09:55:29 23     Q.  And vasospasm?
09:55:31 24     A.  Yes.

Page 111

09:55:31  1     Q.  And cigarette smoking can cause those
09:55:33  2  things, correct?
09:55:34  3     A.  Yes.
09:55:35  4     Q.  It says in the brochure that nicotine and
09:55:42  5  carbon monoxide in tobacco smoke, quote, "damage
09:55:48  6  blood vessel walls, causing plaque to build up."
09:55:52  7     A.  Yes.
09:55:52  8     Q.  Is that true?
09:55:53  9     A.  Yes.
09:55:53 10     Q.  And tobacco smoke can trigger blood clots
09:55:56 11  to form, too.  Is that true?
09:55:58 12     A.  I believe so, yes.
09:55:59 13     Q.  So would you agree that tobacco smoke is
09:56:03 14  prothrombotic?
09:56:04 15     A.  Smoking is -- yes.
09:56:05 16     Q.  And thrombogenic?
09:56:12 17     A.  I don't know the data well enough to say
09:56:14 18  that smoking tobacco causes a blood clot to form.
09:56:18 19  It depends on the experimental conditions.  But I
09:56:21 20  wouldn't be surprised if that's true, but I don't
09:56:24 21  know how you could test that in humans.  I
09:56:26 22  definitely agree that it would be prothrombotic.
09:56:29 23     Q.  Does smoking make a person prone to plaque
09:56:34 24  instability and rupture?

Page 112

09:56:36  1     A.  I believe so, yes.
09:56:40  2     Q.  You obviously tell all your patients who
09:56:42  3  smoke that they shouldn't smoke, correct?
09:56:45  4     A.  Yes.
09:56:45  5     Q.  And people who smoke even without other
09:56:48  6  risk factors have heart attacks, right?
09:56:50  7     A.  Yes.
09:56:54  8     Q.  And people who have had bypass operations
09:56:59  9  and heart attacks should definitely stop smoking,
09:57:02 10  right?
09:57:02 11     A.  Everyone should stop smoking.
09:57:05 12     Q.  But in particularly those people?
09:57:07 13     A.  In particularly people who have established
09:57:10 14  heart disease, such as you described, yes.
09:57:10 15     Q.  Continuing to smoke for a person like that
09:57:12 16  puts them at a continued risk of future heart
09:57:15 17  attacks, right?
09:57:17 18     A.  Yes.
09:57:24 19     Q.  At Page 8 of the American Heart Association
09:57:27 20  brochure, it talks about cholesterol.
09:57:33 21          Let's talk about, first of all, LDL.
09:57:36 22  That's the bad cholesterol, right?
09:57:37 23     A.  Yes.
09:57:40 24     Q.  What number is high for bad cholesterol?

Page 113

09:57:48  1     A.  According to me, or according to here?
09:57:50  2     Q.  According to you.
09:57:51  3     A.  It depends on the patient.  If the patient
09:57:53  4  does not have established coronary disease, then
09:57:57  5  anything over 130 raises concern.  If the patient
09:57:59  6  has established vascular disease, then anything over
09:58:03  7  100 is high, but it's almost to the point that you
09:58:10  8  want it as low as possible.  So anything is high.
09:58:14  9  You can never get too low.
09:58:17 10     Q.  And is it true, as it indicates in the
09:58:20 11  brochure, that folks with diabetes should really
09:58:23 12  have their LDL lower than 100 milligrams per
09:58:28 13  deciliter?
09:58:29 14     A.  Yes.
09:58:29 15     Q.  And if they have it higher than 100, are
09:58:32 16  they increasing their risk of atherosclerosis and
09:58:35 17  heart attack?
09:58:35 18     A.  Above and beyond their diabetes?
09:58:37 19     Q.  Yes.
09:58:38 20     A.  Yes.
09:58:41 21     Q.  Does high LDL cholesterol increase the
09:58:45 22  buildup of plaque?
09:58:47 23     A.  I'm sorry; high LDL cholesterol?
09:58:50 24     Q.  Mm-hmm.

29 (Pages 110 to 113)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 114

| | |
|---|---|
| 09:58:51 1 | A. Yes. |
| 09:58:51 2 | Q. And does it put a patient in a |
| 09:58:56 3 | prothrombotic state? |
| 09:58:56 4 | A. Yes. |
| 09:58:56 5 | Q. And again, a prothrombotic state is a state |
| 09:58:59 6 | where the patient has an inclination to form blood |
| 09:59:02 7 | clots? |
| 09:59:03 8 | A. Yes. |
| 09:59:03 9 | Q. Now, not enough HDL is another kind of |
| 09:59:06 10 | cholesterol problem you can have.  You want your HDL |
| 09:59:10 11 | to be above 40; is that correct? |
| 09:59:12 12 | A. Correct. |
| 09:59:12 13 | Q. And if it's lower than 40, you're at |
| 09:59:14 14 | increased risk of atherosclerosis and heart attack? |
| 09:59:16 15 | A. Yes. |
| 09:59:18 16 | Q. And having not enough HDL itself can lead |
| 09:59:22 17 | to the buildup of plaque? |
| 09:59:24 18 | A. Yes. |
| 09:59:26 19 | Q. Now, how about high triglycerides?  What do |
| 09:59:31 20 | you consider high triglycerides? |
| 09:59:34 21 | A. Anything greater -- well, the cutoff at our |
| 09:59:38 22 | lab value is 150, but anything greater than 200 |
| 09:59:43 23 | raises concern. |
| 09:59:44 24 | Q. When you say "the cutoff value," what does |

Page 115

| | |
|---|---|
| 09:59:47 1 | that mean? |
| 09:59:47 2 | A. Below 150 in our laboratory is considered |
| 09:59:51 3 | normal. |
| 09:59:51 4 | Q. And above 150 is not normal, and above 200 |
| 09:59:57 5 | is, you get worried? |
| 09:59:58 6 | A. You get concerned. |
| 7 | Q. Is concerned different from worried? |
| 10:00:01 8 | A. Degrees.  Concerned is less than worried. |
| 10:00:03 9 | Q. When do you get worried? |
| 10:00:04 10 | A. When it's up in the five, six hundreds. |
| 10:00:08 11 | Q. If it's in the five hundreds, then it's |
| 10:00:11 12 | really bad? |
| 10:00:12 13 | A. You've got to put it into the context of |
| 10:00:14 14 | the patient and the cause. |
| 10:00:19 15 | Q. In general, though, triglycerides in the |
| 10:00:22 16 | five hundreds is very high? |
| 10:00:24 17 | A. It is very high. |
| 10:00:25 18 | Q. Is it true that high triglycerides also |
| 10:00:28 19 | speed up atherosclerosis? |
| 10:00:29 20 | A. The association of high triglycerides with |
| 10:00:31 21 | atherosclerosis and speeding it up is not as well- |
| 10:00:34 22 | established as with low LDL or -- I mean, low HDL |
| 10:00:36 23 | or high LDL.  Triglycerides may just be a marker of |
| 10:00:40 24 | other things that induce atherosclerosis. |

Page 116

| | |
|---|---|
| 10:00:48 1 | Q. Physical inactivity is a risk factor, |
| 10:00:51 2 | correct? |
| 10:00:52 3 | A. Correct. |
| 10:00:53 4 | Q. That's at Page 12 of the Heart Association. |
| 10:01:02 5 | And obesity is another one that we |
| 10:01:06 6 | discussed.  People with excess body fat, it says in |
| 10:01:08 7 | the brochure, are at higher risk even if they don't |
| 10:01:11 8 | have other risk factors.  Is that a correct |
| 10:01:14 9 | statement? |
| 10:01:14 10 | A. Yes.  It says a high risk for health |
| 10:01:17 11 | problems; it doesn't say -- |
| 10:01:19 12 | Q. Oh, I'm having an illusion there; sorry. |
| 10:01:22 13 | Well, do you think that people with |
| 10:01:24 14 | excess body fat are at higher risk for coronary |
| 10:01:28 15 | artery disease and heart attack? |
| 10:01:29 16 | A. I believe so. |
| 10:01:30 17 | Q. Even without other risk factors? |
| 10:01:32 18 | A. Yes. |
| 10:01:38 19 | Q. Did you determine whether Mr. Dedrick would |
| 10:01:42 20 | be considered obese? |
| 10:01:43 21 | A. If you mean obese by BMI, I believe his BMI |
| 10:01:52 22 | was close to 30 -- I can't remember the number |
| 10:01:54 23 | offhand -- putting him in mild to moderate obesity. |
| 10:02:02 24 | Q. So in the brochure, on Page 14 it says, |

Page 117

| | |
|---|---|
| 10:02:06 1 | "Obesity is defined as a BMI of 30 or greater." |
| 10:02:12 2 | A. Correct. |
| 10:02:12 3 | Q. Do you agree with that? |
| 10:02:13 4 | A. Yes. |
| 10:02:13 5 | Q. And using that standard, you'd consider |
| 10:02:15 6 | Mr. Dedrick to be obese, correct? |
| 10:02:17 7 | A. I don't remember offhand what his BMI is. |
| 10:02:20 8 | If you tell me it was -- what it was, I could tell |
| 10:02:22 9 | you where it falls in. |
| 10:02:24 10 | Q. Well, did you determine whether he was |
| 10:02:25 11 | obese or not?  You said on Page 5, I think, |
| 10:02:34 12 | Dr. Furman -- I don't know.  It's not there.  Hold |
| 10:02:40 13 | on. |
| 10:03:00 14 | A. I don't believe I comment on it, but.... |
| 10:03:05 15 | Q. Well, if you were going through the risk |
| 10:03:07 16 | factors, do you think Mr. Dedrick had that one? |
| 10:03:11 17 | A. Most probably. |
| 10:03:14 18 | Q. If you're determining the relevant BMI -- |
| 10:03:21 19 | is that body mass index? |
| 10:03:23 20 | A. Correct. |
| 10:03:23 21 | Q. In determining whether his obesity |
| 10:03:26 22 | contributed to his heart attack, you would look at |
| 10:03:30 23 | his BMI before the heart attack, right? |
| 10:03:32 24 | A. Correct; but BMI isn't -- it's becoming |

30 (Pages 114 to 117)

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Page 118

10:03:35  1    standard now that BMI is not the best indicator of
10:03:39  2    excess weight in association with cardiovascular
10:03:43  3    risk. It's waist circumference. I never met
10:03:47  4    Mr. Dedrick, nor did I obviously see him before his
10:03:49  5    heart attack, so I can't comment on his waist
10:03:52  6    circumference.
10:03:52  7        For example, a football player who's
10:03:56  8    five-eleven and 220 pounds of solid muscle, such as
10:03:59  9    Rodney Harrison, for instance, would be considered
10:04:00 10    obese by height and BMI, even though he's got less
10:04:03 11    than 5 percent body fat, using that, presumably.
10:04:06 12        So BMI is not accurate, as accurate as
10:04:10 13    waist circumference.
10:04:13 14        Q. So in figuring out whether Mr. Dedrick is
10:04:18 15    obese or not, the best thing to do would be
10:04:23 16    basically to bring a tape measure?
10:04:25 17        A. Correct.
10:04:29 18        Q. Does diabetes in and of itself put people
10:04:32 19    at serious risk for coronary artery disease and
10:04:34 20    heart attack?
10:04:35 21        A. Yes.
10:04:35 22        Q. Do most people with diabetes die from some
10:04:38 23    form of heart or blood vessel disease?
10:04:40 24        A. Yes.

Page 119

10:04:41  1        Q. Does diabetes increase atherosclerosis?
10:04:44  2        A. Yes. It increases your risk for developing
10:04:48  3    it, yes.
10:04:48  4        Q. Well, does it actually contribute -- does
10:04:50  5    it actually cause atherosclerosis to increase?
10:04:52  6        A. Most, more likely, yes.
10:04:54  7        Q. And it can affect platelet function, can't
10:04:57  8    it?
10:04:57  9        A. Yes.
10:04:57 10        Q. And it makes patients prone to thrombosis;
10:05:01 11    it's prothrombotic?
10:05:03 12        A. The data isn't as conclusive. There are
10:05:06 13    some studies suggesting that it does increase
10:05:09 14    platelet reactivity or activity; and there are some
10:05:12 15    studies suggesting that it's neutral, it's not a
10:05:17 16    main factor in the effect of diabetes on a patient's
10:05:25 17    atherosclerotic history, for instance. But on
10:05:28 18    average, it probably increases platelet function to
10:05:32 19    some extent.
10:05:33 20        Q. What is a high blood sugar reading?
10:05:36 21        A. Well, it depends on the laboratory, but a
10:05:39 22    high blood sugar reading is anything greater than
10:05:42 23    110.
10:05:44 24        Q. And if you have uncontrolled diabetes, that

Page 120

10:05:47  1    means your blood sugars are too high, correct, among
10:05:51  2    other things?
10:05:52  3        A. On average, yes.
10:05:53  4        Q. Does that cause lasting damage in terms of
10:05:58  5    lasting atherosclerosis?
10:05:59  6        A. It causes lasting damage, yes.
10:06:01  7        Q. Does it cause lasting atherosclerosis?
10:06:04  8        A. I'm not familiar with the term "lasting
10:06:06  9    atherosclerosis."
10:06:07 10        Q. Well, atherosclerosis can persist even if
10:06:09 11    you get under control the condition that promoted
10:06:14 12    that atherosclerosis, right?
10:06:15 13        A. Correct.
10:06:17 14        Q. And it's often persistent, isn't it?
10:06:19 15        A. Correct.
10:06:20 16        Q. And so if you have atherosclerosis that was
10:06:24 17    contributed to by diabetes, even if you get your
10:06:27 18    blood sugars under control, you might still have
10:06:29 19    that atherosclerosis a long time later?
10:06:31 20        A. Yes.
10:06:34 21        Q. And so even when your glucose levels are
10:06:37 22    under control, diabetes greatly increases the risk
10:06:40 23    of heart attack?
10:06:42 24        A. Yes.

Page 121

10:06:44  1        Q. With respect to the gender risk factor,
10:06:48  2    it's basically, if you're male, you've got it,
10:06:52  3    right?
10:06:52  4        A. You've got that risk factor if you're male,
          5    yes.
          6        Q. Right.
10:06:55  7        A. A male is a male, generally.
10:06:59  8        Q. On Page 20 of the brochure, it talks about
10:07:01  9    a family history, and so if you have a brother who
10:07:13 10    had a heart attack before age 55, then you're at
10:07:17 11    increased risk for a heart attack, right?
10:07:19 12        A. Yes.
10:07:19 13        Q. Is it true that if you have more relatives,
10:07:22 14    if you have a whole bunch of people in your family
10:07:24 15    who had heart attacks, like Mr. Dedrick did, that's
10:07:29 16    even more risk?
10:07:30 17        MR. BIRCHFIELD: Object to form.
10:07:31 18        A. I don't know for a fact, but I would
10:07:33 19    believe -- I don't know if there's a degree of
10:07:39 20    gradation of risk among family members, for a
10:07:43 21    certainty. I would believe that to be true, but I
10:07:46 22    don't know for a fact.
10:07:51 23        Q. I don't think it talks about metabolic
10:07:55 24    syndrome here in the brochure, but is that a risk

31 (Pages 118 to 121)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

---

Page 122

10:07:57 1   factor for coronary artery disease and heart attack?
10:08:01 2     A. It's increasingly being considered a risk
10:08:04 3   factor.
10:08:05 4     Q. And what is metabolic syndrome?
10:08:07 5     A. It's a syndrome of mild -- of being
10:08:12 6   overweight, high triglycerides, low HDL and some
10:08:17 7   form of physical inactivity and possibly some
10:08:19 8   glucose intolerance.
10:08:20 9     Q. And is there blood pressure -- is blood
10:08:22 10   pressure an indicator of metabolic syndrome, too?
10:08:25 11     A. I don't know offhand. It could be, but I
10:08:28 12   don't know.
10:08:28 13     Q. And is it true that if you take the various
10:08:33 14   factors that are components of metabolic syndrome
10:08:39 15   and you have three or more of them, then you have
10:08:42 16   metabolic syndrome?
10:08:44 17     A. I believe so, yes. I believe that's the
10:08:45 18   definition.
10:08:46 19     Q. And is it true that it increases your risk
10:08:48 20   of coronary artery disease and heart attack four
10:08:54 21   times what the risk would be from those individual
10:08:57 22   factors?
10:08:59 23     That is, you take the risk of -- say you
10:09:01 24   have obesity, high triglycerides and high blood

---

Page 123

10:09:07 1   pressure. You add up the risk from those, and then
10:09:09 2   having them all together increases the risk another
10:09:12 3   four times. Is that right?
10:09:14 4     A. I believe that's right, but I don't --
10:09:15 5   unless I see the data, I don't want to say, you
10:09:18 6   know, four times.
10:09:19 7     Q. But it's something like that? It's a
10:09:21 8   multiplicative effect?
10:09:23 9     A. Risk factors are multiplicatively additive
10:09:28 10   -- or not additive; they're multiplicative.
10:09:30 11     Q. Is stress a risk factor?
10:09:32 12     A. For?
10:09:33 13     Q. Heart attack.
10:09:34 14     A. For heart attack? Stress has been
10:09:36 15   associated as an inducing agent in some people's
10:09:39 16   heart attacks, yes.
10:09:40 17     Q. Is it a risk factor for coronary artery
10:09:43 18   disease?
10:09:44 19     A. It's not as well established a risk factor
10:09:46 20   as all the other risk factors we previously
10:09:49 21   discussed.
10:09:49 22     Q. Would you consider it a risk factor?
10:09:51 23     A. I consider it too subjective to be
10:09:54 24   considered a risk factor.

---

Page 124

10:09:55 1     Q. You don't consider it a risk factor?
10:09:57 2     A. I don't consider it a direct risk factor.
10:10:00 3   I would consider it a risk factor if by being under
10:10:04 4   stress you change your eating habits, get
10:10:07 5   overweight, inactive and have high blood pressure,
10:10:10 6   yes.
10:10:11 7     But if you take people without any of
10:10:15 8   those conditions and have stress versus no stress,
10:10:20 9   how do you quantify stress? I'm trying to be
10:10:23 10   scientific about it. It's probably not as
10:10:25 11   significant a factor as the other ones for the
10:10:27 12   development of atherosclerosis, at least in my
10:10:29 13   opinion.
10:10:30 14     Q. Can stress promote atherosclerosis?
10:10:33 15     A. Same answer.
10:10:34 16     Q. So in your view, it promotes it by
10:10:38 17   indirectly causing you to do other things like not
10:10:41 18   watch your diet, which could lead to
10:10:43 19   atherosclerosis?
10:10:44 20     A. Potentially; but stress is very difficult
10:10:46 21   to quantify and difficult to measure, and therefore
10:10:49 22   difficult to study in that respect.
10:10:51 23     Q. So it's possible that -- so if somebody's
10:10:54 24   very much, under very much stress, you would look

---

Page 125

10:10:58 1   closely at the other aspects of their life to see
10:11:01 2   whether, as a result of that stress, they were
10:11:04 3   subjecting themselves to increased risk of
10:11:07 4   atherosclerosis, correct?
10:11:08 5     A. You would be looking at that anyway,
10:11:10 6   because you're their physician. As a physician,
10:11:13 7   you'd be looking at it anyway. The role stress has,
10:11:15 8   it's too subjective.
10:11:16 9     Q. So is it true that when you're talking to a
10:11:19 10   patient, you don't even inquire into how stressful
10:11:22 11   their life is when trying to assess the risk of a
10:11:25 12   heart attack?
10:11:25 13     A. That's generally not a question I ask.
10:11:27 14   It's generally volunteered: "I'm under a lot of
10:11:32 15   stress; is this playing a role in it?"
10:11:36 16     And my answer is what I gave to you:
10:11:38 17   It's playing -- you know, as it affects your ability
10:11:41 18   to do other things. But stress itself, what is
10:11:44 19   that? It's too subjective; it's not something that
10:11:47 20   could be measured.
10:11:48 21     Equally, I have people saying, "I'm too
10:11:50 22   stressed out to work," and they're just sitting
10:11:53 23   there wanting disability. So I can't quantify the
10:11:56 24   stress, so it's very difficult to assess it; nor do

---

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 126

10:12:00 1   I treat the stress directly by antianxiolytics or
10:12:05 2   other substances.
10:12:07 3       Q. Without getting into the details, you're
10:12:09 4   aware that for a little over two years before
10:12:11 5   Mr. Dedrick had his heart attack, he was in a period
10:12:16 6   of what he testified to be stress, correct?
10:12:18 7       A. He says he was in stress, according to his
10:12:21 8   deposition, yes.
10:12:22 9       Q. And during that time, there were
10:12:23 10  limitations on what he could do to deal with his
10:12:26 11  stress, correct?
10:12:27 12      A. I don't know what his life was actually
10:12:30 13  able to do or what he was able to do, but he was
10:12:33 14  saying he was in stress.
10:12:34 15      Q. But during that period, he couldn't control
10:12:37 16  his diet, for example, right?
10:12:39 17      A. He couldn't control it in the fact that he
10:12:41 18  didn't do his own cooking, but I'm sure he had
10:12:44 19  choices in what he ate and put in his mouth.
10:12:48 20      Q. He didn't have control -- he basically felt
10:12:50 21  that he wasn't in control of his life during that
10:12:52 22  period, correct?
10:12:52 23      A. That's how -- I believe that was correct.
10:12:56 24      Q. And do you think that stressful period, is

Page 127

10:13:00 1   it possible, for a starter, that that stressful
10:13:03 2   period contributed in any way to his atherosclerosis
10:13:06 3   and his heart attack?
10:13:07 4       MR. BIRCHFIELD: Object to the form.
10:13:08 5       A. Again, as it affected his risk factors,
10:13:13 6   traditional risk factors, as we discussed and
10:13:15 7   defined traditional risk factors, yes. If it caused
10:13:21 8   his blood pressure to be high? Yes. If it caused
10:13:23 9   his diet to be high-fat and therefore lead to
10:13:27 10  hyperlipidemia? Yes. Is it the stress itself? I
10:13:29 11  don't know.
10:13:34 12      Q. Now, the pamphlet mentions alcohol. Is
10:13:36 13  drinking, is alcohol abuse -- does alcohol abuse
10:13:39 14  lead to atherosclerosis and heart attacks?
10:13:42 15      A. Alcohol, it's not well-established that
10:13:45 16  alcohol abuse leads to -- directly leads to
10:13:50 17  atherosclerosis or heart attacks.
10:13:53 18      Q. Have you seen studies that indicate that
10:13:55 19  alcohol does in fact damage blood vessels and
10:13:58 20  promote atherosclerosis?
10:14:01 21      A. I'm not aware of that literature.
10:14:04 22      Q. If there were literature like that, that
10:14:06 23  would be important to consider before deciding
10:14:08 24  whether alcohol contributed to atherosclerosis,

Page 128

10:14:11 1   right?
10:14:11 2       A. It depends -- right, and then it depends on
10:14:15 3   the degree of exposure and such.
10:14:20 4       Q. But you haven't seen those studies?
10:14:22 5       A. I don't recall those studies. Whether I've
10:14:25 6   seen them or not -- I've seen hundreds of -- tens of
10:14:31 7   thousands, if not hundreds of thousands of studies
10:14:33 8   in my experience. I can't recall all of them.
10:14:36 9       Q. So when it says in the brochure that men
10:14:38 10  should not have more than two drinks a day, why does
10:14:41 11  it say that, do you think?
10:14:48 12      A. I --
10:14:49 13      Q. Well, first of all, do you agree with that?
10:14:53 14      A. I, on general principles, I don't -- I'm
10:14:56 15  going to say I don't disagree, and then you're going
10:15:01 16  to say, with what do you agree? I don't disagree
10:15:04 17  with that statement in general.
10:15:06 18          There are people who have three drinks a
10:15:08 19  day and perfectly not increasing their risk for
10:15:10 20  anything. I think it's whether you're an alcoholic
10:15:13 21  and drinking to excess, or drinking moderately and
10:15:16 22  it's not affecting your life.
10:15:18 23      Q. If you're an alcoholic and you're drinking
10:15:20 24  to excess, are you increasing your risk for heart

Page 129

10:15:22 1   attack?
10:15:22 2       A. Potentially indirectly by the same factors
10:15:26 3   as stress would do it, by not being able to have a
10:15:31 4   good diet, not taking care of yourself, that kind of
10:15:33 5   thing; not taking your medicines, for instance.
10:15:35 6          But direct alcohol toxic effect on the
10:15:39 7   blood vessels, I'm not exactly sure.
10:15:41 8       Q. How about cocaine? Does cocaine cause
10:15:46 9   atherosclerosis, cocaine use?
10:15:49 10      A. I'm not sure there's well-established
10:15:52 11  studies demonstrating that either prolonged -- well,
10:15:56 12  put it this way: Prolonged cocaine use, as if
10:16:03 13  you're a crack addict, for instance, same reasons
10:16:06 14  that I say for excess alcohol. By neglect and all
10:16:10 15  that stuff, it can probably -- you know, crack
10:16:12 16  addicts obviously don't eat. They're probably dead
10:16:16 17  before they have any manifested atherosclerosis,
10:16:19 18  anyway; they don't live long enough. But if they
10:16:23 19  did live long enough, it's probably most likely due
10:16:25 20  to neglect. You know, high blood pressure,
10:16:27 21  prolonged high blood pressure; so indirect secondary
10:16:30 22  mechanisms.
10:16:30 23          Short-term recreational cocaine use such
10:16:35 24  as Mr. Dedrick admits probably does not

33 (Pages 126 to 129)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

---

Page 130

10:16:37 1  significantly increase his atherosclerosis.

10:16:39 2      Q. Do you think it increases it at all?

10:16:41 3      A. I don't think short-term recreational use,

10:16:46 4  as Mr. Dedrick testified, increases his

10:16:48 5  atherosclerosis.

10:16:48 6      Q. If he used cocaine more than he testified

10:16:51 7  to, could that have increased his atherosclerosis?

10:16:54 8          MR. BIRCHFIELD: Object to the form.

10:16:56 9      A. Again, if he was a constant cocaine user,

10:17:00 10  and because of the constant cocaine use --

10:17:03 11     Q. Okay. Putting to one side the indirect

10:17:06 12  effect of not taking care of himself in other ways,

10:17:09 13  can regular cocaine use itself promote

10:17:13 14  atherosclerosis?

10:17:14 15     A. I don't believe there's any studies

10:17:16 16  demonstrating that.

10:17:16 17     Q. Have you seen any studies that address that

10:17:18 18  question?

10:17:19 19     A. No. I don't think anyone can do that kind

10:17:23 20  of study.

10:17:23 21     Q. Well, why not?

10:17:25 22     A. Because it's unethical to administer

10:17:27 23  cocaine to someone long-term to see if they get

10:17:31 24  atherosclerosis.

---

Page 131

10:17:31 1      Q. But you could do animal studies, right?

10:17:35 2      A. You can do animal studies. I'm not aware

10:17:38 3  of the animal studies that have administered cocaine

10:17:41 4  long-term.

10:17:42 5          It depends, again, on how good the model

10:17:46 6  of animal is, if it induces atherosclerosis,

10:17:48 7  whether -- you may be able to pull one out of your

10:17:50 8  bag over there and show it to me, and I'll be more

10:17:53 9  than happy to read it and give you my opinion of it;

10:17:55 10  but I don't know offhand whether prolonged cocaine

10:17:59 11  use -- I don't think you can do that to animals,

10:18:02 12  either -- causes, directly causes atherosclerosis.

10:18:06 13     Q. So to the best of your knowledge, sitting

10:18:08 14  here today, the only way in which cocaine use can

10:18:12 15  contribute to atherosclerosis is indirectly by

10:18:14 16  causing the person to do other bad things that

10:18:17 17  promote atherosclerosis?

10:18:18 18     A. Or modify other risk factors, yes.

10:18:29 19     Q. You're not saying, though, that it's been

10:18:32 20  proven as a matter of medical certainty that cocaine

10:18:35 21  use does not directly cause atherosclerosis,

10:18:38 22  correct?

10:18:39 23     A. Again, the studies, I'm not aware, have

10:18:42 24  ever been done to prove or disprove that.

---

Page 132

10:18:45 1      Q. One way or the other?

10:18:47 2      A. One way or the other.

10:19:13 3      Q. You've never met Mr. Dedrick, have you?

10:19:15 4      A. No.

10:19:15 5      Q. Never examined him, therefore?

10:19:17 6      A. Correct.

10:19:19 7      Q. Mr. Dedrick had many, or all of the

10:19:23 8  traditional risk factors for heart attack, correct?

10:19:25 9      A. Correct.

10:19:27 10     Q. He was at high risk for a heart attack even

10:19:30 11  putting to one side his VIOXX use, correct?

10:19:32 12     A. Correct.

10:19:35 13     Q. He was at the very highest risk of a heart

10:19:39 14  attack even without his VIOXX use, correct?

10:19:41 15     A. Yes.

10:19:41 16         MR. BIRCHFIELD: Object to the form.

10:19:42 17     A. Because of his possession of -- I'm sure

10:19:46 18  there are people at higher risk, but he is on the

10:19:49 19  scale, on the higher end of the scale.

10:19:51 20     Q. He's probably in the top 10 percent of

10:19:54 21  high-risk --

10:19:55 22     A. I --

10:19:56 23     Q. All right; forget quantifying. He was at

10:19:59 24  very high risk of a heart attack even without the

---

Page 133

10:20:01 1  VIOXX, correct?

10:20:02 2      A. He was at very high risk for developing a

10:20:06 3  heart attack in his lifetime because of the risk

10:20:08 4  factors he possessed.

10:20:09 5      Q. Even without the VIOXX?

10:20:10 6      A. Even without the VIOXX.

10:20:11 7      Q. And you've had patients like him with risk

10:20:13 8  factors like that who had heart attacks who never

10:20:17 9  took VIOXX, right?

10:20:18 10     A. Yes.

10:20:18 11     Q. Probably haven't had many patients with

10:20:21 12  that many risk factors, though, have you?

10:20:22 13     A. No -- no, no, I disagree with that. I have

10:20:25 14  a lot of patients with a lot of risk factors.

10:20:27 15     Q. Really? All those risk factors?

10:20:28 16     A. All those risk factors.

10:20:29 17         Well, age, high blood pressure, high

10:20:32 18  diabetes, moderately overweight, smoking?

10:20:37 19  Absolutely.

10:20:37 20     Q. And a lot of those patients have had heart

10:20:40 21  attacks even though they never took VIOXX, right?

10:20:42 22     A. And a lot of them haven't, also, yes.

10:20:45 23     Q. Well, a lot of them did have heart attacks

10:20:47 24  even though they never took VIOXX, right?

---

34  (Pages 130 to 133)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

### Page 134

10:20:49 1   A. Yes.

10:20:49 2   Q. Some of them didn't have heart attacks?

10:20:52 3   A. Yes.

10:20:52 4   Q. And also some people who did take VIOXX

10:20:54 5   didn't have heart attacks, right?

10:20:56 6   A. Yes.

10:20:56 7   Q. In fact, the vast majority of people who

10:20:59 8   took VIOXX never had a heart attack, right?

10:21:01 9   A. Yes.

10:21:01 10   Q. Regardless of how many other risk factors

10:21:04 11   they had?

10:21:04 12   A. Yes.

10:21:04 13   Q. There's people with lots of risk factors

10:21:06 14   who took VIOXX who never had a heart attack, right?

10:21:12 15   A. Yes.

10:21:13 16   Q. Lots of them?

10:21:13 17       MR. BIRCHFIELD: Object to the form.

10:21:14 18   A. I believe I answered that already.

10:21:16 19   Q. I don't think so, but -- it's true, right?

10:21:18 20   A. Could you repeat the question?

10:21:20 21   Q. There's lots of patients who had many risk

10:21:22 22   factors who took VIOXX who never had a heart attack?

10:21:25 23   A. True.

10:21:27 24   Q. Mr. Heart attack -- Mr. Heart attack;

### Page 135

10:21:30 1   Mr. Dedrick -- I don't want to define the guy in

10:21:33 2   terms of his heart attack -- Mr. Dedrick had a heart

10:21:36 3   attack on January 8, 2003, correct?

10:21:37 4   A. Correct.

10:21:37 5   Q. That's the only heart attack he's ever had?

10:21:39 6   A. To the best of my knowledge, yes.

10:21:41 7   Q. You're not going to opine that he's had any

10:21:46 8   heart attacks since then?

10:21:47 9   A. Since then, I don't know, but I don't

10:21:48 10   believe so.

10:21:49 11   Q. Now, you've looked at those recent tests

10:21:52 12   from September of this year, correct?

10:21:53 13   A. Correct.

10:21:53 14   Q. And nothing in those tests indicated he's

10:21:55 15   had another heart attack, right?

10:21:57 16   A. Correct.

10:21:57 17   Q. Or that he's had any other coronary adverse

10:22:00 18   events since January 2003?

10:22:03 19   A. Correct.

10:22:08 20   Q. So, not to belabor the risk factors, but

10:22:11 21   Exhibit 8 is a list of risk factors, just so that we

10:22:16 22   don't keep having to say those risk factors.

10:22:20 23       Are these the major -- or are these the

10:22:23 24   traditional risk factors for heart attack that we've

### Page 136

10:22:25 1   discussed, on Exhibit 8?

10:22:26 2   A. Yes.

10:22:30 3   Q. And could you just take a pen and check off

10:22:33 4   the ones that Mr. Dedrick had? I think that's all

10:22:36 5   of them.

10:22:40 6       (The witness complied.)

10:22:55 7   A. I don't remember the numbers on the HDL,

10:22:57 8   off chance.

10:22:58 9   Q. But to the best of your recollection, he

10:22:59 10   had that one, too?

10:23:00 11   A. I believe his HDL was lower than 40. It

10:23:03 12   may have been 41; it may have been 38. I can't

10:23:06 13   remember.

10:23:06 14   Q. If you could just go ahead and put your

10:23:08 15   name, just sign your name on there, just so we know

10:23:11 16   that you made those checkmarks.

10:23:13 17       (The witness complied.)

10:23:14 18   Q. Okay. And then just write on there, if you

10:23:17 19   could, "Check equals Mr. Dedrick had it," so we know

10:23:22 20   what the key is.

10:23:23 21       (The witness complied.)

10:23:27 22   Q. All right. So those are Mr. Dedrick's risk

10:23:34 23   factors?

10:23:34 24       MR. BIRCHFIELD: You're not --

### Page 137

10:23:34 1       MR. OUWELEEN: Sorry?

10:23:34 2       MR. BIRCHFIELD: You're not saying that

10:23:35 3   those were all the risk factors he had? You're just

10:23:38 4   saying -- I mean, that's what your comment was just

10:23:40 5   now.

10:23:40 6       MR. OUWELEEN: Oh; right.

10:23:42 7   Q. He had all those risk factors, correct?

10:23:45 8   A. He possessed all -- these are risk factors

10:23:47 9   he possessed.

10:23:48 10   Q. Now, do you think there are other risk

10:23:50 11   factors that he possessed that are not on that list?

10:23:52 12   A. Yes.

10:23:52 13   Q. What were those?

10:23:53 14   A. There was ingestion of VIOXX.

10:23:56 15   Q. All right. So let's do another one.

10:24:06 16       Okay; so we'll mark this one as No. 9.

10:24:11 17   What was that one, 8? No. 9.

10:24:23 18       So on No. 9, why don't you add in there

10:24:25 19   at the bottom of the list "VIOXX ingestion."

10:24:30 20   A. And we're talking about risk factors for

10:24:33 21   heart attack, right?

10:24:34 22   Q. Well, I was talking risk factors both for

10:24:37 23   coronary artery disease and heart attack, so let's

10:24:40 24   be clear.

35 (Pages 134 to 137)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 138

10:24:41 1        Exhibit 8 lists -- all of those things
10:24:50 2  are risk factors both for coronary artery disease
10:24:54 3  and heart attack, correct?
10:24:55 4        A. Correct.
10:24:55 5        Q. And Mr. Dedrick had all those --
10:24:58 6        A. Correct.
10:24:59 7        Q. -- that you've checked off, correct?  All
10:25:02 8  right.
10:25:02 9        Now let's go to No. 9.  You were
10:25:06 10  starting to add "VIOXX ingestion" as another risk
10:25:10 11  factor, correct?
10:25:12 12        A. You asked me to write that down, didn't
10:25:14 13  you?
10:25:15 14        Q. Well, I did, but only if you think it's an
10:25:17 15  additional risk factor.
10:25:18 16        A. Yes.
10:25:19 17        Q. And is it a risk factor for heart attack or
10:25:22 18  for coronary artery disease?
10:25:22 19        A. Clearly for heart attack; most likely for
10:25:25 20  coronary artery disease as well.
10:25:34 21        Q. Now, when you say "most likely for coronary
10:25:40 22  artery disease," can you say to a reasonable degree
10:25:43 23  of medical certainty that VIOXX ingestion is a risk
10:25:50 24  factor for coronary artery disease?

Page 139

10:25:56 1        A. I think more likely than not it's a risk
10:25:59 2  factor for the development of atherosclerosis.
10:26:02 3        Q. More likely than not.
10:26:08 4        Now, in your report, you state on Page 4
10:26:27 5  at the bottom that -- in the beginning of the
10:26:43 6  first -- or the last paragraph, it says, "It is my
10:26:45 7  expert medical opinion, to a reasonable degree of
10:26:48 8  medical certainty."  Do you see that?
10:26:49 9        A. Yes.
10:26:50 10        Q. When you said "a reasonable degree of
10:26:53 11  medical certainty," what did you mean by that?  Did
10:26:55 12  you mean more likely than not, or did you mean
10:26:58 13  something else?
10:26:59 14        A. More likely than not.
10:27:01 15        Q. So what that means is more likely than not,
10:27:04 16  in your view?
10:27:04 17        A. Correct.
10:27:05 18        Q. So going back to my previous question, it's
10:27:09 19  your view that to a reasonable degree of medical
10:27:12 20  certainty, VIOXX use is a risk factor for
10:27:17 21  atherosclerosis?
10:27:20 22        A. By that criteria, yes.
10:27:22 23        Q. And that's the criteria you used in your
10:27:25 24  opinion, correct, when you -- I mean, the opinions

Page 140

10:27:27 1  you gave in your opinion were given to a reasonable
10:27:31 2  degree of medical certainty, correct?
10:27:33 3        A. Correct.
10:27:33 4        Q. Which is more likely than not, correct?
10:27:35 5        A. Yes.
10:27:35 6        Q. Is it like just -- so 51 percent likelihood
10:27:39 7  would qualify, in your view?
10:27:42 8        A. If you have to quantify it that way, yes.
10:27:45 9        Q. And do you have a sense of the quantity of
10:27:49 10  certainty underlying your opinion that VIOXX use
10:27:52 11  contributes to atherosclerosis?
10:27:54 12        A. I can't quantify that.
10:27:57 13        Q. So it's not 99 percent sure, right?
10:28:00 14        A. Again, I can't quantify it.
10:28:02 15        Q. At all?  You know it's more than 51, but no
10:28:06 16  sense of whether --
10:28:06 17        A. My opinion is it's more than 51.  Where it
10:28:10 18  reads on the scale, I can't say.
10:28:16 19        Q. How about for smoking contributing to
10:28:20 20  atherosclerosis?  How certain of that are you?
10:28:22 21        A. Very certain.
10:28:23 22        Q. What percentage?
10:28:24 23        A. A great -- to a reasonable degree of
10:28:27 24  medical certainty, greater than 51 percent.

Page 141

10:28:29 1        Q. That's all, though?  You can't say any more
10:28:32 2  certain than that?
10:28:33 3        A. I -- see, when you quantify something, you
10:28:35 4  need to have the direct study results, or you can't
10:28:38 5  quantify it.
10:28:39 6        I think it's well-established.  I think
10:28:41 7  it's well within the communities, the cardiology and
10:28:48 8  medical communities, that smoking is a well-
10:28:50 9  established risk factor and leads to the development
10:28:53 10  of atherosclerosis.
10:28:53 11        Q. Well, VIOXX ingestion is not a well-
10:28:56 12  established risk factor, is it?
10:28:58 13        A. It is not as currently well-established,
10:29:01 14  nor, since it's not on the market anymore, not a
10:29:06 15  current risk factor.
10:29:07 16        Q. It's not as well-established as the
10:29:09 17  traditional risk factors that we listed on Exhibit
10:29:12 18  8, right?
10:29:12 19        A. Correct.
10:29:13 20        Q. There's more disagreement about it than
10:29:16 21  those risk factors, correct?
10:29:17 22        A. There's more discussion in the community
10:29:20 23  and debate, yes.
10:29:21 24        Q. The ones on Exhibit 8 are commonly

36 (Pages 138 to 141)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 142

10:29:24 1 accepted, right?
10:29:24 2    A. On Exhibit 8?  Yes.
10:29:27 3    Q. And they've been studied and reaffirmed
10:29:32 4 time after time, correct?
10:29:33 5    A. Correct.
10:29:34 6    Q. As risk factors?
10:29:35 7    A. Correct.
10:29:36 8    Q. Whereas VIOXX has not undergone that same
10:29:39 9 process, correct?
10:29:40 10    A. The data, there's so much more data out
10:29:43 11 there on the other risk factors to -- yes.
10:29:46 12    Q. So on the traditional risk factors listed
10:29:49 13 in Exhibit 8, there's much more data on those than
10:29:52 14 there is on VIOXX as a risk factor, correct?
10:29:54 15    A. Correct.
10:29:54 16    Q. And that's why there's more -- that's why
10:29:57 17 those are more commonly accepted, correct?  The ones
10:30:00 18 on Exhibit 8 are more commonly accepted?
10:30:02 19    A. They've been around longer and studied
10:30:04 20 longer, yes.
10:30:05 21    Q. And that's important in making medical and
10:30:08 22 scientific judgments, is the sort of repeatability
10:30:11 23 of results, correct?
10:30:12 24    A. That is a factor taken into account in

Page 143

10:30:16 1 making scientific judgments, yes.
10:30:17 2    Q. And that's why those risk factors on
10:30:19 3 Exhibit 8 are established traditional risk factors,
10:30:22 4 whereas VIOXX ingestion is not an established
10:30:26 5 traditional risk factor?
10:30:28 6       MR. BIRCHFIELD:  Object to the form.
10:30:28 7    A. It's not -- it's a newer, it's been
10:30:34 8 identified as a newer risk factor.  It's not been
10:30:37 9 around since -- only since 1998 or '99, and off
10:30:41 10 market since end of '04 or early '05.
10:30:45 11       So the length of exposure, six years,
10:30:47 12 yes; so it's not as well -- it's not a traditional
10:30:50 13 in the sense that we've been using "traditional."
10:30:54 14    Q. But it's also not as well-established as
10:30:56 15 the other risk factors, correct?  It hasn't been
10:30:58 16 studied as much, for example?
10:30:59 17    A. Well, I think it's been under a lot of
10:31:02 18 study recently.  So again, because of the time and
10:31:07 19 the recent identification of it as a risk factor, it
10:31:11 20 has not been studied as much as the other risk
10:31:14 21 factors because the other risk factors have been
10:31:15 22 around for -- were studied of upwards for 30-some-
10:31:19 23 odd years, so....
10:31:20 24    Q. But it's also not as commonly accepted as

Page 144

10:31:23 1 the others; there's more debate about it, correct?
10:31:25 2    A. I don't think the debate's as -- I think
10:31:28 3 the debate is clearly less of a debate now than it
10:31:34 4 was at the beginning.  I think the data is
10:31:37 5 convincing and coming to be substantially
10:31:40 6 overwhelming that VIOXX is a contributor.
10:31:42 7    Q. Is it your testimony that VIOXX is as well
10:31:45 8 accepted as a risk factor as the risk factors on
10:31:49 9 Exhibit 8?
10:31:49 10    A. Well accepted by who?
10:31:51 11    Q. By cardiologists.
10:31:52 12    A. I think it depends on the cardiologist.
10:31:55 13    Q. In the cardiology community, Doctor, is it
10:31:57 14 as well accepted as a risk factor as the risk
10:32:01 15 factors on Exhibit 8?
10:32:02 16    A. Because it's newer, it's been identified as
10:32:05 17 a newer risk factor, it's probably not as well
10:32:07 18 established.
10:32:08 19    Q. It's not as well established?
10:32:09 20    A. Probably not.  I don't know, because I
10:32:12 21 didn't poll the cardiological community.
10:32:14 22    Q. Well, it's not in the AHA brochure, is it?
10:32:17 23    A. No, it was not in the AHA brochure.
10:32:21 24    Q. Do you think it should be?

Page 145

10:32:23 1    A. Now it's irrelevant, since it's not on the
10:32:25 2 market.
10:32:25 3    Q. Well, let's talk about other COX-2
10:32:28 4 inhibitors.  They're still on the market, right?
10:32:32 5    A. One COX-2 inhibitor is on the market, yes.
10:32:32 6    Q. And that's...?
10:32:33 7    A. Celebrex.
10:32:34 8    Q. Do you think Celebrex ingestion is a risk
10:32:36 9 factor for coronary artery disease or heart attack?
10:32:39 10    A. I don't know the data well enough on
10:32:42 11 Celebrex to opine on whether or not it's a risk
10:32:45 12 factor.
10:32:45 13    Q. Well, in your study -- I mean, in your
10:32:46 14 report, you very frequently talk generally about
10:32:49 15 COX-2 inhibitors, don't you?
10:32:50 16    A. Yes.
10:32:51 17    Q. And that's because a lot of the studies and
10:32:53 18 materials you rely on talk about other COX-2
10:32:56 19 inhibitors rather than VIOXX, correct?
10:32:58 20    A. Correct.
10:32:58 21    Q. So do you have an opinion one way or the
10:33:00 22 other about whether Celebrex is a risk factor,
10:33:06 23 Celebrex ingestion is a risk factor for development
10:33:09 24 of atherosclerosis and heart attack?

37 (Pages 142 to 145)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 146

10:33:11  1    A. My opinion is that it's potentially a risk
10:33:16  2  factor, but to a degree that will be less than
10:33:18  3  rofecoxib or VIOXX because of its lack of
10:33:22  4  specificity on COX-2 compared to COX-1; lack of
10:33:28  5  specificity compared to VIOXX.
10:33:30  6    But I haven't reviewed to the greatest
10:33:32  7  detail the clinical epidemiological evidence on
10:33:36  8  Celebrex.
10:33:36  9    Q. Now, you're aware that the FDA has reviewed
10:33:39 10  that information, correct?
10:33:40 11    A. I'm aware the FDA has -- no, actually, I'm
10:33:43 12  not aware of that.
10:33:44 13    Q. Did you read the FDA's 2005, April 2005
10:33:48 14  memorandum on NSAIDs --
10:33:51 15    MR. BIRCHFIELD: Object to form.
10:33:52 16    Q. -- and cardiovascular risk?
10:33:58 17    A. I believe I have, but if you're going to
10:34:00 18  ask me to comment on it, I want to see it.
10:34:02 19    Q. Do you remember, just from your
10:34:04 20  recollection, sitting here, whether the FDA said it
10:34:08 21  was not possible to rank the COX inhibitors and
10:34:11 22  other NSAIDs with respect to cardiovascular risk?
10:34:14 23    MR. BIRCHFIELD: Object to the form.
10:34:14 24    A. I don't remember seeing that, but I'd be

Page 147

10:34:17  1  more than happy to look at it if you can show it to
10:34:20  2  me.
10:34:23  3    Q. Okay. Now, since you've said that to a
10:34:26  4  reasonable degree of medical certainty, you think
10:34:28  5  VIOXX use is a risk factor both for atherosclerosis
10:34:33  6  and heart attack -- right?
10:34:35  7    A. Correct.
10:34:36  8    Q. Why don't you go ahead, then, and write it
10:34:39  9  in on Exhibit 9 --
10:34:41 10    A. I did.
10:34:41 11    Q. -- or 7. Okay; good. And you can go ahead
10:34:44 12  and check those all off, because you think he did
10:34:47 13  all those things, right?
10:34:49 14    MR. BIRCHFIELD: It's 9.
10:34:51 15    MR. OUWELEEN: Sorry?
10:34:52 16    MR. BIRCHFIELD: Exhibit 9.
10:34:53 17    Q. I'm sorry; Exhibit 9.
10:34:55 18    (The witness complied.)
10:35:04 19    Q. All right.
10:35:20 20    MR. BIRCHFIELD: We've been going about
10:35:21 21  an hour.
10:35:22 22    MR. OUWELEEN: Do you want to take a
10:35:23 23  break? We can take a break right now.
10:35:25 24    THE VIDEOGRAPHER: The time is 10:35.

Page 148

10:35:27  1  We're off the record.
10:35:28  2    (Recess taken)
10:44:15  3    THE VIDEOGRAPHER: The time is 10:44.
10:44:16  4  We're back on the record.
10:44:23  5    Q. Dr. Furman, on Page 3 of your report, which
10:44:28  6  is Exhibit 2, you mention that "It was recommended
10:44:40  7  that he," Mr. Dedrick, "begin insulin therapy, but
10:44:45  8  he refused." Do you see that?
10:44:48  9    A. Yes.
10:44:48 10    Q. Why did you mention that in your report?
10:44:51 11    A. I was -- because it happened.
10:44:56 12    Q. Well, you didn't mention everything in his
10:44:59 13  medical history that happened in your report, did
10:45:03 14  you?
10:45:03 15    A. No.
10:45:06 16    Q. So you picked out certain facts that were
10:45:08 17  important, right?
10:45:09 18    A. Yes.
10:45:09 19    Q. And why was that one important?
10:45:11 20    A. As I sit here today, I don't recall why I
10:45:15 21  mentioned that as opposed to other things that
10:45:17 22  weren't mentioned.
10:45:17 23    Q. Well, was it relevant to whether his
10:45:19 24  diabetes was under control?

Page 149

10:45:21  1    A. It is relevant that he was recommended to
10:45:26  2  be given insulin and implies that his diabetes was
10:45:28  3  not controlled. It is relevant that he refused to
10:45:30  4  take insulin, suggesting that his diabetes may
10:45:33  5  continue not to be controlled.
10:45:35  6    Q. Right; and in fact, your review of the
10:45:37  7  medical records indicates that there were many
10:45:39  8  periods before his heart attack when his diabetes
10:45:42  9  was not well-controlled, correct?
10:45:43 10    A. Correct.
10:45:43 11    Q. And the same with his high blood pressure,
10:45:47 12  correct?
10:45:49 13    A. I believe so.
10:45:51 14    Q. And the same with his cholesterol, correct?
10:45:58 15    A. I agree in principle that his cholesterol
10:46:00 16  wasn't well-controlled, but I can't say how well
10:46:02 17  without looking at his numbers again.
10:46:06 18    Q. And his smoking was not controlled at all,
10:46:09 19  correct?
10:46:09 20    A. It was controlled by him.
10:46:12 21    Q. He smoked a lot?
10:46:13 22    A. Correct.
10:46:21 23    Q. Did Mr. Dedrick's age -- how old was he
10:46:26 24  when he had his heart attack?

38 (Pages 146 to 149)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 – November 6, 2006

Page 150

10:46:28  1    A. I believe he was 48.
10:46:29  2    Q. So you checked off that that was one of the
10:46:34  3    risk factors that he had?
10:46:35  4    A. Age greater than 45, yes.
10:46:38  5    Q. Greater than 45; okay. So did his age
10:46:41  6    substantially contribute to his heart attack?
10:46:46  7    A. His age posed him at higher risk for having
10:46:51  8    a heart attack.
10:46:51  9    Q. Did it substantially contribute to his
10:46:53 10    heart attack?
10:46:55 11    A. I don't know exactly what you mean by
10:46:59 12    "substantially contributed."
10:47:00 13    Q. The reason I'm using that phrase,
10:47:03 14    Dr. Furman, is that when you gave your opinion about
10:47:05 15    VIOXX --
10:47:06 16    A. Yes.
10:47:06 17    Q. -- in your report, your opinion is, on Page
10:47:16 18    4, that VIOXX, quote, "substantially contributed to
10:47:21 19    the development of his inferior wall ST segment
10:47:26 20    elevation myocardial infarction." Do you see that?
10:47:30 21    A. Yes.
10:47:31 22    Q. So when you gave your opinion, you said
10:47:35 23    that VIOXX substantially contributed to the
10:47:37 24    development of the heart attack, did you mean that

Page 151

10:47:41  1    it -- when you say it contributed to the
10:47:45  2    development, what does that mean? What does "the
10:47:51  3    development" mean?
10:47:52  4    A. That it played a role -- since a heart
10:47:56  5    attack is a process, it contributed to a component
10:48:01  6    of that process.
10:48:05  7    Q. So in laymen's terms, when somebody says
10:48:12  8    something substantially contributed to the
10:48:13  9    development of a heart attack, is that saying it
10:48:16 10    caused the heart attack?
10:48:17 11    A. There's no one cause. There's no -- for
10:48:23 12    example, if you shoot someone, is the cause the
10:48:31 13    bullet hitting the head? The person pulling the
10:48:35 14    trigger? Putting the bullet in there? It's a
10:48:37 15    process, the whole thing together.
10:48:40 16        So it contributed to part of the process
10:48:41 17    that led to that heart attack on January 8, 2003.
10:48:49 18    Q. And did the VIOXX, in your view,
10:49:03 19    substantially contribute to the initiation of the
10:49:06 20    heart attack?
10:49:10 21    A. Again, it's a process. It contributed to
10:49:18 22    part of the process.
10:49:21 23    Q. What part of the process?
10:49:23 24    A. It contributed by placing him at a higher

Page 152

10:49:28  1    prothrombotic risk and may have placed him at risk
10:49:37  2    with plaque progression or instability, but mostly
10:49:41  3    at prothrombotic risk.
10:49:47  4    Q. How about atherosclerosis?
10:49:51  5    A. What about atherosclerosis?
10:49:52  6    Q. Did it contribute to his atherosclerosis,
10:49:54  7    VIOXX?
10:49:57  8    A. It potentially could have contributed to
10:50:00  9    his atherosclerosis.
10:50:00 10    Q. Well, did it more likely than not
10:50:02 11    contribute?
10:50:03 12    A. More likely than not, it was a contributor
10:50:05 13    to his atherosclerosis.
10:50:06 14    Q. So it's your opinion to a reasonable degree
10:50:09 15    of medical certainty that VIOXX contributed to
10:50:15 16    Mr. Dedrick's atherosclerosis, correct?
10:50:18 17    A. Correct.
10:50:18 18    Q. Did it substantially contribute to that
10:50:21 19    atherosclerosis?
10:50:24 20    A. I don't know what you mean by
10:50:28 21    "substantially contributed" to his atherosclerosis.
10:50:31 22    Q. Well, do you know what you mean by
10:50:33 23    "substantially contributed"?
10:50:35 24    A. It depends on what we're talking about.

Page 153

10:50:37  1    Q. We're talking about Paragraph -- the last
10:50:40  2    paragraph on Page 4 of your report. In the third
10:50:45  3    line, you say "VIOXX substantially contributed." Do
10:50:48  4    you see that?
10:50:49  5    A. Correct.
10:50:50  6    Q. What does "substantially contributed" there
10:50:52  7    mean?
10:50:52  8    A. That if it wasn't for VIOXX, more likely
10:50:59  9    than not he would not have had that heart attack in
10:51:01 10    January of 2003.
10:51:02 11    Q. So if it wasn't for VIOXX, more likely than
10:51:05 12    not he would not have had the heart attack?
10:51:10 13    A. That heart attack in January of 2003.
10:51:12 14    Q. You're qualifying. What do you mean when
10:51:15 15    you say "that heart attack"?
10:51:17 16    A. I can't say that he -- because that's the
10:51:19 17    only heart attack he had, I can't predict what could
10:51:23 18    have happened in the future. I wish I had a magic
10:51:28 19    glass to predict the future, but I can't.
10:51:35 20        I can say that this is the heart attack
10:51:37 21    we're dealing with, and that if it wasn't for VIOXX,
10:51:39 22    he would not have had that heart attack.
10:51:41 23    Q. Well, if he hadn't been taking VIOXX, can
10:51:47 24    you say to a reasonable degree of medical certainty

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 154

10:51:50 1 that he wouldn't have had a heart attack?
10:51:53 2     A. I can't say that.
10:51:55 3     Q. Cannot?
10:51:56 4     A. I can only say what -- I can only opine on
10:52:00 5 what actually happened, and to a reasonable degree
10:52:04 6 of medical certainty, his ingestion of VIOXX
10:52:06 7 substantially contributed to his heart attack on
10:52:09 8 January 8, 2003.
10:52:11 9     Q. But I just want to be sure we're on the
10:52:13 10 same page here, okay? So if you take Exhibit 8 and
10:52:17 11 Exhibit 9 -- can you pick those up? Exhibit 9 shows
10:52:27 12 Mr. Dedrick with all of the traditional factors plus
10:52:30 13 ingestion of VIOXX, right?
10:52:31 14     A. Correct.
10:52:32 15     Q. And Exhibit 8 is a list of the risk factors
10:52:34 16 not including ingestion of VIOXX, okay?
10:52:36 17     A. Correct.
10:52:38 18     Q. So if Mr. Dedrick looked like, if his risk
10:52:44 19 factor profile looked like Exhibit 8 and not like
10:52:46 20 Exhibit 9 because he did not take any VIOXX, can you
10:52:51 21 say that, to a reasonable degree of medical
10:52:58 22 certainty, that his heart attack would not have
10:53:01 23 occurred anyway?
10:53:05 24     A. I can't comment on what didn't or couldn't

Page 155

10:53:09 1 have happened. I can only comment on what did
10:53:11 2 happen. So I can't opine on whether he would have
10:53:14 3 had that heart attack in the absence of --
10:53:17 4     Q. Well --
10:53:18 5     A. I can't opine on something that didn't
10:53:22 6 happen in that context.
10:53:23 7        I can say that my opinion, supported by
10:53:31 8 scientific -- supported by evidence, that VIOXX
10:53:33 9 substantially contributed to the heart attack he
10:53:35 10 suffered on January 8, 2003.
10:53:37 11     Q. But when I asked you a minute ago what you
10:53:39 12 meant by "substantially contributed," what you said
10:53:42 13 was, if he had not taken the VIOXX -- that's a
10:53:45 14 counterfactual hypothetical, correct? You said, "My
10:53:48 15 opinion is, if he had not taken the VIOXX, he would
10:53:51 16 not have had the heart attack"?
10:53:53 17     A. I'm not familiar with the term
10:53:54 18 "counterfactual hypothetical."
10:53:56 19     Q. We'll leave that term aside, okay? When I
10:53:58 20 asked you a minute ago what did you mean by
10:54:00 21 "substantially contributed," you said if it wasn't
10:54:01 22 for VIOXX, he wouldn't have had the heart attack.
10:54:03 23     A. Wouldn't have had the heart attack, yes.
10:54:06 24     Q. So there you're opining about something

Page 156

10:54:08 1 that didn't actually happen, because he did actually
10:54:11 2 take the VIOXX, right?
10:54:12 3     A. You asked me what I meant by "substantially
10:54:14 4 contributed." That's how I defined "substantially
10:54:17 5 contributed."
10:54:17 6     Q. But your opinion about what happened is
10:54:19 7 that the VIOXX substantially contributed; and when
10:54:22 8 you say what your opinion means, it's that if he
10:54:25 9 didn't take the VIOXX, he would not have had the
10:54:28 10 heart attack, correct?
10:54:28 11     A. Correct.
10:54:30 12     Q. So there you are, opining about, if he did
10:54:33 13 not take the VIOXX, which didn't happen, correct?
10:54:37 14        MR. BIRCHFIELD: Object to the form.
10:54:38 15     A. I'm not sure that it falls into the same
10:54:41 16 logic, but -- that may be my thinking about it,
10:54:48 17 but --
10:54:48 18     Q. Okay, look; if he didn't take VIOXX --
10:54:49 19     A. I believe I answered the question, though.
10:54:51 20     Q. Well, I want a nice clear answer.
10:54:54 21        If he didn't take -- if he never took
10:54:57 22 VIOXX, right, can you say to a reasonable degree of
10:55:00 23 medical certainty that he would not have had a heart
10:55:03 24 attack?

Page 157

10:55:05 1        MR. BIRCHFIELD: Object to form.
10:55:06 2     A. I cannot say that.
10:55:07 3     Q. Can you say, therefore, to a reasonable
10:55:09 4 degree of medical certainty that if he had not taken
10:55:12 5 VIOXX, he would not have had a heart attack on
10:55:16 6 January 8, 2003?
10:55:24 7     A. But the issue is that he did take the
10:55:26 8 VIOXX.
10:55:26 9     Q. Okay; I understand he took the VIOXX, all
10:55:29 10 right? My question is, if he did not take the
10:55:33 11 VIOXX, you cannot say to a reasonable degree of
10:55:36 12 medical certainty that he would not have had that
10:55:39 13 same heart attack on January 8, 2003, correct?
10:55:43 14     A. I couldn't say what would happen that
10:55:46 15 didn't happen; yes, I agree.
10:55:48 16     Q. So you agree with my statement, correct?
10:55:50 17     A. Yes.
10:55:50 18     Q. You can't tell us that the heart attack
10:55:52 19 would not have occurred if he only had not taken
10:55:56 20 VIOXX?
10:55:56 21        MR. BIRCHFIELD: Object to the form.
10:55:58 22     A. The VIOXX -- again, I'll state it again.
10:56:00 23 The VIOXX substantially contributed. If it were not
10:56:04 24 for the VIOXX that he took, more likely than not he

40 (Pages 154 to 157)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 158

10:56:06  1   would not have had that heart attack.
10:56:10  2       Q. Okay.
10:56:10  3       A. So if you keep on asking me the same
10:56:18  4   question, the answer is, if he didn't take the
10:56:21  5   VIOXX, he would not have had that heart attack, more
10:56:23  6   likely than not.
10:56:25  7       Q. Well, let's back up a second, okay? That's
10:56:30  8   the opposite of the answer you gave a second ago.
10:56:32  9   So I just want --
10:56:33 10       A. I'm getting confused.
10:56:34 11           MR. BIRCHFIELD: Object to form.
10:56:35 12       Q. I'm sorry; I just want to be sure what is
10:56:37 13   your real position, okay?
10:56:38 14           So can you say to a reasonable degree of
10:56:41 15   medical certainty that if Mr. Dedrick had never
10:56:47 16   taken VIOXX, he would have avoided having a heart
10:56:53 17   attack on January 8, 2003?
10:57:00 18       A. To a reasonable degree of medical
10:57:02 19   certainty, he would not have had the heart attack on
10:57:08 20   January 8, 2003.
10:57:11 21       Q. All right. So you believe you can say that
10:57:13 22   if he had never taken VIOXX, more likely than not he
10:57:17 23   would not have had a heart attack that day? That's
10:57:19 24   your opinion?

Page 159

10:57:21  1       A. As compared to -- yes. The chance of him
10:57:24  2   having the heart attack on that day off of VIOXX is
10:57:27  3   much less than it is on the VIOXX. So therefore,
10:57:30  4   that's how I base my opinion.
10:57:33  5       Q. Can you say to a reasonable degree of
10:57:37  6   medical certainty that if Mr. Dedrick had not taken
10:57:41  7   VIOXX, he would not have had a heart attack on some
10:57:46  8   other day?
10:57:47  9       A. I can't say that.
10:57:48 10       Q. So he might have had the heart attack the
10:57:51 11   next day, if he had not taken VIOXX?
10:57:53 12           MR. BIRCHFIELD: Object to the form.
10:57:55 13       A. If -- right, he may have had a heart attack
10:57:59 14   in the future; and the future could be any other
10:58:02 15   time.
10:58:02 16       Q. Any other time; all right.
10:58:06 17           And so is it your view that the VIOXX
10:58:10 18   primarily determined when his heart attack occurred
10:58:14 19   as opposed to whether he had a heart attack?
10:58:16 20       A. My view is that VIOXX substantially
10:58:19 21   increased his risk of developing a heart attack.
10:58:22 22       Q. My question was different, though.
10:58:23 23       A. I can't answer your question.
10:58:25 24       Q. Well, you testified a moment ago that you

Page 160

10:58:27  1   can't say that he would not have had a heart attack
10:58:30  2   at some different time if he had not taken VIOXX,
10:58:35  3   correct?
10:58:39  4       A. Right. I said that.
10:58:44  5       Q. So really, your opinion about what the
10:58:46  6   VIOXX did was, it made the heart attack happen on
10:58:49  7   January 8, 2003 as opposed to some different time,
10:58:52  8   correct?
10:58:52  9       A. You can't identify the precipitant cause in
10:58:57 10   any particular event. What you can do is take the
10:59:00 11   literature and the evidence out there and say, what
10:59:03 12   are the risks of that event happening in this
10:59:06 13   patient?
10:59:07 14           And we do know that in a patient like
10:59:09 15   Mr. Dedrick, with multiple risk factors, that VIOXX
10:59:14 16   increases, substantially increases his risk of
10:59:18 17   developing a heart attack.
10:59:19 18       Q. Okay.
10:59:19 19       A. And based on that, such as -- you can't
10:59:23 20   argue that if he wasn't smoking, which you say,
10:59:28 21   which we all agree with, is a risk factor, if we
10:59:31 22   took away smoking, you can't say that he wouldn't
10:59:33 23   have had a heart attack eventually.
10:59:37 24       Q. Okay; hold on a second. So you cannot --

Page 161

10:59:40  1   can you say to a reasonable degree of medical
10:59:42  2   certainty that if he did not smoke, he would not
10:59:45  3   have had the heart attack on January 8, 2003?
10:59:51  4       A. Smoking contributed to the development of
10:59:53  5   atherosclerosis and his heart attack. You can say
10:59:56  6   that. What you can't --
10:59:56  7       Q. No, no, no. Can you say --
10:59:57  8           MR. BIRCHFIELD: Let him finish.
10:59:59  9           MR. OUWELEEN: I mean, he just said it a
11:00:01 10   minute ago, so I was just confirming what he said,
11:00:03 11   which is --
11:00:04 12           MR. BIRCHFIELD: But don't cut him off.
11:00:08 13   That's all I'm asking.
11:00:08 14       Q. All right; go ahead, Doctor.
          15       A. I forgot what I was going to say.
11:00:10 16       Q. My question is, can you say to a reasonable
11:00:12 17   degree of medical certainty that if he did not
11:00:16 18   smoke, he would not have had the heart attack when
11:00:19 19   he had it?
11:00:20 20       A. I can't answer the smoking. I was using
11:00:27 21   that as a risk factor example.
11:00:29 22       Q. You can't answer that one, either?
11:00:31 23       A. Wait. I'm trying to get this clear so you
11:00:37 24   can stop -- so we can go to the next set of

41 (Pages 158 to 161)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 162

11:00:39  1   questions.
11:00:40  2       Q. We're going to spend some time on this set
11:00:42  3   of questions, I'm afraid. Go ahead.
11:00:44  4       A. I'm afraid that's the case, too.
11:00:46  5           The evidence suggests, and I think very
11:00:50  6   few people will disagree, that in patients with
11:00:52  7   multiple risk factors, such as Mr. Dedrick, patients
11:00:57  8   who take VIOXX are more likely than those that don't
11:01:00  9   take VIOXX to have a heart attack. The attributable
11:01:03 10   risk -- the relative risk is high, up to four to
11:01:06 11   eight times normal, than people who don't take
11:01:10 12   VIOXX. That's the VIGOR study.
11:01:14 13           Therefore, if you're calculating
11:01:18 14   attributable relative risk, which calculates how
11:01:21 15   likely the event is to occur, you have an attributed
11:01:29 16   relative risk of four -- of almost 60 to 70, 80
11:01:35 17   percent, depending on which category you put
11:01:37 18   Mr. Dedrick in based on the high-risk population,
11:01:40 19   the subpopulation in VIGOR.
11:01:42 20           Therefore, more likely than not, the
11:01:45 21   VIOXX contributed to his heart attack.
11:01:48 22           Patients on VIOXX like Mr. Dedrick had
11:01:51 23   more heart attacks than those not on VIOXX.
11:01:57 24   Therefore, in my opinion, VIOXX was a substantial

Page 163

11:02:00  1   contributor to his heart attack.
11:02:01  2       Q. Are you done?
11:02:03  3       A. Yes.
11:02:04  4       Q. Okay. Let's go back to smoking. Can you
11:02:09  5   say to a reasonable degree of medical certainty that
11:02:13  6   if Mr. Dedrick did not smoke, he would not have had
11:02:17  7   his heart attack when he did?
11:02:19  8       A. I can't comment on that.
11:02:20  9       Q. You can't opine one way or the other on
11:02:23 10   that?
11:02:23 11       A. No.
11:02:23 12       Q. Let's go through the other ones. Can you
11:02:26 13   say that if Mr. Dedrick did not have hypertension,
11:02:30 14   he would not have had his heart attack the day he
11:02:35 15   had it?
11:02:37 16       A. I have no opinion -- I have no factual -- I
11:02:41 17   have no way of making that opinion. I don't know
11:02:43 18   the relative risk of a population of hypertensives
11:02:48 19   with all the other risk factors, if you subtract the
11:02:53 20   hypertension, what his relative risk, or attributed
11:02:56 21   relative risk of developing a heart attack is. So I
11:02:59 22   have no basis to make that assessment.
11:03:00 23           Same thing with smoking. Smoking was a
11:03:02 24   poor example. I was trying to demonstrate my logic.

Page 164

11:03:05  1       Q. So how about diabetes, then? Can you say
11:03:08  2   with a reasonable degree of medical certainty that
11:03:10  3   if he had not been diabetic, he would not have had
11:03:12  4   the heart attack?
11:03:13  5       A. I can't say one way or another.
11:03:15  6       Q. How about hyperlipidemia? Can you say if
11:03:19  7   he was not hyperlipidemic, he would not have had the
11:03:21  8   heart attack?
11:03:22  9       A. Again, same answer.
11:03:23 10       Q. All right. How about --
11:03:23 11           MR. BIRCHFIELD: Can I interrupt you for
11:03:25 12   just a second? As you go through the list, are you
11:03:27 13   talking about the heart attack on that day, or are
11:03:29 14   you talking --
11:03:29 15       Q. I'm talking about the heart attack on that
11:03:31 16   day. Is that clear?
11:03:32 17       A. That's what my understanding is.
11:03:33 18       Q. And can you say that if he had not had low
11:03:39 19   HDL, that he would not have had the heart attack?
11:03:40 20   Can you opine on that one way or the other?
11:03:43 21       A. Same answer, and for all the risk factors.
11:03:46 22       Q. For all the risk factors except VIOXX,
11:03:48 23   right?
11:03:48 24       A. Except for the VIOXX because -- yes.

Page 165

11:03:50  1       Q. So for VIOXX, unlike all the risk factors,
11:03:52  2   you believe that you can say that if he did not take
11:03:55  3   VIOXX, he would not have had the heart attack on
11:03:58  4   that day?
11:03:58  5       A. More likely than not, he would not have had
11:04:01  6   the heart attack on that day.
11:04:02  7       Q. Now, why is it that VIOXX is so different
11:04:04  8   from all the other risk factors in that way?
11:04:08  9       A. Because when you look at the VIGOR study,
         10   which looked at people that -- when you look at the
11:04:11 11   VIGOR study, those patients on VIOXX, with all the
11:04:15 12   risk factors, whether they had them or not, were
11:04:18 13   more likely to have a myocardial infarction and a
11:04:22 14   thrombotic event than those not on VIOXX.
11:04:25 15           So all things are equal, everything is
11:04:27 16   equal except the VIOXX, presumably. The population
11:04:29 17   is randomized -- right? -- in the study. Everything
11:04:33 18   is equal. The only differential is VIOXX. VIOXX
11:04:38 19   use increased MI risk.
11:04:40 20           To answer the question on hypertensives,
11:04:44 21   then you would need to have a study of every other
11:04:47 22   risk -- hypertensive and all the same stuff that
11:04:50 23   Mr. Dedrick had or similar stuff that Mr. Dedrick
11:04:52 24   had, and the modifying variable be hypertensives.

42 (Pages 162 to 165)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

Page 166

| | | |
|---|---|---|
| 11:04:56 | 1 | I don't know the data on the |
| 11:04:58 | 2 | attributable relative risk of hypertensive with all |
| 11:05:01 | 3 | the risk factors. I do know it on VIOXX because |
| 11:05:04 | 4 | that's what you can calculate from the VIGOR study. |
| 11:05:06 | 5 | There's an increased harm signal with the VIOXX |
| 11:05:09 | 6 | study. Therefore, more likely than not, the VIOXX |
| 11:05:12 | 7 | contributed to it. |
| 11:05:13 | 8 | Q. So you don't know what the relative risks |
| 11:05:16 | 9 | are of all of the other risk factors like smoking |
| 11:05:18 | 10 | and hypertension and diabetes, correct? |
| 11:05:20 | 11 | A. It depends on, the relative risk in whom? |
| 11:05:23 | 12 | Q. Do you know what the relative risk was for |
| 11:05:25 | 13 | Mr. Dedrick on any of those things? |
| 11:05:28 | 14 | A. In Mr. Dedrick, the relative risk for what? |
| 11:05:31 | 15 | Q. For smoking or hypertension -- |
| 11:05:33 | 16 | A. For development of what? |
| 11:05:34 | 17 | Q. Heart attack or coronary artery disease. |
| 11:05:36 | 18 | A. So to calculate the attributable risk of |
| 11:05:41 | 19 | smoking in Mr. Dedrick, you would have to have a |
| 11:05:44 | 20 | study of -- |
| 11:05:45 | 21 | Q. My question is just whether you know what |
| 11:05:47 | 22 | it is, really, not what you would have to do to |
| 11:05:49 | 23 | calculate it. |
| 11:05:49 | 24 | A. Well, I'm saying it's not known, the role |

Page 167

| | | |
|---|---|---|
| 11:05:52 | 1 | of the attributable relative risk of Mr. Dedrick in |
| 11:05:57 | 2 | those areas. I don't think it's known. |
| 11:05:58 | 3 | Q. So you don't know what the attributable |
| 11:06:00 | 4 | relative risk is for any of the other risk factors, |
| 11:06:02 | 5 | correct, for Mr. Dedrick? |
| 11:06:03 | 6 | A. For Mr. Dedrick, correct. |
| 11:06:04 | 7 | Q. Do you know what the attributable relative |
| 11:06:08 | 8 | risk was for VIOXX for Mr. Dedrick? |
| 11:06:08 | 9 | A. Yes. |
| 11:06:08 | 10 | Q. What was it? |
| 11:06:09 | 11 | A. If you consider him a high-risk category -- |
| 11:06:11 | 12 | and I want to make sure I have the number right -- |
| 11:06:14 | 13 | the relative risk was eight to nine times, so the |
| 11:06:18 | 14 | attributed relative risk is eight-ninths, assuming |
| 11:06:22 | 15 | -- which is 70-some-odd percent. |
| 11:06:24 | 16 | If you look at overall relative risk of |
| 11:06:27 | 17 | all comers, not just the aspirin-indicated patients, |
| 11:06:31 | 18 | the relative risk is four to five times; so that's |
| 11:06:36 | 19 | close to 80 percent, also. |
| 11:06:38 | 20 | Q. What was the relative risk, in your view, |
| 11:06:50 | 21 | that VIOXX imposed on Mr. Dedrick? Which one of |
| 11:06:56 | 22 | those numbers was it? |
| 11:07:18 | 23 | A. It was 4.89. |
| 11:07:19 | 24 | Q. So in your view, VIOXX gave Mr. Dedrick a |

Page 168

| | | |
|---|---|---|
| 11:07:28 | 1 | 4.89 relative risk of -- |
| 11:07:32 | 2 | A. Developing a cardiovascular event. |
| 11:07:35 | 3 | Q. A heart attack or a stroke or something |
| 11:07:37 | 4 | like that? |
| 11:07:37 | 5 | A. Correct. |
| 11:07:38 | 6 | Q. And what was the relative risk that VIOXX |
| 11:07:43 | 7 | gave Mr. Dedrick in terms of developing |
| 11:07:45 | 8 | atherosclerosis? |
| 11:07:48 | 9 | A. I don't know. |
| 11:07:49 | 10 | Q. Don't know; okay. So 4.89, in your view, |
| 11:07:54 | 11 | is the relative risk for Mr. Dedrick of a coronary |
| 11:07:59 | 12 | event from VIOXX, correct? |
| 11:08:00 | 13 | A. Correct. |
| 11:08:00 | 14 | Q. You don't know the relative risk from any |
| 11:08:02 | 15 | of the other risk factors, correct? |
| 11:08:03 | 16 | A. There's no data for that, so therefore I |
| 11:08:06 | 17 | don't know it. |
| 11:08:07 | 18 | Q. And the basis of the 4.89 relative risk is |
| 11:08:15 | 19 | the VIGOR study, correct? |
| 11:08:17 | 20 | A. Yes. |
| 11:08:20 | 21 | Q. All right; we'll come back to that later. |
| 11:08:23 | 22 | So in your view, did -- just to be clear |
| 11:08:34 | 23 | on one other thing: What was Mr. Dedrick's relative |
| 11:08:38 | 24 | risk of VIOXX use on September 7 -- I mean, January |

Page 169

| | | |
|---|---|---|
| 11:08:44 | 1 | 7, 2003? |
| 11:08:47 | 2 | A. Well, he was 100 percent because he was |
| 11:08:50 | 3 | taking VIOXX, so I think you asked the question |
| 11:08:52 | 4 | wrong. |
| 11:08:52 | 5 | Q. I'm sorry. What was the relative risk due |
| 11:08:55 | 6 | to VIOXX of having a heart attack on January 7, |
| 11:08:59 | 7 | 2003? |
| 11:09:00 | 8 | A. January 7 is similar, 4.89. |
| 11:09:03 | 9 | Q. And on December 10 of 2002, what was the |
| 11:09:09 | 10 | relative risk from VIOXX that he would have a heart |
| 11:09:13 | 11 | attack? |
| 11:09:14 | 12 | A. More likely around 4.89. |
| 11:09:18 | 13 | Q. Around 4.89. And was his relative risk on |
| 11:09:23 | 14 | VIOXX 4.89, his relative risk of having a heart |
| 11:09:28 | 15 | attack due to VIOXX 4.89 for the whole time that he |
| 11:09:31 | 16 | was on VIOXX? |
| 11:09:32 | 17 | A. Probably, but I don't know. There's no way |
| 11:09:34 | 18 | to know that. |
| 11:09:35 | 19 | Q. To the best of your knowledge? |
| 11:09:36 | 20 | A. To the best of my knowledge, it would -- |
| 11:09:40 | 21 | there's probably a degree of run-up to achieve VIOXX |
| 11:09:46 | 22 | risk; you need to be exposed for a certain amount of |
| 11:09:48 | 23 | time. I don't know the right answer, how much time; |
| 11:09:51 | 24 | but certainly within a few weeks he would have a |

43 (Pages 166 to 169)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 170

11:09:56 1    4.89.

11:09:56 2         All I could say is that within close to
11:10:00 3    nine months of treatment, which is what the VIGOR
11:10:02 4    study was, it was close to 4.89.
11:10:05 5         Q. So, say, starting from the period a month
11:10:08 6    after he started taking VIOXX, his relative risk of
11:10:11 7    having a heart attack due to the VIOXX was 4.89,
11:10:14 8    correct?
11:10:15 9         A. Probably. There's no way to know, but
11:10:17 10   probably.
11:10:17 11        Q. As best -- well, and you're as certain that
11:10:20 12   his relative risk was 4.89 then than that it was
11:10:25 13   4.89 on the day that he had his heart attack, right?
11:10:29 14        A. Correct.
11:10:30 15        Q. Why didn't he have a heart attack on
11:10:33 16   January 7, 2003?
11:10:35 17        A. I don't know.
11:10:48 18        Q. And if he did not ever take VIOXX, you
11:10:52 19   can't say to a reasonable degree of medical
11:10:59 20   certainty that he would not have had a heart attack
11:11:01 21   on January 9, 2003, can you?
11:11:04 22        MR. BIRCHFIELD: Object to form.
11:11:05 23        A. More likely than not, he would not have had
11:11:08 24   a heart attack.

Page 171

11:11:09 1         Q. So in your view, if he did not take VIOXX,
11:11:13 2    when is the first date when you think more likely
11:11:17 3    than not he could have had a heart attack?
11:11:21 4         MR. BIRCHFIELD: Object to form.
11:11:22 5         A. I'm sorry; I don't understand the question.
11:11:24 6         Q. So you think on January 9, 2003, right, if
11:11:28 7    he had not been taking VIOXX, you can say to a
11:11:30 8    reasonable degree of medical certainty that with all
11:11:32 9    the risk factors on Exhibit 8, Mr. Dedrick would not
11:11:39 10   have had a heart attack?
11:11:40 11        MR. BIRCHFIELD: Object to the form.
11:11:41 12        Q. Is that correct?
11:11:42 13        A. I can't say -- all I could say is that his
11:11:46 14   risk was higher on the VIOXX as long as he took it
11:11:49 15   than off the VIOXX; and since, as we point out,
11:11:52 16   there's other things associated with the development
11:11:55 17   of myocardial infarction independent of VIOXX, I
11:11:57 18   can't say which one did or didn't do it.
11:12:00 19        All I can say is the data suggests -- or
11:12:02 20   the data shows, doesn't even suggest, shows that his
11:12:05 21   relative risk is 4.89 times higher than if he wasn't
11:12:08 22   on VIOXX.
11:12:09 23        Q. Okay; my question is different. The
11:12:11 24   question is this: Given a patient with the risk

Page 172

11:12:14 1    factors on Exhibit 8, can you say -- this is a yes
11:12:18 2    or no -- to a reasonable degree of medical certainty
11:12:20 3    that that person would not have a heart attack on
11:12:23 4    January 9, 2003?
11:12:25 5         MR. BIRCHFIELD: Object to form.
11:12:28 6         A. Yes, I could make an opinion on that. I
11:12:32 7    could say to a reasonable degree of medical
11:12:34 8    certainty, he would not have had a heart attack.
11:12:36 9         Q. On January 9, 2003?
11:12:38 10        A. Yes.
11:12:38 11        Q. All right. How about March 9, 2003?
11:12:42 12        A. Yes.
11:12:46 13        Q. How about March 9, 2004?
11:12:51 14        A. I don't know what he's like on March 9,
11:12:53 15   2003.
11:12:53 16        Q. It's Mr. Dedrick with the risk factors on
11:12:56 17   8.
11:12:57 18        A. Yes.
11:12:59 19        Q. So a little while ago, I asked you if you
11:13:01 20   could say to a reasonable degree of medical
11:13:03 21   certainty if Mr. Dedrick, without ever taking VIOXX,
11:13:08 22   if he had never taken VIOXX, can you say he would
11:13:11 23   not ever have had a heart attack? And you said,
11:13:15 24   "No, I can't say that."

Page 173

11:13:16 1         A. Correct.
11:13:16 2         Q. Now I'm going through date by date, and for
11:13:19 3    every one of the dates I suggest, you say, "Oh, yes,
11:13:23 4    I can say on that day he would not have had a heart
11:13:25 5    attack without taking VIOXX." Is that correct?
11:13:28 6         A. That is what you're doing, yes.
11:13:30 7         Q. And that's your testimony, though, correct?
11:13:31 8         A. I'm answering -- yes.
11:13:34 9         Q. You could say that on March 4, 2004,
11:13:37 10   Mr. Dedrick, with all these risk factors, would not
11:13:40 11   have had a heart attack?
11:13:41 12        A. Statistically, he would not have had a
11:13:43 13   heart attack. So if you're asking -- we could go
11:13:48 14   here through infinity on dates; but if you're
11:13:51 15   asking, can you say on a specific date would he have
11:13:54 16   had a heart attack? Statistically he would not have
11:13:57 17   had a heart attack because most people, you can't
11:13:59 18   statistically -- more people than not don't have
11:14:02 19   heart attacks every day. So you're playing a
11:14:05 20   statistics game.
11:14:06 21        So all I could say is that Mr. Dedrick,
11:14:09 22   because of his ingestion of VIOXX, increased his
11:14:23 23   relative risk 4.89 times, which is an enormously
11:14:15 24   large signal. You calculate the attributable

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 – November 6, 2006

Page 174

11:14:18 1 relative risk of close to 80 percent -- or maybe
11:14:21 2 more; I'm not doing the math right now -- that is a
11:14:24 3 substantial contributing factor in the development
11:14:26 4 of his heart attack.
11:14:27 5          Is it the only factor?  Probably not.
11:14:29 6 But it's definitely a substantially contributing
11:14:32 7 factor.
11:14:32 8          So all I can say to you is that if
11:14:36 9 Mr. Dedrick wasn't taking VIOXX when he was taking
11:14:38 10 it on January 3 -- January 8, 2003, more likely than
11:14:41 11 not he would not have had that heart attack.
11:14:43 12     Q.  Okay.  So the basis, what makes you sure
11:14:45 13 that he would not have had the heart attack but for
11:14:48 14 taking the VIOXX is the relative risk, correct?
11:14:51 15     A.  Correct.
11:14:52 16     Q.  And that same relative risk he had a month
11:14:55 17 earlier, correct?
11:14:56 18     A.  Correct.
11:14:56 19     Q.  So you would have to say on that day a
11:14:59 20 month earlier that more likely than not, if he had
11:15:03 21 had a heart attack on that day, VIOXX was the cause
11:15:05 22 of that one, too?
11:15:07 23          MR. BIRCHFIELD:  Object to the form.
11:15:08 24     A.  If it's within the run-up period of the

Page 175

11:15:12 1 harm from VIOXX, which is usually 30 days, by the
11:15:15 2 observational studies, yes.  So within 30 days of
11:15:17 3 his ingestion, probably sooner, but at least within
11:15:20 4 30 days of his ingestion, I'm comfortable to say
11:15:24 5 that his relative risk is higher with the VIOXX than
11:15:27 6 without.
11:15:27 7     Q.  Is it true that anybody who, in your view,
11:15:30 8 therefore, that had a relative risk of 4.89 of
11:15:33 9 having a heart attack due to VIOXX, that of any
11:15:40 10 person who had a heart attack in that category of
11:15:44 11 relative risk, the heart attack was due to VIOXX?
11:15:46 12     A.  Again, I can't say due to, because there's
11:15:55 13 no one -- you can't identify, for example, why that
11:15:59 14 plaque ruptured at that moment.
11:16:02 15          But I can tell you that on a population-
11:16:05 16 based study, when you're applying him as a subgroup
11:16:10 17 of a population, the relative risk -- the
11:16:12 18 attributable risk of the VIOXX is four point -- is
11:16:18 19 75, 80 percent.  Therefore, the VIOXX, in my mind,
11:16:24 20 substantially contributed to his heart attack.
11:16:26 21     Q.  And you haven't calculated the attributable
11:16:29 22 risk for any of the other risk factors, correct?
11:16:31 23     A.  I don't believe you can.
11:16:32 24     Q.  And so you have not done it, correct?

Page 176

11:16:38 1     A.  I have not done it.
11:16:39 2     Q.  Now, attributable risk, how is attributable
11:16:44 3 risk calculated from relative risk?
11:16:46 4     A.  It's my understanding, in the way I've been
11:16:48 5 using it, is relative risk minus 1 over the relative
11:16:52 6 risk.  So in this instance, it's 4.89 minus 1, 3.89
11:16:57 7 over 4.89.
11:16:59 8     Q.  And when was the first time that you ever
11:17:01 9 heard of this concept of attributable risk?
11:17:05 10     A.  I have no clue.
11:17:06 11     Q.  No idea?
11:17:07 12     A.  No.  I mean, I've used that concept before.
11:17:09 13 It's been bandied about before.
11:17:12 14     Q.  Have you ever used it in diagnosing or
11:17:15 15 treating a patient?
11:17:17 16     A.  No.
11:17:20 17     Q.  Have you ever told a patient what you think
11:17:22 18 caused their heart attack?
11:17:24 19     A.  I'd never say what are causes.  I'd say,
11:17:27 20 "These are the factors that are associated with your
11:17:29 21 heart attack."
11:17:31 22          Patients want, as you are asking, want
11:17:34 23 one cause.  There isn't one cause that you can give
11:17:39 24 them; it's a statistical approach of population-

Page 177

11:17:43 1 based studies which show what are the risk factors
11:17:45 2 for the development of that?
11:17:46 3     Q.  But you're not saying that VIOXX was just a
11:17:50 4 statistical study associated with heart attack,
11:17:54 5 right?  You're saying that it caused his heart
11:17:56 6 attack?
11:17:57 7     A.  I'm saying it substantially contributed to
11:17:59 8 his heart attack.  It wasn't the only cause.
11:18:02 9     Q.  Do you ever give your patients opinions
11:18:05 10 about what substantially contributed to their heart
11:18:07 11 attacks?
11:18:07 12     A.  I don't use that term in clinical.  That's
11:18:10 13 a --
11:18:11 14     Q.  That's sort of a medical-legal term?
11:18:13 15     A.  That's a medical-legal term.  Yes, it's a
11:18:16 16 medical-legal term; I don't use that in --
11:18:17 17     Q.  So in your clinical practice, you've never
11:18:19 18 told anybody what it was that substantially
11:18:21 19 contributed to their heart attack, correct?
11:18:23 20     A.  I don't use it in the context we're using
11:18:25 21 it today.  If I use that phrase, it's definitely not
11:18:28 22 in the context that we're using it today.
11:18:30 23     Q.  Now, so in the context where we are using
11:18:33 24 it today, did you make a determination as to whether

45 (Pages 174 to 177)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 178

11:18:37 1 any of the other risk factors that Mr. Dedrick had
11:18:41 2 substantially contributed to his heart attack?
11:18:45 3     A. I made a determination that the risk
11:18:48 4 factors, all the other risk factors, as a total,
11:18:52 5 increased his risk for a heart attack.
11:18:55 6     Q. My question is different, Dr. Furman. Did
11:18:57 7 you make a determination about whether the other
11:18:59 8 risk factors substantially contributed to his heart
11:19:02 9 attack the way you did for VIOXX?
11:19:04 10     A. Not the way I did for VIOXX, no.
11:19:06 11     Q. Did you in any way make a determination
11:19:08 12 about whether the other risk factors substantially
11:19:10 13 contributed to his heart attack?
11:19:13 14     A. I'm not sure what other ways --
11:19:16 15     Q. Did you make any determination about
11:19:18 16 whether the other risk factors substantially
11:19:19 17 contributed to his heart attack?
11:19:24 18     A. When you look at -- the way I looked at it
11:19:26 19 is, when you look at substantially contributed, is
11:19:30 20 in comparison to what? So if there's one risk
11:19:34 21 factor, and he had -- say Mr. Birchfield had a heart
11:19:39 22 attack and he had one risk factor, that risk factor
11:19:42 23 substantially contributed because it's only one risk
11:19:44 24 factor.

Page 179

11:19:44 1     When you look at multiple risk factors,
11:19:46 2 it's difficult to weigh what the contributing --
11:19:48 3 without epidemiological data, it's difficult to
11:19:52 4 weigh the -- it's difficult to state what the risk
11:19:56 5 is of each risk factor in the setting of the other
11:20:00 6 risk factors.
11:20:00 7     Fortunately, or unfortunately -- it
11:20:02 8 depends on your point of view -- with the VIOXX, you
11:20:04 9 do have the ability because you have a multi-center
11:20:07 10 randomized clinical trial demonstrating that in
11:20:11 11 patients at high risk, which we all agree that
11:20:14 12 Mr. Dedrick is, that VIOXX substantially contributed
11:20:16 13 to his heart attack because the relative risk is
11:20:19 14 4.89.
11:20:19 15     I don't have epidemiological data or
11:20:21 16 clinical trials of patients on VIOXX who were
11:20:24 17 everything but hypertensive to calculate the
11:20:27 18 relative risk or attributable relative risk of
11:20:30 19 hypertension.
11:20:31 20     That's my answer.
11:20:32 21     Q. That's interesting, but my question was,
11:20:35 22 did you determine whether the other risk factors
11:20:39 23 substantially contributed, yes or no? I'm going to
11:20:40 24 go through them all and say, do you have an opinion

Page 180

11:20:43 1 about whether it substantially contributed. We can
11:20:45 2 do it one by one, or you can just tell me, "I didn't
11:20:48 3 look at whether they substantially contributed."
11:20:50 4     A. They all contributed. You can't --
11:20:52 5     Q. Look, we're not going to make the 4:00
11:20:55 6 cutoff unless you really just try to answer the
11:20:57 7 question that I asked, okay? I asked, did it
11:21:00 8 substantially contribute?
11:21:01 9     A. Using my "but for," you know, but for this,
11:21:04 10 would he have had it, the answer is, it probably did
11:21:08 11 not substantially, to the degree VIOXX did, because
11:21:11 12 he did take VIOXX.
11:21:12 13     Q. Okay, look; my question is, with respect to
11:21:14 14 VIOXX, right, you have a very straightforward and
11:21:16 15 simple opinion, which is, VIOXX substantially
11:21:18 16 contributed to his heart attack on January 8, 2003,
11:21:21 17 correct?
11:21:21 18     A. Correct.
11:21:21 19     Q. Straightforward, simple; you don't need to
11:21:24 20 make a bunch of qualifiers.
11:21:26 21     So using that same term in that same
11:21:29 22 way, did his 30 years of smoking substantially
11:21:33 23 contribute to his heart attack, yes or no?
11:21:38 24     A. I have no basis to make that determination,

Page 181

11:21:41 1 because I don't have the numbers.
11:21:42 2     Q. You don't know?
11:21:43 3     A. I don't know it, using it the way I'm using
11:21:48 4 the VIOXX.
11:21:49 5     Q. So you have no opinion about whether his 30
11:21:51 6 years of smoking substantially contributed to his
11:21:54 7 heart attack, correct?
11:21:54 8     A. I didn't say that.
11:21:55 9     Q. Well, do you have an opinion?
11:21:59 10     A. Again, I have an opinion that smoking
11:22:01 11 played a role in his heart attack, yes.
11:22:02 12     Q. Doctor, my question -- look; I'm just
11:22:04 13 trying to get this in the same terms of the phrase
11:22:07 14 that you used, "substantially contributed," okay?
11:22:09 15 We know one thing substantially contributed, right?
11:22:11 16     A. Yes.
11:22:11 17     Q. That's VIOXX. Now, the question is, did 30
11:22:14 18 years of smoking substantially contribute to his
11:22:17 19 heart attack? "Yes, it did"; "no, it didn't"; "I
11:22:20 20 don't know." Which one?
11:22:26 21     A. I guess you would have to say yes, to a
11:22:28 22 degree, it substantially contributed. But
11:22:32 23 "substantial" can have various meanings.
11:22:36 24     Q. So his smoking for 30 years substantially

46 (Pages 178 to 181)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 182

11:22:37 1   contributed to his heart attack, correct?
11:22:59 2       A. It's hard to put it -- again, it's hard to
11:23:01 3   put it out of the context of him on the VIOXX.  So I
11:23:04 4   don't have -- the VIOXX determination was made on
11:23:08 5   data.  So you're asking me to make a determination
11:23:10 6   off of data.
11:23:11 7       Q. No --
11:23:12 8       A. I can't make a determination off of data,
11:23:14 9   so the answer would be no.  I can't make that
11:23:16 10  determination.
11:23:16 11      Q. So is it "I don't know."
11:23:18 12      A. The answer is, I don't know.
11:23:19 13      Q. You don't know if his 30 years of smoking
11:23:22 14  substantially contributed to his heart attack,
11:23:23 15  correct?
11:23:24 16      A. All things else being equal, yes.
11:23:26 17      Q. What does "all things else being equal"
11:23:30 18  mean?
11:23:30 19      A. Again, you have to -- you're asking me
11:23:32 20  about Mr. Dedrick.
11:23:33 21      Q. Yes.
11:23:34 22      A. So if he wasn't hypertensive, I can't
11:23:37 23  determine -- or we were using tobacco --
11:23:39 24      Q. I'm talking about Mr. Dedrick, okay?

Page 183

11:23:42 1       A. Right.
11:23:42 2       Q. And when you made your determination about
11:23:44 3   VIOXX and that it substantially contributed --
11:23:47 4   right?
11:23:47 5       A. Correct.
11:23:49 6       Q. -- using whatever assumptions you made and
11:23:51 7   whatever understanding of Mr. Dedrick you had when
11:23:53 8   you made that determination, in that same context
11:23:55 9   I'm asking, did smoking substantially contribute to
11:23:57 10  his heart attack?
11:23:58 11      A. I have no data to make that determination.
11:24:00 12      Q. "I don't know," right, is your answer?
11:24:02 13      A. I don't know, because I don't have the
11:24:05 14  data.  Same with all the risk factors.
11:24:07 15      Q. So you don't know whether his family
11:24:09 16  history substantially contributed to his heart
11:24:11 17  attack because you don't have the data?
11:24:12 18      A. Correct.
11:24:12 19      Q. And you don't know whether his gender
11:24:15 20  substantially contributed to his heart attack
11:24:16 21  because you don't have the data, correct?
11:24:18 22      A. Correct.
11:24:18 23      Q. And you don't know whether his age
11:24:20 24  substantially contributed to his heart attack

Page 184

11:24:22 1   because you don't have the data?
11:24:23 2       A. Correct.
11:24:23 3       Q. And you don't know whether his hypertension
11:24:25 4   substantially contributed to his heart attack
11:24:27 5   because you don't have the data?
11:24:28 6       A. Correct.
11:24:29 7       Q. And you don't know if his diabetes
11:24:30 8   substantially contributed to his heart attack
11:24:32 9   because you don't have the data?
11:24:33 10      A. Correct.
11:24:33 11      Q. And you don't know if his hyperlipidemia
11:24:36 12  substantially contributed to his heart attack
11:24:37 13  because you don't have the data?
11:24:38 14      A. Correct.
11:24:39 15      Q. And you don't know if his low HDL
11:24:41 16  substantially contributed to his heart attack
11:24:43 17  because you don't have the data?
11:24:45 18      A. Correct.
11:24:45 19      Q. And you don't know if his inactivity
11:24:47 20  substantially contributed to his heart attack
11:24:49 21  because you don't have the data?
11:24:50 22      A. Correct.
11:24:50 23      Q. And you don't know if his obesity
11:24:53 24  substantially contributed to his heart attack

Page 185

11:24:54 1   because you don't have the data?
11:24:56 2       A. Correct.
11:24:56 3       Q. And you don't know if his metabolic
         4   syndrome substantially contributed to his heart
11:24:59 5   attack because you don't have the data?
11:25:00 6       A. Correct.
11:25:00 7       Q. And you don't know if his stress
11:25:02 8   substantially contributed to his heart attack
11:25:03 9   because you don't have data on that, either?
11:25:06 10      A. Correct.
11:25:06 11      Q. You don't know if his alcohol abuse
11:25:08 12  substantially contributed to his heart attack
11:25:09 13  because you don't have data on that, either?
11:25:11 14      A. Again, because there's no data to be had,
11:25:14 15  that I understand.
11:25:15 16      Q. So that's a "yes," right?  You don't know?
11:25:17 17      A. Yes; I don't know.
11:25:18 18      Q. And you don't know if his cocaine use
11:25:21 19  substantially contributed to his heart attack
11:25:22 20  because you don't have the data?
11:25:24 21      A. I'm fairly confident that cocaine use did
11:25:27 22  not substantially contribute to his heart attack.
11:25:29 23      Q. But you don't have data on that, either, do
11:25:32 24  you, sir, in the same way that you don't for the

47 (Pages 182 to 185)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
# Volume 1 - November 6, 2006

Page 186

11:25:33 1 other risk factors?

11:25:34 2     A. Well, I don't categorize remote cocaine use

11:25:37 3 as --

11:25:37 4     Q. All right; we won't call it a risk factor.

5 The other things we talked about.

6     A. Correct.

11:25:41 7     Q. You don't have any data on whether cocaine

11:25:44 8 substantially contributed to his heart attack,

11:25:46 9 correct?

11:25:46 10     A. Correct.

11:25:52 11     Q. So is it your testimony that if you had a

11:25:55 12 patient with the risk factors on Exhibit 8 without

11:25:58 13 VIOXX and he had a heart attack in January, on

11:26:03 14 January 8, 2003, you would have been surprised?

11:26:06 15     A. No.

11:26:06 16     Q. You would not have been surprised if a

11:26:09 17 patient with the risk factors on Exhibit 8 had a

11:26:11 18 heart attack on January 8, 2003?

11:26:13 19     A. Correct; I would not have been surprised.

11:26:22 20     Q. And just to go back to one final one of

11:26:25 21 these questions, if he had not taken VIOXX, can you

11:26:29 22 say with a reasonable degree of medical certainty

11:26:32 23 that Mr. Dedrick never would have had a heart

11:26:35 24 attack?

Page 187

11:26:35 1     A. No, I can't say with a reasonable degree of

11:26:39 2 medical certainty that he never would have had a

11:26:41 3 heart attack.

11:26:43 4     Q. And in fact, you can't say to a reasonable

5 degree of medical certainty --

6     A. Any time after -- sorry.

11:26:44 7     Q. You can't say with a reasonable degree of

11:26:45 8 medical certainty that if Mr. Dedrick had not taken

11:26:49 9 VIOXX, he would not have had a heart attack at any

11:26:52 10 time after January 8, 2003, correct?

11:26:57 11         MR. BIRCHFIELD: Object to form.

11:26:59 12     A. I can't say that -- well, repeat the

11:27:03 13 question. I'm sorry.

11:27:03 14     Q. You cannot say to a reasonable degree of

11:27:06 15 medical certainty that if Mr. Dedrick did not take

11:27:10 16 VIOXX, he would not have had a heart attack at some

11:27:13 17 point after January 8, 2003?

11:27:15 18     A. Correct.

11:27:18 19     Q. He might have had one January 9?

11:27:20 20         MR. BIRCHFIELD: Object to the form.

11:27:21 21     Q. Might have?

11:27:22 22     A. Anything is possible.

11:27:23 23     Q. No, but a guy with these risk factors, it's

11:27:27 24 not just anything is possible, is it?

Page 188

11:27:28 1         MR. BIRCHFIELD: Object to the form.

11:27:29 2     A. Again, anything is possible.

11:27:35 3     Q. Is it your opinion that the likelihood of

11:27:40 4 Mr. Dedrick, with all the risk factors on Exhibit 8,

11:27:44 5 having a heart attack is just -- just falls into the

11:27:47 6 category of anything is possible?

11:27:50 7         MR. BIRCHFIELD: Object to the form.

11:27:51 8     A. I'm not sure I understand your question.

11:27:53 9     Q. Well, it was actually very likely that

11:27:56 10 Mr. Dedrick, with all the risk factors on Exhibit 8,

11:27:58 11 was going to have a heart attack at some point

11:28:01 12 regardless of whether he took VIOXX; isn't that

11:28:03 13 correct?

11:28:03 14     A. No. What I can say is that more likely

11:28:08 15 than people without those risk factors, he would

11:28:09 16 have had a heart attack.

11:28:11 17     Q. You wouldn't even say, looking at somebody

11:28:13 18 who comes into your office with all these risk

11:28:15 19 factors, "It's very likely you're going to have a

11:28:17 20 heart attack at some point"?

11:28:18 21     A. I have no basis to make that determination.

11:28:20 22     Q. You don't tell your patients that?

11:28:22 23 Somebody coming in with all these things out of

11:28:24 24 control, smoking, you don't say, "Hey, buddy, it's

Page 189

11:28:27 1 very likely you're going to have a heart attack"?

11:28:29 2         MR. BIRCHFIELD: Object to form.

11:28:30 3     A. That's a different question; that's a

11:28:31 4 different context. In that context, it is my role

11:28:34 5 to get them to modify their risk factors; and if I

11:28:36 6 do that by scaring them, that "You're going to have

11:28:38 7 a heart attack," yes.

11:28:39 8         But if we're asking in a conference, can

11:28:42 9 I predict within a reasonable degree of medical

11:28:46 10 certainty that in that person's lifetime a person

11:28:49 11 with all those risk factors will develop a heart

11:28:52 12 attack on Exhibit 8, I can't say that. I don't

11:28:54 13 think anyone can say that. No one can predict the

11:28:57 14 future.

11:28:58 15         You use the clinical studies and

11:29:00 16 epidemiological studies and all the other kinds of

11:29:02 17 data that we have to predict risk and assess risk;

11:29:05 18 and that's what I'm doing.

11:29:07 19         So I would say, your risk is higher.

11:29:09 20 You could reduce your risk by doing this

11:29:13 21 intervention. But whether you will or will not have

11:29:16 22 a heart attack, I can't say.

11:29:30 23     Q. Mr. Dedrick started developing plaque in

11:29:32 24 his coronary arteries years before he ever took

48 (Pages 186 to 189)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 190

11:29:36 1  VIOXX, correct?
11:29:36 2      A. I don't know.
11:29:44 3      Q. Well, if you look at Page 10 of your
11:29:57 4  report, in the top paragraph, it says, "Mr. Dedrick
11:29:59 5  had previously established coronary artery disease."
11:30:02 6  Do you see that?
11:30:04 7      A. Yes. He had established atherosclerosis at
11:30:12 8  the time of his angiogram.
11:30:14 9      Q. All right; but you meant something other
11:30:16 10  than that when you wrote this, didn't you? You
11:30:18 11  meant that he had established coronary artery
11:30:21 12  disease before he took the VIOXX, didn't you?
11:30:23 13          MR. BIRCHFIELD: Object to the form.
11:30:26 14      A. Let me read the whole paragraph.
11:30:31 15      (Witness reviews document.)
11:30:39 16      A. I said that it's having -- I was very
11:30:45 17  precise, as I try to be with you verbally, in my
11:30:51 18  writing, that "Mr. Dedrick's myocardial infarction
11:30:53 19  occurred within six months of initially ingestion of
11:30:57 20  VIOXX, consistent with an acute prothrombotic
11:31:04 21  effect" --
11:31:05 22      Q. Where are you reading here, Doctor, so I
11:31:08 23  can help Jan?
11:31:09 24      A. Top of the paragraph, Page 10. "Consistent

Page 191

11:31:12 1  with an acute thrombotic effect in a patient at risk
11:31:17 2  for atherosclerosis or having established
11:31:18 3  atherosclerosis."
11:31:21 4          So I didn't say which one he fell into.
11:31:24 5  I say it's either one of those or the other.
11:31:25 6      Q. But then you go on to say that his
11:31:29 7  "angiogram demonstrated atherosclerosis in non-
11:31:32 8  infarct-related arteries, suggesting that
11:31:34 9  Mr. Dedrick had previously established coronary
11:31:36 10  artery disease."
11:31:37 11      A. Correct; you're correct. I did not read
11:31:39 12  further. You are correct.
11:31:39 13      Q. So my question again is, did Mr. Dedrick,
11:31:44 14  as far as you can determine, have coronary artery
11:31:47 15  disease before he ever took VIOXX?
11:31:49 16      A. I cannot determine that, because I don't
11:31:51 17  have an angiogram done before.
11:31:54 18      Q. Does the evidence you've seen suggest that
11:31:56 19  he had coronary artery disease before he ever took
11:31:58 20  VIOXX?
11:31:59 21      A. More likely than not, he had
11:32:01 22  atherosclerosis before he took VIOXX.
11:32:05 23      Q. So is it true that VIOXX did not cause the
11:32:13 24  plaque to form in Mr. Dedrick's arteries?

Page 192

11:32:15 1      A. I don't know.
11:32:15 2      Q. You don't know whether it did or didn't?
11:32:18 3      A. It could have contributed to it, yes.
11:32:20 4      Q. But you don't know whether it did or
11:32:21 5  didn't, correct?
11:32:23 6      A. There's no way to know whether it did or
11:32:23 7  didn't.
11:32:23 8      Q. And therefore you don't know whether it did
11:32:26 9  or didn't, correct?
11:32:27 10      A. Correct.
11:32:27 11      Q. And you don't know whether VIOXX
11:32:30 12  accelerated the process of plaque forming in
11:32:34 13  Mr. Dedrick's arteries, correct?
11:32:35 14      A. Correct.
11:32:35 15      Q. You don't know whether VIOXX made
11:32:37 16  Mr. Dedrick's plaque rupture-prone, correct?
11:32:41 17      A. It's unknowable; therefore, I don't know.
11:32:43 18      Q. And you don't know whether VIOXX thinned
11:32:46 19  the cap of Mr. Dedrick's coronary plaque, correct?
11:32:50 20      A. Same answer: unknowable; therefore I don't
11:32:53 21  know.
11:32:54 22      Q. And you don't know whether VIOXX made
11:32:58 23  Mr. Dedrick's coronary plaque more lipid-rich than
11:33:01 24  it otherwise would have been?

Page 193

11:33:02 1      A. Same answer: unknowable; therefore I don't
11:33:05 2  know.
11:33:05 3      Q. You don't know whether VIOXX caused
11:33:10 4  Mr. Dedrick's plaque to rupture?
11:33:13 5      A. Again, same answer.
11:33:15 6      Q. Which is you don't know, correct?
11:33:16 7      A. I don't know. I just -- right. It's
11:33:20 8  unknowable; therefore I don't know.
11:33:22 9      Q. And once Mr. Dedrick's plaque ruptured, it
11:33:26 10  was his body's natural reaction to start forming a
11:33:29 11  clot, correct?
11:33:30 12      A. That's a natural reaction to when his or
11:33:33 13  anyone's plaque ruptures, to form a clot.
11:33:36 14      Q. VIOXX did not initiate the clotting
11:33:38 15  process?
11:33:38 16      A. It made it more likely to happen.
11:33:40 17      Q. It did not initiate the clotting process,
11:33:43 18  correct?
11:33:44 19      A. It probably did not initiate the clotting
11:33:47 20  process.
11:33:47 21      Q. And it wasn't VIOXX that triggered the
11:33:52 22  formation of the clot that resulted in Mr. Dedrick's
11:33:57 23  heart attack?
11:33:57 24      A. Triggered the formation of -- I would --

49 (Pages 190 to 193)

d88c7c4b-a701-4a60-8476-db8d935ba21b

## Mark I. Furman, M.D.
## Volume 1 – November 6, 2006

Page 194

11:34:06 1    no.

11:34:07 2        Q.  Correct?

11:34:08 3        A.  It did not trigger the formation of a clot.

11:34:10 4        Q.  Right.  Your view is that VIOXX contributed

11:34:13 5    to the growth of the clot, correct?

11:34:16 6        A.  Contributed to the growth of the clot....

11:34:20 7            Again, I'd like to say, my view is that

11:34:23 8    it contributed more likely than not to have the clot

11:34:26 9    occur, because there was a prothrombotic effect.  So

11:34:29 10   it's sort of, again, going back to the logic we

11:34:33 11   hashed through for a half-hour on the risk factors,

11:34:36 12   again, it substantially increased his thrombotic

11:34:40 13   risk.

11:34:41 14           Where in that process it increased the

11:34:43 15   risk is difficult to determine, but --

11:34:47 16       Q.  Well, it -- sorry.

11:34:48 17       A.  But it has increased his propensity to form

11:34:53 18   a thrombus, and where in that process that is is

11:34:56 19   unclear.

11:34:56 20       Q.  What's the basis of your view that it

11:34:58 21   increased his risk, or his thrombotic risk?

11:35:03 22       A.  There's -- well, first of all, myocardial

11:35:10 23   infarctions, as we agreed to earlier, most likely

11:35:12 24   are caused by acute thrombosis of an artery.

Page 195

11:35:24 1            The VIGOR study and then further

11:35:25 2    epidemiological studies show that there's increased

11:35:29 3    myocardial infarction presumably due to a thrombus

11:35:32 4    because 90 percent of them are, in patients on VIOXX

11:35:35 5    as compared to those -- there's someone at the

11:35:38 6    door -- not on VIOXX.  So that's one evidence.

11:35:42 7            There's studies suggesting clearly VIOXX

11:35:47 8    by inhibiting formation of prostacyclin, which is a

11:35:54 9    known attenuator, global attenuator of platelet

11:35:59 10   function, by removing that known attenuator of

11:36:03 11   platelet function enhances platelet activity.

11:36:07 12           We do know that enhanced platelet

11:36:10 13   activity is associated with cardiovascular events

11:36:14 14   such as myocardial infarctions.  There is data

11:36:17 15   suggesting -- I can't remember the model -- in an

11:36:19 16   animal model suggesting that animals ingesting COX-2

11:36:23 17   inhibition has increased --

11:36:25 18       Q.  We'll go over those today, in a bit.

11:36:29 19       A.  Increased formation of clots in the animal

11:36:31 20   model.

11:36:35 21           So that's how I'm basing my opinion that

11:36:37 22   it's prothrombotic; but mostly the fact that it

11:36:42 23   caused MIs, which is a thrombotic process, in

11:36:49 24   patients on it.

Page 196

11:36:50 1        Q.  So did VIOXX put everybody who took it in a

11:36:55 2    prothrombotic state?

11:36:56 3        A.  I can't say everyone, but the majority of

11:36:58 4    people, yes.

11:36:59 5        Q.  The majority of those people didn't have a

11:37:02 6    heart attack, though, right?

11:37:02 7        A.  That's true.

11:37:02 8        Q.  Do clots form in coronary arteries even in

11:37:07 9    patients who have perfectly balanced prostacyclin

11:37:10 10   and thromboxane?

11:37:12 11       A.  Yes.

11:37:12 12       Q.  And do people have heart attacks even

11:37:20 13   though they have a perfect balance between

11:37:25 14   prostacyclin and thromboxane?

11:37:26 15       A.  Well, most heart attacks, as we discussed,

11:37:29 16   are in patients with atherosclerosis; and the

11:37:32 17   disorder of atherosclerosis tips the balance

11:37:34 18   slightly to a more thromboxane -- to a more

11:37:39 19   prothrombotic state than normal tissue.  So factor

11:37:44 20   that into the equation.

11:37:45 21       Q.  All right.

11:37:46 22       A.  So I wouldn't say atherosclerotic patients

11:37:51 23   have a normal balance of thromboxane and

11:37:52 24   prostacyclin, if that's what you're asking.

Page 197

11:37:53 1        Q.  Do people have heart attacks who have a

11:37:57 2    normal balance between prostacyclin and thromboxane?

11:37:59 3        A.  Yes.

11:38:08 4        Q.  There's nothing in Mr. Dedrick's medical

11:38:18 5    records that identified VIOXX as the cause of his

11:38:24 6    heart attack, correct?

11:38:25 7        A.  Not that I saw, correct.

11:38:28 8        Q.  None of his treating doctors ever diagnosed

11:38:31 9    that his heart attack was caused by VIOXX, right?

11:38:34 10       A.  Correct.

11:38:34 11       Q.  And there's nothing in his EKG that shows

11:38:38 12   you that VIOXX caused the heart attack?

11:38:40 13       A.  Correct.

11:38:40 14       Q.  Or in any of the other tests that were done

11:38:42 15   on him, correct?

11:38:43 16       A.  Correct.

11:38:45 17       Q.  There's nothing in the medical records that

11:38:47 18   indicates that something other than the traditional

11:38:49 19   risk factors contributed to his heart attack,

11:38:53 20   correct?

11:38:53 21       A.  Other than the VIOXX.

11:38:55 22       Q.  No, there's nothing in the medical records

11:38:58 23   that points to VIOXX rather than the traditional

11:39:00 24   risk factors as the cause of his heart attack?

50  (Pages 194 to 197)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

Page 198

11:39:04 1   A. Again, there's no one cause. On average,
11:39:09 2 the VIOXX contributed. In fact, the medical record
11:39:13 3 states that he was on VIOXX.
11:39:17 4   Q. So other than just the fact that he was on
11:39:20 5 VIOXX, there's nothing in the medical records that
11:39:22 6 suggests that the VIOXX substantially contributed to
11:39:25 7 his heart attack, correct?
11:39:26 8   A. Correct.
11:39:27 9   Q. And that would be true for any patient that
11:39:30 10 took VIOXX, right?
11:39:31 11     MR. BIRCHFIELD: Object to the form.
11:39:32 12   A. Or any other -- whichever.
11:39:35 13   Q. In any patient who took VIOXX, the medical
11:39:37 14 records will state that he took VIOXX, right?
11:39:40 15     MR. BIRCHFIELD: Object to the form.
11:39:41 16   A. Correct.
11:39:41 17   Q. And in your view, did everybody who took
11:39:44 18 VIOXX and had a heart attack, did the VIOXX
11:39:49 19 substantially contribute to their heart attack?
11:39:50 20   A. Most likely, yes.
11:39:55 21   Q. More likely than not?
11:40:01 22   A. Depends on the patient, so -- you said all
11:40:08 23 patients.
11:40:08 24   Q. Right.

Page 199

11:40:09 1   A. I could comment on Mr. Dedrick because I
11:40:12 2 have his records.
11:40:13 3     So all patients, did VIOXX contribute to
11:40:18 4 the heart attack? Yes. More likely than not?
11:40:21 5 Really depends on the patient. For example, if you
11:40:24 6 tell me someone had a heart attack because they were
11:40:26 7 ingesting cocaine at the time, I would probably say
11:40:29 8 the VIOXX probably wasn't a substantial contributor,
11:40:33 9 for instance, as in Mr. Dedrick.
11:40:35 10     So I can't really comment on all
11:40:38 11 patients. I'd like to comment on Mr. Dedrick.
11:40:41 12   Q. But in most patients who took VIOXX, if
11:40:44 13 they had a heart attack and weren't doing something
11:40:46 14 that obviously caused them to have a heart attack at
11:40:49 15 that time, like cocaine at the time, you would
11:40:53 16 conclude that more likely than not the VIOXX
11:40:56 17 substantially contributed to the heart attack?
11:40:57 18   A. I would conclude that it contributed to the
11:41:01 19 heart attack. "Substantially" really depends on the
11:41:04 20 patient.
11:41:04 21   Q. Well, the basis for your "substantially"
11:41:07 22 here doesn't have to do with the patient; it has to
11:41:09 23 do with the VIGOR study, correct?
11:41:11 24     MR. BIRCHFIELD: Object.

Page 200

11:41:11 1   A. Well, Mr. Dedrick falls into the high-risk
11:41:16 2 category of the VIGOR study.
11:41:18 3   Q. So of all the people within the high-risk
11:41:20 4 category of the VIGOR study, if they had a heart
11:41:24 5 attack while they were on VIOXX, the VIOXX
11:41:25 6 substantially contributed to the heart attack, in
11:41:27 7 your view, correct?
11:41:28 8   A. Correct.
11:41:28 9   Q. You don't need to even look at the medical
11:41:30 10 records to determine that, correct?
11:41:33 11     MR. BIRCHFIELD: I object to the form.
11:41:34 12   A. I don't like making blanket statements
11:41:37 13 without looking at the data, so I would look at the
11:41:39 14 medical records. I would think it would be
11:41:43 15 important to look at the medical records.
11:41:44 16   Q. Well, you can just -- but there was nothing
11:41:46 17 in the medical records that told you whether or not
11:41:49 18 he was in -- did you just look at the medical
11:41:52 19 records to see if he's in the high-risk group of the
11:41:56 20 VIGOR study?
11:41:57 21   A. No; I looked at the medical records to be
11:41:59 22 complete.
11:41:59 23   Q. But you can tell just from the VIGOR study,
11:42:01 24 though, and knowing that he's in that high-risk

Page 201

11:42:04 1 group, that the VIOXX substantially contributed,
11:42:06 2 correct?
11:42:06 3   A. Yes.
11:42:12 4     MR. OUWELEEN: Do you want to break for
11:42:17 5 lunch, or do you want to keep going?
11:42:17 6     MR. BIRCHFIELD: Why don't we take a
11:42:18 7 quick break.
11:42:19 8     MR. OUWELEEN: All right.
11:42:19 9     THE VIDEOGRAPHER: The time is 11:42.
11:42:22 10 This is the end of Cassette No. 2. We're off the
11:42:25 11 record.
11:42:28 12     (Luncheon recess taken)
11:42:48 13     THE VIDEOGRAPHER: The time is 12:19.
12:19:54 14 This is the beginning of Cassette No. 3 in the
12:19:56 15 deposition of Dr. Mark Furman. We're back on the
12:19:59 16 record.
12:20:04 17   Q. Dr. Furman, did you say that you reviewed
12:20:07 18 the film from the cardiac catheterization done of
12:20:12 19 Mr. Dedrick in January of 2003?
12:20:17 20   A. Yes.
12:20:19 21   Q. You reviewed it recently in connection with
12:20:21 22 your work in this case, right?
12:20:23 23   A. Yes.
12:20:23 24   Q. My question was ambiguous; you didn't

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 202

12:20:26 1    review it in 2003.
12:20:27 2        A. I understood what you meant.
12:20:29 3        Q. And you agree that the film showed that he
12:20:32 4    had severe three-vessel coronary artery disease?
12:20:37 5        A. Yes.
12:20:37 6        Q. And you've seen patients with coronary
12:20:40 7    artery disease like that who have never taken VIOXX,
12:20:42 8    right?
12:20:42 9        A. Yes.
12:20:42 10       Q. And some of those people had heart attacks,
12:20:45 11   right?
12:20:46 12       A. Yes.
12:20:46 13       Q. And that wasn't any surprise, that people
12:20:48 14   with that severe coronary artery disease had a heart
12:20:50 15   attack, right?
12:20:51 16       A. Not surprising to me. Maybe to them.
12:20:57 17       Q. We don't have any medical records that show
12:20:59 18   how much coronary artery disease Mr. Dedrick had at
12:21:04 19   any point before January of 2003, do we?
12:21:06 20       A. We do not.
12:21:08 21       Q. Now, he never had any symptoms or
12:21:12 22   symptomatic coronary artery disease before he
12:21:14 23   started taking VIOXX, did he?
12:21:16 24       A. He did not have symptoms, because -- he did

Page 203

12:21:18 1    not complain of symptoms of coronary artery disease
12:21:21 2    prior to.
12:21:22 3        Q. So you wouldn't say he had symptomatic
12:21:25 4    coronary artery disease before he started taking
12:21:27 5    VIOXX, right?
12:21:28 6        A. Correct.
12:21:33 7        Q. When you reviewed the tape of his
12:21:36 8    catheterization on January 10, 2003, did you see a
12:21:43 9    thrombus?
12:21:43 10       A. I don't believe it was a tape; it was on a
12:21:46 11   disc.
12:21:47 12       Q. The film.
12:21:48 13       A. The film. There was lucency consistent
12:21:54 14   with thrombus in his right coronary artery.
12:21:56 15       Q. Would you have called it a thrombus,
12:21:59 16   looking at that?
12:21:59 17       A. I would not have called that a thrombus; I
12:22:07 18   would have called it, as I described, a lucency
12:22:11 19   consistent with thrombus, or, you know, hazy; all
12:22:14 20   implying thrombus.
12:22:16 21           But when I say I've seen a thrombus,
12:22:19 22   I've seen a big hunk of clot kind of thing, and that
12:22:24 23   was not seen.
12:22:24 24       Q. So you didn't see the sort of thing that

Page 204

12:22:27 1    makes you write down in your report, usually,
12:22:29 2    "thrombus," right?
12:22:30 3        A. No; I would write "Hazy consistent with
12:22:34 4    thrombus." I wouldn't say -- if I write "Thrombus,"
12:22:38 5    it usually has qualifiers in it to describe it, that
12:22:42 6    kind of stuff, so....
12:22:43 7        Q. So Mr. Dedrick was given thrombolytic
12:22:58 8    therapy, correct?
12:22:58 9        A. Correct.
12:22:59 10       Q. Is it unusual to have -- I'm sure you saw
12:23:01 11   Dr. Gelb testify that he thought it was unusual that
12:23:04 12   there was indication of a thrombus postlytic
12:23:08 13   therapy, correct? You saw that testimony?
12:23:11 14       A. I don't exactly remember exactly what
12:23:13 15   Dr. Gelb said, so if you want to show it to me, I
12:23:16 16   could look at it; but I really don't remember.
12:23:18 17       Q. Well, you remember he talked about that
12:23:20 18   subject, right?
12:23:21 19       A. He did talk about the angiogram. I don't
12:23:23 20   remember exactly what he said.
12:23:26 21       Q. There's nothing -- is there anything
12:23:27 22   unusual about there being some clot left after
12:23:34 23   thrombolytic therapy?
12:23:35 24       A. No.

Page 205

12:23:35 1        Q. And that's in patients with or without
12:23:38 2    VIOXX, right?
12:23:39 3        A. Correct.
12:23:40 4        Q. And the thrombolytic therapy sometimes
12:23:43 5    doesn't even work, right?
12:23:44 6        A. Correct.
12:23:44 7        Q. Sometimes doesn't break up the clot at all
12:23:47 8    in patients, correct?
12:23:48 9        A. Correct.
12:23:49 10       Q. For Mr. Dedrick, it worked pretty well,
12:23:51 11   didn't it?
12:23:52 12       A. Correct.
12:23:56 13       Q. Do you agree that an ejection fraction of
12:23:59 14   50 percent or greater is normal?
12:24:03 15       A. I would say -- do I agree with that?
12:24:06 16   Depends on the method of assessment.
12:24:09 17       Q. All right. Well, what is the most reliable
12:24:12 18   method of assessment?
12:24:13 19       A. In my opinion, the most reliable method of
12:24:18 20   assessment is left ventriculography.
12:24:22 21       Q. Is left ventriculography -- how is that
12:24:27 22   done?
12:24:28 23       A. Cardiac catheterization.
12:24:29 24       Q. So a cardiac catheterization study is more

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

---

Page 206

12:24:34  1    reliable than an echocardiogram, in your view, for
12:24:39  2    determining an ejection fraction?
12:24:42  3        A.  Most often.
12:24:44  4        Q.  Well, in Mr. Dedrick's case, he's had all
12:24:47  5    kinds of tests to determine his ejection fraction,
12:24:50  6    right?
12:24:50  7        A.  Correct.
12:24:51  8        Q.  He's had nuclear imaging, right?
12:24:53  9        A.  Correct.
12:24:54 10        Q.  And echocardiogram?
12:24:56 11        A.  Correct.
12:24:56 12        Q.  Stress echocardiogram?
12:24:59 13        A.  Echo is echo.  Yes.
12:25:03 14        Q.  And cardiac catheterization, correct?
12:25:05 15        A.  Correct.
12:25:10 16        Q.  And the cardiac catheterization report,
12:25:18 17    which I've marked as Exhibit 10, you've reviewed
12:25:21 18    that before, right?
12:25:22 19        A.  I've seen this and reviewed it, yes.
12:25:25 20        Q.  In there, his doctors at the time concluded
12:25:27 21    on the basis of the left ventriculography that
12:25:33 22    Mr. Dedrick on January 10, 2003 had an ejection
12:25:36 23    fraction of 55 to 60 percent, right?
12:25:40 24        A.  That's what they concluded.

---

Page 207

12:25:42  1        Q.  And if that were correct, would that be a
12:25:46  2    normal ejection fraction?
12:25:48  3        A.  Yes.
12:25:48  4        Q.  Would 50 percent be a normal ejection
12:25:52  5    fraction?
12:25:54  6        A.  No; I generally take the cutoff to be 55
12:25:58  7    percent.
12:26:07  8        Q.  And with ejection fraction, the important
12:26:09  9    thing is that you have a normal one, correct?
12:26:15 10    Basically you're just looking, is it normal or is it
12:26:20 11    subnormal?
12:26:20 12        A.  No.
12:26:21 13        Q.  Okay.  So is there an optimal ejection
12:26:24 14    fraction?
12:26:27 15        A.  Yes, optimal in that you want it in the
12:26:30 16    normal range, but there's degrees of severity of
12:26:33 17    abnormal that implies risk; and then on the far end
12:26:37 18    of the curve, there's entities where you have
12:26:42 19    supernormal ejection fractions that imply other
12:26:44 20    things.
12:26:45 21        Q.  So what's the normal range?
12:26:46 22        A.  Generally 55 to 65.
12:26:48 23        Q.  To 65?  All right.  And what's the range
12:26:50 24    below that called?

---

Page 208

12:26:51  1        A.  Abnormal.
12:26:52  2        Q.  Well, but you said there were gradations in
12:26:56  3    abnormal, right?
12:26:57  4        A.  Right.
12:26:57  5        Q.  What's the next one down from 55 to 60?
12:27:00  6    What do you call that?
12:27:02  7        A.  Oh.  Mild.
12:27:03  8        Q.  Mild...?
12:27:03  9        A.  Mild LV dysfunction or mild reduction of
12:27:08 10    left ventricular ejection fraction or systolic
12:27:13 11    function.
12:27:13 12        Q.  What's the range for mild reduction in
12:27:17 13    ejection fraction?
12:27:19 14        A.  45 to 55.
12:27:20 15        Q.  That's a mild reduction?
12:27:22 16        A.  Correct.
12:27:25 17        Q.  In ejection fraction?  Or how would you say
12:27:28 18    it?  It's a mild reduction in what?
12:27:31 19        A.  Left ventricular systolic function.
12:27:35 20        Q.  Left ventricular systolic function.
12:27:39 21            Then what's the next range down?
12:27:40 22        A.  Moderate.
12:27:41 23        Q.  And what's the range for moderate?
12:27:43 24        A.  35 to 44.

---

Page 209

12:27:52  1        Q.  All right.  So a 35 to 44 percent ejection
12:27:56  2    fraction, somebody with that has a moderate left --
12:27:59  3    or moderate reduction in left ventricular systolic
12:28:02  4    function, right?
12:28:03  5        A.  Right.
12:28:05  6        Q.  And then below 35?
12:28:06  7        A.  I would say moderate to severe, from 25 to
12:28:09  8    34.
12:28:10  9        Q.  All right.  Moderate to severe reduction in
12:28:13 10    a left ventricular systolic function is 25 to 34?
12:28:20 11        A.  Yes.
12:28:21 12        Q.  And then below 25 -- or below 24 is a
12:28:26 13    severe reduction in left ventricular.
12:28:30 14            If somebody has a moderate reduction in
12:28:33 15    left ventricular function, left ventricular systolic
12:28:36 16    function, what conclusions do you draw from that?
12:28:39 17        A.  I conclude that they have a moderate
12:28:41 18    reduction in left ventricular systolic function.
12:28:44 19        Q.  And do you decide that they need certain
12:28:46 20    sorts of treatment, or it puts them at risk of
12:28:50 21    certain events, or what?
12:28:51 22        A.  It depends on the clinical context of the
12:28:54 23    patient.
12:28:55 24        Q.  Is that true for all of the different

---

53  (Pages 206 to 209)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 210

12:28:59 1    categories; it just depends on the patient?
12:29:02 2        A.  Yes.
12:29:15 3        Q.  So you don't agree actually with the
12:29:21 4    statement in Exhibit 10 that Mr. Dedrick's ejection
12:29:27 5    fraction on January 10, 2003 was 55 to 60 percent,
12:29:31 6    do you?
12:29:38 7        A.  No.
12:29:51 8        Q.  And you did a quantitative analysis as the
12:30:04 9    basis of your disagreement, right?
12:30:06 10       A.  Correct.
12:30:07 11       Q.  I'm marking Exhibit 11.  Is Exhibit 11 the
12:30:15 12   results of your quantitative analysis to determine
12:30:17 13   what Mr. Dedrick's ejection fraction was on January
12:30:20 14   10 of 2003?
12:30:22 15       A.  Yes.
12:30:26 16       Q.  Why did you set about to do this
12:30:28 17   quantitative analysis?
12:30:32 18       A.  When I looked at the image, I thought there
12:30:37 19   was such severe inferior wall akinesis -- and I've
12:30:44 20   had this experience in the past, where it looks
12:30:47 21   relatively normal, because the heart's big -- the
12:30:52 22   heart's normal size, and everything contracting
12:30:54 23   rapidly, the heart rate was reasonably high, the
12:31:01 24   interior wall was moving, then I figured I might as

Page 211

12:31:04 1    well quantify it, because I had the ability to
12:31:06 2    quantify it; so I quantified it.
12:31:09 3        Q.  Now, you do 400 cardiac catheterizations a
12:31:11 4    year personally, right?
12:31:13 5        A.  Correct.
12:31:13 6        Q.  You don't do this in every one of those, do
12:31:15 7    you?
12:31:16 8        A.  No.
12:31:16 9        Q.  What percentage of the cardiac
12:31:20 10   catheterizations would you say you do a quantitative
12:31:23 11   analysis to determine ejection fraction?
12:31:25 12       A.  Either me or my fellow assistant, about 20
12:31:28 13   percent of the time, 25 percent.
12:31:30 14       Q.  Now, when you do this -- in the upper
12:31:38 15   right, there's an outline with hash lines in it, and
12:31:41 16   then there's an outline with no hash lines, correct?
12:31:44 17       A.  Correct.
12:31:44 18       Q.  Is that an outline of the left ventricle at
12:31:49 19   systolic, or systole, and then at diastole?
12:31:53 20       A.  Correct.
12:31:54 21       Q.  And which one is which?
12:31:55 22       A.  The systole is the inside version of the
12:32:01 23   lines, and diastolic volume is at the outside.
12:32:07 24       Q.  And the diastolic volume is before the

Page 212

12:32:11 1    ventricle contracts to push the blood out, right?
12:32:13 2        A.  Correct.
12:32:13 3        Q.  And then the systolic volume is while it's
12:32:18 4    contracted, right?
12:32:18 5        A.  Correct.
12:32:19 6        Q.  And to accurately measure the ejection
12:32:22 7    fraction, you want the systolic volume to be at its
12:32:26 8    smallest point in the contraction, correct?
12:32:28 9        A.  Correct.
12:32:28 10       Q.  And you want the diastolic volume to be at
12:32:32 11   its largest point in the contraction --
12:32:36 12       A.  Correct.
12:32:36 13       Q.  -- or the sequence, right?
12:32:36 14          And how do you determine which image in
12:32:40 15   the film to use as the diastole and which one to use
12:32:44 16   as the systole?
12:32:47 17       A.  You look for beats that are not ectopic.
12:32:53 18   You try to find a normal sinus rhythm or whatever
12:32:59 19   their normal rhythm is.  You identify a frame
12:33:02 20   where -- and you scroll back through each frame,
12:33:04 21   depending on the frame speed, to find the peak
12:33:08 22   diastole, and then you frame backwards to find -- or
12:33:12 23   forwards, for peak systole.  The computer freezes
12:33:18 24   each image, and you do the outline trace on the

Page 213

12:33:20 1    calculator.
12:33:20 2        Q.  So you pick the frame, using your -- just
12:33:23 3    kind of eyeballing it, looking for the peak?
12:33:26 4        A.  Yes.
12:33:26 5        Q.  And then you draw the lines around what you
12:33:31 6    see to be the outlines of the left ventricle, right?
12:33:35 7        A.  Yes.
12:33:35 8        Q.  And so if you pick the wrong frame, or if
12:33:39 9    you draw the outline a little off, that will affect
12:33:42 10   what ejection fraction calculation you reach,
12:33:44 11   correct?
12:33:44 12       A.  Correct.
12:33:47 13       Q.  Did you perform the analysis in Exhibit 11
12:33:52 14   yourself?
12:33:52 15       A.  Yes.
12:33:53 16       Q.  You didn't have your colleague do it?
12:33:55 17       A.  No.
12:33:55 18       Q.  So you picked the frames, and you drew the
12:33:58 19   outline?
12:33:58 20       A.  Correct.
12:34:03 21       Q.  So now, you're aware that Mr. Dedrick's
12:34:08 22   treating physicians at the time did a similar
12:34:11 23   quantitative analysis, correct?
12:34:13 24       A.  No, I wasn't aware.

54 (Pages 210 to 213)

FARMER ARSENAULT BROCK LLC

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 214

12:34:15 1    Q. Well, let me show you this.
12:34:22 2        This one's been marked as Exhibit 12.
12:34:25 3  Sorry, Doctor. Have you seen Exhibit 12 before?
12:34:28 4    A. Not that I'm aware of, no.
12:34:33 5    Q. So if you look at the page with the little
12:34:35 6  number at the bottom 0044 --
12:34:39 7    A. Yes.
12:34:39 8    Q. -- does this show the LV RAO projection
12:34:50 9  similar to your Exhibit 11?
12:34:52 10   A. Yes.
12:34:53 11   Q. Is this the same sort of quantitative
12:34:56 12 analysis that you did?
12:34:57 13   A. It appears to be.
12:35:00 14   Q. And you see that Mr. Dedrick's doctor's
12:35:06 15 quantitative analysis reached the conclusion that
12:35:07 16 the ejection fraction was 54.8. Do you see that?
12:35:10 17   A. Yes.
12:35:13 18   Q. And the image that they show for the
12:35:19 19 systolic image, the outline, is a lot smaller than
12:35:24 20 the one that you've drawn, isn't it?
12:35:26 21   A. It's a matter of degrees, but it's fairly
12:35:30 22 consistent, actually, the areas of hypokinesis and
12:35:38 23 akinesis and presumably normal fraction. They look
12:35:40 24 fairly -- the pattern is very similar.

Page 215

12:35:43 1        But yes, they did have a different --
12:35:46 2  different than the computer said that mine was.
12:35:49 3    Q. Okay, but the computer didn't draw the
12:35:51 4  lines around the images; you did, right?
12:35:55 5    A. Right.
12:35:55 6    Q. So how do you explain the difference
12:35:58 7  between No. 8, which is Mr. Dedrick's doctor's
12:36:05 8  quantitative analysis, and yours?
12:36:06 9    A. I can't.
12:36:07 10   Q. I'm sorry; Exhibit 12 and yours? You can't
12:36:11 11 explain the difference?
12:36:11 12   A. Other than different -- possibly different
12:36:15 13 frames, possibly different software, possibly
12:36:18 14 different technique.
12:36:20 15   Q. Can you say that yours is right and theirs
12:36:22 16 is wrong?
12:36:23 17   A. I can't comment on theirs, but I know mine
12:36:25 18 was done properly, because I did it.
12:36:33 19   Q. You don't know that theirs was done
12:36:36 20 improperly because they did it, right?
12:36:37 21   A. I have no basis to make that determination.
12:36:39 22   Q. But you're sure theirs is wrong, just
12:36:42 23 because you did yours; is that right?
12:36:44 24   A. I didn't say that. I said I know mine is

Page 216

12:36:47 1  right because I did it.
12:36:48 2    Q. Well, yours is right, right? And theirs is
12:36:50 3  different. So theirs can't be right, too, can it?
12:36:53 4    A. You can have two rights. It depends.
12:36:57 5        To me, this is what I found and what I
12:37:00 6  could comment on. So how they did it, is it right?
12:37:03 7  It depends on, what do you mean by "right"?
12:37:05 8    Q. Here's what I mean by "right": His
12:37:08 9  ejection fraction -- theirs says that his ejection
12:37:12 10 fraction in that cardiac catheterization tape was
12:37:16 11 54.8 percent, right?
12:37:18 12   A. That's what they say.
12:37:19 13   Q. You think that's wrong, correct?
12:37:21 14   A. My measurement -- I think that was wrong,
12:37:23 15 because my measurement got 35.2 percent.
12:37:27 16   Q. So there's two different measurements.
12:37:29 17 They can't both be right as to what the ejection
12:37:32 18 fraction really was in that tape, can they?
12:37:43 19   A. I guess not.
12:37:43 20   Q. And in your view, yours is the right one
12:37:43 21 because you did it, correct?
12:37:44 22   A. I know that I performed mine, to the best
12:37:47 23 of my knowledge, correctly. I can't assume -- I
12:37:50 24 can't say why theirs is different.

Page 217

12:37:53 1    Q. Is it possible that theirs is right and
12:37:56 2  yours is wrong?
12:37:57 3    A. Sure. Unlikely, but possible.
12:38:01 4    Q. Now, in any event -- well, if his ejection
12:38:08 5  fraction was 35 percent at the time in January of
12:38:11 6  2003, like you say it was, should his doctors have
12:38:16 7  done anything differently?
12:38:17 8    A. No.
12:38:17 9    Q. They shouldn't have put him on a
12:38:19 10 defibrillator?
12:38:20 11   A. No.
12:38:21 12   Q. They shouldn't have prescribed an ACE
12:38:24 13 inhibitor or beta blocker?
12:38:26 14   A. I think -- I'm not aware that he wasn't
12:38:28 15 prescribed those.
12:38:29 16   Q. He wasn't.
12:38:30 17   A. He wasn't prescribed a beta blocker and ACE
12:38:34 18 inhibitor at discharge?
       19   Q. Not to my knowledge, no.
12:38:36 20   A. Then independent of his ejection fraction,
12:38:38 21 medical care would recommend that the standard of
12:38:40 22 care would be that he receive a beta blocker and ACE
12:38:45 23 inhibitor.
12:38:45 24   Q. Even without an ejection fraction

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

Page 218

12:38:47 1 measurement?
12:38:47 2 A. Yes.
12:38:48 3 Q. So the fact that his ejection fraction, in
12:38:53 4 your mind, was 35 percent at that time, as opposed
12:38:58 5 to 55 to 60, didn't make any difference with respect
12:39:03 6 to his treatment?
12:39:04 7 A. At that time, no.
12:39:05 8 Q. No? That's correct; it did not make any
12:39:10 9 difference?
12:39:10 10 A. It did not make a difference.
12:39:11 11 Q. What software did you use to do your
12:39:15 12 quantitative analysis?
12:39:16 13 A. We used the General Electric Centricity
12:39:20 14 software analysis system.
12:39:23 15 Q. Oh; that one. Okay.
12:39:26 16 A. Pardon me?
12:39:27 17 Q. I said, oh; that one.
12:39:30 18 When Mr. Dedrick was discharged from the
12:39:32 19 care of his cardiologist in 2003, they believed that
12:39:36 20 he had normal left ventricle function, right?
12:39:40 21 A. Correct.
12:39:40 22 Q. Were they wrong?
12:39:43 23 A. At the time of discharge, I don't know what
12:39:45 24 his left ventricular function was.

Page 219

12:39:52 1 Q. So you have no basis to disagree with them?
12:39:55 2 A. I have no basis to disagree with them.
12:40:04 3 Q. Now, in September of this year -- by the
12:40:09 4 way, just out of curiosity, you looked at the film
12:40:13 5 of Mr. Dedrick's January 9, 2003 echocardiogram?
12:40:20 6 A. Yes.
12:40:23 7 Q. And the report from that echo showed that
12:40:27 8 his ejection fraction was 35 to 40 percent, correct?
12:40:31 9 A. I don't remember. Do you have the report?
12:40:37 10 Q. I do have it, but I don't think it's
12:40:39 11 necessary. Just take my representation that that's
12:40:41 12 what it says.
12:40:42 13 A. If that's -- well, I don't remember. If
12:40:44 14 that's what you say it is, I'll believe you.
12:40:48 15 Q. Did you perform a quantitative analysis on
12:40:52 16 that tape?
12:40:53 17 A. No.
12:40:55 18 Q. Why not?
12:40:56 19 A. I don't have the ability to.
12:40:57 20 Q. Why not?
12:40:58 21 A. Because I don't have the software to do
12:41:02 22 that, in the way it was given to me.
12:41:10 23 Q. Because why? Because you were just given a
12:41:12 24 videotape as opposed to a series of images?

Page 220

12:41:14 1 A. Because I was given a copy, and I couldn't
12:41:16 2 load it into my -- our echo lab's ability to do
12:41:23 3 that; and even if I did, I don't know the software
12:41:27 4 to do that, since I don't routinely interpret
12:41:30 5 echocardiograms by signing off on reports of them.
12:41:36 6 Q. So you said earlier that a cardiac
12:41:38 7 catheterization is the more accurate way of
12:41:40 8 measuring ejection fraction, right?
12:41:42 9 A. In my opinion.
12:41:43 10 Q. Now, the echo that Mr. Dedrick had in
12:41:50 11 September of this year concluded that he had an
12:41:56 12 ejection fraction of 50 percent?
12:41:59 13 A. Correct.
12:41:59 14 Q. Did you agree with that?
12:42:01 15 A. Yes.
12:42:01 16 Q. You reviewed the tape of that?
12:42:02 17 A. Yes. And I would say about 50 percent,
12:42:08 18 because it wasn't quantifiable, so the eyeball
12:42:13 19 interpretation was 50 percent.
12:42:14 20 Q. Anyway, do you agree that as of today,
12:42:17 21 Mr. Dedrick's ejection fraction is about 50 percent?
12:42:19 22 A. Yes.
12:42:19 23 Q. And is that normal?
12:42:22 24 A. It is, by my criteria, abnormal, but in the

Page 221

12:42:26 1 range of high -- well, low normal to within
12:42:31 2 acceptable range. So it is slightly reduced, so
12:42:34 3 therefore technically abnormal.
12:42:36 4 Q. But it's right on the borderline between
12:42:38 5 slightly abnormal or slightly reduced and normal,
12:42:41 6 right?
12:42:41 7 A. Yes.
12:42:48 8 Q. And it's not a bad position for somebody
12:42:50 9 who's had a heart attack to be in, correct? It's a
12:42:55 10 pretty good ejection fraction for somebody who's had
12:42:58 11 a heart attack, right?
12:43:00 12 A. Yes.
12:43:01 13 Q. And there's no evidence in his recent tests
12:43:04 14 of ischemia, correct?
12:43:05 15 A. Correct.
12:43:07 16 Q. His tests show that he has persistent
12:43:11 17 inferior wall hypokinesis?
12:43:14 18 A. Yes, hypo -- yes.
12:43:19 19 Q. That's the only place where you saw
12:43:22 20 hypokinesis, correct?
12:43:23 21 A. Correct.
12:43:24 22 Q. You didn't see any evidence in the recent
12:43:26 23 tests of anterolateral wall damage, did you?
12:43:31 24 A. Not that I thought was clinically important

56 (Pages 218 to 221)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
# Volume 1 - November 6, 2006

Page 222

12:43:34 1    enough to comment on.

12:43:42 2         But I'd like to qualify that answer that

12:43:44 3    I'm not an echocardiographer, but if an

12:43:50 4    echocardiographer who has more experience and

12:43:53 5    specializes in interpretation of images feels that

12:43:56 6    there's other areas of wall motion that I didn't

12:43:59 7    appreciate, I couldn't argue against them

12:44:01 8    convincingly.

12:44:13 9         Q.  If you would look at -- are you relying on

12:44:16 10   the nuclear test from September of this year at all

12:44:23 11   as the basis for your opinions?

12:44:26 12        A.  As the basis -- yes.

12:44:34 13        Q.  And what was important in that test?

12:44:37 14        A.  His ejection fraction and his perfusion.

12:44:50 15        Q.  Here's No. 13.  This is the report from the

12:44:53 16   nuclear stress test.

12:45:11 17        Doctor, if you'd just flip through No.

12:45:13 18   13 for a second, just make sure that there are no

12:45:16 19   handwritten notes in there.  Are there?

12:45:21 20        A.  I don't see any.

12:45:24 21        Q.  Is Exhibit 13 the report from the nuclear

12:45:26 22   stress test?

12:45:27 23        A.  Yes.

12:45:27 24        Oh; no, there's a handwritten note.

Page 223

12:45:31 1         Q.  That's the doctor's handwritten note.

12:45:39 2         Is Exhibit 13 the report from

12:45:42 3    Mr. Dedrick's September 27, 2006 nuclear stress

12:45:45 4    test?

12:45:46 5         A.  Yes.

12:45:46 6         Q.  And that's what you reviewed?

12:45:49 7         A.  Yes.

12:45:49 8         Q.  This is everything that you reviewed

12:45:51 9    relating to that nuclear stress test, right?

12:45:53 10        A.  Yes.

12:45:57 11        Q.  And you agreed with the conclusions stated

12:45:59 12   on the front page?

12:46:00 13        A.  I have no cause to disagree in that,

12:46:03 14   similar to -- I'm not a nuclear cardiologist;

12:46:06 15   therefore, for this matter I felt that it was not

12:46:09 16   appropriate for me to comment on the images, and

12:46:12 17   went based on the impression of the physician

12:46:16 18   interpreting them.

12:46:17 19        Q.  So is it fair to say that the take-away

12:46:21 20   from the September 2006 tests for Mr. Dedrick is

12:46:25 21   that he has some permanent damage as a result of his

12:46:29 22   2003 heart attack, but that his ejection fraction is

12:46:35 23   either normal or at the high end of slightly

12:46:40 24   abnormal?

Page 224

12:46:42 1         A.  Correct.

12:46:51 2         Q.  And on Page 4 of your report, Exhibit 2,

12:47:03 3    you say in the last paragraph that -- in the fifth

12:47:14 4    line, you say that "Mr. Dedrick had irreversible

12:47:19 5    heart muscle damage, as demonstrated by his

12:47:22 6    significantly reduced ejection fraction."

12:47:29 7         Is there any chance that you wrote that

12:47:31 8    before you had the results of the September 2006

12:47:36 9    test?

12:47:37 10        A.  Yes.

12:47:37 11        Q.  Because you wouldn't still say that his

12:47:40 12   ejection fraction was significantly reduced, right?

12:47:43 13        A.  I would not say his ejection fraction was

12:47:47 14   significantly reduced.  It was based on my --

12:47:50 15        Q.  It was based on the 35 percent?

12:47:53 16        A.  Correct.

12:47:53 17        Q.  So now that it's 50, is the ejection

12:47:56 18   fraction, is it either normal or high, at the high

12:47:58 19   end of slightly reduced?

12:48:00 20        A.  Right.  I would rephrase the sentence

12:48:03 21   significantly.

12:48:03 22        Q.  How would you say it now, given --

12:48:06 23        A.  I would say, "resulting in irreversible

12:48:09 24   heart muscle damage as demonstrated by" -- and my

Page 225

12:48:13 1    grammar may be off, and therefore I need to

12:48:15 2    change -- areas of hypokinesis, akinesis, or

12:48:20 3    whatever the interpretation is, lack of perfusion on

12:48:25 4    the inferior wall.  His left ventricular ejection

12:48:29 5    fraction is mildly reduced at 49 percent, or

12:48:31 6    whatever the number of the nuclear study came up.

12:48:35 7         And I would also say that irreparable

12:48:38 8    heart muscle damage is based on that interpretation

12:48:41 9    of that imaging, but there's other evidence, such as

12:48:45 10   his CPK enzyme leak, which is indicative of

12:48:50 11   irreversible damage.  All heart attack damages are

12:48:55 12   irreversible.

12:48:56 13        Q.  When you talk about a CPK enzyme leak, are

12:48:58 14   you talking about the enzyme being taken at the time

12:49:01 15   of his heart attack?

12:49:02 16        A.  Yes.

12:49:02 17        Q.  And are those readings affected at all by

12:49:04 18   the administration of thrombolytic therapy?

12:49:07 19        A.  Yes.

12:49:07 20        Q.  Is it true that in a patient who has been

12:49:11 21   given thrombolytic therapy, the elevated CPK enzyme

12:49:15 22   levels are less indicative of permanent damage?

12:49:18 23        A.  They're -- no.  They're indicative of

12:49:25 24   permanent damage.  There are differences in degree

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 226

12:49:27 1  of damage, if that's -- yes, differences in degree,
12:49:32 2  compared to someone without thrombolytic therapy.
12:49:35 3      Q. So given the equal levels of CPK enzyme
12:49:39 4  elevation in a person with thrombolytic therapy, you
12:49:42 5  wouldn't draw the conclusions that they had had as
12:49:45 6  extensive heart muscle damage?
12:49:46 7      A. You need to graph a curve over time of CPK,
12:49:53 8  so it's generally the area under the curve. In
12:49:58 9  thrombolytic therapy, you can't use the CPK as the
12:50:02 10 indicator of the extent of damage.
12:50:03 11     The presence of CPK that's in an
12:50:06 12 abnormal range is indicative of permanent
12:50:09 13 irreversible heart damage.
12:50:12 14     Q. You didn't do a curve like that for
12:50:14 15 Mr. Dedrick, did you?
12:50:15 16     A. I don't think it was possible. I don't
12:50:17 17 think they had all the values.
12:50:18 18     Q. And you didn't do it, right?
12:50:19 19     A. Correct.
12:50:24 20     Q. So is it true, given your understanding
12:50:27 21 that he had permanent muscle damage, what really
12:50:36 22 counts is the ejection fraction in terms of
12:50:37 23 evaluating the health of the heart going forward?
12:50:40 24     A. That is one factor.

Page 227

12:50:41 1      Q. Is it the most important factor?
12:50:43 2      A. It is -- I can't say it's the most
12:50:48 3  important factor, but it's one of the most important
12:50:51 4  factors.
12:50:51 5      Q. What are the other most important factors?
12:50:54 6      A. It could be the extent of his heart
12:50:56 7  disease; the quantitative things of his heart
12:51:01 8  disease, such as if he has lots of small vessel
12:51:06 9  diffuse atherosclerosis, even independent of his
12:51:09 10 ejection fraction, that kind of stuff.
12:51:11 11     Q. Okay. But in terms of measuring the
12:51:14 12 lingering effects of his heart attack, is the
12:51:18 13 ejection fraction the best measure?
12:51:19 14     A. Yes.
12:51:19 15     Q. And on that score, Mr. Dedrick is doing
12:51:22 16 pretty well?
12:51:23 17     A. Pretty well.
12:51:26 18     Q. Did you have anything to do with the
12:51:37 19 decision to have Mr. Dedrick undergo testing in
12:51:42 20 September of 2006?
12:51:44 21     A. Not to my knowledge, no.
12:51:45 22     Q. You didn't suggest that to anybody; you
12:51:47 23 were just provided with the results? You don't know
12:51:49 24 the doctors who were involved in either of the

Page 228

12:51:51 1  September 2006 tests?
12:51:52 2      A. No.
12:51:53 3      Q. You have no knowledge about the
12:51:54 4  circumstances under which the tests occurred?
12:51:57 5      A. No.
12:52:00 6      Q. Who paid for them, anything like that?
12:52:00 7      A. No.
12:52:02 8      Q. Do you know any of those doctors involved
12:52:04 9  by reputation?
12:52:05 10     A. No. I don't know who performed the nuclear
12:52:13 11 study.
12:52:14 12     Q. Do you know who performed --
12:52:15 13     A. Or the echo.
12:52:19 14     Q. Based on your review of the September
12:52:21 15 tests, did you conclude that Mr. Dedrick needs any
12:52:24 16 ongoing cardiac care?
12:52:30 17     A. As a person who has substantial risk
12:52:34 18 factors, including having had a heart attack, he
12:52:36 19 needs ongoing cardiac care.
12:52:38 20     Q. But does he need any different ongoing
12:52:42 21 cardiac care than anybody who's ever had a heart
12:52:46 22 attack, which is that they should see a cardiologist
12:52:49 23 from time to time, and try to moderate their risk
12:52:52 24 factors?

Page 229

12:52:52 1      A. He is not unique.
12:52:54 2      Q. There's nothing that those tests tell you
12:52:57 3  that he ought to be pursuing a course of treatment
12:53:01 4  in terms of medications or restrictions on his
12:53:03 5  activities or anything of that sort?
12:53:04 6      A. Nothing that's unique to -- nothing that's
12:53:05 7  as a result of those tests.
12:53:07 8      Q. So he should -- well, what sort of ongoing
12:53:12 9  care do you think he needs as a result of having had
12:53:15 10 a heart attack?
12:53:18 11     A. He needs exercise, he needs dietary
12:53:21 12 modification, he needs smoking cessation counseling,
12:53:24 13 he needs administration of long-term aspirin, he
12:53:27 14 needs the administration of long-term beta blocker
12:53:30 15 therapy if tolerated. He needs the administration
12:53:33 16 of long-term statin therapy. He needs the
12:53:36 17 administration because he's diabetic, not because of
12:53:39 18 his ejection fraction, of an ACE inhibitor.
12:53:43 19     Q. He needs all those things because of his
12:53:45 20 traditional risk factors and because he had a heart
12:53:48 21 attack, correct?
12:53:49 22     A. Yes.
12:53:58 23     Q. And if he doesn't take those steps that you
12:54:00 24 indicate, he puts himself at risk of another heart

58 (Pages 226 to 229)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 230

12:54:06 1    attack?
12:54:07 2        A. He puts himself at a higher risk than if he
12:54:09 3    did -- if he doesn't take them, he puts himself at a
12:54:12 4    higher risk than if he did take them.
12:54:15 5        Q. Now, in the report, you say that "The heart
12:54:23 6    attack places Mr. Dedrick at significantly increased
12:54:26 7    risk for developing fatal arrhythmias and recurrent
12:54:30 8    myocardial infarctions."
12:54:32 9        Does everybody who has a heart attack
12:54:35 10   have significantly increased risk for developing
12:54:38 11   fatal arrhythmias?
12:54:39 12       A. Yes.
12:54:39 13       Q. Everybody who has a heart attack has that
12:54:43 14   risk?
12:54:43 15       A. Yes.
12:54:45 16       Q. Mr. Dedrick's risk for fatal arrhythmias is
12:54:48 17   not higher than that of other people who have had
12:54:51 18   heart attacks?
12:54:53 19       A. I can't compare him to other people, but
12:54:56 20   he's no different than other people.
12:54:59 21       Q. It's just the fact that he had a heart
12:55:01 22   attack that leads you to state that he has a
12:55:03 23   significantly increased risk of fatal arrhythmias,
12:55:07 24   correct?

Page 231

12:55:07 1        A. Correct.
12:55:07 2        Q. It's not something in particular about
12:55:09 3    VIOXX, correct?
12:55:10 4        A. Correct.
12:55:11 5        Q. And what is a fatal arrhythmia?
12:55:14 6        A. A heart rhythm problem that you die from.
12:55:16 7        Q. Are arrhythmias something that pacemakers
12:55:22 8    are built to address?
12:55:23 9        A. Not pacemakers, no -- well, pacemakers
12:55:28 10   treat arrhythmias, but not the arrhythmias that
12:55:31 11   we're talking about.
12:55:32 12       Q. I see. So if somebody is at risk for a
12:55:35 13   fatal arrhythmia, is there any sort of treatment
12:55:38 14   they should be having to avoid the occurrence of a
12:55:40 15   fatal arrhythmia?
12:55:42 16       A. Yes.
12:55:42 17       Q. What is that?
12:55:43 18       A. Depending on the type -- well, risk depends
12:55:45 19   on whether they have the arrhythmia clinically
12:55:48 20   documented and survived it, versus those that don't;
12:55:51 21   and then it depends also on reducing the ischemic
12:55:56 22   burden. So he would need to be treated to reduce
12:55:59 23   ischemia. He would also potentially be a candidate
12:56:02 24   for defibrillator if he meets the appropriate

Page 232

12:56:05 1    indications.
12:56:05 2        Q. Mr. Dedrick didn't have arrhythmia, right?
12:56:08 3        A. Not to my knowledge.
12:56:08 4        Q. And he doesn't have ischemia, right?
12:56:11 5        A. Not to my knowledge, as of yet. He did
12:56:14 6    before.
12:56:14 7        Q. So you don't think he should have treatment
12:56:17 8    right now for fatal arrhythmia prevention, do you?
12:56:21 9        A. Based on those studies, no.
12:56:35 10       Q. Among the things that you said that
12:56:36 11   Mr. Dedrick should be doing, one of them was
12:56:39 12   exercise?
12:56:40 13       A. Correct.
12:56:41 14       Q. If it's possible, given Mr. Dedrick's
12:56:47 15   arthritis, is there any reason why he should not
12:56:49 16   exercise?
12:56:50 17       A. Unless he physically can't exercise,
12:56:54 18   there's no reason he shouldn't exercise.
12:56:55 19       Q. Right, but there's nothing about his heart
12:56:58 20   condition that would indicate to you that he should
12:57:00 21   avoid exercise, correct?
12:57:01 22       A. Correct, other than what we normally
12:57:03 23   counsel patients who have had heart attacks about
12:57:05 24   severe strenuous exercise, especially without a

Page 233

12:57:08 1    warm-up period.
12:57:09 2        Q. He should exercise prudently, as all heart
12:57:13 3    attack patients should?
12:57:14 4        A. Correct.
12:57:17 5        Q. Your basic theory of how VIOXX contributes
12:57:22 6    to heart attacks --
12:57:23 7        Actually, before we do this, I just want
12:57:26 8    to go back to the 4.89, with your indulgence.
12:57:30 9        A. I'm sorry; the what?
12:57:32 10       Q. The 4.89.
12:57:33 11       So your opinion that VIOXX substantially
12:57:41 12   contributed to Mr. Dedrick's heart attack is based
12:57:43 13   on the fact that VIOXX imposed on him a relative
12:57:49 14   risk of 4.89 of having a heart attack, correct?
12:57:53 15       A. Correct.
12:57:54 16       Q. And that's the whole basis for that
12:58:00 17   substantially-contributing opinion?
12:58:01 18       MR. BIRCHFIELD: Object to form.
12:58:02 19       A. No; there's other evidence besides -- the
12:58:05 20   4.89 is where I calculated his attributable relative
12:58:09 21   risk. There's other data besides the VIGOR study
12:58:12 22   that suggests or demonstrates that VIOXX increases
12:58:15 23   your risk for developing a heart attack.
12:58:17 24       Q. I have two different questions; okay?

59 (Pages 230 to 233)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 234

12:58:19 1     The first one, I understand that there's
12:58:22 2  lots of stuff that you say shows that, in general,
12:58:26 3  VIOXX can cause heart attacks or contribute to heart
12:58:29 4  attacks?
12:58:29 5     A. Correct.
12:58:29 6     Q. And we'll call that the sort of general
12:58:32 7  causation information.
12:58:34 8     A. Correct.
12:58:34 9     Q. Okay? And then there's the separate but
12:58:38 10  related question of whether specifically in this
12:58:41 11  case it substantially contributed to this heart
12:58:43 12  attack, correct?
12:58:44 13     A. Correct.
12:58:44 14     Q. We'll talk about the general-causation
12:58:49 15  stuff, about prostacyclin imbalance and all the
12:58:52 16  epidemiological studies and so on in a moment, okay?
12:58:55 17     But focusing on the notion, on the
12:58:57 18  question of whether it substantially contributed to
12:59:00 19  Mr. Dedrick's heart attack in this case, the basis
12:59:03 20  for that is the relative risk of 4.89, correct?
12:59:07 21     A. Correct.
12:59:07 22     Q. And that's the whole basis for that
12:59:09 23  specific causation opinion, correct?
12:59:12 24     A. That was a factor into it. I can't say

Page 235

12:59:15 1  it's -- I can't say, when you have all this
12:59:21 2  information, when you process all the information,
12:59:26 3  the relative -- that it was only this and not how
12:59:29 4  that other thing didn't factor into it. So I can't
12:59:33 5  say --
12:59:33 6     Q. Of course, it factors into your opinion
12:59:36 7  that it contributed to this heart attack, that all
12:59:38 8  the stuff that you know that it can contribute to
12:59:41 9  heart attacks, in your opinion, right? So I'm not
12:59:43 10  saying that you just sort of disregard the
12:59:45 11  information that you have that it can contribute to
12:59:47 12  heart attacks.
12:59:49 13     Okay; we'll just take a step back, all
12:59:52 14  right? You believe that the evidence shows that
12:59:54 15  VIOXX can substantially contribute to heart attacks,
12:59:57 16  right?
12:59:57 17     A. Correct.
12:59:57 18     Q. But you do not believe that everybody --
01:00:01 19  that VIOXX substantially contributed to every heart
01:00:04 20  attack of every person who took VIOXX and then had a
01:00:07 21  heart attack, correct?
01:00:08 22     A. I don't have access to the records. I only
01:00:11 23  could comment on Mr. Dedrick.
01:00:13 24     Q. So is that correct?

Page 236

01:00:16 1     A. I can't -- repeat your question.
01:00:20 2     Q. My question is that you don't just conclude
01:00:24 3  that Mr. Dedrick had -- that VIOXX substantially
01:00:27 4  contributed to Mr. Dedrick's heart attack because
01:00:31 5  whenever anybody took VIOXX and had a heart attack,
01:00:35 6  the VIOXX substantially contributed; that's not your
01:00:38 7  opinion, right?
01:00:39 8     A. Correct.
01:00:39 9     Q. There's something else that tells you --
01:00:39 10  that you're relying on as the basis for the
01:00:42 11  conclusion that in this case, Mr. Dedrick's case, it
01:00:45 12  did in fact substantially contribute, correct?
01:00:48 13     A. Correct.
01:00:50 14     Q. And that something else is the 4.89
01:00:51 15  relative risk, correct?
01:00:54 16     A. That, and among other evidence that other
01:00:55 17  studies similar -- other epidemiological or
01:00:58 18  population-based studies that suggest increased risk
01:01:00 19  in patients on VIOXX, with the increased risk being
01:01:04 20  greater seen in those with multiple -- in those at
01:01:10 21  greatest risk for developing myocardial infarction
01:01:14 22  independent of VIOXX.
01:01:17 23     Q. So there's other studies that you think --
01:01:18 24  so what leads you to the conclusion that VIOXX

Page 237

01:01:20 1  substantially contributed to Mr. Dedrick's heart
01:01:22 2  attack, the specific causation opinion, are
01:01:24 3  epidemiological studies, right? Correct?
01:01:28 4     A. Population-based studies, yes.
01:01:30 5     Q. Is that epidemiological studies?
01:01:32 6     A. That's how I would define them, population-
01:01:33 7  based.
01:01:36 8     Q. So there are population-based studies,
01:01:37 9  including VIGOR?
01:01:40 10     A. Including VIGOR.
01:01:46 11     Q. And other studies that show in your mind
01:01:46 12  that VIOXX imposes a significant relative risk of
01:01:50 13  heart attack?
01:01:59 14     A. Correct.
01:02:00 15     Q. And so that's the basis for your --
01:02:02 16     A. Correct.
01:02:05 17     Q. -- specific causation opinion, yes?
01:02:05 18     A. Correct.
01:02:08 19     Q. But among those studies, the relative risk
01:02:08 20  that you think is the right one that shows the
01:02:11 21  relative risk that VIOXX imposed on Mr. Dedrick for
01:02:15 22  heart attacks is the 4.89, correct?
01:02:18 23     A. Correct.
01:02:20 24     Q. And the fact that there's increased

60 (Pages 234 to 237)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 238

01:02:22 1    relative risk is supported by other studies,
01:02:25 2    correct?
01:02:26 3        A. Correct.
01:02:27 4        Q. And what are those studies?
01:02:29 5        A. There's increased relative risk with the
01:02:34 6    APPROVe study. There's increased relative risk when
01:02:37 7    you look at the meta-analyses performed by Juni,
01:02:43 8    when there's observational population-based studies
01:02:46 9    that involve NSAIDs and COX-2 inhibitors. There's
01:02:50 10   an increased relative risk with VIOXX. But those
01:02:54 11   are broader populations.
01:02:56 12       There's a study recently, I think, from
01:02:59 13   Denmark, Magielsen, published in Circulation, that
01:03:03 14   looked at relative risks of second infarcts in
01:03:06 15   patients, or second -- or cardiac events in patients
01:03:10 16   with established heart attacks; therefore very
01:03:16 17   similar to Mr. Dedrick minus the heart attack.
01:03:19 18   High-risk people have heart attacks, and
01:03:22 19   demonstrated a significant increase in the relative
01:03:24 20   risk of developing an MI.
01:03:26 21       So those are some of the other studies.
01:03:29 22   I don't want to say those are the only ones, because
01:03:32 23   I don't want to rely only on my memory.
01:03:40 24       Q. And if, contrary to what you think is the

Page 239

01:03:43 1    fact, if someone were to conclude that the totality
01:03:47 2    of the epidemiological evidence did not show that
01:03:52 3    VIOXX imposed an increased relative risk of heart
01:03:57 4    attacks, then you would agree that VIOXX did not
01:04:00 5    substantially contribute to Mr. Dedrick's heart
01:04:03 6    attack, right?
01:04:03 7        MR. BIRCHFIELD: Object to the form.
01:04:05 8        A. I would find it hard for any further study
01:04:09 9    to disagree with what's already established, so --
01:04:13 10       Q. Go with me on the hypothetical, though. If
01:04:16 11   it were -- suppose somebody disagrees with you,
01:04:18 12   right? And they look at all the evidence and they
01:04:20 13   say, you know what? I don't think this shows an
01:04:22 14   increased relative risk. Then that person would
01:04:27 15   have to conclude that VIOXX did not substantially
01:04:29 16   contribute to Mr. Dedrick's heart attack, right?
01:04:32 17       A. I don't believe that the -- if they
01:04:35 18   -- I still don't understand your question; I'm
01:04:38 19   sorry.
01:04:38 20       Q. Let's suppose that -- well, what is an
01:04:41 21   increased relative risk, for starters? Is it
01:04:44 22   anything above 1? Anything above 2? What's the
01:04:49 23   significance of increased relative risk that
01:04:51 24   leads --

Page 240

01:04:51 1        A. It's generally accepted to be, increased,
01:04:54 2    significantly increased relative risk is something
01:04:55 3    two or above.
01:04:56 4        Q. Two or above, okay. So is it fair to say
01:04:59 5    that the relative risks that you conclude support a
01:05:03 6    conclusion that VIOXX substantially contributed to a
01:05:06 7    heart attack are relative risks two or above?
01:05:11 8        A. Right, based -- as long as the relative
01:05:15 9    risks are applied to the population that the
01:05:17 10   patient's a part of.
01:05:18 11       Q. So in order to be evidence that the VIOXX
01:05:21 12   substantially contributed to a person's heart
01:05:24 13   attack, first the relative risk should be 2.0 or
01:05:28 14   above, right?
01:05:29 15       A. Generally, yes.
01:05:30 16       Q. And then the group for which that was the
01:05:36 17   relative risk should be a group that this patient
01:05:39 18   falls into, right?
01:05:40 19       A. Correct.
01:05:43 20       Q. And if a relative risk is lower than two,
01:05:47 21   then the attributable risk is lower than 50 percent,
01:05:52 22   right?
01:05:52 23       A. Yes.
01:05:52 24       Q. And so then you can't say it's more likely

Page 241

01:05:56 1    than not that the heart attack contributed?
01:05:59 2        MR. BIRCHFIELD: Object to the form.
01:06:00 3        A. Generally you cannot say that.
01:06:04 4        Q. Now, is it important when looking, when
01:06:09 5    drawing conclusions from these studies, that the
01:06:11 6    data be statistically significant?
01:06:13 7        A. It depends on what you're looking at in the
01:06:16 8    study.
01:06:16 9        Q. So do you think it's okay to draw
01:06:21 10   scientific conclusions from relative risk
01:06:25 11   information that is not statistically significant?
01:06:30 12       A. I think you can draw safety implications
01:06:32 13   from clinical trials without statistical
01:06:34 14   significance, yes.
01:06:35 15       Q. Can you draw conclusions about causation
01:06:39 16   from data that is not statistically significant?
01:06:42 17       A. Depends on what you mean. Causation in
01:06:47 18   what part of the study?
01:06:50 19       Q. So when you're relying on these relative
01:06:58 20   risk numbers as the basis for your causation
01:07:01 21   opinion, your specific causation opinion -- that's
01:07:04 22   the context I'm talking about. Is that clear?
01:07:06 23       A. Yes.
01:07:07 24       Q. Did you rely on relative risk

61 (Pages 238 to 241)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 242

01:07:13 1 determinations that were not statistically
01:07:14 2 significant?
01:07:15 3 A. I can't remember -- if you're asking, is it
01:07:19 4 important to me whether the 4.89 was statistically
01:07:22 5 significant or not, for a safety issue, it's not
01:07:26 6 that important.
01:07:28 7 Q. So to you, it was not important whether the
01:07:32 8 relative risk evidence that you had showed a
01:07:35 9 statistically significant difference?
01:07:40 10 A. In this instance, yes.
01:07:41 11 Q. That's correct?
01:07:42 12 A. That's correct.
01:08:01 13 Q. Your basic theory of how VIOXX contributes
01:08:03 14 to heart attacks -- now talking about the general
01:08:07 15 causation side of things, sort of how it generally
01:08:10 16 causes heart attacks -- is that COX-2 inhibition
01:08:16 17 causes an imbalance between prostacyclin and
01:08:23 18 thromboxane, correct?
01:08:25 19 A. My general understanding of -- my
01:08:27 20 hypothesis is that -- well, it's reduced -- it
01:08:35 21 generally could be attributable to reduced
01:08:38 22 prostacyclin at the expense of no change in
01:08:42 23 thromboxane.
01:08:45 24 Q. Now, you referred to that as your

Page 243

01:08:47 1 hypothesis.
01:08:47 2 A. That I'm using.
01:08:48 3 Q. Sorry?
01:08:49 4 A. The hypothesis I'm using. It's not my
01:08:50 5 hypothesis, it's not Furman's hypothesis; it's
01:08:52 6 generally referred to as FitzGerald's hypothesis.
01:08:54 7 Q. So this notion that COX-2 inhibition --
01:09:03 8 that COX-2 inhibits prostacyclin, does not affect
01:09:13 9 thromboxane levels significantly, and therefore that
01:09:15 10 creates an imbalance, that's the FitzGerald
01:09:16 11 hypothesis?
01:09:16 12 A. Correct.
01:09:17 13 Q. And you subscribe to that hypothesis?
01:09:19 14 A. Correct.
01:09:19 15 Q. Do you agree that it is just a hypothesis?
01:09:22 16 When I say it's just a hypothesis, it hasn't been
01:09:24 17 scientifically proven, correct?
01:09:27 18 A. If you're using it as, the theory of
01:09:31 19 evolution is just a theory, using those words, I
01:09:35 20 think it's fairly conclusive in my mind.
01:09:37 21 Q. Is it a hypothesis or is it a fact?
01:09:40 22 A. It's a hypothesis.
01:09:40 23 Q. It's not a fact?
01:09:46 24 A. In medicine there's very few facts like,

Page 244

01:09:50 1 you know, 1 plus 1 equals 2.
01:09:52 2 Q. Is it a hypothesis that atherosclerosis
01:09:57 3 causes heart attacks?
01:09:58 4 A. Atherosclerosis is a leading cause of heart
01:10:00 5 attacks.
01:10:00 6 Q. It's a cause. That's not a hypothesis, is
01:10:03 7 it?
01:10:08 8 A. Up until something is proven differently.
01:10:11 9 Q. It's believed now to be a fact, correct?
01:10:13 10 A. Yes.
01:10:13 11 Q. The FitzGerald hypothesis is not yet
01:10:16 12 believed to be a fact, correct?
01:10:18 13 A. Not by all.
01:10:19 14 Q. It's not commonly accepted as a fact yet?
01:10:22 15 A. I don't know about "common." "Common"
01:10:27 16 implies quantitative. So I would say more people --
01:10:32 17 more cardiologists than not believe the FitzGerald
01:10:37 18 hypothesis, in my estimate, in my interaction with
01:10:41 19 other cardiologists.
01:10:42 20 Q. Would you put it in the category of
01:10:45 21 scientific fact?
01:10:47 22 A. No.
01:10:54 23 Q. And the prostacyclin or FitzGerald
01:10:58 24 hypothesis -- the inhibition of prostacyclin, in

Page 245

01:11:01 1 your view, results in a prothrombotic, hypertensive
01:11:07 2 and atherogenic state, correct?
01:11:11 3 A. That's correct.
01:11:12 4 Q. So if VIOXX promotes atherosclerosis, the
01:11:15 5 way that it does is through this prostacyclin-
01:11:20 6 thromboxane imbalance, correct?
01:11:22 7 A. I don't know.
01:11:22 8 Q. Well, is there any other mechanism, in your
01:11:25 9 view, by which VIOXX contributes to heart attacks
01:11:31 10 that is not through the prostacyclin-thromboxane
01:11:36 11 imbalance?
01:11:37 12 A. I don't know of any other mechanism, but
01:11:39 13 I'm not saying that no other mechanism exists.
01:11:41 14 Q. But the only mechanism that you're going to
01:11:43 15 opine about that is the basis for your view that
01:11:49 16 VIOXX causes or contributes to heart attacks is that
01:11:53 17 it does so through the imbalance between
01:11:56 18 prostacyclin and thromboxane, correct?
01:11:59 19 A. That is one likely and logical explanation,
01:12:03 20 but it almost is irrelevant why, because the
01:12:09 21 clinical data and population studies demonstrates
01:12:11 22 that it's there.
01:12:13 23 So to my issue is that, yes, you want to
01:12:16 24 have a plausible hypothesis to understand the

62 (Pages 242 to 245)

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 – November 6, 2006

Page 246

01:12:20 1  mechanisms, and there is a plausible hypothesis
01:12:22 2  that's consistent with the clinical endpoints; but
01:12:26 3  it really doesn't matter if we don't know.
01:12:30 4         We didn't know, for instance, why
01:12:32 5  smoking in 1968, or whenever the Surgeon General's
01:12:36 6  report came out, caused cancer. The science wasn't
01:12:39 7  up to the population-based study. We just knew that
01:12:42 8  it did, and the Surgeon General made warnings and
01:12:47 9  all the problems we have with tobacco use and all
01:12:51 10 the litigation with tobacco companies.
01:12:53 11    Q. Doctor, you're not just going to come in
01:12:56 12 and tell the jury that the epidemiological studies
01:12:58 13 show that VIOXX increases the incidence of
01:13:02 14 cardiovascular risk, and that's all you need to
01:13:04 15 know, are you? You're going to describe the
01:13:06 16 mechanism, aren't you?
01:13:07 17    A. If asked.
01:13:08 18    Q. All right.
01:13:08 19    A. If asked what my opinion of the mechanism
01:13:11 20 is, or a potential explanation of it, yes.
01:13:13 21    Q. And the only mechanism that you're going to
01:13:16 22 talk about is that through suppressing prostacyclin,
01:13:22 23 an imbalance is created, and that leads to other
01:13:25 24 facts which in turn contribute to heart attacks,

Page 247

01:13:29 1  right?
01:13:30 2     A. As of now, unless something comes across
01:13:32 3  between now and when trial is, that sheds light on
01:13:37 4  it, most likely that's what I'll be testifying to.
01:13:40 5     Q. Certainly the only mechanism that you've
01:13:42 6  disclosed in your report is -- by which, in your
01:13:47 7  view, VIOXX contributes to heart attacks, is the
01:13:51 8  mechanism of the FitzGerald hypothesis, the
01:13:54 9  imbalance between prostacyclin and thromboxane,
01:13:56 10 right?
01:13:56 11    A. That was what's written in my report.
01:14:01 12 There's other potential mechanisms. Antman, in his
01:14:05 13 article in Circulation, opines about redox in rat
01:14:08 14 free-radical exchanges, and different -- I'm not --
01:14:12 15    Q. You're not offering any opinions about
01:14:14 16 that, are you?
01:14:15 17    A. No; but there are other hypotheses out
01:14:18 18 there how COX-2 inhibition plays a role in
01:14:22 19 thrombosis and heart attacks.
01:14:24 20    Q. But, Doctor, you read all that stuff before
01:14:27 21 you wrote your report, right?
01:14:29 22    A. Correct.
01:14:29 23    Q. And the mechanism that you're relying on as
01:14:33 24 the basis of your opinion that in general, VIOXX can

Page 248

01:14:36 1  contribute to heart attacks, is the prostacyclin-
01:14:40 2  thromboxane imbalance, right?
01:14:41 3     A. I'm making my opinion based on the clinical
01:14:44 4  evidence.
01:14:44 5     Q. Not based on the mechanism?
01:14:46 6     A. The mechanism supports the clinical
01:14:49 7  evidence, but it is what it is. As Coach Bill
01:14:54 8  Belichick says, it is what it is.
01:14:56 9         The clinical population-based studies
01:14:58 10 demonstrate an increased risk in patients taking
01:15:00 11 VIOXX. The increased risk is seen in those at the
01:15:03 12 most risk for development of myocardial infarctions.
01:15:06 13 It is what it is.
01:15:08 14    Q. You offer lots of opinions beyond that it
01:15:12 15 is what it is; don't you? For example, you offer an
01:15:15 16 opinion, do you not, that VIOXX contributes to
01:15:17 17 atherosclerosis, right?
01:15:21 18    A. Correct.
01:15:25 19    Q. And that's not based on the epidemiological
01:15:27 20 studies, is it?
01:15:29 21    A. No. Not as of yet, though there are some
01:15:33 22 reports out that in the APPROVe study, events
01:15:37 23 continued way beyond -- higher events continued way

Page 249

01:15:42 1  beyond in the VIOXX-treated arm many months after
01:15:46 2  discontinuing VIOXX, which implies that there's
01:15:48 3  increased atherosclerosis formation because the
01:15:52 4  prostacyclin balance would have been restored by
01:15:54 5  then.
01:15:55 6         So I can't say population-based studies
01:15:58 7  don't prove -- demonstrate atherosclerosis.
01:16:01 8     Q. You're not relying on those studies to
01:16:04 9  support your statements, are you?
01:16:06 10    A. As much as it's factored into my thinking;
01:16:09 11 so yes, I certainly rely on it.
01:16:12 12    Q. So is the discussion in your report of the
01:16:19 13 prostacyclin-thromboxane imbalance unimportant to
01:16:23 14 your opinions?
01:16:24 15    A. No, it's not unimportant. Nothing I write
01:16:27 16 is unimportant.
01:16:27 17    Q. And do you disclose any other mechanism in
01:16:29 18 your report by which you believe VIOXX contributes
01:16:32 19 to heart attacks as a matter of -- to a reasonable
01:16:36 20 degree of medical certainty?
01:16:42 21    A. I don't believe to.
01:16:45 22    Q. Have you formed an opinion that VIOXX
01:16:48 23 causes or contributes to heart attacks through some
01:16:55 24 other mechanism other than the prostacyclin-

63 (Pages 246 to 249)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

Page 250

01:16:59 1 thromboxane imbalance?

01:17:02 2     A. As I've answered that question before,

01:17:03 3 there may be other mechanisms.  I don't opine about

01:17:06 4 them.

01:17:06 5     Q. You do not have an opinion about other

01:17:08 6 mechanisms, correct?

01:17:09 7     A. I am not opining about them currently, no.

01:17:12 8     Q. When you say "I am not opining," does that

01:17:15 9 mean you're not offering an opinion on those?

01:17:17 10     A. My understanding of your question is, do

01:17:20 11 they exist, and the answer is, I don't know.

01:17:23 12     Q. So you're not going to testify that to a

01:17:27 13 reasonable degree of medical certainty, some other

01:17:30 14 mechanism besides the prostacyclin-thromboxane

01:17:35 15 imbalance shows that VIOXX can contribute to heart

01:17:39 16 attacks, right?

01:17:39 17     A. Again, I go back to my answer, that the

01:17:42 18 clinical population studies demonstrates that VIOXX

01:17:47 19 increases your risk of developing myocardial

01:17:51 20 infarctions.

01:17:51 21     Q. I'm talking about the mechanism now.

01:17:53 22     A. Again, the mechanism -- we could beat this

01:17:57 23 all afternoon.

01:17:58 24     Q. I just want to know what you're going to

Page 251

01:17:59 1 opine about.  I know you're going to opine about

01:18:04 2 prostacyclin-thromboxane, because that's disclosed

01:18:06 3 in your report.

01:18:06 4     A. Correct.

01:18:06 5     Q. All I want to do is confirm that you're not

01:18:09 6 going to come up with some new mechanism and offer

01:18:11 7 opinions on something you haven't disclosed in your

01:18:13 8 report.

01:18:14 9     MR. BIRCHFIELD: Object to the form.

01:18:15 10     A. Unless new knowledge comes out between now

01:18:18 11 and testimony, I reserve the right --

01:18:19 12     Q. Sitting here today, you don't have an

01:18:20 13 opinion that any mechanism other than the

01:18:23 14 prostacyclin-thromboxane imbalance that you talk

01:18:25 15 about in your report shows to a reasonable degree of

01:18:28 16 medical certainty that VIOXX contributes to heart

01:18:32 17 attacks, just as you sit here today?

01:18:33 18     A. Correct.

01:18:43 19     Q. At the bottom of Page 6, you note that "As

01:18:49 20 hypothesized" -- this is in your report, Exhibit

01:18:51 21 2 -- "As hypothesized by the APPROVe authors (40),

01:18:55 22 the increased thrombotic events seen with the use of

01:18:59 23 VIOXX may be related to alteration in the balance of

01:19:03 24 thromboxane A2 and prostacyclin, enhanced

Page 252

01:19:07 1 instability (41), or both."  Do you see that?

01:19:12 2     A. Correct.

01:19:13 3     Q. The APPROVe authors mention those things,

01:19:14 4 but they didn't say as a conclusion that either of

01:19:17 5 those things were true, correct?

01:19:19 6     A. They mention that in their paper.  They

01:19:22 7 don't suggest one way or the other whether it's true

01:19:25 8 or not, but they offer it as an explanation.

01:19:27 9     Q. They offer it as a hypothesis, but they

01:19:30 10 don't say it is true?

01:19:31 11     A. They offer it as an explanation -- or how

01:19:33 12 did I write it?

01:19:35 13     Q. They didn't reach conclusions -- the

01:19:37 14 APPROVe authors of the APPROVe study didn't show

01:19:40 15 conclusively that thrombotic events associated with

01:19:44 16 VIOXX were related to an alteration in the balance

01:19:47 17 between thromboxane and prostacyclin, did they?

01:19:50 18     A. No.  They hypothesize it.

01:19:52 19     Q. And they also didn't show or conclude or

01:19:55 20 prove that thrombotic events related to VIOXX were

01:19:59 21 related to plaque instability, correct?

01:20:01 22     A. Correct.  They just hypothesized it.

01:20:06 23     Q. Now, you cite, after the words "plaque

01:20:12 24 instability" there, you have a 41 in parentheses,

Page 253

01:20:15 1 which is a reference to the Hennan study, right?

01:20:18 2     A. Correct.

01:20:19 3     Q. What did Hennan have to do with plaque

01:20:22 4 instability?

01:20:22 5     A. Can I see the study?

01:20:25 6     Q. Sure.  Exhibit 14 is a copy of the Hennan

01:20:43 7 study.

01:20:44 8     Is that the study that you're referring

01:20:45 9 to as Reference No. 41 in your report?

01:21:05 10     A. Yes, that's the reference I'm referring to.

01:21:07 11     Q. And what does the Hennan have to do

01:21:10 12 with?  What does it show about VIOXX and plaque

01:21:13 13 instability?

01:21:52 14     A. Well, he said he used celecoxib,

01:22:04 15 c-e-l-e-c-o-x-i-b, Celebrex.

01:22:04 16     Q. So the Hennan study wasn't about VIOXX?

01:22:07 17     A. It was about the COX-2 inhibitor Celebrex

01:22:10 18 -- well, it wasn't about it; it used it as a

01:22:13 19 reagent.

01:22:13 20     Q. But it didn't use VIOXX, right?

01:22:16 21     A. Right.

01:22:17 22     Q. Did not use VIOXX.  And did it say anything

01:22:20 23 about plaque instability?

01:22:21 24     A. I'm trying to see where I got that

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-d8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

Page 254

01:22:23 1 reference.
01:23:15 2 (Witness reviews document.)
01:23:37 3 Q. Okay?
01:23:38 4 A. I'm reading.
01:23:39 5 Q. I don't know that we have time, Doctor, for
01:23:40 6 you to read the whole report. Just based on a quick
01:23:43 7 review of the report, it doesn't come back to you
01:23:48 8 why you cited the Hennan study as relating to plaque
01:23:52 9 instability, right?
01:23:55 10 A. No, but there was a reason; otherwise I
01:23:57 11 wouldn't have cited it. So I'll be more than happy
01:24:00 12 to review the article in its entirety, or if in the
01:24:05 13 interest of time, we can come back to it another
01:24:07 14 time.
01:24:07 15 Q. Yes, let's come back to it. If you want to
01:24:24 16 look at it at a break or something. We're pressed
01:24:27 17 for time.
01:24:28 18 The clotting system in the body is much
01:24:31 19 more complicated than a simple balance between
01:24:35 20 prostacyclin and thromboxane, right?
01:24:37 21 A. Correct.
01:24:38 22 Q. Although prostacyclin is one of the
01:24:41 23 strongest platelet inhibitors, there are others,
01:24:44 24 right? Other platelet inhibitors?

Page 255

01:24:48 1 A. There are other factors, yes; but
01:24:50 2 prostacyclin is one of the strongest.
01:24:51 3 Q. Is it the strongest?
01:24:53 4 A. It's not something that's quantifiable like
01:24:56 5 that.
01:24:56 6 Q. Well, are there others that are as strong?
01:24:59 7 A. Again, there's -- it's hard. Prostacyclin
01:25:03 8 is one of the strongest.
01:25:04 9 Q. What are the other ones of the strongest?
01:25:07 10 A. Inhibitors of platelet function?
01:25:11 11 Q. Is nitric oxide one?
01:25:13 12 A. Nitric oxide.
01:25:15 13 Q. Is it "NIT-ric" oxide?
01:25:21 14 A. I pronounce it "NIT-ric." Some people --
01:25:22 15 Q. You're the scientist; I'm an English major.
01:25:25 16 Is it "NIT-ric?"
01:25:28 17 A. It's "to-MAY-toe, to-MAH-toe."
01:25:32 18 Q. Well, I'll go with "You say 'to-MAY-toe';
01:25:32 19 I'll say 'to-MAH-toe.'" So is nitric oxide an anti-
01:25:36 20 clotting compound?
01:25:36 21 A. It's an anti-clotting agent.
01:25:39 22 Q. Is it in that same category of strong ones
01:25:43 23 with prostacyclin?
01:25:43 24 A. That's harder to quantify, because the

Page 256

01:25:45 1 half-life of nitric oxide is so short, it's very
01:25:48 2 difficult to measure it. It's generally accepted
01:25:50 3 that prostacyclin is one of the most, if not the
01:25:53 4 most, potent platelet-calming agents.
01:26:01 5 Q. But there are others, right?
01:26:02 6 A. Yes.
01:26:07 7 Q. Is thrombomodulin one?
01:26:09 8 A. Yes.
01:26:10 9 Q. Is tissue plasminogen activator one?
01:26:14 10 A. No.
01:26:15 11 Q. Can you think of any other ones as you sit
01:26:18 12 here? Strong platelet-calming --
01:26:22 13 A. Not in physiological conditions.
01:26:25 14 Q. What does that mean? You mean as opposed
01:26:27 15 to in a test tube?
01:26:29 16 A. And under physiological flow, and without
01:26:32 17 using -- there are other agents, aspirin, that kind
01:26:36 18 of stuff. The degree of calcification of -- you
01:26:41 19 know, calcium affects platelet function.
01:26:44 20 Q. I see.
01:26:44 21 A. There's other things that inhibit it. PG-2
01:26:48 22 inhibits it to some extent, too.
01:26:49 23 Q. And there are other pro-clotting compounds
01:26:52 24 besides thromboxane, right?

Page 257

01:26:55 1 A. Oh, many, yes.
2 Q. I'm sorry?
01:26:55 3 A. Yes.
01:26:55 4 Q. Many of them?
01:26:56 5 A. Yes.
01:26:56 6 Q. So it's a complicated balance; clotting
01:26:59 7 depends on the complicated balance of a bunch of
01:27:02 8 different factors and compounds and circumstances,
01:27:04 9 right?
01:27:04 10 A. Correct.
01:27:06 11 Q. And VIOXX doesn't affect these other pro-
01:27:11 12 and anti-clotting factors, does it?
01:27:15 13 A. No.
01:27:15 14 Q. It just affects prostacyclin?
01:27:18 15 A. To my understanding, yes.
01:27:21 16 Q. Is there any standard cardiology reference
01:27:24 17 book that says that the balance between prostacyclin
01:27:28 18 and thromboxane is a critical factor in vascular
01:27:32 19 homeostasis?
01:27:34 20 A. I'm sure that -- cardiology textbook?
01:27:37 21 Q. Any kind of textbook.
01:27:39 22 A. I'm sure that's in Schaeffer's Hemostasis
01:27:42 23 and Thrombosis. I'm sure that's in Michelson's
01:27:46 24 Platelets. I'm sure that's somewhere in -- I can't

65 (Pages 254 to 257)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 – November 6, 2006

Page 258

01:27:50 1   say offhand without a doubt that it's in Braunwald's
01:27:56 2   or other textbooks of cardiology, but it's a
01:27:59 3   generally accepted principle that prostacyclin
01:28:02 4   levels are involved in homeostasis.
01:28:08 5       Q. Involved in, or a critical factor in?
01:28:10 6       A. Well, you have to define what "critical
01:28:13 7   factor" is.
01:28:13 8       Q. Well, does that phrase have any meaning to
01:28:16 9   you?
01:28:17 10      A. I don't want to assume what you're asking.
01:28:19 11      Q. Well, are some things more important than
01:28:23 12   other things in homeostasis?  Are there some factors
01:28:28 13   that are more important than others?
01:28:30 14      A. Yes.
01:28:32 15      Q. And is it your view that those books list
01:28:34 16   the prostacyclin-thromboxane balance as one of the
01:28:40 17   more important factors?
01:28:42 18      A. I would be surprised if they didn't state
01:28:44 19   that somewhere in the books.
01:28:49 20      Q. The million clots, million -- 1.2 million,
01:28:54 21   say, roughly million clots that caused heart attacks
01:28:57 22   in the United States last year were not all caused
01:29:00 23   by an imbalance between prostacyclin and
01:29:03 24   thromboxane, right?

Page 259

01:29:04 1       A. Correct.
01:29:11 2       Q. And from the fact that somebody had a heart
01:29:13 3   attack, you can't tell whether or not he had an
01:29:15 4   imbalance between his prostacyclin and his
01:29:17 5   thromboxane, right?
01:29:18 6       A. In general, you can't.
01:29:19 7       Q. Cannot?
01:29:21 8       A. You cannot.  I mean, you can measure, I
01:29:24 9   guess; but no one measures.
01:29:27 10      Q. No one measures.
01:29:30 11          What are the normal ranges of
01:29:32 12   prostacyclin and thromboxane in the coronary
01:29:35 13   vasculature?
01:29:36 14      A. I don't know.
01:29:42 15      Q. Do you know how much reduction of
01:29:45 16   prostacyclin is necessary in order to cause or
01:29:49 17   contribute to a heart attack?
01:29:53 18      A. I don't know.
01:29:57 19      Q. And do you know how much VIOXX decreases
01:30:01 20   prostacyclin in the coronary vasculature?
01:30:04 21      A. In the coronary vasculature, I don't know.
01:30:07 22      Q. Does the reduction in prostacyclin, in your
01:30:09 23   view, occur in everybody who takes a COX-2
01:30:13 24   inhibitor?

Page 260

01:30:14 1       A. To some extent, it should.
01:30:16 2       Q. Do you know if it does or doesn't?
01:30:18 3       A. I have no knowledge if other -- the answer
01:30:23 4   is, I don't know.
01:30:23 5       Q. Don't know.  And that's true for VIOXX,
01:30:26 6   too; you don't know whether the prostacyclin is
01:30:28 7   reduced in everybody who takes VIOXX, right?
01:30:34 8       A. It's not measured in everyone who takes
01:30:37 9   VIOXX.  Therefore, it's not known if it reduces it
01:30:39 10   in everyone who uses VIOXX.  That's the mechanism of
01:30:42 11   the action of the drug, assuming the drug works.
01:30:45 12      Q. You believe that's the mechanism, but in
01:30:47 13   fact, you don't know in a given patient whether the
01:30:49 14   VIOXX is reducing his prostacyclin or not, right?
01:30:53 15      A. I do know that the VIOXX is inhibiting
01:30:56 16   COX-2, and COX-2 is directly related to the
01:31:03 17   formation of prostacyclin.
01:31:05 18          But do I know that prostacyclin,
01:31:07 19   therefore, is measured in these patients?  No, I
01:31:10 20   don't know that.
01:31:10 21      Q. Do you know that, in fact, it's actually
01:31:12 22   decreased in the coronary vasculature?
01:31:16 23      A. Similar answer:  I don't know, because it's
01:31:19 24   not measured.

Page 261

01:31:23 1       Q. I might have asked you this, but you don't
01:31:24 2   know how much of a reduction in prostacyclin is
01:31:26 3   needed in order to create a prothrombotic state,
01:31:32 4   correct?
01:31:33 5       A. No.
01:31:33 6       Q. That's correct, right?
01:31:34 7       A. I'm agreeing with you.
01:31:42 8       Q. Non-selective NSAIDs also inhibit COX-2,
01:31:46 9   right?
01:31:46 10      A. To certain amounts, yes.
01:31:48 11      Q. And so on your theory, non-selective NSAIDs
01:31:54 12   reduce prostacyclin to some degree, correct?
01:31:57 13      A. Correct.
01:31:57 14      Q. In the same way that VIOXX does, correct?
01:31:59 15      A. Correct.
01:32:00 16      Q. But you also don't know how much the other
01:32:02 17   NSAIDs reduce the prostacyclin, correct?
01:32:04 18      A. Most, probably less than VIOXX, because
01:32:08 19   there's specificity of VIOXX to COX-2; but there's
01:32:10 20   no -- I'm not aware of seeing any comparison data
01:32:13 21   offhand that I can recall comparing one COX-2
01:32:17 22   antagonist, whether NSAID or COX-2-specific, to
01:32:21 23   another in a large population of people where you're
01:32:30 24   measuring urinary prostacyclin.

66 (Pages 258 to 261)

FARMER ARSENAULT BROCK LLC

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

Page 262

01:32:32 1    Q. So the answer is, you don't know whether
01:32:42 2  non-selective NSAIDs -- the extent to which non-
01:32:47 3  selective NSAIDs reduce prostacyclin compared to how
01:32:51 4  much VIOXX does?
01:32:51 5    A. Presumably most NSAIDs are -- reduce it
01:32:55 6  less than --
01:32:56 7    Q. But that's a presumption?
01:32:57 8    A. A logical presumption.
01:32:58 9    Q. But you actually don't know, right?
01:33:00 10    A. I don't know, nor do I think anyone has
01:33:02 11  done that experiment that you're asking for.
01:33:04 12    Q. And you don't know what Mr. Dedrick's
01:33:08 13  prostacyclin level was in his coronary vasculature
01:33:12 14  at the time he had his heart attack, right?
01:33:15 15    A. No one knows; therefore I don't know.
01:33:16 16    Q. And you don't know what his thromboxane
01:33:19 17  level was?
01:33:19 18    A. Same answer. No one knows; therefore I
01:33:22 19  don't know.
01:33:22 20    Q. And there were no tests done as a matter of
01:33:24 21  medicine to determine whether he was in a
01:33:26 22  prothrombotic state, right?
01:33:27 23    A. There were no tests done on him to indicate
01:33:30 24  that.

Page 263

01:33:31 1    Q. And you can't actually say with a
01:33:33 2  reasonable degree of medical certainty that
01:33:35 3  Mr. Dedrick had an actual reduction in prostacyclin
01:33:38 4  in his coronary vasculature, right?
01:33:41 5    A. No one can make that statement.
01:33:43 6    Q. And therefore you can't, right?
01:33:44 7    A. Correct.
01:33:51 8    Q. Is everybody who has a thrombus in a
01:33:56 9  prothrombotic state?
01:33:58 10    A. By the nature of having a thrombus, to some
01:34:02 11  degree, yes.
01:34:03 12    Q. So everybody who has had a heart attack was
01:34:06 13  in a prothrombotic state?
01:34:07 14    A. Was or is? And over what time frame?
01:34:10 15    Q. Let's back up.
01:34:11 16    Somebody has a heart attack, right?
01:34:13 17    A. Correct.
01:34:13 18    Q. That's caused by a clot.
01:34:15 19    A. Among other things, other associated
01:34:17 20  factors.
01:34:17 21    Q. Let's assume that somebody had a heart
01:34:19 22  attack, all we know is somebody had a heart attack,
01:34:22 23  and the heart attack was caused by a clot, okay?
01:34:24 24    A. Okay.

Page 264

01:34:25 1    Q. Was that person in a prothrombotic state?
01:34:29 2    A. Does the patient have atherosclerosis?
01:34:31 3    Q. Well, you told me a minute ago that by
01:34:33 4  virtue of having a thrombus, they were to some
01:34:37 5  degree in a prothrombotic state, didn't you?
01:34:40 6    A. The implication is implying that because
01:34:53 7  thrombin generation occurs within the thrombus,
01:34:56 8  thrombin induces a prothrombotic state. Therefore,
01:35:00 9  a thrombus will induce a prothrombotic state.
01:35:05 10    I'm talking about degree of
01:35:07 11  prothrombotic state. A clot makes you more likely
01:35:09 12  to clot. Clots propagate; hence why a thrombus
01:35:13 13  makes you more prothrombotic, up until a certain
01:35:20 14  time when --
01:35:20 15    Q. Okay; I see what you're saying. When
01:35:22 16  somebody has a clot that causes a heart attack, you
01:35:27 17  can't tell from that fact whether they were in a
01:35:30 18  prothrombotic state before they had that clot,
01:35:33 19  though, right?
01:35:33 20    A. Correct.
01:35:33 21    Q. So just the fact that they had a clot does
01:35:35 22  not mean that before they had the clot, they were in
01:35:38 23  a prothrombotic state, correct?
01:35:41 24    A. Unless they had atherosclerosis.

Page 265

01:35:42 1    Q. Putting to one side for a moment
01:35:45 2  atherosclerosis, just the fact that somebody has a
01:35:47 3  clot doesn't mean that they were in a prothrombotic
01:35:51 4  state before they had the clot, correct?
01:35:52 5    A. Correct.
01:35:52 6    Q. Now, if somebody's atherosclerotic, they
01:35:57 7  have atherosclerosis, then they have a clot; were
01:36:00 8  they in a prothrombotic state before they had the
01:36:03 9  clot?
01:36:03 10    A. Since atherosclerosis is a prothrombotic
01:36:07 11  state, the answer would be yes.
01:36:08 12    Q. So everybody with atherosclerosis is in a
01:36:11 13  prothrombotic state?
01:36:12 14    A. To some degree.
01:36:13 15    Q. And even people taking aspirin?
01:36:15 16    A. Even people taking aspirin.
01:36:19 17    Q. Prostacyclin is made in various places in
01:36:22 18  the body, right?
01:36:23 19    A. Correct.
01:36:23 20    Q. And I'm going to list them all, and tell me
01:36:26 21  if any of these are places they're not made. Lungs,
01:36:29 22  brain, uterus, kidney -- is it made in all those
01:36:33 23  places?
01:36:34 24    A. You told me to tell you if I disagreed with

67 (Pages 262 to 265)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 266

01:36:37  1    you.
01:36:37  2         Q.  And you're being quiet, so you agree it's
01:36:40  3    made in all those places, right?
01:36:42  4         A.  I'm following your instructions.
01:36:44  5             Yes, I agree with that, to the best of I
01:36:46  6    knowledge.  I'm not sure about the uterus; I've
01:36:49  7    don't remember seeing data on the uterus, as
01:36:53  8    Mr. Dedrick didn't have one and I didn't look.
01:36:59  9         Q.  He actually did have a uterus, but there's
01:37:02 10    a motion in limine -- I'm kidding.
01:37:08 11             The endothelial cells are cells that
01:37:12 12    line the artery, right?
01:37:13 13         A.  Correct.
01:37:13 14         Q.  And they make prostacyclin too, right?
01:37:16 15         A.  Correct.
01:37:16 16         Q.  And that's the important prostacyclin for
01:37:18 17    this case, right?
01:37:21 18         A.  Regarding the clotting, most likely it's
01:37:23 19    the main source of prostacyclin that's inhibited by
01:37:26 20    the VIOXX.
01:37:27 21         Q.  Well, let's back up.
01:37:28 22             Prostacyclin is produced and acts
01:37:32 23    locally, right?
01:37:35 24         A.  Presumably, yes.

Page 267

01:37:36  1         Q.  Well, that's everybody's theory, right, is
01:37:40  2    that the important prostacyclin relative to clotting
01:37:44  3    in the coronary arteries is the prostacyclin that's
01:37:47  4    produced in the endothelium of the coronary
01:37:50  5    arteries, right?
01:37:51  6         A.  It's produced in the endothelium of the
01:37:53  7    coronary arteries, yes; but the problem I have with
01:37:55  8    that is that since blood circulates, you could have
01:37:59  9    platelets seen in prostacyclin generated elsewhere
01:38:02 10    in the body that come back through the coronary
01:38:04 11    artery.  So when you limit it to the coronary
01:38:07 12    vasculature, I'm not sure that's an entirely right
01:38:10 13    presumption.
01:38:10 14         Q.  Well, anyway, it's prostacyclin that's made
01:38:12 15    in the endothelium that's most important for
01:38:15 16    questions of clotting, right?
01:38:17 17         A.  I don't know.  I would think so.
01:38:19 18         Q.  Have you seen any evidence that
01:38:20 19    prostacyclin from the brain is important in opposing
01:38:26 20    thromboxane and preventing clots?
01:38:27 21         A.  It's unclear whether, what role thromboxane
01:38:30 22    in the brain plays in the human body, or in the
01:38:35 23    clots.
01:38:35 24         Q.  So do you agree or disagree that the

Page 268

01:38:38  1    important prostacyclin for the purposes of the
01:38:40  2    FitzGerald hypothesis is endothelial prostacyclin?
01:38:46  3         A.  I honestly don't agree or disagree.  I
01:38:50  4    think, again, blood circulates, platelets circulate,
01:38:53  5    excluding the brain where there's a blood/brain
01:38:57  6    barrier.  If it's shown that the kidneys is the
01:39:01  7    majority organ that produces prostacyclin and
01:39:05  8    excretes 90 percent of the prostacyclin, if
01:39:08  9    platelets come in contact with that, or not come in
01:39:12 10    contact with that if there's a COX-2 agent on board,
01:39:16 11    then I wouldn't presume to say it's all limited to
01:39:19 12    the endothelium.  The answer is I don't know.
01:39:21 13         Q.  You don't know.
01:39:23 14             Well, prostacyclin is rapidly broken
01:39:26 15    down, right?
01:39:27 16         A.  My understanding of it is.
01:39:28 17             MR. OUWELEEN:  Let's go off the record
01:39:30 18    for a second.
01:39:31 19             THE VIDEOGRAPHER:  The time is 1:39.
01:39:33 20    We're off the record.
01:45:33 21             (Recess taken)
01:47:27 22             THE VIDEOGRAPHER:  The time is 1:47.
01:47:29 23    We're back on the record.
01:47:31 24         Q.  What dosage of VIOXX did Mr. Dedrick take?

Page 269

01:47:35  1         A.  I believe he was taking 25 milligrams.
01:47:37  2         Q.  There's no evidence that he ever took any
01:47:40  3    other dose other than 25 milligrams, right?
01:47:42  4         A.  I have no reason to say yes or no.
01:47:44  5         Q.  Well, you looked at the medical records,
01:47:47  6    right?
01:47:47  7         A.  Right.  He may have taken 50 milligrams
01:47:50  8    when he first started for a dose or two, but I don't
01:47:53  9    know that for a fact.
01:47:54 10         Q.  There's no indication in the records that
01:47:56 11    he took 50 milligrams, right?
01:47:58 12         A.  No.
01:47:58 13         Q.  There's no indication in his testimony that
01:48:02 14    you reviewed about that, right?
01:48:03 15         A.  Correct; not that I remember.
01:48:05 16         Q.  He didn't have rheumatoid arthritis, right?
01:48:08 17         A.  To the best of my knowledge, he did not
01:48:10 18    have rheumatoid arthritis.
01:48:15 19         Q.  At the time he had his heart attack, he had
01:48:22 20    no past medical history of a stroke, did he?
01:48:25 21         A.  Correct.
01:48:25 22         Q.  Or a transient ischemic attack?
01:48:29 23         A.  Ischemic.  No.
01:48:31 24         Q.  Or of a heart attack?  He had no past

68  (Pages 266 to 269)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 270

01:48:35 1    medical history of heart attack, right?
01:48:36 2        A. Not that I'm aware of.
01:48:38 3        Q. And he had no past medical history of
01:48:40 4    unstable angina?
01:48:43 5        A. Correct.
01:48:43 6        Q. Or angina pectoris, right?
01:48:45 7        A. Correct.
01:48:46 8        Q. Or coronary artery bypass graft surgery
01:48:51 9    prior to his heart attack, right?
01:48:56 10       A. Correct.
01:48:56 11       Q. None of that?
01:48:57 12       A. Correct.
01:48:57 13       Q. He never had any percutaneous coronary
01:49:01 14   interventions prior to his heart attack, right?
01:49:04 15       A. Correct.
01:49:15 16       Q. So no matter where prostacyclin is made in
01:49:18 17   the body, when it breaks down, it ends up in the
01:49:21 18   urine, right?
01:49:22 19       A. Yes.
01:49:23 20       Q. So you can't tell -- so what's in the
01:49:27 21   urine, when you're measuring prostacyclin-related
01:49:30 22   things in the urine, you're not actually measuring
01:49:33 23   prostacyclin; you're measuring a metabolite of
01:49:36 24   prostacyclin, right?

Page 271

01:49:39 1        A. Yes.
01:49:39 2        Q. And that's a product after the breakdown,
01:49:42 3    right?
01:49:42 4        A. Yes.
01:49:42 5        Q. If we could, if we wanted to know how much
01:49:45 6    prostacyclin was in the blood or in arteries, the
01:49:47 7    best way would be to directly measure it in the
01:49:49 8    blood or in the arteries, right?
01:49:52 9        A. Yes.
01:49:52 10       Q. Because you can't tell by measuring the
01:49:55 11   metabolites in the urine whether that came from the
01:49:58 12   blood or arteries or came from someplace else,
01:50:02 13   right?
01:50:02 14       A. Well, to get in the urine, it eventually
01:50:06 15   had to get into the blood, if it's not in the
01:50:08 16   kidney.
01:50:08 17       Q. Let me restate it.
01:50:10 18           When you're measuring prostacyclin
01:50:13 19   metabolite in the urine, you can't tell if that came
01:50:18 20   from prostacyclin produced by the endothelium or
01:50:20 21   from prostacyclin produced by the lungs, right?
01:50:23 22       A. Correct.
01:50:35 23       Q. COX-1 makes prostacyclin in the
01:50:40 24   endothelium, doesn't it?

Page 272

01:50:42 1        A. Correct.
01:50:44 2        Q. VIOXX doesn't reduce the COX-1
01:50:50 3    prostacyclin; it only reduces the COX-2
01:50:53 4    prostacyclin, right?
01:50:54 5        A. Correct.
01:50:54 6        Q. If COX-1 were responsible for both
01:50:57 7    thromboxane and prostacyclin production in the
01:51:00 8    endothelium, then VIOXX would not cause an
01:51:03 9    imbalance, right?
01:51:04 10       A. If it -- well, assuming that -- if COX-1
01:51:10 11   was the only thing responsible.
01:51:11 12       Q. Well, okay. Let's just say if COX-1 were
01:51:15 13   the principal source of thromboxane and prostacyclin
01:51:19 14   in the endothelium, then would VIOXX cause an
01:51:21 15   imbalance between those things?
01:51:23 16           MR. BIRCHFIELD: Object to form.
01:51:25 17       A. It depends on what weight you give the
01:51:27 18   word, to modify your "principal."
01:51:31 19       Q. If COX-1 produced most of the prostacyclin
01:51:33 20   in the endothelium, would VIOXX cause an imbalance?
01:51:38 21       A. I don't mean to be difficult, but if you're
01:51:42 22   saying -- if you say, for instance, that COX-1 is
01:51:45 23   responsible for 51 percent and COX-2 for 49 percent,
01:51:49 24   which gives you most principal. However, when you

Page 273

01:51:52 1    get rid of, take out that 49 -- you only take out
01:51:54 2    the 51 percent --
01:51:57 3        Q. Fair enough; okay. What if COX-1 is
01:52:01 4    responsible for virtually all of the prostacyclin in
01:52:02 5    the endothelium?
01:52:03 6        A. Then there would be no effect from COX-2
01:52:07 7    inhibitors.
01:52:07 8        Q. Then VIOXX would not cause an imbalance,
01:52:10 9    correct?
01:52:11 10       A. Correct.
01:52:11 11       Q. Aspirin is COX-1 selective, right?
01:52:15 12       A. Correct.
01:52:15 13       Q. And low-dose aspirin reduces COX-1 and
01:52:18 14   leaves COX-2 alone, right?
01:52:20 15       A. Correct.
01:52:20 16       Q. If you gave low-dose --
01:52:22 17       A. Well, low-dose aspirin probably can to some
01:52:26 18   degree inhibit COX-2 but not to the extent it
01:52:29 19   inhibits COX-1.
01:52:29 20       Q. How many times more is it reducing COX-1
01:52:33 21   than COX-2?
01:52:34 22       A. Significantly.
01:52:35 23       Q. Many times more, right?
01:52:38 24       A. Many, significantly, yes. I don't want to

69 (Pages 270 to 273)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 274

01:52:41 1 give a number, because I don't want to incorrectly
01:52:44 2 state the number.
01:52:44 3    Q. Does the number 150 times more selective
01:52:48 4 for COX-1 ring a bell?
01:52:52 5    A. It potentially could be the right answer,
01:52:54 6 but again -- not that I don't trust you, but....
01:52:58 7    Q. It's not me.
01:52:59 8       If you gave low-dose aspirin and that
01:53:02 9 wiped out vascular prostacyclin, would that suggest
01:53:05 10 that it was COX-1 that had been responsible for the
01:53:08 11 production of that vascular prostacyclin?
01:53:10 12    A. Yes.
01:53:11 13    Q. Have you reviewed any studies that showed
01:53:13 14 that, or suggested that?
01:53:15 15    A. There is some reduction of prostacyclin by
01:53:19 16 aspirin, but if you have a specific study in mind,
01:53:22 17 I'll be happy to review it.
01:53:23 18    Q. Can you name any studies as you sit here
01:53:25 19 that -- well, did you find any such studies
01:53:28 20 important enough to put them in your --
01:53:30 21    A. They're not mentioned --
01:53:32 22    Q. In your report?
01:53:33 23    A. They're not mentioned in my report, that I
01:53:35 24 remember, without looking at my report.

Page 275

01:53:38 1    Q. Do you recall vaguely reviewing such
01:53:41 2 studies?
01:53:41 3    A. I can't recall one way or the other. Not
01:53:44 4 to say I didn't, but --
01:53:45 5    Q. If you did, it would be on your list of 195
01:53:48 6 references, right?
01:53:49 7    A. No; there are 895.
01:53:51 8    Q. What did I say?
01:53:52 9    A. 195.
01:53:54 10    Q. I thought I said eight. Anyway, 895. It
01:53:57 11 would be on that list if you reviewed it, right?
01:53:59 12    A. Yes, most likely.
01:54:07 13    Q. On Page 6 of your report, you say that most
01:54:15 14 endothelial-derived prostacyclin is felt to be
01:54:19 15 derived from COX-2. You say that at the end of the
01:54:24 16 first paragraph?
01:54:26 17    A. Correct, Reference 35.
01:54:30 18    Q. Now, so why did you specify endothelial-
01:54:36 19 derived prostacyclin?
01:54:37 20    A. Because I wanted to be specific.
01:54:38 21    Q. Well, is endothelial -- and you talk a lot
01:54:40 22 about endothelial cells there. Again, is
01:54:45 23 endothelial prostacyclin the most relevant
01:54:48 24 prostacyclin for the FitzGerald hypothesis?

Page 276

01:54:54 1    A. Again, if you want me to repeat my answers,
01:55:00 2 we can do that; but FitzGerald in his hypothesis
01:55:05 3 believes it's mostly. I'm not convinced personally
01:55:09 4 that platelets, which are recipient of the
01:55:12 5 prostacyclin and the key ingredient presumably in
01:55:16 6 this hypothesis, necessarily only sees
01:55:24 7 endothelial-derived prostacyclin.
01:55:31 8    Q. Okay. So maybe it doesn't only see
01:55:42 9 endothelial-derived prostacyclin, but is
01:55:46 10 endothelial-derived prostacyclin the most important
01:55:47 11 prostacyclin for effecting clotting of the coronary
01:55:53 12 arteries?
01:55:53 13    A. As I said before, the answer is, I don't
01:55:55 14 know.
01:55:56 15    Q. And I apologize; I don't mean to make you
01:55:59 16 repeat. I just can't remember every question and
01:56:02 17 answer. We'll be lucky if we can do this one time.
01:56:08 18 I don't need to do it twice.
01:56:10 19       So you cite 35, McAdam, there in support
01:56:19 20 of your assertion that endothelial-derived
01:56:24 21 prostacyclin is derived from COX-2, right?
01:56:30 22    A. Correct.
01:56:34 23    Q. If I give you the McAdam study, will you be
01:56:38 24 able to point out to me where it is that you

Page 277

01:56:40 1 think -- or the McAdam article? That's Exhibit 15.
01:56:51 2       So is Exhibit 15 the basis for your
01:56:53 3 statement in your report that most endothelial-
01:56:56 4 derived prostacyclin is felt to be derived from
01:56:58 5 COX-2?
01:57:02 6    A. Yes -- wait; repeat that question. I was
01:57:03 7 looking at the article. I'm sorry.
01:57:05 8    Q. It was, is Exhibit 15, which is the McAdam
01:57:11 9 article from Pharmacology, the basis for the
01:57:15 10 statement in your report that most endothelial-
01:57:17 11 derived prostacyclin is felt to be derived from
01:57:21 12 COX-2?
01:57:22 13    A. Yes.
01:57:23 14    Q. Where in Exhibit 15 is the support for that
01:57:29 15 statement?
01:57:31 16    A. Figure 3.
01:57:42 17    Q. And what does Figure 3 show that shows you
01:57:47 18 that endothelial-derived prostacyclin is derived --
01:57:49 19    A. I'm sorry; that was metabolites of
01:57:53 20 thromboxane.
01:57:54 21    Q. So it's not Figure 3?
01:57:56 22    A. Hold on; now I'm getting confused.
01:58:08 23       It's the statement, "Celecoxib and
01:58:11 24 ibuprofen suppressed urinary excretion of the

70 (Pages 274 to 277)

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 278

01:58:12 1  prostacyclin" --
01:58:12 2      Q.  Slow down; slow down.  Jan's got to --
01:58:15 3      A.  You can look it up in the abstract.
01:58:17 4      Q.  I'm sorry.  Okay; where are you?
01:58:18 5      A.  "Celecoxib" -- ten lines from the bottom.
01:58:21 6      Q.  In the abstract?
01:58:22 7      A.  Yes.  And I'll find the data for you.
01:58:25 8      Q.  Okay.  So read the sentence again, slowly.
01:58:33 9  "Celecoxib" -- is that the one? -- "and ibuprofen
01:58:38 10 suppressed urinary excretion of the prostacyclin
01:58:42 11 metabolite 2,3" --
01:58:45 12     A.  Right.
01:58:46 13     Q.  Is that it?
01:58:47 14     A.  Yes; and then there's the reference -- it's
01:58:49 15 Conclusion 3 -- "COX-2 is a major source of
01:58:52 16 systematic prostacyclin biosynthesis in healthy
01:58:57 17 humans."  So I based it on their conclusion.
01:58:59 18     Q.  Just to be clear, what you're relying on is
01:59:03 19 the last portion of the abstract, starting with the
01:59:07 20 words "Celecoxib and ibuprofen suppressed urinary
01:59:13 21 excretion" down to the end of the abstract, right?
01:59:16 22     A.  Right; and then I could find other
01:59:18 23 references to that for you.
01:59:19 24     Q.  But that doesn't say anything about

Page 279

01:59:22 1  endothelial-derived prostacyclin being derived from
01:59:24 2  COX-2, does it?
01:59:32 3      A.  No, that does not say anything.
01:59:36 4      Q.  So is there someplace else in McAdam
01:59:39 5  Exhibit 15 that shows that endothelial-derived
01:59:48 6  prostacyclin is derived from COX-2?
02:00:08 7      A.  Doesn't specifically state endothelial, but
02:00:12 8  they conclude that these results clearly implicate
02:00:15 9  COX-2 as a major source of PGI-2 biosynthesis in
02:00:20 10 humans.  Page 276, last paragraph, first sentence.
02:00:26 11     Q.  But that's just saying that COX-2 produces
02:00:29 12 a lot of prostacyclin.  It doesn't say anything
02:00:31 13 about where, right?
02:00:32 14     A.  I agree with that.
02:00:37 15     Q.  Did you have any other basis for that
02:00:39 16 statement in your report that endothelial-derived
02:00:45 17 prostacyclin is felt to be derived from COX-2?
02:00:48 18     A.  Not that I can recollect now, but -- and in
02:00:51 19 the interest of time, you probably don't want me to
02:00:54 20 go through my eight hundred pages of references.
02:00:58 21 There might be others.
02:00:58 22         But this is the one, and this is
02:01:01 23 commonly referenced as the paper that prostacyclin
02:01:08 24 is reduced -- is COX-2 dependent.  There also might

Page 280

02:01:16 1  be Catella-Lawson; I'm trying to see which one hers
02:01:22 2  is.
02:01:28 3          Could I look at my bibliography they've
02:01:31 4  provided to you?
02:01:32 5      Q.  Yes, although --
02:01:33 6      A.  I'll tell you in a second.
02:01:34 7      Q.  Okay.
02:01:35 8      A.  Because it's alphabetized.
02:01:52 9          It may be something in the Journal of
02:01:54 10 Pharmacological Experimental Therapeutics by
02:01:58 11 Catella-Lawson, 99; but I need to look at that to be
02:02:03 12 sure.
02:02:06 13     Q.  Is that one, that Catella-Lawson referenced
02:02:10 14 on your --
02:02:11 15     A.  It's in here.
02:02:12 16     Q.  -- in your report or not?  Well, which
02:02:15 17 reference is it on Exhibit 3?
02:02:26 18     A.  142.
02:02:27 19     Q.  So you think 142 might contain some
02:02:32 20 evidence that endothelial prostacyclin is derived
02:02:39 21 from COX-2?
02:02:45 22     A.  Yes.  I have it here.
02:02:50 23     Q.  Let's just mark that one as No. 16.
02:02:56 24     A.  I'm not sure; I just wanted to look at it.

Page 281

02:03:02 1      Q.  There's No. 16; that's the Catella-Lawson
02:03:06 2  article that is Reference 142 in your Exhibit 3,
02:03:10 3  right?
02:03:13 4      A.  Yes.
02:03:13 5      Q.  Just for the record, Doctor, it would
02:03:16 6  probably be better for you to look at the one that's
02:03:19 7  been marked so everybody's clear that we're looking
02:03:20 8  at the same thing.
02:03:29 9          MR. OUWELEEN:  Did I give you a copy of
02:03:30 10 that?  It's Effects of Specific Inhibition of
02:03:33 11 Cyclooxygenase-2 on Sodium Balance, Hemodynamics,
02:03:36 12 and Vasoactive Eicosanoids.
02:04:20 13         (Witness reviews document.)
02:04:24 14     A.  Well, it did reduce prostacyclin
02:04:27 15 biosynthesis as reflected by the urinary excretion
02:04:32 16 of PGF-1 alpha, and that's Figure 5.
02:04:38 17     Q.  But again, that urinary --
02:04:40 18     A.  It doesn't specifically say endothelial.
02:04:43 19     Q.  So as you sit here today, you can't
02:04:47 20 identify a study or article that shows that
02:04:51 21 endothelial-derived prostacyclin is derived from
02:04:55 22 COX-2, correct?
02:04:56 23     A.  Right.
02:04:57 24     Q.  Have you ever seen a study showing that

71 (Pages 278 to 281)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 282

02:05:01 1  VIOXX reduces prostacyclin in the blood vessels in
02:05:07 2  the coronary arteries?
02:05:09 3      A. I don't believe there is such a study.
02:05:13 4  Therefore, I haven't seen it.
02:05:14 5      Q. Not in humans or in animals, right?
02:05:16 6      A. Not that I recall.
02:05:21 7      Q. If there were such a study, that would have
02:05:24 8  been important to you, right?
02:05:27 9      A. Yes, it would have been important, but I
02:05:30 10 don't recall it. It doesn't mean it doesn't exist.
02:05:32 11     Q. It probably doesn't exist, though, right?
02:05:35 12 You were thorough in doing your research; you would
02:05:38 13 have noticed something like that if it existed,
02:05:41 14 right?
02:05:41 15     A. Again, I don't want to be tricked. I don't
02:05:43 16 want to be saying that I absolutely don't --
02:05:45 17 something doesn't exist, and I'm missing it, because
02:05:47 18 I don't want it to be a memory test. So the answer
02:05:50 19 is, I don't recall seeing that.
02:05:52 20     Q. And there's no study that you're aware of
02:05:55 21 showing that COX-2 inhibitors reduce prostacyclin in
02:05:58 22 the blood vessels, including the coronary arteries,
02:06:02 23 right?
02:06:02 24     A. I believe that's what you just asked.

Page 283

02:06:04 1      Q. No; I said VIOXX. Now I'm talking about
02:06:06 2  COX-2 inhibitors generally.
02:06:08 3      A. Oh. Same answer.
02:06:09 4      Q. So no, you're not aware of any such study,
02:06:11 5  correct?
02:06:11 6      A. I don't recall seeing such a study.
02:06:13 7      Q. In humans or animals?
02:06:15 8      A. Right. I don't recall as we're sitting
02:06:17 9  here right now.
02:06:18 10     Q. And are you aware that there are studies
02:06:23 11 where VIOXX was given and there was no reduction in
02:06:28 12 prostacyclin in the arteries?
02:06:34 13     A. Not that I recall, that I'm aware of.
02:06:35 14     Q. You're not aware of those, either?
02:06:38 15     A. I don't recall those studies, but I'll be
02:06:40 16 happy to look at them if you have them.
02:06:43 17     Q. Someday I'll show them to you.
02:06:45 18         Are you aware of any studies where VIOXX
02:06:47 19 was given and there was no reduction in prostacyclin
02:06:49 20 in the blood?
02:06:52 21     A. I'm not sure how you can measure it in the
02:06:55 22 blood, but I'm not aware of those studies. Same
02:06:58 23 answer.
02:06:58 24     Q. Those would be important to consider if

Page 284

02:07:00 1  they existed, right?
02:07:01 2      A. Yes, they would be important to consider if
02:07:04 3  they existed.
02:07:05 4      Q. Did you try to look for such studies?
02:07:08 5      A. I tried to be as complete as possible,
02:07:12 6  including looking for those studies.
02:07:12 7      Q. Did you ask Mr. Birchfield if Merck thought
02:07:16 8  there were any such studies?
02:07:18 9      A. I did not ask Mr. Birchfield for what Merck
02:07:21 10 thought. I relied on my own research and tried to
02:07:24 11 be independent.
02:07:25 12     Q. So Mr. Birchfield didn't provide you with
02:07:27 13 any articles?
02:07:27 14     A. I provided him with articles.
02:07:29 15     Q. My question, though, was whether he
02:07:31 16 provided you with articles.
02:07:33 17     A. He may have provided me with less than one
02:07:35 18 or two articles, which I probably -- which I already
02:07:39 19 had. He said -- and I don't know this for a fact.
02:07:41 20 It may have been that way. There was an exchange of
02:07:44 21 articles that usually went, can you get me this?
02:07:47 22 Because I have access to a medical library, and --
02:07:51 23 or in general, I had it already, or I had access to
02:07:55 24 it, that he didn't have access to it.

Page 285

02:08:20 1      Q. Now, the urine prostacyclin metabolite
02:08:26 2  studies like Catella-Lawson, which is Exhibit 16,
02:08:29 3  none of those tests show that VIOXX reduced
02:08:33 4  prostacyclin 100 percent, did they?
02:08:35 5      A. Correct.
02:08:35 6      Q. Do you know what dosage of VIOXX was used
02:08:37 7  in those studies?
02:08:38 8      A. Not offhand.
02:08:39 9      Q. Do you know what dosage was used in
02:08:41 10 Catella-Lawson? Was it 50 milligrams?
02:08:45 11     A. 1999? If MK-966 is VIOXX, it's 50
02:          12 milligrams.
02:          13     Q. I'm sorry?
02:08:57 14     A. If MK-966 is what -- the former term of
02:09:00 15 VIOXX, then it was 50 milligrams daily.
02:09:03 16     Q. And are you aware of any study that
02:09:06 17 involved -- where prostacyclin metabolites were
02:09:11 18 measured that involved 25-milligram VIOXX?
02:09:14 19     A. Not that I recall sitting here right now.
02:09:16 20     Q. But it would be important to look at those
02:09:18 21 studies if they exist?
02:09:20 22     A. Yes.
02:09:20 23     Q. Because that was the dosage that
02:09:22 24 Mr. Dedrick took, right?

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 286

02:09:24 1    A. Yes.
02:09:29 2    Q. You talk in your -- now, one of the effects
02:09:33 3 of the prostacyclin reduction, in your view, is that
02:09:40 4 it leads to thrombosis, correct?
02:09:47 5    A. Correct.
02:09:49 6    Q. And you rely -- your opinion that COX-2
02:09:54 7 inhibition results in thrombosis is based on animal
02:10:03 8 studies, right?
02:10:04 9    A. And the population-based study showing
02:10:07 10 increased risk for myocardial infarction in patients
02:10:10 11 that received VIOXX.
02:10:12 12    Q. And that's just basically, you say
02:10:14 13 there's -- for the epidemiological studies, it's the
02:10:17 14 fact that a lot of people had heart attacks, and
02:10:22 15 because a lot of those people had clots, you
02:10:26 16 therefore reason that the VIOXX might have promoted
02:10:30 17 the clots?
02:10:33 18    A. Yes.
02:10:35 19    Q. But with respect to actual studies to see
02:10:38 20 if there's a mechanism, the VIOXX is in fact a
02:10:46 21 prothrombotic, those tests have never been done in
02:10:49 22 people, right?
02:10:50 23    A. In people, no.
02:10:51 24    Q. And so you rely on animal studies, right?

Page 287

02:10:54 1    A. Correct.
02:10:54 2    Q. And you're principally relying on dog
02:10:59 3 studies by Hennan, and hamster studies by Buerkle,
02:11:07 4 and the rat study by Borgdorff, right?
02:11:14 5    A. Without -- these are the studies -- yes,
02:11:17 6 those are the studies I'm referring to, correct.
02:11:18 7    Q. So let's talk about those studies.
02:11:26 8       Hennan is 41. Did we mark that already?
02:11:32 9 That's the dog study.
02:11:36 10       MR. BIRCHFIELD: It's 14.
02:11:38 11    Q. So Hennan is No. 14.
02:12:05 12       Hennan, Exhibit 14, was an animal study
02:12:10 13 where Celebrex, not VIOXX, was used in dogs, right?
02:12:14 14    A. Right.
02:12:15 15    Q. And if Celebrex was prothrombotic -- well,
02:12:21 16 what they did in Hennan was, they took some dogs and
02:12:27 17 they gave electrical shocks to injure their
02:12:31 18 arteries, right?
02:12:32 19    A. They used an electrical injury model, yes.
02:12:38 20 I wouldn't call it shocks, but they cauterized with
02:12:38 21 electricity.
02:12:40 22    Q. They do something with electricity to these
02:12:42 23 dogs' arteries and then they measure how quickly the
02:12:44 24 dogs form a clot in response to the injury, right?

Page 288

02:12:47 1    A. Yes.
02:12:48 2    Q. And when they talk about how quickly the
02:12:51 3 clot forms, they measure what's called time to
02:12:54 4 occlusion, right?
02:12:58 5    A. Yes.
02:13:00 6    Q. And if Celebrex were prothrombotic, you
02:13:04 7 would expect to see that the dogs on Celebrex would
02:13:10 8 occlude faster than the dogs who were taking a
02:13:15 9 placebo or no medicine, right?
02:13:16 10    A. If it didn't, it wouldn't exclude a
02:13:21 11 potential thrombotic, prothrombotic rate; they would
02:13:25 12 just state what you just said.
02:13:27 13    Q. So dogs who are taking no medicine, they
02:13:32 14 occlude at a certain rate, right?
02:13:34 15    A. Right.
02:13:34 16    Q. And is it your testimony that you could
02:13:37 17 show that Celebrex is prothrombotic without showing
02:13:42 18 that dogs on Celebrex occluded faster?
02:13:45 19    A. You have to -- you're making a blanket
02:13:50 20 statement about prothrombotic in its entirety. You
02:13:54 21 can't make that statement from one experiment. All
02:13:58 22 you can say is what the experiment shows.
02:14:00 23    Q. Well, you drew conclusions from this
02:14:02 24 experiment, right?

Page 289

02:14:03 1    A. I drew conclusions that -- right, that that
02:14:06 2 and other experiments all suggest that there's a
02:14:08 3 potential prothrombotic -- there's a prothrombotic
02:14:11 4 milieu, as I phrased it, in patients that have
02:14:14 5 inhibited prostacyclin.
02:14:15 6    Q. Let's talk about this study first, okay?
02:14:18 7 Isn't it true that if Celebrex -- well, let's put it
02:14:23 8 this way: If the dogs on Celebrex did not occlude
02:14:29 9 any faster than the dogs taking no medicine, then
02:14:32 10 that would not indicate that Celebrex is
02:14:37 11 prothrombotic, would it?
02:14:38 12    A. The --
02:14:40 13    Q. Would it?
02:14:41 14    A. I'm sorry; I was reading the article.
02:14:42 15    Q. Why don't you just listen to my question,
02:14:44 16 because you can answer this without reading the
02:14:47 17 article; then we'll talk about what the article
02:14:49 18 says.
02:14:49 19    A. Sure.
02:14:50 20    Q. The question is, if you compare the dogs
02:14:52 21 taking Celebrex to the dogs taking no medicine or
02:14:56 22 taking a placebo, right, and the dogs taking
02:15:00 23 Celebrex don't occlude any faster than the dogs
02:15:05 24 taking the placebo, that does not suggest that

73 (Pages 286 to 289)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 290

02:15:07 1  Celebrex is prothrombotic, right?
02:15:10 2      A. It does not suggest it. It doesn't prove
02:15:13 3  that it isn't. It doesn't suggest it.
02:15:16 4      Q. I understand, but it doesn't prove that it
02:15:18 5  is, does it?
02:15:18 6      A. It doesn't prove it, no.
         7      Q. Does not?
02:15:19 8      A. Correct.
02:15:19 9      Q. I'm sorry; contractions are hard in these
02:15:23 10 things.
02:15:23 11     So, and in fact, in Hennan, 14, the dogs
02:15:34 12 on Celebrex did not have a shorter time to occlusion
02:15:38 13 than the dogs on the placebo, correct?
02:15:40 14     A. Correct.
02:15:41 15     Q. So what Celebrex did in the study was to
02:15:54 16 counteract a prolonged time to occlusion by aspirin?
02:15:59 17     A. Correct.
02:16:00 18     Q. So is that the basis for your statement
02:16:04 19 that Hennan found a prothrombotic effect of
02:16:08 20 selective 2-COX inhibition?
02:16:11 21     A. Yes; and they conclude after that that the
02:16:14 22 antiaggregatory and vaso -- that Celebrex --
02:16:18 23 "celecoxib," excuse me, "induced inhibition of COX-2
02:16:22 24 and reduction in endothelium-derived prostacyclin

Page 291

02:16:34 1  biosynthesis reversed the increase in bleeding time
02:16:40 2  exhibited by animals treated with HDA-ER suggests"
02:16:46 3  -- "these observations suggest that the
02:16:49 4  antiaggregatory and vasorelaxant properties of
02:16:50 5  prostacyclin regulate platelet-vessel wall
02:16:53 6  interactions and modulate in vivo platelet
02:16:56 7  reactivity."
02:16:57 8      And that's part of the basis where I use
02:16:59 9  that reference, as it alters the milieu of patients
02:17:03 10 with -- again, it's an animal study. The conditions
02:17:05 11 aren't identical to Mr. Dedrick. He is not a dog.
02:17:12 12     Q. And he's not taking aspirin, right?
02:17:14 13     A. And these dogs don't have atherosclerosis.
02:17:18 14     Q. And he wasn't taking aspirin, right?
02:17:19 15     A. And Mr. Dedrick was not taking aspirin.
02:17:21 16     Q. Right. So in this article, the only
02:17:23 17 arguably prothrombotic effect of the celecoxib was
02:17:25 18 on the dogs who were taking aspirin, right?
02:17:28 19     A. In this study, yes.
02:17:29 20     Q. And then in Buerkle, 42 -- I say Buerkle,
02:17:34 21 42; that's Reference No. 42 on your list in your
02:17:36 22 report -- that was the one with hamsters, right?
02:17:44 23     A. Do you have --
02:17:44 24     Q. I'm going to give you a copy. I'm a nice

Page 292

02:17:47 1  guy that way.
02:17:52 2      All right. So No. 18, Doctor, is the
02:17:56 3  Buerkle study, or Buerkle article -- what number is
02:18:01 4  that again? 18?
02:18:02 5      MR. BIRCHFIELD: 18.
02:18:08 6      Q. 18. And that's Reference 42 cited in your
02:18:10 7  report, correct?
02:18:11 8      A. Correct.
02:18:12 9      Q. Which you relied on as the basis, partial
02:18:17 10 basis for your statement that COX-2 inhibition is
02:18:23 11 prothrombotic, right?
02:18:26 12     A. Correct.
02:18:27 13     Q. And that one didn't concern VIOXX, either,
02:18:30 14 did it?
02:18:35 15     A. Let me look at the agent they used.
02:18:37 16     Q. I think it was NS-398.
02:18:46 17     A. Where do you see that?
02:18:48 18     Q. Well, in the abstract, about midway down
02:18:53 19 the abstract, it says, "Selective inhibition of
02:18:56 20 COX-2" --
02:18:57 21     A. That's what I needed.
02:18:58 22     Q. That's not VIOXX, is it?
02:18:59 23     A. I don't believe it is.
02:19:01 24     Q. Or do you know one way or the other?

Page 293

02:19:04 1      A. I don't know what NS-398 is, so I don't
02:19:14 2  think it's VIOXX, which I think is MK-966.
02:19:18 3      Q. Is it important when you're reviewing these
02:19:20 4  studies to know what drugs they're talking about?
02:19:24 5      A. If it tells me that it's a COX-2 inhibitor,
02:19:27 6  I believe them when they say it's a COX-2 inhibitor.
02:19:29 7      Q. Okay, but in your view, there are
02:19:31 8  differences between the COX-2 inhibitors, aren't
02:19:33 9  there?
02:19:34 10     A. Yes.
02:19:34 11     Q. So it's important to know which one we're
02:19:36 12 talking about, isn't it?
02:19:37 13     A. Yes.
02:19:38 14     Q. And you think NS-398 is not VIOXX, right?
02:19:43 15     A. I believe it's not VIOXX.
02:19:44 16     Q. In fact, it's an experimental drug that was
02:19:47 17 never approved for use in human beings, isn't it?
02:19:50 18     A. I don't know what happened to it after the
02:19:54 19 study, but I don't believe it was approved in human
         20 beings.
02:20:05 21     Q. Now, do you know, were there ever any
02:20:06 22 animal studies done to test COX-2 inhibition effect
02:20:17 23 on thrombosis using VIOXX?
02:20:23 24     A. I'm not aware of those. Let me, I just

74 (Pages 290 to 293)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 294

02:20:26  1    want to look at something in this.
02:20:27  2        Q. I'm done asking you questions about
02:20:29  3    Buerkle, though.
02:20:31  4        A. Yes; but I think Buerkle may answer
02:20:33  5    something else that you asked previously.
02:20:40  6            So here there's -- Buerkle answers,
02:20:43  7    using NS-398 as a COX-2 inhibitor, blood serum
02:20:47  8    concentrations of metabolite of prostacyclin,
02:20:51  9    6-keto-PGF-1-alpha, which is significantly reduced.
02:20:56  10           So in response to your questions prior,
02:21:00  11   is there any studies that show COX-2 inhibition
02:21:03  12   reduces serum metabolites of prostacyclin, I would
02:21:08  13   point to this study, Figure 6.
02:21:15  14       Q. So in your view, the Buerkle hamster study,
02:21:18  15   No. 42, measured prostacyclin in the blood?
02:21:25  16       A. It was in sera and in supernatants of human
02:21:35  17   -- HUVECs, endothelial cell culture. H-U-V-E-C-s,
02:21:35  18   capitals. The S is small.
02:21:38  19       Q. What does that stand for?
02:21:39  20       A. I think it's -- I can't remember if it's
02:21:44  21   hamster or human umbilical vein endothelial cells.
02:21:55  22       Q. All right. So it measured --
02:21:55  23       A. Human umbilical veins.
          24       Q. I'm sorry?

Page 295

          1        A. Human umbilical vein endothelial cells.
02:21:59  2        Q. Human umbilical vein endothelial cells?
02:21:59  3        A. Yes.
02:22:00  4        Q. This test measured the reduction in
02:22:03  5    prostacyclin in human umbilical vein endothelial
02:22:06  6    cells?
02:22:11  7        A. I am looking at -- let me just --
02:22:12  8        Q. In hamsters?
02:22:15  9        A. No, well, not in hamsters; in HUVECs. So
02:22:20  10   Figure A is serum in hamsters; B, cultured HUVECs
02:22:28  11   with and without -- with histamine.  I'm not sure
02:22:32  12   why histamine was there; I guess it increases
02:22:38  13   prostacyclin and inhibited the -- it inhibited the
02:22:43  14   histamine-induced increase in the metabolite of
02:22:47  15   prostacyclin. Figure 6-B.  So --
02:22:49  16       Q. But when we're talking about umbilical vein
02:22:53  17   endothelial cells, that has to do with the umbilical
02:22:57  18   cord?
02:22:57  19       A. No; umbilical vein endothelial cells are a
02:23:01  20   cell line used to study endothelial cells.
02:23:05  21       Q. All right, but it's not the same as
02:23:06  22   measuring endothelial cells in the coronary
02:23:09  23   arteries, is it?
02:23:11  24       A. No; but it's the most common cell culture

Page 296

02:23:15  1    media used to assess -- they use endothelial cells
02:23:21  2    as an experimental substance.
02:23:23  3        Q. Okay, but that's happening not -- that's
02:23:25  4    not in an animal's body or a person's body; that's
02:23:28  5    happening in the laboratory, right?
02:23:31  6        A. Correct.
02:23:32  7        Q. So that doesn't change your answer to my
02:23:35  8    question before about whether there were any studies
02:23:37  9    in humans or in animals showing that COX-2
02:23:41  10   inhibition reduces prostacyclin in the vasculature
02:23:47  11   or in the blood, right?
02:23:48  12       A. Only in cell culture.
02:23:50  13       Q. So it doesn't change your previous answer
02:23:52  14   that there are no such studies that you recall,
02:23:55  15   correct?
02:23:55  16       A. No, it doesn't change it.  It elaborates on
02:23:58  17   it.
02:23:58  18       Q. The answer still is, you can't identify any
02:24:00  19   such studies, correct?
02:24:02  20       A. Correct; right now, I can't.
02:24:04  21           MR. OUWELEEN: Okay.  Let's change the
02:24:05  22   tape.
02:24:06  23           THE VIDEOGRAPHER: The time is 2:24.
02:24:07  24   This is the end of Cassette No. 3.  We're off the

Page 297

02:24:09  1    record.
02:24:10  2            (Recess taken)
02:33:07  3            THE VIDEOGRAPHER: The time is 2:33.
02:33:08  4    This is the beginning of Cassette No. 4 in the
02:33:11  5    deposition of Dr. Mark Furman.  We're back on the
02:33:14  6    record.
02:33:31  7        Q. The third animal study that you cite in
02:33:35  8    your report is the Borgdorff study, Doctor.  That
02:33:41  9    was a study using rats and measuring the shear
02:33:44  10   stress platelet aggregation, correct?
02:33:48  11       A. I believe so.  Do you have the study?
02:33:50  12       Q. I probably have one copy of it.
02:34:09  13           Anyway, that one didn't use VIOXX,
02:34:12  14   either, Doctor?
02:34:12  15       A. I don't recall offhand, but I have no
02:34:16  16   reason to disagree with you.
02:34:23  17       Q. It used Bextra, parecoxib.  Do you know
02:34:32  18   what the approved human dose of Bextra was?
02:34:36  19       A. Not offhand.
02:34:37  20       Q. And when you analyzed Borgdorff and relied
02:34:41  21   on it, did you at all consider how the dosage used
02:34:44  22   in that study compared with the approved human dose
02:34:47  23   of Bextra?
02:34:48  24       A. I took that into consideration, yes.

75 (Pages 294 to 297)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 298

02:34:51 1    Q. And is it right that the dose used in the
02:34:55 2  study was about 35 to 70 times the human dose?
02:34:58 3    A. I don't know, because I don't have the
02:35:00 4  study in front of me.
02:35:07 5    Q. I'm going to mark a marked-up version of
02:35:13 6  the Borgdorff study as Exhibit 19. Let the record
02:35:19 7  reflect that the handwriting on the top is our
02:35:21 8  lawyer's handwriting, not yours.
02:35:26 9    A. Yes; it's not neat enough -- it's too neat
02:35:28 10  to be a doctor's.
02:35:33 11    Q. That's right. So is the dosage used in
02:35:35 12  that study 20 milligrams per kilogram of parecoxib?
02:35:49 13    A. Yes.
02:35:49 14    Q. And was the approved human dosing of Bextra
02:35:56 15  20 to 40 milligrams?
02:35:58 16    A. I don't know.
02:35:59 17    Q. Do you have any reason to disagree with
02:36:01 18  that?
02:36:02 19    A. I have no reason to disagree with you.
02:36:06 20    Q. And so assuming a 70-kilogram person, a
02:36:11 21  dosage of 20 milligrams per kilogram would be 35 to
02:36:16 22  70 times the human dose, right?
02:36:18 23    A. Correct.
02:36:19 24    Q. But you took that into consideration?

Page 299

02:36:22 1    A. I did not say that parecoxib does this in
02:36:27 2  humans, just that it suggests a COX-2 inhibition.
02:36:31 3  Inhibition of COX-2 results in prothrombotic milieu,
02:36:36 4  and I provided evidence such as that.
02:36:38 5    Q. So you don't think it shows that in humans?
02:36:41 6    A. I didn't say that. I said --
02:36:41 7    Q. I'm asking if that's your opinion, though.
02:36:43 8    A. In my opinion, as I've said before, and
02:36:45 9  we've said repeatedly throughout the five hours and
02:36:49 10  37 minutes of the deposition, that in my opinion, a
02:36:54 11  prothrombotic milieu is created with the ingestion
02:36:59 12  of VIOXX in humans.
02:36:59 13    Q. And that is strongly suggested, you say, by
02:37:02 14  these data?
02:37:03 15    A. It is -- the animal data is consistent with
02:37:06 16  that.
02:37:06 17    Q. Well, that's not what you say in your
02:37:09 18  report. In your report, at 7, you say, "Taken
02:37:12 19  together," in the last sentence of the first full
02:37:15 20  paragraph, "Taken together, these data" -- and there
02:37:20 21  you're referring to Hennan, Buerkle and Borgdorff,
02:37:27 22  correct?
02:37:28 23    A. Yes.
02:37:28 24    Q. Right? "These data strongly suggest the

Page 300

02:37:34 1  inhibition of COX-2 results in a prothrombotic
02:37:37 2  milieu"?
02:37:38 3    A. Yes. That's what I believe.
02:37:39 4    Q. Do you believe that those data prove that
02:37:41 5  the inhibition of COX-2 results in a prothrombotic
02:37:46 6  milieu?
02:37:49 7    A. I believe what I wrote, that it strongly
02:37:53 8  suggests that an inhibition of COX-2 results in a
02:37:58 9  prothrombotic milieu.
02:38:00 10    Q. Strong suggestion is not proof, correct?
02:38:02 11    A. Strong suggestion -- the absence of --
02:38:05 12  well, the strong suggestion does not -- again, it
02:38:11 13  strongly suggests that -- you know, repeat your
02:38:17 14  question, please.
02:38:18 15    Q. I understand you to say the data in those
02:38:20 16  studies strongly suggest that the inhibition results
02:38:24 17  in a prothrombotic milieu.
02:38:27 18    A. Correct.
02:38:28 19    Q. My question is, do those data, in your
02:38:31 20  view, prove to a scientific degree that the
02:38:39 21  inhibition of COX-2 results in a prothrombotic
02:38:43 22  milieu?
02:38:44 23    MR. BIRCHFIELD: Object to form.
02:38:45 24    A. In whom?

Page 301

02:38:46 1    Q. I'm sorry?
02:38:46 2    A. In whom?
02:38:47 3    Q. In people.
02:38:49 4    A. It does not prove it in people.
02:39:02 5    Q. You say on Page 7-7 of your report that
02:39:08 6  COX-2 inhibition is associated with atherosclerotic
02:39:13 7  plaque progression, right?
02:39:15 8    A. I state numerous studies also suggest that
02:39:19 9  COX-2 inhibition is associated with atherosclerotic
02:39:22 10  plaque progression.
02:39:24 11    Q. So again, you use the word "suggest."
02:39:27 12  You're not saying that it has been proven that VIOXX
02:39:30 13  promotes atherosclerosis, right?
02:39:32 14    A. There's very little data on VIOXX promoting
02:39:36 15  atherosclerosis -- well, in humans, no, there's no
02:39:38 16  data suggesting, other than my understanding of the
02:39:40 17  follow-up data, the APPROVe study, which suggests a
02:39:47 18  continued event rate despite no ingestion of VIOXX
02:39:50 19  for a certain amount of time -- and I don't have the
02:39:53 20  data off the top of my head -- would suggest that
02:39:56 21  atherosclerosis still progresses.
02:39:57 22    Q. My question is, it has not been proven as a
02:40:01 23  scientific fact that VIOXX causes atherosclerosis in
02:40:04 24  people, right?

76 (Pages 298 to 301)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

Page 302

02:40:06 1    A. While the weight of -- while the data --
02:40:14 2  there's very limited human data on atherosclerotic
02:40:19 3  progression with VIOXX.
02:40:20 4    Q. And therefore, it has not been proven that
02:40:22 5  VIOXX promotes atherosclerosis in people, right?
02:40:24 6    A. It has not been proven, correct.
02:40:30 7    Q. Now, when you say that numerous studies
02:40:36 8  suggest that COX-2 -- let's see; where is that? Oh,
02:40:47 9  yes.
02:40:47 10    So you say numerous studies also suggest
02:40:49 11  that COX-2 inhibition is associated with
02:40:54 12  atherosclerotic plaque progression and instability.
02:40:59 13  Is that statement true if you substitute "VIOXX" for
02:41:02 14  "COX-2 inhibition"?
02:41:03 15    A. Not all the studies were -- only as much as
02:41:08 16  VIOXX inhibits COX-2, but I was careful because all
02:41:11 17  the studies, as we pointed out, don't include VIOXX
02:41:14 18  as the causative COX-2 inhibitor; so I generically
02:41:19 19  stated COX-2 inhibition.
02:41:20 20    Q. So in fact, there are not numerous studies
02:41:23 21  that suggest that VIOXX inhibition in particular is
02:41:26 22  associated with atherosclerotic plaque progression
02:41:29 23  and instability, correct?
02:41:30 24    MR. BIRCHFIELD: Object to form.

Page 303

02:41:31 1    A. There's not numerous studies using VIOXX,
02:41:34 2  correct.
02:41:41 3    Q. And in fact, there are studies that suggest
02:41:45 4  that VIOXX reduces atherosclerosis, correct?
02:41:47 5    A. I believe there are some, yes.
02:41:49 6    Q. And you've read studies by respected
02:41:51 7  doctors and scientists that suggested that COX-2
02:41:53 8  inhibition can actually slow down the development of
02:41:58 9  coronary artery disease by reducing inflammation?
02:42:00 10    A. If you show me those references, I could
02:42:03 11  tell you.
02:42:03 12    Q. Have you read anything like that?
02:42:05 13    A. Yes, I've seen things.
02:42:07 14    Q. And so the notion that VIOXX -- so
02:42:16 15  actually, you're not offering the opinion that VIOXX
02:42:18 16  is associated with atherosclerotic plaque
02:42:22 17  progression, are you?
02:42:24 18    A. I thought --
02:42:25 19    Q. VIOXX, not COX-2 inhibitors.
02:42:28 20    A. In and as that COX-2 inhibition is a direct
02:42:32 21  result of VIOXX, then by logic, VIOXX, as other --
02:42:36 22    Q. Okay. Isn't it currently just a hypothesis
02:42:39 23  that VIOXX promotes atherosclerotic plaque
02:42:47 24  progression?

Page 304

02:42:47 1    A. It's currently a hypothesis.
02:42:50 2    Q. And there's no proof that that's ever
02:42:52 3  happened in a single human being, correct?
02:42:55 4    MR. BIRCHFIELD: Object to the form.
02:42:56 5    A. I know of no proof, because you don't
02:42:59 6  measure plaque progression in single human beings.
02:43:02 7    Q. Well, you could, couldn't you?
02:43:04 8    A. It's not done.
02:43:05 9    Q. You can do serial angiograms, right?
02:43:09 10    A. That's not done routinely, to follow plaque
02:43:14 11  progression.
02:43:15 12    Q. Could it be done?
02:43:16 13    A. Not ethically.
02:43:19 14    Q. There's no proof that VIOXX has ever
02:43:22 15  promoted atherosclerosis in an animal, right?
02:43:25 16    A. There are studies suggesting that it does.
02:43:28 17    Q. VIOXX?
02:43:28 18    A. VIOXX, COX-2 inhibition. Using VIOXX
02:43:33 19  specifically as opposed to other COX-2 inhibitors?
02:43:36 20  I'd have to go through the whole reference list.
02:43:38 21    Q. Sitting here today, you cannot identify a
02:43:40 22  single article that shows, or a study that shows
02:43:42 23  that VIOXX promotes atherosclerosis in animals, can
02:43:45 24  you?

Page 305

02:43:46 1    MR. BIRCHFIELD: Object to form.
02:43:47 2    A. VIOXX as opposed to other COX-2 inhibitors,
02:43:51 3  no.
02:43:51 4    Q. So the answer is no, right?
02:43:52 5    A. That I can recall. Doesn't mean it doesn't
02:43:55 6  exist.
02:43:55 7    Q. As far as you can tell sitting here today,
02:43:57 8  there's not such a study, right?
02:43:59 9    A. I can't recall it. Doesn't mean it doesn't
02:44:01 10  exist.
02:44:01 11    Q. Well, you can't --
02:44:02 12    A. I read thousands and thousands of studies.
02:44:04 13    Q. Well, if there were such a study, you would
02:44:07 14  have cited it in your report, wouldn't you?
02:44:08 15    A. I would have cited it in my report, most
02:44:11 16  likely.
02:44:11 17    Q. And you don't cite any such study in your
02:44:13 18  report, do you?
02:44:14 19    A. I don't want to say the absence of proof is
02:44:16 20  proof of absence.
02:44:17 21    Q. Do you cite any such study in your report?
02:44:21 22    A. No. I agree with you.
02:44:22 23    Q. Okay; thank you.
02:44:35 24    Now, the studies that you do rely on to

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 306

02:44:38 1   talk about COX-2 inhibition and atherosclerosis,
02:44:43 2   those are animal studies, right?
02:44:45 3       A. Correct.
02:44:45 4       Q. And are they mouse studies?
02:44:50 5       A. I don't recall offhand. Some of them are
02:44:52 6   mice; some of them could be rats; some of them could
02:44:55 7   be hamster, rabbit. I don't remember offhand. I
02:44:59 8   don't have the studies memorized.
02:45:06 9       Q. Is it true that -- there were some mouse
02:45:09 10  studies involving VIOXX, right?
02:45:10 11      A. I believe so.
02:45:11 12      Q. And it's true that every single mouse study
02:45:17 13  involving VIOXX's effect on atherosclerosis showed
02:45:24 14  that VIOXX had either no effect on atherosclerosis
02:45:27 15  or caused a decrease, correct?
02:45:31 16      A. I don't know offhand to recall that, as we
02:45:36 17  sit here, without looking at the studies.
02:45:39 18      Q. Well, you certainly didn't see any where
02:45:45 19  VIOXX caused an increase in atherosclerosis in mice,
02:45:48 20  right?
02:45:48 21      A. I don't recall seeing that. Doesn't mean
02:45:50 22  it doesn't exist.
02:45:51 23      Q. But you can't recall one, right?
02:45:54 24      A. I just said that.

Page 307

02:45:55 1       Q. And if there were one and you found it in
02:45:57 2   all your studies, you would have cited it in your
02:45:59 3   report, right?
02:45:59 4       A. Most likely.
02:46:00 5       Q. And you didn't cite it in your report, did
02:46:04 6   you?
02:46:04 7       A. We've been through that. Yes.
02:46:05 8       Q. Meaning "No, I didn't cite it in my
02:46:08 9   report," right?
02:46:09 10      A. Yes. I'm agreeing with you.
02:46:10 11      Q. And did you review any mouse studies
02:46:13 12  involving other COX-2 inhibitors in which those
02:46:16 13  COX-2 inhibitors did not increase the
02:46:19 14  atherosclerosis in the animals?
02:46:21 15      A. I can't remember all of them. To be
02:46:24 16  honest, I can't remember all the studies that I
02:46:26 17  reviewed. It's not cited in my report.
02:46:29 18      Q. So you don't cite in your report any of the
02:46:31 19  animal studies in which the COX-2 inhibition was
02:46:35 20  shown to have no effect or a decrease in
02:46:39 21  atherosclerosis, did you?
02:46:40 22      A. No, I do not.
02:46:42 23      Q. But there are such studies out there,
02:46:44 24  right?

Page 308

02:46:44 1       A. There are some studies out there.
02:47:00 2       Q. Now, there are some studies that you cite
02:47:03 3   talking about PGI-2 receptor mice?
02:47:08 4       A. Yes.
02:47:08 5       Q. Now, those are studies where mice are not
02:47:14 6   given a COX inhibitor, right?
02:47:17 7       A. Correct.
02:47:17 8       Q. But instead their genes are modified,
02:47:23 9   correct?
02:47:24 10      A. Correct.
02:47:24 11      Q. And the mice are modified in a way that
02:47:29 12  they are missing a receptor that they need in order
02:47:33 13  for prostacyclin to function, right?
02:47:35 14      A. Correct.
02:47:35 15      Q. And in some of the tests, they eliminate
02:47:40 16  the receptors in such a way that it's basically
02:47:44 17  equivalent to having no prostacyclin at all, right?
02:47:49 18      A. Correct, if that's -- assuming that's the
02:47:51 19  only prostacyclin receptor, and there's no other
02:47:53 20  reason to believe there isn't; but I just want to be
02:47:57 21  scientifically accurate.
02:47:58 22      Q. But basically there's two kinds of receptor
02:48:01 23  studies, and in some they knock out both -- they
02:48:04 24  knock out all the receptors, and in others they only

Page 309

02:48:08 1   knock out half the receptors, right?
02:48:11 2       A. Right. There's differential expression
02:48:13 3   receptors in those studies, yes.
02:48:15 4       Q. In your report, on Page 7 you say, "The
02:48:21 5   absence of the prostacyclin receptor accelerates
02:48:24 6   plaque growth." Do you see that?
02:48:26 7       A. Correct.
02:48:26 8       Q. You're referring there to the studies where
02:48:28 9   all of the prostacyclin receptors are affected,
02:48:32 10  right?
02:48:33 11      A. Correct.
02:48:33 12      Q. And that's equivalent to 100 percent
02:48:36 13  prostacyclin reduction, right?
02:48:40 14      A. Equivalent to it? I don't know. I can't
02:48:42 15  say that.
02:48:43 16      Q. Well, those are the studies where the mice
02:48:46 17  basically have no functioning prostacyclin, right?
02:48:49 18      A. Correct -- well, no; the prostacyclin
02:48:51 19  functions, but cannot bind to its receptor.
02:48:54 20      Q. But none of the prostacyclin can bind to
02:48:57 21  the receptor, right?
02:48:58 22      A. Correct. There's no receptor.
02:49:00 23      Q. Now, in the studies where there was only a
02:49:03 24  partial reduction in the prostacyclin receptors, so

78 (Pages 306 to 309)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 310

02:49:08 1 some of the prostacyclin still worked, those studies
02:49:11 2 didn't show an acceleration of plaque growth,
02:49:13 3 correct?
02:49:14 4    A. I'd like to see that.
02:49:16 5    Q. Well, do you know one way or the other
02:49:18 6 whether that's true?
02:49:19 7    A. I don't recall, so before I comment on it,
02:49:26 8 I'd like to see it.
02:49:30 9       Which study are you referring to?
02:49:31 10    Q. I'm referring to a number of studies.
02:49:36 11       So when you referred to the absence of
02:49:38 12 the prostacyclin receptor, were you -- usually when
02:49:42 13 you choose words, you're being careful to get it
02:49:46 14 right, and I just wanted to know if you're aware of
02:49:50 15 the studies in which a diminishment but not an
02:49:53 16 elimination of the prostacyclin showed no effect on
02:49:57 17 the plaque growth.
02:49:59 18    A. I'd like to see the studies before I
02:50:05 19 comment on them further, so I could be accurate with
02:50:08 20 you.
02:50:08 21    Q. So sitting here today, you don't remember
02:50:10 22 any such studies?
02:50:11 23    A. I don't remember the names of the studies.
02:50:14 24 We've been through a lot of studies, and --

Page 311

02:50:17 1    Q. Generally speaking, do you remember reading
02:50:19 2 studies where the prostacyclin receptors were only
02:50:22 3 half knocked out and there was no effect on plaque?
02:50:23 4    A. I disagree with the term "half," but --
02:50:26 5    Q. Okay; single knockout?
02:50:28 6    A. Single, double -- yes.
02:50:30 7    Q. So in the single-knockout studies --
02:50:33 8 right? --
02:50:33 9    A. Right.
02:50:34 10    Q. -- those mice still had some functioning
02:50:36 11 prostacyclin, correct?
02:50:37 12    A. Correct.
02:50:37 13    Q. And those mice did not show an increase in
02:50:40 14 plaque growth, an acceleration, correct?
02:50:42 15    A. I'd like to see that study before I agree
02:50:44 16 or disagree.
02:50:45 17    Q. Do you recall one way or the other, sitting
02:50:47 18 here now?
02:50:48 19    A. I don't recall enough to say truthfully,
02:50:51 20 and that's why I want to see the studies.
02:51:04 21    Q. You can't say how much atherosclerosis
02:51:10 22 Mr. Dedrick had before he started taking VIOXX,
02:51:13 23 right?
02:51:14 24    A. Correct.

Page 312

02:51:14 1    Q. And so there's no medical basis to testify
02:51:18 2 about whether or how much VIOXX contributed to the
02:51:20 3 progression of his atherosclerosis, correct?
02:51:24 4    A. Correct -- wait. Repeat the question?
02:51:30 5    Q. There's no medical basis to say whether or
02:51:34 6 how much VIOXX contributed to the progression of
02:51:37 7 Mr. Dedrick's atherosclerosis?
02:51:39 8    A. I would agree with the "how much." I'm not
02:51:43 9 sure about the "whether."
02:51:45 10    Q. Well, you don't know how much
02:51:46 11 atherosclerosis he had before, right?
02:51:48 12    A. Correct.
02:51:48 13    Q. So you don't even know whether his
02:51:50 14 atherosclerosis progressed from the day before he
02:51:53 15 took VIOXX until the day he had his heart attack, do
02:51:56 16 you?
02:51:57 17    A. Correct.
02:51:57 18    Q. So as a result, you can't really say
02:52:00 19 whether the VIOXX, as a matter of medicine, whether
02:52:04 20 the VIOXX contributed to the progression of his
02:52:07 21 atherosclerosis, correct?
02:52:08 22    A. I couldn't say one way or the other.
02:52:10 23    Q. On Page 7-C of your report --
02:52:12 24    A. You meant 7-7?

Page 313

02:52:16 1    Q. You know what? My version of your report
02:52:18 2 is more particular; there's a 7-C.
02:52:21 3       On Page 7 of your report, in the middle
02:52:24 4 paragraph, you say that the evidence suggests --
02:52:30 5 numerous studies suggest that COX-2 inhibition is
02:52:35 6 associated with instability, plaque instability,
02:52:39 7 right?
02:52:40 8    A. Correct.
02:52:40 9    Q. Now, just taking a step back for a second,
02:52:47 10 your "numerous studies also suggest" language, do
02:52:50 11 you believe that the totality of the data suggests
02:52:54 12 that COX-2 inhibition is associated with
02:52:58 13 atherosclerotic plaque progression, or just that
02:53:02 14 there are a lot of studies that say that?
02:53:04 15    A. There are a lot of studies that say that.
02:53:06 16 I don't have an opinion of the totality because I
02:53:08 17 don't recall all of the studies offhand right now.
02:53:10 18    Q. And similarly with -- when you say numerous
02:53:13 19 studies suggest that COX-2 inhibition is associated
02:53:19 20 with plaque instability, again, you're not saying
02:53:22 21 that the totality of the data shows that, right?
02:53:25 22    A. Correct.
02:53:28 23    Q. Now, when you refer to plaque instability
02:53:35 24 there, does that mean plaque rupture, or the

79 (Pages 310 to 313)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 314

02:53:39 1  tendency to rupture?
02:53:40 2      A. The propensity to rupture, yes.
02:53:42 3      Q. And again, it's not been proven that COX-2
02:53:45 4  inhibition causes plaque instability, has it?
02:53:49 5      A. There are studies suggesting that it's
02:53:51 6  associated with it.
02:53:52 7      Q. Right, but it hasn't been proven, correct?
02:53:55 8      A. Correct.
02:53:56 9      Q. Now, what are the studies that you're
02:53:58 10 relying on that you say suggest that VIOXX causes
02:54:05 11 plaque instability?
02:54:07 12     A. I'd have to go back through all my papers
02:54:09 13 because --
02:54:10 14     Q. Because you don't cite any in here, do you?
02:54:13 15     A. No, and that's odd for me, because I'm
02:54:16 16 writing -- I write scientific papers with lots of
02:54:19 17 references, and I don't know why I didn't reference
02:54:23 18 it.
02:54:24 19     Q. All right.
02:54:25 20     A. So it's atypical.  So I can't recall
02:54:28 21 offhand.
02:54:28 22     Q. So sitting here today, you can't identify
02:54:30 23 studies in humans or animals where VIOXX or COX-2s
02:54:34 24 increased -- decreased the stability of plaque?

Page 315

02:54:38 1      A. No; but I'd be happy to go back and amend
02:54:42 2  the report with the proper references, if needed.
02:54:47 3      Q. But sitting here today, you're not aware of
02:54:50 4  such studies, right?
02:54:50 5      A. I don't want to misquote any studies, so
02:54:53 6  the answer is, to the point of certainty enough to
02:54:55 7  put under oath, the answer is no.
02:54:58 8      Q. Are you aware that there are studies out
02:55:02 9  there showing that VIOXX or COX-2 inhibitors
02:55:08 10 increase the stability of plaque?
02:55:09 11     A. I am aware that there are people who
02:55:12 12 believe studies show that, yes.
02:55:14 13     Q. Did you read any studies like that?
02:55:16 14     A. I've looked at studies like that, yes.
02:55:17 15     Q. Did you think that that's what those
02:55:19 16 studies showed?
02:55:20 17     A. I don't recall my conclusions on it,
02:55:22 18 because I didn't take notes on it.
02:55:24 19     Q. And again, there's no clinical evidence
02:55:25 20 that VIOXX caused Mr. Dedrick to have a plaque
02:55:28 21 rupture, right?
02:55:29 22     A. Direct -- as the precipitant and only
02:55:32 23 cause?  No.
02:55:33 24     Q. Well, there's no clinical evidence one way

Page 316

02:55:35 1  or the other as to whether VIOXX played a role in
02:55:38 2  his plaque rupture, right?
02:55:39 3      A. There's none one way or the other.
02:55:42 4      Q. No evidence one way or the other?
02:55:44 5      A. That I can see that causes plaque rupture,
02:55:45 6  other than -- well, the way I look at it is, it
02:55:46 7  increased his risk of MI.  MIs are caused by -- and
02:55:51 8  we established that -- plaque rupture resulting in
02:55:54 9  superimposed thrombosis.
02:55:56 10         The exact mechanism of the VIOXX-induced
02:55:58 11 injury, unclear.  There's a hypothesis, the
02:56:01 12 FitzGerald hypothesis -- we've been through this
02:56:04 13 before -- suggesting that there's some animal
02:56:05 14 evidence suggesting plaque instability.
02:56:07 15         The weight of each of the factors in
02:56:08 16 Mr. Dedrick's case, unclear.  The population-based
02:56:14 17 data suggests that the VIOXX contributes,
02:56:16 18 substantially contributing one way or the other.
02:56:17 19 Exactly how, no one can say for 100 percent.
02:56:20 20     Q. But there's nothing in the medical records
02:56:22 21 to indicate that his plaque rupture was caused by
02:56:25 22 VIOXX as opposed to something else, correct?
02:56:27 23     A. There is no way to measure that.
02:56:27 24 Therefore, there's no indication in the medical

Page 317

02:56:30 1  records.
02:56:31 2      Q. You talk a lot in your paper, in your
02:56:33 3  report, about the effects of VIOXX, the potential
02:56:39 4  relationship between VIOXX and blood pressure,
02:56:41 5  right?
02:56:42 6      A. Correct.
02:56:43 7      Q. But at the end of the day, Mr. Dedrick's
02:56:47 8  heart attack was not caused by blood pressure,
02:56:50 9  right?
02:56:53 10     A. Well, I mean, in and of -- as blood
02:56:56 11 pressure was, hypertension was a risk factor, it
02:57:01 12 increased his risk.
02:57:02 13     Q. But he had high blood pressure before he
02:57:04 14 ever took VIOXX, right?
02:57:06 15     A. Correct.
02:57:06 16     Q. And VIOXX did not elevate his blood
02:57:08 17 pressure, did it?
02:57:08 18     A. On recorded values, no.
02:57:11 19     Q. And so you're not opining that in this
02:57:16 20 case, the effects of VIOXX on blood pressure are
02:57:20 21 relevant to the causation of the heart attack,
02:57:22 22 right?
02:57:32 23     A. Repeat the question.  I was distracted,
02:57:34 24 picking up the mike.

80 (Pages 314 to 317)

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

| Page 318 | Page 320 |
|---|---|

Page 318

02:57:36 1    Q. All right. So you're not opining that in
02:57:42 2  this case, any effect of VIOXX on blood pressure had
02:57:47 3  anything to do with causing Mr. Dedrick's heart
02:57:50 4  attack, are you?
02:57:51 5    A. Correct.
02:57:56 6    Q. And you also refer in your report to renal
02:58:01 7  and -- let's see here; let me just read them. Let's
02:58:09 8  see.
02:58:09 9       Okay. At the bottom of the third full
02:58:15 10 paragraph on Page 7, you talk about VIOXX's
02:58:18 11 association with cardiac arrhythmia. Mr. Dedrick
02:58:23 12 hasn't suffered from that, has he?
02:58:24 13    A. Not to our knowledge, no.
02:58:26 14    Q. And then you say competent renal events.
02:58:29 15 Mr. Dedrick hasn't suffered from any of those, has
02:58:31 16 he?
02:58:32 17    A. Not that's been reported in his medical
02:58:34 18 records.
02:58:34 19    Q. Adverse renal effects, renal effects, he's
02:58:39 20 not had any of those, right?
02:58:41 21    A. Not that I'm aware of.
02:58:43 22    Q. Then it says, "For all individual renal
02:58:46 23 endpoints, rofecoxib was associated with increased
02:58:49 24 risk of peripheral edema." Mr. Dedrick didn't have

Page 319

02:58:54 1  that, did he?
02:58:55 2    A. Not that I'm aware of.
02:58:56 3    Q. Hypertension. Well, he did have
02:58:58 4  hypertension, but we just talked about that.
02:59:01 5    Q. And then renal dysfunction. He hasn't
02:59:03 6  had renal dysfunction, either, right?
02:59:06 7    A. Correct.
02:59:07 8    Q. So you're not opining that VIOXX caused any
02:59:10 9  of those things that I just mentioned in the bottom
02:59:14 10 of Paragraph -- the third paragraph on Page 7 --
02:59:18 11    A. Correct.
02:59:21 12    Q. -- for Mr. Dedrick.
02:59:28 13       So we've talked about our 4.89 relative
02:59:34 14 risk number. In your report, that's at the top of
02:59:36 15 Page 9, and it says, in the subset of patients
02:59:44 16 enrolled in the VIGOR trial (50) with established
02:59:48 17 cardiovascular disease, the relative risk of
02:59:51 18 developing a cardiovascular event was 4.89, right?
02:59:54 19    A. Right.
02:59:55 20    Q. And that's the relative risk that you
02:59:57 21 believe is applicable to Mr. Dedrick, correct?
03:00:01 22    A. Correct.
03:00:01 23    Q. Now, that 4.89 analysis was not actually in
03:00:05 24 the VIGOR trial, but in the subsequent analysis of

Page 320

03:00:08 1  the VIGOR data, right?
03:00:11 2    A. Correct.
03:00:11 3    Q. And was that in the Mukherjee paper?
03:00:15 4    A. I believe it was in Mukherjee and Topol. I
03:00:19 5  believe that's where it was from.
03:00:20 6    Q. Just so we're talking about the same
03:00:24 7  thing....
03:00:24 8       MR. OUWELEEN: Here's your 700th copy of
03:00:29 9  Mukherjee.
03:00:30 10       MR. BIRCHFIELD: Never enough copies.
03:00:31 11    Q. So on Page 955 of Exhibit -- I'm sorry,
03:00:36 12 Doctor; what exhibit is it?
03:00:37 13       MR. BIRCHFIELD: 20.
03:00:38 14    A. I have 17.
03:00:39 15    Q. Mukherjee is 17.
03:00:42 16       Is Exhibit 17, Doctor, the source of
03:00:46 17 your opinion that the relative risk of --
03:00:49 18 Mr. Dedrick's relative risk of developing a
03:00:52 19 cardiovascular event due to VIOXX was 4.89?
03:00:56 20    A. Yes.
03:00:57 21    Q. And that 4.89 relative risk is discussed on
03:01:01 22 the bottom of Page 955; is that right?
03:01:03 23    A. Yes.
03:01:04 24    Q. Where it says, "The relative risk of

Page 321

03:01:06 1  developing serious cardiovascular events among
03:01:10 2  aspirin-indicated patients between the rofecoxib
03:01:12 3  group and the naproxen group was 4.89"?
03:01:17 4    A. Yes.
03:01:17 5    Q. So that's the source of your opinion about
03:01:21 6  the relative risk that Mr. Dedrick had from VIOXX,
03:01:24 7  right? Correct?
03:01:25 8    A. Right.
03:01:27 9    Q. We talked about statistical significance
03:01:30 10 earlier, Doctor.
03:01:30 11    A. Correct.
03:01:31 12    Q. And just so we're talking about the same
03:01:37 13 thing, a 95 percent confidence interval means the
03:01:45 14 range of values where we're 95 percent confident
03:01:51 15 that the real value lies, correct?
03:01:53 16    A. The confidence that -- right, that the null
03:01:57 17 hypothesis is not true. The null hypothesis, yes;
03:02:00 18 that's a Type 2 error.
03:02:04 19    Q. So if you say we have a 95 percent
03:02:06 20 confidence interval, Doctor, of .6 to 1.5, it means
03:02:13 21 that we're 95 percent confident that the true
03:02:16 22 accurate value is somewhere between .6 and 1.5,
03:02:19 23 right?
03:02:20 24    A. That -- yes; but not that the range isn't

81 (Pages 318 to 321)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 – November 6, 2006

Page 322

03:02:27  1   equally -- that .6 -- that .7 and 1 less than the
03:02:32  2   upper limit isn't equally as likely to happen; that
03:02:37  3   just, it's the range of the confidence bounds.
03:02:40  4        So the number that's reported is the
03:02:43  5   most likely number, but the range where it would
03:02:46  6   fall into is within that range.
03:02:48  7   Q.  And is it true that if one is within the
03:02:52  8   confidence interval for a relative risk, then that
03:02:56  9   relative risk is considered not statistically
03:02:58 10   significant?
03:03:00 11   A.  It depends on what the study -- how the
03:03:02 12   relative risk and where the data is defined from.
03:03:06 13        So if it's a prior -- if it was a
03:03:08 14   primary endpoint of a study, I agree with you.  If
03:03:11 15   it's a secondary endpoint, the fact, or a safety
03:03:17 16   endpoint, it's not as important -- if the study
03:03:20 17   wasn't designed to show it, then the relative, then
03:03:22 18   the P value is not as -- the lack of a significant P
03:03:26 19   value is not, does not mean absence of the effect,
03:03:31 20   absence of evidence.
03:03:31 21   Q.  I want to separate two things, right?  On
03:03:34 22   the one hand we can talk about what values are
03:03:37 23   statistically significant, and then on the other
03:03:39 24   hand we can talk about when we think it's important

Page 323

03:03:42  1   that you rely on statistically significant numbers.
03:03:44  2   A.  Okay.
03:03:45  3   Q.  All right?  So just in terms of defining
03:03:47  4   what people talk about when they mean statistically
03:03:50  5   significant, isn't it typically accepted that if the
03:03:53  6   confidence interval spans 1, that is, 1.0 is
03:03:58  7   included in that range, that's considered a not
03:04:00  8   statistically significant --
03:04:01  9   A.  If the study is properly designed, that's
03:04:04 10   what it -- yes.
03:04:12 11   Q.  Do you know how long Mr. Dedrick took VIOXX
03:04:15 12   before he had his heart attack?
03:04:17 13   A.  I believe it was in and around six months.
03:04:24 14   Q.  Is it true that no placebo-controlled
03:04:27 15   clinical trial has ever shown that taking 25
03:04:30 16   milligrams of VIOXX for around six months increases
03:04:33 17   the CV risk?
03:04:34 18   A.  There is no clinical trial that I'm aware
03:04:37 19   of.
03:04:37 20   Q.  That shows that?
03:04:38 21   A.  Correct.
03:04:39 22   Q.  And no randomized control trial has ever
03:04:42 23   shown that 25-milligram VIOXX for about six months
03:04:45 24   increases cardiovascular risk, right?

Page 324

03:04:49  1   A.  There is no randomized clinical trial that
03:04:52  2   shows what you just said, yes.
03:04:55  3   Q.  And --
03:04:56  4   A.  For six months, because there is no
03:04:58  5   randomized clinical trial at six months.
03:05:01  6   Q.  Can you identify any clinical trial that
03:05:03  7   showed a statistically significant increased risk of
03:05:08  8   cardiovascular events for patients taking 25
03:05:09  9   milligrams of VIOXX for less than 18 months?
03:05:12 10   A.  Randomized clinical trial, no.
03:05:14 11        For less than 18 months?
03:05:16 12   Q.  Right.
03:05:17 13   A.  I don't know if there's been any
03:05:18 14   subanalysis of the APPROVe study that looked at
03:05:22 15   people who dropped out, so I don't know.
03:05:24 16   Q.  Well, in terms of -- putting to one side
03:05:26 17   subgroup analysis, any clinical trial that showed --
03:05:27 18   A.  There's no clinical trial designed for
03:05:30 19   that.
03:05:30 20   Q.  And so is there any clinical trial that
03:05:32 21   itself showed that, showed there's no statistically
03:05:37 22   significant increased risk of CV events for patients
03:05:40 23   taking 25-milligram VIOXX for less than 18 months?
03:05:42 24   A.  There is no clinical trial designed for CV

Page 325

03:05:46  1   events 18 months or less, taking 25 milligrams of
03:05:49  2   aspirin -- excuse me; of VIOXX.  Therefore, there is
03:05:52  3   no study showing that, what you said.
03:06:09  4        The list is getting smaller.
03:06:11  5   Q.  I wish.
03:06:11  6        You talk in your report about Drs. Moye
03:06:15  7   and Farquhar.
03:06:17  8   A.  Correct.
03:06:17  9   Q.  And that you agree with what they say in
03:06:20 10   their reports about the epidemiological evidence,
03:06:22 11   right?
03:06:22 12   A.  I have no reason to disagree with them.
03:06:25 13   They're experts more than I am in interpretation of
03:06:28 14   that kind of biostatistics.
03:06:31 15   Q.  So basically you're deferring to their
03:06:36 16   expertise on these questions?
03:06:38 17   A.  Right.
03:06:38 18   Q.  And would the same be true for Dr. Arnett?
03:06:42 19   Do you agree with what she has said in her
03:06:44 20   deposition?
03:06:45 21   A.  I'm not familiar --
03:06:45 22        MR. OUWELEEN:  What?
03:06:45 23        MR. BIRCHFIELD:  I'm just objecting to
03:06:46 24   form, asking him to agree with everything she said

Page 326

03:06:49  1    in her deposition.
03:06:50  2        MR. OUWELEEN:  Well, he says in his
03:06:52  3    report that he agrees with everything that Moye and
03:06:56  4    Farquhar say in their reports.
03:06:56  5        A.  I haven't read Arnett's report.  I've read
03:07:00  6    her deposition.  It's a little different.  I haven't
03:07:02  7    spent enough time reading her deposition --
03:07:04  8        Q.  Okay; let's just back up.  Are you relying
03:07:07  9    on what Dr. Arnett says, or no?
03:07:10 10        A.  Not in my report.  I didn't read her
03:07:13 11    deposition before my report was written, so the
03:07:15 12    answer is no.
03:07:15 13        Q.  Are you relying on it in the opinions
03:07:17 14    you're offering in this case?  Are you relying on
03:07:20 15    what Dr. Arnett said in your report?
03:07:22 16        A.  As a fact that -- I can't say that I'm not
03:07:27 17    relying on it to some extent, because I read the
03:07:30 18    deposition, and therefore it influenced my thought
03:07:33 19    process.  I can't attribute every thought to a
03:07:36 20    single source, nor can anyone.
03:07:49 21        Q.  Well, let's put it this way:  Is there
03:07:52 22    anything that you can think of where if I asked you
03:07:56 23    a question you will point to Dr. Arnett as the
03:08:01 24    evidence on which you're relying?

Page 327

03:08:03  1        A.  Other than that she is consistent -- the
03:08:06  2    overall theme is consistent with Moye and Farquhar,
03:08:10  3    and Farquhar clearly is one of the leading
03:08:13  4    epidemiologists in the world.  I've known his
03:08:16  5    reputation prior to this.  And Arnett, who I've seen
03:08:22  6    her name in publications and in the NIH, is a
03:08:31  7    leading epidemiologist.
03:08:32  8        The fact that they are consistent in
03:08:35  9    their response weighs into my decision.
03:08:42 10        Q.  Are there hazards to doing post hoc
03:08:45 11    subgroup analysis?
03:08:47 12        A.  Yes.
03:08:47 13        Q.  What are they?
03:08:48 14        A.  The hazards are that a study -- that it can
03:08:54 15    underestimate the risk of adverse event if that's
03:08:58 16    what you're looking for.  There could be bias in the
03:09:01 17    interpretation of the data if you're looking for a
03:09:03 18    treatment effect.  Mostly it's related to study
03:09:06 19    design, and not powered enough to make the
03:09:10 20    conclusions.
03:09:15 21        Q.  Would you agree that -- you had Professor,
03:09:22 22    or Dr. Zipes' report, right?
03:09:24 23        A.  I have read it, yes.
03:09:25 24        Q.  Dr. Zipes says in his report, quote, "Post

Page 328

03:09:30  1    hoc analyses are said to be," quote, "hypothesis-
03:09:34  2    generating exercises that must be repeated in a
03:09:37  3    prospective manner in order to be fully convincing."
03:09:41  4    Do you agree with that?
03:09:42  5        A.  It depends on the type of signal you're
03:09:44  6    using, so I agree with Dr. Zipes if you're looking
03:09:48  7    for a treatment effect.  I disagree with Dr. Zipes
03:09:50  8    if you're looking at a harmful effect.
03:09:52  9        So if you're looking at an adverse
03:09:55 10    event, I think that -- it's not proof you need to
03:09:58 11    look further, if that's what the interpretation of
03:10:01 12    Zipes is saying, but it's how you look further that
03:10:05 13    is open for discussion.
03:10:06 14        Q.  So if you're looking at an adverse event
03:10:12 15    and you're relying on a subgroup analysis that
03:10:15 16    indicates an adverse event, then you would agree
03:10:19 17    with Dr. Zipes that subgroup analysis is hypothesis-
03:10:23 18    generating, but that you can't draw conclusions
03:10:27 19    about causation from it, correct?
03:10:31 20        A.  You can't -- yes, you can draw scientific
03:10:38 21    -- it's hypothesis-generating, but it's what you do
03:10:41 22    with the hypothesis that's also important, or what
03:10:43 23    you do with the information.  It's not conclusive.
03:10:48 24        Q.  At the top of Page 8 in your report, you

Page 329

03:10:51  1    say that because of this significantly increased
03:10:56  2    risk -- and on the previous page you're talking
03:11:00  3    about the epidemiological evidence that VIOXX
03:11:02  4    increases cardiovascular risk.  Do you see that?
03:11:05  5        A.  Correct.
03:11:05  6        Q.  And then on the next page you say, "Because
03:11:08  7    of this significantly increased risk, on September
03:11:11  8    30, 2004 Merck voluntarily withdrew VIOXX from the
03:11:14  9    market," right?
03:11:15 10        A.  Correct.
03:11:17 11        Q.  And then you say, "Patients in these trials
03:11:22 12    were of low cardiovascular risk," okay?  What are
03:11:33 13    "these trials" that you're referring to there?
03:11:35 14        A.  We're talking of VIGOR and APPROVe.
03:11:37 15        Q.  And so when you say that Merck's decision
03:11:40 16    to withdraw VIOXX from the market was based on this
03:11:45 17    significantly increased risk, what is the "this
03:11:49 18    increased risk" that you're referring to?
03:11:52 19        A.  Myocardial -- of atherothrombotic events.
03:11:56 20        Q.  As shown where?
03:11:57 21        A.  APPROVe and VIGOR.  And I'm not sure what
03:12:00 22    went into Merck's mind.  It's a presumption of mine
03:12:03 23    that that's why they did it.  They may have data
03:12:07 24    that I don't know.

83 (Pages 326 to 329)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 – November 6, 2006

Page 330

03:12:08  1    Q. You're presuming that's why Merck withdrew
03:12:12  2  the drug, right?
03:12:13  3    A. Yes.
03:12:13  4    Q. Now, I mean, VIGOR was a long time before
03:12:16  5  Merck withdrew the drug, right?
03:12:17  6    A. Yes.
03:12:18  7    Q. And they withdrew the drug within days of
03:12:22  8  APPROVe data becoming available, right?
03:12:24  9    A. Yes. Well, within days of APPROVe being
03:12:29 10  published, or -- I can't remember the time frame.
03:12:33 11    Q. That was within days of the data becoming
03:12:39 12  unblinded, wasn't it?
03:12:40 13    A. I don't know for sure. I believe so.
03:12:41 14    Q. And so you understand that it's Merck's
03:12:47 15  position that the APPROVe data conflicted with prior
03:12:51 16  placebo-controlled trials, right?
03:12:53 17    A. I don't know what Merck's position is.
03:12:55 18    Q. Well, in fact, you've reviewed data from
03:12:58 19  prior placebo-controlled trials before APPROVe that
03:13:02 20  did not show a significantly increased risk, right?
03:13:06 21    A. I've seen some trials that show -- some
03:13:09 22  small studies that show no increased risk in healthy
03:13:12 23  people and in other small populations.
03:13:14 24    Q. Was it only small studies?

Page 331

03:13:16  1    A. That I'm aware of. Not -- which studies
03:13:19  2  are you referring to?
03:13:20  3    Q. Well, were there long-term placebo-
03:13:22  4  controlled trials where there was no difference in
03:13:25  5  thrombotic CV events for patients on VIOXX, like the
03:13:30  6  Alzheimer studies?
03:13:31  7    A. Yes. I'm not sure how long-term is long-
03:13:34  8  term.
03:13:35  9    Q. Well, how about a year? Is that long-term?
03:13:38 10    A. I'd say that's bordering on long-term.
03:13:40 11    Q. Is it longer than VIGOR was?
03:13:42 12    A. VIGOR was nine months.
03:13:43 13    Q. So is VIGOR long-term?
03:13:45 14    A. I would think nine months is relatively
03:13:48 15  short-term.
03:13:48 16    Q. So in any event, the Alzheimer studies were
03:13:51 17  as long or longer than VIGOR, right?
03:13:54 18    A. Correct.
03:13:54 19    Q. And they showed no difference in thrombotic
03:13:58 20  CV events, right?
03:13:59 21    A. I'd like to see them before I agree with
03:14:02 22  that.
03:14:02 23    Q. Well, did you look at that before you wrote
03:14:04 24  your report?

Page 332

03:14:05  1    A. Yes; but I was basing my report on APPROVe
03:14:08  2  and VIGOR. But I'd like to see it before I comment
03:14:10  3  on it.
03:14:13  4    Q. Do you think it was important to discuss
03:14:15  5  the Alzheimer's studies in your report?
03:14:17  6    A. I discussed them as they were related to
03:14:19  7  the meta-analysis that other people used in the
03:14:25  8  Alzheimer's studies. That was incorporated in
03:14:30  9  Juni's meta-analysis, I believe, in another
03:14:30 10  observational --
03:14:30 11    Q. Was it?
03:14:30 12    A. The Alzheimer's?
03:14:32 13    Q. In Juni?
03:14:33 14    A. When was Juni? I'm not -- based on your
03:14:36 15  response, I might be mistaken.
03:14:41 16    Q. We'll do Juni in a moment; you can look.
03:14:44 17    A. Okay.
03:14:52 18    Q. Anyway, you didn't cite the Alzheimer
03:14:55 19  studies themselves in your report, right?
03:14:56 20    A. No.
03:14:56 21    Q. And it's possible that they showed no
03:14:58 22  difference in thrombotic CV events for patients on
03:15:00 23  VIOXX, right?
03:15:00 24    A. I'd rather look at them before I comment,

Page 333

03:15:03  1  but it's possible that they did, and it's possible
03:15:05  2  that they didn't.
03:15:20  3    Q. And did you consider the pooled
03:15:26  4  osteoarthritis studies?
03:15:29  5    A. The pooled -- I'm not sure what publication
03:15:31  6  that is.
03:15:31  7    Q. Well, are you aware of any publication that
03:15:33  8  you read that concerned a pooled osteoarthritis
03:15:37  9  study of VIOXX?
03:15:38 10    A. I'm not remembering the term "pooled
03:15:41 11  osteoarthritis study." There are osteoarthritis
03:15:42 12  studies, including VIGOR -- not VIGOR. There are
03:15:47 13  osteoarthritis studies of VIOXX. If you'll show
03:15:52 14  them to me, I'll be more than happy to comment on
03:15:54 15  them.
03:16:01 16    Q. All right. Let's talk about....
03:16:51 17    I'm handing you, Dr. Furman, what's been
03:16:54 18  marked as Exhibit 20 to your deposition. Is Exhibit
03:17:01 19  20 a complete set of all of your -- all of the
03:17:07 20  billing invoices reflecting the moneys that you have
03:17:14 21  billed for your work on the Dedrick case to date?
03:17:24 22    A. These reflect the times, yes, and the
03:17:23 23  billings.
03:17:28 24    Q. Is it a complete set?

84 (Pages 330 to 333)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 334

03:17:30 1    A. For Dedrick? No, because there's work that
03:17:33 2  I've done since Monday, October 9, 2006, which is
03:17:39 3  the last date of this.
03:17:41 4    Q. So has there been an invoice since then?
03:17:43 5    A. No.
03:17:44 6    Q. How much work have you done since Monday,
03:17:49 7  October 9?
03:17:50 8    A. I --
03:17:52 9    Q. How many hours?
03:17:53 10    A. I don't know offhand. I could guess, but I
03:17:56 11  don't know offhand.
03:17:57 12    Q. Why don't you go ahead and give me your
03:17:59 13  best estimate.
03:18:00 14    A. Probably anywhere from ten to fifteen more
03:18:04 15  hours.
03:18:04 16    Q. Are the rates that you charge in this case
03:18:07 17  the same as the rates that you've charged in your
03:18:12 18  past work as an expert witness?
03:18:13 19    A. No.
03:18:14 20    Q. Are they higher?
03:18:15 21    A. Yes.
03:18:15 22    Q. What are the rates -- are the rates that
03:18:18 23  are listed in your expert report on Page 10 your
03:18:24 24  current rates?

Page 335

03:18:27 1    A. For this litigation, yes.
03:18:28 2    Q. And what are your rates for the products
03:18:31 3  liability work that you do?
03:18:32 4    A. This is my only product liability --
03:18:34 5    Q. I'm sorry; your medical malpractice work.
03:18:38 6    A. Well, I've established a relationship with
03:18:42 7  one or two attorneys in the past. I haven't had a
03:18:45 8  new attorney, so I charge them the same rates
03:18:47 9  because I never thought of increasing the rates.
03:18:50 10    Q. And what are those rates?
03:18:51 11    A. It's generally $325 an hour for reviewing
03:18:55 12  medical records, and then it depends on the
03:18:58 13  deposition, where it is, how much -- it depends on
03:19:00 14  the time off from work. That's how I look at it, as
03:19:04 15  lost income that I have to take from work. So
03:19:06 16  anywhere from $1,500 for a half-day deposition to
03:19:12 17  $2,500 or $3,000 or something like that -- I may be
03:19:16 18  off on that a little bit -- for a day of trial.
03:19:20 19    Q. And on Exhibit 20, Page -- this is
03:19:29 20  interesting.
03:19:33 21      Did you bill the plaintiff's lawyers for
03:19:37 22  a deposition on Monday, October 9, 2006?
03:19:41 23    A. I felt that I took off the day for a
03:19:44 24  deposition. The deposition didn't happen. I

Page 336

03:19:47 1  cancelled cases; I had to rearrange my schedule; I
03:19:49 2  had to take a vacation day. It was a lost day for
03:19:52 3  me, so I billed for the deposition. After
03:19:55 4  consulting with Mr. Birchfield, he felt that was
03:19:58 5  appropriate.
03:19:59 6    Q. But the deposition didn't happen on October
03:20:04 7  9, just for the record, right?
03:20:06 8    A. For the record, it didn't happen. I was
03:20:08 9  prepared for it and was here, as was counsel.
03:20:10 10    Q. But you were here for a couple hours,
03:20:13 11  right?
03:20:13 12    A. Right, I was here for two or three hours,
03:20:15 13  waiting.
03:20:21 14    Q. On the first page of Exhibit 20, it says,
03:20:24 15  "Payment received from Invoice 14568, $6,000." Do
03:20:28 16  you see that?
03:20:29 17    A. That's what it says.
03:20:30 18    Q. So was there another Invoice No. 14568 that
03:20:35 19  we don't have here?
03:20:36 20    A. I don't know, because I haven't received
03:20:37 21  any payment for Dedrick.
03:20:40 22    Q. So do you have any idea what that $6,000 on
03:20:43 23  there is for that you were paid, or that somebody
03:20:46 24  was paid by October 3, 2006?

Page 337

03:20:53 1    A. I have no idea what that's for.
03:20:59 2    Q. Do you ever see these invoices before they
03:21:02 3  go to Mr. Birchfield's firm?
03:21:05 4    A. I have not seen these invoices before.
03:21:07 5    Q. So how does this work? You provide your
03:21:11 6  billing information to this company, Med Expertise,
03:21:15 7  and then they bill Mr. Birchfield?
03:21:17 8    A. Yes.
03:21:17 9    Q. And then Mr. Birchfield's firm pays Med
03:21:23 10  Expertise, and they pay you?
03:21:23 11    A. The check presumably comes from Med
03:21:26 12  Expertise.
03:21:26 13    Q. Do you get all this money yourself, or does
03:21:29 14  Med Expertise take a portion of it? Like when you
03:21:32 15  list your billing rates on here, is that how much
03:21:35 16  you get paid?
03:21:35 17    A. Yes.
03:21:36 18    Q. They might charge Mr. Birchfield a fee on
03:21:39 19  top of that?
03:21:40 20    A. I would think so. I don't know.
03:21:41 21    Q. And the money that you get paid for your
03:21:44 22  expert work, that's part of your personal income,
03:21:47 23  right?
03:21:47 24    A. Yes.

85 (Pages 334 to 337)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

---

Page 338

03:21:48  1      Q.  You didn't give it all to charity or
03:21:50  2  anything like that?
03:21:51  3      A.  No.  Well, I haven't been paid, but in the
03:21:55  4  past.
03:21:57  5      Q.  You haven't been paid; you've got nothing
03:21:58  6  to give to charity.  But you expect you will be paid
03:22:01  7  by Med Expertise, right?
03:22:03  8      A.  I expect that to happen, yes.
03:22:07  9      Q.  So with the exception, perhaps, of
03:22:10 10  Invoice -- well, do you think there's time records
03:22:14 11  on Invoice 14568 that aren't on here?
03:22:19 12      A.  I don't know these invoice numbers --
03:22:23 13  that's not how I do it.  I send a list.  I send Med
03:22:30 14  Expertise a summary of my hours.  What they bill for
03:22:35 15  and in general what they were used for, I don't keep
03:22:38 16  an hourly log, which case -- I mean, which case, you
03:22:41 17  know --
03:22:41 18      Q.  What you're doing on each one?
03:22:43 19      A.  What I'm doing is research, writing the
03:22:44 20  report, background.
03:22:46 21      Q.  Is this the level of detail that you
03:22:48 22  provide to Med Expertise, or do you provide more
03:22:50 23  detail to them?
03:22:50 24      A.  That's generally the level of detail, such

Page 339

03:22:52  1  as background research, specific case review,
03:22:54  2  writing of it.  And research and review would
03:23:01  3  include, but not be limited to, reading depositions
03:23:03  4  and other reports; researches, finding the articles,
03:23:06  5  writing them up.  It's all a similar process.
03:23:09  6      Q.  To the best of your recollection, is
03:23:11  7  Exhibit 20 a complete and accurate account of the
03:23:16  8  time that you spent working on the Dedrick case up
03:23:20  9  until October 23, 2006, and the general areas in
03:23:26 10  which you were spending that time?
03:23:28 11      A.  No.  I would say up until October 9, 2006,
03:23:31 12  because I have not added up or billed my hours since
03:23:35 13  then.  I don't know why the date of 10-23 was
03:23:39 14  placed.
03:23:39 15      Q.  All right, but given that amendment, is
03:23:42 16  this a full and accurate reflection of the time that
03:23:47 17  you spent and the general tasks on which you spent
03:23:53 18  it in this case?
03:23:53 19      A.  It appears to be an accurate assessment.
03:24:01 20      Q.  On Page 8 of your report....
03:24:03 21          MR. OUWELEEN:  Does anybody want to take
03:24:04 22  a five-minute break, or can we keep going until
03:24:09 23  4:00?
03:24:09 24          THE WITNESS:  I'm fine.

Page 340

03:24:13  1          MR. BIRCHFIELD:  I think if we could
03:24:15  2  take like a three-minute break, we can get him out
03:24:18  3  by 4:00.
03:24:21  4          MR. OUWELEEN:  Sure.
03:24:24  5          THE VIDEOGRAPHER:  The time is 3:24 p.m.
03:24:27  6          (Recess taken)
03:31:53  7          THE VIDEOGRAPHER:  The time is 3:31.
03:31:56  8  We're back on the record.
03:32:06  9      Q.  Dr. Furman, on Page 8 of your report, you
03:32:10 10  write, in the top paragraph, "Initial reports
03:32:24 11  expressed concern for patients taking VIOXX for
03:32:26 12  greater than 18 months, but subsequent data
03:32:29 13  establishes that the harmful cardiovascular effects
03:32:34 14  of VIOXX occur early in the course of treatment,"
03:32:38 15  and then you cite 51 and 52.  Do you see that?
03:32:41 16      A.  Yes.
03:32:42 17      Q.  51 and 52 are the papers by Juni -- that's
03:32:47 18  51 -- and Lagakos, 52, correct?
03:32:53 19      A.  Correct.
03:32:54 20      Q.  Juni -- but then a little bit further down,
03:33:00 21  at least with respect to Juni, you say, "This meta-
03:33:06 22  analysis used only data available prior to September
03:33:09 23  30, 2004."
03:33:11 24      A.  Correct.

Page 341

03:33:12  1      Q.  Right?  So when you said "subsequent data"
03:33:16  2  up above, is Juni relying on subsequent data, or is
03:33:20  3  it just subsequent analysis of the data available at
03:33:23  4  September 30, 2004?
03:33:26  5      A.  I'm sorry; I'm confused.
03:33:28  6      Q.  Well, you understand my --
03:33:30  7      A.  Now I'm confused about your question.
03:33:32  8      Q.  All right.  So first you say the original
03:33:35  9  indications were that VIOXX had effects on patients
03:33:46 10  taking it for greater than 18 months, but subsequent
03:33:48 11  data establishes, and so on.  Do you see that?
03:33:53 12      A.  Point -- give me a sense.
03:33:55 13      Q.  "Subsequent data," right here.
03:33:58 14      A.  Yes.
03:34:00 15      Q.  The subsequent data you're talking about is
03:34:02 16  data that was available as of September 30, 2004,
03:34:05 17  right?
03:34:06 18      A.  Correct, and after.
03:34:10 19      Q.  Well, the Juni data was all data --
03:34:13 20      A.  Before September 30, 2004, and I wrote
03:34:17 21  that.
03:34:20 22      Q.  So when you're talking about subsequent
03:34:22 23  data, what do you mean?  Subsequent to what?
03:34:29 24      A.  Subsequent to the initial publication of

86 (Pages 338 to 341)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 342

03:34:32 1    APPROVe.

03:34:32 2    Q. Well, that was September 2004, wasn't it?

03:34:39 3    A. Right. Juni refers to before 2004,

03:34:43 4    September 2004. The subsequent data established

03:34:46 5    that the harmful cardiovascular effects occur early

03:34:50 6    in the course of treatment, which is when you

03:34:52 7    reanalyze your APPROVe study, the 18-month

03:34:55 8    misinformation is gone; and then also supporting

03:35:01 9    that it occurs early in treatment is Juni, who

03:35:05 10   concluded that also on data available before the

03:35:07 11   reanalysis of the APPROVe data.

03:35:08 12   Q. What's the subsequent data that you're

03:35:10 13   talking about? That's what I'm trying to figure

03:35:12 14   out.

03:35:13 15   A. The subsequent reanalysis of APPROVe, and

03:35:16 16   then there's subsequent data that was not in the

03:35:19 17   references, I think in Guiton [phonetic]. I think

03:35:27 18   there's some recent analyses -- I'm trying to

03:35:29 19   remember -- that came out after 2004. Some of the

03:35:32 20   other meta-analyses were stuff on observational

03:35:38 21   studies that come out subsequently to 2004, also

03:35:43 22   suggest an early risk.

03:35:45 23   Patricia McGettigan, that came out --

03:35:50 24   Q. Is McGettigan spelled "Ma-GET-i-gan"?

Page 343

03:35:54 1    A. Yes; I'm sorry. My error to her, and to

03:35:57 2    you.

03:35:57 3    Q. I don't know how it's pronounced. He says

03:36:00 4    it funny, too; he says "Ma-GET-ton" or something

03:36:02 5    like that.

03:36:03 6    A. So that's a 2006 article from JAMA, and

03:36:07 7    suggests that the risk is early, also.

03:36:09 8    Q. So the data that --

03:36:10 9    A. I didn't list all the subsequent papers

03:36:13 10   that support that.

03:36:14 11   Q. Well, as far as you know, sitting here now

03:36:16 12   and kind of looking back at things, is the

03:36:19 13   subsequent data that you're principally relying on

03:36:22 14   for the notion that VIOXX causes harmful effects

03:36:28 15   early in the course of treatment the Juni meta-

03:36:34 16   analysis, 51; the Lagakos article, 52; and

03:36:43 17   McGettigan, or however it's pronounced, which is

03:36:45 18   Reference 25 on your list?

03:36:46 19   A. Yes. I believe Zhang also shows it in

03:36:49 20   relation with arrhythmia that occurred early.

03:36:52 21   Q. But arrhythmia is not relevant here, right?

03:36:54 22   A. You said "cardiovascular events."

03:36:56 23   Q. Well, okay, but arrhythmia is not relevant

03:36:59 24   to this case, is it?

Page 344

03:36:59 1    A. There's no evidence of arrhythmia in this

03:37:01 2    case, but you didn't ask that question.

03:37:03 3    Q. I know -- well, yes, I did, but I just

03:37:06 4    hadn't asked it before.

03:37:09 5    All right. So let's talk about, are

03:37:09 6    there others you can think of right now that you

03:37:11 7    were relying on in your report?

03:37:13 8    A. Well, David Graham's recent editorial,

03:37:15 9    which also implies that -- you know, states that. I

03:37:17 10   don't have it in front of me.

03:37:18 11   Q. Okay, but you're not relying on editorials,

03:37:21 12   are you?

03:37:21 13   A. Well, the editorials opine, state other

03:37:24 14   data, and I can't remember where the other data was

03:37:26 15   that he stated it, but he doesn't make it up out of

03:37:31 16   thin air -- well, I don't believe he makes it up out

03:37:34 17   of thin air. You may believe he makes it up, or

03:37:38 18   Merck may believe he makes it up. I don't want to

03:37:41 19   say what you believe.

03:37:42 20   Q. All right. Let's talk about Juni.

03:37:47 21   Now, you agree that in evaluating the

03:37:50 22   effect of a drug, you would not want to exclude from

03:37:58 23   your consideration the largest placebo-controlled

03:38:01 24   database of high-risk patients, right?

Page 345

03:38:06 1    A. You would want to, in meta-analysis want to

03:38:09 2    include as many patients as you can.

03:38:10 3    Q. So that's a yes, right? You don't want to

03:38:13 4    exclude your largest placebo-controlled database of

03:38:16 5    high-risk patients, right?

03:38:18 6    A. Correct.

03:38:19 7    Q. Juni, the Juni data included the VIGOR

03:38:23 8    results, right?

03:38:25 9    A. Correct.

03:38:36 10   Q. Is Exhibit 21 the Juni meta-analysis that

03:38:44 11   you rely on as Reference 51 in your report?

03:38:49 12   A. Yes.

03:38:56 13   Q. Now, VIGOR involved a 50-milligram dose of

03:39:06 14   VIOXX, right?

03:39:07 15   A. Correct.

03:39:07 16   Q. And was a 50-milligram dose ever approved

03:39:11 17   for long-term use?

03:39:12 18   A. I don't recall what the label said for

03:39:15 19   long-term use.

03:39:15 20   Q. Would it surprise you to learn that 50

03:39:19 21   milligrams was not approved for long-term use?

03:39:22 22   A. Nothing surprises me.

03:39:28 23   Q. If you take out the data from Juni that

03:39:33 24   concerned 50 milligrams, patients on 50 milligrams,

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 346

03:39:37 1    and focus on patients with the 25-milligram dose,
03:39:41 2    which was Mr. Dedrick's dose, Juni does not show any
03:39:46 3    statistically significant increased risk of
03:39:48 4    cardiovascular events for patients on the
03:39:51 5    25-milligram VIOXX, right?
03:39:53 6        A. Where do you see that?
03:39:55 7        Q. Well, is that right?
03:39:56 8        A. Where do you see that, so --
03:39:59 9        Q. Well, before I show you where I see that,
03:40:01 10   is that your understanding of what Juni shows?
03:40:04 11       A. My understanding of what Juni shows is what
03:40:07 12   is written here, that at the lowest possible dose,
03:40:11 13   there's a 2.71 relative risk, at 12.5 milligrams.
03:40:17 14   At the 25 milligrams, there's a 1.37 risk with the
03:40:23 15   error bars crossing unity, as with the 12.5. And
03:40:26 16   with the 50-milligram dose, there's a two point --
03:40:29 17   my eyes are going.
          18       Q. 2.83.
03:40:31 19       A. 2.83.
03:40:31 20       Q. My question, though, just to be clear --
03:40:34 21   well, let's just do it this way. Juni did not show
03:40:38 22   a statistically significant increased risk of
03:40:40 23   cardiovascular events for people on the 25-milligram
03:40:43 24   dosage, right?

Page 347

03:40:44 1        A. Correct.
03:40:45 2        Q. And Juni did not show a statistically
03:40:48 3    significant increased risk of cardiovascular events
03:40:52 4    on any dose among patients taking VIOXX for six
03:40:56 5    months or less, right?
03:40:59 6        A. I don't know where that is, where you could
03:41:03 7    state that.
03:41:04 8        Q. Well, see where it says "Trial duration
03:41:06 9    less than six months," in Table 2?
03:41:11 10       A. Table 2?
03:41:12 11       Q. The same table you were just looking at.
03:41:14 12       A. I'm sorry.
03:41:14 13       Q. On Page 2024 of the Juni exhibit, which is
03:41:21 14   Exhibit 24 -- 21? Are you with me on Table 2?
03:41:24 15       A. Yes; and that's all relative to the
03:41:26 16   powering of the studies, in my opinion.
03:41:28 17       Q. Is it true that Juni did not show a
03:41:30 18   statistically significant increased risk of cardiovascular
03:41:34 19   events on any dose for patients taking VIOXX for six
03:41:37 20   months or less?
03:41:38 21       A. For less than six months, I agree.
03:41:41 22       Q. It did not show a statistically significant
03:41:44 23   increased risk of cardiovascular events for patients
03:41:47 24   taking VIOXX for less than six months, correct?

Page 348

03:41:50 1        A. Correct.
03:41:56 2        Q. And Juni did not show a statistically
03:41:59 3    significant increased risk of cardiovascular events
03:42:02 4    for VIOXX patients compared to patients taking other
03:42:06 5    NSAIDs, right?
03:42:08 6        A. I believe these were all -- hold on.
03:42:20 7            Repeat the question, please?
03:42:22 8        Q. Juni did not show a statistically
03:42:25 9    significant increased risk of cardiovascular events
03:42:28 10   for VIOXX patients compared to patients taking other
03:42:32 11   NSAIDs, right?
03:42:33 12       A. I'm not sure I see where you see that.
03:42:37 13       Q. Well, I see, in "Type of Control," in Table
03:42:41 14   2, "non-naproxen NSAIDs." Do you see that?
03:42:50 15       A. Yes.
03:42:50 16       Q. Does that indicate that Juni did not find
03:42:53 17   in his meta-analysis a statistically significant
03:42:57 18   increased risk for VIOXX patients as opposed to --
03:43:02 19   as compared with patients taking other NSAIDs
03:43:05 20   besides naproxen?
03:43:09 21       A. The increased relative risk is not
03:43:12 22   statistically significant, yes.
03:43:13 23       Q. So you agree with me, right?
03:43:15 24       A. I agree with you that the increased

Page 349

03:43:17 1    relative risk for non-naproxen NSAIDs is not
03:43:20 2    statistically significant.
03:43:21 3        Q. And also, the increased, the very small
03:43:27 4    increased relative risk for VIOXX users compared to
03:43:32 5    placebo users also was not statistically significant
03:43:37 6    in Juni, right?
03:43:38 7        A. Yes.
03:43:38 8        Q. So the only statistically significant
03:43:41 9    increased relative risk reflected in Juni is for
03:43:48 10   VIOXX users compared to naproxen users, right? Just
03:43:59 11   talking now about the comparator.
03:44:00 12       A. Right.
03:44:02 13       Q. Right?
03:44:02 14       A. But I'm not a meta-analysis expert, so the
03:44:13 15   conclusion --
03:44:13 16       Q. Well, are you offering opinions about
03:44:18 17   epidemiology based on Juni's meta-analysis or not?
03:44:23 18       A. I am.
03:44:23 19       Q. But you're not an expert in that?
03:44:25 20       A. I'm not -- what I'm saying is, I relied on
03:44:29 21   Juni's conclusion that there was little evidence
03:44:31 22   that the relative risks differed depending on the
03:44:33 23   control group, placebo, non-Naprosyn NSAID, or
03:44:40 24   naproxen, or trial duration. Further along the

88 (Pages 346 to 349)

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 350

03:44:47 1  lines of the observational studies, the
03:44:53 2  cardioprotective effect of naproxen was small, and
03:44:56 3  lists the data, and could not have explained the
03:44:59 4  findings of the VIGOR trial.
03:45:01 5      So you're pointing to an isolated part
03:45:04 6  of the figures, and I take that into account.  Then
03:45:07 7  I take Juni's conclusion into account; and the fact
03:45:11 8  that it was published in one of the top medical
03:45:14 9  journals, the Lancet, therefore, I tend to believe
03:45:17 10 that the conclusions are true.
03:45:18 11     Q.  But the fact is that the only comparator
03:45:23 12 group against which the VIOXX patients in this Juni
03:45:28 13 meta-analysis were shown to have a statistically
03:45:30 14 significant increased risk of cardiovascular events
03:45:34 15 was when they were compared to people taking
03:45:37 16 naproxen, right?
03:45:39 17     A.  Correct.
03:45:39 18     Q.  And that's the same thing that the VIGOR
03:45:42 19 study showed, right?
03:45:44 20     A.  VIGOR is compared to naproxen, yes.
03:45:54 21     Q.  Exhibit 22, is that a copy of the
03:45:57 22 McGettigan study that you rely upon in your report
03:46:02 23 and refer to in your report as Reference 25?
03:46:06 24     A.  Yes.

Page 351

03:46:15 1      Q.  This is -- McGettigan's was a meta-analysis
03:46:19 2  of observational data, correct?
03:46:21 3      A.  Yes.
03:46:23 4      Q.  And what was the relative risk that
03:46:35 5  McGettigan's meta-analysis concluded was
03:46:38 6  attributable to VIOXX?
03:46:39 7      A.  Across the broad spectrum of observational
03:46:42 8  studies, which included high- and low-risk patients,
03:46:53 9  the relative risk was 1.33.  Because it's a broad
03:46:55 10 population study -- observational studies by nature
03:46:57 11 are broad population studies -- it's not isolated.
03:47:01 12     So it was a relative risk of 1.33.
03:47:04 13     Q.  Okay, and did you read McGettigan's own
03:47:09 14 observational study?  This is -- Exhibit 22 is a
03:47:13 15 meta-analysis of other people's observational
03:47:16 16 studies, including her own, right?
03:47:19 17     A.  Including her own, yes.
03:47:23 18     Q.  Did you read her own observational study
03:47:25 19 that's cited there in Table 3 on Page E-7 of Exhibit
03:47:32 20 22?
03:47:43 21     A.  That's E-6; sorry.  Reference 14.
03:47:55 22     We need to look at it to see what it
03:48:00 23 looks like to refresh my memory.
03:48:04 24     Q.  She indicates there that her own

Page 352

03:48:08 1  observational study showed a relative risk for VIOXX
03:48:12 2  was less than 1, right?
03:48:14 3      A.  Correct.
03:48:14 4      Q.  That means no increased risk from VIOXX,
03:48:19 5  right?
03:48:19 6      A.  Well, not statistically significant,
03:48:21 7  because it crosses unity.
03:48:22 8      Q.  Well, there's two factors.  First of all,
03:48:25 9  the relative risk is less than 1, right?
03:48:27 10     A.  Correct.
03:48:28 11     Q.  So if that were statistically significant,
03:48:30 12 that would not show an increased risk from VIOXX,
03:48:33 13 right?
03:48:34 14     A.  Right.
03:48:34 15     Q.  Right?  Did you say "right"?
03:48:35 16     A.  I said "right."
03:48:36 17     Q.  And then on top of that -- but that result
03:48:39 18 was not statistically significant, right?
03:48:40 19     A.  Right, and it differed from all the other
03:48:43 20 studies.
03:48:45 21     Q.  Well, McGettigan does not include all
03:48:48 22 observational studies of VIOXX in here, right?
03:48:50 23     A.  I don't know what she doesn't include.  She
03:48:53 24 included them by the criteria that she reports.

Page 353

03:48:57 1      Q.  Are you sure that she included all the ones
03:49:00 2  that meet the criteria that she reports?
03:49:02 3      A.  I didn't verify that she didn't include
03:49:04 4  them, no.
03:49:06 5      Q.  But you know that there are some other
03:49:08 6  observational studies that don't meet her criteria
03:49:10 7  that she left out, right?
03:49:11 8      A.  I don't know that.  You're implying that by
03:49:14 9  your question.
03:49:14 10     Q.  No, I'm asking.
03:49:15 11     A.  I don't know what she left out or did not
03:49:17 12 leave out.  I have no reason to doubt that she did
03:49:20 13 not -- that she --
03:49:21 14     Q.  You just don't know one way or the other,
03:49:24 15 right?
03:49:24 16     A.  I take it on face value that she did what
03:49:27 17 she said she did.  I have no reason to doubt that.
03:49:34 18     Q.  On Page 9 --
03:49:35 19     A.  I'd be interested in knowing what studies
03:49:36 20 were left out.
03:49:37 21     Q.  I'm sorry?
03:49:38 22     A.  I'd be interested in knowing what studies
03:49:39 23 were left out.
03:49:40 24     Q.  Someday when we have more time, we can tell

89 (Pages 350 to 353)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 354

03:49:43 1 you about that.

03:49:44 2        On Page 9 of your expert report, you
03:49:53 3 say, "In a recent meta-analysis of clinical trials
03:49:56 4 with VIOXX, including data from the Food and Drug
03:50:00 5 Administration, VIOXX is with a relative risk for
03:50:03 6 serious cardiovascular events of 2.3 during the
03:50:08 7 trial and 2.4 one year later." There you're
03:50:11 8 referring to Juni again; is that right?

03:50:14 9        A. Yes, that's the reference.

03:50:36 10       Q. You say on Page 8 of your report at the end
03:50:40 11 of the top paragraph, "More importantly, patients
03:50:43 12 taking VIOXX had a higher cardiovascular risk
03:50:47 13 profile than those in the randomized clinical
03:50:50 14 trials."

03:50:51 15       By that, do you just mean that the
03:50:52 16 people out there in the real world who were really
03:50:54 17 taking VIOXX were people with higher cardiovascular
03:50:57 18 risk than the people in the randomized clinical
03:50:59 19 trials?

03:51:00 20       A. Yes, and they used the Tennessee Medicaid
03:51:06 21 database as an example.

03:51:07 22       Q. And so you're referring there, when talking
03:51:10 23 about the Tennessee Medicaid database, you're
03:51:13 24 referring to the Ray article of 2002, right?

Page 355

03:51:20 1        A. Yes.

03:51:26 2        Q. And when you say the risk doubled for new
03:51:29 3 users, what do you mean by that?

03:51:31 4        A. Let me see the article, please.

03:51:35 5        Q. Is Exhibit 23 a copy of the Ray article
03:51:44 6 about the Tennessee Medicaid database that you cite
03:51:47 7 as Reference 53 in your report?

03:51:50 8        A. Yes.

03:51:53 9        Q. If you'd turn to Page 1072, in the right-
03:52:12 10 hand column, the third paragraph from the bottom
03:52:15 11 says, "Our results indicate that high-dose rofecoxib
03:52:21 12 could be associated with a raised risk of serious
03:52:25 13 coronary heart disease" -- is that what CHD stands
03:52:28 14 for?

03:52:29 15       A. Yes.

03:52:29 16       Q. -- "whereas rofecoxib 25 milligrams or
03:52:33 17 less, celecoxib, naproxen and ibuprofen are not.
03:52:36 18 Risk of serious coronary heart disease increased by
03:52:39 19 70 percent relative to NSAID non-users, and new
03:52:43 20 users had a nearly doubled risk."

03:52:47 21       Is that what you were referring to when
03:52:48 22 you said in your report that risk doubled for new
03:52:51 23 users?

03:52:52 24       A. Yes.

Page 356

03:52:53 1        Q. So you were referring to that portion there
03:52:56 2 of Ray, right?

03:52:59 3        A. Correct.

03:52:59 4        Q. Now, Ray concluded, as he says right there,
03:53:02 5 that people taking rofecoxib of 25 milligrams did
03:53:06 6 not, were not associated with a raised risk of
03:53:09 7 serious coronary heart disease, correct?

03:53:13 8        A. He says in that generalized population,
03:53:16 9 correct. In that general population he studied,
03:53:18 10 yes.

03:53:19 11       Q. So that's true in the Ray paper; he did not
03:53:23 12 find in the Tennessee Medicaid database that people
03:53:27 13 taking the dosage that Mr. Dedrick took had an
03:53:30 14 increased risk of serious coronary heart disease,
03:53:35 15 right?

03:53:36 16       A. Correct.

03:53:43 17       Q. And the people at 25 milligrams, their risk
03:53:49 18 didn't double for new users, did it?

03:53:51 19       A. I don't know that.

03:53:52 20       Q. Look at the chart up top. See how it says
03:53:55 21 rofecoxib, less than or equal to 25 milligrams,
03:53:58 22 adjusted IRR is 1.03 for current users, 1.02 for new
03:54:03 23 users?

03:54:04 24       A. Correct.

Page 357

03:54:04 1        Q. So that risk didn't double for new users --

03:54:09 2        A. Correct.

03:54:09 3        Q. -- on 25 milligrams, did it?

03:54:11 4        A. Correct.

03:54:22 5        Q. Page 9 of your report, you're discussing
03:54:25 6 the VIGOR trial, and you say, "Despite what the
03:54:29 7 authors of the VIGOR study state" --

03:54:31 8        A. I'm sorry; where?

03:54:33 9        Q. Page 9, second paragraph of your report,
03:54:37 10 Exhibit 2. "Despite what the authors of the VIGOR
03:54:41 11 study state, there is no evidence that naproxen is
03:54:45 12 cardioprotective." Do you see that?

03:54:47 13       A. Yes.

03:54:48 14       Q. Do you really mean that, no evidence?

03:54:50 15       A. In their cite, in the references that I
03:54:53 16 cite.

03:54:53 17       Q. No; is there no evidence that naproxen is
03:54:58 18 cardioprotective?

03:55:01 19       A. In the meta-analysis that I cite, there's
03:55:03 20 no significant -- there's no evidence that --

03:55:06 21       Q. Well, no; you say, "Despite what the
03:55:09 22 authors of the VIGOR study state." The VIGOR
03:55:13 23 authors weren't talking about the meta-analysis that
03:55:15 24 you cite, were they?

90 (Pages 354 to 357)

d88c7c4b-a701-4a60-8476-db8d935ba21b

# Mark I. Furman, M.D.
## Volume 1 - November 6, 2006

Page 358

03:55:16  1    A. I don't know what -- no, they weren't.

03:55:17  2    Q. So you're not just talking about what the
03:55:20  3  VIGOR authors said about your meta-analysis that you
03:55:22  4  cite there, right?

03:55:23  5    A. Right.

03:55:24  6    Q. The VIGOR authors said that there was
03:55:27  7  evidence that naproxen was cardioprotective, right?

03:55:31  8    A. No.

03:55:32  9    Q. Well, they said that was a possibility?

03:55:33 10    A. Correct.

03:55:33 11    Q. And other people say that there is evidence
03:55:35 12  that naproxen is cardioprotective, right?

03:55:39 13    A. Most people -- most reputable cardiologists
03:55:42 14  and thrombosis people don't agree with that.

03:55:44 15    Q. Some people, some scientists say that there
03:55:46 16  is evidence that naproxen is cardioprotective,
03:55:49 17  correct?

03:55:49 18    A. As I say, since most reputable people say
03:55:53 19  no, there are some people that -- and they can be
03:55:55 20  scientists -- and the answer is yes. So there are
03:55:58 21  some.

03:55:58 22    Q. But you're saying those people, there's no
03:56:00 23  evidence that naproxen is cardioprotective?

03:56:03 24    A. To my mind, there's no convincing evidence.

Page 359

03:56:06  1  It's not used as a cardioprotective agent. I don't
03:56:10  2  believe there's any compelling evidence. Most
03:56:12  3  evidence suggests that it is neutral.

03:56:14  4    Q. But there is in fact some evidence, whether
03:56:16  5  you find it convincing or not, there is some
03:56:18  6  evidence that naproxen is cardioprotective, isn't
03:56:22  7  there?

03:56:22  8    A. I'd like to see that evidence.

03:56:24  9    Q. Have you seen any evidence?

03:56:25 10    A. I have not seen any evidence that convinced
03:56:27 11  me.

03:56:27 12    Q. Have you seen any evidence, whether it
03:56:29 13  convinced you or not, that naproxen is
03:56:30 14  cardioprotective?

03:56:30 15    A. If it doesn't convince me, I don't believe
03:56:33 16  it, so therefore I can't say.

03:56:34 17    There are people that make references to
03:56:36 18  a cardioprotective effect of Naprosyn. I don't
03:56:42 19  believe that there's a cardioprotective effect of
03:56:46 20  Naprosyn.

03:56:46 21    Q. But to say you don't believe the conclusion
03:56:50 22  doesn't mean that there's no evidence of it, does
03:56:53 23  it?

03:56:53 24    A. I haven't seen evidence that convinces me.

Page 360

03:56:55  1    Q. Have you seen any evidence, even if you
03:56:57  2  weren't convinced by it?

03:56:58  3    A. I have seen studies that I think that they
03:57:01  4  conclude that? Probably.

03:57:03  5    Q. Have you seen evidence, Doctor? You know
03:57:05  6  what evidence is, right?

03:57:06  7    A. I haven't -- I'm not disagreeing with your
03:57:08  8  statement that I know what evidence is. I haven't
03:57:10  9  seen anything that convinces me.

03:57:11 10    Q. Okay, but putting to one side whether
03:57:13 11  you're convinced by it or not -- right? I mean,
03:57:16 12  certain politicians make arguments; I don't find
03:57:19 13  them persuasive. I don't say they're not making any
03:57:21 14  arguments, right?

03:57:22 15    A. But an argument is different from evidence.

03:57:24 16    Q. When you say there's no evidence, are you
03:57:26 17  saying that there's no evidence that a real
03:57:28 18  scientist could point to and say, this evidence
03:57:30 19  supports the conclusion, whether it's ultimately
03:57:32 20  persuasive or not, no evidence that naproxen is
03:57:37 21  cardioprotective?

03:57:39 22    A. In my mind, there's no evidence.

03:57:40 23    Q. None?

03:57:41 24    A. None.

Page 361

03:57:41  1    Q. So if we show you some evidence that
03:57:44  2  naproxen is cardioprotective, then you'll
03:57:48  3  re-evaluate your conclusions, right?

03:57:49  4    A. I would re-evaluate it to the statement
03:57:51  5  that there's -- the majority of the evidence, or
03:57:52  6  however we want to weight it, suggests. You can
03:57:55  7  take issue with the word "no" as an absolute, but
03:57:59  8  does "no" mean 100 percent, or does "no" mean 90
03:58:03  9  percent weight of evidence versus 10 percent? We
03:58:06 10  could argue that. I'll concede that, you know, 90
03:58:09 11  to 10, you know, versus 100 to zero.

03:58:14 12    But in my mind, there's no reputable --
03:58:16 13  no cardiologist, no thrombotic person, no one who
03:58:20 14  deals in thrombocardiology, or however you define
03:58:24 15  the field, considers Naprosyn a cardioprotective.
03:58:27 16  Nobody prescribes it. It's not indicated for that.

03:58:29 17    Q. That's all the evidence that you list to
03:58:31 18  show that it's not cardioprotective, right?

         19    A. Correct.

03:58:34 20    Q. My question, though, was whether there's
03:58:36 21  evidence on the other side of the question, and you
03:58:38 22  say there's zero, correct?

03:58:39 23    A. Maybe "zero" is too strong of a word,
03:58:42 24  but -- based on those randomized clinical trials and

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

---

Page 362

03:58:45 1   meta-analyses, as observational studies, I believe
03:58:49 2   there was no evidence, based on that data that I
03:58:51 3   showed you.
03:58:51 4       Q.  Do you want to change that now to "no
03:58:53 5   convincing evidence," or do you want to stand by "no
03:58:56 6   evidence"?
03:58:56 7       A.  "No convincing" is fine, because I'm sure
03:58:58 8   you're going to pull out a study that may or may not
03:59:01 9   have seen, in 25 people --
03:59:03 10      Q.  So really what you mean is, based on the
03:59:05 11  evidence that you've seen, you don't believe it's
03:59:08 12  cardioprotective, right?
03:59:09 13      A.  Right.
03:59:22 14      Q.  On Page 9, down in Conclusions, you say --
03:59:30 15  you talk about the "increased cardiovascular risk in
03:59:33 16  patients receiving VIOXX, with the highest risk
03:59:35 17  being seen in patients with the most risk factors."
03:59:39 18  Do you see that?
03:59:39 19      A.  Yes.
03:59:39 20      Q.  What's the basis for that?
03:59:40 21      A.  I believe in the APPROVe study there was a
03:59:43 22  high, exceedingly high risk in those with the most
03:59:48 23  disease; and I believe also in VIGOR, where you have
03:59:52 24  the 4.89, in those aspirin-eligible or aspirin-

Page 363

03:59:57 1   treated or those cardiovascular -- I can't get the
04:00:00 2   terminology right.
04:00:01 3       Q.  You're referring, again, there to the 4.89
04:00:04 4   in the Mukherjee analysis of the VIGOR data, right?
04:00:08 5       A.  Correct.
04:00:08 6       Q.  And then also on some APPROVe subgroup?
04:00:12 7       A.  Yes.
04:00:12 8       Q.  And -- okay.
04:00:22 9           MR. BIRCHFIELD:  It's 4:00.
04:00:23 10          MR. OUWELEEN:  Just about there.  Hold
04:00:23 11  on.
04:00:55 12      Q.  Are you a full professor yet?
04:00:57 13      A.  I will be in the next few weeks.
04:01:00 14      Q.  Has it been decided, just not unofficially
04:01:03 15  announced?
04:01:03 16      A.  It has been approved by the department of
04:01:05 17  medicine, and is now awaiting the signature of the
04:01:08 18  dean, so it goes to the faculty -- it's been
04:01:10 19  approved by the department of medicine personnel
04:01:13 20  action committee, I think that's the term, or
04:01:14 21  promotional committee, with the unanimous
04:01:18 22  recommendation that I be promoted.
04:01:20 23          The medical school faculty version of
04:01:22 24  that, because it's got to go up the food chain,

Page 364

04:01:25 1   usually rubber-stamps that; so I don't see any
04:01:28 2   reason -- it's been assured to me.  I can't say yet,
04:01:29 3   but maybe by the time of trial.
04:01:32 4       Q.  Well, congratulations in advance.
04:01:34 5       A.  Thank you.
04:01:34 6       Q.  Are people with increased platelet
04:01:36 7   activation at risk for -- at increased risk for
04:01:40 8   cardiovascular events?
04:01:41 9       A.  Yes.
04:01:42 10      Q.  Do people with Alzheimer's have
04:01:45 11  persistently enhanced platelet activation?
04:01:48 12      A.  I don't know.
04:01:49 13      Q.  Have you seen studies about that?
04:01:51 14      A.  I don't recall.
04:01:52 15      Q.  Are people with atherosclerosis, do they
04:01:54 16  have persistently enhanced platelet activation?
04:01:57 17      A.  Yes.
04:02:03 18      Q.  Are you aware of any research that shows
04:02:05 19  that VIOXX does not increase lipid oxidation in
04:02:10 20  humans?
04:02:14 21      A.  I believe I've seen some studies that COX-2
04:02:20 22  inhibition does, but I can't recall them offhand,
04:02:22 23  some in the recent Journal of Pharmacology.  So I
04:02:25 24  don't want to say yes or no.  I can't remember

Page 365

04:02:28 1   offhand.
04:02:28 2           MR. BIRCHFIELD:  One more?
04:02:29 3           MR. OUWELEEN:  Just hold on one second.
04:02:31 4           MR. BIRCHFIELD:  I honored y'all's
04:02:36 5   request on your expert on the time restrictions, and
04:02:38 6   I'd appreciate the same --
04:02:38 7           MR. OUWELEEN:  We're just about
04:02:39 8   finished.  I mean, it's 30 seconds past 4:00.  Give
04:02:42 9   me a break.
04:03:03 10      Q.  When did you reach your opinion that VIOXX
04:03:08 11  was associated with increased risk of cardiovascular
04:03:14 12  events in the short term, that is, shorter than 18
04:03:17 13  months?
04:03:17 14      A.  When did I -- well, when the APPROVe
04:03:21 15  reanalysis came out, and then during my research
04:03:24 16  times reading the meta-analyses that suggested that
04:03:28 17  the event rate occurred early, and I can't remember
04:03:31 18  which meta-analyses there were.  But the ones we
04:03:34 19  talked about suggested --
04:03:37 20      Q.  Juni?
04:03:39 21      A.  Yes, Juni and McGettigan and some of the
04:03:42 22  databases, some of the stuff Graham wrote.  What day
04:03:51 23  it happened in my mind, I don't know.
04:03:52 24      Q.  Was it more than a year ago?

92 (Pages 362 to 365)

d88c7c4b-a701-4a60-8476-db8d935ba21b

Page 366

04:03:54 1    A.  Probably not.  I didn't pay much attention
04:03:56 2  to the timing more than a year ago.
04:04:01 3         MR. OUWELEEN:  All right.  Thanks for
04:04:02 4  your time, Dr. Furman.
04:04:05 5         THE WITNESS:  You're welcome.
04:04:07 6         THE VIDEOGRAPHER:  The time is 4:04.
04:04:09 7  This is the end of Cassette No. 4.  The deposition
04:04:11 8  is concluded.  We're off the record.
9         (4:04 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 367

1         CERTIFICATE OF COURT REPORTER
2         I, Janis T. Young, Registered
3  Professional Reporter and Certified Realtime
4  Reporter, do certify that the deposition of MARK I.
5  FURMAN, M.D., in the matter of Dedrick vs. Merck &
6  Co., Inc., on November 6, 2006, was stenographically
7  recorded by me; that the witness provided
8  satisfactory evidence of identification, as
9  prescribed by Executive Order 455 (03-13) issued by
10  the Governor of the Commonwealth of Massachusetts,
11  before being sworn by me, a Notary Public in and for
12  the Commonwealth of Massachusetts; that the
13  transcript produced by me is a true and accurate
14  record of the proceedings to the best of my ability;
15  that I am neither counsel for, related to, nor
16  employed by any of the parties to the above action;
17  and further that I am not a relative or employee of
18  any attorney or counsel employed by the parties
19  thereto, nor financially or otherwise interested in
20  the outcome of the action.
21
22  _____ 11/10/06
23  Janis T. Young, RDR, CRR
24

Page 368

1         I N D E X
2
3         EXAMINATIONS
4  MARK I. FURMAN, M.D.
5     BY MR. OUWELEEN                          5
6
7         EXHIBITS MARKED
8  Exhibit 1 ............................   20
9  Exhibit 2 ............................   24
10  Exhibit 3 ............................   72
11  Exhibit 4 ............................   78
12  Exhibit 5 ............................   78
13  Exhibit 6 ............................   78
14  Exhibit 7 ............................   78
15  Exhibit 7 ............................   104
16  Exhibit 8 ............................   135
17  Exhibit 9 ............................   137
18  Exhibit 10 ........................   206
19  Exhibit 11 ........................   210
20  Exhibit 12 ........................   214
21  Exhibit 13 ........................   222
22  Exhibit 14 ........................   253
23  Exhibit 15 ........................   277
24  Exhibit 16 ........................   280

Page 369

1  Exhibit 17 ........................   320
2  Exhibit 18 ........................   292
3  Exhibit 19 ........................   298
4  Exhibit 20 ........................   333
5  Exhibit 21 ........................   345
6  Exhibit 22 ........................   350
7  Exhibit 23 ........................   355
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b

Mark I. Furman, M.D.
Volume 1 - November 6, 2006

Page 370

WITNESS: MARK I. FURMAN, M.D.
CASE: Dedrick vs. Merck & Co., Inc.
          SIGNATURE PAGE/ERRATA SHEET
PAGE    LINE    CHANGE OR CORRECTION AND REASON

\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____
\_\_\_\_\_|\_\_\_\_\_|_____

I have read the transcript of my deposition taken November 6,
2006. Except for any corrections or changes noted above I
hereby subscribe to the transcript as an accurate record of the
statements made by me.
_____DATE_____
Deponent, MARK I. FURMAN, M.D.

On this _____ day of _____, 200\_\_, before me, the
undersigned notary public, personally appeared MARK I. FURMAN,
M.D., who presented satisfactory evidence of identification, to
wit, _____, and signed this document in
my presence.

_____
Notary Public in and for_____
My commission expires_____

1       Sent via UPS to counsel/witness on 11/10/06

2

3           MARK I. FURMAN, M.D.

4       SIGNATURE PAGE/ERRATA SHEET INFORMATION

5       For deposition taken on: November 6, 2006

6           Dedrick vs. Merck & Co., Inc.

7

8       SIGNATURE INFORMATION FOR COUNSEL

9       The original signature page/errata sheet has been sent to Andy

10      D. Birchfield, Jr., Esq. to obtain signature from the deponent.

11      When complete, please send original to Mark S. Ouweleen, Esq. A

12      copy of any errata should be sent to each party of record

13      present at the deposition.

14

15          WITNESS INSTRUCTIONS

16      After reading the transcript of your deposition, please note any

17      change or correction and the reason on the errata/signature

18      page. DO NOT make any notations on the transcript itself. If

19      necessary, continue the format on a separate page.

20

21      PLEASE SIGN AND DATE the errata/signature page (before a notary

22      if requested) and return it to your counsel.

23

24

FARMER ARSENAULT BROCK LLC

d88c7c4b-a701-4a60-8476-db8d935ba21b