THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFREDO NARVAEZ, ADELINA CAMPUZANO, JOSE MACHADO, AND RAMON PEREDA | * | CIVIL NO. |
| | * | 04-3472 |
| *Plaintiffs* | * | MLD NO. 1657/In Re Vioxx |
| VERSUS | * | |
| MERCK & CO, INC., a New Jersey Corporation | * | |
| *Defendant* | | |

## MOTION AND ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Jose Machado, a plaintiff in the above captioned matter, and on suggesting to the Court that it is the desire of Jose Machado to dismiss, with prejudice, the claim that he has against Merck and Co., Inc. in the above entitled and numbered matter, each party bearing their respective costs hereto.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Jose Machado, a plaintiff in the above captioned matter, be and the same is hereby dismissed, with prejudice, each party bearing their respective costs hereto.

New Orleans, Louisiana this 6th day of November, 2006.

Respectfully submitted,

GAUDIN & LONGORIA

SALVADOR G. LONGORIA (#1851)
828 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-7727
Attorneys for Plaintiff Jose Machado

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by Lexis Nexis this 30 day of October, 2006.

_____
SALVADOR G. LONGORIA