UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
                                                              FILED
                                                  U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA
                                                2006 NOV -6  PM 2: 55
                                                  LORETTA G. WHYTE
                                                        CLERK
```

In Re:  VIOXX®                          MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION           Section L

This Document Relates To: Emma          Judge Fallon
Fleenor v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:06-CV-00458)      Mag. Judge Knowles

_____/

## PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD AND NOTICE OF APPEARANCE

Plaintiff, EMMA FLEENOR files this Motion to Substitute Counsel of Record and

Notice of Appearance, and in support thereof show:

### FACTUAL AND PROCEDURAL HISTORY

1.      Plaintiff's Original Petition was filed on October 20, 2005, in the Southern

District of Texas, Houston Division by Brady Sherrod Edwards of EDWARDS, BURNS &

KRIDER, L.L.P.

2.      The Judicial Panel on Multidistrict Litigation transferred the case to this Court on

May 23, 2006.

### RELIEF REQUESTED

3.      Plaintiff wants to be represented as counsel of record in this matter by following

counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLP, Walter Umphrey of PROVOST

UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM,

LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER

1



```
Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____
```

FIRM, LLP.  Present counsel, Brady Sherrod Edwards of EDWARDS, BURNS & KRIDER, L.L.P. consents to the substitution of counsel.

4.      Plaintiff respectfully asks this Court to substitute Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, as counsel of record for Plaintiff in this matter.

5.      Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, (Trial Attorney), file this Notice of Appearance on behalf of Plaintiff EMMA FLEENOR.

6.      This request is not intended to cause delay or prejudice.

8.      Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

WHEREFORE PREMISES CONSIDERED, Plaintiff EMMA FLEENOR, respectfully requests that her Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which they may be entitled.

2

Dated:

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Phone: 409-835-6000
Fax: 409-838-8888

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
Phone: 713-230-2200
Fax: 713-643-6226

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Phone: 361-887-0500
Fax: 361-887-0055

DREW RANIER
Louisiana State Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Phone: 337-494-7171
Fax: 337-494-7218

BRADY SHERROD EDWARDS
Texas State Bar No. 00792031
EDWARDS, BURNS & KRIDER, L.L.P
1000 Louisiana, Suite 1300
Houston, Texas 77002
Phone: 713-339-3233
Fax: 713-339-2233

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Phone: 713-223-0000
Fax: 713-223-0440
TRIAL ATTORNEY

**ATTORNEYS FOR PLAINTIFF**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on the _____ of _NOVEMBER_ 2006.

Grant Kaiser