UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 13 AM 11: 11

LORETTA G. WHYTE
CLERK

In Re: VIOXX®                                                  MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION       Section L

This Document Relates To: Emma            Judge Fallon
Fleenor v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:06-CV-00458)         Mag. Judge Knowles

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Substitute Counsel, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, be substituted as counsel for Plaintiff in this matter, and that attorney Brady Sherrod Edwards of EDWARDS, BURNS & KRIDER, L.L.P. be removed as counsel of record.

IT IS SO ORDERED.

November 7, 2006
Date

Judge Eldon E. Fallon

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____