MINUTE ENTRY
FALLON, J.
NOVEMBER 1, 2006

```
                    FILED
              U.S. DISTRICT COURT
           EASTERN DISTRICT OF LA

              2006 NOV 13  AM 11:08

               LORETTA G. WHYTE
                    CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
  *Sanders v. Merck & Co., Inc., et al.*, 05-6198

The Court received the attached letter, by-laws, and summons from Deloris Powell, who is the President of the Homer G. Phillips Resident Association, a co-defendant in this case. Accordingly, the Court is entering this Minute Entry to put these materials into the record.

Defendant's Liaison Counsel shall respond to Ms. Powell's letter.

<u>Clerk is directed to serve the following:</u>

Deloris Powell
Homer G. Phillips Resident Association
2601 Whittier Street, Apt. 622
St. Louis, Missouri 63113-2967

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

JS10(00:05)