# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FRANK PESCATELLO** ) | CIVIL ACTION NO. |
| ) | 3:05-CV-259 (JBA) |
| **Plaintiff** ) | |
| ) | |
| ) | November 2, 2006 |
| **VS.** ) | |
| ) | |
| **MERCK & Co., INC.,** ) | *THE PLAINTIFF DEMANDS* |
| ) | *TRIAL BY JURY* |
| **Defendant.** | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Appellate Procedure 4(a)(5), the Plaintiff, Frank Pescatello, by and through his attorneys, Conway & Londregan, P.C., hereby moves for an enlargement of time of thirty (30) days from the date the Court adjudicates Plaintiff's Motion for Relief from Dismissal and Motion to Vacate Dismissal, within which to file an Appeal. Said Motion for Relief from Dismissal and Motion to Vacate Dismissal was filed on even date.

Plaintiff can establish good cause for the requested enlargement of time. First and foremost, on October 26, 2006, the Court issued an Order of Dismissal on the Plaintiff's action. As indicated in the aforesaid Motion for Relief from Dismissal and Motion to Vacate Dismissal, Plaintiff's counsel did not receive Merck & Co., Inc.'s order to show cause. Moreover, the Plaintiff is in poor health and suffers from dementia and legal blindness. Plaintiff, thus, was unable to complete the Plaintiff Profile Form because of his medical condition. These reasons are discussed in greater detail in the Motion for Relief from Dismissal and Motion to Vacate Dismissal.

WHEREFORE, for the foregoing reasons, the Plaintiff requests an enlargement of time of thirty (30) days from the date the Court adjudicates the Plaintiff's Motion for Relief from Dismissal and Motion to Vacate Dismissal, within which to file his appeal.

In an abundance of caution, this motion also was filed in the United States District Court for the Eastern District of Louisiana, where the matter was assigned to the MDL litigation docket. See Exhibit A.

Respectfully submitted,
THE PLAINTIFF

By: /s/ Ralph J. Monaco
Ralph J. Monaco, Esq.
CT 13306
Conway & Londregan, P.C.
38 Huntington St.
P.O. Box 1351
New London, CT 06320-1351
Phone 860-447-3171
Fax 860-444-6103

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 2nd day of November, 2006:

Kevin F. Barry, Esq.
Cozen & O'Connor
The Atrium
Third Floor
1900 Market Street
Philadelphia, PA  19103

Phillip Wittman, Esq.
Stone, Pigman, et al
546 Carondelet Street
New Orleans, LA 70130

Eva S. Glanz, Esq.
Gibbons, Del Deo, Dolan, Griffinger, et al
One Riverfront Plaza
Newark, NJ  07102

Russ M. Herman, Esq.
Herman, Herman, Katz and Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Norman C. Kleinberg, Esq.
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY  10004-1482

James J. McHugh, Esq.
Beasley Finn, LLC
1125 Walnut Street
Philadelphia, PA 19107

Joshua G. Schiller, Esq.
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

Raymond M. Williams, Esq.
DLA Piper, Rudnick, Gary & Cary
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103

_____
Ralph J. Monaco, Esq.