UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
Frank Pescatello v. Merck & Co., Inc,
05-1255

November 7, 2006

## ORDER

The foregoing Motion for Enlargement of Time to File an Appeal having be heard and considered, it is hereby ordered: GRANTED/OVERRULED

The Plaintiff, Frank Pescatello, shall have thirty (30) days from the date the Court adjudicates Plaintiff's Motion for Relief from Dismissal and Motion to Vacate Dismissal, within which to file an Appeal. SO ORDERED

By the court

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____