UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -8 PM 12: 21

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Raymond O'Brien, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:06-CV-01565) | Judge Fallon |
| | Mag. Judge Knowles |

## PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD AND NOTICE OF APPEARANCE

Plaintiffs, RAYMOND O'BRIEN AND CARLA W. O'BRIEN file this Motion to Substitute Counsel of Record and Notice of Appearance, and in support thereof show:

### FACTUAL AND PROCEDURAL HISTORY

1. Plaintiffs' Original Petition was filed on January 26, 2006, in the Southern District of Texas, Victoria Division by Brady Sherrod Edwards of EDWARDS, BURNS & KRIDER, L.L.P.

2. The Judicial Panel on Multidistrict Litigation transferred the case to this Court on June 6, 2006.

### RELIEF REQUESTED

3. Plaintiffs want to be represented as counsel of record in this matter by following counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLP, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER

1

___ Fee_____
___ Process_____
 X  /Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____

FIRM, LLP. Present counsel, Brady Sherrod Edwards of EDWARDS, BURNS & KRIDER, L.L.P. consents to the substitution of counsel.

4. Plaintiffs respectfully ask this Court to substitute Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, as counsel of record for Plaintiffs in this matter.

5. Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, (Trial Attorney), file this Notice of Appearance on behalf of Plaintiffs RAYMOND O'BRIEN AND CARLA W. O'BRIEN.

6. This request is not intended to cause delay or prejudice.

8. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

WHEREFORE PREMISES CONSIDERED, Plaintiffs RAYMOND O'BRIEN AND CARLA W. O'BRIEN, respectfully request that their Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated:

                                                                               Respectfully submitted,

| | |
|---|---|
| WALTER UMPHREY<br>Texas State Bar No. 20380000<br>PROVOST UMPHREY LAW FIRM, L.L.P.<br>490 Park<br>Beaumont, Texas 77701<br>Phone: 409-835-6000<br>Fax: 409-838-8888 | JOHN EDDIE WILLIAMS, JR.<br>Texas State Bar No. 21600300<br>WILLIAMS BAILEY LAW FIRM, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>Phone: 713-230-2200<br>Fax: 713-643-6226 |
| MIKAL WATTS<br>Texas State Bar No. 20981820<br>THE WATTS LAW FIRM, L.L.P.<br>Tower II Building, 14th Floor<br>555 North Carancahua Street<br>Corpus Christi, Texas 78478<br>Phone: 361-887-0500<br>Fax: 361-887-0055 | DREW RANIER<br>Louisiana State Bar No. 8320<br>RANIER, GAYLE & ELLIOT, L.L.C.<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>Phone: 337-494-7171<br>Fax: 337-494-7218 |
| _/s/_<br>BRADY SHERROD EDWARDS<br>Texas State Bar No. 00792031<br>EDWARDS, BURNS & KRIDER, L.L.P<br>1000 Louisiana, Suite 1300<br>Houston, Texas 77002<br>Phone: 713-339-3233<br>Fax: 713-339-2233 | _/s/_<br>GRANT KAISER<br>Texas State Bar No. 11078900<br>THE KAISER FIRM, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017-5001<br>Phone: 713-223-0000<br>Fax: 713-223-0440<br>TRIAL ATTORNEY |

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing motion has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on the _6_ of _NOVEMBER_, 2006.

 

_____
Grant Kaiser