UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                      MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION     Section L

This Document Relates To: Raymond     Judge Fallon
O'Brien, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:06-CV-01565)     Mag. Judge Knowles

## ORDER

Upon due consideration of the foregoing Plaintiffs' Motion to Substitute Counsel, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, be substituted as counsel for Plaintiffs in this matter, and that attorney Brady Sherrod Edwards of EDWARDS, BURNS & KRIDER, L.L.P. be removed as counsel of record.

IT IS SO ORDERED.

November 13, 2006
Date

Judge Eldon E. Fallon