U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    11-14-06
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to
Case No. 2:06-CV-00810

CHARLES MASON,

               Plaintiff,

v.

MERCK & CO., INC.,

               Defendant.

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

NOTICE OF FILING
DEPOSITION TESTIMONY OF
DOUGLAS VOGELER, M.D.

TO:    Edward F. Blizzard
        J. Scott Nabers
        Rebecca B. King
        BLIZZARD, MCCARTHY & NABERS, LLP
        440 Louisiana, Suite 1710
        Houston, Texas 77002

       Merck & Co., Inc. hereby submits the deposition testimony of Douglas Vogeler, M.D.,

attached as Exhibit A.  This testimony was played in this cause on November 13 and November

14, 2006.

Dated:  November 14, 2006

                            Respectfully submitted,

                            */s/ Dorothy H. Wimberly*
                            Dorothy H. Wimberly, 18509
                            STONE PIGMAN WALTHER WITTMANN
                            L.L.C.
                            546 Carondelet Street
                            New Orleans, Louisiana  70130
                            Phone:  504-581-3200
                            Fax:    504-581-3361

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

*Defendant's Liaison Counsel*

Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Telephone:           (312) 494-4400
Telecopier:          (312) 494-4440

*Attorneys for Merck & Co., Inc.*



Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

 __Vogeler, Douglas (Vol. 01) - 07/26/2006__                    1 CLIP  (RUNNING 00:53:41.885)

 Vogeler trial

VOGELER 1                  125 SEGMENTS  (RUNNING 00:53:41.885)    

**1. PAGE 5:07 TO 6:09  (RUNNING 00:01:03.692)**

```
        07    Q.   Good morning, Dr. Vogeler.
        08    A.   Good morning.
        09    Q.   Could you please state your name for the
        10  record.
        11    A.   Douglas Malcolm Vogeler.
        12    Q.   Dr. Vogeler, my name is Scott Nabers and I'm
        13  a lawyer from Houston, Texas and I represent Charles
        14  Mason in a case that he has against the manufacturer
        15  of Vioxx.
        16         Do you understand it's in connection with
        17  that case of Mr. Mason that you're here today to give
        18  deposition testimony?
        19    A.   Yes.
        20    Q.   Okay.  Do you understand that today's
        21  testimony can be used in the court in front of a jury
        22  just as if you were going to be testifying live
        23  wherever this trial is held?  Are you aware of that?
        24    A.   Yes.
        25    Q.   Okay.  I'm going to be asking you questions
  00006:01  today about Mr. Mason, about your diagnosis, care and
        02  treatment of him, as well as general questions about
        03  your practice here in the state of Utah.  Let me just
        04  begin by asking you, first of all, where are we today
        05  taking your deposition?
        06    A.   We're in Sandy, Utah.
        07    Q.   All right.  And your office address is what?
        08    A.   9600 South 1300 East, Suite 303, again,
        09  Sandy, area code 84094.
```

**2. PAGE 7:24 TO 8:06  (RUNNING 00:00:10.762)**

```
        24    Q.   (By Mr. Nabers)  Now, Dr. Vogeler, you and I
        25  have had an opportunity to meet each other previously,
  00008:01  correct?
        02    A.   Yes.
        03    Q.   All right.  And we had an opportunity to
        04  discuss your care and treatment of Mr. Mason; is that
        05  correct?
        06    A.   Yes.
```

**3. PAGE 9:22 TO 10:02  (RUNNING 00:00:23.816)**

```
        22         But in any event, you have been a treating
        23  physician for Mr. Charles Mason; is that correct?
        24    A.   Correct.
        25    Q.   How long have you been a treating physician
  00010:01  of Mr. Mason's?
        02    A.   It looks like it goes back since 1990.
```

**4. PAGE 10:18 TO 10:20  (RUNNING 00:00:04.390)**

```
        18    Q.   All right.  And you are a medical doctor,
        19  correct?
        20    A.   Yes.
```

CONFIDENTIAL                                                          page 1

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

**5. PAGE 10:22 TO 11:01  (RUNNING 00:00:07.881)**

```
22      Q.   (By Mr. Nabers)   And I have marked as
23  Deposition Exhibit No. 2, which I have there in front
```

VOG1 -

```
24  of you, which is a copy of your resume; is that
25  correct?
00011:01    A.   Correct.
```

**6. PAGE 11:12 TO 14:08  (RUNNING 00:03:44.289)**

```
12      Q.   Okay.  If I could just ask you to briefly
13  summarize for us your education beginning with
14  college.
15      A.   I've got a B.A. degree from Kenyon College in
16  Ohio.  My medical degree comes from Cornell University
17  Medical School, and I did my residency training at
18  University of Utah in family practice and community
19  medicine, and then I got a master's of public health
20  in 1990.  I have been board certified in family
21  practice since 1979, and every seven years I've had to
22  recertify.  My last recertification was in 2000.
23      Q.   Let me ask you, you said that one of the
24  things you did as a part of your training was you
25  performed a residency.  Can you tell the ladies and
```

VOG3 -

```
00012:01  gentlemen of the jury what a residency is?
02      A.   Residency is your training after medical
03  school.  The path that I had was a year of what was
04  considered a community medicine residency, so I did a
05  year of internal medicine, pediatrics, surgery, and
06  then I did a year of master's work in community
07  medicine, and then I finished two years more of family
08  practice in the University of Utah family practice
09  program.
10      Q.   All right.  I wanted to ask you, you did a
11  master's -- you got master's of public health degree,
12  correct?
13      A.   Correct.
```

VOG4 -

```
14      Q.   Can you explain to us what a master's of
15  public health degree is?
16      A.   Well, the second year that I did all the
17  master's work and master's of community medicine, a
18  year's worth of course work, at the time one of my
19  courses involved about 100-page paper that was a
20  community analysis.  I also did a research project for
21  my master's degree, but I graduated by the time I
22  finished all the research on that and the teacher
23  there wanted me to do my computer -- my analysis, my
24  statistics, by hand and it was a difficult, multi-
25  varied analysis on a computer, and I said I'm not
00013:01  going to do that.
02          So in 1990 they got qualified as -- for a
03  degree in public health, a master's in public health
04  as opposed to a master's of science in community
05  medicine, which was the prerequisites that I took.
06  For the master's of public health, that 100-page paper
07  that I wrote on community analysis was enough to
08  qualify for the master's degree, so they called me
09  back and said, hey, there's kind of an open wound
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
10    here, why don't you complete it, and I filled out the
11    paperwork and did a little oral review with them and
12    was able to get a master's of public health in 1990.
13         Q.    Okay.  You've indicated for us that you are
14    board certified in family medicine, correct?
```

📄 VOG5 -

```
15         A.    Correct.
16         Q.    And you've done your recertification every
17    year that you've needed to do that?
18         A.    Correct.
19         Q.    And what does it take to become and stay
20    board certified in family medicine?
21         A.    You have to pass specialty boards every seven
22    years to recertify.  Not all the specialties require
23    that, but family practice has.  And you have to
24    pass -- you have to have 300 hours of continuing
25    education in the last six years for an average of 50 a
00014:01    year, and then you have to pass an in-office review
02    from your records and files, and then you have to go
03    sit in an exam and pass a day or day and a half
04    written exam.
05         Q.    And you have taken those exams and have
06    passed those exams and have stayed board certified; is
```

📄 -KEVOG5 - Clear Attached Exhibit VOG5

```
07    that correct?
08         A.    Yes.
```

### 7.  PAGE 14:10 TO 14:14 (RUNNING 00:00:11.367)

```
10         Q.    (By Mr. Nabers)  Now, we're here to talk
11    about Mr. Mason, and let me show you what I've marked
12    as Deposition Exhibit No. 3 and ask you if you can
13    just identify what that is.
14         A.    It's a copy of my medical records.
```

### 8.  PAGE 17:14 TO 22:03 (RUNNING 00:04:44.016)

```
14         Q.    Okay.  Now, before we do talk about Mr. Mason
15    and specifically his medical records, let me just ask
16    you generally about your practice.  Tell us, if you
17    can, the type of practice that you have here at the
18    clinic.
19         A.    I have a solo family practice.  I have a
20    nurse practitioner that works with me, Karen Olson,
21    who has also seen Charles Mason.  I have been in
22    practice since 19 -- in this -- by myself since 1980.
23    I worked with another group in 1979 for a year, and
24    then went on my own in 1980 and have been solo since.
25         Q.    All right.  Give us an idea of the types of
00018:01    patients that you see here on a daily basis in your
02    clinic.
03         A.    I see everything, adults, men and women,
04    children, babies, newborns.  I did OB and delivered
05    500 babies, maybe, until about 20 years ago, 15 years
06    ago.  So cradle to grave.
07         Q.    I understand.  I take it that you see
08    patients with disease processes such as diabetes?
09         A.    Yes.
10         Q.    You see patients with hypertension?
11         A.    Yes.
12         Q.    You see patients with hyperlipidemia?
13         A.    Tons.
14         Q.    You see patients who smoke?
15         A.    Yes.
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
16      Q.    You see patients who are overweight?
17      A.    Yes.
18      Q.    I mean, I take it in the family practice
19  arena that really patients come to you as their
20  primary care doctor to help them with any and all
21  problems, and then you may decide if you want to refer
22  them on to a specialist; is that fair?
23      A.    Yes, correct.  I'm trained to deal with about
24  90 percent of all problems.  The rest I refer.
25      Q.    One of the discussions that we'll be talking
00019:01 about in connection with Mr. Mason today is heart
02  attacks.  Do you diagnose, care for and treat patients
03  who have had heart attacks?
04      A.    Not acutely.  I used to, but I don't anymore.
05  It's become too specialized.
06      Q.    A lot of times, though, I take it that you
07  may treat patients who have heart attacks?  Do you
08  follow their care after they've had a heart attack?
09      A.    Yes.
10      Q.    Now, as a part of your practice, do you also
11  see patients in the hospital setting?
12      A.    Up until about two years ago, three years
13  ago.  We now have an internal medicine group that
14  takes inpatient hospitals -- inpatients in the
15  hospital.
16      Q.    All right.  The reason I asked that was I
17  just was curious if you had hospital privileges where
18  you actually see patients kind of in and around this
19  area of Utah?
20      A.    Yes, Alta View, Cottonwood Hospital and
21  St. Mark's Hospital.
22      Q.    Okay.
23      A.    I do see babies in those settings, inpatient
24  babies, newborns.
25      Q.    Do you also see patients who have coronary
00020:01 artery disease?
02      A.    In the office?
03      Q.    Yes.
04      A.    Yes.
05      Q.    Do you also -- are you involved in the
06  diagnosing, care and treatment of patients who have
07  coronary artery disease?
08      A.    Yes.
09      Q.    Can you just briefly tell us what coronary
10  artery disease is?
11      A.    Coronary artery disease is a hardening of the
12  arteries or atherosclerosis of the arteries.  It
13  frequently can be from progressive narrowing of an
14  artery to a part of the heart that usually the final
15  event is a clot that finishes occluding an artery and
16  may kill the tissue behind the obstructed area.
17           If it's caught early enough in time, the area
18  can be stented or put a little tube in there to
19  reestablish blood flow.  A lot of heart attacks occur
20  in arteries that may not be picked up from, say, a
21  stress test or cardiogram -- or EKG because it's an
22  unstable plaque in a larger opening and so flow is not
23  a factor.  But an unstable atherosclerotic plaque can
24  erode, form a clot that also causes the heart attack.
25  Actually, that's like 80 percent of heart attacks
00021:01 occur in arteries that are relatively normal, normal
02  looking in terms of flow.
03      Q.    And if you have a coronary artery that gets
04  blocked by a clot or by a plaque, can that cause the
05  heart to be deprived of oxygen?
06      A.    Yes.
```

CONFIDENTIAL                                                                          page 4

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
07      Q.   All right.  What happens if heart muscle
08 tissue is deprived of oxygen?
09      A.   Well, first it becomes injured and then it
10 will die.
11      Q.   All right.  When we talk about heart attacks,
12 sometimes we refer to terms like myocardial
13 infarction, correct?
14      A.   Correct.
15      Q.   And sometimes that's noted in your medical
16 chart and other medical charts that we've seen as
17 being referred to as an MI, correct?
18      A.   Correct.
19      Q.   And an MI just simply means myocardial
20 infarction?
21      A.   Correct.
22      Q.   And when you think of myocardial infarction,
23 is that synonymous or does it mean the same to you as
24 someone who had a heart attack?
25      A.   Correct.
00022:01   Q.   Those two things are interchangeable in your
02 mind?
03      A.   Yes.
```

**9. PAGE 22:04 TO 22:08 (RUNNING 00:00:08.397)**

```
04      Q.   Okay.  Now, as a part of your daily practice
05 in your clinic seeing patients, I take it that you
06 prescribe lots of different medications for your
07 patients?
08      A.   Sure.
```

**10. PAGE 22:16 TO 24:21 (RUNNING 00:02:21.650)**

```
16      Q.   (By Mr. Nabers)  Are you aware that Mr. Mason
17 did suffer from a heart attack in July of 2003?
18      A.   Yes.
19      Q.   All right.  And have you cared for him since
20 his heart attack?
21      A.   Yes.
22      Q.   And did you care for him prior to his heart
23 attack?
24      A.   Yes.
25      Q.   All right.  And who was it that prescribed
00023:01 the Vioxx to Mr. Mason?
02      A.   My nurse practitioner, Karen Olson.
03      Q.   And so that the ladies and gentlemen of the
04 jury have an understanding, who is Karen Olson?
05      A.   She's my nurse practitioner.  She's -- you'll
06 be deposing her tomorrow, I think, so you can get the
07 information in terms of her credentials.  She's worked
08 for me since, I think, 1996 or 7.  She's got advanced
09 nurse training.  She has a master's in family
10 medicine, which is an advanced nursing degree.  She's
11 been an excellent nurse practitioner.
12      Q.   For those who don't know what family nurse
13 practitioners do, what does -- for example, what would
14 she do in your office?
15      A.   She does everything I do, for the most part.
16 If she has questions, she will consult with me on
17 things, but she can practice independently in the
18 state of Utah.  She can prescribe anything
19 independently in the state of Utah.
20           That's different from a physician assistant
21 or PA, at least in this state.  A physician assistant
22 has to work under the guidance of a physician and a
23 physician has to sign off on more advanced
24 prescriptions, I think, and usually has to sign or
25 review their charts.  I only have to do that
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
00024:01  occasionally on Medicare patients, maybe.
      02       Q.   All right.  And so Ms. Olson or Nurse Olson,
      03  she can see patients just as you can?
      04       A.   Yes.
      05       Q.   She can diagnose medical conditions just like
      06  you?
      07       A.   Yes.
      08       Q.   She can make treatment recommendations for
      09  patients just like you?
      10       A.   Yes.
      11       Q.   All right.  Are you required in the state of
      12  Utah to review and sign her medical charts?
      13       A.   No.
      14       Q.   Do you have any type of supervisory role over
      15  her?
      16       A.   Yes.  She works for me.
      17       Q.   I understand, but in terms of the way the
      18  state of Utah looks at it from a medical regulation
      19  perspective, is she free and independent or do you
      20  need to supervise her for her to continue doing what
      21  she does?
```

**11. PAGE 24:23 TO 24:24  (RUNNING 00:00:03.884)**

```
      23       A.   No, she can be free and independent.  She
      24  just contracts with me.
```

**12. PAGE 24:25 TO 25:03  (RUNNING 00:00:07.792)**

```
      25       Q.   (By Mr. Nabers)  Okay.  So it's fair to say
00025:01  that you do not have to supervise and review her
      02  charts as a part of kind of the legal standard for
      03  Utah?
```

**13. PAGE 25:05 TO 25:17  (RUNNING 00:00:25.114)**

```
      05       A.   Correct.
      06       Q.   (By Mr. Nabers)  You only do that because she
      07  works for you on a contract basis at the clinic?
      08       A.   Correct.
      09       Q.   Okay.  So when she prescribes a drug to a
      10  patient like Vioxx, does that mean that you're
      11  involved in the prescription or does that just mean
      12  she wrote the prescription on her own?
      13       A.   She wrote it on her own.
      14       Q.   Okay.  With regard to Mr. Mason getting
      15  prescriptions of Vioxx, he was your patient as well,
      16  correct?
      17       A.   Correct.
```

**14. PAGE 26:01 TO 27:02  (RUNNING 00:01:05.991)**

```
00026:01       Q.   But Nurse Olson also sees him in the office a
      02  lot, correct?
      03       A.   Correct.  I'm not sure why she did that
      04  particular physical.  It may be that I was booked up
      05  because I'm busier.  I probably have a month or six
      06  weeks' waiting period to get in for a physical whereas
      07  she only has a week or so.
      08       Q.   All right.
      09       A.   So if he was in a hurry to get his physical,
      10  he might have seen her.  It might have been more
      11  convenient for him to get his physical done by Karen
      12  that year.
      13       Q.   That's what I was going to ask you.  For
      14  patients like Mr. Mason, how is it determined whether
      15  you, the physician, will see Mr. Mason or Nurse Olson
      16  will see Mr. Mason?
      17       A.   It's the patient's option.  I mean, they'll
```

CONFIDENTIAL

### Mason Plaintiff Video 11-2 1p

```
        18    call, say they need a physical.  They'll say, well,
        19    Dr. Vogeler is booked up until, you know, six weeks
        20    from now.  Do you want to wait until then?  Nurse
        21    Practitioner Karen Olson can see you, if you want, and
        22    she can see you in a week or two, and then we give the
        23    choice to the patient.
        24        Q.    All right.  Do you recall when it was that
        25    you would have become aware that Nurse Olson had
00027:01    prescribed Vioxx to Mr. Mason?
        02        A.    Not until this lawsuit.
```

**15. PAGE 27:08 TO 27:10 (RUNNING 00:00:04.905)**

```
        08        Q.    All right.  And I take it that you have
        09    prescribed Vioxx over time to your patients?
        10        A.    Absolutely.
```

**16. PAGE 27:11 TO 28:03 (RUNNING 00:00:53.269)**

```
        11        Q.    Now, as a part of this deposition, I take it
        12    that you've had an opportunity to kind of go back and
        13    review the medical chart for Mr. Mason?
        14        A.    A little bit.
        15        Q.    Okay.  And do you have a general
        16    understanding of why it was that he was prescribed
        17    Vioxx by Nurse Olson?
        18        A.    Low back pain.  It looked like from her notes
        19    that he was having some abdominal pain and Vioxx
        20    helped that, but I wasn't sure whether that's what she
        21    was referring to.  But he had a history of low back
        22    pain and I know that he said that the Vioxx helped
        23    that, so presumably that was the main reason it was
        24    prescribed.
        25        Q.    All right.  I mean, based upon your review of
00028:01    the medical chart for Mr. Mason, did you feel he was
        02    an okay candidate to receive a prescription of Vioxx?
        03        A.    Sure.
```

**17. PAGE 28:05 TO 28:11 (RUNNING 00:00:19.962)**

```
        05        Q.    (By Mr. Nabers)  All right.  Let me show you
        06    what I've marked as Deposition Exhibit No. 8.  These
        07    are actually pharmacy records that have been obtained,
        08    I guess, from Albertson's and Save-On Pharmacy for
        09    Mr. Mason.  What I'm actually referencing you to is
        10    page 19, and I've highlighted there some prescriptions
        11    that I wanted to ask you about.
```

**18. PAGE 28:13 TO 29:12 (RUNNING 00:00:49.100)**

```
        13        Q.    (By Mr. Nabers)  Do you see that?
\cf0    14        A.    Yes.
```

📄 **VOG6 -**



```
        15        Q.    All right.  And what I've highlighted in
        16    yellow, are those prescriptions for Mr. Mason?
        17        A.    Correct.
        18        Q.    And what would those be prescriptions for?
        19        A.    Vioxx, 25 milligrams.
        20        Q.    All right.  And who is listed as the
        21    prescribing physician?
        22        A.    My nurse practitioner, Karen Olson.
        23        Q.    Okay.  And so she would have begun
\cf0    24    prescribing Vioxx to Mr. Mason on what date?
```

📄 **VOG7 -**



```
        25        A.    9/11/2002.
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff-Video 11-2 1p

```
00029:01      Q.   All right.  And the last prescription,
      02  according to those records, that he would have gotten
      03  would have been --
\cf0  04      A.   6/23/2003.
```

📄 VOG8 -

```
      05      Q.   So it's about 10 months' worth of
      06  prescriptions for Vioxx?
      07      A.   Yes.
      08      Q.   Okay.  In looking at that medical record, I
      09  mean, is there anything that you're aware of that's
\cf0  10  inappropriate about the way that she was prescribing
```

📄 -KEVOG8 - Clear Attached Exhibit VOG8

```
      11  Vioxx to Mr. Mason?
      12      A.   No.
```

**19.  PAGE 29:13 TO 29:17 (RUNNING 00:00:10.000)**

```
      13      Q.   Okay.  And as far as you're concerned, the
      14  indications that you saw in the medical chart for why
      15  Nurse Olson prescribed Vioxx to Mr. Mason, those were
      16  acceptable to you?
      17      A.   Yes.
```

**20.  PAGE 32:01 TO 32:08 (RUNNING 00:00:15.000)**

```
00032:01      Q.   All right.  You indicated that you did
      02  prescribe Vioxx to your patients as well, correct?
      03      A.   Correct.
      04      Q.   And whenever you prescribe a drug for the
      05  first time to a patient, do you go out and try to
      06  educate yourself with regard to the risks and benefits
      07  of the drug?
      08      A.   Before I prescribe it, sure.
```

**21.  PAGE 32:15 TO 33:07 (RUNNING 00:01:09.300)**

```
      15      Q.   No, really, I'm asking from a more basic
      16  sense.  I want to ask about him in a little bit, but
      17  just generally Vioxx came on the market sometime in
      18  1999, the first quarter of 1999, and I'm just asking
      19  generally what do you recall reviewing prior to
      20  prescribing Vioxx for the first time?
      21      A.   Well, when the drugs were released, they were
      22  a new class of COX-2 inhibitors which had a safer GI
      23  profile than a normal NSAIDs that we had available at
      24  the time.  And so it was a new class of drugs,
      25  supposedly safer -- well, they were safer in terms of
00033:01  GI bleeding incidents, and had the same potency as the
      02  traditional NSAIDs that are both COX-1 and COX-2
      03  inhibitors.
      04           And they all seemed to last 24 hours, which
      05  was another benefit.  So they seemed like the new and
      06  improved kid on the block in terms of drugs that we
      07  had available for pain and inflammation.
```

**22.  PAGE 34:11 TO 35:14 (RUNNING 00:01:13.285)**

```
      11      Q.   All right.  Prior to Vioxx coming on the
      12  market in 1999, obviously you became aware of the
      13  label for the drug, correct?
      14      A.   Yes.
      15      Q.   Would you have reviewed that label that
      16  contained those risks and benefits before prescribing
      17  it to whoever your first patient was that got Vioxx?
      18      A.   I don't read the whole insert, but usually I
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
19   read the literature that comes out along with it,
20   either in the medical literature or whatever the drug
21   reps present to me in terms of data and studies that
22   have been done to support their claims of what the
23   drug can do.
24       Q.   Okay.  And did you understand that kind of
25   one of the major benefits or why Vioxx was out there
00035:01   was because the idea was that it would help reduce GI
02   bleeds and those associated complications of patients
03   taking that drug?
04       A.   Yes.
05       Q.   Okay.  Now, at some point, though, in the
06   spectrum of -- did you come to understand that Vioxx
07   was withdrawn from the market?
08       A.   Yes.
09       Q.   All right.  And did you come to have an
10   understanding of why Vioxx was withdrawn from the
11   market?
12       A.   Yes.
13       Q.   And what is your understanding of why Vioxx
14   was withdrawn from the market in September of 2004?
```

**23. PAGE 35:16 TO 35:20 (RUNNING 00:00:15.116)**

```
16       A.   An increased cardiovascular risk of MIs.
17       Q.   (By Mr. Nabers)  Okay.  And do you know when
18   it was that you first learned about the risk of MIs,
19   myocardial infarctions, associated with Vioxx, when
20   that information first came to you?
```

**24. PAGE 35:22 TO 35:22 (RUNNING 00:00:03.047)**

```
22       A.   When was it withdrawn, about September?
```

**25. PAGE 37:12 TO 39:04 (RUNNING 00:02:11.700)**

```
12       Q.   All right.  And so whenever you would
13   consider prescribing Vioxx to a patient that you
14   thought was a good candidate, would you form an
15   individual risk-benefit assessment for that patient
16   before prescribing it to them?
17       A.   Sure.
18       Q.   Tell us what it means for a physician to make
19   a risk-benefit assessment when they are deciding
20   whether they will or won't prescribe a prescription to
21   a patient.
22       A.   With respect to Vioxx?
23       Q.   Or any medication, for that matter, but Vioxx
24   we can focus on.
25       A.   I'll use Vioxx as an example.  There's
00038:01   certain people that a COX-2 inhibiting type of
02   medication like Vioxx is appropriate for, someone who
03   has a history of GI bleeds or GI problems, and it
04   turned out another indication was patients over 65 are
05   more likely to have complications from typical NSAIDs
06   other than COX-2s.  So that was another indication,
07   people who had intolerance to other medications.
08   Once-a-day dosing was a very convenient benefit.  So
09   if dosing frequency was an issue, that limited you to
10   only about six or seven medications.  So those would
11   be the factors.
12       Q.   All right.  And for those people --
13       A.   Those would be the factors.
14       Q.   I'm sorry, go ahead.
15       A.   Well, for some people that's a benefit, I
16   mean, to be able to take it once a day, because if
17   you're giving them a medicine like Motrin or Ibuprofen
18   to take every six hours, they're not going to take it
```

**Mason Plaintiff Video 11-2 1p**

```
19   that often, usually.  They'll take it twice a day,
20   maybe.  Sometimes they get it three times a day, but a
21   once-a-day dose for a problem that you want to have
22   good coverage for is a more appropriate way to give a
23   medication and you're going to get better coverage.
24       Q.   So for those patients who you thought would
25   derive a benefit from Vioxx, you would do a
00039:01   risk-benefit assessment where you looked at the
02   benefit of the drug and the risk of the drug to see if
03   that particular patient was good for Vioxx, correct?
04       A.   Correct.
```

