U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   11-14-06
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to
Case No. 2:06-CV-00810

CHARLES MASON,

                    Plaintiff,

v.

MERCK & CO., INC.,

                    Defendant.

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

<u>NOTICE OF FILING
DEPOSITION TESTIMONY OF
EDWARD GANELLEN, M.D.</u>

TO:   Edward F. Blizzard
      J. Scott Nabers
      Rebecca B. King
      BLIZZARD, MCCARTHY & NABERS, LLP
      440 Louisiana, Suite 1710
      Houston, Texas 77002


        Merck & Co., Inc. hereby submits the deposition testimony of Edward Ganellen, M.D.,

attached as Exhibit A.  This testimony was played in this cause on November 14, 2006.

Dated:  November 14, 2006

                                Respectfully submitted,

                                <u>/s/ Dorothy H. Wimberly</u>
                                Dorothy H. Wimberly, 18509
                                STONE PIGMAN WALTHER WITTMANN
                                L.L.C.
                                546 Carondelet Street
                                New Orleans, Louisiana  70130
                                Phone:  504-581-3200
                                Fax:     504-581-3361
                                *Defendant's Liaison Counsel*

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____

Philip S. Beck, 147168
Tarek Ismail, 6225226
Shayna S. Cook, 6285959
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Telephone:        (312) 494-4400
Telecopier:       (312) 494-4440

*Attorneys for Merck & Co., Inc.*

Case Clip(s) Detailed Report
Tuesday, November 14, 2006, 12:31:20 AM

**Mason Plaintiff Video 11-2 1p**

 **Ganellen, Edward (Vol. 01) - 07/25/2006**                    1 CLIP  (RUNNING 00:20:48.929)

 Ganellen trial

<u>GANELLEN 1</u>                    41 SEGMENTS  (RUNNING 00:20:48.929)          

**1. PAGE 4:12 TO 4:24  (RUNNING 00:00:18.292)**

```
12        Q.  Good morning, Mr. Ganellen, how are you
13   today?
14        A.  Good.
15        Q.  Could you please state your name for the
16   record?
17        A.  Uh-huh.  Edward W. Ganellen.
18        Q.  And, Dr. Ganellan, my name is Scott Nabers
19   and I represent a fellow by the name of Charles
20   Mason who has a case that involves the drug VIOXX.
21   Do you understand it's in connection with that
22   case that you're here today to give deposition
23   testimony?
24        A.  I do.
```

**2. PAGE 5:15 TO 5:20  (RUNNING 00:00:13.605)**

```
15        Q.  (By Mr. Nabers)  Dr. Ganellen, I'll be
16   asking you some questions today about cardiology
17   and about your care and treatment of Mr. Mason.
18   And can you agree that you can answer my questions
19   today based on reasonable medical probability?
20        A.  Yes.
```

**3. PAGE 9:25 TO 10:23  (RUNNING 00:00:47.000)**

```
25        Q.  Can you just briefly describe for us your
00010:01   medical education and training?
02        A.  I went to medical school '81 through '85
03   at University of Illinois in Chicago.  I did a
04   medical residency for three years at Michael Reese
05   from '85 to '88, and then did a three year
06   cardiology fellowship at Emory University from '88
07   to '91.
08        Q.  Now you mentioned that you performed an
09   internship.  Can you just tell us what an
10   internship is that you did?
11        A.  An internship is the first year of your
12   medical residency.
13        Q.  And you also indicated that you performed
14   a residency as well; correct?
15        A.  Correct.
16        Q.  And what is a residency?
17        A.  The residency is the complete three years
18   of training for internal medicine.
19        Q.  Where did you do that residency?
20        A.  At Michael Reese.
21        Q.  You also performed a fellowship in
22   cardiology?
23        A.  Yes.
```

**4. PAGE 11:19 TO 12:22  (RUNNING 00:01:17.000)**

```
19        Q.  Now, can you briefly describe for us your
20   cardiology practice here in the office today where
21   we're taking your deposition?
22        A.  What I do in my job?
```

**CONFIDENTIAL**                    **page 1**

Case Clip(s) Detailed Report
Tuesday, November 14, 2006, 12:31:20 AM

## Mason Plaintiff Video 11-2 1p

```
23     Q.  Right.
24     A.  I'm an interventional cardiologist.  I
25   typically spend a week in the office seeing
00012:01   patients and then generally about a week in the
02   hospital taking care of in-patients and doing
03   procedures.  I read echoes and nuclear scans for
04   stress testing, for nuclear scans.  I do the
05   cardiac catheterizations, place stents or do
06   ballooning angioplasty, and I close PFOs as well.
07     Q.  I take it that you see patients with a
08   wide range of different cardiologic conditions?
09     A.  Fairly.
10     Q.  As a part of that, do you diagnose, care
11   for and treat patients who either are having or
12   have had heart attacks?
13     A.  Yes.
14     Q.  Now, you said you were an interventiona-
15   list.  Can you just describe for us what it means
16   to be an interventionalist?
17     A.  An intervention -- an interventionalist --
18   an interventional cardiology fixes
19   blockages in arteries usually with stents.
20     Q.  And we refer to those procedures as
21   interventional procedures; correct?
22     A.  Correct.
```

**5. PAGE 15:06 TO 15:20  (RUNNING 00:00:34.000)**

```
06     Q.  Let's talk specifically about Mr. Mason if
07   we can for a minute, all right?  Now, he was a
08   patient of yours when you were actually working at
09   LDS Hospital; correct?
10     A.  Yes.
11     Q.  And do you have an understanding of how he
12   became a patient of yours at LDS Hospital in July
13   of 2003?
14     A.  I think he was admitted under my partner,
15   Jim Zebrack, and I was called to perform the
16   intervention.
17     Q.  And the reason that you were called to
18   perform the intervention was -- what medical
19   condition did he have at that point?
20     A.  He presented with a heart attack.
```

**6. PAGE 18:16 TO 18:20  (RUNNING 00:00:10.700)**

```
16     Q.  If a patient is having an acute heart
17   attack and is not near a hospital that can do
18   emergency interventions like what was done -- or
19   that you did at LDS, are they at higher risk of
20   dying?
```

**7. PAGE 18:22 TO 19:17  (RUNNING 00:00:46.200)**

```
22     A.  Could you repeat that?
23     Q.  Sure.  What I'm trying to get at is the
24   fact that he first presented at Alta View, they
25   just didn't have the facilities available to take
00019:01   care of his heart attack condition; correct?
02     A.  Yes.
03     Q.  So he came to LDS because your hospital
04   where you were working did have the interventional
05   procedures that he needed as a result of having a
06   heart attack?
07     A.  Correct.
08     Q.  Let me ask you, based on your care and
09   treatment of Mr. Mason and your review of the
10   medical records, whenever he came into LDS
```

Case Clip(s) Detailed Report
Tuesday, November 14, 2006, 12:31:20 AM

## Mason Plaintiff Video 11-2 1p

```
11  Hospital in July of 2003, was he having a heart
12  attack?
13      A.  Based on his enzyme test, yes.
14      Q.  Okay.  I mean, as we sit here today, is
15  there any doubt in your mind that he did have a
16  heart attack in July of 2003?
17      A.  There's no doubt in my mind.
```

**8.  PAGE 28:23 TO 28:25 (RUNNING 00:00:06.037)**

```
23      Q.  All right.  Let me show you what I'm going
24  to mark as Deposition Exhibit No. 7 -- 6, I'm
```

📄 GAN8 -

```
25  sorry.
```

**9.  PAGE 29:02 TO 29:18 (RUNNING 00:00:35.650)**

```
02      Q.  We've handed you, Dr. Ganellen, Deposition
03  Exhibit No. 6.  And could I just ask you if you
04  could identify what this report is?
05      A.  This is a cardiac catheterization report
06  on Charles Mason.
07      Q.  And where was this cardiac catheterization
08  report performed?
09      A.  At LDS Hospital.
10      Q.  And would this have been a cardiac
11  catheterization report on Mr. Mason that you
12  actually put together?
13      A.  Yes.
14      Q.  And it's fair to say that you were the
15  one that performed the cardiac cath on Mr. Mason
```

📄 -KEGAN8 - Clear Attached Exhibit GAN8

```
16  on that day when he was having his heart attack;
17  correct?
\cf0     18      A.  Yes.
```

**10.  PAGE 29:19 TO 30:08 (RUNNING 00:00:30.600)**

```
19      Q.  And can you just give the ladies and
20  gentlemen of the jury an idea of what actually a
21  heart cath is?
22      A.  We place a tube through an artery in the
23  leg, thread it up to the heart, and inject dye
24  into the arteries going to the heart to take
25  pictures of the arteries, see if there are any
00030:01 blockages.
02          We generally put a catheter into the heart
03  muscle as well and take a picture of the heart
04  muscle pumping.
05      Q.  And were those things that were done as a
06  part of the heart catheterization that Mr. Mason
07  had?
08      A.  Yes.
```

**11.  PAGE 34:01 TO 34:07 (RUNNING 00:00:14.845)**

```
00034:01    Q.  On page 3 of your cath report, is there a
```

📄 GAN9 -

```
02  brief history in connection with Mr. Mason?
03      A.  Yes.
04      Q.  And I think there it indicates in the
05  first sentence that Charles L. Mason is a 61-year-
06  old male with a history of smoking, correct?
```

Case Clip(s) Detailed Report
Tuesday, November 14, 2006, 12:31:20 AM

## Mason Plaintiff Video 11-2 1p

    07       A.  Yes.

**12.  PAGE 34:20 TO 35:01 (RUNNING 00:00:18.413)**

    20       Q.  If you just -- if I represent to you that
    21  he quit smoking in 1977, which would have been
    22  about 26 years before his heart attack, are you

📄 -KEGAN9 - Clear Attached Exhibit GAN9

    23  familiar that the American Heart Association has
    24  indicated that a smoker who quits five years
    25  before has the same risk for heart disease as a
00035:01  nonsmoker?  Have you heard that before?

**13.  PAGE 35:03 TO 36:04 (RUNNING 00:00:46.459)**

    03       A.  Yes.
    04       Q.  Do you generally agree with that statement
    05  of the American Heart Association?
    06       A.  Probably.
    07       Q.  I mean, is it significant that he would
    08  have quit smoking 26 years before his heart attack
    09  in terms of whether or not his smoking was a risk
    10  factor in your mind for his heart attack?
    11       A.  I would think if he quit 26 years prior to
    12  his heart attack, it was unlikely to contribute to
    13  his heart attack.

