UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 11-15-06
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL - 1657

CHARLES LARON MASON

CIVIL ACTION

VERSUS

06-810

MERCK & CO., INC.

SECTION: L

## CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this 15th day of November, 2006.

_____          _____
Counsel for Plaintiff                    Counsel for Defendant

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___