UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No.: 05-4997 Sect.L/Mag.3

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 1657 |
| | SECTION L |
| THIS RELATES TO: KEVIN KIVI, Plaintiff | |
| | JUDGE FALLON |
| Civil Action No.: 05-4997 Sect.L/Mag.3 | MAG. JUDGE KNOWLES |

### ORDER DISMISSING WITHOUT PREJUDICE
### CLAIMS OF KIMBERLY HOPE CHESHINE-KIVI

Considering the Stipulation of Dismissal without Prejudice of Claims of Plaintiff, Kimberly Hope Cheshine-Kivi filed herein,

**IT IS ORDERED** that the claims of Plaintiff, Kimberly Hope Cheshine-Kivi, be and they are hereby dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

**NEW ORLEANS, LOUISIANA,** this 15th day of November, 2006.

ELDON E. FALLON
U.S. DISTRICT JUDGE