UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to Cheryl Edwards | * | |
| et al v. Merck & Co., Inc. | * | |
| No. 1:05-cv-04859 | * | |

## ORDER

Considering the foregoing Stipulation of Dismissal Without Prejudice As to Merck & Co., Inc.,

IT IS ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed without prejudice, subject to the conditions stated in the Stipulation, with each party to pay their respective costs and attorney fees.

SO ORDERED, ADJUDGED AND DECREED, this 15th day of November, 2006.

_____
DISTRICT JUDGE

839314v.1