UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | *   MDL NO. 1657 |
|          PRODUCTS LIABILITY LITIGATION | * |
| | *   SECTION: L(3) |
| | * |
| | *   JUDGE FALLON |
| | *   MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Mason v. Merck & Co., Inc.*, 06-810

## ORDER

IT IS ORDERED that the Plaintiff's Motion to Compel Discovery Responses of Merck & Co., Inc. (Rec. Doc. 6063) and the Defendant's Motion for a Protective Order Applicable to Plaintiff's Requests for Admissions (Rec. Doc. 6500) are DENIED AS MOOT.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Order Excluding Testimony of Michael Rothkopf, M.D. (Rec. Doc. 7402, Rec. Doc. 7470, and Rec. Doc. 7531), the Plaintiff's Motion for Order Excluding Testimony of Nicholas Flavahan, Ph.D. (Rec. Doc. 7403), the Plaintiff's Motion for Order Excluding Testimony of Dr. Janet Arrowsmith-Lowe (Rec. Doc. 7404), and the Defendant's Motion to Exclude Testimony of John L. Gueriguian, M.D. (Rec. Doc. 7198) are DENIED AS MOOT.

New Orleans, Louisiana, this   15th   day of   November  , 2006.

_____
UNITED STATES DISTRICT JUDGE