UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

STANLEY BETHEA,
        PLAINTIFF

US,

MERCK + CO., INC.
        DEFENDANT

NOV-06-2006

CASE NO: 05-6775

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED  NOV - 6 2006
LORETTA G. WHYTE
Clerk

MOTION TO REMAND
PURSUANT TO 28 U.S.C § 1447(d)

PLAINTIFF IS ASKING THE COURT TO REMAND THIS CASE BACK TO STATE COURT. PLAINTIFF DO NOT WANT TO WAIT 10 YEARS FOR A TRIAL. I DO NOT LIKE YOUR SYSTEM. SEND MY CASE TO STATE COURT IN ATLANTIC CITY, N.J. 1201 BACHARACH BOULEVARD.

Respectfully Submitted
Stanley Bethea
STANLEY BETHEA

Fee_____
Process_____
X_ Dktd_____
X_ CtRmDep_____
Doc. No._____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A Copy
OF THE motion to Remand 11-06-2006
WAS SERVED BY First CLASS MAIL
Postage PRE-Paid Upon THE FoL-
Lowing:

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

Stanley Bethea

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

11-3-06
~~11-12-06~~

STANLEY BETHEA,

VS,                    PLAINTIFF

MERCK + Co., Inc,

DEFENDANT

PLAINTIFF MOTION
TO REMAND PUR-
SUANT to 28 U,S,C
§1447

CASE NO. 05-6775

PLAINTIFF PURSUANT to 28 U.S.C §1447(d)
HEREBY MOVE to REMAND
THIS ACTION to THE JURISDICTION OF THE
DAUPHIN COUNTY, IN THE COURT OF
COMMON PLEAS  HBG, PA, NO. 2005 CV 4142

1. ON SEPT 30, 2005 THE PLAINTIFF FILED
THE INSTANCE ACTION IN THE COURT OF COMMON
PLEAS HBG, PA, 17108

2. DEFENDANT REMAND THIS ACTION to
THE UNITED STATES DISTRICT COURT, FEDERAL
COURT BASED ON DIVERSITY OF CITIZENSHIP,

2. DEFENDANT A NEW JERSEY CORPORATION, BUT PLAINTIFF IS CAPTAIN OF THE COMPLAINT AND IS SEEKING A REMAND OF THIS ACTION. DEFENDANT ACTIONS QUALIFY FOR THE REMOVAL BUT IT'S ACTION DOES NOT MANDATE THAT THE COMPLAINT BE REMOVED, 28 U.S.C.§ 1447(d)

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THIS ACTION BE REMANDED TO THE STATE COURT IN DAUPHIN COUNTY HBG, PA, 17108  NO. 2005 CV 4142

RESPECTFULLY SUBMITTED

SB

Stanley Bethea
P.O. BOX 704
HBG, PA, 17108-0704

-2-

United States District Court
Eastern District of Louidiana
New Orleans, LA 70130

NOV-06-2006

Stanley Bethea,
            Plaintiff          Case No: 05-6775

vs.
Merck & Co. Inc,
            Defendant


Memorandum In support
of motion to Remand

Plaintiff File This memorandum
In support LR7.4 of Its motion to
Remand to State Court In Atlantic
city, New Jersey, Diversity of
citizenship will not exist, Plaintiff
did not File a Federal Statute In the
complaint. I do not Like your procedure.
                    Respectfully Submitted
                    Stanley Bethea
                    Stanley Bethea

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE MEMORANDUM In Support LR7.4 OF THE MOTION to REMAND BACK TO STATE COURT WAS SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER, ESQ,
2929 ARCH STREET
PHILADELPHIA, PA, 19104-2808

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Stanley Bethea,
            Plaintiff

                                    11-3-06
                        Case No. 05-6775

        vs,
Merck & Co., Inc.
            Defendant


Order Remanding Case to State
Court
_____

And Now, this ___ day of ____, 2006 ___,
It Is Hereby Ordered that the Within
Matter Is Remanded to the Court of Common
Pleas of Dauphin County, Pennsylvania, For the
Following Reasons Plaintiff's Complaint does Not
State Any Cause of Action Pursuant to Any
Federal Statute, 28 U.S.C. § 1447(d).


                    _____
                            J.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPY OF THE ORDER FOR REMANDING CASE TO STATE COURT WAS SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER, ESQ
2929 ARCH STREET
PHILADELPHIA, PA, 19104-2808

STANLEY BETHEA
Stanley Bethea
P.O. Box 704
HBG, PA, 17108

United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

Stanley Bethea,                    Nov-06-2006
                    Plaintiff    Case No: 05-6775

          VS,

Merk & Co., Inc.
                    Defendant


                    ORDER

And Now, This ___ day of ___, 2006
It Is Hereby Ordered that the with-
In matter is Remanded to State Court
In Atlantic City, NJ. 1201 Bacharach
Boulevard,


                              J

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ORDER dated NOV 06, 2006 WAS SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA   70130

11-3-06 L

STANLEY BETHEA,
                    PLAINTIFF   CASE NO: 05-6775

VS.

MERCK + CO., INC.
                    DEFENDANT

NOTICE FOR HEARING
LR7.2E

PLAINTIFF FILED A MOTION to REMAND
NOW FILES FOR A HEARING LR7.2E

Stanley Bethea
P.O. BOX 704
HBG, PA, 17108-0704

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

STANLEY BETHEA,                     NOU-06-2006
              PLAINTIFF    CASE NO: 05-6775

       VS.
MERCK + CO. INC.
              DEFENDANT

## NOTICE FOR HEARING

PLAINTIFF IS ASKING THE COURT FOR
A HEARING LR7.2E IN Support OF Its
motion FOR A REMAND dated 11-06-2006.

Respectfully Submitted

Stanley Bethea
STANLEY BETHEA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE OF A HEARING DATED 11-06-2006 WAS SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

Stanley Bethea

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE PLAINTIFF MOTION TO REMAND PURSUANT TO 28 U.S.C § 1447 HAS BEEN SERVED UPON THE DEFENDANT FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER, ESQ,
2929 ARCH STREET
PHILADELPHIA, PA, 19104,— 2808

STANLEY BETHEA
Stanley Bethea
P.O. BOX 704
HBG, PA, 17108-0704

FROM: STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

11-0 -06

TO: LORETTA G. WHYTE
OFFICE CLERK

my motion FOR REMAND you SAID
I HAD A DEFICIENT, WHAT SHOULD I
SAY to get THE CASE REMAND BACK
In my MEMORANDUM In Support LR 7.4 So
THAT It WON'T BE DENIED By JUDGE ELDON
E. FALLON, I'm not making Any PROGRESS
WITH my complaint In your COURT. I RE-
CEIVED A LETTER, DEFENDANT'S COUNSELLOR SAID
AT LAW THAT NO discovery is PERMITTED
until TRIAL, THAT may BE 10 YEARS from NOW,

PLEASE FILE THIS MEMORANDOM with the
motion to REMAND and court ORDER - NOTICE
FOR HEARING. I Hope to HEAR from you
SOON, IF DENIED CAN I APPEAL ? TO WHAT court ?
Sincerely yours
Stanley BETHEA

ATTN: FILE THESE PAPERS disregard WHAT I
SENT you DATED 11-03-2006,

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

U.S. POSTAGE
PAID
HARRISBURG, PA
17108
NOV 17 06
AMOUNT
$0.24
00087039-10

70130

0000

UNITED STATES
POSTAL SERVICE

United States District Court
Eastern District of Louisiana
New Orleans, LA 70130