UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

**PLAINTIFF'S REPLY TO MERCK'S OPPOSITION TO MOTION IN LIMINE TO EXCLUDE EVIDENCE OR DISCUSSION CONCERNING DEFENDANT'S REPUTATION AND/OR "GOOD ACTS"**

(Plaintiff's Motion in Limine No. 4)

Plaintiff Anthony Dedrick urges the Court to exclude all evidence or discussion of Defendant Merck & Co.'s reputation and/or "good acts."

Similar motions were filed by the plaintiff in *Barnett v. Merck & Co., Smith v. Merck & Co.,* and *Mason v. Merck & Co.* The Court granted the motion in *Barnett,* but deferred ruling on the motion as too broad in *Smith* and *Mason.* Plaintiff urges the Court to again grant this motion in its entirety.

Merck has represented in its opposition that it does not intend to offer "in the compensatory damages phase" evidence of the nature that Plaintiff seeks to exclude. In his

motion, Plaintiff sought to exclude evidence of three specific Merck programs, as well as the fact that Merck develops drugs that treat and cure disease. Plaintiff also sought in the motion to exclude any evidence or discussion regarding Mr. Dedrick being a recipient of free drugs through Merck's Patient Assistance Program.

The Defendant states that it "does not intend to offer evidence of these programs, or other similar matters, in the compensatory damages phase of this trial unless such evidence becomes relevant because it is necessary to counter evidence introduced by plaintiff." In a footnote, Merck expressly reserves the right to offer evidence of good acts if necessary to rebut evidence introduced by Plaintiff reportedly showing that Merck has a bad reputation or bad corporate character or that it has been solely concerned with profit. See Merck's Opposition at 3, fn 3.

Merck goes on to argue that the motion as written "would exclude discussion of Merck's core business – to develop and market medicines and vaccines that protect and improve human life." Merck contends that somehow this is relevant to issues relating to failure to warn. Testimony or argument to the effect that Merck develops drugs that treat and cure disease, and the benefits of other products Merck produces, has no relevance to any issue in this case and no probative value.

Plaintiff is not requesting that Merck witnesses "contort their testimony with circumlocutions." Plaintiff is only asking that Merck not be permitted to argue or submit testimony concerning the benefits of other products it produces. Second, Plaintiff is asking that Merck not be permitted to argue or submit evidence that Plaintiff received medications through Merck's drug assistance program. Any evidence of the alleged benefits of other products produced by Merck or the benefits of its drug assistance program do not have "any tendency to

make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401.

This Court granted an identical motion in *Plunkett v. Merck* (Order of November 18, 2005), and *Barnett v. Merck & Co.* (Order of June 28, 2006), based upon the Federal Rules of Evidence 401, including "the fact that Merck develops drugs that treat and cure disease." For the same reasons, Plaintiff respectfully requests that this Court grant his motion.

Respectfully submitted this 10th day of November, 2006.

*P. Leigh O'Dell*
ANDY BIRCHFIELD
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,***
***METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
  **Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF'S REPLY TO MERCK'S OPPOSITION TO MOTION IN LIMINE TO EXCLUDE EVIDENCE OR DISCUSSION CONCERNING DEFENDANT'S REPUTATION AND/OR "GOOD ACTS" has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of November, 2006.

_P. Leigh O'Dell_
P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.