UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| EDWARD ADCOCK, Individually and Executrix of Estate of VIRGINIA ADCOCK, Deceased, et al. | NOTICE OF WITHDRAWAL OF COUNSEL |
| Case No.: 2:05 CV 5753 | |

Notice is hereby given that attorney Joseph M. Lyon is withdrawing his appearance as counsel in this matter. The law firm of Burg Simpson Eldredge Hersh & Jardine, PC, and its attorneys Janet G. Abaray and Melanie S. Bailey remain as Counsel for Plaintiff in this action.

Respectfully submitted,

  /s/ *Janet G. Abaray*
Janet G. Abaray (0002943)
Burg Simpson Eldredge
Hersh & Jardine, P.C.
312 Walnut Street
Suite 2090
Cincinnati, OH 45202
(513) 852-5600
(513) 852-5611 (fax)
*Attorney for Plaintiff Edward Adcock, Individually and as Administrator of the Estate of Virginia Adcock*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Withdrawal of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman, as well as Defendants' Counsel Susan Pope, Frost Brown Todd, LLC, 250 West Main St., Suite 2700, Lexington, KY 40507-1749, and Winston E. Miller, Frost Brown Todd, LLC, 400 West Market St., 32nd Floor, Louisville, KY 40202, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of November, 2006.

                                                              /s/ *Janet G. Abaray*
                                                              Janet G. Abaray