FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 16 PM 1:41
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX MDL 1657

CHARLES L. MASON NO. 06-810

VERSUS

MERCK & CO., INC. SECTION: L

# ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to MOTHER'S RESTAURANT the sum of $ 117.43 for LUNCH meals for the jury in this matter on NOVEMBER 15, 2006.

New Orleans, Louisiana, this day of NOVEMBER, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee___
✓ Process ___
X Dktd ___
___ CtRmDep___
___ Doc. No___

**MOTHER'S**
**RESTAURANT**

0096 #Party 1
SANDRA S SvrCk: 94 10:00 11/15/06

| | |
|---|---|
| 1 NAME,JUDGE FALLON | 0.00 |
| 1 OYSTER POBOY, w/tartar | 13.75 |
| 2 BREAD PUDDING | 8.00 |
| 1 OYSTER POBOY/HALF, no sauce | 12.75 |
| 1 SWEET POTATO PIE | 4.00 |
| 2 SHRIMP POBOY/HALF, 1 no sauce, 1 no sauce | 21.00 |
| 1 SHRIMP POBOY, w/tartar | 11.50 |
| 2 FRENCH FRIES | 5.00 |
| 2 PECAN PIE | 8.00 |
| 1 FRIED OYSTERS, w/greens, w/cabbage, w/cocktail s | 14.50 |
| 1 MAE'S OMELET, biscuit | 8.50 |

Sub Total: 107.00
Tax: 10.43
11/15 12:12 **TOTAL: 117.43**

US DIST COURT,
1323
NOTES:

*** THANK YOU ***
FOR DINING WITH US.




| | AMT-TEND | CHANGE | TALLY |
|---|---|---|---|
| CASH | 117.43 | 0.00 | 117.43 |
| | | | ------- |
| | | | 117.43 |

11/15/06 12:12

MOTHER'S RESTAURANT
FOOD ORDER

DATE: TIME:

NAME: Judge Fallon Chambers

ADDRESS: Accross The Street 4th Floor

Mrs Lambert

PHONE:

PICK UP | DELIVERY 12:30 | HOUSE CHG

CREDIT CARD

1- Oyster mayo + creole only
1 Bread pudding
1/2 Oyster dress No cabbage
1- Sw. pot. pie
1/2 Grilled Shrimp Po boy dress
1- Fried Shrimp dress No slaw
1- F. Fries
1- Bread Pudding
1/2 Sm. Shrimp mayo Ket only
1- Fries ~~Pecan Pie~~ Sorry No pecan (Sweet potato

Next Page

MOTHER'S RESTAURANT
FOOD ORDER

DATE: TIME:

NAME:

ADDRESS:

PHONE:

PICK UP DELIVERY HOUSE CHG

CREDIT CARD

1 - Oyster Plate Turnip G. & Cabbage
1 - ~~Pecan Pie~~ sorry no pecan (Sweet potato
1 - Mae's Omlet Grits + Biscuit