UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| CHRIS MERSMAN, et al. Case No.: 2:05 CV 2327 | **MOTION TO WITHDRAWAL AS COUNSEL** |

Plaintiff, by and through counsel, hereby files the following Motion to Withdraw attorney Joseph M. Lyon as Counsel on the above referenced case. The law firm of Burg Simpson Eldredge Hersh & Jardine, PC, and its attorneys Janet G. Abaray and Melanie S. Bailey remain as Counsel for Plaintiff in this action.

In accordance with Pretrial Order 8B, counsel certifies that they will make the necessary changes in counsel status caused by this pleading directly on Lexis Nexis File & Serve when an Order is entered.

Respectfully submitted,

   /s/ *Janet G. Abaray*
Janet G. Abaray (0002943)
Burg Simpson Eldredge
Hersh & Jardine, P.C.
312 Walnut Street
Suite 2090
Cincinnati, OH 45202
(513) 852-5600
(513) 852-5611 (fax)
*Attorney for Plaintiff Chris Mersman and Karen Mersman*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdrawal as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman, as well as Defendants' Counsel Susan Pope, Frost Brown Todd, LLC, 250 West Main St., Suite 2700, Lexington, KY 40507-1749, and Winston E. Miller, Frost Brown Todd, LLC, 400 West Market St., 32nd Floor, Louisville, KY 40202, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of November, 2006.

                                                                             /s/ *Janet G. Abaray*_____
                                                                             Janet G. Abaray