UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| This document relates to: Wilma Bradam v. | * | JUDGE FALLON |
| Merck & Co., Inc., No. 05-02343;   Effie Gamble | * | |
| v. Merck & Co., Inc., No. 05-06226; James | * | |
| Oliver v. Merck & Co., Inc., No. 05- 04232EEFDEK; | * | |
| Sherry Olier v. Merck & Co., Inc., No 05-02335. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiffs in the above-captioned cases be and they

hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms

and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

840080v.1