UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This Document Relates To: *William Jeffries, et al. v. Merck & Co., et al.* 2:06-CV-01987-EEF-DEK | MAG. JUDGE KNOWLES |

## MOTION FOR WITHDRAWAL OF COUNSEL

Defendant, Rudy P. Zarate, M.D., hereby respectfully requests that the Court permit Jennifer L. Souza to withdraw as counsel in this matter. Ms. Souza is no longer a member of the law firm of Roetzel & Andress. Stacy A. Ragon of this law firm shall now be the only attorney of record on behalf of Defendant, Rudy P. Zarate, M.D., in this matter, and Defendant requests that Ms. Souza be removed from this Court's docket.

The Court and all parties are requested to amend their respective lists to reflect this withdrawal.

A proposed Order is attached hereto.

1386011 v_01 \ 061739.0790

Respectfully submitted,

_/s/ Stacy A. Ragon_
Stacy A. Ragon (0066923)
sragon@ralaw.com
Jennifer L. Souza (0070001)
jsouza@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577

ATTORNEYS FOR DEFENDANT,
RUDY P. ZARATE, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of November, 2006.

_/s/ Stacy A. Ragon_
Stacy A. Ragon  (0066923)
Jennifer L. Souza  (0070001)
Attorneys for Defendant,
Rudy P. Zarate, M.D.
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone: 330.376.2700
Facsimile: 330.376.4577
sragon@ralaw.com
jsouza@ralaw.com