UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| This Document Relates To:<br>*William Jeffries, et al. v. Merck & Co., et al.*<br>2:06-CV-01987-EEF-DEK | |

## **ORDER**

Upon Motion and for good cause shown, Defendant, Rudy P. Zarate, M.D.'s, Motion for Withdrawal of Counsel is hereby granted. Stacy A. Ragon, Esq. will be the only attorney of record on behalf of Defendant, Rudy P. Zarate, M.D. Jennifer L. Souza, Esq. will be removed from this Court's docket.

IT IS SO ORDERED.

_____
JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

1386635 v_01 \ 061739.0790