UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**　　　　　　　　　　　　　　　　　MDL NO. 1657
　　　**PRODUCTS LIABILITY LITIGATION:**
　　　　　　　　　　　　　　　　　　　　　　　　SECTION: L

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
……………………………………………………..　MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
　　　2:06-cv-3140

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Edwin McLarty. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Edwin McLarty, are dismissed, without prejudice.

Dated this ___16th___ day of __November__, 2006.

_____
UNITED STATES DISTRICT JUDGE