UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-4620 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| TERESA BINKOWSKA | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation,

IT IS ORDERED that the Complaint of Plaintiff TERESA BINKOWSKA be and it hereby is dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this 17th day of November, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

834361v.1