# Exhibit A

|  | **Designated Testimony of Mary Blake** |  | **Objections** | **Rulings** |
|---|---|---|---|---|

Plaintiff = Red
Defendant = Blue

| | | | |
|---|---|---|---|
| **11:12 - 11:13** | Blake, Mary 2005-11-29 | 00:00:02 | |
| 11: 12 | Q.   Okay.  Good morning, Mrs. Blake. | | |
| 11: 13 | A.   Good morning.  How are you? | | |
| | | | |
| **13:19 - 13:21** | Blake, Mary 2005-11-29 | 00:00:04 | |
| 13: 19 | Q.   All right.  You are currently working | | |
| 13: 20 | for Merck, correct? | | |
| 13: 21 | A.   Yes, I am. | | |
| | | | |
| **13:22 - 13:24** | Blake, Mary 2005-11-29 | 00:00:06 | |
| 13: 22 | Q.   What is your current title? | | |
| 13: 23 | A.   I am senior director for Merck | | |
| 13: 24 | Vaccines, Public Affairs. | | |
| | | | |
| **16:5 - 16:8** | Blake, Mary 2005-11-29 | 00:00:07 | |
| 16: 5 | Q.   Okay.  And when you were hired as a | | |
| 16: 6 | full-time Merck employee, what were you hired as? | | |
| 16: 7 | A.   I was hired as a public affairs | | |
| 16: 8 | associate. | | |
| | | | |
| **16:14 - 16:15** | Blake, Mary 2005-11-29 | 00:00:07 | |
| 16: 14 | Q.   And that was specifically what date? | | |
| 16: 15 | A.   December 1993.  I think it might have | | |
| | | | |
| **18:18 - 19:2** | Blake, Mary 2005-11-29 | 00:00:29 | |
| 18: 18 | Q.   So from, say '9 -- what was your job | | |
| 18: 19 | title from 1997 through 2001? | | |
| 18: 20 | A.   It varied, but for most of that time, | | |
| 18: 21 | I was a manager of public affairs. | | |
| 18: 22 | Q.   Manager.  Okay.  And who did you work | | |
| 18: 23 | for? | | |
| 18: 24 | A.   There I worked for a number of | | |
| 18: 25 | people.  Primarily Jan Weiner, who was the head of | | |
| 19: 1 | that group.  Sometimes I worked directly for her, | | |
| 19: 2 | other times I worked for other people in between. | | |
| | | | |
| **22:14 - 23:2** | Blake, Mary 2005-11-29 | 00:00:39 | |
| 22: 14 | When is the first time you became | | |
| 22: 15 | involved with the drug Vioxx or its predecessor, | | |
| 22: 16 | while working for Merck? | | |
| 22: 17 | A.   I started work on Vioxx, I did some | | |
| 22: 18 | help when I wasn't directly responsible for it, in | | |
| 22: 19 | the middle of 1999. | | |
| 22: 20 | Q.   Okay. | | |
| 22: 21 | A.   Sometime in the spring, early summer | | |
| 22: 22 | of 1999.  And I was assigned Vioxx in the fall of | | |
| 22: 23 | 1999. | | |
| 22: 24 | Q.   So in the fall of 1999, you say you | | |
| 22: 25 | were "assigned Vioxx".  What does that mean? | | |
| 23: 1 | A.   Um-hmm.  I became the manager with | | |
| 23: 2 | responsibility for Vioxx. | | |
| | | | |
| **23:03 - 23:4** | Blake, Mary 2005-11-29 | 00:00:05 | |
| 23: 3 | Q.   In the United States only or -- | | |
| 23: 4 | A.   In the United States only. | | |
| | | | |
| **23:18 - 23:22** | Blake, Mary 2005-11-29 | 00:00:21 | |
| 23: 18 | As it related to Vioxx, what was your | | |
| 23: 19 | exact title? | | |
| 23: 20 | A.   Manager. | | |
| 23: 21 | Q.   Manager? | | |
| 23: 22 | A.   U.S.H.H. Public Affairs. | | |
| | | | |
| **26:5 - 26:19** | Blake, Mary 2005-11-29 | 00:00:50 | |
| 26: 5 | Q.   All right.  Epidemiology.  Did you | | |
| 26: 6 | manage epidemiologic issues related to Vioxx? | | |
| 26: 7 | A.   I worked with Merck Research Labs as | | |

| Designated Testimony of Mary Blake | | Objections | Rulings |
|---|---|---|---|
| 26: 8<br>26: 9<br>26: 10<br>26: 11<br>26: 12<br>26: 13<br>26: 14<br>26: 15<br>26: 16<br>26: 17<br>26: 18<br>26: 19 | well as others on epidemiological studies, as I --<br>in terms of drafting public affairs materials.  Yes,<br>I did that.<br>Q.    Okay.  And what people within Merck<br>Research Laboratories did you deal with concerning<br>those issues?<br>A.    It could range based on the<br>individual study.  If it was an epidemiological<br>study, it would gen -- I would generally speak with<br>Nancy Santanello and Alise Reicin, as well as<br>perhaps others in their department, but it depended<br>on the situation. | | |
