# Exhibit B

| | **Designated Testimony of Carolyn Cannuscio** | | | **Objections** | **Rulings** |
|---|---|---|---|---|---|
| | Plaintiff = Red<br>Defendant = Blue | | | | |
| 1 | **9:9 - 9:11**<br>9: 9<br>9: 10<br>9: 11 | Cannuscio, Carolyn 2004-10-08<br>Q: Dr. Cannuscio, will you<br>state your name, please?<br>A: Carolyn Christa Cannuscio. | 00:00:05 | | |
| 2 | **13:14 - 13:23**<br>13: 14<br>13: 15<br>13: 16<br>13: 17<br>13: 18<br>13: 19<br>13: 20<br>13: 21<br>13: 22<br>13: 23 | Cannuscio, Carolyn 2004-10-08<br>Q: You're currently employed by<br>Merck?<br>A: I am.<br>Q: And what's the position you<br>hold today?<br>A: I'm a senior epidemiologist.<br>And I'm currently working only one day a<br>week as I'm -- I've actually begun a new<br>job outside of Merck, and I'm -- I'm<br>completing some of my tasks at Merck. | 00:00:24 | | |
| 3 | **14:7 - 14:16**<br>14: 7<br>14: 8<br>14: 9<br>14: 10<br>14: 11<br>14: 12<br>14: 13<br>14: 14<br>14: 15<br>14: 16 | Cannuscio, Carolyn 2004-10-08<br>Q: When did your status as a<br>full-time employee of Merck change?<br>A: Well, while I was pregnant<br>last summer, so a year ago, not just this<br>past summer, I went down to part time<br>status. And then I went on maternity<br>leave at the end of January. My baby was<br>born on January 31st. So I was then on<br>maternity leave for about seven months<br>and then returned just after Labor Day. | 00:00:31 | | |
| 4 | **14:22 - 15:11**<br>14: 22<br>14: 23<br>14: 24<br>15: 1<br>15: 2<br>15: 3<br>15: 4<br>15: 5<br>15: 6<br>15: 7<br>15: 8<br>15: 9<br>15: 10<br>15: 11 | Cannuscio, Carolyn 2004-10-08<br>Q: How many senior<br>epidemiologists were working on<br>Vioxx-related projects at that time?<br>A: How many senior<br>epidemiologists?<br>Q: Yes.<br>A: I was the -- I was the<br>primary one. And I may have been --<br>there may have been others. But I<br>didn't -- I didn't interact with any<br>other senior epidemiologists on a regular<br>basis regarding Vioxx. There may be<br>other people who handle specific tasks.<br>I'm not sure. | 00:00:30 | | |
| 5 | **60:22 - 61:2**<br>60: 22<br>60: 23<br>60: 24<br>61: 1<br>61: 2 | Cannuscio, Carolyn 2004-10-08<br>Q: As a result of the excess<br>MIs in the VIGOR study, there was a very<br>real question at Merck as to whether or<br>not it was their drug that caused the<br>deaths. Right? | 00:00:12 | | |
| 6 | **61:6 - 62:21**<br>61: 6<br>61: 7 | Cannuscio, Carolyn 2004-10-08<br>THE WITNESS: First of all,<br>I cannot remember -- I cannot | 00:01:27 | | |

| | Designated Testimony of Carolyn Cannuscio | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 61: 8 | remember if in the VIGOR study the | | | |
| | 61: 9 | outcome was deaths from MI or if | | | |
| | 61: 10 | it was nonfatal MIs. So that -- | | | |
| | 61: 11 | that part I cannot recall about | | | |
| | 61: 12 | the VIGOR study. And I can't | | | |
| | 61: 13 | remember what other elements were | | | |
| | 61: 14 | in the end point, too. | | | |
| | 61: 15 | But the question was raised | | | |
| | 61: 16 | and discussed among scientists, | | | |
| | 61: 17 | not just at Merck, but in the | | | |
| | 61: 18 | broader scientific community, too. | | | |
