# Exhibit D

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8645-4   Filed 11/20/06   Page 2 of 8
Plaintiff's and Defendant's Designations of Laura Demopoulos

| Designated Testimony of Laura Demopoulos | Objections | Rulings |
|---|---|---|

**Plaintiff = Red**
**Defendant = Blue**

**15:18  -  15:23**
| | | |
|---|---|---|
| 15: 18 | Q. | You are Dr. Laura Demopoulos? |
| 15: 19 | A. | Yes. |
| 15: 20 | Q. | And at one point in time you were the |
| 15: 21 | | senior director of cardiovascular clinical research |
| 15: 22 | | at Merck; is that true? |
| 15: 23 | A. | Yes. |

**16:10  -  16:20**
| | | |
|---|---|---|
| 16: 10 | Q. | How long did you work for Merck all |
| 16: 11 | | together? |
| 16: 12 | A. | Six years. |
| 16: 13 | Q. | From when to when? |
| 16: 14 | A. | I started in August of 1996 and left |
| 16: 15 | | in March of 2003. |
| 16: 16 | Q. | And Dr. Demopoulos, where do you work |
| 16: 17 | | now? |
| 16: 18 | A. | University of Pennsylvania. |
| 16: 19 | Q. | And what do you do there? |
| 16: 20 | A. | I'm a clinical cardiologist. |

**1    26:20  -  27:7**    Demopoulos, Laura 2006-02-13                00:00:41
| | |
|---|---|
| 26: 20 | Q: Now, ma'am, then let's look at Vioxx |
| 26: 21 | as a drug. |
| 26: 22 | You know what the word |
| 26: 23 | 'prothrombotic' means, don't you? |
| 26: 24 | A: Yes. |
| 26: 25 | Q: Prothrombotic means something might |
| 27: 1 | cause a clot in the body, right? |
| 27: 2 | A: Correct. |
| 27: 3 | Q: And you knew at Merck that one of the |
| 27: 4 | reasons, at least the VIGOR study showed an increase |
| 27: 5 | in heart attack risks with Vioxx, you knew one of |
| 27: 6 | the possible explanations was Vioxx was causing |
| 27: 7 | clots, right? |

**2    27:10  -  27:25**    Demopoulos, Laura 2006-02-13                00:00:37
| | |
|---|---|
| 27: 10 | THE WITNESS: That was one of several |
| 27: 11 | possible explanations. |
| 27: 12 | BY MR. LANIER: |
| 27: 13 | Q: And it was a possible explanation |
| 27: 14 | that you knew about consciously in your mind as a |
| 27: 15 | possibility back when you were the senior director |
| 27: 16 | of heart research at Merck, right? |
| 27: 17 | A: I and others within Merck stated that |
| 27: 18 | as a possibility. |
| 27: 19 | Q: Right. Because it wasn't just you, |
| 27: 20 | everybody at Merck knew that one of the |
| 27: 21 | possibilities for why the VIGOR study showed what it |
| 27: 22 | showed is your Vioxx was causing the clotting, |
| 27: 23 | right? |
| 27: 24 | A: We enumerated that among the |
| 27: 25 | possibilities. |

**28:1  -  28:4**
| | | |
|---|---|---|
| 28: 1 | Q. | But that's not the possibility you |
| 28: 2 | | went out and told the public, is it? |
| 28: 3 | A. | It was among the explanations that we |
| 28: 4 | | gave, yes. |

