# Exhibit E

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-0165? LEE BEK Document 8843-9 Filed 11/20/06   Page 2 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

Plaintiff = Red
Defendant = Blue

| | | |
|---|---|---|
| **15:5 - 15:7** | Scolnick, Edward 2005-03-22 | 00:00:05 |
| 15: 5 | Q: Are you Dr. Ed Scolnick? | |
| 15: 6 | A: Yes, I'm Dr. Edward | |
| 15: 7 | Scolnick. | |
| | | |
| **22:13 - 22:18** | Scolnick, Edward 2005-03-22 | 00:00:10 |
| 22: 13 | Q: Are you the Edward M. | |
| 22: 14 | Scolnick, President of Merck Research | |
| 22: 15 | Labs and then the Executive Vice | |
| 22: 16 | President Science and Technology for | |
| 22: 17 | Merck & Company? | |
| 22: 18 | A: Yes, I am. | |
| | | |
| **47:2 - 48:2** | Scolnick, Edward 2005-03-22 | 00:00:49 |
| 47: 2 | Q: Well, let me suggest it to | |
| 47: 3 | you if you'll look at Exhibit Number 4. | |
| 47: 4 | I'll bet you've seen this | |
| 47: 5 | e-mail lately getting ready for your | |
| 47: 6 | deposition, haven't you? | |
| 47: 7 | A: I don't recall seeing this | |
| 47: 8 | e-mail before right now. | |
| 47: 9 | Q: You don't recall seeing this | |
| 47: 10 | e-mail before? | |
| 47: 11 | A: I do not recall seeing this | |
| 47: 12 | e-mail before. | |
| 47: 13 | Q: All right. Well, if you'll | |
| 47: 14 | look down at your message dated December | |
| 47: 15 | 5th, 2001, it's about an analyst who is | |
| 47: 16 | going to stand up in public and say | |
| 47: 17 | something negative about Vioxx. And | |
| 47: 18 | you're the fellow who wrote, 'David if he | |
| 47: 19 | says this I will boil him in oil at the | |
| 47: 20 | meeting.' That's what you said, isn't | |
| 47: 21 | it? | |
| 47: 22 | A: That is the e-mail you're | |
| 47: 23 | referring to, yes. | |
| 47: 24 | Q: Does that mean, yes, you | |
| 48: 1 | said it? | |
| 48: 2 | A: That is my e-mail. | |
| | | |
| **49:1 - 49:10** | Scolnick, Edward 2005-03-22 | 00:00:29 |
| 49: 1 | So, you were saying you were | |
| 49: 2 | going to boil this fellow in oil because | |
| 49: 3 | this was an analyst who was going to | |
| 49: 4 | stand up and suggest that maybe Vioxx | |
| 49: 5 | causes CV events, heart attacks, strokes, | |
| 49: 6 | things like that; right? | |
| 49: 7 | A: I don't recall the details | |
| 49: 8 | of his report. I have not seen this | |
| 49: 9 | e-mail, and I don't recall the details of | |
| 49: 10 | this at all. | |
| | | |
| **52:2 - 52:21** | Scolnick, Edward 2005-03-22 | 00:00:55 |
| 52: 2 | Q: Well, if you'll look behind | |
| 52: 3 | you'll see what it is that upset you. | |
| 52: 4 | It was this fellow named somebody, hang | |
| 52: 5 | on, his name is at the end, Richard | |
| 52: 6 | Stover, who prepared a reanalysis of | |
| 52: 7 | Merck's meta-analysis. Do you see where | |
| 52: 8 | it says that? | |
| 52: 9 | A: That is the title for the | |
| 52: 10 | article that you're referring to. | |
| 52: 11 | Q: Now, those are a lot of big | |
| 52: 12 | words for nonscientist people. But just | |
| 52: 13 | between you and me, what this really is | |
| 52: 14 | is it's a stock analyst, someone who | |
| 52: 15 | advises the investment community on | |
| 52: 16 | whether to buy or sell stock, and he's | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 3 of 111

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 52: 17 | basically examining some of what you guys | | |
| 52: 18 | had been telling people about the safety | | |
| 52: 19 | of your drug, isn't he? | | |
| 52: 20 | A:  He's talking about the VIGOR | | |
| 52: 21 | study and Vioxx, yes. | | |
| | | | |
| **58:17  -  58:24** | Scolnick, Edward 2005-03-22 | 00:00:23 | |
| 58: 17 | Q:  Okay. And that's why you | | |
| 58: 18 | said 'David if he says this I will boil | | |
| 58: 19 | him in oil at the meeting.' You didn't | | |
| 58: 20 | want that kind of talk out there, did | | |
| 58: 21 | you? | | |
| 58: 22 | A:  I didn't want -- having read | | |
| 58: 23 | this memo, I didn't want an inaccurate | | |
| 58: 24 | statistical analysis of our data. | | |
| | | | |
| **68:3  -  68:4** | Scolnick, Edward 2005-03-22 | 00:00:05 | |
| 68: 3 | Q:  I want to show you Scolnick | | |
| 68: 4 | Exhibit Number 7. We're going to come | | |
| | | | |
| **68:11  -  68:18** | Scolnick, Edward 2005-03-22 | 00:00:22 | |
| 68: 11 | Q:  Do you see your June 1, 1998 | | |
| 68: 12 | e-mail? | | |
| 68: 13 | A:  Yes, I do. | | |
| 68: 14 | Q:  You did threaten to quit, | | |
| 68: 15 | didn't you? | | |
| 68: 16 | A:  I was upset with a | | |
| 68: 17 | particular marketing person. I was -- | | |
| 68: 18 | and that is the thrust of this e-mail. | | |
| | | | |
| **69:1  -  69:15** | Scolnick, Edward 2005-03-22 | 00:00:26 | |
| 69: 1 | Q:  Well, when you said 'If you | | |
| 69: 2 | lose I will leave, because I will not be | | |
| 69: 3 | able to have any respect for this | | |
| 69: 4 | company,' that's threatening to quit, | | |
| 69: 5 | isn't it? | | |
| 69: 6 | A:  The e-mail is accurate. | | |
| 69: 7 | Q:  No. That wasn't my | | |
| 69: 8 | question. | | |
| 69: 9 | I said, when you say in your | | |
| 69: 10 | e-mail, 'If you lose I will leave, | | |
| 69: 11 | because I will not be able to have any | | |
| 69: 12 | respect for this company,' you're | | |
| 69: 13 | threatening to quit, aren't you? | | |
| 69: 14 | A:  I accept that | | |
| 69: 15 | interpretation. | | |
| | | | |
| **69:23  -  71:12** | Scolnick, Edward 2005-03-22 | 00:01:26 | |
| 69: 23 | Q:  You're saying 'Merck | | |
| 69: 24 | marketing for once has to compete and | | |
| 70: 1 | win. If you do not beat Pfizer,' which | | |
| 70: 2 | is who Searle was at the time; right? If | | |
| 70: 3 | you don't beat Celebrex, that's what it | | |
| 70: 4 | means; right? | | |
| 70: 5 | A:  Yes, that's correct. | | |
| 70: 6 | Q:  'If you do not beat PFIZER | | |
| 70: 7 | 2/1 MERCK should throw in the towel and | | |
| 70: 8 | just give up and hand the company over to | | |
| 70: 9 | someone else. IF YOU,' all capitals, | | |
| 70: 10 | 'lose I will leave, because I will not be | | |
| 70: 11 | able to have any respect for this | | |
| 70: 12 | company.' You didn't threaten them to | | |
| 70: 13 | boil them in oil, but you were pretty | | |
| 70: 14 | upset with them, weren't you? | | |
| 70: 15 | A:  It is a pointed e-mail. | | |
| 70: 16 | Q:  Because you were upset; | | |
| 70: 17 | weren't you? | | |
| 70: 18 | A:  That is correct. | | |
| 70: 19 | Q:  You were upset also because | | |
| 70: 20 | of some study issues, research issues; | | |
| 70: 21 | weren't you? | | |
| 70: 22 | A:  I don't recall what you're | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Edward Scolnick M.D.

Case 2:05-md-0165 EEF-DEK   Document 8843-9   Filed 11/20/06   Page 4 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 70: 23  referring to.<br>70: 24  Q:  Look at what it says at the<br>71: 1  start. You're saying that the reason<br>71: 2  y'all were three months behind Searle,<br>71: 3  the reason you were losing the race is<br>71: 4  because people in marketing 'demanded a<br>71: 5  label that said we cause no ulcers.'<br>71: 6  And then the budgets were so high that<br>71: 7  nobody could get the money that they<br>71: 8  needed for the study. And that's why<br>71: 9  y'all were behind? That's what you say;<br>71: 10  isn't it?<br>71: 11  A:  That is what the memo says,<br>71: 12  yes. | | |
| **78:7  -  78:12**  Scolnick, Edward 2005-03-22<br>78: 7  Q:  Bottom line is, you were<br>78: 8  saying marketing needs to stop their<br>78: 9  demands and just get out there and<br>78: 10  compete and win for once; right?<br>78: 11  A:  That's what my memo<br>78: 12  indicates. | 00:00:14 | |
| **79:6  -  79:11**  Scolnick, Edward 2005-03-22<br>79: 6  Q:  Sir, y'all weren't ready to<br>79: 7  go to market with your product, with<br>79: 8  Vioxx, when Celebrex hit the market?<br>79: 9  Y'all got beat; right?<br>79: 10  A:  Celebrex got to the market<br>79: 11  first. That is correct. | 00:00:16 | |
| **96:23  -  97:5**  Scolnick, Edward 2005-03-22<br>96: 23  Q:  Well, we looked at an<br>96: 24  exhibit a few minutes ago, the 1998 one<br>97: 1  where you said that y'all were killing<br>97: 2  basic research again at Merck, once<br>97: 3  again. That's because y'all needed more<br>97: 4  money. You didn't have enough money in<br>97: 5  the budget; right? | 00:00:15 | |
| **98:3  -  98:9**  Scolnick, Edward 2005-03-22<br>98: 3  Q:  All right. So, now you'll<br>98: 4  agree with me in 1998 y'all didn't have<br>98: 5  enough money in your budget to do all the<br>98: 6  research you wanted to do. True?<br>98: 7  A:  That is true. That is<br>98: 8  always true of any really productive<br>98: 9  research laboratory. | 00:00:17 | |
| **101:12  -  101:20**  Scolnick, Edward 2005-03-22<br>101: 12  BY MR. LANIER:<br>101: 13  Q:  Well, sir, you weren't in<br>101: 14  marketing yourself, were you?<br>101: 15  A:  No.<br>101: 16  Q:  Well, why did you keep<br>101: 17  dabbling in the marketing end? Why were<br>101: 18  you sending broadside e-mails to people,<br>101: 19  because y'all were too slow on the<br>101: 20  marketing? | 00:00:15 | |
| **101:23  -  102:3**  Scolnick, Edward 2005-03-22<br>101: 23  THE WITNESS:  I was<br>101: 24  competitive, and we had a terrific<br>102: 1  drug, and I wanted the company to<br>102: 2  present that drug well to<br>102: 3  physicians. | 00:00:12 | |
| **115:3  -  115:10**  Scolnick, Edward 2005-03-22<br>115: 3  Q:  So, you had all the<br>115: 4  resources you needed to do the right<br>115: 5  studies, and if the studies weren't done,<br>115: 6  it was your fault for not doing them | 00:00:13 | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Edward Scolnick M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 5 of 111

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 115: 7 | because you had the money. Is that what | | | |
| 115: 8 | you're telling me? | | | |
| 115: 9 | A:  We had sufficient resources | | | |
| 115: 10 | to study Vioxx. | | | |
| | | | | |
| **118:5  -  118:11** | Scolnick, Edward 2005-03-22 | 00:00:14 | | |
| 118: 5 | Q:  If you thought that there | | | |
| 118: 6 | was an issue that needed debunking, you | | | |
| 118: 7 | certainly knew how to order to get a | | | |
| 118: 8 | study immediately to debunk the issue and | | | |
| 118: 9 | destroy credibility, didn't you? | | | |
| 118: 10 | A:  And to find out if we were | | | |
| 118: 11 | wrong. | | | |
| | | | | |
| **118:18  -  119:3** | Scolnick, Edward 2005-03-22 | 00:00:23 | | |
| 118: 18 | Q:  That wasn't my question, | | | |
| 118: 19 | sir. I said, you could have done a | | | |
| 118: 20 | study, and you could have ordered one to | | | |
| 118: 21 | be done with speed on the issue of | | | |
| 118: 22 | cardiovascular problems, heart attacks | | | |
| 118: 23 | and strokes, couldn't you? | | | |
| 118: 24 | A:  There was no reason to do | | | |
| 119: 1 | such a study before Vioxx went to market | | | |
| 119: 2 | based on all of the data, huge NDA, over | | | |
| 119: 3 | 5,000 patients studied. | | | |
| | | | | |
| **119:10  -  119:23** | Scolnick, Edward 2005-03-22 | 00:00:30 | | |
| 119: 10 | question. My question is simple. You | | | |
| 119: 11 | certainly could have ordered a study for | | | |
| 119: 12 | risks of heart attacks and strokes before | | | |
| 119: 13 | you put the Vioxx drug on the market, | | | |
| 119: 14 | couldn't you? | | | |
| 119: 15 | A:  If there had been a reason | | | |
| 119: 16 | to do that, I could have done it. | | | |
| 119: 17 | Q:  By the same token, any day | | | |
| 119: 18 | that Vioxx had been on the market, the | | | |
| 119: 19 | second it occurred to you that there | | | |
| 119: 20 | might be a problem with heart attacks and | | | |
| 119: 21 | strokes, you could have ordered | | | |
| 119: 22 | immediately a speed study to be done; | | | |
| 119: 23 | couldn't you? | | | |
| | | | | |
| **120:2  -  120:5** | Scolnick, Edward 2005-03-22 | 00:00:07 | | |
| 120: 2 | THE WITNESS:  I could have | | | |
| 120: 3 | asked or ordered a study to be | | | |
| 120: 4 | done if I had thought there was a | | | |
| 120: 5 | cardiovascular risk with Vioxx. | | | |
| | | | | |
| **120:23  -  121:23** | Scolnick, Edward 2005-03-22 | 00:00:57 | | |
| 120: 23 | to justify selling the drug. I'm asking | | | |
| 120: 24 | you, did you ever order a specific study | | | |
| 121: 1 | about heart attacks and strokes? | | | |
| 121: 2 | A:  I did not order a specific | | | |
| 121: 3 | study. I urged the group to come up with | | | |
| 121: 4 | study designs after VIGOR to further | | | |
| 121: 5 | examine the question that was raised by | | | |
| 121: 6 | the VIGOR study. | | | |
| 121: 7 | Q:  Well, sir, what about VALOR, | | | |
| 121: 8 | did you have anything to do with talk | | | |
| 121: 9 | about doing the VALOR study? | | | |
| 121: 10 | A:   VALOR? | | | |
| 121: 11 | Q:  Yes, sir. | | | |
| 121: 12 | A:  I don't recognize the term. | | | |
| 121: 13 | I'm sorry. | | | |
| 121: 14 | Q:  Did you know that your | | | |
| 121: 15 | company at one point contemplated and | | | |
| 121: 16 | actually went pretty far in designing the | | | |
| 121: 17 | idea of doing a study specifically to | | | |
| 121: 18 | look at heart attack, strokes, CV risks? | | | |
| 121: 19 | A:  Yes. Several study designs | | | |
| 121: 20 | were considered. | | | |
| 121: 21 | Q:  And one of them had approval | | | |

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Edward Scolnick M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-9   Filed 11/20/06   Page 6 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 121: 22   and was about to be done when it was | | |
| 121: 23   cancelled. Did you know that? | | |
| | | |
| **122:1  -  122:3**   Scolnick, Edward 2005-03-22          00:00:05 | | |
| 122: 1   THE WITNESS:  One of the | | |
| 122: 2   studies that I'm aware of was not | | |
| 122: 3   given final approval. | | |
| | | |
| **122:5  -  122:9**   Scolnick, Edward 2005-03-22          00:00:10 | | |
| 122: 5   Q:  Why not? | | |
| 122: 6   A:  Because when the study was | | |
| 122: 7   reviewed, several people objected to the | | |
| 122: 8   design of the study, that it was not a | | |
| 122: 9   good scientific study to do. | | |
| | | |
| **122:10  -  122:15**   Scolnick, Edward 2005-03-22          00:00:15 | | |
| 122: 10   Q:  So, you had the need for the | | |
| 122: 11   study, you just didn't design a good one. | | |
| 122: 12   Is that fair to say? | | |
| 122: 13   A:  We considered many study | | |
| 122: 14   designs before the approved design was | | |
| 122: 15   conceptualized. | | |
| | | |
| **128:1  -  128:22**   Scolnick, Edward 2005-03-22          00:00:39 | | |
| 128: 1   Q:  Well, the truth is, the | | |
| 128: 2   essential study that needed to be done | | |
| 128: 3   for Vioxx was an outcomes study for heart | | |
| 128: 4   attacks and strokes; right? | | |
| 128: 5   A:  The study that would | | |
| 128: 6   measure, as a predefined endpoint, heart | | |
| 128: 7   attacks and strokes was an important | | |
| 128: 8   study for Vioxx. | | |
| 128: 9   Q:  Not an important. It was, | | |
| 128: 10   at least in the world of things back in | | |
| 128: 11   2001, the only essential study for Vioxx, | | |
| 128: 12   wasn't it? | | |
| 128: 13   A:  It was an essential study to | | |
| 128: 14   do for Vioxx. | | |
| 128: 15   Q:  That wasn't my question. | | |
| 128: 16   The only essential study; | | |
| 128: 17   true? | | |
| 128: 18   A:  It wasn't the only essential | | |
| 128: 19   study to do. It was -- | | |
| 128: 20   Q:  That's what you said. | | |
| 128: 21   A:  It was a very important | | |
| 128: 22   study. | | |
| | | |
| **136:9  -  136:12**   Scolnick, Edward 2005-03-22          00:00:11 | | |
| 136: 9   Q:  Well, certainly by the year | | |
| 136: 10   2000 you knew that there was an issue | | |
| 136: 11   about heart attacks and strokes, weren't | | |
| 136: 12   you? | | |
| | | |
| **136:15  -  136:17**   Scolnick, Edward 2005-03-22          00:00:06 | | |
| 136: 15   THE WITNESS:  The VIGOR | | |
| 136: 16   study was available in the year | | |
| 136: 17   2000. | | |
| | | |
| **141:9  -  142:7**   Scolnick, Edward 2005-03-22          00:00:39 | | |
| 141: 9   MR. LANIER:  We're marking | | |
| 141: 10   that as Exhibit Number 13. | | |
| 141: 11   BY MR. LANIER: | | |
| 141: 12   Q:  If you'll look down at the | | |
| 141: 13   third question, that's the one I want you | | |
| 141: 14   to look at. | | |
| 141: 15   A:  Uh-huh. | | |
| 141: 16   Q:  'Why did Merck undertake | | |
| 141: 17   the,' APPROVe, 'trial?' | | |
| 141: 18   A:  Uh-huh. | | |
| 141: 19   Q:  Merck prepared an answer to | | |
| 141: 20   that. Nowhere in that answer does it say | | |
| 141: 21   to see if people are having heart attacks | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

Case 2:05-md-0165 \*-EEF-DEK   Document 8843-9   Filed 11/20/06   Page 7 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 141: 22    and strokes, does it? | | |
| 141: 23    A:  The answer to the question | | |
| 141: 24    does not refer to the cardiovascular | | |
| 142: 1    outcome part of the study. | | |
| 142: 2    Q:  I'm sorry. That's a long | | |
| 142: 3    answer. Are you just saying, yes, you're | | |
| 142: 4    right, it doesn't say heart attacks and | | |
| 142: 5    strokes? | | |
| 142: 6    A:  There's nothing about heart | | |
| 142: 7    attacks and strokes in that answer. | | |
| **146:2   -   146:10**    Scolnick, Edward 2005-03-22          00:00:21 | | |
| 146: 2    You, Dr. Scolnick, knew | | |
| 146: 3    Vioxx was causing heart attacks and | | |
| 146: 4    strokes by the time of March 2000; true? | | |
| 146: 5    A:  Not true. | | |
| 146: 6    Q:  Well, we at least know that | | |
| 146: 7    you're getting reports of it, that you're | | |
| 146: 8    having summarized out of thousands of | | |
| 146: 9    reports, right, Exhibit 10? | | |
| 146: 10    A:  Again, I've -- | | |
| **146:13   -   147:4**    Scolnick, Edward 2005-03-22          00:00:39 | | |
| 146: 13    THE WITNESS:  -- tried to | | |
| 146: 14    explain to you the fact that when | | |
| 146: 15    a drug goes on the market, adverse | | |
| 146: 16    experience reports are reported on | | |
| 146: 17    every drug, including Vioxx. And | | |
| 146: 18    the challenge for analyzing those | | |
| 146: 19    reports is to try to figure out | | |
| 146: 20    whether they're happening by | | |
| 146: 21    chance associated with the drug or | | |
| 146: 22    whether the drug is actually | | |
| 146: 23    causing the adverse experiences | | |
| 146: 24    reported in the reports. | | |
| 147: 1    And we did this -- we did | | |
| 147: 2    this routinely and very, very | | |
| 147: 3    carefully for every drug we ever | | |
| 147: 4    brought on the market. | | |
| **147:7   -   147:12**    Scolnick, Edward 2005-03-22          00:00:19 | | |
| 147: 7    jury, as of March 2000, you, Edward | | |
| 147: 8    Scolnick, knew that the CV events, the | | |
| 147: 9    heart attacks and strokes, were clearly | | |
| 147: 10    there, and you, Edward Scolnick, knew | | |
| 147: 11    that they were mechanism-based with | | |
| 147: 12    Vioxx? | | |
| **147:16   -   147:21**    Scolnick, Edward 2005-03-22          00:00:09 | | |
| 147: 16    Q:  True? | | |
| 147: 17    A:  That was my very first | | |
| 147: 18    reaction when I saw the data from the | | |
| 147: 19    VIGOR trial. | | |
| 147: 20    Q:  You knew it from the get-go. | | |
| 147: 21    It was your first reaction; right? | | |
| **147:24   -   148:2**    Scolnick, Edward 2005-03-22          00:00:03 | | |
| 147: 24    THE WITNESS:  It was my | | |
| 148: 1    first reaction before other data | | |
| 148: 2    was available. | | |
| **148:17   -   148:24**    Scolnick, Edward 2005-03-22          00:00:20 | | |
| 148: 17    Q:  Sir, it is in March of 2000; | | |
| 148: 18    isn't it? | | |
| 148: 19    A:  Yes, it is. | | |
| 148: 20    Q:  And you said to everybody, | | |
| 148: 21    Alan Nies, Alise Reicin and Deborah | | |
| 148: 22    Shapiro certain things, didn't you? | | |
| 148: 23    A:  I did. It says, 'I just | | |
| 148: 24    received and went through the data.' | | |
| **149:8   -   150:2**    Scolnick, Edward 2005-03-22          00:00:30 | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-0165 LEE DEK Document 8843-9 Filed 11/20/06 Page 8 of 111

Plaintiff's and Defendant's Designations of Edward Scolnick M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 149: 8 | Q: And you don't step out and | | |
| 149: 9 | say something unless you know it's true | | |
| 149: 10 | and right. Do you remember that? | | |
| 149: 11 | A: I don't remember saying what | | |
| 149: 12 | you've just quoted me as saying. | | |
| 149: 13 | Q: I think your exact words | | |
| 149: 14 | were, you hold yourself to a very high | | |
| 149: 15 | standard. Do you remember that? | | |
| 149: 16 | A: Yes, I do remember that. | | |
| 149: 17 | Q: And so you sent this e-mail | | |
| 149: 18 | to everybody, and you said that you | | |
| 149: 19 | received and you went through the data; | | |
| 149: 20 | right? | | |
| 149: 21 | A: Uh-huh. That's what it | | |
| 149: 22 | says. | | |
| 149: 23 | Q: And I'm sure you did that | | |
| 149: 24 | thoroughly. You didn't do a half slop | | |
| 150: 1 | job; did you? | | |
| 150: 2 | A: I don't think so. | | |
| | | | |
| 151:5 - 151:12 | Scolnick, Edward 2005-03-22 | 00:00:15 | |
| 151: 5 | THE WITNESS: Excuse me. If | | |
| 151: 6 | I can just look at the memo for | | |
| 151: 7 | one second. 'Pubs' in this | | |
| 151: 8 | context is talking about | | |
| 151: 9 | perforations, ulcers and bleeds | | |
| 151: 10 | associated with the study. | | |
| 151: 11 | BY MR. LANIER: | | |
| 151: 12 | Q: Okay. Thank you. | | |
| | | | |
| 151:13 - 152:16 | Scolnick, Edward 2005-03-22 | 00:01:07 | |
| 151: 13 | 'There is no doubt about | | |
| 151: 14 | the' perforations, ulcers and bleeds | | |
| 151: 15 | 'data.' Then look at your next sentence. | | |
| 151: 16 | 'The CV events are,' what's that word? | | |
| 151: 17 | A: The sentence reads, 'The | | |
| 151: 18 | cardiovascular events are clearly there.' | | |
| 151: 19 | Q: They're clearly there. That | | |
| 151: 20 | was your choice of words; wasn't it? | | |
| 151: 21 | A: This is my e-mail. That is | | |
| 151: 22 | correct. | | |
| 151: 23 | Q: So, after you studied the | | |
| 151: 24 | data, you went through it, you sent a | | |
| 152: 1 | memo out to everybody, even though you | | |
| 152: 2 | hold yourself to a high standard, telling | | |
| 152: 3 | everybody that the CV events are clearly | | |
| 152: 4 | there, and that was March of 2000, wasn't | | |
| 152: 5 | it? | | |
| 152: 6 | A: Yes, it is. | | |
| 152: 7 | Q: And you never sent out an | | |
| 152: 8 | order at that point in time for a CV | | |
| 152: 9 | outcomes study, did you? | | |
| 152: 10 | A: We -- I did not send out an | | |
| 152: 11 | order for a CV outcomes study. We took | | |
| 152: 12 | many immediate actions to try to | | |
| 152: 13 | understand the cardiovascular events, | | |
| 152: 14 | since we couldn't conclude what was going | | |
| 152: 15 | on in the trial because there was no | | |
| 152: 16 | placebo in the trial. | | |
| | | | |
| 156:7 - 156:10 | Scolnick, Edward 2005-03-22 | 00:00:13 | |
| 156: 7 | 1999, I wrote, 'Push Vioxx | | |
| 156: 8 | to market by May 22nd or' Merck will be | | |
| 156: 9 | "a different company." That's what you | | |
| 156: 10 | said in 1999; right? | | |
| | | | |
| 156:13 - 156:19 | Scolnick, Edward 2005-03-22 | 00:00:13 | |
| 156: 13 | THE WITNESS: It accurately | | |
| 156: 14 | reflects our earlier discussion. | | |
| 156: 15 | BY MR. LANIER: | | |
| 156: 16 | Q: Then also in 1999 you sent | | |
| 156: 17 | out the e-mail that said if we can't beat | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 156: 18     Celebrex two to one, you're going to quit | | |
| 156: 19     or leave the company. True? | | |
| | | |
| **156:21 - 156:23**    Scolnick, Edward 2005-03-22     00:00:05 | | |
| 156: 21     THE WITNESS: You reflected | | |
| 156: 22     my e-mail and some of my | | |
| 156: 23     sentiments in that e-mail. | | |
| | | |
| **157:10 - 158:14**    Scolnick, Edward 2005-03-22     00:01:12 | | |
| 157: 10     The drug Vioxx did go to | | |
| 157: 11     market in 1999, and y'all marketed it | | |
| 157: 12     before the VIGOR study was finished; | | |
| 157: 13     true? | | |
| 157: 14     A: Yes, that's correct. | | |
| 157: 15     Q: You couldn't afford to wait | | |
| 157: 16     for that VIGOR study to get done; could | | |
| 157: 17     you? | | |
| 157: 18     A: No, that's not true. That | | |
| 157: 19     was a study that was planned for being | | |
| 157: 20     done after the drug was approved and was | | |
| 157: 21     going to provide additional data about | | |
| 157: 22     gastrointestinal safety for the drug. | | |
| 157: 23     Q: But, sir, the VIGOR study, | | |
| 157: 24     you could not afford to wait until it was | | |
| 158: 1     over to market your drug, because if you | | |
| 158: 2     waited, Merck would be a different | | |
| 158: 3     company. You never would have made May | | |
| 158: 4     22nd of '99; right? | | |
| 158: 5     A: The VIGOR study was not | | |
| 158: 6     required to market the drug. | | |
| 158: 7     Q: I'm not asking did the FDA | | |
| 158: 8     require it. I'm talking about, did you | | |
| 158: 9     market the drug before you got the VIGOR | | |
| 158: 10     results in? | | |
| 158: 11     A: Yes, we did. The VIGOR | | |
| 158: 12     trial was never planned as part of the | | |
| 158: 13     very large NDA for the initial approval | | |
| 158: 14     of Vioxx. | | |
| | | |
| **159:18 - 159:20**    Scolnick, Edward 2005-03-22     00:00:08 | | |
| 159: 18     Q: Then also in the year 2000, | | |
| 159: 19     you never ordered or had done a CV | | |
| 159: 20     specific study; true? | | |
| | | |
| **159:23 - 160:6**    Scolnick, Edward 2005-03-22     00:00:24 | | |
| 159: 23     THE WITNESS: We | | |
| 159: 24     immediately, upon having the VIGOR | | |
| 160: 1     results, did many additional data | | |
| 160: 2     analyses on studies that we had to | | |
| 160: 3     try to interpret the meaning of | | |
| 160: 4     the VIGOR results. And we did, in | | |
| 160: 5     the end, come up with a study to | | |
| 160: 6     measure cardiovascular outcomes. | | |
| | | |
| **160:10 - 160:13**    Scolnick, Edward 2005-03-22     00:00:07 | | |
| 160: 10     Q: I said, very simple | | |
| 160: 11     question, sir. It's a simple note. | | |
| 160: 12     2000, you never did a CV specific study; | | |
| 160: 13     true? | | |
| | | |
| **160:16 - 160:23**    Scolnick, Edward 2005-03-22     00:00:17 | | |
| 160: 16     THE WITNESS: We did not do | | |
| 160: 17     a study where cardiovascular | | |
| 160: 18     outcomes were a primary endpoint. | | |
| 160: 19     We did do a study where | | |
| 160: 20     cardiovascular outcomes were a | | |
| 160: 21     predefined endpoint in our studies | | |
| 160: 22     to gather additional | | |
| 160: 23     cardiovascular outcomes data. | | |
| | | |
| **161:20 - 161:23**    Scolnick, Edward 2005-03-22     00:00:13 | | |
| 161: 20     Q: Okay. That's my point. So, | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 161: 21     you never did, never, one single study<br>161: 22     where the primary outcome was, does it<br>161: 23     cause heart attacks or strokes; right? | | |
| **162:2 - 162:3**    Scolnick, Edward 2005-03-22     00:00:02<br>162: 2     THE WITNESS: You're<br>162: 3     correct. | | |
| **162:23 - 163:8**    Scolnick, Edward 2005-03-22     00:00:19<br>162: 23     Q: Sir, simple question. Did<br>162: 24     you change your warning label and tell<br>163: 1     people about the VIGOR results in the<br>163: 2     year 2000? Yes or no?<br>163: 3     A: We told people about the<br>163: 4     VIGOR results immediately after they<br>163: 5     became available to us.<br>163: 6     Q: Okay.<br>163: 7     A: And we submitted an NDA to<br>163: 8     the FDA to change our label. | | |
| **226:6 - 226:10**    Scolnick, Edward 2005-03-22     00:00:09<br>226: 6     Q: Do you have Exhibit 18 in<br>226: 7     front of you?<br>226: 8     A: Yes, I do.<br>226: 9     Q: It's the day before your 'to<br>226: 10     do' list, isn't it, the 13th? | | |
| **226:15 - 226:17**    Scolnick, Edward 2005-03-22     00:00:03<br>226: 15     THE WITNESS: Yes. It's the<br>226: 16     day before this memo on the 'to<br>226: 17     do' list. | | |
| **227:7 - 227:9**    Scolnick, Edward 2005-03-22     00:00:06<br>227: 7     Q: Four days away from your<br>227: 8     initial conclusion that Vioxx was causing<br>227: 9     heart attacks and strokes; right? | | |
| **227:11 - 228:14**    Scolnick, Edward 2005-03-22     00:00:58<br>227: 11     THE WITNESS: Four days from<br>227: 12     my initial memo with my initial<br>227: 13     conclusion, yes.<br>227: 14     BY MR. LANIER:<br>227: 15     Q: All right.<br>227: 16     Now, already by four days<br>227: 17     later, you have got Ms. Reicin scouring<br>227: 18     the medical literature trying to find a<br>227: 19     study somewhere that indicates that<br>227: 20     NSAIDs helped your heart; right?<br>227: 21     A: That was one of the<br>227: 22     questions that I asked the team when they<br>227: 23     suggested that NSAIDs could be<br>227: 24     cardioprotective.<br>228: 1     Q: And the only study she was<br>228: 2     able to find -- by the way, it is<br>228: 3     singular, there was only one study she<br>228: 4     could find; true?<br>228: 5     A: That's what the e-mail says,<br>228: 6     yes.<br>228: 7     Q: In fact, why don't you read<br>228: 8     that sentence where I've highlighted<br>228: 9     'Only study.'<br>228: 10     A: 'Alan and Ed: Below is<br>228: 11     attached the abstract from the only study<br>228: 12     I could find which assessed the potential<br>228: 13     cardioprotective effects of an NSAID.<br>228: 14     Alise.' | | |
| **229:2 - 229:8**    Scolnick, Edward 2005-03-22     00:00:17<br>229: 2     Q: Did it occur to you that<br>229: 3     people were taking the drug that could be<br>229: 4     having these heart attacks, or is that<br>229: 5     what you meant when you said it's sad or | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 229: 6 | it's a shame, but it's a low incidence, | |
| 229: 7 | you just didn't figure there would be | |
| 229: 8 | that many of them? | |
| | | |
| **229:11 - 229:19** | Scolnick, Edward 2005-03-22 | 00:00:19 |
| 229: 11 | THE WITNESS: As I've | |
| 229: 12 | stated, my initial conclusion was | |
| 229: 13 | that Vioxx was causing heart | |
| 229: 14 | attacks in patients. After | |
| 229: 15 | discussions of this article and | |
| 229: 16 | extensive other data that we had | |
| 229: 17 | available to ourselves in our own | |
| 229: 18 | trials, I concluded that I was not | |
| 229: 19 | correct in my initial conclusion. | |
| | | |
| **230:21 - 230:23** | Scolnick, Edward 2005-03-22 | 00:00:05 |
| 230: 21 | Q: I'm going to hand you a | |
| 230: 22 | document marked Exhibit 19. Do you have | |
| 230: 23 | it in front of you? | |
| | | |
| **231:20 - 233:5** | Scolnick, Edward 2005-03-22 | 00:01:27 |
| 231: 20 | Q: First of all, this | |
| 231: 21 | well-respected Carlo Patrono said that he | |
| 231: 22 | does not think that you can attribute the | |
| 231: 23 | increase in heart attacks and strokes to | |
| 231: 24 | the fact that the other people were | |
| 232: 1 | taking naproxen, and it must be good for | |
| 232: 2 | your heart. Fair to say? | |
| 232: 3 | A: That's what he writes, yes. | |
| 232: 4 | That's what the person reflects on his | |
| 232: 5 | comments. | |
| 232: 6 | Q: And then there are a number | |
| 232: 7 | of reasons given why it can't be that | |
| 232: 8 | naproxen is good; right? | |
| 232: 9 | A: What it says is, he | |
| 232: 10 | questions whether the magnitude of the | |
| 232: 11 | effects seen in VIGOR is consistent with | |
| 232: 12 | naproxen being cardioprotective. | |
| 232: 13 | Q: Well, he said, first of all, | |
| 232: 14 | 'There is a weak pharmacological basis.' | |
| 232: 15 | Do you see where it said that? | |
| 232: 16 | A: Yes, I do. | |
| 232: 17 | Q: What that means to you and | |
| 232: 18 | me and folks who read this stuff more | |
| 232: 19 | than we probably should is that there's | |
| 232: 20 | really not a good medical science | |
| 232: 21 | pharmacy reason for saying it's naproxen. | |
| 232: 22 | That's what that means, doesn't it? | |
| 232: 23 | A: It refers to the | |
| 232: 24 | pharmacology of the drug, and that's his | |
| 233: 1 | interpretation. | |
| 233: 2 | Q: And then it says, 'No | |
| 233: 3 | epidemiological evidence.' Do you see | |
| 233: 4 | where it says that? | |
| 233: 5 | A: Yes, I do. | |
| | | |
| **233:14 - 234:3** | Scolnick, Edward 2005-03-22 | 00:00:22 |
| 233: 14 | Q: Well, do you see the word | |
| 233: 15 | 'no'? | |
| 233: 16 | A: I do see that. | |
| 233: 17 | Q: How many are there, if it | |
| 233: 18 | says there's no evidence? How much | |
| 233: 19 | evidence is there? | |
| 233: 20 | A: I see his comment. I don't | |
| 233: 21 | know the details of his review that he | |
| 233: 22 | refers to here. | |
| 233: 23 | Q: Well, when he says there's | |
| 233: 24 | no evidence, don't you think that means | |
| 234: 1 | zero? | |
| 234: 2 | A: I think that's a plausible | |
| 234: 3 | explanation, yes. | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657 EEF-DEK   Document 8643 5   Filed 11/20/06   Page 12 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**234:4   -   234:18**   Scolnick, Edward 2005-03-22                     00:00:33
234: 4   Q:  Otherwise you think he'd use
234: 5   the word 'some' or 'a little' or 'few' or
234: 6   'lots'?
234: 7   A:  He's talking about
234: 8   conventional nonsteroidals as part of his
234: 9   sentence. And we actually agree with
234: 10   that except for naproxen.
234: 11   Q:  So, but you agree with the
234: 12   statement even for naproxen, that there's
234: 13   no epidemiological evidence that naproxen
234: 14   is safe; right? I mean, not safe, good
234: 15   for the heart?
234: 16   A:  There had been no prior data
234: 17   to suggest that naproxen was
234: 18   cardioprotective.

**234:20   -   235:5**   Scolnick, Edward 2005-03-22                     00:00:24
234: 20   next sentence. He says, 'Additionally'
234: 21   which I guess means another reason, yet
234: 22   another reason; right?
234: 23   A:  Yes.
234: 24   Q:  'Additionally the magnitude
235: 1   of the effect,' in other words, how many
235: 2   more heart attacks you were causing,
235: 3   'would not be plausible even if' you'd
235: 4   been comparing it to aspirin. He says
235: 5   that; doesn't he?

**235:7   -   235:17**   Scolnick, Edward 2005-03-22                     00:00:24
235: 7   THE WITNESS:  He talks about
235: 8   the aspirin, yes, the comparator
235: 9   to aspirin.
235: 10   BY MR. LANIER:
235: 11   Q:  He says, 'In fact,
235: 12   in...three different trials, aspirin has
235: 13   shown no effect on the primary prevention
235: 14   of stroke, while we have seen a 50% lower
235: 15   incidence of stroke in the naproxen arm
235: 16   of VIGOR'; right?
235: 17   A:  That's what he says.

**236:13   -   236:23**   Scolnick, Edward 2005-03-22                     00:00:26
236: 13   Q:  Well, you were hoping
236: 14   naproxen helped the heart just like
236: 15   aspirin did; right?
236: 16   A:  We weren't hoping anything.
236: 17   We were concluding based on this study
236: 18   that you've referred to and all the other
236: 19   analysis versus placebo and other NSAIDs,
236: 20   that except for this naproxen study,
236: 21   there was no evidence for an imbalance of
236: 22   cardiovascular events attributable to
236: 23   Vioxx.

**237:3   -   239:3**   Scolnick, Edward 2005-03-22                     00:01:37
237: 3   Q:  Sir, what y'all were putting
237: 4   forth there as an idea was that naproxen
237: 5   helps the heart just like aspirin does;
237: 6   right?
237: 7   A:  Or -- yes, that's correct.
237: 8   Q:  But the truth be told, even
237: 9   aspirin, if you'd used aspirin, even
237: 10   aspirin couldn't help the heart as much
237: 11   as naproxen would have to come up with
237: 12   these results; right?
237: 13   A:  Aspirin, to my knowledge,
237: 14   had never been studied in this kind of
237: 15   patient population.
237: 16   Q:  That wasn't my question,
237: 17   sir.

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657 EEF-DEK Document 08433-3 Filed 11/20/06 Page 13 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 237: 18 | My point is, y'all had so | | |
| 237: 19 | many more heart attacks and strokes in | | |
| 237: 20 | your Vioxx group than the naproxen, that | | |
| 237: 21 | if the real reason why is because | | |
| 237: 22 | naproxen was helpful, that naproxen would | | |
| 237: 23 | have to be two, three, four times better | | |
| 237: 24 | for you than even aspirin; right? | | |
| 238: 1 | A:  I can't conclude that. | | |
| 238: 2 | Aspirin has not been studied in patients | | |
| 238: 3 | with rheumatoid arthritis in this kind of | | |
| 238: 4 | trial. There was no way to make that | | |
| 238: 5 | quantitative comparison. | | |
| 238: 6 | Q:  Well, naproxen hadn't been | | |
| 238: 7 | studied in any other trials to show that | | |
| 238: 8 | it was cardioprotective. It never had | | |
| 238: 9 | been shown that in any of the testing | | |
| 238: 10 | ever done; true? | | |
| 238: 11 | A:  That is true, and I've tried | | |
| 238: 12 | to explain to you why that study could | | |
| 238: 13 | not have been done. | | |
| 238: 14 | Q:  Well, sir, that study is | | |
| 238: 15 | going to be an end result of every study | | |
| 238: 16 | with naproxen. You're always going to -- | | |
| 238: 17 | when you study naproxen, you're going to | | |
| 238: 18 | compare the favorable outcomes on a | | |
| 238: 19 | cardio basis with those that don't; | | |
| 238: 20 | right? | | |
| 238: 21 | A:  Not compared to placebo to | | |
| 238: 22 | really be able to answer that question. | | |
| 238: 23 | Q:  Fine. Compared to other | | |
| 238: 24 | NSAIDs; true? | | |
| 239: 1 | A:  If naproxen had been studied | | |
| 239: 2 | that way, then some day it could have | | |
| 239: 3 | been achieved. | | |
| **268:13  -  268:17** | Scolnick, Edward 2005-03-22 | 00:00:13 | |
| 268: 13 | Q:  Just make sure we're on the | | |
| 268: 14 | same page. If we look at Exhibit 23, you | | |
| 268: 15 | even sent a memo to this to the CEO and | | |
| 268: 16 | to the president of Merck back in January | | |
| 268: 17 | of 2001, didn't you? | | |
| **269:1  -  269:21** | Scolnick, Edward 2005-03-22 | 00:00:45 | |
| 269: 1 | A:  Yes. | | |
| 269: 2 | Q:  You said you 'want to point | | |
| 269: 3 | out to all of you at one time that, 1. | | |
| 269: 4 | there is no way to prove that in patients | | |
| 269: 5 | with rheumatoid arthritis that ALL of the | | |
| 269: 6 | difference between Vioxx and naproxen is | | |
| 269: 7 | due to the benefit of naproxen.' That's | | |
| 269: 8 | what you said, isn't it? | | |
| 269: 9 | A:  That's right. And all is | | |
| 269: 10 | capitalized. | | |
| 269: 11 | Q:  And then you capitalize this | | |
| 269: 12 | whole next phrase. 'IT IS IMPOSSIBLE TO | | |
| 269: 13 | PROVE THIS.' Didn't you? | | |
| 269: 14 | A:  That's what the e-mail says. | | |
| 269: 15 | Q:  That's what you said, isn't | | |
| 269: 16 | it? | | |
| 269: 17 | A:  Yes, it is. It is. | | |
| 269: 18 | Q:  Then you capitalize for | | |
| 269: 19 | emphasis this next sentence. 'IT IS | | |
| 269: 20 | IMPOSSIBLE TO KNOW THIS WITH CERTAINTY.' | | |
| 269: 21 | A:  That's exactly what I said. | | |
| **10:14  -  10:16** | Scolnick, Edward 2005-04-29 | 00:00:05 | |
| 10: 14 | Q:  You retired from Merck Research Labs | | |
| 10: 15 | in 2003; correct? | | |
| 10: 16 | A:  That is correct. | | |
| **27:14  -  27:17** | Scolnick, Edward 2005-04-29 | 00:00:05 | |
| 27: 14 | In the late '80s and early '90s, you | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 14 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 27: 15 | were also the president of Merck Research Labs; | |
| 27: 16 | right? | |
| 27: 17 | A: Yes. | |

| **28:24 - 29:2** | Scolnick, Edward 2005-04-29 | 00:00:11 |
|---|---|---|
| 28: 24 | Q: At that point in time you did have | |
| 28: 25 | some concerns about what the prospects would be for | |
| 29: 1 | Merck in the late '90s and 2000 as several drugs | |
| 29: 2 | were coming off patent; right? | |

| **29:4 - 29:6** | Scolnick, Edward 2005-04-29 | 00:00:10 |
|---|---|---|
| 29: 4 | THE WITNESS: I had concerns. It was | |
| 29: 5 | a way off, but, yes, I certainly remember vague | |
| 29: 6 | thoughts about that. | |

| **29:13 - 29:16** | Scolnick, Edward 2005-04-29 | 00:00:10 |
|---|---|---|
| 29: 13 | Q: You have to anticipate that drugs | |
| 29: 14 | would be coming off patent maybe ten years down the | |
| 29: 15 | road and seek to have new drugs to fill the drugs | |
| 29: 16 | that were once proprietary of the company? | |

| **29:18 - 30:4** | Scolnick, Edward 2005-04-29 | 00:00:29 |
|---|---|---|
| 29: 18 | THE WITNESS: That is correct. | |
| 29: 19 | BY MR. BUCHANAN: | |
| 29: 20 | Q: Because once a drug becomes generic | |
| 29: 21 | or goes off patent, then other competitors can enter | |
| 29: 22 | the market and seek to take market share; correct? | |
| 29: 23 | A: That's correct. | |
| 29: 24 | Q: Okay. So, in the early '90s you knew | |
| 29: 25 | that beginning in 2000 and 2001, Merck would have | |
| 30: 1 | several drugs going off patent; correct? | |
| 30: 2 | A: The one that comes to mind | |
| 30: 3 | immediately is Mevacor, but I don't recall the other | |
| 30: 4 | drugs at this point. | |

| **32:13 - 33:20** | Scolnick, Edward 2005-04-29 | 00:00:59 |
|---|---|---|
| 32: 13 | All these drugs were significant | |
| 32: 14 | drugs for Merck? | |
| 32: 15 | A: Yes. | |
| 32: 16 | Q: Several of these were blockbuster | |
| 32: 17 | drugs for Merck; right? | |
| 32: 18 | A: They were large selling drugs, yes. | |
| 32: 19 | Q: Well, 'blockbuster' has a meaning or | |
| 32: 20 | a connotation in the industry, doesn't it? | |
| 32: 21 | A: 'Blockbuster' means usually a very | |
| 32: 22 | large drug, very large sales drug. | |
| 32: 23 | Q: Traditionally it meant more than a | |
| 32: 24 | billion dollars in sales; true? | |
| 32: 25 | A: That is one interpretation given to | |
| 33: 1 | it. | |
| 33: 2 | Q: So, several of these drugs were | |
| 33: 3 | blockbuster drugs. You'd agree with that? | |
| 33: 4 | A: Yes. | |
| 33: 5 | Q: Okay. | |
| 33: 6 | Several of these drugs, even if you | |
| 33: 7 | can't remember all of them, were going off patent in | |
| 33: 8 | 2000, 2001, 2002; correct? | |
| 33: 9 | A: I'm not sure which ones, but some | |
| 33: 10 | drugs were going off patent at that point. | |
| 33: 11 | Q: Well, you recall being concerned | |
| 33: 12 | about what the future will hold in 2000/2001 when | |
| 33: 13 | all these drugs were going off patent; correct? | |
| 33: 14 | A: Yes. | |
| 33: 15 | Q: You were concerned about that in the | |
| 33: 16 | early '90s? | |
| 33: 17 | A: Yes. | |
| 33: 18 | Q: And you were trying to design new | |
| 33: 19 | drugs to fill the void that would be left by these | |
| 33: 20 | drugs when they went off patent? | |

| **33:24 - 33:25** | Scolnick, Edward 2005-04-29 | 00:00:03 |
|---|---|---|
| 33: 24 | THE WITNESS: We were trying to | |

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-3   Filed 11/20/06   Page 15 of 111

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 33: 25 | develop and discover new drugs that would do that. | | |
| **34:8 - 34:17** | Scolnick, Edward 2005-04-29 | 00:00:39 | |
| 34: 8 | Q: One of the drugs that was going to be | | |
| 34: 9 | filling the void left by these other drugs when they | | |
| 34: 10 | went off patent was Vioxx; true? | | |
| 34: 11 | A: Vioxx was going to fill the void, but | | |
| 34: 12 | in the early '90s, Vioxx -- I believe Vioxx was not | | |
| 34: 13 | even on the Merck radar screen. I don't even think | | |
| 34: 14 | we had thought of the project at that point. I | | |
| 34: 15 | don't -- I don't recall the date when the Vioxx | | |
| 34: 16 | project started. | | |
| 34: 17 | - - - | | |
| **36:13 - 36:18** | Scolnick, Edward 2005-04-29 | 00:00:11 | |
| 36: 13 | Q: There's a reference to Dr. Peppi | | |
| 36: 14 | Prasit. Do you see that? | | |
| 36: 15 | A: Dr. Peppi Prasit. | | |
| 36: 16 | Q: Prasit. He was a scientist at your | | |
| 36: 17 | labs in Montreal; correct? | | |
| 36: 18 | A: Yes, a chemist. | | |
| **37:11 - 37:18** | Scolnick, Edward 2005-04-29 | 00:00:20 | |
| 37: 11 | Q: You see the date referenced here. | | |
| 37: 12 | It's July 1992; correct? | | |
| 37: 13 | A: Yes, I do. | | |
| 37: 14 | Q: Does that refresh your recollection | | |
| 37: 15 | as to when Merck started considering investigating | | |
| 37: 16 | selective NSAIDs? | | |
| 37: 17 | A: Yes, it does. I had not recalled we | | |
| 37: 18 | started this project this early. | | |
| **42:6 - 42:9** | Scolnick, Edward 2005-04-29 | 00:00:07 | |
| 42: 6 | So, you put a lot of resources within | | |
| 42: 7 | Merck Research Labs onto this particular project; | | |
| 42: 8 | correct? | | |
| 42: 9 | A: Yes, that is correct. | | |
| **43:11 - 43:19** | Scolnick, Edward 2005-04-29 | 00:00:16 | |
| 43: 11 | Q: And you encouraged Dr. Prasit and his | | |
| 43: 12 | staff to pursue the Vioxx project with all resources | | |
| 43: 13 | that were available at Merck Frosst; true? | | |
| 43: 14 | A: That is correct. | | |
| 43: 15 | Q: Okay. | | |
| 43: 16 | You knew how important this drug | | |
| 43: 17 | could be for the company; right? | | |
| 43: 18 | A: I knew that this could be a very | | |
| 43: 19 | important project, yes. | | |
| **47:6 - 47:8** | Scolnick, Edward 2005-04-29 | 00:00:13 | |
| 47: 6 | Q: You wanted to be the first to market | | |
| 47: 7 | with this selective COX-2 inhibitor; correct? | | |
| 47: 8 | A: Yes. | | |
| **87:3 - 87:9** | Scolnick, Edward 2005-04-29 | 00:00:44 | |
| 87: 3 | Q: All right, sir. I want to get back | | |
| 87: 4 | to something. I want to turn back to 1998. I want | | |
| 87: 5 | to talk about the period prior to the time when | | |
| 87: 6 | Merck had Vioxx approved. Okay? Do you remember | | |
| 87: 7 | when Vioxx was approved? | | |
| 87: 8 | A: I believe it was late 1999, middle of | | |
| 87: 9 | 1999. | | |
| **98:3 - 98:9** | Scolnick, Edward 2005-04-29 | 00:00:18 | |
| 98: 3 | A: I don't recall seeing this particular | | |
| 98: 4 | document. | | |
| 98: 5 | Q: Okay. | | |
| 98: 6 | For the record, it is an e-mail from | | |
| 98: 7 | you to a series of individuals, Alan Nies, Beth | | |
| 98: 8 | Seidenberg, Tom Simon, Robert Silverman. Sir, are | | |
| 98: 9 | all of those people Merck employees? | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs' and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 16 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| **98:6   -   98:10**   Scolnick, Edward 2005-04-29   00:00:19 | | |
| 98: 6   For the record, it is an e-mail from | | |
| 98: 7   you to a series of individuals, Alan Nies, Beth | | |
| 98: 8   Seidenberg, Tom Simon, Robert Silverman. Sir, are | | |
| 98: 9   all of those people Merck employees? | | |
| 98: 10   A:  Yes, they were. | | |
| | | |
| **99:22   -   100:13**   Scolnick, Edward 2005-04-29   00:00:44 | | |
| 99: 22   Q:  So, what you did here was you sent | | |
| 99: 23   these folks on your Vioxx development team and some | | |
| 99: 24   regulatory personnel an analyst report; correct? | | |
| 99: 25   A:  That appears to be correct. | | |
| 100: 1   Q:  Okay. | | |
| 100: 2   You sent it with high importance? | | |
| 100: 3   A:  That's what it's marked. | | |
| 100: 4   Q:  It was real important they saw this | | |
| 100: 5   analyst report? | | |
| 100: 6   A:  It's marked high importance. | | |
| 100: 7   Q:  Do you make it a practice, sir, to | | |
| 100: 8   send Wall Street analyst reports to employees who | | |
| 100: 9   are on projects within Merck? | | |
| 100: 10   A:  I sent a variety of information to | | |
| 100: 11   them, sometimes analyst reports which had relevant | | |
| 100: 12   information, sometimes scientific articles. I send | | |
| 100: 13   a variety of things to my employees. | | |
| | | |
| **112:22   -   112:24**   Scolnick, Edward 2005-04-29   00:00:12 | | |
| 112: 22   So, it is, in fact, accurate to state | | |
| 112: 23   that in 1998 Merck had declining sales in several of | | |
| 112: 24   its key franchises; correct? | | |
| | | |
| **113:1   -   113:13**   Scolnick, Edward 2005-04-29   00:00:16 | | |
| 113: 1   THE WITNESS:  I've answered your | | |
| 113: 2   question. | | |
| 113: 3   BY MR. BUCHANAN: | | |
| 113: 4   Q:  I would like you to answer that | | |
| 113: 5   question, please. | | |
| 113: 6   A:  Some of its franchises had declining | | |
| 113: 7   sales. | | |
| 113: 8   Q:  And they were key franchises? | | |
| 113: 9   A:  And some of them were key. | | |
| 113: 10   Q:  Okay. | | |
| 113: 11   You also had several drugs going off | | |
| 113: 12   patent in the near future; right? | | |
| 113: 13   A:  Correct. | | |
| | | |
| **115:12   -   115:16**   Scolnick, Edward 2005-04-29   00:00:11 | | |
| 115: 12   Q:  Well, when you sent this, were you | | |
| 115: 13   sending it as a scientist, sir? | | |
| 115: 14   A:  Yes, because it was in my capacity as | | |
| 115: 15   head of the research laboratories to these people | | |
| 115: 16   who reported to the research laboratories. | | |
| | | |
| **115:17   -   116:11**   Scolnick, Edward 2005-04-29   00:00:35 | | |
| 115: 17   Q:  You thought it was important to tell | | |
| 115: 18   your employees that Merck's base business was | | |
| 115: 19   eroding? | | |
| 115: 20   A:  Yes. | | |
| 115: 21   Q:  You thought it was important to tell | | |
| 115: 22   them that Merck had several products going off | | |
| 115: 23   patent? | | |
| 115: 24   A:  They knew that. This was to | | |
| 115: 25   reemphasize that. | | |
| 116: 1   Q:  You thought it was important to tell | | |
| 116: 2   them that several of the recently launched products | | |
| 116: 3   had not been as successful as anticipated? | | |
| 116: 4   A:  I wanted to provide them the | | |
| 116: 5   information in this document, yes, that's correct. | | |
| 116: 6   Q:  You thought it was important to tell | | |
| 116: 7   them that several of the recently launched products | | |
| 116: 8   weren't as successful as you anticipated they'd be; | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8645-5   Filed 11/20/06   Page 17 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 116: 9 | right? | | |
| 116: 10 | A: That's what's in here, and I wanted | | |
| 116: 11 | to provide them that information. | | |
| | | | |
| **117:18 - 118:3** | Scolnick, Edward 2005-04-29          00:00:21 | | |
| 117: 18 | Q: They are the people who you would | | |
| 117: 19 | hope would be able to facilitate a speedy approval | | |
| 117: 20 | of your drug; correct? | | |
| 117: 21 | A: That is part of their responsibility. | | |
| 117: 22 | Part of their jobs, yes. | | |
| 117: 23 | Q: And that's part of why you provided | | |
| 117: 24 | this e-mail to them; right? | | |
| 117: 25 | A: Yes. | | |
| 118: 1 | Q: You wanted them to know how important | | |
| 118: 2 | it was that this drug proceed quickly through the | | |
| 118: 3 | regulatory approval process; right? | | |
| | | | |
| **118:6 - 118:9** | Scolnick, Edward 2005-04-29          00:00:03 | | |
| 118: 6 | THE WITNESS: Yes. | | |
| 118: 7 | BY MR. BUCHANAN: | | |
| 118: 8 | Q: It was essential to the financial | | |
| 118: 9 | success of the firm; right? | | |
| | | | |
| **118:11 - 118:18** | Scolnick, Edward 2005-04-29          00:00:23 | | |
| 118: 11 | THE WITNESS: It was essential to | | |
| 118: 12 | Merck. It was important to Merck, yes. | | |
| 118: 13 | BY MR. BUCHANAN: | | |
| 118: 14 | Q: Okay. | | |
| 118: 15 | And, in fact, it was not only | | |
| 118: 16 | essential, but Vioxx's success was necessary to | | |
| 118: 17 | preserve Merck and Merck Research Labs period; | | |
| 118: 18 | correct? | | |
| | | | |
| **118:21 - 118:22** | Scolnick, Edward 2005-04-29          00:00:03 | | |
| 118: 21 | THE WITNESS: That is what I said in | | |
| 118: 22 | my e-mail. | | |
| | | | |
| **118:24 - 119:1** | Scolnick, Edward 2005-04-29          00:00:07 | | |
| 118: 24 | Q: That's true; right? | | |
| 118: 25 | A: I believe it is an exaggeration, but | | |
| 119: 1 | it has some truth. | | |
| | | | |
| **122:17 - 123:7** | Scolnick, Edward 2005-04-29          00:00:38 | | |
| 122: 17 | Well, at this point in time, October | | |
| 122: 18 | 1998, what did you know about Vioxx's potential to | | |
| 122: 19 | cause cardiovascular risks or cardiovascular | | |
| 122: 20 | problems? | | |
| 122: 21 | A: I don't recall exactly what we knew | | |
| 122: 22 | at this point. There was no evidence at all in the | | |
| 122: 23 | Vioxx development program at this point that Vioxx | | |
| 122: 24 | caused cardiovascular risks. | | |
| 122: 25 | Q: What do you mean by that, 'caused | | |
| 123: 1 | cardiovascular risks'? | | |
| 123: 2 | A: There was no evidence to say that | | |
| 123: 3 | Vioxx caused a cardiovascular risk. | | |
| 123: 4 | Q: Well, you're not saying that in | | |
| 123: 5 | individual trials preapproval that you didn't see | | |
| 123: 6 | imbalances between cardiovascular risks in Vioxx and | | |
| 123: 7 | the comparator drugs, are you? | | |
| | | | |
| **123:9 - 123:14** | Scolnick, Edward 2005-04-29          00:00:07 | | |
| 123: 9 | THE WITNESS: Before the drug was | | |
| 123: 10 | approved? | | |
| 123: 11 | BY MR. BUCHANAN: | | |
| 123: 12 | Q: Yes. | | |
| 123: 13 | A: I don't recall any such data. So, if | | |
| 123: 14 | it was there, I certainly don't recall it. | | |
| | | | |
| **129:11 - 129:21** | Scolnick, Edward 2005-04-29          00:00:28 | | |
| 129: 11 | THE WITNESS: No, actually, that is | | |
| 129: 12 | not the conclusion that anyone drew or was certain | | |
| 129: 13 | of. The question was raised as to what the source | | |

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 18 of 111

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 129: 14 | of that metabolite was in the source of the | | |
| 129: 15 | prostacyclin and whether it was systemic or whether | | |
| 129: 16 | it was not systemic. | | |
| 129: 17 | BY MR. BUCHANAN: | | |
| 129: 18 | Q:  I see. So, if it was systemic, that | | |
| 129: 19 | would mean that prostacyclin that was produced | | |
| 129: 20 | ordinarily in the vasculature was being suppressed | | |
| 129: 21 | by Vioxx; true? | | |
| **129:23  -  130:3** | Scolnick, Edward 2005-04-29 | 00:00:18 | |
| 129: 23 | THE WITNESS:  I don't think anyone | | |
| 129: 24 | had any evidence nor felt that prostacyclin was | | |
| 129: 25 | produced in the vasculature. No one really knew | | |
| 130: 1 | where prostacyclin was produced exactly, in what | | |
| 130: 2 | organs, and the relationship of any of that to the | | |
| 130: 3 | metabolite in the urine. None of that was known. | | |
| **130:5  -  130:11** | Scolnick, Edward 2005-04-29 | 00:00:15 | |
| 130: 5 | Q:  But you did conduct a clinical trial | | |
| 130: 6 | in 1997 with an individual named Garret FitzGerald; | | |
| 130: 7 | correct? | | |
| 130: 8 | A:  Yes. | | |
| 130: 9 | Q:  And he ran a clinical trial that | | |
| 130: 10 | showed that Vioxx suppressed the urinary metabolites | | |
| 130: 11 | of prostacyclin; correct? | | |
| **130:13  -  130:17** | Scolnick, Edward 2005-04-29 | 00:00:09 | |
| 130: 13 | THE WITNESS:  Yes. | | |
| 130: 14 | BY MR. BUCHANAN: | | |
| 130: 15 | Q:  One of the conclusions that was drawn | | |
| 130: 16 | by your consultants was that Vioxx was suppressing | | |
| 130: 17 | systemic prostacyclin; correct? | | |
| **130:20  -  130:22** | Scolnick, Edward 2005-04-29 | 00:00:04 | |
| 130: 20 | THE WITNESS:  I don't believe they | | |
| 130: 21 | drew that conclusion. I think they raised that | | |
| 130: 22 | question. | | |
| **131:9  -  131:11** | Scolnick, Edward 2005-04-29 | 00:00:08 | |
| 131: 9 | And if that was happening, there was | | |
| 131: 10 | a risk that Vioxx could cause thrombotic events in | | |
| 131: 11 | humans; true? | | |
| **131:13  -  131:20** | Scolnick, Edward 2005-04-29 | 00:00:17 | |
| 131: 13 | THE WITNESS:  There was a theory that | | |
| 131: 14 | that could occur with no evidence ever garnered to | | |
| 131: 15 | substantiate or refute that theory. | | |
| 131: 16 | BY MR. BUCHANAN: | | |
| 131: 17 | Q:  Now, that theory was put forth after | | |
| 131: 18 | the drug was marketed or before the drug was | | |
| 131: 19 | marketed? | | |
| 131: 20 | A:  Long before Vioxx ever existed. | | |
| **134:6  -  134:7** | Scolnick, Edward 2005-04-29 | | |
| 134: 6 | Q.     If you wanted a cardiovascular study | | |
| 134: 7 | done, you could have ordered that; right? | | |
| **134:9  -  134:10** | Scolnick, Edward 2005-04-29 | | |
| 134: 9 | THE WITNESS:  I would ask people to | | |
| 134: 10 | design a protocol to do it, yes. | | |
| **134:12  -  134:17** | Scolnick, Edward 2005-04-29 | | |
| 134: 12 | Q.     And you could have ordered that it be | | |
| 134: 13 | done; right? | | |
| 134: 14 | A.     I could order it to be done.  I | | |
| 134: 15 | couldn't design the protocols.  My people would then | | |
| 134: 16 | have to, which they frequently did, say we have to | | |
| 134: 17 | find a way to do this. | | |
| **141:23  -  142:1** | Scolnick, Edward 2005-04-29 | 00:00:11 | |
| 141: 23 | Q:  You weren't allowed to go out and | | |
| 141: 24 | tell doctors through your sales representatives that | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8843-3   Filed 11/20/06   Page 19 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| **141: 25** | Vioxx reduced the serious clinical side effects | | |
| **142: 1** | associated with traditional NSAIDs; right? | | |
| **142:5 - 142:9** | Scolnick, Edward 2005-04-29          00:00:04 | | |
| 142: 5 | THE WITNESS: Serious | | |
| 142: 6 | gastrointestinal side effects? | | |
| 142: 7 | BY MR. BUCHANAN: | | |
| 142: 8 | Q: Yes. | | |
| 142: 9 | A: That is correct. | | |
| **143:15 - 144:7** | Scolnick, Edward 2005-04-29          00:00:04 | | |
| 143: 15 | Q.    So, the VIGOR trial was designed to | | |
| 143: 16 | test the safety of Vioxx 50 milligrams and | | |
| 143: 17 | rheumatoid arthritics over long-term use; correct? | | |
| 143: 18 | A.    Yes. | | |
| 143: 19 | Q.    Okay. | | |
| 143: 20 | That trial completed, what, in, March | | |
| 143: 21 | of 2000? | | |
| 143: 22 | A.    Yes, that's correct. | | |
| 143: 23 | Q.    And when -- let's see. | | |
| 143: 24 | Did you have access to the data from | | |
| 143: 25 | the VIGOR trial prior to March of 2000? | | |
| 144: 1 | A.    I did not. | | |
| 144: 2 | Q.    You had no access to any data? | | |
| 144: 3 | A.    None. | | |
| 144: 4 | Q.    But you sought access to it, didn't | | |
| 144: 5 | you? | | |
| 144: 6 | A.    I wanted to see the data the minute | | |
| 144: 7 | the trial was over and everything was calculated. | | |
| **144:24 - 145:3** | Scolnick, Edward 2005-04-29          00:00:04 | | |
| 144: 24 | Q.    So, you first received the data, | | |
| 144: 25 | what, March 9, 2000 when you got the data? | | |
| 145: 1 | A.    I believe that date is correct. I | | |
| 145: 2 | don't recall the date at this point that I saw the | | |
| 145: 3 | data. | | |
| **145:12 - 145:18** | Scolnick, Edward 2005-04-29 | **[145:10] - [146:23]** | **Barnett:** |
| 145: 12 | BY MR. BUCHANAN: | **Deft's Obj:** Plaintiff is | **Smith:** Not desingated. |
| 145: 13 | Q.    And your conclusion was that the CV | adding these | **Mason:** Not desingated. |
| 145: 14 | events are clearly there; right? | designations even | |
| 145: 15 | A.    I stated that. | though this exact | |
| 145: 16 | Q.    Okay. | testimony appears 3 | |
| 145: 17 | You also conclude that the effect was | other times in these | |
| 145: 18 | mechanism based; true? | deposition clips. | |
| **145:20 - 145:24** | Scolnick, Edward 2005-04-29 | | |
| 145: 20 | THE WITNESS: I made that statement. | If obj. overruled, add: | |
| 145: 21 | BY MR. BUCHANAN: | [146:10] - [146:23] | |
| 145: 22 | Q.    And you, in fact, acknowledged that | | |
| 145: 23 | you'd previously worried about that particular | | |
| 145: 24 | mechanism-related problem with Vioxx; right? | | |
| **146:1 - 146:9** | Scolnick, Edward 2005-04-29 | | |
| 146: 1 | THE WITNESS: I wrote an e-mail note | | |
| 146: 2 | containing all of the information that you're | | |
| 146: 3 | talking about. | | |
| 146: 4 | BY MR. BUCHANAN: | | |
| 146: 5 | Q.    Well, you were truthful in your | | |
| 146: 6 | e-mail; right? | | |
| 146: 7 | A.    That is an accurate rendition of that | | |
| 146: 8 | e-mail. Those were my initial thoughts when I saw | | |
| 146: 9 | the VIGOR data. | | |
| **147:8 - 147:11** | Scolnick, Edward 2005-04-29 | | |
| 147: 8 | Q.    When were you first worried about the | | |
| 147: 9 | potential that Vioxx could cause cardiovascular | | |
| 147: 10 | events? | | |
| 147: 11 | A.    I was first -- | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 20 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**147:13  -  148:22**   Scolnick, Edward 2005-04-29

147: 13   THE WITNESS: -- made aware of the
147: 14   theory when the prostacyclin metabolite data came
147: 15   up.  We looked carefully at all of the data
147: 16   preclinically and clinically, could not find any
147: 17   evidence to support there was a risk, and until the
147: 18   VIGOR study, I didn't worry about it again.
147: 19                          - - -
147: 20      (Whereupon, Deposition Exhibit
147: 21       Scolnick-3, E-mail, 3-9-00,
147: 22       MRK-ABH0016219, was marked for
147: 23       identification.)
147: 24                          - - -
147: 25   BY MR. BUCHANAN:
148: 1      Q.    Let me pass over to you what we
148: 2   marked as exhibit, I think, Exhibit 3 to your
148: 3   deposition, sir.  It is the March 9th, 2000 e-mail
148: 4   from yourself to Deborah Shapiro, Alise Reicin and
148: 5   Alan Nies, Bates stamped MRK-ABH0016219.  The
148: 6   subject is VIGOR.  You copied yourself on this.  Do
148: 7   you see that?
148: 8   A.    I do.

**148:9  -  148:22**   Scolnick, Edward 2005-04-29

148: 9      Q.    Why did you send it to yourself?
148: 10   A.    I don't recall.
148: 11   Q.    Important e-mail?
148: 12   A.    I don't recall.
148: 13   Q.    Did you make a practice of sending
148: 14   important e-mails to yourself, sir?
148: 15      A.    I sometimes wanted things copied and
148: 16   sometimes didn't.  I don't recall why I sent this to
148: 17   myself.  I didn't even remember I had copied myself.
148: 18      Q.    It is not something your computer did
148: 19   on its own; right?
148: 20   A.    No, it didn't.
148: 21   Q.    So, you had to specifically type your
148: 22   name in there as a cc?

**149:3  -  149:8**   Scolnick, Edward 2005-04-29

149: 3   Looking through this, and I guess
149: 4   it's about two-thirds down, you say, "It is a shame
149: 5   but it is a low incidence and it is mechanism based
149: 6   as we worried it was."  "It is a shame," you're
149: 7   referring to the cardiovascular events?
149: 8   A.    Yes, I am.

**149:9  -  149:18**   Scolnick, Edward 2005-04-29

149: 9   Q.    That's what you had worried about
149: 10   prior to approval of the drug?
149: 11   A.    That's the question that had been
149: 12   raised with no evidence to support it.
149: 13   Q.    Right.
149: 14   Well, at that point in time when you
149: 15   were worried about cardiovascular events
149: 16   preapproval, you could have ordered a CV trial to
149: 17   see whether Vioxx was safe from a cardiovascular
149: 18   perspective; true?

**149:20  -  149:23**   Scolnick, Edward 2005-04-29

149: 20   THE WITNESS:  We took many actions to
149: 21   see if Vioxx was safe in the cardiovascular and
149: 22   concluded that at that point it was not necessary to
149: 23   do an additional CV trial.

**151:1  -  151:3**   Scolnick, Edward 2005-04-29

151: 1      1      If you had done a CV trial, ordered a
151: 2      2   CV trial to be done, that would have slowed down the
151: 3      3   approval process for Vioxx; true?

**151:6  -  151:8**   Scolnick, Edward 2005-04-29

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-3   Filed 11/20/06   Page 21 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 151: 6      6       THE WITNESS:  At what time would we | | |
| 151: 7      7   have done that?  And we wouldn't have even known | | |
| 151: 8      8   what kind of trial to do. | | |
| | | |
| **151:10  -  152:4**      Scolnick, Edward 2005-04-29 | | |
| 151: 10      Q.     Well, an issue was identified in 1997 | | |
| 151: 11      by Garret FitzGerald, a consultant to your company; | | |
| 151: 12      correct? | | |
| 151: 13      A.     Yes. | | |
| 151: 14      Q.     It was an issue that raised potential | | |
| 151: 15      cardiovascular concerns with Vioxx; correct? | | |
| 151: 16      A.     Theoretical concerns. | | |
| 151: 17      Q.     If you had conducted a CV outcomes | | |
| 151: 18      trial in 1998, started it in 1998, that would have | | |
| 151: 19      slowed down the approval process for the drug; true? | | |
| 151: 20      A:  That is true. | | |
| 151: 21      Q:  If you had told the FDA, we're | | |
| 151: 22      concerned, we may have a potential cardiovascular | | |
| 151: 23      issue with the drug, we'd want to do a CV safety | | |
| 151: 24      study, that would have slowed down the approval | | |
| 151: 25      process? | | |
| 152: 1      A:  That would have. We gave the FDA all | | |
| 152: 2      of the data, including Garret FitzGerald's data, in | | |
| 152: 3      the NDA and all the other analyses we did | | |
| 152: 4      preapproval. | | |
| | | |
| **152:5  -  152:9**      Scolnick, Edward 2005-04-29      00:00:10 | | |
| 152: 5      Q:  You didn't give him the result of a | | |
| 152: 6      CV outcomes trial preapproval; right? | | |
| 152: 7      A:  We gave them an analysis of all the | | |
| 152: 8      cardiovascular events in our NDA, which showed no | | |
| 152: 9      evidence that Vioxx caused CV events. | | |
| | | |
| **152:12  -  152:13**      Scolnick, Edward 2005-04-29      00:00:05 | | |
| 152: 12      Q:  You didn't give them the results from | | |
| 152: 13      a CV outcomes trial preapproval, did you? | | |
| | | |
| **152:15  -  152:23**      Scolnick, Edward 2005-04-29      00:00:16 | | |
| 152: 15      THE WITNESS:  There was no -- we did | | |
| 152: 16      not do a separate CV outcomes trial preapproval. | | |
| 152: 17      BY MR. BUCHANAN: | | |
| 152: 18      Q:  So, you couldn't give them the data | | |
| 152: 19      from such a trial? | | |
| 152: 20      A:  I've answered your question. | | |
| 152: 21      Q:  You couldn't give them the data from | | |
| 152: 22      such a trial? Could you answer that? | | |
| 152: 23      A:  Yes. | | |
| | | |
| | | |
| **153:1  -  153:12**      Scolnick, Edward 2005-04-29 | | |
| 153: 1      read a few minutes ago where you say, "it is a low | | |
| 153: 2      incidence and it is mechanism based as we worried it | | |
| 153: 3      was," you use the phrase, "mechanism based."  What | | |
| 153: 4      does that mean? | | |
| 153: 5      A.     What it generally means is that it | | |
| 153: 6      has something to do with the mechanism of action of | | |
| 153: 7      the drug. | | |
| 153: 8      Q.     Okay. | | |
| 153: 9      And what was the mechanism of action | | |
| 153: 10      of this drug that you believed on March 9th was | | |
| 153: 11      causing the cardiovascular events that you saw in | | |
| 153: 12      the data from the VIGOR trial? | | |
| | | |
| **153:14  -  153:22**      Scolnick, Edward 2005-04-29 | | |
| 153: 14      THE WITNESS:  I was alluding to the | | |
| 153: 15      thromboxane/prostacyclin data that had been | | |
| 153: 16      published earlier. | | |
| 153: 17      BY MR. BUCHANAN: | | |
| 153: 18      Q.     That's the thromboxane/prostacyclin | | |
| 153: 19      theory that had been raised long before you had even | | |
| 153: 20      identified a molecule to test in people? | | |
| 153: 21      A.     Long before even COX-2 was ever | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8643-5 Filed 11/20/06 Page 22 of 111
Plaintiffs' and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | | | Objections | Rulings |
|---|---|---|---|---|---|
| 153: 22 | | discovered. | | | |
| | | | | | |
| **174:5** - | **174:17** | Scolnick, Edward 2005-04-29 | 00:00:29 | | |
| 174: 5 | | what's the Data Safety Monitoring Board, sir, in | | | |
| 174: 6 | | general terms? | | | |
| 174: 7 | | A:  In general terms, it's an external | | | |
| 174: 8 | | group that monitors the safety of the Merck trials, | | | |
| 174: 9 | | for all trials or many trials. | | | |
| 174: 10 | | Q:  And you have a different group for | | | |
| 174: 11 | | each trial or the same group for all trials? | | | |
| 174: 12 | | A:  I think it's a different group for | | | |
| 174: 13 | | each trial because the clinical expertise is -- | | | |
| 174: 14 | | different clinical trials, different clinical | | | |
| 174: 15 | | expertise. | | | |
| 174: 16 | | Q:  Did the VIGOR trial have a DSMB? | | | |
| 174: 17 | | A:  Yes, it did. | | | |
| | | | | | |
| **174:21** - | **175:9** | Scolnick, Edward 2005-04-29 | 00:00:37 | | |
| 174: 21 | | Q:  To be clear in the DSMB's function, | | | |
| 174: 22 | | the DSMB has access to unblinded data during the | | | |
| 174: 23 | | conduct of clinical trials if they want it; correct? | | | |
| 174: 24 | | A:  Yes, I believe that's true. | | | |
| 174: 25 | | Q:  Because their function is to ensure | | | |
| 175: 1 | | the safety of patients in those clinical trials, at | | | |
| 175: 2 | | least one of their functions; true? | | | |
| 175: 3 | | A:  Yes. | | | |
| 175: 4 | | Q:  Okay. | | | |
| 175: 5 | | Do you recall that the DSMB in the | | | |
| 175: 6 | | VIGOR trial sent a letter to Merck stating that they | | | |
| 175: 7 | | wanted the cardiovascular events in the VIGOR trial | | | |
| 175: 8 | | separately analyzed as compared to other safety | | | |
| 175: 9 | | analyses the company was doing? | | | |
| | | | | | |
| **175:16** - | **175:17** | Scolnick, Edward 2005-04-29 | 00:00:05 | | |
| 175: 16 | | THE WITNESS:  I became aware of that | | | |
| 175: 17 | | memo long after it was sent to people at MRL. | | | |
| | | | | | |
| **178:4** - | **178:7** | Scolnick, Edward 2005-04-29 | 00:00:11 | | |
| 178: 4 | | Q:  When you saw that letter from Dr. | | | |
| 178: 5 | | Weinblatt to Dr. Reicin, did that letter suggest to | | | |
| 178: 6 | | you that Merck may have a cardiovascular issue with | | | |
| 178: 7 | | Vioxx? | | | |
| | | | | | |
| **178:9** - | **178:13** | Scolnick, Edward 2005-04-29 | 00:00:12 | | |
| 178: 9 | | THE WITNESS:  When I saw that letter, | | | |
| 178: 10 | | I wondered what had been in Dr. Weinblatt's mind | | | |
| 178: 11 | | when he sent the letter, and that's what I wondered. | | | |
| 178: 12 | | I hadn't seen the letter. I don't know what was in | | | |
| 178: 13 | | his mind. | | | |
| | | | | | |
| **179:2** - | **179:12** | Scolnick, Edward 2005-04-29 | 00:00:20 | | |
| 179: 2 | | Q:  You've never spoken to him? | | | |
| 179: 3 | | A:  I don't recall speaking to Dr. | | | |
| 179: 4 | | Weinblatt. | | | |
| 179: 5 | | Q:  Never called him up after you got the | | | |
| 179: 6 | | results of the VIGOR trial and asked what concerned | | | |
| 179: 7 | | you and the data you were looking at during the | | | |
| 179: 8 | | conduct of the trial? | | | |
| 179: 9 | | A:  No, I never called Dr. Weinblatt. | | | |
| 179: 10 | | Q:  Never asked Dr. Weinblatt why you | | | |
| 179: 11 | | allowed the trial to continue in the face of the | | | |
| 179: 12 | | cardiovascular events in the trial? | | | |
| | | | | | |
| **179:14** - | **179:16** | Scolnick, Edward 2005-04-29 | 00:00:05 | | |
| 179: 14 | | THE WITNESS:  No. I didn't. I | | | |
| 179: 15 | | didn't know what data he had. I never dealt | | | |
| 179: 16 | | directly with DSMBs. | | | |
| | | | | | |
| **203:22** - | **204:20** | Scolnick, Edward 2005-04-29 | 00:00:58 | | |
| 203: 22 | | Q:  Before our break, we were talking | | | |
| 203: 23 | | about -- at least a few moments before our break we | | | |

Dedrick v. Merck Co., Inc.
Plaintiffs' and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 23 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 203: 24 | were talking about your March 9, 2000 e-mail. Do | |
| 203: 25 | you recall that testimony? | |
| 204: 1 | A:  Yes, I do. | |
| 204: 2 | Q:  That was the e-mail where you | |
| 204: 3 | identified that the CV events were 'clearly there.' | |
| 204: 4 | Right? | |
| 204: 5 | A:  Yes. | |
| 204: 6 | Q:  That it appeared to be 'mechanism | |
| 204: 7 | based' as you 'worried it was.' Right? | |
| 204: 8 | A:  That's what the e-mail says, yes. | |
| 204: 9 | Q:  And you said it was also 'real.' | |
| 204: 10 | Right? | |
| 204: 11 | A:  Yes. | |
| 204: 12 | Q:  Then we talked about what Merck and | |
| 204: 13 | you did in response to your initial concerns about | |
| 204: 14 | the CV issues with Vioxx; right? | |
| 204: 15 | A:  Yes. | |
| 204: 16 | Q:  Now, over a period of weeks, you | |
| 204: 17 | reached the conclusion, contrary to your March 9th | |
| 204: 18 | e-mail, that it wasn't Vioxx that was causing the | |
| 204: 19 | problems, it was naproxen that was protecting | |
| 204: 20 | against the problems; is that right? | |

| 204:22  -  205:10 | Scolnick, Edward 2005-04-29 | 00:00:28 |
|---|---|---|
| 204: 22 | THE WITNESS:  That's correct. | |
| 204: 23 | BY MR. BUCHANAN: | |
| 204: 24 | Q:  You reached that conclusion in, what, | |
| 204: 25 | 18 days? | |
| 205: 1 | A:  Within that period of time. | |
| 205: 2 | Q:  Well, Merck issued a press release to | |
| 205: 3 | the public on March 27, 2000 letting them know about | |
| 205: 4 | the CV events in the trial as well as the GI events | |
| 205: 5 | in the trial; correct? | |
| 205: 6 | A:  Yes. | |
| 205: 7 | Q:  And you stated at that point in time | |
| 205: 8 | that you believed that the explanation for the | |
| 205: 9 | difference between the two arms was the | |
| 205: 10 | cardioprotective effect of naproxen; correct? | |

| 205:17  -  205:18 | Scolnick, Edward 2005-04-29 | 00:00:04 |
|---|---|---|
| 205: 17 | THE WITNESS:  Yes, that's basically | |
| 205: 18 | what the press release said. | |

| 207:6  -  207:8 | Scolnick, Edward 2005-04-29 | 00:00:10 |
|---|---|---|
| 207: 6 | Q:  So, within 18 days, you had made a | |
| 207: 7 | complete 180 in your view as to the cause of the CV | |
| 207: 8 | events in the VIGOR trial; right? | |

| 207:12  -  207:15 | Scolnick, Edward 2005-04-29 | 00:00:15 |
|---|---|---|
| 207: 12 | A:  Yes. I thought the explanation which | |
| 207: 13 | best explained the results was naproxen's | |
| 207: 14 | cardioprotective activity based on data analysis, | |
| 207: 15 | literature analysis, as I've stated. | |

| 209:8  -  209:11 | Scolnick, Edward 2005-04-29 | 00:00:10 |
|---|---|---|
| 209: 8 | Q:  Did you bring in anybody who wasn't | |
| 209: 9 | on the Merck payroll to look at the data from the | |
| 209: 10 | VIGOR trial before you reached the decision that | |
| 209: 11 | naproxen was cardioprotective? | |

| 209:14  -  210:3 | Scolnick, Edward 2005-04-29 | 00:00:28 |
|---|---|---|
| 209: 14 | THE WITNESS:  As I've stated, I | |
| 209: 15 | didn't bring in an outside consultant. I do not | |
| 209: 16 | know who the team might have consulted as outside | |
| 209: 17 | investigators. | |
| 209: 18 | BY MR. BUCHANAN: | |
| 209: 19 | Q:  But you're pretty sure, though, if | |
| 209: 20 | you had told your team, I want to get this data | |
| 209: 21 | looked at by somebody independent of Merck, they | |
| 209: 22 | could have done that; right? | |
| 209: 23 | A:  They could have done it. I don't | |
| 209: 24 | know whether -- I don't that they didn't do it. | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 68435-5   Filed 11/20/06   Page 24 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**209: 25**    Q:  But you do know you didn't tell them
**210: 1**    to do it?
**210: 2**    A:  I did not. I did not, that is
**210: 3**    correct.

**231:4  -  231:8**    Scolnick, Edward 2005-04-29      00:00:17
231: 4    Q:  Sir, did you ever just do a
231: 5    calculation to figure out what the implication to
231: 6    the public could be that were using your drug if
231: 7    your drug really was cardiotoxic, as you thought on
231: 8    March 9?

**231:12  -  231:15**    Scolnick, Edward 2005-04-29      00:00:11
231: 12    THE WITNESS:  The answer to your
231: 13    question, I didn't make that calculation. I
231: 14    considered patient safety, as I always have, and all
231: 15    the data supported our hypothesis.

**231:17  -  232:4**    Scolnick, Edward 2005-04-29      00:00:28
231: 17    Q:  Did you consider the implications to
231: 18    the sales of the drug if your initial conclusion was
231: 19    the final conclusion?
231: 20    A:  Of course. And that was not part of
231: 21    my reason for reaching my conclusion.
231: 22    Q:  What was the implication to sales of
231: 23    the drug if your initial conclusion was, in fact,
231: 24    the final conclusion?
231: 25    A:  Sales of the drug would be
232: 1    significantly curtailed. The sales of the drug
232: 2    would be curtailed. Even with the publicly
232: 3    available information, sales of the drug would be
232: 4    curtailed.

**232:5  -  232:7**    Scolnick, Edward 2005-04-29      00:00:04
232: 5    Q:  So, you knew --
232: 6    A:  And we made all of the data available
232: 7    instantly anyway.

**232:8  -  232:11**    Scolnick, Edward 2005-04-29      00:00:08
232: 8    Q:  Did you ever tell the public your
232: 9    initial conclusion?
232: 10    A:  I did not because I thought it was an
232: 11    error.

**232:12  -  232:14**    Scolnick, Edward 2005-04-29      00:00:06
232: 12    Q:  Did you ever send an e-mail out to
232: 13    the people on this e-mail list and let them know,
232: 14    guys, I think I made a mistake?

**232:16  -  232:19**    Scolnick, Edward 2005-04-29      00:00:12
232: 16    THE WITNESS:  Substantial period of
232: 17    time later with even more analysis, I told them that
232: 18    I thought they had done a great job and that I was
232: 19    confident in the safety of the drug.

**232:21  -  233:9**    Scolnick, Edward 2005-04-29      00:00:24
232: 21    Q:  Did you ever send an e-mail at the
232: 22    end of March 2000 saying, boy, I was way off on
232: 23    this --
232: 24    A:  No, I did --
232: 25    Q:  -- I feel very comfortable with the
233: 1    data now?
233: 2    A:  I did not send that in an e-mail like
233: 3    that, no.
233: 4    Q:  In fact, at the end of March, you
233: 5    were still worried, weren't you?
233: 6    A:  Yes, I was, even though I had reached
233: 7    what I thought was the right conclusion. I always
233: 8    worried about the safety of our drugs, and I
233: 9    continued to worry about it.

**233:10  -  233:19**    Scolnick, Edward 2005-04-29      00:00:25

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 25 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 233: 10 | Q: But you weren't so worried to tell | | |
| 233: 11 | the FDA, were you? | | |
| 233: 12 | A: The FDA had all the data. The FDA | | |
| 233: 13 | has competent scientists and can judge the data for | | |
| 233: 14 | themselves. They knew that this was a new finding | | |
| 233: 15 | potentially for naproxen. They could interpret the | | |
| 233: 16 | data for themselves, and had they been concerned, | | |
| 233: 17 | they would have expressed that to us and told us if | | |
| 233: 18 | they were that concerned with the aggregate of data, | | |
| 233: 19 | do something differently. | | |
| **233:23  -  234:2** | Scolnick, Edward 2005-04-29          00:00:09 | | |
| 233: 23 | Q: Did you tell the FDA you were | | |
| 233: 24 | worried? | | |
| 233: 25 | A: I didn't speak to the FDA, and I | | |
| 234: 1 | don't know what the regulatory affairs people told | | |
| 234: 2 | the FDA. | | |
| **235:23  -  236:1** | Scolnick, Edward 2005-04-29          00:00:09 | | |
| 235: 23 | You don't think the FDA or the | | |
| 235: 24 | medical community would have been interested in what | | |
| 235: 25 | you, Ed Scolnick, were worried about with respect to | | |
| 236: 1 | Vioxx? | | |
| **236:3  -  236:8** | Scolnick, Edward 2005-04-29          00:00:16 | | |
| 236: 3 | THE WITNESS: If the FDA had wanted | | |
| 236: 4 | to ask me, they would have asked me, and I | | |
| 236: 5 | communicated with members of the medical community | | |
| 236: 6 | in consultants' meetings. I don't know what the | | |
| 236: 7 | medical community as a whole or the public as a | | |
| 236: 8 | whole would have liked to know. | | |
| **236:18  -  236:24** | Scolnick, Edward 2005-04-29          00:00:18 | | |
| 236: 18 | Q: So, you're saying that if the FDA had | | |
| 236: 19 | wanted to figure out what you were thinking in terms | | |
| 236: 20 | of concerns about Vioxx, they could have asked you? | | |
| 236: 21 | Is that it? | | |
| 236: 22 | A: The FDA could have asked me any time | | |
| 236: 23 | if they wanted to. They had all the data available | | |
| 236: 24 | to them. | | |
| **236:25  -  237:5** | Scolnick, Edward 2005-04-29          00:00:08 | | |
| 236: 25 | Q: And if they asked you, you would have | | |
| 237: 1 | told them you were worried? | | |
| 237: 2 | A: I would have told them my concerns, | | |
| 237: 3 | what we did, what conclusions we reached. | | |
| 237: 4 | Q: Would you have told them you were | | |
| 237: 5 | worried? | | |
| **237:9  -  237:10** | Scolnick, Edward 2005-04-29          00:00:01 | | |
| 237: 9 | THE WITNESS: I would have told them | | |
| 237: 10 | my concerns -- | | |
| **237:13  -  237:18** | Scolnick, Edward 2005-04-29          00:00:14 | | |
| 237: 13 | THE WITNESS: -- or my worries and | | |
| 237: 14 | what the data was and what our conclusions were and | | |
| 237: 15 | had a dialogue with them if they had asked me. My | | |
| 237: 16 | regulatory affairs people routinely have discussions | | |
| 237: 17 | like that with the FDA. They are my instrument for | | |
| 237: 18 | dealing with the FDA. | | |
| **237:20  -  238:8** | Scolnick, Edward 2005-04-29          00:00:23 | | |
| 237: 20 | Q: Well, ultimately there was an | | |
| 237: 21 | Advisory Committee held in February 2001; right? | | |
| 237: 22 | A: I think that date is correct. | | |
| 237: 23 | Q: And it was to consider certain of the | | |
| 237: 24 | clinical trial data from VIGOR; right? | | |
| 237: 25 | A: Yes. | | |
| 238: 1 | Q: And in particular, GI safety; right? | | |
| 238: 2 | A: Yes. | | |
| 238: 3 | Q: As well as CV safety; true? | | |
| 238: 4 | A: Correct. | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8643-3   Filed 11/20/06   Page 26 of 111

| | | Designated Testimony | Objections | Rulings |
|---|---|---|---|---|

| 238: 5 | | Q: GI being gastrointestinal? | | |
| 238: 6 | | A: Yes. | | |
| 238: 7 | | Q: CV being cardiovascular? | | |
| 238: 8 | | A: Correct. | | |

| **238:9 -** | **238:18:00** | Scolnick, Edward 2005-04-29 | | |
| 238: 9 | | 9    Q.    Did you tell the FDA, you, Ed | | |
| 238: 10 | | 10   Scolnick, in February 2001 that you were worried | | |
| 238: 11 | | 11   about the safety of Vioxx from a cardiovascular | | |
| 238: 12 | | 12   perspective? | | |
| 238: 13 | | 13      A.    In February '01 I was not worried | | |
| 238: 14 | | 14   about the cardiovascular safety of Vioxx.  Our team | | |
| 238: 15 | | 15   presented the Merck Research Labs view of Vioxx and | | |
| 238: 16 | | 16   all of the data to the FDA at that meeting, answered | | |
| 238: 17 | | 17   all the questions, and they represented me.  I was | | |
| 238: 18 | | 18   not directly involved in that meeting. | | |

| **240:4 -** | **240:14** | Scolnick, Edward 2005-04-29 | | |
| 240: 4 | | Q.    You never told the FDA at any point | | |
| 240: 5 | | in time to the best of your knowledge that your | | |
| 240: 6 | | initial conclusion was that the CV events seen in | | |
| 240: 7 | | the VIGOR trial were mechanism based and | | |
| 240: 8 | | attributable to Vioxx? | | |
| 240: 9 | | A.    I never told them that. | | |
| 240: 10 | | Q.    To the best of your knowledge, did | | |
| 240: 11 | | anybody at Merck ever tell FDA that Ed Scolnick, | | |
| 240: 12 | | president of Merck Research Labs' initial conclusion | | |
| 240: 13 | | was that the CV events seen in the VIGOR trial were | | |
| 240: 14 | | due to Vioxx? | | |

| **240:16 -** | **240:19** | Scolnick, Edward 4-29-05   240:16-240:19 | | |
| 240: 16 | | THE WITNESS:  I don't know whether | | |
| 240: 17 | | people did or didn't.  To the best of my knowledge, | | |
| 240: 18 | | it was not done.  It could have been done, I don't | | |
| 240: 19 | | know. | | |

| **240:21 -** | **241:5** | Scolnick, Edward 4-29-05   241:6-241:10 | | |
| 240: 21 | | 21      Q.    You don't think the FDA would have | | |
| 240: 22 | | 22   wanted to know that? | | |
| 240: 23 | | 23      A.    I think the FDA knew that for | | |
| 240: 24 | | 24   themselves. | | |
| 240: 25 | | 25      Q.    Do you think the FDA figured that out | | |
| 241: 1 | | 1   on their own? | | |
| 241: 2 | | 2      A.    I think the FDA figured out that | | |
| 241: 3 | | 3   there might be a mechanism base the events and | | |
| 241: 4 | | 4   that Vioxx might have caused it because they had all | | |
| 241: 5 | | 5   the data, and they knew the literature. | | |

| **241:6 -** | **241:10** | Scolnick, Edward 4-29-05   241:6-241:10 | | |
| 241: 6 | | Q.    They didn't have any way to figure | | |
| 241: 7 | | out, though, that the president of Merck Research | | |
| 241: 8 | | Labs, when he first saw the data, concluded that | | |
| 241: 9 | | Vioxx was the most likely cause of the CV events | | |
| 241: 10 | | seen in the VIGOR trial; right? | | |

| **241:12 -** | **241:13** | Scolnick, Edward 4-29-05   241:12-241:13 | | |
| 241: 12 | | THE WITNESS:  They would not have | | |
| 241: 13 | | known that single fact, that is correct. | | |

| **241:15 -** | **242:7** | Scolnick, Edward 4-29-05   241:15-242:7 | | |
| 241: 15 | | Q.    Sir, do you respect the FDA? | | |
| 241: 16 | | A.    Yes, I do.  I have great respect for | | |
| 241: 17 | | the FDA. | | |
| 241: 18 | | Q.    You respect their ability? | | |
| 241: 19 | | A.    Yes, I do.  Many people at the FDA | | |
| 241: 20 | | are really excellent scientists. | | |
| 241: 21 | | Q.    Do you respect their power? | | |
| 241: 22 | | A.    Absolutely. | | |
| 241: 23 | | Q.    Do you respect their role in their | | |
| 241: 24 | | system for drug approval? | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 86435   Filed 11/20/06   Page 27 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

241: 25    A.   I do indeed.
242: 1    Q.   Do you respect their role in the
242: 2   labeling process?
242: 3    A.   I do.
242: 4    Q.   You respect the role they play in
242: 5   protecting the public?
242: 6    A.   I do.
242: 7    Q.   Then why did you fight them so hard?

**242:9 -   242:21**    Scolnick, Edward 4-29-05    242:9-242:21
242: 9   THE WITNESS: We didn't fight them so
242: 10   hard. We wanted -- we submitted our data rapidly to
242: 11   them. We were interested in a rapid review and
242: 12   rapid labeling discussions and wanted them to
242: 13   consider all the data in the label, the GI data, the
242: 14   Alzheimer's data, the VIGOR data. And that's not
242: 15   fighting them hard. That's just asking them to
242: 16   consider all the data and not just part of the data.
242: 17   BY MR. BUCHANAN:
242: 18    Q.   Merck submitted a proposed label to
242: 19   FDA sometime in 2000; right?
242: 20    A.   Yes. I believe within three months
242: 21   of having the VIGOR data.

**242:18 -   242:21**    Scolnick, Edward 2005-04-29     00:00:23
242: 18   Q: Merck submitted a proposed label to
242: 19   FDA sometime in 2000; right?
242: 20   A: Yes. I believe within three months
242: 21   of having the VIGOR data.

**243:22 -   244:14**    Scolnick, Edward 2005-04-29     00:00:38
243: 22   So, at the end of March of 2000,
243: 23   Merck issues a press release and tells the world the
243: 24   favorable properties of Vioxx found in the VIGOR
243: 25   trial as it relates to GI effects; correct?
244: 1   A: That is correct.
244: 2   Q: Also discloses that there's an
244: 3   increased number of -- excuse me -- a decreased
244: 4   number of cardiovascular effects in the naproxen arm
244: 5   of the VIGOR trial; right?
244: 6   A: That's correct.
244: 7   Q: You didn't tell the public that there
244: 8   was an increased number of cardiovascular events in
244: 9   the Vioxx arm; right?
244: 10   A: The press release was not worded that
244: 11   way, that is correct.
244: 12   Q: Okay. Because that would have
244: 13   suggested that Vioxx had actually increased the
244: 14   risk; right?

**244:16 -   244:17**    Scolnick, Edward 2005-04-29     00:00:03
244: 16   THE WITNESS: It might have suggested
244: 17   that, and we didn't believe that.

**244:19 -   244:25**    Scolnick, Edward 2005-04-29     00:00:18
244: 19   Q: You were trying to convey to people
244: 20   that it was, in fact, naproxen that was reducing the
244: 21   risk? That's why you reported the numbers that way?
244: 22   A: We were -- had concluded that it was
244: 23   naproxen which had lowered the risk, and the press
244: 24   release expressed our view, and it stated this was a
244: 25   new finding for naproxen.

**245:4 -   245:7**    Scolnick, Edward 2005-04-29     00:00:12
245: 4   Q: You were trying to convey to people
245: 5   that it was, in fact, naproxen that was reducing the
245: 6   risk of cardiovascular events in the VIGOR trial;
245: 7   true?

**245:9 -   245:10**    Scolnick, Edward 2005-04-29     00:00:04
245: 9   THE WITNESS: True. That's the way

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 28 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 245: 10    the press release was worded, as I stated before. | | |

**245:17 - 245:25**    Scolnick, Edward 2005-04-29    00:00:59
245: 17    Q: Doctor, before we go on, even two
245: 18    weeks after you issued the press release, you,
245: 19    Merck, issued the press release announcing the VIGOR
245: 20    results, Dr. Ed Scolnick was still personally
245: 21    worried about what the results from VIGOR really
245: 22    meant; true?
245: 23    A: That's correct.
245: 24    Q: And you were worried that Vioxx was
245: 25    actually causing cardiovascular events; true?

**246:2 - 247:19**    Scolnick, Edward 2005-04-29    00:01:28
246: 2    THE WITNESS: I was worried that we
246: 3    couldn't exclude an effect of Vioxx, although the
246: 4    major effect, I was convinced, was due to naproxen.
246: 5    BY MR. BUCHANAN:
246: 6    Q: And you actually told your staff that
246: 7    you personally were actually in minor agony over the
246: 8    issue; true?
246: 9    A: True.
246: 10    Q: And you told your staff that we're
246: 11    not going to know the answer until we do an outcomes
246: 12    trial; right?
246: 13    A: That we were not going to know -- we
246: 14    were not going to be able to exclude an effect of
246: 15    Vioxx until we did an outcomes trial.
246: 16    Q: You told your staff, your project
246: 17    team, we will not know for sure what is going on
246: 18    until we do an outcomes trial; true?
246: 19    A: True.
246: 20    Q: And you wanted to do a big outcomes
246: 21    trial; right?
246: 22    A: Yes. That's correct.
246: 23    Q: Not some pooled analysis; right?
246: 24    A: That's correct.
246: 25    Q: You wanted to do a 10,000 patient
247: 1    study on Vioxx, 10,000 people on a comparator agent;
247: 2    true?
247: 3    A: True. That's correct.
247: 4    Q: You were advocating using Tylenol as
247: 5    the comparator agent; right?
247: 6    A: That was my idea, yes.
247: 7    Q: You wanted to do a 20,000 person
247: 8    study in April of 2000 to evaluate the
247: 9    cardiovascular safety of Vioxx; right?
247: 10    A: Correct.
247: 11    Q: It was going to be a head-to-head
247: 12    trial, Tylenol on one arm, Vioxx on the other;
247: 13    right?
247: 14    A: That's correct.
247: 15    Q: And when did you run that trial?
247: 16    A: The project team told me that was a
247: 17    trial that could not be done because patients
247: 18    couldn't be kept on Tylenol who had osteoarthritis
247: 19    for that long a period of time.

**247:20 - 248:9**    Scolnick, Edward 2005-04-29    00:00:35
247: 20    Q: Is that right?
247: 21    A: That's what --
247: 22    Q: You can't --
247: 23    A: Tylenol is not sufficient as a
247: 24    painkiller to patients with osteoarthritis, and,
247: 25    therefore, the trial could not be done, and I had to
248: 1    accept that because they felt that way unanimously,
248: 2    very strongly, that you couldn't do the trial, and
248: 3    if the alternative was to do it against another
248: 4    comparator nonsteroidal, it might not give as clear
248: 5    an answer. And so we were in a conundrum about what
248: 6    trial to do at that point.
248: 7    Q: Well, you were the boss; right?

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8643-3 Filed 11/20/06 Page 29 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|

| | |
|---|---|
| 248: 8 | A: I never asked them to do a trial that |
| 248: 9 | they thought was undoable. |

| | |
|---|---|
| **248:10 - 248:15** | Scolnick, Edward 4-29-05   248:10-248:15 |
| 248: 10 | Q.    You were the boss at that point in |
| 248: 11 | time; right? |
| 248: 12 | A.    Yes, I was. |
| 248: 13 | Q.    On matters of science, the buck |
| 248: 14 | stopped with you; right? |
| 248: 15 | A.    I was the boss. |

| | |
|---|---|
| **248:17 - 248:23** | Scolnick, Edward 4-29-05   248:10-248:15 |
| 248: 16 | Q.    You had ultimate authority to compel |
| 248: 17 | a study to be done if you wanted an outcomes study |
| 248: 18 | to be done; true? |
| 248: 19 | MR. MAYER:  Objection to the form. |
| 248: 20 | THE WITNESS:  I never had ultimate |
| 248: 21 | authority to compel a study to be done that was an |
| 248: 22 | undesignable study.  I respected my staff in that |
| 248: 23 | respect -- in that regard enormously. |

| | |
|---|---|
| **252:9  - 253:18** | Scolnick, Edward 2005-04-29                    00:01:26 |
| 252: 9 | Let's look at this e-mail, then, from |
| 252: 10 | April 12, 2000 from you to Dr. Reicin. You wrote |
| 252: 11 | this late at night; right? |
| 252: 12 | A: Yes. It's dated 10:42 p.m. |
| 252: 13 | Q: You sent it with high importance; |
| 252: 14 | true? |
| 252: 15 | A: True. |
| 252: 16 | Q:  And you wrote: 'Hi Alise. I have |
| 252: 17 | been trading e-mails with Doug Greene in real time.' |
| 252: 18 | Who is Doug Greene? |
| 252: 19 | A:  Doug Greene at the time was head of |
| 252: 20 | the clinical, regulatory and statistics department |
| 252: 21 | at Merck, which is usually referred to as |
| 252: 22 | development. |
| 252: 23 | Q:  'We all are online too late. I will |
| 252: 24 | tell you my worry quotient is high. I actually am |
| 252: 25 | in minor agony.' Do you see that? |
| 253: 1 | A: I do. |
| 253: 2 | Q: You wrote that? |
| 253: 3 | A: I did. |
| 253: 4 | Q: You meant it? |
| 253: 5 | A: I did. |
| 253: 6 | Q:  'What I really want to do is a 10000 |
| 253: 7 | versus 10000 patient study in mild - moderate OA |
| 253: 8 | Tylenol versus Vioxx with PRN' -- is that |
| 253: 9 | preventative? |
| 253: 10 | A: No. It means use if you need. |
| 253: 11 | Q:  'With PRN low dose ASA.' Is that |
| 253: 12 | aspirin? |
| 253: 13 | A: Yes. |
| 253: 14 | Q:  'For those judged to need it.' |
| 253: 15 | Sir, are you telling me that you |
| 253: 16 | couldn't do a long-term study in patients with even |
| 253: 17 | mild osteoarthritis, Tylenol versus Vioxx? |
| 253: 18 | A:  That's what my team told me. |

| | |
|---|---|
| **253:25  - 254:4** | Scolnick, Edward 2005-04-29                    00:00:12 |
| 253: 25 | Q:  You continue. 'WE WILL NOT KNOW FOR |
| 254: 1 | SURE WHAT IS GOING ON UNTIL WE DO THIS STUDY. |
| 254: 2 | PLEASE THINK HARD ABOUT THE DESIGN BEFORE THE PAC |
| 254: 3 | MEETING.' You wrote that in all caps; right? |
| 254: 4 | A: I did. |

| | |
|---|---|
| **254:5  - 254:8** | Scolnick, Edward 2005-04-29                    00:00:12 |
| 254: 5 | Q: When did you do a CV outcomes study |
| 254: 6 | of any design comparing Vioxx to a comparator agent |
| 254: 7 | with the primary endpoint being cardiovascular |
| 254: 8 | events? |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8843-3   Filed 11/20/06   Page 30 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| **254:10   -   254:18** | Scolnick, Edward 2005-04-29 | 00:00:22 | |
| 254: 10 | THE WITNESS:  After debating many | | |
| 254: 11 | protocols, we decided that we wanted -- the only way | | |
| 254: 12 | we would answer any lingering doubt was to do it | | |
| 254: 13 | against placebo and finally came up with a protocol | | |
| 254: 14 | for doing that. | | |
| 254: 15 | BY MR. BUCHANAN: | | |
| 254: 16 | Q:  Right. You didn't design a specific | | |
| 254: 17 | trial with a predetermined endpoint to monitor | | |
| 254: 18 | cardiovascular events, though; did you? | | |
| **254:20   -   254:23** | Scolnick, Edward 2005-04-29 | 00:00:09 | |
| 254: 20 | THE WITNESS:  We did not do that. We | | |
| 254: 21 | aggregated three large trials with a predefined | | |
| 254: 22 | endpoint to be cardiovascular mortality with an | | |
| 254: 23 | ample power to look for cardiovascular events. | | |
| **263:23   -   264:8** | Scolnick, Edward 2005-04-29 | 00:00:37 | |
| 263: 23 | Q:  Sir, I'm passing you over what we | | |
| 263: 24 | just marked as exhibit, I think it's 7, to your | | |
| 263: 25 | deposition. It's entitled, 'VIOXX Outcomes Study | | |
| 264: 1 | Potential Designs.' For the record, it is | | |
| 264: 2 | MRK-ABT0014818 to 827. Do you recognize this as a | | |
| 264: 3 | slide set, sir? | | |
| 264: 4 | A:  That's what it looks like it is. | | |
| 264: 5 | Q:  Okay. It's entitled, 'VIOXX Outcomes | | |
| 264: 6 | Study Potential Designs.' It is a PowerPoint | | |
| 264: 7 | printout. Is that what it looks like to you? | | |
| 264: 8 | A:  More or less. | | |
| **264:21   -   265:13** | Scolnick, Edward 2005-04-29 | 00:00:30 | |
| 264: 21 | Q:  This document summarizes several | | |
| 264: 22 | different outcomes studies concerning cardiovascular | | |
| 264: 23 | issues that were being considered in or around April | | |
| 264: 24 | of 2000; true? | | |
| 264: 25 | A:  Yes. | | |
| 265: 1 | Q:  One of the outcomes studies that was | | |
| 265: 2 | being considered was the Vioxx versus Tylenol study; | | |
| 265: 3 | true? | | |
| 265: 4 | A:  Yes. | | |
| 265: 5 | Q:  There's some pros and cons listed | | |
| 265: 6 | there; right? | | |
| 265: 7 | A:  Yes. | | |
| 265: 8 | Q:  One of the pros is, 'This study | | |
| 265: 9 | directly addresses the question of the CV safety of | | |
| 265: 10 | COX-2 inhibitors.' Do you see that? | | |
| 265: 11 | A:  Yes. | | |
| 265: 12 | Q:  I read that right; correct? | | |
| 265: 13 | A:  Yes. | | |
| **266:25   -   267:17** | Scolnick, Edward 2005-04-29 | 00:00:41 | |
| 266: 25 | Q:  Okay. There's two cons that are | | |
| 267: 1 | listed here; right? | | |
| 267: 2 | A:  Yes. | | |
| 267: 3 | Q:  One is, 'Demonstration of a CV | | |
| 267: 4 | difference would likely be due to a COX2 CLASS | | |
| 267: 5 | effect but would put VIOXX at extreme disadvantage | | |
| 267: 6 | to celebrex and negate existing OA and Alzheimers | | |
| 267: 7 | data.' Do you see that? | | |
| 267: 8 | A:  I do. | | |
| 267: 9 | Q:  The next point was there was a | | |
| 267: 10 | possibility that you detect 'small differences from | | |
| 267: 11 | Tylenol in GI safety,' and that would be of concern; | | |
| 267: 12 | true? | | |
| 267: 13 | A:  That's what it says. | | |
| 267: 14 | Q:  Okay. You were concerned that if you | | |
| 267: 15 | went head-to-head Vioxx versus Tylenol, you might | | |
| 267: 16 | highlight some favorable GI safety properties of | | |
| 267: 17 | Tylenol. Isn't that right? | | |
| **267:19   -   268:1** | Scolnick, Edward 2005-04-29 | 00:00:13 | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8643-5 Filed 11/20/06 Page 31 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

267: 19   THE WITNESS:  That's what this says.
267: 20   I wasn't concerned about that. That's what this
267: 21   says.
267: 22   BY MR. BUCHANAN:
267: 23   Q:  Okay.
267: 24   There was also a possibility that you
267: 25   might be wrong, and the cardiovascular effects seen
268: 1   in VIGOR was really due to Vioxx; right?

**268:3  -  268:4**   Scolnick, Edward 2005-04-29        00:00:03
268: 3   THE WITNESS:  That's what this says
268: 4   as a con for the study.

**268:16  -  268:21**   Scolnick, Edward 2005-04-29        00:00:14
268: 16   So, it wouldn't have been unethical
268: 17   to do a trial of Vioxx versus Tylenol?
268: 18   A:  What I said is it would be undoable
268: 19   based on other input people gave me because Tylenol
268: 20   would not relieve pain enough to be monotherapy in
268: 21   such a trial.

**268:22  -  269:10**   Scolnick, Edward 2005-04-29        00:00:29
268: 22   Q:  So, someone was speculating that if
268: 23   you did Vioxx versus Tylenol, people may fall out of
268: 24   the Tylenol arm over time because it was
268: 25   ineffective; is that right?
269: 1   A:  Yes. Not speculating, but saying it
269: 2   just as in -- the same manner as on this slide, that
269: 3   was another point brought up many times during the
269: 4   discussion.
269: 5   Q:  Well, that's what I'm wondering. I
269: 6   don't see it on this slide. Do you see that point
269: 7   raised on this slide, sir?
269: 8   A:  I do not, but it was something people
269: 9   talked about. Not all points of meetings are on our
269: 10   slides.

**270:2  -  270:17**   Scolnick, Edward 2005-04-29        00:00:42
270: 2   Now, apart from just asking your
270: 3   internal folks and thinking about yourself what type
270: 4   of CV study could be done, you actually consulted
270: 5   with some people from outside Merck; right?
270: 6   A:  Several.
270: 7   Q:  Okay. You asked them whether a CV
270: 8   study could be designed to evaluate the
270: 9   cardiovascular safety of Vioxx, didn't you?
270: 10   A:  I asked them what kind of study could
270: 11   be designed, yes.
270: 12   Q:  You actually spoke with a John Oates
270: 13   about whether a trial could be done to test the CV
270: 14   safety of Vioxx; right?
270: 15   A:  I don't remember all the people that
270: 16   our group talked to. Dr. Oates was one of our
270: 17   consultants on our board of advisors.

**271:10  -  271:24**   Scolnick, Edward 2005-04-29        00:00:40
271: 10   Q:  Wasn't it Dr. Oates' view right after
271: 11   the VIGOR data was released that you had to do
271: 12   another trial comparing Vioxx with aspirin and
271: 13   naproxen to see whether Vioxx was cardiotoxic?
271: 14   A:  I don't remember. I really don't
271: 15   remember.
271: 16   Q:  Do you remember that study design
271: 17   being proposed?
271: 18   A:  I remember that among several study
271: 19   designs, yes.
271: 20   Q:  Did you ever do that study?
271: 21   A:  That study was not done.
271: 22   Q:  You never did a study like that;
271: 23   right?
271: 24   A:  That study was not done.

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 68435-5 Filed 11/20/06 Page 32 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**275:21 - 275:25**  Scolnick, Edward 2005-04-29  00:00:08
275: 21  Q:  Do you remember Merck dealing with
275: 22  Dr. Topol in 2001 concerning the design of a CV
275: 23  outcome trial?
275: 24  A:  I believe Merck research scientists
275: 25  dealt with Dr. Topol, yes.

**276:6 - 276:11**  Scolnick, Edward 2005-04-29  00:00:13
276: 6  Q:  You'd agree he's a respected
276: 7  cardiologist?
276: 8  A:  He has a significant reputation in
276: 9  cardiology.
276: 10  Q:  He's a respected cardiologist, sir?
276: 11  A:  He has a significant reputation.

**276:20 - 276:22**  Scolnick, Edward 2005-04-29  00:00:08
276: 20  Q:  Do you respect Dr. Topol?
276: 21  A:  I think there are some things he's
276: 22  done in science which have not held up to be true.

**277:2 - 277:3**  Scolnick, Edward 2005-04-29  00:00:07
277: 2  Q:  Do you respect Dr. Topol? Yes or no?
277: 3  A:  I think he --

**277:7 - 277:17**  Scolnick, Edward 2005-04-29  00:00:26
277: 7  Q:  Can you answer my question yes or no,
277: 8  sir?
277: 9  A:  I have mixed thoughts about his
277: 10  publication record, so, I can't answer your
277: 11  question.
277: 12  Q:  Did you have mixed thoughts about his
277: 13  publication record back in 2001?
277: 14  A:  I can't recall.
277: 15  Q:  Did you only have a mixed view of his
277: 16  publication record after he started to publish
277: 17  articles negative to Vioxx?

**277:19 - 278:2**  Scolnick, Edward 2005-04-29  00:00:30
277: 19  THE WITNESS:  No. No.
277: 20  BY MR. BUCHANAN:
277: 21  Q:  Well, what are you referring to then
277: 22  concerning Dr. Topol's mixed publication record?
277: 23  A:  I'm referring, one, to his
277: 24  meta-analysis of the Vioxx data, which was, I've
277: 25  been told by statisticians I respect, a completely
278: 1  flawed analysis, and some of his genetics work which
278: 2  has been proven to be wrong.

**278:4 - 278:6**  Scolnick, Edward 2005-04-29  00:00:11
278: 4  So, one of the things that you based
278: 5  your mixed view of Dr. Topol on is the negative
278: 6  study he published concerning Vioxx; correct?

**278:8 - 279:5**  Scolnick, Edward 2005-04-29  00:00:48
278: 8  THE WITNESS:  Base it not on the
278: 9  negative study, base it on the methods which he used
278: 10  to do the methods -- the negative study.
278: 11  BY MR. BUCHANAN:
278: 12  Q:  Let's be clear about what we're
278: 13  talking about.
278: 14  In August of 2001, Dr. Topol
278: 15  published a study in the Journal of the American
278: 16  Medical Association; true?
278: 17  A:  True.
278: 18  Q:  That study was raising caution about
278: 19  the potential for COX-2 inhibitors like Vioxx and
278: 20  Celebrex to cause cardiovascular events; true?
278: 21  A:  That's what that study claimed to
278: 22  have shown.
278: 23  Q:  And you're saying that you have
278: 24  spoken to statisticians that challenge the work of

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 33 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

278: 25   Dr. Topol in terms of its statistical rigor. Is
279: 1   that what you're saying?
279: 2   A: That's exactly what I'm saying.
279: 3   Q: Did you tell Dr. Topol that?
279: 4   A: I've never discussed anything
279: 5   directly with Dr. Topol.

**279:10 - 279:12**   Scolnick, Edward 2005-04-29   00:00:05
279: 10   Q: Well, did you know that some of your
279: 11   scientists went out to talk to Dr. Topol about that
279: 12   article even before it was published?

**279:14 - 279:23**   Scolnick, Edward 2005-04-29   00:00:23
279: 14   THE WITNESS: I believe that Dr.
279: 15   Reicin told me that she and Dr. Demopoulos, who was
279: 16   a cardiologist by training, were going out to see
279: 17   him to discuss the article.
279: 18   BY MR. BUCHANAN:
279: 19   Q: And they went out to see him before
279: 20   the article in the Journal of the American Medical
279: 21   Association was published; right?
279: 22   A: I believe they did. I believe that's
279: 23   what Dr. Reicin told me.

**280:9 - 280:14**   Scolnick, Edward 2005-04-29   00:00:12
280: 9   Q: And the objective was that Dr. Topol
280: 10   would not publish the article in the form it
280: 11   currently existed because that was negative to
280: 12   Vioxx; true?
280: 13   A: Because it was inaccurately done
280: 14   statistically.

**282:2 - 282:16**   Scolnick, Edward 2005-04-29   00:00:24
282: 2   Q: Well, the Journal of the American
282: 3   Medical Association has editors; right?
282: 4   A: Yes, it does.
282: 5   Q: I mean, Dr. Topol just didn't just
282: 6   publish this article in JAMA by himself; right?
282: 7   A: That is correct.
282: 8   Q: There were editors at JAMA who
282: 9   reviewed the article; right?
282: 10   A: I don't know who reviewed the
282: 11   article.
282: 12   Q: Well, in your experience, sir, in the
282: 13   peer-reviewed medical literature, there are editors
282: 14   at medical journals; true?
282: 15   A: There are, but I don't know how that
282: 16   article was reviewed or who reviewed it.

**283:1 - 283:5**   Scolnick, Edward 2005-04-29   00:00:08
283: 1   Q: You would agree, sir, that it would
283: 2   be unusual for a journal like JAMA not to have an
283: 3   article like that peer reviewed?
283: 4   A: It would be unusual, but I don't know
283: 5   what they did.

**283:11 - 283:13**   Scolnick, Edward 2005-04-29   00:00:15
283: 11   In fact, Merck actually issued a
283: 12   press release preemptively to challenge the results
283: 13   from that JAMA article, didn't they?

**283:16 - 283:17**   Scolnick, Edward 2005-04-29   00:00:02
283: 16   THE WITNESS: I don't recall at all
283: 17   whether that was done.

**284:5 - 284:17**   Scolnick, Edward 2005-04-29   00:00:36
284: 5   if we can get that out. The peer-reviewed medical
284: 6   literature is the vehicle through which -- is a
284: 7   vehicle through which scientific opinion is
284: 8   exchanged; true?
284: 9   A: Correct.
284: 10   Q: And the standard way of responding to

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 34 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

284: 11  scientific opinion expressed in scientific
284: 12  literature is to respond in scientific literature to
284: 13  that particular issue raised; true?
284: 14  A:  True.
284: 15  Q:  It is not standard practice to
284: 16  respond to an opinion in a medical article with a
284: 17  press release disparaging an article; true?

**284:20  -  285:15**     Scolnick, Edward 2005-04-29          00:00:30
284: 20  THE WITNESS:  That's not the usual
284: 21  practice. I don't recall what Merck did.
284: 22  BY MR. BUCHANAN:
284: 23  Q:  Is that a practice you endorse?
284: 24  A:  Absolutely not.
284: 25  Q:  The appropriate way to respond is in
285: 1  the medical journal itself; true?
285: 2  A:  That is an appropriate way to
285: 3  respond.
285: 4  Q:  You could write a letter to the
285: 5  editor; right?
285: 6  A:  Yes, correct.
285: 7  Q:  You can submit your own article?
285: 8  A:  Correct.
285: 9  Q:  Or you can publish a competing
285: 10  article in another journal; right?
285: 11  A:  Correct.
285: 12  Q:  But one of the things that you think
285: 13  would be unusual is to issue a press release to
285: 14  respond to an article in the medical literature;
285: 15  true?

**285:17  -  285:20**     Scolnick, Edward 2005-04-29          00:00:04
285: 17  THE WITNESS:  It would be unusual.
285: 18  BY MR. BUCHANAN:
285: 19  Q:  And just not right?
285: 20  A:  It would be --

**285:22  -  286:1**     Scolnick, Edward 2005-04-29          00:00:06
285: 22  THE WITNESS:  It is not a standard
285: 23  way of doing it.
285: 24  BY MR. BUCHANAN:
285: 25  Q:  And certainly nothing you'd endorse?
286: 1  A:  That is correct.

**293:11  -  293:20**     Scolnick, Edward 2005-04-29          00:00:28
293: 11  Q:  But May of 2001, you were still
293: 12  interested in a trial to evaluate the CV safety of
293: 13  Vioxx; true?
293: 14  A:  That is true. I constantly wanted to
293: 15  garner additional data to what we already had to
293: 16  further prove what we had concluded.
293: 17  Q:  And nobody had come up with an idea
293: 18  by 2001 of a CV study that could be done to evaluate
293: 19  the cardiovascular safety of Vioxx? That's your
293: 20  testimony?

**293:23  -  294:2**     Scolnick, Edward 2005-04-29          00:00:15
293: 23  THE WITNESS:  As the discussions
293: 24  evolved, what everybody focused on was a study
293: 25  versus placebo, and no placebo-controlled trial had
294: 1  yet been brought forth that people were satisfied
294: 2  with the design on.

**296:8  -  296:9**     Scolnick, Edward 2005-04-29          00:00:04
296: 8  Q:  Do you remember the VALOR trial, sir?
296: 9  A:  I don't remember that name, no.

**296:25  -  297:19**     Scolnick, Edward 2005-04-29          00:00:54
296: 25  Q:  Dr. Scolnick, I just passed you over
297: 1  what we marked as Exhibit 10 to your deposition. It
297: 2  is Bates stamped MRK-ABA0003490 to 3491. It is a
297: 3  letter from a Carlo Patrono; correct?

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 86435-5   Filed 11/20/06   Page 35 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

297: 4   A: Yes. It's from Dr. Patrono.
297: 5   Q: Ever seen this before?
297: 6   A: I don't recall.
297: 7   Q: Who is Dr. Braunwald?
297: 8   A: Braunwald is a well-known
297: 9   cardiologist at Peter Bent Brigham Hospital.
297: 10   Q: Here in Massachusetts?
297: 11   A: Yes.
297: 12   Q: That's affiliated with Harvard; is
297: 13   that right?
297: 14   A: Yes, it is.
297: 15   Q: Merck was actually speaking to
297: 16   Dr. Braunwald about running a VALOR trial; right?
297: 17   A: That's what this letter suggests. I
297: 18   remember Dr. Braunwald making suggestions, but I
297: 19   don't remember the details involved.

**298:24   -   299:11**   Scolnick, Edward 2005-04-29   00:00:31
298: 24   Q: Well, do you recall at the end of
298: 25   2001 there was increased urgency to do a
299: 1   cardiovascular study; true?
299: 2   A: There was, because a number of
299: 3   people, scientists and others, still were
299: 4   questioning whether Vioxx had been a contributor in
299: 5   the VIGOR trial as opposed to naproxen being
299: 6   beneficial.
299: 7   Q: People were still worried about
299: 8   whether Vioxx was causing cardiovascular events;
299: 9   true?
299: 10   A: There were some people who still were
299: 11   raising that question.

**300:12   -   301:10**   Scolnick, Edward 2005-04-29   00:00:54
300: 12   I may have asked you this, but did
300: 13   you run the VALOR trial?
300: 14   A: No, I don't think the VALOR trial was
300: 15   run.
300: 16   Q: Why not?
300: 17   A: I don't remember why the VALOR trial
300: 18   wasn't run. This sounds like a pretty complicated
300: 19   trial to me, and I don't remember why it wasn't run.
300: 20   Q: Was money an issue?
300: 21   A: I don't remember why the VALOR trial
300: 22   wasn't run. As I said, this seems like a fairly
300: 23   complicated paragraph here from Dr. Patrono to Dr.
300: 24   Braunwald, so, I'm not able to figure this out
300: 25   quickly.
301: 1   Q: Do you see the third paragraph? It
301: 2   reads, 'I have serious reservations about the role
301: 3   of the Sponsor.' The sponsor would be Merck?
301: 4   A: Presumably.
301: 5   Q: 'I have serious reservations about
301: 6   the role of the Sponsor in monitoring and
301: 7   termination of the study, as well as in the
301: 8   statistical analysis of the results.' Do you see
301: 9   that?
301: 10   A: I do.

**305:15   -   305:19**   Scolnick, Edward 2005-04-29   00:00:19
305: 15   Following the Advisory Committee in
305: 16   2001, a series of negotiations took place with FDA
305: 17   concerning the label for Vioxx; right?
305: 18   A: Yes, a very long time before we
305: 19   actually got a label from them.

**311:21   -   313:3**   Scolnick, Edward 2005-04-29   00:01:28
311: 21   Q: I want to pass you over what we just
311: 22   marked as Exhibit 11 to your deposition. It's an
311: 23   e-mail dated January 31st, 2001 from you to Mr.
311: 24   Gilmartin and Mr. Anstice. The subject is 'Monday
311: 25   MC.' Do you see that?
312: 1   A: Yes.

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 68435-5   Filed 11/20/06   Page 36 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

312: 2    Q: 'MC' refers to management committee?
312: 3    A: Yes.
312: 4    Q: It is Bates stamped MRK-ACR0008985.
312: 5    You write, I guess it's the second
312: 6    sentence or so: 'The Vigor meeting is next
312: 7    thursday. On Monday I will show you the essence, an
312: 8    update, of the data that supports Vioxx is safe in
312: 9    the Cv sense. But I want to point out to all of you
312: 10    at one time that 1. there is no way to prove that in
312: 11    patients with rheumatoid arthritis that,' and you
312: 12    put this in all caps, 'ALL of the difference between
312: 13    Vioxx and naproxen is due to the benefit of
312: 14    naproxen.' Do you see that.
312: 15    A: I do.
312: 16    Q: Then you continue. 'IT IS IMPOSSIBLE
312: 17    TO PROVE THIS.' That's all caps; right?
312: 18    A: Yes.
312: 19    Q: And you continue further. 'IT IS
312: 20    IMPOSSIBLE TO KNOW THIS WITH CERTAINTY.' That's
312: 21    what you wrote; right?
312: 22    A: I did.
312: 23    Q: And that was -- that was your feeling
312: 24    as of January 31st, 2001?
312: 25    A: Yes. That's just what I've just told
313: 1    you again.
313: 2    Q: A week before the Advisory Committee?
313: 3    A: Yes.

**313:25 - 314:15**    Scolnick, Edward 2005-04-29    00:00:37
313: 25    Q: You continue, 'Knowing what is about
314: 1    to happen, managing the short term fall out, and
314: 2    facing and managing any longer term consequences.'
314: 3    'Short term fall out,' what are you thinking about
314: 4    there?
314: 5    A: When all the data is presented again,
314: 6    people will raise questions whether we can prove the
314: 7    negative completely and, therefore, will question
314: 8    whether they should use Vioxx or not.
314: 9    Q: 'Short term fall out' also refers to
314: 10    potential impact on Merck stock; right?
314: 11    A: I don't know. I think I had in mind
314: 12    just the effects on Vioxx.
314: 13    Q: Well, the effects of Vioxx would
314: 14    include decreased sales of Vioxx; true?
314: 15    A: Yes.

**315:11 - 315:24**    Scolnick, Edward 2005-04-29    00:00:27
315: 11    Q: Well, did you think that negative
315: 12    labeling for Vioxx would have an adverse effect on
315: 13    Vioxx sales?
315: 14    A: Certainly.
315: 15    Q: Did you think that if there was a CV
315: 16    warning for Vioxx, that that would have a negative
315: 17    effect on Vioxx sales?
315: 18    A: Certainly, but I didn't expect a CV
315: 19    warning based on the data.
315: 20    Q: Did you think that if there was a CV
315: 21    warning on Vioxx, that would also have an effect on
315: 22    Merck stock?
315: 23    A: Certainly. But as I've said, I did
315: 24    not expect a CV warning.

**322:6 - 325:17**    Scolnick, Edward 2005-04-29    00:03:21
322: 6    Q: And you really thought it was a
322: 7    challenge in your team to convince the FDA and the
322: 8    Advisory Committee that Vioxx didn't have a
322: 9    cardiovascular problem; true?
322: 10    A: We had all the data which said that
322: 11    we didn't have a problem, and we wanted to make sure
322: 12    we could present all that data, sure.
322: 13    Q: But it wasn't just a challenge, it
322: 14    was almost impossible; right?

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 322: 15    A: It was impossible to prove the | | |
| 322: 16    negative, which I pointed out in my e-mail note. It | | |
| 322: 17    was possible to present all the data which supported | | |
| 322: 18    our position. | | |
| 322: 19    Q: Well, the Advisory Committee went | | |
| 322: 20    well from your perspective; true? | | |
| 322: 21    A: Yes. Quite well. | | |
| 322: 22    Q: Your team did a fantastic job; true? | | |
| 322: 23    A: Yes. | | |
| 322: 24    Q: And they made the FDA look like | | |
| 322: 25    'grade d high school students.' Isn't that what you | | |
| 323: 1    said? | | |
| 323: 2    A: I did in an e-mail note, yes. I | | |
| 323: 3    regret those words, but we did a good job. | | |
| 323: 4    Q: You meant them when you wrote it? | | |
| 323: 5    A: It was -- I meant them. It was an | | |
| 323: 6    allusion to something that had happened a few years | | |
| 323: 7    ago, but I did write those words. | | |
| 323: 8    Q: This is the same FDA that you | | |
| 323: 9    respect? | | |
| 323: 10    A: Yes. | | |
| 323: 11    Q: This is the same FDA that's | | |
| 323: 12    responsible for the public safety? | | |
| 323: 13    A: That's correct. | | |
| 323: 14    Q: This is the same FDA that's | | |
| 323: 15    responsible for evaluating the cardiovascular data | | |
| 323: 16    concerning your drug? | | |
| 323: 17    A: Yes. | | |
| 323: 18    Q: And you were proud that your team | | |
| 323: 19    made the FDA look like grade D high school students; | | |
| 323: 20    true? | | |
| 323: 21    A: I wrote those words. I regret the | | |
| 323: 22    choice of words. I wrote those words. | | |
| 323: 23    MR. BUCHANAN: Let's mark as Exhibit | | |
| 323: 24    12, I think, the e-mail you were referring to, sir. | | |
| 323: 25    - - - | | |
| 324: 1    (Whereupon, Deposition Exhibit | | |
| 324: 2    Scolnick-12, E-mails, MRK-ACT0018064, | | |
| 324: 3    was marked for identification.) | | |
| 324: 4    - - - | | |
| 324: 5    THE WITNESS: Yes. | | |
| 324: 6    BY MR. BUCHANAN: | | |
| 324: 7    Q: Dr. Scolnick, I just passed you over | | |
| 324: 8    Exhibit 12 to your deposition. It is an e-mail, two | | |
| 324: 9    e-mails, the earliest of which is an e-mail from you | | |
| 324: 10    to several folks, subject, 'Today.' It's Bates | | |
| 324: 11    stamped MKR-ACT0018064. It's dated Thursday, | | |
| 324: 12    February 8, 2001, 9:10 p.m. is the time. Do you see | | |
| 324: 13    that? | | |
| 324: 14    A: Yes, I do. | | |
| 324: 15    Q: You wrote this the day of the | | |
| 324: 16    February 2001 Advisory Committee? | | |
| 324: 17    A: I don't remember the date of the | | |
| 324: 18    meeting. | | |
| 324: 19    Q: You wrote 'To ALL' -- | | |
| 324: 20    A: It looks like it is the same day. | | |
| 324: 21    Q: 'To ALL: I bit my nails all day.' | | |
| 324: 22    You're referring to you listening to the Advisory | | |
| 324: 23    Committee? | | |
| 324: 24    A: Either listening or being there. I | | |
| 324: 25    don't remember whether I was there or I viewed it. | | |
| 325: 1    Q: If you didn't go, you did listen? | | |
| 325: 2    A: Yes. | | |
| 325: 3    Q: You said, 'You all were FANTASTIC.' | | |
| 325: 4    You wrote that in all caps; right? | | |
| 325: 5    A: Yes. | | |
| 325: 6    Q: You then wrote that 'You made them | | |
| 325: 7    look like grade d high school students.' Right? | | |
| 325: 8    A: That's what the memo says. | | |
| 325: 9    Q: You say, 'and you won big huge and | | |
| 325: 10    completely.' True? | | |
| 325: 11    A: That's what I said. | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 38 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 325: 12   Q:  You wrote that? | | |
| 325: 13   A:  Yes. | | |
| 325: 14   Q:  You note at the end of this that your | | |
| 325: 15   team should, 'enjoy and bask in the warmth of having | | |
| 325: 16   done an impossible job superbly.' Is that right? | | |
| 325: 17   A:  That's what I wrote. | | |
| | | |
| **326:7   -   326:10**   Scolnick, Edward 2005-04-29      00:00:15 | | |
| 326: 7   You agree it is not very flattering | | |
| 326: 8   to refer to the agency responsible for protecting | | |
| 326: 9   the public health as it relates to drugs as 'grade d | | |
| 326: 10   high school students.' | | |
| | | |
| **326:12   -   326:16**   Scolnick, Edward 2005-04-29      00:00:10 | | |
| 326: 12   THE WITNESS:  No, it is not | | |
| 326: 13   flattering. As I said, it came from an allusion to | | |
| 326: 14   an earlier event related to the crux of an Advisory | | |
| 326: 15   Committee meeting, and it was inappropriate in this | | |
| 326: 16   context. | | |
| | | |
| **329:10   -   329:24**   Scolnick, Edward 2005-04-29      00:00:49 | | |
| 329: 10   Q:  So, after this Advisory Committee in | | |
| 329: 11   February of 2001, you got a letter from the FDA | | |
| 329: 12   saying that they were conditionally approving | | |
| 329: 13   Merck's supplemental new drug application; right? | | |
| 329: 14   A:  At some point we got a letter back | | |
| 329: 15   from them, yes. | | |
| 329: 16   Q:  You didn't like the tone of the | | |
| 329: 17   letter, though, did you? | | |
| 329: 18   A:  We didn't like the tone, and we | | |
| 329: 19   didn't like the content. As I said earlier, they | | |
| 329: 20   ignored all the GI data. They completely left it | | |
| 329: 21   out. They left out the Alzheimer's data, and they | | |
| 329: 22   had a warning, despite what had happened at the | | |
| 329: 23   Advisory Committee, where no warning was suggested | | |
| 329: 24   based on all the data, or voted for. | | |
| | | |
| **331:12   -   331:18**   Scolnick, Edward 2005-04-29      00:00:27 | | |
| 331: 12   Q:  For the record, Dr. Scolnick, I've | | |
| 331: 13   just passed you what we've marked as Exhibit 13 to | | |
| 331: 14   your deposition. It's a two-page series of e-mails | | |
| 331: 15   Bates stamped MRK-ACR0009151 to 9152. Doctor, you | | |
| 331: 16   are, in fact, an author and recipient on several of | | |
| 331: 17   these e-mails; true? | | |
| 331: 18   A:  Yes. | | |
| | | |
| **332:9   -   332:25**   Scolnick, Edward 2005-04-29      00:00:42 | | |
| 332: 9   Q:  You didn't like the tone of the | | |
| 332: 10   approvable letter you got from Merck's supplemental | | |
| 332: 11   NDA; true? | | |
| 332: 12   A:  That's correct. I don't remember | | |
| 332: 13   what was in it at this point, so, it's very hard to | | |
| 332: 14   respond to your question. | | |
| 332: 15   Q:  I'll just read the first sentence. | | |
| 332: 16   'To ALL: I am sure you imagine my reaction to the | | |
| 332: 17   tone of the letter. The open ended request for | | |
| 332: 18   safety updates is a filibuster.' Do you see that? | | |
| 332: 19   A:  Yes. | | |
| 332: 20   Q:  What's a filibuster? | | |
| 332: 21   A:  It's a delaying tactic. | | |
| 332: 22   Q:  So, you thought the FDA was trying to | | |
| 332: 23   delay approval of your supplemental NDA request to | | |
| 332: 24   get safety information? | | |
| 332: 25   A:  That's what I wrote. | | |
| | | |
| **333:11   -   334:12**   Scolnick, Edward 2005-04-29      00:00:52 | | |
| 333: 11   Q:  You viewed this is as a delay tactic | | |
| 333: 12   by the FDA? Is that your testimony? | | |
| 333: 13   A:  That's what I was worried about. | | |
| 333: 14   Q:  Then you state, 'When will you find | | |
| 333: 15   out what they have done for our competitor? If by | | |
| 333: 16   any chance they get a better label now and we are | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 39 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 333: 17    asked for this much more data, I will be in Janet's | | |
| 333: 18    office the next day.' Do you see that? | | |
| 333: 19    A:  Yes. | | |
| 333: 20    Q:  Your competitor would be Celebrex? | | |
| 333: 21    A:  Yes. | | |
| 333: 22    Q:  The manufacturer of Celebrex? | | |
| 333: 23    A:  Yes. | | |
| 333: 24    Q:  Okay. | | |
| 333: 25    You were concerned that the | | |
| 334: 1    manufacturers of Celebrex were going to get an | | |
| 334: 2    approved label before Vioxx was going to get an | | |
| 334: 3    approved label? | | |
| 334: 4    A:  For GI outcomes, yes, that's what I | | |
| 334: 5    think I was concerned about. | | |
| 334: 6    Q:  And if that happened, you were going | | |
| 334: 7    to go down there to the FDA and see Janet the next | | |
| 334: 8    day; is that right? | | |
| 334: 9    A:  That is what I said in the memo. | | |
| 334: 10    Q:  Who is Janet? | | |
| 334: 11    A:  Janet was Janet Woodcock, who was, I | | |
| 334: 12    believe, the head of the drug part of the FDA. | | |
| | | |
| **334:20  -  334:24**    Scolnick, Edward 2005-04-29     00:00:08 | | |
| 334: 20    Q:  So, you felt you could go down there | | |
| 334: 21    to Janet's office, and you could tell her to | | |
| 334: 22    straighten things out and make sure that Merck's | | |
| 334: 23    label got approved on the terms you wanted it | | |
| 334: 24    approved on? | | |
| | | |
| **335:1  -  335:4**    Scolnick, Edward 2005-04-29     00:00:08 | | |
| 335: 1    THE WITNESS:  I don't know exactly | | |
| 335: 2    what I was thinking. I certainly wanted to advocate | | |
| 335: 3    on Merck's behalf if this were to happen. That's | | |
| 335: 4    what this memo says. | | |
| | | |
| **335:12  -  335:15**    Scolnick, Edward 2005-04-29     00:00:10 | | |
| 335: 12    Q:  Sir, is that the way it's supposed to | | |
| 335: 13    work, when you want to address a labeling request | | |
| 335: 14    with the FDA, you go down, and you go into Janet | | |
| 335: 15    Woodcock's office to address it? | | |
| | | |
| **335:18  -  336:8**    Scolnick, Edward 2005-04-29     00:00:45 | | |
| 335: 18    THE WITNESS:  The head of the drug | | |
| 335: 19    office can be involved in labeling negotiations. | | |
| 335: 20    BY MR. BUCHANAN: | | |
| 335: 21    Q:  Is that who Janet Woodcock was? | | |
| 335: 22    A:  I believe at the time she was head of | | |
| 335: 23    the drug approval part of the FDA as opposed to | | |
| 335: 24    vaccines and other parts of the FDA, I believe, but | | |
| 335: 25    I'm not certain. | | |
| 336: 1    Q:  So, in other words, if the FDA | | |
| 336: 2    perchance decided to give the Celebrex manufacturers | | |
| 336: 3    the label they had sought before you got it, you | | |
| 336: 4    were going to go down to the, what's this, the head | | |
| 336: 5    of drug approval and complain? Is that your | | |
| 336: 6    testimony? | | |
| 336: 7    A:  That was -- that's what this note | | |
| 336: 8    implies. | | |
| | | |
| **340:24  -  341:5**    Scolnick, Edward 2005-04-29     00:00:14 | | |
| 340: 24    Q:  You said that you weren't just going | | |
| 340: 25    to stop with Janet; right? | | |
| 341: 1    A:  That's what this says. | | |
| 341: 2    Q:  You said you'd go beyond if you | | |
| 341: 3    needed to with other contacts you'd made in HHS; | | |
| 341: 4    right? | | |
| 341: 5    A:  That's what this says. | | |
| | | |
| | | |
| **336:19 -  336:22**    Scolnick, Edward 4-29-05    336:17-336:22 | | |
| 336: 19    BY MR. BUCHANAN: | | |
| 336: 20    Q.    It's your view, though, that the FDA | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

Case 2:05-md-01657-EEF-DEK    Document 8843-5    Filed 11/20/06    Page 40 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 336: 21 | scientists aren't really kept up to date on medical |
| 336: 22 | developments, sir? |

| | | |
|---|---|---|
| **336:24 -** | **338:19** | Scolnick, Edward 4-29-05   336:24-338:19 |
| 336: 24 | | THE WITNESS:  The purpose for this |
| 336: 25 | | science advisory board, which I was a member of, was |
| 337: 1 | | something actually that the FDA started in order to |
| 337: 2 | | ask outside scientists how their scientists could |
| 337: 3 | | keep up to date better than they were currently |
| 337: 4 | | doing. |
| 337: 5 | | BY MR. BUCHANAN: |
| 337: 6 | | Q.    So, at this point in time, 2001, the |
| 337: 7 | | FDA convened a science advisory board to address a |
| 337: 8 | | problem within the FDA; true? |
| 337: 9 | | A.    That's my recollection.  That's the |
| 337: 10 | | best of my recollection. |
| 337: 11 | | Q.    And the problem was that the FDA |
| 337: 12 | | scientists weren't keeping up to date with |
| 337: 13 | | scientific developments in the medical community? |
| 337: 14 | | A.    As well as the FDA felt that they |
| 337: 15 | | might.  I know that was the purpose for the board. |
| 337: 16 | | I don't recall all the details about how it got set |
| 337: 17 | | up. |
| 337: 18 | | Q.    You then continue.  "I have already |
| 337: 19 | | told them I think their review system is an" -- |
| 337: 20 | | that's a big word.  What's that say? |
| 337: 21 | | A.    "Anachronism." |
| 337: 22 | | Q.    What's that mean? |
| 337: 23 | | A.    It's out of date. |
| 337: 24 | | Q.    So, you say, "I have already told |
| 337: 25 | | them I think their review system is" out of date |
| 338: 1 | | "because they cannot possibly keep up with science |
| 338: 2 | | given their hiring constraints."  Do you see that? |
| 338: 3 | | A.    I do. |
| 338: 4 | | Q.    What are the hiring constraints |
| 338: 5 | | you're referring to? |
| 338: 6 | | A.    They always have limits on the number |
| 338: 7 | | of persons they can hire because of government |
| 338: 8 | | ceilings and the salary constraints they have in |
| 338: 9 | | hiring scientists compared to universities and |
| 338: 10 | | industry. |
| 338: 11 | | Q.    So, the FDA doesn't have as many |
| 338: 12 | | people working on the review of a drug than, say, |
| 338: 13 | | Merck does in preparing the data for the FDA to look |
| 338: 14 | | at; right? |
| 338: 15 | | A.    I don't know that.  I don't know how |
| 338: 16 | | many people are assigned to review a given drug. |
| 338: 17 | | I'm making a general statement about the problems |
| 338: 18 | | that the FDA have in keeping up with the volume of |
| 338: 19 | | applications and the staff they need to do tha |

| | | | |
|---|---|---|---|
| **341:17  -** | **341:20** | Scolnick, Edward 2005-04-29 | 00:00:07 |
| 341: 17 | | So, you'd go over Janet's head if you | |
| 341: 18 | | needed to? | |
| 341: 19 | | A:  In order to make scientific points | |
| 341: 20 | | which I felt strongly about. | |

| | | | |
|---|---|---|---|
| **341:21  -** | **342:5** | Scolnick, Edward 2005-04-29 | 00:00:23 |
| 341: 21 | | Q:  I understand. | |
| 341: 22 | | If you felt strongly and Janet didn't | |
| 341: 23 | | give you the answers you wanted, you would go above | |
| 341: 24 | | Janet's head; right? | |
| 341: 25 | | A:  I would argue the science that we | |
| 342: 1 | | based our -- particularly, I think, talking about | |
| 342: 2 | | the GI labeling of the drug. We had pristine data | |
| 342: 3 | | about the GI safety -- the improved GI safety of | |
| 342: 4 | | Vioxx which had not been acknowledged in the | |
| 342: 5 | | approvable letter, to the best of my knowledge. | |

| | | | |
|---|---|---|---|
| **343:1  -** | **343:11** | Scolnick, Edward 2005-04-29 | 00:00:18 |
| 343: 1 | | I see the last sentence here you say, | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 41 of 111

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 343: 2 | 'I have never seen being nice to the FDA-except on | | |
| 343: 3 | rare occasions-pay off.' You wrote that? | | |
| 343: 4 | A: Yes. | | |
| 343: 5 | Q: You meant it? | | |
| 343: 6 | A: Yes. | | |
| 343: 7 | Q: It's a true statement? | | |
| 343: 8 | A: It was my feeling. | | |
| 343: 9 | Q: True statement when you wrote it, | | |
| 343: 10 | sir? | | |
| 343: 11 | A: It is my feeling when I wrote it. | | |
| **353:12 - 353:25** | Scolnick, Edward 2005-04-29                    00:00:28 | | |
| 353: 12 | Q: Then you say, 'One cannot deal with | | |
| 353: 13 | them in a rational way.' Right? | | |
| 353: 14 | A: That's what I said. | | |
| 353: 15 | Q: And rational way was your way; right? | | |
| 353: 16 | A: No. Rational way was the way we had | | |
| 353: 17 | been trying to deal with them when we submitted the | | |
| 353: 18 | supplemental NDA, with all of the data that was | | |
| 353: 19 | supported at the Advisory Committee meeting. | | |
| 353: 20 | Q: Right. | | |
| 353: 21 | To be clear, what the FDA was asking | | |
| 353: 22 | for was additional safety information in their | | |
| 353: 23 | approvable letter; true? | | |
| 353: 24 | A: That's what the memo implies. I do | | |
| 353: 25 | not know nor recall what was in that request. | | |
| **354:14 - 354:19** | Scolnick, Edward 2005-04-29                    00:00:12 | | |
| 354: 14 | BY MR. BUCHANAN: | | |
| 354: 15 | Q: The bottom line is that the FDA, | | |
| 354: 16 | looking for additional data on Vioxx in connection | | |
| 354: 17 | with your supplemental NDA request, jeopardized your | | |
| 354: 18 | ability to get the label you wanted in the | | |
| 354: 19 | marketplace; true? | | |
| **354:21 - 355:5** | Scolnick, Edward 2005-04-29                    00:00:21 | | |
| 354: 21 | THE WITNESS: They were retarding the | | |
| 354: 22 | process in my opinion. | | |
| 354: 23 | BY MR. BUCHANAN: | | |
| 354: 24 | Q: And you needed that process to move | | |
| 354: 25 | quickly; right? | | |
| 355: 1 | A: That was our goal. We wanted it to | | |
| 355: 2 | move quickly. We had submitted our application very | | |
| 355: 3 | quickly, and it still had been almost a year after | | |
| 355: 4 | the application was submitted, and we didn't yet | | |
| 355: 5 | have a label back. | | |
| **355:6 - 355:8** | Scolnick, Edward 2005-04-29                    00:00:07 | | |
| 355: 6 | Q: Because you were concerned that in | | |
| 355: 7 | the COX-2 market, the drug with the better label | | |
| 355: 8 | would sell more drug; true? | | |
| **355:10 - 355:13** | Scolnick, Edward 2005-04-29                    00:00:07 | | |
| 355: 10 | THE WITNESS: We had substantially | | |
| 355: 11 | better gastrointestinal safety data than our | | |
| 355: 12 | competitor, and I wanted that to be represented in | | |
| 355: 13 | our label. | | |
| **355:16 - 355:19** | Scolnick, Edward 2005-04-29                    00:00:12 | | |
| 355: 16 | You were concerned that in the COX-2 | | |
| 355: 17 | market, the company that had the better label for | | |
| 355: 18 | its drug would sell more of that drug; true? | | |
| 355: 19 | A: True, if the data supported that. | | |
| **355:23 - 356:10** | Scolnick, Edward 2005-04-29                    00:00:29 | | |
| 355: 23 | Q: You did get a label at some point in | | |
| 355: 24 | time in connection with your supplemental new drug | | |
| 355: 25 | application for Vioxx; true? | | |
| 356: 1 | A: Yes. | | |
| 356: 2 | Q: You got that in the fall of 2001? | | |
| 356: 3 | A: I don't recall the exact date. It | | |
| 356: 4 | was certainly after this in 2001. | | |

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK Document 8643-5 Filed 11/20/06 Page 42 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

356: 5    Q: Had a CV warning?
356: 6    A: Yes.
356: 7    Q: CV means cardiovascular; right?
356: 8    A: Yes.
356: 9    Q: In the warnings section of the label?
356: 10    A: Yes.

**357:4 - 357:17**    Scolnick, Edward 2005-04-29      00:00:24
357: 4    Q: The label you got from the FDA had a
357: 5    cardiovascular warning in the warnings section;
357: 6    true?
357: 7    A: I believe so.
357: 8    Q: You thought it was ugly?
357: 9    A: I did.
357: 10    Q: You thought it was ugly cubed?
357: 11    A: I did.
357: 12    Q: That's ugly times ugly times ugly;
357: 13    right?
357: 14    A: Ugly cubed is exactly what you've
357: 15    stated.
357: 16    Q: Ugly three times over; right?
357: 17    A: Right.

**357:18 -**    **357:20** Scolnick, Edward 2005-04-29
357: 18    Q.    What's so ugly about telling doctors
357: 19    about the cardiovascular data that was received by
357: 20    Merck in the VIGOR trial?

**357:23 -**    **358:8** Scolnick, Edward 2005-04-29
357: 23    THE WITNESS: It is not ugly to tell
357: 24    doctors about that. We had wanted to do that and
357: 25    had been doing that. What was ugly was the way it
358: 1    was presented, given that it wasn't clear that Vioxx
358: 2    caused it, in fact, it was much clearer that
358: 3    naproxen had protected the heart, and all of the
358: 4    other data in our Alzheimer's trial had been left
358: 5    out of the label that they had sent us. And the GI
358: 6    section of the label had not been changed to reflect
358: 7    our GI data. And that was my response to that
358: 8    preliminary label we got from them.

**358:10 -**    **359:8** Scolnick, Edward 4-29-05    358:10-359:8
358: 10    Q.    So, you got this draft label from the
358: 11    FDA in, what, October 2001? Does that sound right?
358: 12    A.    I don't recall the exact date. As I
358: 13    told you, it was somewhere later than this, May --
358: 14    it was later than May. I don't remember exactly
358: 15    when we got it.
358: 16    Q.    You sent it off to David Anstice?
358: 17    A.    I don't think I -- I don't know
358: 18    whether I sent the label to David Anstice or he
358: 19    received it from somebody else and communicated with
358: 20    me. I don't -- I don't remember.
358: 21    Q.    You told David, "David Be assured"
358: 22    there's no way we will "accept this label." Right?
358: 23    A.    Yes, I did.
358: 24    Q.    You had the ability to do that;
358: 25    right?
359: 1    A.    We had the ability to sit down with
359: 2    the FDA and argue our position vigorously based on
359: 3    our data.
359: 4    Q.    You had --
359: 5    A.    The label did not reflect that.
359: 6    Q.    You had the ability to not accept the
359: 7    warning that the FDA told you you should put on
359: 8    Vioxx; true?

**359:11 -**    **359:25** Scolnick, Edward 4-29-05
359: 11    THE WITNESS: If the FDA had
359: 12    absolutely wanted that warning, they had the ability

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 43 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

359: 13  to impose that on Merck.  What I was saying was that
359: 14  unless that happened, I would not accept the label
359: 15  that they had sent us because it didn't accurately
359: 16  reflect our data.
359: 17  BY MR. BUCHANAN:
359: 18  Q.    Well, in fact, what you said was you
359: 19  wouldn't accept that label, and if the FDA didn't
359: 20  relent and give you the label you wanted, you'd
359: 21  insist on an Advisory Committee; true?
359: 22  A.    I did say that.  I would have been
359: 23  happy to take it back to an Advisory Committee
359: 24  because they had already said the data didn't
359: 25  justify that.

**360:22  -  361:4**   Scolnick, Edward 2005-04-29          00:00:20
360: 22  Q:  Sir, I'm going to pass over what
360: 23  we've just marked as Exhibit 14 to your deposition.
360: 24  It is a series of e-mails, three of them in
360: 25  particular, from October 2001.  For the record, it
361: 1  is Bates stamped MRK-ABW0004799.
361: 2  Sir, you've seen this document
361: 3  before; right?
361: 4  A: Yes, I have.

**361:14  -  362:12**   Scolnick, Edward 2005-04-29          00:00:35
361: 14  Q:  It is from October 15th, 2001?
361: 15  A: Yes.
361: 16  Q:  You said --
361: 17  A:  October 16th.
361: 18  Q:  You said, 'David.' That's David
361: 19  Anstice; right?
361: 20  A: Yes.
361: 21  Q:  He's the president of U.S. human
361: 22  health?
361: 23  A: Yes.
361: 24  Q:  That was the group within Merck
361: 25  responsible for all the marketing of Vioxx?
362: 1  A:  The domestic marketing of Vioxx.
362: 2  Q:  You told him, 'Be assured we will not
362: 3  accept this label.' Right?
362: 4  A:  That's what my memo says.
362: 5  Q:  David was concerned about this label;
362: 6  right?
362: 7  A: Yes.
362: 8  Q:  Okay.
362: 9  Thought it put you at a competitive
362: 10  disadvantage; right?
362: 11  A: Yes. And it didn't accurately
362: 12  reflect our data.

**362:13  -  363:2**   Scolnick, Edward 2005-04-29          00:00:34
362: 13  Q:  You were telling David that I'm going
362: 14  to do what I can to make sure we don't get that
362: 15  label; right?
362: 16  A: Yes.
362: 17  Q:  I'm going to do what I can to make
362: 18  sure there's no CV warning in the Vioxx label;
362: 19  right?
362: 20  A:  That isn't what this says. It says,
362: 21  'We will not accept this label' and 'if we need to
362: 22  we will go to an Advisory Committee meeting' to get
362: 23  them to review what our label should look like, a
362: 24  scientific process to resolve the potential -- a
362: 25  potential disagreement between the FDA and Merck.
363: 1  Q:  So, you rejected the label you got
363: 2  from the FDA that had the CV warning; true?

**363:4  -  363:18**   Scolnick, Edward 2005-04-29          00:00:26
363: 4  THE WITNESS:  We rejected this label
363: 5  in its totality. It had a CV warning, and it
363: 6  ignored the GI data that we had garnered in VIGOR.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 363: 7 | BY MR. BUCHANAN: | | |
| 363: 8 | Q: David responded to you, 'We knew it | | |
| 363: 9 | would be UGLY and it is.' Right, he said that to | | |
| 363: 10 | you? | | |
| 363: 11 | A: Yes. | | |
| 363: 12 | Q: He also said, 'We'll fight back and | | |
| 363: 13 | see where we get.' Right? | | |
| 363: 14 | A: Yes. That's what he said. | | |
| 363: 15 | Q: And he again said, we'll 'ask for an | | |
| 363: 16 | advisory committee' if we can't make headway with | | |
| 363: 17 | the FDA; right? | | |
| 363: 18 | A: That's what he said. | | |
| **364:12 - 365:12** | Scolnick, Edward 2005-04-29 | 00:00:50 | |
| 364: 12 | Q: You then say here in the final one, | | |
| 364: 13 | your final e-mail from October 16, 2001, 'It is ugly | | |
| 364: 14 | cubed.' Right? | | |
| 364: 15 | A: Yes. | | |
| 364: 16 | Q: You say, 'thye,' that should be they; | | |
| 364: 17 | right? | | |
| 364: 18 | A: Yes. | | |
| 364: 19 | Q: 'Thye are bastards.' True? | | |
| 364: 20 | A: That's what the e-mail says. | | |
| 364: 21 | Q: That's what you wrote? | | |
| 364: 22 | A: That's what I wrote. | | |
| 364: 23 | Q: You meant it when you wrote it? | | |
| 364: 24 | A: I was very upset when I wrote the | | |
| 364: 25 | e-mail. | | |
| 365: 1 | Q: So, this particular group within the | | |
| 365: 2 | FDA was devious and antagonistic; true? | | |
| 365: 3 | A: That's what I wrote. | | |
| 365: 4 | Q: They were bastards? | | |
| 365: 5 | A: That reflected my emotional | | |
| 365: 6 | unhappiness with their label. | | |
| 365: 7 | Q: They had the ability of grade D high | | |
| 365: 8 | school students; true? | | |
| 365: 9 | A: That's what I wrote. | | |
| 365: 10 | Q: And if you wanted to get anything | | |
| 365: 11 | done with them, you couldn't treat them with | | |
| 365: 12 | respect; true? | | |
| **365:14 - 365:22** | Scolnick, Edward 2005-04-29 | 00:01:03 | |
| 365: 14 | THE WITNESS: I wrote all of these | | |
| 365: 15 | things, and I felt that we were not getting a fair | | |
| 365: 16 | process from this division. | | |
| 365: 17 | BY MR. BUCHANAN: | | |
| 365: 18 | Q: The FDA was pretty insistent this | | |
| 365: 19 | drug needed a cardiac warning, weren't they? | | |
| 365: 20 | A: They presented this label to us, so, | | |
| 365: 21 | they must have felt that way. This division felt | | |
| 365: 22 | that way. | | |
| **366:3 - 366:9** | Scolnick, Edward 2005-04-29 | 00:00:12 | |
| 366: 3 | Q: You took from that that the FDA at | | |
| 366: 4 | least was concerned about the potential | | |
| 366: 5 | cardiovascular implications of your drug; true? | | |
| 366: 6 | A: Yes. | | |
| 366: 7 | Q: And they wanted to warn the American | | |
| 366: 8 | public about the potential cardiovascular | | |
| 366: 9 | implications of Vioxx; true? | | |
| **366:11:00 - 366:19** | Scolnick, Edward 2005-04-29 | 00:00:03 | |
| 366: 11 | THE WITNESS: Yes, despite the | | |
| 366: 12 | Advisory Committee meeting, which had not felt that | | |
| 366: 13 | way. | | |
| 366: 14 | BY MR. BUCHANAN: | | |
| 366: 15 | Q.    Did you interview the Advisory | | |
| 366: 16 | Committee members? | | |
| 366: 17 | A.    The Advisory Committee members voted | | |
| 366: 18 | and saw the cardiovascular safety.  They did not | | |
| 366: 19 | suggest a warning for this drug. | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 66435-5   Filed 11/20/06   Page 45 of 111

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 366:20 - | 367:4 | Scolnick, Edward 4-29-05   366:20-367:4 | | |
| 366: 20 | | Q.     Well, let me ask you this. | | |
| 366: 21 | | Did you show them the mortality data | | |
| 366: 22 | | from the Alzheimer's trials? | | |
| 366: 23 | | A.     I cannot recall all the data that we | | |
| 366: 24 | | presented.  All of the data on Vioxx is submitted to | | |
| 366: 25 | | the Advisory Committee and the FDA in a background | | |
| 367: 1 | | package long before the meeting.  So, the FDA has | | |
| 367: 2 | | the ability to take any of that data in their | | |
| 367: 3 | | presentation to the Advisory Committee, show it to | | |
| 367: 4 | | them. | | |
| | | | | |
| 368:11 - | 368:14 | Scolnick, Edward 4-29-05   368:11-368:14 | | |
| 368: 11 | | Q.     You'd agree, though, that a study | | |
| 368: 12 | | finding that Vioxx doubled the rate of death in | | |
| 368: 13 | | elderly patients taking it should be shared with the | | |
| 368: 14 | | FDA as soon as you have those results; right? | | |
| | | | | |
| 368:16 - | 369:19 | Scolnick, Edward 4-29-05  368:16-368:19 | | |
| 368: 16 | | THE WITNESS:  It should be part of | | |
| 368: 17 | | the data package that's shared with the FDA. | | |
| 368: 18 | | BY MR. BUCHANAN: | | |
| 368: 19 | | Q.     You shouldn't sit on it; right? | | |
| | | | | |
| 368:21 - | 368:25 | Scolnick, Edward 4-29-05    Scolnick 36821 | | |
| 368: 21 | | THE WITNESS:  It should be submitted | | |
| 368: 22 | | to the agency, I agree with you. | | |
| 368: 23 | | BY MR. BUCHANAN: | | |
| 368: 24 | | Q.     Promptly? | | |
| 368: 25 | | A.     Promptly. | | |
| | | | | |
| 370:1 - | 370:7 | Scolnick, Edward 4-29-05    Scolnick 36821 | | |
| 370: 1 | | Q.     And, in fact, that's the type of | | |
| 370: 2 | | information that even after an Advisory Committee | | |
| 370: 3 | | you'd want to get to the FDA quickly; right? | | |
| 370: 4 | | MR. MAYER:  Object to the form. | | |
| 370: 5 | | THE WITNESS:  That would be part of | | |
| 370: 6 | | any submission to the FDA or safety update on the | | |
| 370: 7 | | drug. | | |
| | | | | |
| 371:15  - | 371:23 | Scolnick, Edward 2005-04-29 | 00:00:27 | |
| 371: 15 | | Dr. Scolnick, I just passed you what | | |
| 371: 16 | | we marked as Exhibit 15 to your deposition. It's a | | |
| 371: 17 | | three e-mail sequence from November 8, 2001. The | | |
| 371: 18 | | subject here says 'History lesson.' Do you see | | |
| 371: 19 | | that? | | |
| 371: 20 | | A: Uh-huh, yes, I do. | | |
| 371: 21 | | Q: It's an exchange between initially | | |
| 371: 22 | | from you to Doug Greene and Bonnie Goldmann; true? | | |
| 371: 23 | | A: Yes. | | |
| | | | | |
| 372:18  - | 373:3 | Scolnick, Edward 2005-04-29 | 00:00:24 | |
| 372: 18 | | Q: You said, 'Doug and Bonnie twice in | | |
| 372: 19 | | my life I've had to say to FDA 'That label is | | |
| 372: 20 | | unacceptable, we will not under any circumstances | | |
| 372: 21 | | accept it." Do you see that? | | |
| 372: 22 | | A: Yes, I do. | | |
| 372: 23 | | Q: You continue there and you say, 'You | | |
| 372: 24 | | WILL,' in all caps, will, 'have to do that on the | | |
| 372: 25 | | cardiac warning for Vioxx. I assure you that you | | |
| 373: 1 | | will.' That's what you wrote; right? | | |
| 373: 2 | | A: I did. You skipped an intervening | | |
| 373: 3 | | sentences. | | |
| | | | | |
| 373:12  - | 374:2 | Scolnick, Edward 2005-04-29 | 00:00:36 | |
| 373: 12 | | Q: Paragraph continues where I was | | |
| 373: 13 | | before, 'You WILL,' in all caps will, 'have to do | | |
| 373: 14 | | that on the cardiac warning for Vioxx. I assure you | | |
| 373: 15 | | that you will.' Did I read that right? | | |
| 373: 16 | | A: Yes, you did. | | |
| 373: 17 | | Q: You put 'will' in emphasis to these | | |
| 373: 18 | | people; right? | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 86435-5   Filed 11/20/06   Page 46 of 111

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 373: 19 | A: Yes, I did. | | | |
| 373: 20 | Q: And these were the people who were | | | |
| 373: 21 | dealing with the FDA in connection with the label | | | |
| 373: 22 | negotiations; right? | | | |
| 373: 23 | A: Yes. | | | |
| 373: 24 | Q: You told them, 'And I assure you I | | | |
| 373: 25 | will NOT,' and again in all caps, 'NOT sign off on | | | |
| 374: 1 | any label that had a cardiac warning.' True? | | | |
| 374: 2 | A: That's what the e-mail says. | | | |
| | | | | |
| **376:10 - 376:15** | Scolnick, Edward 2005-04-29 | 00:00:22 | | |
| 376: 10 | Q: So, you negotiated with the FDA over | | | |
| 376: 11 | this label concerning cardiac and GI warnings from | | | |
| 376: 12 | October of 2001 until April of 2002; true? | | | |
| 376: 13 | A: That's correct. Because we believed | | | |
| 376: 14 | that the drug did not justify having a cardiac | | | |
| 376: 15 | warning based on our data. | | | |
| | | | | |
| **376:16 - 376:24** | Scolnick, Edward 2005-04-29 | 00:00:23 | | |
| 376: 16 | Q: Does the drug justify a cardiac | | | |
| 376: 17 | warning today? | | | |
| 376: 18 | A: No. | | | |
| 376: 19 | Q: It doesn't? | | | |
| 376: 20 | A: It does not justify a cardiac warning | | | |
| 376: 21 | based on this data. And the new data that you're | | | |
| 376: 22 | referring to is in very different context and | | | |
| 376: 23 | completely consistent with all the data we had here | | | |
| 376: 24 | where we didn't believe it justified a warning. | | | |
| | | | | |
| **381:11 - 382:2** | Scolnick, Edward 2005-04-29 | 00:00:47 | | |
| 381: 11 | Q: Doctor, I passed you over what we | | | |
| 381: 12 | marked as Exhibit 16 to your deposition. It is a | | | |
| 381: 13 | relatively brief e-mail, Bates stamped | | | |
| 381: 14 | MRK-ACR0009297 dated February 25th, 2002 from you | | | |
| 381: 15 | again to this same team of people working on the | | | |
| 381: 16 | negotiations over the Vioxx label; true? | | | |
| 381: 17 | A: Yes. | | | |
| 381: 18 | Q: You wrote, 'To ALL: If you can get | | | |
| 381: 19 | this label it will be an Al Michaels quote: 'Do you | | | |
| 381: 20 | believe in miracles?'' What are you referring to | | | |
| 381: 21 | there? | | | |
| 381: 22 | A: I'm referring to Al Michael's quote | | | |
| 381: 23 | when the U.S. Olympic team beat the Russians in | | | |
| 381: 24 | whatever year it was in ice hockey. | | | |
| 381: 25 | Q: It was like an impossible task; | | | |
| 382: 1 | right? | | | |
| 382: 2 | A: It certainly appeared to be. | | | |
| | | | | |
| **415:12 - 415:15** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:21 | | |
| 415: 12 | Q. Sir, passing over what we just marked | | | |
| 415: 13 | as Exhibit 18 to your deposition. For the record, | | | |
| 415: 14 | it's a January 28, 2001 e-mail from yourself to Eve | | | |
| 415: 15 | Slater. | | | |
| | | | | |
| **415:24 - 416:1** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:04 | | |
| 415: 24 | Q. Okay. Do you see your e-mail at the | | | |
| 415: 25 | top? | | | |
| 416: 1 | A. Yes, I do. | | | |
| | | | | |
| **416:6 - 416:12** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:09 | | |
| 416: 6 | Q. Then you continue, "This Fries | | | |
| 416: 7 | incident is a disaster for Merck." Do you see that? | | | |
| 416: 8 | A. Yes, I do. | | | |
| 416: 9 | Q. You wrote that? | | | |
| 416: 10 | A. I did. | | | |
| 416: 11 | Q. You believed it at the time? | | | |
| 416: 12 | A. I did. | | | |
| | | | | |
| **416:21 - 417:5** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:15 | | |
| 416: 21 | Q. Then you continued. "Worse than | | | |
| 416: 22 | Vigor results themselves." Do you see that? | | | |
| 416: 23 | A. Yes. | | | |

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 47 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 416: 24  Q.   The VIGOR results were also a | | |
| 416: 25       disappointment for Merck; true? | | |
| 417: 1    A.   Some of them were surprising, as you | | |
| 417: 2         know, and some of them were excellent. | | |
| 417: 3    Q.   Okay. | | |
| 417: 4              And the ones that were surprising | | |
| 417: 5         were the cardiovascular effects of Vioxx; true? | | |
| **417:8   -   418:6**      Scolnick, Edward M., M.D. 2005-05-17      00:00:55 | | |
| 417: 8              THE WITNESS:  The difference between | | |
| 417: 9         naproxen and Vioxx was surprising in the VIGOR | | |
| 417: 10        results. | | |
| 417: 11        BY MR. BUCHANAN: | | |
| 417: 12   Q.   Well, you said, "Worse than Vigor | | |
| 417: 13        results themselves."  That's what you wrote; right, | | |
| 417: 14        sir? | | |
| 417: 15   A.   I did. | | |
| 417: 16   Q.   You were implying that the VIGOR | | |
| 417: 17        results were disappointing in some way; true? | | |
| 417: 18   A.   I was implying that the difference | | |
| 417: 19        between the Vioxx and naproxen arms were surprising | | |
| 417: 20        and created an issue which we had dealt with and | | |
| 417: 21        come up with what we thought was the best | | |
| 417: 22        explanation based on all the other data. | | |
| 417: 23   Q.   Well, sir, you didn't write "more | | |
| 417: 24        surprising" than the VIGOR results themselves when | | |
| 417: 25        you wrote this e-mail, did you? | | |
| 418: 1    A.   No, I did not. | | |
| 418: 2    Q.   You wrote, "Worse than VIGOR | | |
| 418: 3         results"? | | |
| 418: 4    A.   That's what I wrote.  It's a very | | |
| 418: 5         short e-mail.  That's what I wrote. | | |
| 418: 6    Q.   I understand. | | |
| **465:12   -   465:22**      Scolnick, Edward M., M.D. 2005-05-17      00:00:31 | | |
| 465: 12   Q.   You'd agree with me, sir, wouldn't | | |
| 465: 13        you, that if you were wrong in your final conclusion | | |
| 465: 14        about Vioxx, and the problem was mechanism based, | | |
| 465: 15        that there could have been horrible public health | | |
| 465: 16        consequences to the folks who were taking Vioxx in | | |
| 465: 17        the general population; true? | | |
| 465: 18   A.   If we had been wrong, there would | | |
| 465: 19        have been serious consequences, yes. | | |
| 465: 20   Q.   Tens of thousands of people in the | | |
| 465: 21        general population taking Vioxx could have suffered | | |
| 465: 22        heart attacks as a result of your drug; true? | | |
| **466:1   -   466:3**      Scolnick, Edward M., M.D. 2005-05-17      00:00:04 | | |
| 466: 1              THE WITNESS:  If we had been wrong, | | |
| 466: 2         there would have been negative consequences for | | |
| 466: 3         public health.  We did not believe we were wrong. | | |
| **466:12   -   466:22**      Scolnick, Edward M., M.D. 2005-05-17      00:00:26 | | |
| 466: 12             THE WITNESS:  I've read newspaper | | |
| 466: 13        reports of those.  I do not have any independent way | | |
| 466: 14        of assessing that evidence or the validity of those | | |
| 466: 15        reports. | | |
| 466: 16        BY MR. BUCHANAN: | | |
| 466: 17   Q.   Well, you've seen the FDA reports as | | |
| 466: 18        well; right? | | |
| 466: 19   A.   I've seen newspaper reports of the | | |
| 466: 20        FDA reports of incidences in trials.  I don't | | |
| 466: 21        understand the calculations made from those based on | | |
| 466: 22        the data I've seen. | | |
| **467:22   -   467:25**      Scolnick, Edward M., M.D. 2005-05-17      00:00:17 | | |
| 467: 22   Q.   Merck has the skilled employees | | |
| 467: 23        necessary to estimate what the public health | | |
| 467: 24        consequences could be of a drug that it made that | | |

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 48 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 467: 25      caused cardiovascular side effects; true? | | |
| **468:2  -  468:9**    Scolnick, Edward M., M.D. 2005-05-17    00:00:17 | | |
| 468: 2      THE WITNESS:  Merck can estimate what | | |
| 468: 3      the consequences would be if the drug were thought | | |
| 468: 4      by Merck to cause cardiovascular consequences. | | |
| 468: 5      BY MR. BUCHANAN: | | |
| 468: 6      Q.   And in March of 2000, no such | | |
| 468: 7      analysis was done? | | |
| 468: 8      A.   Correct.  Because we didn't believe | | |
| 468: 9      the drug caused those events. | | |
| **469:15  -  469:18**    Scolnick, Edward M., M.D. 2005-05-17    00:00:09 | | |
| 469: 15      You agree with the decision by Merck | | |
| 469: 16      not to analyze the potential public health | | |
| 469: 17      consequences to continuing to sell Vioxx in March of | | |
| 469: 18      2000? | | |
| **469:21  -  469:22**    Scolnick, Edward M., M.D. 2005-05-17    00:00:02 | | |
| 469: 21      THE WITNESS:  Yes, I do, because we | | |
| 469: 22      believed the drug was safe. | | |
| **471:1  -  472:11**    Scolnick, Edward M., M.D. 2005-05-17    00:01:15 | | |
| 471: 1      Q.   Sir, I just passed you a document we | | |
| 471: 2      marked as Exhibit 19 to your deposition. | | |
| 471: 3      - - - | | |
| 471: 4      (Whereupon, Deposition Exhibit | | |
| 471: 5      Scolnick-19, "Vioxx Preliminary | | |
| 471: 6      Cardiovascular Meta-Analysis," Slide | | |
| 471: 7      Set, 10-18-00 (Shapiro), MRK-NJ0070364 - | | |
| 471: 8      MRK-NJ0070397, was marked for | | |
| 471: 9      identification.) | | |
| 471: 10      - - - | | |
| 471: 11      BY MR. BUCHANAN: | | |
| 471: 12      Q.   For the record, it's a document by | | |
| 471: 13      Deborah Shapiro.  Who is Deborah Shapiro? | | |
| 471: 14      A.   Deborah Shapiro was a statistician in | | |
| 471: 15      the Merck Research Laboratories. | | |
| 471: 16      Q.   She was the unblinded statistician in | | |
| 471: 17      the VIGOR trial; right? | | |
| 471: 18      A.   Yes, she was. | | |
| 471: 19      Q.   She's the statistician you contacted | | |
| 471: 20      to get an early look at the VIGOR data; right? | | |
| 471: 21      A.   To look at the data first when the | | |
| 471: 22      trial is completed.  That is correct. | | |
| 471: 23      Q.   For the record, the document is | | |
| 471: 24      entitled "Vioxx Preliminary Cardiovascular | | |
| 471: 25      Meta-Analysis," and it is Bates stamped | | |
| 472: 1      MRK-NJ0070364 through 397. | | |
| 472: 2      So, your testimony is that the | | |
| 472: 3      company conducted a meta-analysis preapproval?  That | | |
| 472: 4      was the first time; right? | | |
| 472: 5      A.   Yes. | | |
| 472: 6      Q.   In March of 2000; right? | | |
| 472: 7      A.   Yes. | | |
| 472: 8      Q.   And then again in October of 2000; | | |
| 472: 9      correct? | | |
| 472: 10      A.   As I said, I don't remember the dates | | |
| 472: 11      of all the other meta-analyses. | | |
| **473:22  -  474:16**    Scolnick, Edward M., M.D. 2005-05-17    00:01:07 | | |
| 473: 22      Q.   Okay.  I would like to direct your | | |
| 473: 23      attention to Page NJ0070394. | | |
| 473: 24      A.   (Witness reviewing document.) | | |
| 473: 25      Yes. | | |
| 474: 1      Q.   This is a "meta-analysis" that | | |
| 474: 2      describes the "Relative Risk of MIs," that's heart | | |
| 474: 3      attacks? | | |
| 474: 4      A.   Yes. | | |
| 474: 5      Q.   The "MI Endpoint with 95% CI." | | |
| 474: 6      What's "CI" mean? | | |

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 49 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 474: 7    A.    Confidence interval. | | |
| 474: 8    Q.    What does confidence interval | | |
| 474: 9    represent, sir? | | |
| 474: 10    A.    It's a term that describes the bounds | | |
| 474: 11    in which to analyze statistical significance. | | |
| 474: 12    Q.    And if the confidence interval is | | |
| 474: 13    greater than 1 or if the confidence -- if the | | |
| 474: 14    confidence interval doesn't encompass 1, it | | |
| 474: 15    indicates that the finding is statistically | | |
| 474: 16    significant; true? | | |
| | | |
| **474:19  -  474:19**    Scolnick, Edward M., M.D. 2005-05-17    0 | | |
| 474: 19    THE WITNESS:  I believe that's true. | | |
| | | |
| **475:12  -  476:13**    Scolnick, Edward M., M.D. 2005-05-17    00:01:01 | | |
| 475: 12    At the bottom of the page it says | | |
| 475: 13    "Total Cohort."  Do you see that? | | |
| 475: 14    A.    Yes, I do. | | |
| 475: 15    Q.    What's a cohort? | | |
| 475: 16    A.    A cohort is a group of patients | | |
| 475: 17    that's been studied in this meta-analysis. | | |
| 475: 18    Q.    And then to the right it says "2.02." | | |
| 475: 19    Do you see that? | | |
| 475: 20    A.    Uh-huh. | | |
| 475: 21    Q.    That's the relative risk -- | | |
| 475: 22    A.    Yes, I do, I'm sorry. | | |
| 475: 23    Q.    That's the relative risk of heart | | |
| 475: 24    attacks among all studies for NSAIDs versus Vioxx; | | |
| 475: 25    true? | | |
| 476: 1    A.    That is, I think, what this plots, | | |
| 476: 2    non-naproxen and naproxen NSAIDs. | | |
| 476: 3    Q.    That's right. | | |
| 476: 4    And the confidence interval, again, | | |
| 476: 5    is what, sir? | | |
| 476: 6    A.    The confidence interval for 2.0? | | |
| 476: 7    Q.    For the 2.02. | | |
| 476: 8    A.    Is 1.14 to 3.55. | | |
| 476: 9    Q.    And the fact that the confidence | | |
| 476: 10    interval does not go below 1 indicates that the 2.02 | | |
| 476: 11    relative risk is statistically significant; true? | | |
| 476: 12    A.    Yes.  This, I believe, aggregates | | |
| 476: 13    both naproxen and non-naproxen NSAIDs. | | |
| | | |
| **476:18  -  477:5**    Scolnick, Edward M., M.D. 2005-05-17    00:00:35 | | |
| 476: 18    Q.    What does statistical significance | | |
| 476: 19    refer to, sir? | | |
| 476: 20    A.    That 95 times out of 100, the result | | |
| 476: 21    is an accurate one and not by chance.  There's only | | |
| 476: 22    a 5 percent chance that the result is a fluke. | | |
| 476: 23    Q.    Okay. | | |
| 476: 24    And a relative risk of 2.02 in this | | |
| 476: 25    total cohort indicates a doubling of the risk of | | |
| 477: 1    heart attacks among all of Merck's studies -- | | |
| 477: 2    A.    What you -- | | |
| 477: 3    Q.    -- comparing NSAIDs to Vioxx; true? | | |
| 477: 4    A.    Comparing all NSAIDs including | | |
| 477: 5    naproxen to Vioxx.  That's what this plots, yes. | | |
| | | |
| **477:7  -  477:18**    Scolnick, Edward M., M.D. 2005-05-17    00:00:24 | | |
| 477: 7    If you'd turn the page, sir, you see | | |
| 477: 8    an additional chart.  Again, "MI Endpoint," that's | | |
| 477: 9    heart attack endpoint; right? | | |
| 477: 10    A.    Yes. | | |
| 477: 11    Q.    It says "Rofecoxib versus NSAIDS." | | |
| 477: 12    Vioxx is rofecoxib; right? | | |
| 477: 13    A.    Yes. | | |
| 477: 14    Q.    And again reflects 2.02 being the | | |
| 477: 15    relative risk for all patients compared rofecoxib to | | |
| 477: 16    NSAIDs; true? | | |
| 477: 17    A.    To all NSAIDs.  As I've said, | | |
| 477: 18    naproxen and non-naproxen. | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8645-5   Filed 11/20/06   Page 50 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

**478:21 - 478:25**   Scolnick, Edward M., M.D. 2005-05-17   00:00:10
478: 21   Q.   Well, sir, would you endorse a
478: 22   decision not to give an MI-only meta-analysis to the
478: 23   FDA?
478: 24   A.   That should be part of any
478: 25   submission.

**480:9 - 480:18**   Scolnick, Edward M., M.D. 2005-05-17   00:01:00
480: 9   Q.   And you wouldn't endorse a decision
480: 10   not to give unfavorable safety data to the FDA,
480: 11   would you?
480: 12   A.   I would endorse that all of the data
480: 13   be submitted to the FDA.
480: 14   Q.   Did you become aware of the results
480: 15   of Merck's meta-analysis?
480: 16   A.   I was shown summaries of
480: 17   meta-analyses, yes, but I don't recall the details
480: 18   of what was in those summaries at this point.

**481:15 - 482:8**   Scolnick, Edward M., M.D. 2005-05-17   00:00:42
481: 15   Q.   Okay.  Sir, let me pass over to you
481: 16   what we just marked as Exhibit 20 to your
481: 17   deposition.
481: 18         - - -
481: 19         (Whereupon, Deposition Exhibit
481: 20   Scolnick-20, Letter 1-8-01, with
481: 21   attachment, "IND 46,894: VIOXX
481: 22   (rofecoxib) "Interim Cardiovascular
481: 23   Meta-Analysis," MRK-NJ0267715 -
481: 24   MRK-NJ0267777, was marked for
481: 25   identification.)
482: 1         - - -
482: 2   BY MR. BUCHANAN:
482: 3   Q.   For the record, sir, I just passed
482: 4   you what we've marked as Exhibit 20 to your
482: 5   deposition.  It's a January 8, 2001 letter from a
482: 6   Robert Silverman, Senior Director of Regulatory
482: 7   Affairs to somebody at the FDA; is that right, sir?
482: 8   A.   Yes, correct.

**483:1 - 483:9**   Scolnick, Edward M., M.D. 2005-05-17   00:00:19
483: 1   Q.   It's a transmittal of information to
483: 2   the FDA?
483: 3   A.   Yes, it is.
483: 4   Q.   Transmittal of information to the FDA
483: 5   concerning Vioxx?
483: 6   A.   Yes.
483: 7   Q.   Transmittal of the "Interim
483: 8   Cardiovascular Meta-Analysis" for Vioxx; true?
483: 9   A.   Yes.  Yes, that's correct.

**485:17 - 487:4**   Scolnick, Edward M., M.D. 2005-05-17   00:01:25
485: 17   Q.   Is there an MI meta-analysis in the
485: 18   submission to the FDA?
485: 19   A.   The meta-analysis done in this
485: 20   document I do not see in this document.  I do see,
485: 21   and it is important to point out, all of the data on
485: 22   the four pages I cited to you.
485: 23   Q.   And what you're trying to highlight,
485: 24   sir, is that certain MI information was encompassed
485: 25   within the APTC endpoint; right?
486: 1   A.   That is what I'm trying to point out,
486: 2   yes.
486: 3   Q.   But Merck did a specific analysis
486: 4   looking at the incidence of heart attacks across all
486: 5   of its trials; true?
486: 6   A.   That is indicated in this document,
486: 7   in the first document that you showed me in this
486: 8   discussion.
486: 9   Q.   That document is Exhibit 19; right?
486: 10   A.   Yes, it is.

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

Case 2:05-md-01657-EEF-DEK   Document 68435-5   Filed 11/20/06   Page 51 of 111

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 486: 11 | Q.   Merck did an MI meta-analysis in | | |
| 486: 12 | October 2000; true? | | |
| 486: 13 | A.   Yes, that's true. | | |
| 486: 14 | Q.   And didn't give it to the FDA in | | |
| 486: 15 | January 2001; true? | | |
| 486: 16 | A.   The specific figures are not included | | |
| 486: 17 | in the submission to the FDA.  The data is included. | | |
| 486: 18 | Q.   Well, not only the figures, sir, the | | |
| 486: 19 | MI meta-analysis is not in that submission to the | | |
| 486: 20 | FDA; correct? | | |
| 486: 21 | A.   That is correct. | | |
| 486: 22 | Q.   There might be some heart attack data | | |
| 486: 23 | in that submission to the FDA; right? | | |
| 486: 24 | A.   There is heart attack data in this | | |
| 486: 25 | submission. | | |
| 487: 1 | Q.   But there's not an MI meta-analysis | | |
| 487: 2 | in Exhibit 20; right? | | |
| 487: 3 | A.   Not that I could find, no.  It does | | |
| 487: 4 | not -- it's not there. | | |

| 487:11 - 487:20 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:22 | | |
|---|---|---|---|---|
| 487: 11 | BY MR. BUCHANAN: | | | |
| 487: 12 | Q.   Is it your testimony that you were | | | |
| 487: 13 | never consulted by regulatory within Merck Research | | | |
| 487: 14 | Labs as to whether to give the MI meta-analysis or | | | |
| 487: 15 | not to give it to the FDA? | | | |
| 487: 16 | A.   That is my testimony.  I was never | | | |
| 487: 17 | consulted on that point. | | | |
| 487: 18 | Q.   Do you endorse the decision not to | | | |
| 487: 19 | give that MI meta-analysis to the FDA in January | | | |
| 487: 20 | 2001? | | | |

| 487:23 - 487:25 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:04 | | |
|---|---|---|---|---|
| 487: 23 | THE WITNESS:  I would have had no | | | |
| 487: 24 | objection to their submitting all of the | | | |
| 487: 25 | meta-analyses. | | | |

| 488:1 - 488:7 | Scolnick, Edward 5-17-05   487:23-488:7 | | | |
|---|---|---|---|---|
| 488: 1 | BY MR. BUCHANAN: | | | |
| 488: 2 | Q.   Sir, should the MI meta-analysis have | | | |
| 488: 3 | been given to the FDA in January 2001? | | | |
| 488: 4 | A.   I would have given it to them.  It is | | | |
| 488: 5 | perfectly reasonable to give it them.  There is an | | | |
| 488: 6 | abundance of data in this document which we haven't | | | |
| 488: 7 | covered. | | | |

| 488:10 - 488:14 | Scolnick, Edward 5-17-05   487:23-488:7 | | | |
|---|---|---|---|---|
| 488: 10 | THE WITNESS:  Yes, it should have | | | |
| 488: 11 | been given, including all the data in this document. | | | |
| 488: 12 | BY MR. BUCHANAN: | | | |
| 488: 13 | Q.   You were the boss? | | | |
| 488: 14 | A.   I was not consulted in this matter. | | | |

| 489:3 - 489:14 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:28 | | |
|---|---|---|---|---|
| 489: 3 | Q.   So, if your group didn't consult -- | | | |
| 489: 4 | if your group didn't submit this information to the | | | |
| 489: 5 | FDA, they disregarded your standard operating | | | |
| 489: 6 | procedure? | | | |
| 489: 7 | A.   The standard operating procedure in | | | |
| 489: 8 | the labs is to submit all data to the FDA.  All the | | | |
| 489: 9 | data is in here.  The specific meta-analysis is not | | | |
| 489: 10 | included in this document. | | | |
| 489: 11 | Q.   You say all the data is in there, | | | |
| 489: 12 | sir, but there's not an MI meta-analysis in that | | | |
| 489: 13 | document; right? | | | |
| 489: 14 | A.   That is correct. | | | |

| 490:6 - 490:9 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:09 | | |
|---|---|---|---|---|
| 490: 6 | Q.   Yeah, but the one thing we can agree | | | |
| 490: 7 | is, there's not an MI meta-analysis reflected in | | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 86453-5   Filed 11/20/06   Page 52 of 111

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 490: 8 | | that particular document, the January 2001 | | |
| 490: 9 | | submission to the FDA; right? | | |
| | | | | |
| 490:12 - 490:17 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:10 | | |
| 490: 12 | THE WITNESS:  There's no -- there's | | | |
| 490: 13 | no MI meta-analysis that I can find in the January | | | |
| 490: 14 | 8th document. | | | |
| 490: 15 | BY MR. BUCHANAN: | | | |
| 490: 16 | Q.    And you didn't give it to the | | | |
| 490: 17 | Advisory Committee in February 2001 either, did you? | | | |
| | | | | |
| 490:21 - 491:2 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:22 | | |
| 490: 21 | THE WITNESS:  I don't recall what was | | | |
| 490: 22 | in the presentation.  I don't recall ever having | | | |
| 490: 23 | seen this first document, Exhibit 19, and I don't | | | |
| 490: 24 | recall ever having seen the second document which | | | |
| 490: 25 | was submitted.  I had an excellent group, and they | | | |
| 491: 1 | handled the submissions to the FDA and the | | | |
| 491: 2 | preparation for the Advisory Committees. | | | |
| | | | | |
| 499:18 - 499:25 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:17 | | |
| 499: 18 | The company ultimately published a | | | |
| 499: 19 | meta-analysis concerning cardiovascular events in | | | |
| 499: 20 | the peer-reviewed literature, didn't it? | | | |
| 499: 21 | A.    Yes.  I believe it did in Circulation | | | |
| 499: 22 | or another cardiovascular journal. | | | |
| 499: 23 | Q.    Fall of 2001.  Does that sound right? | | | |
| 499: 24 | A.    Sounds approximately right.  I don't | | | |
| 499: 25 | remember the date. | | | |
| | | | | |
| 500:11 - 500:22 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:29 | | |
| 500: 11 | Q.    Dr. Scolnick, I just passed you over | | | |
| 500: 12 | what we marked as Exhibit 21 to your deposition.  Is | | | |
| 500: 13 | this the publication of the meta-analysis you were | | | |
| 500: 14 | just referring to? | | | |
| 500: 15 | A.    I think it was the one you were just | | | |
| 500: 16 | referring to.  It is one of the ones I recall.  It | | | |
| 500: 17 | is one I recall.  I don't recall whether others were | | | |
| 500: 18 | published. | | | |
| 500: 19 | Q.    And to be clear, this is an October | | | |
| 500: 20 | 2001 article published in the journal Circulation; | | | |
| 500: 21 | correct? | | | |
| 500: 22 | A.    Yes.  Correct. | | | |
| | | | | |
| 507:16 - 507:18 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:04 | | |
| 507: 16 | Q.    So, you were testing the drug in | | | |
| 507: 17 | Alzheimer's patients; right? | | | |
| 507: 18 | A.    Yes. | | | |
| | | | | |
| 509:3 - 509:10 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:28 | | |
| 509: 3 | Q.    When your team was before the | | | |
| 509: 4 | Advisory Committee that was convened to evaluate the | | | |
| | | | | |
| 509: 5 | safety of Vioxx in February 2001, that team cited | | | |
| 509: 6 | the Alzheimer's data as data that was reassuring on | | | |
| 509: 7 | the safety of the drug; true? | | | |
| 509: 8 | A.    Yes.  The Advisory Committee was | | | |
| 509: 9 | convened to go over the gastrointestinal data, and | | | |
| 509: 10 | as part of that, all of the data on Vioxx. | | | |
| | | | | |
| 516:7 - 516:12 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:28 | | |
| 516: 7 | Q.    Sir, I'm passing you over what we | | | |
| 516: 8 | just marked as Exhibit 22 to your deposition.  For | | | |
| 516: 9 | the record, it's Bates stamped MRK-ABP016650.  It | | | |
| 516: 10 | runs through Page 677.  It is a document entitled | | | |
| 516: 11 | "Vioxx AD Program."  Do you see that heading, sir? | | | |
| 516: 12 | A.    Yes, I do.  Yes. | | | |
| | | | | |
| 519:7 - 519:8 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:03 | | |
| 519: 7 | Q.    "AD" is Alzheimer's disease? | | | |
| 519: 8 | A.    Yes. | | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8645-5 Filed 11/20/06 Page 53 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**523:2 - 523:11**  Scolnick, Edward M., M.D. 2005-05-17          00:00:21
523: 2    Q.    Now, if the company had a drug that
523: 3          would prevent the onset of Alzheimer's disease, that
523: 4          would be a significant medical discovery.  You would
523: 5          agree with that?
523: 6    A.    Yes, it would.
523: 7    Q.    And a significant revenue opportunity
523: 8          for the company; correct?
523: 9    A.    They would go together.  It would be
523: 10         a magnificent discovery for medical and for
523: 11         patients.

**529:14 - 529:21**  Scolnick, Edward M., M.D. 2005-05-17          00:00:21
529: 14   Q.    Okay.  That's the APPROVe trial
529: 15         that's being referenced there, isn't it?
529: 16   A.    Yes, I believe so.
529: 17   Q.    You'd agree with me, sir, that those
529: 18         three paragraphs don't say anything about that trial
529: 19         being conducted to test the cardiovascular safety of
529: 20         Vioxx?
529: 21   A.    Yes, I'd agree with that.

**530:20 - 531:2**  Scolnick, Edward M., M.D. 2005-05-17          00:00:14
530: 20   Q.    Sir, the page continues and it
530: 21         discusses the Alzheimer's disease trials; true?
530: 22   A.    Yes.
530: 23   Q.    Okay.
530: 24                 Merck is telling its shareholders
530: 25         here that it is in the process of testing Vioxx in
531: 1          Alzheimer's patients; true?
531: 2    A.    Yes.

**531:9 - 531:10**  Scolnick, Edward M., M.D. 2005-05-17          00:00:08
531: 9          saying that we're studying it.  It really doesn't
531: 10         state whether it will or won't work.  It outlines

**531:13 - 531:20**  Scolnick, Edward M., M.D. 2005-05-17          00:00:22
531: 13   Q.    Okay.
531: 14                 And just getting back now to where we
531: 15         were, a treatment for Alzheimer's disease presented
531: 16         a significant revenue opportunity for Merck if Vioxx
531: 17         was able to demonstrate a reduction in the incidence
531: 18         of Alzheimer's disease; true?
531: 19   A.    Yes.  And as we said, an important
531: 20         medical finding.

**538:15 - 538:16**  Scolnick, Edward M., M.D. 2005-05-17          00:00:03
538: 15   Q.    Okay.  Let's take a step forward and
538: 16         understand the death data in the Alzheimer's trials.

**539:1 - 539:9**  Scolnick, Edward M., M.D. 2005-05-17          00:00:32
539: 1    Q.    Sir, I'm passing over what we just
539: 2          marked as Exhibit 24 to your deposition.  It is a
539: 3          multi-page memo to you from a Dr. Gilbert Block.
539: 4                 For the record, it is Bates stamped
539: 5          MRK-NJ0333225 to 35.  I don't know if I indicated
539: 6          this, but it is dated March 21st, 2001?
539: 7                 Doctor, have you seen this before?
539: 8    A.    I don't recall seeing it.  It is
539: 9          addressed to me.

**543:8 - 543:18**  Scolnick, Edward M., M.D. 2005-05-17          00:00:26
543: 8    Q.    I think what we're looking at here,
543: 9          sir, right, is that 14 people died on Vioxx, 3 died
543: 10         in placebo in this trial; true?
543: 11   A.    Yes, that's true.
543: 12   Q.    And 95 times out of 100, when you ran
543: 13         this trial, you'd get the same result; right?
543: 14   A.    That's what statistical significance
543: 15         implies, yes.
543: 16   Q.    So, 95 out of 100 times, if you reran

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 54 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

543: 17    this trial, 14 would die on Vioxx, 3 would die on
543: 18    placebo?

**543:24  -  544:6**    Scolnick, Edward M., M.D. 2005-05-17    00:00:18
543: 24    Q.   So, in this particular trial, 11
543: 25    people died on Vioxx more than died on placebo;
544: 1    true?
544: 2    A.   Yes, that's correct.
544: 3    Q.   Did you tell old people around the
544: 4    country who were taking this drug, we have this
544: 5    trial, 11 excess deaths were found in this trial,
544: 6    sir?

**544:8  -  544:9**    Scolnick, Edward M., M.D. 2005-05-17    00:00:01
544: 8    THE WITNESS:  I don't recall what
544: 9    information was disseminated on the trial.

**546:4  -  546:7**    Scolnick, Edward M., M.D. 2005-05-17    00:00:10
546: 4    Q.   So, the 11 patients who died
546: 5    unnecessarily in protocol 091 as compared to the
546: 6    placebo arm, died and they got no benefit from Vioxx
546: 7    in this trial; true?

**546:10  -  546:13**    Scolnick, Edward M., M.D. 2005-05-17    00:00:12
546: 10    THE WITNESS:  There were 11 patients
546: 11    who died in the trial more than in placebo.  The
546: 12    aggregate group did not benefit from Vioxx based on
546: 13    the statistical efficacy of the trial.

**551:15  -  552:15**    Scolnick, Edward M., M.D. 2005-05-17    00:00:50
551: 15    Apart from the 091 trial, we also
551: 16    know there was a second progression trial, that's
551: 17    the 126 trial.  We established that this morning;
551: 18    right?
551: 19    A.   Yes.
551: 20    Q.   Okay.
551: 21    There was also an Alzheimer's disease
551: 22    prevention trial; true?
551: 23    A.   Yes.
551: 24    Q.   Okay.
551: 25    The folks in Merck Research Labs
552: 1    looked at the incidence of death in that trial, too,
552: 2    didn't they?
552: 3    A.   I don't recall the categories they
552: 4    looked at.  Death would be collected in any trial.
552: 5    Q.   Well, you see in the memo we were
552: 6    just looking at from Dr. Block, it says, "All deaths
552: 7    in the ongoing prevention trial...and the terminated
552: 8    second progression trial...will be unblinded and
552: 9    evaluated."  Do you see that?
552: 10    A.   Yes, I do.
552: 11    Q.   Okay.
552: 12    So, it's your understanding that the
552: 13    deaths in the other trials were also looked at;
552: 14    true?
552: 15    A.   That's what this implies.

**553:4  -  553:5**    Scolnick, Edward M., M.D. 2005-05-17    00:00:02
553: 4    Q.   Sir, I've just passed you over what
553: 5    we have marked as Exhibit 25 to your deposition.

**553:21  -  556:14**    Scolnick, Edward M., M.D. 2005-05-17    00:03:00
553: 21    Do you agree with me, sir, that this
553: 22    document is a combined intention to treat and
553: 23    on-drug analysis of the death data in both protocol
553: 24    091 and protocol 078?
553: 25    A.   Yes, that's what the summary document
554: 1    -- the summary page on the front page states, yes.
554: 2    Q.   Okay.
554: 3    If you'd turn to the next page, sir,
554: 4    it identifies the mortality analysis or the death
554: 5    analysis for the 091 and 078 trials on an

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK Document 88433-5 Filed 11/20/06 Page 55 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

554: 6        intent-to-treat basis.  Do you see that at the
554: 7        bottom of the first page?
554: 8    A.   It does it for both protocols, yes.
554: 9    Q.   Number of deaths on Vioxx, 13.  Do
554: 10    you see that?
554: 11    A.   Yes.
554: 12    Q.   Number of deaths on placebo, 3?
554: 13    A.   Yes.  That's the trial we were
554: 14    looking at.
554: 15    Q.   Okay.
554: 16        It is about what, four times as high,
554: 17    a little more than four?
554: 18    A.   Yes.
554: 19    Q.   Okay.  Go down to the ITT analysis
554: 20    for protocol 078.  Do you see that below it?
554: 21    A.   Yes.
554: 22    Q.   Okay.
554: 23        Number of deaths on Vioxx, 21; right?
554: 24    A.   Yes.
554: 25    Q.   Number of deaths on placebo, 9;
555: 1    right?
555: 2    A.   Yes.
555: 3    Q.   And there's a rate next to each of
555: 4    those numbers; right?
555: 5    A.   There is.
555: 6    Q.   And the rate for Vioxx is what, a
555: 7    little under two-and-a-half times greater than the
555: 8    rate for placebo?
555: 9    A.   Yes.
555: 10    Q.   And what that means is that
555: 11    two-and-a-half times as many people died taking
555: 12    Vioxx in the 078 trial as of this point in time as
555: 13    compared to placebo; true?
555: 14    A.   Yes.
555: 15    Q.   Okay.
555: 16        If you'd turn to Page 755, internal
555: 17    numbering, 4, Bates number, 755.
555: 18    A.   Just a moment, please.
555: 19    Q.   Feel free.
555: 20    A.   (Witness reviewing document.)
555: 21        Okay.  Thank you.
555: 22        Where do you want me to turn, 755?
555: 23    Q.   I'm sorry.  756.
555: 24    A.   Excuse me, I want to look at one
555: 25    other thing.
556: 1    Q.   There's calculations of something
556: 2    called a "hazard ratio."  Do you see that?
556: 3    A.   Just a moment.
556: 4        (Witness reviewing document.)
556: 5        On 756.  756?
556: 6    Q.   Yeah.  There's a paragraph in between
556: 7    the charts.  It says, "From the mortality frequency
556: 8    and incident rate charts for protocol 091."  Do you
556: 9    see that?
556: 10    A.   Yes, yes.
556: 11    Q.   And there's a hazard ratio
556: 12    calculation in the last sentence for the 091 trial.
556: 13    Do you see that?
556: 14    A.   Yes, I do.

**557:7   -   558:2**    Scolnick, Edward M., M.D. 2005-05-17        00:00:53
557: 7        4.43 would be the relative increased
557: 8    risk of death on Vioxx compared to placebo; true?
557: 9    A.   The relative increase in risk, yes.
557: 10    Q.   Okay.
557: 11        So, folks on Vioxx in the 091 trial
557: 12    were 4.4 times more likely to die compared to those
557: 13    on placebo; true?
557: 14    A.   It's a hazard ratio.  I think that's
557: 15    true.
557: 16    Q.   Okay.
557: 17        If you'd turn the page, sir, you look

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8843-3   Filed 11/20/06   Page 56 of 111
**Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.**

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 557: 18 | at the results for the 078 trial, paragraph | | |
| 557: 19 | beginning, "From the mortality frequency and | | |
| 557: 20 | incident rate charts for protocol 078."  Do you see | | |
| 557: 21 | that? | | |
| 557: 22 | A.   Yes. | | |
| 557: 23 | Q.   Then it says at the end, "After | | |
| 557: 24 | adjusting for Age and Gender, the hazard ratio | | |
| 557: 25 | between" Vioxx "and placebo was 2.55."  Do you see | | |
| 558: 1 | that sentence? | | |
| 558: 2 | A.   Yes. | | |
| **558:9  -  558:22** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:42 | |
| 558: 9 | Q.   That indicates that folks on Vioxx | | |
| 558: 10 | were 2.55 times more likely to die than patients on | | |
| 558: 11 | placebo; true? | | |
| 558: 12 | A.   Yes. | | |
| 558: 13 | Q.   Okay.  So, let me understand, sir. | | |
| 558: 14 | As of this point in time, April 8, 2001, the company | | |
| 558: 15 | has two independent placebo-controlled trials | | |
| 558: 16 | demonstrating a statistically significant increase | | |
| 558: 17 | in the risk of death; true? | | |
| 558: 18 | A.   Yes. | | |
| 558: 19 | Q.   Okay.  In the one trial, 091, there | | |
| 558: 20 | was a four times greater risk of death on Vioxx | | |
| 558: 21 | compared to placebo; true? | | |
| 558: 22 | A.   Yes. | | |
| **560:25  -  561:13** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:26 | |
| 560: 25 | Well, you'd agree that mortality data | | |
| 561: 1 | is important; right? | | |
| 561: 2 | A.   Yes, it is. | | |
| 561: 3 | Q.   That's the kind of data that a | | |
| 561: 4 | physician should know; right? | | |
| 561: 5 | A.   Yes, they should. | | |
| 561: 6 | Q.   Any doubt in your mind that | | |
| 561: 7 | physicians would like to know whether your drug, | | |
| 561: 8 | Merck's drug, increased the risk of death? | | |
| 561: 9 | A.   It's data that should have -- a | | |
| 561: 10 | physician should know. | | |
| 561: 11 | Q.   Any doubt that the FDA would have | | |
| 561: 12 | wanted to know right after you knew this that Vioxx | | |
| 561: 13 | increased the risk of death? | | |
| **561:18  -  561:20** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:05 | |
| 561: 18 | THE WITNESS:  I don't know when -- I | | |
| 561: 19 | don't know that this data was not submitted to the | | |
| 561: 20 | FDA.  I don't know what was done with this data. | | |
| **561:22  -  561:25** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:05 | |
| 561: 22 | Q.   Well, you'd agree, sir, that this | | |
| 561: 23 | data should have been promptly shared with the FDA; | | |
| 561: 24 | true? | | |
| 561: 25 | A.   I don't know that this data wasn't | | |
| **562:1  -  562:4** | Scolnick, Edward M., M.D. 2005-05-17 | | |
| 562: 1 | promptly shared with the FDA. | | |
| 562: 2 | Q.   Sir, my question is, you'd agree with | | |
| 562: 3 | me that this data should have been promptly shared | | |
| 562: 4 | with FDA; right? | | |
| **562:6  -  562:7** | Scolnick, Edward M., M.D. 2005-05-17 | | |
| 562: 6 | HE WITNESS:  The data should have | | |
| 562: 7 | been reported to the FDA, yes. | | |
| **562:21  -  562:25** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:11 | |
| 562: 21 | The conclusions that were reached | | |
| 562: 22 | within Merck concerning the statistically | | |
| 562: 23 | significant increased risk of death should have been | | |
| 562: 24 | shared with FDA no later than 15 days after this | | |

Dedrick v. Merck Co., Inc.

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 57 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 562: 25 | analysis; right? |

| | | |
|---|---|---|
| **563:2  -  563:13** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:22 |
| 563: 2 | THE WITNESS:  That's the usual |
| 563: 3 | reporting time for data like this. |
| 563: 4 | BY MR. BUCHANAN: |
| 563: 5 | Q.   Did Merck send out a "Dear Doctor" |
| 563: 6 | letter telling physicians around the country that |
| 563: 7 | we've got these two trials, and we've got a |
| 563: 8 | statistically significant increased risk of death? |
| 563: 9 | A.   I don't recall them sending out a |
| 563: 10 | "Dear Doctor" letter, no. |
| 563: 11 | Q.   Did Merck issue a press release |
| 563: 12 | telling doctors the same information? |
| 563: 13 | A.   I don't recall a press release. |

| | | |
|---|---|---|
| **563:16  -  564:2** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:27 |
| 563: 16 | Did Merck publish a letter in the New |
| 563: 17 | England Journal of Medicine telling physicians about |
| 563: 18 | the findings from these two trials? |
| 563: 19 | A.   I don't recall such a letter. |
| 563: 20 | Q.   Publish a letter anywhere in the |
| 563: 21 | medical literature to get word out promptly that old |
| 563: 22 | people are at a substantially increased risk of |
| 563: 23 | death on the drug? |
| 563: 24 | A.   I don't recall a letter being written |
| 563: 25 | about these trials in the way you're asking the |
| 564: 1 | question. |
| 564: 2 | Q.   This was all on your watch; right? |

| | | |
|---|---|---|
| **564:4  -  565:4** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:57 |
| 564: 4 | THE WITNESS:  This occurred while I |
| 564: 5 | was president of research, yes. |
| 564: 6 | BY MR. BUCHANAN: |
| 564: 7 | Q.   Right.  And the responsibility for |
| 564: 8 | communicating the scientific messages learned from |
| 564: 9 | clinical trials in Merck Research Labs was |
| 564: 10 | ultimately yours; true? |
| 564: 11 | A.   Yes.  I was not shown this data. |
| 564: 12 | Q.   Is that your position now, you were |
| 564: 13 | not shown this data? |
| 564: 14 | A.   I don't recall having seen this data. |
| 564: 15 | Q.   Are you disavowing you had any |
| 564: 16 | knowledge of the statistically significant increased |
| 564: 17 | risk in death in the 078 and 091 trials in April of |
| 564: 18 | 2001? |
| 564: 19 | A.   I don't recall anything about 078. |
| 564: 20 | What I've told you I recall about 091 is what I've |
| 564: 21 | said, that there was an imbalance of events and that |
| 564: 22 | they weren't due to cardiovascular -- an excess of |
| 564: 23 | cardiovascular events.  That is all I recall about |
| 564: 24 | the Alzheimer's data. |
| 564: 25 | Q.   Well, the one thing we do know and |
| 565: 1 | you know now looking at this memo is that there were |
| 565: 2 | statistically significant increased numbers of |
| 565: 3 | deaths on Vioxx compared to placebo as of April |
| 565: 4 | 2001; true? |

| | | |
|---|---|---|
| **565:6  -  565:10** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:05 |
| 565: 6 | THE WITNESS:  The analyses that are |
| 565: 7 | here indicate that, yes. |
| 565: 8 | BY MR. BUCHANAN: |
| 565: 9 | Q.   And you don't think that was due to |
| 565: 10 | chance? |

| | | |
|---|---|---|
| **565:15  -  565:17** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:04 |
| 565: 15 | A.   It was statistically significant. |
| 565: 16 | Q.   And you don't think that was due to |
| 565: 17 | chance? |

| | | |
|---|---|---|
| **565:19  -  565:20** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:02 |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Document 68435-3   Filed 11/20/06   Page 58 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

565: 19          THE WITNESS:  Therefore, it was not
565: 20          likely due to chance.

**566:12  -  566:21**   Scolnick, Edward M., M.D. 2005-05-17          00:00:30
566: 12          Q.    Sir, I'm passing you over what we
566: 13          just marked as Exhibit 26 to your deposition.  It's
566: 14          an e-mail, a series of e-mails beginning with an
566: 15          e-mail to you from Dr. Gilbert Block.  Do you see
566: 16          that?
566: 17          A.    Where are we?  We are starting at the
566: 18          bottom?
566: 19          Q.    Starting at the bottom.  That would
566: 20          be the earliest in time e-mail; correct?
566: 21          A.    Yes.

**568:6   -   568:9**   Scolnick, Edward M., M.D. 2005-05-17          00:00:07
568: 6           Q.    And you wrote, "Doug, When I read
568: 7           this note about 30 minutes ago I tried to call you
568: 8           at home."  Do you see that?
568: 9           A.    I do.

**568:18  -  568:22**   Scolnick, Edward M., M.D. 2005-05-17          00:00:12
568: 18          Q.    You were upset that Dr. Block shared
568: 19          this information before a committee meeting before
568: 20          he shared it with you; isn't that right?
568: 21          A.    I don't remember what I was upset
568: 22          about.

**569:12  -  570:7**   Scolnick, Edward M., M.D. 2005-05-17          00:00:38
569: 12          You then get a response from Dr.
569: 13          Greene; right?
569: 14          A.    Yes.
569: 15          Q.    He notes in the middle of his
569: 16          response that you're going to be before the FDA on
569: 17          April 11th to discuss labeling issues; right?
569: 18          A.    Yes.
569: 19          Q.    He then notes, "I expect that we will
569: 20          need to inform them of this in some way since we
569: 21          have included the CV events from the AD trials."  Do
569: 22          you see that?
569: 23          A.    Yes.
569: 24          Q.    CV events are cardiovascular events?
569: 25          A.    Yes.
570: 1           Q.    And the AD trials, that's Alzheimer's
570: 2           disease again; right?
570: 3           A.    Yes.
570: 4           Q.    And what he's saying is, you're going
570: 5           to have to talk to the FDA about the mortality data;
570: 6           right?
570: 7           A.    He says cardiovascular events, yes.

**571:23  -  572:3**   Scolnick, Edward M., M.D. 2005-05-17          00:00:14
571: 23          Well, sir, is it your testimony that
571: 24          the folks in regulatory who went down to talk to the
571: 25          FDA on April 11th about labeling issues would not
572: 1           have checked with you before going to determine what

572: 2           message should be communicated about Alzheimer's
572: 3           data?

**572:6   -   572:19**   Scolnick, Edward M., M.D. 2005-05-17          00:00:34
572: 6           THE WITNESS:  Yes.  They wouldn't
572: 7           necessarily have discussed with me the details of
572: 8           what they talked to with FDA.
572: 9           BY MR. BUCHANAN:
572: 10          Q.    So, if the folks from Merck who went
572: 11          down and talked to FDA on labeling issues on April
572: 12          11th didn't disclose any of the mortality data, that
572: 13          was their decision and not yours?  That's what
572: 14          you're saying?
572: 15          A.    I don't know what they disclosed, but
572: 16          I did not give them any instructions, to the best of

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8643-3   Filed 11/20/06   Page 59 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| | my recollection, on what to disclose or not to | | |
| 572: 17 | disclose to the FDA. And I think most of the | | |
| 572: 18 | content of this e-mail indicates that. | | |
| 572: 19 | | | |
| | | | |
| **573:4 - 574:7** | Scolnick, Edward M., M.D. 2005-05-17          00:01:31 | | |
| 573: 4 | Q. Sir, I'm going to pass you over what | | |
| 573: 5 | we're marking as Exhibit 27 to your deposition. For | | |
| 573: 6 | the record, it's a document titled, "FDA - MRL | | |
| 573: 7 | Meeting." "MRL," that's Merck Research Labs? | | |
| 573: 8 | A. Yes. | | |
| 573: 9 | Q. Okay. | | |
| 573: 10 | Then it's got an NDA number. That's | | |
| 573: 11 | the NDA number for VIGOR? | | |
| 573: 12 | A. That's what it seems to indicate. | | |
| 573: 13 | Q. Okay. | | |
| 573: 14 | April 11, 2001. Do you see that? | | |
| 573: 15 | A. Yes, I do. | | |
| 573: 16 | Q. That's the date Doug Greene was | | |
| 573: 17 | stating that you were going to be -- excuse me, | | |
| 573: 18 | Merck was going to be before the FDA to discuss | | |
| 573: 19 | labeling issues; right? | | |
| 573: 20 | A. Yes. | | |
| 573: 21 | Q. Take a quick look at the document, | | |
| 573: 22 | sir. Do you see any reference to two trials | | |
| 573: 23 | demonstrating statistically significant increased | | |
| 573: 24 | rates of death in the report of this particular | | |
| 573: 25 | meeting? | | |
| 574: 1 | A. (Witness reviewing document.) | | |
| 574: 2 | I don't see a comment about that in | | |
| 574: 3 | this summary. | | |
| 574: 4 | Q. So, folks from Merck Research Labs | | |
| 574: 5 | and the regulatory group within Merck went down to | | |
| 574: 6 | the FDA on April 11, 2001 to talk about labeling for | | |
| 574: 7 | Vioxx; true? | | |
| | | | |
| **574:10 - 574:15** | Scolnick, Edward M., M.D. 2005-05-17          00:00:12 | | |
| 574: 10 | THE WITNESS: There was a meeting on | | |
| 574: 11 | labeling of Vioxx on April 11th, yes. | | |
| 574: 12 | BY MR. BUCHANAN: | | |
| 574: 13 | Q. That was the meeting where Doug | | |
| 574: 14 | Greene suggested we should report this Alzheimer's | | |
| 574: 15 | death data from the 091 trial; right? | | |
| | | | |
| **574:18 - 575:2** | Scolnick, Edward M., M.D. 2005-05-17          00:00:17 | | |
| 574: 18 | THE WITNESS: I haven't had a chance | | |
| 574: 19 | to read his e-mail to me, so, he says in the e-mail, | | |
| 574: 20 | "I expect that we will need to inform them of this | | |
| 574: 21 | in some way since we have included the CV events | | |
| 574: 22 | from the AD trials." Yes, I think he is suggesting | | |
| 574: 23 | that. | | |
| 574: 24 | BY MR. BUCHANAN: | | |
| 574: 25 | Q. Well, did you tell him not to do | | |
| 575: 1 | that? | | |
| 575: 2 | A. Absolutely not. | | |
| | | | |
| **575:11 - 575:15** | Scolnick, Edward M., M.D. 2005-05-17          00:00:12 | | |
| 575: 11 | BY MR. BUCHANAN: | | |
| 575: 12 | Q. Do you endorse the decision not to | | |
| 575: 13 | disclose two trials that have statistically | | |
| 575: 14 | significant doubling in the rates of death to the | | |
| 575: 15 | FDA? | | |
| | | | |
| **575:20 - 575:21** | Scolnick, Edward M., M.D. 2005-05-17          00:00:04 | | |
| 575: 20 | THE WITNESS: I do not endorse that | | |
| 575: 21 | decision, if that's what was done. | | |
| | | | |
| **595:1 - 595:14** | Scolnick, Edward M., M.D. 2005-05-17          00:00:30 | | |
| 595: 1 | Q. Dr. Scolnick, we're going to shift | | |
| 595: 2 | gears a little bit. I want to talk about your role | | |
| 595: 3 | in the marketing of Vioxx. Okay? | | |
| 595: 4 | A. Uh-huh. | | |
| 595: 5 | Q. You did have a role in the marketing | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 60 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

595: 6    of Vioxx; correct, sir?
595: 7    A.   Not a direct role, no.
595: 8    Q.   You assisted the marketing function
595: 9       within Merck in connection with the marketing of
595: 10      Vioxx; true?
595: 11   A.   Only in the initial data discussions
595: 12      with marketing about what the data was in the file.
595: 13      I did not prepare marketing information or approve
595: 14      it or see it before it was used.

**596:14   -   597:12**   Scolnick, Edward M., M.D. 2005-05-17        00:01:04
596: 14              Well, the document I just passed you
596: 15      and we marked as Exhibit 30 to your deposition is a
596: 16      memo from Wendy Dixon to you dated May 8th, 2000;

596: 17      right?
596: 18   A.   Yes.
596: 19   Q.   Bates stamped MRK-ABI0002126 to 2128.
596: 20      I take it you've seen this before, sir?
596: 21   A.   I don't remember.  Perhaps.  I don't
596: 22      specifically recall it.
596: 23   Q.   Well, sir, do you have any reason to
596: 24      doubt that you received the memo from Wendy Dixon
596: 25      from May of 2000 that was sent to your attention and
597: 1       your attention alone?
597: 2    A.   No, I don't have any reason to doubt
597: 3       it, but I don't recall at the moment, except I'm
597: 4       reading it now.
597: 5    Q.   The subject line of this particular
597: 6       memo is, "Renal and Cardiovascular Issues for
597: 7       VIOXX." True?
597: 8    A.   Yes.
597: 9    Q.   Okay.
597: 10              In fact, Wendy Dixon was in charge of
597: 11      the marketing effort for Vioxx; true?
597: 12   A.   Yes, I believe that's true.

**598:2   -   598:10**   Scolnick, Edward M.D. 2005-05-17        00:00:26
598: 2    Q.   Well, if you'd turn to the last page
598: 3       of the document, sir, it's Bates stamped ABI
598: 4       0002128.  Do you see the paragraph beginning, "David

598: 5       mentioned"?
598: 6    A.   Last page?  Oh, yes, I do.
598: 7    Q.   In fact, you offered to Mr. Anstice
598: 8       to assist in developing responses to the competitive
598: 9       messages that were out on the market concerning
598: 10      Vioxx and Celebrex; true?

**598:12   -   598:13**   Scolnick, Edward M., M.D. 2005-05-17        0
598: 12              THE WITNESS:  That's what the memo
598: 13      says, yes.

**599:10   -   599:24**   Scolnick, Edward M., M.D. 2005-05-17        00:00:46
599: 10              In particular, you were going to
599: 11      assist in responding to the cardiovascular issues
599: 12      being addressed by Pfizer as it related to Vioxx;
599: 13      true?
599: 14   A.   That's what she requests at the
599: 15      beginning of the first page of the memo.
599: 16   Q.   If you'd look at the third numbered
599: 17      paragraph on Page 2 -- well, let me take a step
599: 18      back.
599: 19              This document is describing in
599: 20      particular the steps that are being taken by Wendy
599: 21      Dixon on behalf of the marketing department of Merck
599: 22      to respond to the competitive challenges that are
599: 23      being raised by Pfizer against Vioxx; true?
599: 24   A.   That's what it appears to be.

**600:18   -   601:18**   Scolnick, Edward M., M.D. 2005-05-17        00:00:57
600: 18              So, she's telling you what materials

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 600: 19 | the sales force has to respond to the cardiovascular | | |
| 600: 20 | issues concerning Vioxx; right? | | |
| 600: 21 | A.   Yes. | | |
| 600: 22 | Q.   The third item there is "A | | |
| 600: 23 | cardiovascular card to handle the thromboembolic | | |
| 600: 24 | events issue."  Do you see that? | | |
| 600: 25 | A.   Yes, I do. | | |
| 601: 1 | Q.   It says, "It compares cardiovascular | | |
| 601: 2 | thromboembolic AEs for VIOXX comparator NSAIDs...and | | |
| 601: 3 | placebo."  Do you see that? | | |
| 601: 4 | A.   Yes. | | |
| 601: 5 | Q.   And then a bunch of the NSAIDs that | | |
| 601: 6 | are compared across the nine osteoarthritis trials | | |
| 601: 7 | are referenced there; right? | | |
| 601: 8 | A.   Correct. | | |
| 601: 9 | Q.   You've seen that cardiovascular card, | | |
| 601: 10 | haven't you? | | |
| 601: 11 | A.   I don't recall. | | |
| 601: 12 | Q.   Okay.  Well, the next paragraph says, | | |
| 601: 13 | "Copies of the renal card, cardiovascular card, and | | |
| 601: 14 | the Rossat paper are attached."  Do you see that? | | |
| 601: 15 | A.   I do.  I still don't recall. | | |
| 601: 16 | Q.   Any reason to doubt that Ms. Dixon | | |
| 601: 17 | was telling the truth when she said she was giving | | |
| 601: 18 | you these things for your review? | | |
| | | | |
| **601:20  -  601:25** | Scolnick, Edward M., M.D. 2005-05-17          00:00:15 | | |
| 601: 20 | THE WITNESS:  She was giving them to | | |
| 601: 21 | me.  I don't think I was given them for review.  I | | |
| 601: 22 | think she says in the paragraph that the | | |
| 601: 23 | representatives already have this information.  I | | |
| 601: 24 | don't recall these cards, and I don't recall | | |
| 601: 25 | discussing the cards with her at all. | | |
| | | | |
| **602:20  -  603:17** | Scolnick, Edward 5-17-05 | **[602:20] - [611:6]** | **Barnett:**  Objection |
| 602: 20 | Q.   Sir, I'm passing you what we've just | **Deft's Obj.:**  Lack of | at 602:20-603:5 |
| 602: 21 | marked as Exhibit 31 to your deposition.  It's a | foundation; lack of | sustained. |
| 602: 22 | copy of a document entitled "Cardiovascular System, | personal knowledge - | **Smith:**  Not designated. |
| 602: 23 | Clinical Profile In Osteoarthritis Studies."  It's | witness repeatedly says | |
| 602: 24 | Bates stamped MRK-AAR0033237 through 243. | he does not have personal | |
| 602: 25 | Do you recall this document, sir? | knowledge of the | |
| 603: 1 | A.   I don't. | documents (counsel | |
| 603: 2 | Q.   Have you ever seen the cardiovascular | shows him various | |
| 603: 3 | card before? | versions of the CV Card): | |
| 603: 4 | A.   I don't recall ever having seen the | "I don't recall ever having | |
| 603: 5 | cardiovascular card, as I just finished telling you. | seen this document or | |
| 603: 6 | Q.   Okay. | even one like it." 607:6-7. | |
| 603: 7 | I would like to direct your | | |
| 603: 8 | attention, please, to Page 241, those little numbers | "I don't recall ever having | |
| 603: 9 | in the corner.  Do you see the title there, it says, | seen the cardiovascular | |
| 603: 10 | "Overall Mortality Rates"? | card, as I just finished | |
| 603: 11 | A.   Yes. | telling you." 603:4-5 | |
| 603: 12 | Q.   It says, "Overall mortality and | | |
| 603: 13 | cardiovascular mortality."  Do you see that? | "I don't know what they | |
| 603: 14 | A.   Yes, I do. | [sales reps] were given... | |
| 603: 15 | Q.   Okay.  It says, "Events per 100 | I don't know whether | |
| 603: 16 | Patient-Years."  Do you see that? | this refers to this or not, | |
| 603: 17 | A.   Yes. | since I don't remember | |
| | | ever having seen it." | |
| **604:4 -  604:11** | Scolnick, Edward 5-17-05 | 605:11-16 | |
| 604: 4 | Q.   There's a total mortality number for | | |
| 604: 5 | Vioxx, isn't there? | Plaintiff's counsel uses | |
| 604: 6 | A.   Yes. | witness as a prop to read | |
| 604: 7 | Q.   It says .1; right? | in the content of the cards. | |
| 604: 8 | A.   Yes. | In the event the objection | |
| 604: 9 | Q.   And there's a total mortality for | is overruled, Merck | |
| 604: 10 | NSAIDs.  It says 1.1; right? | counters with all the | |
| 604: 11 | A.   Yes. | testimony where he | |
| | | disclaims any knowledge | |
| **605:1 -  605:7** | Scolnick, Edward 5-17-05 | of these documents. | |
| 605: 1 | Q.   So, the rate of total mortality is 11 | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 62 of 111

| | | Designated Testimony | Objections | Rulings |
|---|---|---|---|---|
| 605: 2<br>605: 3<br>605: 4<br>605: 5<br>605: 6<br>605: 7 | | times higher on traditional NSAIDs as compared to<br>Vioxx according to this cardiovascular card; true?<br>A.     This -- in our osteoarthritis<br>clinical trials, this is the data that's in this<br>table.  I don't recall the table.  I don't know how<br>the calculations were made. | **PI's Resp.:**  Witness is<br>President of Merck<br>Research Labs.  All<br>data for marketing<br>pieces like the CV Card<br>was provided by MRL | |
| **605:17 -** | **608:13** | Scolnick, Edward 5-17-05<br>Q.     I take it, sir, that you'd agree that | which is under the<br>supervision and control | |
| 605: 17<br>605: 18<br>605: 19<br>605: 20<br>605: 21<br>605: 22<br>605: 23<br>605: 24<br>605: 25<br>606: 1<br>606: 2<br>606: 3<br>606: 4<br>606: 5<br>606: 6<br>606: 7<br>606: 8<br>606: 9<br>606: 10<br>606: 11<br>606: 12<br>606: 13 | | the most important data to the physician in terms of<br>safety is total mortality.<br>A.     I'm not sure whether that's the most<br>important data.  It is important data, and<br>physicians should have the overall safety profile of<br>the drug and some explanation for it.<br>Q.     Well, it's certainly important that<br>physicians and patients be given accurate data on<br>the total mortality rates for Vioxx as compared to<br>other comparators in the clinical trials; true?<br>A.     I would think that's true.<br>          - - -<br>(Whereupon, Deposition Exhibit<br>Scolnick-32, "Bulletin for Vioxx: New<br>Resource: Cardiovascular Card,"<br>MRK-AAR0038843 - MRK-AAR0038848, was<br>marked for identification.)<br>          - - -<br>BY MR. BUCHANAN:<br>Q.     Sir, let me pass over to you what<br>we're marking as Exhibit 32 to your deposition. | of Witness.  Witness<br>regularly reviews<br>marketing pieces.<br>Witness should be able<br>to testify to the data that<br>was contained in CV Card. | |
| **606:21 -** | **607:1** | Scolnick, Edward 5-17-05 | | |
| 606: 21<br>606: 22<br>606: 23<br>606: 24<br>606: 25<br>607: 1 | | Q.     Doctor, what I've just passed over<br>and what we marked as Exhibit 32 to your deposition<br>is a document entitled "Bulletin for VIOXX, NEW<br>RESOURCE:  Cardiovascular Card."  Do you see that<br>heading?<br>A.     Yes, I do. | | |
| **607:14 -** | **607:18** | Scolnick, Edward 5-17-05 | | |
| 607: 14<br>607: 15<br>607: 16<br>607: 17<br>607: 18 | | Q.     Okay.<br>I just want to turn your attention,<br>please, to Page 847.  Do you see the narrative there<br> that's describing Page 4, the CV card?<br>A.     I do. | | |
| **608:8 -** | **608:15** | Scolnick, Edward 5-17-05 | | |
| 608: 8<br>608: 9<br>608: 10<br>608: 11<br>608: 12<br>608: 13<br>608: 14<br>608: 15 | | Well, how about in the guide to the<br>sales force which we've just marked as Exhibit 32.<br> It states, "Use this page to show physicians that in<br>terms of mortality, which is most important to the<br>physician and their patients, the rate for total<br>mortality and cardiovascular mortality was low."  Do<br>you see that?<br>A.     Yes, I can read that. | | |
| **609:19 -** | **611:6** | Scolnick, Edward 5-17-05 | | |
| 609: 19<br>609: 20<br>609: 21<br>609: 22<br>609: 23<br>609: 24<br>609: 25<br>610: 1<br>610: 2<br>610: 3<br>610: 4<br>610: 5<br>610: 6<br>610: 7<br>610: 8 | | Q.     That's fine, sir.  And let's look at<br>the prior document, which is the actual<br>cardiovascular card.<br>Do you see anything in the portion of<br>Page 4 that reflects "Overall Mortality and<br>Cardiovascular Mortality" that talks about whether<br>these results are statistically significant or not?<br>A.     I do not.<br>Q.     And sir --<br>A.     I do not see any reference to that.<br>Q.     Would you agree, sir, that it would<br>be misleading to suggest that Vioxx had a reduced<br>frequency of death as compared to other NSAIDs if<br> the results were not statistically significant?<br>A.     I would agree with that. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 610: 9   Q.    And we can also agree that there's no<br>610: 10  statement about statistical significance on this<br>610: 11  chart as it relates to overall mortality; true?<br>610: 12  A.    On this very chart, there's no<br>610: 13  statement about statistical significance that I can<br>610: 14  quickly see.<br>610: 15  Q.    By this point in time, sir, the VIGOR<br>610: 16  results were already in; right?<br>610: 17  A.    What was the date again of this, I'm<br>610: 18  sorry, this cardiovascular card?<br>610: 19  Q.    Well, the cardiovascular card was<br>610: 20  sent to the field representatives on April 28, 2000.<br>610: 21  Do you see this document, sir, I previously gave<br>610: 22  you?<br>610: 23  A.    Yes.  Just -- yes.  April 28, 2000,<br>610: 24  yes.<br>610: 25  Q.    The VIGOR results were in already;<br>611: 1  right?<br>611: 2  A.    Yes.<br>611: 3  Q.    In fact, there were more deaths on<br>611: 4  Vioxx than on naproxen in the VIGOR trial, isn't<br>611: 5  that true?<br>611: 6  A.    I can't remember. | | |
| 632:16  -  632:20   Scolnick, Edward M., M.D. 2005-05-17   00:00:16<br>632: 16  Q.    Mortality information, total<br>632: 17  mortality information is important information that<br>632: 18  should have been included in the CV card that was<br>632: 19  used by sales representatives to respond to<br>632: 20  physician inquiries concerning the drug; true? | | |
| 632:22  -  633:5   Scolnick, Edward M., M.D. 2005-05-17   00:00:20<br>632: 22        THE WITNESS:  I think a CV card<br>632: 23  should have contained all cardiovascular-related<br>632: 24  information from the variety of data sources Merck<br>632: 25  has, and --<br>633: 1        BY MR. BUCHANAN:<br>633: 2  Q.    Would --<br>633: 3  A.    -- if there was mortality data<br>633: 4  associated with those trials, each of the trials and<br>633: 5  what the data was in each of the trials. | | |
| 634:17  -  634:20   Scolnick, Edward M., M.D. 2005-05-17<br>634: 17  Q.    My question, sir, was whether the CV<br>634: 18  card should have included all the mortality data the<br>634: 19  company had in its possession and had analyzed at<br>634: 20  the point in time when it released the CV card? | **[634:17] - [634:20]**<br>**Deft's Obj.:**  Asked and<br>answered (see directly<br>above). | **Smith:**  No objection. |
| 635:6  -  635:8   Scolnick, Edward M., M.D. 2005-05-17<br>635: 6  A.    I think an ideal card would have had<br>635: 7  CV data, CV mortality, total mortality, for all the<br>635: 8  studies available. | **Pl's Resp.:**  Testimony<br>summarizes and makes<br>clear the prior testimony. | |
| 699:25  -  700:9   Scolnick, Edward M., M.D. 2005-05-17   00:00:25<br>699: 25  Q.    Okay.  I want to start with you a<br>700: 1  section on the labeling of the drug and the<br>700: 2  progression of the labels of the drug.  You were<br>700: 3  intimately involved in that process; correct, sir?<br>700: 4  A.    I certainly knew what was going on,<br>700: 5  yes.<br>700: 6  Q.    When the drug was first brought on<br>700: 7  the market, it had a standard NSAID GI warning;<br>700: 8  correct?<br>700: 9  A.    I believe that's correct. | | |
| 702:21  -  703:9   Scolnick, Edward M., M.D. 2005-05-17   00:01:14<br>702: 21       Now, here we have a label which<br>702: 22  appears to me anyway to be Merck's proposal to the<br>702: 23  FDA post-VIGOR.  Am I correct that that's what this<br>702: 24  document represents, Exhibit 39, sir?<br>702: 25  A.    What's the date of this? | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 08435-3   Filed 11/20/06   Page 64 of 111

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 703: 1 | Q. It says, "Original Label Submission." | | | |
| 703: 2 | I'm working with documents that were produced by | | | |
| 703: 3 | Merck, so, I can tell you Bates Numbers and I can | | | |
| 703: 4 | tell you what it says, and it says "Original Label | | | |
| 703: 5 | Submission for VIGOR." | | | |
| 703: 6 | A. Well, if that's what it says, I | | | |
| 703: 7 | assume it is the original submission for VIGOR. The | | | |
| 703: 8 | VIGOR study is referenced in this label, so, that's | | | |
| 703: 9 | probably what it is. | | | |
| **703:22 - 704:1** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:14 | | |
| 703: 22 | There's no cardiovascular warning | | | |
| 703: 23 | that's given on the drug relative to risks of | | | |
| 703: 24 | cardiovascular events or increase of risk of | | | |
| 703: 25 | cardiovascular events as was proven in the VIGOR | | | |
| 704: 1 | study; correct, sir? | | | |
| **704:6 - 704:9** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:09 | | |
| 704: 6 | THE WITNESS: The VIGOR study, as I | | | |
| 704: 7 | told you, we did not believe indicated Vioxx | | | |
| 704: 8 | increased CV events and, therefore, there was no | | | |
| 704: 9 | warning in this label. That is correct. | | | |
| **704:17 - 704:18** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:07 | | |
| 704: 17 | Q. When the FDA got this proposal, was | | | |
| 704: 18 | that their view of the data? | | | |
| **704:25 - 705:13** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:42 | | |
| 704: 25 | THE WITNESS: The data was presented | | | |
| 705: 1 | in an Advisory Committee. That was their view of | | | |
| 705: 2 | the data. It was Merck's view of the data. And the | | | |
| 705: 3 | FDA chose, I think in their first resubmission to | | | |
| 705: 4 | us, to take a different interpretation, yes. | | | |
| 705: 5 | BY MR. KLINE: | | | |
| 705: 6 | Q. They did. | | | |
| 705: 7 | Did they suggest that there be a | | | |
| 705: 8 | warning on the drug, sir, based on the VIGOR data? | | | |
| 705: 9 | A. Yes, they did. | | | |
| 705: 10 | Q. And did Merck say, certainly we're | | | |
| 705: 11 | interested in public safety, and a warning would be | | | |
| 705: 12 | a good idea on a drug where there might be a | | | |
| 705: 13 | problem? Is that what Merck said, sir? | | | |
| **705:16 - 705:19** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:07 | | |
| 705: 16 | THE WITNESS: Merck did not believe | | | |
| 705: 17 | there was a cardiovascular risk associated with | | | |
| 705: 18 | Vioxx, and as this warning indicates, there is | | | |
| 705: 19 | cardiovascular risk, we objected to that label. | | | |
| **767:13 - 767:24** | Scolnick, Edward 2005-06-01 | 00:00:34 | | |
| 767: 13 | Q: Well, do you know, I can only ask you | | | |
| 767: 14 | what you know today, do you know of any label change | | | |
| 767: 15 | that was made between March of 2000 and April of | | | |
| 767: 16 | 2002 reporting the VIGOR results in a label to the | | | |
| 767: 17 | prescribing physicians of this country and around | | | |
| 767: 18 | the world? | | | |
| 767: 19 | A: No, I do not. | | | |
| 767: 20 | Q: So, prescribing physicians who were | | | |
| 767: 21 | going by the label of your drug between March of | | | |
| 767: 22 | 2000 and April of 2002, they're just looking at the | | | |
| 767: 23 | label, they wouldn't know anything about the VIGOR | | | |
| 767: 24 | results; correct? | | | |
| **768:2 - 768:5** | Scolnick, Edward 2005-06-01 | 00:00:02 | | |
| 768: 2 | THE WITNESS: If they were looking | | | |
| 768: 3 | only at the label? | | | |
| 768: 4 | BY MR. KLINE: | | | |
| 768: 5 | Q: Yes. | | | |
| **768:7 - 768:14** | Scolnick, Edward 2005-06-01 | 00:00:27 | | |
| 768: 7 | THE WITNESS: I don't know what they | | | |
| 768: 8 | would be thinking. The label was not changed on | | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 768: 9<br>768: 10<br>768: 11<br>768: 12<br>768: 13<br>768: 14 | VIGOR until, as you pointed out, April 2002.<br>BY MR. KLINE:<br>Q: There is an obligation by a<br>responsible pharmaceutical company to keep the label<br>both clear and accurate and to timely update it;<br>correct? | | |
| 768:16  -  768:16<br>768: 16 | Scolnick, Edward 2005-06-01          00:00:05<br>THE WITNESS: Yes. | | |
| 819:21  -  820:1<br>819: 21<br>819: 22<br>819: 23<br>819: 24<br>819: 25<br>820: 1 | Scolnick, Edward 2005-06-01          00:00:31<br>Q: Good morning, Dr. Scolnick. Would<br>you please tell us your full name?<br>A: Edward M. Scolnick.<br>Q: Dr. Scolnick, are you currently<br>employed by Merck?<br>A: No, I am not. | | |
| 820:5  -  822:9<br>820: 5<br>820: 6<br>820: 7<br>820: 8<br>820: 9<br>820: 10<br>820: 11<br>820: 12<br>820: 13<br>820: 14<br>820: 15<br>820: 16<br>820: 17<br>820: 18<br>820: 19<br>820: 20<br>820: 21<br>820: 22<br>820: 23<br>820: 24<br>820: 25<br>821: 1<br>821: 2<br>821: 3<br>821: 4<br>821: 5<br>821: 6<br>821: 7<br>821: 8<br>821: 9<br>821: 10<br>821: 11<br>821: 12<br>821: 13<br>821: 14<br>821: 15<br>821: 16<br>821: 17<br>821: 18<br>821: 19<br>821: 20<br>821: 21<br>821: 22<br>821: 23<br>821: 24<br>821: 25<br>822: 1<br>822: 2<br>822: 3<br>822: 4<br>822: 5<br>822: 6<br>822: 7 | Scolnick, Edward 2005-06-01          00:02:19<br>Q: Why are you no longer employed by<br>Merck?<br>A: I retired from Merck September 1st,<br>2004.<br>Q: Can you tell us the reasons that you<br>retired from Merck in September of 2004?<br>A: Yes. I retired to pursue other<br>interests that I've developed in the field of severe<br>mental illness, specifically schizophrenia and<br>bipolar disorder.<br>Q: Where are you pursuing those<br>interests right now?<br>A: I'm pursuing interests at a<br>newly-formed genome institute called the Broad<br>Institute at MIT and Harvard, in the Harvard medical<br>hospitals.<br>Q: What prompted your interest in this<br>field?<br>A: My interests have been prompted by<br>unfortunate illnesses in some family members, and<br>because of that, interactions that I've had in<br>service organizations that families with family<br>members beset by either of these two illnesses.<br>Q: Dr. Scolnick, can you just describe<br>for us generally the type of work you're currently<br>doing in this project?<br>A: Yes. We have organized a new<br>initiative in this field to try to find the genetic<br>basis for these illnesses. It is well known for<br>many years that there's a heavy genetic basis for<br>both schizophrenia and bipolar disorder. The genes<br>have not been found in this institute, which is<br>world class in genetics, is interested in the<br>problem, and I thought it was a wonderful<br>opportunity to try to really make a difference in<br>this field.<br>Q: Dr. Scolnick, are you married?<br>A: Yes, I am.<br>Q: How long have you been married?<br>A: Since 1965. 41 years.<br>Q: Do you have children?<br>A: Yes, three.<br>Q: Any grandchildren?<br>A: One.<br>Q: Granddaughter or grandson?<br>A: Granddaughter, recent vintage, about<br>six months old.<br>Q: Where do you currently live?<br>A: We live in Wayland, Massachusetts.<br>Q: Dr. Scolnick, would you please tell<br>us over what time period you were employed by Merck?<br>A: Yes. I started working at Merck in<br>July 1982, and retired in September 1st, 2004. | **[820:8-822:9]**<br>**Pl's Obj.:** Witness's<br>work to research<br>bi-polar treatment is<br>impermissible<br>character evidence.<br>R.401, R.402,<br>and R. 403. | **Barnett:** Overruled.<br><br>**Smith:** Testimony<br>played. No objection.<br>**Mason:** Testimony<br>played. No objection. |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8645-5   Filed 11/20/06   Page 66 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 822: 8 | Q: What was your role in the development |
| 822: 9 | of the drug Vioxx? |

**822:12 - 822:20**   Scolnick, Edward 2005-06-01   00:00:24
822: 12   THE WITNESS: During the development
822: 13   of Vioxx, I was president of the research
822: 14   laboratories and had the basic research group and
822: 15   clinical groups, therefore, reporting to me, who
822: 16   initiated and carried out the project.
822: 17   BY MR. RABER:
822: 18   Q: What were your general duties and
822: 19   responsibilities as the president of the Merck
822: 20   Research Lab?

**822:23 - 823:4**   Scolnick, Edward 2005-06-01   00:00:14
822: 23   THE WITNESS: My general
822: 24   responsibilities were to oversee the quality of the
822: 25   science and clinical science and basic science that
823: 1   was conducted by members of the laboratories.
823: 2   BY MR. RABER:
823: 3   Q: During what period of time were you
823: 4   the president of the Merck Research Lab?

**823:7 - 823:9**   Scolnick, Edward 2005-06-01   00:00:12
823: 7   THE WITNESS: I was president of the
823: 8   laboratories from, it's either from late April or
823: 9   early May 1985 through January 1st, 2003.

**823:11 - 823:14**   Scolnick, Edward 2005-06-01   00:00:12
823: 11   Q: Dr. Scolnick, did Merck have a group
823: 12   of scientists that was assigned to the Vioxx
823: 13   project?
823: 14   A: Yes, it did.

**823:15 - 823:17**   Scolnick, Edward 2005-06-01   00:00:14
823: 15   Q: Can you tell us generally the
823: 16   backgrounds of the people who worked at MRL, Merck
823: 17   Research Labs, while you were president?

**823:19 - 824:9**   Scolnick, Edward 2005-06-01   00:00:44
823: 19   THE WITNESS: We had people of
823: 20   varying scientific backgrounds, many people with
823: 21   medical degrees, training in various aspects of
823: 22   cellular and biochemical science, physiology,
823: 23   toxicology, drug metabolism, clinical research,
823: 24   statistics, a whole variety of disciplines.
823: 25   BY MR. RABER:
824: 1   Q: About how many doctors and scientists
824: 2   worked within the Merck Research Labs division?
824: 3   A: At the time I retired, the total
824: 4   number of persons in the laboratory and science were
824: 5   close to 10,000. I think it was around 3,000 when I
824: 6   started.
824: 7   Q: What type of research is done at
824: 8   Merck Research Labs and was done while you were
824: 9   president of the division?

**824:11 - 825:4**   Scolnick, Edward 2005-06-01   00:00:57
824: 11   THE WITNESS: Most of the research
824: 12   was focused on finding new treatments or new
824: 13   preventions for serious medical illnesses that
824: 14   really had poor treatments or no treatments. That
824: 15   was the clear mantra of the laboratory.
824: 16   BY MR. RABER:
824: 17   Q: Are there different types of research
824: 18   that are done in a research lab like MRL?
824: 19   A: Yes. There's very basic research,
824: 20   which is sometimes described as discovery research.
824: 21   There's chemistry that goes on associated with that.
824: 22   There's also so-called development research, which
824: 23   is the testing for safety and then clinical safety
824: 24   and efficacy of the compounds or vaccines that are
824: 25   brought into development as potential new treatments

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8843-3   Filed 11/20/06   Page 67 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| | 825: 1 | or preventions. | | |
| | 825: 2 | Q:  When you mentioned clinical efficacy, | | |
| | 825: 3 | is that another way to say that a drug works the way | | |
| | 825: 4 | it's supposed to work or intended to work? | | |
| | | | | |
| 825:6  -  825:12 | | Scolnick, Edward 2005-06-01                     00:00:21 | | |
| | 825: 6 | THE WITNESS:  Clinical efficacy is -- | | |
| | 825: 7 | it means the testing in people to see whether the | | |
| | 825: 8 | drug works or does not work as you think it's going | | |
| | 825: 9 | to, or sometimes it works even better than you think | | |
| | 825: 10 | it is going to or not quite as well as you think it | | |
| | 825: 11 | is going to. It is trying to gather the clinical | | |
| | 825: 12 | data to see what a drug does in patients. | | |
| | | | | |
| 826:3  -  826:6 | | Scolnick, Edward 2005-06-01                     00:00:18 | | |
| | 826: 3 | Q:  During your time as the president of | | |
| | 826: 4 | Merck Research Labs, was there ever a time where you | | |
| | 826: 5 | did not have enough money or resources to do | | |
| | 826: 6 | development research for safety and efficacy? | | |
| | | | | |
| 826:9  -  826:12 | | Scolnick, Edward 2005-06-01                     00:00:09 | | |
| | 826: 9 | THE WITNESS:  No. We always had | | |
| | 826: 10 | sufficient resources to do anything clinical in | | |
| | 826: 11 | development with a drug to prove its efficacy and | | |
| | 826: 12 | safety. | | |
| | | | | |
| 826:14   -  826:17 | | Scolnick, Edward 2005-06-01                     00:00:09 | [826:14-828:21] | Barnett:  Not designated. |
| | 826: 14 | Q:  I want to talk, if we can, about some | Pltf Obj: R. 401, R.402, | Smith:  Overruled. |
| | 826: 15 | drugs that were developed at Merck while you were | R. 403.  Other drugs | Mason:  Overruled. |
| | 826: 16 | president of Merck. Can you give us a few examples? | that Merck has developed | |
| | 826: 17 | A:  Yes. | are irrelevant.  This | |
| 826:20   -  828:6 | | Scolnick, Edward 2005-06-01                     00:01:57 | subject is dealt with | |
| | 826: 20 | THE WITNESS:  The drugs that I recall | in Plaintiff's "Good | |
| | 826: 21 | best are Mevacor, the first so-called statin that | Acts" MIL. | |
| | 826: 22 | really revolutionized the treatment of coronary | | |
| | 826: 23 | artery disease, and its sister compound, Zocor, | | |
| | 826: 24 | which even further revolutionized the treatment of | | |
| | 826: 25 | underlying atherosclerosis, because we performed a | | |
| | 827: 1 | really hallmark study, a five-year study with Zocor | | |
| | 827: 2 | which showed that it reduced cardiac events and | | |
| | 827: 3 | total mortality. Those were spectacularly important | | |
| | 827: 4 | drugs in medicine that we developed. | | |
| | 827: 5 | We developed a wonderful protease | | |
| | 827: 6 | inhibitor called Crixivan against one of the key | | |
| | 827: 7 | enzymes of the AIDS virus that was part of the, | | |
| | 827: 8 | again, revolutionary triple therapy that came to be | | |
| | 827: 9 | used in the field and really changed the disease | | |
| | 827: 10 | from one of a death warrant to something that was a | | |
| | 827: 11 | chronic manageable disease. | | |
| | 827: 12 | Developed a brand new treatment, oral | | |
| | 827: 13 | safe treatment for asthma, Singulair, the first oral | | |
| | 827: 14 | and safe treatment for adults and children for the | | |
| | 827: 15 | disease. | | |
| | 827: 16 | Developed a novel treatment for | | |
| | 827: 17 | treating prostate disease called Proscar. | | |
| | 827: 18 | We developed the first non-hormonal | | |
| | 827: 19 | treatment and prevention for preventing and | | |
| | 827: 20 | correcting osteoporosis with Fosamax, the first time | | |
| | 827: 21 | a drug had ever been shown, ever been shown to | | |
| | 827: 22 | reduce the risk of fracture in women who had | | |
| | 827: 23 | osteoporosis. | | |
| | 827: 24 | And then we developed a brand new | | |
| | 827: 25 | mechanism, antifungal something that could be used | | |
| | 828: 1 | to treat patients who have underlying deficiency of | | |
| | 828: 2 | their immune systems due to cancer treatment or due | | |
| | 828: 3 | to HIV treatment. | | |
| | 828: 4 | A:  brand new treatment for treating | | |
| | 828: 5 | and managing the nausea and vomiting associated with | | |
| | 828: 6 | serious chemotherapy -- | | |
| 828:10   -  828:21 | | Scolnick, Edward 2005-06-01                     00:00:32 | [826:14-828:21] | Barnett:  Not designated. |
| | 828: 10 | Q:  I'm sorry, I think you were talking | Pltf Obj: R. 401, R.402, | Smith:  No objection. |
| | 828: 11 | about anti-nausea medication? | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657 EEF-DEK Document 8643-3 Filed 11/20/06 Page 68 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | | | R. 403. Other drugs that Merck has developed are irrelevant. This subject is dealt with in Plaintiff's "Good Acts" MIL. | **Mason:** Overruled. |

828: 12 A: Yes. We developed a treatment that's
828: 13 used now widely in treating the nausea and vomiting
828: 14 associated with cancer chemotherapy, which treatment
828: 15 allows patients to actually tolerate that part of
828: 16 the regimen and stay on it. We got some wonderful
828: 17 letters from patients who were on the drug thanking
828: 18 us for developing the drug.
828: 19 And, of course, we developed Vioxx,
828: 20 which was an important new nonsteroidal
828: 21 anti-inflammatory.

829:1 - 829:6 Scolnick, Edward 2005-06-01      00:00:17
829: 1 Q: About how many new drugs were
829: 2 developed during the time that you were the
829: 3 president of Merck Research Labs?
829: 4 A: The numbers range from somewhere in
829: 5 the range of 25 to 29, adding vaccines, drugs and
829: 6 new combination treatments.

829:7 - 829:14
829: 7 Q. Why weren't more new drugs developed
829: 8 during that time frame?
829: 9 A. Well, it's extremely hard to develop
829: 10 and discover drugs. Most things fail long before
829: 11 they get to the clinics. Some few fail in the
829: 12 clinic, and it is an extremely hard and tortuous
829: 13 process. We thought we were doing reasonably well
829: 14 to find that many.

829:15 - 829:17 Scolnick, Edward 2005-06-01      00:00:06
829: 15 Q: How did the development of Vioxx
829: 16 compare with your other accomplishments as president
829: 17 of the Merck Research Labs?

829:19 - 829:25 Scolnick, Edward 2005-06-01      00:00:24
829: 19 THE WITNESS: The development of
829: 20 Vioxx was considered an important contribution to
829: 21 medicine, and it was not more important than many of
829: 22 the drugs that I mentioned to you like Fosamax and
829: 23 Mevacor and Zocor, Proscar, Singulair and Crixivan,
829: 24 but it was an important drug, and we were proud of
829: 25 it.

830:21 - 831:16 Scolnick, Edward 2005-06-01      00:00:54
830: 21 Q: I want to change the subject very
830: 22 briefly here.
830: 23 Dr. Scolnick, is there a division at
830: 24 Merck that is responsible for the sales and
830: 25 marketing of Merck's drugs?
831: 1 A: Yes, there are marketing divisions at
831: 2 Merck responsible for the sales of Merck's drugs.
831: 3 Q: As president of the Merck Research
831: 4 Labs, were you a part of that division?
831: 5 A: No, I was not a part of that
831: 6 division.
831: 7 Q: In what area is your field of medical
831: 8 expertise?
831: 9 A: My original training was in internal
831: 10 medicine. I subsequently was trained in
831: 11 biochemistry and genetics, and then extensive
831: 12 training in cancer research and virus research.
831: 13 After coming to Merck, learned many
831: 14 new fields, pharmacology, some aspects of clinical
831: 15 research and the variety of disciplines that it
831: 16 takes to develop -- discover and develop a drug.

831:20 - 832:6 Scolnick, Edward 2005-06-01      00:00:31
831: 20 Q: Where did you go to college and where
831: 21 did you go to medical school?
831: 22 A: Went to Harvard College and Harvard
831: 23 Medical School between 1957 and 1965.
831: 24 Q: Why did you decide that you wanted to
831: 25 go to medical school?
832: 1 A: I decided in my college life that I

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8645-3   Filed 11/20/06   Page 69 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 832: 2 | wanted to do something that was important, that | | | |
| 832: 3 | would help people, was interested in science, and I | | | |
| 832: 4 | thought I could better satisfy my desires by going | | | |
| 832: 5 | to medical school than in going into pure basic | | | |
| 832: 6 | research. | | | |
| | | | | |
| **832:20 - 833:13** | Scolnick, Edward 2005-06-01 | 00:00:59 | **Pl's Obj.:** Background | **Barnett:** Not designated. |
| 832: 20 | Q: Let's talk a little bit about what | | is voluminous and | **Smith:** No objection. |
| 832: 21 | you did after you graduated from medical school at | | irrelevant. After | **Mason:** No objection. |
| 832: 22 | Harvard. What did you do next? | | initial background | |
| 832: 23 | A: After I graduated from medical school | | information, Plaintiff | |
| 832: 24 | at Harvard, I was two years of internal medicine | | urges the Court to | |
| 832: 25 | training at the Mass General internship and a first | | exclude the remainder | |
| 833: 1 | year residency at the Mass General Hospital. | | as it requires too much | |
| 833: 2 | Q: Tell us what you did in general | | time. | |
| 833: 3 | during the time you were an intern and a resident. | | | |
| 833: 4 | A: Responsibilities were to take care of | | | |
| 833: 5 | any sick patient who came in the doors through the | | | |
| 833: 6 | Mass General Hospital. The hospital was open to any | | | |
| 833: 7 | patient, indigent or ability to pay. The hospital | | | |
| 833: 8 | staff and the trainees, as I was, were proud of the | | | |
| 833: 9 | fact that we could take care of absolutely anybody | | | |
| 833: 10 | who walked in the door without asking any questions, | | | |
| 833: 11 | and it was just a wonderful place to train and learn | | | |
| 833: 12 | medicine and how to take care of really sick | | | |
| 833: 13 | patients. | | | |
| | | | | |
| **833:17 - 834:11** | Scolnick, Edward 2005-06-01 | 00:00:55 | | |
| 833: 17 | Q: When you finished your internship and | | | |
| 833: 18 | residency at Massachusetts General, what did you do | | | |
| 833: 19 | next? | | | |
| 833: 20 | A: We moved to Maryland, I joined the | | | |
| 833: 21 | National Institutes of Health, in specific, the | | | |
| 833: 22 | National Heart, Lung and Blood Institute, where I | | | |
| 833: 23 | did basic genetics research for about two or three | | | |
| 833: 24 | years. | | | |
| 833: 25 | Q: What is the National Institute of | | | |
| 834: 1 | Health? | | | |
| 834: 2 | A: The National Institute of Health is a | | | |
| 834: 3 | government organization. It is part, I think, of | | | |
| 834: 4 | the Department of Health & Human Services, and it | | | |
| 834: 5 | both conducts internal research in medical areas to | | | |
| 834: 6 | try to improve the benefit of medicine for people, | | | |
| 834: 7 | and it also sponsors with grants and contracts a | | | |
| 834: 8 | great deal of extramural, so-called, outside of the | | | |
| 834: 9 | NIH, in university-based research, to try to find | | | |
| 834: 10 | the causes and insights into diseases that affect | | | |
| 834: 11 | people. | | | |
| | | | | |
| **834:15 - 837:7** | Scolnick, Edward 2005-06-01 | 00:03:26 | | |
| 834: 15 | Q: You mentioned NIH. Do people | | | |
| 834: 16 | sometimes refer to the National Institutes of Health | | | |
| 834: 17 | as NIH? | | | |
| 834: 18 | A: Yes. | | | |
| 834: 19 | Q: Why did you pursue this area of | | | |
| 834: 20 | genetics at NIH? | | | |
| 834: 21 | A: Genetics has been really a driving | | | |
| 834: 22 | force for medicine since the discovery of the | | | |
| 834: 23 | structure of DNA in 1953. It has always captivated | | | |
| 834: 24 | me as being the very essence of life, and by | | | |
| 834: 25 | studying it, you could learn about how life occurs | | | |
| 835: 1 | and how people develop. The laboratory I was | | | |
| 835: 2 | fortunate enough to go to was a pioneer in | | | |
| 835: 3 | deciphering the so-called genetic code with Marshall | | | |
| 835: 4 | Niremberg, and I was fortunate to be accepted to the | | | |
| 835: 5 | lab. He was a terrific teacher and mentor, and it | | | |
| 835: 6 | really stimulated my research scientific career. | | | |
| 835: 7 | Q: How long did you spend working in | | | |
| 835: 8 | that lab at NIH? | | | |
| 835: 9 | A: I worked for Dr. Niremberg for not | | | |
| 835: 10 | quite three years and finished my work there and | | | |
| 835: 11 | went on to the National Cancer Institute in either | | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 70 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 835: 12  late '69 or '70, I don't recall. | | |
| 835: 13  Q:  Is the National Cancer Institute | | |
| 835: 14  affiliated in any way with NIH? | | |
| 835: 15  A:  Yes. It's one of the institutes | | |
| 835: 16  within the National Institutes of Health, within | | |
| 835: 17  NIH. | | |
| 835: 18  Q:  All right. Why did you decide to go | | |
| 835: 19  work at the National Cancer Institute? | | |
| 835: 20  A:  Well, at the time, the underlying | | |
| 835: 21  molecular causes of cancer were really completely | | |
| 835: 22  unknown. This goes back to the late '60s and early | | |
| 835: 23  '70s. People who were more senior than I in science | | |
| 835: 24  felt strongly that the way to figure out what cancer | | |
| 835: 25  was about was to try to use a genetic approach to | | |
| 836: 1  it. And there were approaches using genetics | | |
| 836: 2  available and there were one or two laboratories in | | |
| 836: 3  the National Cancer Institute taking these | | |
| 836: 4  approaches, and since I was interested in the | | |
| 836: 5  general field and, again, wanted to do something | | |
| 836: 6  important, chose that field to go into at that | | |
| 836: 7  point. | | |
| 836: 8  Q:  How long did you spend working at the | | |
| 836: 9  National Cancer Institute for NIH? | | |
| 836: 10  A:  I worked at the National Cancer | | |
| 836: 11  Institute for about a dozen years, studying genes | | |
| 836: 12  and viruses that cause cancer during that dozen | | |
| 836: 13  years. | | |
| 836: 14  Q:  Can you tell us about any of the | | |
| 836: 15  research achievements of your group at NIH? | | |
| 836: 16  A:  Yes. I think the hallmark | | |
| 836: 17  achievement was the discovery of a gene called an | | |
| 836: 18  oncogene, that is a gene that causes cancer that we | | |
| 836: 19  discovered in basic research we did, and uncovered | | |
| 836: 20  the genetics, the biochemistry, the biochemical | | |
| 836: 21  pathways in which it worked. And then the real | | |
| 836: 22  piece de resistance discovery was made late in my | | |
| 836: 23  time at NIH, in 1982, when in collaboration with a | | |
| 836: 24  laboratory at MIT we discovered that this gene was | | |
| 836: 25  altered in human bladder cancer, and it was the | | |
| 837: 1  first example ever of an oncogene, a mutated human | | |
| 837: 2  oncogene being identified as a cause of human | | |
| 837: 3  cancer, and it totally transformed the cancer field. | | |
| 837: 4  Thousands of people came into the field after that | | |
| 837: 5  and many, many important discoveries and treatments | | |
| 837: 6  have emanated as a result of this very important | | |
| 837: 7  discovery. | | |
| **837:11  -  838:10**  Scolnick, Edward 2005-06-01 | 00:01:24 | |
| 837: 11  Q:  When did you end your time working at | | |
| 837: 12  the National Cancer Institute? | | |
| 837: 13  A:  It was in late June of 1982. | | |
| 837: 14  Q:  What did you do then? | | |
| 837: 15  A:  Moved to Merck. I had been recruited | | |
| 837: 16  there by Dr. Vagelos and Dr. Hilleman, who has just | | |
| 837: 17  passed away, to build a molecular group in the | | |
| 837: 18  vaccine department that Dr. Hilleman was so | | |
| 837: 19  competently overseeing at that point. | | |
| 837: 20  Q:  What position did you take when you | | |
| 837: 21  joined Merck in 1982? | | |
| 837: 22  A:  I was recruited as an executive | | |
| 837: 23  director in the vaccine department. | | |
| 837: 24  Q:  Why did you decide to join Merck in | | |
| 837: 25  1982? | | |
| 838: 1  A:  I knew the reputation of the company | | |
| 838: 2  and what it had done in the past in discovering | | |
| 838: 3  medicines. I saw the opportunity that had been | | |
| 838: 4  discussed with me by Dr. Vagelos and Dr. Hilleman, | | |
| 838: 5  that I could apply my basic science background and | | |
| 838: 6  interest in applying that to medicine by going there | | |
| 838: 7  in ways that I could never have done staying at NIH, | | |
| 838: 8  and so I took that opportunity. | | |
| 838: 9  Q:  What was new or different to the | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 838: 10    approach you had about dealing with viruses? | | |
| **838:12 - 839:11**    Scolnick, Edward 2005-06-01     00:01:17 | | |
| 838: 12    THE WITNESS: Well, we were used to | | |
| 838: 13    studying viruses from a very molecular perspective, | | |
| 838: 14    as how they grew, how they reproduced themselves, | | |
| 838: 15    how they cause disease, and up until that point in | | |
| 838: 16    the vaccine department, the major approach, which, | | |
| 838: 17    in fact, had been very successful, was to make | | |
| 838: 18    so-called live virus vaccines, that is, examples of | | |
| 838: 19    that are the mumps vaccine, the measles vaccine, the | | |
| 838: 20    rubella vaccine called MMR that so many children | | |
| 838: 21    get. And their approach was consistent over a | | |
| 838: 22    number of years in that they would grow these | | |
| 838: 23    viruses outside humans in cultured cells, so that | | |
| 838: 24    they no longer caused disease, but they could still | | |
| 838: 25    replicate when put back into people and cause enough | | |
| 839: 1    of an antibody response to protect the people from | | |
| 839: 2    the real disease. That was a technology they | | |
| 839: 3    developed and perfected. | | |
| 839: 4    It was now clear in the world of | | |
| 839: 5    science that you could make vaccines in more | | |
| 839: 6    molecular ways without using live attenuated | | |
| 839: 7    viruses, and that was the difference in approaches | | |
| 839: 8    we took when I came to Merck. | | |
| 839: 9    BY MR. RABER: | | |
| 839: 10    Q: You then were promoted to the | | |
| 839: 11    president of MRL in 1985; is that correct? | | |
| **839:14 - 839:19**    Scolnick, Edward 2005-06-01     00:00:17 | | |
| 839: 14    THE WITNESS: Yes. I was promoted in | | |
| 839: 15    order to head of the department of vaccine research | | |
| 839: 16    a year after I came to Merck, six months after that | | |
| 839: 17    to be head of basic discovery research, and then a | | |
| 839: 18    year-and-a-half or so roughly after that I became | | |
| 839: 19    president of MRL. | | |
| **839:21 - 839:23**    Scolnick, Edward 2005-06-01     00:00:07 | | |
| 839: 21    Q: When did you step down as president | | |
| 839: 22    of MRL? | | |
| 839: 23    A: January 1, 2003. | | |
| **841:2 - 841:22**    Scolnick, Edward 2005-06-01     00:00:56 | **[841:2-841:17]** | **Barnett:** Not designated. |
| 841: 2    Q: After you stepped down as the | **Pl's Obj.:** Witness's | **Smith:** No objection. |
| 841: 3    president of MRL, what did you do at Merck? | work to research | **Mason:** No objection. |
| 841: 4    A: I was overseeing a very small | bi-polar treatment is | |
| 841: 5    laboratory in doing research that we were capable of | impermissible | |
| 841: 6    doing at that point on bipolar disorder and | character evidence. | |
| 841: 7    schizophrenia. | R.401, R.402, | |
| 841: 8    Q: Why were you doing that type of work | and R. 403. | |
| 841: 9    then? | | |
| 841: 10    A: Because even at that point I was | | |
| 841: 11    deeply interested in the field for the reasons that | | |
| 841: 12    I've told you. I wanted to do something to make a | | |
| 841: 13    difference in that field and began the work with | | |
| 841: 14    approval of Merck management. | | |
| 841: 15    Q: Did you run that small lab at Merck | | |
| 841: 16    until you retired in September of 2004? | | |
| 841: 17    A: Yes, I did. | | |
| 841: 18    Q: Let's talk, if we can, now about the | | |
| 841: 19    development of Vioxx. | | |
| 841: 20    Can you explain to us in general | | |
| 841: 21    terms what the theory was for a class of drugs known | | |
| 841: 22    as COX-2 inhibitors such as Vioxx? | | |
| **841:25 - 842:23**    Scolnick, Edward 2005-06-01     00:01:14 | | |
| 841: 25    THE WITNESS: Yes. I don't recall | | |
| 842: 1    the exact year, but two or three Merck scientists | | |
| 842: 2    attended a meeting in Colorado, a scientific meeting | | |
| 842: 3    in which the information was revealed by | | |
| 842: 4    university-based basic scientists that there were | | |
| 842: 5    actually two forms of this enzyme called | | |
| 842: 6    cyclooxygenase that all prior nonsteroidal drugs had | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 68435-3 Filed 11/20/06 Page 72 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 842: 7    inhibited, and the new form was called COX-2, and | | |
| 842: 8    the old form was called COX-1. | | |
| 842: 9    From what was presented, it appeared | | |
| 842: 10    that COX-1 was the enzyme that was normally present | | |
| 842: 11    in many, many body tissues, including the | | |
| 842: 12    gastrointestinal tract and stomach, and COX-2 was | | |
| 842: 13    induced or levels of it were increased in | | |
| 842: 14    inflammatory cells. And since the two enzymes were | | |
| 842: 15    subtly different, it was thought if one made an | | |
| 842: 16    inhibitor of COX-2 without inhibiting COX-1, that | | |
| 842: 17    you could have the same benefit of the prior drugs | | |
| 842: 18    but mitigate significantly, improve on significantly | | |
| 842: 19    the safety profile for the gastrointestinal tract. | | |
| 842: 20    Q: The benefit being pain relief? | | |
| 842: 21    A: The benefit being pain relief and | | |
| 842: 22    anti-inflammatory properties, just as the prior | | |
| 842: 23    drugs had done. | | |
| **843:2 - 844:8**   Scolnick, Edward 2005-06-01    00:01:37 | | |
| 843: 2    Q: Can you describe for us the types of | | |
| 843: 3    GI problems that you referred to that existed before | | |
| 843: 4    the development of these COX-2 drugs? | | |
| 843: 5    A: Yes. The side effects were on the | | |
| 843: 6    simplest side, intolerability. Patients couldn't | | |
| 843: 7    take the drugs because of pain in their stomach or | | |
| 843: 8    upset stomachs; on the much more severe side, often | | |
| 843: 9    developed ulcers, holes in their stomach, bleeding | | |
| 843: 10    from those ulcers, constrictures of the | | |
| 843: 11    gastrointestinal tract that occurred because of that | | |
| 843: 12    perforation ,which threatened their lives, really | | |
| 843: 13    serious side effects, and this looked like a | | |
| 843: 14    wonderful opportunity to change that landscape. | | |
| 843: 15    Q: Were you aware of estimates as to the | **[843:15-843:20]** | **Barnett:** Not designated. |
| 843: 16    numbers of deaths and hospitalizations that were | **PI's Obj.:** Subject | **Smith:** No objection. |
| 843: 17    occurring because of the traditional pain relievers? | of MIL regarding | **Mason:** No objection. |
| 843: 18    A: I remember reading articles about | GI deaths & | |
| 843: 19    16,000 deaths a year in numerous hospitalizations. | hospitalizations. | |
| 843: 20    I don't recall the hospitalization numbers. | | |
| 843: 21    Q: Dr. Scolnick, did Merck begin to do | | |
| 843: 22    clinical studies of Vioxx as part of the development | | |
| 843: 23    process? | | |
| 843: 24    A: Yes. We did discovery, lots of | | |
| 843: 25    animal testing, and then started clinical studies. | | |
| 844: 1    Q: I'm talking now -- I want to talk now | | |
| 844: 2    about the period before anything was submitted to | | |
| 844: 3    the FDA for approval. Okay? | | |
| 844: 4    A: Yes. | | |
| 844: 5    Q: Okay. | | |
| 844: 6    During that time frame, what did the | | |
| 844: 7    clinical studies show about Vioxx as a pain | | |
| 844: 8    reliever? | | |
| **844:10 - 844:25**   Scolnick, Edward 2005-06-01    00:00:44 | | |
| 844: 10    THE WITNESS: The studies showed that | | |
| 844: 11    Vioxx was a very effective pain reliever for acute | | |
| 844: 12    use with the appropriate dose and for chronic use | | |
| 844: 13    for treating osteoarthritis with lower doses. | | |
| 844: 14    BY MR. RABER: | | |
| 844: 15    Q: When you use the phrase 'acute use,' | | |
| 844: 16    what does that mean? | | |
| 844: 17    A: It meant treating things like dental | | |
| 844: 18    pain or acute pain situations like that for three or | | |
| 844: 19    four or five days, but no longer than that. | | |
| 844: 20    Q: And what does 'chronic use' refer to? | | |
| 844: 21    A: Chronic is just greater than that | | |
| 844: 22    period of time. | | |
| 844: 23    Q: What did the clinical studies show | | |
| 844: 24    about the effect of Vioxx on the stomach and the GI | | |
| 844: 25    system? | | |
| **845:4 - 846:14**   Scolnick, Edward 2005-06-01    00:02:13 | | |
| 845: 4    THE WITNESS: The clinical studies, | | |
| 845: 5    before submitting the NDA for Vioxx, focused on two | | |
| 845: 6    kinds of gastrointestinal safety studies: studies | | |
| 845: 7    to look at the effects of Vioxx on the stomach by a | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 08453 5 Filed 11/20/06 Page 73 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 845: 8 | method called endoscopy, which I'll explain; and | | |
| 845: 9 | then some very special additional safety studies to | | |
| 845: 10 | look at the safety profile of Vioxx on the lower | | |
| 845: 11 | intestinal tract, which is also known to be a | | |
| 845: 12 | problem with prior nonsteroidals. | | |
| 845: 13 | The endoscopy studies were really | | |
| 845: 14 | quite large, two very large studies that were | | |
| 845: 15 | dramatically exciting when you saw them. They were | | |
| 845: 16 | six-month studies and approximately 750 patients in | | |
| 845: 17 | each study comparing the effects of Vioxx in the | | |
| 845: 18 | following way, to prior drugs and a placebo. The | | |
| 845: 19 | studies were begun by recruiting patients, | | |
| 845: 20 | recruiting volunteers into the study, looking in | | |
| 845: 21 | their stomachs with something called an endoscope, | | |
| 845: 22 | which allows the doctor to visualize the stomach and | | |
| 845: 23 | make sure there are no ulcers to begin with, and | | |
| 845: 24 | then treating cohorts of patients randomized in a | | |
| 845: 25 | blinded way to either Vioxx, different doses, or the | | |
| 846: 1 | comparative agents, and then visualizing their | | |
| 846: 2 | stomachs again at several intervals after the | | |
| 846: 3 | treatment began. Both those studies showed a | | |
| 846: 4 | dramatic difference in the lack of stomach ulcers, | | |
| 846: 5 | almost undetectable, compared to the drugs, prior | | |
| 846: 6 | drugs that it was tested against. Both studies | | |
| 846: 7 | showed that in a very consistent fashion. | | |
| 846: 8 | The lower intestinal tract safety | | |
| 846: 9 | studies examined whether Vioxx affected in a | | |
| 846: 10 | negative way the permeability, the ability of the | | |
| 846: 11 | lower intestine to carry out its functions of | | |
| 846: 12 | absorbing naturally nutrients and, again, showed no | | |
| 846: 13 | detrimental effect compared to the prior drugs it | | |
| 846: 14 | was being compared to. | | |
| **850:15 - 851:2** | Scolnick, Edward 2005-06-01            00:01:20 | | |
| 850: 15 | Q:  Did Merck, during its clinical | | |
| 850: 16 | studies before FDA approval, collect and analyze | | |
| 850: 17 | data about heart attacks and strokes? | | |
| 850: 18 | A:  Yes. We looked at those across all | | |
| 850: 19 | the clinical studies that were done with Vioxx, yes. | | |
| 850: 20 | Q:  Are heart attacks and strokes | | |
| 850: 21 | sometimes referred to as cardiovascular events or CV | | |
| 850: 22 | events? | | |
| 850: 23 | A:  Yes, that would be an apt description | | |
| 850: 24 | of those. | | |
| 850: 25 | Q:  What did Merck's review and analysis | | |
| 851: 1 | of the risk of heart attack and stroke show about | | |
| 851: 2 | Vioxx before FDA approval? | | |
| **851:4 - 851:7** | Scolnick, Edward 2005-06-01            00:00:12 | | |
| 851: 4 | THE WITNESS:  We examined the | | |
| 851: 5 | clinical database very, very carefully. We found no | | |
| 851: 6 | evidence that Vioxx increased the risk of CV events | | |
| 851: 7 | in our extensive trials of osteoarthritis. | | |
| **851:9 - 851:21** | Scolnick, Edward 2005-06-01            00:00:38 | | |
| 851: 9 | Q:  Dr. Scolnick, you mentioned earlier | | |
| 851: 10 | today something called an 'NDA.' What does that | | |
| 851: 11 | stand for? | | |
| 851: 12 | A:  'NDA' stands for new drug | | |
| 851: 13 | application. | | |
| 851: 14 | Q:  How did the NDA for Vioxx compare | | |
| 851: 15 | with the NDAs filed by Merck for other drugs? | | |
| 851: 16 | A:  It was extremely large and extensive. | | |
| 851: 17 | It was either the biggest or one of the very biggest | | |
| 851: 18 | NDAs that we ever put together. A very large number | | |
| 851: 19 | of studies were done, special safety studies were | | |
| 851: 20 | done, and long-term clinical use was done for up to | | |
| 851: 21 | a year in osteoarthritis. | | |
| **852:15 - 852:18** | Scolnick, Edward 2005-06-01            00:00:12 | | |
| 852: 15 | Q:  Dr. Scolnick, would it be fair to say | | |
| 852: 16 | that Vioxx was an important new drug for Merck at | | |
| 852: 17 | that time? | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8645-5   Filed 11/20/06   Page 74 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**852:20  -  854:1**      Scolnick, Edward 2005-06-01      00:01:15
852: 20   THE WITNESS: Yes, it definitely was
852: 21   an important new drug for Merck.
852: 22   BY MR. RABER:
852: 23   Q: Would you call it a potential
852: 24   blockbuster for Merck?
852: 25   A: Yes, I would. We knew it would be
853: 1    medically very important, and drugs that are
853: 2    medically important usually turn out to be
853: 3    blockbusters.
853: 4    Q: Was it important for Merck to have a
853: 5    blockbuster drug at that time?
853: 6    A: Yes, it was.
853: 7    Q: Why is that?
853: 8    A: Merck faced the expiration of patents
853: 9    like Mevacor and Zocor around the turn of the cent
853: 10   -- I'm sorry, Mevacor and Vasotec -- not Zocor, but
853: 11   Mevacor and Vasotec around the turn of the century,
853: 12   and Vioxx was an important drug because of that.
853: 13   Q: Dr. Scolnick, did there come a point
853: 14   where you learned that there was a competing product
853: 15   out there, in other words, another COX-2 inhibitor
853: 16   that was being developed?
853: 17   A: Yes. Somewhere in the mid-'90s, I
853: 18   don't recall the exact time, we learned that
853: 19   competing -- another company had a competing
853: 20   product.
853: 21   Q: What was the name of that company?
853: 22   A: I think it was Searle. I'm not sure
853: 23   if it was Monsanto or Searle at that point, and the
853: 24   competing product turned out to be Celebrex.
853: 25   Q: Did Merck want to be the first one to
854: 1    come to market?

**854:4  -  854:10**      Scolnick, Edward 2005-06-01      00:00:14
854: 4    THE WITNESS: Yes, we did. We
854: 5    clearly wanted to be the first to come to market.
854: 6    BY MR. RABER:
854: 7    Q: Why is that?
854: 8    A: Because the first to come to market
854: 9    usually has the greatest chance of having their drug
854: 10   be the most successful and the most widely used.

**854:11  -  854:13**      Scolnick, Edward 2005-06-01      00:00:13
854: 11   Q: Dr. Scolnick, did you ever tell
854: 12   anyone that you would leave the company if Merck
854: 13   lost the competition with Searle?

**854:17  -  854:18**      Scolnick, Edward 2005-06-01      00:00:02
854: 17   THE WITNESS: Yes, I wrote such an
854: 18   e-mail.

**854:20  -  855:8**      Scolnick, Edward 2005-06-01      00:00:42
854: 20   Q: Why did you do that?
854: 21   A: I did that because I thought Vioxx
854: 22   was a much better drug than Celebrex, it was more
854: 23   selective for COX-2, it had a half-life that clearly
854: 24   justified it to be a once-a-day drug, and our
854: 25   clinical database and efficacy and safety for the
855: 1    gastrointestinal tract was very extensive. I
855: 2    thought we had a better drug, and I thought because
855: 3    of that, that Merck should definitely be able to win
855: 4    the market battle that would occur with Celebrex.
855: 5    Q: Did you ever seriously consider
855: 6    leaving Merck at that time?
855: 7    A: No, I never seriously considered
855: 8    leaving Merck.

**855:9  -  855:23**      Scolnick, Edward 2005-06-01      00:00:59
855: 9    Q: Dr. Scolnick, what role did your
855: 10   desire to have Vioxx be the first drug to market
855: 11   play in your decisions about safety?

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 68435-3   Filed 11/20/06   Page 75 of 111
Plaintiffs' and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

855: 12   A: Despite the fact we wanted to be
855: 13   first, we wanted to be sure what the dosing was
855: 14   because of the issues of hypertension and edema, and
855: 15   we wanted to prove unambiguously the improved safety
855: 16   profile by endoscopy before we went to market.
855: 17   Although it was widely known and in a sense accepted
855: 18   ahead of time that COX-2 inhibitors would be safer
855: 19   for the stomach, we wanted the proof that we could
855: 20   get by the endoscopy studies. So, we took the time
855: 21   to very, very carefully do that so that we could
855: 22   document that as part of the initial submission for
855: 23   the drug.

856:2   -   856:11   Scolnick, Edward 2005-06-01                    00:00:29
856: 2   Q:  Which drug came to market first,
856: 3   Celebrex or Vioxx?
856: 4   A:  Celebrex came to market first.
856: 5   Q:  Why is that?
856: 6   A:  I don't know the details of why it
856: 7   came to market first. I always felt that it was
856: 8   because we had spent the time on these extensive GI
856: 9   safety studies and other studies that I described to
856: 10   you in order to have really meticulous clinical
856: 11   data.

856:15   -   856:19   Scolnick, Edward 2005-06-01                  00:00:17
856: 15   Q:  Dr. Scolnick, how did you feel about
856: 16   Searle beating you to the market with Celebrex?
856: 17   A:  I was not happy about that, but I
856: 18   didn't regret what we did because our data was
856: 19   excellent.

856:23   -   858:16   Scolnick, Edward 2005-06-01                  00:02:29
856: 23   Q:  Can you please tell us what was your
856: 24   view about patient safety as president of Merck
856: 25   Research Labs?
857: 1   A:  My view on patient safety was well
857: 2   known to every scientist in the laboratory,
857: 3   repeatedly told people that patient safety came
857: 4   first, that if we had a drug that was ready to go
857: 5   into the clinic and undergoing animal safety testing
857: 6   or was in the clinic already and had gone through
857: 7   stages of animal safety testing, that if any serious
857: 8   event occurred in animals or in people in such a
857: 9   program, that I wanted to be the first or among the
857: 10   very first who would know about that so that I could
857: 11   participate in the decision of potentially stopping
857: 12   such a program.
857: 13   Q:  How did your view about patient
857: 14   safety influence your management style?
857: 15   A:  I was very demanding on that point to
857: 16   people. I was a perfectionist in that regard. I
857: 17   often reiterated that. I wanted people to present
857: 18   all of the data that they had whenever a safety
857: 19   issue came up, analyze it in every which way, and I
857: 20   constantly would go back over it even after first
857: 21   presentations to make sure that whatever had been
857: 22   said and whatever had been presented was accurate
857: 23   and was there more that we could do to reassure
857: 24   ourselves.
857: 25   Q:  As the president of Merck Research
858: 1   Labs how did you attempt to ensure the integrity of
858: 2   the data from Merck studies?
858: 3   A:  I tried to ensure the integrity by,
858: 4   A, emphasizing that we would not tolerate anything
858: 5   but authentic data; and, secondly, by the
858: 6   appointments I made to critical positions in
858: 7   clinical development. The people that headed
858: 8   clinical research, regulatory affairs and
858: 9   biostatistics who were present during most of my
858: 10   time as president were honest, hard working,
858: 11   meticulous people who I felt that I could trust

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Document 66435 Plaintiffs and Defendant's Designations of Edward Scolnick, M.D. Filed 11/20/06   Page 76 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

858: 12    completely to tell me if there was a safety problem
858: 13    about something in the areas that they were dealing
858: 14    with, and the same true of the head of safety
858: 15    assessment at Merck, who reported to me for a number
858: 16    of years while I was president of MRL.

**858:17 - 859:10**    Scolnick, Edward 2005-06-01    00:00:59
858: 17    Q:  Are you familiar with a term known as
858: 18    'peer review'?
858: 19    A:  Yes, I am.
858: 20    Q:  What is peer review?
858: 21    A:  Peer review is a process that I think
858: 22    probably originated in universities throughout the
858: 23    country, perhaps throughout the world, in which
858: 24    scientific data is openly discussed and reviewed
858: 25    with any questions being asked by people who are
859: 1    present at the review. And all of our programs went
859: 2    through such processes with senior members of the
859: 3    laboratory being on the peer review groups. We had
859: 4    a board of external counselors in which we presented
859: 5    programs for external peer review. We used
859: 6    consultants outside of those special meetings also
859: 7    for peer review so that we could try to bring out or
859: 8    examine any aspect of the science to ensure the data
859: 9    was correct and that we were making the best
859: 10    interpretation possible of data we were getting.

**859:15 - 860:6**    Scolnick, Edward 2005-06-01    00:00:45
859: 15    Q:  What kind of internal peer review
859: 16    took place within Merck while you were president of
859: 17    MRL?
859: 18    A:  There were several committees made up
859: 19    of senior scientists depending upon what the stage
859: 20    of the project was, whether it was a basic research
859: 21    project, an early development project or late
859: 22    development project. And there were senior
859: 23    scientists at the laboratories chosen and put on
859: 24    those committees to conduct peer review of all the
859: 25    projects that were in their domain at that point.
860: 1    Q:  Did you encourage that sort of peer
860: 2    review as president of Merck Research Labs?
860: 3    A:  Absolutely. I thought it was
860: 4    essential for the authenticity of what we were doing
860: 5    and the accuracy of what we were doing in order to
860: 6    be sure that we understood our drugs very well.

**860:7 - 860:14**    Scolnick, Edward 2005-06-01    00:00:25
860: 7    Q:  Did you encourage scientific debate
860: 8    within Merck?
860: 9    A:  I demanded it. I had no tolerance
860: 10    for people who didn't understand their data, hadn't
860: 11    analyzed their data, and couldn't discuss the pros
860: 12    and cons of projects that they were in charge of,
860: 13    the good things, the bad things, what the issues
860: 14    were. I actually demanded that from everybody.

**860:17 - 860:22**    Scolnick, Edward 2005-06-01    00:00:18
860: 17    Q:  Dr. Scolnick, did you ever make any
860: 18    decisions as president of Merck Research Labs to
860: 19    stop the development of a drug?
860: 20    A:  Yes, of course.
860: 21    Q:  What kinds of considerations were in
860: 22    play in those decisions?

**860:24 - 863:6**    Scolnick, Edward 2005-06-01    00:02:57
860: 24    THE WITNESS:  Sometimes programs were
860: 25    stopped due to lack of efficacy of the compound at
861: 1    the clinic that didn't work, and often they were
861: 2    stopped because of safety problems that arose either
861: 3    in animals on a promising drug or occasionally in
861: 4    trials in humans.
861: 5    BY MR. RABER:

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK Document 8643-5 Filed 11/20/06 Page 77 of 111

Plaintiffs' and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

861: 6   Q: Can you give us any examples of a
861: 7   situation where you terminated the development of a
861: 8   drug over safety concerns?
861: 9   A: Yes. I can give you several examples
861: 10   of that.
861: 11   One of the most painful ones was a
861: 12   precursor to Singulair, a compound for the treatment
861: 13   for asthma, that almost got as far as a Phase III
861: 14   study in humans. The drug was working well, and a
861: 15   very small number or percentage of patients
861: 16   developed abnormalities of liver function, and we
861: 17   terminated the program because we recognized there
861: 18   was a signal in people and that we didn't want that
861: 19   risk.
861: 20   We stopped the development of a
861: 21   special dosage form of Zocor, which was our
861: 22   cholesterol-lowering drug in competition with
861: 23   atorvastatin, and we were trying to develop a
861: 24   special formulation for a higher dose of Zocor and
861: 25   found in humans, despite the excitement about this
862: 1   dosage form, that it caused side effects in people,
862: 2   and we immediately stopped the program. People, in
862: 3   fact, who were in charge of the program, knowing
862: 4   that I would want to know, actually called me in
862: 5   England to tell me about this and to tell me they
862: 6   were stopping the program, they thought it was so
862: 7   important, and they knew I would want to know about
862: 8   it.
862: 9   We stopped development in the late
862: 10   '90s of a very, very promising compound in the
862: 11   psychiatric area that would have been a dramatic
862: 12   improvement over a class of drugs called
862: 13   benzodiazepines, which are used to treat anxiety
862: 14   problems and psychosis in humans. This drug was
862: 15   much more selective for the receptors in that
862: 16   pharmacology field. It produced all the benefits
862: 17   and lacked most of the significant deficits and
862: 18   problems associated with those drugs, and it was
862: 19   very painful in that it was just a whisper of
862: 20   potential for this drug to alter the structure of
862: 21   DNA, to be a mutagen, and I decided it was not worth
862: 22   that risk because the data was real, although the
862: 23   evidence was slight, and we stopped the development
862: 24   of that drug. And there are two or three examples.
862: 25   Q: Why did you stop the development of
863: 1   those drugs when the safety was called into
863: 2   question?
863: 3   A: Because I looked at myself first as a
863: 4   physician in my position, and I always wanted to
863: 5   look out for the patient safety as well as the way
863: 6   our drugs worked and benefited patients.

**863:7 - 868:23**   Scolnick, Edward 2005-06-01   00:06:50
863: 7   Q: Dr. Scolnick, I want to talk, if we
863: 8   can now, about one study in particular that was done
863: 9   before the FDA approval of Vioxx, and that's a study
863: 10   involving a doctor named Garret FitzGerald involving
863: 11   something called prostacyclin. Are you familiar
863: 12   with that study?
863: 13   A: Yes, I am.
863: 14   Q: What role did Merck play in that
863: 15   study?
863: 16   A: I think Dr. FitzGerald had studied
863: 17   this metabolite of prostacyclin first actually with
863: 18   Celebrex and found that in humans, Celebrex, a COX-2
863: 19   inhibitor, lowered this metabolite in the urine of
863: 20   patients, subsequently worked with Merck to do the
863: 21   same experiments with Vioxx, and I believe that was
863: 22   after that, after Celebrex, and showed the same
863: 23   result, a partial lowering of a metabolite of
863: 24   prostacyclin in urine of patients.
863: 25   Q: Did Merck sponsor the study?

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 864: 1   A:  I believe so. | | |
| 864: 2   Q:  What did Dr. FitzGerald find in this | | |
| 864: 3   study relating to prostacyclin and Vioxx? | | |
| 864: 4   A:  He found -- just as he had found with | | |
| 864: 5   Celebrex, he found that in the urine, a metabolite, | | |
| 864: 6   a breakdown product of prostacyclin, was lower in | | |
| 864: 7   the urine of patients treated with Vioxx than in | | |
| 864: 8   placebo-controlled comparative patients. | | |
| 864: 9   Q:  What did that mean? | | |
| 864: 10   A:  Well, it wasn't clear what it meant. | | |
| 864: 11   The finding was in the urine of patients, not in the | | |
| 864: 12   blood. It wasn't certain whether the metabolite was | | |
| 864: 13   coming from the kidney itself or some other part of | | |
| 864: 14   the body, and it was a surprising finding, because | | |
| 864: 15   up until that period of time, it had been thought | | |
| 864: 16   that all sources of prostacyclin were produced by | | |
| 864: 17   COX-1 and no sources were produced by COX-2. | | |
| 864: 18   Q:  Dr. Scolnick, is the reduction of | | |
| 864: 19   this prostacyclin metabolite something that's unique | | |
| 864: 20   to Vioxx? | | |
| 864: 21   A:  No, no. It can be lowered by prior | | |
| 864: 22   nonsteroidals. There's even a report that Tylenol | | |
| 864: 23   can do the same thing. The surprise was that a | | |
| 864: 24   COX-2 specific inhibitor also did it. | | |
| 864: 25   Q:  Did the FitzGerald study show that | | |
| 865: 1   Vioxx causes heart attacks and strokes? | | |
| 865: 2   A:  No, not at all. This was a | | |
| 865: 3   biochemical experiment that he carried out in | | |
| 865: 4   humans. | | |
| 865: 5   Q:  Did anyone in this FitzGerald study | | |
| 865: 6   have a heart attack or stroke? | | |
| 865: 7   A:  No. | | |
| 865: 8   Q:  Was there some type of theory that | | |
| 865: 9   emerged from this FitzGerald study? | | |
| 865: 10   A:  Yes. The theory came out of a study | | |
| 865: 11   which built on a longstanding theory that was in | | |
| 865: 12   existence that had never had any proof in humans, | | |
| 865: 13   that by lowering the level of prostacyclin partially | | |
| 865: 14   in the urine, that one would set up an imbalance in | | |
| 865: 15   the body as opposed to the urine of prostacyclin and | | |
| 865: 16   another fatty acid hormone called thromboxane. | | |
| 865: 17   Thromboxane was known to help platelets form clumps | | |
| 865: 18   and clots. Prostacyclin was known to oppose that. | | |
| 865: 19   And there was a theory for a very long time that | | |
| 865: 20   that imbalance, such an imbalance might predispose | | |
| 865: 21   to clots or thrombus formation in people. But there | | |
| 865: 22   was only a theory in the first place, and in the | | |
| 865: 23   second place, the finding of FitzGerald was only in | | |
| 865: 24   the urine, and there was no data to address whether | | |
| 865: 25   it occurred in the body as opposed to in the kidney. | | |
| 866: 1   Q:  Now, can you tell us, Dr. Scolnick, | | |
| 866: 2   the difference between theory on the one hand and | | |
| 866: 3   clinical evidence on the other? | | |
| 866: 4   A:  Well, theory is just that. You | | |
| 866: 5   observe data, you interpret it, you make your best | | |
| 866: 6   interpretation. Then there are additional | | |
| 866: 7   experiments which need to be done to either verify | | |
| 866: 8   your theory or not. Clinical data is actual data in | | |
| 866: 9   humans that demonstrates an effect or a side effect | | |
| 866: 10   of a drug. | | |
| 866: 11   Q:  Was there any clinical evidence that | | |
| 866: 12   you were aware of at the time of this FitzGerald | | |
| 866: 13   study that a reduction of a prostacyclin metabolite | | |
| 866: 14   in the urine would increase the risk of heart | | |
| 866: 15   attacks or strokes? | | |
| 866: 16   A:  No, there was no evidence at all to | | |
| 866: 17   say that that theory would result in heart attacks | | |
| 866: 18   or strokes or cardiovascular events in humans, | | |
| 866: 19   absolutely no data. | | |
| 866: 20   Q:  Were the results from the FitzGerald | | |
| 866: 21   study given to the FDA before Vioxx was approved? | | |
| 866: 22   A:  Oh, yes. | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 6043-3   Filed 11/20/06   Page 79 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 866: 23 | Q: Was this FitzGerald study published | | |
| 866: 24 | at some point? | | |
| 866: 25 | A: Yes. He published -- I think he | | |
| 867: 1 | published two papers, one on Celebrex and one on | | |
| 867: 2 | Vioxx. I don't recall the dates of those | | |
| 867: 3 | publications. | | |
| 867: 4 | Q: Did Merck pay some attention to Dr. | | |
| 867: 5 | FitzGerald's theory or just ignore it? | | |
| 867: 6 | A: No. We were surprised by the result, | | |
| 867: 7 | as was he and other scientists, and we tried to | | |
| 867: 8 | figure out in animals what the source of the | | |
| 867: 9 | prostacyclin was. And we asked our scientists in | | |
| 867: 10 | our Montreal lab that were experts in this field to | | |
| 867: 11 | do experiments to try to figure out in animals or in | | |
| 867: 12 | humans what the source of prostacyclin was. And | | |
| 867: 13 | their experiments did not give an answer that | | |
| 867: 14 | addressed the source. They looked, tried to figure | | |
| 867: 15 | it out in dogs, they looked in the arteries of dogs, | | |
| 867: 16 | could not find any source for prostacyclin, they | | |
| 867: 17 | looked in a small number of human specimen arteries | | |
| 867: 18 | that they had access to, I don't know how they | | |
| 867: 19 | accessed those, could not find the source in | | |
| 867: 20 | arteries for prostacyclin, and there seemed to be no | | |
| 867: 21 | way to clarify further what he had discovered. | | |
| 867: 22 | Q: Why did the source of the | | |
| 867: 23 | prostacyclin matter? | | |
| 867: 24 | A: Well, the finding of Dr. FitzGerald | | |
| 867: 25 | was, as you've noted, a reduction in the metabolite | | |
| 868: 1 | in the urine, and if the source had been established | | |
| 868: 2 | to be in the arteries of dogs or humans, one would | | |
| 868: 3 | have been more concerned that that might have had a | | |
| 868: 4 | negative effect. But there was no evidence for | | |
| 868: 5 | that, and the hypothesis remained just that, a | | |
| 868: 6 | hypothesis. | | |
| 868: 7 | Q: Dr. Scolnick, are you familiar with a | | |
| 868: 8 | Dr. Alan Nies who worked at Merck? | | |
| 868: 9 | A: Yes. | | |
| 868: 10 | Q: What was Dr. Nies' area of expertise? | | |
| 868: 11 | A: Dr. Nies was a physician, a clinical | | |
| 868: 12 | pharmacologist, and he had trained and worked and | | |
| 868: 13 | published in the field of prostaglandin research, | | |
| 868: 14 | including thromboxane and prostacyclin. | | |
| 868: 15 | Q: What was his general involvement with | | |
| 868: 16 | the Vioxx project team? | | |
| 868: 17 | A: I know he was in charge of the | | |
| 868: 18 | clinical program. I don't recall whether he was in | | |
| 868: 19 | charge of the project team or not. | | |
| 868: 20 | Q: In addition to experiments with the | | |
| 868: 21 | animals that you've described for us, what else did | | |
| 868: 22 | Merck do in response to Dr. Fitzgerald's theory | | |
| 868: 23 | about prostacyclin? | | |
| 868:25 - 870:25 | Scolnick, Edward 2005-06-01 | 00:02:32 | |
| 868: 25 | THE WITNESS: We did several things. | | |
| 869: 1 | First, we presented this information to our board of | | |
| 869: 2 | advisors and sought additional advice from them. We | | |
| 869: 3 | carried out experiments that Alan devised in humans | | |
| 869: 4 | to try to see if the prostacyclin was coming from | | |
| 869: 5 | peripheral vessels. Those experiments did not show | | |
| 869: 6 | that. And at the advice of our board of counselors, | | |
| 869: 7 | when this was presented to them, we went back and | | |
| 869: 8 | looked very carefully at all our clinical studies to | | |
| 869: 9 | see if there was any evidence of increased rate of | | |
| 869: 10 | cardiovascular events, and then put in place at | | |
| 869: 11 | their suggestion a procedure for monitoring and | | |
| 869: 12 | enumerating very carefully any cardiovascular events | | |
| 869: 13 | that occurred in our trials so that we wouldn't miss | | |
| 869: 14 | something in the development program that hadn't | | |
| 869: 15 | gotten enough attention potentially. | | |
| 869: 16 | BY MR. RABER: | | |
| 869: 17 | Q: This board of counselors that you've | | |
| 869: 18 | referred to, is that also known as the Board of | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8643-5 Filed 11/20/06 Page 80 of 111
Plaintiffs' and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 869: 19 | Scientific Advisors? Is that the same body? | | |
| 869: 20 | A: Yes, I think so. | | |
| 869: 21 | Q: Describe for us, if you would, the | | |
| 869: 22 | types of people who were on the Board of Scientific | | |
| 869: 23 | Advisors. | | |
| 869: 24 | A: The Board of Scientific Advisors were | | |
| 869: 25 | senior medical physicians in different specialties, | | |
| 870: 1 | experts and well-known people in each of their | | |
| 870: 2 | fields who we brought in to give us the best advice | | |
| 870: 3 | we could and the best critiques we could on all of | | |
| 870: 4 | -- on our programs that we would present to them. | | |
| 870: 5 | Q: During the time frame we're talking | | |
| 870: 6 | about, which is after this FitzGerald theory and | | |
| 870: 7 | Merck's response to it, who was the chairman of | | |
| 870: 8 | Merck's Board of Scientific Advisors? | | |
| 870: 9 | A: I believe it was Dr. John Oates | | |
| 870: 10 | during this period of time. | | |
| 870: 11 | Q: In what area is Dr. Oates' expertise? | | |
| 870: 12 | A: He was especially qualified in the | | |
| 870: 13 | same area Alan was trained in, prostaglandin | | |
| 870: 14 | research. | | |
| 870: 15 | Q: Is that the area that was the subject | | |
| 870: 16 | of Dr. FitzGerald's theory? | | |
| 870: 17 | A: Yes. | | |
| 870: 18 | Q: Did Merck do anything to determine | | |
| 870: 19 | whether there was any clinical evidence to support | | |
| 870: 20 | Dr. Fitzgerald's theory about prostacyclin? | | |
| 870: 21 | A: Yes. We examined again and again the | | |
| 870: 22 | clinical database and the trials in osteoarthritis | | |
| 870: 23 | looking to see whether Vioxx was different from any | | |
| 870: 24 | of the other nonsteroidals in this regard, and we | | |
| 870: 25 | found no such evidence. | | |
| 871:16 - 871:25 | Scolnick, Edward 2005-06-01    00:00:31 | | |
| 871: 16 | Q: Doctor, can you identify Exhibit 101, | | |
| 871: 17 | please? | | |
| 871: 18 | A: Yes. It is a report from the Merck | | |
| 871: 19 | Research Lab's epidemiology department. It's | | |
| 871: 20 | entitled 'Final Results of an Analysis of the | | |
| 871: 21 | Incidence of Cardiovascular Serious Adverse | | |
| 871: 22 | Experiences in the Phase IIb/III Vioxx | | |
| 871: 23 | Osteoarthritis Clinical Trials.' And it's dated | | |
| 871: 24 | February 2, 1998. It is authored by Doug Watson, a | | |
| 871: 25 | Ph.D. in that department. | | |
| 873:4 - 873:16 | Scolnick, Edward 2005-06-01    00:00:41 | | |
| 873: 4 | Q: What was the conclusion of this | | |
| 873: 5 | report about the risk of CV events with Vioxx | | |
| 873: 6 | compared to those other databases? | | |
| 873: 7 | A: That there was no large signal to be | | |
| 873: 8 | seen here, and that was the most one could make of | | |
| 873: 9 | this analysis. | | |
| 873: 10 | Q: Now, you mentioned earlier that the | | |
| 873: 11 | Board of Scientific Advisors at Merck recommended | | |
| 873: 12 | some method of evaluating heart attacks or strokes | | |
| 873: 13 | in trials; is that right? | | |
| 873: 14 | A: Yes. | | |
| 873: 15 | Q: Did that become known as a standard | | |
| 873: 16 | operating procedure? | | |
| 873:19 - 873:19 | Scolnick, Edward 2005-06-01    00:00:01 | | |
| 873: 19 | THE WITNESS: I believe so. | | |
| 873:21 - 874:10 | Scolnick, Edward 2005-06-01    00:00:49 | | |
| 873: 21 | Q: What, as you understand it, are the | | |
| 873: 22 | reasons for a standard operating procedure for | | |
| 873: 23 | cardiovascular events? | | |
| 873: 24 | A: My understanding was that it would | | |
| 873: 25 | ensure that the events that might be reported in our | | |
| 874: 1 | trials, whichever arm of the trials it occurred in, | | |
| 874: 2 | would be analyzed the same way, with the same | | |
| 874: 3 | definitions of events, and, therefore, would give a | | |
| 874: 4 | much greater certainty to any reports that came in, | | |
| 874: 5 | whether they were or weren't a certain kind of | | |
| 874: 6 | cardiovascular event. | | |
| 874: 7 | Q: Who analyzed these reported events | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 81 of 111

Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 874: 8 | | under the standard operating procedure? | | |
| 874: 9 | | A:  Members of clinical research, | | |
| 874: 10 | | biostatistics, epidemiology, regulatory affairs. | | |
| **874:23  -  876:8** | | Scolnick, Edward 2005-06-01 | 00:01:39 | |
| 874: 23 | | Q:  Did Merck adopt and implement this | | |
| 874: 24 | | standard operating procedure? | | |
| 874: 25 | | A:  Yes, it did. | | |
| 875: 1 | | Q:  Did you agree with the recommendation | | |
| 875: 2 | | of the board of advisors and Dr. Oates that this was | | |
| 875: 3 | | an appropriate response to the FitzGerald theory? | | |
| 875: 4 | | A:  Oh, yes. We thought it was very | | |
| 875: 5 | | important. We thought it was exactly the right way | | |
| 875: 6 | | to analyze whether this theory showed any clinical | | |
| 875: 7 | | evidence or didn't show any clinical evidence. | | |
| 875: 8 | | Q:  Did this standard operating procedure | | |
| 875: 9 | | apply to the VIGOR trial that you mentioned? | | |
| 875: 10 | | A:  Yes, it did. | | |
| 875: 11 | | Q:  Did it apply to any other Vioxx | | |
| 875: 12 | | trials other than VIGOR? | | |
| 875: 13 | | A:  I think it applied to all Vioxx | | |
| 875: 14 | | trials going forward after this recommendation. | | |
| 875: 15 | | Q:  Dr. Scolnick, before Vioxx was | | |
| 875: 16 | | approved by the FDA, did Merck specifically analyze | | |
| 875: 17 | | the risk of heart attacks and strokes? | | |
| 875: 18 | | A:  In the NDA database? | | |
| 875: 19 | | Q:  Yes. | | |
| 875: 20 | | A:  Absolutely. | | |
| 875: 21 | | Q:  What did that analysis show about the | | |
| 875: 22 | | risk of heart attacks or strokes with Vioxx compared | | |
| 875: 23 | | to other pain relievers? | | |
| 875: 24 | | A:  It showed no difference, no | | |
| 875: 25 | | detectable difference. | | |
| 876: 1 | | Q:  Can you give us some idea of the | | |
| 876: 2 | | database that was used in that analysis, how big it | | |
| 876: 3 | | was? | | |
| 876: 4 | | A:  I think it was several thousand | | |
| 876: 5 | | patients. I don't remember the exact number, but it | | |
| 876: 6 | | was a very large number in thousands of patients for | | |
| 876: 7 | | extensive periods of time when you looked at all the | | |
| 876: 8 | | data. It was a very large database. | | |
| **876:13  -  876:15** | | Scolnick, Edward 2005-06-01 | 00:00:06 | |
| 876: 13 | | Q:  What part of that database was given | | |
| 876: 14 | | to the FDA with the new drug application? | | |
| 876: 15 | | A:  All of it. | | |
| **876:16  -  878:3** | | Scolnick, Edward 2005-06-01 | 00:01:52 | |
| 876: 16 | | Q:  Dr. Scolnick, are you familiar with | | |
| 876: 17 | | something called an FDA Advisory Committee? | | |
| 876: 18 | | A:  Yes. | | |
| 876: 19 | | Q:  What is an FDA Advisory Committee? | | |
| 876: 20 | | A:  An FDA Advisory Committee is a group | | |
| 876: 21 | | of outside scientists with various disciplines | | |
| 876: 22 | | convened solely by the FDA, composition determined | | |
| 876: 23 | | solely by the FDA, that they call upon to review | | |
| 876: 24 | | many new drug applications that come to them, | | |
| 876: 25 | | especially on any new drug that would have a new | | |
| 877: 1 | | mechanism of action, and it's a province of the FDA. | | |
| 877: 2 | | It's there for a very, very long period of | | |
| 877: 3 | | time. | | |
| 877: 4 | | Q:  Was there an FDA Advisory Committee | | |
| 877: 5 | | meeting that occurred relating to the approval of | | |
| 877: 6 | | Vioxx? | | |
| 877: 7 | | A:  Yes, definitely. | | |
| 877: 8 | | Q:  Was that meeting open to the public? | | |
| 877: 9 | | A:  Oh, yes. | | |
| 877: 10 | | Q:  Can you tell us generally what | | |
| 877: 11 | | occurred at that meeting? | | |
| 877: 12 | | A:  Yes. What occurs at that meeting is | | |
| 877: 13 | | the same that occurs at all meetings of the Advisory | | |
| 877: 14 | | Committee. The sponsor submits a background package | | |
| 877: 15 | | to the FDA that they give to the Advisory Committee. | | |
| 877: 16 | | The FDA prepares its own review of the application | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 877: 17 | which it gives to the committee ahead of time. The | |
| 877: 18 | sponsor then comes and makes a presentation on the | |
| 877: 19 | data, quizzed for as long and as extensively as the | |
| 877: 20 | Advisory Committee wants on any question about the | |
| 877: 21 | data. Has to answer it. The FDA presents their | |
| 877: 22 | interpretation of the data, their analysis of the | |
| 877: 23 | data. Again, the committee gets a chance to answer | |
| 877: 24 | questions, ask questions, get them answered. This | |
| 877: 25 | goes on for several hours, and then eventually the | |
| 878: 1 | committee is asked to vote on questions that the FDA | |
| 878: 2 | gives them that relate to the safety, efficacy and | |
| 878: 3 | approvability of the drug. | |

**878:7  -  878:12**  Scolnick, Edward 2005-06-01                                   00:00:19

| | | |
|---|---|---|
| 878: 7 | Q:  The process that you've just | |
| 878: 8 | described, did that occur with respect to Vioxx | |
| 878: 9 | before Vioxx was approved? | |
| 878: 10 | A:  Oh, yes. | |
| 878: 11 | Q:  I would like to show you a document | |
| 878: 12 | that we'll mark as Exhibit 102. | |

**878:21  -  879:24**  Scolnick, Edward 2005-06-01                                   00:01:36

| | | |
|---|---|---|
| 878: 21 | Q:  Dr. Scolnick, can you identify | |
| 878: 22 | Exhibit 102, please? | |
| 878: 23 | A:  Yes. It's a letter to Dr. Robert | |
| 878: 24 | Silverman, who was a senior director in the Merck | |
| 878: 25 | Research Lab, regulatory affairs department. It is | |
| 879: 1 | a letter that comes to him from Dr. Robert DeLap, | |
| 879: 2 | M.D., Ph.D., who is director of drug evaluation at | |
| 879: 3 | the FDA, and it relates to the new drug application | |
| 879: 4 | of Vioxx. | |
| 879: 5 | Q:  Dr. Scolnick, what is the date of | |
| 879: 6 | this letter from the FDA? | |
| 879: 7 | A:  I believe it's May 20, 1999. | |
| 879: 8 | Q:  Sir, I would like you to take a look, | |
| 879: 9 | if you would, at the first page of Exhibit 102, and | |
| 879: 10 | I'm going to ask you, if you would, please, to read | |
| 879: 11 | out loud the fourth paragraph of this letter. | |
| 879: 12 | A:  The one that begins 'We have'? | |
| 879: 13 | Q:  Yes. | |
| 879: 14 | A:  The paragraph says, 'We have | |
| 879: 15 | completed the review of this application, as | |
| 879: 16 | amended, and have concluded that adequate | |
| 879: 17 | information has been presented to demonstrate that | |
| 879: 18 | the drug product is safe and effective for use as | |
| 879: 19 | recommended in the enclosed labeling text. | |
| 879: 20 | Accordingly, the application is approved effective | |
| 879: 21 | on the date of this letter.' | |
| 879: 22 | Q:  Is this letter what is known as the | |
| 879: 23 | approval letter for Vioxx? | |
| 879: 24 | A:  Yes, I believe so. | |

**879:25  -  881:10**  Scolnick, Edward 2005-06-01                                   00:02:26

| | | |
|---|---|---|
| 879: 25 | Q:  Now, Dr. Scolnick, the paragraph that | |
| 880: 1 | you just read to us refers to the 'enclosed labeling | |
| 880: 2 | text.' Did the label for Vioxx, when it was | |
| 880: 3 | approved, have any warnings for GI risks? | |
| 880: 4 | A:  Yes, it did. It had the same wording | |
| 880: 5 | for warnings of GI risks that occurred with all | |
| 880: 6 | prior nonsteroidal drugs. | |
| 880: 7 | Q:  Well, if Vioxx was supposed to be | |
| 880: 8 | safer on the stomach, why didn't the label say it | |
| 880: 9 | was safer than the other traditional pain relievers? | |
| 880: 10 | A:  The feeling of the FDA at the time | |
| 880: 11 | and some other scientists was that we had clearly | |
| 880: 12 | demonstrated the increased safety of the drug by the | |
| 880: 13 | endoscopy methods. No one disputed that. The | |
| 880: 14 | endoscopy methods, of course, measure ulcers and | |
| 880: 15 | bleeding ulcers from patients on the drug. The FDA | |
| 880: 16 | was not certain that there was a relationship | |
| 880: 17 | between the greatly reduced incidence of ulcers | |
| 880: 18 | determined by endoscopy and then bleeding from | |
| 880: 19 | ulcers, perforations or obstructions that occurred | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8843.5   Filed 11/20/06   Page 83 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 880: 20 | from those ulcers and, therefore, because that data | | |
| 880: 21 | was not yet available, they chose to not change the | | |
| 880: 22 | warning label for Vioxx. | | |
| 880: 23 | Q:  The label that was approved for Vioxx | | |
| 880: 24 | when the drug was first approved, was that the label | | |
| 880: 25 | that Merck wanted? | | |
| 881: 1 | A:  No. We felt that the endoscopy data | | |
| 881: 2 | was so strong and the meta analysis of perforations, | | |
| 881: 3 | ulcers and bleeds that we had gathered in our | | |
| 881: 4 | trials, comparative NSAIDs to Vioxx, also | | |
| 881: 5 | demonstrated that Vioxx had reduced incidence of | | |
| 881: 6 | that, we felt that the language of the warning for | | |
| 881: 7 | GI risks could have been and should have been | | |
| 881: 8 | modified based on the data we submitted to them. | | |
| 881: 9 | And we could not convince the FDA, no matter how | | |
| 881: 10 | hard we tried, to make that change. | | |
| 881:25   -   882:21 | Scolnick, Edward 2005-06-01 | 00:01:19 | |
| 881: 25 | Q:  Dr. Scolnick, I would like to talk to | | |
| 882: 1 | you now about a Merck study that's known as the | | |
| 882: 2 | VIGOR study. Can you tell us what the general | | |
| 882: 3 | reasons were for Merck doing that study? | | |
| 882: 4 | A:  Yes. As we discussed a few minutes | | |
| 882: 5 | ago, in order to have the typical warning language | | |
| 882: 6 | associated with GI labeling for even this new drug | | |
| 882: 7 | changed to reflect what we believed was improved | | |
| 882: 8 | gastrointestinal safety, we had to do studies | | |
| 882: 9 | additional to the endoscopy studies I described to | | |
| 882: 10 | you. And the general design of such a study was to | | |
| 882: 11 | test Vioxx compared to some other prior nonsteroidal | | |
| 882: 12 | in a large patient population and follow the reports | | |
| 882: 13 | and incidences of the serious gastrointestinal side | | |
| 882: 14 | effects of the two drugs in such a study. | | |
| 882: 15 | Q:  Did Merck consult with the FDA over | | |
| 882: 16 | the design of the VIGOR study? | | |
| 882: 17 | A:  Yes, we did. | | |
| 882: 18 | Q:  What were the drugs that were | | |
| 882: 19 | compared to each other in the VIGOR study? | | |
| 882: 20 | A:  Vioxx was compared to naproxen in | | |
| 882: 21 | patients with rheumatoid arthritis. | | |
| 883:3   -   883:18 | Scolnick, Edward 2005-06-01 | 00:00:52 | |
| 883: 3 | Q:  What was the dose for Vioxx that was | | |
| 883: 4 | used? | | |
| 883: 5 | A:  The dose of Vioxx was 50 milligrams, | | |
| 883: 6 | twice the usual dose for osteoarthritis, and the | | |
| 883: 7 | reasons for that were twofold, as I recall. One was | | |
| 883: 8 | that at the time we were still conducting our | | |
| 883: 9 | efficacy studies in rheumatoid arthritis, and we | | |
| 883: 10 | thought at the time that the dose was going to be 50 | | |
| 883: 11 | milligrams in rheumatoid arthritis. So, in order to | | |
| 883: 12 | do an ethical study with a dose that we thought was | | |
| 883: 13 | the dose, 50 milligrams was chosen in that patient | | |
| 883: 14 | population. In addition, the FDA, I believe, had | | |
| 883: 15 | expressed some interest in having the study done at | | |
| 883: 16 | twice the usual dose in osteoarthritis in order to | | |
| 883: 17 | provide a worst case scenario test for the improved | | |
| 883: 18 | GI tolerability of the drug. | | |
| 883:22   -   884:19 | Scolnick, Edward 2005-06-01 | 00:01:12 | |
| 883: 22 | Q:  If Merck wanted to show that Vioxx | | |
| 883: 23 | was safer for the stomach, why not just compare | | |
| 883: 24 | Vioxx versus a placebo in the VIGOR trial? | | |
| 883: 25 | A:  The clinical patient population for | | |
| 884: 1 | whom Vioxx was indicated for chronic use was | | |
| 884: 2 | osteoarthritis approved, and hopefully was going to | | |
| 884: 3 | be rheumatoid arthritis. Those patients need some | | |
| 884: 4 | other medicine to control their pain, and one | | |
| 884: 5 | couldn't ethically do such a study, and one couldn't | | |
| 884: 6 | expect the patients to stay on placebo for a long | | |
| 884: 7 | period of time. | | |
| 884: 8 | Q:  What did you expect the data from the | | |
| 884: 9 | VIGOR study to show? | | |
| 884: 10 | A:  We expected it to show, even though | | |
| 884: 11 | the dose was 50 milligrams, a greatly improved set | | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs' and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 68435-3   Filed 11/20/06   Page 84 of 111

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 884: 12 | of results for the perforations, ulcers and bleeds | | |
| 884: 13 | that were the criteria for this study. | | |
| 884: 14 | Q:  How did your expectations affect your | | |
| 884: 15 | desire to see the results of the VIGOR study? | | |
| 884: 16 | A:  I've always wanted to see clinical | | |
| 884: 17 | results or basic research results right away, it's | | |
| 884: 18 | just my nature, and I wanted to see the results as | | |
| 884: 19 | soon as they were available. | | |
| | | | |
| 885:25  -  886:6 | Scolnick, Edward 2005-06-01          00:00:16 | | |
| 885: 25 | Did there come a point in time when | | |
| 886: 1 | you saw the results from the VIGOR study? | | |
| 886: 2 | A:  Yes. | | |
| 886: 3 | Q:  When did that occur? | | |
| 886: 4 | A:  March 9, 2000. | | |
| 886: 5 | Q:  Were you among the first people at | | |
| 886: 6 | Merck to see those results? | | |
| | | | |
| 886:9  -  886:16 | Scolnick, Edward 2005-06-01          00:00:17 | | |
| 886: 9 | THE WITNESS:  I think I was shown the | | |
| 886: 10 | data or sent the data after the project team | | |
| 886: 11 | initially saw it and analyzed it, so, in that sense, | | |
| 886: 12 | I was among the first, but I was not in the very | | |
| 886: 13 | first group. | | |
| 886: 14 | BY MR. RABER: | | |
| 886: 15 | Q:  What was your initial reaction to the | | |
| 886: 16 | VIGOR results? | | |
| | | | |
| 886:19  -  887:4 | Scolnick, Edward 2005-06-01          00:00:29 | | |
| 886: 19 | THE WITNESS:  I was extremely pleased | | |
| 886: 20 | at the GI outcomes which were much better for Vioxx | | |
| 886: 21 | than naproxen, even the 50 milligrams of Vioxx, and | | |
| 886: 22 | I was stunned and surprised at the cardiovascular | | |
| 886: 23 | differences seen in the trial between naproxen and | | |
| 886: 24 | Vioxx. I did not expect to see such a result. | | |
| 886: 25 | BY MR. RABER: | | |
| 887: 1 | Q:  Did you ever put down that initial | | |
| 887: 2 | reaction in writing? | | |
| 887: 3 | A:  Yes, I did. I sent an e-mail to some | | |
| 887: 4 | members of the project team stating that. | | |
| | | | |
| 887:19  -  889:9 | Scolnick, Edward 2005-06-01          00:01:58 | | |
| 887: 19 | Q:  Dr. Scolnick, is Exhibit 14 in front | | |
| 887: 20 | of you, the e-mail that you just referred to? | | |
| 887: 21 | A:  Yes, it is. | | |
| 887: 22 | Q:  In your e-mail you write: 'To all: | | |
| 887: 23 | I just received and went through the data. Thank | | |
| 887: 24 | you for sending it to me. There is no doubt about | | |
| 887: 25 | the pub data. Very very strong. As expected.' Do | | |
| 888: 1 | you see that? | | |
| 888: 2 | A:  Yes, I do. | | |
| 888: 3 | Q:  What is the 'pub data'? | | |
| 888: 4 | A:  PUB is shorthand for perforations, | | |
| 888: 5 | ulcers and bleeds. Those were the serious side | | |
| 888: 6 | effects of prior nonsteroidals that everyone wanted | | |
| 888: 7 | to know about. | | |
| 888: 8 | Q:  When you say 'Very very strong. As | | |
| 888: 9 | expected,' what were you referring to? | | |
| 888: 10 | A:  I was referring to the fact that the | | |
| 888: 11 | first look at the data, there seemed to be a | | |
| 888: 12 | dramatic increase in the number of those compared to | | |
| 888: 13 | naproxen in the study. | | |
| 888: 14 | Q:  You go on to say: 'General safety is | | |
| 888: 15 | better than could hope for in this patient | | |
| 888: 16 | population. Incidences of hypertension, renal | | |
| 888: 17 | anything, edema, liver, all great - very safe. | | |
| 888: 18 | Very, very safe.' Do you see that? | | |
| 888: 19 | A:  Yes, I do. | | |
| 888: 20 | Q:  When you are talking about 'better | | |
| 888: 21 | than could hope for in this patient population,' | | |
| 888: 22 | what does that refer to? | | |
| 888: 23 | A:  These patients were patients who had | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 888: 24 | rheumatoid arthritis, a very serious illness. Many |
| 888: 25 | of them would be on steroids in addition to whatever |
| 889: 1 | nonsteroidal anti-inflammatories, some other |
| 889: 2 | medications also, and a somewhat fragile patient |
| 889: 3 | population in that regard. Therefore, whenever one |
| 889: 4 | tests any kind of drug in a patient population |
| 889: 5 | that's sick to begin with, as these patients were, |
| 889: 6 | one worries that one might see side effects that |
| 889: 7 | would show up in an unexpected way, and those were |
| 889: 8 | not seen and not detected in the trial, and I was |
| 889: 9 | very pleased about that. |

**889:18 - 890:11**  Scolnick, Edward 2005-06-01  00:00:41

| | |
|---|---|
| 889: 18 | Q: Dr. Scolnick, you then go to say, |
| 889: 19 | 'The CV events are clearly there.' Do you see that? |
| 889: 20 | A: Yes, I do. |
| 889: 21 | Q: What does that refer to? |
| 888: 22 | A: What I was referring to was the |
| 888: 23 | reports of the cardiovascular events in the two arms |
| 889: 24 | of the trial and that the two curves were different, |
| 889: 25 | the incidence of curves were clearly |
| 890: 1 | distinguishable. |
| 890: 2 | Q: There was a difference in the number |
| 890: 3 | of CV events between the Vioxx group and the |
| 890: 4 | naproxen group. Is that what you're saying? |
| 890: 5 | A: Yes, that's exactly what I'm saying. |
| 890: 6 | Q: Further down you say, 'it is |
| 890: 7 | mechanism based as we worried it was.' Do you see |
| 890: 8 | that? |
| 890: 9 | A: Yes, I do. |
| 890: 10 | Q: What does it mean when you say 'it is |
| 890: 11 | mechanism based'? What were you referring to? |

**890:14 - 894:13**  Scolnick, Edward 2005-06-01  00:05:05

| | |
|---|---|
| 890: 14 | THE WITNESS: Well, as part of my |
| 890: 15 | initial reaction, as I've described many times, I |
| 890: 16 | hadn't expected these results, and my very first |
| 890: 17 | reaction was that Vioxx had elevated the rate as |
| 890: 18 | opposed to naproxen lowering the rate, and my |
| 890: 19 | connection was to the prostacyclin hypothesis, which |
| 890: 20 | was my set of first thoughts when I saw the data. |
| 890: 21 | That's what I was talking about, since COX-2 |
| 890: 22 | inhibitors had been shown to lower prostacyclin in |
| 890: 23 | the urine. |
| 890: 24 | BY MR. RABER: |
| 890: 25 | Q: You go on to say at the end of this |
| 891: 1 | e-mail 'We have a great drug' and you say 'The class |
| 891: 2 | will do well.' Do you see those references? |
| 891: 3 | A: Yes, I do. |
| 891: 4 | Q: What did you mean by that? |
| 891: 5 | A: Well, that even if these results were |
| 891: 6 | caused by Vioxx as opposed to not being caused by |
| 891: 7 | Vioxx, the incidence was low, we could change the |
| 891: 8 | label to reflect the results, the drug still had a |
| 891: 9 | significant benefit to patients, and people and we |
| 891: 10 | would learn how to use it safely in people and still |
| 891: 11 | produce the benefit with an articulation of what |
| 891: 12 | could have been a known risk at that point -- what I |
| 891: 13 | thought was a known risk at that point. |
| 891: 14 | Q: Dr. Scolnick, did there come a time |
| 891: 15 | when members of the Vioxx team informed you that |
| 891: 16 | there might be another explanation for the |
| 891: 17 | difference in the CV events between Vioxx and |
| 891: 18 | naproxen? |
| 891: 19 | A: Yes. Subsequently to this, and I |
| 891: 20 | don't recall whether it was this evening or the next |
| 891: 21 | day, members of the team told me they, in fact, |
| 891: 22 | thought there was a very plausible and more likely |
| 891: 23 | explanation for the differences in the event rates |
| 891: 24 | in the two arms of the trial. |
| 891: 25 | Q: What did you instruct the Vioxx team |
| 892: 1 | members to do at that point? |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 86435   Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.   Filed 11/20/06   Page 86 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 892: 2  A:  Well, they told me that because | | |
| 892: 3  naproxen was at this dose twice a day, 500 | | |
| 892: 4  milligrams twice a day, had potent anti-platelet | | |
| 892: 5  activity, that the more plausible explanation was | | |
| 892: 6  that naproxen had actually lowered the CV event rate | | |
| 892: 7  in the trial. So, I said to them, well, that sounds | | |
| 892: 8  good, but what other evidence is there to support | | |
| 892: 9  that? So, let's look back at all of our clinical | | |
| 892: 10  trial data and see if there's any other evidence for | | |
| 892: 11  that, and what other evidence can you find that | | |
| 892: 12  naproxen or drugs like naproxen couldn't be | | |
| 892: 13  cardioprotective. | | |
| 892: 14  Q:  Did the Vioxx team present you with | | |
| 892: 15  any evidence of naproxen's ability to inhibit | | |
| 892: 16  platelets the way that they had described? | | |
| 892: 17  A:  Yes. They told me about it and I | | |
| 892: 18  believe showed me a graph which showed that naproxen | | |
| 892: 19  500 milligrams twice a day was potent, had a potent | | |
| 892: 20  anti-platelet effect throughout the day and compared | | |
| 892: 21  that to ibuprofen and diclofenac, two other members | | |
| 892: 22  of the class which did not in their usual dosage | | |
| 892: 23  regimens have that kind of effect, and, therefore, | | |
| 892: 24  naproxen was unique as a prototypical | | |
| 892: 25  anti-inflammatory drug. | | |
| 893: 1  Q:  That data about naproxen that you | | |
| 893: 2  were shown, was that data that had been obtained in | | |
| 893: 3  a Merck-related study? | | |
| 893: 4  A:  The biochemistry data I'm talking | | |
| 893: 5  about in people, I think, was in Merck study, yes, | | |
| 893: 6  clinical pharmacology study. | | |
| 893: 7  Q:  That data, were you aware of that | | |
| 893: 8  data when you wrote your e-mail on March 9, 2000? | | |
| 893: 9  A:  No. I had not been aware of it. I | | |
| 893: 10  was very surprised at this data and had not heard | | |
| 893: 11  about the naproxen effect before they told me about | | |
| 893: 12  it. | | |
| 893: 13  Q:  In your words, what did that data | | |
| 893: 14  about naproxen suggest to you at that point? | | |
| 893: 15  A:  Well, at that point, my thinking, I | | |
| 893: 16  thought, well, they have a plausible hypothesis | | |
| 893: 17  here. This is certainly -- based on the | | |
| 893: 18  anti-platelet activity, they could be seeing a | | |
| 893: 19  naproxen-protective effect. I wanted them to look | | |
| 893: 20  at all our other clinical trial data again and was | | |
| 893: 21  really struggling with trying to find a way to get | | |
| 893: 22  more placebo-controlled data. Because in this | | |
| 893: 23  trial, what we had from our database at that point | | |
| 893: 24  was, on the one hand we had Vioxx versus all the | | |
| 893: 25  nonsteroidals which had been tested in our trials, | | |
| 894: 1  Phase IIb/III trials and extensions where we had | | |
| 894: 2  seen no difference in cardiovascular event rates. | | |
| 894: 3  Then now we had a trial where at 50 milligrams of | | |
| 894: 4  Vioxx versus naproxen we had a difference, and those | | |
| 894: 5  were two different databases, neither of which had a | | |
| 894: 6  placebo against it. So, their interpretation based | | |
| 894: 7  on the anti-platelet activity was naproxen had | | |
| 894: 8  lowered the heart attack rate consistent with the | | |
| 894: 9  fact that it was different biochemically from other | | |
| 894: 10  nonsteroidals and Vioxx was not different from them | | |
| 894: 11  in CV events. I said the tie breaker here has to be | | |
| 894: 12  placebo data, and how much placebo data do we have | | |
| 894: 13  to see if Vioxx is different from placebo. | | |
| **894:16  -  895:25**  Scolnick, Edward 2005-06-01 | 00:01:52 | |
| 894: 16  Q:  Before we get to placebo data, did | | |
| 894: 17  the Vioxx project team provide you with any other | | |
| 894: 18  biochemical or pharmacological information that | | |
| 894: 19  suggested a drug like naproxen could inhibit | | |
| 894: 20  platelets like aspirin? | | |
| 894: 21  A:  Yes. They actually told me about and | | |
| 894: 22  then subsequently sent me a paper on a drug called | | |
| 894: 23  flurbiprofen, which is a very potent nonsteroidal. | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657 EEF-DEK Document 8843-3 Filed 11/20/06 Page 87 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 894: 24 | In the doses given in the trials they cited to me, | | |
| 894: 25 | it blocks platelets like naproxen. It had been | | |
| 895: 1 | tested in a very high risk patient population in | | |
| 895: 2 | which patients had their arteries open, something | | |
| 895: 3 | called angioplasty today, and then followed for six | | |
| 895: 4 | months with and without flurbiprofen treatment to | | |
| 895: 5 | see if flurbiprofen lowered the restenosis, | | |
| 895: 6 | reclotting rate of these opened arteries. And lo | | |
| 895: 7 | and behold, flurbiprofen had a dramatic benefit to | | |
| 895: 8 | those patients that dropped the restenosis rate, the | | |
| 895: 9 | rethrombosis rate dramatically in those patients. | | |
| 895: 10 | Subsequently they told me about a | | |
| 895: 11 | drug called indobufen which had even more data | | |
| 895: 12 | associated with it. It had two other clinical | | |
| 895: 13 | situations. It had an actual heart bypass graft | | |
| 895: 14 | where it blocked the stenosis, subsequent clotting | | |
| 895: 15 | of that, and yet another situation, patients who | | |
| 895: 16 | have a rhythm disturbance in their atrium which sets | | |
| 895: 17 | them up to have clots, called atrial fibrillation, | | |
| 895: 18 | and giving those patients indobufen reduced the | | |
| 895: 19 | incidence of their thrombotic events. | | |
| 895: 20 | So, they had three pieces of | | |
| 895: 21 | information with drugs like naproxen, which was very | | |
| 895: 22 | strong clinical evidence to support the biochemical | | |
| 895: 23 | evidence that we had with naproxen at that point. | | |
| 895: 24 | Q: I would like to show you a document | | |
| 895: 25 | that we'll mark as Exhibit 103. | | |
| | | | |
| 896:13 - 899:11 | Scolnick, Edward 2005-06-01 | 00:04:01 | |
| 896: 13 | Q: Dr. Scolnick, can you identify | | |
| 896: 14 | Exhibit 103, please? | | |
| 896: 15 | A: Yes. Exhibit 103 is a paper from the | | |
| 896: 16 | European Heart Journal published in 1993. The title | | |
| 896: 17 | of the paper is 'Evaluation of flurbiprofen for | | |
| 896: 18 | prevention of reinfarction and reocclusion after | | |
| 896: 19 | successful thrombolysis or angioplasty in acute | | |
| 896: 20 | myocardial infarction.' | | |
| 896: 21 | Q: Is this Exhibit 103, the flurbiprofen | | |
| 896: 22 | data or paper that you referred to earlier in your | | |
| 896: 23 | testimony? | | |
| 896: 24 | A: Yes, it is. | | |
| 896: 25 | Q: Were you aware of the data contained | | |
| 897: 1 | in this paper on flurbiprofen when you wrote your | | |
| 897: 2 | e-mail on March 9, 2000? | | |
| 897: 3 | A: No, I was not. | | |
| 897: 4 | Q: Similarly, were you aware of the data | | |
| 897: 5 | regarding the drug indobufen when you wrote your | | |
| 897: 6 | e-mail on March 9, 2000? | | |
| 897: 7 | A: No, I was not. | | |
| 897: 8 | Q: You mentioned a few minutes ago | | |
| 897: 9 | something about placebo data. Can you tell us what | | |
| 897: 10 | else you and your team looked at to answer the | | |
| 897: 11 | question of whether the difference in the CV rates | | |
| 897: 12 | between naproxen and Vioxx was due to placebo? | | |
| 897: 13 | A: During the discussion of trying to | | |
| 897: 14 | figure out a way to look at placebo data, someone, I | | |
| 897: 15 | don't recall who, reminded us that we had an ongoing | | |
| 897: 16 | trial in patients with Alzheimer's disease. This | | |
| 897: 17 | trial compared placebo to 25 milligrams of Vioxx, | | |
| 897: 18 | and I don't recall whether it was a treatment trial | | |
| 897: 19 | or a prevention trial, but it was attempting to | | |
| 897: 20 | improve the lot, the clinical benefit to patients | | |
| 897: 21 | with Alzheimer's. The reason this trial was ongoing | | |
| 897: 22 | was there was a theory, again a hypothesis, that | | |
| 897: 23 | such an anti-inflammatory would improve the clinical | | |
| 897: 24 | condition or prevent the progression of Alzheimer's | | |
| 897: 25 | disease based on literature post hoc epidemiology | | |
| 898: 1 | data, but it was only a hypothesis. | | |
| 898: 2 | And it was now regarded that Vioxx | | |
| 898: 3 | was safe enough on the stomach to test this theory | | |
| 898: 4 | in patients with Alzheimer's compared to placebo. | | |
| 898: 5 | No drug had ever been shown to retard the | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8643-3   Filed 11/20/06   Page 88 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

898: 6  progression of Alzheimer's, so, it was perfectly
898: 7  ethical to do the study versus placebo, it was a
898: 8  fairly large study. And the group thought very
898: 9  sharply, they figured out that -- there were only
898: 10  two arms in the trial, treatment arm A and treatment
898: 11  arm B. They were blinded, but during any trial,
898: 12  including this one, we always record immediately in
898: 13  our database adverse experience reports that come in
898: 14  during the course of the trial, and, therefore, this
898: 15  database had potentially in it cardiovascular
898: 16  adverse experience reports from the Alzheimer's
898: 17  trial, an old population presumably with some
898: 18  underlying heart disease.
898: 19  So, we said, terrific, is there a way
898: 20  without unblinding the whole trial that we can look
898: 21  at this safety data, column A and column B. And it
898: 22  was clear, made clear by the statistics group to me
898: 23  that we could do that without compromising the trial
898: 24  by just aggregating the data under treatment A and
898: 25  treatment B, and they would enumerate the
899: 1  cardiovascular side effects.
899: 2  And I said that's just terrific, go
899: 3  do it right away. I want to know the minute you
899: 4  know the answer to this. So, they did all the
899: 5  things necessary to do this legally, and they
899: 6  enumerated all the data, they called me 48 hours
899: 7  later in the evening on a Sunday night and told me
899: 8  that there was no difference in the event rates in
899: 9  treatment A and treatment B arm. That was greatly
899: 10  reassuring.
899: 11  Q:  Why was that significant to you?

**899:14  -  900:10**   Scolnick, Edward 2005-06-01   00:01:01
899: 14  THE WITNESS:  That was significant to
899: 15  me because it was in my mind the critical piece of
899: 16  information to accept the naproxen hypothesis that
899: 17  the group had put forward. We knew naproxen could
899: 18  be potentially cardioprotective based on all the
899: 19  data I've talked to you about, but I wanted to see
899: 20  data versus Vioxx, because if they were right, Vioxx
899: 21  versus placebo should not have been different. And
899: 22  when I was told this data, I was reassured, but I
899: 23  then asked the statistician who called me, I want to
899: 24  know not just the grouped data that that you've
899: 25  given me, I want to know all the categories of
900: 1  cardiovascular events in both treatment arms, A and
900: 2  B. And he read me those on the phone and, again,
900: 3  they were no different. And so I was really
900: 4  relieved and reassured, and thought, well, they are
900: 5  right, I was wrong, and the naproxen hypothesis is
900: 6  the explanation for this.
900: 7  BY MR. RABER:
900: 8  Q:  Did Merck do anything to look at the
900: 9  osteoarthritis data that it was continuing to
900: 10  collect at that point?

**900:12  -  901:1**   Scolnick, Edward 2005-06-01   00:00:48
900: 12  THE WITNESS:  Yes. We continually
900: 13  looked at that data, as more and more patients
900: 14  accrued from different trials, updated it, did large
900: 15  meta-analyses of the trials comparing Vioxx to the
900: 16  other comparators, continually looking to see if
900: 17  there was a signal, and there was no signal.
900: 18  Q:  All right.
900: 19  Dr. Scolnick, then after you
900: 20  considered the data about naproxen, after you
900: 21  considered the data about flurbiprofen and the data
900: 22  about indobufen and the data from the Alzheimer's
900: 23  trials comparing Vioxx with placebo, what did you
900: 24  conclude was the best explanation for the
900: 25  differences in CV events that occurred in the VIGOR
901: 1  study?

Dedrick v. Merck Co., Inc.
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 68435-3   Filed 11/20/06   Page 89 of 111

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| **901:3  -  901:6** | Scolnick, Edward 2005-06-01 | 00:00:11 | | |
| 901: 3 | THE WITNESS:  I concluded the team | | | |
| 901: 4 | had been right and I had been wrong, that the | | | |
| 901: 5 | naproxen arm was lower than the Vioxx arm because | | | |
| 901: 6 | naproxen had been cardioprotective. | | | |
| **901:8  -  903:13** | Scolnick, Edward 2005-06-01 | 00:03:04 | | |
| 901: 8 | Q:  Dr. Scolnick, what did Merck do to | | | |
| 901: 9 | make the VIGOR results public? | | | |
| 901: 10 | A:  Merck did two things. First of all, | | | |
| 901: 11 | it had a large number of ongoing trials with Vioxx | | | |
| 901: 12 | and with its second COX-2 inhibitor, Arcoxia. The | | | |
| 901: 13 | protocols for those trials at that time had excluded | | | |
| 901: 14 | the use of aspirin. And now that we knew about the | | | |
| 901: 15 | naproxen being cardioprotective, if there were | | | |
| 901: 16 | patients that were in those trials who had | | | |
| 901: 17 | underlying cardiac disease and who otherwise might | | | |
| 901: 18 | have benefited from aspirin, we wanted to make the | | | |
| 901: 19 | protocol changes so the investigators carrying out | | | |
| 901: 20 | those trials would be allowed to use aspirin. So, | | | |
| 901: 21 | we wrote in a letter to all the investigators and | | | |
| 901: 22 | sent it out right away that stated the results of | | | |
| 901: 23 | the VIGOR trial, giving all the data, and telling | | | |
| 901: 24 | them that they could now use aspirin, Vioxx was not | | | |
| 901: 25 | a substitute for aspirin. | | | |
| 902: 1 | We also wanted to make the data | | | |
| 902: 2 | available more widely so that the data would be | | | |
| 902: 3 | known in people who were wondering whether to use | | | |
| 902: 4 | aspirin or not, although that was allowed in the | | | |
| 902: 5 | label, and appropriate patients would use it, and | | | |
| 902: 6 | because this was a trial with twice the approved | | | |
| 902: 7 | dose because it was a clinical trial, we were not | | | |
| 902: 8 | approved for rheumatoid arthritis, we weren't | | | |
| 902: 9 | approved for this dose, we thought the fastest way | | | |
| 902: 10 | to do this, because the FDA review would take some | | | |
| 902: 11 | time, would be to put out a press release giving all | | | |
| 902: 12 | the information. And we did that, again, | | | |
| 902: 13 | concomitant with the investigator letter. We | | | |
| 902: 14 | subsequently presented this information within a | | | |
| 902: 15 | couple of months at a big meeting, gastrointestinal | | | |
| 902: 16 | meeting, attended by a number of people and then it | | | |
| 902: 17 | was subsequently published in an article in, I | | | |
| 902: 18 | think, Circulation, after it was peer reviewed. | | | |
| 902: 19 | Q:  You mentioned earlier -- well, let me | | | |
| 902: 20 | ask you this. Did Merck also provide the VIGOR data | | | |
| 902: 21 | to the FDA after you got the results? | | | |
| 902: 22 | A:  Yes. The FDA was notified | | | |
| 902: 23 | immediately when the data became available, and it | | | |
| 902: 24 | was immediately analyzed, and then it was submitted, | | | |
| 902: 25 | the full package of data was submitted within three | | | |
| 903: 1 | months of getting this very large study, 8,000 | | | |
| 903: 2 | patients, to the FDA, very rapid putting together of | | | |
| 903: 3 | all the data. We were anxious to have it reviewed. | | | |
| 903: 4 | It had the GI safety data in it, it had the | | | |
| 903: 5 | cardiovascular difference in it, and it had the | | | |
| 903: 6 | rheumatoid arthritis potential indication in it | | | |
| 903: 7 | which had been part of our studies. It was a very | | | |
| 903: 8 | large package. | | | |
| 903: 9 | Q:  Dr. Scolnick, earlier today you told | | | |
| 903: 10 | us about FDA Advisory Committees. My question for | | | |
| 903: 11 | you is, was there an FDA Advisory Committee meeting | | | |
| 903: 12 | that was held to deal with the results from the | | | |
| 903: 13 | VIGOR study? | | | |
| **903:16  -  904:13** | Scolnick, Edward 2005-06-01 | 00:01:02 | | |
| 903: 16 | THE WITNESS:  Yes, there was. In | | | |
| 903: 17 | spring of 2001, I don't remember the exact month | | | |
| 903: 18 | now, there was an FDA Advisory Committee meeting. | | | |
| 903: 19 | BY MR. RABER: | | | |
| 903: 20 | Q:  Was that FDA Advisory Committee | | | |
| 903: 21 | meeting relating to the VIGOR results a public | | | |
| 903: 22 | proceeding? | | | |
| 903: 23 | A:  Yes, it was. | | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| | | |

903: 24 Q:  In general, what happened at that
903: 25 Advisory Committee meeting as best you can recall?
904: 1 A:  Well, I don't remember the details of
904: 2 the meeting, but it followed the form of the usual
904: 3 Advisory Committees. We presented a background
904: 4 package, the FDA did, we presented our data, the
904: 5 Merck team did, that is, and the FDA presented full
904: 6 discussion, lots of questions, lots of debate about
904: 7 the gastrointestinal data, the cardiovascular data,
904: 8 and then votes that -- I don't remember the
904: 9 questions that the group was asked, votes about it.
904: 10 The whole day came out, I thought, very favorably.
904: 11 Everyone looked at the data and basically accepted
904: 12 the hypothesis with some caveats that you needed to
904: 13 follow up on this and be 100,000 percent sure.

**Objections:**
[903:24-904:13]
**Pltf Obj:** R.801, R.802.
Hearsay.

**Rulings:**
**Smith:** Overruled.
**Mason:** Overruled.

904:17  -  904:20    Scolnick, Edward 2005-06-01        00:00:09
904: 17 Q:  Dr. Scolnick, did the FDA Advisory
904: 18 Committee recommend at that time that Vioxx be taken
904: 19 off the market?
904: 20 A:  No, not at all.
904: 21   21      Q.    I want to show you a document that's
904: 22   22   been marked previously as Exhibit 12 on April 29,
904: 23   23   2005.  It has the numbers MRK-ACT0018064.

905:1   -   907:16    Scolnick, Edward 2005-06-01        00:03:32
905: 1 Can you identify the e-mail that
905: 2 appears towards the bottom of this exhibit?
905: 3 A:  Yes, I can. It's an e-mail from
905: 4 myself on February 8th to Douglas Greene, Alise
905: 5 Reicin, Alan Nies, Harry Guess, Deborah Shapiro and
905: 6 Thomas Simon, and the subject is 'Today.'
905: 7 Q:  Doctor, your e-mail reads 'To ALL.'
905: 8 Well, let me back up. What was the context of your
905: 9 sending this e-mail to those individuals on this
905: 10 day?
905: 11 A:  The context was to congratulate them
905: 12 for the wonderful job they had done in presenting
905: 13 the data to the committee, answering all the
905: 14 questions in great detail, being prepared for the
905: 15 details that the Advisory Committee wanted on
905: 16 additional questions, and I thought they had just
905: 17 done a fantastic job, and I wanted to encourage them
905: 18 and tell them what a great job it was.
905: 19 Q:  Your E-mail reads: 'To ALL. I bit
905: 20 my nails all day. You all were FANTASTIC. You made
905: 21 them look like grade d high school students and you
905: 22 won big huge and completely. You should be proud
905: 23 happy and exhausted. Enjoy and bask in the warmth
905: 24 of having done an impossible job superbly/Ed.' Do
905: 25 you see that?
906: 1 A:  Yes, I do.
906: 2 Q:  Can you explain to us your reference
906: 3 there to making someone look like grade D high
906: 4 school students?
906: 5 A:  Yes. I was trying to praise the team
906: 6 in a way that was simply an analogy to something
906: 7 that had that happened several years ago during our
906: 8 Crixivan NDA review.
906: 9 Q:  What had happened there?
906: 10 A:  When we presented Crixivan at a
906: 11 comparable FDA Advisory Committee meeting, and I
906: 12 don't recall the exact year this was, it was in the
906: 13 earlier '90s, we had come -- it was a two-day
906: 14 meeting on protease inhibitors. Another sponsor had
906: 15 presented theirs on the first day, and we were
906: 16 presenting on the second day. Our presentation was
906: 17 finished by the physician who made it, and when he
906: 18 finished, the first hand up from the Advisory

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 68435-3   Filed 11/20/06   Page 91 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 906: 19 | Committee was from someone on the committee who said | |
| 906: 20 | to our presenter, that was fantastic. You made them | |
| 906: 21 | look like grade D high school students. And that | |
| 906: 22 | was all I was referring to here. It was a laudatory | |
| 906: 23 | comment by a member of this past Advisory Committee, | |
| 906: 24 | and I was sort of reminding them of that comment in | |
| 906: 25 | a kind of jovial way when I was so proud of them for | |
| 907: 1 | what they had done. | |
| 907: 2 | Q:  You refer later on in this e-mail to | |
| 907: 3 | your team 'having done an impossible job superbly.' | |
| 907: 4 | Do you see that? | |
| 907: 5 | A:  Yes, I do. | |
| 907: 6 | Q:  What's the 'impossible job' that | |
| 907: 7 | you're referring to? | |
| 907: 8 | A:  Well, I thought that having a public | |
| 907: 9 | discussion about cardiovascular events was a very | |
| 907: 10 | difficult subject to handle and that they did it in | |
| 907: 11 | an unemotional way where it was carried out in a | |
| 907: 12 | completely rational discussion with full disclosure | |
| 907: 13 | of all the data without anyone becoming emotional | |
| 907: 14 | about it either on our side or the committee side, | |
| 907: 15 | so that all the data could be considered rationally, | |
| 907: 16 | and a most rational decision could be made. | |

| | | |
|---|---|---|
| **907:17  -  909:9** | Scolnick, Edward 2005-06-01 | 00:02:11 |
| 907: 17 | Q:  Dr. Scolnick, had the | |
| 907: 18 | cardioprotective effect of naproxen ever been | |
| 907: 19 | observed like this in a clinical trial? | |
| 907: 20 | A:  No, it had not. | |
| 907: 21 | Q:  Why not? | |
| 907: 22 | A:  It had not -- first of all, such a | |
| 907: 23 | trial had never been done. So, the question really | |
| 907: 24 | is, why had it never been done the way trials with | |
| 907: 25 | aspirin had been done. We need to spend a minute | |
| 908: 1 | explaining what's been done for aspirin and why one | |
| 908: 2 | is able to do that, and then one can discuss | |
| 908: 3 | naproxen. | |
| 908: 4 | Q:  Okay. Would you please do that? | |
| 908: 5 | A:  Yes. | |
| 908: 6 | Aspirin has been tested many times to | |
| 908: 7 | be cardioprotective and found to be | |
| 908: 8 | cardioprotective. The reason one can do that is | |
| 908: 9 | aspirin blocks the enzyme in platelets that's | |
| 908: 10 | responsible for its cardioprotective effect. You | |
| 908: 11 | can do that with giving a relatively low dose of | |
| 908: 12 | aspirin because aspirin inhibits that enzyme | |
| 908: 13 | irreversibly. It binds to the enzyme, and it never | |
| 908: 14 | comes off. That cell, that platelet, can't remake | |
| 908: 15 | that enzyme until more platelets come out of the | |
| 908: 16 | bone marrow. That takes a long time. Basically, it | |
| 908: 17 | takes a day. The doses of aspirin to do that have a | |
| 908: 18 | small effect on the stomach, so, they produce a | |
| 908: 19 | little bit of ulcer problem in the stomach, but | |
| 908: 20 | because it is irreversibly bound to the platelet | |
| 908: 21 | enzyme, you can get a therapeutic benefit, a | |
| 908: 22 | therapeutic index between the platelet and the | |
| 908: 23 | stomach with aspirin with a low dose. | |
| 908: 24 | Naproxen does not bind irreversibly | |
| 908: 25 | to the platelet enzyme. It is reversible. In order | |
| 909: 1 | to have it block 24 hours the way aspirin does, you | |
| 909: 2 | have to keep the dose up like 500 milligrams twice a | |
| 909: 3 | day so the blood levels of naproxen stay up during | |
| 909: 4 | that 24-hour period of time. In doing that, you | |
| 909: 5 | don't get selectivity between the platelet and the | |
| 909: 6 | stomach, and you would have produced a significant | |
| 909: 7 | number of ulcers just as shown in the VIGOR trial. | |
| 909: 8 | That's why naproxen was never tested before in my | |
| 909: 9 | opinion. | |

| | | |
|---|---|---|
| **909:12  -  910:8** | Scolnick, Edward 2005-06-01 | 00:01:12 |
| 909: 12 | Q:  Dr. Scolnick, after you had reached | |
| 909: 13 | the conclusion that naproxen had been | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 909: 14 | | cardioprotective in the VIGOR trial, did Merck stop | | |
| 909: 15 | | analyzing this question? | | |
| 909: 16 | | A:  No. We constantly -- I constantly | | |
| 909: 17 | | continued to worry about it, what other evidence | | |
| 909: 18 | | could we get, what else could we do, what other | | |
| 909: 19 | | trials could we do, what other databases could we do | | |
| 909: 20 | | to further challenge our conclusions. | | |
| 909: 21 | | Q:  If you thought that naproxen was the | | |
| 909: 22 | | reason for the VIGOR results, why did you continue | | |
| 909: 23 | | to worry? | | |
| 909: 24 | | A:  Because that's just my nature. I | | |
| 909: 25 | | always worried about the safety of our drugs, and I | | |
| 910: 1 | | wanted even more data to even further draw the | | |
| 910: 2 | | conclusion or firm up the conclusion that we had | | |
| 910: 3 | | made. I wanted to find a way -- to me, we had the | | |
| 910: 4 | | Alzheimer's placebo controlled data which was very | | |
| 910: 5 | | strong. I wanted to try to find a way to have | | |
| 910: 6 | | additional placebo-controlled data to compare Vioxx | | |
| 910: 7 | | to to go an extra mile to prove the safety of the | | |
| 910: 8 | | drug. | | |
| 910:13   -   910:21 | | Scolnick, Edward 2005-06-01 | 00:03:37 | |
| 910: 13 | | Dr. Scolnick, looking at Exhibit 5, | | |
| 910: 14 | | can you please identify for us the e-mail that | | |
| 910: 15 | | appears at the very bottom of the first page? | | |
| 910: 16 | | A:  Yes. It's an e-mail from myself to | | |
| 910: 17 | | Dr. Alise Reicin. Its subject is 'RA and CV | | |
| 910: 18 | | mortality,' rheumatoid arthritis and cardiovascular | | |
| 910: 19 | | mortality. | | |
| 910: 20 | | Q:  What is the date of this e-mail? | | |
| 910: 21 | | A:  April 12, 2000. | | |
| 910:24   -   913:10 | | | | |
| 910: 24 | | Was this before or after the VIGOR | | |
| 910: 25 | | results had come out? | | |
| 911: 1 | | A:  It was afterwards, a little more than | | |
| 911: 2 | | after a month after the VIGOR results. | | |
| 911: 3 | | Q:  You say in your e-mail to Alise | | |
| 911: 4 | | Reicin: 'Hi Alise I have been trading e-mails with | | |
| 911: 5 | | Doug Greene in real time. We all are online too | | |
| 911: 6 | | late. I will tell you my worry quotient is high. I | | |
| 911: 7 | | actually am in minor agony.' Do you see that? | | |
| 911: 8 | | A:  Yes, I do. | | |
| 911: 9 | | Q:  Why at this point was your worry | | |
| 911: 10 | | quotient high and were you in minor agony? | | |
| 911: 11 | | A:  Because I was constantly looking at | | |
| 911: 12 | | all the data we had and although accepting it as | | |
| 911: 13 | | the, by far, likeliest explanation, I wanted to get | | |
| 911: 14 | | even more data comparing Vioxx to something like | | |
| 911: 15 | | placebo to put all doubts aside of what was going on | | |
| 911: 16 | | in the VIGOR trial. | | |
| 911: 17 | | Q:  You write in this e-mail: 'What I | | |
| 911: 18 | | really want to do is a 10000 versus 10000 patient | | |
| 911: 19 | | study in mild-moderate OA Tylenol versus Vioxx with | | |
| 911: 20 | | prn low dose aspirin for those judged to need it.' | | |
| 911: 21 | | Do you see that? | | |
| 911: 22 | | A:  Yes. | | |
| 911: 23 | | Q:  What were you referring to there? | | |
| 911: 24 | | A:  Well, I've always tried to suggest | | |
| 911: 25 | | trials to people to consider and try to see if they | | |
| 912: 1 | | are feasible. So, what I was thinking about was a | | |
| 912: 2 | | trial on osteoarthritis comparing Tylenol to Vioxx, | | |
| 912: 3 | | Tylenol had an excellent safety record, and allowing | | |
| 912: 4 | | patients who needed low dose aspirin to have it in | | |
| 912: 5 | | the trial, and that Tylenol would in a sense in this | | |
| 912: 6 | | trial be a substitute for placebo. And that was an | | |
| 912: 7 | | idea that I came up with in thinking about what else | | |
| 912: 8 | | we could do. | | |
| 912: 9 | | Q:  You say in this e-mail in all capital | | |
| 912: 10 | | letters: 'WE WILL NOT KNOW FOR SURE WHAT IS GOING | | |
| 912: 11 | | ON UNTIL WE DO THIS STUDY. PLEASE THINK HARD | | |
| | | ABOUT | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 6845-3   Filed 11/20/06   Page 93 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|
| | 912: 12 | THE DESIGN BEFORE THE PAC MEETING.' Do you see | | | |
| | 912: 13 | that? | | | |
| | 912: 14 | A:  Yes, I do. | | | |
| | 912: 15 | Q:  Why were you communicating that | | | |
| | 912: 16 | message to Alise Reicin in all capital letters? | | | |
| | 912: 17 | A:  Alise was part of or one of the | | | |
| | 912: 18 | leaders of some part of the project team at that | | | |
| | 912: 19 | point, I don't recall, and so she would be | | | |
| | 912: 20 | responsible for thinking about trial designs that we | | | |
| | 912: 21 | were all thinking about at that point, and I was | | | |
| | 912: 22 | tossing out an idea to her, just as I did oftentimes | | | |
| | 912: 23 | to many other people in MRL over the years I was | | | |
| | 912: 24 | president. They didn't always accept them. They | | | |
| | 912: 25 | sometimes did. They sometimes told me why a study | | | |
| | 913: 1 | couldn't be done and would challenge me back and | | | |
| | 913: 2 | say, well, we can't do this, but we can do that, | | | |
| | 913: 3 | what do you think, and that would be the kind of | | | |
| | 913: 4 | dialogue we would have all the time. | | | |
| | 913: 5 | Q:  But why did you write that particular | | | |
| | 913: 6 | message in all capital letters? | | | |
| | 913: 7 | A:  Because at this time, although I | | | |
| | 913: 8 | accepted their hypothesis based on all our | | | |
| | 913: 9 | discussions, I still thought we needed even more | | | |
| | 913: 10 | data to have 1,000 percent certainty. | | | |
| **913:24 -** | **914:6** | Scolnick, Edward 2005-06-01 | 00:00:06 | | |
| | 913: 24 | Q:  Dr. Scolnick, after you wrote this | | | |
| | 913: 25 | e-mail to Alise Reicin on April 12, 2000, did Merck | | | |
| | 914: 1 | continue to collect and analyze data about Vioxx | | | |
| | 914: 2 | during the year 2000? | | | |
| | 914: 3 | A:  Yes. We continually looked at the | | | |
| | 914: 4 | updated, ongoing trial database to see if there was | | | |
| | 914: 5 | a difference between Vioxx and the other | | | |
| | 914: 6 | nonsteroidals. | | | |
| **918:16 -** | **919:1** | Scolnick, Edward 2005-06-01 | 00:00:32 | | |
| | 918: 16 | Q:  Dr. Scolnick, did you consider taking | | | |
| | 918: 17 | Vioxx off the market in light of the VIGOR results? | | | |
| | 918: 18 | A:  No, not at all. I never considered | | | |
| | 918: 19 | taking it off the market. As you know, I told you | | | |
| | 918: 20 | what my initial reaction was, and in the context of | | | |
| | 918: 21 | that initial reaction, I considered what kind of | | | |
| | 918: 22 | labeling we would have. But as the data evolved and | | | |
| | 918: 23 | there was no evidence to support my initial | | | |
| | 918: 24 | reaction, I never considered taking it off the | | | |
| | 918: 25 | market at all, even though I hadn't even considered | | | |
| | 919: 1 | it in the beginning. | | | |
| **919:2 -** | **920:1** | | | **[919:2-920:1]** | **Irvin 2:** Initially |
| | 919: 2 | Q.    Before the VIGOR results came out, | | Pltf Obj: R. 401-403 | sustained. Later |
| | 919: 3 | had you used Vioxx personally? | | Subject of MIL that | overruled. |
| | 919: 4 | A.    Yes. | | has been granted | **Smith:** Sustained |
| | 919: 5 | MR. BUCHANAN:  Objection. | | in previous trials by | **Mason:**  Sustained. |
| | 919: 6 | BY MR. RABER: | | the Court. | |
| | 919: 7 | Q.    For what condition? | | | |
| | 919: 8 | A.    I have a chronic sciatic nerve | | | |
| | 919: 9 | problem due to a disc and a back fusion that was | | | |
| | 919: 10 | done in the late '70s. | | | |
| | 919: 11 | Q.    How often did you take Vioxx before | | | |
| | 919: 12 | the VIGOR results came out? | | | |
| | 919: 13 | A.    On the average, once or twice a week. | | | |
| | 919: 14 | Sometimes several days in a row when I traveled, but | | | |
| | 919: 15 | on the average, once or twice a week. | | | |
| | 919: 16 | Q.    After the VIGOR results came out and | | | |
| | 919: 17 | showed a difference between Vioxx and naproxen, did | | | |
| | 919: 18 | you stop taking Vioxx? | | | |
| | 919: 19 | MR. KLINE:  Objection. | | | |
| | 919: 20 | THE WITNESS:  No.  I used it in the | | | |
| | 919: 21 | same way. | | | |
| | 919: 22 | BY MR. RABER: | | | |
| | 919: 23 | Q.    Did you have any concern that you | | | |
| | 919: 24 | were putting your health at risk by taking Vioxx? | | | |
| | 919: 25 | MR. KLINE:  Objection. | | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.   Document 86455   Filed 11/20/06   Page 94 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 920: 1 | THE WITNESS:  No, I did not. | |

**920:10  -  920:24**      Scolnick, Edward 2005-06-01                    00:00:56

| | |
|---|---|
| 920: 10 | Q:  Did you ever share your thoughts |
| 920: 11 | after you had seen all the data relating to naproxen |
| 920: 12 | and Vioxx and placebo, did you ever share your |
| 920: 13 | feeling that you believed there was no safety |
| 920: 14 | problem with Vioxx? |
| 920: 15 | A:  Yes. I told people that all the |
| 920: 16 | evidence we had was completely consistent with the |
| 920: 17 | fact that naproxen was cardioprotective, that one |
| 920: 18 | could not exclude any effect of Vioxx, because that |
| 920: 19 | was trying to prove a negative, and that was very |
| 920: 20 | difficult to do in science, and those were the kinds |
| 920: 21 | of statements I would make to people. |
| 920: 22 | Q:  Dr. Scolnick, I want to show you a |
| 920: 23 | document we'll mark as Exhibit 105. It has the |
| 920: 24 | numbers MRK-ACT0009918. |

**921:6  -  922:4**      Scolnick, Edward 2005-06-01                    00:01:21

| | |
|---|---|
| 921: 6 | Q:  Can you identify for us the e-mail |
| 921: 7 | that appears in the middle of the page on Exhibit |
| 921: 8 | 105? |
| 921: 9 | A:  Yes. It is an e-mail from myself to |
| 921: 10 | Alan Nies, Alise Reicin and Harry Guess. The |
| 921: 11 | subject is: 'A word of Praise.' |
| 921: 12 | Q:  What is the date of this e-mail? |
| 921: 13 | A:  February 4, 2001. |
| 921: 14 | Q:  What was the context for sending this |
| 921: 15 | e-mail to that group on February 4 of 2001? |
| 921: 16 | A:  I believe they were getting close to |
| 921: 17 | the FDA Advisory Committee on the VIGOR results, and |
| 921: 18 | I wanted to tell them that they had done a terrific |
| 921: 19 | job, and I was no longer worried about the safety of |
| 921: 20 | the drug and all the issues that we've covered and, |
| 921: 21 | again, thank them for the enormous amount of work |
| 921: 22 | they had done so well. They were extremely |
| 921: 23 | thorough. |
| 921: 24 | Q:  Your e-mail says towards the middle |
| 921: 25 | 'We all worried to death about the CV events last |
| 922: 1 | Spring.' Then it says: 'But I was sick at the |
| 922: 2 | thought we might be doing harm to patients.' Do you |
| 922: 3 | see that? |
| 922: 4 | A:  Yes, I do. |

**922:8  -  923:9**      Scolnick, Edward 2005-06-01                    00:01:24

| | |
|---|---|
| 922: 8 | Q:  What is that referring to? |
| 922: 9 | A:  It is referring to my major concern |
| 922: 10 | which was, as I told you earlier, I always regarded |
| 922: 11 | myself as a physician first and as president of MRL |
| 922: 12 | second. And the thought that I had initially that |
| 922: 13 | Vioxx might be harming patients was really quite |
| 922: 14 | upsetting to me, and we worried about it, we looked |
| 922: 15 | for whether it was the case or not, and as I've |
| 922: 16 | stated here, I told them that, I knew that they all |
| 922: 17 | thought the same way, and told them that I was no |
| 922: 18 | longer worried, that we had done so much analysis |
| 922: 19 | and had so much other data that I had been reassured |
| 922: 20 | that the drug was safe. |
| 922: 21 | Q:  Your e-mail goes on to say: 'I KNOW |
| 922: 22 | each of you well enough to know you felt the same |
| 922: 23 | way. With all the data now available I am no longer |
| 922: 24 | worried.' Do you see that? |
| 922: 25 | A:  Yes, I do. |
| 923: 1 | Q:  Did that reflect your state of mind |
| 923: 2 | about the safety of Vioxx as of February 4, 2001? |
| 923: 3 | A:  Yes. That's what I said in the |
| 923: 4 | e-mail. |
| 923: 5 | Q:  Did Merck continue to study and |
| 923: 6 | analyze data relating to Vioxx? |
| 923: 7 | A:  Yes. Again, other ongoing trials |
| 923: 8 | were done. They were all analyzed in the same way |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8843-5 Filed 11/20/06 Page 95 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 923: 9 | | with the same standard operating procedure. | | |
| **923:10 - 923:15** | | Scolnick, Edward 2005-06-01 | 00:00:12 | |
| 923: 10 | | Q: Are you familiar with a study that | | |
| 923: 11 | | was done at Merck that involved African green | | |
| 923: 12 | | monkeys? | | |
| 923: 13 | | A: Yes, I am. | | |
| 923: 14 | | Q: What was the background and reason | | |
| 923: 15 | | for doing that particular study? | | |
| **923:17 - 924:6** | | Scolnick, Edward 2005-06-01 | 00:00:52 | |
| 923: 17 | | THE WITNESS: Again, it was -- it had | | |
| 923: 18 | | twofold reasons for doing the study. One, as we | | |
| 923: 19 | | thought about the initial data, we wanted to see if | | |
| 923: 20 | | in a preclinical model that was sensitive for | | |
| 923: 21 | | testing the potential thrombotic effect of a drug, | | |
| 923: 22 | | whether Vioxx had a prothrombotic effect. Also, I | | |
| 923: 23 | | believe the FDA wanted to see some animal model that | | |
| 923: 24 | | would test the same thing, and I think there were | | |
| 923: 25 | | discussions between the FDA and Merck, although I | | |
| 924: 1 | | don't recall the details of those, I'm pretty sure | | |
| 924: 2 | | there were discussions, and the African green monkey | | |
| 924: 3 | | was judged to be a very, very good, if not the best | | |
| 924: 4 | | model. So, a study was conducted in that animal by | | |
| 924: 5 | | the pharmacology group at West Point to see if Vioxx | | |
| 924: 6 | | was prothrombotic in an appropriate test. | | |
| **924:22 - 927:15:00** | | Scolnick, Edward 2005-06-01 | 00:03:11 | |
| 924: 22 | | Q: Dr. Scolnick, can you identify | | |
| 924: 23 | | Exhibit 106 for us, please? | | |
| 924: 24 | | A: Yes. The date of this package is | | |
| 924: 25 | | January 8, 2001, and it's titled 'Response to FDA | | |
| 925: 1 | | Request For Information.' It's addressed to a Dr. | | |
| 925: 2 | | Bull at the FDA and the division that was reviewing | | |
| 925: 3 | | these drugs, and it comes from Dr. Silverman, a | | |
| 925: 4 | | member of our regulatory group. | | |
| 925: 5 | | Q: What was the subject of the | | |
| 925: 6 | | information that was provided in Exhibit 106? | | |
| 925: 7 | | A: The subject of the information is a | | |
| 925: 8 | | study called 'Electrical Injury Model of Arterial | | |
| 925: 9 | | and Venous Thrombus Formation in the Anesthetized | | |
| 925: 10 | | African Green Monkey: Measurement of Prothrombotic | | |
| 925: 11 | | and Antithrombotic Effects,' and it's all the data | | |
| 925: 12 | | associated with that study, I believe. | | |
| 925: 13 | | Q: I'd like you to turn, if you would, I | | |
| 925: 14 | | think it's probably about four or five pages in. It | | |
| 925: 15 | | says 'Summary.' Maybe you can go back. I'm sorry. | | |
| 925: 16 | | A: Yes. I have it. Page 2. | | |
| 925: 17 | | Q: The first sentence says: 'The | | |
| 925: 18 | | present study was designed and conducted to address | | |
| 925: 19 | | concerns expressed by the FDA regarding cardiac | | |
| 925: 20 | | events seen in a subset of high risk cardiovascular | | |
| 925: 21 | | patients in the VIGOR trial (Vioxx versus | | |
| 925: 22 | | Naproxen).' Do you see that? | | |
| 925: 23 | | A: Yes, I do. | | |
| 925: 24 | | Q: Is that what you recall about the | | |
| 925: 25 | | background for this study? | | |
| 926: 1 | | A: Yes. As I said, I believe we also | | |
| 926: 2 | | had internal discussions in MRL that we wanted to | | |
| 926: 3 | | try to do something on our own, and this was a way | | |
| 926: 4 | | to satisfy both groups' interests. | | |
| 926: 5 | | Q: Further down on the same page, the | | |
| 926: 6 | | middle of the bottom paragraph, this document | | |
| 926: 7 | | states: 'Results of the final comparative | | |
| 926: 8 | | thrombosis study showed clearly that Vioxx had | | |
| 926: 9 | | neither prothrombotic nor antithrombotic effects in | | |
| 926: 10 | | this primate model.' Do you see that? | | |
| 926: 11 | | A: Yes, I do. | | |
| 926: 12 | | Q: In your words, what did that mean? | | |
| 926: 13 | | A: That meant just what it said, that | | |
| 926: 14 | | Vioxx was neutral in this model. It didn't protect | | |
| 926: 15 | | from clots, it didn't accelerate clots. The study | | |
| 926: 16 | | was well designed. It had positive controls that | | |
| 926: 17 | | did accelerate clots and two compounds that turned | | |
| 926: 18 | | out to retard clots. One was aspirin, and the other | | |

Dedrick v. Merck Co., Inc.
Plaintiffs' and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8645-5   Filed 11/20/06   Page 96 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 926: 19    was naproxen. | | |
| 926: 20    Q: Dr. Scolnick, what effect did this | | |
| 926: 21    African green monkey study have on your view about | | |
| 926: 22    the cardiovascular safety of Vioxx? | | |
| 926: 23    A: Again, it was further evidence that | | |
| 926: 24    we were right and, it, again, continued to reassure | | |
| 926: 25    me that the conclusions we had reached were correct. | | |
| 927: 1    Q: I want to show you a document that | | |
| 927: 2    has already been marked as Exhibit Number 21 from | | |
| 927: 3    May 17, 2001. It has the numbers MRK-NJ0074693 | | |
| 927: 4    through 4701. Can you identify Exhibit 21, please? | | |
| 927: 5    A: Yes. It is a paper. This is a paper | | |
| 927: 6    published in Circulation in, I guess, November '01 | | |
| 927: 7    or late 2001 by Marvin Konstam and another group of | | |
| 927: 8    authors, some of whom are from Merck. And it is | | |
| 927: 9    titled 'Cardiovascular Thrombotic Events in | | |
| 927: 10    Controlled Clinical Trials of Rofecoxib,' which is | | |
| 927: 11    another name for Vioxx. | | |
| 927: 12    Q: Was this a study that analyzed the | | |
| 927: 13    risk of cardiovascular events with Vioxx? | | |
| 927: 14    A: Yes. It was a meta-analysis. | | |
| 927: 15    Q: What is a meta-analysis? | | |
| | | |
| **927:19 - 927:23**    Scolnick, Edward 2005-06-01    00:00:12 | | |
| 927: 19    THE WITNESS: Meta-analysis is a | | |
| 927: 20    combined analysis of large groups of similar | | |
| 927: 21    patients to see if you can have a more sensitive way | | |
| 927: 22    of detecting an effect than in each individual small | | |
| 927: 23    group. | | |
| | | |
| **927:25 - 929:2**    Scolnick, Edward 2005-06-01    00:01:50 | | |
| 927: 25    Q: How many Vioxx studies were included | | |
| 928: 1    in this meta-analysis in Exhibit 21? | | |
| 928: 2    A: The methods part of the paper states | | |
| 928: 3    that there were 23 Phase IIb to Phase V Vioxx | | |
| 928: 4    studies. | | |
| 928: 5    Q: And how many patients were included | | |
| 928: 6    in this meta-analysis? | | |
| 928: 7    A: Again, the methods section states | | |
| 928: 8    that there were more than 28,000 patients studied in | | |
| 928: 9    this meta-analysis. | | |
| 928: 10    Q: What did this meta-analysis show | | |
| 928: 11    about the risk of cardiovascular events with Vioxx? | | |
| 928: 12    A: There were two -- there were three | | |
| 928: 13    statements of the data, again, in the results | | |
| 928: 14    summary here at the front of the paper. One is | | |
| 928: 15    comparing Vioxx with placebo, one is comparing Vioxx | | |
| 928: 16    to non-naproxen nonsteroidals and then to naproxen, | | |
| 928: 17    and that the relevant sentences read: The relative | | |
| 928: 18    risk for an end point was 0.84, that means less than | | |
| 928: 19    1, when comparing Vioxx to placebo; when comparing | | |
| 928: 20    Vioxx -- 0.79 when comparing Vioxx to non-naproxen | | |
| 928: 21    NSAIDs, again, less than 1, with no signal for risk, | | |
| 928: 22    therefore; and 1.69 when comparing rofecoxib to | | |
| 928: 23    naproxen, again, showing that naproxen was lower | | |
| 928: 24    than Vioxx as we had previously seen. | | |
| 928: 25    Q: What effect did the results of | | |
| 929: 1    Exhibit 21 have on your view about the safety of | | |
| 929: 2    Vioxx in November of 2001? | | |
| | | |
| **929:4 - 929:5**    Scolnick, Edward 2005-06-01    00:00:05 | | |
| 929: 4    THE WITNESS: Again, it continued to | | |
| 929: 5    reassure me yet again that the drug was safe. | | |
| | | |
| **929:7 - 929:10**    Scolnick, Edward 2005-06-01    00:00:20 | | |
| 929: 7    Q: Dr. Scolnick, did there come a time | | |
| 929: 8    when the FDA approved Vioxx for use with rheumatoid | | |
| 929: 9    arthritis patients? | | |
| 929: 10    A: Yes. | | |
| | | |
| **931:14 - 931:25**    Scolnick, Edward 2005-06-01    00:00:30 | | |
| 931: 14    Q: When the FDA approved Vioxx for use | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK  Document 8843-3  Filed 11/20/06  Page 97 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 931: 15 | with rheumatoid arthritis in April of 2002, did it | |
| 931: 16 | have in its possession the FitzGerald prostacyclin | |
| 931: 17 | study that we've talked about? | |
| 931: 18 | A: Yes. That had been submitted a long | |
| 931: 19 | time ago. | |
| 931: 20 | Q: Did it have all of the results from | |
| 931: 21 | the VIGOR study? | |
| 931: 22 | A: Yes. | |
| 931: 23 | Q: Had the results from the VIGOR study | |
| 931: 24 | been debated at an FDA Advisory Committee prior to | |
| 931: 25 | this approval? | |

| 932:2 - 932:2 | Scolnick, Edward 2005-06-01 | 00:00:02 |
|---|---|---|
| 932: 2 | THE WITNESS: Yes. Very fully. | |

| 932:4 - 932:11 | Scolnick, Edward 2005-06-01 | 00:00:25 |
|---|---|---|
| 932: 4 | Q: What effect did this approval from | |
| 932: 5 | the FDA in April of 2002 have on your views about | |
| 932: 6 | the safety of Vioxx? | |
| 932: 7 | A: Well, the approval simply reconfirmed | |
| 932: 8 | what we had already concluded, that the drug was | |
| 932: 9 | safe and that it was perfectly appropriate to be | |
| 932: 10 | used in both osteoarthritis and rheumatoid | |
| 932: 11 | arthritis. | |

| 934:20 - 937:1 | Scolnick, Edward 2005-06-01 | 00:02:52 |
|---|---|---|
| 934: 20 | Q: Are you familiar with an analyst by | |
| 934: 21 | the name of Stover? | |
| 934: 22 | A: Yes, I am. | |
| 934: 23 | Q: I think his name is Richard Stover? | |
| 934: 24 | A: I think so. | |
| 934: 25 | Q: Are you familiar with some type of an | |
| 935: 1 | analysis that was done by a Richard Stover in the | |
| 935: 2 | latter part of 2001? | |
| 935: 3 | A: I'm generally familiar with it. I | |
| 935: 4 | don't recall the details of it. | |
| 935: 5 | Q: Did Mr. Stover raise some questions | |
| 935: 6 | about whether Vioxx was safe? | |
| 935: 7 | A: Yes. | |
| 935: 8 | Q: Is Mr. Stover a scientist? | |
| 935: 9 | A: No. | |
| 935: 10 | Q: I want to show you a document that | |
| 935: 11 | has previously been marked as Exhibit Number 4 on | |
| 935: 12 | March 22nd, 2005, and has the numbers MRK-ABI0005912 | |
| 935: 13 | through 5915. | |
| 935: 14 | On the first page of this exhibit, | |
| 935: 15 | can you identify the second to last e-mail that | |
| 935: 16 | appears on the front page there? | |
| 935: 17 | A: The one that goes from Mr. Anstice to | |
| 935: 18 | me? | |
| 935: 19 | Q: The one just above that, I believe. | |
| 935: 20 | A: I'm sorry. The one that goes from | |
| 935: 21 | Mr. Anstice to Laura Jordan? | |
| 935: 22 | Q: No. The one from you to Mr. Anstice | |
| 935: 23 | about two-thirds of the way down. | |
| 935: 24 | A: Oh, the very bottom of the -- oh, | |
| 935: 25 | yes, I see. I'm sorry. From me to Mr. Anstice, | |
| 936: 1 | 'Re: Analyst report on Vioxx.' | |
| 936: 2 | Q: Yes. | |
| 936: 3 | A: Yes. | |
| 936: 4 | Q: What's the date of that e-mail? | |
| 936: 5 | A: December 5th, 2001. | |
| 936: 6 | Q: Is there something that's attached to | |
| 936: 7 | this e-mail? | |
| 936: 8 | A: Yes. It is an investment report put | |
| 936: 9 | out by the firm that Mr. Stover worked for and | |
| 936: 10 | authored by Mr. Stover. | |
| 936: 11 | Q: Now, in your e-mail to Mr. Anstice on | |
| 936: 12 | December 5th, 2001, you write, 'David, If he says | |
| 936: 13 | this I will boil him in oil at the meeting.' Do you | |
| 936: 14 | see that? | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8843-5 Filed 11/20/06 Page 98 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 936: 15 | A: I do. |
| 936: 16 | Q: Were you expecting Mr. Stover to show |
| 936: 17 | up at some type of a meeting? |
| 936: 18 | A: I didn't know whether he would or |
| 936: 19 | wouldn't show up. In early December of each year, |
| 936: 20 | Merck has a meeting at its corporate headquarters |
| 936: 21 | for analysts who want to know what's going on in the |
| 936: 22 | company, and he would be free to come as any other |
| 936: 23 | analyst would be. So, I think the Merck people were |
| 936: 24 | thinking he would come. |
| 936: 25 | Q: Why did you say to Mr. Anstice that |
| 937: 1 | you would boil him in oil if Mr. Stover showed up? |

**937:4 - 937:13** Scolnick, Edward 2005-06-01     00:00:33

| | |
|---|---|
| 937: 4 | THE WITNESS: Well, I had read his |
| 937: 5 | report. I obviously wasn't going to literally boil |
| 937: 6 | him in oil. I read his report, and I thought it was |
| 937: 7 | ridiculous based upon all the data we had and |
| 937: 8 | several other pieces of information that had become |
| 937: 9 | publicly available by other independent groups, |
| 937: 10 | scientific groups, as opposed to Wall Street stock |
| 937: 11 | analysts, and they were more authoritative than he |
| 937: 12 | was, and that this was kind of a silly thing. |
| 937: 13 | That's why I was referring to it that way. |

**937:15 - 938:17:00** Scolnick, Edward 2005-06-01     00:00:39

| | |
|---|---|
| 937: 15 | Q: You say in your e-mail to Mr. |
| 937: 16 | Anstice, 'I have never seen any analyst provide data |
| 937: 17 | analysis on his own. I think Merck should do |
| 937: 18 | something about him. I will have the medical |
| 937: 19 | letter, the Goldman Sachs quote from FitzGerald and |
| 937: 20 | the Funk article ready to give him in person. I |
| 937: 21 | will walk from the stage, hand them to him in a |
| 937: 22 | binder and suggest to him that they just may be |
| 937: 23 | better qualified than he is to judge medical data.' |
| 937: 24 | Do you see that? |
| 937: 25 | A: I do. That's what I meant by boiling |
| 938: 1 | him in oil. I was going to present him with all the |
| 938: 2 | data that he could analyze on his own as opposed to |
| 938: 3 | his own analysis. |
| 938: 4 | Q: Now let me ask you this. You refer |
| 938: 5 | to something called a Medical Letter? |
| 938: 6 | A: Yes. |
| 938: 7 | Q: What is The Medical Letter? |
| 938: 8 | A: Medical Letter is an independent |
| 938: 9 | scientific document that comes out, I believe, once |
| 938: 10 | monthly. It is put out by an independent |
| 938: 11 | organization. I don't recall who that organization |
| 938: 12 | is. It is regarded in the medical world as an |
| 938: 13 | authoritative, independent analysis of clinical data |
| 938: 14 | that's associated with drugs that either have been |
| 938: 15 | approved or just approved that are certainly |
| 938: 16 | available to be used by the American public, |
| 938: 17 | American physicians. |

**939:16 - 940:10** Scolnick, Edward 2005-06-01     00:01:03

| | |
|---|---|
| 939: 16 | Q: Dr. Scolnick, can you identify |
| 939: 17 | Exhibit 108? |
| 939: 18 | A: Yes. It is a Medical Letter from |
| 939: 19 | November 12, 2001. Its title is, 'Cardiovascular |
| 939: 20 | Safety of COX-2 Inhibitors.' |
| 939: 21 | Q: Is Exhibit 108 The Medical Letter |
| 939: 22 | that you were referring to in your e-mail to Mr. |
| 939: 23 | Anstice on December 5th? |
| 939: 24 | A: Yes, I believe so. |
| 939: 25 | Q: I would like you to turn, if you |
| 940: 1 | would, to the second page of Exhibit 108, The |
| 940: 2 | Medical Letter, and there's a paragraph that has the |
| 940: 3 | heading, 'Conclusion.' Do you see that? |
| 940: 4 | A: Yes. |
| 940: 5 | Q: It states at the bottom, 'Until more |
| 940: 6 | prospective studies with and without low-dose |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643 5   Filed 11/20/06   Page 99 of 111
Plaintiffs and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**940: 7**    aspirin are available, it would be premature to
**940: 8**    conclude that rofecoxib or celecoxib increase the
**940: 9**    risk of thrombotic cardiovascular disease.' Do you
**940: 10**    see that?

**940:12  -  940:12**    Scolnick, Edward 2005-06-01    0
940: 12    THE WITNESS:  Yes, I do.

**940:14  -  940:15**    Scolnick, Edward 2005-06-01    00:00:04
940: 14    Q:  What did you understand The Medical
940: 15    Letter to be concluding at that point?

**940:18  -  940:21**    Scolnick, Edward 2005-06-01    00:00:09
940: 18    THE WITNESS:  I believe that they
940: 19    were concluding exactly what we had concluded, that
940: 20    there was no evidence to support a prothrombotic
940: 21    effect of Vioxx.

**941:5  -  941:7**    Scolnick, Edward 2005-06-01    00:00:09
941: 5    How did this conclusion from The
941: 6    Medical Letter on November 12, 2001 affect your
941: 7    views about the cardiovascular safety of Vioxx?

**941:10  -  941:14**    Scolnick, Edward 2005-06-01    00:00:14
941: 10    THE WITNESS:  It greatly, again,
941: 11    reassured me, yet again, that an independent group
941: 12    that had absolutely no vested interest in Vioxx had
941: 13    come to the same conclusions we had come to, looking
941: 14    at all the data that was available.

**942:19  -  943:20**    Scolnick, Edward 2005-06-01    00:01:24
942: 19    Q:  Can you identify Exhibit 109?
942: 20    A:  Yes. It is entitled, 'MRK (RL):
942: 21    COX-2 Conference Call Review' conducted by Lecroy
942: 22    Kelly, by Goldman Sachs, and the date is November
942: 23    28, 2001.
942: 24    Q:  Near the top of Exhibit 109, it says,
942: 25    'On Tuesday, November 27, we hosted a conference
943: 1    call on the COX-2 class of drugs. The call was led
943: 2    by Garret FitzGerald, M.D.' Do you see that?
943: 3    A:  Yes, I do.
943: 4    Q:  That's the Dr. FitzGerald that had
943: 5    the prostacyclin theory that we referred to?
943: 6    A:  Yes, it is.
943: 7    Q:  Near the bottom of the first page of
943: 8    this exhibit, it says, 'WHY MIGHT COX-2S INCREASE CV
943: 9    RISK?' Do you see that?
943: 10    A:  Yes, I do.
943: 11    Q:  Then it says, 'The explanation for
943: 12    Vioxx's apparent increased CV risk is twofold.
943: 13    First, naproxen could be a great inhibitor of
943: 14    platelet function and thus make Vioxx look
943: 15    especially bad.' Do you see that?
943: 16    A:  Yes.
943: 17    Q:  Is that referring to the VIGOR trial?
943: 18    A:  I believe so.
943: 19    Q:  Is that referring to the naproxen
943: 20    explanation for VIGOR?

**943:22  -  943:22**    Scolnick, Edward 2005-06-01    00:00:02
943: 22    THE WITNESS:  I believe so.

**943:24  -  944:7**    Scolnick, Edward 2005-06-01    00:00:27
943: 24    Q:  Then it says, 'Second, Vioxx could
943: 25    inhibit vascular prostacyclin which helps prevent
944: 1    unnecessary clotting. The theory is that this
944: 2    slight increase in coagulability could tip the
944: 3    scales toward thrombosis in patient populations
944: 4    already at risk of having CV events (i.e. rheumatoid
944: 5    arthritis patients).'  Do you see that?
944: 6    A:  Yes, I do.

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 100 of 111

Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 944: 7     Q: What is that referring to there? | | |
| | | |
| **944:9 - 944:10**    Scolnick, Edward 2005-06-01     00:00:03 | | |
| 944: 9     THE WITNESS: That is referring to | | |
| 944: 10    the FitzGerald hypothesis, basically | | |
| | | |
| **951:13 - 951:22**    Scolnick, Edward 2005-06-01     00:00:36 | | |
| 951: 13    Q: Dr. Scolnick, can you please identify | | |
| 951: 14    Exhibit 111? | | |
| 951: 15    A: Yes. It is an e-mail from myself to | | |
| 951: 16    Dr. Alise Reicin. It is November 7, 2001. The | | |
| 951: 17    subject is 'Comfort.' | | |
| 951: 18    Q: Dr. Scolnick, in looking at this | | |
| 951: 19    e-mail, does this refresh your memory as to whether | | |
| 951: 20    you told any of your colleagues at Merck near the | | |
| 951: 21    end of 2001 that you were comfortable with the data | | |
| 951: 22    and felt you didn't have any problems with Vioxx? | | |
| | | |
| **951:24 - 952:12**    Scolnick, Edward 2005-06-01     00:00:34 | | |
| 951: 24    THE WITNESS: I don't recall this | | |
| 951: 25    memo, but it's clear I wrote it. | | |
| 952: 1     BY MR. RABER: | | |
| 952: 2     Q: Can you read to us what it says, | | |
| 952: 3     please? | | |
| 952: 4     A: 'Alise Thanks for the update today. | | |
| 952: 5     The rates in the Alzheimer's study and the large | | |
| 952: 6     numbers of patients included made me very | | |
| 952: 7     comfortable with the data and that we do not have | | |
| 952: 8     any problems. Many thanks again/ Ed.' | | |
| 952: 9     Q: Does this e-mail that you wrote on | | |
| 952: 10    November 7, 2001 accurately reflect your state of | | |
| 952: 11    mind about the safety of Vioxx at that time? | | |
| 952: 12    A: Yes, it does. | | |
| | | |
| **952:13 - 957:11**    Scolnick, Edward 2005-06-01     00:06:39 | | |
| 952: 13    Q: Dr. Scolnick, have you heard of the | | |
| 952: 14    term 'CV outcomes trial' or 'CV outcomes study'? | | |
| 952: 15    A: Yes. | | |
| 952: 16    Q: What is a CV outcomes study? | | |
| 952: 17    A: A CV outcomes study is a study that | | |
| 952: 18    has in it a protocol design to measure | | |
| 952: 19    cardiovascular outcomes as a function of two | | |
| 952: 20    variables. | | |
| 952: 21    Q: Did there come a time in the second | | |
| 952: 22    half of 2001 where you felt that Merck should try to | | |
| 952: 23    do some type of a CV outcomes study? | | |
| 952: 24    A: Yes. | | |
| 952: 25    Q: Why did you believe that if you felt | | |
| 953: 1     that Vioxx was safe? | | |
| 953: 2     A: I believed that based on of all the | | |
| 953: 3     data that we had and had constantly analyzed, all | | |
| 953: 4     the experiments that we had done, all the articles | | |
| 953: 5     written by experts that the drug was safe, that | | |
| 953: 6     despite that, there continued to be newspaper | | |
| 953: 7     articles and people publicly on the outside saying | | |
| 953: 8     they did not believe that was the interpretation, | | |
| 953: 9     and, therefore, I thought it still was necessary for | | |
| 953: 10    us to do yet another study versus placebo in some | | |
| 953: 11    way, which is the point I've made all along, in | | |
| 953: 12    order to fully put this question to rest. | | |
| 953: 13    Q: How strongly did you feel about that | | |
| 953: 14    at that time? | | |
| 953: 15    A: Very strongly. Despite all of my | | |
| 953: 16    personal feelings of reassurance, I thought we were | | |
| 953: 17    obligated, if people still doubted it, to do yet | | |
| 953: 18    another study. | | |
| 953: 19    Q: I'm want to show you a document that | | |
| 953: 20    already has been marked as Exhibit 9 on March 22nd, | | |
| 953: 21    2005, it has the numbers MRK-ABH0013917. Dr. | | |
| 953: 22    Scolnick, can you identify Exhibit 9, please? | | |
| 953: 23    A: Exhibit 9 is an e-mail from myself to | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8849-5   Filed 11/20/06   Page 101 of 111
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 953: 24 | David Anstice, Mr. Wold-Olsen, Mr. Sheares and Mr. | | |
| 953: 25 | Paul Bell, and its subject is, 'Upcoming BB | | |
| 954: 1 | meeting.' BB stands for Branchburg, a meeting place | | |
| 954: 2 | that we used to use. | | |
| 954: 3 | Q: What's the date of your e-mail? | | |
| 954: 4 | A: September 13, 2001. | | |
| 954: 5 | Q: You state in this e-mail that, 'I | | |
| 954: 6 | want to give you a list of the only studies that I | | |
| 954: 7 | regard as ESSENTIAL.' Do you see that? | | |
| 954: 8 | A: Yes. | | |
| 954: 9 | Q: And then you say, '1. For Vioxx: | | |
| 954: 10 | Only the Cv outcome study. ONLY ESSENTIAL STUDY!' | | |
| 954: 11 | Correct? | | |
| 954: 12 | A: Yes. That's what the memo says. | | |
| 954: 13 | Q: Why did you communicate that | | |
| 954: 14 | information in that way, that is, with all capital | | |
| 954: 15 | letters? | | |
| 954: 16 | A: I communicated it because this was an | | |
| 954: 17 | annual planning meeting for clinical studies that | | |
| 954: 18 | would be carried out in the following year by either | | |
| 954: 19 | the MRL clinical group or the clinical group in | | |
| 954: 20 | marketing area, and had to be planned for and | | |
| 954: 21 | budgeted for, and I thought because of the | | |
| 954: 22 | continuation of skeptics, some skeptics outside of | | |
| 954: 23 | Merck on the interpretation of the VIGOR data, that | | |
| 954: 24 | we really still needed to carry out yet another | | |
| 954: 25 | study even though I thought the drug was safe. | | |
| 955: 1 | Q: Dr. Scolnick, did Merck take steps to | | |
| 955: 2 | try to design a CV outcomes study? | | |
| 955: 3 | A: Yes, we did. | | |
| 955: 4 | Q: Did Merck seek the advice of outside | | |
| 955: 5 | consultants with regard to designing such a study? | | |
| 955: 6 | A: Yes, we did. | | |
| 955: 7 | Q: Did Merck encounter some difficulties | | |
| 955: 8 | in designing such a study? | | |
| 955: 9 | A: Yes. There were several difficulties | | |
| 955: 10 | encountered in trying to think through a design that | | |
| 955: 11 | would adequately answer the question versus placebo. | | |
| 955: 12 | Q: Why was it so difficult to design a | | |
| 955: 13 | CV outcomes study? | | |
| 955: 14 | A: Well, there were two thoughts that | | |
| 955: 15 | remained fixed in people's minds in thinking about | | |
| 955: 16 | the initial trial designs. One was a trial design | | |
| 955: 17 | that would be carried out in patients with | | |
| 955: 18 | osteoarthritis who have pain. And as I've said | | |
| 955: 19 | before, to me, the critical experiment, the | | |
| 955: 20 | additional information needed to quiet naysayers or | | |
| 955: 21 | to address their concerns was comparative agent -- | | |
| 955: 22 | comparative data to placebo. And every time a trial | | |
| 955: 23 | design was considered with regard to Vioxx versus | | |
| 955: 24 | placebo in osteoarthritis, many people felt, and I | | |
| 955: 25 | agreed, that was it was not a study that could be | | |
| 956: 1 | done for ethical reasons. You couldn't keep people | | |
| 956: 2 | on no drug, no painkiller for long periods of time, | | |
| 956: 3 | long enough to really accumulate cardiovascular | | |
| 956: 4 | outcomes as part of the trial while you were | | |
| 956: 5 | studying the efficacy of the drug compared to | | |
| 956: 6 | whatever you were studying it to. So, that always | | |
| 956: 7 | was a problem. | | |
| 956: 8 | Then there were a number of ideas | | |
| 956: 9 | suggested by a variety of people about carrying out | | |
| 956: 10 | the trial in a very different way, and that is in | | |
| 956: 11 | patients with high risk, already known | | |
| 956: 12 | cardiovascular disease, and at high risk for having | | |
| 956: 13 | some kind of cardiovascular event. When those trial | | |
| 956: 14 | designs were considered, clearly they had problems, | | |
| 956: 15 | too. On the one hand, everyone in the trial would | | |
| 956: 16 | have to be on some kind of anti-thrombotic | | |
| 956: 17 | medications, if not one, more than one, aspirin and | | |
| 956: 18 | drugs like heparin or clopidogrel, that might mask | | |
| 956: 19 | the effect of a drug like Vioxx. We would do the | | |
| 956: 20 | study. If Vioxx had been prothrombotic, we would | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

956: 21    get a negative result. It wasn't, people would say
956: 22    you masked the effect by having anti-thrombotic
956: 23    agents. So, that wasn't an acceptable trial design.
956: 24    And yet again in considering those
956: 25    trials in patients with cardiovascular disease,
957: 1    knowing that Vioxx in some patients could cause
957: 2    fluid retention and high blood pressure, that didn't
957: 3    seem like a very ethical thing to do in patients
957: 4    with cardiovascular risk. So, we could never come
957: 5    up with a design, no matter how many people thought
957: 6    about it, that satisfied what everybody regarded and
957: 7    I constantly regarded as the critical question. And
957: 8    it took many people a lot of time to try to
957: 9    eventually come up with a design that actually could
957: 10    be carried out in an ethical and proper way and
957: 11    still give the information we wanted.

**957:16 - 957:18**    Scolnick, Edward 2005-06-01     00:00:06
957: 16    Q: Did Merck give up trying to design a
957: 17    CV study because of these problems you just
957: 18    described?

**957:20 - 957:23**    Scolnick, Edward 2005-06-01     00:00:09
957: 20    THE WITNESS: No. The clinical group
957: 21    was constantly challenged to try to think of some
957: 22    way to come up with an appropriate trial design and
957: 23    eventually did.

**957:25 - 958:21**    Scolnick, Edward 2005-06-01     00:01:09
957: 25    Q: What was the design that the people
958: 1    at Merck came up with at that point?
958: 2    A: I have to credit Barry Gertz for this
958: 3    because he came to one of our group meetings, I
958: 4    don't remember which one, and pointed out that we'd
958: 5    already started some trials testing Vioxx in cancer
958: 6    for a different reason. Over the course of the
958: 7    years that the COX-2 inhibitors had been available,
958: 8    a number of studies had been carried out, some in
958: 9    people, some in animals, that showed that Vioxx
958: 10    might prevent the recurrence of polyps of the large
958: 11    intestine, might retard the growth of certain kinds
958: 12    of cancers, like colon cancer or prostate cancer,
958: 13    and that we had begun and were planning additional
958: 14    cancer studies comparing Vioxx to placebo for either
958: 15    its treatment benefit or its preventive benefit in
958: 16    various settings in cancer, and since those patients
958: 17    could be completely -- in those patients we could
958: 18    compare Vioxx to placebo, that seemed like a way to
958: 19    collect the cardiovascular data versus placebo that
958: 20    we had been searching for and not been able to think
958: 21    of until this period of time.

**959:2 - 959:20**    Scolnick, Edward 2005-06-01     00:00:45
959: 2    How many cancer trials were either
959: 3    underway or planned at that time when Mr. Gertz came
959: 4    up with this idea?
959: 5    A: There were three planned. I don't
959: 6    remember exactly what was underway. At least one of
959: 7    them was already underway, the colonic polyp trial.
959: 8    I don't remember whether the others were or weren't
959: 9    underway, there were three. There was one in
959: 10    colonic polyp recurrence prevention. There was one
959: 11    in colonic cancer after surgery, seeing if time to
959: 12    getting another tumor or metastasis would be
959: 13    prevented. And there was a prostate cancer trial
959: 14    that was going to be done. I don't recall the exact
959: 15    design of that trial.
959: 16    Q: So, you had three cancer studies,
959: 17    though?
959: 18    A: Yes, I think so.
959: 19    Q: Was there a separate protocol that
959: 20    Merck set up to combine those three studies?

Objections for 959:2-959:20:
**[959:2-959:18]**
**Pl's Obj.:** Any suggestion that Vioxx is a possible cure of cancer is irrelevant and unfairly prejudicial. R.401, R.402, & R. 403.

Rulings:
**Smith:** No objection.
**Mason:** No objection.

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 103 of 111

Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**959:22 - 960:3**   Scolnick, Edward 2005-06-01          00:00:19
959: 22   THE WITNESS:  Yes. It developed a
959: 23   cardiovascular outcomes protocol with the agreement
959: 24   of the FDA that all of the cardiovascular events in
959: 25   the three trials could be aggregated together,
960: 1    compared to placebo in order to look for whether
960: 2    Vioxx had an increased risk of cardiovascular
960: 3    events.

**960:5 - 960:14**   Scolnick, Edward 2005-06-01          00:00:28
960: 5    Q:  Did that protocol of combining these
960: 6    three trials make sense to you?
960: 7    A:  Yes. I thought, actually, it was a
960: 8    terrific idea. It satisfied what I had always
960: 9    thought was the critical issue, that we'd have more
960: 10   data comparing Vioxx to placebo. They were studies
960: 11   designed ethically to show efficacy and collect, in
960: 12   a prospective way, predefined endpoint, the
960: 13   cardiovascular outcomes that would finally put the
960: 14   whole question to rest.

**960:18 - 960:20**   Scolnick, Edward 2005-06-01          00:00:11
960: 18   Q:  Did you believe that you could get
960: 19   this cardiovascular data sooner or later with this
960: 20   combined protocol compared to designing a new study?

**960:22 - 961:2**   Scolnick, Edward 2005-06-01          00:00:18
960: 22   THE WITNESS:  Dr. Gertz pointed out
960: 23   that the data we would get would actually come in
960: 24   sooner than starting yet a new study, and that was
960: 25   even more exciting from my perspective. It was even
961: 1    better, because we would have the data sooner than
961: 2    we would if we had to start a new study.

**961:4 - 962:1**   Scolnick, Edward 2005-06-01          00:00:32
961: 4    Q:  How was it that you would have the
961: 5    data sooner under the protocol of combining the
961: 6    studies?
961: 7    A:  Well, because at least one of the
961: 8    studies and maybe more than one, I don't remember,
961: 9    had already begun a year or two before and so, there
961: 10   was going to be data that had already been
961: 11   accumulated and would accumulate. And there was
961: 12   always a lag time in starting a new study and
961: 13   setting it up and recruiting patients. So, there
961: 14   was actually a big advantage in time to carrying out
961: 15   the suggestion that Dr. Gertz had come up with.
961: 16   Q:  Dr. Scolnick, you understand that on
961: 17   September 30th of 2004 Merck voluntarily withdrew
961: 18   Vioxx from the market?
961: 19   A:  Yes, I do.
961: 20   Q:  Did you play any role in the decision
961: 21   to withdraw Vioxx?
961: 22   A:  No, I did not.
961: 23   Q:  The plaintiff has suggested that you
961: 24   and others at Merck put profits ahead of patient
961: 25   safety when it came to Vioxx. What do you say to
962: 1    that?

**962:3 - 962:10**   Scolnick, Edward 2005-06-01          00:00:21
962: 3    THE WITNESS:  I think it is crystal
962: 4    clear from all of our discussions about all of the
962: 5    studies we did and continue to do and the thoughts
962: 6    we had and all of the data that was available that
962: 7    we did not do that. We were constantly concerned
962: 8    with patient safety. We were constantly challenging
962: 9    our conclusions to be sure we were right, and I
962: 10   violently disagree with that assertion.

**962:12 - 962:25**   Scolnick, Edward 2005-06-01          00:00:47
962: 12   Q:  Dr. Scolnick, I want to take some

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 104 of 111

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 962: 13 | time now to follow up on some questions that you | | | |
| 962: 14 | were asked during the previous several days of your | | | |
| 962: 15 | deposition. | | | |
| 962: 16 | The first topic I want to discuss is | | | |
| 962: 17 | what's been referred to as the all cause mortality | | | |
| 962: 18 | data from the Alzheimer's trials. Do you remember | | | |
| 962: 19 | that generally? | | | |
| 962: 20 | A:  Yes, generally I do. | | | |
| 962: 21 | Q:  You were asked some questions by | | | |
| 962: 22 | counsel, specifically on Page 575 on May 17, 2005, | | | |
| 962: 23 | about whether mortality data was disclosed to the | | | |
| 962: 24 | FDA. Do you recall that? | | | |
| 962: 25 | A:  Yes, I recall being asked that. | | | |
| **964:19  -  964:21** | Scolnick, Edward 2005-06-01 | 00:00:25 | | |
| 964: 19 | Q:  I want to show you a document that | | | |
| 964: 20 | we'll mark as Exhibit 113. It has the numbers MRK | | | |
| 964: 21 | 18940078840 through 8932. | | | |
| **965:7  -  965:8** | Scolnick, Edward 2005-06-01 | 00:00:06 | | |
| 965: 7 | Q:  I'm going to ask if you can identify | | | |
| 965: 8 | this? | | | |
| **965:12  -  965:18** | Scolnick, Edward 2005-06-01 | 00:00:38 | | |
| 965: 12 | THE WITNESS:  This is a document | | | |
| 965: 13 | submitted to a Dr. Bruce Harvey at the FDA from a | | | |
| 965: 14 | Dr. Diane Louie from regulatory affairs, and it is a | | | |
| 965: 15 | response to FDA request for information. It's | | | |
| 965: 16 | apparently safety data from various Alzheimer's | | | |
| 965: 17 | studies. I think it's from various Alzheimer's | | | |
| 965: 18 | studies, quickly reading the first paragraph. | | | |
| **966:4  -  966:11** | Scolnick, Edward 2005-06-01 | 00:00:38 | | |
| 966: 4 | Dr. Scolnick, when you were asked | | | |
| 966: 5 | about the all cause mortality data on May 17, 2005 | | | |
| 966: 6 | at Page 511, you testified that whenever you have | | | |
| 966: 7 | statistically significant differences, one should | | | |
| 966: 8 | look at relevant -- that the 'relevant biology' is | | | |
| 966: 9 | taken into consideration in interpreting those | | | |
| 966: 10 | results. Do you recall that testimony generally? | | | |
| **966:13  -  966:13** | | | | |
| 966: 13 | THE WITNESS: Yes, I do. | | | |
| **966:15  -  967:7** | Scolnick, Edward 2005-06-01 | 00:00:56 | | |
| 966: 15 | Q:  What did you mean by that? | | | |
| 966: 16 | A:  On any single trial when you get a | | | |
| 966: 17 | result that is statistically significant, since | | | |
| 966: 18 | many, many measurements are made in clinical trials, | | | |
| 966: 19 | you can't always tell whether it's a fluke or | | | |
| 966: 20 | whether it is a result that reflects true biology, | | | |
| 966: 21 | and, therefore, one always looks at the data in | | | |
| 966: 22 | addition to the statistics and tries to think is | | | |
| 966: 23 | there a really good biological explanation for this | | | |
| 966: 24 | as part of the analysis of the data. | | | |
| 966: 25 | Q:  Are you aware of any biological | **[966:25-967:7]** | **Smith:** No objection. |
| 967: 1 | explanation as to how Vioxx would cause someone to | **PI's Obj.:** R.401, R.402, | **Mason:** Overruled. |
| 967: 2 | die from electrocution? | & R. 403. | |
| 967: 3 | A:  No, I'm not. | | | |
| 967: 4 | Q:  Are you aware of any biological | | | |
| 967: 5 | explanation that would explain how Vioxx could cause | | | |
| 967: 6 | somebody to die from cancer? | | | |
| 967: 7 | A:  I am not. | | | |
| **967:17  -  968:19** | Scolnick, Edward 2005-06-01 | 00:01:48 | | |
| 967: 17 | Q:  Are you aware of any biological | **[967:17-968:19]** | **Smith:** No objection. |
| 967: 18 | explanation that could cause someone to die from | **PI's Obj.:** R.401, R.402, | **Mason:** Overruled. |
| 967: 19 | head injuries because of Vioxx? | & R. 403. | |
| 967: 20 | A:  No, I'm not aware of such a possible | | | |
| 967: 21 | connection. | | | |
| 967: 22 | Q:  Are you aware of any biological | | | |
| 967: 23 | explanation that could cause someone to die of | | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 105 of 111
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 967: 24  pneumonia from taking Vioxx?<br>967: 25  A:  No, again, I'm not, not based on<br>968: 1  anything I know.<br>968: 2  Q:  Are you aware of any biological<br>968: 3  explanation that could cause someone to die from<br>968: 4  infection because of Vioxx?<br>968: 5  A:  No, I'm not.<br>968: 6  Q:  Dr. Scolnick, you were asked some<br>968: 7  questions about a meta-analysis that was done by<br>968: 8  Deborah Shapiro in October of 2000 relating to the<br>968: 9  VIGOR trial. Do you remember that?<br>968: 10  A:  Yes.<br>968: 11  Q:  Do you recall that one of the<br>968: 12  portions of the meta-analysis involved a<br>968: 13  meta-analysis of myocardial infarctions across<br>968: 14  various studies?<br>968: 15  A:  Yes, I recall that discussion.<br>968: 16  Q:  If a meta-analysis combined naproxen<br>968: 17  studies with non-naproxen studies, how would that<br>968: 18  affect your view of conclusions reached from that<br>968: 19  data? | | |
| 968:23  -  969:7  Scolnick, Edward 2005-06-01  00:00:30<br>968: 23  THE WITNESS:  Based on all the data I<br>968: 24  know about Vioxx, I would have thought that that was<br>968: 25  not a valid meta-analysis because all of the data<br>969: 1  I'm aware of in large aggregate databases shows the<br>969: 2  imbalance in cardiovascular events in naproxen<br>969: 3  versus Vioxx, but not in naproxen versus -- but not<br>969: 4  in Vioxx versus other nonsteroidals. So, I would<br>969: 5  see no reason to combine those two groups, which<br>969: 6  appear to be quite distinct in their data on that<br>969: 7  subject. | | |
| 969:9  -  969:11  Scolnick, Edward 2005-06-01  00:00:14<br>969: 9  Q:  If a meta-analysis were to fail a<br>969: 10  statistical test for heterogeneity, how would that<br>969: 11  affect your view of the results of that analysis? | **[969:9-973:19]**<br>**Pltf Obj:** Lack of<br>foundation; speculation. | **Smith:**  Previously<br>played.  No objection.<br>**Mason:**  Previously<br>played.  No objection. |
| 969:14  -  969:21  Scolnick, Edward 2005-06-01  00:00:26<br>969: 14  THE WITNESS:  I would have to have a<br>969: 15  discussion with statisticians because I'm not<br>969: 16  trained in statistics about what they meant by that.<br>969: 17  If they meant that there were differences between<br>969: 18  the studies which didn't allow them to be<br>969: 19  statistically combined to do the meta-analysis, then<br>969: 20  I would think that they shouldn't be combined, but I<br>969: 21  would have to clarify that with appropriate experts. | | |
| 972:1  -  972:10  Scolnick, Edward 2005-06-01  00:00:45<br>972: 1  Q:  You were asked some questions on May<br>972: 2  the 17th, 2005, specifically at Page 543, lines 12<br>972: 3  through 22, about the concept of statistical<br>972: 4  significance. Do you remember that?<br>972: 5  A:  Yes, I do remember that.<br>972: 6  Q:  I think you testified, words to the<br>972: 7  effect, that statistical significance meant that if<br>972: 8  you did the same study 100 times, you would get the<br>972: 9  same result 95 times. Do you remember that<br>972: 10  testimony? | **[969:9-973:19]**<br>**Pltf Obj:** Lack of<br>foundation; speculation. | **Smith:**  Previously<br>played.  No objection.<br>**Mason:**  Previously<br>played.  No objection. |
| 972:12  -  972:12  Scolnick, Edward 2005-06-01  00:00:05<br>972: 12  THE WITNESS:  Yes. Yes, I do. | | |
| 972:16  -  972:17  Scolnick, Edward 2005-06-01  00:00:06<br>972: 16  Have you done anything to determine<br>972: 17  whether or not you were correct in that response? | **[969:9-973:19]**<br>**Pltf Obj:** Lack of<br>foundation; speculation. | **Smith:**  Previously<br>played.  No objection.<br>**Mason:**  Previously<br>played.  No objection. |
| 972:20  -  973:19  Scolnick, Edward 2005-06-01  00:01:25<br>972: 20  THE WITNESS:  Yes, I have. I did not<br>972: 21  discuss Vioxx clinical trials as part of my<br>972: 22  information finding as to whether I was correct or | | |

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8849-5   Filed 11/20/06   Page 106 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 972: 23    not. I had no discussion whatsoever about Vioxx, I | | |
| 972: 24    want to make that prestatement. I happened to be | | |
| 972: 25    having the very next day a discussion about genetic | | |
| 973: 1    statistics with two really expert statisticians at | | |
| 973: 2    the Broad Institute who were giving me a lecture on | | |
| 973: 3    certain aspects of genomics statistics. | | |
| 973: 4    During the course of that discussion, | | |
| 973: 5    I asked them a hypothetical question. I said, if | | |
| 973: 6    you do a clinical trial and you get a statistically | | |
| 973: 7    significant result, P.05, what does that -- how do | | |
| 973: 8    you interpret that result, what can you literally | | |
| 973: 9    say about the study, and what does that predict | | |
| 973: 10    about another study similar to that being | | |
| 973: 11    statistically significant in the future? And they | | |
| 973: 12    told me very clearly that the formal interpretation | | |
| 973: 13    of the study is that one chance out of 20 that a | | |
| 973: 14    study is actually a fluke, that it's an accident, | | |
| 973: 15    and that it has absolutely no predictive value for | | |
| 973: 16    the next study. So, I regret that I was -- I've | | |
| 973: 17    been told by two people who I regard as experts that | | |
| 973: 18    I was completely wrong about my agreeing to that | | |
| 973: 19    interpretation. I didn't know that. | | |

| | | |
|---|---|---|
| **973:25 - 974:6**    Scolnick, Edward 2005-06-01 | 00:00:15 | **Smith:** No objection. |
| 973: 25    Q: Did anyone ask you to raise that | **[973:25-974:6]** | |
| 974: 1    question with the statisticians? | **Pltf Obj:** Lack of | |
| 974: 2    A: No. I decided myself. We were | foundation; speculation. | |
| 974: 3    having a statistics discussion, and I'd had this | R.401, R. 402. | |
| 974: 4    discussion the very day before, and I thought I | | |
| 974: 5    would take advantage of the people who I regarded as | | |
| 974: 6    experts to ask them a hypothetical question. | | |

| | | |
|---|---|---|
| **977:7 - 977:17**    Scolnick, Edward 2005-06-01 | 00:00:42 | |
| 977: 7    Q: Earlier this morning you were shown | | |
| 977: 8    Exhibit Number 44, which I'll pass across the table | | |
| 977: 9    to you, and counsel had you read some sentences from | | |
| 977: 10    that e-mail. Just to refresh your memory, that's an | | |
| 977: 11    e-mail to you from Douglas Greene talking about a | | |
| 977: 12    conversation between Bonnie Goldmann from Merck and | | |
| 977: 13    Janet Woodcock from the FDA. Do you recall that? | | |
| 977: 14    A: Yes, I recall this. | | |
| 977: 15    Q: The date of this e-mail is October | | |
| 977: 16    5th, 2001; correct? | | |
| 977: 17    A: Yes. | | |

| | | |
|---|---|---|
| **978:20 - 980:6**    Scolnick, Edward 2005-06-01 | 00:02:04 | |
| 978: 20    Q: Based on the content of this e-mail | | |
| 978: 21    on October 5th, 2001, what did it lead you to | | |
| 978: 22    believe about what the FDA's proposed label would | | |
| 978: 23    look like? | | |
| 978: 24    A: It led me to believe that the label | | |
| 978: 25    would be a balanced label presenting the data, but | | |
| 979: 1    that we would not end up with a warning about | | |
| 979: 2    cardiovascular risk because it wasn't clear that | | |
| 979: 3    from this discussion with Dr. Woodcock -- it was | | |
| 979: 4    clear to them that they didn't know if there was a | | |
| 979: 5    cardiovascular risk. So, if they didn't know that | | |
| 979: 6    there was a risk, I didn't expect that a proposed | | |
| 979: 7    label would contain a warning. | | |
| 979: 8    Q: Shortly after this when you received | | |
| 979: 9    the proposed label from the FDA, did you consider it | | |
| 979: 10    to be balanced? | | |
| 979: 11    A: I did not. I was quite upset about | | |
| 979: 12    it, as indicated by e-mail. The language I used in | | |
| 979: 13    my e-mail was clearly, clearly inappropriate, it was | | |
| 979: 14    not respectful of the FDA, and it was not | | |
| 979: 15    representative of many, many other interactions with | | |
| 979: 16    the FDA that MRL had had and that I had been | | |
| 979: 17    somewhat of a party to over the years. The FDA had, | | |
| 979: 18    for the most part, ignored the gastrointestinal | | |
| 979: 19    outcomes data, had basically not modified the GI | | |
| 979: 20    warning, despite the fact that they had asked us to | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 107 of 111

Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 979: 21 do the study so that they would modify the GI<br>979: 22 warning, and that data was clear and unambiguous.<br>979: 23 They had expressed in this discussion<br>979: 24 with Dr. Goldmann that they didn't know whether<br>979: 25 there was or wasn't a cardiovascular risk, and the<br>980: 1 label we got that came in, which took a long time in<br>980: 2 coming from them, ended up having a cardiovascular<br>980: 3 warning and ignoring the GI data and had taken many<br>980: 4 months in which it had been very difficult to have a<br>980: 5 face-to-face negotiation with them, and that was<br>980: 6 very frustrating to me. | | |
| **980:10  -  981:6**  Scolnick, Edward 2005-06-01          00:01:10<br>980: 10 Q: Dr. Scolnick, did you have any<br>980: 11 personal involvement in the label discussions with<br>980: 12 the FDA relating to the VIGOR study?<br>980: 13 A: No, I did not. This was all handled<br>980: 14 by Dr. Goldmann and Dr. Greene and the people in<br>980: 15 development who, at this point, were clearly in<br>980: 16 charge of Merck development, as I've said, as the<br>980: 17 transition was going on in the laboratory.<br>980: 18 Q: Had you had dealings with the FDA in<br>980: 19 the past?<br>980: 20 A: On a couple of occasions, had had<br>980: 21 direct dealings with them. From the time that<br>980: 22 Bonnie Goldmann had come and become trained in<br>980: 23 regulatory affairs, I had virtually, if not no<br>980: 24 interactions with the FDA directly.<br>980: 25 Q: How would you describe your past<br>981: 1 dealings with the FDA?<br>981: 2 A: Excellent. I had wonderful<br>981: 3 relationships with Dr. Temple, Dr. Kessler, many<br>981: 4 other people who I would bump into at Advisory<br>981: 5 Committee meetings. K-E-S-S-L-E-R, David Kessler,<br>981: 6 who at one point was commissioner of the FDA. | | |
| **1138:3  -  1138:8**  Scolnick, Edward 2005-08-16          00:00:24<br>1138: 3 Q: You said in writing, sir, in an<br>1138: 4 e-mail that for Vioxx, the CV outcomes study is the<br>1138: 5 only essential study, and you were saying that as of<br>1138: 6 September 17, 2001, long after the VIGOR results<br>1138: 7 were known; correct?<br>1138: 8 A: That is correct. And a study to get | | |
| **1249:12  -  1250:9**  Scolnick, Edward 2005-08-16          00:00:46<br>1249: 12 Q: Did Merck Research Labs or Merck ever<br>1249: 13 do a study to evaluate adverse events of most<br>1249: 14 concern, heart attacks and unstable angina, prior to<br>1249: 15 approval, where they gave people aspirin?<br>1249: 16 A: I'm not aware that that study was<br>1249: 17 done.<br>1249: 18 Q: Why didn't you do it?<br>1249: 19 A: I'm unaware of this data, I don't<br>1249: 20 know why, and so the suggestion never came up, and<br>1249: 21 so I can't answer your question.<br>1249: 22 Q: Did you ever do it?<br>1249: 23 A: Did we evaluate Vioxx in the presence<br>1249: 24 of aspirin?<br>1249: 25 Q: Yes.<br>1250: 1 A: Yes, we did endoscopy studies with<br>1250: 2 that.<br>1250: 3 Q: When?<br>1250: 4 A: After the VIGOR trial.<br>1250: 5 Q: You did it after approval; right?<br>1250: 6 A: Yes.<br>1250: 7 Q: Prior to approval, you didn't let<br>1250: 8 people take aspirin in your endoscopy studies, did<br>1250: 9 you? | **[1249:18] - [1249:21]**<br>**Deft's Obj.:** Misleading;<br>Foundation; Lack of<br>personal knowledge (see<br>1247:22-1248:3)<br><br>**Pl's Resp.:** Goes to<br>credibility. Witness<br>testifies that a CV Study<br>is essential but when<br>asked why Merck did not<br>do a CV Outcome Study<br>has no answer -- didn't<br>come up, no suggestion,<br>etc. | **Smith:** No objection.<br>**Mason:** Sustained |
| **1250:11  -  1250:17**  Scolnick, Edward 2005-08-16          00:00:07<br>1250: 11 THE WITNESS: No. Because we thought<br>1250: 12 aspirin would cloud the results of the endoscopy | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 108 of 111

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 1250: 13 | | studies -- | | |
| 1250: 14 | | BY MR. BUCHANAN: | | |
| 1250: 15 | | Q: It was worse -- | | |
| 1250: 16 | | A: -- because aspirin is gastric | | |
| 1250: 17 | | irritative. | | |
| **1250:24 - 1251:2** | | Scolnick, Edward 2005-08-16    00:00:04 | | |
| 1250: 24 | | BY MR. BUCHANAN: | | |
| 1250: 25 | | Q: You didn't want to give people | | |
| 1251: 1 | | aspirin because you knew it would eliminate the GI | | |
| 1251: 2 | | benefit to the drug? | | |
| **1251:4 - 1251:7** | | Scolnick, Edward 2005-08-16    00:00:12 | | |
| 1251: 4 | | THE WITNESS: We did not think -- | | |
| 1251: 5 | | certainly I didn't think that it would eliminate the | | |
| 1251: 6 | | complete GI benefit of the drug. It would simply | | |
| 1251: 7 | | make the studies very complicated to interpret. | | |
| **1264:13 - 1264:14** | | Scolnick, Edward 2005-08-16    00:00:12 | | |
| 1264: 13 | | Q.     That's a relative risk of serious GI | | |
| 1264: 14 | | events, isn't it, sir? | | |
| **1264:16 - 1264:19** | | Scolnick, Edward 2005-08-16    00:00:12 | | |
| 1264: 16 | | THE WITNESS: I don't know what she's | | |
| 1264: 17 | | referring with regard to the twofold increase, | | |
| 1264: 18 | | whether it is ulcers or serious GI events. I don't | | |
| 1264: 19 | | know what she's referring to. She doesn't say. | | |
| **1264:21 - 1264:25** | | Scolnick, Edward 2005-08-16 | | |
| 1264: 21 | | Q.     That means if you give people -- | | |
| 1264: 22 | | allow people in the trial to have low-dose aspirin, | | |
| 1264: 23 | | there's a two to four-fold increased risk of serious | | |
| 1264: 24 | | GI events. That's what you were trying to avoid by | | |
| 1264: 25 | | keeping aspirin out of that trial, isn't that true? | | |
| **1265:2 - 1265:9** | | Scolnick, Edward 2005-08-16 | | |
| 1265: 2 | | THE WITNESS: The people who were | | |
| 1265: 3 | | designing the trial, as stated, were concerned that | | |
| 1265: 4 | | adding low-dose aspirin would mask the benefit of -- | | |
| 1265: 5 | | some of the benefit of the lack of gastric ulcers | | |
| 1265: 6 | | with Vioxx, and they were debating this, I was aware | | |
| 1265: 7 | | of that. They finally decided not to include it and | | |
| 1265: 8 | | to exclude people who needed low-dose aspirin from | | |
| 1265: 9 | | the trial. | | |
| **1266:23 - 1267:9** | | Scolnick, Edward 2005-08-16    00:00:21 | | |
| 1266: 23 | | Q: Well, let's go through this then, | | |
| 1266: 24 | | sir. | | |
| 1266: 25 | | It continues, 'Yet, the possibility | | |
| 1267: 1 | | of increased CV events is of great concern.' Do you | | |
| 1267: 2 | | see that? | | |
| 1267: 3 | | A: Yes, I see her comments, yes. | | |
| 1267: 4 | | Q: Then it states, '(I just can't wait | | |
| 1267: 5 | | to be the one to present those results to senior | | |
| 1267: 6 | | management!)'  She gave us another exclamation | | |
| 1267: 7 | | point, didn't she? | | |
| 1267: 8 | | A: Yes, she did. | | |
| 1267: 9 | | Q: That's you? | | |
| **1267:12 - 1267:17** | | Scolnick, Edward 2005-08-16    00:00:10 | | |
| 1267: 12 | | THE WITNESS: I am a member of senior | | |
| 1267: 13 | | management, yes. I'm one of senior management. | | |
| 1267: 14 | | BY MR. BUCHANAN: | | |
| 1267: 15 | | Q: It wouldn't have made you happy to | | |
| 1267: 16 | | have an outcomes trial that showed that Vioxx | | |
| 1267: 17 | | increased the rate of CV events, would it? | | |
| **1267:19 - 1268:1** | | Scolnick, Edward 2005-08-16    00:00:16 | | |
| 1267: 19 | | THE WITNESS: Obviously not. If I | | |
| 1267: 20 | | had known -- obviously, not. No one wanted to see a | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8843-5   Filed 11/20/06   Page 109 of 111

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 1267: 21    result where -- a question whether Vioxx elevated or | | |
| 1267: 22    naproxen lowered the rate of events. | | |
| 1267: 23    BY MR. BUCHANAN: | | |
| 1267: 24    Q: So, we have a solution, right, in the | | |
| 1267: 25    next sentence? She says how we solve this dilemma, | | |
| 1268: 1    doesn't she? | | |
| | | |
| **1268:4 - 1268:15**    Scolnick, Edward 2005-08-16      00:00:27 | | |
| 1268: 4    Q: Do you see the next sentence, sir? | | |
| 1268: 5    A: I see the next sentence. | | |
| 1268: 6    Q: What's she say? | | |
| 1268: 7    A: 'What about the idea of excluding | | |
| 1268: 8    high risk CV patients - ie those that have already | | |
| 1268: 9    had MI, CABG or PTCA? This may decrease the CV | | |
| 1268: 10    event rate so that a difference between the two | | |
| 1268: 11    groups would not be evident. The only problem would | | |
| 1268: 12    be - Would we be able to recruit any patients?' | | |
| 1268: 13    That's the rest of the paragraph. | | |
| 1268: 14    Q: Her solution is to exclude high risk | | |
| 1268: 15    CV patients, isn't it? | | |
| | | |
| **1268:17 - 1269:12**    Scolnick, Edward 2005-08-16      00:00:40 | | |
| 1268: 17    THE WITNESS: That's correct, so they | | |
| 1268: 18    wouldn't require low-dose aspirin. | | |
| 1268: 19    BY MR. BUCHANAN: | | |
| 1268: 20    Q: So you wouldn't see a CV effect? | | |
| 1268: 21    A: So there wouldn't be a | | |
| 1268: 22    cardioprotective effect of the NSAID that was going | | |
| 1268: 23    to be compared to because it blocked COX-1 and Vioxx | | |
| 1268: 24    did not because aspirin blocks COX-1. That's what | | |
| 1268: 25    she's talking about. | | |
| 1269: 1    Q: Why don't we look at the document, | | |
| 1269: 2    sir? | | |
| 1269: 3    A: That's what she's talking about. | | |
| 1269: 4    Q: 'This may decrease the CV event rate | | |
| 1269: 5    so that a difference between the two groups would | | |
| 1269: 6    not be evident.' Do you see that? | | |
| 1269: 7    A: Yes, I do, and I understand what she | | |
| 1269: 8    meant by that. | | |
| 1269: 9    Q: So, what you're doing here is you're | | |
| 1269: 10    excluding aspirin so that you can see a GI benefit | | |
| 1269: 11    from your outcomes trial; true? | | |
| 1269: 12    A: That is correct. | | |
| | | |
| **1271:4 - 1271:7**    Scolnick, Edward 2005-08-16      00:00:10 | | |
| 1271: 4    Q: I'm asking you, sir, that in | | |
| 1271: 5    aspirin-using patients, the results from the VIGOR | | |
| 1271: 6    trial don't present a GI benefit that extends to | | |
| 1271: 7    them; isn't that right? | | |
| | | |
| **1271:9 - 1273:14**    Scolnick, Edward 2005-08-16      00:01:58 | | |
| 1271: 9    THE WITNESS: You cannot extrapolate | | |
| 1271: 10    the magnitude of the benefit from the nonlow-dose | | |
| 1271: 11    aspirin-using population to a low-dose aspirin | | |
| 1271: 12    population. That is correct. | | |
| 1271: 13    BY MR. BUCHANAN: | | |
| 1271: 14    Q: In fact, you actually did do a test, | | |
| 1271: 15    Vioxx plus aspirin, compared to traditional NSAIDs | | |
| 1271: 16    after the VIGOR trial, didn't you? | | |
| 1271: 17    A: We did. We did an endoscopy study. | | |
| 1271: 18    Q: It didn't show any benefit, did it? | | |
| 1271: 19    A: The study showed that using aspirin | | |
| 1271: 20    in the presence of Vioxx elevated the rate over | | |
| 1271: 21    aspirin alone, that subsequent studies showed that | | |
| 1271: 22    that rate was still lower than standard NSAID used | | |
| 1271: 23    with low-dose aspirin. | | |
| 1271: 24    Q: Sir -- | | |
| 1271: 25    A: It still showed a benefit, although | | |
| 1272: 1    not as great a benefit as in the absence of aspirin. | | |
| 1272: 2    - - - | | |
| 1272: 3    (Whereupon, Deposition Exhibit | | |
| 1272: 4    Scolnick-66, E-mails, MRK-ACR0009295 - | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK  Document 8843-5  Filed 11/20/06  Page 110 of 111
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 1272: 5     MRK-ACR0009296, was marked for | | |
| 1272: 6     identification.) | | |
| 1272: 7     - - - | | |
| 1272: 8     BY MR. BUCHANAN: | | |
| 1272: 9     Q: Sir, I'm passing you over what we | | |
| 1272: 10    just marked as Exhibit 66. I would like you to look | | |
| 1272: 11    at the earliest in time e-mail. This is November | | |
| 1272: 12    19, 2001, the bottom of the first page. | | |
| 1272: 13    A: Yes. | | |
| 1272: 14    Q: It's from you to, who is that to? | | |
| 1272: 15    A: Raymond Gilmartin and David Anstice. | | |
| 1272: 16    Q: Okay. | | |
| 1272: 17    Mr. Gilmartin is your boss; right? | | |
| 1272: 18    A: Yes, he was. | | |
| 1272: 19    Q: You sent it with high importance? | | |
| 1272: 20    You will see it on the next page. | | |
| 1272: 21    A: Okay. Yes. | | |
| 1272: 22    Q: It says, 'Ray' and it says 'dn' you | | |
| 1272: 23    meant 'and'? | | |
| 1272: 24    A: Yes. I don't type well. | | |
| 1272: 25    Q: 'Ray and David. Not a good result. | | |
| 1273: 1     Low dose aspirin and Vioxx equal almost ibuprofen.' | | |
| 1273: 2     That's Advil; right? | | |
| 1273: 3     A: Yes. | | |
| 1273: 4     Q: 'Higher than ASA alone'? | | |
| 1273: 5     A: Yes. | | |
| 1273: 6     Q: 'It is clear why their class study | | |
| 1273: 7     failed now.' That's with the Celebrex study; right? | | |
| 1273: 8     A: Yes. | | |
| 1273: 9     Q: What you're saying here is in the | | |
| 1273: 10    Celebrex study, the manufacturers of Celebrex | | |
| 1273: 11    allowed aspirin users in their study; right? | | |
| 1273: 12    A: Yes, I believe that's true. | | |
| 1273: 13    Q: And they showed no GI benefit in | | |
| 1273: 14    terms of PUBs in that outcomes study; right? | | |
| | | |
| **1273:16 - 1274:25**     Scolnick, Edward 2005-08-16       00:01:17 | | |
| 1273: 16    THE WITNESS: I think they showed a | | |
| 1273: 17    quantitative benefit, but they did not get | | |
| 1273: 18    statistical significance. | | |
| 1273: 19    BY MR. BUCHANAN: | | |
| 1273: 20    Q: And if they don't have statistical | | |
| 1273: 21    significance, that's not good enough for the FDA, is | | |
| 1273: 22    it? | | |
| 1273: 23    A: It will not allow them to make a | | |
| 1273: 24    conclusion that the PUBs are reduced. That is | | |
| 1273: 25    correct. | | |
| 1274: 1     Q: So, what you're saying here is the | | |
| 1274: 2     reason why they didn't show a statistically | | |
| 1274: 3     significant benefit on PUBs is because they allowed | | |
| 1274: 4     aspirin users in; right? | | |
| 1274: 5     A: That was how I interpreted their | | |
| 1274: 6     results seeing our result in this endoscopy study. | | |
| 1274: 7     Q: Then you continue and say: 'I do not | | |
| 1274: 8     think we should announce the CV outcomes study now | | |
| 1274: 9     since now I am not at all sure what the design | | |
| 1274: 10    should be.' Do you see that? | | |
| 1274: 11    A: I do. | | |
| 1274: 12    Q: How do they tie together, sir? | | |
| 1274: 13    A: I'm not sure what I was thinking | | |
| 1274: 14    because -- I don't know what the design was at this | | |
| 1274: 15    time. I really can't remember what I was thinking | | |
| 1274: 16    at this point because we went through many, many | | |
| 1274: 17    discussions about different trial designs. | | |
| 1274: 18    Q: What you were concerned about, sir, | | |
| 1274: 19    is if you did what you wanted to do in your CV | | |
| 1274: 20    outcome trial and allowed aspirin in that trial, | | |
| 1274: 21    there would be a Merck-sponsored clinical trial that | | |
| 1274: 22    would show that Vioxx, in fact, does not prevent | | |
| 1274: 23    PUBs in a population of high risk CV users using | | |
| 1274: 24    aspirin? That's what you were concerned about, | | |
| 1274: 25    isn't it? | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643-5   Filed 11/20/06   Page 111 of 111
Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| **1275:2  -  1275:10**   Scolnick, Edward 2005-08-16 | 00:00:22 | | |
| 1275: 2     THE WITNESS:  I am not sure what I | | | |
| 1275: 3     was thinking because I don't know what trial designs | | | |
| 1275: 4     were being considered. | | | |
| 1275: 5     BY MR. BUCHANAN: | | | |
| 1275: 6     Q:  Well, you'd agree, sir, that if you | | | |
| 1275: 7     were considering a CV outcome trial that was going | | | |
| 1275: 8     to allow aspirin users, that would also have a | | | |
| 1275: 9     potential negative effect of revealing that Vioxx | | | |
| 1275: 10    did not prevent the incidence of PUBs? | | | |
| **1275:12  -  1275:20**   Scolnick, Edward 2005-08-16 | 00:00:29 | | |
| 1275: 12    THE WITNESS:  No. I think that the | | | |
| 1275: 13    data without aspirin would show what the maximal | | | |
| 1275: 14    potential benefits of Vioxx would be, and that in | | | |
| 1275: 15    the presence of aspirin, what the diminution of | | | |
| 1275: 16    those benefits would be, and in the subsequent | | | |
| 1275: 17    endoscopy studies we did, the magnitude of the ulcer | | | |
| 1275: 18    incidence was still less than it was if you used | | | |
| 1275: 19    aspirin with another drug, another nonsteroidal that | | | |
| 1275: 20    was not selected. | | | |