**26.  PAGE 52:18 TO 54:01 (RUNNING 00:01:19.139)**

```
18       Q.   All right.  I think you indicated a while ago
19   that there were reps, particularly from Merck, who
20   would come and talk to you about different Merck
21   products, correct?
22       A.   Yes.
23       Q.   And those sales reps came and talked to you
24   about Vioxx as well, correct?
25       A.   Sure.
00053:01       Q.   And did they leave promotional materials at
02   your office for you to review that contained
03   information about the drug?
04       A.   Yes.
05       Q.   All right.  And from time to time would you
06   review that promotional material?
07       A.   Yes.
08       Q.   And did you also find the Merck sales reps
09   themselves to be a source of information about the
10   products that they were sponsoring?
11       A.   Yes.
12       Q.   All right.  And did you have conversations
13   with the Merck reps particularly about drugs like
14   Vioxx that they were -- that were on the market that
15   they were sponsoring?
16       A.   Sure.
17       Q.   Okay.  And did you expect what the drug Merck
18   reps told you about their drugs like Vioxx, did you
19   expect that information to be true and accurate?
20       A.   Yeah, to a degree.  I mean, they wouldn't lie
21   to me, but they might put something in a positive
22   light and just highlight the positive aspects of a
23   study or something, a finding, as opposed to giving me
24   some balanced objective view of the pros and cons.
25   They usually want to promote their product, so they're
00054:01   going to give me their biased opinions.
```

**27.  PAGE 54:15 TO 55:10 (RUNNING 00:00:45.316)**

```
15       Q.   (By Mr. Nabers)  And you would certainly
16   expect them not only to tell you about the benefits,
17   but about any serious risks that they're aware of with
18   the drugs, correct?
19       A.   Yes.
20       Q.   All right.  Would you also expect that the
21   promotional material that they left behind about their
22   drugs like Vioxx, would you expect that information to
23   be truthful and accurate in the information it
24   provides on risks and benefits?
25       A.   Sure.
00055:01       Q.   Okay.  I take it you wouldn't expect for the
02   information that Merck leaves, whether it be in the
03   form of promotional material or otherwise, you
04   wouldn't expect that information to be false or
05   misleading with regard to risk or benefit information,
06   correct?
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
07    A.   Correct.
08    Q.   All right.  Let me show you what I want to
09  mark as the next exhibit, which is Deposition Exhibit
10  No. 10.
```

### 28. PAGE 58:23 TO 59:11 (RUNNING 00:00:29.956)

```
23    Q.   (By Mr. Nabers)  All right.  And I think it
24  was your testimony that when you receive promotional
25  information from drug companies, you expect that
00059:01  information to be true and accurate, correct?
02    A.   Yes.
03    Q.   And you don't expect it to be false or
04  misleading, correct?
05    A.   Well, I know they're going to paint them in
06  as positive a light as they can, so -- but not
07  misleading.
08    Q.   Okay.  And not false, correct?
09    A.   Or false.
10    Q.   All right.  Let me show you what I want to
11  mark as the next exhibit to your deposition.
```

### 29. PAGE 59:12 TO 59:15 (RUNNING 00:00:08.387)

```
12         And while I'm getting the next exhibit, are
13  many of those drugs that we just looked at on that
14  warning letter, are those drugs that you prescribe?
15    A.   Yes.
```

### 30. PAGE 59:17 TO 59:20 (RUNNING 00:00:05.197)

```
17    Q.   (By Mr. Nabers)  Are those drugs that Merck
18  sales reps have come and talked to you about in the
19  past?
20    A.   Yes.
```

### 31. PAGE 59:22 TO 59:24 (RUNNING 00:00:04.945)

```
22    Q.   (By Mr. Nabers)  Are those drugs that you
23  prescribe that Merck's sales reps would have left
24  promotional materials on in the past?
```

### 32. PAGE 60:01 TO 60:01 (RUNNING 00:00:01.817)

```
00060:01    A.   Yes.
```

### 33. PAGE 60:15 TO 60:19 (RUNNING 00:00:11.938)

```
15    Q.   All right.  Do you expect, though, that drug
16  companies, when they come and talk to you about
17  specific drugs like Vioxx or some of these listed in
18  the letter, do you expect that the information you get
19  is going to minimize the risk?
```

### 34. PAGE 60:21 TO 60:21 (RUNNING 00:00:02.699)

```
21    A.   Yeah, I expect them to minimize the risk.
```

### 35. PAGE 60:22 TO 60:22 (RUNNING 00:00:01.575)

```
22    Q.   (By Mr. Nabers)  Does that cause you concern?
```

### 36. PAGE 60:24 TO 61:02 (RUNNING 00:00:07.000)

```
24    A.   No.  I just take it into account, you know.
25    Q.   (By Mr. Nabers)  And why do you expect that
00061:01  the information you get from the drug company is going
02  to minimize the risk?
```

### 37. PAGE 61:04 TO 61:04 (RUNNING 00:00:01.900)

```
04    A.   Because they are trying to promote the drug.
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

**38. PAGE 77:24 TO 78:14  (RUNNING 00:00:25.000)**

```
        24       Q.    (By Mr. Nabers)  Doctor, each of these
        25  letters that we've looked at have dealt with
00078:01  particular drugs that you've prescribed over time,
        02  correct?
        03       A.    Yes.
        04       Q.    And they've also dealt with drugs that you
        05  prescribe that the Merck sales reps have come to call
        06  on you for, correct?
        07       A.    Correct.
        08       Q.    And, also, all of these drugs have been
        09  things that Merck sales reps have left behind
        10  promotional pieces for, correct?
        11       A.    Correct.
        12       Q.    Some of them you even said you specifically
        13  remember like the Cal Ripken, correct?
        14       A.    Yes.
```

**39. PAGE 87:05 TO 87:05  (RUNNING 00:00:01.306)**

```
        05       Q.    (By Mr. Nabers)  All right.  All right.  I
```

**40. PAGE 87:06 TO 87:17  (RUNNING 00:00:24.875)**

```
        06  want to get our focus back on Vioxx for a minute.  I
        07  think I asked you this and I think your answer was
        08  clear, but there were Merck representatives who came
        09  and specifically called on you about the drug Vioxx,
        10  correct?
        11       A.    Yes.
        12       Q.    And did they begin to do that, that is, the
        13  sales reps coming to call on you for Vioxx, as soon as
        14  the drug hit the market in the first quarter of 1999?
        15       A.    Yes.
        16       Q.    Did you know that Merck targeted you as a
        17  high prescriber of Vioxx?
```

**41. PAGE 87:19 TO 87:19  (RUNNING 00:00:01.000)**

```
        19       A.    Yes.
```

**42. PAGE 87:20 TO 87:23  (RUNNING 00:00:06.797)**

```
        20       Q.    (By Mr. Nabers)  And how did you become aware
        21  of that?
        22       A.    I'm a high prescriber of everything because I
        23  have a busy practice.
```

**43. PAGE 88:07 TO 88:11  (RUNNING 00:00:08.435)**

```
        07       Q.    (By Mr. Nabers)  Do you generally remember,
        08  though, before we talk about the individual call
        09  notes, that the sales reps for Merck came to see you
        10  quite often about Vioxx?
        11       A.    Yes.
```

**44. PAGE 89:01 TO 89:04  (RUNNING 00:00:11.877)**

```
00089:01       Q.    All right.  Let's begin in the very
        02  beginning.  Did any sales rep from Merck ever come
        03  tell you when Vioxx came on the market that Vioxx had
        04  pro-thrombotic properties?
```

**45. PAGE 89:06 TO 89:15  (RUNNING 00:00:19.137)**

```
        06       A.    Did I ever hear that from a drug rep?
        07       Q.    (By Mr. Nabers)  Right.
        08       A.    In the beginning?
        09       Q.    Right.
        10       A.    No.
```

CONFIDENTIAL

**Mason Plaintiff Video 11-2 1p**

```
11      Q.    And when we talk about pro-thrombotic
12 properties, what does that mean?
13      A.    You're more likely to have a blood clot.
14      Q.    Did you ultimately at some point learn that
15 Vioxx did have pro-thrombotic properties?
```

**46. PAGE 89:17 TO 89:20  (RUNNING 00:00:08.802)**

```
17      A.    Yes.
18      Q.    (By Mr. Nabers)  Did any sales rep initially
19 ever come to you and say that Vioxx increased the risk
20 of heart attacks?
```

**47. PAGE 89:22 TO 89:22  (RUNNING 00:00:00.822)**

```
22      A.    In the beginning?
```

**48. PAGE 89:24 TO 89:24  (RUNNING 00:00:00.478)**

```
24      A.    No.
```

**49. PAGE 92:14 TO 92:19  (RUNNING 00:00:14.644)**

```
14      Q.    (By Mr. Nabers)  And during any of these
15 sales calls from March of '99 through November of
16 2002, do you recall any Merck sales rep ever saying to
17 you, hey, Vioxx, you need to watch your prescriptions
18 for Vioxx because it could cause heart attacks in your
19 patients?
```

**50. PAGE 92:21 TO 92:22  (RUNNING 00:00:03.788)**

```
21      Q.    (By Mr. Nabers)  Did they ever tell you that?
22      A.    Not the way you stated it.
```

**51. PAGE 93:10 TO 94:10  (RUNNING 00:01:27.674)**

```
10      Q.    (By Mr. Nabers)  What generally was the
11 message that you got from the sales reps regarding
12 whether or not Vioxx was safe?
13      A.    That it had a good safety profile and
14 tolerability profile, and the literature was reporting
15 the increased risk of cardiovascular, possible
16 cerebrovascular incidents.  That wasn't something they
17 were particularly bringing up, but if I brought it up,
18 they would either refer me to a scientist, you know,
19 which they do, because they are not prepared to
20 discuss the finer details of that.
21           So they would either send me something, or
22 then someone would send me out material, or they
23 explained it as, again, a difference between a COX-2
24 and other NSAIDs that have blood thinning capabilities
25 and that the difference, they said, was attributed to
00094:01 the others having blood thinning abilities that
02 lowered the risk of heart attack in a placebo group
03 compared to a Vioxx group, not that Vioxx increased
04 the risk.  So that was pretty much how that was
05 explained to me.
06      Q.    There was a study called the VIGOR where
07 there was a clinical trial that looked at patients
08 taking Naproxen and patients taking Vioxx.  You're
09 familiar with that?
10      A.    To a degree.
```

**52. PAGE 94:19 TO 94:22  (RUNNING 00:00:05.314)**

```
19      Q.    (By Mr. Nabers)  Okay.  You know generally
20 that the Vioxx group had more heart attacks in it than
21 the Naproxen group?
22      A.    Yes.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

**53. PAGE 95:25 TO 96:02 (RUNNING 00:00:07.405)**

```
      25        Q.   Would you say that basically that their sales
00096:01  pitch focused more on the efficacy side, that being
      02  the benefits of Vioxx?
```

**54. PAGE 96:05 TO 96:08 (RUNNING 00:00:09.699)**

```
      05        Q.   (By Mr. Nabers)  Okay.  And did any of the
      06  sales reps ever talk to you about the deaths that had
      07  been reported with Vioxx as a result of cardiovascular
      08  events?
```

**55. PAGE 96:10 TO 96:10 (RUNNING 00:00:02.299)**

```
      10        A.   Not that I recall.
```

**56. PAGE 96:11 TO 96:17 (RUNNING 00:00:22.169)**

```
      11        Q.   (By Mr. Nabers)  Okay.  In the 260 or so
      12  times which are represented in Deposition No. 18 from
      13  March of '99 through November of 2002, do you ever
      14  recall any sales rep coming to you and specifically
      15  talking to you and saying that you needed to be
      16  careful when you prescribed Vioxx because of the
      17  increased risk of heart attacks or strokes?
```

**57. PAGE 96:19 TO 96:19 (RUNNING 00:00:02.260)**

```
      19        A.   No, I don't recall ever hearing that.
```

**58. PAGE 97:16 TO 98:04 (RUNNING 00:00:37.271)**

```
      16        Q.   (By Mr. Nabers)  All right.  What I wanted to
      17  ask you about this is this document is actually three
      18  pages and it looks at or references different medical
```

📄 VOG9 - 

```
      19  education programs that you would have attended that
      20  were sponsored by Merck.  Do you see that?
      21        A.   Yes.
      22        Q.   And did Merck sponsor medical education
      23  programs that you attended?
      24        A.   Yes.
      25        Q.   And were those programs geared toward or did
00098:01  they discuss Vioxx?
      02        A.   I'm -- I don't know.  I can't remember what
```

📄 -KEVOG9 - Clear Attached Exhibit VOG9 

```
      03  programs discussed what.  I go to programs all the
      04  time.
```

**59. PAGE 100:16 TO 101:01 (RUNNING 00:00:19.100)**

```
      16        Q.   I mean, things of this nature that Merck was
      17  doing in terms of getting you to come to these medical
      18  education courses, that's kind of routine, right?
      19        A.   Yes.
      20        Q.   You do that as a part of your normal
      21  practice?
      22        A.   Yes.
      23        Q.   Is the primary focus of these medical
      24  education things, would they have primarily dealt with
      25  Vioxx?  I mean, would that have been the reason for
00101:01  going to it?
```

**60. PAGE 101:03 TO 101:05 (RUNNING 00:00:03.820)**

```
      03        A.   Probably.
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
04     Q.   (By Mr. Nabers)   Information about Vioxx
05  would have been presented at these meetings?
```

**61. PAGE 101:07 TO 101:21 (RUNNING 00:00:44.361)**

```
07     A.   Well, actually, the reason I liked the
08  meetings is because it's another physician giving me
09  the information and not the drug rep, and usually the
10  physicians that give these meetings are very objective
11  and give a much more fair and balanced view than a
12  drug rep would.
13         So, actually, I like the information --
14  usually the physicians are leaders in their field or,
15  you know, researchers or people that, you know, know
16  that, and in these meetings they have regulations that
17  say they can't just talk about one medication.  They
18  can only talk about the topic and say, yeah, the
19  medication would apply here or something like that.
20  So you get a much more balanced view in a
21  physician-led lecture.  That's why I prefer them.
```

**62. PAGE 102:15 TO 102:17 (RUNNING 00:00:06.312)**

```
15     Q.   Okay.  Let me show you what I want to mark as
16  the next exhibit to your deposition, which will be
17  Deposition Exhibit No. 20.
```

**63. PAGE 103:13 TO 103:21 (RUNNING 00:00:24.548)**

```
13     Q.   Again, this one actually references about 14
```

📄 **VOG11 -**

```
14  different programs on the three pages that Merck says
15  that you attended as you look through that.  Do you
16  see your name listed there?
17     A.   Yes.
18     Q.   And does it look like pretty much -- well,
19  actually, all of these programs pertain to Vioxx if
20  you look over in the far right-hand column, correct?
```

📄 **VOG12 -**

```
21     A.   Yes.
```

**64. PAGE 105:21 TO 105:23 (RUNNING 00:00:08.415)**

```
21     Q.   All right.  And if we look at that first
22  page, does it look like any of the talk titles talked
```

📄 **VOG13 -**

```
23  about Vioxx and heart attacks?
```

**65. PAGE 105:25 TO 105:25 (RUNNING 00:00:01.499)**

```
25     A.   No.
```

**66. PAGE 106:05 TO 106:07 (RUNNING 00:00:06.246)**

```
05     Q.   (By Mr. Nabers)  Does it look like any of
06  those talk titles looked at Vioxx and the risk of
07  death from cardiac events?
```

**67. PAGE 106:09 TO 106:16 (RUNNING 00:00:16.871)**

```
09     A.   No.
10     Q.   (By Mr. Nabers)  If we turn to page 2, do we
```

## Mason Plaintiff Video 11-2 1p

📄 **VOG14 -**

```
11   again see a listing of different types of programs for
12   Vioxx?
13        A.   Yes.
14        Q.   Does it look like any of those focused on the
15   fact that Vioxx increased the relative risk of heart
16   attacks?
```

**68. PAGE 106:18 TO 106:18 (RUNNING 00:00:01.942)**

```
18        A.   No, I don't see any.
```

**69. PAGE 107:02 TO 107:08 (RUNNING 00:00:13.740)**

📄 **VOG15 -**

```
02        Q.   (By Mr. Nabers)  If we turn to page 3 of the
03   document, that one actually looks like it pertains to
04   Ms. Olson for all of them, correct?
05        A.   Yes.
06        Q.   It doesn't look like any of those pertain to
07   you?
08        A.   No.
```

**70. PAGE 107:15 TO 107:18 (RUNNING 00:00:12.313)**

```
15        Q.   (By Mr. Nabers)  I mean, did you ever attend
```

📄 **-KEVOG15 - Clear Attached Exhibit VOG15**

```
16   a specific lecture, forum, symposium, lunch and learn
17   or dinner where they talked specifically about the
18   increased risk of heart attacks for Vioxx?
```

**71. PAGE 107:20 TO 108:14 (RUNNING 00:01:01.600)**

```
20        A.   It certainly wasn't the main topic.  Whether
21   someone might have brought it up as a possibility,
22   that could have happened.  I don't recall
23   specifically.
24        Q.   (By Mr. Nabers)  Okay.  The primary focus for
25   all of these programs that you would have attended
00108:01   would have been how to use Vioxx effectively in your
02   patients?
03        A.   Not specifically Vioxx, but when to use COX-2
04   inhibitors.  They can't -- I don't think on these
05   lectures they can say Vioxx specifically without
06   saying equal amounts to all the other competitors.  So
07   usually they do -- they present a topic in a fairly
08   objective form, and then they show you indications
09   for -- that might promote a COX-2 over the others and
10   they let you fill in the -- you know, they say, yeah,
11   obviously Vioxx is hosting this dinner or something,
12   but whatever, and you have these options, but they
13   don't just -- in the lecture, they don't -- they never
14   just sit there and talk about that specific product.
```

**72. PAGE 111:02 TO 111:18 (RUNNING 00:00:35.800)**

```
02        Q.   (By Mr. Nabers)  Doctor, we're back after a
03   short break, and it sounds like we've got a generator
04   running outside so it's going to be kind of hard, I
05   think, for everybody here, but can you hear me okay?
06        A.   Yes.
07        Q.   Okay.  Before we took our break, I had marked
08   as the next exhibit Deposition Exhibit No. 21, which
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
       09   was the VIGOR study that appeared in the New England
```

📄 VOG16 -



```
       10   Journal of Medicine.  Do you have that there in front
       11   of you?
       12        A.   Yes.
       13        Q.   What I was asking you specifically about this
       14   is what you recalled about this article, but is
       15   primarily what you recalled was that Vioxx was helpful
       16   for patients and it helped lower the risk of GI bleed
       17   in patients using Vioxx?
       18        A.   Yes.
```

**73. PAGE 117:02 TO 117:06 (RUNNING 00:00:09.724)**

```
       02        Q.   (By Mr. Nabers)  I mean, is there any mention
       03   in the conclusion of this article that appeared in the
       04   New England Journal of Medicine about cardiovascular
       05   events of any type associated with patients using
       06   Vioxx?
```

**74. PAGE 117:08 TO 117:09 (RUNNING 00:00:03.377)**

```
       08        A.   Not in the conclusion.  It does in the
       09   sentence before.
```

**75. PAGE 117:11 TO 117:11 (RUNNING 00:00:01.100)**

```
       11        A.   In the sentence before.
```

**76. PAGE 117:18 TO 118:01 (RUNNING 00:00:19.962)**

```
       18        Q.   (By Mr. Nabers)  Okay.  And you look at the
       19   conclusion part of the abstract when looking at
       20   articles like this, right?
       21        A.   I usually like to read the whole abstract,
       22   just because there's more details in the results and
       23   you want to see the methods, you want to see how many
       24   patients they give it, the power, things like that are
       25   all important so I usually try to read the whole
  00118:01   abstract.
```

**77. PAGE 120:23 TO 121:08 (RUNNING 00:00:32.512)**

```
       23        Q.   (By Mr. Nabers)  All right.  Then if we look
       24   at the very last sentence on page 1526, the authors
```

📄 VOG17 -



```
       25   say, "Thus, our results are consistent with the theory
  00121:01   that Naproxen has a coronary protective effect and
       02   highlight the fact that rofecoxib does not provide
       03   this type of protection owing to its selective
       04   inhibition of COX-2 and its therapeutic dose at higher
       05   doses."  Do you see where I've read that?
       06        A.   Where is that?
       07        Q.   That was at the bottom of 1526 and the top of
       08   1527.
```

**78. PAGE 121:15 TO 121:16 (RUNNING 00:00:04.460)**

```
       15        Q.   Generally what does that mean to you, what we
       16   just read?
```

**79. PAGE 121:18 TO 122:11 (RUNNING 00:00:59.830)**

```
       18        A.   The same thing that was promoted in my office
       19   by the drug reps, that if you're taking nonselective
       20   anti-inflammatories like Naproxen, you thin the blood
```

CONFIDENTIAL

## Mason Plaintiff Video 11-2 1p

```
        21   and so you have less heart rate -- or heart attacks as
        22   opposed to selective COX-2, which doesn't thin the
        23   blood, and therefore that explains the difference
        24   between the increased rate of cardiovascular events
        25   versus the group that takes the Naproxen.
 00122:01        Q.   (By Mr. Nabers)  So for prescribing
        02   physicians of Vioxx like yourself, is it fair to say
```

▢ -KEVOG17 - Clear Attached Exhibit VOG17

```
        03   that what you would take from that is that Naproxen is
        04   cardioprotective because of its anti-platelet effects
        05   on the body?
        06        A.   Yes.
        07        Q.   All right.  And that -- would you -- did you
        08   also take from this article that it's not that Vioxx
        09   causes more heart attacks, it's just that it doesn't
        10   have that same anti-platelet effect that Naproxen has?
        11        A.   Yes.
```

**80. PAGE 122:13 TO 122:21 (RUNNING 00:00:20.486)**

```
        13        Q.   (By Mr. Nabers)  And that's what was told to
        14   you by the sales reps from Merck when they came to
        15   call on you about Vioxx?
        16        A.   Yes.
        17        Q.   All right.  So when this article came out in
        18   the New England Journal of Medicine in November of
        19   2000, you still felt that Vioxx was safe to prescribe
        20   for your patients, right?
        21        A.   Yes.
```

**81. PAGE 123:08 TO 123:18 (RUNNING 00:00:31.930)**

```
        08        Q.   (By Mr. Nabers)  Okay.  Let me ask it again.
        09             Well, what was important for you to take from
        10   the VIGOR article?
        11        A.   One, that it had decreased risk of GI side
        12   effects and, two, the difference in cardiovascular
        13   outcomes were related to the blood thinning
        14   capabilities of the typical NSAIDs, nonselective
        15   NSAIDs.
        16        Q.   All right.  So you felt Vioxx was still safe
        17   to use?
        18        A.   Yes.
```

**82. PAGE 124:25 TO 125:07 (RUNNING 00:00:16.061)**

```
        25        Q.   (By Mr. Nabers)  What was the date of this
 00125:01   article?
        02        A.   November 23rd, 2000.
        03        Q.   Okay.  And this VIGOR article that appeared
        04   on that day is where you came to the understanding
        05   that Naproxen was cardioprotective, and that's why
        06   there were less cardiac events with Naproxen as
        07   compared to Vioxx?
```

**83. PAGE 125:09 TO 125:10 (RUNNING 00:00:06.400)**

```
        09        A.   We knew that way before this article that
        10   NSAIDs were cardioprotective, as well as aspirin.
```

**84. PAGE 133:21 TO 133:22 (RUNNING 00:00:04.042)**

```
        21        Q.   (By Mr. Nabers)  Okay.  Then let me show you
        22   the next exhibit.  This one will be Deposition Exhibit
```

**85. PAGE 133:23 TO 135:12 (RUNNING 00:01:43.442)**

```
        23   No. 24.
```

## Mason Plaintiff Video 11-2 1p

**VOG18 -**

```
        24              (Exhibit No. 24 marked.)
        25      Q.    (By Mr. Nabers)  Dr. Vogeler, this is
00134:01  actually a press release from Merck with regard to
        02  Vioxx that I've handed you.  And do you see that the
        03  title of this press release says, "Merck confirms
        04  favorable cardiovascular safety profile of Vioxx"?  Do
        05  you see that at the top?
        06      A.    Yes.
        07      Q.    All right.  And the date of this one is April
        08  28th of 2000, correct?  Do you see that there at the
```

**VOG19-1 -**

```
        09  beginning?
        10      A.    Yes.  Oh, yeah, sure.
        11      Q.    All right.  And they say here that, Merck
        12  does, "In response to speculative news reports, Merck
```

**VOG20 -**

```
        13  & Company, Inc. today confirmed the favorable
        14  cardiovascular safety profile of Vioxx, its medicine
        15  that selectively inhibits COX-2."  Do you see that?
        16      A.    Yes.
        17      Q.    Then if we look down in the third paragraph
        18  it says, "In preliminary findings from Merck's large
```

**VOG21 -**

```
        19  gastrointestinal outcome study that compared Vioxx
        20  with Naproxen in patients with rheumatoid arthritis,
        21  significantly fewer heart attacks were observed in
        22  patients taking Naproxen compared to taking Vioxx."
        23  It says 0.15 to 0.5 percent.  Do you see where I'm
        24  reading that?
        25      A.    Yes.
00135:01      Q.    It says, "The result is consistent with
        02  Naproxen's ability to block platelet aggregation."  It
```

**VOG22 -**

```
        03  says, "This is the first time these effects of
        04  Naproxen to reduce these events have been demonstrated
        05  in a clinical study."  And that's the information that
        06  you were aware of at that time, correct?
        07      A.    Correct.
        08      Q.    And that's the information you believe to be
        09  true, correct?
        10      A.    Yes.
        11      Q.    And that was the information that was told to
        12  you by the Merck sales reps about Vioxx, correct?
```

**86. PAGE 135:13 TO 135:13 (RUNNING 00:00:01.692)**

```
        13      A.    Yes.
```

**87. PAGE 142:17 TO 143:07 (RUNNING 00:00:36.200)**

```
        17      Q.    All right.  And as a prescriber of Vioxx, did
        18  you anticipate that those promotional pieces would not
        19  be false or misleading?
        20      A.    Yes.
        21      Q.    And then if we look in the next paragraph,
        22  the FDA writes Merck and says, "You have engaged in a
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

📄 **VOG23 -**

```
        23  promotional campaign for Vioxx that minimizes the
        24  potential serious cardiovascular findings that were
        25  observed in the Vioxx gastrointestinal outcome
00143:01  research study."  And that's that study that we have
        02  been talking about in the New England Journal of
        03  Medicine, right?
        04     A.   Yes.
        05     Q.   It says, "And thus misrepresents the safety
```

📄 **VOG24 -**