📄 GAN10 -

    14       Q.  Now the next sentence says, "Myocardial
    15  infarction was ruled in July 25th at Alta View."
    16  Do you see that?
    17       A.  Yes.
    18       Q.  What does that indicate to you?
    19       A.  That means either his blood tests were
    20  abnormal or that his EKG -- or it could mean that
    21  his EKG was abnormal.  In this case, it was
    22  because of his blood tests.

📄 GAN11 -

    23       Q.  Then the next note says "He experienced an
    24  MI;" correct?
    25       A.  Yes.
00036:01       Q.  And MI refers to a myocardial infarction
    02  or a heart attack?
    03       A.  Yes.
    04       Q.  All right.  Then if we look at the reason

**14.  PAGE 36:05 TO 36:12 (RUNNING 00:00:17.800)**

    05  for the catheterization, what was the reason that

📄 GAN12 -

    06  he had the interventional procedure?
    07       A.  It's listed as progressive angina and an
    08  acute MI.
    09       Q.  And can you tell us what it means,
    10  progressive angina?
    11       A.  It means that his chest pain was getting
    12  worse.

**15.  PAGE 36:18 TO 39:21 (RUNNING 00:03:26.400)**

    18       Q.  All right.  If we look under the patient
    19  assessment category there, do you see where it

## Mason Plaintiff Video 11-2 1p

📄 **GAN13 -**

```
20   says stable and urgent?
21       A.   Uh-huh, yes.
22       Q.   And can you tell us what that means when
23   it says stable and urgent?
24       A.   Stable would mean that his heart rhythm
25   and blood pressure clinical course has been
00037:01   relatively, I guess benign.  And urgent meaning
02   that we thought he was in the middle of having a
03   heart attack, so we wanted to get him done more
04   quickly.
05       Q.   And then if we look at initial vitals,
06   his blood pressure there is listed as 114 over
```

📄 **GAN14 -**

```
07   69.
08       A.   Yes.
09       Q.   And is that a normal blood pressure?
10       A.   Yes.
11       Q.   Does it also indicate here on the cath
12   report what his heart rate and rhythm was?
13       A.   Yes.
14       Q.   And it notes 55?
15       A.   Yes.
16       Q.   And is that normal?
17       A.   It's a little slow, but not very
18   concerning.
19       Q.   Now, as a part of your care and treatment
20   of him, I notice in the LDS records that it
21   indicates that Mr. Mason was given Aggrastat.  Do
22   you recall that?
23       A.   It says that he was, yes.
24       Q.   And what is Aggrastat?
25       A.   Aggrastat is a -- an agent that interferes
00038:01   with platelet action.  So it's a blood thinner.
02       Q.   And why would Mr. Mason, why was he given
03   the Aggrastat when he came in having his heart
04   attack?
05       A.   Aggrastat was used both as part of the
06   treatment of the heart attack and to help prevent
07   clotting of a stent or other intervention.
08       Q.   And I understand it's a medication but
```

📄 **-KEGAN14 - Clear Attached Exhibit GAN14**

```
09   what generally does it do for the patient in terms
10   of -- who's having the heart attack?
11       A.   Well, again, it's a blood thinner that
12   specifically acts on platelets which are generally
13   the triggering mechanism -- platelet aggregation
14   or platelets clotting are what causes heart
15   attacks.
16       Q.   Okay.  Does Aggrastat, does it help
17   dissolve clots?
18       A.   Not so much.  Maybe a little bit.
19       Q.   Would you give Aggrastat to someone who
20   you think has a clot that's causing a heart
21   attack?
22       A.   There are probably -- there are two
23   classes of medications that you might use.  So
24   there are thrombolytics, which can be used to
25   dissolve clot.  With a normal EKG, he would not
00039:01   meet criteria for thrombolytics.
02       So, with a normal EKG but continued chest
```

**Case Clip(s) Detailed Report**
**Tuesday, November 14, 2006, 12:31:20 AM**

## Mason Plaintiff Video 11-2 1p

```
03  pain and abnormal enzymes, Aggrastat would be
04  considered pretty reasonable therapy.
05       Q.  Ultimately, whenever you did the cath, you
06  found that Mr. Mason had some clots; correct?
07       A.  We said he did, yes.
08       Q.  Right.  And is the clots one of the reason
09  why he was given the Aggrastat?
10       A.  Well the presumed mechanism of heart
11  attack is always thrombus.  There's always clot.
12       Q.  All right.  So the Aggrastat was designed
13  to help that thrombus?
14       A.  Yes.
15       Q.  And when we talk about clots, what
16  actually are clots?
17       A.  Boy, that's a tough question.  Clots
18  are -- well, at least for heart attacks, clots
19  begin with platelets clumping together and
20  blocking off the arteries.  As clots progress,
21  they become more complicated than that.
```

**16. PAGE 40:01 TO 43:06  (RUNNING 00:03:08.900)**

```
00040:01      Q.  Now, what were your findings regarding the
02  coronary arteries whenever you cathed Mr. Mason
03  July 25th of 2003?
04       A.  We said that he had about a 90 percent
05  blockage in his left anterior descending coronary
06  artery right where it split off with a branch
07  called the diagonal, which also involved about a
08  70 percent blockage.
09       Q.  Now we marked awhile ago Deposition
10  Exhibit No. 7 which was all of the LDS records.
11  And you actually referenced that there were two
12  diagrams that should have gone with the heart cath
13  report; correct?
14       A.  Yes.
```

☐ **GAN15 -**                                              

```
15       Q.  And the first diagram I think is on what
16  page in Deposition Exhibit No. 7?
17       A.  Page 92.
18       Q.  And what is that actually a diagram of?
19       A.  That's a computer simulation of his
20  coronary artery.
21       Q.  And whenever we look at this diagram, what
22  we see is like some little black bands actually
23  on one of the descending coronary arteries;
24  correct?
25       A.  Yes.
```

☐ **GAN16 -**

```
00041:01      Q.  And those bands that we see placed on
02  there, what coronary artery are they in?
03       A.  The main artery is called the left
04  anterior descending, which has the 90 percent
05  blockage.  And the branch right next to it is
06  called the diagonal branch.
07       Q.  And whenever this drawing was done, what
08  is being represented by the darker shades where
09  we've highlighted?
10       A.  We're trying to show where the blockage
11  is.
12       Q.  Is it fair to say this would be a fairly
13  accurate representation of where you believe the
14  blockages were in Mr. Mason?
```

Case Clip(s) Detailed Report
Tuesday, November 14, 2006, 12:31:20 AM

## Mason Plaintiff Video 11-2 1p

```
15     A.  Yes.
16     Q.  And I think what you indicated was that
17  there was a 90 percent stenosis of that left
18  anterior descending artery and that there was
19  thrombus present; correct?
20     A.  Yes.
21     Q.  And then what did you note in connection
22  with the other artery that you found that had some
23  blockage on the cath?
24     A.  We said the diagonal branch had about a 70
25  percent block.
```

📄 -KEGAN16 - Clear Attached Exhibit GAN16                    

```
00042:01     Q.  And do you also note there that it had
02  thrombus present as well?
03     A.  I think we said yes.  Yes, we did.
04     Q.  And when we talk about thrombus, I mean,
05  is that synonymous or does it generally mean the
06  same thing as a clot?  What we talked about
07  earlier?
08     A.  Yes.
09     Q.  And after the cath or during the cath,
10  what treatment did you determine Mr. Mason needed
11  to address the clogged blockages that you found
12  after the diagnostic cath?
13     A.  We placed a stent into the LAD, or left
14  anterior descending, and did a balloon through the
15  struts of the stent into the diagonal branch.
16     Q.  And was the procedure done on Mr. Mason
17  kind of on an emergency type basis?
18     A.  Say more urgency than emergency.
19     Q.  And what was the goal of the
20  interventional procedure, the heart cath that you
21  performed on Mr. Mason?
22     A.  The goal was to restore blood flow and
23  minimize the amount of damage to the heart
24  muscle.
25     Q.  Now, you said that as a part of the heart
00043:01  cath, what you actually did was you placed a stent
02  on one of the arteries; correct?
03     A.  Yes.
04     Q.  And the stent that you placed was on which
05  artery?
06     A.  The left anterior descending.
```

**17. PAGE 43:13 TO 44:17  (RUNNING 00:01:19.500)**

```
13     Q.  So, tell us how you, or describe for us
14  how you went about placing the stent in Mr.
15  Mason's left anterior descending coronary artery.
16     A.  We would place what's called a guide
17  catheter into the mouth of the main artery.  We
18  would slide a very thin wire down past the
19  blockage.  We generally put -- I don't know if we
20  predilated or not.  I don't think we did.  We
21  generally place a stent on a balloon before it's
22  opened up into the blockage, blow the balloon up
23  to open the stent up, and then take the balloon
24  back out.
25     Q.  Now, during this interventional procedure,
00044:01  did you also do, I think what you referred to
02  earlier was an angioplasty?
03     A.  Yes.
04     Q.  And can you describe for us what an
05  angioplasty is?
06     A.  Angioplasty is a balloon without a stent.
```

### Mason Plaintiff Video 11-2 1p

```
07      Q.  All right.  And so how do you go about
08  doing -- how did you go about doing an angioplasty
09  on Mr. Mason?
10      A.  I believe we -- I took the same wire back,
11  put it through one of the holes in the chain link
12  fence of the stent, and then advanced a balloon
13  through that and blew the balloon up into the
14  diagonal.
15      Q.  And what is the goal of doing the
16  angioplasty?
17      A.  Same thing, to restore blood flow.
```

**18. PAGE 44:18 TO 44:20  (RUNNING 00:00:07.000)**

```
18      Q.  By doing the stent and the balloon
19  angioplasty on Mr. Mason, is that also a part of
20  stopping the heart attack that he was having?
```

**19. PAGE 44:22 TO 44:25  (RUNNING 00:00:11.525)**

```
22      A.  Probably.
23      Q.  And I guess the other goal of doing the
24  stent and the angioplasty was to stop the damage
25  that had been occurring to his heart?
```

**20. PAGE 45:02 TO 45:02  (RUNNING 00:00:01.000)**

```
02      A.  Yes.
```

**21. PAGE 45:03 TO 45:17  (RUNNING 00:00:30.400)**

```
03      Q.  Now, after the heart cath procedure, did
04  you feel that Mr. Mason had a good result?
05      A.  From the stent, the angioplasty?
06      Q.  Yes.
07      A.  Yes.
08      Q.  And when we talk about a good result, what
09  is it that you're hoping to see whenever you do
10  those procedures?
11      A.  Well, with a stent, we'd like to see no
12  significant blockage left.  Or actually we'd like
13  to see no blockage left over.  With an
14  angioplasty, we usually think anything better
15  than a 50 percent blockage is considered
16  reasonable, but we'd like to do better than
17  that.
```