| **27:9  -  27:20**<br>27: 9<br>27: 10<br>27: 11<br>27: 12<br>27: 13<br>27: 14<br>27: 15<br>27: 16<br>27: 17<br>27: 18<br>27: 19<br>27: 20 | Blake, Mary 2005-11-29                                        00:00:39<br>Q.    Before I get to that, describe for me<br>generally what your job responsibilities were as<br>manager, U.S.H.H., of public affairs for Vioxx.<br>A.    Essentially in that position I had<br>responsibility for interactions with the news media<br>related to Vioxx and also for public affairs<br>programs related to disease awareness.<br>Q.    What does that mean, the last part?<br>A.    The disease awareness part?  We<br>worked with third-party groups to implement programs<br>that encouraged consumers to talk to their doctor<br>about osteoarthritis, if they had it. | | |
| **33:2  -  33:6**<br>33: 2<br>33: 3<br>33: 4<br>33: 5<br>33: 6 | Blake, Mary 2005-11-29                                        00:00:13<br>Q.    When you worked for public affairs,<br>there would be various tools that you would use to<br>get the word out when you needed to concerning<br>Vioxx, correct?<br>A.    Yes. | | |
| **33:11  -  33:19**<br>33: 11<br>33: 12<br>33: 13<br>33: 14<br>33: 15<br>33: 16<br>33: 17<br>33: 18<br>33: 19 | Blake, Mary 2005-11-29                                        00:00:20<br>Q.    Who was in charge of press releases<br>for Vioxx?<br>A.    Well, ultimately the public affairs<br>department is responsible for developing and getting<br>the appropriate approvals and issuing news releases<br>in consultation with the various reviewers,<br>including medical/legal board.<br>Q.    But who was in charge?  Where did the<br>buck stop -- | | |
| **33:25  -  34:7**<br>33: 25<br>34: 1<br>34: 2<br>34: 3<br>34: 4<br>34: 5<br>34: 6<br>34: 7 | Blake, Mary 2005-11-29                                        00:00:14<br>            THE WITNESS:  In terms of where the<br>buck stopped, ultimately Merck Research Labs and<br>legal have the final say in terms of whether or not<br>a news release is issued.<br>BY MR. PLACITELLA:<br>Q.    Who is responsible for drafting the<br>press releases and putting them in final form?<br>A.    Public affairs. | | |
| **34:18  -  34:24**<br>34: 18<br>34: 19<br>34: 20<br>34: 21<br>34: 22<br>34: 23<br>34: 24 | Blake, Mary 2005-11-29                                        00:00:13<br>Q.    Could the press releases go out<br>without your approval?<br>A.    Without my approval?<br>Q.    Um-hmm.<br>A.    Ultimately, the final sign-off of<br>press releases is really Merck Research Labs and<br>legal. | | |
| **35:14  -  36:4**<br>35: 14<br>35: 15<br>35: 16<br>35: 17<br>35: 18<br>35: 19 | Blake, Mary 2005-11-29                                        00:00:37<br>Q.    What is a standby statement?<br>A.    Standby statements are documents that<br>we create if we anticipate getting questions about<br>something that we would need to respond to within<br>public affairs.<br>Q.    And who was it intended that the | | |

| Designated Testimony of Mary Blake | | Objections | Rulings |
|---|---|---|---|
| 35: 20 | standby statements would be used by? | | |
| 35: 21 | A.    Standby statements are intended to be | | |
| 35: 22 | used by public affairs people in their interactions | | |
| 35: 23 | with the news media as well as investor relations | | |
| 35: 24 | for their interactions with analysts. | | |
| 35: 25 | Q.    Were they ever given to people within | | |
| 36: 1 | Merck for responding to interviews? | | |
| 36: 2 | A.    With the news media? | | |
| 36: 3 | Q.    Correct. | | |
| 36: 4 | A.    Yes. | | |
| **36:21  -  37:21** | Blake, Mary 2005-11-29                                                00:01:10 | | |
| 36: 21 | Q.    What about video news releases, were | | |
| 36: 22 | they a tool used for getting the word out? | | |
| 36: 23 | A.    Yes, we used video news releases as | | |
| 36: 24 | well. | | |
| 36: 25 | Q.    And the video news releases, who was | | |
| 37: 1 | the person primarily responsible within public | | |
| 37: 2 | affairs for the video news releases related to | | |
| 37: 3 | Vioxx? | | |