| | 61: 19 | The broader scientific community | | | |
| | 61: 20 | was also asking the question, is | | | |
| | 61: 21 | naproxen cardioprotective; is | | | |
| | 61: 22 | Vioxx associated with increased | | | |
| | 61: 23 | risk; is there some combination of | | | |
| | 61: 24 | those two things. And let's | | | |
| | 62: 1 | invest in trying to get to the | | | |
| | 62: 2 | bottom of this. And that was my | | | |
| | 62: 3 | job. I was -- I was hired and | | | |
| | 62: 4 | asked to devote myself to pursuing | | | |
| | 62: 5 | that question. | | | |
| | 62: 6 | BY MS. LEWIS:  : | | | |
| | 62: 7 | Q:  And at the same time you | | | |
| | 62: 8 | were pursuing that question, Vioxx was | | | |
| | 62: 9 | being promoted and sold. Correct? | | | |
| | 62: 10 | A:  Correct. | | | |
| | 62: 11 | Q:  And do you know how many | | | |
| | 62: 12 | Vioxx prescriptions, for example, had | | | |
| | 62: 13 | been filled by the end of the VIGOR | | | |
| | 62: 14 | study? | | | |
| | 62: 15 | A:  No, I have no idea. I have | | | |
| | 62: 16 | no idea. | | | |
| | 62: 17 | Q:  You don't know how many | | | |
| | 62: 18 | additional prescriptions were filled | | | |
| | 62: 19 | after those results but before it was | | | |
| | 62: 20 | taken off the market, do you? | | | |
| | 62: 21 | A:  No. I have no idea. | | | |
| 7 | 67:1 - 67:2 | Cannuscio, Carolyn 2004-10-08 | 00:00:03 | | |
| | 67: 1 | THE WITNESS:  I saw it as an | | | |
| | 67: 2 | open question. | | | |
| 8 | 76:23 - 77:15 | Cannuscio, Carolyn 2004-10-08 | 00:00:13 | | |
| | 76: 23 | Q:  Are you familiar with the | | | |
| | 76: 24 | Kaiser Permanente August 25, 2004 study? | | | |
| | 77: 1 | A:  I saw press reports of the | | | |
| | 77: 2 | Graham study I think you're referring to. | | | |
| | 77: 3 | Q:  Yes. | | | |
| | 77: 4 | A:  But I don't -- I don't know | | | |
| | 77: 5 | about it in detail. Again, I was still | | | |
| | 77: 6 | on maternity leave when that study was -- | | | |
| | 77: 7 | was presented. And I didn't attend the | | | |
| | 77: 8 | scientific meeting where it was | | | |
| | 77: 9 | presented. | | | |
| | 77: 10 | Q:  Generally speaking, you know | | | |
| | 77: 11 | it to be a large nested, case control | | | |
| | 77: 12 | study? | | | |
| | 77: 13 | A:  I don't know any of the | | | |

| | | **Designated Testimony of Carolyn Cannuscio** | | **Objections** | **Rulings** |
|---|---|---|---|---|---|
| | 77: 14 | details about the study. I just know | | | |
| | 77: 15 | that it received press attention. | | | |
| 10 | **77:16  -  77:19** | Cannuscio, Carolyn 2004-10-08 | 00:00:08 | | |
| | 77: 16 | Q: Do you know that it showed a | | | |
| | 77: 17 | three times increase in the -- the rate | | | |
| | 77: 18 | of an acute cardiac event for people on | | | |
| | 77: 19 | 50 milligrams of Vioxx? | | | |
| 11 | **77:24  -  79:13** | Cannuscio, Carolyn 2004-10-08 | 00:01:54 | | |
| | 77: 24 | THE WITNESS: I -- I don't | | | |
| | 78: 1 | know about the exact results of | | | |
| | 78: 2 | the Graham study, and I'm not | | | |
| | 78: 3 | familiar with the design of the | | | |
| | 78: 4 | study or the population in which | | | |
| | 78: 5 | it was done. | | | |
| | 78: 6 | BY MS. LEWIS:   : | | | |