**3    28:21  -  29:1**    Demopoulos, Laura 2006-02-13                00:00:11
| | |
|---|---|
| 28: 21 | Q: But you dealt with the public affairs |
| 28: 22 | people, didn't you? |
| 28: 23 | A: I did. |
| 28: 24 | Q: And you put out a video news release, |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8645-4   Filed 11/20/06   Page 3 of 8
Plaintiffs and Defendant's Designations of Laura Demopoulos

| Designated Testimony of Laura Demopoulos | | | Objections | Rulings |
|---|---|---|---|---|
| | 28: 25 | or you were a part of it at least, right? | | |
| | 29: 1 | A: Yes. | | |
| | **29:2 - 29:5** | | | |
| | 29: 2 | Q.    And you understand that video news | | |
| | 29: 3 | release was being used by the marketing people, | | |
| | 29: 4 | don't you? | | |
| | 29: 5 | A.    I have no idea who it was used by. | | |
| 4 | **29:20 - 30:11** | Demopoulos, Laura 2006-02-13                        00:01:05 | | |
| | 29: 20 | Q: When you did your taping, what was | | |
| | 29: 21 | involved in the taping? | | |
| | 29: 22 | A: I responded to some questions that | | |
| | 29: 23 | related to an article which had been published by | | |
| | 29: 24 | Eric Topol, and the questions and my answers were | | |
| | 29: 25 | made in response to that article. | | |
| | 30: 1 | Q: And to put this into a year frame, do | | |
| | 30: 2 | you remember when that article was? | | |
| | 30: 3 | A:  It was August of 2002, I believe. | | |
| | 30: 4 | Q:  Two years before Merck pulled the | | |
| | 30: 5 | drug, right? | | |
| | 30: 6 | A:  Yes. | | |
| | 30: 7 | Q:  And in August of 2002, the article | | |
| | 30: 8 | came out. How soon after that did you do your | | |
| | 30: 9 | videotaping for the company? | | |
| | 30: 10 | A:  I don't recall exactly, but I suspect | | |
| | 30: 11 | it was within several weeks. | | |
| 5 | **31:12 - 31:18** | Demopoulos, Laura 2006-02-13                        00:00:28 | | |
| | 31: 12 | Q:  Do you recall when they came in | | |
| | 31: 13 | whether or not they would get you to, in essence, | | |
| | 31: 14 | practice, practice, practice, say the same thing | | |
| | 31: 15 | over and over and over, get it just right? | | |
| | 31: 16 | A:  My recollection is that we did | | |
| | 31: 17 | several takes, if you'd call it that, if that's the | | |
| | 31: 18 | right term, of similar questions. | | |
| 6 | **34:21 - 35:1** | Demopoulos, Laura 2006-02-13                        00:00:09 | | |
| | 34: 21 | MR. LANIER:  Okay. | | |
| | 34: 22 | Would you please -- we've got this, | | |
| | 34: 23 | all the outtakes from this, and I want to play some | | |
| | 34: 24 | of them with you and see if this refreshes your | | |
| | 34: 25 | memory a little bit about what went on. | | |
| | 35: 1 | A:  Okay. | | |
| 7 | **87:14 - 88:1** | Demopoulos, Laura 2006-02-13                        00:00:35 | | |
| | 87: 14 | FEMALE SPEAKER 2:  Now, ideally what | | |
| | 87: 15 | we need from you as kind of a company person out | | |
| | 87: 16 | there is, you know, Merck stands behind the safety | | |
| | 87: 17 | profile, or whatever you feel comfortable saying, | | |
| | 87: 18 | and then give your reasons for why. I think you | | |
| | 87: 19 | gave different reasons or reasons we didn't even | | |
| | 87: 20 | have in here, and that is, you know, the product's | | |
| | 87: 21 | been in millions of people, we've studied it | | |
| | 87: 22 | routinely, we continue monitoring it, you know, | | |
| | 87: 23 | we've reported -- we've reported things and look at | | |
| | 87: 24 | reports coming from physicians. So, whatever makes | | |
| | 87: 25 | you comfortable in saying that Merck stands behind | | |
| | 88: 1 | the safety. | | |
| 8 | **88:23 - 89:11** | Demopoulos, Laura 2006-02-13                        00:00:47 | | |
| | 88: 23 | 'DR. DEMOPOULOS:  Do you think it's | | |
| | 88: 24 | useful to -- I mean, I think, you know, in fairness | | |
| | 88: 25 | and in our own standby statement and, you know, the | | |
| | 89: 1 | PIRs and our own publications, we say that one | | |
| | 89: 2 | possible explanation for the VIGOR results is the | | |
| | 89: 3 | prothrombotic effect of Vioxx. We say it ourselves. | | |
| | 89: 4 | I mean, we've said it in lots of different places. | | |
| | 89: 5 | And it's in there and they raised that. And there | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs' and Defendant's Designations of Laura Demopoulos
Case 2:05-md-01657-EEF-DEK   Document 8645-4   Filed 11/20/06   Page 4 of 8