```
        06  profile of Vioxx."  Do you see where I read that?
        07     A.   Yes.
```

**88. PAGE 143:13 TO 143:17 (RUNNING 00:00:06.748)**

```
        13     Q.   (By Mr. Nabers)  I mean, you would have
        14  expected that they would have been truthful and
```

📄 **-KEVOG24 - Clear Attached Exhibit VOG24**

```
        15  accurate with regard to the safety profile for Vioxx,
        16  right?
        17     A.   Yes.
```

**89. PAGE 148:08 TO 148:14 (RUNNING 00:00:11.866)**

```
        08     Q.   (By Mr. Nabers)  And that was information
        09  that you were aware of about Vioxx, correct?
        10     A.   Yes.
        11     Q.   And you thought, as of this date, May 22nd,
        12  2001, that Vioxx was still okay to prescribe to your
        13  patients, right?
        14     A.   Yes.
```

**90. PAGE 151:03 TO 151:15 (RUNNING 00:00:29.813)**

```
        03     Q.   (By Mr. Nabers)  I want to talk specifically
        04  about Mr. Mason now for a second, and specifically if
        05  you want to pull your medical chart and keep it there
        06  in front of you, I want to ask you specifically kind
        07  of about your care and treatment about him.
        08          But before we talk about his medical
        09  conditions and histories and physical exams and
        10  things, it's fair to say you never prescribed Vioxx to
        11  Mr. Mason?
        12     A.   Yes.
        13     Q.   It was Nurse Olson who prescribed Vioxx to
        14  Mr. Mason?
        15     A.   Yes.
```

**91. PAGE 152:02 TO 152:22 (RUNNING 00:00:50.814)**

```
        02          You did not have any interaction with Nurse
        03  Olson with regard to the prescriptions of Vioxx
        04  written for Mr. Mason?
        05     A.   Correct.
        06     Q.   All right.  Now, you started seeing Mr. Mason
        07  for the first time around October 29th of 1990.  Does
        08  that sound right?
        09     A.   Yes.
        10     Q.   Okay.  And has he been a patient of yours
        11  ever since that first visit in 1990, off and on?
        12     A.   Yes.
        13     Q.   Okay.  So your period of care for Mr. Mason
        14  has been about 16 years, up until today, correct?
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
15      A.   Correct.
16      Q.   I mean, you're familiar with his current
17 medical condition, correct?
18      A.   As much as I have recorded in the chart, yes.
19      Q.   Okay.  And your -- and based upon what you
20 have recorded in the chart, you know about his past
21 medical history for the last 16 years?
22      A.   Yes.
```

**92. PAGE 153:12 TO 154:12 (RUNNING 00:00:51.034)**

```
12      Q.   (By Mr. Nabers)  What we have marked as
13 Deposition Exhibit No. 27, Doctor, is that note when
```

VOG25 -

```
14 he first came to see you in 1990, correct?
15      A.   Correct.
16      Q.   Okay.  And if -- generally what kind -- what
17 is this that we're looking at?
18      A.   Physical.
19      Q.   Okay.  So you would have done a history and
20 physical on him?
21      A.   Correct.
22      Q.   All right.  And did he report any information
23 to you about having a prior heart attack?
```

VOG26 -

```
24      A.   No.
25      Q.   Did he report any family history information
00154:01 to you regarding a heart attack or cardiovascular
02 disease?
03      A.   No.  The boxes are not checked.
04      Q.   Okay.  And did he have a blood pressure taken
05 on this visit?
```

VOG27 -

```
06      A.   Yes.
07      Q.   And that would be something that you would
08 normally do when somebody comes in for a checkup?
09      A.   Sure.
10      Q.   And what was his blood pressure on this
11 visit?
12      A.   102 over 58.
```

**93. PAGE 154:19 TO 154:22 (RUNNING 00:00:13.459)**

```
19 From the time that you first saw Mr. Mason in October
20 of 1990 up until the time he had his heart attack in
21 July of 2003, did you ever diagnose Mr. Mason with
22 hypertension?
```

**94. PAGE 154:24 TO 155:01 (RUNNING 00:00:03.600)**

```
24      A.   Up until --
25      Q.   (By Mr. Nabers)  July of 2003, the date of
00155:01 his heart attack.
```

**95. PAGE 155:04 TO 155:14 (RUNNING 00:00:24.802)**

```
04      A.   No, as I look over his physicals over the
05 prior years, his blood pressure has always been pretty
06 excellent.
07      Q.   (By Mr. Nabers)  Okay.  And so it's fair to
08 say that prior to his heart attack in July of 2003,
09 you didn't ever prescribe him anything to help lower
10 his blood pressure, right?
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
11    A.   Correct.
12    Q.   Okay.  And so his blood pressure would have
13 been good from the time you began to see him in 1990
14 up until the time of July of 2003, correct?
```

**96. PAGE 155:16 TO 155:16 (RUNNING 00:00:00.832)**

```
16    A.   Yes.
```

**97. PAGE 156:03 TO 156:20 (RUNNING 00:00:32.873)**

```
03    Q.   (By Mr. Nabers)  Okay.  Now, based upon your
04 care and treatment of Mr. Mason, did he ever have, up
05 until January -- up until July of 2003, diabetes that
06 you're aware of?
07    A.   No.
08    Q.   You never diagnosed him with diabetes prior
09 to July 2003, correct?
10    A.   Correct.
11    Q.   And you never treated him for diabetes prior
12 to that time, correct?
13    A.   Correct.
14    Q.   But diabetes could be another risk factor for
15 cardiovascular disease, right?
16    A.   Correct.
17    Q.   But prior to his heart attack, diabetes was
18 not a risk factor that he would have had for
19 cardiovascular disease, correct?
20    A.   Yes.
```

**98. PAGE 157:06 TO 157:09 (RUNNING 00:00:08.452)**

```
06    Q.   Okay.  And he also had an ECG, and what is
07 that?
08    A.   It's a cardiogram.
09    Q.   Okay.  Was that within normal limits as well?
```

**99. PAGE 157:10 TO 158:16 (RUNNING 00:01:12.704)**

```
10    A.   Yes.
11    Q.   And so he didn't have any hyperlipidemia when
12 you first started seeing him, correct?
13    A.   No.
14    Q.   Didn't have any elevated triglycerides,
15 correct?
16    A.   No.
17    Q.   Didn't have any cholesterol problems,
18 correct?
19    A.   The only thing he had was his HDL was a
20 little low.  That's the good cholesterol.
21    Q.   So you wanted to watch that?
22    A.   Well, his total cholesterol was extremely low
23 at 127, so when your total is that low, the good type
24 is also low.  His actual risk in 1990 was half the
25 average risk.
00158:01    Q.   That was a good thing for his health?
02    A.   That's excellent, yes.
03    Q.   And cholesterol levels, if they are elevated,
04 can be a risk factor for coronary artery disease,
05 correct?
06    A.   Correct.
07    Q.   It can also be a risk factor for
08 cardiovascular disease?
09    A.   Correct.
10    Q.   All right.  But he didn't have any of those
11 risk factors when you started seeing him in 1990,
12 correct?
13    A.   Correct.
14    Q.   All right.  Up until July of 2003, did he
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
        15   ever have cholesterol levels that would put him at
        16   risk for cardiovascular disease?
```

**100. PAGE 158:18 TO 158:18 (RUNNING 00:00:02.065)**

```
        18      A.   In 1998 he -- his cholesterol started coming
```

**101. PAGE 158:19 TO 158:19 (RUNNING 00:00:02.799)**

```
        19   up as he got older.
```

**102. PAGE 158:20 TO 158:21 (RUNNING 00:00:01.500)**

```
        20      Q.   (By Mr. Nabers)  Is that normal?
        21      A.   Yes.
```

**103. PAGE 158:25 TO 159:07 (RUNNING 00:00:35.920)**

```
        25      A.   His total cholesterol on April 14th of '98
   00159:01   was 189, which is still under the recommended 200.
        02   His good cholesterol, his HDL, however, is still low
        03   at 36.  His bad cholesterol is now at 123, which at
        04   the time was still considered okay.  And the
        05   triglycerides were 147, which we like under 150
        06   currently.  So those were okay.  But he's gone from
        07   half the average risk to average risk.
```

**104. PAGE 159:10 TO 159:13 (RUNNING 00:00:15.272)**

```
        10      Q.   So by 1998, he just has the average risk
        11   based upon his lipid levels for cardiovascular
        12   disease?
        13      A.   Yes.  Now, in 2001, cholesterol came back a
```

**105. PAGE 159:14 TO 159:24 (RUNNING 00:00:30.421)**

```
        14   little better.  Maybe he was watching his diet better
        15   or lost some weight.  His cholesterol was back down to
        16   161.  Good cholesterol, HDL, was up to 39.  Bad
        17   cholesterol was back under 100 at 88, and that put him
        18   back at below average risk again.
        19      Q.   And what year was that?
        20      A.   That was July of 2001.
        21      Q.   All right.  So as of July 2001, his risk of
        22   cardiovascular disease as a result of his lipid levels
        23   was below average?
        24      A.   Was below average again.
```

**106. PAGE 160:06 TO 160:11 (RUNNING 00:00:13.725)**

```
        06      Q.   Yeah, I think that's right.  So let me ask
        07   you while we have been talking about 2002, as of 2002,
        08   based upon the lipid levels that you drew, his risk
        09   for cardiovascular disease as a result of abnormal
        10   lipid levels was just an average risk?
        11      A.   Yes.
```

**107. PAGE 164:07 TO 164:11 (RUNNING 00:00:15.120)**

```
        07      Q.   Okay.  During the time that your office saw
        08   him from 1990 up until the time of his heart attack in
        09   July of 2003, was there anything that you noted in the
        10   chart that would indicate that he was at risk for
        11   cardiovascular disease or heart attack?
```

**108. PAGE 164:13 TO 164:20 (RUNNING 00:00:19.036)**

```
        13      A.   Not at high risk.
        14      Q.   (By Mr. Nabers)  Okay.  Well, let me ask it a
        15   different way, then.  Based upon his -- the time frame
        16   from 1990 up until 2003 in July when he had his heart
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
17   attack, what risk factors do you believe that he had
18   for heart attack, based upon your medical chart?
19        A.   Male and age.
20        Q.   Is that the only two?
```

**109.  PAGE 164:22 TO 164:23 (RUNNING 00:00:04.013)**

```
22        A.   He was overweight.
23        Q.   (By Mr. Nabers)  Okay.  Anything else?
```

**110.  PAGE 164:25 TO 164:25 (RUNNING 00:00:02.999)**

```
25        A.   No.
```

**111.  PAGE 165:01 TO 165:04 (RUNNING 00:00:06.244)**

```
00165:01        Q.   (By Mr. Nabers)  Okay.  Do you know when --
      02   let me ask you this:  Did you ever diagnose him with
      03   high blood pressure or hypertension?
      04        A.   No.
```

**112.  PAGE 165:16 TO 165:22 (RUNNING 00:00:14.603)**

```
16        Q.   All right.  You're aware that he had his
17   heart attack in July of 2003, correct?
18        A.   Yes.
19        Q.   And we've talked about Vioxx.  When you think
20   about a differential diagnosis for the cause of his
21   heart attack, what do you include in your differential
22   diagnosis?
```

**113.  PAGE 165:24 TO 166:21 (RUNNING 00:01:17.816)**

```
24        A.   For causes?
25        Q.   (By Mr. Nabers)  For potential causes of his
00166:01   heart attack.
      02        A.   Anything that -- all the risk factors we
      03   talked about, hypertension, hypercholesterolemia,
      04   obesity.  In terms of him specifically?
      05        Q.   Specifically, yes.
      06        A.   Well, he was a male over 50 -- a male over
      07   45, and he was overweight.  His HDL was always a
      08   little low.  I don't know what his exercise regimen
      09   was.  He probably didn't exercise well enough.  I
      10   don't -- he was a smoker in the past, but he stopped
      11   like 20 years ago.  So I don't know when I wrote
      12   this -- probably in '99, so he probably stopped
      13   smoking in '79.  But usually cardiovascular risks
      14   decreases after like five or 10 years or sooner for a
      15   lot of it.  So probably that's not as big an issue
      16   right now.
      17        Q.   All right.  Would you include --
      18        A.   Sleep apnea would be another option -- I
      19   mean, another risk factor.
      20        Q.   All right.  Would you include Vioxx in your
      21   differential as a potential cause of his heart attack?
```

**114.  PAGE 166:23 TO 166:25 (RUNNING 00:00:04.255)**

```
23        A.   Yes.
24        Q.   (By Mr. Nabers)  All right.  Is there any way
25   to exclude it as a potential cause?
```

**115.  PAGE 167:02 TO 167:02 (RUNNING 00:00:01.713)**

```
02        A.   No.
```

**116.  PAGE 167:16 TO 167:20 (RUNNING 00:00:12.199)**

```
16        Q.   At the time Ms. Olson or Nurse Olson
17   prescribed Vioxx to Mr. Mason, from a cardiac
```

## Mason Plaintiff Video 11-2 1p

```
         18   standpoint he was a good candidate for getting Vioxx,
         19   correct?
         20        A.   Yes.  He was low risk.
```

**117. PAGE 170:16 TO 171:18  (RUNNING 00:01:13.600)**

```
         16        Q.   (By Mr. Nabers)  Now, he had his heart attack
         17   in July of 2003.  Do you know when it was that you
         18   became aware of that?
         19        A.   I made a note in the chart when I found out.
         20   August 3rd I was made aware.
         21        Q.   Okay.  And had you followed his care and
         22   treatment after his heart attack?
         23        A.   I didn't see him until October 1st, which was
         24   two months after the heart attack.
         25        Q.   And have you continued to see him in your
00171:01   clinic since his heart attack?
         02        A.   Yes.
         03        Q.   And do you help manage him from a medical
         04   standpoint in terms of his heart attack?
         05        A.   Yes, but he also follows with a cardiologist
         06   at the same time.
         07        Q.   And is it important for patients who have
         08   heart attacks to receive medical monitoring after
         09   their event?
         10        A.   Sure.
         11        Q.   Why is that?
         12        A.   Because it could recur.  There could be other
         13   arteries that want to occlude like the first one did,
         14   or whichever ones they had.
         15        Q.   All right.  So it's a good idea for him to
         16   come see you, first of all, his primary care physician
         17   after a heart attack, correct?
         18        A.   Well, or his cardiologist, or both.
```

**118. PAGE 171:19 TO 172:16  (RUNNING 00:01:20.089)**

```
         19        Q.   Or both.  Okay.  And after his heart attack,
         20   has his blood pressure increased over time or been
         21   elevated?
         22        A.   No, but they started him on some blood
         23   pressure medicine at the time.  So, like I said, I
         24   don't know whether they were treating hypertension or
         25   they were treating to decrease the risk of future
00172:01   heart attack.  They put him on Altace and Norvasc, and
         02   Altace has been shown to decrease the risk of a second
         03   heart attack, I think, as a secondary prevention, and
         04   Norvasc prevents spasm of the coronary arteries.  So
         05   sometimes a heart attack can be the result of spasm,
         06   and, also, he was having some symptoms of chest pain
         07   for which he was on nitroglycerin, so Norvasc is a
         08   calcium channel blocker and it would help prevent
         09   that.
         10        So I presume that's why they put him on both
         11   of those.  And if they thought he had some
         12   hypertension while he was in the hospital, it would
         13   have been -- those would have been a reasonable choice
         14   to put him on for that.  But by the time I saw him in
         15   October, his blood pressure was still nice and low at
         16   110 over 72.
```

**119. PAGE 173:06 TO 173:12  (RUNNING 00:00:10.133)**

```
         06        Q.   Is a heart attack a -- strike that.  When a
         07   patient has a heart attack, is that something that
         08   causes them anxious or concern about their health?
         09        A.   Sure.
         10        Q.   Okay.  Heart attack is obviously a big deal
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:12:59 AM

## Mason Plaintiff Video 11-2 1p

```
11   to someone who's had it, right?
12        A.    Sure.
```

**120.  PAGE 173:13 TO 173:14  (RUNNING 00:00:03.219)**

```
13        Q.    It doesn't matter to the patient what type of
14   heart attack they've had, correct?
```

**121.  PAGE 173:16 TO 173:20  (RUNNING 00:00:13.429)**

```
16        A.    No, I would say it does matter.  I mean, some
17   people think they had a little heart attack.  They are
18   more reassured than someone who has had a massive
19   heart attack, and we have to explain those differences
20   to the patients and their outcomes are different.
```

**122.  PAGE 173:24 TO 174:08  (RUNNING 00:00:15.600)**

```
24        Q.    All right.  And heart attacks can cause pain,
25   correct, to the patient while they are having it?
00174:01        A.    Yes.
02        Q.    Heart attacks can cause symptoms while they
03   are having a heart attack, correct?
04        A.    Yes.
05        Q.    It can cause symptoms after they have a heart
06   attack, correct?
07        A.    Yes, and it can cause no symptoms.  A third
08   of them are silent.
```

**123.  PAGE 174:09 TO 174:15  (RUNNING 00:00:11.200)**

```
09        Q.    All right.  Once a patient has a heart
10   attack, many times they need to have medications
11   afterwards for that, correct?
12        A.    Correct.
13        Q.    All right.  And once you have a heart attack,
14   are you at increased risk of having another heart
15   attack in the future?
```