**22. PAGE 45:21 TO 48:15  (RUNNING 00:02:35.527)**

```
21      Q.  Now if we look at your cath report where
```

📄 GAN17 -                                              

```
22  it says under the left ventricular results
23  section -- do you see that?
24      A.  Uh-huh.
25      Q.  I think what's noted there is "Mild
00046:01  anterolateral hypokinesis present."  Do you see
02  that?
03      A.  Yes.
04      Q.  What does mild anterolateral hypokinesis
05  present, what does that mean?
06      A.  It means that when we inject x-ray dye and
07  watch the heart muscle contracting, we can see in
08  the area kind of the front and top side of the
09  heart not pumping quite as vigorously.
10      Q.  Okay.  What does that indicate to you?
11      A.  Some damage to the heart muscle.
12      Q.  And is it likely that that damage to Mr.
```

Case Clip(s) Detailed Report
Tuesday, November 14, 2006, 12:31:20 AM

## Mason Plaintiff Video 11-2 1p

```
13  Mason's heart muscle would have been caused by his
14  heart attack?
15      A.  Yes.
16      Q.  Okay.  And how do you go about -- how did
17  you go about determining that he had this damage
18  to his heart muscle?  Was it a part of the cath
19  procedure?
20      A.  The anterolateral hypokinesis?
21      Q.  Yes.
22      A.  Yes.
23      Q.  And what do you actually do that allows
```

📄 -KEGAN17 - Clear Attached Exhibit GAN17

```
24  you to determine that he had that damage to his
25  heart?
00047:01   A.  We put a catheter into the pumping chamber
02  of the heart muscle, inject x-ray dye, and watch
03  the heart muscle contract.
04      Q.  Would you consider a heart with an area of
05  hypokinesis of the left ventricle to be a
06  completely normal heart?
07      A.  No.
08      Q.  Is it fair to say that the left ventricle
09  is the primary pumping chamber of the heart?
10      A.  Yes.
11      Q.  And so Mr. Mason has some damage to that
12  area, the left ventricle area of his heart, as a
13  result of the heart attack; correct?
14      A.  Yes.
15      Q.  Now, there's also something called an
16  ejection fraction.  Can you tell us what an
17  ejection fraction is?
18      A.  The ejection fraction is the percentage
19  of blood that the heart pumps out with each beat.
20      Q.  And when we talk about ejection fractions,
21  is that kind of just a measure of the overall
22  pumping function of the heart?
23      A.  Yes.
24      Q.  Ejection fraction is completely different
25  than hypokinesis; right?
00048:01   A.  Correct.
02      Q.  And hypokinesis refers to what?
03      A.  Hypokinesis is a weakening of
04  contractility.
05      Q.  As far as Mr. Mason's ejection fraction
06  goes, he had a good ejection fraction; correct?
07      A.  His ejection fraction is normal.
08      Q.  Okay.  But does having a normal ejection
09  fracture in and of itself mean that the heart is
10  completely normal?
11      A.  No.
12      Q.  So, in Mr. Mason's case, was his heart
13  completely normal after the heart attack?
14      A.  No.
15      Q.  Did he have residual or permanent damage?
```

**23. PAGE 48:19 TO 48:19  (RUNNING 00:00:01.533)**

```
19      A.  Probably some mild damage.
```

**24. PAGE 49:05 TO 49:07  (RUNNING 00:00:05.706)**

```
05      Q.  Do you have any reason to believe that it
06  would go away, that damage to his heart?
07      A.  It can.
```

Case Clip(s) Detailed Report
Tuesday, November 14, 2006, 12:31:20 AM

## Mason Plaintiff Video 11-2 1p

**25. PAGE 49:12 TO 49:18 (RUNNING 00:00:09.748)**

```
12        Q.  So, after the heart cath procedure that
13  you performed on Mr. Mason in the hospital, did
14  you ever see him again?
15        A.  I don't believe so.
16        Q.  Do you know anything about his current
17  medical condition today?
18        A.  No.
```

**26. PAGE 50:23 TO 50:25 (RUNNING 00:00:07.300)**

```
23        Q.  Are patients like Mr. Mason who have had
24  one heart attack, are they at increased risk of
25  having another heart attack in the future?
```

**27. PAGE 51:02 TO 51:02 (RUNNING 00:00:00.777)**

```
02        A.  Yes.
```

**28. PAGE 51:05 TO 51:13 (RUNNING 00:00:18.600)**

```
05        Q.  That a patient that you see who has a
06  heart attack, what do you base the opinion on that
07  that person who has a heart attack is at more
08  increased risk in the future for having another
09  one?
10        A.  Generally if you've had one heart attack,
11  you have an underlying substrate or disease
12  process that would lead you to have more heart
13  attacks.
```

**29. PAGE 53:21 TO 54:03 (RUNNING 00:00:12.273)**

```
21        Q.  Now, are you familiar with the drug
22  VIOXX?
23        A.  I am.
24        Q.  Did you ever prescribe the drug VIOXX?
25        A.  I'm sure I did.
00054:01        Q.  Are you aware that VIOXX was withdrawn
02  from the market on September of 2004?
03        A.  Yes.
```

**30. PAGE 54:13 TO 54:14 (RUNNING 00:00:03.549)**

```
13        Q.  What is your understanding of why VIOXX
14  was withdrawn from the market?
```

**31. PAGE 54:16 TO 54:19 (RUNNING 00:00:06.270)**

```
16        A.  I believe it was withdrawn because of an
17  increased risk of heart attack.
18        Q.  And how did you come to that
19  understanding?
```

**32. PAGE 54:22 TO 55:11 (RUNNING 00:00:31.472)**

```
22        A.  Because of articles published both in the
23  medical and lay prints.
24        Q.  Have you reviewed articles and scientific
25  journals that looked at whether VIOXX can cause
00055:01  cardiovascular events in patients taking the
02  drug?
03        A.  Yes.
04        Q.  And did you do that as a part of being a
05  practicing cardiologist?
06        A.  Yes.
07        Q.  And do you believe that the literature
08  that you have reviewed has demonstrated an
09  association between the use of VIOXX and heart
10  attacks in some of the patients who take that
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Tuesday, November 14, 2006, 12:31:20 AM

## Mason Plaintiff Video 11-2 1p

```
    11    drug?
```

**33. PAGE 55:13 TO 55:17 (RUNNING 00:00:10.581)**

```
    13    A.  Yes.
    14    Q.  Is that literature that you've reviewed
    15  the type that cardiologists in your community rely
    16  on in forming their opinions about disease and
    17  disease process?
```

**34. PAGE 55:19 TO 55:19 (RUNNING 00:00:00.844)**

```
    19    A.  Yes.
```

**35. PAGE 55:20 TO 55:24 (RUNNING 00:00:12.500)**

```
    20    Q.  Were you aware that Mr. Mason took VIOXX?
    21    A.  I'm not sure I was aware during his
    22  hospitalization but I'm sure I'm aware now.
    23    Q.  Subsequently, at some point you became
    24  aware that he had taken VIOXX?
```

**36. PAGE 56:01 TO 56:03 (RUNNING 00:00:04.096)**

```
 00056:01    A.  Yes.
    02    Q.  And were you aware that he had taken VIOXX
    03  on the very day of his heart attack?
```

**37. PAGE 56:05 TO 56:09 (RUNNING 00:00:11.834)**

```
    05    A.  Yes.
    06    Q.  Knowing that he had taken VIOXX on the day
    07  of his heart attack, would you include VIOXX in
    08  your differential diagnosis as a potential cause
    09  of his heart attack?
```

**38. PAGE 56:11 TO 56:13 (RUNNING 00:00:04.258)**

```
    11    A.  Yes.
    12    Q.  Is there any way to rule VIOXX out as a
    13  potential cause of his heart attack?
```

**39. PAGE 56:15 TO 56:15 (RUNNING 00:00:00.465)**

```
    15    A.  No.
```

**40. PAGE 57:09 TO 57:11 (RUNNING 00:00:05.600)**

```
    09    Q.  When is the first time that you became
    10  aware that VIOXX had been associated with causing
    11  heart attacks?
```

**41. PAGE 57:13 TO 57:14 (RUNNING 00:00:04.670)**

```
    13    A.  Well, probably the first time for sure is
    14  when it was withdrawn from the market.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:20:48.929)

## Ganellan Merck Cross/Redirect/Recross

| Scene | Designation | Source | Tx Duration | Barcode |
|---|---|---|---|---|
| 1 | **59:3 -59:5** | Ganellan, Edward 2006-07-25 | 00:00:05 | Z20.1 |

    59:3   Q: Doctor, my name is Richard Krumholz. And
    59:4   we've never met before today; is that right?
    59:5   A: That's correct.

| Scene | Designation | Source | Tx Duration | Barcode |
|---|---|---|---|---|
| 2 | **61:11 -61:15** | Ganellan, Edward 2006-07-25 | 00:00:13 | Z20.110 |

    61:11   Q: Now, you were asked a lot of questions
    61:12   today about -- towards the end about VIOXX. And I
    61:13   just want to make sure I'm clear. You're an
    61:14   expert in cardiology; is that right?
    61:15   A: I hope so.

| Scene | Designation | Source | Tx Duration | Barcode |
|---|---|---|---|---|
| 3 | **61:16 -61:24** | Ganellan, Edward 2006-07-25 | 00:00:15 | Z20.2 |

    61:16   Q: But you don't hold yourself    **(Edited)**
    61:17   out as an expert with respect to VIOXX; true?
    61:18   A: True.
    61:19   Q: Or the effects that VIOXX has on the
    61:20   cardiovascular system?
    61:21   A: True.
    61:22   Q: You have not done a full scale study of
    61:23   that?
    61:24   A: I have not.

| Scene | Designation | Source | Tx Duration | Barcode |
|---|---|---|---|---|
| 4 | **62:5 -62:16** | Ganellan, Edward 2006-07-25 | 00:00:20 | Z20.3 |

    62:5   Q: Has    **(Edited)**
    62:6   the plaintiff or anyone else in connection with
    62:7   this litigation asked you to figure out whether or
    62:8   not VIOXX can cause an increased risk of
    62:9   cardiovascular problems?
    62:10   A: No.
    62:11   Q: And you've never done that?
    62:12   A: I have not.
    62:13   Q: And to do that, you would want to look at
    62:14   the totality of the evidence, I assume, if someone
    62:15   were to ask you to do that?
    62:16   A: Yes.

| Scene | Designation | Source | Tx Duration | Barcode |
|---|---|---|---|---|
| 5 | **64:19 -65:12** | Ganellan, Edward 2006-07-25 | 00:00:43 | Z20.4 |

    64:19   Q: So with respect to VIOXX, what you would
    64:20   want to do before rendering any opinions about
    64:21   causation is to review the totality of the
    64:22   evidence and try to determine if it's possible
    64:23   to come up with a scientifically reliable
    64:24   conclusion?
    64:25   A: Yes.