| 37: 4 | A.    Well, that too could vary based on | | |
| 37: 5 | who had responsibility for a given project.  Often, | | |
| 37: 6 | I had responsibility, and it would always go through | | |
| 37: 7 | medical/legal board.  They had the final say. | | |
| 37: 8 | Q.    In fact, you were involved with media | | |
| 37: 9 | training for the video news releases and interviews | | |
| 37: 10 | at various points in time related to Vioxx, true? | | |
| 37: 11 | A.    Yes, I did media training. | | |
| 37: 12 | Q.    And interviews with spokespersons for | | |
| 37: 13 | Merck, was that a tool that was used for getting the | | |
| 37: 14 | word out related to Vioxx? | | |
| 37: 15 | A.    Merck people participated in | | |
| 37: 16 | interviews about Vioxx, yes. | | |
| 37: 17 | Q.    What about spokespersons versus -- | | |
| 37: 18 | did you have spokespersons that you hired that were | | |
| 37: 19 | non-Merck employees to get the word out related to | | |
| 37: 20 | Vioxx? | | |
| 37: 21 | A.    Yes. | | |
| **38:8  -  38:23** | Blake, Mary 2005-11-29                                                00:00:43 | | |
| 38: 8 | Q.    Okay.  Did you use websites as a | | |
| 38: 9 | vehicle for getting the word out related to Vioxx? | | |
| 38: 10 | A.    Within public affairs? | | |
| 38: 11 | Q.    Um-hmm. | | |
| 38: 12 | A.    Yes, we did. | | |
| 38: 13 | Q.    And what websites did you use? | | |
| 38: 14 | A.    Some -- if I'm remembering correctly, | | |
| 38: 15 | and I apologize, it was a long time ago, we had a | | |
| 38: 16 | disease awareness website in conjunction with the | | |
| 38: 17 | Arthritis Foundation around the Speaking of Pain | | |
| 38: 18 | program.  And I can't remember the URL for that. | | |
| 38: 19 | The content was also on the Arthritis Foundation's | | |
| 38: 20 | website.  It might even still be there. | | |
| 38: 21 | And then, in addition to that, some | | |
| 38: 22 | of the public affairs materials, I believe, were on | | |
| 38: 23 | Vioxx.com. | | |
| **41:7  -  41:20** | Blake, Mary 2005-11-29                                                00:00:49 | | |
| 41: 7 | Q.    Did marketing have -- did marketing | | |
| 41: 8 | also have to approve your press releases before they | | |
| 41: 9 | were sent out? | | |
| 41: 10 | A.    They were reviewed again. | | |
| 41: 11 | Q.    And who was that?  Who approved your | | |
| 41: 12 | press releases in marketing? | | |
| 41: 13 | A.    That would also vary by the news | | |
| 41: 14 | release.  My primary point of contact for many | | |
| 41: 15 | things was Carrie Bourdow on the marketing team, but | | |
| 41: 16 | some things would also be reviewed by her bosses as | | |
| 41: 17 | well as the vice president of the marketing team. | | |
| 41: 18 | Q.    Did that include Wendy Dixon? | | |
| 41: 19 | A.    Yes, Wendy was the vice president at | | |

| Designated Testimony of Mary Blake | | | Objections | Rulings |
|---|---|---|---|---|
| 41: 20 | the time, if I remember correctly. | | | |
| 41:23 - 42:17 | Blake, Mary 2005-11-29 | 00:00:44 | | |
| 41: 23 | Public affairs was really responsible | | | |
| 41: 24 | for communications concerning Vioxx to the general | | | |
| 41: 25 | public, correct? | | | |
| 42: 1 | A. No, to the news media. | | | |
| 42: 2 | Q. Only to the news media? | | | |
| 42: 3 | A. The news media is the primary | | | |
| 42: 4 | audience. The programs that we work on and the | | | |
| 42: 5 | materials we create are intended for use by the news | | | |
| 42: 6 | media. Now, we talked before about the disease | | | |
| 42: 7 | education program. That involves working with | | | |
| 42: 8 | consumer groups and also had a media component to it | | | |
| 42: 9 | as well. | | | |
| 42: 10 | Q. Well, you call it public affairs, | | | |
| 42: 11 | correct? | | | |
| 42: 12 | A. That is the name of our department, | | | |
| 42: 13 | yes. | | | |
| 42: 14 | Q. Meaning that you understood that the | | | |
| 42: 15 | messages that you were issuing would ultimately -- | | | |