| | 78: 7 | Q: Given your involvement with | | | |
| | 78: 8 | Vioxx and your continued role as a senior | | | |
| | 78: 9 | epidemiologist, you didn't review even | | | |
| | 78: 10 | the newspaper information about the | | | |
| | 78: 11 | Kaiser Permanente study? | | | |
| | 78: 12 | A: I -- I briefly read reports | | | |
| | 78: 13 | of it. But remember, I was on maternity | | | |
| | 78: 14 | leave when it came out, and I was also | | | |
| | 78: 15 | preparing to begin a new job, which I | | | |
| | 78: 16 | have begun. And I am taking care of my | | | |
| | 78: 17 | child, so I was not the person | | | |
| | 78: 18 | responsible for following that. In my | | | |
| | 78: 19 | absence, Dr. Watson was taking care of my | | | |
| | 78: 20 | responsibilities in the epidemiology | | | |
| | 78: 21 | department. And my responsibilities at | | | |
| | 78: 22 | home in August were -- weren't about | | | |
| | 78: 23 | epidemiology. They were about being a | | | |
| | 78: 24 | mother. | | | |
| | 79: 1 | Q: I understand. Do you | | | |
| | 79: 2 | understand that the authors in that study | | | |
| | 79: 3 | concluded that Vioxx increased the risk | | | |
| | 79: 4 | of acute myocardial infarction and sudden | | | |
| | 79: 5 | cardiac death at doses greater than | | | |
| | 79: 6 | 25 milligrams? | | | |
| | 79: 7 | A: I -- I didn't know about the | | | |
| | 79: 8 | dose-specific findings from that study. | | | |
| | 79: 9 | I -- I am not familiar with the specific | | | |
| | 79: 10 | data or results from that study. I am | | | |
| | 79: 11 | just aware of the press reports that | | | |
| | 79: 12 | there was an observation of increase in | | | |
| | 79: 13 | relative risk. | | | |
| 12 | **83:20  -  84:3** | Cannuscio, Carolyn 2004-10-08 | 00:00:23 | | |
| | 83: 20 | Q: You knew at every juncture | | | |
| | 83: 21 | that if Vioxx was causing heart attacks, | | | |
| | 83: 22 | the more people that took it, the more | | | |
| | 83: 23 | heart attacks you'd see. Right? | | | |
| | 83: 24 | A: If -- if it were known to be | | | |
| | 84: 1 | causal, it would follow that -- that | | | |
| | 84: 2 | there would be elevated risk in -- in | | | |
| | 84: 3 | people who were taking it. | | | |

|    | **Designated Testimony of Carolyn Cannuscio** | | | **Objections** | **Rulings** |
|----|------------|---------------------------------|----------|---|---|
| 13 | **87:9 - 87:13** | Cannuscio, Carolyn 2004-10-08 | 00:00:11 | | |
|    | 87: 9  | Q: Given the studies you've | | | |
|    | 87: 10 | seen over your four years at Merck, | | | |
|    | 87: 11 | you'll agree that some of the estimated | | | |
|    | 87: 12 | 20 million persons who took Vioxx have | | | |
|    | 87: 13 | suffered heart attacks as a result? | | | |
| 14 | **87:17 - 87:21** | Cannuscio, Carolyn 2004-10-08 | 00:00:07 | | |
|    | 87: 17 | THE WITNESS: Today, using | | | |
|    | 87: 18 | the data available to us now. | | | |
|    | 87: 19 | BY MS. LEWIS: : | | | |
|    | 87: 20 | Q: Yes. | | | |
|    | 87: 21 | A: That's probably true. | | | |
| 15 | **102:13 - 102:20** | Cannuscio, Carolyn 2004-10-08 | 00:00:13 | | |
|    | 102: 13 | Q: You know that in May of | | | |