| Designated Testimony of Laura Demopoulos | | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 89: 6 | | isn't a single person in the company who's going to | | |
| | 89: 7 | | say that that's not a possible explanation. So, you | | |
| | 89: 8 | | know, to say that, you know, to make the answer an | | |
| | 89: 9 | | absolute and say we stand behind the safety, it's | | |
| | 89: 10 | | unassailable, is, you know, probably too much of a | | |
| | 89: 11 | | generalization at least. | | |
| 9 | 104:3 - | 105:20 | Demopoulos, Laura 2006-02-13                    00:02:04 | | |
| | 104: 3 | | Q: Ma'am, what you told that person is, | | |
| | 104: 4 | | 'Do you think it's useful' -- I mean, you started | | |
| | 104: 5 | | out asking them if they thought it would be useful, | | |
| | 104: 6 | | right? | | |
| | 104: 7 | | A: I did, yes. | | |
| | 104: 8 | | Q: And then you changed it and you said, | | |
| | 104: 9 | | 'I mean, to think, you know, in fairness' -- that | | |
| | 104: 10 | | was your word, 'in fairness,' wasn't it? | | |
| | 104: 11 | | A: Correct. | | |
| | 104: 12 | | Q: 'And in our own standby statement, | | |
| | 104: 13 | | you know, the PIRs and our own publications, we say | | |
| | 104: 14 | | that one possible explanation for the VIGOR results | | |
| | 104: 15 | | is a prothrombotic effect of Vioxx.' | | |
| | 104: 16 | | You said that, didn't you? | | |
| | 104: 17 | | A: Correct. | | |
| | 104: 18 | | Q: You say, 'We say it ourselves. I | | |
| | 104: 19 | | mean, we've said it in lots of different places. | | |
| | 104: 20 | | And it's in there. And they raised that.' | | |
| | 104: 21 | | You said that, didn't you? | | |
| | 104: 22 | | A: I did. | | |
| | 104: 23 | | Q: You said, 'And there isn't a single | | |
| | 104: 24 | | person in the company who's going to say that that's | | |
| | 104: 25 | | not a possible explanation.' | | |
| | 105: 1 | | That's what you said, right? | | |
| | 105: 2 | | A: Yes. Merck said that many times. | | |
| | 105: 3 | | Q: Now, ma'am, if you'll look at the way | | |
| | 105: 4 | | you've ended this, because it kind of frames her | | |
| | 105: 5 | | first request of does the company stand by, you | | |
| | 105: 6 | | said, 'So, you know, to say that, you know, to make | | |
| | 105: 7 | | the answer an absolute and say we stand behind the | | |
| | 105: 8 | | safety, it's unassailable, is, you know, probably | | |
| | 105: 9 | | too much of a generalization at least.' | | |
| | 105: 10 | | That's what you said, isn't it? | | |
| | 105: 11 | | A: Yes. | | |
| | 105: 12 | | Q: Because it is too much of a | | |
| | 105: 13 | | generalization to say Merck stood behind the safety | | |
| | 105: 14 | | of Vioxx when it came to heart attacks, right? | | |
| | 105: 15 | | A: No. | | |
| | 105: 16 | | Q: So, when you say that it -- to make | | |
| | 105: 17 | | an answer and say, 'We stand behind the safety is | | |
| | 105: 18 | | probably too much of a generalization,' were you | | |
| | 105: 19 | | telling the truth? | | |
| | 105: 20 | | A: Yes. | | |
| 10 | 116:24 - | 117:21 | Demopoulos, Laura 2006-02-13                    00:01:05 | | |
| | 116: 24 | | Q: All right. | | |
| | 116: 25 | | So, make sure -- I don't understand | | |
| | 117: 1 | | how I'm missing it, so, I just want to make sure | | |
| | 117: 2 | | I've got this right. | | |
| | 117: 3 | | You do agree that every -- that one | | |
| | 117: 4 | | possible explanation for the VIGOR result is a | | |
| | 117: 5 | | prothrombotic effect of Vioxx, right? | | |
| | 117: 6 | | A: Yes. That's a possible explanation. | | |
| | 117: 7 | | Q: And you do agree, quote, there isn't | | |
| | 117: 8 | | a single person in the company who's going to say | | |
| | 117: 9 | | that's not a possible explanation, right? | | |
| | 117: 10 | | A: A possible explanation. | | |
| | 117: 11 | | Q: And you do agree that Merck ought to | | |
| | 117: 12 | | tell customers the truth about its drugs, right? | | |
| | 117: 13 | | A: The truth, yes. | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8645-4   Filed 11/20/06   Page 5 of 8
Plaintiffs and Defendant's Designations of Laura Demopoulos