**124.  PAGE 174:17 TO 174:17  (RUNNING 00:00:01.056)**

```
17        A.    Yes.
```

**125.  PAGE 174:18 TO 174:22  (RUNNING 00:00:10.431)**

```
18        Q.    (By Mr. Nabers)  And based upon what you know
19   from your medical chart and your care and treatment of
20   Mr. Mason, since July 2003 you're not aware of him
21   having a second heart attack, correct?
22        A.    Correct.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:53:41.885)**

**Vogeler Merck Exam alt**

| Scene | Designation | Source | Tx Duration | Barcode |
|-------|-------------|--------|-------------|---------|
| 1 | 187:25-189:12 | Vogeler, Doug 2006-07-26   00:01:46 | | Z30.1 |

| | |
|---|---|
| 187:25 | Q:  When you look at a medication, any |
| 188:1 | medication, you've discussed earlier you have to look |
| 188:2 | at the benefits and the risk; is that right? |
| 188:3 | A:  Correct. |
| 188:4 | Q:  In connection with the benefits, one of the |
| 188:5 | things you need to look at is efficacy; is that right? |
| 188:6 | A:  Yes. |
| 188:7 | Q:  And you're saying that the COX-1s and the |
| 188:8 | COX-2s were both efficacious; is that right? |
| 188:9 | A:  Correct. |
| 188:10 | Q:  But one carried more risk than the other in |
| 188:11 | connection with GI issues; is that right? |
| 188:12 | A:  Correct. |
| 188:13 | Q:  Can you explain to the jury what you mean by |
| 188:14 | that, as to those two classes of drugs? |
| 188:15 | A:  Well, I think the risk for a GI event like |
| 188:16 | what you discussed, a PUB, probably, or just |
| 188:17 | documented GI bleed or ulceration, I'm not sure what |
| 188:18 | the actual end points were in the studies, but usually |
| 188:19 | the risk was about fourfold increased with the |
| 188:20 | traditional nonsteroidals as opposed to a COX-2. |
| 188:21 | Q:  So it's your understanding and has been your |
| 188:22 | understanding that the risk of GI issues, those |
| 188:23 | perforations, ulcers and bleeds we were talking about, |
| 188:24 | was reduced by how much in connection with the use of |
| 188:25 | COX-2s instead of traditional NSAIDs? |
| 189:1 | A:  Significantly by -- I think the risk numbers |
| 189:2 | are somewhere around 12 to 15 percent with traditional |
| 189:3 | NSAIDs, and it's something like less than -- somewhere |
| 189:4 | around two to four percent with the COX-2 inhibitors. |
| 189:5 | So somewhere around a fourfold reduction. |
| 189:6 | Q:  And in that regard, did you consider COX-2s |
| 189:7 | to be an advancement in the therapy for patients who |
| 189:8 | needed pain relief and anti-inflammatory drugs? |
| 189:9 | A:  Yes. |
| 189:10 | Q:  And as a result, was that one of the biggest |
| 189:11 | reasons why you prescribed COX-2s to your patients? |
| 189:12 | A:  Yes. |

| Scene | Designation | Source | Tx Duration | Barcode |
|-------|-------------|--------|-------------|---------|
| 2 | 192:4-192:24 | Vogeler, Doug 2006-07-26   00:00:41 | | Z30.2 |

| | |
|---|---|
| 192:4 | Q:  After COX-2s came on the market, you were |
| 192:5 | happy to have another alternative? |

192:6   A: Yes.

192:7   Q: And that was true with respect to

192:8   osteoarthritis and recurrent debilitating back pain?

192:9   A: Yes.

192:10   Q: In fact, with respect to Mr. Mason, he had

192:11   recurrent debilitating back pain over a large number

192:12   of years?

192:13   A: Yes.

192:14   Q: Over many years?

192:15   A: Yes.

192:16   Q: I think the records indicate he's had

192:17   significant back pain since 1972?

192:18   A: On his first visit we noted that was one of

192:19   his problems, recurring back pain for years.

192:20   Q: And that never changed up until today?

192:21   A: Right.

192:22   Q: You still need to treat Mr. Mason in

192:23   connection with that back pain?

192:24   A: Yes.

| 3 | 194:9-195:9 | Vogeler, Doug 2006-07-26 | 00:01:05 | Z30.3 |
|---|---|---|---|---|

194:9   Q: So it was important for you to have a

194:10   different treatment option than the traditional NSAIDs

194:11   to prevent just the sort of concerns you just

194:12   described?

194:13   A: Yes.

194:14   Q: In other words, to prevent the GI problems

194:15   that people, for example, with GERD have?

194:16   A: Correct.

194:17   Q: And, in fact, Mr. Mason has GERD, true?

194:18   A: Correct.

194:19   Q: So it was important for people like Mr. Mason

194:20   to have treatment options other than traditional

194:21   NSAIDs?

194:22   A: Yes.

194:23   Q: And when we talk about these perforations,

194:24   ulcers and bleeds that are a risk for traditional

194:25   NSAIDs, those medications you used to prescribe to

195:1   patients like Mr. Mason, they can be fairly serious

195:2   issues, can they not?

195:3   A: I think somewhere around 75,000 deaths a year

195:4   in the country are from PUBs from NSAIDs, is the

195:5   number I've heard, 50 to 75,000 a year.

195:6   Q: It's commonly known in the medical profession

195:7   that literally tens of thousands of folks are

195:8   hospitalized each year as a result of the kind of GI

| | | 195:9 | problems that traditional NSAIDs can cause? | |
|---|---|---|---|---|
| 4 | 195:11-196:12 | Vogeler, Doug 2006-07-26      00:01:11 | | Z30.4 |

195:11  Q:   (By Mr. Krumholz)   True?
195:12  A: Yes.
195:13  Q: Likewise, it's commonly known in the medical
195:14  community, in the scientific literature, that -- how
195:15  many people did you say actually die as a result of
195:16  these sort of issues?
195:17  A:  50 to 75,000. I don't know whether that's
195:18  deaths or hospital admissions. I think it's deaths.
195:19  Q:  And some portion of those, it's your
195:20  understanding, die as a result of those GI
195:21  complications?
195:22  A:  Yes.
195:23  Q:  So you were happy to have on the market
195:24  COX-2s when they showed up at your doorstep, so to
195:25  speak?
196:1  A:  Yes.
196:2  Q:  Because it provided you an additional
196:3  treatment option?
196:4  A:  Yes.
196:5  Q:  What are the other side effects that
196:6  traditional NSAIDs, the ones that you used to
196:7  prescribe for folks like Mr. Mason, warned of? Do you
196:8  recall?
196:9  A:  Well, there's increased risk of bleeding from
196:10  other causes. I mean, if you cut yourself, you might
196:11  bleed more. There's a preoperative risk, so you have
196:12  to stop NSAIDs or aspirin.

| 5 | 200:6-200:22 | Vogeler, Doug 2006-07-26      00:00:35 | | Z30.5 |
|---|---|---|---|---|

200:6  Q:   (By Mr. Krumholz)   Do you keep up with
200:7  medical literature -- outside of what drug companies
200:8  may or may not be telling you, do you keep up with
200:9  scientific literature regarding the gastrointestinal
200:10  benefits of COX-2s?
200:11  A:  To a degree, yes, as it shows up in a journal
200:12  that I read.
200:13  Q:  And you have seen those types of articles,
200:14  true?
200:15  A:  Yes.
200:16  Q:  And that scientific literature that you rely
200:17  on indicates that the COX-2s reduce that risk of GI
200:18  issues?
200:19  A:  Yes.
200:20  Q:  And that's important to you and your

|  |  |  |  |  |
|---|---|---|---|---|
|  | 200:21 | patients? |  |  |
|  | 200:22 | A: Yes. |  |  |

| 6 | **201:10-201:14** | Vogeler, Doug 2006-07-26 | 00:00:11 | Z30.6 |
|---|---|---|---|---|
|  | 201:10 | Q: I want to talk, first of all, about your own |  |  |
|  | 201:11 | use. It's my understanding you have taken Vioxx |  |  |
|  | 201:12 | because of a surgery that you had as well as |  |  |
|  | 201:13 | osteoarthritis; is that right? |  |  |
|  | 201:14 | A: Yes. |  |  |

| 7 | **201:16-201:17** | Vogeler, Doug 2006-07-26 | 00:00:02 | Z30.7 |
|---|---|---|---|---|
|  | 201:16 | Q:   (By Mr. Krumholz)   Is that true? |  |  |
|  | 201:17 | A: Yes. |  |  |

| 8 | **201:19-201:20** | Vogeler, Doug 2006-07-26 | 00:00:02 | Z30.8 |
|---|---|---|---|---|
|  | 201:19 | Q:   (By Mr. Krumholz)   Was it effective? |  |  |
|  | 201:20 | A: Yes. |  |  |

| 9 | **201:22-201:23** | Vogeler, Doug 2006-07-26 | 00:00:02 | Z30.9 |
|---|---|---|---|---|
|  | 201:22 | Q:   (By Mr. Krumholz)   Tell us how it was |  |  |
|  | 201:23 | effective. |  |  |

| 10 | **201:25-202:1** | Vogeler, Doug 2006-07-26 | 00:00:03 | Z30.10 |
|---|---|---|---|---|
|  | 201:25 | A: It didn't upset my stomach and it got rid of |  |  |
|  | 202:1 | my pain. |  |  |

| 11 | **204:4-204:22** | Vogeler, Doug 2006-07-26 | 00:00:37 | Z30.11 |
|---|---|---|---|---|
|  | 204:4 | Q: Did you find Vioxx to be a safe drug for your |  |  |
|  | 204:5 | patients? |  |  |
|  | 204:6 | A: Generally, yes. |  |  |
|  | 204:7 | Q: Did you find that your patients could |  |  |
|  | 204:8 | tolerate Vioxx better than the traditional NSAIDs -- |  |  |
|  | 204:9 | A: Yes. |  |  |
|  | 204:10 | Q: -- from a GI perspective? |  |  |
|  | 204:11 | A: Yes. |  |  |
|  | 204:12 | Q: Did you notice that your patients had fewer |  |  |
|  | 204:13 | GI-related issues when they took COX-2 inhibitors, and |  |  |
|  | 204:14 | particularly Vioxx, as opposed to the traditional |  |  |
|  | 204:15 | NSAIDs? |  |  |
|  | 204:16 | A: Yes. |  |  |
|  | 204:17 | Q: And that was -- was that important to you? |  |  |
|  | 204:18 | A: Yes. |  |  |
|  | 204:19 | Q: Was that important to your patients? |  |  |
|  | 204:20 | A: Yes. |  |  |
|  | 204:21 | Q: Is it still important to your patients? |  |  |
|  | 204:22 | A: Yes. |  |  |

| 12 | **206:9-206:11** | Vogeler, Doug 2006-07-26 | 00:00:09 | Z30.12 |
|---|---|---|---|---|
|  | 206:9 | Q: Let me ask you a different question. If |  |  |
|  | 206:10 | Vioxx were still on the market, would you have -- |  |  |

**Vogeler Merck Exam alt**

|  |  |  |  |  |
|---|---|---|---|---|
| | | 206:11 | would you still be prescribing it? | |
| 13 | 206:13-206:15 | Vogeler, Doug 2006-07-26    00:00:06 | | Z30.13 |
| | | 206:13   A:  Yes. Yes. | | |
| | | 206:14   Q:   (By Mr. Krumholz)  You still believe it to be | | |
| | | 206:15   a safe and effective drug -- | | |
| 14 | 206:17-206:18 | Vogeler, Doug 2006-07-26    00:00:02 | | Z30.14 |
| | | 206:17   Q:   (By Mr. Krumholz)  -- for appropriate | | |
| | | 206:18   patients? | | |
| 15 | 206:20-206:20 | Vogeler, Doug 2006-07-26    00:00:01 | | Z30.15 |
| | | 206:20   A:  Yes. | | |
| 16 | 226:6-226:9 | Vogeler, Doug 2006-07-26    00:00:09 | | Z30.16 |
| | | 226:6   Q:   (By Mr. Krumholz)  To be clear, if Vioxx was | | |
| | | 226:7   still on the market, you would prescribe it today to | | |
| | | 226:8   someone with the same conditions that Mr. Mason | | |
| | | 226:9   presented with in September of 2002? | | |
| 17 | 226:11-226:11 | Vogeler, Doug 2006-07-26    00:00:01 | | Z30.17 |
| | | 226:11   A:  Yes. | | |
| 18 | 232:23-233:6 | Vogeler, Douglas 2006-08-30    00:00:24 | | Z30.18 |
| | | 232:23   Q:  Now, I want to talk to you a little bit more | | |
| | | 232:24   about all of the sources of information that are | | |
| | | 232:25   available to a family practitioner such as yourself | | |
| | | 233:1   when you're prescribing medications, and I'm talking | | |
| | | 233:2   about those medications that you prescribe. I believe | | |
| | | 233:3   you indicated that the package inserts or labels are | | |
| | | 233:4   important to you because they are screened by the FDA. | | |
| | | 233:5   Do you recall that? | | |
| | | 233:6   A:  Yes. | | |
| 19 | 233:8-234:1 | Vogeler, Douglas 2006-08-30    00:01:05 | | Z30.19 |
| | | 233:8   Q:   (By Mr. Krumholz)  Can you tell us why the | | |
| | | 233:9   package inserts or labels for medications are | | |
| | | 233:10   important to you? | | |
| | | 233:11   A:  Well, like I said, they have to be approved | | |
| | | 233:12   by the FDA. The wording and the claims and the | | |
| | | 233:13   studies that are included in those are screened by the | | |
| | | 233:14   FDA, so it's not just a select group of studies that | | |
| | | 233:15   the pharmaceutical rep may want to present to me which | | |
| | | 233:16   might show their products in a better light. | | |
| | | 233:17   Usually, the competition points out what the | | |
| | | 233:18   FDA -- or what their insert has allowed them to say as | | |
| | | 233:19   opposed to what a competing drug rep might claim from | | |
| | | 233:20   another study that their product can do. And so it's | | |
| | | 233:21   kind of like the backup, you know, bible in terms of | | |
| | | 233:22   what's the truth and what, you know, is a more | | |

**Vogeler Merck Exam alt**

| | | | |
|---|---|---|---|
| | | 23323 | balanced representation of what the products can do. |
| | | 23324 | Q: Do you find them to be an objective source of |
| | | 23325 | information about medications? |
| | | 234:1 | A: Yes. |

| 20 | **234:12-234:20** | Vogeler, Douglas 2006-08-30        00:00:17 | | Z30.20 |
|---|---|---|---|---|
| | | 234:12 | Q: As a result, it's important if an issue | |
| | | 234:13 | arises, for example, to go to the label or package | |
| | | 234:14 | insert to see what the FDA says about that? | |
| | | 234:15 | A: Yes. | |
| | | 234:16 | Q: And that's something you routinely do when an | |
| | | 234:17 | issue arises? | |
| | | 234:18 | A: Yes. | |
| | | 234:19 | Q: And that's something you would expect Nurse | |
| | | 234:20 | Olson to do as well, I assume? | |

| 21 | **234:22-235:2** | Vogeler, Douglas 2006-08-30        00:00:18 | | Z30.21 |
|---|---|---|---|---|
| | | 23422 | A: Yes. | |
| | | 23423 | Q:   (By Mr. Krumholz)   And one of the reasons why | |
| | | 23424 | the package inserts or labels for medications would be | |
| | | 23425 | important is because it's your understanding that the | |
| | | 235:1 | FDA can decide or require a company to take certain | |
| | | 2352 | information out if it deems appropriate? | |

| 22 | **235:4-236:12** | Vogeler, Douglas 2006-08-30        00:01:06 | | Z30.22 |
|---|---|---|---|---|
| | | 2354 | A: Yes. | |
| | | 2355 | Q:   (By Mr. Krumholz)   Is it also your | |
| | | 2356 | understanding that they can require that other | |
| | | 2357 | information be inserted into the package insert if | |
| | | 2358 | required or necessary? | |
| | | 2359 | A: Yes. | |
| | | 235:10 | Q: Or if appropriate for safety or efficacy | |
| | | 235:11 | reasons? | |
| | | 235:12 | A: Sure. | |
| | | 235:13 | Q: That gives you a comfort level about the | |
| | | 235:14 | labels and package inserts for medications? | |
| | | 235:15 | A: Yes. | |
| | | 235:16 | Q: Another source of information that you talked | |
| | | 235:17 | about in your last deposition was information from | |
| | | 235:18 | pharmaceutical companies, generally. Do you recall | |
| | | 235:19 | that? | |
| | | 23520 | A: Yes. | |
| | | 23521 | Q: And one of the pieces of information that you | |
| | | 23522 | get from time to time, as I understand it, are dear | |
| | | 23523 | doctor letters or dear health care provider letters. | |
| | | 23524 | Have you received those before? | |
| | | 23525 | A: From drug companies on their products? | |

**Vogeler Merck Exam alt**

236:1    Q:  Yes.
236:2    A:  All the time.
236:3    Q:  And when those contain important safety
236:4    information, I assume that you review them to make
236:5    sure that you're up to date as to what the
236:6    pharmaceutical companies and what the FDA thinks are
236:7    important?
236:8    A:  Yes.
236:9    Q:  And I assume that's the sort of information
236:10   that you would likewise share with Nurse Olson if it
236:11   contained important safety information?
236:12   A:  Yes.

---

23    236:14-237:19   Vogeler, Douglas 2006-08-30      00:01:12                     Z30.23

236:14   Q:   (By Mr. Krumholz)  And I assume one of the
236:15   reasons why you do that is because Nurse Olson, in
236:16   fact, treats many of your patients?
236:17   A:  Sure.
236:18   Q:  I believe you indicated that if, for example,
236:19   a patient of yours can't come in for several weeks or
236:20   months because you have a busy schedule, then they
236:21   have an option to go see Nurse Olson?
236:22   A:  Yes.
236:23   Q:  And so you have reason to make sure that to
236:24   the extent you're made aware of important safety
236:25   information, that Nurse Olson also is made aware of
237:1    that information in terms of the medication she
237:2    prescribes?
237:3    A:  Yes.
237:4    Q:  And you're generally familiar with the
237:5    medications Nurse Olson prescribes?
237:6    A:  Yes.
237:7    Q:  And the types of indications that are
237:8    necessary for her to prescribe any particular
237:9    medication?
237:10   A:  Uh-huh (affirmative), yes.
237:11   Q:  Now, another source of information to medical
237:12   doctors such as yourself is medical literature?
237:13   A:  Correct.
237:14   Q:  Is that right? And you rely heavily on that?
237:15   A:  Yes.
237:16   Q:  And I believe you indicated that you place
237:17   more weight with medical literature than what a, for
237:18   example, pharmaceutical representative might tell you?
237:19   A:  Yes.

---

24    238:12-239:16   Vogeler, Douglas 2006-08-30      00:01:13                     Z30.24

**Vogeler Merck Exam alt**

238:12  Q:   (By Mr. Krumholz)  Is it important for health
238:13  care providers, doctors and nurse practitioners, to
238:14  look at the label or other medical literature to keep
238:15  abreast of the most reliable information about
238:16  medications?
238:17  A:  Sure.
238:18  Q:  And that's your expectation in your office?
238:19  A:  Yes.
238:20  Q:  For yourself and for Nurse Olson?
238:21  A:  Yes.
238:22  Q:  And I believe you indicated that you rely on
238:23  particular journals, and I'm not sure we got a
238:24  comprehensive list, but I want to make sure we do.
238:25  A:  The Medical Letter is my main journal for
239:1  reviewing of drugs. It comes out every two weeks.
239:2  Q:  How long have you subscribed to The Medical
239:3  Letter?
239:4  A:  Since I started practice 25 years ago.
239:5  Q:  And do you read it every two weeks when it
239:6  comes out?
239:7  A:  Yeah, yeah, I always read it.
239:8  Q:  And when it has important safety information
239:9  contained in it, do you share that with Nurse Olson --
239:10  A:  Probably.
239:11  Q:  -- about particular medications that she
239:12  uses?
239:13  A:  Yeah. I've tried to have her get her own
239:14  subscription and sometimes I'll drop it over to her if
239:15  I see something important, but I don't know that she
239:16  takes it or reads it as religiously as I do.

| 25 | 239:23-240:4 | Vogeler, Douglas 2006-08-30 | 00:00:16 | | Z30.25 |
|---|---|---|---|---|---|

239:23  Q:  But if there's particular information that
239:24  you think is important, you make sure and share that
239:25  with her?
240:1  A:  Yes.
240:2  Q:  And that's true in connection with particular
240:3  medications that are described in any article in The
240:4  Medical Letter itself?

| 26 | 240:6-242:21 | Vogeler, Douglas 2006-08-30 | 00:02:54 | | Z30.26 |
|---|---|---|---|---|---|

240:6  A:  That's all -- that's all the articles are is
240:7  reviews of the medications that have -- that are out
240:8  there.
240:9  Q:   (By Mr. Krumholz)  I see. So The Medical
240:10  Record -- Letter, excuse me, is a publication that
240:11  actually summarizes what is known about particular

240:12  medications that are in the marketplace?
240:13  A:  Yes. All the new ones, all the old ones,
240:14  comparisons of new with the old, costs, efficacy.
240:15  It's a continual review of the medications that are
240:16  coming out.
240:17  Q:  So, on one hand, The Medical Letter will
240:18  review any particular medication to discuss efficacy
240:19  or how well it works?
240:20  A:  Yeah, the studies that were used, the results
240:21  of those studies, conclusions based on that compared
240:22  to other drugs that are out there. That's my bible.
240:23  That's what I read more than anything or rely on more
240:24  than anything.
240:25  Q:  And if you don't read The Medical Letter, is
241:1  it important to at least have a source of information
241:2  like The Medical Letter --
241:3  A:  Sure.
241:4  Q:  -- to rely on so that you're getting accurate
241:5  and good information regarding the medications that
241:6  you prescribe?
241:7  A:  Yes.
241:8  Q:  Whether it's through looking at the label or
241:9  some other reliable information from an expert?
241:10  A:  Yes.
241:11  Q:  And then, on the other hand, I guess from
241:12  time to time The Medical Letter focuses on the safety
241:13  of any particular medication?
241:14  A:  They always do.
241:15  Q:  And if there's a debate out there in the
241:16  scientific or medical community about a medication,
241:17  they may have a piece on that medication to update
241:18  doctors or health care providers in that regard?
241:19  A:  Yes.
241:20  Q:  And do you recall reviewing any articles in
241:21  The Medical Letter that discussed COX-2 and
241:22  cardiovascular risks?
241:23  A:  Yes.
241:24  Q:  Do you recall that in or about the time that
241:25  the VIGOR study came out that -- when you discussed it
242:1  with plaintiff's counsel in your prior deposition?
242:2  A:  Yeah, I remember articles, you know, raising
242:3  a question about cardiovascular risks.
242:4  Q:  And that was a significant safety issue for
242:5  you in your practice?
242:6  A:  Yes.
242:7  Q:  Because COX-2s were important to your

**Vogeler Merck Exam alt**

|         |              |        |                                                    |         |
|---------|--------------|--------|----------------------------------------------------|---------|
|         |              | 242:8  | patients?                                          |         |
|         |              | 242:9  | A: Yes. I used a lot of them.                      |         |
|         |              | 242:10 | Q: And so you wanted to figure out whether         |         |
|         |              | 242:11 | indeed there was any cardiovascular risk and, to the |       |
|         |              | 242:12 | extent there was, what that risk might be so you could |     |
|         |              | 242:13 | weigh the benefits versus the risks of COX-2s?     |         |
|         |              | 242:14 | A: Yes.                                            |         |
|         |              | 242:15 | Q: And was that the kind of information that you   |         |
|         |              | 242:16 | would routinely discuss and provide to Nurse Olson? |        |
|         |              | 242:17 | A: Yes.                                            |         |
|         |              | 242:18 | Q: So you had discussions with Nurse Olson in      |         |
|         |              | 242:19 | that time frame about COX-2s and the extent to which |      |
|         |              | 242:20 | they may or may not see an increased risk of       |         |
|         |              | 242:21 | cardiovascular events?                             |         |

---

**27   242:23-243:7    Vogeler, Douglas 2006-08-30    00:00:37    Z30.27**

|         |        |                                                    |
|---------|--------|----------------------------------------------------|
|         | 242:23 | A: It's hard for me to remember specifically,      |
|         | 242:24 | but I believe I remember having a conversation over -- |
|         | 242:25 | after having read The Medical Letter, raising that |
|         | 243:1  | issue, and then when the pharmaceutical rep was in the |
|         | 243:2  | office, raising the issue with them. And Karen was  |
|         | 243:3  | there, so, again, it was kind of -- the response was |
|         | 243:4  | maybe it's just the absence of a COX-1 effect because |
|         | 243:5  | it's a purely COX-2, so just take a baby aspirin with |
|         | 243:6  | it and you'll have the benefit of both, was kind of |
|         | 243:7  | the conclusion.                                    |

---

**28   243:21-244:18    Vogeler, Douglas 2006-08-30    00:00:59    Z30.28**

|                      |        |                                                    |
|----------------------|--------|----------------------------------------------------|
|                      | 243:21 | Q: Yeah. Doctor, do you have Exhibit 18 in         |
|                      | 243:22 | front of you?                                      |
|                      | 243:23 | A: Yes, I do.                                      |
|                      | 243:24 | Q: And you recall that plaintiff's counsel         |
|                      | 243:25 | indicated to you that this was a copy of some call |
|                      | 244:1  | notes that were produced in this litigation?       |
|                      | 244:2  | A: Okay.                                           |
|                      | 244:3  | Q: If you could turn to page 15 of 18.             |
|                      | 244:4  | A: Okay.                                           |
| Link > VOG18.15.1    | 244:5  | Q: Do you see the entry that's dated December      |
|                      | 244:6  | 4th of 2001 where it says --                       |
|                      | 244:7  | A: Yes.                                            |
|                      | 244:8  | Q: -- Dr. Douglas Vogeler --                       |
|                      | 244:9  | A: Right.                                          |
|                      | 244:10 | Q: -- and it indicates that Nancy Nielsen          |
|                      | 244:11 | visited with you on that date. Do you see that?    |
|                      | 244:12 | A: Yes.                                            |
|                      | 244:13 | Q: And Nancy Nielsen is a Merck representative;    |
|                      | 244:14 | is that right?                                     |

**Vogeler Merck Exam alt**

|  |  |  |
|---|---|---|
| | 244:15 | A: Yes. |
| | 244:16 | Q: And that's someone who you know from your |
| | 244:17 | years practicing? |
| | 244:18 | A: Yes. |

| 29 | 245:1-246:23 | Vogeler, Douglas 2006-08-30      00:01:40 | Z30.29 |
|---|---|---|---|

|  |  |  |
|---|---|---|
| | 245:1 | Q: Well, you found her to be professional? |
| | 245:2 | A: Yes. |
| | 245:3 | Q: And courteous? |
| | 245:4 | A: Yes. |
| | 245:5 | Q: And would provide you information when you |
| | 245:6 | requested it? |
| | 245:7 | A: Sure. |
| | 245:8 | Q: And it indicates here -- and I think this |
| | 245:9 | refers to what you were talking about with respect to |
| | 245:10 | The Medical Letter regarding COX-2s and it says MI's. |
| | 245:11 | That means heart attacks, right? |
| Link > Hide | 245:12 | A: Right. |
| | 245:13 | Q: And do you recall a conversation with Nancy |
| | 245:14 | Nielsen where you gave her a copy of The Medical |
| | 245:15 | Letter regarding COX-2s and heart attacks? |
| | 245:16 | A: I don't recall that particular meeting, but |
| | 245:17 | it represents my recollection that I had read The |
| | 245:18 | Medical Letter, they had raised the issue of increased |
| | 245:19 | risk of heart attack and clotting factors, and I was |
| | 245:20 | asking them to explain that. So she wanted to see a |
| | 245:21 | copy of my Medical Letter that that came from, and it |
| | 245:22 | looks like I gave her one. |
| | 245:23 | Q: Okay. And that was the same information and |
| | 245:24 | topic that -- well, first of all, that's consistent |
| | 245:25 | with your recollection of a meeting with Nancy |
| | 246:1 | Nielsen, true? |
| | 246:2 | A: Well, not for her specifically, but it was |
| | 246:3 | some drug reps. I'm sure I brought it up with more |
| | 246:4 | than just Nancy. |
| | 246:5 | Q: But you recall bringing this issue and this |
| | 246:6 | article up with Merck representatives? |
| | 246:7 | A: Yes. |
| | 246:8 | Q: And this is sort of -- this record is |
| | 246:9 | consistent with that recollection -- |
| | 246:10 | A: Yes. |
| | 246:11 | Q: -- that you had read The Medical Letter and |
| | 246:12 | indeed had provided them a copy and discussed it with |
| | 246:13 | them? |
| | 246:14 | A: Yes. |
| | 246:15 | Q: And this was the same information that you |

|   |   |   |   |   |
|---|---|---|---|---|
| | | 246:16 | recall discussing with Nurse Olson in that same time | |
| | | 246:17 | frame? | |
| | | 246:18 | A: Yes. | |
| | | 246:19 | Q: And that same time frame would have been in | |
| | | 246:20 | and around December of 2001; is that right? | |
| | | 246:21 | A: Apparently, and probably the month or so | |
| | | 246:22 | before. | |
| | | 246:23 | (Exhibit No. 33 marked.) | |

---

| 30 | 247:5-248:8 | Vogeler, Douglas 2006-08-30 | 00:01:10 | Z30.30 |
|---|---|---|---|---|
| | 247:5 | Q: Is Exhibit 33 a copy of an article from The | |
| | 247:6 | Medical Letter entitled Cardiovascular Safety of COX-2 | |
| | 247:7 | Inhibitors? | |
| | 247:8 | A: Yes. | |
| | 247:9 | Q: And it's dated November 12 of 2001; is that | |
| | 247:10 | right? | |
| | 247:11 | A: Correct. | |
| | 247:12 | Q: And you indicated that, when we were talking | |
| | 247:13 | about your discussion with Nancy Nielsen, that indeed | |
| | 247:14 | you thought that discussion or your review of that | |
| | 247:15 | letter and discussion with Nurse Olson would have | |
| | 247:16 | occurred somewhere in November of 2001; is that right? | |
| | 247:17 | A: Correct. | |
| Link > VOG33.1 | 247:18 | Q: So is this, that is, Exhibit 33, The Medical | |
| | 247:19 | Letter article that you reviewed in November of 2001? | |
| | 247:20 | A: It appears to be. | |
| | 247:21 | Q: If you could review it and just confirm that | |
| | 247:22 | for us. | |
| | 247:23 | A: Well, it certainly is an article that came | |
| | 247:24 | out at that time frame that I would have raised issues | |
| | 247:25 | about more. I don't know if there were earlier | |
| | 248:1 | articles that also raised the issue. | |
| | 248:2 | Q: So what you're saying is -- | |
| | 248:3 | A: This certainly was one of them. | |
| Link > Hide | 248:4 | Q: -- you definitely saw Exhibit 33? | |
| | 248:5 | A: Yes, and this is, I'm sure, what I made a | |
| | 248:6 | copy of for her, for Nancy Nielsen. | |
| | 248:7 | Q: And this is what you would have discussed | |
| | 248:8 | with Nurse Olson as well? | |

---

| 31 | 248:10-249:22 | Vogeler, Douglas 2006-08-30 | 00:01:42 | Z30.31 |
|---|---|---|---|---|
| | 248:10 | A: Yes. | |
| Link > VOG33.1.2 | 248:11 | Q: (By Mr. Krumholz) If you look in the first | |
| | 248:12 | paragraph of this article it says, 'Increasing use of | |
| | 248:13 | rofecoxib (Vioxx) and celecoxib (Celebrex), both | |
| | 248:14 | selective inhibitors of COX-2 for treatment of | |
| | 248:15 | arthritis, has been accompanied by concerns that they | |

| | |
|---|---|
| | 248:16   may increase the risk of thrombotic cardiovascular |
| | 248:17   events.' Did I read that accurately? |
| | 248:18   A: Yes. |
| Link > Hide | 248:19   Q: And what it's saying there, as you understood |
| | 248:20   it, is that there was a concern out there that there |
| | 248:21   may be an increased risk of thrombotic cardiovascular |
| | 248:22   events in connection with the use of Celebrex and |
| | 248:23   Vioxx, right? |
| | 248:24   A: Yes. |
| | 248:25   Q: And that would include heart attacks and |
| | 249:1   strokes, possibly? |
| | 249:2   A: Yes. |
| | 249:3   Q: And so it was known in the medical community |
| | 249:4   that there were concerns that there was a potential |
| | 249:5   for that risk during this time frame? |
| | 249:6   A: Yes. |
| | 249:7   Q: And you understood that concern in that time |
| | 249:8   frame? |
| | 249:9   A: Yes. |
| | 249:10   Q: And Nurse Olson, per your discussions with |
| | 249:11   her, also understood those concerns at that time? |
| | 249:12   A: Yes. |
| Link > VOG33.1 | 249:13   Q: Do you see where this Medical Letter article |
| | 249:14   actually discusses VIGOR in the evidence section? |
| | 249:15   A: Yes. |
| Link > VOG33.1.3 | 249:16   Q: And it says, 'A recent safety study raised |
| | 249:17   concerns that selective COX-2 inhibitors may increase |
| | 249:18   the risk of thrombotic cardiovascular events.' |
| | 249:19   So, again, that was something that was well |
| | 249:20   known to the medical community at the time? |
| | 249:21   A: It was becoming known. It wasn't well known. |
| Link > Hide | 249:22   Q: Well, it was known by the time this came out? |

| | | | | |
|---|---|---|---|---|
| 32 | **249:24-250:3** | **Vogeler, Douglas 2006-08-30** | **00:00:13** | Z30.32 |

| | |
|---|---|
| | 249:24   Q: (By Mr. Krumholz) True? |
| | 249:25   A: I don't remember specifically in terms of the |
| | 250:1   time line how knowledgeable it was, but I think it was |
| | 250:2   more in the spring that it got to be pretty common |
| | 250:3   knowledge. |

| | | | | |
|---|---|---|---|---|
| 33 | **251:13-252:1** | **Vogeler, Douglas 2006-08-30** | **00:00:45** | Z30.33 |

| | |
|---|---|
| | 251:13   Q: We can go back and confirm that, but, |
| | 251:14   regardless, just focusing on the VIGOR study back in |
| | 251:15   November of 2001, you received The Medical Letter that |
| | 251:16   described the VIGOR results, true? |
| | 251:17   A: Yes. |
| | 251:18   Q: And the reason for the article, according to |

|  |  | 251:19 | this Exhibit 33, was that there was a concern at that |  |
|--|--|--------|------|--|
|  |  | 251:20 | time that COX-2s, both Celebrex and Vioxx, may |  |
|  |  | 251:21 | increase the risk of thrombotic cardiovascular events? |  |
| Link > Hide |  | 251:22 | A: Yes. |  |
|  |  | 251:23 | Q: And after this Medical Letter came out, |  |
|  |  | 251:24 | certainly the medical community was becoming aware of |  |
|  |  | 251:25 | that very issue that there may be a risk, true? |  |
|  |  | 252:1 | A: Yes. |  |

| 34 | 253:2-254:6 | Vogeler, Douglas 2006-08-30 | 00:01:30 | Z30.34 |
|----|-------------|------|---------|--------|
|  |  | 253:2 | Q: If you go down a |  |
|  |  | 253:3 | couple of sentences, it says, 'Serious thrombotic |  |
| Link > VOG33.1.5 |  | 253:4 | cardiovascular events occurred in 45 of 4047 patients, |  |
|  |  | 253:5 | which is 1.11 percent, who took rofecoxib,' or Vioxx, |  |
|  |  | 253:6 | 'and in 19 of 4029 patients or .47 percent taking |  |
|  |  | 253:7 | Naproxen.' Do you see that? |  |
| Link > Hide |  | 253:8 | A: Yes. |  |
|  |  | 253:9 | Q: What this meant to you as a family |  |
|  |  | 253:10 | practitioner was that there was an increase in the |  |
|  |  | 253:11 | rate of thrombotic events in the arm with patients |  |
|  |  | 253:12 | taking Vioxx versus the arm with patients taking |  |
|  |  | 253:13 | Naproxen? |  |
|  |  | 253:14 | A: Yes, but still small. |  |
|  |  | 253:15 | Q: And when you say small, what do you mean? |  |
|  |  | 253:16 | Can you tell us what -- you said that in your prior |  |
|  |  | 253:17 | deposition. |  |
|  |  | 253:18 | A: Well, one percent -- I mean, it's still |  |
|  |  | 253:19 | talking about one percent of patients that -- |  |
|  |  | 253:20 | actually, you're talking about half of that, so you're |  |
|  |  | 253:21 | talking about 19 out of 45. So you're still looking |  |
|  |  | 253:22 | at 26 patients out of 4,000 increased cardiovascular |  |
|  |  | 253:23 | events, which is probably half a percent, which is a |  |
|  |  | 253:24 | fairly -- |  |
|  |  | 253:25 | Q: This study had over 8,000 patients; is that |  |
|  |  | 254:1 | right? |  |
|  |  | 254:2 | A: Yes. |  |
|  |  | 254:3 | Q: And what this study told you, that is, the |  |
|  |  | 254:4 | VIGOR study, was that 26 more out of those 8,000 |  |
|  |  | 254:5 | patients had CV events on Vioxx as opposed to |  |
|  |  | 254:6 | Naproxen? |  |

| 35 | 254:8-254:9 | Vogeler, Douglas 2006-08-30 | 00:00:02 | Z30.35 |
|----|-------------|------|---------|--------|
|  |  | 254:8 | A: Correct. |  |
|  |  | 254:9 | Q:  (By Mr. Krumholz)  Is that right? |  |

| 36 | 254:11-254:11 | Vogeler, Douglas 2006-08-30 | 00:00:01 | Z30.36 |
|----|---------------|------|---------|--------|
|  |  | 254:11 | A: Yes. |  |

**Vogeler Merck Exam alt**

| 37 | 254:21-254:23 | Vogeler, Douglas 2006-08-30 | 00:00:07 | Z30.37 |

254:21 Q: This was well-known information in the
254:22 medical community within just a few months of November
254:23 of 2001, right?

| 38 | 254:25-255:1 | Vogeler, Douglas 2006-08-30 | 00:00:06 | Z30.38 |

254:25 A: Well, yeah, the articles they are citing is
255:1 the New England Journal of Medicine 2000.

| 39 | 255:11-255:14 | Vogeler, Douglas 2006-08-30 | 00:00:17 | Z30.39 |

255:11 Q: But by this time frame, it was well known in
255:12 the medical community that in VIGOR there was a higher
255:13 rate of thrombotic cardiovascular events in the Vioxx
255:14 arm as opposed to the Naproxen arm, true?

| 40 | 255:16-255:20 | Vogeler, Douglas 2006-08-30 | 00:00:12 | Z30.40 |

255:16 A: True.
255:17 Q: (By Mr. Krumholz) And so anyone keeping up
255:18 with the medical literature in that time would have
255:19 known that information, that is, anyone who is a
255:20 medical doctor or nurse practitioner?

| 41 | 255:23-256:3 | Vogeler, Douglas 2006-08-30 | 00:00:15 | Z30.41 |

255:23 A: Yes.
255:24 Q: (By Mr. Krumholz) Okay.
255:25 A: Again, at that stage of the information,
256:1 those people weren't on a baby aspirin, so the
256:2 question was whether you could explain it based on
256:3 their lack of taking an aspirin.

| 42 | 256:19-256:24 | Vogeler, Douglas 2006-08-30 | 00:00:22 | Z30.42 |

256:19 Q: So the state of the scientific knowledge at
256:20 the time, even given all of the VIGOR results, was
256:21 that there was a question, not a conclusion yet, but a
256:22 question as to whether or not COX-2s increased the
256:23 risk of thrombotic cardiovascular events, including
256:24 heart attacks, right?

| 43 | 257:1-257:6 | Vogeler, Douglas 2006-08-30 | 00:00:16 | Z30.43 |

257:1 A: Yes.
257:2 Q: (By Mr. Krumholz) So you and Nurse Olson,
257:3 based upon your discussions, knew it was a concern,
257:4 but the state of the medical evidence was that it was
257:5 insufficient to conclude that Vioxx increased the risk
257:6 of heart attacks?

| 44 | 257:8-257:14 | Vogeler, Douglas 2006-08-30 | 00:00:10 | Z30.44 |

257:8 Q: (By Mr. Krumholz) True?
257:9 A: Yes.
257:10 Q: And, indeed, that's why you were comfortable

|  |  |  |  |
|---|---|---|---|

257:11   still prescribing Vioxx?
257:12   A: Yes.
257:13   Q: And that's why you were comfortable with
257:14   Nurse Olson still prescribing Vioxx?

---

| 45 | 257:16-258:8 | Vogeler, Douglas 2006-08-30 | 00:00:41 | Z30.45 |
|---|---|---|---|---|

257:16   A: Yes.
257:17   Q:   (By Mr. Krumholz)   True?
257:18   A: True.
257:19   Q: And if you weren't comfortable with Nurse
257:20   Olson prescribing Vioxx, you would have told her?
257:21   A: Yes.
257:22   Q: And you wouldn't have allowed that with
257:23   respect to your patients?
257:24   A: Correct.
257:25   Q: But you felt like that you were aware of the
258:1    VIGOR study and had unbiased, independent analyses of
258:2    the VIGOR study that gave you an understanding of the
258:3    state of the literature and the scientific analyses
258:4    that had been done --
258:5    A: Yes.
258:6    Q: -- that provided you with the medical
258:7    evidence as opposed to conjecture as to what was
258:8    really going on with respect to COX-2s at the time?

---

| 46 | 258:10-258:10 | Vogeler, Douglas 2006-08-30 | 00:00:01 | Z30.46 |
|---|---|---|---|---|

258:10   A: Yes.

---

| 47 | 258:11-259:2 | Vogeler, Douglas 2006-08-30 | 00:00:37 | Z30.47 |
|---|---|---|---|---|

258:11   Q:   (By Mr. Krumholz)   Now, counsel talked to you
258:12   about VIGOR generally, but it was a 50-milligram test
258:13   with respect to Vioxx, true?
258:14   A: Yes.
258:15   Q: And dose is, of course, important with
258:16   respect to medications, right?
258:17   A: Yes.
258:18   Q: In other words, a high dose of one particular
258:19   medication may have an impact on patients that a lower
258:20   dose does not have?
258:21   A: Yes.
258:22   Q: That's well known and documented in the
258:23   medical community?
258:24   A: Yes.
258:25   Q: That's understood by physicians like you who
259:1    prescribe medications?
259:2    A: Certainly.