65:1    Q: And Mr. Nabers did not ask you to do
65:2    that?
65:3    A: That's correct.
65:4    Q: And you have not done that?
65:5    A: I have not.
65:6    Q: And if anyone were to suggest that your
65:7    testimony today is that you have done sufficient
65:8    analysis and research to say that VIOXX caused
65:9    Mr. Mason's heart attack or did not, you simply
65:10    haven't done the sort of analysis that you would
65:11    need to do to determine that?
65:12    A: Correct.

| 6 | 69:5 -69:9 | Ganellan, Edward 2006-07-25 | 00:00:11 | | Z20.5 |

69:5    Q: At one time, most of your patients --     **(Edited)**
69:6    at one time or another, most of your patients have
69:7    had this sort of disease process caused by
69:8    atherosclerosis that restricts blood flow?
69:9    A: Yes.

| 7 | 69:19 -70:9 | Ganellan, Edward 2006-07-25 | 00:00:40 | | Z20.6 |

69:19    Q: And those patients were not on VIOXX,
69:20    those ones that you've treated for that this year:
69:21    true?
69:22    A: Yes.
69:23    Q: And that's been the case since 2004?
69:24    A: Yes.
69:25    Q: Have you seen any sort of reduction in the
70:1    number of patients with atherosclerotic build-up
70:2    since VIOXX was withdrawn?
70:3    A: No.
70:4    Q: In your practice, it's been most of your
70:5    patients that have suffered from that problem
70:6    before, during and after VIOXX was on the market?
70:7    A: Yes.
70:8    Q: Now, do many people have this plaque or
70:9    atherosclerosis and not know it?

| 8 | 70:11 -71:2 | Ganellan, Edward 2006-07-25 | 00:00:52 | | Z20.7 |

70:11    A: You can be asymptomatic, yes.
70:12    Q: Have you actually had patients who were
70:13    asymptomatic before they had an event?
70:14    A: Yes.
70:15    Q: You see that routinely in your practice?
70:16    A: Yes.
70:17    Q: And how can that be? Why can that happen?
70:18    A: Pretty amazing. I mean, I think part of

| | | | | |
|---|---|---|---|---|
| | 70:19 | the answer is we don't know why some -- I mean | | |
| | 70:20 | some people don't feel it because they have damage | | |
| | 70:21 | to the nerves. | | |
| | 70:22 | Some people, we believe have blockages | | |
| | 70:23 | that are not bad enough to restrict flow until | | |
| | 70:24 | something happens to make them progress. | | |
| | 70:25 | Q: For example, do many of your patients, or | | |
| | 71:1 | the American public, have 50 percent narrowing or | | |
| | 71:2 | blockages and simply not know it? | | |

| 9 | 71:4-71:24 | Ganellan, Edward 2006-07-25 | 00:00:54 | Z20.8 |
|---|---|---|---|---|
| | 71:4 | A: Yes. | | |
| | 71:5 | Q: What is considered to be a severe | | |
| | 71:6 | blockage? | | |
| | 71:7 | A: A blockage that would -- a blockage that | | |
| | 71:8 | would restrict flow is generally thought to be at | | |
| | 71:9 | least 70 percent. 50 to 70 percent is considered | | |
| | 71:10 | kind of a gray area in humans. | | |
| | 71:11 | Q: And what is the danger when you get into | | |
| | 71:12 | the 50 to 70 percent range? | | |
| | 71:13 | A: It turns out that blockages that are more | | |
| | 71:14 | moderate in severity are probably more likely to | | |
| | 71:15 | rupture and more likely to cause heart attacks. | | |
| | 71:16 | Q: So, given what you found in your cardiac | | |
| | 71:17 | catheterization that you performed on Mr. Mason | | |
| | 71:18 | in July of 2003, that is, the 90 percent blockage | | |
| | 71:19 | and the 70 percent blockage, was it surprising to | | |
| | 71:20 | you that he had a heart attack? | | |
| | 71:21 | A: No. | | |
| | 71:22 | Q: You see people all the time with those | | |
| | 71:23 | sorts of blockages who have heart attacks? | | |
| | 71:24 | A: Yes. | | |

| 10 | 74:24-75:17 | Ganellan, Edward 2006-07-25 | 00:00:56 | Z20.9 |
|---|---|---|---|---|
| | 74:24 | Q: Now, you mentioned that atherosclerosis or | | |
| | 74:25 | plaque build-up can also cause chest pain? | | |
| | 75:1 | A: Yes | | |
| | 75:2 | Q: Is it important to monitor chest pain or | | |
| | 75:3 | chest tightness in a patient? | | |
| | 75:4 | A: Yes. | | |
| | 75:5 | Q: And why is that? | | |
| | 75:6 | A: Patients who have chest discomfort | | |
| | 75:7 | typically with exertion often have underlying | | |
| | 75:8 | atherosclerosis. | | |
| | 75:9 | Q: And it may indicate that they have plaque | | |
| | 75:10 | build-up? | | |
| | 75:11 | A: Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 75:12 | Q:  And so you would want to likewise look at | | |
| | | 75:13 | medical records that may indicate whether or not | | |
| | | 75:14 | Mr. Mason had prior chest discomfort, chest | | |
| | | 75:15 | tightness, chest pain prior to his ever taking | | |
| | | 75:16 | VIOXX to determine whether or not he had | | |
| | | 75:17 | atherosclerosis build-up already? | | |

| 11 | 75:19 - 75:19 | Ganellan, Edward 2006-07-25 | 00:00:02 | Z20.10 |
|---|---|---|---|---|
| | | 75:19 | A:  True. | |

| 12 | 75:23 - 76:9 | Ganellan, Edward 2006-07-25 | 00:00:45 | Z20.11 |
|---|---|---|---|---|
| | | 75:23 | Q:  Could you describe for the record what | |
| | | 75:24 | plaque rupture means in lay terms, if you can? | |
| | | 75:25 | A:  Sure. Make it challenging. The plaques | |
| | | 76:1 | are generally covered by some kind of fibrous cap. | |
| | | 76:2 | And when those caps burst, they expose all of the | |
| | | 76:3 | substances underneath that plaque to the | |
| | | 76:4 | bloodstream, and the bloodstream is -- monitors | |
| | | 76:5 | that. looks at it just as if you had cut yourself. | |
| | | 76:6 | When you cut yourself, the way to keep | |
| | | 76:7 | from bleeding is to form a clot. When you rupture | |
| | | 76:8 | plaque in a heart artery and form a clot, you | |
| | | 76:9 | cause a heart attack. | |

| 13 | 76:16 - 76:18 | Ganellan, Edward 2006-07-25 | 00:00:07 | Z20.12 |
|---|---|---|---|---|
| | | 76:16 | Q:  Is that the most common form of heart | |
| | | 76:17 | attack, that is, the clot formation. the plaque | |
| | | 76:18 | rupture and clot formation? | |

| 14 | 76:20 - 77:4 | Ganellan, Edward 2006-07-25 | 00:00:21 | Z20.13 |
|---|---|---|---|---|
| | | 76:20 | A:  That's what we believe. | |
| | | 76:21 | Q:  And what percent -- what is it believed | |
| | | 76:22 | in terms of the medical community, the cardiology | |
| | | 76:23 | community. in terms of what percent of patients | |
| | | 76:24 | have their heart attacks caused by that plaque | |
| | | 76:25 | rupturing and clotting mechanism you've | |
| | | 77:1 | described? | |
| | | 77:2 | A:  I would think most people would say | |
| | | 77:3 | upwards of 95 percent of heart attacks are caused | |
| | | 77:4 | by plaque ruptures. | |

| 15 | 77:11 - 77:22 | Ganellan, Edward 2006-07-25 | 00:00:29 | Z20.14 |
|---|---|---|---|---|
| | | 77:11 | Q:  Now, plaque formation actually in terms of | |
| | | 77:12 | rate of plaque formation, varies from patient to | |
| | | 77:13 | patient; is that true? | |
| | | 77:14 | A:  Yes. | |
| | | 77:15 | Q:  You can't really predict in which patient | |
| | | 77:16 | plaque is going to progress quickly and in which | |
| | | 77:17 | patient it might not progress so quickly? | |

|  |  |  |  |
|---|---|---|---|
| | 77:18 | A: That's true. | |
| | 77:19 | Q: There are risk factors you can look to | |
| | 77:20 | that you know tend to accelerate progression of | |
| | 77:21 | plaque formation; true? | |
| | 77:22 | A: Yes. | |

| 16 | 79:1 - 79:6 | Ganellan, Edward 2006-07-25     00:00:15 | Z20.15 |
|---|---|---|---|
| | 79:1 | Q: And we know that coronary artery disease | |
| | 79:2 | or atherosclerosis gets worse over time? | |
| | 79:3 | A: Generally. | |
| | 79:4 | Q: And that's especially true when a patient | |
| | 79:5 | is obese or has a family history or other risk | |
| | 79:6 | factors? | |

| 17 | 79:8 - 79:25 | Ganellan, Edward 2006-07-25     00:00:39 | Z20.16 |
|---|---|---|---|
| | 79:8 | A: Yes. | |
| | 79:9 | Q: It's known in the scientific community. | |
| | 79:10 | There's no uncertainty about it that, for example, | |
| | 79:11 | a family history of heart disease generally | |
| | 79:12 | accelerates the promotion of atherosclerosis, | |
| | 79:13 | true? | |
| | 79:14 | A: I would rephrase it to say that a family | |
| | 79:15 | history increases the risk of progression of | |
| | 79:16 | atherosclerosis. | |
| | 79:17 | Q: And that's known in the scientific | |
| | 79:18 | community? | |
| | 79:19 | A: Yes. | |
| | 79:20 | Q: And, likewise, obesity increases the risk | |
| | 79:21 | of rapid progression of atherosclerosis? | |
| | 79:22 | A: Yes. | |
| | 79:23 | Q: And high cholesterol increases the risk of | |
| | 79:24 | atherosclerosis progression? | |
| | 79:25 | A: Yes. | |

| 18 | 81:10 - 82:20 | Ganellan, Edward 2006-07-25     00:01:34 | Z20.17 |
|---|---|---|---|
| | 81:10 | Q: When a patient has | (Edited) |
| | 81:11 | had a heart attack, what sort of diagnostic tests | |
| | 81:12 | are available to you as a cardiologist? | |
| | 81:13 | A: Well, cardiocatheterization, which we've | |
| | 81:14 | already discussed. We can do an echocardiogram, | |
| | 81:15 | which is an ultrasound of the heart, which would | |
| | 81:16 | show us how his heart muscle is functioning. We | |
| | 81:17 | can do nuclear medicine tests like the Cardiolite | |
| | 81:18 | scan, which could assess both perfusion or blood | |
| | 81:19 | flow to his heart as well as his heart function. | |
| | 81:20 | And we -- during the acute presentation, | |
| | 81:21 | we would monitor the enzyme blood test. We would | |

81:22   monitor the EKG. Monitor his heart rhythm.
81:23   Monitor his vital signs. Listen to his lungs.
81:24   Q:  In terms of -- you've mentioned a cardiac
81:25   catheterization. And you discussed it a little
82:1    bit in connection with Mr. Nabers' questioning.
82:2    That's what you performed on Mr. Mason on July 24
82:3    of 2003; true?
82:4    A:  Yes.
82:5    Q:  And I think that what you indicated was
82:6    that you performed it to -- let me get the right
82:7    -- restore blood flow and minimize damage to the
82:8    heart?
82:9    A:  Correct.
82:10   Q:  And that is not only the catheterization
82:11   but the placement of the stent and the angioplasty
82:12   that you performed?
82:13   A:  Yes.
82:14   Q:  The whole goal of those procedures was to
82:15   restore blood flow and minimize damage to the
82:16   heart?
82:17   A:  Yes.
82:18   Q:  And do you feel like you were successful
82:19   in that regard?
82:20   A:  Yes.