| 42: 16 | were ultimately intended to reach the public, | | | |
| 42: 17 | correct? | | | |
| 42:20 - 43:2 | Blake, Mary 2005-11-29 | 00:00:18 | | |
| 42: 20 | THE WITNESS: Our news releases go to | | | |
| 42: 21 | the news media who then communicate to the public. | | | |
| 42: 22 | BY MR. PLACITELLA: | | | |
| 42: 23 | Q. The purpose of your reaching the news | | | |
| 42: 24 | media wasn't so they took the press releases and | | | |
| 42: 25 | video materials home and put them on -- in a shelf, | | | |
| 43: 1 | right? | | | |
| 43: 2 | A. That is correct. | | | |
| 43:23 - 44:16 | Blake, Mary 2005-11-29 | 00:00:51 | | |
| 43: 23 | Q. The -- you understood that the | | | |
| 43: 24 | messages that you were delivering were ultimately | | | |
| 43: 25 | intended for the public to see, correct? | | | |
| 44: 1 | A. Well -- I apologize, it's hard to | | | |
| 44: 2 | answer the question that way just because, I mean, | | | |
| 44: 3 | the materials that we create go to the news media, | | | |
| 44: 4 | who then are responsible for the stories that they | | | |
| 44: 5 | write, and they have other sources besides Merck. | | | |
| 44: 6 | So it would be exceedingly rare for a | | | |
| 44: 7 | news release just to go -- to be seen by the general | | | |
| 44: 8 | public. It goes to the news media, who then writes | | | |
| 44: 9 | their stories. So, but, yes, ultimately they go to | | | |
| 44: 10 | the public -- | | | |
| 44: 11 | Q. All right. I'll -- | | | |
| 44: 12 | A. The story is seen by the public, but | | | |
| 44: 13 | the news release is not necessarily. | | | |
| 44: 14 | Q. But the purpose of the news tools | | | |
| 44: 15 | that we've discussed is to communicate Merck's | | | |
| 44: 16 | message to the public ultimately, true? | | | |
| 44:18 - 45:6 | Blake, Mary 2005-11-29 | 00:00:34 | | |
| 44: 18 | THE WITNESS: Yes. | | | |
| 44: 19 | BY MR. PLACITELLA: | | | |
| 44: 20 | Q. Okay. And, in fact, you issued your | | | |
| 44: 21 | press releases online as well, didn't you? | | | |
| 44: 22 | A. We distribute our news releases | | | |
| 44: 23 | through various news wire services. We change them | | | |
| 44: 24 | during the course of time. And they also appeared | | | |
| 44: 25 | on Merck.com. | | | |
| 45: 1 | Q. Right. | | | |
| 45: 2 | A. So -- | | | |
| 45: 3 | Q. So if somebody was searching for | | | |
| 45: 4 | Vioxx, let's say, they could very well see your | | | |
| 45: 5 | press releases on Merck.com, correct? | | | |
| 45: 6 | A. They could, yes. | | | |

| Designated Testimony of Mary Blake | | | Objections | Rulings |
|---|---|---|---|---|
| **45:20  -  45:23**<br>45: 20<br>45: 21<br>45: 22<br>45: 23 | Blake, Mary 2005-11-29<br>Q.    Okay.  And as somebody who worked in<br>the office of medical/legal, you recognized, did you<br>not, that all of the tools that we've discussed were<br>governed by the FDA labeling law, true? | 00:00:20 | | |
| **46:1  -  46:17**<br>46: 1<br>46: 2<br>46: 3<br>46: 4<br>46: 5<br>46: 6<br>46: 7<br>46: 8<br>46: 9<br>46: 10<br>46: 11<br>46: 12<br>46: 13<br>46: 14<br>46: 15<br>46: 16<br>46: 17 | Blake, Mary 2005-11-29<br>          THE WITNESS:  Yes, I'm familiar with<br>that.<br>BY MR. PLACITELLA:<br>Q.    Okay.  In other words -- and labeling<br>includes not just a package insert, it includes your<br>press releases, your video news releases, anything<br>you'd give out to the public, right?<br>A.    Well, when I said labeling before, I<br>was referring specifically to the product<br>information.<br>Q.    You're aware that your press releases<br>and other tools were governed by the FDA labeling<br>law, true?<br>A.    Yes, I'm aware that public affairs<br>materials are governed by FDA regulations.<br>Q.    Okay.  And that law required that all<br>of your materials be fairly balanced, correct? | 00:00:58 | | |
| **46:20  -  46:21**<br>46: 20<br>46: 21 | Blake, Mary 2005-11-29<br>          THE WITNESS:  Within FDA regulations,<br>yes, there's an expectation for fair and balanced. | 00:00:03 | | |