|    | 102: 14 | 2004, Circulation published a study by | | | |
|    | 102: 15 | Dr. Daniel Solomon, Dr. Jerry Avorn and | | | |
|    | 102: 16 | others. | | | |
|    | 102: 17 | A: I do. | | | |
|    | 102: 18 | Q: And that was about four | | | |
|    | 102: 19 | months prior to the recall of Vioxx. | | | |
|    | 102: 20 | Correct? | | | |
| 16 | **102:24 - 103:15** | Cannuscio, Carolyn 2004-10-08 | 00:00:27 | | |
|    | 102: 24 | THE WITNESS: Right, about | | | |
|    | 103: 1 | four months prior to the recall. | | | |
|    | 103: 2 | BY MS. LEWIS: : | | | |
|    | 103: 3 | Q: Do you have any idea of the | | | |
|    | 103: 4 | number of people that took Vioxx between | | | |
|    | 103: 5 | May 2004 and September 30th? | | | |
|    | 103: 6 | A: I -- again, I'm not familiar | | | |
|    | 103: 7 | with prescription data, so no, I don't | | | |
|    | 103: 8 | know the numbers. | | | |
|    | 103: 9 | Q: At least initially you were | | | |
|    | 103: 10 | identified as an author on that study. | | | |
|    | 103: 11 | Right? | | | |
|    | 103: 12 | A: Correct. | | | |
|    | 103: 13 | Q: And Merck's senior | | | |
|    | 103: 14 | management made a decision to remove you | | | |
|    | 103: 15 | as an author of that study. Right? | | | |
| 17 | **103:19 - 104:5** | Cannuscio, Carolyn 2004-10-08 | 00:00:22 | | |
|    | 103: 19 | THE WITNESS: I -- I | | | |
|    | 103: 20 | understand that my supervisor, | | | |
|    | 103: 21 | Dr. Santanello, made a decision | | | |
|    | 103: 22 | that it would be appropriate for | | | |
|    | 103: 23 | me to be removed as an author. | | | |
|    | 103: 24 | BY MS. LEWIS: : | | | |
|    | 104: 1 | Q: Is she Merck senior | | | |
|    | 104: 2 | management? | | | |
|    | 104: 3 | A: I don't know what -- who's | | | |
|    | 104: 4 | included in the formal definition of the | | | |
|    | 104: 5 | term. She's senior to me, certainly. | | | |
| 18 | **108:3 - 109:12** | Cannuscio, Carolyn 2004-10-08 | 00:01:29 | | |
|    | 108: 3 | Q: As of the time you went on | | | |
|    | 108: 4 | maternity leave, you were to be named as | | | |

| | **Designated Testimony of Carolyn Cannuscio** | | **Objections** | **Rulings** |
|---|---|---|---|---|
| | 108: 5 | an author on the paper? | | |
| | 108: 6 | A:  The discussion had come up | | |
| | 108: 7 | before that at various points of whether | | |
| | 108: 8 | or not I should be included as a | | |
| | 108: 9 | co-author. But I believe that when I | | |
| | 108: 10 | went out on maternity leave -- when I | | |
| | 108: 11 | went out on maternity leave, I don't | | |
| | 108: 12 | think I was thinking about whether or not | | |
| | 108: 13 | I was going to be an author on the paper. | | |
| | 108: 14 | But I -- but if someone had asked me, I | | |
| | 108: 15 | would have probably thought that I would | | |
| | 108: 16 | have been an author on the paper at that | | |
| | 108: 17 | time. | | |
| | 108: 18 | Q:  You had done a lot of work? | | |
| | 108: 19 | A:  I had done a lot of work. I | | |
| | 108: 20 | had really done a lot of work, yes. | | |
| | 108: 21 | Q:  Was your name on the | | |
| | 108: 22 | abstract that went to the FDA? | | |
| | 108: 23 | A:  I don't know if the author's | | |