| Designated Testimony of Laura Demopoulos | | | Objections | Rulings |
|---|---|---|---|---|
| 117: 14 | | Q: And you do agree that if Merck thinks | | |
| 117: 15 | | Vioxx possibly causes heart attacks, that Merck | | |
| 117: 16 | | ought to at least say we think that's possible, | | |
| 117: 17 | | true? | | |
| 117: 18 | | A: No, not necessarily. I think there | | |
| 117: 19 | | are many instances where it may or may not be | | |
| 117: 20 | | appropriate or prudent to raise questions that one | | |
| 117: 21 | | might have. | | |
| **117:22 - 118:2** | | | **[117:22-118:6]** | **Barnett:** Sustained |
| 117: 22 | | Q. So, your view is if Merck believes if | **Deft's Obj.:** Argumentative | -403 |
| 117: 23 | | every one, every single person in the company | sarcastic, misleading and | **Smith:** Not designated. |
| 117: 24 | | believes it's possible that the VIGOR study's | prejudicial, foundation | |
| 117: 25 | | results show Vioxx causes heart attacks, you think | | |
| 118: 1 | | Merck ought to keep that quiet and not tell people? | | |
| 118: 2 | | A. Well, first let's -- | | |
| **118:5 - 118:6** | | | | |
| 118: 5 | | Q. Is that what I'm hearing? | | |
| 118: 6 | | A. No. | | |
| **118:7 - 118:18** | | | | |
| 118: 7 | | Q. All right. | | |
| 118: 8 | | A. First let's go back and recall that | | |
| 118: 9 | | that's not what happened. This issue had been | | |
| 118: 10 | | discussed exhaustively in a number of public venues. | | |
| 118: 11 | | Q. Name one. | | |
| 118: 12 | | A. Both with the FDA, at the Advisory | | |
| 118: 13 | | Committee, and at scientific meetings, in | | |
| 118: 14 | | publications. This was no secret. | | |
| 118: 15 | | Q. Name one. | | |
| 118: 16 | | A. This was -- the FDA Advisory | | |
| 118: 17 | | Committee meeting, my letter to JAMA, the VIGOR | | |
| 118: 18 | | manuscript. This was all over the place. | | |
| 11 | **452:6 - 452:20** | Demopoulos, Laura 2006-05-25    00:00:38 | **Pltf Obj:** R. 401, R. 402. | **Barnett:** Not designated |
| | 452: 6 | I understand that you're a | Irrelevant. Asked & | **Smith:** Overruled. |
| | 452: 7 | cardiologist? | answered above at 16:10 | |
| | 452: 8 | A. Yes. | when witness states she | |
| | 452: 9 | Q. That's a heart doctor? | is a clinical cardiologist. | |
| | 452: 10 | A. That is. | | |
| | 452: 11 | Q. Okay. | | |
| | 452: 12 | Can you tell us a little bit about | | |
| | 452: 13 | your education? Where did you go to college, | | |
| | 452: 14 | medical school? | | |
| | 452: 15 | A. I went to college at MIT and | | |
| | 452: 16 | subsequently went to medical school at New York | | |
| | 452: 17 | University. I did an internship, residency and year | | |
| | 452: 18 | as chief resident in internal medicine also at New | | |
| | 452: 19 | York University, and then I completed a cardiology | | |
| | 452: 20 | fellowship also at New York University. | | |
| 12 | **453:25 - 454:17** | Demopoulos, Laura 2006-05-25    00:00:56 | **Re: 453:25-454:9** | **Barnett:** Not designated |
| | 453: 25 | Q. Are you Board Certified? | **Pltf Obj:** R. 401, R. 402. | **Smith:** Overruled. |
| | 454: 1 | A. I am. | Irrelevant. Already | |
| | 454: 2 | Q. In what specialties? | stated she is a cardio- | |
| | 454: 3 | A. Internal medicine and cardiology. | logist. | |
| | 454: 4 | Q. What years were you at Merck? | | |
| | 454: 5 | A. I was at Merck from 1996 until 2003. | | |
| | 454: 6 | Q. Can you tell us generally what your | | |
| | 454: 7 | responsibilities were while you were at Merck? | | |
| | 454: 8 | A. I ran clinical trials for | | |
| | 454: 9 | cardiovascular products. | **[454:10-454:17]** | **Barnett:** Not designated |
| | 454: 10 | Q. What types of cardiovascular | **Pltf Obj:** R. 401, R. 402. | **Smith:** Overruled. |
| | 454: 11 | products? | R. 403. Subject to | |
| | 454: 12 | A. Drugs for patients with different | MIL re: "Good Acts" | |
| | 454: 13 | forms of heart disease, so, drugs to prevent | that has previously | |
| | 454: 14 | clotting for patients who had heart attacks or | been granted by Court. | |
| | 454: 15 | threatened heart attacks, high blood pressure drugs, | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8645-4   Filed 11/20/06   Page 6 of 8
Plaintiffs and Defendant's Designations of Laura Demopoulos