---

| 48 | 259:3-259:7 | Vogeler, Douglas 2006-08-30 | 00:00:11 | Z30.158 |
|---|---|---|---|---|

**Vogeler Merck Exam alt**

|  |  |  |  |  |
|---|---|---|---|---|
| | 259:3 | Q: And I think you'll probably remember this, | | |
| | 259:4 | but if you don't, you can go back to your medical | | |
| | 259:5 | record. Mr. Mason was prescribed 25-milligram Vioxx, | | |
| | 259:6 | true? | | |
| | 259:7 | A: Yes. | | |

---

| 49 | 262:23-263:1 | Vogeler, Douglas 2006-08-30      00:00:07 | Z30.48 |
|---|---|---|---|
| | 262:23 | Q: Actually, you indicated that drug reps came | |
| | 262:24 | to you when the VIGOR study came out and talked to you | |
| | 262:25 | about those results, right? | |
| | 263:1 | A: Yes. | |

---

| 50 | 263:11-264:1 | Vogeler, Douglas 2006-08-30      00:00:36 | Z30.49 |
|---|---|---|---|
| | 263:11 | Q: Now, you testified that you gave more weight | |
| | 263:12 | to medical literature like The Medical Letter when it | |
| | 263:13 | came to prescription medications. Do you recall that? | |
| | 263:14 | A: Yes. | |
| | 263:15 | Q: And I believe you also testified that you put | |
| | 263:16 | more weight on what's in a label or package insert for | |
| | 263:17 | any particular medication that you're prescribing as | |
| | 263:18 | well? | |
| | 263:19 | A: Yes. | |
| | 263:20 | Q: Between the label for medications and the | |
| | 263:21 | publications that you review and rely upon, do you | |
| | 263:22 | feel that you and Nurse Olson are able to safely | |
| | 263:23 | prescribe medications? | |
| | 263:24 | A: Sure. | |
| | 263:25 | Q: And did you feel that way the entire time | |
| | 264:1 | that Vioxx was on the market? | |

---

| 51 | 264:3-264:6 | Vogeler, Douglas 2006-08-30      00:00:05 | Z30.50 |
|---|---|---|---|
| | 264:3 | A: Yes. | |
| | 264:4 | Q:   (By Mr. Krumholz)  Did you feel that way as | |
| | 264:5 | to Vioxx while Vioxx was on the market? | |
| | 264:6 | A: Yes. | |

---

| 52 | 264:7-264:12 | Vogeler, Douglas 2006-08-30      00:00:12 | Z30.51 |
|---|---|---|---|
| | 264:7 | Q: I assume that you expect Nurse Olson to | |
| | 264:8 | keep up with the medical literature in connection with | |
| | 264:9 | medications -- | |
| | 264:10 | A: Yes. | |
| | 264:11 | Q: -- so that she can make good prescribing | |
| | 264:12 | decisions with respect to her patients? | |

---

| 53 | 264:14-264:21 | Vogeler, Douglas 2006-08-30      00:00:15 | Z30.52 |
|---|---|---|---|
| | 264:14 | A: Yes. | |
| | 264:15 | Q:   (By Mr. Krumholz)  In fact, your office had | |
| | 264:16 | the very Medical Letter with the discussion of | |
| | 264:17 | cardiovascular safety of COX-2 inhibitors available | |

**Vogeler Merck Exam alt**

|   |   |   |
|---|---|---|
| | 264:18 | for her to review -- |
| | 264:19 | A: Yes. |
| | 264:20 | Q: -- to the extent she chose to review it? |
| | 264:21 | A: Correct. |

---

| 54 | 265:7-265:14 | Vogeler, Douglas 2006-08-30      00:00:17 | Z30.53 |
|---|---|---|---|
| | 265:7 | Q: You had discussions with Nurse Olson with | |
| | 265:8 | or without a pharmaceutical rep about Exhibit 33 and | |
| | 265:9 | the issue of cardiovascular safety and COX-2 | |
| | 265:10 | inhibitors? | |
| | 265:11 | A: Yes, as far as I know. | |
| | 265:12 | Q: In late 2001, in that time frame? | |
| | 265:13 | A: Yes. | |
| | 265:14 | (Exhibit No. 34 marked.) | |

---

| 55 | 265:21-266:4 | Vogeler, Douglas 2006-08-30      00:00:30 | Z30.54 |
|---|---|---|---|
| | 265:21 | Q: Yes. Exhibit 34, the first page is a copy of | |
| | 265:22 | an envelope, together with a copy of a letter dated | |
| | 265:23 | April 2002 that attaches a new label for Vioxx. Do | |
| | 265:24 | you see that? | |
| | 265:25 | A: Yes. | |
| | 266:1 | Q: And -- first of all, do you recall receiving | |
| | 266:2 | Exhibit 34 in or about April of 2002? | |
| | 266:3 | A: It looks familiar, but I don't recall | |
| | 266:4 | specifically. | |

---

| 56 | 266:5-266:7 | Vogeler, Douglas 2006-08-30      00:00:13 | Z30.55 |
|---|---|---|---|
| | 266:5 | Q: Do you recall receiving a new label for Vioxx | |
| | 266:6 | from Merck in or about April of 2002 that included the | |
| | 266:7 | VIGOR information or discussed the VIGOR information? | |

---

| 57 | 266:9-266:10 | Vogeler, Douglas 2006-08-30      00:00:06 | Z30.56 |
|---|---|---|---|
| | 266:9 | A: Not specifically. I mean, it looks familiar, | |
| | 266:10 | but I can't recall. I get these all the time. | |

---

| 58 | 266:11-266:14 | Vogeler, Douglas 2006-08-30      00:00:11 | Z30.57 |
|---|---|---|---|
| | 266:11 | Q: (By Mr. Krumholz) Are you confident that you | |
| | 266:12 | at some point reviewed the new Vioxx label that came | |
| | 266:13 | out in April of 2002 and contained the VIGOR | |
| | 266:14 | information? | |

---

| 59 | 266:16-266:24 | Vogeler, Douglas 2006-08-30      00:00:16 | Z30.58 |
|---|---|---|---|
| | 266:16 | A: I would say I probably had. | |
| | 266:17 | Q: (By Mr. Krumholz) If you knew there was a | |
| | 266:18 | label -- a new package insert or label that came out | |
| | 266:19 | with important safety information like that that was | |
| | 266:20 | described in the VIGOR study, you would have reviewed | |
| | 266:21 | it? | |
| | 266:22 | A: Yes. | |

|   |   |   |   |
|---|---|---|---|
| | | 266:23 | Q: And so you're confident that you reviewed |
| | | 266:24 | this label when it was published? |

---

| 60 | 267:1-267:2 | Vogeler, Douglas 2006-08-30    00:00:04 | Z30.59 |
|---|---|---|---|
| | | 267:1 | A: Yes, I probably have. Like I said, I just |
| | | 267:2 | don't specifically recall it. |

---

| 61 | 268:15-268:17 | Vogeler, Douglas 2006-08-30    00:00:07 | Z30.60 |
|---|---|---|---|
| | | 268:15 | Q: (By Mr. Krumholz)  So do you have any reason |
| | | 268:16 | to dispute that you received Exhibit 34 if Merck's |
| | | 268:17 | records do indeed show that they sent it it to you? |

---

| 62 | 268:19-269:3 | Vogeler, Douglas 2006-08-30    00:00:25 | Z30.61 |
|---|---|---|---|
| | | 268:19 | A: I have no reason to dispute it. |
| Link > VOG34.1 | | 268:20 | Q: (By Mr. Krumholz)  On the very front of the |
| | | 268:21 | envelope of this letter that was sent, it says, |
| | | 268:22 | 'Important prescribing information.' Do you see that? |
| Link > Hide | | 268:23 | A: Yes. |
| | | 268:24 | Q: And so it calls your attention -- a doctor's |
| | | 268:25 | attention or nurse practitioner's attention to the |
| | | 269:1 | fact that the envelope actually contains important |
| | | 269:2 | prescribing information, right? |
| | | 269:3 | A: Yes. |

---

| 63 | 269:19-271:6 | Vogeler, Douglas 2006-08-30    00:01:27 | Z30.62 |
|---|---|---|---|
| | | 269:19 | Q: First of all, it does say 'Important |
| | | 269:20 | prescribing information' on the front of Exhibit 34, |
| | | 269:21 | true? |
| | | 269:22 | A: Yes. |
| Link > VOG34.2 | | 269:23 | Q: Then the second page of Exhibit 34 is a |
| | | 269:24 | letter dated April 2002, right, the second page? |
| | | 269:25 | A: Well, it's my first page. Oh, is there |
| | | 270:1 | another page? Oh, yes. |
| | | 270:2 | Q: So the second page -- |
| | | 270:3 | A: Yes. |
| | | 270:4 | Q: -- is a letter dated April 2002, and it's |
| | | 270:5 | again entitled 'Important prescribing information,' |
| | | 270:6 | right? |
| | | 270:7 | A: Right. |
| | | 270:8 | Q: And in the second paragraph it says -- well, |
| Link > VOG34.2.1 | | 270:9 | first paragraph it says, 'Merck & Co. would like to |
| | | 270:10 | bring to your attention recent changes to the current |
| | | 270:11 | prescribing information and patient product |
| | | 270:12 | information for Vioxx.' Do you see that? |
| | | 270:13 | A: Yes. |
| Link > VOG34.2.5 | | 270:14 | Q: And then it goes down and in the second |
| | | 270:15 | paragraph says, 'The prescribing information has been |
| | | 270:16 | revised to reflect the results of the Vioxx |

|  | | |
|---|---|---|

270:17 Gastrointestinal Outcome Research study and the FDA
270:18 approval for Vioxx for relief of the signs and
270:19 symptoms of rheumatoid arthritis in adults.' Do you
270:20 see that?
Link > Hide
270:21 A: Yes.
270:22 Q: So you would have understood when you
270:23 received this that this letter and the attached label
270:24 was an update to the prescribing information?
270:25 A: Yes.
271:1 Q: And it was an update concerning the VIGOR
271:2 study that we have been talking about, right?
271:3 A: Yes.
271:4 Q: And, in fact, it goes down and it discusses
271:5 the VIGOR study, does it not?
271:6 A: Yes.

---

**64    273:1-273:21    Vogeler, Douglas 2006-08-30    00:01:00    Z30.63**

Link > VOG34.3.4
273:1 Q: And then it says, 'Other safety findings:
273:2 Cardiovascular safety' at the bottom of page 2 of that
273:3 letter. Do you see that?
273:4 A: Yes.
Link > VOG34.3.5
273:5 Q: It says, 'The VIGOR study showed a higher
273:6 incidence of adjudicated serious cardiovascular
273:7 thrombotic events in patients treated with Vioxx, 50
273:8 milligrams, once daily as compared to patients treated
273:9 with Naproxen, 500 milligrams, twice daily.' Do you
273:10 see that?
273:11 A: Yes.
273:12 Q: It actually references you to a table that
Link > VOG34.4
273:13 confirms those numbers. Do you see that on the next
273:14 page, the table?
273:15 A: Yes.
Link > Hide
273:16 Q: And so not only was Merck, through Exhibit
273:17 34, informing health care providers like you and Nurse
273:18 Olson of the benefits that were shown by the VIGOR
273:19 study, they were also outlining in a letter and the
273:20 attached label exactly what cardiovascular safety
273:21 issues arose in connection with that study, right?

---

**65    273:23-274:7    Vogeler, Douglas 2006-08-30    00:00:23    Z30.64**

273:23 A: Yes.
273:24 Q: (By Mr. Krumholz) In fact, if you had read
273:25 this in or about April of 2002, you would have
274:1 understood that there was a difference between the
274:2 number of events that occurred in connection with
274:3 Vioxx as compared to the number of events that
274:4 occurred with respect to Naproxen?

**Vogeler Merck Exam alt**

|        |              |                                                                                      |        |
|--------|--------------|--------------------------------------------------------------------------------------|--------|
|        | 274:5        | A: I already knew that.                                                               |        |
|        | 274:6        | Q: You already knew that in November of 2001?                                         |        |
|        | 274:7        | A: Right.                                                                             |        |
| 66     | 275:2-275:11 | Vogeler, Douglas 2006-08-30      00:00:17                                             | Z30.65 |

275:2    Q:   (By Mr. Krumholz)  But the state of the
275:3    scientific information that you had seen was that
275:4    there was a debate, a question in the scientific
275:5    community as to why there was a difference?
275:6    A: Right.
275:7    Q: And because it wasn't a placebo controlled
275:8    study, it could have been for a host of reasons?
275:9    A: Correct.
275:10   Q: In other words, it could have been by chance,
275:11   on the one hand?

| 67 | 275:13-276:11 | Vogeler, Douglas 2006-08-30      00:00:46 | Z30.66 |
|----|---------------|-------------------------------------------|--------|

275:13   A: Yeah, I don't know what the statistical
275:14   significance was on it.
275:15   Q:   (By Mr. Krumholz)  On the other hand, it
275:16   could have been as a result of Naproxen, that is, the
275:17   cardioprotective theory --
275:18   A: Right.
275:19   Q: -- or it could have been because of the class
275:20   effect with respect to COX-2s --
275:21   A: Correct.
275:22   Q: -- or it could have been an effect in
275:23   connection with Vioxx?
275:24   A: Correct.
275:25   Q: And the reality was that the scientific
276:1    community and the medical communities just didn't know
276:2    at that point?
276:3    A: Yes.
276:4    Q: It didn't have sufficient medical evidence to
276:5    demonstrate that the clinical trials were in any way
276:6    wrong in connection with the safety profile of Vioxx?
276:7    A: Correct.
276:8    Q: In other words, you still had to rely on the
276:9    clinical trials that were done for approval purposes
276:10   until there was sufficient evidence to suggest
276:11   otherwise?

| 68 | 276:13-276:17 | Vogeler, Douglas 2006-08-30      00:00:04 | Z30.67 |
|----|---------------|-------------------------------------------|--------|

276:13   Q:   (By Mr. Krumholz)  That was your
276:14   understanding?
276:15   A: Yes.
276:16   Q: And that was the information available to you

| | | 276:17 | and your office? | | |
|---|---|---|---|---|---|
| 69 | 276:19-277:2 | Vogeler, Douglas 2006-08-30 | 00:00:20 | | Z30.68 |
| | | 276:19 | A: Yes. | | |
| | | 276:20 | Q:   (By Mr. Krumholz)   And you mentioned that you | | |
| | | 276:21 | had already known this information as of April 2002, | | |
| | | 276:22 | right? | | |
| | | 276:23 | A: Yes. | | |
| | | 276:24 | Q: But it was important or good for Merck to | | |
| | | 276:25 | provide this information about the new label that had | | |
| | | 277:1 | been approved by the FDA? | | |
| | | 277:2 | A: Sure. | | |
| 70 | 277:8-277:10 | Vogeler, Douglas 2006-08-30 | 00:00:07 | | Z30.69 |
| | | 277:8 | Q:   (By Mr. Krumholz)   You know that all labels | | |
| | | 277:9 | and package inserts for medications are first approved | | |
| | | 277:10 | by the FDA? | | |
| 71 | 277:12-277:15 | Vogeler, Douglas 2006-08-30 | 00:00:03 | | Z30.70 |
| | | 277:12 | A: Yes. | | |
| | | 277:13 | Q:   (By Mr. Krumholz)   You have that | | |
| | | 277:14 | understanding as a medical doctor? | | |
| | | 277:15 | A: Yes. | | |
| 72 | 277:17-278:2 | Vogeler, Douglas 2006-08-30 | 00:00:28 | | Z30.71 |
| | | 277:17 | Q:   (By Mr. Krumholz)   So it was important for | | |
| | | 277:18 | you to see the label and the changes to the package | | |
| | | 277:19 | insert in April of 2002 to understand what the FDA | | |
| | | 277:20 | believed should be communicated to medical doctors? | | |
| | | 277:21 | A: Correct. | | |
| | | 277:22 | Q: And in that regard, it was important in | | |
| | | 277:23 | connection with this cardiovascular safety profile at | | |
| | | 277:24 | the bottom of page 2 of this letter for Merck to state | | |
| | | 277:25 | what the actual safety data was in connection with | | |
| | | 278:1 | VIGOR? | | |
| | | 278:2 | A: Yes. | | |
| 73 | 278:13-278:25 | Vogeler, Douglas 2006-08-30 | 00:00:36 | | Z30.72 |
| | | 278:13 | Q: So if you look at the second paragraph -- | | |
| | | 278:14 | first paragraph under Cardiovascular Safety, the last | | |
| Link > VOG34.3.2 | | 278:15 | sentence, it says, 'This finding,' that is, the higher | | |
| | | 278:16 | incidence we talked about of CV events, 'was largely | | |
| | | 278:17 | due to a difference in the incidence of myocardial | | |
| | | 278:18 | infarction between the groups.' Did I read that | | |
| | | 278:19 | accurately? | | |
| Link > Hide | | 278:20 | A: Yes. | | |
| | | 278:21 | Q: And so what doctors and health care providers | | |
| | | 278:22 | like Nurse Olson would have known if they had read | | |
| | | 278:23 | this is that the difference largely appeared in | | |

**Vogeler Merck Exam alt**

|       |              |                                                                         |          |
|-------|--------------|-------------------------------------------------------------------------|----------|
|       |              | 27824  connection with patients who had myocardial                      |          |
|       |              | 27825  infarctions?                                                      |          |

| 74 | 279:2-279:8 | Vogeler, Douglas 2006-08-30    00:00:09 | Z30.73 |

279:2  Q:  (By Mr. Krumholz)  True?
279:3  A:  Yes.
279:4  Q:  And heart attacks -- which is the same thing
279:5  as heart attacks, as you understand it?
279:6  A:  Yes.
279:7  Q:  You use those terms interchangeably?
279:8  A:  Yes.

| 75 | 281:5-281:19 | Vogeler, Douglas 2006-08-30    00:00:37 | Z30.74 |

281:5  Q:  (By Mr. Krumholz)  Now, do you understand
281:6  that there's a difference between an association with
281:7  a drug versus causation? Have you heard that before?
281:8  A:  Yes. Sure.
281:9  Q:  In other words, just because an event happens
281:10  while somebody is taking a medication doesn't
281:11  necessarily mean that that medication caused that
281:12  event, right?
281:13  A:  Right.
281:14  Q:  And for anyone, whether it's plaintiff's
281:15  counsel or Merck's counsel, to stand up and say
281:16  there's an association between an event and any
281:17  particular medication, including Vioxx, that would be
281:18  wrong to suggest that that means that there
281:19  necessarily was a causative relationship, right?

| 76 | 281:21-282:15 | Vogeler, Douglas 2006-08-30    00:00:46 | Z30.75 |

281:21  A:  Yes.
281:22  Q:  (By Mr. Krumholz)  To determine if there's a
281:23  causative relationship, you have to do much more than
281:24  just determine if somebody was taking a medication
281:25  while they had a particular event, right?
282:1  A:  Yes.
282:2  Q:  In other words, a host of folks in your
282:3  practice take medications each and every day, right?
282:4  A:  Sure.
282:5  Q:  And they have sinus infections, heart
282:6  disease, back problems, a whole host of issues that
282:7  they confront, right?
282:8  A:  Yes.
282:9  Q:  And you don't -- and while there is an
282:10  association between any particular patient and the
282:11  medications they are taking, that is, with the
282:12  diseases that they confront and the medications they

| | | |
|---|---|---|
| | 282:13 | are taking, it doesn't mean that the medications are |
| | 282:14 | causing those problems or diseases, right? |
| | 282:15 | A: Right. |

---

**77    283:9-284:18    Vogeler, Douglas 2006-08-30    00:01:34    Z30.76**

|  | | |
|---|---|---|
| | 283:9 | Q: But, regardless, despite the fact that an |
| | 283:10 | association doesn't necessarily mean that it was |
| | 283:11 | caused, it was prudent for Merck to go ahead and tell |
| | 283:12 | doctors the types of cardiovascular events that |
| | 283:13 | occurred while people happened to be taking their |
| | 283:14 | drug? |
| | 283:15 | A: Correct. |
| | 283:16 | Q: That was a prudent thing for the |
| | 283:17 | pharmaceutical company to do? |
| | 283:18 | A: Yes. |
| | 283:19 | Q: That's a good thing? |
| | 283:20 | A: Yes. |
| | 283:21 | Q: Now, it also directs the folks who read this |
| | 283:22 | letter and received it to the precaution section of |
| | 283:23 | cardiovascular effects. Do you see that? |
| | 283:24 | A: Where are we looking now? |
| Link > VOG34.3.7 | 283:25 | Q: The same paragraph at the bottom. It just |
| | 284:1 | says, 'See precautions, Cardiovascular Effects.' Do |
| | 284:2 | you see that? At the end of that paragraph. |
| Link > Hide | 284:3 | A: Oh, yes. |
| | 284:4 | Q: So it refers you to the actual precaution |
| | 284:5 | section contained in the label, right? |
| | 284:6 | A: Yes. |
| | 284:7 | Q: And, of course, it's prudent for health care |
| | 284:8 | providers to review the precautions section to |
| | 284:9 | determine important prescribing information or safety |
| | 284:10 | issues -- |
| | 284:11 | A: Yes. |
| | 284:12 | Q: -- or to review information like what's |
| | 284:13 | contained in The Medical Letter to become aware of |
| | 284:14 | what's in the precautions section, true? |
| | 284:15 | A: Yes. |
| | 284:16 | Q: And, likewise, you would want to look at the |
| | 284:17 | warning section as well, correct? |
| | 284:18 | A: Yes. |

---

**78    286:3-286:7    Vogeler, Douglas 2006-08-30    00:00:11    Z30.77**

| | | |
|---|---|---|
| | 286:3 | Q: (By Mr. Krumholz)  Let me see if I make sure |
| | 286:4 | I understand this. You would have looked at Exhibit |
| | 286:5 | 34 when you received it to determine what sort of |
| | 286:6 | information it contained? |
| | 286:7 | A: Right. |

---

**Vogeler Merck Exam alt**

| | | | |
|---|---|---|---|
| 79 | 286:9-286:20 | Vogeler, Douglas 2006-08-30   00:00:26 | Z30.78 |

286:9   Q:   (By Mr. Krumholz)   True?
286:10   A:  Yes.
286:11   Q:  And you would have determined if it was
286:12   information that you believed you had already become
286:13   aware of in connection with Vioxx, true?
286:14   A:  Yes. Yes.
286:15   Q:  And you -- and given what we've talked about
286:16   that's contained in Exhibit 34, you would have
286:17   realized quickly that the same information was
286:18   contained in The Medical Letter that is Exhibit 33
286:19   that you had already reviewed?
286:20   A:  Yes.

| | | | |
|---|---|---|---|
| 80 | 286:22-287:2 | Vogeler, Douglas 2006-08-30   00:00:15 | Z30.79 |

286:22   Q:   (By Mr. Krumholz)   And other information in
286:23   medical information concerning VIGOR and Vioxx?
286:24   A:  Yeah. Well, like I said, I would have looked
286:25   at it and said, yeah, okay, I know what they're
287:1   talking about. Now the FDA is involved so now there's
287:2   an official response.

| | | | |
|---|---|---|---|
| 81 | 287:8-287:11 | Vogeler, Douglas 2006-08-30   00:00:09 | Z30.80 |

287:8   Q:  If you did not feel that
287:9   Nurse Olson had appreciated the VIGOR study as of
287:10   April of 2002, you would have shared Exhibit 34?
287:11   A:  Yes.

| | | | |
|---|---|---|---|
| 82 | 287:12-287:19 | Vogeler, Douglas 2006-08-30   00:00:21 | Z30.81 |

287:12   Q:  And, in fact, you mentioned summary form. Do
287:13   you recall that, that it would be easier --
287:14   A:  Yes, to summarize it.
287:15   Q:  And that's, you understand, what was
287:16   attempted to be done in connection with this April
287:17   2002 letter, that is, to summarize the results of
287:18   VIGOR and what's been incorporated into the label?
287:19   A:  There's still a lot of information in there.

| | | | |
|---|---|---|---|
| 83 | 287:20-288:3 | Vogeler, Douglas 2006-08-30   00:00:22 | Z30.82 |
| Link > VOG34.7 | | | |

287:20   Q:  Then in the attachment, the attachment is
287:21   actually highlighted. Do you see that? When I'm
287:22   talking about the attachment, I'm talking about the
287:23   patient information sheet.
287:24   A:  Uh-huh (affirmative).
287:25   Q:  And the label is actually highlighted to
288:1   highlight the changes that have been made to the
288:2   label. Do you see that?
Link > Hide   288:3   A:  Yes.

**Vogeler Merck Exam alt**

| | | | | |
|---|---|---|---|---|
| 84 | 288:7-288:11 | Vogeler, Douglas 2006-08-30 | 00:00:09 | Z30.83 |

288:7   Q: And that's what you would want a
288:8   pharmaceutical company to do, to highlight any
288:9   important changes that have been made to the label,
288:10   true?
288:11   A: Yes.

| | | | | |
|---|---|---|---|---|
| 85 | 289:13-290:1 | Vogeler, Douglas 2006-08-30 | 00:00:35 | Z30.84 |

Link > VOG34.8

289:13   Q: And then if you go on to the second page and
289:14   the right-hand column, second page of the package
289:15   insert, do you see the right-hand column contains a
289:16   lot of highlighting?
289:17   A: Yes.
289:18   Q: And it talks about the VIGOR study in detail,
289:19   in a manner that's more detailed, than the summary
289:20   that was provided in a letter that precedes the label.
289:21   Do you see that?

Link > Hide

289:22   A: Yes.
289:23   Q: And that's what you would want a
289:24   pharmaceutical company to do, to include the results
289:25   in the label itself so that people like yourself can
290:1   read it?

| | | | | |
|---|---|---|---|---|
| 86 | 290:3-290:3 | Vogeler, Douglas 2006-08-30 | 00:00:01 | Z30.85 |

290:3   A: Yes.

| | | | | |
|---|---|---|---|---|
| 87 | 292:4-292:8 | Vogeler, Douglas 2006-08-30 | 00:00:16 | Z30.86 |

292:4   Q: So you would agree that via Exhibit 34, this
292:5   letter and the new package insert or label, Merck
292:6   communicated both good news regarding gastrointestinal
292:7   benefits and the CV risks or findings that were found
292:8   in VIGOR, true?

| | | | | |
|---|---|---|---|---|
| 88 | 292:10-292:24 | Vogeler, Douglas 2006-08-30 | 00:00:50 | Z30.87 |

292:10   A: Yes.
292:11   Q: (By Mr. Krumholz)  And if you read that
292:12   information, you would have understood the results of
292:13   the VIGOR study?
292:14   A: Yes.
292:15   Q: And that's exactly the sort of thing or the
292:16   sorts of things that you would want a company like
292:17   Merck to disclose to prescribing physicians and nurse
292:18   practitioners?
292:19   A: Yes.
292:20   Q: Now, I assume that you, as a person who
292:21   allows Nurse Olson to treat your patients, would
292:22   expect Nurse Olson to review whatever information was
292:23   necessary to gain the information that's contained in

**Vogeler Merck Exam alt**

| | | | | | |
|---|---|---|---|---|---|
| | | 292:24 | Exhibit 34? | | |

| | | | | | |
|---|---|---|---|---|---|
| 89 | **293:1-293:13** | Vogeler, Douglas 2006-08-30 | 00:00:19 | | Z30.88 |

293:1  Q:  (By Mr. Krumholz)   True?
293:2  A:  Ideally, yes.
293:3  Q:  You would want her to do it either through
293:4  review of medical literature or reviewing the actual
293:5  label itself?
293:6  A:  Yes.
293:7  Q:  And that's what you expect of her in your
293:8  practice?
293:9  A:  Yes.
293:10  Q:  And that's what you expect of yourself?
293:11  A:  Yes.
293:12  Q:  And that's what you expect of all physicians
293:13  who treat patients who prescribe medications?

| | | | | | |
|---|---|---|---|---|---|
| 90 | **293:15-293:19** | Vogeler, Douglas 2006-08-30 | 00:00:11 | | Z30.89 |

293:15  A:  Yes.
293:16  Q:  (By Mr. Krumholz)   Now, if you could pull out
293:17  Exhibit 21 for a minute, the New England Journal of
293:18  Medicine article.
293:19  A:  Yes.

| | | | | | |
|---|---|---|---|---|---|
| 91 | **294:11-294:16** | Vogeler, Douglas 2006-08-30 | 00:00:19 | | Z30.159 |

294:11  Q:  Let me ask you this: Are you familiar with
294:12  how studies generally are funded from time to time?
294:13  Do you pay attention to that from time to time?
294:14  A:  I know drug companies fund studies.
294:15  Q:  Is that unusual in the medical community for
294:16  drug companies to fund studies?

| | | | | | |
|---|---|---|---|---|---|
| 92 | **294:18-295:1** | Vogeler, Douglas 2006-08-30 | 00:00:21 | | Z30.160 |

294:18  A:  No, that's fairly common.
294:19  Q:  (By Mr. Krumholz)   Is that a good thing?
294:20  A:  Somebody's got to pay for it.
294:21  Q:  Is it a good thing to perform studies on
294:22  medications to determine benefits and risks?
294:23  A:  Yes.
294:24  Q:  So would you consider that to be a prudent
294:25  thing for drug companies to do?
295:1  A:  Yes.

| | | | | | |
|---|---|---|---|---|---|
| 93 | **295:15-296:13** | Vogeler, Douglas 2006-08-30 | 00:00:46 | | Z30.90 |

295:15  Q:  And as a result, you want those studies and
295:16  the data from those studies to be reported to the FDA?
295:17  A:  Correct.
295:18  Q:  And you want the FDA to be the filter or
295:19  screener of what should be communicated to the

| | | | | |
|---|---|---|---|---|
| | 295:20 | physicians? | | |
| | 295:21 | A: Yes. | | |
| | 295:22 | Q: And likewise, you would want the journals | | |
| | 295:23 | that they are published in to also be a filter? | | |
| | 295:24 | A: Yes. | | |
| | 295:25 | Q: And as a result, you go to journals that you | | |
| | 296:1 | respect like The Medical Letter so that you can gain | | |
| | 296:2 | what you believe is objective, unbiased information? | | |
| | 296:3 | A: Yes. | | |
| | 296:4 | Q: And you believe you did that with respect to | | |
| | 296:5 | VIGOR? | | |
| | 296:6 | A: Yes. Well, yes. | | |
| | 296:7 | Q: And you believe you did that in a manner that | | |
| | 296:8 | allowed you to safely prescribe Vioxx in 2001 and | | |
| | 296:9 | 2002? | | |
| | 296:10 | A: Yes. | | |
| | 296:11 | Q: And you feel that Nurse Olson and everyone | | |
| | 296:12 | else in your practice did the same thing in that | | |
| | 296:13 | regard? | | |

| | | | | |
|---|---|---|---|---|
| 94 | 296:15-296:15 | Vogeler, Douglas 2006-08-30    00:00:01 | | Z30.91 |
| | 296:15 | A: Yes. | | |

| | | | | |
|---|---|---|---|---|
| 95 | 296:16-296:18 | Vogeler, Douglas 2006-08-30    00:00:04 | | Z30.92 |
| | 296:16 | Q:   (By Mr. Krumholz)   You would be disappointed | | |
| | 296:17 | if they didn't do that? | | |
| | 296:18 | A: Yes. | | |

| | | | | |
|---|---|---|---|---|
| 96 | 296:19-297:20 | Vogeler, Douglas 2006-08-30    00:01:04 | | Z30.93 |
| | 296:19 | Q: Now, another topic that was discussed in | | |
| | 296:20 | connection with Exhibit 21, or the VIGOR article, was | | |
| | 296:21 | whether or not the CV data was prominently displayed. | | |
| | 296:22 | Do you recall that generally about whether it was | | |
| | 296:23 | contained in the conclusion of the abstract? | | |
| | 296:24 | A: I don't recall. | | |
| Link > VOG21.1 | 296:25 | Q: But do you see that there's -- regardless, do | | |
| | 297:1 | you see that there's an abstract in the left-hand | | |
| | 297:2 | column of Exhibit 21? | | |
| | 297:3 | A: Yes. | | |
| | 297:4 | Q: And an abstract is actually a summary, right? | | |
| | 297:5 | A: Yes. | | |
| | 297:6 | Q: It's a summary so that doctors like you or | | |
| | 297:7 | nurses can go to it and quickly look at what was | | |
| | 297:8 | studied, how it was studied, the results of the study, | | |
| | 297:9 | correct? | | |
| | 297:10 | A: Correct. | | |
| | 297:11 | Q: And it's not very long, is it? | | |

**Vogeler Merck Exam alt**

|  |  |  |
|---|---|---|
| | 297:12 | A: No. |
| | 297:13 | Q: In fact, it's less than a full column on that |
| | 297:14 | particular article, right? |
| Link > Hide | 297:15 | A: Yes. |
| | 297:16 | Q: And so if you were reviewing it, if a medical |
| | 297:17 | doctor or nurse practitioner were reviewing that |
| | 297:18 | article, it would be prudent to look at the whole |
| | 297:19 | summary and not just a portion of it? |
| | 297:20 | A: Yes. |

---

| 97 | 298:9-298:20 | Vogeler, Douglas 2006-08-30    00:00:34 | Z30.94 |
|---|---|---|---|
| | 298:9 | Q: I just want you to read that |
| | 298:10 | sentence that you were talking about, the last |
| | 298:11 | sentence regarding the CV events in VIGOR. |
| | 298:12 | A: That was in the results section. |
| | 298:13 | Q: Right. |
| Link > VOG21.1.2 | 298:14 | A: It says, 'The incidence of myocardial |
| | 298:15 | infarction was lower among patients in the Naproxen |
| | 298:16 | group than among those in the rofecoxib group (.1 |
| | 298:17 | percent versus .4 percent; relative risk .2; 95 |
| | 298:18 | percent confidence interval, .1 to .7);   the overall |
| | 298:19 | mortality rate and the rate of death from the |
| Link > Hide | 298:20 | cardiovascular causes were similar in the two groups.' |

---

| 98 | 298:21-299:3 | Vogeler, Douglas 2006-08-30    00:00:27 | Z30.95 |
|---|---|---|---|
| | 298:21 | Q: So if a medical professional, a nurse or a |
| | 298:22 | doctor, were reading the abstract, the short summary |
| | 298:23 | of this article, they would be able to determine that, |
| | 298:24 | indeed, in the VIGOR arm of the study, there was an |
| | 298:25 | approximate fourfold increase in the number of heart |
| | 299:1 | attacks as compared to the Naproxen arm, true? |
| | 299:2 | A: Yeah, other than the next sentence kind of |
| | 299:3 | nullifies that a little bit. |

---

| 99 | 299:4-299:10 | Vogeler, Douglas 2006-08-30    00:00:15 | Z30.96 |
|---|---|---|---|
| | 299:4 | Q: Well, that's in connection with mortality. |
| | 299:5 | That's death, not heart attacks, right? |
| | 299:6 | A: Not incidents, right. |
| | 299:7 | Q: So it doesn't nullify it at all. It just |
| | 299:8 | simply says that the mortality rate was the same, but, |
| | 299:9 | in fact, there was approximately a fourfold increase |
| | 299:10 | in MI's, right? |

---

| 100 | 299:12-299:12 | Vogeler, Douglas 2006-08-30    00:00:01 | Z30.97 |
|---|---|---|---|
| | 299:12 | Q:   (By Mr. Krumholz)   True? |

---

| 101 | 299:14-299:19 | Vogeler, Douglas 2006-08-30    00:00:14 | Z30.98 |
|---|---|---|---|
| | 299:14 | A: Yes. |
| | 299:15 | Q:   (By Mr. Krumholz)   And that's exactly what |

|  |  |  |  |
|---|---|---|---|
|  | 299:16 | you have discerned from that summary when you -- if it | |
|  | 299:17 | had been presented to you and you read it back in 2000 | |
|  | 299:18 | or 2001? | |
|  | 299:19 | A:  Yes. | |

| 102 | 299:20-299:23 | Vogeler, Douglas 2006-08-30    00:00:11 | Z30.99 |
|---|---|---|---|
|  | 299:20 | Q:  And from a medical doctor's perspective, do | |
|  | 299:21 | you think that this data regarding the CV risk is | |
|  | 299:22 | prominent enough for a medical doctor to read and | |
|  | 299:23 | understand? | |

| 103 | 299:25-299:25 | Vogeler, Douglas 2006-08-30    00:00:00 | Z30.100 |
|---|---|---|---|
|  | 299:25 | A:  Yes. | |

| 104 | 300:23-301:6 | Vogeler, Douglas 2006-08-30    00:00:23 | Z30.101 |
|---|---|---|---|
| Link > Hide | | | |
|  | 300:23 | Q:  So what this was telling you was that | |
|  | 300:24 | I believe you indicated in your | |
|  | 300:25 | last deposition, and I'll pull out your testimony if | |
|  | 301:1 | you need it, but that this Naproxen theory, that | |
|  | 301:2 | Naproxen and other NSAIDs may be cardioprotective was | |
|  | 301:3 | not a new theory, right? | |
|  | 301:4 | A:  Yes. | |
|  | 301:5 | Q:  That was something that you knew about long | |
|  | 301:6 | before Vioxx was even on the market, right? | |

| 105 | 301:8-301:19 | Vogeler, Douglas 2006-08-30    00:00:24 | Z30.102 |
|---|---|---|---|
|  | 301:8 | A:  Sure. | |
|  | 301:9 | Q:   (By Mr. Krumholz)  This was not something | |
|  | 301:10 | that Merck imagined and came up with, right? | |
|  | 301:11 | A:  Correct. | |
|  | 301:12 | Q:  This was something that medical doctors had | |
|  | 301:13 | talked about and the scientific community had debated | |
|  | 301:14 | for years? | |
|  | 301:15 | A:  Yes. | |
|  | 301:16 | Q:  So all this was saying was that these results | |
|  | 301:17 | were consistent with that notion that it may be | |
|  | 301:18 | cardioprotective, but further analysis is needed; is | |
|  | 301:19 | that right? | |

| 106 | 301:21-301:23 | Vogeler, Douglas 2006-08-30    00:00:04 | Z30.103 |
|---|---|---|---|
|  | 301:21 | A:  Yes. | |
|  | 301:22 | Q:   (By Mr. Krumholz)  And that was your | |
|  | 301:23 | understanding at the time that this study came out? | |

| 107 | 301:25-302:4 | Vogeler, Douglas 2006-08-30    00:00:10 | Z30.104 |
|---|---|---|---|
|  | 301:25 | Q:   (By Mr. Krumholz)  True? | |
|  | 302:1 | A:  Yes. | |
|  | 302:2 | Q:  And that was your understanding -- and that | |
|  | 302:3 | was what the medical community understood in that time | |

|     |              | 302:4         | frame?                                                  |          |
|-----|--------------|---------------|---------------------------------------------------------|----------|
| 108 | 302:7-302:8  | Vogeler, Douglas 2006-08-30    00:00:03 |                               | Z30.105  |
|     |              | 302:7         | Q:  (By Mr. Krumholz)  As you understood it?            |          |
|     |              | 302:8         | A:  Yes. As I understood it, yes.                       |          |
| 109 | 302:10-302:12 | Vogeler, Douglas 2006-08-30    00:00:09 |                              | Z30.106  |
|     |              | 302:10        | Q:  (By Mr. Krumholz)  In other words, there was        |          |
|     |              | 302:11        | a scientific debate out there over what was the reason  |          |
|     |              | 302:12        | for the VIGOR results, right --                         |          |
| 110 | 302:14-303:2 | Vogeler, Douglas 2006-08-30    00:00:26 |                               | Z30.107  |
|     |              | 302:14        | Q:  (By Mr. Krumholz)  -- as we've talked about?        |          |
|     |              | 302:15        | A:  Yes.                                                |          |
|     |              | 302:16        | Q:  As we said, it could have been because of           |          |
|     |              | 302:17        | chance or because of COX-2s generally or Vioxx or       |          |
|     |              | 302:18        | Naproxen, right?                                        |          |
|     |              | 302:19        | A:  Yes.                                                |          |
|     |              | 302:20        | Q:  And there was simply a scientific debate out        |          |
|     |              | 302:21        | there as to whether there was sufficient medical        |          |
|     |              | 302:22        | evidence or scientific evidence to establish -- to      |          |
|     |              | 302:23        | establish with certainty a link as to any of those      |          |
|     |              | 302:24        | reasons --                                              |          |
|     |              | 302:25        | A:  Yes.                                                |          |
|     |              | 303:1         | Q:  -- or a combination of those reasons?               |          |
|     |              | 303:2         | A:  Yes.                                                |          |
| 111 | 303:17-304:15 | Vogeler, Douglas 2006-08-30    00:01:23 |                              | Z30.108  |
|     |              | 303:17        | Q:  And that's exactly what The Medical Letter,         |          |
|     |              | 303:18        | Exhibit 33, concluded was that the question hasn't      |          |
|     |              | 303:19        | been answered yet and it would be, quote, premature to  |          |
|     |              | 303:20        | conclude that rofecoxib or celecoxib, that is, Vioxx    |          |
|     |              | 303:21        | or Celebrex, increases the risk of thrombotic           |          |
|     |              | 303:22        | cardiovascular disease, right?                          |          |
|     |              | 303:23        | A:  Right.                                              |          |
|     |              | 303:24        | Q:  So the experts that reviewed the results of         |          |
|     |              | 303:25        | the VIGOR study understood that that was the            |          |
|     |              | 304:1         | scientific debate that was out there and that's what    |          |
|     |              | 304:2         | was communicated?                                       |          |
|     |              | 304:3         | A:  Yes.                                                |          |
|     |              | 304:4         | Q:  It would be misleading to suggest that this         |          |
|     |              | 304:5         | article definitively states that Naproxen is           |          |
|     |              | 304:6         | cardioprotective, right?                                |          |
|     |              | 304:7         | A:  Yes.                                                |          |
|     |              | 304:8         | Q:  Given what you have reviewed today of what          |          |
|     |              | 304:9         | was out there and available to you and Nurse Olson,     |          |
|     |              | 304:10        | that is, the April 2002 letter and new label, The       |          |
|     |              | 304:11        | Medical Letter that's Exhibit 33 that we've discussed,  |          |

|  |  |  |  |
|---|---|---|---|
| | 304:12 | do you believe that the medical community was | |
| | 304:13 | adequately informed about Vioxx and the results of | |
| | 304:14 | VIGOR to make good prescribing decisions for their | |
| | 304:15 | patients? | |

| 112 | 304:18-305:2 | Vogeler, Douglas 2006-08-30 | 00:00:28 | Z30.109 |
|---|---|---|---|---|
| | 304:18 | A: Yes. | | |
| | 304:19 | Q:   (By Mr. Krumholz)   And that's because, for | | |
| | 304:20 | one reason, Merck put VIGOR in the label, right? | | |
| | 304:21 | A: Yes. | | |