---

19   **86:14 -90:14**   Ganellan, Edward 2006-07-25   00:03:40   Z20.18

86:14   Q:  If you had a Cardiolite stress test or a
86:15   nuclear perfusion stress test as you've described
86:16   it, what would you look for if you were trying to
86:17   figure out if the patient is doing quite well?
86:18   A:  We'd look at probably a totally of
86:19   things. So we would look -- if we do exercise, we
86:20   would look at how well and how long the exercise
86:21   is. We would look at his EKG for changes.
86:22   We'd -- with the Cardiolite, we can measure his
86:23   heart function, and we can look at any new areas
86:24   of blockage or any new areas of ischemia.
86:25   We can get an idea if he's had a heart
87:1    attack, how big the heart attack, how much of the
87:2    heart muscle was involved, what was involved.
87:3    Q:  Okay. I'd like to take a -- break that
87:4    down if you don't mind. So part of this nuclear
87:5    perfusion study or Cardiolite study that you do is
87:6    trying to determine how long the individual can
87:7    exercise?
87:8    A:  Correct.

**Ganellan Merck Cross/Redirect/Recross**

87:9    Q:  And in that regard, I've heard the term

87:10   functional workload.

87:11   A:  Yes.

87:12   Q:  What does that mean?

87:13   A:  We have a pretty good idea of how much --

87:14   because stress tests are done in a routine

87:15   fashion, we have a pretty good idea of how hard

87:16   somebody works based on how long they went on a

87:17   stress test.

87:18   Q:  And so you compare what is expected of an

87:19   individual of that age in terms of how long they

87:20   can exercise against what they actually could

87:21   perform?

87:22   A:  Right.

87:23   Q:  And that's an important factor in

87:24   determining how well that patient is doing right

87:25   then and there?

88:1    A:  Right. Yes.

88:2    Q:  And it also can be indicative of his

88:3    prognosis?

88:4    A:  It can have some -- you know, some

88:5    determination.

88:6    Q:  It can be a part of the equation of the

88:7    totality of the evidence, as you put it, in

88:8    determining his prognosis?

88:9    A:  Yes.

88:10   Q:  Another part of that exercise you

88:11   indicated is the EKG. And can you tell us what

88:12   you're looking for in that regard?

88:13   A:  We monitor the heart tracing during

88:14   exercise and look for changes, either heart

88:15   rhythm changes or what are called ST segment

88:16   changes that would suggest that part of the heart

88:17   muscle is not getting blood.

88:18   Q:  And so on a nuclear perfusion report you

88:19   would look to see whether the EKG was normal or

88:20   not?

88:21   A:  Correct.

88:22   Q:  And if it was normal, that would be a good

88:23   sign?

88:24   A:  Yes.

88:25   Q:  And that would be another indication that

89:1    right then and there, the patient was doing well?

89:2    A:  Yes.

89:3    Q:  And it would also be an indication as part

89:4    of the evidence as to whether or not that patient

89:5    has a good prognosis?

89:6    A:  Yes.

89:7    Q:  And then you mentioned heart function.

89:8    What were you referring to there if we were going

89:9    to look at a report of some sort of a Cardiolite

89:10   study?

89:11   A:  We would typically measure the ejection

89:12   fraction, the percentage of blood pumped with each

89:13   beat. And we would be able to look, at least to

89:14   some extent, for wall motion abnormalities, parts

89:15   of the heart that aren't working.

89:16   Q:  And you mentioned ejection fraction is

89:17   what you would look to if you were looking at

89:18   heart function?

89:19   A:  That's a measure of total heart function.

89:20   Q:  And just so I'm understanding it, Mr.

89:21   Nabers asked you some questions about whether or

89:22   not when you have a heart attack, the heart is

89:23   permanently damaged. Do you recall that line of

89:24   questions?

89:25   A:  Yes.

90:1    Q:  You can have a very small amount of damage

90:2    to the heart and have a completely functioning --

90:3    normally functioning heart?

90:4    A:  Yes.

90:5    Q:  And the ejection fraction is one way that

90:6    cardiologists measure the function of the heart?

90:7    A:  Yes.

90:8    Q:  To determine whether it's functioning

90:9    normally or not?

90:10   A:  Yes.

90:11   Q:  And it can function normally even though

90:12   someone has had a heart attack and has some small

90:13   damage?

90:14   A:  Yes.

---

**20**      **91:7 - 93:5**      **Ganellan, Edward 2006-07-25**      **00:01:42**      **Z20.19**

91:7    Q:  And what is a normal ejection fraction in

91:8    connection with cardiac catheterization like the

91:9    one you performed?

91:10   A:  Most people would say 55 percent or

91:11   greater.

91:12   Q:  And what was Mr. Mason's on the day that

91:13   you took it?

91:14   A:  I believe 60 percent.

91:15   Q:  And so that indicated to you that his

91:16   heart overall was functioning normally?
91:17   A:  Yes.
91:18   Q:  Despite the fact that he had had a heart
91:19   attack?
91:20   A:  Yes.
91:21   Q:  And again we were talking -- and what is a
91:22   normal ejection fraction in connection with a
91:23   nuclear perfusion study?
91:24   A:  Probably 50 percent.
91:25   Q:  So that's again one of the elements you
92:1    would look to to determine if Mr. Mason or some
92:2    other patient was doing well on that day?
92:3    A:  Yes.
92:4    Q:  And had a good outlook and prognosis?
92:5    A:  Yes.
92:6    Q:  Long-term?
92:7    A:  Yes.
92:8    Q:  Then you indicated you would look for new
92:9    areas of blockage or ischemia?
92:10   A:  Yes. .
92:11   Q:  You indicated that this nuclear perfusion
92:12   study that's available to cardiologists looks at
92:13   blood flow?
92:14   A:  Yes.
92:15   Q:  And therefore if there was some sort of
92:16   blockage or plaque that was impacting or
92:17   restricting blood flow, you would expect that that
92:18   would show up in the nuclear perfusion study?
92:19   A:  Yes.
92:20   Q:  And if it didn't show any areas of
92:21   blockage or ischemia, restriction of blood flow,
92:22   that would be a good thing?
92:23   A:  Yes.
92:24   Q:  And that would be an indication that the
92:25   patient was doing well on that day?
93:1    A:  Yes.
93:2    Q:  And that he had a good prognosis?
93:3    A:  Yes, I think with a normal perfusion
93:4    study, the risk for heart attack is like one
93:5    percent in the next year.

21    **93:6-93:12**    Ganellan, Edward 2006-07-25          00:00:25                                    Z20.20

93:6    Q:  And if you have a study that shows that
93:7    the functional workload -- in other words, he's
93:8    able to exercise longer than expected -- a normal
93:9    EKG, an ejection fraction well over 50 percent, in

| | | | | | |
|---|---|---|---|---|---|
| | | 93:10 | the 55 percent range, say, and no new areas of | | |
| | | 93:11 | blockage or ischemia, that would indicate a very | | |
| | | 93:12 | good prognosis? | | |

| 22 | 93:14 - 93:16 | Ganellan, Edward 2006-07-25 | 00:00:04 | | Z20.21 |
|---|---|---|---|---|---|
| | | 93:14 | A: Yes. | | |
| | | 93:15 | Q: That's the gold standard in determining | | |
| | | 93:16 | prognosis? True? | | |

| 23 | 93:18 - 93:22 | Ganellan, Edward 2006-07-25 | 00:00:08 | | Z20.22 |
|---|---|---|---|---|---|
| | | 93:18 | A: It's one of them, yes. | | |
| | | 93:19 | Q: That's one of the things that you rely on | | |
| | | 93:20 | each and every day to determine how well your | | |
| | | 93:21 | patient is doing? | | |
| | | 93:22 | A: Yes. | | |

| 24 | 104:10 - 104:20 | Ganellan, Edward 2006-07-25 | 00:00:20 | | Z20.23 |
|---|---|---|---|---|---|
| | | 104:10 | Q: I | (Edited) | |
| | | 104:11 | wanted to ask you some more specific questions | | |
| | | 104:12 | about your cardiac catheterization or angiogram. | | |
| | | 104:13 | And, by the way, cardiac catheterization is the | | |
| | | 104:14 | same thing as an angiogram? Or not? | | |
| | | 104:15 | A: Cardiac catheterization would be a subset | | |
| | | 104:16 | of angiogram. | | |
| | | 104:17 | Q: Okay. | | |
| | | 104:18 | A: So, you could do an angiogram in any | | |
| | | 104:19 | vessel. A cardiac catheterization is an angiogram | | |
| | | 104:20 | of the heart. | | |

| 25 | 105:3 - 106:10 | Ganellan, Edward 2006-07-25 | 00:01:01 | | Z20.24 |
|---|---|---|---|---|---|
| | | 105:3 | Q: And how many have you performed in your | | |
| | | 105:4 | practice? Are we talking thousands or hundreds? | | |
| | | 105:5 | A: Yeah, about -- I guess several thousand. | | |
| | | 105:6 | Q: Several thousand cardiac catheterizations? | | |
| | | 105:7 | A: Yes. | | |
| | | 105:8 | Q: And when do you perform cardiac | | |
| | | 105:9 | catheterizations, generally? | | |
| | | 105:10 | A: You mean on which patients or -- | | |
| | | 105:11 | Q: For what reason, yeah. | | |
| | | 105:12 | A: Probably the most common reason would be | | |
| | | 105:13 | for patients with atherosclerosis  coronary | | |
| | | 105:14 | disease. | | |
| | | 105:15 | Q: And when you do those, do you find the | | |
| | | 105:16 | sorts of blockages that you see in Mr. Mason? | | |
| | | 105:17 | A: Yes. | | |
| | | 105:18 | Q: Is that something you routinely see in | | |
| | | 105:19 | your practice? | | |
| | | 105:20 | A: Yes. | | |

105:21   Q:  It's something that's not surprising?
105:22   A:  No.
105:23   Q:  You see that in patients who have never
105:24   taken VIOXX?
105:25   A:  Yes.
106:1    Q:  Routinely?
106:2    A:  Yes.
106:3    Q:  And you likewise see those sorts of
106:4    blockages rupture and form a clot?
106:5    A:  Yes.
106:6    Q:  And as a result, result in a heart
106:7    attack?
106:8    A:  Yes.
106:9    Q:  And, likewise, that occurs all the time
106:10   in patients who are not taking VIOXX?