| **46:23  -  47:2**<br>46: 23<br>46: 24<br>46: 25<br>47: 1<br>47: 2 | Blake, Mary 2005-11-29<br>Q.    Okay.<br>A.    But, ultimately -- I just do want to<br>clarify that -- you know, as part of the<br>medical/legal board review process, I mean, that's<br>where those decisions get made. | 00:00:09 | | |
| **47:7  -  47:11**<br>47: 7<br>47: 8<br>47: 9<br>47: 10<br>47: 11 | Blake, Mary 2005-11-29<br>Q.    Well, you were part of the<br>medical/legal review, so you had some knowledge<br>about the regulations that pertain to what was<br>necessary to comply with the FDA's laws, correct?<br>A.    With -- yes.  Within -- | 00:00:14 | | |
| **48:5  -  48:15**<br>48: 5<br>48: 6<br>48: 7<br>48: 8<br>48: 9<br>48: 10<br>48: 11<br>48: 12<br>48: 13<br>48: 14<br>48: 15 | Blake, Mary 2005-11-29<br>A.    -- what my job was within the office<br>of medical/legal.<br>          I was the liaison to the FDA in terms<br>of sending them promotional materials for their<br>pre-review, for example, for the products that I<br>worked on.  I reviewed those materials as they came<br>through, but that was once they had already gone<br>through medical/legal board.<br>Q.    Okay.<br>A.    I was not a sign-off on any<br>materials. | 00:00:19 | | |
| **48:18  -  49:2**<br>48: 18<br>48: 19<br>48: 20<br>48: 21<br>48: 22<br>48: 23<br>48: 24<br>48: 25<br>49: 1<br>49: 2 | Blake, Mary 2005-11-29<br>          You were generally aware of what the<br>FDA rules were concerning labeling and public<br>affairs materials, correct?<br>A.    Generally.  But, again, I'm not a<br>lawyer or doctor.<br>Q.    But that was part of your job to<br>know, correct?<br>A.    It was part of my job to be familiar<br>with, but I would not call myself an expert in any<br>way. | 00:00:21 | | |
| **49:6  -  49:10**<br>49: 6 | Blake, Mary 2005-11-29<br>Q.    It was part of your job to know and | 00:00:23 | | |

| Designated Testimony of Mary Blake | | | Objections | Rulings |
|---|---|---|---|---|
| 49: 7<br>49: 8<br>49: 9<br>49: 10 | understand what the rules were concerning what you<br>could say and not say in public affairs materials,<br>true?<br>A.    To understand, yes. | | | |
| 52:14  -  52:20<br>52: 14<br>52: 15<br>52: 16<br>52: 17<br>52: 18<br>52: 19<br>52: 20 | Blake, Mary 2005-11-29<br>Q.    Well, you understand as the director<br>or manager of public affairs that it's your<br>responsibility to make sure, from your perspective,<br>that the information that's contained in your<br>materials that's sent out into the public, that it<br>contains the truth and the whole truth, not half the<br>truth, correct? | 00:00:25 | | |
| 52:23  -  52:24<br>52: 23<br>52: 24 | Blake, Mary 2005-11-29<br>          THE WITNESS:  Yes, our materials are<br>truthful.  I recognize that as our responsibility. | 00:00:01 | | |
| 54:17  -  54:19<br>54: 17<br>54: 18<br>54: 19 | Blake, Mary 2005-11-29<br>          MR. PLACITELLA:  Let me have this<br>marked as P-1.  This is the only one I don't have<br>multiple copies of, so I apologize. | 00:00:07 | | |
| 54:24  -  55:13<br>54: 24<br>54: 25<br>55: 1<br>55: 2<br>55: 3<br>55: 4<br>55: 5<br>55: 6<br>55: 7<br>55: 8<br>55: 9<br>55: 10<br>55: 11<br>55: 12<br>55: 13 | Blake, Mary 2005-11-29<br>Q.    I'm going to show you what's been<br>marked P-1 for identification and ask you if you<br>have ever seen this before?<br>A.    Okay.  I believe that this is a field<br>communication document, but I may be wrong.<br>Q.    Have you ever seen it before?<br>A.    I believe so.<br>Q.    Okay.  Can you turn to Page 44.<br>A.    Um-hmm.  Yes.<br>Q.    See where it says, "General<br>Principles of Promotion"?<br>A.    Um-hmm.<br>Q.    This is a Merck document, by the way,<br>correct?<br>A.    Yes. | 00:00:17 | | |
| 56:1  -  56:5<br>56: 1<br>56: 2<br>56: 3<br>56: 4<br>56: 5 | Blake, Mary 2005-11-29<br>Q.    Okay.  And here it says, "General<br>Principles of Promotion.  FDA regulations impose<br>five main principles on promotion."<br>          Do you see that?<br>A.    Yes, I do. | 00:00:10 | | |