| | 108: 24 | names were included on the abstract that | | |
| | 109: 1 | went to the FDA, but it was included in | | |
| | 109: 2 | the abstract that was presented at the | | |
| | 109: 3 | American College of Rheumatology meeting. | | |
| | 109: 4 | Q:  And was there a poster | | |
| | 109: 5 | involved in that as well? | | |
| | 109: 6 | A:  I'm sure there -- well, it | | |
| | 109: 7 | might have been a presentation, actually, | | |
| | 109: 8 | rather than a poster. | | |
| | 109: 9 | Q:  And your name was included | | |
| | 109: 10 | in that? | | |
| | 109: 11 | A:  I -- I would assume so. I | | |
| | 109: 12 | would hope so. But I don't -- | | |
| | **109:15  -  109:24** | | | |
| | 109: 15 | THE WITNESS:  Yeah. I | | |
| | 109: 16 | haven't seen the front page of | | |
| | 109: 17 | that. But my name was definitely | | |
| | 109: 18 | on the abstract. But -- and | | |
| | 109: 19 | that's usually what people use as | | |
| | 109: 20 | the reference for these meetings. | | |
| | 109: 21 | BY MS. LEWIS:  : | | |
| | 109: 22 | Q:  Is it fair to say the | | |
| | 109: 23 | decision to remove you as an author was | | |
| | 109: 24 | over your objection? | | |
| 19 | **110:4  -  110:16** | Cannuscio, Carolyn 2004-10-08 | 00:00:29 | |
| | 110: 4 | THE WITNESS:  I -- I was | | |
| | 110: 5 | disappointed in the decision and | | |
| | 110: 6 | had hoped to be included as an | | |
| | 110: 7 | author on the paper. | | |
| | 110: 8 | BY MS. LEWIS:  : | | |
| | 110: 9 | Q:  What were the reasons given | | |
| | 110: 10 | to you for removing your name as an | | |
| | 110: 11 | author on the paper? | | |
| | 110: 12 | A:  It was my understanding that | | |
| | 110: 13 | the paper didn't adequately discuss the | | |
| | 110: 14 | limitations of the data, for instance. | | |
| | 110: 15 | Q:  That was the position of | | |
| | 110: 16 | Drs. Watson, Guess and Ms. Lahner? | | |

| | | **Designated Testimony of Carolyn Cannuscio** | | **Objections** | **Rulings** |
|---|---|---|---|---|---|
| 20 | **110:20 - 111:10** | Cannuscio, Carolyn 2004-10-08 | 00:00:39 | | |
| | 110: 20 | THE WITNESS:  I can't speak | | | |
| | 110: 21 | for all of them, but -- but | | | |
| | 110: 22 | Dr. Santanello held the view and I | | | |
| | 110: 23 | think still holds the view that | | | |
| | 110: 24 | the paper didn't adequate -- | | | |
| | 111: 1 | adequately discuss or address the | | | |
| | 111: 2 | limitations of this study. | | | |
| | 111: 3 | BY MS. LEWIS:  : | | | |
| | 111: 4 | Q:  The final version of that | | | |
| | 111: 5 | article that doesn't have your name | | | |
| | 111: 6 | anywhere, it implies that there's no | | | |
| | 111: 7 | contribution from any Merck employee in | | | |
| | 111: 8 | study design, statistical analysis or | | | |
| | 111: 9 | preparation of the manuscript, doesn't | | | |
| | 111: 10 | it? | | | |
| 21 | **111:14 - 112:12** | Cannuscio, Carolyn 2004-10-08 | 00:00:46 | | |
| | 111: 14 | THE WITNESS:  Well, | | | |
| | 111: 15 | ironically, my name is actually in | | | |
| | 111: 16 | the manuscript in -- in a | | | |
| | 111: 17 | footnote. So it actually is on | | | |
| | 111: 18 | the manuscript. So there is -- | | | |