| | Designated Testimony of Laura Demopoulos | | Objections | Rulings |
|---|---|---|---|---|
| | 454: 16 | drugs which could help the vasculature of patients | | |
| | 454: 17 | at risk for heart disease. | | |
| 13 | **455:1  -  457:19** | Demopoulos, Laura 2006-05-25                    00:00:32 | **Re: 455:1-457:19**<br>**Pltf Obj:** R. 401, R. 402. Irrelevant.  Already stated she is a cardio-logist. | **Barnett:** Not designated<br>**Smith:** Overruled. |
| | 455: 1 | Q.   And what is your position today? | | |
| | 455: 2 |        Where are you? | | |
| | 455: 3 | A.   I'm at the University of | | |
| | 455: 4 |        Pennsylvania. | | |
| | 455: 5 | Q.   And what do you do at the University | | |
| | 455: 6 |        of Pennsylvania? | | |
| | 455: 7 | A.   I have a general cardiology practice. | | |
| | 455: 8 | Q.   Are you on staff at the University of | | |
| | 455: 9 |        Pennsylvania? | | |
| | 455: 10 | A.   Yes. | | |
| | 455: 11 | Q.   Okay. | | |
| | 455: 12 |        As a cardiologist? | | |
| | 455: 13 | A.   Yes. | | |
| | 455: 14 | Q.   Do you see -- you treat patients | | |
| | 455: 15 |        today? | | |
| | 455: 16 | A.   I do. | | |
| | 455: 17 | Q.   Did there come a time at Merck when | | |
| | 455: 18 |        you became involved with Vioxx, looking at Vioxx? | | |
| | 455: 19 | A.   Yes. | | |
| | 455: 20 | Q.     You were asked some questions during | | |
| | 455: 21 | the plaintiffs' exam about Dr. Eric Topol.  Do you | | |
| | 455: 22 | remember that? | | |
| | 455: 23 | A.     Yes, I do. | | |
| | 455: 24 | Q.     And that was regarding an article | | |
| | 455: 25 | that Dr. Topol was writing about Vioxx in early | | |
| | 456: 1 | 2001.  Do you recall that? | | |
| | 456: 2 | A.     Yes. | | |
| | 456: 3 | Q.     Had you worked with Dr. Topol prior | | |
| | 456: 4 | to 2001? | | |
| | 456: 5 | A.     Yes, I had. | | |
| | 456: 6 | Q.     Can you tell us a little bit about | | |
| | 456: 7 | that? | | |
| | 456: 8 | A.     We were involved in conducting a | | |
| | 456: 9 | clinical trial together related to one of Merck's | | |
| | 456: 10 | anti-clotting drugs. | | |
| | 456: 11 | Q.     In which clinical trial was that? | | |
| | 456: 12 | A.     It was called the TARGET trial. | | |
| | 456: 13 | Q.     And over what time span was the | | |
| | 456: 14 | TARGET trial? | | |
| | 456: 15 | A.     It was probably from around 1998 to | | |
| | 456: 16 | 2000 | | |
| | 456: 17 | Q.     And did you speak with Dr. Topol | | |
| | 456: 18 | again in early 2001 regarding a paper he was | | |
| | 456: 19 | 1preparing about Vioxx? | | |
| | 456: 20 | A.     Yes. | | |
| | 456: 21 | Q.     Did you speak with him over the | | |
| | 456: 22 | telephone? | | |
| | 456: 23 | A.     Yes. | | |
| | 456: 24 | Q.     Did you exchange e-mails with him? | | |
| | 456: 25 | A.     We did, yes. | | |
| | 457: 1 | Q.     And did you meet with him in person | | |
| | 457: 2 | at the Cleveland Clinic? | | |
| | 457: 3 | A.     Yes. | | |
| | 457: 4 | Q.     Did Dr. Topol ask for additional data | | |
| | 457: 5 | on Vioxx? | | |
| | 457: 6 | A.     He did, yes. | | |
| | 457: 7 | Q.     Did you provide it to him? | | |
| | 457: 8 | A.     Oh, absolutely. | | |
| | 457: 9 | Q.     Was any data withheld from Dr. Topol? | | |
| | 457: 10 | A.     No, certainly not. | | |
| | 457: 11 | Q.     Was the data that you provided to Dr. | | |
| | 457: 12 | Topol also provided to the FDA? | | |
| | 457: 13 | A.     Yes. | | |
| | 457: 14 | Q.     In fact, was it presented at an FDA | | |
| | 457: 15 | Advisory Committee meeting on Vioxx in 2001? | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8645-4   Filed 11/20/06   Page 7 of 8
Plaintiffs and Defendant's Designations of Laura Demopoulos