| | 304:22 | Q: Merck sent doctors like you Exhibit 34, that | | |
| | 304:23 | is, the new label and the letter describing the | | |
| | 304:24 | changes, right? | | |
| | 304:25 | A: Yes. | | |
| | 305:1 | Q: Merck performed a study that actually raised | | |
| | 305:2 | the issue in the first place, right? | | |

| 113 | 305:4-305:7 | Vogeler, Douglas 2006-08-30 | 00:00:10 | Z30.110 |
|---|---|---|---|---|
| | 305:4 | A: Yes. | | |
| | 305:5 | Q:   (By Mr. Krumholz)   Do you believe that Merck, | | |
| | 305:6 | based on what we've just discussed, attempted to hide | | |
| | 305:7 | this information? | | |

| 114 | 305:9-305:11 | Vogeler, Douglas 2006-08-30 | 00:00:03 | Z30.111 |
|---|---|---|---|---|
| | 305:9 | Q:   (By Mr. Krumholz)   Do you have any reason to | | |
| | 305:10 | believe they did? | | |
| | 305:11 | A: No. | | |

| 115 | 305:19-306:20 | Vogeler, Douglas 2006-08-30 | 00:01:14 | Z30.112 |
|---|---|---|---|---|
| | 305:19 | Q:   (By Mr. Krumholz)   I want to direct your | | |
| Link > VOG33.1 | 305:20 | attention back to Exhibit 33, quickly, which is The | | |
| | 305:21 | Medical Letter. First of all, can you confirm that | | |
| | 305:22 | this is a true and correct copy of the cardiovascular | | |
| | 305:23 | safety of COX-2 inhibitors analysis that you read in | | |
| | 305:24 | November of 2001? | | |
| | 305:25 | A: Yes. | | |
| | 306:1 | Q: Then just above -- do you find this to be a | | |
| | 306:2 | reliable source of information? | | |
| | 306:3 | A: Yes. | | |
| | 306:4 | Q: Is it known to be a reliable source of | | |
| | 306:5 | information -- | | |
| | 306:6 | A: Yes. | | |
| | 306:7 | Q: -- in the medical community? | | |
| | 306:8 | A: Yes. | | |
| | 306:9 | Q: If you could look at the second page of this | | |
| Link > VOG33.2.1 | 306:10 | exhibit, it says, 'A second recent review of 23 | | |
| | 306:11 | studies found no evidence of an excess of | | |
| | 306:12 | cardiovascular events with rofecoxib,' which is Vioxx, | | |

|  | 306:13 | 'compared to various NSAIDs or placebo.' Do you see |
|  | 306:14 | that? |
| Link > Hide | 306:15 | A: Yes. |
|  | 306:16 | Q: Was that compelling that a review of 23 |
|  | 306:17 | studies that involved placebo controls was done by |
|  | 306:18 | Konstam and others and it had found that there was no |
|  | 306:19 | evidence of an excess of CV events with Vioxx? |
|  | 306:20 | A: Yes. |

| 116 | 306:21-307:18 | Vogeler, Douglas 2006-08-30     00:01:23 | Z30.113 |
|  | 306:21 | Q: Now, in connection with Exhibit 34, we talked |
|  | 306:22 | about your receipt of this document, but I want to |
|  | 306:23 | direct your attention to Exhibit 18, the call notes |
|  | 306:24 | again. I'm sorry you're having to switch back and |
|  | 306:25 | forth between documents. |
|  | 307:1 | A: Yes. |
| Link > VOG18.16 | 307:2 | Q: And if you could turn to page 16 of 18. Do |
|  | 307:3 | you see in the middle of the page where, in the entry |
| Link > VOG18.16.1 | 307:4 | next to your name, Douglas M. Vogeler, April 22, 2002, |
|  | 307:5 | Robert Fisher called on you? Do you see that? |
| Link > Hide | 307:6 | A: Yes. |
|  | 307:7 | Q: And it actually discusses another visit that |
|  | 307:8 | Mr. Fisher had with you in connection with Vioxx, |
|  | 307:9 | true? |
|  | 307:10 | A: Yes. |
| Link > VOG18.16.2 | 307:11 | Q: And it says, quote, 'We went over changes to |
|  | 307:12 | PI' -- which is package insert, right? |
|  | 307:13 | A: Right. |
|  | 307:14 | Q: -- 'for Vioxx in depth.' Do you see that? |
| Link > Hide | 307:15 | A: Right. |
|  | 307:16 | Q: Does that refresh your recollection that the |
|  | 307:17 | label that's contained in Exhibit 34 was reviewed by |
|  | 307:18 | you in depth in and around that time frame? |

| 117 | 307:20-308:12 | Vogeler, Douglas 2006-08-30     00:00:43 | Z30.114 |
|  | 307:20 | A: It would certainly imply that it was. I |
| Link > Hide | 307:21 | don't specifically recall, but Robert is a pretty |
|  | 307:22 | thorough guy so I'm sure we did. |
|  | 307:23 | Q:   (By Mr. Krumholz)  You found Robert Fisher, |
|  | 307:24 | the Merck representative, to be thorough? |
|  | 307:25 | A: Oh, yes. |
|  | 308:1 | Q: And reliable? |
|  | 308:2 | A: Yes. |
|  | 308:3 | Q: And he provided balanced information as far |
|  | 308:4 | as you can tell, true? |
|  | 308:5 | A: Well, I'm sure he presented Merck's point of |
|  | 308:6 | view, but he always presents in a lot of detail. |

**Vogeler Merck Exam alt**

|  |  |  |  |
|---|---|---|---|

308:7  Q: And he went over the package insert according
308:8  to this entry that we just went over that's Exhibit
308:9  34, right?
308:10  A: Yes.
308:11  Q: And you have no reason to believe that that
308:12  didn't happen given how thorough Mr. Fisher is?

---

118  308:14-308:21  Vogeler, Douglas 2006-08-30    00:00:10    Z30.115

308:14  A: Correct.
308:15  Q:  (By Mr. Krumholz)  What was the answer?
308:16  A: Correct.
308:17  Q: And you believe him to be an honest and
308:18  trustworthy person?
308:19  A: Robert?
308:20  Q: Yes.

Link > Hide    308:21  A: Yes.

---

119  308:22-309:2  Vogeler, Douglas 2006-08-30    00:00:20    Z30.116

308:22  Q: Now, is your expectation that you and Nurse
308:23  Olson would rely on Exhibits 33 and 34 and information
308:24  like that, that is, package inserts and medical
308:25  literature, as opposed to relying upon what
309:1  representatives from various pharmaceutical companies
309:2  tell you?

---

120  309:4-309:4  Vogeler, Douglas 2006-08-30    00:00:01    Z30.117

309:4  A: Yes.

---

121  309:13-309:17  Vogeler, Douglas 2006-08-30    00:00:13    Z30.118

309:13  Q:  (By Mr. Krumholz)  What you expect, though,
309:14  is for you and Nurse Olson and whoever is involved
309:15  with your practice to stay abreast of the labels or
309:16  the literature that describes what's in the label so
309:17  that they can make good prescribing decisions?

---

122  309:19-310:2  Vogeler, Douglas 2006-08-30    00:00:17    Z30.119

309:19  A: Yes.
309:20  Q:  (By Mr. Krumholz)  Regardless of what the
309:21  sales reps say?
309:22  A: Yes.
309:23  Q: And independent of what they say?
309:24  A: Yes.
309:25  Q: Now, you started seeing Mr. Mason back in the
310:1  early 1990s, as I understand it; is that right?
310:2  A: Yes.

---

123  313:6-313:8  Vogeler, Douglas 2006-08-30    00:00:04    Z30.120

313:6  Q: I'm going to hand you what I'm marking as
313:7  Exhibit 35 --

**Vogeler Merck Exam alt**

|        |                |        |                                                                    |          |
|--------|----------------|--------|--------------------------------------------------------------------|----------|
|        |                | 313:8  | (Exhibit No. 35 marked.)                                           |          |
| 124    | 313:13-314:2   |        | Vogeler, Douglas 2006-08-30        00:00:30                        | Z30.121  |
|        |                | 313:13 | Q: And this is a record that was created by your                   |          |
|        |                | 313:14 | office, right?                                                     |          |
|        |                | 313:15 | A: Yes.                                                            |          |
| Link > | VOG35.1        | 313:16 | Q: In other words, it's a form that you and the                    |          |
|        |                | 313:17 | patient -- or the doctor or the nurse practitioner and             |          |
|        |                | 313:18 | the patient fill out in connection with a history and              |          |
|        |                | 313:19 | physical, right?                                                   |          |
|        |                | 313:20 | A: Yes.                                                            |          |
|        |                | 313:21 | Q: And certain of the information is provided by                   |          |
|        |                | 313:22 | the patient and certain of the information is provided             |          |
|        |                | 313:23 | by the health care provider, right?                                |          |
|        |                | 313:24 | A: Yes.                                                            |          |
|        |                | 313:25 | Q: And this one is in connection, of course,                       |          |
|        |                | 314:1  | with Mr. Mason, right?                                              |          |
|        |                | 314:2  | A: Yes.                                                            |          |
| 125    | 314:17-317:4   |        | Vogeler, Douglas 2006-08-30        00:03:09                        | Z30.122  |
| Link > | VOG35.1.6      | 314:17 | Q: Then it says -- what is that, 'SI' something                    |          |
|        |                | 314:18 | 'EKG'?                                                             |          |
|        |                | 314:19 | A: I'm not sure. Something and EKG, 'admits to                     |          |
|        |                | 314:20 | anxiety attack seven months ago.' Oh, change. That's               |          |
|        |                | 314:21 | probably a triangle. It says, 'Change in EKG.'                     |          |
| Link > | Hide           | 314:22 | Q: And is that a concern?                                          |          |
|        |                | 314:23 | A: Well, my nurse practitioner was making the                      |          |
|        |                | 314:24 | evaluation, so --                                                  |          |
|        |                | 314:25 | Q: But when somebody's EKG changes, is that a                      |          |
|        |                | 315:1  | concern?                                                           |          |
|        |                | 315:2  | A: Yes. Well, it depends on what kind of                           |          |
|        |                | 315:3  | changes you're having. But, yes, obviously she made a              |          |
| Link > | VOG35.1.6      | 315:4  | note of it.                                                        |          |
|        |                | 315:5  | Q: Okay. And then it says, 'Admits to anxiety                      |          |
|        |                | 315:6  | attack seven months ago.' Do you see that?                         |          |
| Link > | Hide           | 315:7  | A: Yes.                                                            |          |
|        |                | 315:8  | Q: Did you understand that in addition to his                      |          |
|        |                | 315:9  | depression, he was suffering from anxiety attacks?                 |          |
|        |                | 315:10 | A: Well, I have depression/anxiety later. Let's                    |          |
|        |                | 315:11 | see if I have it before that. I don't know that I                  |          |
|        |                | 315:12 | characterized the anxiety portion. I definitely                    |          |
|        |                | 315:13 | documented the depression side of it, unless I                     |          |
|        |                | 315:14 | reviewed my notes.                                                 |          |
|        |                | 315:15 | Q: So you had documented that he had                               |          |
|        |                | 315:16 | long-standing depression, right?                                   |          |
|        |                | 315:17 | A: Yes.                                                            |          |
|        |                | 315:18 | Q: And Nurse Olson states here that he had an                      |          |

|  | 315:19 | anxiety attack seven months ago, right? |
|---|---|---|
|  | 315:20 | A: Yes. And I'm looking in my notes, and in |
|  | 315:21 | August 2000 I noted anxiety, short-tempered, |
|  | 315:22 | depression. So it was apparently known to me too. |
|  | 315:23 | Q: Do you recall whether Mr. Mason complained |
|  | 315:24 | about stress at work? |
|  | 315:25 | A: At that time? |
|  | 316:1 | Q: Or at any time. Just without looking at your |
|  | 316:2 | records. |
|  | 316:3 | A: I don't know about -- short-tempered, |
|  | 316:4 | irritable, I mean, that's usually -- I don't know if |
|  | 316:5 | that's work or home. I didn't document whether he was |
|  | 316:6 | referring to work or home. |
|  | 316:7 | Q: But, generally speaking, from a medical |
|  | 316:8 | perspective, it indicates some stressors in his life? |
|  | 316:9 | A: Sure. |
|  | 316:10 | Q: Either at work or at home? |
|  | 316:11 | A: Yes. |
| Link > VOG35.1.7 | 316:12 | Q: And it says 'chest pain' in connection with |
|  | 316:13 | the September 10, 2002 visit, right? |
|  | 316:14 | A: Yes, I see that. |
| Link > Hide | 316:15 | Q: And the chest pain is important to note, |
|  | 316:16 | right, because it can be indicative of certain things |
|  | 316:17 | that can be dangerous? |
|  | 316:18 | A: Yes. |
|  | 316:19 | Q: Including angina, for example? |
|  | 316:20 | A: Yes. |
|  | 316:21 | Q: And so it's important to follow up to |
|  | 316:22 | determine if, indeed, there's any significant issue |
|  | 316:23 | with respect to that chest pain? |
|  | 316:24 | A: Yes. |
|  | 316:25 | Q: Or chest discomfort, true? |
|  | 317:1 | A: Right. That's why she ordered a stress test. |
| Link > VOG35.1.3 | 317:2 | Q: Then it says, 'Tried Vioxx, worked well for |
|  | 317:3 | back pain.' Do you see that? |
|  | 317:4 | A: Yes. |

| 126 | 318:11-319:8 | Vogeler, Douglas 2006-08-30      00:01:02 | Z30.123 |
|---|---|---|---|
|  | 318:11 | Q:   (By Mr. Krumholz)  I'm going to hand you what |  |
|  | 318:12 | has been marked as Exhibit 36 and ask you to confirm |  |
| Link > VOG36.1 | 318:13 | if that's a progress note or series of progress notes |  |
|  | 318:14 | that your office prepared in or about January of 1998 |  |
|  | 318:15 | and thereafter. |  |
|  | 318:16 | A: Yes. |  |
| Link > VOG36.1.2 | 318:17 | Q: If you could read with me, it says 'lower |  |
|  | 318:18 | back pain' in the January 1998 entry. Do you see |  |

|        |        |       |                                                                      |         |
|--------|--------|-------|----------------------------------------------------------------------|---------|
|        |        | 318:19 | that?                                                               |         |
|        |        | 318:20 | A: Yes.                                                             |         |
|        |        | 318:21 | Q: It says, 'Shoveling snow Monday, felt a pop,'                    |         |
|        |        | 318:22 | and then what does that next signal mean?                          |         |
|        |        | 318:23 | A: For three days.                                                 |         |
|        |        | 318:24 | Q: So he had felt a pop --                                         |         |
| Link > Hide |   | 318:25 | A: Times three days.                                               |         |
|        |        | 319:1 | Q: For three days. So he felt this pain for                         |         |
|        |        | 319:2 | three days? Is that how you read that?                              |         |
|        |        | 319:3 | A: Yes. And he took Naproxen and it didn't                          |         |
|        |        | 319:4 | help.                                                               |         |
|        |        | 319:5 | Q: So he took Naproxen, and that didn't provide                     |         |
|        |        | 319:6 | him the relief that he felt like he needed, true?                   |         |
|        |        | 319:7 | A: Correct. That's the entry from the medical                       |         |
|        |        | 319:8 | assistant.                                                          |         |

| 127 | 322:18-325:1 | Vogeler, Douglas 2006-08-30          00:02:57                                  | Z30.124 |
|-----|--------------|--------------------------------------------------------------------------------|---------|
|     |        | 322:18 | Q:   (By Mr. Krumholz)  Exhibit 37 is a true and                    |         |
|     |        | 322:19 | correct copy of the April 1998 history and physical                 |         |
|     |        | 322:20 | that we were talking about, and that indicates back                 |         |
|     |        | 322:21 | pain had been recurrent since 1972, true?                           |         |
|     |        | 322:22 | A: Yes.                                                             |         |
|     |        | 322:23 | Q: And so when Nurse Olson prescribed Vioxx, you                    |         |
|     |        | 322:24 | felt like that was an appropriate medication for her                |         |
|     |        | 322:25 | to prescribe?                                                       |         |
|     |        | 323:1 | A: Yes.                                                              |         |
|     |        | 323:2 | Q: And you knew at the time generally that she                       |         |
|     |        | 323:3 | was prescribing Vioxx to your patients as necessary?                 |         |
|     |        | 323:4 | A: Generally, yes.                                                   |         |
|     |        | 323:5 | Q: Although you didn't have a specific                               |         |
|     |        | 323:6 | recollection of Mr. Mason receiving it?                              |         |
|     |        | 323:7 | A: Correct.                                                          |         |
|     |        | 323:8 | Q: But you would not have objected to Mr. Mason                      |         |
|     |        | 323:9 | receiving it?                                                        |         |
|     |        | 323:10 | A: No.                                                              |         |
|     |        | 323:11 | Q: Even given all the information that you've                       |         |
|     |        | 323:12 | seen in connection with your deposition and otherwise,             |         |
|     |        | 323:13 | you still don't have an objection to him having                    |         |
|     |        | 323:14 | received Vioxx and been prescribed Vioxx in 1992?                  |         |
|     |        | 323:15 | A: Correct. If you look at her physical on                         |         |
|     |        | 323:16 | '90 -- in 2001, she's got that IBS or irritable bowel              |         |
|     |        | 323:17 | syndrome, possible GERD, was given samples of Protonix            |         |
|     |        | 323:18 | to protect against the GERD. So it would have been                 |         |
|     |        | 323:19 | appropriate to use a COX-2 in someone you're already               |         |
|     |        | 323:20 | concerned about having a problem that may be                       |         |
|     |        | 323:21 | aggravated by NSAIDs.                                               |         |

**Vogeler Merck Exam alt**

|  |  |
|---|---|
| | 323:22  Q:  Given Mr. Mason's GERD or his |
| | 323:23  gastrointestinal issues, it was important to have |
| | 323:24  Vioxx as an alternative to relieve pain and reduce |
| | 323:25  inflammation while having a better tolerability with |
| | 324:1  respect to these GI issues? |
| | 324:2  A:  Yes. I think it's appropriate. |
| Link > VOG35.2 | 324:3  Q:  And if you go back to the September 10, 2002 |
| | 324:4  history and physical, one of the problems Mr. Mason |
| | 324:5  was facing was high cholesterol. In fact, Ms. Olson |
| | 324:6  diagnosed him as having high cholesterol, true? |
| Link > VOG35.2.1 | 324:7  A:  She's got a note there on the chemistry. |
| | 324:8  Q:  And I wanted to talk to you specifically |
| | 324:9  about that diagnosis and the entry right next to it, |
| Link > VOG35.2.2 | 324:10  which says HO. Do you see the -- |
| | 324:11  A:  HO is history -- where are you talking about? |
| | 324:12  Q:  It says 'high cholesterol' in the diagnosis |
| | 324:13  section of the history and physical, right, on |
| | 324:14  September 10? |
| | 324:15  A:  Right, the elevated, yeah. |
| | 324:16  Q:  And then right next to it I think that's |
| | 324:17  'Handout on low cholesterol diet.' Is that what that |
| | 324:18  means, as you understand? |
| | 324:19  A:  Yes, handout, yes. |
| | 324:20  Q:  And it says 'to increase exercise,' right? |
| Link > Hide | 324:21  A:  Yes. |
| | 324:22  Q:  And why is it important for a man like |
| | 324:23  Mr. Mason, who is obese and who has been diagnosed as |
| | 324:24  having high cholesterol, to have a low cholesterol |
| | 324:25  diet and to increase his exercise? |
| | 325:1  A:  To decrease his risk of heart attack. |

| 128 | 325:4-325:6 | Vogeler, Douglas 2006-08-30    00:00:11 | Z30.125 |
|---|---|---|---|
| | | 325:4  Q:  (By Mr. Krumholz)  So that was a concern for | |
| | | 325:5  you and Ms. Olson as reflected by this exhibit, this | |
| | | 325:6  September 10, 2002 record, true? | |

| 129 | 325:8-326:2 | Vogeler, Douglas 2006-08-30    00:00:33 | Z30.126 |
|---|---|---|---|
| | | 325:8  A:  Yes, that's how it's documented in the chart. | |
| | | 325:9  Q:  (By Mr. Krumholz)  In other words, how you | |
| | | 325:10  document concerns about a patient's health care is | |
| | | 325:11  through the diagnosis and treatment plan, right? | |
| | | 325:12  A:  Yes. | |
| | | 325:13  Q:  And the diagnosis here was high cholesterol | |
| | | 325:14  and -- | |
| | | 325:15  A:  Treatment was diet and exercise. | |
| | | 325:16  Q:  -- and the treatment was a handout educating | |
| | | 325:17  him about diet and exercise? | |

**Vogeler Merck Exam alt**

| | | | | | |
|---|---|---|---|---|---|
| | | 325:18 | A:  Right. | | |
| | | 325:19 | Q:  And a recommendation that he follow that diet | | |
| | | 325:20 | and exercise program, right? | | |
| | | 325:21 | A:  Right. | | |
| | | 325:22 | Q:  And it was important for him to lower his | | |
| | | 325:23 | weight, right? | | |
| | | 325:24 | A:  Yes. | | |
| | | 325:25 | Q:  And it was important because obesity is a | | |
| | | 326:1 | significant risk factor for cardiovascular disease, | | |
| | | 326:2 | right? | | |
| 130 | 326:4-326:4 | Vogeler, Douglas 2006-08-30 | 00:00:01 | | Z30.127 |
| | | 326:4 | A:  Yes. | | |
| 131 | 327:14-327:20 | Vogeler, Douglas 2006-08-30 | 00:00:13 | | Z30.128 |
| | | 327:14 | Q:  Let's throw in a couple other factors. Okay? | | |
| | | 327:15 | You have a man who's obese, true? | | |
| | | 327:16 | A:  Yes. | | |
| | | 327:17 | Q:  And who has been obese since 1999, right? | | |
| | | 327:18 | A:  Yes. | | |
| | | 327:19 | Q:  And, therefore, puts himself at greater risk | | |
| | | 327:20 | for heart attacks, right? | | |
| 132 | 327:22-327:24 | Vogeler, Douglas 2006-08-30 | 00:00:02 | | Z30.129 |
| | | 327:22 | A:  Yes. | | |
| | | 327:23 | Q:    (By Mr. Krumholz)   What was your answer? | | |
| | | 327:24 | A:  Yes. | | |
| 133 | 328:5-328:17 | Vogeler, Douglas 2006-08-30 | 00:00:35 | | Z30.130 |
| | | 328:5 | And then you have a man who's obviously by | | |
| | | 328:6 | age, as of 2002/2003, and gender poses additional risk | | |
| | | 328:7 | for Mr. Mason, right? | | |
| | | 328:8 | A:  Yes. | | |
| | | 328:9 | Q:  Male over 60? | | |
| | | 328:10 | A:  Male over 45. | | |
| | | 328:11 | Q:  Male over 45. So those are additional risk | | |
| | | 328:12 | factors, right? | | |
| | | 328:13 | A:  Yes. | | |
| | | 328:14 | Q:  And assume with me that he has a sister who | | |
| | | 328:15 | died of cardiovascular disease at age 55. Okay? Can | | |
| | | 328:16 | you assume that with me? | | |
| | | 328:17 | A:  Yes. That would be a risk factor. | | |
| 134 | 329:16-330:5 | Vogeler, Douglas 2006-08-30 | 00:00:32 | | Z30.131 |
| | | 329:16 | Q:  Just talking in terms of the HDL -- because | | |
| | | 329:17 | there's HDL, which is good cholesterol, and LDL, which | | |
| | | 329:18 | is bad cholesterol, right? | | |
| | | 329:19 | A:  Right. | | |
| | | 329:20 | Q:  And it's important to have low LDL and high | | |

**Vogeler Merck Exam alt**

|        |       |                                                                  |
|--------|-------|------------------------------------------------------------------|
| 329:21 | HDL?  |                                                                  |
| 329:22 | A: Yes. |                                                                |
| 329:23 | Q: And they establish these limits for a reason, |                |
| 329:24 | right? |                                                                 |
| 329:25 | A: Yes. |                                                                |
| 330:1  | Q: And the reason they establish these limits is |                |
| 330:2  | because doctors have to make a judgment or scientists |           |
| 330:3  | have to make a judgment as to when it becomes a |                 |
| 330:4  | problem, right? |                                                 |
| 330:5  | A: Yes. |                                                         |

---

| 135 | 331:5-331:8 | Vogeler, Douglas 2006-08-30    00:00:09 | Z30.132 |
|-----|-------------|------------------------------------------|---------|

| 331:5 | Q:   (By Mr. Krumholz)   Given the finding in |
| 331:6 | 2002, there was a concern that he may have put himself |
| 331:7 | at higher risk for cardiovascular disease and heart |
| 331:8 | attack? |

---

| 136 | 331:10-331:18 | Vogeler, Douglas 2006-08-30    00:00:17 | Z30.133 |
|-----|---------------|------------------------------------------|---------|

| 331:10 | A: Yes, enough that they made a recommendation, |
| 331:11 | hey, you need to watch your diet and exercise, lose a |
| 331:12 | little weight, get back in shape. |
| 331:13 | Q:   (By Mr. Krumholz)   If he doesn't do that -- |
| 331:14 | A: Then you might have to intervene with |
| 331:15 | medication. |
| 331:16 | Q: And that poses an additional risk for the |
| 331:17 | patient if he does not follow those instructions? |
| 331:18 | A: Yes. |

Link >  Hide

---

| 137 | 333:21-334:12 | Vogeler, Douglas 2006-08-30    00:00:46 | Z30.134 |
|-----|---------------|------------------------------------------|---------|

| 333:21 | Q: Then if you were going to try to figure out |
| 333:22 | how Mr. Mason has been impacted by his heart attack |
| 333:23 | physically, you would want to see follow-up stress |
| 333:24 | tests and compare those results to the one prior to |
| 333:25 | his heart attack? |
| 334:1  | A: Yes, you could. |
| 334:2  | Q: And that would allow you to determine, for |
| 334:3  | example, what he could do when -- in a Bruce protocol, |
| 334:4  | for example, a stress test after his myocardial |
| 334:5  | infarction? |
| 334:6  | A: Well, a cardiologist might be more interested |
| 334:7  | in that than I would be. I would be more interested |
| 334:8  | in how he was doing with his daily activities. |
| 334:9  | Q: Has he reported to you that he can't |
| 334:10 | participate in any activities since his heart attack |
| 334:11 | that he would normally participate in? |
| 334:12 | A: Not that I recall. |

---

| 138 | 335:22-336:5 | Vogeler, Douglas 2006-08-30    00:00:25 | Z30.135 |
|-----|--------------|------------------------------------------|---------|

**Vogeler Merck Exam alt**

| | | | |
|---|---|---|---|
| | 335:22 | Q:  But just focusing on any particular specific | |
| | 335:23 | complaints to you about what he could or could not do, | |
| | 335:24 | did he complain that he couldn't participate in | |
| | 335:25 | walking with his wife several times a week? | |
| | 336:1 | A:  He didn't complain to me of that. | |
| | 336:2 | Q:  Or anyone in your office, to your knowledge? | |
| | 336:3 | A:  No. | |
| | 336:4 | Q:  Did he ever indicate or suggest he could not | |
| | 336:5 | hike in the hills as he used to be able to? | |

---

139   **336:6-336:14**   Vogeler, Douglas 2006-08-30        00:00:26        Z30.136

336:6   A:  Looks like I did a physical in November of
336:7   '03 after his heart attack. It's not amongst his
336:8   complaints.
336:9   Q:  Did he ever complain after October of 2003
336:10   that he couldn't play golf?
336:11   A:  Not that I know of.
336:12   Q:  Did he ever complain that he couldn't play
336:13   with his grandchildren after October of 2003?
336:14   A:  Not that I've documented.

---

140   **336:19-336:21**   Vogeler, Douglas 2006-08-30        00:00:08        Z30.137

336:19   Q:  And you understand that since his heart
336:20   attack they have done Cardiolite stress tests?
336:21   A:  Yes.

---

141   **337:6-337:10**   Vogeler, Douglas 2006-08-30        00:00:10        Z30.138

337:6   Q:  Do you know of any Cardiolite stress test or
337:7   other stress test that indicates or suggest that
337:8   Mr. Mason couldn't participate in the activities that
337:9   I just described?
337:10   A:  Not that I know of.

---

142   **338:2-338:24**   Vogeler, Douglas 2006-08-30        00:00:48        Z30.139

338:2   Q:   (By Mr. Krumholz)  Have you placed Mr. Mason
338:3   on any sort of work or activity-related
338:4   restrictions --
338:5   A:  No.
338:6   Q:  -- since his heart attack?
338:7   A:  No.
338:8   Q:  Is that something you would have done had you
338:9   believed that he -- if you believed he should not be
338:10   participating in particular activities?
338:11   A:  Yes, but I didn't.
338:12   Q:  Do you believe that Mr. Mason, given your
338:13   treatment of him, can hike in the mountains, maybe not
338:14   the tallest of mountains, but go hiking along the
338:15   paths in the hills?

**Vogeler Merck Exam alt**

338:16    A: Do I think he can?
338:17    Q: Yeah. He can build up to be able to do that
338:18    if he controls his weight?
338:19    A: Yeah, I think he could, with limitations.
338:20    Q: Do you think he could go on walks with his
338:21    wife in the neighborhood?
338:22    A: Yes.
338:23    Q: Do you believe that he can golf?
338:24    A: Yes.

| 143 | 340:22-341:20 | Vogeler, Douglas 2006-08-30      00:00:57 | Z30.140 |

340:22    Q: Did Mr. Mason report that to you or to your
340:23    office, to your knowledge, that he had --
340:24    A: Apparently he did --
340:25    Q: That he had gotten excellent pain relief from
341:1    Vioxx?
341:2    A: Well, I see it under Karen Olson's notes.
341:3    Q: And is that consistent with how your patients
341:4    felt their back pain was controlled and their other
341:5    acute pain was controlled by Vioxx?
341:6    A: Yes. Vioxx was an excellent pain reliever.
341:7    Q: And it also controlled inflammation, correct?
341:8    A: Yes.
341:9    Q: And it was excellent in that regard as well?
341:10    A: Yeah. It's harder to measure inflammation.
341:11    Q: But a sign of relief -- if it relieves the
341:12    back pain, it usually relieves the inflammation, true?
341:13    A: Hopefully, yes.
341:14    Q: Was that also consistent with the effects
341:15    Vioxx had on you --
341:16    A: Yes.
341:17    Q: -- as someone who took Vioxx for a number of
341:18    years?
341:19    A: Yes, and I have been suffering ever since it
341:20    went off the market.

| 144 | 342:7-342:17 | Vogeler, Douglas 2006-08-30      00:00:26 | Z30.141 |

342:7    Q: Did Mr. Mason ever ask you whether you
342:8    thought his heart attack was in any way caused or
342:9    contributed to by Vioxx?
342:10    A: No.
342:11    Q: I believe you mentioned in your last
342:12    deposition that cardiovascular disease is one of the
342:13    health problems you see in your patients?
342:14    A: Yes.
342:15    Q: It's not unusual for patients who have never
342:16    taken a COX-2, or Vioxx, for that matter, to have

**Vogeler Merck Exam alt**

|  |  |  |  |  |
|---|---|---|---|---|
| | | 342:17 | cardiovascular disease; is that right? | |
| 145 | 342:19-343:1 | Vogeler, Douglas 2006-08-30   00:00:14 | | Z30.142 |

342:19  A:  Yes.
342:20  Q:   (By Mr. Krumholz)   It's not unusual in your
342:21  practice to see patients who have never taken Vioxx to
342:22  have heart attacks?
342:23  A:  Correct.
342:24  Q:  In fact, it's not unusual for people with
342:25  multiple risk factors like Mr. Mason to have heart
343:1  attacks?

| 146 | 343:3-343:3 | Vogeler, Douglas 2006-08-30   00:00:01 | | Z30.143 |
|---|---|---|---|---|

343:3  A:  Correct.

| 147 | 344:6-345:14 | Vogeler, Douglas 2006-08-30   00:01:18 | | Z30.144 |
|---|---|---|---|---|

344:6  Q:   (By Mr. Krumholz)   Doctor, you attend various
344:7  medical programs that are sponsored by various
344:8  pharmaceutical companies, true?
344:9  A:  Yes.
344:10  Q:  And why do you attend those programs?
344:11  A:  Usually they are topics of interest, usually
344:12  presented by experts, and it's nice to get feedback or
344:13  information from an expert in an area that I'm
344:14  interested in.
344:15  Q:  Do you find those medical programs to be
344:16  helpful --
344:17  A:  Yes.
344:18  Q:  -- and informative?
344:19  A:  Yes.
344:20  Q:  And you attended medical programs like the
344:21  ones you just described relating to Vioxx, true?
344:22  A:  Yes.
344:23  Q:  Did you likewise determine that those were
344:24  helpful and informative?
344:25  A:  Yes.
345:1  Q:  And when speakers were brought in
345:2  connection with Vioxx, did you believe that, given
345:3  their credentials, that they were leaders in their
345:4  field?
345:5  A:  Usually. I mean, I don't recall specific
345:6  speakers or lectures, but in general, yes.
345:7  Q:  Generally speaking, did Merck, when they
345:8  sponsored these medical programs, bring in experts in
345:9  their field to discuss the particular medication at
345:10  issue?
345:11  A:  Yes.

**Vogeler Merck Exam alt**

|       |              | 345:12 | Q: And did you find those presentations |        |
|-------|--------------|--------|-----------------------------------------|--------|
|       |              | 345:13 | informative and helpful?                |        |
|       |              | 345:14 | A: Yes.                                 |        |

| 148 | 346:1-346:6 | Vogeler, Douglas 2006-08-30   00:00:11 | Z30.145 |
|-----|-------------|----------------------------------------|---------|
|     |             | 346:1 Q: But, generally speaking, you found them to be |  |
|     |             | 346:2 balanced presentations? |  |
|     |             | 346:3 A: Yes. |  |
|     |             | 346:4 Q: And that they were from people, in your mind, |  |
|     |             | 346:5 who were experts? |  |
|     |             | 346:6 A: Yes. |  |

| 149 | 347:2-347:9 | Vogeler, Douglas 2006-08-30   00:00:17 | Z30.146 |
|-----|-------------|----------------------------------------|---------|
|     |             | 347:2 Q: (By Mr. Krumholz)  You don't recall any |  |
|     |             | 347:3 specific conversation or presentation made by a person |  |
|     |             | 347:4 who was brought in by Merck to talk about Vioxx that |  |
|     |             | 347:5 was in your mind misleading or inappropriate in some |  |
|     |             | 347:6 way, true? |  |
|     |             | 347:7 A: No, I don't recall anything like that. |  |
|     |             | 347:8 Q: You don't recall anything like that? |  |
|     |             | 347:9 A: No. |  |

| 150 | 347:17-348:19 | Vogeler, Douglas 2006-08-30   00:01:21 | Z30.147 |
|-----|---------------|----------------------------------------|---------|
|     |               | 347:17 Q: And to your knowledge, did Nurse Olson ever |  |
|     |               | 347:18 become concerned about any medical programs sponsored |  |
|     |               | 347:19 by Merck? |  |
|     |               | 347:20 A: Not that I know of. |  |
|     |               | 347:21 Q: Or any information that was provided in |  |
|     |               | 347:22 connection with those programs? |  |
|     |               | 347:23 A: Not that I'm aware of. |  |
|     |               | 347:24 Q: Did she ever voice any of those kinds of |  |
|     |               | 347:25 concerns to you? |  |
|     |               | 348:1 A: Not that I recall. |  |
|     |               | 348:2 Q: Do you believe that these medical programs |  |
|     |               | 348:3 are actually good for patient health? |  |
|     |               | 348:4 A: Yes. |  |
|     |               | 348:5 Q: Why? |  |
|     |               | 348:6 A: Because they bring us up to current |  |
|     |               | 348:7 information, current studies, studies that may not be |  |
|     |               | 348:8 out in the literature yet. They're just updates on |  |
|     |               | 348:9 kind of what's going on in the field, usually. |  |
|     |               | 348:10 Q: Other than the conversation that you had with |  |
|     |               | 348:11 Mr. Fisher that we talked about on April 22 of 2002 |  |
|     |               | 348:12 and the December 2001 conversation with Nancy Nielsen |  |
|     |               | 348:13 concerning Vioxx, do you specifically recall any other |  |
|     |               | 348:14 conversations or discussions about Vioxx with sales |  |
|     |               | 348:15 reps? |  |

**Vogeler Merck Exam alt**

|  |  | |  |
|---|---|---|---|

348:16  A: In terms of cardiovascular safety?
348:17  Q: Yes.
348:18  A: Over time, yes. I've talked with Shane
348:19  Jensen and Jan Lawrence over time about it.

---

**151**  **348:24-349:8**  Vogeler, Douglas 2006-08-30  00:00:19      Z30.148

348:24  Do you give more weight to the
348:25  package insert of a label as well as medical
349:1  literature you rely upon as opposed to what
349:2  pharmaceutical reps say to you?
349:3  A: Certainly.
349:4  Q: And you expect that to be consistent in your
349:5  office?
349:6  A: Yes.
349:7  Q: And for Nurse Olson to follow that?
349:8  A: Yes.

---

**152**  **354:7-354:10**  Vogeler, Douglas 2006-08-30  00:00:11      Z30.149

354:7  Q: Is it fair to say that you rely on the
354:8  information that the FDA allows pharmaceuticals to
354:9  communicate in prescribing medications?
354:10  A: Yes.

---

**153**  **362:12-363:1**  Vogeler, Douglas 2006-08-30  00:00:32      Z30.150

362:12  Q: Do you recall reading any press releases
362:13  relating to Vioxx prior to withdrawal?
362:14  A: No.
362:15  Q: Did you rely on any press releases issued by
362:16  Merck relating to Vioxx in connection with your
362:17  prescribing of Vioxx?
362:18  A: No.
362:19  Q: Is that the sort of information that you
362:20  generally rely on in treating your patients?
362:21  A: Press releases?
362:22  Q: Yes.
362:23  A: No.
362:24  Q: Is that the sort of information that, to your
362:25  knowledge, Nurse Olson relies upon in treating
363:1  patients?

---

**154**  **363:4-363:6**  Vogeler, Douglas 2006-08-30  00:00:04      Z30.151

363:4  A: I don't believe so.
363:5  Q: (By Mr. Krumholz) You would not expect that
363:6  of her, would you?

---

**155**  **363:9-363:11**  Vogeler, Douglas 2006-08-30  00:00:05      Z30.152

363:9  A: No, I would not expect that.
363:10  Q: (By Mr. Krumholz) That would concern you if
363:11  that's what she was doing?

---

**Vogeler Merck Exam alt**

| 156 | 363:13-363:13 | Vogeler, Douglas 2006-08-30 | 00:00:01 | Z30.153 |
|---|---|---|---|---|
| | | 363:13   A:  Yes. | | |

| | Play Time for this Script: | **01:14:41** |
|---|---|---|

| | Total time for all Scripts in this report: | **01:14:41** |
|---|---|---|

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:14:02 AM

## Mason Plaintiff Video 11-2 1p

 **Vogeler, Douglas (Vol. 02) - 08/30/2006**          1 CLIP  (RUNNING 00:06:50.237)

 vogeler trial

**VOGELER 2**          **25 SEGMENTS  (RUNNING 00:06:50.237)**          

**1. PAGE 366:04 TO 368:08 (RUNNING 00:01:50.916)**