---

26   **106:12 -106:16**   **Ganellan, Edward 2006-07-25**   **00:00:11**   Z20.25

106:12   Q:  You understand when I say all the time, it
106:13   happens routinely in your practice?
106:14   A:  Yes.
106:15   Q:  How did Mr. Mason come to you?
106:16   A:  Bad luck, I think.

---

27   **110:15 -111:9**   **Ganellan, Edward 2006-07-25**   **00:00:38**   Z20.26

Link > GAN6 1

110:15   Q:  But in terms of the cardiac
110:16   catheterization that you did, first of all, you
110:17   recorded an ejection fraction percentage. What

Link > GAN6 1.1

110:18   was that on July 25th of 2003?
110:19   A:  What was the number or what is the
110:20   ejection fraction?
110:21   Q:  What was the percentage?
110:22   A:  60 percent.

Link > Hide

110:23   Q:  So that would indicate a normally
110:24   functioning heart, an overall normally functioning
110:25   heart in Mr. Mason on that date?
111:1    A:  Yes.
111:2    Q:  And that's the kind of good finding that
111:3    you described earlier today in connection with
111:4    ejection fractions and cardiac catheterizations
111:5    that you would like to see?
111:6    A:  Yes.
111:7    Q:  You were happy to see that it was above 55
111:8    percent?
111:9    A:  Yes.

---

28   **112:12 -112:16**   **Ganellan, Edward 2006-07-25**   **00:00:13**   Z20.27

112:12   Q:  So, before you ever placed the stent that

**Ganellan Merck Cross/Redirect/Recross**

|  |  |  |  |  |
|---|---|---|---|---|
| | | 112:13 | opened up Mr. Mason's artery and before you | |
| | | 112:14 | performed the angioplasty, his heart was | |
| | | 112:15 | functioning normally? | |
| | | 112:16 | A: Yes. | |

| 29 | 114:23 -114:25 | Ganellan, Edward 2006-07-25 | 00:00:06 | Z20.28 |
|---|---|---|---|---|
| Link > GAN6.1 2 | | 114:23 | Q: And you noted mild anterolateral | |
| | | 114:24 | hypokinesis present. Do you see that? | |
| Link > Hide | | 114:25 | A: Yes. | |

| 30 | 115:3 -115:6 | Ganellan, Edward 2006-07-25 | 00:00:07 | Z20.29 |
|---|---|---|---|---|
| | | 115:3 | Q: And those are your words? | |
| | | 115:4 | A: Yes. | |
| | | 115:5 | Q: So you found a small -- or hypokinesis | |
| | | 115:6 | present? | |

| 31 | 115:8 -115:9 | Ganellan, Edward 2006-07-25 | 00:00:03 | Z20.30 |
|---|---|---|---|---|
| | | 115:8 | Q: Mild hypokinesis present? | |
| | | 115:9 | A: Mild, yes. | |

| 32 | 115:21 -115:23 | Ganellan, Edward 2006-07-25 | 00:00:07 | Z20.31 |
|---|---|---|---|---|
| | | 115:21 | it was a good thing | (Edited) |
| | | 115:22 | that the hypokinesis that you found in connection | |
| | | 115:23 | with Mr. Mason's heart was mild? | |

| 33 | 115:25 -116:7 | Ganellan, Edward 2006-07-25 | 00:00:13 | Z20.32 |
|---|---|---|---|---|
| | | 115:25 | A: Yes. | |
| | | 116:1 | Q: Because as we indicated earlier, it could | |
| | | 116:2 | have been moderate or severe? | |
| | | 116:3 | A: Yes. | |
| | | 116:4 | Q: And it was mild together with a normal | |
| | | 116:5 | ejection fraction: true? | |
| | | 116:6 | A: Yes. | |
| | | 116:7 | Q: And that was a very good sign? | |

| 34 | 116:9 -116:17 | Ganellan, Edward 2006-07-25 | 00:00:23 | Z20.33 |
|---|---|---|---|---|
| | | 116:9 | A: Yes. Yes. | |
| | | 116:10 | Q: And why was that a very good sign? | |
| | | 116:11 | A: Again, prognostically, a normal ejection | |
| | | 116:12 | fraction is much more favorable. | |
| | | 116:13 | Q: Now, the blockage that you found and that | |
| | | 116:14 | you discussed with plaintiff's counsel was -- one | |
| | | 116:15 | of the blockages was in the left anterior | |
| | | 116:16 | descending artery; is that right? | |
| | | 116:17 | A: Yes. | |

| 35 | 117:9 -119:6 | Ganellan, Edward 2006-07-25 | 00:01:44 | Z20.34 |
|---|---|---|---|---|
| | | 117:9 | Q: But, regardless, it's a significant artery | |
| | | 117:10 | where he had a 90 percent blockage? | |
| | | 117:11 | A: Yes. | |

117:12   Q:  And, likewise, you noted a 70 percent

117:13   blockage on a branch of that same artery?

117:14   A:  Yes.

117:15   Q:  And it's called a diagonal branch?

117:16   A:  Yes.

117:17   Q:  And you performed a stent on the left

117:18   anterior descending; true?

117:19   A:  Yes.

117:20   Q:  You placed a stent; is that right?

117:21   A:  Yes.

117:22   Q:  And the goal was to open up the vessel; is

117:23   that right?

117:24   A:  Yes.

117:25   Q:  So blood could flow freely?

118:1   A:  Yes.

118:2   Q:  And that's exactly what happened?

118:3   A:  Yes.

118:4   Q:  And in connection with the angioplasty,

118:5   the goal was to expand the arteries so that blood

118:6   could flow freely?

118:7   A:  Yes.

118:8   Q:  And that's exactly what happened?

118:9   A:  Yes.

118:10   Q:  So, at the conclusion of your cardiac

118:11   catheterization, stent placement and angioplasty,

118:12   Mr. Mason's arteries were wide open and able to

118:13   allow blood to flow freely?

118:14   A:  Yes.

118:15   Q:  And that's exactly what you hoped for?

118:16   A:  Yes.

118:17   Q:  Now, you mentioned that thrombus was

118:18   present before the procedure. Do you recall that?

118:19   A:  That's what we said, yes.

118:20   Q:  Was that a presumption or did you actually

118:21   see it?

118:22   A:  When I reviewed his angiogram most

118:23   recently, I have to admit, I was less impressed

118:24   with thrombus than I was before, from what I said

118:25   on the report. So I --

119:1   Q:  Let me ask it a different way.

119:2   A:  Sometimes --

119:3   Q:  My understanding -- go ahead.

119:4   A:  Sometimes we can see what seems to be

119:5   pretty clearly thrombus. I don't know that we saw

119:6   that as clearly as I described

**Ganellan Merck Cross/Redirect/Recross**

| | | | | |
|---|---|---|---|---|
| 36 | **119:11 - 119:18** | Ganellan, Edward 2006-07-25 | 00:00:25 | Z20.35 |

119:11    Is it fair to say that you believe that
119:12    Mr. Mason's heart attack was caused by a thrombus
119:13    or clot in one or both of the left anterior
119:14    descending, or the diagonal branch, you believe
119:15    that's the most likely cause, but you didn't see
119:16    it on the angiogram; is that fair?
119:17    A:  Well, I said I saw it the first time. The
119:18    second time, I don't think I saw it as clearly.

| | | | | |
|---|---|---|---|---|
| 37 | **119:19 - 119:25** | Ganellan, Edward 2006-07-25 | 00:00:18 | Z20.36 |

119:19    Q:  So you may have seen it at the time but
119:20    have trouble seeing it now?
119:21    A:  Yeah. I mean, maybe it was -- I mean,
119:22    maybe it was seeing it on a little computer
119:23    instead of seeing it on the screen, too.
119:24    Q:  I see. Okay. So, you're fairly certain
119:25    that there was a thrombus at one or both of the

| | | | | |
|---|---|---|---|---|
| 38 | **120:1 - 120:4** | Ganellan, Edward 2006-07-25 | 00:00:07 | Z20.37 |

120:1    left anterior descending and the diagonal branch?
120:2    A:  Fairly certain.
120:3    Q:  Okay. And -- meaning a clot?
120:4    A:  Yes.

| | | | | |
|---|---|---|---|---|
| 39 | **120:13 - 121:1** | Ganellan, Edward 2006-07-25 | 00:00:30 | Z20.38 |

120:13    You didn't find it unusual to see                    (Edited)
120:14    a thrombus or a clot or the blockages that we've
120:15    discussed in a patient like Mr. Mason who had
120:16    presented with a heart attack?
120:17    A:  I did not.
120:18    Q:  This was not an unusual patient for you?
120:19    A:  No.
120:20    Q:  There were no markers of any sort that
120:21    you saw that indicated or suggested that VIOXX
120:22    had anything to do with Mr. Mason's heart attack?
120:23    A:  That's correct.
120:24    Q:  You didn't write in the chart that you
120:25    thought that VIOXX caused Mr. Mason's heart
121:1    attack; true?

| | | | | |
|---|---|---|---|---|
| 40 | **121:3 - 121:3** | Ganellan, Edward 2006-07-25 | 00:00:01 | Z20.39 |

121:3    A:  That is true.

| | | | | |
|---|---|---|---|---|
| 41 | **121:4 - 121:18** | Ganellan, Edward 2006-07-25 | 00:00:26 | Z20.111 |

121:4    Q:  Have you ever heard of adverse event
121:5    reports?
121:6    A:  Yes.