| 57:16  -  58:10<br>57: 16<br>57: 17<br>57: 18<br>57: 19<br>57: 20<br>57: 21<br>57: 22<br>57: 23<br>57: 24<br>57: 25<br>58: 1<br>58: 2<br>58: 3<br>58: 4<br>58: 5<br>58: 6<br>58: 7<br>58: 8<br>58: 9<br>58: 10 | Blake, Mary 2005-11-29<br>Q.    It says, "A promotional claim may not<br>be interpreted in a false or misleading manner by a<br>significant minority of prescribers."<br>          Did I read that correctly?<br>A.    Yes.<br>Q.    Okay.  It then says, "Inclusion of<br>proper balance.  There must be appropriate weight<br>given to all clinically relevant information, that<br>is, the risks and benefits, that can affect a<br>physician's prescribing practices."<br>          Did you understand that to be the<br>case?<br>A.    That's what it says, yes.<br>Q.    Okay.  Then it says, "Absence of<br>omissions of relevant information.  Promotional<br>material, when taken as a whole, is inadequate if it<br>does not tell the whole truth, i.e., unfavorable<br>information may not be omitted."<br>          Correct?<br>A.    Yes. | 00:00:49 | | |
| 58:17  -  59:2<br>58: 17 | Blake, Mary 2005-11-29<br>Q.    "Support by adequate clinical | 00:00:31 | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Mary Blake
Case 2:05-md-01657-EEF-DEK   Document 8643-1   Filed 11/20/06   Page 8 of 11

| Designated Testimony of Mary Blake | | | Objections | Rulings |
|---|---|---|---|---|
| | 58: 18<br>58: 19<br>58: 20<br>58: 21<br>58: 22<br>58: 23<br>58: 24<br>58: 25<br>59: 1<br>59: 2 | studies.  Promotion may not promote the product in a<br>light more favorable than shown by data obtained<br>from clinical experience."<br>    Did I read that correctly?<br>A.    Yes.<br>Q.    Did you understand that these were<br>the general principles that guided you in<br>constructing promotional materials for the product<br>Vioxx?<br>A.    Yes, I'm familiar with those. | | |
| 60:12  -  60:16 | 60: 12<br>60: 13<br>60: 14<br>60: 15<br>60: 16 | Blake, Mary 2005-11-29                                           00:00:13<br>Q.    So in terms of your understanding, if<br>a company indicates that a drug does not have side<br>effects, when there's credible scientific evidence<br>to the contrary, that would be false and misleading,<br>from your understanding? | | |
| 60:19  -  60:22 | 60: 19<br>60: 20<br>60: 21<br>60: 22 | Blake, Mary 2005-11-29                                           00:00:04<br>       THE WITNESS:  From my understanding?<br>BY MR. PLACITELLA:<br>Q.    Yes.<br>A.    Yes. | | |
| 62:17  -  62:19 | 62: 17<br>62: 18<br>62: 19 | Blake, Mary 2005-11-29                                           00:00:12<br>       One of your missions as it related to<br>the drug Vioxx was to minimize the attention given<br>to heart attack issues, correct? | | |
| 62:22  -  63:7 | 62: 22<br>62: 23<br>62: 24<br>62: 25<br>63: 1<br>63: 2<br>63: 3<br>63: 4<br>63: 5<br>63: 6<br>63: 7 | Blake, Mary 2005-11-29                                           00:00:47<br>       THE WITNESS:  One of my<br>responsibilities as the -- one of the public affairs<br>people responsible for Vioxx was once the VIGOR<br>results came out and the media reported again and<br>again on the cardiovascular findings of VIGOR was to<br>-- there was so much coverage on the cardiovascular<br>findings, to bring that essentially back into<br>balance, because that's what they reported on all<br>the time, and MRL, based on their analysis, didn't<br>believe that to be the case.  It was my job to talk<br>about that to the news media. | | |
| 63:12  -  63:18 | 63: 12<br>63: 13<br>63: 14 | Blake, Mary 2005-11-29                                            0:00:12<br>Q.    Your mission, yes or no, that you<br>were to accomplish was to minimize the attention<br>given to heart attack issues as it related to Vioxx? | | |
| 63:17  -  64:2 | 63: 17<br>63: 18<br>63: 19<br>63: 20<br>63: 21<br>63: 22<br>63: 23<br>63: 24<br>63: 25<br>64: 1<br>64: 2 | Blake, Mary 2005-11-29                                           00:00:24<br>       THE WITNESS:  I apologize, I wouldn't<br>characterize that as my mission.<br>BY MR. PLACITELLA:<br>Q.    One of your jobs was to convince the<br>world that there was no reason to believe that Vioxx<br>caused heart attacks, true?<br>A.    Based on Merck Research Labs'<br>assessment, because, you know, they're the ones who<br>know the data and understand the data.  That was my<br>job to communicate that to the news media, my<br>interactions, but it was based on their assessment. | | |