| | 111: 19 | there is a mention in there that a | | | |
| | 111: 20 | Merck epidemiologist was involved. | | | |
| | 111: 21 | I don't know if it says that I'm | | | |
| | 111: 22 | an epidemiologist, but it does say | | | |
| | 111: 23 | in a footnote Dr. Cannuscio, an | | | |
| | 111: 24 | employee of Merck. | | | |
| | 112: 1 | BY MS. LEWIS:  : | | | |
| | 112: 2 | Q:  Did that footnote remain in | | | |
| | 112: 3 | the published article? | | | |
| | 112: 4 | A:  It did. | | | |
| | 112: 5 | Q:  Have you seen the published | | | |
| | 112: 6 | article? | | | |
| | 112: 7 | A:  I've seen photocopies of the | | | |
| | 112: 8 | published article. | | | |
| | 112: 9 | Q:  Who told you that the | | | |
| | 112: 10 | footnote with your name in it remained on | | | |
| | 112: 11 | the final published article in | | | |
| | 112: 12 | Circulation? | | | |
| 22 | **112:18 - 112:24** | Cannuscio, Carolyn 2004-10-08 | 00:00:13 | | |
| | 112: 18 | THE WITNESS:  So I haven't | | | |
| | 112: 19 | picked up the edition of | | | |
| | 112: 20 | Circulation, but I've -- I've had | | | |
| | 112: 21 | either printed PDF files or | | | |
| | 112: 22 | photocopies. And in the versions | | | |
| | 112: 23 | I've seen, at least, my name is in | | | |
| | 112: 24 | a footnote. | | | |
| 23 | **113:15 - 114:15** | Cannuscio, Carolyn 2004-10-08 | 00:00:55 | | |
| | 113: 15 | Q:  Will you confirm with me in | | | |
| | 113: 16 | Exhibit 8 that your name is not in the | | | |
| | 113: 17 | footnote? | | | |
| | 113: 18 | A:  This sentence that says, | | | |
| | 113: 19 | 'Other than Dr. Cannuscio, an employee of | | | |
| | 113: 20 | Merck, no authors have direct personal | | | |

|  |  | **Designated Testimony of Carolyn Cannuscio** |  | **Objections** | **Rulings** |
|---|---|---|---|---|---|
|  | 113: 21 | financial relationship with any |  |  |  |
|  | 113: 22 | pharmaceutical company.' And that's on |  |  |  |
|  | 113: 23 | the version in Exhibit 7 where I'm not |  |  |  |
|  | 113: 24 | listed as an author. So it refers to me |  |  |  |
|  | 114: 1 | as an author although I'm not listed as |  |  |  |
|  | 114: 2 | an author. And then in this copy that |  |  |  |
|  | 114: 3 | you've given me, which you said you |  |  |  |
|  | 114: 4 | downloaded -- |  |  |  |
|  | 114: 5 | Q: I downloaded Exhibit 7. |  |  |  |
|  | 114: 6 | A: And then this one you -- |  |  |  |
|  | 114: 7 | Q: Is the published copy. |  |  |  |
|  | 114: 8 | A: From the journal itself? |  |  |  |
|  | 114: 9 | Q: Yes. |  |  |  |
|  | 114: 10 | A: Okay. So in that version, |  |  |  |
|  | 114: 11 | the sentence that I just read is no |  |  |  |
|  | 114: 12 | longer there. But I wasn't aware that |  |  |  |
|  | 114: 13 | that's the way it looks in the magazine, |  |  |  |
|  | 114: 14 | the journal itself. I've only seen this |  |  |  |
|  | 114: 15 | version prior to right now. |  |  |  |
| 24 | **115:6  -  115:12** | Cannuscio, Carolyn 2004-10-08 | 00:00:26 |  |  |
|  | 115: 6 | Q: The statement in the final |  |  |  |
|  | 115: 7 | published article that says, 'No authors |  |  |  |
|  | 115: 8 | have direct personal financial |  |  |  |
|  | 115: 9 | relationships with any pharmaceutical |  |  |  |