| | | Designated Testimony of Laura Demopoulos | | Objections | Rulings |
|---|---|---|---|---|---|
| | 457: 16 | A. | Yes, it had been. | | |
| | 457: 17 | Q. | And was this data also eventually | | |
| | 457: 18 | | placed on the FDA's public website? | | |
| | 457: 19 | A. | Yes. | | |
| 14 | 460:21 - 461:9 | Demopoulos, Laura 2006-05-25 | 00:00:39 | | |
| | 460: 21 | Q. | Now, earlier in this deposition you | | |
| | 460: 22 | | were shown several outtakes from a video interview | | |
| | 460: 23 | | prepared in August 2001.  Do you recall that? | | |
| | 460: 24 | A. | Yes. | | |
| | 460: 25 | Q. | We spent several days where you were | | |
| | 461: 1 | | asked questions about the video and followup | | |
| | 461: 2 | | questions by counsel.  Let me ask you, Dr. | | |
| | 461: 3 | | Dempoulos, what was the purpose of that video | | |
| | 461: 4 | | interview in 2001? | | |
| | 461: 5 | A. | That was conducted as a response to | | |
| | 461: 6 | | the article written by Dr. Topol. | | |
| | 461: 7 | Q. | And were you asked to provide a | | |
| | 461: 8 | | scientific response to Dr. Topol's article? | | |
| | 461: 9 | A. | Yes, I was. | | |
| 15 | 464:20 - 465:20 | Demopoulos, Laura 2006-05-25 | 00:01:47 | | |
| | 464: 20 | Q. | And did this article repeatedly | | |
| | 464: 21 | | mention that COX-2 inhibitors might be | | |
| | 464: 22 | | prothrombotic? | | |
| | 464: 23 | A. | It did. | | |
| | 464: 24 | Q. | You also mentioned that there was -- | | |
| | 464: 25 | | there wasn't a scientist at Merck who was working on | | |
| | 465: 1 | | Vioxx who wasn't considering this theory.  Do you | | |
| | 465: 2 | | recall that? | | |
| | 465: 3 | A. | Yes. | | |
| | 465: 4 | Q. | Was this theory that COX-2 inhibitors | **[465:4] - [465:14]** | **Barnett:** Not designated |
| | 465: 5 | | might be prothrombotic widely debated in the medical | **Pl's Obj.:** foundation; | **Smith:** Overruled. |
| | 465: 6 | | literature back in 2001? | hearsay | |
| | 465: 7 | A. | Yes, it was. | | |
| | 465: 8 | Q. | Debated at the FDA? | | |
| | 465: 9 | A. | Certainly. | | |
| | 465: 10 | Q. | And is it still being debated today? | | |
| | 465: 11 | A. | It is. | | |
| | 465: 12 | Q. | Was there anything secret about this | | |