```
        04     Q.    All right.  Doctor, are you ready to try to
        05  finish up?
        06     A.    Sure.
        07     Q.    Okay.  Great.  I want to just see if I can
        08  confirm a few things for the ladies and gentlemen of
        09  the jury.  But it's fair to say that you never
        10  prescribed Vioxx to Mr. Mason, correct?
        11     A.    Correct.
        12     Q.    You were not consulted by Nurse Olson in any
        13  way regarding her prescriptions of Vioxx for
        14  Mr. Mason, correct?
        15     A.    Correct.
        16     Q.    In fact, I think it was your testimony that
        17  you were not even aware that Nurse Olson prescribed
        18  Vioxx to Mr. Mason until you first learned about this
        19  lawsuit, correct?
        20     A.    Correct.
        21     Q.    And that would have been sometime this year
        22  of 2006?
        23     A.    Yes.
        24     Q.    Prior to that, you had no idea that Nurse
        25  Olson had prescribed Vioxx to Mr. Mason, correct?
  00367:01     A.    Well, I might have seen it in the notes.  I
        02  saw him since his heart attack, so --
        03     Q.    Well, is the first time that it kind of came
        04  to your attention whenever you found out about this
        05  lawsuit in 2006?
        06     A.    Yes.
        07     Q.    Okay.  Is it fair to say that, as you sit
        08  here today, you don't have any recollection of ever
        09  talking with Nurse Olson about her prescriptions of
        10  Vioxx prior to you finding out about this lawsuit?
        11     A.    Regarding Mr. Mason, you mean?
        12     Q.    Yes.
        13     A.    Correct.
        14     Q.    Okay.  I mean, it's fair to say that you
        15  never evaluated Vioxx for him during the time he was
        16  on Vioxx, correct?
        17     A.    Correct.
        18     Q.    That would have been solely the job or
        19  responsibility of Nurse Olson as a prescribing
        20  physician, correct?
        21     A.    Yes.
        22     Q.    All right.  And it's fair to say that you
        23  never performed a risk-benefit assessment for
        24  Mr. Mason concerning prescribing Vioxx?
        25     A.    Correct.
  00368:01     Q.    Only Nurse Olson would have done that for
        02  prescribing Vioxx to Mr. Mason?
        03     A.    Yes.
        04     Q.    Okay.  And I think you said that it would be
        05  fair to say that with regard to the Vioxx
        06  prescriptions that Nurse Olson prescribed to
        07  Mr. Mason, you really had nothing to do with that?
        08     A.    Correct.
```

Case Clip(s) Detailed Report
Thursday, November 09, 2006, 12:14:02 AM

## Mason Plaintiff Video 11-2 1p

**2. PAGE 368:23 TO 369:09 (RUNNING 00:00:23.769)**