**Ganellan Merck Cross/Redirect/Recross**

| | |
|---|---|
| 121:7 | Q: Those are reports or calls that you can |
| 121:8 | make to pharmaceutical companies to let them know |
| 121:9 | of any concerns that you may or may not have; |
| 121:10 | true? |
| 121:11 | A: Yes. |
| 121:12 | Q: And you did not call Merck in connection |
| 121:13 | with Mr. Mason? |
| 121:14 | A: I did not. |
| 121:15 | Q: You did not call them and indicate or |
| 121:16 | suggest to them that his heart attack had anything |
| 121:17 | to do with VIOXX; true? |
| 121:18 | A: That is true. |

---

**42**   **121:19 - 121:20**   Ganellan, Edward 2006-07-25   00:00:02   Z20.40

121:19   Q: If you thought that, you would have made
121:20   that call?

---

**43**   **121:22 - 121:23**   Ganellan, Edward 2006-07-25   00:00:02   Z20.41

121:22   A: Yes.
121:23   Q: And you did not?

---

**44**   **122:1 - 122:1**   Ganellan, Edward 2006-07-25   00:00:01   Z20.42

122:1   A: I did not.

---

**45**   **122:2 - 122:6**   Ganellan, Edward 2006-07-25   00:00:11   Z20.43

122:2   Q: Do you consider the stenosis or blockages
122:3   found in connection with the angiogram that you
122:4   performed reflected by Exhibit 6 to be severe
122:5   coronary artery disease?
122:6   A: Yes.

---

**46**   **122:7 - 122:11**   Ganellan, Edward 2006-07-25   00:00:19   Z20.44

122:7   Q: Now, in looking through the chart, I think
122:8   that Mr. Mason was discharged on July 27th; is
122:9   that correct?
122:10   A: What if I take your word for it? There
122:11   should be a discharge summary in here.

---

**47**   **122:12 - 123:3**   Ganellan, Edward 2006-07-25   00:00:33   Z20.45

122:12   A: Yeah, it looks like he went home on the
122:13   12th.
122:14   Q: That was only two days after he presented;
122:15   true?
122:16   A: Yes.
122:17   Q: That means that two days after he came to
122:18   the hospital?
122:19   A: Yes.
122:20   Q: And so he was treated in a manner that
122:21   allowed him to go home fairly shortly after his

---

**Ganelian Merck Cross/Redirect/Recross**

| 122:22 | heart attack? |
| 122:23 | A: Yes. |
| 122:24 | Q: And that's not always true, is it? |
| 122:25 | A: No. |
| 123:1 | Q: For moderate heart attacks even, as |
| 123:2 | opposed to mild, the hospital course can be |
| 123:3 | longer? |

| 48 | **123:5 - 123:6** | Ganelian, Edward 2006-07-25 | 00:00:03 | Z20.46 |
| 123:5 | A: Yes. |
| 123:6 | Q: But this was a mild heart attack; true? |

| 49 | **123:8 - 123:8** | Ganelian, Edward 2006-07-25 | 00:00:01 | Z20.47 |
| 123:8 | A: Yes. |

| 50 | **124:16 - 124:17** | Ganelian, Edward 2006-07-25 | 00:00:03 | Z20.48 |
| Link > GAN10.1 | | 124:16 | Q: I'm going to hand you what's been marked |
| | 124:17 | as Exhibit 10. |

| 51 | **124:18 - 124:20** | Ganelian, Edward 2006-07-25 | 00:00:05 | Z20.49 |
| 124:18 | Is this the -- first of all, have you seen |
| 124:19 | this record before? |
| 124:20 | A: I have not. |

| 52 | **125:2 - 125:10** | Ganelian, Edward 2006-07-25 | 00:00:23 | Z20.50 |
| 125:2 | rephrase it. I'll represent to you that this is |
| Link > GAN10.1.1 | | 125:3 | a report from an angiogram performed by Dr. |
| | 125:4 | Symkoviak on August 13 of 2003 on Mr. Mason, |
| | 125:5 | which would be like two weeks after you saw him; |
| | 125:6 | true? |
| | 125:7 | A: Yes. Uh-huh. |
| | 125:8 | Q: And could you go ahead and read that? Not |
| | 125:9 | in the record but just to yourself just to |
| | 125:10 | familiarize yourself with it. |

| 53 | **125:11 - 125:21** | Ganelian, Edward 2006-07-25 | 00:00:22 | Z20.51 |
| 125:11 | A: Uh-huh. Okay. |
| 125:12 | Q: Okay. So this is a repeat angiogram on |
| 125:13 | Mr. Mason; true? |
| 125:14 | A: Yes. |
| Link > GAN10.1.2 | | 125:15 | Q: And it indicates that there was an |
| | 125:16 | ejection fraction at the time of 69 percent; |
| | 125:17 | true? |
| | 125:18 | A: Yes. |
| Link > Hide | | 125:19 | Q: And again that would be a perfectly normal |
| | 125:20 | heart in terms of function according to the |
| | 125:21 | ejection fraction? |

| 54 | **125:23 - 126:19** | Ganelian, Edward 2006-07-25 | 00:00:40 | Z20.52 |
| 125:23 | A: Globally, yes. |

**Ganellan Merck Cross/Redirect/Recross**

|   |   |
|---|---|
| 125:24 | Q: When we say global normal, that's what you |
| 125:25 | would hope for in looking at the ejection |
| 126:1 | fraction? |
| 126:2 | A: Yes |
| 126:3 | Q: That's a good sign that it's at 69 |
| 126:4 | percent? |
| 126:5 | A: Yes. |
| 126:6 | Q: And you see where it says 'There was a |
| 126:7 | very small anterior hypokinetic segment but the |
| 126:8 | overall ejection fraction was normal at 69 |
| 126:9 | percent'? |
| 126:10 | A: Yes. |
| 126:11 | Q: Did I read that correctly? |
| 126:12 | A: Yes. |
| 126:13 | Q: Why is it important for cardiologists to |
| 126:14 | view those two things in that nature? |
| 126:15 | A: I think the small anterior hypokinetic |
| 126:16 | area says that he has some damage but that again |
| 126:17 | globally, his heart function is still normal. |
| 126:18 | Q: And that's what you would hope for? |
| 126:19 | A: Right. |

Link > GAN10.1.2

Link > Hide

---

**55    128:24 - 129:18    Ganellan, Edward 2006-07-25    00:00:36                    Z20.53**

|   |   |
|---|---|
| 128:24 | Q: Yeah. I mean if you could look inside the |
| 128:25 | man's heart two weeks later, this is what you |
| 129:1 | would hope to find? |
| 129:2 | A: Yes. |
| 129:3 | Q: Because it means the vessels are wide |
| 129:4 | open; true? |
| 129:5 | A: Yes. |
| 129:6 | Q: And freely flowing? |
| 129:7 | A: Yes. |
| 129:8 | Q: And the ejection fraction is better than |
| 129:9 | it was when you measured it? |
| 129:10 | A: Yeah. I mean there's probably some |
| 129:11 | variability in measuring, too, but -- |
| 129:12 | Q: So it could be 60 to 69 percent? |
| 129:13 | A: Certainly no worse, yeah. |
| 129:14 | Q: And it would indicate a normally |
| 129:15 | functioning heart? |
| 129:16 | A: Yes. |
| 129:17 | Q: And we will mark this as Exhibit 11. |
| 129:18 | (Deposition Exhibit No. 11 was marked.) |

---

**56    129:19 - 129:19    Ganellan, Edward 2006-07-25    00:00:03                    Z20.54**

|   |   |
|---|---|
| 129:19 | Q: And I'll give you a chance to review that. |

---

57      129:21 -130:24      Ganellan, Edward 2006-07-25      00:00:55      Z20.55

129:21   A: Okay.
129:22   Q: I notice you looked curious about it,
129:23   about something. What --
129:24   A: No, I -- it sounds like we did a good job.
129:25   Q: Why do you say that?
130:1    A: Based on their report, he had -- they
130:2    could not even see any damage. They saw normal
130:3    wall motion, no ejection fraction.
Link > GAN11 1      130:4    Q: So -- and this is a -- just to make sure
130:5    the jury understands what you're looking at,
130:6    you're looking at Exhibit 11?
130:7    A: Yes.
130:8    Q: Which is a Cardiolite Perfusion Stress
130:9    Test; true?
130:10   A: Yes.
130:11   Q: That was performed by Dr. Keep?
130:12   A: Yes.
130:13   Q: Another cardiologist in Dr. Symkoviak's
130:14   practice?
130:15   A: Yes.
130:16   Q: You're familiar with Dr. Keep?
130:17   A: I am.
130:18   Q: Do you find him to be a reliable
130:19   cardiologist?
130:20   A: Yes.
130:21   Q: He's respected in this area?
130:22   A: Yes.
130:23   Q: In the Utah area?
130:24   A: Yes.

58      131:5 -132:23      Ganellan, Edward 2006-07-25      00:01:31      Z20.56

131:5    Q: And it indicates, this perfusion study,
131:6    there were a number of things that you talked
131:7    about earlier about what you would want to see in
131:8    a perfusion study. Do you recall that?
131:9    A: Yes.
131:10   Q: You talked about first, I believe, how
131:11   long the patient is able to exercise.
131:12   A: Correct.
131:13   Q: I think we talked about that in terms of
131:14   functional workload.
131:15   A: Yes.
Link > GAN11,1,2      131:16   Q: Do you see that the patient exercised --
131:17   that is, Mr. Mason exercised for eleven minutes on
131:18   the Bruce protocol?

131:19    A: Yes.
131:20    Q: And do you see the next sentence where it
131:21    says 'The normal exercise time for this age is
131:22    eight minutes and 20 seconds'?
131:23    A: Yes.
131:24    Q: So he actually exercised some two minutes
131:25    and 40 seconds longer than expected?
132:1     A: Yes.
132:2     Q: That's a very good result?
132:3     A: Yes.
132:4     Q: Is that a very good result?
132:5     A: Yes.
Link > GAN11.1.4    132:6     Q: And it says, 'The patient had a negative
132:7     30 percent functional aerobic impairment.' That
132:8     means it's 30 percent better than expected; true?
132:9     A: Yes.
132:10    Q: That's a very good result; true?
132:11    A: Yes.
132:12    Q: Then it says, 'The EKG,' which is another
132:13    indication you thought was important to look at in
132:14    terms of prognosis --
132:15    A: Yes.
Link > GAN11.1.5    132:16    Q: -- it says, 'The EKG had no ST changes,'
132:17    which is what you referenced in connection with
132:18    the EKG, I think.
132:19    A: Yes.
132:20    Q: It says 'Had no ST changes to suggest
132:21    ischemia.' Did I read that correctly?
132:22    A: Yes.
132:23    Q: And that's a very good thing?