| 64:24  -  65:2 | 64: 24<br>64: 25<br>65: 1<br>65: 2 | Blake, Mary 2005-11-29                                           00:00:09<br>Q.    To convince -- it was your job to<br>tell the news media that there was no reason to<br>believe that Vioxx caused heart attacks, can we<br>agree on that? | | |
| 65:5  -  65:12 | 65: 5<br>65: 6<br>65: 7<br>65: 8 | Blake, Mary 2005-11-29                                           00:00:19<br>       THE WITNESS:  It was -- well, I mean,<br>it's important to keep in mind that the news media<br>are a highly independent body, and it was my job to<br>convey to them Merck's perspective.  Sometimes I did | | |

| | **Designated Testimony of Mary Blake** | | **Objections** | **Rulings** |
|---|---|---|---|---|
| 65: 9<br>65: 10<br>65: 11<br>65: 12 | that directly, sometimes we had people from Merck<br>Research Labs who did that, and ultimately reporters<br>put together a complete story based on our<br>perspective as well as others. And that included -- | | | |
| 65:24 - 65:24<br>65: 24 | Blake, Mary 2005-11-29<br>Q.   Can you answer that question? | 00:00:02 | | |
| 66:2 - 66:3<br>66: 2<br>66: 3 | Blake, Mary 2005-11-29<br>          THE WITNESS:  Yes.  With Merck<br>Research Labs. | 0 | | |
| 67:2 - 67:3<br>67: 2<br>67: 3 | Blake, Mary 2005-11-29<br>          MR. PLACITELLA:  Can we have this<br>marked P-2 or P-Blake-2, however you want it. | 00:00:04 | | |
| 68:2 - 68:11<br>68: 2<br>68: 3<br>68: 4<br>68: 5<br>68: 6<br>68: 7<br>68: 8<br>68: 9<br>68: 10<br>68: 11 | Blake, Mary 2005-11-29<br>          THE WITNESS:  My responsibility was<br>to interact with the news media, which throughout<br>most of 2000 was a lot of discussion about the<br>cardiovascular findings in the VIGOR trial.<br>BY MR. PLACITELLA:<br>Q.   You keep saying the news media, but<br>your whole point was to get the information that you<br>wanted out to the public, you didn't do it just so<br>the news media was going to take it home and put it<br>on a shelf, right? | 00:00:22 | | |
| 68:14 - 69:7<br>68: 14<br>68: 15<br>68: 16<br>68: 17<br>68: 18<br>68: 19<br>68: 20<br>68: 21<br>68: 22<br>68: 23<br>68: 24<br>68: 25<br>69: 1<br>69: 2<br>69: 3<br>69: 4<br>69: 5<br>69: 6<br>69: 7 | Blake, Mary 2005-11-29<br>          THE WITNESS:  As a public affairs<br>person, I mean, the news media is who I interact<br>with.  I don't interact with the general public.<br>So, I mean, that's -- that's where interactions<br>were.  Yes, they communicate to the broader public,<br>but they are the ones who have complete control over<br>what it is that they report.  It's my job to convey<br>to them Merck's perspective.<br>BY MR. PLACITELLA:<br>Q.   Right.  And that's my point.  But<br>your hope was that in communicating to the news<br>media, they would communicate your message, in turn,<br>to the public, true?<br>A.   Yes.<br>Q.   Okay. Now, I want to show you P-2.<br>This is your performance review form?<br>A.   Um-hmm.<br>Q.   Do you recognize this?<br>A.   Yes. | 00:01:04 | | |
| 69:19 - 69:22<br>69: 19<br>69: 20<br>69: 21<br>69: 22 | Blake, Mary 2005-11-29<br>Q.   Here it says that for the year 2000,<br>your accomplishments concerning the VIGOR study were<br>-- included minimizing the attention to heart attack<br>issues, correct? | 00:00:17 | | |
| 70:8 - 70:19<br>70: 8<br>70: 9<br>70: 10<br>70: 11<br>70: 12<br>70: 13<br>70: 14<br>70: 15<br>70: 16<br>70: 17<br>70: 18<br>70: 19 | Blake, Mary 2005-11-29<br>Q.   See where it says, "Accomplishments<br>include" and then underneath it, it says "VIGOR"?<br>Do you see where it says "VIGOR"?<br>A.   Yes.  I'm sorry, that was the<br>paragraph I was reading.<br>Q.   Okay.  And part of your<br>accomplishment, which meant your mission, right, was<br>to minimize the attention to heart attack issues,<br>correct?<br>A.   Well, it does include that language,<br>yes, but this is done at the end of the year, not at<br>the beginning of the year. | 00:00:25 | | |