|  | 115: 10 | company' is somewhat misleading, given |  |  |  |
|  | 115: 11 | your role in this work and drafting this |  |  |  |
|  | 115: 12 | article, isn't it? |  |  |  |
| 25 | **116:3  -  116:11** | Cannuscio, Carolyn 2004-10-08 | 00:00:20 |  |  |
|  | 116: 3 | Q: It's certainly true that at |  |  |  |
|  | 116: 4 | the time you did your work on the Solomon |  |  |  |
|  | 116: 5 | study and worked on authoring the Solomon |  |  |  |
|  | 116: 6 | paper, you had a financial relationship |  |  |  |
|  | 116: 7 | with Merck? |  |  |  |
|  | 116: 8 | A: Right. I was an employee of |  |  |  |
|  | 116: 9 | Merck while I was working with Dr. |  |  |  |
|  | 116: 10 | Solomon -- while I was working with him |  |  |  |
|  | 116: 11 | in -- in doing the study. |  |  |  |
| 26 | **124:21  -  124:24** | Cannuscio, Carolyn 2004-10-08 | 00:00:07 |  |  |
|  | 124: 21 | Q: And did you participate |  |  |  |
|  | 124: 22 | actively in the study design of the |  |  |  |
|  | 124: 23 | Solomon studies? |  |  |  |
|  | 124: 24 | A: I did. I did. Absolutely. |  |  |  |
| 27 | **125:13  -  126:8** | Cannuscio, Carolyn 2004-10-08 | 00:00:50 |  |  |
|  | 125: 13 | Q: And you did statistical |  |  |  |
|  | 125: 14 | analysis and you interpreted data, didn't |  |  |  |
|  | 125: 15 | you? |  |  |  |
|  | 125: 16 | A: I assisted with -- I |  |  |  |
|  | 125: 17 | assisted with the study design, the data |  |  |  |
|  | 125: 18 | analysis, interpretation and reviews of |  |  |  |
|  | 125: 19 | the manuscript. I -- I participated in |  |  |  |
|  | 125: 20 | all of those things. There's no question |  |  |  |
|  | 125: 21 | whatsoever about whether or not I |  |  |  |
|  | 125: 22 | participated in those things. |  |  |  |
|  | 125: 23 | Q: There's an acknowledgment on |  |  |  |
|  | 125: 24 | the last page of Exhibit 8 that says, 'We |  |  |  |

| | | **Designated Testimony of Carolyn Cannuscio** | **Objections** | **Rulings** |
|---|---|---|---|---|
| | 126: 1 | want to thank an epidemiologist who | | |
| | 126: 2 | participated actively in the study | | |
| | 126: 3 | design, statistical analysis and | | |
| | 126: 4 | interpretation of the data, and | | |
| | 126: 5 | preparation of the manuscript.' | | |
| | 126: 6 | Are you that epidemiologist? | | |
| | 126: 7 | A:  I would say you're welcome. | | |
| | 126: 8 | That's -- I think that's probably me. | | |
| 28 | **131:15  -  132:5** | Cannuscio, Carolyn 2004-10-08 | 0:00:38 | |
| | 131: 15 | Q:  Were you the sole Merck | | |
| | 131: 16 | epidemiologist involved in the Solomon | | |
| | 131: 17 | study? | | |
| | 131: 18 | A:  No; but I was the main | | |
| | 131: 19 | epidemiologist involved in the study. | | |
| | 131: 20 | Q:  I take it Drs. Santanello, | | |
| | 131: 21 | Guess and Watson would have in some way | | |
| | 131: 22 | helped you design the study? | | |
| | 131: 23 | A:  I consulted them. | | |
| | 131: 24 | Q:  And that study showed an | | |
| | 132: 1 | increase of heart attack among Vioxx | | |
| | 132: 2 | users. Correct? | | |
| | 132: 3 | A:  The relative risks for some | | |
| | 132: 4 | of the comparisons were greater than | | |
| | 132: 5 | 1.00. | | |