| | 465: 13 | | theory then or now? | | |
| | 465: 14 | A. | No.  No. | | |
| | 465: 15 | Q. | You were asked during this video | | |
| | 465: 16 | | interview back in August of 2001 whether Merck stood | | |
| | 465: 17 | | behind the safety of Vioxx.  Do you recall that? | | |
| | 465: 18 | A. | Yes. | | |
| | 465: 19 | | MR. KIERNAN:  Okay.  I'd like to play | | |
| | 465: 20 | | two clips for you. | | |
| | 466:14 - 467:2 | | | | |
| | 466: 14 | | "DR. DEMOPOULOS:  Am I allowed to say | **Re: 465:19-467:2** | **Barnett:** Not designated |
| | 466: 15 | | Eric Topol takes Vioxx?  I take Vioxx all the time. | **Pltf Obj:** R. 401, R. 402, | **Smith:** Overruled. |
| | 466: 16 | | "FEMALE SPEAKER 1:  You can talk | R. 403.  Witness's | |
| | 466: 17 | | about yourself.  Let's do that. | assertion that Dr. Topol | |
| | 466: 18 | | "FEMALE SPEAKER 2:  What is your | takes Vioxx has been | |
| | 466: 19 | | personal opinion about Vioxx and the safety of | objected to in | |
| | 466: 20 | | Vioxx, you, personally, not as an employee of Merck, | relation to his testimony. | |
| | 466: 21 | | but as a doctor? | Moreover, Plaintiff has | |
| | 466: 22 | | "DR. DEMOPOULOS:  It's an extremely | filed an MIL regarding the | |
| | 466: 23 | | effective drug that has really changed pain | use of Vioxx by Merck | |
| | 466: 24 | | management.  I use it all the time in my clinic | employee family members | |
| | 466: 25 | | patients.  I take it myself.  My mother takes it. | which has been granted | |
| | 467: 1 | | It's a phenomenal drug which has an excellent safety | for previous trials. | |
| | 467: 2 | | profile which we continue to study." | Unfairly prejudicial. | |
| 16 | 467:17 - 468:4 | Demopoulos, Laura 2006-05-25 | 00:00:41 | | |
| | 467: 17 | | "DR. DEMOPOULOS:  Hey, do you want me | **Re: 467:17-468:4** | **Barnett:** Not designated |
| | 467: 18 | | to tell you something?  Eric takes Vioxx every day. | **Pltf Obj**: Same as above. | **Smith:** Overruled. |
| | 467: 19 | | Eric Topol takes Vioxx every day.  Vioxx, Zocor.  I | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8645-4 Filed 11/20/06 Page 8 of 8
Plaintiffs and Defendant's Designations of Laura Demopoulos