```
        23        Q.    (By Mr. Nabers)  And it's fair to say that
        24   she is the actual person who wrote the prescription to
        25   Mr. Mason for Vioxx?
00369:01        A.    Yes.
        02        Q.    And in your opinion, was Nurse Olson
        03   qualified to do the things surrounding her
        04   prescriptions of Vioxx for Mr. Mason?
        05        A.    Yes.
        06        Q.    And do you trust Nurse Olson's judgment when
        07   it comes to prescribing drugs to patients like Vioxx
        08   for Mr. Mason?
        09        A.    Yes.
```

**3. PAGE 369:10 TO 369:13 (RUNNING 00:00:09.200)**

```
        10        Q.    And based upon your review of Mr. Mason's
        11   medical records, do you feel that Nurse Olson's
        12   prescriptions for Vioxx to Mr. Mason were appropriate?
        13        A.    Yes.
```

**4. PAGE 371:13 TO 371:17 (RUNNING 00:00:12.163)**

```
        13        Q.    (By Mr. Nabers)  During the four and a half
        14   years or so that Vioxx was on the market, during any
        15   of these sales calls by the Merck sales reps, did they
        16   ever tell you that Vioxx increased the risk of
        17   cardiovascular events in your patients?
```

**5. PAGE 371:19 TO 371:22 (RUNNING 00:00:06.700)**

```
        19        A.    Yes.
        20        Q.    (By Mr. Nabers)  Okay.  Do you recall when it
        21   was that they told you that?
        22        A.    Probably when I brought it up.
```

**6. PAGE 377:16 TO 377:20 (RUNNING 00:00:11.305)**

```
        16        Q.    Okay.  And then you were asked whether or not
        17   the documents that I gave you in that notebook were
        18   slanted toward the plaintiff's favor.  Do you recall
        19   that?
        20        A.    You mean that he raised that objection?  Yes.
```

**7. PAGE 379:21 TO 380:10 (RUNNING 00:00:24.000)**

```
        21        Q.    (By Mr. Nabers)  And then let me just ask you
        22   generally, you were asked questions with regard to the
        23   FDA or the Food & Drug Administration, and I think
        24   that you've indicated that you're not an expert in FDA
        25   matters, correct?
00380:01        A.    Correct.
        02        Q.    You're not an expert with regard to labeling,
        03   correct?
        04        A.    Correct.
        05        Q.    You're not an expert with regard to what goes
        06   into the label?
        07        A.    Correct.
        08        Q.    Or really with regard to the federal
        09   regulations that control prescription drugs, correct?
        10        A.    Correct.
```

**8. PAGE 380:12 TO 380:24 (RUNNING 00:00:24.516)**

```
        12   Let me ask it this way.  Have you ever been involved
        13   with the FDA in any consulting role where you would
        14   have looked at labels that come in from a prescription
        15   drug company?
        16        A.    No.
```

### Mason Plaintiff Video 11-2 1p

```
          17      Q.   Okay.  Have you ever been on the other side
          18  with regard to being on the side of the pharmaceutical
          19  company who is submitting labels to the FDA?
          20      A.   No.
          21      Q.   Okay.  Is it fair to say, as you sit here
          22  today, that you're not really familiar with the way
          23  the label negotiation goes between the drug company
          24  and the FDA?
```

**9.  PAGE 381:01 TO 381:06  (RUNNING 00:00:12.316)**

```
00381:01      A.   Correct.
          02      Q.   (By Mr. Nabers)  Okay.  And it's fair to say
          03  that you're not familiar with the rules and the
          04  federal regulations that go along with what the FDA
          05  reviews in terms of its labeling practices for
          06  prescription drugs?
```

**10.  PAGE 381:08 TO 381:08  (RUNNING 00:00:00.644)**

```
          08      A.   Yes.
```

**11.  PAGE 381:09 TO 381:17  (RUNNING 00:00:16.800)**

```
          09      Q.   (By Mr. Nabers)  I mean, you don't know what
          10  all a pharmaceutical company is required to submit
          11  with regard to a label for their prescription drug,
          12  correct?
          13      A.   Correct.
          14      Q.   Nor do you know everything that the FDA wants
          15  to review from the drug company in terms of a label
          16  that they are reviewing for a prescription drug?
          17      A.   Correct.
```

**12.  PAGE 388:20 TO 389:12  (RUNNING 00:00:35.600)**

```
          20      Q.   (By Mr. Nabers)  Now, you were also asked
          21  some questions about different meetings or medical
          22  education courses that you attended where Vioxx was
          23  discussed by distinguished professors or important
          24  lecturers.  Do you recall that?
          25      A.   Yes.
00389:01      Q.   And I think you were asked the question about
          02  whether or not you felt that those people were very
          03  qualified.  Do you recall that?
          04      A.   Yes.
          05      Q.   Whether they were outstanding in their field,
          06  correct?
          07      A.   Yes.
          08      Q.   All right.  And whether or not generally you
          09  anticipated that they would, you know, be accurate or
          10  truthful with regard to the information they provided.
          11  Do you recall that?
          12      A.   Yes.
```

**13.  PAGE 445:24 TO 446:18  (RUNNING 00:00:42.400)**

```
          24      Q.   (By Mr. Nabers)  Okay.  I'm to the very end.
          25  Let me just ask you quickly about Deposition Exhibit
00446:01  No. 35.  Remember, that was a medical record on
          02  Mr. Mason dated September 10th of 2002?
          03      A.   Yes.
          04      Q.   All right.  And if we flip over to page 2, we
          05  see a little section there called "Synopsis," don't
          06  we?
          07      A.   Yes.
          08      Q.   It doesn't say diagnosis, does it?
          09      A.   No, but it's the same difference.
          10      Q.   Okay.  Well, let me ask you about that.  One
```

## Mason Plaintiff Video 11-2 1p

```
11  of the things that's listed there is an arrow pointing
12  up that says "cholesterol," right?
13     A.   Yes.
14     Q.   Does that mean to you that Mr. Mason's
15  cholesterol was going up in this time frame?
16     A.   That it was elevated at the time.
17     Q.   Okay.  Well, was it elevated enough to
18  diagnose him with high cholesterol?
```

**14. PAGE 446:20 TO 446:21 (RUNNING 00:00:03.200)**

```
20     A.   That's what -- that's why it's written there,
21  yes.
```

**15. PAGE 447:03 TO 447:05 (RUNNING 00:00:07.547)**

```
03     Q.   (By Mr. Nabers)  Okay.  And as of this note,
04  September of 2002, is there any evidence that he has
05  coronary artery disease?
```

**16. PAGE 447:07 TO 447:09 (RUNNING 00:00:04.333)**

```
07     A.   No.
08     Q.   (By Mr. Nabers)  Is there any evidence that
09  he has any plaquing in his coronary arteries?
```

**17. PAGE 447:11 TO 447:14 (RUNNING 00:00:06.764)**

```
11     A.   Not that we can tell.
12     Q.   (By Mr. Nabers)  Is there any evidence that
13  he had any ischemia that would suggest coronary artery
14  disease?
```

**18. PAGE 447:16 TO 447:19 (RUNNING 00:00:08.146)**

```
16     A.   No.
17     Q.   (By Mr. Nabers)  Do we have any evidence as
18  of this time to suggest that he has any cardiovascular
19  disease?
```

**19. PAGE 447:21 TO 447:21 (RUNNING 00:00:00.977)**

```
21     A.   No.
```

**20. PAGE 448:03 TO 448:08 (RUNNING 00:00:13.300)**

```
03     Q.   (By Mr. Nabers)  As of September '02, would
04  you agree that his cardiovascular risk is average?
05     A.   Yes.
06     Q.   Okay.  And this is when he first starts
07  getting Vioxx from Nurse Olson, correct?
08     A.   Yes.
```

**21. PAGE 448:09 TO 448:16 (RUNNING 00:00:14.174)**

```
09     Q.   Then I only wanted to show you Deposition
10  Exhibit No. 37 just quickly.  It actually -- you were
11  asked questions about back pain and the fact that he
12  had had it and he noted since 1972, correct?
13     A.   Yes.
14     Q.   But you were asked questions about
15  debilitating.  Does it say debilitating on that
16  record?
```

**22. PAGE 448:18 TO 448:21 (RUNNING 00:00:04.809)**

```
18     A.   No.
19     Q.   (By Mr. Nabers)  You were asked by Merck's
20  counsel if the back pain was chronic.  Does it say
21  chronic?
```

CONFIDENTIAL

**Case Clip(s) Detailed Report**
**Thursday, November 09, 2006, 12:14:02 AM**

## Mason Plaintiff Video 11-2 1p

**23. PAGE 448:23 TO 448:25  (RUNNING 00:00:04.470)**

```
23    A.   No.  It says recurrent.
24    Q.   (By Mr. Nabers)  All right.  Does it say his
25  back pain was life altering?
```

**24. PAGE 449:02 TO 449:05  (RUNNING 00:00:05.793)**

```
02    A.   No.
03    Q.   (By Mr. Nabers)  Does it say that his back
04  pain was so that great it was affecting his everyday
05  lifestyle?
```

**25. PAGE 449:07 TO 449:14  (RUNNING 00:00:06.395)**

```
07    A.   No.
08    Q.   (By Mr. Nabers)  In fact, it just says
09  recurrent, doesn't it?
10    A.   Yes.
11    Q.   That just means episodically?
12    A.   Yes.
13    Q.   Every once in a while?
14    A.   Yes.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:50.237) |
| --- |

**CONFIDENTIAL**

## Vogeler Merck Re-Cross alt

| Scene | Designation | Source | Tx Duration | Barcode |
|---|---|---|---|---|
| 1 | **451:18 - 451:21** | Vogeler, Douglas 2006-08-30 | 00:00:09 | Z30A.3 |

451:18    Q:  (By Mr. Krumholz)  Did you know that as of
451:19    July of 2003, Mr. Mason's left anterior descending
451:20    artery was 90-percent occluded?
451:21    A:  No.

| 2 | **452:21 - 453:1** | Vogeler, Douglas 2006-08-30 | 00:00:17 | Z30A.4 |

452:21    Q:  (By Mr. Krumholz)  Doctor, given that
452:22    Mr. Mason had a 90-percent occlusion in his left
452:23    anterior descending artery in July of 2003, do you
452:24    believe that it was likely that in September of 2002
452:25    he had atherosclerosis in his left anterior descending
453:1    artery?

| 3 | **453:3 - 453:17** | Vogeler, Douglas 2006-08-30 | 00:00:46 | Z30A.5 |

453:3    A:  Yes, it is likely.
453:4    Q:  (By Mr. Krumholz)  Did you know that in the
453:5    first diagonal branch off the left anterior
453:6    descending artery that he had a 70-percent occlusion
453:7    based upon Dr. Ganellen's cardiac catherization at the
453:8    time of his heart attack?
453:9    A:  I didn't know until after his information was
453:10    available.
453:11    Q:  If his first diagonal artery off his left
453:12    anterior descending artery was 70-percent occluded at
453:13    the time of his heart attack, do you believe that it
453:14    was likely that he, Mr. Mason, suffered from
453:15    atherosclerosis of the left -- of the first diagonal
453:16    in September of 2002?
453:17    A:  It's very likely.

| 4 | **454:20 - 454:25** | Vogeler, Douglas 2006-08-30 | 00:00:15 | Z30A.6 |

454:20    Q:  But, regardless, if Mr. Mason had 90-percent
454:21    occlusion in his left anterior descending artery in
454:22    July of '03 and 70-percent occulusion in his first
454:23    diagonal branch off of that artery, then it was very
454:24    likely he had underlying cardiovascular disease?
454:25    A:  Yes.

| 5 | **455:1 - 456:14** | Vogeler, Douglas 2006-08-30 | 00:01:20 | Z30A.1 |

455:1    Q:  Now, you were asked questions about whether
455:2    or not you had any input into Mr. Mason's prescription
455:3    of Vioxx. Do you recall that?
455:4    A:  Yes.
455:5    Q:  The truth is you were and are his primary

| | |
|---|---|
| 455:6 | treating physician, true? |
| 455:7 | A: Yes. |
| 455:8 | Q: And you're qualified to discuss what your |
| 455:9 | expectations were of Nurse Olson in terms of how she |
| 455:10 | went about prescribing medications, true? |
| 455:11 | A: Yes. |
| 455:12 | Q: And what she needed to make herself aware of |
| 455:13 | in connection with those prescriptions? |
| 455:14 | A: Yes. |
| 455:15 | Q: And nothing Mr. Nabers said changes your mind |
| 455:16 | as to what you indicated earlier in terms of what |
| 455:17 | Ms. Olson should review in that regard, right? |
| 455:18 | A: Yes. |
| 455:19 | Q: She should make herself familiar with the |
| 455:20 | label that's in existence at the time of the |
| 455:21 | prescription, true? |
| 455:22 | A: Yes. |
| 455:23 | Q: And she should look at the medical literature |
| 455:24 | such as the Medical Letter that's Exhibit 33? |
| 455:25 | A: Yes. |
| 456:1 | Q: And if she did so, she would have known at |
| 456:2 | the time of prescribing Vioxx to Mr. Mason that |
| 456:3 | there's a potential risk with respect to COX-2s but |
| 456:4 | the medical evidence, the scientific evidence, didn't |
| 456:5 | support any conclusion in that regard yet, right? |
| 456:6 | A: Yes. |
| 456:7 | Q: There was a scientific question about that, |
| 456:8 | right? |
| 456:9 | A: Yes. |
| 456:10 | Q: And as a result, you've had to rely on the -- |
| 456:11 | Merck and FDA needed to rely on the clinical trials |
| 456:12 | that had been done before approval until sufficient |
| 456:13 | evidence came out, if at all? |
| 456:14 | A: Yes. |

Play Time for this Script:     **00:02:47**

**Total time for all Scripts in this report:**     **00:02:47**