---

59    132:25 -133:17    Ganellan, Edward 2006-07-25    00:00:26

Link > Hide    132:25    A: Yes.    Z20.57
133:1     Q: Is that a good thing for Mr. Mason?
133:2     A: Yes.
133:3     Q: Is that a positive outcome for Mr. Mason?
133:4     A: Yes.
133:5     Q: Is that exactly what you would hope for in
133:6     a patient like Mr. Mason?
133:7     A: Yes.
Link > GAN11.1.6    133:8     Q: And then it says, 'The blood pressure
133:9     response during exercise was normal.' Do you see
133:10    that?
133:11    A: Yes.
133:12    Q: And that is a good thing for Mr. Mason?
133:13    A: Yes.

133:14   Q:  It's a positive outcome?
133:15   A:  Yes.
133:16   Q:  Indicative of a good prognosis?
133:17   A:  Yes.

| 60 | 133:22 - 134:1 | Ganellan, Edward 2006-07-25 | 00:00:10 | Z20.58 |

133:22   Q:  All of the items we've discussed in
133:23   connection with Exhibit 11 have been positive for
133:24   purposes -- in terms of outcome for Mr. Mason;
133:25   true?
134:1    A:  Yes.

| 61 | 134:21 - 135:6 | Ganellan, Edward 2006-07-25 | 00:00:22 | Z20.59 |

Link > GAN11.1.3

134:21   Q:  And then it indicates an ejection
134:22   fraction. 55 percent. And I think you indicated
134:23   on nuclear perfusion studies that 50 percent
134:24   was -- and higher -- was normal; correct?
134:25   A:  Yes.

Link > Hide

135:1    Q:  So again we had a normal ejection fraction
135:2    number?
135:3    A:  Yes.
135:4    Q:  Meaning a normal overall function of the
135:5    heart?
135:6    A:  Yes.

| 62 | 136:4 - 136:14 | Ganellan, Edward 2006-07-25 | 00:00:20 | Z20.60 |

(Edited)

136:4    Q:  Just to be clear, if there were
136:5    hypokinesis of any sort that were noted by Dr.
136:6    Keep, it should be reflected in this report;
136:7    true?
136:8    A:  It should be, yes.
136:9    Q:  And do you see any indication or
136:10   suggestion that he found any hypokinesis?
136:11   A:  No.
136:12   Q:  Or any problems with the heart in terms of
136:13   functioning or otherwise?
136:14   A:  No.

| 63 | 136:16 - 137:16 | Ganellan, Edward 2006-07-25 | 00:01:08 | Z20.61 |

(Edited)

136:16   You earlier indicated that
136:17   the heart can compensate at times when it's been
136:18   damaged?
136:19   A:  Yes.
136:20   Q:  And could you explain again to the jury
136:21   what you meant by that? I think you said it could
136:22   completely compensate in certain patients, but if
136:23   I'm wrong, tell me where I'm wrong and just tell
136:24   us what you meant by that.

| | | |
|---|---|---|
| 136:25 | A: | Well, I don't remember exactly what we |
| 137:1 | | were talking about before, but some people will |
| 137:2 | | have different areas of the heart muscle work |
| 137:3 | | harder to make up for an area of the heart muscle |
| 137:4 | | that is not working. |
| 137:5 | | Some people, if they have a very small |
| 137:6 | | heart attack and it has not become a transmural, |
| 137:7 | | meaning a full thickness of the heart muscle, some |
| 137:8 | | of -- if it is not transmural, there is still |
| 137:9 | | living heart muscle in the distribution of the |
| 137:10 | | heart, and that heart muscle may improve over |
| 137:11 | | time. |
| 137:12 | | So, according to this, it says that his |
| 137:13 | | heart muscle -- that the area of damaged heart |
| 137:14 | | muscle has recovered. |
| 137:15 | Q: | Fully recovered? |
| 137:16 | A: | That's what they say. |

---

| 64 | 137:17 -138:11 | Ganellan, Edward 2006-07-25 | 00:00:42 | Z20.62 |
|---|---|---|---|---|

| | | |
|---|---|---|
| 137:17 | Q: | What would that mean in a patient like |
| 137:18 | | Mr. Mason? |
| 137:19 | A: | It means he had a pretty small heart |
| 137:20 | | attack. |
| 137:21 | Q: | Is that consistent with your findings on |
| 137:22 | | the angiogram? |
| 137:23 | A: | Yeah. Yes. |
| 137:24 | Q: | Is that consistent with the repeat |
| 137:25 | | angiogram that was performed two weeks later? |
| 138:1 | A: | Yes. |
| 138:2 | Q: | Is it consistent with Exhibit 11, the |
| 138:3 | | perfusion study, that was performed some four and |
| 138:4 | | a half months post event? |
| 138:5 | A: | Yes. |
| 138:6 | Q: | Have you seen any indication that it was |
| 138:7 | | anything other than a mild heart attack? |
| 138:8 | A: | No. |
| 138:9 | Q: | Have you seen any indication that he |
| 138:10 | | hasn't fully recovered so far? |
| 138:11 | A: | No. |

Link > Hide

---

| 65 | 138:24 -139:3 | Ganellan, Edward 2006-07-25 | 00:00:10 | Z20.63 |
|---|---|---|---|---|

| | | |
|---|---|---|
| 138:24 | Q: | Would you place Mr. Mason on any |
| 138:25 | | restrictions at all based upon what you've seen |
| 139:1 | | today? |
| 139:2 | A: | Based on his last stress test results, |
| 139:3 | | no. |

| | | | | |
|---|---|---|---|---|
| 66 | **139:10 - 139:11** | Ganellan, Edward 2006-07-25 | 00:00:07 | Z20.64 |

139:10   Q: Do you see any reason at all    (Edited)

139:11   that Mr. Mason can't hike?

---

| | | | | |
|---|---|---|---|---|
| 87 | **139:13 - 139:16** | Ganellan, Edward 2006-07-25 | 00:00:09 | Z20.65 |

139:13   Q: With what you've seen?

139:14   A: Not based on his stress test.

139:15   Q: Do you see anything at all in the records

139:16   which indicates or suggests he can't golf?

---

| | | | | |
|---|---|---|---|---|
| 68 | **139:18 - 140:6** | Ganellan, Edward 2006-07-25 | 00:00:23 | Z20.66 |

139:18   A: Now, golfing is a different matter.

139:19   Q: I didn't say well.

139:20   A: Okay. No, I don't. I'm sorry.

139:21   Q: I can't golf well either. But do you see

139:22   anything in the records that indicates or suggests

139:23   that he can't participate in golfing?

139:24   A: No.

139:25   Q: Or in going out and playing 18 holes when

140:1    he wants to?

140:2    A: No.

140:3    Q: Do you see anything in the record that

140:4    indicates or suggests that he can't play with his

140:5    grandkids as much as he would like?

140:6    A: No.

---

| | | | | |
|---|---|---|---|---|
| 69 | **140:12 - 140:13** | Ganellan, Edward 2006-07-25 | 00:00:05 | Z20.67 |

140:12   Q: Do you see any indication in the record

140:13   which indicates or suggests that he can't hunt?

---

| | | | | |
|---|---|---|---|---|
| 70 | **140:15 - 140:16** | Ganellan, Edward 2006-07-25 | 00:00:03 | Z20.68 |

140:15   A: No.

140:16   Q: Or that he can't walk long distances?

---

| | | | | |
|---|---|---|---|---|
| 71 | **140:18 - 140:20** | Ganellan, Edward 2006-07-25 | 00:00:05 | Z20.69 |

140:18   A: No.

140:19   Q: Or that he can't hike or walk in the

140:20   mountains?

---

| | | | | |
|---|---|---|---|---|
| 72 | **140:22 - 140:22** | Ganellan, Edward 2006-07-25 | 00:00:01 | Z20.70 |

140:22   A: No.

---

| | | | | |
|---|---|---|---|---|
| 73 | **142:13 - 142:24** | Ganellan, Edward 2006-07-25 | 00:00:22 | Z20.71 |

142:13   Q: Now, I assume that you receive health care

142:14   provider letters from pharmaceutical companies

142:15   routinely?

142:16   A: I do.

142:17   Q: Generally speaking, those are updates

142:18   about safety or efficacy; true?

142:19   A: Yes.

142:20   Q:  Those are important documents for you to
142:21   read when you receive them?
142:22   A:  Yes.
142:23   Q:  It's important that your partners do the
142:24   same?

---

| 74 | 143:1 - 143:1 | Ganellan, Edward 2006-07-25 | 00:00:01 | Z20.72 |
|---|---|---|---|---|

143:1   A:  Yes.

---

| 75 | 144:12 - 144:15 | Ganellan, Edward 2006-07-25 | 00:00:07 | Z20.73 |
|---|---|---|---|---|

144:12   Q:  And the truth is that Mr. Mason had
144:13   significant coronary artery disease prior to his
144:14   heart attack; true?
144:15   A:  Yes.

---

| 76 | 145:10 - 146:5 | Ganellan, Edward 2006-07-25 | 00:00:53 | Z20.74 |
|---|---|---|---|---|

145:10   Q:  And let me ask you this question: If you
145:11   had seen Mr. Mason in June of 2003, a month before
145:12   his heart attack, and seen the sort of blockages
145:13   that you found in your cardiac catheterization,
145:14   would you have recommended a stent in his left
145:15   anterior descending artery?
145:16   A:  Assuming his blockages look the same, yes.
145:17   Q:  And would you have recommended an
145:18   angioplasty in connection with the 70 percent
145:19   blockage?
145:20   A:  Yes.
145:21   Q:  So, he got the stent that he needed
145:22   regardless of his heart attack?
145:23   A:  Yes.
145:24   Q:  He got the angioplasty he needed
145:25   regardless of whether he had a heart attack?
146:1    A:  Yes.
146:2    Q:  And there's no evidence that you know of
146:3    that indicates or suggests that any permanent
146:4    damage was caused that interferes with his life?
146:5    True?

---

| 77 | 146:7 - 146:12 | Ganellan, Edward 2006-07-25 | 00:00:10 | Z20.75 |
|---|---|---|---|---|

146:7    A:  Based on his Cardiolite stress test, his
146:8    functioning capacity is pretty good.
146:9    Q:  My statement is true?
146:10   A:  Yes.
146:11   Q:  And you think he has an excellent
146:12   prognosis?

---

| 78 | 146:14 - 146:14 | Ganellan, Edward 2006-07-25 | 00:00:02 | Z20.76 |
|---|---|---|---|---|

146:14   A:  Yes.

---

Play Time for this Script:     **00:33:47**

**Total time for all Scripts in this report:**     **00:33:47**