| 70:21 - 71:6<br>70: 21 | Blake, Mary 2005-11-29<br>A.   So when -- well, when you talk about | 00:00:32 | | |

| | **Designated Testimony of Mary Blake** | | **Objections** | **Rulings** |
|---|---|---|---|---|
| 70: 22<br>70: 23<br>70: 24<br>70: 25<br>71: 1<br>71: 2<br>71: 3<br>71: 4<br>71: 5<br>71: 6 | mission, that implies that it started at the<br>beginning of the year. And this was written at the<br>end of 2000, after almost all of the media coverage<br>was around the cardiovascular findings from the<br>VIGOR trial.<br>   So it was my job to include Merck's<br>perspective in those stories based on what Merck<br>Research Labs said, bringing it from the point of<br>overemphasis. So I think where it talks about<br>balanced coverage, I mean, that was really the goal. | | | |
| 71:7  -  71:14<br>71: 7<br>71: 8<br>71: 9<br>71: 10<br>71: 11<br>71: 12<br>71: 13<br>71: 14 | Blake, Mary 2005-11-29<br>Q.   All right. Let me ask the question<br>again this way. The ultimate success in your job as<br>it related to heart attack issues and Vioxx was to<br>keep it out of the news altogether, correct?<br>A.   No, I wouldn't characterize it in<br>that way, no.<br>Q.   Okay. So one of your accomplishments --<br>A.   I'm sorry, can I finish? | 00:00:27 | | |
| 71:18  -  71:25<br>71: 18<br>71: 19<br>71: 20<br>71: 21<br>71: 22<br>71: 23<br>71: 24<br>71: 25 | Blake, Mary 2005-11-29<br>Q.   Go ahead.<br>A.   Because almost all of the media<br>coverage about Vioxx in the year 2000 was around the<br>cardiovascular findings from VIGOR. I often tried<br>to talk to reporters about the GI findings from<br>VIGOR, but really their attention was all on the<br>cardiovascular findings. So it was getting it<br>balanced. | 00:00:16 | | |
| 72:1  -  72:12<br>72: 1<br>72: 2<br>72: 3<br>72: 4<br>72: 5<br>72: 6<br>72: 7<br>72: 8<br>72: 9<br>72: 10<br>72: 11<br>72: 12 | Blake, Mary 2005-11-29<br>Q.   Okay. And every time they asked you<br>a question, your job was to tell them no, Vioxx does<br>not cause heart attacks, and we have the proof,<br>right?<br>A.   Based on Merck Research Labs'<br>assessment.<br>Q.   Correct?<br>A.   That was Merck Research Labs'<br>assessment, yes.<br>Q.   So -- and do you track, by the way,<br>for the first year the number of media impressions<br>where the Merck message got out? | 00:00:23 | | |
| 72:15  -  72:24<br>72: 15<br>72: 16<br>72: 17<br>72: 18<br>72: 19<br>72: 20<br>72: 21<br>72: 22<br>72: 23<br>72: 24 | Blake, Mary 2005-11-29<br>   THE WITNESS: It's hard to track. We<br>do sometimes try and track that type. Certainly for<br>the year 2000, for Vioxx, that would have been very<br>hard because there was so much coverage of the VIGOR<br>study.<br>BY MR. PLACITELLA:<br>Q.   You had never heard that there were<br>at least a million -- a billion media impressions<br>related to Vioxx with Merck's message in the year<br>2000? | 00:00:19 | | |
| 73:1  -  73:9<br>73: 1<br>73: 2<br>73: 3<br>73: 4<br>73: 5<br>73: 6<br>73: 7<br>73: 8<br>73: 9 | Blake, Mary 2005-11-29<br>   THE WITNESS: Well, actually, it<br>wouldn't -- most of the media coverage in 2000 was<br>around cardiovascular findings from VIGOR, if I<br>remember correctly. That's certainly what it felt<br>like.<br>BY MR. PLACITELLA:<br>Q.   A billion impressions, had you ever<br>heard that?<br>A.   I've heard that before, yes. | 00:00:14 | | |
| 74:2  -  74:5<br>74: 2 | Blake, Mary 2005-11-29<br>Q.   In fact, it was the Merck message for | 00:00:12 | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Mary Blake
Case 2:05-md-01657-EEF-DEK   Document 8645-1   Filed 11/20/06   Page 11 of 11

| Designated Testimony of Mary Blake | | Objections | Rulings |
|---|---|---|---|
| 74: 3 | the billion media impressions, whenever asked, that | | |
| 74: 4 | Vioxx does not cause heart attacks, correct? | | |
| 74: 5 | A.   That was Merck Research Labs, yes. | | |