| Designated Testimony of Laura Demopoulos | | | Objections | Rulings |
|---|---|---|---|---|
| 467: 20<br>467: 21<br>467: 22<br>467: 23<br>467: 24<br>467: 25<br>468: 1<br>468: 2<br>468: 3<br>468: 4 | know his whole medical history. He's on all our<br>drugs.")<br>BY MR. KIERNAN:<br>Q. Dr. Dempoulos, do you recall making<br>these statements at the time?<br>A. Yes.<br>Q. Were these statements accurate?<br>A. Yes.<br>Q. Truthful?<br>A. Absolutely. | | | |
| 17    468:17 - 469:4 | Demopoulos, Laura 2006-05-25 | 00:00:23 | | |
| 468: 17<br>468: 18<br>468: 19<br>468: 20<br>468: 21<br>468: 22<br>468: 23<br>468: 24<br>468: 25<br>469: 1<br>469: 2<br>469: 3<br>469: 4 | Q. Were you uncomfortable about any of<br>the issues you were being asked to address in this<br>video interview?<br>A. No.<br>Q. Did you accurately present your views<br>about what the science reflected on Vioxx?<br>A. Absolutely.<br>Q. Were you coached to say anything you<br>did not agree with during this interview?<br>A. No.<br>Q. Were you allowed to express your<br>views in your own words?<br>A. Yes. | | | |
| 471:23 - 472:8 | | | | |
| 471: 23<br>471: 24<br>471: 25<br>472: 1<br>472: 2<br>472: 3<br>472: 4<br>472: 5<br>472: 6<br>472: 7<br>472: 8 | Q. Have you ever seen the final video<br>news release?<br>A. No.<br>Q. Were you aware that the final video<br>news release that went out explained that it was<br>issued in response to Dr. Topol's article? Were you<br>aware of that?<br>A. No.<br>Q. Is that consistent with your<br>understanding of why it was prepared?<br>A. Clearly, yes. | | **[471:23] - [472:8]**<br>**Pl's Obj.:** Lack of personal knowledge. Witness has not seen the final news release and has no personal knowledge of who received the video news release. Speculative.<br>**Deft's Resp:** Plaintiff's counsel spent several days asking her questions about the video interview (with which she was involved). Whether she saw the final video news release and her understanding of why it was prepared is directly relevant to her involvement in the video. | **Barnett:** Not designated<br>**Smith:** Not designated. |
| 472:17 - 472:25 | | | | |
| 472: 17<br>472: 18<br>472: 19<br>472: 20<br>472: 21<br>472: 22<br>472: 23<br>472: 24<br>472: 25 | Q. Did you have anything to do with<br>preparing the final video news release?<br>A. No.<br>Q. Do you know whether the final video<br>news release was ever used by any news outlet?<br>A. No.<br>Q. Did anybody come up to you and say,<br>hey, I saw you on TV or anything like that?<br>A. No. | | **[472:17] - [472:25]**<br>**Pl's Obj.:** Same as above<br>R.401. Whether someone approached her about being on TV is irrelevant.<br>**Deft's Resp:** Same as above. | **Barnett:** Not designated<br>**Smith:** Not designated. |