# Exhibit F

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|

**Plaintiff = Red**
**Defendant = Blue**

| | | | | | |
|---|---|---|---|---|---|
| 1 | 25:11 - 25:13 | Topol, Eric 2005-11-22 | 00:00:05 | | |
| | 25: 11 | Q:  Dr. Topol, good morning. | | | |
| | 25: 12 | Nice to meet you, sir. | | | |
| | 25: 13 | A:  Good morning. | | | |
| | | | | | |
| 2 | 26:6 - 29:2 | Topol, Eric 2005-11-22 | 00:02:02 | | |
| | 26: 6 | I want to review very | | | |
| | 26: 7 | briefly the highlights of your | | | |
| | 26: 8 | background. | | | |
| | 26: 9 | You have a curriculum vitae. | | | |
| | 26: 10 | I'm marking it as Exhibit 1 for this | | | |
| | 26: 11 | deposition. | | | |
| | 26: 12 | - - - | | | |
| | 26: 13 | (Whereupon, Deposition | | | |
| | 26: 14 | Exhibit Topol-1, Curriculum Vitae | | | |
| | 26: 15 | Eric Jeffrey Topol, M.D., TOPOLE | | | |
| | 26: 16 | 0000001 - TOPOLE 0000127, was | | | |
| | 26: 17 | marked for | | | |
| | 26: 18 | identification.) | | | |
| | 26: 19 | - - - | | | |
| | 26: 20 | BY MR. KLINE: | | | |
| | 26: 21 | Q:  The version that I have is | | | |
| | 26: 22 | what I understand to be an abridged | | | |
| | 26: 23 | version of 127 pages. Suffice it to say, | | | |
| | 26: 24 | you have a very substantial curriculum | | | |
| | 27: 1 | vitae outlining your background and | | | |
| | 27: 2 | experience; correct? | | | |
| | 27: 3 | A:  Yes. | | | |
| | 27: 4 | Q:  You are -- what is your | | | |
| | 27: 5 | current position, sir? | | | |
| | 27: 6 | A:  I'm Provost of the Cleveland | | | |
| | 27: 7 | Clinic Lerner College of Medicine, Chief | | | |
| | 27: 8 | Academic Officer of the Cleveland Clinic, | | | |
| | 27: 9 | and also the chairman of the Department | | | |
| | 27: 10 | of Cardiovascular Medicine of the | | | |
| | 27: 11 | Cleveland Clinic. | | | |
| | 27: 12 | Q:  Take them one at a time. | | | |
| | 27: 13 | Identify each one of those positions, and | | | |
| | 27: 14 | tell me very briefly what they entail. | | | |
| | 27: 15 | A:  The Provost of the medical | | | |
| | 27: 16 | college is providing the oversight of | | | |
| | 27: 17 | this college of medicine, which had its | | | |
| | 27: 18 | beginning just three years ago, and it's | | | |
| | 27: 19 | part of Case Western Reserve University. | | | |
| | 27: 20 | The chief academic officer | | | |
| | 27: 21 | responsibility is responsible for all | | | |
| | 27: 22 | research and education here at this | | | |
| | 27: 23 | academic medical center, and I've been | | | |
| | 27: 24 | chairman of the department of | | | |
| | 28: 1 | cardiovascular medicine since 1991, and | | | |
| | 28: 2 | this is a large department, one of the | | | |
| | 28: 3 | largest departments in cardiovascular | | | |
| | 28: 4 | medicine in the country. | | | |
| | 28: 5 | Q:  My understanding, sir, that | | | |
| | 28: 6 | this -- and you are a cardiologist; is | | | |
| | 28: 7 | that correct? | | | |
| | 28: 8 | A:  That's right. | | | |
| | 28: 9 | Q:  Trained as a cardiologist; | | | |
| | 28: 10 | correct? | | | |
| | 28: 11 | A:  That's exactly right. | | | |
| | 28: 12 | Q:  You did your undergraduate | | | |
| | 28: 13 | degree at the University of Virginia, | | | |
| | 28: 14 | your medical school at the University of | | | |
| | 28: 15 | Rochester, a residency at the University | | | |
| | 28: 16 | of California, San Francisco, a | | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK Plaintiffs' and Defendant's Designations of Eric Topol Document 8646 Filed 10/20/06 Page 3 of 75

| | | | Designated Testimony | Objections | Rulings |
|---|---|---|---|---|---|
| | 28: 17 | | fellowship at Johns Hopkins in | | |
| | 28: 18 | | cardiology, and then you became Board | | |
| | 28: 19 | | Certified in internal medicine and in | | |
| | 28: 20 | | cardiology. All correct? | | |
| | 28: 21 | | A: That's all correct. | | |
| | 28: 22 | | Q: And then you practiced | | |
| | 28: 23 | | medicine and eventually worked yourself | | |
| | 28: 24 | | up to become the top person in the | | |
| | 29: 1 | | department of cardiovascular medicine at | | |
| | 29: 2 | | the Cleveland Clinic; correct? | | |
| 3 | 29:5 - 31:20 | | Topol, Eric 2005-11-22 | 00:02:04 | |
| | 29: 5 | | THE WITNESS: That's | | |
| | 29: 6 | | correct, yes. As of 1991, I came | | |
| | 29: 7 | | to Cleveland Clinic. | | |
| | 29: 8 | | BY MR. KLINE: | | |
| | 29: 9 | | Q: And when did you become | | |
| | 29: 10 | | chairman of the department of | | |
| | 29: 11 | | cardiovascular medicine? | | |
| | 29: 12 | | A: On my arrival. | | |
| | 29: 13 | | Q: Oh, right on your arrival? | | |
| | 29: 14 | | A: Yes. That was why I was | | |
| | 29: 15 | | recruited here. | | |
| | 29: 16 | | Q: Where were you previously? | | |
| | 29: 17 | | A: University of Michigan, | | |
| | 29: 18 | | where I directed the cardiocatherization | | |
| | 29: 19 | | laboratory, and I was a professor of | | |
| | 29: 20 | | medicine there. | | |
| | 29: 21 | | Q: And you've spent your entire | | |
| | 29: 22 | | career as a practicing cardiologist, sir? | | |
| | 29: 23 | | A: Yes. I continue to practice | | |
| | 29: 24 | | cardiology with patients. | | |
| | 30: 1 | | Q: And how many years have you | | |
| | 30: 2 | | been a cardiologist? | | |
| | 30: 3 | | A: 20 years. | | |
| | 30: 4 | | Q: You also -- it mentioned | | |
| | 30: 5 | | that you're the Provost of the Cleveland | | |
| | 30: 6 | | Clinic, and that involves overseeing the | | |
| | 30: 7 | | entire medical college? | | |
| | 30: 8 | | A: The medical college, which I | | |
| | 30: 9 | | founded with Case Western Reserve | | |
| | 30: 10 | | University back in 2001. | | |
| | 30: 11 | | Q: In addition -- oh, and I | | |
| | 30: 12 | | might add, the Cleveland Clinic, sir, | | |
| | 30: 13 | | give us a sentence or two on what is the | | |
| | 30: 14 | | Cleveland Clinic, especially in heart | | |
| | 30: 15 | | medicine. | | |
| | 30: 16 | | A: Well, in the field of heart | | |
| | 30: 17 | | medicine, it's been ranked by the U.S. | | |
| | 30: 18 | | News & World Report as the number one | | |
| | 30: 19 | | center for the last 11 years | | |
| | 30: 20 | | consecutively. | | |
| | 30: 21 | | Q: You have been a clinical | | |
| | 30: 22 | | investigator on many clinical studies; is | | |
| | 30: 23 | | that correct? | | |
| | 30: 24 | | A: That's right. | | |
| | 31: 1 | | Q: Tell us about it briefly, a | | |
| | 31: 2 | | few sentences. | | |
| | 31: 3 | | A: Well, I've chaired a number | | |
| | 31: 4 | | of clinical trials over the past 20 | | |
| | 31: 5 | | years. The most widely known are the | | |
| | 31: 6 | | so-called GUSTO trials of heart attack. | | |
| | 31: 7 | | All these trials had something to do with | | |
| | 31: 8 | | heart attack prevention or better | | |
| | 31: 9 | | treatment. | | |
| | 31: 10 | | The cumulative 200,000 | | |
| | 31: 11 | | patients were enrolled, the largest heart | | |
| | 31: 12 | | attack trials ever performed in the | | |
| | 31: 13 | | United States, coordinated. I've been | | |
| | 31: 14 | | the chair of all of those trials. | | |
| | 31: 15 | | They've been multinational trials, | | |

| | Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 31: 16 | involving 40 different countries around | | | |
| | 31: 17 | the world, and these trials have had, I | | | |
| | 31: 18 | think, a substantial impact on clinical | | | |
| | 31: 19 | practice in the field of cardiology and | | | |
| | 31: 20 | for patients. | | | |
| 4 | **31:24  -  33:5** | Topol, Eric 2005-11-22 | 00:01:06 | | |
| | 31: 24 | Q:  You hold two patents; is | | | |
| | 32: 1 | that correct, sir? | | | |
| | 32: 2 | A:  I think the patents have | | | |
| | 32: 3 | been applied for. I'm not -- yes, yes. | | | |
| | 32: 4 | Q:  Now, in addition, you are on | | | |
| | 32: 5 | the editorial board of a number of | | | |
| | 32: 6 | peer-review journals; is that correct? | | | |
| | 32: 7 | A:  Yes. | | | |
| | 32: 8 | Q:  Would you explain them? | | | |
| | 32: 9 | Well, let me tick them off. I think it | | | |
| | 32: 10 | could be done more quickly. | | | |
| | 32: 11 | Circulation, JACC, American | | | |
| | 32: 12 | College -- American Journal of | | | |
| | 32: 13 | Cardiology, American Journal of Medicine, | | | |
| | 32: 14 | among others; is that correct? | | | |
| | 32: 15 | A:  That's right. | | | |
| | 32: 16 | Q:  And what does that involve, | | | |
| | 32: 17 | sir, very briefly? | | | |
| | 32: 18 | A:  Well, that means being a | | | |
| | 32: 19 | peer reviewer for manuscripts, work, | | | |
| | 32: 20 | research that's being conducted | | | |
| | 32: 21 | elsewhere, and to provide reviews and | | | |
| | 32: 22 | input and at times editorials, to help | | | |
| | 32: 23 | advance the field insofar as biomedical | | | |
| | 32: 24 | research and literature. | | | |
| | 33: 1 | Q:  You have been an | | | |
| | 33: 2 | investigator, according to your vitae, on | | | |
| | 33: 3 | many NIH projects, National Institutes of | | | |
| | 33: 4 | Health. Briefly, a few sentences, tell | | | |
| | 33: 5 | us about that. | | | |
| 5 | **33:8  -  34:4** | Topol, Eric 2005-11-22 | 00:00:45 | | |
| | 33: 8 | THE WITNESS:  Well, the main | | | |
| | 33: 9 | one is at a specialized center of | | | |
| | 33: 10 | clinically-oriented research, | | | |
| | 33: 11 | which is the flagship grant of the | | | |
| | 33: 12 | NIH, which I was awarded a year | | | |
| | 33: 13 | ago. It's a five-year grant for | | | |
| | 33: 14 | nearly $18 million to support our | | | |
| | 33: 15 | work in genetics and genomics of | | | |
| | 33: 16 | coronary artery disease and heart | | | |
| | 33: 17 | attack, and that's been the main | | | |
| | 33: 18 | research interest that I've had | | | |
| | 33: 19 | over the past five years, has been | | | |
| | 33: 20 | in the genetics and genomics of | | | |
| | 33: 21 | heart attack. | | | |
| | 33: 22 | BY MR. KLINE: | | | |
| | 33: 23 | Q:  You've been a manuscript | | | |
| | 33: 24 | reviewer for a number of journals, peer | | | |
| | 34: 1 | review, including Nature, Science, the | | | |
| | 34: 2 | New England Journal of Medicine, JAMA, | | | |
| | 34: 3 | Lancet and many other prestigious | | | |
| | 34: 4 | journals; correct? | | | |
| 6 | **34:7  -  34:20** | Topol, Eric 2005-11-22 | 00:00:25 | | |
| | 34: 7 | THE WITNESS:  Yes. | | | |
| | 34: 8 | BY MR. KLINE: | | | |
| | 34: 9 | Q:  I have by count, and I'm | | | |
| | 34: 10 | doing all of this, I might say, just to | | | |
| | 34: 11 | save time, to get through all of this, | | | |
| | 34: 12 | you have by my count, 909 original | | | |
| | 34: 13 | publications in the scientific | | | |
| | 34: 14 | literature. Does that sound about right? | | | |
| | 34: 15 | A:  That's about right. | | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | 34: 16 | Q: You have 36 collaborative | | |
| | 34: 17 | group-authored papers, meaning papers | | |
| | 34: 18 | where a group is mentioned, not you, but | | |
| | 34: 19 | you really were a major contributor. Is | | |
| | 34: 20 | that also correct? | | |

**7   34:23 - 34:24**   Topol, Eric 2005-11-22   00:00:02
34: 23   THE WITNESS: That's
34: 24   correct.

**35:02:00 - 35:07:00**   Topol, Eric 2005-11-22
35  2   2   Q.   You are -- you have 39
35  3   3   articles submitted for publication at the
35  4   4   time that the curriculum vitae you handed
35  5   5   us was.  In other words, these are not
35  6   6   even yet published, they're in the mill;
35  7   7   is that correct?

**9   35:10 - 35:13**   Topol, Eric 2005-11-22   00:00:03
35: 10   THE WITNESS: Yes.
35: 11   BY MR. KLINE:
35: 12   Q: Again, by my count, an
35: 13   author or co-author on 30 books?

**10   35:16 - 35:19**   Topol, Eric 2005-11-22   00:00:01
35: 16   THE WITNESS: That's
35: 17   correct.
35: 18   BY MR. KLINE:
35: 19   Q: 164 book chapters?

**11   35:22 - 36:15**   Topol, Eric 2005-11-22   00:00:38
35: 22   THE WITNESS: That's
35: 23   correct.
35: 24   BY MR. KLINE:
36: 1   Q:  And these all deal in the
36: 2   field of cardiology, sir?
36: 3   A:  Virtually all are cardiology
36: 4   pieces of work, yes.
36: 5   Q:  And there was a recent
36: 6   article, and I'd like you to tell me if
36: 7   this is correct, it sort of pulls some
36: 8   things together, on November 11th in the
36: 9   Associated Press which says, 'One medical
36: 10   journal index service ranked Topol as the
36: 11   eighth most cited medical researcher
36: 12   among its index publications in the past
36: 13   ten years with his 498 papers cited by
36: 14   colleagues, 21,050 times.'
36: 15   Is that about correct?

**12   36:18 - 37:22**   Topol, Eric 2005-11-22   00:01:08
36: 18   THE WITNESS: That's
36: 19   correct. The ISI ranks medical
36: 20   researchers, and in the last ten
36: 21   years, I'm ranked number eight of
36: 22   the most widely cited medical
36: 23   researchers in the world. So,
36: 24   that's correct.
37: 1   BY MR. KLINE:
37: 2   Q: Let me ask it in a different
37: 3   way just to be sure.
37: 4   How does the -- what is the
37: 5   ISI, and how does it rank you as someone
37: 6   who is cited by others in the medical
37: 7   field?
37: 8   A:  That means that if you
37: 9   publish a paper and that paper is cited
37: 10   by others, that's the cumulative tally of
37: 11   citations of your impact in the medical

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 37: 12 | literature, in the medical community, and | | |
| | 37: 13 | so that is the most highly regarded | | |
| | 37: 14 | authority for collating that data. And | | |
| | 37: 15 | in the ten-year cumulative tally, as you | | |
| | 37: 16 | mentioned, somewhere around 500 | | |
| | 37: 17 | manuscripts were published, and that was | | |
| | 37: 18 | the eighth leading, I believe, citation | | |
| | 37: 19 | tally in the rankings. | | |
| | 37: 20 | Q:  Are you, sir, with this | | |
| | 37: 21 | background, an expert in the field of | | |
| | 37: 22 | cardiovascular medicine? | | |
| 13 | 38:1  -  38:2 | Topol, Eric 2005-11-22          00:00:02 | | |
| | 38: 1 | THE WITNESS:  I believe I | | |
| | 38: 2 | am, yes. | | |
| 14 | 38:19  -  39:17 | Topol, Eric 2005-11-22          00:00:53 | | |
| | 38: 19 | Q:  Sir, at some point in time | | |
| | 38: 20 | you became interested in the drug Vioxx; | | |
| | 38: 21 | is that correct? | | |
| | 38: 22 | A:  Yes. | | |
| | 38: 23 | Q:  And that would have been | | |
| | 38: 24 | sometime around what year? | | |
| | 39: 1 | A:  Well, it was February 2001. | | |
| | 39: 2 | Q:  Okay. | | |
| | 39: 3 | Now, I want to fast forward | | |
| | 39: 4 | before going to February 2001, which I'll | | |
| | 39: 5 | go back. | | |
| | 39: 6 | Between February 2001 and | | |
| | 39: 7 | today, sitting here today, which is | | |
| | 39: 8 | November -- | | |
| | 39: 9 | MS. VANCE:  22. | | |
| | 39: 10 | BY MR. KLINE: | | |
| | 39: 11 | Q:  -- 22nd of 2005, have you | | |
| | 39: 12 | expressed certain opinions publicly and | | |
| | 39: 13 | in the academic literature, as well as | | |
| | 39: 14 | privately in e-mails and writings, | | |
| | 39: 15 | relating to your beliefs and opinions | | |
| | 39: 16 | regarding the drug Vioxx? | | |
| | 39: 17 | A:  Yes, certainly. | | |
| 15 | 44:8  -  44:13 | Topol, Eric 2005-11-22          00:00:22 | | |
| | 44: 8 | Q:  Now, you also formed | | |
| | 44: 9 | opinions relating to the conduct of the | | |
| | 44: 10 | pharmaceutical company, Merck, and its | | |
| | 44: 11 | conduct of research and its marketing and | | |
| | 44: 12 | its making available to the public the | | |
| | 44: 13 | drug Vioxx; is that correct? | | |
| 16 | 44:16  -  44:17 | Topol, Eric 2005-11-22          00:00:02 | | |
| | 44: 16 | THE WITNESS:  That's | | |
| | 44: 17 | correct. | | |
| 17 | 45:5  -  45:20 | Topol, Eric 2005-11-22          00:00:34 | | |
| | 45: 5 | Q:  Now, what I'd like to do is | | |
| | 45: 6 | to show you a document which is from | | |
| | 45: 7 | November 24, '04, marked as Exhibit | | |
| | 45: 8 | Number 2. | | |
| | 45: 9 | - - - | | |
| | 45: 10 | (Whereupon, Deposition | | |
| | 45: 11 | Exhibit Topol-2, E-mails, TOPOLE | | |
| | 45: 12 | 0000450, was marked for | | |
| | 45: 13 | identification.) | | |
| | 45: 14 | - - - | | |
| | 45: 15 | BY MR. KLINE: | | |
| | 45: 16 | Q:  It's an e-mail from you to | | |
| | 45: 17 | David Graham. Who is David Graham? | | |
| | 45: 18 | A:  David Graham is a safety | | |
| | 45: 19 | officer at the Food & Drug | | |
| | 45: 20 | Administration. | | |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 18 | 46:23 - 47:6 | Topol, Eric 2005-11-22 | 00:00:19 | | |
| | 46: 23 | Q: Does this e-mail reflect | | | |
| | 46: 24 | some of the opinions and conclusions that | | | |
| | 47: 1 | you reached relating to Merck's conduct | | | |
| | 47: 2 | of its scientific studies and its | | | |
| | 47: 3 | marketing of the drug Vioxx over the past | | | |
| | 47: 4 | four years since you have become involved | | | |
| | 47: 5 | in the matter? | | | |
| | 47: 6 | A: Yes. | | | |
| 19 | 50:1 - 51:1 | Topol, Eric 2005-11-22 | 00:00:55 | | |
| | 50: 1 | Sir, I'm looking at the part | | | |
| | 50: 2 | where you say, 'I am bothered.' Do you | | | |
| | 50: 3 | see where you say to David Graham -- is | | | |
| | 50: 4 | Graham a physician? | | | |
| | 50: 5 | A: Yes. | | | |
| | 50: 6 | Q: So, you're saying to Dr. | | | |
| | 50: 7 | Graham, 'I am bothered.' Would you read | | | |
| | 50: 8 | that for us, please? | | | |
| | 50: 9 | A: 'I am bothered by the | | | |
| | 50: 10 | continued outrageous lies of Merck with | | | |
| | 50: 11 | their fullpage ads that 'they | | | |
| | 50: 12 | published everything' and that they never | | | |
| | 50: 13 | had a trial which showed any harm of | | | |
| | 50: 14 | Vioxx until APPROVe, when, in fact, there | | | |
| | 50: 15 | were two by May 2000.' | | | |
| | 50: 16 | Q: Continue, | | | |
| | 50: 17 | A: 'I am also upset that the | | | |
| | 50: 18 | story of their scientific misconduct for | | | |
| | 50: 19 | the VIGOR paper in' the New England | | | |
| | 50: 20 | Journal of Medicine, that's 'NEJM, with | | | |
| | 50: 21 | errors of omission (deaths), erroneous | | | |
| | 50: 22 | data (MIs),' or heart attacks, 'and | | | |
| | 50: 23 | incomplete data (more than 1/2 of the | | | |
| | 50: 24 | thrombotic events) has not received any | | | |
| | 51: 1 | attention whatsoever.' | | | |
| | 52:2 - 52:4 | | | **[52:2-53:11]** | **Irvin 2:** Sustained. |
| | 52: 2 | Q. Do you believe that there | | **Def.'s Obj.:** 403, 611. | **Barnett:** Overruled. |
| | 52: 3 | were, in the context of what Merck did, | | | **Smith:** Not played. |
| | 52: 4 | "outrageous lies" by Merck? | | | **Mason:** Not played. |
| | 52:7 - 52:17 | | | | |
| | 52: 7 | THE WITNESS: I believe that | | | |
| | 52: 8 | the data has been seriously | | | |
| | 52: 9 | misrepresented, yes. | | | |
| | 52: 10 | BY MR. KLINE: | | | |
| | 52: 11 | Q. You said in the next to last | | | |
| | 52: 12 | sentence there, "This," the words, "This | | | |
| | 52: 13 | cannot." Do you see it in the very last | | | |
| | 52: 14 | sentence? | | | |
| | 52: 15 | A. This cannot? | | | |
| | 52: 16 | Q. "This cannot stand and the | | | |
| | 52: 17 | truth about Vioxx needs to come out." | | | |
| | 52:20 - 52:21 | | | **[52:20] - [52:21] and [53:8] - [53:11]** | **Irvin 2:** Sustained. |
| | 52: 20 | THE WITNESS: Yes, yes. | | **Deft's Obj:** 403, 611(a), 611(c) | **Barnett:** Overruled. |
| | 52: 21 | That's what I wrote. | | **Pl's Resp:** Not leading; Proper | **Smith:** Not played. |
| | | | | follow-up questions to statements | **Mason:** Not played. |
| | 53:8 - 53:11 | | | in document above. Defendant | |
| | 53: 8 | Q. And today, sir, are you | | fails to object to form and give | |
| | 53: 9 | prepared to tell what you believe to be | | opportunity to cure. | |
| | 53: 10 | the truth about Vioxx? | | | |
| | 53: 11 | A. Absolutely. | | | |
| 20 | 53:23 - 54:14 | Topol, Eric 2005-11-22 | 00:00:38 | | |
| | 53: 23 | Q: Let me show you an article | | | |
| | 53: 24 | which was in the Cleveland Clinic Journal | | | |
| | 54: 1 | in December of 2004. December of 2004, | | | |
| | 54: 2 | there's an article which was written, | | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| | 54: 3    you'll have it in your hands in a moment, <br> 54: 4    called 'The sad story of Vioxx, and what <br> 54: 5    we should learn from it.' Did you <br> 54: 6    co-author that article? <br> 54: 7    A:  Yes, I did. <br> 54: 8    Q:  What is the Cleveland Clinic <br> 54: 9    Journal of Medicine? <br> 54: 10   A:  That's the medical journal <br> 54: 11   of this institution, which is widely <br> 54: 12   circulated, has a circulation of nearly <br> 54: 13   100,000 physicians and paraprofessional <br> 54: 14   staff. | | |
| 21 | **54:20 - 54:23**    Topol, Eric 2005-11-22     00:00:12 <br> 54: 20   Is this a road map to the <br> 54: 21   saga or the story of Vioxx, as you see it <br> 54: 22   as a researcher and prominent physician <br> 54: 23   in cardiology? | | |
| 22 | **55:6 - 55:09:00**    Topol, Eric 2005-11-22     00:00:09 <br> 55: 6    Q:  Please, sir. <br> 55: 7    A:  I believe it's certainly <br> 55: 8    part of trying to get the facts straight <br> 55: 9    about this very sad story, yes. | | |
| 23 | **56:11 - 56:15**    Topol, Eric 2005-11-22     00:00:08 <br> 56: 11   Q:  Tell us the story as you <br> 56: 12   understand it as it happened in 1999 <br> 56: 13   based on what you know, and tell us how <br> 56: 14   you knew it and what you know and how the <br><br> 56: 15   story began. | | |
| 24 | **56:22 - 57:15**    Topol, Eric 2005-11-22     00:00:44 <br> 56: 22   THE WITNESS:  -- in May, the <br> 56: 23   FDA approved Vioxx for commercial <br> 56: 24   use, so, that is an important <br> 57: 1    time, timeline. That was also at <br> 57: 2    the time when the FDA had a formal <br> 57: 3    review of the medicine, where the <br> 57: 4    primary reviewer already had <br> 57: 5    expressed in her document, Dr. <br> 57: 6    Villalba, that there was a concern <br> 57: 7    regarding clotting events with <br> 57: 8    Vioxx even at the time of approval <br> 57: 9    in May 1999: <br> 57: 10   BY MR. KLINE: <br> 57: 11   Q:  You write here that, 'The <br> 57: 12   approval was based on data from trials <br> 57: 13   lasting 3 to 6 months and involving <br> 57: 14   patients at low risk for cardiovascular <br> 57: 15   illness.' Do you see that? | | |
| 25 | **57:18 - 57:21**    Topol, Eric 2005-11-22     00:00:04 <br> 57: 18   THE WITNESS:  That's right. <br> 57: 19   BY MR. KLINE: <br> 57: 20   Q:  What is the significance of <br> 57: 21   that fact? | | |
| 26 | **57:24 - 58:12**    Topol, Eric 2005-11-22     00:00:22 <br> 57: 24   THE WITNESS:  Well, this is <br> 58: 1    one of the most significant parts <br> 58: 2    of the whole clinical development <br> 58: 3    of the Vioxx medicine, and that is <br> 58: 4    that patients with heart disease <br> 58: 5    were not tested in any meaningful <br> 58: 6    way, and we know from multiple <br> 58: 7    databases and surveys that at <br> 58: 8    least 40 to 50 percent of the <br> 58: 9    patients who actually took this <br> 58: 10   medicine when it was in clinical | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  | 58: 11 | use actually did have known heart |  |  |
|  |  | 58: 12 | disease. |  |  |

**27**   **58:20 - 58:21**   Topol, Eric 2005-11-22   00:00:02
58: 20   Q: Why, as you view it, is that
58: 21   an important fact?

**28**   **58:24 - 59:13**   Topol, Eric 2005-11-22   00:00:28
58: 24   THE WITNESS: Well, it's
59: 1   important because if the medicine
59: 2   has a clotting risk in arteries
59: 3   such that it could induce heart
59: 4   attacks, strokes or death, the
59: 5   patients who are most liable to
59: 6   suffer as a consequence of that
59: 7   would be patients with preexisting
59: 8   or known atherosclerotic artery
59: 9   disease.
59: 10   BY MR. KLINE:
59: 11   Q: And did this medicine or
59: 12   does this medicine, in your opinion, have
59: 13   such a risk?

**29**   **59:16 - 59:23**   Topol, Eric 2005-11-22   00:00:11
59: 16   THE WITNESS: There isn't
59: 17   any question about the medicine's
59: 18   risk in this regard.
59: 19   BY MR. KLINE:
59: 20   Q: When you say there's no
59: 21   question, sir, can you give us broadly,
59: 22   and then I'll get into details with you
59: 23   later, broadly why you say that?

**30**   **60:2 - 60:11**   Topol, Eric 2005-11-22   00:00:23
60: 2   THE WITNESS: Well, the
60: 3   medicine's risk, Vioxx's risk, has
60: 4   been evident since trials
60: 5   conducted in 1999 and all the way
60: 6   through the time of withdrawal in
60: 7   September 30, 2004.
60: 8   BY MR. KLINE:
60: 9   Q: Have there been multiple
60: 10   tests and multiple studies that have, in
60: 11   your opinion, proven that fact?

**31**   **60:14 - 60:18**   Topol, Eric 2005-11-22   00:00:12
60: 14   THE WITNESS: There's been
60: 15   replication of untoward
60: 16   significant excess of events of
60: 17   heart attack, death and stroke in
60: 18   multiple trials. That's right.

**32**   **61:5 - 61:13**   Topol, Eric 2005-11-22   00:00:17
61: 5   Q: I didn't say in the
61: 6   beginning of this deposition. You were
61: 7   subpoenaed for this deposition; is that
61: 8   correct, sir?
61: 9   A: That's correct.
61: 10   Q: And you have not been -- you
61: 11   are not serving here as an expert witness
61: 12   for any party; is that correct?
61: 13   A: No, I'm not.

**33**   **62:3 - 62:22**   Topol, Eric 2005-11-22   00:00:34
62: 3   Q: Now, there was a study
62: 4   called VIGOR; is that correct?
62: 5   A: Yes.
62: 6   Q: And you eventually became
62: 7   familiar with this study called VIGOR;
62: 8   correct?
62: 9   A: Yes.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 62: 10    Q: Did you participate in it? | | |
| 62: 11    A: No, not at all. | | |
| 62: 12    Q: Who did that study? | | |
| 62: 13    A: This study was done by | | |
| 62: 14    rheumatologists, the doctors looking | | |
| 62: 15    after patients with rheumatoid arthritis. | | |
| 62: 16    It was a large trial by a network of | | |
| 62: 17    rheumatologists and patients, about 8,000 | | |
| 62: 18    patients with rheumatoid arthritis. | | |
| 62: 19    Q: Who funded the study? | | |
| 62: 20    A: Merck. | | |
| 62: 21    Q: Who conducted the study? | | |
| 62: 22    A: Merck. | | |
| | | |
| **62:23 -   63:7**    Topol, Eric 2005-11-22 | | |
| 62: 23    Q.  By the way, back to 1999 for | | |
| 62: 24    a moment.  Before the drug was even | | |
| 63: 1    studied clinically in patients, were | | |
| 63: 2    there, to your knowledge, signals and | | |
| 63: 3    issues relating to the drug from a | | |
| 63: 4    pharmacological perspective that would | | |
| 63: 5    indicate that the drug had any | | |
| 63: 6    significant cardiovascular risks of any | | |
| 63: 7    kind?  Yes or no? | | |
| | | |
| **63:10 -   65:12**    Topol, Eric 2005-11-22 | | |
| 63: 10    THE WITNESS:  There have | | |
| 63: 11    been published papers, for | | |
| 63: 12    example, by Dr. Garret FitzGerald, | | |
| 63: 13    antedating the trials, which | | |
| 63: 14    raised a concern regarding | | |
| 63: 15    suppression of prostacyclin, | | |
| 63: 16    which, of course, could be linked | | |
| 63: 17    to the risk of heart attack, but | | |
| 63: 18    it had not been demonstrated in a | | |
| 63: 19    definitive way in clinical trials | | |
| 63: 20    at the time of the approval in May | | |
| 63: 21    1999 | | |
| 63: 22    But what was interesting is | | |
| 63: 23    that in May 1999, there already | | |
| 63: 24    was the VIGOR trial, the very | | |
| 64: 1    largest -- the largest trial of | | |
| 64: 2    Vioxx that was ongoing and heading | | |
| 64: 3    towards completion, but | | |
| 64: 4    nonetheless, the drug had been | | |
| 64: 5    approved in May 1999, knowing that | | |
| 64: 6    this trial would be forthcoming in | | |
| 64: 7    a matter of months. | | |
| 64: 8    BY MR. KLINE: | | |
| 64: 9    Q.  Let me jump ahead for a | | |
| 64: 10    moment. | | |
| 64: 11    There came a point in time | | |
| 64: 12    -- did there come a point in time where | | |
| 64: 13    you published a study in the Journal of | | |
| 64: 14    the American Medical Association? | | |
| 64: 15    A.  Yes. | | |
| 64: 16    Q.  Okay. | | |
| 64: 17    And what did that study | | |
| 64: 18    involve briefly?  I'm going to explore it | | |
| 64: 19    a lot later, but I want to put it in | | |
| 64: 20    context right now. | | |
| 64: 21    A.  Well, the JAMA paper was the | | |
| 64: 22    first published work to call out that | | |
| 64: 23    there was indeed a significant risk of | | |
| 64: 24    heart attack in the VIGOR trial and that | | |
| 65: 1    this needed a whole reset of our thinking | | |
| 65: 2    of the safety of not just Vioxx, but also | | |
| 65: 3    this whole class of COX-2 medicines.  We | | |
| 65: 4    also had the data for Celebrex to analyze | | |
| 65: 5    from their so-called CLASS trial and all | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | 65: 6 | the studies that had been recently | | |
| | 65: 7 | completed. | | |
| | 65: 8 | And so the main conclusion | | |
| | 65: 9 | was that we were concerned about risk and | | |
| | 65: 10 | that patients with heart disease needed | | |
| | 65: 11 | to be appropriately studied. | | |
| | 65: 12 | Q.   In order to -- | | |
| | | | | |
| **65:16 -   66:2** | | Topol, Eric 2005-11-22 | | |
| | 65: 16 | Q.   In order to look at -- in | | |
| | 65: 17 | order to write that article -- and you | | |
| | 65: 18 | were a co-author; correct? | | |
| | 65: 19 | A.   Yes. | | |
| | 65: 20 | Q.   -- did you need at that | | |
| | 65: 21 | point in time in 2001, which would | | |
| | 65: 22 | obviously be true today, to learn and | | |
| | 65: 23 | understand the mechanism of action of the | | |
| | 65: 24 | drug as well as the clinical trials, as | | |
| | 66: 1 | well as the animal and in vivo studies | | |
| | 66: 2 | that were done? | | |
| | | | | |
| **66:5 -   67:3** | | Topol, Eric 2005-11-22 | | |
| | 66: 5 | THE WITNESS:  Well, in order | | |
| | 66: 6 | to write the article, and I was a | | |
| | 66: 7 | senior author, so, I was the | | |
| | 66: 8 | person held responsible for the | | |
| | 66: 9 | article, I had to be familiar with | | |
| | 66: 10 | all those points, that is, the | | |
| | 66: 11 | experimental animal data, the | | |
| | 66: 12 | pharmacokinetics, the pharmacology | | |
| | 66: 13 | of the drug, the background of the | | |
| | 66: 14 | drug and, of course, what clinical | | |
| | 66: 15 | data were available.  It mostly, | | |
| | 66: 16 | of course, centered around the | | |
| | 66: 17 | VIGOR trial. | | |
| | 66: 18 | BY MR. KLINE: | | |
| | 66: 19 | Q.   And how did you educate | | |
| | 66: 20 | yourself on that, sir? | | |
| | 66: 21 | A.   Well, Dr. Mukherjee, who was | | |
| | 66: 22 | our fellow at the time, was pulling all | | |
| | 66: 23 | the studies together.  I was also | | |
| | 66: 24 | reviewing the literature, as well as Dr. | | |
| | 67: 1 | Nissen.  So, the three of us worked | | |
| | 67: 2 | together to put this analysis and then | | |
| | 67: 3 | subsequently the paper together. | | |
| | | | | |
| 34 | **67:5 -  67:15** | Topol, Eric 2005-11-22 | 00:00:22 | |
| | 67: 5 | Following our broad outline | | |
| | 67: 6 | in the article that you wrote in the | | |
| | 67: 7 | Cleveland Clinic Journal of Medicine in | | |
| | 67: 8 | December of 2004, you indicate that | | |
| | 67: 9 | 'VIGOR's strong evidence that rofecoxib' | | |
| | 67: 10 | -- that's the name for Vioxx? | | |
| | 67: 11 | A:  Yes. | | |
| | 67: 12 | Q:  -- 'increases the risk of | | |
| | 67: 13 | MIs,' and it came out of that study; | | |
| | 67: 14 | correct? | | |
| | 67: 15 | A:  That's right. | | |
| | | | | |
| 35 | **67:19 -  67:22** | Topol, Eric 2005-11-22 | 00:00:07 | |
| | 67: 19 | Q:  You also say that 'The | | |
| | 67: 20 | incidence of MIs was higher in the | | |
| | 67: 21 | rofecoxib group than in the naproxen | | |
| | 67: 22 | group.' Is that correct? | | |
| | | | | |
| | **68:1 -   68:2** | | | |
| | 68: 1 | THE WITNESS:  That's | | |
| | 68: 2 | correct. | | |
| | | | | |
| 36 | **68:24 -   69:3** | Topol, Eric 2005-11-22 | 00:00:07 | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | 68: 24 | Q: What did the VIGOR trial | | |
| | 69: 1 | say? What did Merck say that the VIGOR | | |
| | 69: 2 | trial showed relating to cardiovascular | | |
| | 69: 3 | risks? | | |
| 37 | 69:6 - 70:8 | Topol, Eric 2005-11-22                    00:01:03 | | |
| | 69: 6 | THE WITNESS: Right. Well, | | |
| | 69: 7 | I remember it very well, because | | |
| | 69: 8 | the day that that panel had | | |
| | 69: 9 | reviewed all the data, and one of | | |
| | 69: 10 | the panelists was my colleague, | | |
| | 69: 11 | Dr. Steven Nissen, I read -- I was | | |
| | 69: 12 | actually at the medical college of | | |
| | 69: 13 | Georgia, I was a visiting | | |
| | 69: 14 | professor, I was reading the USA | | |
| | 69: 15 | Today that morning, and it said | | |
| | 69: 16 | that this was due to naproxen, | | |
| | 69: 17 | that the VIGOR problems of heart | | |
| | 69: 18 | attack was an issue of naproxen | | |
| | 69: 19 | being beneficial rather than Vioxx | | |
| | 69: 20 | being detrimental. | | |
| | 69: 21 | So, I was a little puzzled | | |
| | 69: 22 | by that, but I didn't think too | | |
| | 69: 23 | much of it until I got back to | | |
| | 69: 24 | Cleveland, and the next day met | | |
| | 70: 1 | with Dr. Nissen and Dr. Mukherjee | | |
| | 70: 2 | about the FDA proceedings. And | | |
| | 70: 3 | Dr. Nissen explained he didn't | | |
| | 70: 4 | think it was just so simple as the | | |
| | 70: 5 | naproxen hypothesis, as we later | | |
| | 70: 6 | termed it, and we started to drill | | |
| | 70: 7 | down on the data and concluded | | |
| | 70: 8 | that it was quite concerning. | | |
| 38 | 70:13:00 - 72:8 | Topol, Eric 2005-11-22                    00:01:53 | | |
| | 70: 13 | What did you find was | | |
| | 70: 14 | concerning about the VIGOR data? | | |
| | 70: 15 | A: Yes. Well, there were | | |
| | 70: 16 | several things that were particularly | | |
| | 70: 17 | bothersome. Number one, that if naproxen | | |
| | 70: 18 | was protective, it had not ever been | | |
| | 70: 19 | proven, that is, it didn't -- we didn't | | |
| | 70: 20 | know for sure it had an aspirin-like | | |
| | 70: 21 | effect. And so even if we could give -- | | |
| | 70: 22 | assign naproxen the same magnitude of | | |
| | 70: 23 | protection as aspirin, that would be at | | |
| | 70: 24 | maximum a 25 percent reduction in heart | | |
| | 71: 1 | attacks, which has been very carefully | | |
| | 71: 2 | studied for aspirin. | | |
| | 71: 3 | So, if naproxen was as good | | |
| | 71: 4 | as aspirin, that could be 25 percent | | |
| | 71: 5 | reduction. But on the other hand, in | | |
| | 71: 6 | VIGOR, we saw a 500 percent, that is, a | | |
| | 71: 7 | 20-fold increase in heart attacks. So, | | |
| | 71: 8 | the order of magnitude was greatly in | | |
| | 71: 9 | excess of anything that aspirin could do. | | |
| | 71: 10 | Furthermore, the second | | |
| | 71: 11 | point, in that if you have a randomized | | |
| | 71: 12 | trial and you have an experimental arm, | | |
| | 71: 13 | which is a new drug which hasn't been | | |
| | 71: 14 | studied extensively, still a lot of | | |
| | 71: 15 | things that need to be discovered about | | |
| | 71: 16 | it, and you have an anchor drug, | | |
| | 71: 17 | naproxen, that had been available for 20 | | |
| | 71: 18 | years, and if you then do a comparison | | |
| | 71: 19 | and you say, there's more than five-fold | | |
| | 71: 20 | heart attacks and two-fold excess of | | |
| | 71: 21 | cardiovascular serious events, how could | | |
| | 71: 22 | you possibly conclude that it was the | | |
| | 71: 23 | naproxen being beneficial? The only | | |
| | 71: 24 | appropriate conclusion from that would be | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-0165-EEF-DEK Document 8488-6 Filed 11/20/06   Page 13 of 75
Plaintiff's and Defendant's Designations of Eric Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | 72: 1 | that there's a problem with the |  |
|  | 72: 2 | experimental drug Vioxx. |  |
|  | 72: 3 | And beyond those concerns |  |
|  | 72: 4 | was that this trial was done in patients |  |
|  | 72: 5 | with rheumatoid arthritis without heart |  |
|  | 72: 6 | disease, and so whatever was being seen |  |
|  | 72: 7 | in the VIGOR trial could be far worse in |  |
|  | 72: 8 | patients with heart disease. |  |
| 39 | 72:13 - 72:19 | Topol, Eric 2005-11-22 | 00:00:16 |
|  | 72: 13 | Q:  Now, what you've described |  |
|  | 72: 14 | to us in the previous answer, is that |  |
|  | 72: 15 | something that -- is that a capsule of |  |
|  | 72: 16 | what you were thinking, you and your |  |
|  | 72: 17 | colleagues were thinking, but you in |  |
|  | 72: 18 | particular, when you saw the VIGOR trial |  |
|  | 72: 19 | published in the New England Journal? |  |
| 40 | 72:22 - 73:16 | Topol, Eric 2005-11-22 | 00:00:38 |
|  | 72: 22 | THE WITNESS:  Well, I didn't |  |
|  | 72: 23 | even take notice of the VIGOR |  |
|  | 72: 24 | trial when it was in the New |  |
|  | 73: 1 | England Journal. It wasn't on my |  |
|  | 73: 2 | radar screen, and it didn't really |  |
|  | 73: 3 | catch, I believe, the cardiology |  |
|  | 73: 4 | community, because the heart |  |
|  | 73: 5 | attack part of that publication |  |
|  | 73: 6 | was not -- it was not featured, it |  |
|  | 73: 7 | was the protection from the |  |
|  | 73: 8 | gastrointestinal side effects that |  |
|  | 73: 9 | was the main conclusion, but only |  |
|  | 73: 10 | looked back at that paper after |  |
|  | 73: 11 | the FDA review of the VIGOR data |  |
|  | 73: 12 | and also of the celecoxib data. |  |
|  | 73: 13 | There were two days of FDA |  |
|  | 73: 14 | reviews. One day was devoted to |  |
|  | 73: 15 | Celebrex, and one day was |  |
|  | 73: 16 | dedicated to Vioxx. |  |
| 41 | 74:10 - 74:22 | Topol, Eric 2005-11-22 | 00:00:34 |
|  | 74: 10 | Q:  And it was after the |  |
|  | 74: 11 | hearings in '01 where this, would it be |  |
|  | 74: 12 | fair to say -- I hope there's not an |  |
|  | 74: 13 | objection -- got on your radar screen? |  |
|  | 74: 14 | A:  Yes. It was only after the |  |
|  | 74: 15 | FDA hearing and Dr. Nissen coming back |  |
|  | 74: 16 | and Dr. Mukherjee going through the data, |  |
|  | 74: 17 | getting it all collated and three of us |  |
|  | 74: 18 | meeting, did this become something of an |  |
|  | 74: 19 | area of interest. It certainly was |  |
|  | 74: 20 | nothing in medicine that I had any |  |
|  | 74: 21 | interest in. It wasn't in my field of |  |
|  | 74: 22 | research up until that point in time. |  |
| 42 | 75:3 - 75:4 | Topol, Eric 2005-11-22 | 00:00:02 |
|  | 75: 3 | Q:  Was it something that |  |
|  | 75: 4 | concerned you? |  |
| 43 | 75:7 - 75:18 | Topol, Eric 2005-11-22 | 00:00:17 |
|  | 75: 7 | THE WITNESS:  As soon as we |  |
|  | 75: 8 | looked at -- well, as soon as I |  |
|  | 75: 9 | read about the FDA panel, as I |  |
|  | 75: 10 | said, that morning, in the |  |
|  | 75: 11 | newspaper, I was concerned. But |  |
|  | 75: 12 | that concern was magnified after |  |
|  | 75: 13 | starting to review the data with |  |
|  | 75: 14 | my colleagues at the Cleveland |  |
|  | 75: 15 | Clinic. |  |
|  | 75: 16 | BY MR. KLINE: |  |
|  | 75: 17 | Q:  Okay. |  |
|  | 75: 18 | Were you alarmed? |  |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 44 | **75:21  -  75:22** | Topol, Eric 2005-11-22 | 00:00:01 | |
| | 75: 21 | THE WITNESS: I don't | | |
| | 75: 22 | know -- | | |
| 45 | **76:1  -  76:24** | Topol, Eric 2005-11-22 | 00:00:51 | |
| | 76: 1 | THE WITNESS: -- if I would | | |
| | 76: 2 | use the word 'alarmed,' but I was | | |
| | 76: 3 | significantly concerned that there | | |
| | 76: 4 | was a medicine that was gaining | | |
| | 76: 5 | increased wide scale use. There | | |
| | 76: 6 | already was, of course, extensive | | |
| | 76: 7 | advertisements and popularity of | | |
| | 76: 8 | the medicine, and could something | | |
| | 76: 9 | be wrong. That was a concern. I | | |
| | 76: 10 | would say it was a significant | | |
| | 76: 11 | concern. | | |
| | 76: 12 | BY MR. KLINE: | | |
| | 76: 13 | Q: Okay. | | |
| | 76: 14 | What did you decide to do? | | |
| | 76: 15 | A: So, we decided we would put | | |
| | 76: 16 | together a manuscript to pull all the | | |
| | 76: 17 | data that we could together, because | | |
| | 76: 18 | there had not yet been one, there had not | | |
| | 76: 19 | yet been a registration in the medical | | |
| | 76: 20 | literature to the medical community that | | |
| | 76: 21 | this was potentially a big deal. | | |
| | 76: 22 | Q: Is that the kind of thing | | |
| | 76: 23 | that you do as an independent academic | | |
| | 76: 24 | physician and scientist? | | |
| 46 | **77:3  -  77:15** | Topol, Eric 2005-11-22 | 00:00:23 | |
| | 77: 3 | THE WITNESS: That's an | | |
| | 77: 4 | obligation that we have, is to | | |
| | 77: 5 | process data that's out there, try | | |
| | 77: 6 | to make it available to our | | |
| | 77: 7 | colleagues in the medical | | |
| | 77: 8 | community, and in the interest of | | |
| | 77: 9 | patients and caring for patients | | |
| | 77: 10 | in the optimal way. This is the | | |
| | 77: 11 | sort of thing that is critical. | | |
| | 77: 12 | BY MR. KLINE: | | |
| | 77: 13 | Q: Did you undertake what you | | |
| | 77: 14 | did with any axe to grind towards Merck | | |
| | 77: 15 | or towards the drug Vioxx? | | |
| 47 | **77:18  -  78:7** | Topol, Eric 2005-11-22 | 00:00:20 | |
| | 77: 18 | THE WITNESS: I had | | |
| | 77: 19 | absolutely no axe to grind. I had | | |
| | 77: 20 | an excellent relationship with | | |
| | 77: 21 | Merck. I had done clinical trials | | |
| | 77: 22 | with Merck. In fact, I had just | | |
| | 77: 23 | completed a very large trial | | |
| | 77: 24 | called TARGET of over 6,000 | | |
| | 78: 1 | patients published in the New | | |
| | 78: 2 | England Journal of Medicine. And | | |
| | 78: 3 | so I actually, for many years, | | |
| | 78: 4 | enjoyed a very good relationship | | |
| | 78: 5 | with Merck. So, I do not believe | | |
| | 78: 6 | there was any axe to grind | | |
| | 78: 7 | whatsoever. | | |
| 48 | **79:11  -  80:9** | Topol, Eric 2005-11-22 | 00:00:52 | |
| | 79: 11 | Tell me what you did then. | | |
| | 79: 12 | I mean, what process did you follow, | | |
| | 79: 13 | briefly? | | |
| | 79: 14 | A: Well, we culled all the data | | |
| | 79: 15 | together, which did appear in the JAMA. | | |
| | 79: 16 | It didn't have much in the way of changes | | |
| | 79: 17 | from our initial submission to the actual | | |
| | 79: 18 | publication in August. But the one | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|    | 79: 19 | concern that came up along the way was |  |  |
|    | 79: 20 | that the data were different in the New |  |  |
|    | 79: 21 | England Journal of Medicine paper |  |  |
|    | 79: 22 | published in November 2000 and the FDA |  |  |
|    | 79: 23 | database that was available in February |  |  |
|    | 79: 24 | 2001. |  |  |
|    | 80: 1 | So, at that point, while we |  |  |
|    | 80: 2 | were ready to submit and did submit the |  |  |
|    | 80: 3 | paper to JAMA for consideration, I sent |  |  |
|    | 80: 4 | the paper to Merck, my colleague, Dr. |  |  |
|    | 80: 5 | Laura Demopoulos, who I had worked on |  |  |
|    | 80: 6 | this so-called TARGET trial, to see why |  |  |
|    | 80: 7 | there were discrepancies in the data |  |  |
|    | 80: 8 | between the published paper and the FDA |  |  |
|    | 80: 9 | database. |  |  |
| 49 | **80:14  -  81:2** | Topol, Eric 2005-11-22 | 00:00:28 |  |
|    | 80: 14 | Q:  You actually went through |  |  |
|    | 80: 15 | the process of getting the information |  |  |
|    | 80: 16 | together and then drafting the paper; is |  |  |
|    | 80: 17 | that correct? |  |  |
|    | 80: 18 | A:  That's correct. |  |  |
|    | 80: 19 | Q:  And did the papers represent |  |  |
|    | 80: 20 | largely your findings and your |  |  |
|    | 80: 21 | conclusions? |  |  |
|    | 80: 22 | A:  Yes. |  |  |
|    | 80: 23 | Q:  And were those findings and |  |  |
|    | 80: 24 | conclusions critical of the VIGOR trial, |  |  |
|    | 81: 1 | as well as raising some concerns relating |  |  |
|    | 81: 2 | to the drug Vioxx? |  |  |
| 50 | **81:5  -  82:6** | Topol, Eric 2005-11-22 | 00:00:49 |  |
|    | 81: 5 | THE WITNESS:  There is no |  |  |
|    | 81: 6 | question they were critical of the |  |  |
|    | 81: 7 | concern about the safety. But I |  |  |
|    | 81: 8 | think the most important statement |  |  |
|    | 81: 9 | that we made, which appears in the |  |  |
|    | 81: 10 | article, was about how there's a |  |  |
|    | 81: 11 | mandate to do the appropriate |  |  |
|    | 81: 12 | clinical trials which had not been |  |  |
|    | 81: 13 | done and wrote, 'definitive |  |  |
|    | 81: 14 | evidence of such an adverse effect |  |  |
|    | 81: 15 | will require a prospective |  |  |
|    | 81: 16 | randomized clinical trial.' 'It |  |  |
|    | 81: 17 | is mandatory to conduct a trial |  |  |
|    | 81: 18 | specifically assessing |  |  |
|    | 81: 19 | cardiovascular risk and benefit of |  |  |
|    | 81: 20 | these agents. Until then, we urge |  |  |
|    | 81: 21 | caution in prescribing these |  |  |
|    | 81: 22 | agents to patients at risk for |  |  |
|    | 81: 23 | cardiovascular morbidity.' |  |  |
|    | 81: 24 | BY MR. KLINE: |  |  |
|    | 82: 1 | Q:  Okay. |  |  |
|    | 82: 2 | And I'm going to mark a copy |  |  |
|    | 82: 3 | of your JAMA article as the next exhibit |  |  |
|    | 82: 4 | number. While it's being marked, let me |  |  |
|    | 82: 5 | save time so we can keep the ball |  |  |
|    | 82: 6 | rolling. I'll mark it. |  |  |
| 51 | **83:7  -  83:13** | Topol, Eric 2005-11-22 | 00:00:14 |  |
|    | 83: 7 | Q:  Now, along the way, I want |  |  |
|    | 83: 8 | to go through with you a couple of steps |  |  |
|    | 83: 9 | along the way. I don't want to spend a |  |  |
|    | 83: 10 | lot of time on it, but I do want to get |  |  |
|    | 83: 11 | the process. Before you published it, |  |  |
|    | 83: 12 | you said to me, and I'm just recapping, |  |  |
|    | 83: 13 | that you talked to Dr. Demopoulos? |  |  |
| 52 | **83:16  -  85:6** | Topol, Eric 2005-11-22 | 00:01:11 |  |
|    | 83: 16 | THE WITNESS:  Yes. |  |  |
|    | 83: 17 | BY MR. KLINE: |  |  |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| | 83: 18 | Q: You actually -- and I have a | | |
| | 83: 19 | copy of this. You actually sent to her | | |
| | 83: 20 | the manuscript; correct? | | |
| | 83: 21 | A: Yes. | | |
| | 83: 22 | Q: In advance? | | |
| | 83: 23 | A: Yes. | | |
| | 83: 24 | Q: And what was the purpose of | | |
| | 84: 1 | sending her the manuscript, as you viewed | | |
| | 84: 2 | it? | | |
| | 84: 3 | A: The main purpose was to | | |
| | 84: 4 | reconcile the differences in data that | | |
| | 84: 5 | had been published in the New England | | |
| | 84: 6 | Journal of Medicine and what was | | |
| | 84: 7 | appearing in the FDA database. There | | |
| | 84: 8 | were some significant discrepancies. | | |
| | 84: 9 | Q: The FDA database was made | | |
| | 84: 10 | available after the February 2001 hearing | | |
| | 84: 11 | to the public; is that correct? | | |
| | 84: 12 | A: That's right. | | |
| | 84: 13 | Q: Posted on the website? | | |
| | 84: 14 | A: Posted on their website. | | |
| | 84: 15 | Q: Available to anyone to see? | | |
| | 84: 16 | A: Absolutely. | | |
| | 84: 17 | Q: And Merck, did you have | | |
| | 84: 18 | access to their internal data? | | |
| | 84: 19 | A: No, we did not. | | |
| | 84: 20 | Q: Did you want to get it? | | |
| | 84: 21 | A: Well, that's one of the | | |
| | 84: 22 | reasons that I tried to reach out to Dr. | | |
| | 84: 23 | Demopoulos. Since I had worked with her, | | |
| | 84: 24 | we had a very good relationship in our | | |
| | 85: 1 | other trial that we had done, I know she | | |
| | 85: 2 | did not do research in this area of COX-2 | | |
| | 85: 3 | inhibitors, but I thought she could be | | |
| | 85: 4 | helpful to get these concerns about data | | |
| | 85: 5 | inconsistencies straightened out. | | |
| | 85: 6 | Q: Was the data forthcoming? | | |
| 53 | 85:11 - 85:17 | Topol, Eric 2005-11-22 | 00:00:13 | |
| | 85: 11 | THE WITNESS: We never | | |
| | 85: 12 | received any revisions from anyone | | |
| | 85: 13 | from Merck. That was never sent | | |
| | 85: 14 | to us, any suggestions, changes of | | |
| | 85: 15 | data. There was never anything | | |
| | 85: 16 | sent back to me or to my | | |
| | 85: 17 | colleagues. | | |
| 54 | 87:6 - 87:11 | Topol, Eric 2005-11-22 | 00:00:09 | |
| | 87: 6 | Q: I'm going to show you an | | |
| | 87: 7 | e-mail. I will mark it as the next | | |
| | 87: 8 | exhibit number. I'm going to put it in | | |
| | 87: 9 | the record, it's brief, to save some -- | | |
| | 87: 10 | you know what, I can put it right in | | |
| | 87: 11 | front of you. Exhibit Number 5. | | |
| | 87:19 - 88:4 | Topol, Eric 2005-11-22 | | |
| | 87: 19 | Q. You'll see here it says, "It | | |
| | 87: 20 | was great to have the opportunity to meet | | |
| | 87: 21 | you in person." This was after you met | | |
| | 87: 22 | with them. "We appreciate the time you | | |
| | 87: 23 | took," and it is a request from a woman | | |
| | 87: 24 | by the name of Alise Reicin. Do you know | | |
| | 88: 1 | who Alise Reicin was? | | |
| | 88: 2 | A. She was one of the people | | |
| | 88: 3 | who visited me. I had not met her | | |
| | 88: 4 | previous to this. | | |
| 55 | 90:5 - 90:11 | Topol, Eric 2005-11-22 | 00:00:18 | |
| | 90: 5 | Q: Now, it's a copy of -- I | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8348-6 Filed 10/30/06 Page 17 of 75
Plaintiff's and Defendant's Designations for Eric Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | 90: 6 | would like you to identify it, the front |  |
|  | 90: 7 | page of it. There's an e-mail that says |  |
|  | 90: 8 | it's from Alise Reicin to Laura |  |
|  | 90: 9 | Demopoulos. It says, 'Did this in the |  |
|  | 90: 10 | middle of the night -- not sure it makes |  |
|  | 90: 11 | sense.' |  |
| 56 | 90:21 - 90:24 | Topol, Eric 2005-11-22 | 00:00:11 |
|  | 90: 21 | And it says here, it |  |
|  | 90: 22 | basically transmits back Alise Reicin's |  |
|  | 90: 23 | markup, electronic markup of your |  |
|  | 90: 24 | document. Are you familiar with it? |  |
| 57 | 91:3 - 91:14 | Topol, Eric 2005-11-22 | 00:00:13 |
|  | 91: 3 | THE WITNESS:  I've never |  |
|  | 91: 4 | seen this. |  |
|  | 91: 5 | BY MR. KLINE: |  |
|  | 91: 6 | Q:  Okay. |  |
|  | 91: 7 | I want you to turn to Page |  |
|  | 91: 8 | 8, sir. I want to find out if this is |  |
|  | 91: 9 | something that was ever suggested to you. |  |
|  | 91: 10 | If you'd look at the front |  |
|  | 91: 11 | page, please, first. Front page. |  |
|  | 91: 12 | A:  Oh, yes. |  |
|  | 91: 13 | Q:  Sorry. |  |
|  | 91: 14 | A:  Yes. |  |
| 58 | 91:21 - 91:23 | Topol, Eric 2005-11-22 | 00:00:05 |
|  | 91: 21 | 'Selective COX-2 Inhibitors |  |
|  | 91: 22 | Are Associated With an Increased Risk of |  |
|  | 91: 23 | Cardiovascular Events.' |  |
| 59 | 92:10 - 92:11:00 | Topol, Eric 2005-11-22 | 00:00:01 |
|  | 92: 10 | Q:  Do you see it? |  |
|  | 92: 11 | A:  Yes. |  |
| 60 | 92:18 - 92:24 | Topol, Eric 2005-11-22 | 00:00:11 |
|  | 92: 18 | Q:  This is your paper; correct? |  |
|  | 92: 19 | A:  Yes. Well, I mean, this was |  |
|  | 92: 20 | the one that apparently was worked over. |  |
|  | 92: 21 | Q:  Correct. |  |
|  | 92: 22 | A:  This is not our paper. |  |
|  | 92: 23 | Q:  Were you aware of the fact |  |
|  | 92: 24 | that Merck was working over your paper? |  |
| 61 | 93:3 - 93:23 | Topol, Eric 2005-11-22 | 00:00:46 |
|  | 93: 3 | THE WITNESS:  I had no idea |  |
|  | 93: 4 | until this very moment. |  |
|  | 93: 5 | BY MR. KLINE: |  |
|  | 93: 6 | Q:  Look under 'Results' on Page |  |
|  | 93: 7 | 8. Do you see -- I'd like you to look at |  |
|  | 93: 8 | the -- don't look at the underlined |  |
|  | 93: 9 | sentence yet. Look at the last -- the |  |
|  | 93: 10 | sentence that begins, 'The results of the |  |
|  | 93: 11 | event-free survival analysis on the 66 |  |
|  | 93: 12 | cases showed that the relative risk of |  |
|  | 93: 13 | developing a cardiovascular event in |  |
|  | 93: 14 | rofecoxib treatment arm was 2.37' |  |
|  | 93: 15 | percent. |  |
|  | 93: 16 | That's something you |  |
|  | 93: 17 | eventually told people in your JAMA |  |
|  | 93: 18 | paper; correct? |  |
|  | 93: 19 | A:  Yes. |  |
|  | 93: 20 | Q:  Did you know or did they |  |
|  | 93: 21 | suggest it directly to you that according |  |
|  | 93: 22 | to Dr. Reicin, 'we prefer to flip the |  |
|  | 93: 23 | data and say it was reduced on naproxen'? |  |
| 62 | 94:2 - 94:5 | Topol, Eric 2005-11-22 | 00:00:08 |
|  | 94: 2 | THE WITNESS:  It's amazing. |  |
|  | 94: 3 | Yes, I see it here, but it's |  |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  | amazing. It certainly didn't | | |
|  | appear in our manuscript. | | |

| 63 | **95:15 - 97:2** | Topol, Eric 2005-11-22 | 00:01:34 |
| | 95: 15 | Q:  Sir, your JAMA article, I | |
| | 95: 16 | think you read to me that your conclusion | |
| | 95: 17 | was to call for a full large-scale study; | |
| | 95: 18 | correct? | |
| | 95: 19 | A:  That's right. | |
| | 95: 20 | Q:  Did you want a primary | |
| | 95: 21 | cardiovascular endpoint study performed? | |
| | 95: 22 | A:  Not only did it need to have | |
| | 95: 23 | cardiovascular endpoints, but it had to | |
| | 95: 24 | have cardiovascular patients. Patients | |
| | 96: 1 | had been excluded essentially from all of | |
| | 96: 2 | these studies, and so that was a patient | |
| | 96: 3 | group that we were most worried about, | |
| | 96: 4 | because they would have the highest | |
| | 96: 5 | predisposition to life-threatening | |
| | 96: 6 | events. | |
| | 96: 7 | Q:  Why was it important to | |
| | 96: 8 | study patients who were at high risk for | |
| | 96: 9 | cardiovascular events when taking the | |
| | 96: 10 | drug Vioxx and COX-2s generally? | |
| | 96: 11 | A:  Well, we already knew that a | |
| | 96: 12 | large proportion of patients who have | |
| | 96: 13 | heart disease have concomitant arthritis. | |
| | 96: 14 | And, in fact, in my practice, the vast | |
| | 96: 15 | majority of patients who have come to see | |
| | 96: 16 | me with heart disease, they also have | |
| | 96: 17 | arthritis. But there was the Ray paper | |
| | 96: 18 | in Lancet, the Tennessee Medicaid | |
| | 96: 19 | database, there was the other papers that | |
| | 96: 20 | I have referred to where 45, 50 percent | |
| | 96: 21 | or higher percent of patients taking | |
| | 96: 22 | Vioxx or other medicines in this class | |
| | 96: 23 | had established known coronary heart | |
| | 96: 24 | disease. So, these patients were | |
| | 97: 1 | essentially the highest risk for having a | |
| | 97: 2 | life-threatening event. | |

| 64 | **97:7 - 97:17** | Topol, Eric 2005-11-22 | 00:00:26 |
| | 97: 7 | Q:  So, did your study, what you | |
| | 97: 8 | were proposing, was it to study the drug | |
| | 97: 9 | in those people who were the logical | |
| | 97: 10 | people who were going to take the drug? | |
| | 97: 11 | A:  Yes. The only way we could | |
| | 97: 12 | get to the answer here, was it safe for | |
| | 97: 13 | people with heart disease who have | |
| | 97: 14 | arthritis to take the medicine, was to do | |
| | 97: 15 | a trial in these particular patients who | |
| | 97: 16 | had been completely neglected in the | |
| | 97: 17 | development of Vioxx. | |

| 65 | **99:16 - 100:6** | Topol, Eric 2005-11-22 | 00:00:29 |
| | 99: 16 | Q:  Look at Page 18. | |
| | 99: 17 | A:  Yes. | |
| | 99: 18 | Q:  'Until then,' and this ended | |
| | 99: 19 | up in your paper, 'we urge caution in | |
| | 99: 20 | prescribing these agents to patients at | |
| | 99: 21 | risk for cardiovascular morbidity.' Your | |
| | 99: 22 | words? | |
| | 99: 23 | A:  That's the words that's here | |
| | 99: 24 | in the paper that are published, yes. | |
| | 100: 1 | Q:  The underlined words are Dr. | |
| | 100: 2 | Reicin's, according to her e-mail which | |
| | 100: 3 | she wrote. Did you see what she said? | |
| | 100: 4 | A:  Yes. | |
| | 100: 5 | Q:  'Conclusion needs to be | |
| | 100: 6 | toned down.' | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 66 | **101:18 - 101:21** | Topol, Eric 2005-11-22 | 00:00:13 | |
| | 101: 18 | Q:  And when she came to see | | |
| | 101: 19 | you, sir, did you believe that one of the | | |
| | 101: 20 | purposes was to neutralize you and your | | |
| | 101: 21 | opinion? | | |
| | | | | |
| | **101:24 - 102:2** | | | |
| | 101: 24 | THE WITNESS:  Well, | | |
| | 102: 1 | certainly.  The comments she made | | |
| | 102: 2 | at that meeting would go along | | |
| 67 | **102:3 - 105:2** | Topol, Eric 2005-11-22 | 00:02:26 | |
| | 102: 3 | with that. I mean, she basically | | |
| | 102: 4 | said that -- I remember the | | |
| | 102: 5 | conversation. It actually was | | |
| | 102: 6 | supposed to be three people coming | | |
| | 102: 7 | to visit, which was unusual, to | | |
| | 102: 8 | discuss a manuscript, but because | | |
| | 102: 9 | of our prior relationship with | | |
| | 102: 10 | Merck and Dr. Demopoulos and Dr. | | |
| | 102: 11 | DiBattiste, I had reluctantly | | |
| | 102: 12 | agreed to this meeting. But Dr. | | |
| | 102: 13 | DiBattiste didn't show up, it was | | |
| | 102: 14 | supposed to be the three of them, | | |
| | 102: 15 | and the meeting started out with | | |
| | 102: 16 | that we got it wrong, that we | | |
| | 102: 17 | would be embarrassed. | | |
| | 102: 18 | BY MR. KLINE: | | |
| | 102: 19 | Q:  'We' meaning? | | |
| | 102: 20 | A:  Dr. Nissen, Dr. Mukherjee | | |
| | 102: 21 | and I. | | |
| | 102: 22 | Q:  Three physicians at the | | |
| | 102: 23 | Cleveland Clinic? | | |
| | 102: 24 | A:  Right. | | |
| | 103: 1 | Q:  Got it wrong? | | |
| | 103: 2 | A:  Got it wrong, that we would | | |
| | 103: 3 | be embarrassed if we published this | | |
| | 103: 4 | paper. | | |
| | 103: 5 | Q:  Her word? | | |
| | 103: 6 | A:  That's the word. The word | | |
| | 103: 7 | is 'embarrassed.' And I thought that was | | |
| | 103: 8 | harsh. And she came across as kind of | | |
| | 103: 9 | arrogant, I thought. But we talked it | | |
| | 103: 10 | through, and I explained to her that, you | | |
| | 103: 11 | know, we don't feel that way at all, and | | |
| | 103: 12 | we will stand by our data. We only | | |
| | 103: 13 | wanted the input on inconsistencies of | | |
| | 103: 14 | data. We did not ask to them -- for Dr. | | |
| | 103: 15 | Reicin or colleagues to opine about our | | |
| | 103: 16 | perspective. | | |
| | 103: 17 | But the discussion ended up | | |
| | 103: 18 | okay. You know, she came about the | | |
| | 103: 19 | naproxen hypothesis, which I dismissed as | | |
| | 103: 20 | the explanation. She came with the | | |
| | 103: 21 | rheumatoid arthritis -- that patients | | |
| | 103: 22 | with rheumatoid arthritis, you know, Dr. | | |
| | 103: 23 | Topol, have much higher rates of heart | | |
| | 103: 24 | attack. And I said, well, that doesn't | | |
| | 104: 1 | explain it, because all the patients had | | |
| | 104: 2 | rheumatoid arthritis. So, if there's a | | |
| | 104: 3 | gradient of heart attack, it can't just | | |
| | 104: 4 | be from that explanation. | | |
| | 104: 5 | She also came with the | | |
| | 104: 6 | notion that there were lots of data that | | |
| | 104: 7 | we didn't know about, Dr. Nissen, Dr. | | |
| | 104: 8 | Mukherjee and I, that was in the Merck | | |
| | 104: 9 | files that the FDA had, but we didn't | | |
| | 104: 10 | have access. And I said, well, we can't | | |
| | 104: 11 | comment on data we don't have access to, | | |
| | 104: 12 | and I'm sorry. | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8848-6 Filed 11/20/06   Page 20 of 75
Plaintiff's and Defendant's Designations for Eric Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 104: 13  So, the meeting probably | | |
| 104: 14  went on about an hour-and-a-half. It | | |
| 104: 15  ended cordially. And at times she said | | |
| 104: 16  that Merck was considering doing a trial | | |
| 104: 17  in heart patients, and if we had any | | |
| 104: 18  ideas, she welcomed us to forward a | | |
| 104: 19  proposal, protocol, and that seemed to | | |
| 104: 20  be -- I got the sense it was a gesture. | | |
| 104: 21  I didn't really think that Dr. Reicin was | | |
| 104: 22  serious about it, but nonetheless, I | | |
| 104: 23  thought that we probably should at least | | |
| 104: 24  send some type of protocol sketch if they | | |
| 105: 1  would like to see what our ideas were for | | |
| 105: 2  pursuing this question. | | |
| **68**   **106:14  -  107:12**   Topol, Eric 2005-11-22     00:00:20 | | |
| 106: 14  Q:  Let me just briefly show you | | |
| 106: 15  another document. It's a Merck document, | | |
| 106: 16  Exhibit Number 7. | | |
| 106: 17  - - - | | |
| 106: 18  (Whereupon, Deposition | | |
| 106: 19  Exhibit Topol-7, E-mails, with | | |
| 106: 20  attachment, 'Selective COX-2 | | |
| 106: 21  Inhibitors are Associated with An | | |
| 106: 22  Increased Risk of Cardiovascular | | |
| 106: 23  Events,' (Mukherjee, et al) draft | | |
| 106: 24  manuscript, MRK-ABA0009661 - | | |
| 107: 1  MRK-ABA0009693, was marked for | | |
| 107: 2  identification.) | | |
| 107: 3  - - - | | |
| 107: 4  BY MR. KLINE: | | |
| 107: 5  Q:  Very briefly. And, again, I | | |
| 107: 6  don't have the time to have you sit and | | |
| 107: 7  read the whole thing, but I want you to | | |
| 107: 8  look at the front page. | | |
| 107: 9  Apparently the manuscript | | |
| 107: 10  was further worked on internally at | | |
| 107: 11  Merck. Are you aware of that fact? | | |
| 107: 12  A:  No. | | |
| **69**   **107:15  -  108:10**   Topol, Eric 2005-11-22     00:00:48 | | |
| 107: 15  THE WITNESS:  I had no | | |
| 107: 16  knowledge of that. | | |
| 107: 17  BY MR. KLINE: | | |
| 107: 18  Q:  And there's an e-mail from | | |
| 107: 19  Dr. Demopoulos to a number of people, | | |
| 107: 20  including Alise Reicin. And they took a | | |
| 107: 21  crack at revising it, and if you look at | | |
| 107: 22  the last sentence of the e-mail, 'We | | |
| 107: 23  recognize that the revised' transcript | | |
| 107: 24  'does not completely neutralize the | | |
| 108: 1  potential negative impact of the | | |
| 108: 2  publication, but...it is substantially | | |
| 108: 3  removed from the original. We' feel | | |
| 108: 4  'that revising it further to more | | |
| 108: 5  completely present a Merck perspective | | |
| 108: 6  might alienate the authors and' thus | | |
| 108: 7  'jeopardize our opportunity to contribute | | |
| 108: 8  at all.' | | |
| 108: 9  Did you know that's what was | | |
| 108: 10  going on? | | |
| **70**   **108:13  -  108:14**   Topol, Eric 2005-11-22     00:00:02 | | |
| 108: 13  THE WITNESS:  This is | | |
| 108: 14  remarkable. I didn't know -- | | |
| **71**   **108:17  -  108:18**   Topol, Eric 2005-11-22     00:00:01 | | |
| 108: 17  THE WITNESS:  -- this was | | |
| 108: 18  going on at all. | | |
| **72**   **109:21  -  110:6**   Topol, Eric 2005-11-22     00:00:25 | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| | 109: 21 Q: Is part of the academic<br>109: 22 process -- you've worked --<br>109: 23 You've done studies for<br>109: 24 large pharmaceutical companies, Merck?<br>110: 1 A: Yes.<br>110: 2 Q: Is part of the process to<br>110: 3 get the scientific facts in the medical<br>110: 4 literature, or is the real objective, or<br>110: 5 is part of the objective to get the,<br>110: 6 quote, drug company perspective? | | |
| 73 **110:8 - 110:20** | Topol, Eric 2005-11-22     00:00:21<br>110: 8 THE WITNESS: Well, you<br>110: 9 know, I had been trying to have an<br>110: 10 intellectually fulfilling and<br>110: 11 collaborative relationship with<br>110: 12 people at Merck, and that was<br>110: 13 something that I think we enjoyed<br>110: 14 up until this sort of thing, which<br>110: 15 is obviously a departure from<br>110: 16 that, but --<br>110: 17 BY MR. KLINE:<br>110: 18 Q: Is it --<br>110: 19 A: -- it's unfortunate.<br>110: 20 Q: Is it a departure -- | | |
| 74 **110:24 - 111:4** | Topol, Eric 2005-11-22     00:00:15<br>110: 24 Q: -- from sound academic and<br>111: 1 scientific practice to attempt to<br>111: 2 neutralize papers and try to inject a<br>111: 3 particular perspective, rather than what<br>111: 4 is the down the middle truth? | | |
| 75 **111:8 - 111:14** | Topol, Eric 2005-11-22     00:00:21<br>111: 8 THE WITNESS: Yes. I mean,<br>111: 9 I think that the role of academic<br>111: 10 medicine is to publish a highly<br>111: 11 objective independent processing<br>111: 12 of data and perspective, and<br>111: 13 anything to try to warp that or<br>111: 14 twist it is unacceptable. | | |
| 76 **115:11 - 115:18** | Topol, Eric 2005-11-22     00:00:17<br>115: 11 Q: I'm marking, and those who<br>115: 12 see this will be familiar with this, the<br>115: 13 February 1, 2001 memo of Shari L. Targum<br>115: 14 of the Division of Cardiorenal Drug<br>115: 15 Products at the FDA --<br>115: 16 A: Yes --<br>115: 17 Q: -- correct?<br>115: 18 A: Yes. | | |
| 77 **116:22 - 117:1** | Topol, Eric 2005-11-22     00:00:08<br>116: 22 Q: What are the concerning<br>116: 23 parts to you that were known and flagged<br>116: 24 in the Targum report dated February 1,<br>117: 1 2001? | | |
| 78 **117:4 - 117:6** | Topol, Eric 2005-11-22     00:00:05<br>117: 4 THE WITNESS: On Page 5 it<br>117: 5 talks about the DSMB, which is the<br>117: 6 data and safety monitoring board. | | |
| 79 **117:11 - 118:5** | Topol, Eric 2005-11-22     00:00:52<br>117: 11 Q: Yes.<br>117: 12 A: And the first thing it says<br>117: 13 is during -- this is at the bottom of the<br>117: 14 page, the last paragraph, 'During the<br>117: 15 November 18, 1999 meeting, discussion and<br><br>117: 16 focus on the 'excess deaths and | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 117: 17 | cardiovascular adverse experiences in | | |
| | 117: 18 | group A compared to group B'...In this | | |
| | 117: 19 | report, there were 40 and 17 patients | | |
| | 117: 20 | that discontinued the study because of | | |
| | 117: 21 | cardiovascular adverse events,' and then | | |
| | 117: 22 | there's a blood pressure. And it's | | |
| | 117: 23 | pretty easy to tell which is group A and | | |
| | 117: 24 | group B. | | |
| | 118: 1 | This is November 18, 1999. | | |
| | 118: 2 | This is highly concerning, that there's | | |
| | 118: 3 | excess deaths in a trial and the DSMB is | | |
| | 118: 4 | noting in the course of the VIGOR trial. | | |
| | 118: 5 | Q:  You said November 18, 1999? | | |
| 80 | 118:8  -  118:22 | Topol, Eric 2005-11-22 | 00:00:38 | |
| | 118: 8 | THE WITNESS:  Yes. This | | |
| | 118: 9 | would be a time when any concerns | | |
| | 118: 10 | about the drug, and, of course, | | |
| | 118: 11 | now already the 090 trial, which I | | |
| | 118: 12 | presume we'll get into, that | | |
| | 118: 13 | already was known in May of 1999. | | |
| | 118: 14 | So, now we have the largest | | |
| | 118: 15 | trial ever of the drug, and it's | | |
| | 118: 16 | causing, in the midst of the | | |
| | 118: 17 | trial, excess deaths and serious | | |
| | 118: 18 | cardiovascular events. So, this | | |
| | 118: 19 | did not apparently lead to the | | |
| | 118: 20 | alert that I would have thought in | | |
| | 118: 21 | the course of a large scale trial | | |
| | 118: 22 | of 8,000 patients. | | |
| 81 | 119:2  -  119:5 | Topol, Eric 2005-11-22 | 00:00:16 | |
| | 119: 2 | Q:  What are you saying to us? | | |
| | 119: 3 | Are you saying that in the period by the | | |
| | 119: 4 | year 2001 that there were a series of | | |
| | 119: 5 | things that were known to Merck? | | |
| 82 | 119:9  -  119:19 | Topol, Eric 2005-11-22 | 00:00:20 | |
| | 119: 9 | THE WITNESS:  Well, what's | | |
| | 119: 10 | evident here is it calls out the | | |
| | 119: 11 | 53 versus 29 serious excess deaths | | |
| | 119: 12 | in cardiovascular events as early | | |
| | 119: 13 | as November of 1999. In the wake | | |
| | 119: 14 | of another trial, they had a 760 | | |
| | 119: 15 | percent excess of heart attacks. | | |
| | 119: 16 | BY MR. KLINE: | | |
| | 119: 17 | Q:  What study was the 53 | | |
| | 119: 18 | deaths, for instance? | | |
| | 119: 19 | A:  That's the VIGOR trial. | | |
| 83 | 120:23  -  121:11 | Topol, Eric 2005-11-22 | 00:00:31 | |
| | 120: 23 | Q:  Is what you're saying that | | |
| | 120: 24 | the Targum memo, to put it in | | |
| | 121: 1 | perspective -- | | |
| | 121: 2 | Is what you're saying is | | |
| | 121: 3 | that the VIGOR -- you learned from seeing | | |
| | 121: 4 | this document that the VIGOR data had | | |
| | 121: 5 | been analyzed, as you would expect, going | | |
| | 121: 6 | along at various stages? | | |
| | 121: 7 | A:  Yes. | | |
| | 121: 8 | Q:  And that at various stages, | | |
| | 121: 9 | were there red flags that you can see in | | |
| | 121: 10 | this data? | | |
| | 121: 11 | A:  Exactly. | | |
| 84 | 121:14  -  121:22 | Topol, Eric 2005-11-22 | 00:00:16 | |
| | 121: 14 | THE WITNESS:  Exactly. And | | |
| | 121: 15 | the point is, is that later we're | | |
| | 121: 16 | told that the first time they ever | | |
| | 121: 17 | knew about any problem was well | | |
| | 121: 18 | into 2000, which couldn't possibly | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| | | |

121: 19   be true. Someone of the sponsor
121: 20   had to be alerted by this DSMB
121: 21   concern of excess deaths and
121: 22   serious cardiovascular events.

**85**   **122:3 - 122:14**   Topol, Eric 2005-11-22   00:00:28
122: 3   Q: Now, let's talk about VIGOR,
122: 4   because that was some focus of what you
122: 5   were doing when you retrospectively
122: 6   looked at VIGOR and also a number of
122: 7   other studies including 090.
122: 8   A: Yes.
122: 9   Q: Okay.
122: 10   You looked at, I think, a
122: 11   study called 085, 090, VIGOR. Any other?
122: 12   A: Those are the principal
122: 13   ones. I think all the studies, but those
122: 14   are the ones that we focused on the most.

**86**   **124:17 - 125:4**   Topol, Eric 2005-11-22   00:00:23
124: 17   You looked at the VIGOR
124: 18   trial, and you made some determinations
124: 19   there; correct?
124: 20   A: That's right.
124: 21   Q: Okay.
124: 22   What did you -- I would like
124: 23   you to list out sequentially. If you've
124: 24   covered it already, list it so we have it
125: 1   in a list.
125: 2   What were your major
125: 3   findings as you looked independently back
125: 4   at the VIGOR trial?

**87**   **125:7 - 126:6**   Topol, Eric 2005-11-22   00:00:50
125: 7   THE WITNESS: I think the
125: 8   most important finding is
125: 9   summarized in Figure 1 of that
125: 10   paper, which comes right from the
125: 11   FDA Targum report. And basically
125: 12   what that figure, first time now
125: 13   published to the medical
125: 14   community, it shows that there's a
125: 15   divergence of the heart attack and
125: 16   serious event curves. The event
125: 17   curves is Figure 1, whereby
125: 18   starting at four to six weeks
125: 19   after the start of the medicine,
125: 20   Vioxx compared to naproxen, there
125: 21   is an over two-fold risk of
125: 22   serious events.
125: 23   BY MR. KLINE:
125: 24   Q: That Kaplan-Meier curve,
126: 1   which will be marked -- we don't have to
126: 2   display it right now, but I want to mark
126: 3   it so that it's part of an exhibit to be
126: 4   displayed as part of this transcript. We
126: 5   will put a number 9 on table -- on Figure
126: 6   1 of the Topol JAMA article.

**88**   **126:23 - 127:4**   Topol, Eric 2005-11-22   00:00:13
126: 23   Q: That Figure 1, which is the
126: 24   Kaplan-Meier curve showing the time to
127: 1   cardiovascular adverse events, the line
127: 2   separated how many days?
127: 3   A: Between four and six weeks
127: 4   these curves diverge.

**89**   **127:8 - 127:10**   Topol, Eric 2005-11-22   00:00:03
127: 8   Q: Is this, by the way,
127: 9   something that has been replicated in
127: 10   other studies?

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8843-6 Filed 11/20/06 Page 24 of 75
Plaintiff's and Defendant's Designations of Eric Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|

| 90 | **127:13 - 127:18** | Topol, Eric 2005-11-22 | 00:00:05 | | |
|---|---|---|---|---|---|
| | 127: 13 | THE WITNESS: It's been | | | |
| | 127: 14 | replicated in four randomized | | | |
| | 127: 15 | trials. | | | |
| | 127: 16 | BY MR. KLINE: | | | |
| | 127: 17 | Q: That it separates at an | | | |
| | 127: 18 | early time? | | | |

| 91 | **127:20 - 128:17** | Topol, Eric 2005-11-22 | 00:00:34 | | |
| | 127: 20 | THE WITNESS: That's right. | | | |
| | 127: 21 | BY MR. KLINE: | | | |
| | 127: 22 | Q: Okay. | | | |
| | 127: 23 | And what are those studies? | | | |
| | 127: 24 | A: Study 090, which was a | | | |
| | 128: 1 | six-week trial, which had a 760 percent | | | |
| | 128: 2 | excess within the six weeks. | | | |
| | 128: 3 | Q: Yes. | | | |
| | 128: 4 | A: The VIGOR trial I just | | | |
| | 128: 5 | mentioned. | | | |
| | 128: 6 | Q: Yes. | | | |
| | 128: 7 | A: The ADVANTAGE trial, which | | | |
| | 128: 8 | was a 12-week trial that showed a | | | |
| | 128: 9 | significant excess in the 12-week time | | | |
| | 128: 10 | frame. | | | |
| | 128: 11 | And the VICTOR trial, which | | | |
| | 128: 12 | has not yet been published, which is a | | | |
| | 128: 13 | colon cancer trial of 2,300 patients | | | |
| | 128: 14 | coordinated out of Oxford, which has been | | | |
| | 128: 15 | at least commented on by the | | | |
| | 128: 16 | investigators having immediate excess in | | | |
| | 128: 17 | heart attack risk. | | | |

| 92 | **129:3 - 129:7** | Topol, Eric 2005-11-22 | 00:00:16 | | |
| | 129: 3 | What conclusion have you | | | |
| | 129: 4 | reached, Dr. Topol, relating to the | | | |
| | 129: 5 | increased risk of cardiovascular events, | | | |
| | 129: 6 | heart attacks and strokes relating to | | | |
| | 129: 7 | short-term usage of the drug? | | | |

| 93 | **129:10 - 130:3** | Topol, Eric 2005-11-22 | 00:00:32 | | |
| | 129: 10 | THE WITNESS: Well, there is | | | |
| | 129: 11 | -- I should also add the four | | | |
| | 129: 12 | randomized trials, there's the | | | |
| | 129: 13 | cumulative analysis by Dr. Juni | | | |
| | 129: 14 | published in the Lancet which | | | |
| | 129: 15 | shows no relationship between | | | |
| | 129: 16 | duration of therapy and heart | | | |
| | 129: 17 | attack excess. | | | |
| | 129: 18 | But interestingly, all four | | | |
| | 129: 19 | of these trials, and the | | | |
| | 129: 20 | cumulative Juni analysis, was on | | | |
| | 129: 21 | patients without heart disease. | | | |
| | 129: 22 | So, the risk of it being immediate | | | |
| | 129: 23 | and early could actually be much | | | |
| | 129: 24 | more exaggerated in patients with | | | |
| | 130: 1 | heart disease. | | | |
| | 130: 2 | BY MR. KLINE: | | | |
| | 130: 3 | Q: Any doubt -- | | | |

| 94 | **130:8 - 130:13** | Topol, Eric 2005-11-22 | 00:00:09 | | |
| | 130: 8 | Q: -- about it in your mind? | | | |
| | 130: 9 | A: There isn't any question | | | |
| | 130: 10 | about this. To see it replicated across | | | |
| | 130: 11 | four trials in patients who don't even | | | |
| | 130: 12 | have heart disease is quite an important | | | |
| | 130: 13 | finding. | | | |

| 95 | **130:18 - 131:5** | Topol, Eric 2005-11-22 | 00:00:28 | | |
| | 130: 18 | Q: In this particular | | | |
| | 130: 19 | Kaplan-Meier curve for the VIGOR trial, | | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 130: 20 | that was not published in the New England | | |
| | 130: 21 | Journal of Medicine; is that correct? | | |
| | 130: 22 | A:  No. As I mentioned earlier, | | |
| | 130: 23 | the New England Journal of Medicine paper | | |
| | 130: 24 | featured the gastrointestinal side | | |
| | 131: 1 | effects and benefit, but it did not show | | |
| | 131: 2 | in any graphic form, and there are other | | |
| | 131: 3 | irregularities of this paper, but it | | |
| | 131: 4 | certainly did not highlight the heart | | |
| | 131: 5 | attack problems. | | |
| 96 | 131:20  -  132:2 | Topol, Eric 2005-11-22     00:00:14 | | |
| | 131: 20 | You mentioned already that | | |
| | 131: 21 | there was an increased risk of | | |
| | 131: 22 | cardiovascular events starting at the | | |
| | 131: 23 | six-week period in this study; correct? | | |
| | 131: 24 | A:  Yes. | | |
| | 132: 1 | Q:  Replicated by other studies | | |
| | 132: 2 | we now know later? | | |
| 97 | 132:5  -  132:22 | Topol, Eric 2005-11-22     00:00:26 | | |
| | 132: 5 | THE WITNESS:  Three other | | |
| | 132: 6 | randomized trials. | | |
| | 132: 7 | BY MR. KLINE: | | |
| | 132: 8 | Q:  Yes. | | |
| | 132: 9 | A:  Yes. | | |
| | 132: 10 | Q:  And by the way, I'm going to | | |
| | 132: 11 | get to naproxen. On this naproxen | | |
| | 132: 12 | theory, has there ever been a randomized | | |
| | 132: 13 | clinical trial demonstrating that | | |
| | 132: 14 | naproxen is cardioprotective? | | |
| | 132: 15 | A:  There is no -- there are no | | |
| | 132: 16 | data that I am aware of to show that | | |
| | 132: 17 | naproxen in any randomized trial is | | |
| | 132: 18 | cardioprotective. | | |
| | 132: 19 | Q:  Do you think that if there | | |
| | 132: 20 | were such a study, you would know about | | |
| | 132: 21 | it? | | |
| | 132: 22 | A:  I would think so. | | |
| 98 | 133:1  -  133:4 | Topol, Eric 2005-11-22     00:00:09 | | |
| | 133: 1 | Q:  So, what do you think of | | |
| | 133: 2 | this naproxen hypothesis that was put | | |
| | 133: 3 | forward by Merck to justify the results | | |
| | 133: 4 | in VIGOR? | | |
| 99 | 133:7  -  133:16 | Topol, Eric 2005-11-22     00:00:21 | | |
| | 133: 7 | THE WITNESS:  It doesn't | | |
| | 133: 8 | justify -- I mean, as I mentioned | | |
| | 133: 9 | earlier, the problem is you have | | |
| | 133: 10 | an experimental drug which is not | | |
| | 133: 11 | fully defined, and you compare it | | |
| | 133: 12 | to a drug that's been known for 20 | | |
| | 133: 13 | years. To all of a sudden to | | |
| | 133: 14 | ascribe some type of magical | | |
| | 133: 15 | protective effect without any | | |
| | 133: 16 | basis is not acceptable. | | |
| | 135:11 -  136:3 | Topol, Eric 2005-11-22 | | |
| | 135: 11 | Q.   Okay. | | |
| | 135: 12 | So, your opinion formed in | | |
| | 135: 13 | the context of reviewing this Merck data | | |
| | 135: 14 | and Merck study in VIGOR, was that the | | |
| | 135: 15 | naproxen hypothesis was tenable or | | |
| | 135: 16 | untenable? | | |
| | 135: 17 | MR. GOLDMAN:  Objection, | | |
| | 135: 18 | opinion testimony. | | |
| | 135: 19 |  THE WITNESS:  Well, in the | | |
| | 135: 20 | manuscript, back in 2001, we tried | | |
| | 135: 21 |  to present that that's a possible | | |
| | 135: 22 | explanation.  We actually pointed | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | 135: 23<br>135: 24<br>136: 1<br>136: 2<br>136: 3 | that out in a couple of points in<br>the paper.  But at the end, our<br>cautionary statement was because<br>we didn't believe that this was an<br>acceptable explanation. | | |
| 100 | **136:5 - 136:11**<br>136: 5<br>136: 6<br>136: 7<br>136: 8<br>136: 9<br>136: 10<br>136: 11 | Topol, Eric 2005-11-22<br>Q:  Tell me, Dr. Topol, as you<br>wrote it in JAMA and as you believed it<br>then and today, the significance of 090,<br>the study 090. What was that study?<br>When was it performed? Just tell me what<br>it was and what its significance was to<br>you.   00:00:14 | | |
| 101 | **136:14 - 138:10**<br>136: 14<br>136: 15<br>136: 16<br>136: 17<br>136: 18<br>136: 19<br>136: 20<br>136: 21<br>136: 22<br>136: 23<br>136: 24<br>137: 1<br>137: 2<br>137: 3<br>137: 4<br>137: 5<br>137: 6<br>137: 7<br>137: 8<br>137: 9<br>137: 10<br>137: 11<br>137: 12<br>137: 13<br>137: 14<br>137: 15<br>137: 16<br>137: 17<br>137: 18<br>137: 19<br>137: 20<br>137: 21<br>137: 22<br>137: 23<br>137: 24<br>138: 1<br>138: 2<br>138: 3<br>138: 4<br>138: 5<br>138: 6<br>138: 7<br>138: 8<br>138: 9<br>138: 10 | Topol, Eric 2005-11-22<br>THE WITNESS:  To me, that<br>study has been overlooked. It<br>has, in many ways, extraordinary<br>significance in the clinical<br>development of Vioxx. And the<br>reason is that this study had<br>978 patients. And within the 978<br>patients, they were randomly<br>assigned, they had the typical<br>arthritis, osteoarthritis<br>so-called, they were randomly<br>assigned to Vioxx, a medicine<br>called nabumetone or known as<br>Relafen, which isn't used very<br>much, or placebo.<br>And so what they had were<br>these three arms tested with only<br>12-and-a-half milligrams of Vioxx.<br>So, it's a very low dose of Vioxx<br>relative to these other trials<br>that we've been discussing.<br>BY MR. KLINE:<br>Q:  090 being a 12.5 milligram,<br>as opposed to VIGOR, which was 50?<br>A:  That's right.<br>Q:  Okay.<br>A:  And what is so striking<br>about this trial is that it has, at the<br>end of six weeks of therapy, a<br>statistically significant 760 percent<br>excess of heart attacks. Now, it's not<br>quite 1,000 patient trial, but certainly<br>that can't be minimized. And the point<br>being is that if you see that trial in<br>replication with the problems with VIGOR,<br>you have a very serious problem.<br>But moreover, what is the<br>misleading statements that have been<br>made, is that there have been no trials<br>ever done with Vioxx, before APPROVe,<br>comparing the drug except for naproxen,<br>in which there was a risk. In fact,<br>there was study 090, which compared to<br>placebo or nabumetone, which showed a<br>highly significant excess risk.   00:01:39 | | |
| 102 | **138:21 - 138:24**<br>138: 21<br>138: 22<br>138: 23<br>138: 24 | Topol, Eric 2005-11-22<br>Q:  Was there, as you view this<br>and as you viewed it back then in 2001, a<br>real public health threat out there in<br>the form of the drug Vioxx?   00:00:13 | | |
| 103 | **139:3 - 139:18**<br>139: 3<br>139: 4 | Topol, Eric 2005-11-22<br>THE WITNESS:  Yes. When we<br>published our article in August   00:00:30 | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 139: 5 | 2001, there was an accompanying | |
| 139: 6 | article in the Wall Street | |
| 139: 7 | Journal, an A1 article, in which I | |
| 139: 8 | stated just precisely that, that | |
| 139: 9 | we're staring a public health -- I | |
| 139: 10 | don't know if I used the word | |
| 139: 11 | 'disaster,' but it was a | |
| 139: 12 | significant word, that this is a | |
| 139: 13 | major public health issue, yes. | |
| 139: 14 | BY MR. KLINE: | |
| 139: 15 | Q:  Why did you state it in | |
| 139: 16 | those blunt terms, sir? | |
| 139: 17 | A:  Because it obviously was a | |
| 139: 18 | public -- | |

**104**  139:21 - 140:11    Topol, Eric 2005-11-22    00:00:30

| | |
|---|---|
| 139: 21 | THE WITNESS:  Here you have |
| 139: 22 | a possible five-fold increase in |
| 139: 23 | heart attacks in patients without |
| 139: 24 | heart disease; you have a drug |
| 140: 1 | that's being given to -- tens of |
| 140: 2 | millions of prescriptions, |
| 140: 3 | millions of people are taking it, |
| 140: 4 | and it could be much worse in |
| 140: 5 | patients with heart disease; we've |
| 140: 6 | got direct-to-consumer advertising |
| 140: 7 | unleashed with the most successful |
| 140: 8 | launch of prescription medicines |
| 140: 9 | in the history of pharmaceutical |
| 140: 10 | development; we have a major |
| 140: 11 | significant jeopardy, yes. |

**105**  141:5 - 141:21    Topol, Eric 2005-11-22    00:00:29

| | |
|---|---|
| 141: 5 | As of August 22, 2001, all |
| 141: 6 | you were asking Merck to do was what? |
| 141: 7 | A:  To do an appropriate trial, |
| 141: 8 | to acknowledge that there may be risks, |
| 141: 9 | and that didn't occur, but to also do an |
| 141: 10 | appropriate trial in patients with heart |
| 141: 11 | disease. |
| 141: 12 | Q:  You made a big point in your |
| 141: 13 | paper about the fact that the trials that |
| 141: 14 | were done, I think you already told us, |
| 141: 15 | weren't done in patients who were at risk |
| 141: 16 | for cardiovascular disease. Correct so |
| 141: 17 | far? |
| 141: 18 | A:  Yes. |
| 141: 19 | Q:  Those would be the real |
| 141: 20 | patients you'd have to really worry |
| 141: 21 | about; correct? |

**106**  141:24 - 142:3    Topol, Eric 2005-11-22    00:00:05

| | |
|---|---|
| 141: 24 | THE WITNESS:  Exactly. The |
| 142: 1 | patients with heart disease had |
| 142: 2 | been completely excluded from |
| 142: 3 | these trials. |

**107**  142:7 - 142:8    Topol, Eric 2005-11-22    00:00:01

| | |
|---|---|
| 142: 7 | Q:  You needed to study them; |
| 142: 8 | correct? |

**108**  142:11 - 142:12    Topol, Eric 2005-11-22    00:00:01

| | |
|---|---|
| 142: 11 | THE WITNESS:  That's |
| 142: 12 | correct. |

**109**  143:16 - 143:21    Topol, Eric 2005-11-22    00:00:11

| | |
|---|---|
| 143: 16 | Q:  Had anything that is called |
| 143: 17 | a prespecified cardiovascular endpoint |
| 143: 18 | study, has it ever been done by Merck? |
| 143: 19 | A:  It has never been done in my |
| 143: 20 | mind to this day. |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8483 Filed 11/20/06   Page 28 of 75
Plaintiff's and Defendant's Designations Eric Topol

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | 143: 21 | Q: Did it need to be done? | | |
| 110 | **143:24 - 144:9** | Topol, Eric 2005-11-22    00:00:13 | | |
| | 143: 24 | THE WITNESS: Absolutely. | | |
| | 144: 1 | And we called for it innumerable | | |
| | 144: 2 | times. | | |
| | 144: 3 | BY MR. KLINE: | | |
| | 144: 4 | Q: And here's the question. | | |
| | 144: 5 | Why? And why is that different than what | | |
| | 144: 6 | we've heard -- we hear from Merck that, | | |
| | 144: 7 | well, we studied, and we went back and we | | |
| | 144: 8 | looked at the end points. Why, sir -- | | |
| | 144: 9 | you can tell us, why? | | |
| 111 | **144:18 - 145:9** | Topol, Eric 2005-11-22    00:00:34 | | |
| | 144: 18 | A: Yeah. The main thing is | | |
| | 144: 19 | that Merck was saying that they were | | |
| | 144: 20 | doing trials to look at cardiovascular | | |
| | 144: 21 | endpoints like APPROVe, like VICTOR and a | | |
| | 144: 22 | prostate cancer trial. These were not | | |
| | 144: 23 | being done for a cardiovascular endpoint. | | |
| | 144: 24 | They were done in patients without heart | | |
| | 145: 1 | disease. | | |
| | 145: 2 | These were trials being done | | |
| | 145: 3 | to extend the indications for the drug to | | |
| | 145: 4 | new areas, such as prevention of colon | | |
| | 145: 5 | polyps or prevention of prostate cancer. | | |
| | 145: 6 | They had nothing to do with assuring | | |
| | 145: 7 | safety from a cardiovascular standpoint. | | |
| | 145: 8 | That could only be done in trials of | | |
| | 145: 9 | patients with heart disease. | | |
| 112 | **145:19 - 145:20** | Topol, Eric 2005-11-22    00:00:03 | | |
| | 145: 19 | Q: Did they do what they should | | |
| | 145: 20 | have done here? | | |
| 113 | **145:23 - 146:2** | Topol, Eric 2005-11-22    00:00:05 | | |
| | 145: 23 | THE WITNESS: They did not | | |
| | 145: 24 | do what was needed to be done, | | |
| | 146: 1 | which we called for in our JAMA | | |
| | 146: 2 | paper. | | |
| 114 | **150:7 - 150:7** | Topol, Eric 2005-11-22    00:00:01 | | |
| | 150: 7 | Q: Why was -- | | |
| 115 | **150:11 - 150:15** | Topol, Eric 2005-11-22    00:00:13 | | |
| | 150: 11 | Q: -- as you saw it, the | | |
| | 150: 12 | incremental risk of increased risk of | | |
| | 150: 13 | heart attacks and strokes so important, | | |
| | 150: 14 | and how did it relate to the numbers of | | |
| | 150: 15 | people who were taking it? | | |
| 116 | **150:18 - 151:4** | Topol, Eric 2005-11-22    00:00:27 | | |
| | 150: 18 | THE WITNESS: Well, if one | | |
| | 150: 19 | thinks about the risk here, if | | |
| | 150: 20 | it's -- if we use the APPROVe data | | |
| | 150: 21 | in colon cancer patients without | | |
| | 150: 22 | heart disease, it's 16 per | | |
| | 150: 23 | thousand patients, and you can | | |
| | 150: 24 | just do the math about -- if you | | |
| | 151: 1 | have millions of people, 16 per | | |
| | 151: 2 | thousand having a heart attack, | | |
| | 151: 3 | that's an extraordinary risk for | | |
| | 151: 4 | the population. | | |
| | **151:8 - 151:09** | Topol, Eric 2005-11-22 | **[151:8] - [152:10]** | **Barnett:** Overruled. |
| | 151: 8 | Q. Okay. | **Deft's Obj.:** Unfairly prejudicial | **Smith:** Sustained - 403 |
| | 151: 9 | Merck took after you, sir? | commentary. | **Mason:** Not played. |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| **151:12 -  152:10** | Topol, Eric 2005-11-22 | | |
| 151: 12 | THE WITNESS:  The problems | | |
| 151: 13 | that occurred after August 22nd, | | |
| 151: 14 | 2001 were quite profound in many | | |
| 151: 15 | respects.  So, not only did they | | |
| 151: 16 | have consultants that they | | |
| 151: 17 | communicated to the media, like | | |
| 151: 18 | Dr. Konstam and Dr. FitzGerald, | | |
| 151: 19 | accusing us of having tortured the | | |
| 151: 20 | data and manipulated the data, but | | |
| 151: 21 | they also sent out an overnight | | |
| 151: 22 | mail to every healthcare provider | | |
| 151: 23 | in the country that was commented | | |
| 151: 24 | on -- Dr. Sherwood, he was the | | |
| 152: 1 | doctor who sent it, and it was in | | |
| 152: 2 | the JAMA letter correspondence | | |
| 152: 3 | about our article, that one of the | | |
| 152: 4 | doctors was complaining, having | | |
| 152: 5 | received this overnight with the | | |
| 152: 6 | five-page taking on the | | |
| 152: 7 | Mukherjee/JAMA paper, and so it | | |
| 152: 8 | certainly unleashed a very robust | | |
| 152: 9 | response from Merck and its | | |
| 152: 10 | consultants. | | |
| 119  **166:5  -  166:7** | Topol, Eric 2005-11-22 | 00:00:07 | |
| 166: 5 | The warnings on this drug, | | |
| 166: 6 | were there adequate warnings on this | | |
| 166: 7 | drug, sir, in the '99 and 2002 labels? | | |
| 120  **166:10  -  166:21** | Topol, Eric 2005-11-22 | 00:00:27 | |
| 166: 10 | Q:  As to cardiovascular risks? | | |
| 166: 11 | THE WITNESS:  In my opinion, | | |
| 166: 12 | both the original label and then | | |
| 166: 13 | the revision in April 2002 did not | | |
| 166: 14 | show adequate safety concerns | | |
| 166: 15 | about heart attacks, strokes and | | |
| 166: 16 | death that could occur from the | | |
| 166: 17 | medicine. So, it wasn't present | | |
| 166: 18 | at all in the first iteration in | | |
| 166: 19 | 1999, and it certainly was not | | |
| 166: 20 | adequately flagged in the 2002 | | |
| 166: 21 | revision. | | |
| 121  **175:16  -  175:23** | Topol, Eric 2005-11-22 | 00:00:22 | |
| 175: 16 | We were talking about | | |
| 175: 17 | naproxen and this whole thing, its | | |
| 175: 18 | cardioprotective effect. In VIGOR, Merck | | |
| 175: 19 | had made the point, as you well know, | | |
| 175: 20 | that they had no long-term randomized | | |
| 175: 21 | clinical trial to show that naproxen was | | |
| 175: 22 | cardioprotective. We've covered that | | |
| 175: 23 | point; correct? | | |
| 122  **176:1  -  176:8** | Topol, Eric 2005-11-22 | 00:00:09 | |
| 176: 1 | THE WITNESS:  Yes, yes. | | |
| 176: 2 | BY MR. KLINE: | | |
| 176: 3 | Q:  I'm just putting it in | | |
| 176: 4 | context. | | |
| 176: 5 | A:  No. There are no data to | | |
| 176: 6 | support in any definitive fashion or | | |
| 176: 7 | meaningful way that naproxen has a | | |
| 176: 8 | cardioprotective effect. | | |
| 123  **177:11  -  177:18** | Topol, Eric 2005-11-22 | 00:00:25 | |
| 177: 11 | Q:  And, therefore, when you | | |
| 177: 12 | were writing here that 'lack of | | |
| 177: 13 | cardioprotective effect of naproxen,' | | |
| 177: 14 | were you saying that there was definitely | | |

| | | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|---|
| | 177: 15 | | no at all cardioprotective effect, or | | | |
| | 177: 16 | | were you saying that a cardioprotective | | | |
| | 177: 17 | | effect of naproxen could not explain the | | | |
| | 177: 18 | | results in VIGOR? | | | |
| 124 | 177:21 - 177:21 | | Topol, Eric 2005-11-22 | 00:00:01 | | |
| | 177: 21 | | Q: Or something else? | | | |
| 125 | 177:23 - 178:4 | | Topol, Eric 2005-11-22 | 00:00:11 | | |
| | 177: 23 | | THE WITNESS: No. It was | | | |
| | 177: 24 | | the latter. That if there was a | | | |
| | 178: 1 | | cardioprotective effect, it was | | | |
| | 178: 2 | | modest at best, and it could not | | | |
| | 178: 3 | | explain the five-fold increase in | | | |
| | 178: 4 | | heart attacks in the VIGOR trial. | | | |
| 126 | 197:4 - 197:6 | | Topol, Eric 2005-11-22 | 00:00:06 | | |
| | 197: 4 | | Q: And you did believe at that | | | |
| | 197: 5 | | time that the drug needed a black box | | | |
| | 197: 6 | | warning; correct? | | | |
| 127 | 197:8 - 197:20 | | Topol, Eric 2005-11-22 | 00:00:26 | | |
| | 197: 8 | | THE WITNESS: Yes. We're | | | |
| | 197: 9 | | now in August of 2004 publishing | | | |
| | 197: 10 | | this. | | | |
| | 197: 11 | | BY MR. KLINE: | | | |
| | 197: 12 | | Q: Yes, sir. | | | |
| | 197: 13 | | A: And the extraordinary amount | | | |
| | 197: 14 | | of evidence, not just from VIGOR, but | | | |
| | 197: 15 | | from various other trials and studies, | | | |
| | 197: 16 | | was really quite excessive in my opinion, | | | |
| | 197: 17 | | and that's why the black box warning was | | | |
| | 197: 18 | | long overdue in August 2004. | | | |
| | 197: 19 | | Q: Do you have a sense of when | | | |
| | 197: 20 | | it was due by? | | | |
| 128 | 197:22 - 198:18 | | Topol, Eric 2005-11-22 | 00:00:50 | | |
| | 197: 22 | | THE WITNESS: It could have | | | |
| | 197: 23 | | easily been imposed as of February | | | |
| | 197: 24 | | 2001, or if we go back to the Juni | | | |
| | 198: 1 | | analysis in the Lancet, also | | | |
| | 198: 2 | | published in the Lancet, it could | | | |
| | 198: 3 | | have been back in year 2000. So, | | | |
| | 198: 4 | | somewhere between 2000 and 2001 | | | |
| | 198: 5 | | there was more than adequate | | | |
| | 198: 6 | | confirmation. | | | |
| | 198: 7 | | Essentially all you need is | | | |
| | 198: 8 | | VIGOR and study 090 together, and | | | |
| | 198: 9 | | I could take you through the Juni | | | |
| | 198: 10 | | analysis in the Lancet, but that | | | |
| | 198: 11 | | basically crosses the line for | | | |
| | 198: 12 | | proven hazard of heart attacks. | | | |
| | 198: 13 | | BY MR. KLINE: | | | |
| | 198: 14 | | Q: Did you observe any pattern | | | |
| | 198: 15 | | of conduct by Merck every time or any | | | |
| | 198: 16 | | time an investigator like yourself or | | | |
| | 198: 17 | | Juni did a critical analysis and | | | |
| | 198: 18 | | questioned the safety of the drug Vioxx? | | | |
| 129 | 198:20 - 199:7 | | Topol, Eric 2005-11-22 | 00:00:29 | | |
| | 198: 20 | | THE WITNESS: Each time we | | | |
| | 198: 21 | | published a paper or a study was | | | |
| | 198: 22 | | also published by other | | | |
| | 198: 23 | | investigators questioning the | | | |
| | 198: 24 | | safety of Vioxx, there would be | | | |
| | 199: 1 | | immediately a PR attack on the | | | |
| | 199: 2 | | report. Merck would refute the | | | |
| | 199: 3 | | findings and/or they would have | | | |
| | 199: 4 | | consultants of theirs refute the | | | |
| | 199: 5 | | findings. So, there was a | | | |
| | 199: 6 | | published and then anti force that | | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | 199: 7 | would occur without any question. | | |
| 130 | **204:5 -** | **204:12:00** Topol, Eric 2005-11-22 | 00:00:16 | | |
| | 204: 5 | Q: Now, this was published in | | |
| | 204: 6 | the Lancet? | | |
| | 204: 7 | A: Yes, in November of 2004. | | |
| | 204: 8 | Q: So, not only could | | |
| | 204: 9 | physicians see it, but Merck could see it | | |
| | 204: 10 | as well; correct? | | |
| | 204: 11 | A: Yes. | | |
| | 204: 12 | Q: Okay. | | |
| 131 | **204:16 -** | **205:17:00** Topol, Eric 2005-11-22 | 00:00:34 | | |
| | 204: 16 | THE WITNESS:  As I mentioned | **[204:16] - [205:7]** | **Barnett:** Overruled once 204:14 |
| | 204: 17 | earlier, every time a study was | **Deft's Obj.:**  602, 403 | was removed. |
| | 204: 18 | published, there was a vehement | Argumentative; no foundation to | **Smith:** Sustained as to 204:16- |
| | 204: 19 | response to that to try to provide | answer the argumentative question | 205:7. |
| | 204: 20 | an antidote or a negation of the | "Did [Merck] go about trashing Juni?" | |
| | 204: 21 | results, whether it was our study | which appears at 204:13-14, | |
| | 204: 22 | or whether it was other reports. | *directly preceding this answer*. | |
| | 204: 23 | This would have been -- in | Further, as it now reads, the | |
| | 204: 24 | this case, they said that Dr. Juni | witness is making a statement | |
| | 205: 1 | and his colleagues didn't include | out of the blue. | |
| | 205: 2 | the right trials, and they had all | | |
| | 205: 3 | sorts of criticism that I believe | | |
| | 205: 4 | was largely unfounded, and there | **Pl's Resp:**  Witness was not | |
| | 205: 5 | was quite a bit of correspondence | influenced by the question. | |
| | 205: 6 | in the Lancet that followed this | Witness answering question at | |
| | 205: 7 | up subsequently. | 204:8-9. | |
| | 205: 8 | 8  BY MR. KLINE: | | |
| | 205: 9 | 9    Q.  I guess one thing that comes | | |
| | 205: 10 | 10  to mind, was Juni -- | | |
| | 205: 11 | 11      MR. GOLDMAN:  Objection, | | |
| | 205: 12 | 12      move to strike, nonresponsive. | | |
| | 205: 13 | 13  BY MR. KLINE: | | |
| | 205: 14 | 14    Q.   Was Juni independent of | | |
| | 205: 15 | 15  Merck, from what you knew? | | |
| | 205: 16 | 16    A.   Juni was, as best I know, | | |
| | 205: 17 | 17  fully independent of Merck. | | |
| 132 | **214:7 -** | **219:08:00** Topol, Eric 2005-11-22 | 00:00:21 | | |
| | 214: 7 | One thing that Merck said | | |
| | 214: 8 | from the APPROVe study was that there was | | |
| | 214: 9 | an increased risk after 18 months. Do | | |
| | 214: 10 | you recall that claim? | | |
| | 214: 11 | A: Yes. | | |
| | 214: 12 | Q: How did you see that in the | | |
| | 214: 13 | context of the full picture of the | | |
| | 214: 14 | articles? | | |
| | 214: 15 | 15        MR. GOLDMAN:  Objection. | | |
| | 214: 16 | 16      THE WITNESS:  This was | | |
| | 214: 17 | 17    another extremely concerning part | | |
| | 214: 18 | 18    of that dissemination on the day | | |
| | 214: 19 | 19    of withdrawal, that it took 18 | | |
| | 214: 20 | 20    months for there to be any risk, | | |
| | 214: 21 | 21    because that's not true. | | |
| | 214: 22 | 22      In fact, as I reviewed | | |
| | 214: 23 | 23    earlier in this deposition, there | | |
| | 214: 24 | 24    were four trials that showed that | | |
| | 215: 1 | 1    the timeline for that was | | |
| | 215: 2 | 2    considerably quicker.  In VIGOR, | | |
| | 215: 3 | 3    with four to six weeks, there was | | |
| | 215: 4 | 4    separation.  In ADVANTAGE, within | | |
| | 215: 5 | 5    12 weeks.  In VICTOR, this was | | |
| | 215: 6 | 6    immediate.  And in study 090, | | |
| | 215: 7 | 7    within six weeks. | | |
| | 215: 8 | 8      And in all of these trials, | | |
| | 215: 9 | 9    there were no heart disease | | |
| | 215: 10 | 10    patients.  So, it could have been | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 215: 11 | 11 | much worse than -- in the days or | | |
| 215: 12 | 12 | weeks. And beyond all that, | | |
| 215: 13 | 13 | there's the issue of a problem of | | |
| 215: 14 | 14 | statistical power, that is, you | | |
| 215: 15 | 15 | have to do a very large trial if | | |
| 215: 16 | 16 | you're not expecting adequate | | |
| 215: 17 | 17 | number of events, and so none of | | |
| 215: 18 | 18 | the trials were adequately powered | | |
| | | | | |
| 215: 19 | 19 | from a time perspective. | | |
| 215: 20 | 20 | But, given all those things, | | |
| 215: 21 | 21 | that is, statistical power, lack | | |
| 215: 22 | 22 | of cardiovascular patients, and | | |
| 215: 23 | 23 | four randomized trials, in | | |
| 215: 24 | 24 | addition to the Juni analysis, | | |
| 216: 1 | 1 | there's a pretty strong case that | | |
| 216: 2 | 2 | the risk of Vioxx for heart | | |
| 216: 3 | 3 | attacks can occur at any time | | |
| 216: 4 | 4 | after the initiation of the | | |
| 216: 5 | 5 | medicine. | | |
| 216: 6 | 6 | MR. GOLDMAN: Objection, | | |
| 216: 7 | 7 | move to strike, nonresponsive, | | |
| 216: 8 | 8 | opinion. | | |
| 216: 9 | 9 | BY MR. KLINE: | | |
| 216: 10 | 10 | Q. What you've stated to us is | | |
| 216: 11 | 11 | your conclusion, based on your review of | | |
| | | | | |
| 216: 12 | 12 | all of the information which you cited; | | |
| 216: 13 | 13 | is that correct? | | |
| 216: 14 | 14 | MR. GOLDMAN: Objection. | | |
| 216: 15 | 15 | THE WITNESS: Yes. | | |
| 216: 16 | 16 | BY MR. KLINE: | | |
| 216: 17 | 17 | Q. By that time or by the | | |
| 216: 18 | 18 | time -- by today, by today there were | | |
| 216: 19 | 19 | studies done by -- let's see, there was a | | |
| | | | | |
| 216: 20 | 20 | study done by Ray, correct, in Lancet, in | | |
| | | | | |
| 216: 21 | 21 | '02, the Ray study? | | |
| 216: 22 | 22 | A. Yes. | | |
| 216: 23 | 23 | Q. I'm talking epidemiology | | |
| 216: 24 | 24 | studies. | | |
| 217: 1 | 1 | A. There were two Ray studies | | |
| 217: 2 | 2 | in the Lancet. | | |
| 217: 3 | 3 | Q. Did that show an increased | | |
| 217: 4 | 4 | risk of heart attacks? | | |
| 217: 5 | 5 | MR. GOLDMAN: Objection. | | |
| 217: 6 | 6 | THE WITNESS: Yes. | | |
| 217: 7 | 7 | BY MR. KLINE: | | |
| 217: 8 | 8 | Q. There was a study by Solomon | | |
| | | | | |
| 217: 9 | 9 | in Circulation in 2004. I'm talking just | | |
| 217: 10 | 10 | the epidemiological studies. Did that | | |
| 217: 11 | 11 | show an increased risk of heart attacks? | | |
| | | | | |
| 217: 12 | 12 | MR. GOLDMAN: Objection. | | |
| 217: 13 | 13 | THE WITNESS: Yes. | | |
| 217: 14 | 14 | BY MR. KLINE: | | |
| 217: 15 | 15 | Q. There was a study by Graham | | |
| | | | | |
| 217: 16 | 16 | in Lancet in 2005, which we'll get to. | | |
| 217: 17 | 17 | Did that show an increased risk of heart | | |
| | | | | |
| 217: 18 | 18 | attacks? | | |
| 217: 19 | 19 | MR. GOLDMAN: Objection. | | |
| 217: 20 | 20 | THE WITNESS: Yes. | | |
| 217: 21 | 21 | BY MR. KLINE: | | |
| 217: 22 | 22 | Q. There was a study by Kimmel | | |
| | | | | |
| 217: 23 | 23 | in the Annals of Internal Medicine | | |
| 217: 24 | 24 | published, I'm not sure when. Did that | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 218: 1    1  show an increased risk of heart attacks? | | |
| 218: 2    2     MR. GOLDMAN:  Objection. | | |
| 218: 3    3     THE WITNESS:  Yes. | | |
| 218: 4    4  BY MR. KLINE: | | |
| 218: 5    5     Q.   There was a study by | | |
| 218: 6    6  Levesque, L-E-V-E-S-Q-U-E.  Did that show | | |
| 218: 7    7  an increased risk of heart attacks? | | |
| 218: 8    8     MR. GOLDMAN:  Objection. | | |
| 218: 9    9     THE WITNESS:  Yes. | | |
| 218: 10   10  BY MR. KLINE: | | |
| 218: 11   11     Q.   Now, I'd like to go back to | | |
| 218: 12   12  VIGOR because I didn't cover this, and I | | |
| 218: 13   13  think it's essential. | | |
| 218: 14   14     In VIGOR, you have a series | | |
| 218: 15   15  of criticisms of VIGOR about the data and | | |
| 218: 16   16  about -- and I had that in the memo that | | |
| 218: 17   17  you wrote to Graham originally.  You | | |
| 218: 18   18  cited scientific misconduct in the VIGOR | | |
| 218: 19   19  trial, and I think I glossed over this, | | |
| 218: 20   20  and I don't want to miss it. | | |
| 218: 21   21     You said there were errors | | |
| 218: 22   22  of omissions -- | | |
| 218: 23   23     MR. GOLDMAN:  Do you have a | | |
| 218: 24   24     document? | | |
| 219: 1    1     MR. KLINE:  I'm back to the | | |
| 219: 2    2     Graham thing, which is Exhibit 2. | | |
| 219: 3    3  BY MR. KLINE: | | |
| 219: 4    4     Q.   You said there were "errors | | |
| 219: 5    5  of omission (deaths)."  Please explain. | | |
| 219: 6    6  You're talking about what Merck did that | | |
| 219: 7    7  constituted scientific misconduct. | | |
| 219: 8    8  That's the point I'm at. | | |
| **219:15  -   219:18**  Topol, Eric 2005-11-22 | | |
| 219: 15   15     Q.   Scientific misconduct in | | |
| 219: 16   16  VIGOR by Merck.  First of all, you said | | |
| 219: 17   17  there were "errors of omission."  Please | | |
| 219: 18   18  explain concisely. | | |
| **219:20  -   220:5**  Topol, Eric 2005-11-22 | | |
| 219: 20  THE WITNESS:  I summarized | | |
| 219: 21  this in the letter in the New | | |
| 219: 22  England Journal, which goes | | |
| 219: 23  through the VIGOR correct data, as | | |
| 219: 24  compared to the data that was in | | |
| 220: 1  the manuscript from November of | | |
| 220: 2  2000 | | |
| 220: 3  BY MR. KLINE: | | |
| 220: 4  Q.   Is that a good place to go | | |
| 220: 5  to find it? | | |
| **220:07  -   221:12**  Topol, Eric 2005-11-22 | | |
| 220: 7  THE WITNESS:  I really | | |
| 220: 8  believe you should get this | | |
| 220: 9  document to look at -- | | |
| 220: 10  BY MR. KLINE: | | |
| 220: 11  Q.   Let's. | | |
| 220: 12  A.   -- because together we can | | |
| 220: 13  take you through this quickly. | | |
| 220: 14  Q.   Fine. | | |
| 220: 15  Let's look at the New | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| | 220: 16   England Journal of Medicine editorial. | | |
| | 220: 17   A.   No, letter. | | |
| | 220: 18   Q.   I'm sorry, letter. | | |
| | 220: 19   A.   December 30, 2004. | | |
| | 220: 20   Q.   December 30, 2004. | | |
| | 220: 21   A.   Right.  It's a | | |
| | 220: 22   correspondence based on the editorial. | | |
| | 220: 23   Q.   Okay. | | |
| | 220: 24   Let me get that in my hand. | | |
| | 221: 1   We have it. | | |
| | 221: 2   A.   Good. | | |
| | 221: 3   Q.   How many articles and | | |
| | 221: 4   editorials have you published in the | | |
| | 221: 5   medical literature, Dr. Topol, relating | | |
| | 221: 6   to the Vioxx and the COX-2s? | | |
| | 221: 7   A.   There have been 16 articles | | |
| | 221: 8   and editorials published. | | |
| | 221: 9   Q.   And what you've done in | | |
| | 221: 10   those is to put your views out in front | | |
| | 221: 11   of the medical world at large to let them | | |
| | 221: 12   know what you're thinking? | | |
| | | | |
| | **221:14 -   221:21**   Topol, Eric 2005-11-22 | | |
| | 221: 14   THE WITNESS:  Yes.  And a | | |
| | 221: 15   few of those were actually | | |
| | 221: 16   directed to the lay public. | | |
| | 221: 17   BY MR. KLINE: | | |
| | 221: 18   Q.   Okay. | | |
| | 221: 19   Do you have the reply in | | |
| | 221: 20   front of you? | | |
| | 221: 21   A.   Yes. | | |
| | | | |
| 140 | **221:22  -  222:3**   Topol, Eric 2005-11-22 | 00:00:13 | |
| | 221: 22   Q:  All right. | | |
| | 221: 23   Now, my purpose is to go | | |
| | 221: 24   through your criticisms of the VIGOR | | |
| | 222: 1   trial and what you think Merck did that | | |
| | 222: 2   constitutes scientific misconduct. Can | | |
| | 222: 3   you do so, sir? | | |
| | | | |
| 141 | **222:9  -  223:24**   Topol, Eric 2005-11-22 | 00:01:23 | |
| | 222: 9   THE WITNESS:  Okay. | | |
| | 222: 10   So, what I cited here in | | |
| | 222: 11   this correspondence is how the | | |
| | 222: 12   article in the New England | | |
| | 222: 13   Journal -- this goes back to what | | |
| | 222: 14   we discussed earlier today, which | | |
| | 222: 15   is when the paper was published in | | |
| | 222: 16   November 2000 as compared to the | | |
| | 222: 17   FDA documents that we have a | | |
| | 222: 18   chance to review in February of | | |
| | 222: 19   2001, there was -- there were | | |
| | 222: 20   gross discrepancies, which is why | | |
| | 222: 21   we had contacted Merck in the | | |
| | 222: 22   first place about this manuscript. | | |
| | 222: 23   Then, finally, we had the | | |
| | 222: 24   ability to work with the New | | |
| | 223: 1   England Journal of Medicine | | |
| | 223: 2   editors, Dr. Curfman, Dr. Drazen, | | |
| | 223: 3   and to figure out what was going | | |
| | 223: 4   on. | | |
| | 223: 5   Now, as it turns out, in the | | |
| | 223: 6   VIGOR manuscript, in the New | | |
| | 223: 7   England Journal in 2000, in three | | |
| | 223: 8   times in the paper, this is first | | |
| | 223: 9   authored by Bombardier, and three | | |
| | 223: 10   times it says that the mortality | | |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| | 223: 11 | was the same between naproxen and | | |
| | 223: 12 | Vioxx. And that was untrue. | | |
| | 223: 13 | In fact, there was a 46 | | |
| | 223: 14 | percent difference. There were 22 | | |
| | 223: 15 | deaths in the Vioxx arm versus 15 | | |
| | 223: 16 | deaths in the naproxen arm. And | | |
| | 223: 17 | so instead of presenting the | | |
| | 223: 18 | deaths as they should, the authors | | |
| | 223: 19 | only used percentages, rounded | | |
| | 223: 20 | them off, but moreover, they | | |
| | 223: 21 | asserted strongly in three | | |
| | 223: 22 | different places that the | | |
| | 223: 23 | mortality was the same. So, | | |
| | 223: 24 | that's issue number one. | | |
| | | | | |
| | **224:1 -   224:2** | Topol, Eric 2005-11-22 | | |
| | 224: 1 | Issue number two with that | | |
| | 224: 2 | manuscript -- | | |
| | | | | |
| 142 | **224:22  -   225:18** | Topol, Eric 2005-11-22 | 00:00:43 | |
| | 224: 22 | A:  The second issue was the | | |
| | 224: 23 | false data regarding heart attacks. So, | | |
| | 224: 24 | instead of a five-fold increase, which we | | |
| | 225: 1 | know is true at the bare minimum, because | | |
| | 225: 2 | there wasn't the right adjudication in | | |
| | 225: 3 | this trial as we learned and I reviewed | | |
| | 225: 4 | earlier from the Targum report, but now | | |
| | 225: 5 | we're talking about that the authors knew | | |
| | 225: 6 | the correct number of heart attacks. | | |
| | 225: 7 | They could have fixed the | | |
| | 225: 8 | galley proofs, and this is told to me by | | |
| | 225: 9 | the editors of the New England Journal, | | |
| | 225: 10 | but they decided to give the correct | | |
| | 225: 11 | numbers in the published New England | | |
| | 225: 12 | Journal paper. So, they had a four-fold | | |
| | 225: 13 | increase in heart attacks rather than a | | |
| | 225: 14 | five-fold increase in heart attacks. | | |
| | 225: 15 | And that is erroneous, and | | |
| | 225: 16 | that appears to be, best I can | | |
| | 225: 17 | reconstruct with the New England Journal | | |
| | 225: 18 | editors, an error of commission. | | |
| | | | | |
| 143 | **225:22  -   227:13** | Topol, Eric 2005-11-22 | 00:01:09 | |
| | 225: 22 | Q:  And the third? | | |
| | 225: 23 | A:  The third is, rather than | | |
| | 225: 24 | report any of the other clotting events, | | |
| | 226: 1 | like strokes, like transient ischemic | | |
| | 226: 2 | attacks, like unstable angina, like | | |
| | 226: 3 | peripheral arterial thrombosis, like | | |
| | 226: 4 | venous thrombosis, like pulmonary | | |
| | 226: 5 | embolism, none of these were reported in | | |
| | 226: 6 | the New England Journal of Medicine | | |
| | 226: 7 | paper. | | |
| | 226: 8 | Q:  You also state on the top of | | |
| | 226: 9 | a column on Page 2878 of your | | |
| | 226: 10 | correspondence, which is now marked as | | |
| | 226: 11 | exhibit -- | | |
| | 226: 12 | MR. HAMELINE:  16. | | |
| | 226: 13 | - - - | | |
| | 226: 14 | (Whereupon, Deposition | | |
| | 226: 15 | Exhibit Topol-16, 'Rofecoxib, | | |
| | 226: 16 | Merck, and the FDA,' (Kim et al), | | |
| | 226: 17 | N Engl J Med 351;27 December 30, | | |
| | 226: 18 | 2004, 2875 - 2878, was marked for | | |
| | 226: 19 | identification.) | | |
| | 226: 20 | - - - | | |
| | 226: 21 | BY MR. KLINE: | | |
| | 226: 22 | Q:  -- 16, thank you. | | |
| | 226: 23 | You state here, something we | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|

| | 226: 24 | talked about earlier, which is, 'We | | |
| | 227: 1 | indeed' -- top of the second column, | | |
| | 227: 2 | 2878. | | |
| | 227: 3 | 'We indeed acknowledged that | | |
| | 227: 4 | naproxen may have a cardioprotective | | |
| | 227: 5 | effect, but the magnitude of the effect | | |
| | 227: 6 | would be unlikely to exceed that of | | |
| | 227: 7 | aspirin, at a 25 percent reduction of | | |
| | 227: 8 | heart attacks. Instead, in the VIGOR | | |
| | 227: 9 | trial, there was a 500 percent increase | | |
| | 227: 10 | in heart attacks. This makes any | | |
| | 227: 11 | 'naproxen hypothesis' of cardioprotection | | |
| | 227: 12 | mathematically indefensible.' Correct? | | |
| | 227: 13 | Your words? | | |
| 144 | 227:19 - 228:11 | Topol, Eric 2005-11-22 | 00:00:44 | |
| | 227: 19 | THE WITNESS:  I wrote this. | | |
| | 227: 20 | These are my words, absolutely. | | |
| | 227: 21 | BY MR. KLINE: | | |
| | 227: 22 | Q:  And you said in this article | | |
| | 227: 23 | or this correspondence, putting out there | | |
| | 227: 24 | for the public, for the medical | | |
| | 228: 1 | community, a little further down, 'There | | |
| | 228: 2 | were no differences in the rate of | | |
| | 228: 3 | perforation (0.1 percent in...rofecoxib | | |
| | 228: 4 | and naproxen groups).' | | |
| | 228: 5 | Your words, 'It is hard to | | |
| | 228: 6 | imagine that the small protection from | | |
| | 228: 7 | gastric or duodenal ulcers in the VIGOR | | |
| | 228: 8 | trial is an acceptable trade-off as | | |
| | 228: 9 | compared with twice the incidence of | | |
| | 228: 10 | death, heart attacks, and strokes.' | | |
| | 228: 11 | Did you write those words? | | |
| 145 | 228:13 - 228:17 | Topol, Eric 2005-11-22 | 00:00:07 | |
| | 228: 13 | THE WITNESS:  Yes, I | | |
| | 228: 14 | certainly did. | | |
| | 228: 15 | BY MR. KLINE: | | |
| | 228: 16 | Q:  And were you doing a | | |
| | 228: 17 | risk/benefit analysis there in your mind? | | |
| 146 | 228:19 - 229:2 | Topol, Eric 2005-11-22 | 00:00:18 | |
| | 228: 19 | THE WITNESS:  Yes. | | |
| | 228: 20 | BY MR. KLINE: | | |
| | 228: 21 | Q:  And were you weighing the | | |
| | 228: 22 | risk of pain medication versus the risk | | |
| | 228: 23 | of dying from a disease that -- let me | | |
| | 228: 24 | start again. | | |
| | 229: 1 | Were you weighing the risk | | |
| | 229: 2 | of pain relief versus death? | | |
| 147 | 229:4 - 229:9 | Topol, Eric 2005-11-22 | 00:00:13 | |
| | 229: 4 | THE WITNESS:  We were | | |
| | 229: 5 | weighing -- I was weighing, when I | | |
| | 229: 6 | wrote that statement, the risk of | | |
| | 229: 7 | heart attacks principally versus | | |
| | 229: 8 | the small protection from | | |
| | 229: 9 | significant stomach complications. | | |
| | 271:02 - 272:03 | Topol, Eric 2005-11-22 | | |
| | 271: 2 | Q.   Did you believe, sir, | | |
| | 271: 3 | looking at your list, that no publication | | |
| | 271: 4 | of 090, which we've discussed, the | | |
| | 271: 5 | Bombardier paper, which is the VIGOR | | |
| | 271: 6 | paper, where there were deaths and | | |
| | 271: 7 | incomplete information, the multiple | | |
| | 271: 8 | publications by Reicin and Konstam -- | | |
| | 271: 9 | what does that refer to? | | |
| | 271: 10 | A.   The Merck people, whether | | |
| | 271: 11 | they were Dr. Reicin or Dr. Konstam, who | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 271: 12 | was a consultant, published multiple | | |
| | 271: 13 | articles, and Dr. Konstam published an | | |
| | 271: 14 | article in Circulation just a few months | | |
| | 271: 15 | after our JAMA paper to challenge it with | | |
| | 271: 16 | a so-called meta-analysis of their data | | |
| | 271: 17 | which had considerable issues, did not | | |
| | 271: 18 | provide the results per trial. It did, | | |
| | 271: 19 | in fact, show a statistically significant | | |
| | 271: 20 | excess of heart attacks compared to | | |
| | 271: 21 | naproxen. | | |
| | 271: 22 | So, the Konstam paper was | | |
| | 271: 23 | out there. There were multiple papers | | |
| | 271: 24 | that Merck authored in different journals | | |
| | 272: 1 | to take the data that we published on as | | |
| | 272: 2 | well as other case-control studies that I | | |
| | 272: 3 | had touched on earlier. | | |
| | | | | |
| 156 | 279:23 - 279:23 | Topol, Eric 2005-11-22 | 00:00:01 | |
| | 279: 23 | What was the VALOR study? | | |
| | | | | |
| 157 | 280:2 - 281:22 | Topol, Eric 2005-11-22 | 00:01:33 | |
| | 280: 2 | THE WITNESS: I only learned | | |
| | 280: 3 | about that trial through the New | | |
| | 280: 4 | York Times, but Bryan Myers, the | | |
| | 280: 5 | reporter, called Dr. Bhatt, who | | |
| | 280: 6 | actually had authored a protocol. | | |
| | 280: 7 | That was the one, remember when | | |
| | 280: 8 | Dr. Reicin and Dr. Demopoulos | | |
| | 280: 9 | visited in April of 2001? | | |
| | 280: 10 | BY MR. KLINE: | | |
| | 280: 11 | Q: Yes. | | |
| | 280: 12 | A: And she said, well, why | | |
| | 280: 13 | don't you send us a protocol? | | |
| | 280: 14 | Q: Yes. | | |
| | 280: 15 | A: So, I spoke to my colleague, | | |
| | 280: 16 | Dr. Bhatt, and just a couple of weeks | | |
| | 280: 17 | later, around the 2nd of May, we | | |
| | 280: 18 | submitted a protocol, actually Dr. Bhatt | | |
| | 280: 19 | did, to Dr. Reicin and Dr. Demopoulos. | | |
| | 280: 20 | That protocol was testing in | | |
| | 280: 21 | patients with so-called acute coronary | | |
| | 280: 22 | syndrome, unstable angina, or heart | | |
| | 280: 23 | attack, who had abnormal inflammation | | |
| | 280: 24 | blood protein markers to test a study of | | |
| | 281: 1 | Vioxx versus placebo on top of the other | | |
| | 281: 2 | normal medicines. So, that was a | | |
| | 281: 3 | proposal. It was a mini proposal, but | | |
| | 281: 4 | that was sent. | | |
| | 281: 5 | And then what we found out | | |
| | 281: 6 | later was that there was a trial called | | |
| | 281: 7 | VALOR reported in the New York Times, a | | |
| | 281: 8 | 70-page protocol, had extensive network | | |
| | 281: 9 | development, and somewhere along the | | |
| | 281: 10 | line, the trial that we initially had | | |
| | 281: 11 | proposed, apparently, didn't get very | | |
| | 281: 12 | far, we never heard back about that, but | | |
| | 281: 13 | that trial was, indeed, being planned by | | |
| | 281: 14 | Merck, and at some point the plug was | | |
| | 281: 15 | pulled, and that's what that New York | | |
| | 281: 16 | Times article was about. | | |
| | 281: 17 | Q: You proposed to them to do a | | |
| | 281: 18 | study in the people that were high risk | | |
| | 281: 19 | patients who had cardiovascular disease | | |
| | 281: 20 | who were susceptible. Do I have it | | |
| | 281: 21 | right? | | |
| | 281: 22 | A: Yes. | | |
| | | | | |
| 158 | 283:6 - 283:9 | Topol, Eric 2005-11-22 | 00:00:04 | |
| | 283: 6 | Q: But it wasn't done? | | |
| | 283: 7 | A: It wasn't done. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

283: 8      Q:  And it should have been
283: 9      done?

159   283:12  -  283:15      Topol, Eric 2005-11-22      00:00:06
283: 12     Q:  Should it have been done?
283: 13     A:  Any trial to establish the
283: 14     risk in patients with heart disease
283: 15     should have been done.

160   284:9  -  284:12      Topol, Eric 2005-11-22      00:00:32
284: 9      Now, was it an adequate
284: 10     substitute to look at CV events in
284: 11     studies to which the primary endpoint was
284: 12     something else?

161   284:14  -  285:6      Topol, Eric 2005-11-22      00:00:30
284: 14     THE WITNESS:  It's more the
284: 15     population of patients. It's not
284: 16     about patients of population who
284: 17     had colon polyps with no heart
284: 18     disease. It's about the
284: 19     population of patients who have
284: 20     one of the most common diseases of
284: 21     American society, which is
284: 22     coronary disease, established
284: 23     coronary disease. That's where
284: 24     there was a gap, that's where 40
285: 1      to 50 percent of patients taking
285: 2      the drug of the 20 million
285: 3      estimated had never been studied
285: 4      as to what would happen, would
285: 5      they derive a benefit, or would
285: 6      they incur harm? Unknown.

162   292:1  -  292:20      Topol, Eric 2005-11-22      00:00:35
292: 1      You mentioned that you had
292: 2      done a study for Merck; correct?
292: 3      A:  With Merck, yes, the TARGET
292: 4      trial, yes.
292: 5      Q:  Yes.
292: 6      And what drug was that, by
292: 7      the way?
292: 8      A:  That was a drug, the
292: 9      commercial name is known as Aggrastat,
292: 10     tirofiban.
292: 11     Q:  Were you actually paid by
292: 12     Merck?
292: 13     A:  No. I was not paid. I did
292: 14     do the trial.
292: 15     Q:  Was there funding provided
292: 16     to the institution here, the Cleveland
292: 17     Clinic, by Merck?
292: 18     A:  There was funding to the
292: 19     Cleveland Clinic and to the 60 sites that
292: 20     participated in the trial, yes.

163   316:5  -  317:3      Topol, Eric 2005-11-22      00:00:02
316: 5      Q:  Good afternoon, Dr. Topol.
316: 6      A:  Good afternoon.
316: 7      Q:  I want to talk for a few
316: 8      seconds about cardiovascular disease. Is
316: 9      it the leading cause of death in the
316: 10     United States?
316: 11     A:  Yes, it is.
316: 12     Q:  Is cardiovascular disease
316: 13     the leading cause of death by far?
316: 14     A:  Well, it's significantly
316: 15     greater than the second leading cause of
316: 16     cancer, so, yes.
316: 17     Q:  Is cardiovascular disease

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| | 316: 18 | the number one killer in the United | | |
| | 316: 19 | States and has it been since 1900? | | |
| | 316: 20 | A: Yes. | | |
| | 316: 21 | Q: Do you know that | | |
| | 316: 22 | approximately every 34 seconds somebody | | |
| | 316: 23 | dies of heart disease in this country? | | |
| | 316: 24 | A: That's, I think, from the | | |
| | 317: 1 | American Heart Association, and I can't | | |
| | 317: 2 | vouch for the calculation, but that's out | | |
| | 317: 3 | there, yes. | | |
| 165 | 317:23  -  319:9 | Topol, Eric 2005-11-22 | 00:01:20 | [317:23-319:9] | **Barnett:** Overruled. |
| | 317: 23 | Q: Is it true, Dr. Topol, that | | **Pl's Obj.:** R.401, R. 402, R. 403. | **Smith:** Testimony was played. |
| | 317: 24 | every year 400,000 -- 460,000 people die | | Whether witness used Vioxx is | No objection. |
| | 318: 1 | of heart disease in the emergency room or | | irrelevant to the issues in this | **Mason:** Testimony was played. |
| | 318: 2 | before even getting to the hospital? | | case. Witness testifies that | No objection. |
| | 318: 3 | A: That number may be about | | he had no cardiac risk factors at | |
| | 318: 4 | right. There's a lot of out of hospital | | 597:3-598:3. Witness's testimony | |
| | 318: 5 | sudden death, yes. | | is unfairly prejudicial as his | |
| | 318: 6 | Q: Did you take Vioxx, Dr. | | condition is vastly different than | |
| | 318: 7 | Topol? | | the Plaintiff and his testimony | |
| | 318: 8 | A: Yes, I took Vioxx. | | regarding taking Vioxx will | |
| | 318: 9 | Q: You took Vioxx for years, | | cause confusion for the jury. | |
| | 318: 10 | didn't you? | | | |
| | 318: 11 | A: I took it occasionally. I | | | |
| | 318: 12 | have knee arthritis. I've had multiple | | | |
| | 318: 13 | knee surgeries, so, I would take it on | | | |
| | 318: 14 | demand, you know, whether it be every -- | | | |
| | 318: 15 | once, a couple, every few weeks, that | | | |
| | 318: 16 | sort of thing. | | | |
| | 318: 17 | Q: The reason you took Vioxx is | | | |
| | 318: 18 | because you had serious knee pain, and | | | |
| | 318: 19 | traditional NSAIDs were bothering your | | | |
| | 318: 20 | stomach. Is that true? | | | |
| | 318: 21 | A: I think the medicines that I | | | |
| | 318: 22 | had taken actually didn't bother my | | | |
| | 318: 23 | stomach. I haven't had any things that | | | |
| | 318: 24 | really bothered my stomach very much, but | | | |
| | 319: 1 | I can't recall that so much as I thought | | | |
| | 319: 2 | I had better relief of my arthritis than | | | |
| | 319: 3 | by taking a Motrin or some other | | | |
| | 319: 4 | over-the-counter preparation. | | | |
| | 319: 5 | Q: Vioxx helped relieve your | | | |
| | 319: 6 | knee pain better than the traditional | | | |
| | 319: 7 | NSAIDs. Is that fair? | | | |
| | 319: 8 | A: The ones that I had tried, | | | |
| | 319: 9 | yes. | | | |
| 166 | 322:19  -  323:3 | Topol, Eric 2005-11-22 | 00:00:16 | | |
| | 322: 19 | Q: Was the VIGOR trial | | | |
| | 322: 20 | published in the New England Journal of | | | |
| | 322: 21 | Medicine? | | | |
| | 322: 22 | A: Yes. As I mentioned, the | | | |
| | 322: 23 | November 22nd, 2000. | | | |
| | 322: 24 | Q: Is the New England Journal | | | |
| | 323: 1 | of Medicine a top medical journal? | | | |
| | 323: 2 | A: It's the leading impact | | | |
| | 323: 3 | journal in biomedicine today. | | | |
| 167 | 323:12  -  325:17 | Topol, Eric 2005-11-22 | 00:02:03 | | |
| | 323: 12 | Q: Is the New England Journal | | | |
| | 323: 13 | of Medicine a peer-reviewed journal? | | | |
| | 323: 14 | A: Yes. | | | |
| | 323: 15 | Q: That means that before the | | | |
| | 323: 16 | New England Journal of Medicine will | | | |
| | 323: 17 | publish an article, doctors who are | | | |
| | 323: 18 | knowledgeable in the field that's being | | | |
| | 323: 19 | described in the article review the | | | |
| | 323: 20 | article for accuracy. | | | |
| | 323: 21 | A: 'Peer review' means that the | | | |
| | 323: 22 | data are reviewed, and certainly the | | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

323: 23    conclusions are -- yes, that's what peer
323: 24    review is all about.
324: 1    Q: Peer reviewed is a standard
324: 2    process that medical journals use to
324: 3    ensure the quality of the articles that
324: 4    they publish; correct?
324: 5    A: Correct.
324: 6    Q: I want to talk briefly about
324: 7    how the VIGOR trial was conducted, and
324: 8    then we'll discuss the results. Okay?
324: 9    A: Yes.
324: 10    Q: Do you know that VIGOR
324: 11    tested whether Vioxx was safe at treating
324: 12    pain suffered by patients who had
324: 13    rheumatoid arthritis?
324: 14    A: Yes. I mentioned that
324: 15    earlier today.
324: 16    Q: And one of the things that
324: 17    the VIGOR trial sought to test was
324: 18    whether the patients who had rheumatoid
324: 19    arthritis could have relief from their
324: 20    pain without causing them as many stomach

324: 21    problems as naproxen; correct?
324: 22    A: The primary, I think,
324: 23    endpoint of the study was the relief of
324: 24    gastrointestinal complications. That
325: 1    was, I think, why the sample size and the
325: 2    power of the trial was set up, to detect
325: 3    whether or not rofecoxib/Vioxx would have
325: 4    an advantage over naproxen in that
325: 5    regard.
325: 6    Q: Are patients with rheumatoid
325: 7    arthritis at higher risk of heart
325: 8    attacks?
325: 9    A: As I mentioned this morning,
325: 10    yes, patients with RA, rheumatoid
325: 11    arthritis, do have higher event rates for
325: 12    heart attacks.
325: 13    Q: In the VIGOR trial, patients
325: 14    who participated either used Vioxx 50
325: 15    milligrams once a day or naproxen, 500
325: 16    milligrams twice per day. Is that right?
325: 17    A: That's correct.

168   327:17 - 328:10   Topol, Eric 2005-11-22    00:00:39
327: 17    Q: You're not critical, Dr.
327: 18    Topol, of Merck's decision to use
327: 19    naproxen as the drug to compare Vioxx to,
327: 20    are you, sir?
327: 21    A: No. I think naproxen, being
327: 22    a widely used nonsteroidal agent for
327: 23    arthritis, all types of arthritis, was a
327: 24    very suitable comparator.
328: 1    Q: None of the patients in the
328: 2    VIGOR trial used placebo, did they?
328: 3    A: The VIGOR trial did not test
328: 4    placebo. It was a so-called active
328: 5    comparison, that is, comparing one active
328: 6    anti-inflammatory versus another.
328: 7    Q: A placebo is another word
328: 8    for a sugar pill. Is that right?
328: 9    A: That would be an inactive
328: 10    drug, yes.

169   329:1 - 329:9   Topol, Eric 2005-11-22    00:00:17
329: 1    Q: Would it be ethical, Dr.
329: 2    Topol, if half of the patients in the
329: 3    VIGOR study who had rheumatoid arthritis
329: 4    only took a placebo?
329: 5    A: If they had no other relief

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 329: 6 | for their rheumatoid arthritis symptoms? | | |
| | 329: 7 | Q:  Yes. | | |
| | 329: 8 | A:  No, that would not be | | |
| | 329: 9 | proper. | | |
| 170 | 329:10 - 330:6 | Topol, Eric 2005-11-22           00:00:42 | | |
| | 329: 10 | Q:  The VIGOR trial showed that | | |
| | 329: 11 | Vioxx was an effective treatment for | | |
| | 329: 12 | pain; correct? | | |
| | 329: 13 | A:  The VIGOR trial showed there | | |
| | 329: 14 | was no difference in pain relief between | | |
| | 329: 15 | naproxen and Vioxx. | | |
| | 329: 16 | Q:  That wasn't my question, Dr. | | |
| | 329: 17 | Topol. | | |
| | 329: 18 | I asked you whether Vioxx | | |
| | 329: 19 | was shown in the VIGOR trial to be an | | |
| | 329: 20 | effective treatment for pain. | | |
| | 329: 21 | A:  Effective compared with | | |
| | 329: 22 | what, Mr. Goldman? | | |
| | 329: 23 | Q:  Effective, period, sir. | | |
| | 329: 24 | A:  No. You can't make -- | | |
| | 330: 1 | effective, you have to have a reference. | | |
| | 330: 2 | Here the reference was naproxen. It was | | |
| | 330: 3 | shown to be no more effective than | | |
| | 330: 4 | naproxen. So then you could say it's | | |
| | 330: 5 | equally effective to naproxen, then I | | |
| | 330: 6 | would say yes, for pain relief. | | |
| 171 | 330:7 - 330:15 | Topol, Eric 2005-11-22           00:00:19 | | |
| | 330: 7 | Q:  Do you agree then, sir, that | | |
| | 330: 8 | Vioxx worked to reduce pain that | | |
| | 330: 9 | rheumatoid arthritis patients were | | |
| | 330: 10 | experiencing in the VIGOR trial? | | |
| | 330: 11 | A:  It reduced pain, as far as I | | |
| | 330: 12 | understand from the data, equally, as | | |
| | 330: 13 | well as naproxen at the doses that were | | |
| | 330: 14 | administered with the 50 milligrams of | | |
| | 330: 15 | Vioxx, yes. | | |
| 172 | 334:14 - 334:23 | Topol, Eric 2005-11-22           00:00:19 | | |
| | 334: 14 | Q:  Let's talk about the | | |
| | 334: 15 | cardiovascular results of VIGOR. Okay, | | |
| | 334: 16 | Doctor? | | |
| | 334: 17 | We saw in the VIGOR trial | | |
| | 334: 18 | that there were more cardiovascular | | |
| | 334: 19 | events in the Vioxx group than in | | |
| | 334: 20 | naproxen; correct? | | |
| | 334: 21 | A:  That's correct. And I did | | |
| | 334: 22 | review that this morning. I'll be happy | | |
| | 334: 23 | to review it again if you'd like. | | |
| 173 | 335:13 - 336:19 | Topol, Eric 2005-11-22           00:01:11 | | |
| | 335: 13 | Q:  Was the difference in | | |
| | 335: 14 | cardiovascular events in the Vioxx group | | |
| | 335: 15 | mostly due to a five times difference in | | |
| | 335: 16 | heart attacks compared to the naproxen | | |
| | 335: 17 | group? | | |
| | 335: 18 | A:  Well, let me just be very | | |
| | 335: 19 | clear about that. Okay? There were 22 | | |
| | 335: 20 | deaths in the Vioxx group and 15 deaths, | | |
| | 335: 21 | as I reviewed, in the naproxen group. | | |
| | 335: 22 | There were 20 heart attacks versus -- in | | |
| | 335: 23 | the Vioxx group versus 4. So, there was | | |
| | 335: 24 | an excess of deaths. That was a 46 | | |
| | 336: 1 | percent excess of deaths, which is | | |
| | 336: 2 | similar, if your number is right, with | | |
| | 336: 3 | respect to the bleeding complications. | | |
| | 336: 4 | If we're talking about percentages, 46 | | |
| | 336: 5 | percent increase in death and 46 percent | | |
| | 336: 6 | increase in bleeding complication, if | | |
| | 336: 7 | that's correct. We have a five fold, 500 | | |

Case 2:05-md-01657-EEF-DEK Document 8848 Filed 11/20/06   Page 42 of 75
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Trial Topol

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|

|  | 336: 8 | percent increase in heart attack. And |  |  |
|  | 336: 9 | then we have also an increase in stroke, |  |  |
|  | 336: 10 | 11 versus 9. |  |  |
|  | 336: 11 | So, according to the correct |  |  |
|  | 336: 12 | data, which was not published in the New |  |  |
|  | 336: 13 | England Journal paper by Bombardier in |  |  |
|  | 336: 14 | November 22, 2000, there was 53 of these |  |  |
|  | 336: 15 | events, death, heart attack or stroke |  |  |
|  | 336: 16 | versus 28. The largest portion of those |  |  |
|  | 336: 17 | in terms of numerical were heart attack, |  |  |
|  | 336: 18 | but there was a consistent excess across |  |  |
|  | 336: 19 | each, death, heart attack and stroke. |  |  |

**174   338:22  -  339:24**   Topol, Eric 2005-11-22   00:00:49

|  | 338: 22 | Q:  Let me back up, Dr. Topol. |  |  |
|  | 338: 23 | I think you said in one of your previous |  |  |
|  | 338: 24 | answers that there were 20 heart attacks |  |  |
|  | 339: 1 | seen in the Vioxx group and 4 heart |  |  |
|  | 339: 2 | attacks seen in the naproxen group. |  |  |
|  | 339: 3 | Right? |  |  |
|  | 339: 4 | A:  That's correct. |  |  |
|  | 339: 5 | Q:  That's a five times |  |  |
|  | 339: 6 | difference; right? |  |  |
|  | 339: 7 | A:  That's correct. |  |  |
|  | 339: 8 | Q:  What percentage of the |  |  |
|  | 339: 9 | patients in the Vioxx group had heart |  |  |
|  | 339: 10 | attacks? |  |  |
|  | 339: 11 | A:  That would be 20 of 4,047. |  |  |
|  | 339: 12 | So, that would be approximately -- I |  |  |
|  | 339: 13 | don't have a calculator, but it would be |  |  |
|  | 339: 14 | approximately .5 percent. |  |  |
|  | 339: 15 | Q:  One half of one percent? |  |  |
|  | 339: 16 | A:  One half of one percent. |  |  |
|  | 339: 17 | Q:  Do you know what the |  |  |
|  | 339: 18 | percentage of heart attacks in the |  |  |
|  | 339: 19 | naproxen group was? |  |  |
|  | 339: 20 | A:  Well, that was 4 out of |  |  |
|  | 339: 21 | 4,029, which is less than .1 percent. |  |  |
|  | 339: 22 | Q:  Or less than one-tenth of |  |  |
|  | 339: 23 | one percent? |  |  |
|  | 339: 24 | A:  That's correct. |  |  |

**175   340:1  -  342:12**   Topol, Eric 2005-11-22   00:02:07

|  | 340: 1 | Q:  Because there was no placebo |  |  |
|  | 340: 2 | group in the VIGOR study. If you only |  |  |
|  | 340: 3 | looked at the VIGOR study without looking |  |  |
|  | 340: 4 | at any other data, you wouldn't be able |  |  |
|  | 340: 5 | to tell the reason for the difference in |  |  |
|  | 340: 6 | heart attacks in the Vioxx group versus |  |  |
|  | 340: 7 | naproxen; is that right? |  |  |
|  | 340: 8 | A:  I'm not sure that I |  |  |
|  | 340: 9 | understand that question. |  |  |
|  | 340: 10 | Q:  If you just look at the |  |  |
|  | 340: 11 | VIGOR study -- |  |  |
|  | 340: 12 | A:  Yes. |  |  |
|  | 340: 13 | Q:  -- at the time that it was |  |  |
|  | 340: 14 | done and you don't consider any data |  |  |
|  | 340: 15 | outside of the VIGOR study -- |  |  |
|  | 340: 16 | A:  Yes. |  |  |
|  | 340: 17 | Q:  -- you don't know whether |  |  |
|  | 340: 18 | the difference in heart attacks between |  |  |
|  | 340: 19 | Vioxx and naproxen was due to Vioxx -- |  |  |
|  | 340: 20 | A:  Oh, I see. |  |  |
|  | 340: 21 | Q:  -- naproxen or chance. |  |  |
|  | 340: 22 | A:  Now I understand your |  |  |
|  | 340: 23 | question. Okay. So, first -- |  |  |
|  | 340: 24 | Q:  Is that right? |  |  |
|  | 341: 1 | A:  Yes, you do know. That is, |  |  |
|  | 341: 2 | I reviewed this this morning, but just to |  |  |
|  | 341: 3 | recap. When you're doing clinical trials |  |  |
|  | 341: 4 | with an experimental drug, in this case, |  |  |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 341: 5    it's Vioxx, versus a drug that's been | | |
| 341: 6    around for 20 years, in this case, | | |
| 341: 7    naproxen, which is considered the control | | |
| 341: 8    arm, not a placebo, but a control arm, | | |
| 341: 9    and if you have an untoward event crop up | | |
| 341: 10    like occurred in the VIGOR trial, one has | | |
| 341: 11    to assume that it's the experimental drug | | |
| 341: 12    excess that's the problem rather than | | |
| 341: 13    what was introduced by Merck, which is | | |
| 341: 14    substantiated in the Targum report and | | |
| 341: 15    other places, which is that it was a | | |
| 341: 16    protective effect of naproxen which was | | |
| 341: 17    not documented. The only appropriate | | |
| 341: 18    conclusion would have been that there was | | |
| 341: 19    a problem with the experimental drug, | | |
| 341: 20    which in this case was Vioxx. | | |
| 341: 21    Q:  Is it your testimony, Dr. | | |
| 341: 22    Topol, that when you reviewed the VIGOR | | |
| 341: 23    study, it was your conclusion that Vioxx | | |
| 341: 24    caused the difference in heart attacks | | |
| 342: 1    and not naproxen and not chance? | | |
| 342: 2    A:  Yes. That was our | | |
| 342: 3    conclusion, but we did not at that time | | |
| 342: 4    have the replication that was needed to | | |
| 342: 5    say that this drug should be taken off | | |
| 342: 6    the market or something drastic. What we | | |
| 342: 7    did say, as we wrote in the JAMA paper, | | |
| 342: 8    as you well know and I reviewed earlier, | | |
| 342: 9    is that more data were needed, and | | |
| 342: 10    specific significant caution must be | | |
| 342: 11    exercised in using this medicine because | | |
| 342: 12    of the heart attack risk. | | |
| 176    342:13  -  343:22    Topol, Eric 2005-11-22 | 00:01:08 | |
| 342: 13    Q:  Did the Food & Drug | | |
| 342: 14    Administration hold a special Advisory | | |
| 342: 15    Committee meeting in February of 2001 to | | |
| 342: 16    discuss the question of whether COX-2 | | |
| 342: 17    inhibitors cause heart problems? | | |
| 342: 18    A:  Yes. They had, as I | | |
| 342: 19    mentioned this morning, a two-day | | |
| 342: 20    conference, one for each of the drugs, | | |
| 342: 21    Celebrex and Vioxx. | | |
| 342: 22    Q:  What is an FDA Advisory | | |
| 342: 23    Committee briefly, sir? | | |
| 342: 24    A:  Well, a panel of experts are | | |
| 343: 1    brought in, and the data are reviewed, | | |
| 343: 2    and there's recommendations by the panel | | |
| 343: 3    to give to the FDA staff, and the FDA | | |
| 343: 4    staff can either accept or reject those | | |
| 343: 5    recommendations. But this is a panel of | | |
| 343: 6    experts. In this particular case, it was | | |
| 343: 7    predominantly rheumatologists. There | | |
| 343: 8    were only two cardiologists who were | | |
| 343: 9    invited to the panel to review Vioxx and | | |
| 343: 10    Celebrex. | | |
| 343: 11    Q:  One of the cardiologists who | | |
| 343: 12    was on the Advisory Committee was your | | |
| 343: 13    colleague, Dr. Steven Nissen; is that | | |
| 343: 14    right? | | |
| 343: 15    A:  Yes. | | |
| 343: 16    Q:  He is a well-respected | | |
| 343: 17    cardiologist, correct, sir? | | |
| 343: 18    A:  Yes. | | |
| 343: 19    Q:  The FDA Advisory Committee | | |
| 343: 20    meetings that are held, those are open to | | |
| 343: 21    the public, aren't they, Dr. Topol? | | |
| 343: 22    A:  Yes. | | |
| 177    344:11  -  345:5    Topol, Eric 2005-11-22 | 00:00:34 | |
| 344: 11    Q:  During the Advisory | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 344: 12  Committee meeting that your colleague, | | |
| 344: 13  Dr. Nissen, attended, Merck gave a | | |
| 344: 14  presentation; right? | | |
| 344: 15  A:  Merck gave a substantial | | |
| 344: 16  presentation, that's right. | | |
| 344: 17  Q:  Pfizer gave a presentation | | |
| 344: 18  about Celebrex; correct? | | |
| 344: 19  A:  That was on a different day, | | |
| 344: 20  yes. | | |
| 344: 21  Q:  The FDA made a presentation | | |
| 344: 22  as well; correct? | | |
| 344: 23  A:  Yes. | | |
| 344: 24  Q:  The FDA also prepared | | |
| 345: 1  background materials for the Advisory | | |
| 345: 2  Committee, analyzing the clinical trials | | |
| 345: 3  that had been done on Vioxx and Celebrex; | | |
| 345: 4  correct, sir? | | |
| 345: 5  A:  That's correct. | | |

| 178 | **350:22 - 350:24** | Topol, Eric 2005-11-22 | 00:00:07 | | |
|---|---|---|---|---|---|
| | 350: 22 | Q:  Let me show you, sir, an | | | |
| | 350: 23 | excerpt from the FDA Advisory Committee | | | |
| | 350: 24 | meeting. | | | |

| 179 | **352:6 - 352:7** | Topol, Eric 2005-11-22 | 00:00:03 | | |
|---|---|---|---|---|---|
| | 352: 6 | Q:  Dr. Topol, does Dr. | | | |
| | 352: 7 | Nissen -- | | | |

| 180 | **352:10 - 352:20** | Topol, Eric 2005-11-22 | 00:00:24 | | |
|---|---|---|---|---|---|
| | 352: 10 | Q:  -- make the following | | | |
| | 352: 11 | statement to the Advisory Committee? | | | |
| | 352: 12 | 'Briefly, I think what I would say in the | | | |
| | 352: 13 | label is that there was an excess of | | | |
| | 352: 14 | cardiovascular events in comparison to | | | |
| | 352: 15 | naproxen, that it remains uncertain | | | |
| | 352: 16 | whether this was due to beneficial | | | |
| | 352: 17 | cardioprotective effects of naproxen or | | | |
| | 352: 18 | prothrombotic effects of the agent, and | | | |
| | 352: 19 | leave it at that, that basically we don't | | | |
| | 352: 20 | know the reason'? | | | |

| 181 | **353:4 - 353:12** | Topol, Eric 2005-11-22 | 00:00:20 | | |
|---|---|---|---|---|---|
| | 353: 4 | Q:  Do you see that? | | | |
| | 353: 5 | A:  Yeah, I see it, and I | | | |
| | 353: 6 | understand that completely. As of | | | |
| | 353: 7 | February 8, 2001, which I believe was the | | | |
| | 353: 8 | date of this -- and I also understand | | | |
| | 353: 9 | that the consensus of the panel was like | | | |
| | 353: 10 | this, that there needed to be a change in | | | |
| | 353: 11 | the label about the cardiovascular risk. | | | |
| | 353: 12 | So, this is consistent with that. | | | |

| 182 | **356:21 - 357:8** | Topol, Eric 2005-11-22 | 00:00:27 | | |
|---|---|---|---|---|---|
| | 356: 21 | Q:  You said on direct | | | |
| | 356: 22 | examination, Dr. Topol, that a black box | | | |
| | 356: 23 | warning could easily have been imposed by | | | |
| | 356: 24 | February of 2001. Do you remember | | | |
| | 357: 1 | testifying to that? | | | |
| | 357: 2 | A:  Yes. | | | |
| | 357: 3 | Q:  Did anybody at the Advisory | | | |
| | 357: 4 | Committee meeting suggest that a black | | | |
| | 357: 5 | box warning be put on the Vioxx label? | | | |
| | 357: 6 | A:  No. And that's because the | | | |
| | 357: 7 | correct data for study 090 were not | | | |
| | 357: 8 | presented. | | | |

| 183 | **358:6 - 359:7** | Topol, Eric 2005-11-22 | 00:00:43 | | |
|---|---|---|---|---|---|
| | 358: 6 | 1,000 page transcript. That's not -- I | | | |
| | 358: 7 | mean, that's not a full disclosure here. | | | |
| | 358: 8 | It's not very comprehensive, so, I can't | | | |
| | 358: 9 | say. | | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 358: 10   Q: Based on the excerpt that I | | |
| 358: 11   did provide you, do you see that in that | | |
| 358: 12   answer Dr. Nissen is not saying anything | | |
| 358: 13   about a black box warning on Vioxx? | | |
| 358: 14   A: I certainly don't see that | | |
| 358: 15   in that excerpt, no. | | |
| 358: 16   Q: You talked a lot about your | | |
| 358: 17   proposed cardiovascular outcome study; | | |
| 358: 18   correct? | | |
| 358: 19   A: I discussed that we were | | |
| 358: 20   invited by Dr. Reicin -- | | |
| 358: 21   Q: No. | | |
| 358: 22   A: That's what you're talking | | |
| 358: 23   about. | | |
| 358: 24   Q: That's not what I was | | |
| 359: 1   talking about. | | |
| 359: 2   On direct examination, Dr. | | |
| 359: 3   Topol, you were asked a bunch of | | |
| 359: 4   questions about your cardiovascular | | |
| 359: 5   outcomes study; correct? | | |
| 359: 6   A: I addressed that earlier | | |
| 359: 7   today, yes. | | |
| | | |
| 184   360:1  -  360:12   Topol, Eric 2005-11-22          00:00:28 | | |
| 360: 1   Q: Do you agree, Dr. Topol, | | |
| 360: 2   that your suggested approach, the | | |
| 360: 3   cardiovascular outcomes study, was not | | |
| 360: 4   the only way to address the question of | | |
| 360: 5   whether there was a potential | | |
| 360: 6   cardiovascular risk associated with COX-2 | | |
| 360: 7   inhibitors? | | |
| 360: 8   A: I had stated earlier today | | |
| 360: 9   that the only way to get the answer | | |
| 360: 10   definitively in patients who have heart | | |
| 360: 11   disease is to do a trial in patients with | | |
| 360: 12   heart disease. | | |
| | | |
| 185   363:13  -  363:19   Topol, Eric 2005-11-22          00:00:15 | | |
| 363: 13   Q: Do you agree, Dr. Topol, | | |
| 363: 14   that all clinical trials must offer | | |
| 363: 15   potential benefits to patients? | | |
| 363: 16   A: One can never do a trial | | |
| 363: 17   with just testing the side effects | | |
| 363: 18   without at least a putative equal or | | |
| 363: 19   better benefit. | | |
| | | |
| 186   364:14  -  364:19   Topol, Eric 2005-11-22          00:00:15 | | |
| 364: 14   Do all clinical trials have | | |
| 364: 15   to have some potential benefit offered to | | |
| 364: 16   patients? | | |
| 364: 17   A: All clinical trials should | | |
| 364: 18   have a therapeutic potential, yes, a | | |
| 364: 19   benefit, yes. | | |
| | | |
| 187   366:1  -  366:12   Topol, Eric 2005-11-22          00:00:23 | | |
| 366: 1   Q: Dr. Topol -- | | |
| 366: 2   A: Yes. | | |
| 366: 3   Q: -- you can't give patients | | |
| 366: 4   medicine just to see if they have a heart | | |
| 366: 5   attack or die, correct, sir? | | |
| 366: 6   A: I would never be involved in | | |
| 366: 7   a clinical trial or advocate doing a | | |
| 366: 8   trial where there was just testing for | | |
| 366: 9   harm. You have to have -- you don't put | | |
| 366: 10   patients -- experiment on patients unless | | |
| 366: 11   you're looking at benefit and also, of | | |
| 366: 12   course, always assaying the risk as well. | | |
| | | |
| 188   367:23  -  368:18   Topol, Eric 2005-11-22          00:00:48 | | |
| 367: 23   Do you see, Dr. Topol, on | | |
| 367: 24   the first exhibit, Exhibit 31 on May 2nd, | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 368: 1 | 2001 -- is it Dr. Bhatt? |
| 368: 2 | A:  Dr. Bhatt, Deepak Bhatt. |
| 368: 3 | Q:  Dr. Bhatt is sending an |
| 368: 4 | e-mail to Dr. Reicin and says, 'Hello. |
| 368: 5 | As Dr. Topol promised, here is our |
| 368: 6 | protocol regarding the use of Vioxx in |
| 368: 7 | acute coronary syndromes.' Do you see |
| 368: 8 | that? |
| 368: 9 | A:  I see that, and I already |
| 368: 10 | discussed that this morning. And what I |
| 368: 11 | said, if I can go back -- |
| 368: 12 | Q:  My question was just, do you |
| 368: 13 | see that? |
| 368: 14 | A:  I see that, yes. |
| 368: 15 | Q:  The protocol that Dr. Bhatt |
| 368: 16 | sent to Merck is Exhibit 32, isn't it? |
| 368: 17 | A:  That's what you just gave |
| 368: 18 | me, yes. |

**189**   **370:2  -  371:5**   Topol, Eric 2005-11-22   00:01:08

| | |
|---|---|
| 370: 2 | The protocol for your trial, |
| 370: 3 | by 'your,' I mean the Cleveland Clinic -- |
| 370: 4 | A:  Right. |
| 370: 5 | Q:  -- includes Dr. Bhatt's |
| 370: 6 | name and your name; correct? |
| 370: 7 | A:  He put my name on it, but |
| 370: 8 | that doesn't mean that I was involved in |
| 370: 9 | this. This is a protocol sketch, and I |
| 370: 10 | guess he was looking for feedback from |
| 370: 11 | Merck. But I did not go over this in |
| 370: 12 | terms of, did I think this was the |
| 370: 13 | appropriate design. This was a brief |
| 370: 14 | conversation I had with Dr. Bhatt, and I |
| 370: 15 | don't recall all the details. It's back |
| 370: 16 | four years ago in May 2001, but I did not |
| 370: 17 | author this protocol, and my name was |
| 370: 18 | loosely attached to it. I was not |
| 370: 19 | interested in running a trial personally |
| 370: 20 | on this because I didn't feel that was |
| 370: 21 | appropriate. I thought it should be |
| 370: 22 | done, but I should not necessarily be |
| 370: 23 | involved with it. |
| 370: 24 | Q:  Dr. Topol, did the Cleveland |
| 371: 1 | Clinic send a protocol to Merck outlining |
| 371: 2 | what the Cleveland Clinic believed would |
| 371: 3 | be an appropriate cardiovascular outcomes |
| 371: 4 | study for Vioxx? |
| 371: 5 | A:  Dr. Bhatt did, yes. |

**190**   **376:7  -  377:6**   Topol, Eric 2005-11-22   00:00:59

| | |
|---|---|
| 376: 7 | Q:  Dr. Topol, the concept that |
| 376: 8 | has your name and Dr. Bhatt's name on it |
| 376: 9 | describes these criteria for inclusion, |
| 376: 10 | and as you described acute coronary |
| 376: 11 | syndrome, the concept was that patients |
| 376: 12 | who either were threatened with a heart |
| 376: 13 | attack or who had a heart attack would |
| 376: 14 | participate in the study. Is that right? |
| 376: 15 | A:  That's correct. But you're |
| 376: 16 | leaving out one important element. And |
| 376: 17 | as in the title of this concept sheet, |
| 376: 18 | 'Elevated Markers of Inflammation,' and |
| 376: 19 | in the inclusion criteria on Page 6 that |
| 376: 20 | we are now reviewing, you see Item Number |
| 376: 21 | 3, it says, 'AND Item Number 3, elevated |
| 376: 22 | high-sensitivity C-reactive protein' |
| 376: 23 | known as CRP 'greater than .2.' So, they |
| 376: 24 | had to have arterial inflammation, and |
| 377: 1 | that was the whole point of the concept, |
| 377: 2 | was that rofecoxib, as well as celecoxib, |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  |  |
|---|---|---|
| 377: 3 | have been shown to reduce inflammation. |  |  |
| 377: 4 | So, in fact, it could be a benefit to |  |  |
| 377: 5 | these patients to suppress subsequent |  |  |
| 377: 6 | heart attacks. |  |  |

| 191 | 377:9 - 378:12 | Topol, Eric 2005-11-22 | 00:01:02 |
|---|---|---|---|
|  | 377: 9 | Do you see, sir, that the |
|  | 377: 10 | concept that you were proposing to Merck |
|  | 377: 11 | calls for the study to last a minimum of |
|  | 377: 12 | one year? |
|  | 377: 13 | A: Where is that? |
|  | 377: 14 | Q: If you look on Page 5 under |
|  | 377: 15 | study design, it says, 'This study is a |
|  | 377: 16 | multicenter double blind randomized' and |
|  | 377: 17 | it continues 'comparing the effects of' |
|  | 377: 18 | Vioxx 'versus placebo administered in |
|  | 377: 19 | conjunction with standard therapy |
|  | 377: 20 | (including aspirin...) for a minimum of |
|  | 377: 21 | one year to patients who have suffered an |
|  | 377: 22 | episode of an acute coronary syndrome,' |
|  | 377: 23 | and it goes on. |
|  | 377: 24 | A: Again, this is a concept |
|  | 378: 1 | sheet. This is not a protocol. This |
|  | 378: 2 | does not have anything about events rates |
|  | 378: 3 | that are anticipated. It doesn't have |
|  | 378: 4 | anything about sample size. It doesn't |
|  | 378: 5 | have the number of triggered events to |
|  | 378: 6 | stop a trial. One year is just a very |
|  | 378: 7 | loose term, that it has to have some |
|  | 378: 8 | long-term followup. So, I see it, but, |
|  | 378: 9 | again, it reinforces how sketchy -- this |
|  | 378: 10 | could not be called a protocol. This is |
|  | 378: 11 | a very early rudimentary design concept |
|  | 378: 12 | sheet. |

| 192 | 378:19 - 380:10 | Topol, Eric 2005-11-22 | 00:01:30 |
|---|---|---|---|
|  | 378: 19 | Q: Dr. Topol, the concept sheet |
|  | 378: 20 | that has your name on it and Dr. Bhatt's |
|  | 378: 21 | name on it calls for a study that would |
|  | 378: 22 | last a minimum of one year; correct? |
|  | 378: 23 | A: Very loosely defined, yes. |
|  | 378: 24 | Q: The concept sheet that has |
|  | 379: 1 | your name on it and Dr. Bhatt's name on |
|  | 379: 2 | it also calls for patients to be followed |
|  | 379: 3 | up for a minimum of one year. Do you see |
|  | 379: 4 | that, sir? |
|  | 379: 5 | A: That's what it says. |
|  | 379: 6 | Q: The concept sheet also |
|  | 379: 7 | refers on Page 7, sir, to certain |
|  | 379: 8 | criteria for exclusion. Do you see that? |
|  | 379: 9 | A: Yes. |
|  | 379: 10 | Q: This is another way of |
|  | 379: 11 | saying these are the type of patients who |
|  | 379: 12 | will not be allowed to participate in the |
|  | 379: 13 | study according to this concept sheet; |
|  | 379: 14 | correct? |
|  | 379: 15 | A: That's correct. |
|  | 379: 16 | Q: If you look at Number 4, do |
|  | 379: 17 | you see that the concept that Dr. Bhatt |
|  | 379: 18 | was proposing to Merck says that, under |
|  | 379: 19 | 4, 'Any need for COX-2 inhibitors.' So, |
|  | 379: 20 | if a patient wanted to participate in |
|  | 379: 21 | this study, they couldn't do so if they |
|  | 379: 22 | actually needed COX-2 inhibitors; is that |
|  | 379: 23 | right? |
|  | 379: 24 | A: You'll have to ask Dr. Bhatt |
|  | 380: 1 | about this since he wrote it, but my |
|  | 380: 2 | interpretation is if they didn't have any |
|  | 380: 3 | other relief of their problem without a |
|  | 380: 4 | COX-2 inhibitor, that they couldn't be -- |
|  | 380: 5 | that is, they would have to be willing to |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 380: 6 | be randomized. So, yes, if they had to | | |
| | 380: 7 | take a COX-2 inhibitor for some reason, | | |
| | 380: 8 | they obviously wouldn't be a suitable | | |
| | 380: 9 | candidate for the trial, the way he's | | |
| | 380: 10 | written this up. | | |
| 193 | 382:17 - 383:16 | Topol, Eric 2005-11-22 | 00:00:50 | |
| | 382: 17 | Q: On Page 2 of this | | |
| | 382: 18 | rudimentary concept, do you see the first | | |
| | 382: 19 | sentence under the introduction | | |
| | 382: 20 | 'Inflammatory cells play a significant | | |
| | 382: 21 | role in atherosclerosis'? | | |
| | 382: 22 | A: I agree with that. I see | | |
| | 382: 23 | it, and I agree with it. | | |
| | 382: 24 | Q: In the next paragraph, the | | |
| | 383: 1 | concept sheet says, 'Aspirin, by virtue | | |
| | 383: 2 | of its preferential COX-1 inhibitory | | |
| | 383: 3 | effect, provides minimal | | |
| | 383: 4 | anti-inflammatory action.' Do you see | | |
| | 383: 5 | that? | | |
| | 383: 6 | A: I see that. | | |
| | 383: 7 | Q: And then further down in | | |
| | 383: 8 | that second paragraph -- in that second | | |
| | 383: 9 | paragraph, the concept sheet says, 'The | | |
| | 383: 10 | administration of' Vioxx 'may provide a | | |
| | 383: 11 | direct approach to reduce coronary | | |
| | 383: 12 | inflammation resulting in fewer | | |
| | 383: 13 | cardiovascular recurrent ischemic events | | |
| | 383: 14 | in patients presenting with acute | | |
| | 383: 15 | coronary syndromes.' Do you see that? | | |
| | 383: 16 | A: Yes. | | |
| 194 | 383:22 - 384:14 | Topol, Eric 2005-11-22 | 00:00:47 | |
| | 383: 22 | Q: Can you explain how it is | | |
| | 383: 23 | that Vioxx could actually prevent | | |
| | 383: 24 | recurrent ischemic events? | | |
| | 384: 1 | A: Right. So, there have been | | |
| | 384: 2 | several studies now with the different | | |
| | 384: 3 | COX-2 inhibitors in patients to look at | | |
| | 384: 4 | whether C-reactive protein is reduced, | | |
| | 384: 5 | whether endothelial function, which is | | |
| | 384: 6 | the lining of the artery cells, that | | |
| | 384: 7 | whether or not that critical layer of the | | |
| | 384: 8 | artery wall functions better and whether | | |
| | 384: 9 | the inflammation is reduced. And indeed | | |
| | 384: 10 | these mechanistic studies have supported | | |
| | 384: 11 | the concept that there could be an | | |
| | 384: 12 | improvement in this process by | | |
| | 384: 13 | suppressing inflammation with COX-2 | | |
| | 384: 14 | inhibitors. | | |
| 195 | 385:3 - 385:11 | Topol, Eric 2005-11-22 | 00:00:19 | |
| | 385: 3 | Q: In May of 2001 you believed | | |
| | 385: 4 | that Vioxx could actually help prevent | | |
| | 385: 5 | heart attacks; correct? | | |
| | 385: 6 | A: I felt that that was an | | |
| | 385: 7 | important mechanism, inflammation of the | | |
| | 385: 8 | artery wall, and this is a potent class | | |
| | 385: 9 | of anti-inflammatories, and certainly | | |
| | 385: 10 | there was that possibility. And other | | |
| | 385: 11 | studies suggested that potential. | | |
| 196 | 386:4 - 386:21 | Topol, Eric 2005-11-22 | 00:00:50 | |
| | 386: 4 | Am I right, Dr. Topol, that | | |
| | 386: 5 | in the concept sheet that Dr. Bhatt sent | | |
| | 386: 6 | to Merck in May of 2001, anticipated that | | |
| | 386: 7 | Vioxx would actually prevent heart | | |
| | 386: 8 | attacks and not cause them? | | |
| | 386: 9 | A: In patients who had active | | |
| | 386: 10 | inflammatory coronary disease. | | |
| | 386: 11 | Q: Did you agree with Dr. Bhatt | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8848-6 Filed 11/20/06 Page 49 of 75
Plaintiff's and Defendant's Designations of Eric Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 386: 12    that in May of 2001, patients who had<br>386: 13    active inflammatory coronary disease<br>386: 14    might be benefited by taking Vioxx<br>386: 15    because it could help their heart?<br>386: 16    A: I already answered that<br>386: 17    question affirmatively.<br>386: 18    Q: Other scientists shared that<br>386: 19    view, Dr. Topol, that COX-2 inhibitors<br>386: 20    could be beneficial to patients who have<br>386: 21    cardiovascular disease; is that right? | | |
| 197   386:24 - 387:11    Topol, Eric 2005-11-22    00:00:18<br>386: 24    THE WITNESS: I already<br>387: 1    mentioned that there were several<br>387: 2    studies published, and I've cited<br>387: 3    them in my work, that that indeed<br>387: 4    was a potential benefit of COX-2<br>387: 5    inhibitors in patients with<br>387: 6    arterial disease.<br>387: 7    BY MR. GOLDMAN:<br>387: 8    Q: And those were the patients<br>387: 9    you were suggesting be studied; correct?<br>387: 10    A: Patients with inflammatory<br>387: 11    proven artery disease, yes. | | |
| 198   394:15 - 394:22    Topol, Eric 2005-11-22    00:00:19<br>394: 15    From May of 2001 through the<br>394: 16    time that Vioxx was withdrawn in<br>394: 17    September of 2004, you believed that if a<br>394: 18    cardiovascular outcomes study were done,<br>394: 19    it could show that Vioxx and Celebrex<br>394: 20    actually helped protect the heart;<br>394: 21    correct?<br>394: 22    A: That's one possibility, yes. | | |
| 199   401:19 - 402:11    Topol, Eric 2005-11-22    00:00:50<br>401: 19    Q: I want to talk to you, Dr.<br>401: 20    Topol, about your JAMA article that you<br>401: 21    published in August of 2001. Okay.<br>401: 22    A: Sure.<br>401: 23    Q: You said on direct<br>401: 24    examination that you sent the manuscript<br>402: 1    or the draft of the JAMA article to Merck<br>402: 2    to see where there were discrepancies in<br>402: 3    the data between the published paper that<br>402: 4    you were publishing and the FDA database.<br>402: 5    Do you remember that?<br>402: 6    A: That's correct. I sent the<br>402: 7    paper to Dr. Demopoulos, and we already<br>402: 8    went through about, whether it was a<br>402: 9    paper version, and then Dr. Reicin<br>402: 10    requested an electronic version. We went<br>402: 11    through that this morning. | | |
| 200   402:23 - 404:19    Topol, Eric 2005-11-22    00:01:50<br>402: 23    Q: Dr. Topol, you met with<br>402: 24    Merck employees in April of 2001;<br>403: 1    correct?<br>403: 2    A: That was a meeting I<br>403: 3    referred to when they came to Cleveland.<br>403: 4    Q: Is that the meeting where<br>403: 5    you said Dr. Reicin came on quite strong,<br>403: 6    and that you would consider her comments<br>403: 7    to be brazen?<br>403: 8    A: I considered her remarks<br>403: 9    about how we would be embarrassed if we<br>403: 10    published it to be inappropriate, yes.<br>403: 11    Q: Did Dr. Reicin or Dr.<br>403: 12    Demopoulos ever exert any pressure or<br>403: 13    influence on you during that meeting?<br>403: 14    A: Well, it's Dr. Demopoulos, | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8843-6 Filed 11/20/06   Page 50 of 75
Plaintiff's and Defendant's Designations of Topol

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 403: 15 | and as I conveyed -- I mean, we | | |
| 403: 16 | summarized this morning, but there were | | |
| 403: 17 | some definite difficult issues that were | | |
| 403: 18 | confronted, and there was no quid pro quo | | |
| 403: 19 | in terms of intimidation. They didn't | | |
| 403: 20 | say, if you don't pull this paper out and | | |
| 403: 21 | not take it out of its submission phase, | | |
| 403: 22 | such and such would happen. But it was | | |
| 403: 23 | not what I would consider a pleasant | | |
| 403: 24 | discussion. | | |
| 404: 1 | Q:  Actually, isn't it true, Dr. | | |
| 404: 2 | Topol, that you enjoyed meeting with Dr. | | |
| 404: 3 | Reicin and Dr. Demopoulos? | | |
| 404: 4 | A:  Dr. Demopoulos and I are | | |
| 404: 5 | colleagues, and we worked on a trial | | |
| 404: 6 | together, and I had no problem with Dr. | | |
| 404: 7 | Demopoulos. | | |
| 404: 8 | I did have a problem with | | |
| 404: 9 | Dr. Reicin, who I had not met before, who | | |
| 404: 10 | used Dr. Demopoulos as an access point, | | |
| 404: 11 | who came to visit, and as I said, told me | | |
| 404: 12 | that we would regret publishing the paper | | |
| 404: 13 | because we did not have the data that | | |
| 404: 14 | Merck had, that we didn't understand that | | |
| 404: 15 | rheumatoid arthritis patients had more | | |
| 404: 16 | heart attacks, and that we would -- we | | |
| 404: 17 | were making a mistake. Those were | | |
| 404: 18 | comments that I did not find enjoyable | | |
| 404: 19 | whatsoever. | | |

| 201 | **404:24  -  405:19** | Topol, Eric 2005-11-22 | 00:00:59 | |
|---|---|---|---|---|
| | 404: 24 | Q:  Do you see Exhibit 5, sir? | | |
| | 405: 1 | A:  Yes. | | |
| | 405: 2 | Q:  This is an exhibit that the | | |
| | 405: 3 | plaintiffs used and didn't ask you about | | |
| | 405: 4 | the e-mail dated April 20 of 2001 from | | |
| | 405: 5 | you to Dr. Reicin. Do you see that in | | |
| | 405: 6 | the middle of the page? | | |
| | 405: 7 | A:  Yes, I do. | | |
| | 405: 8 | Q:  Do you tell Dr. Reicin on | | |
| | 405: 9 | April 20: 'I enjoyed the meeting with you | | |
| | 405: 10 | and Laura and will have my assistant, | | |
| | 405: 11 | Donna Bressan, forward you an electronic | | |
| | 405: 12 | copy of the JAMA paper.' | | |
| | 405: 13 | A:  Yes. I certainly said that, | | |
| | 405: 14 | and I was trying to be politically | | |
| | 405: 15 | correct and smooth over the difficulties | | |
| | 405: 16 | we had during the meeting. | | |
| | 405: 17 | Q:  Was it true what you wrote, | | |
| | 405: 18 | Dr. Topol, that you enjoyed the meeting | | |
| | 405: 19 | with Laura and Dr. Demopoulos? | | |

| 202 | **405:22  -  406:7** | Topol, Eric 2005-11-22 | 00:00:21 | |
|---|---|---|---|---|
| | 405: 22 | THE WITNESS:  To be exact, I | | |
| | 405: 23 | did not enjoy some of the | | |
| | 405: 24 | interactions, but I tried to be | | |
| | 406: 1 | correct about keeping things on an | | |
| | 406: 2 | upbeat -- when I wrote that, it | | |
| | 406: 3 | was definitely to convey a sense | | |
| | 406: 4 | of, let's not have any bad | | |
| | 406: 5 | feelings, and I tried to convey an | | |
| | 406: 6 | upbeat sense. That's what that | | |
| | 406: 7 | is. | | |

| 203 | **413:3  -  413:14** | Topol, Eric 2005-11-22 | 00:00:27 | |
|---|---|---|---|---|
| | 413: 3 | Q:  Dr. Topol, you actually | | |
| | 413: 4 | thought that it would be great to get | | |
| | 413: 5 | Merck's input on the JAMA article; | | |
| | 413: 6 | correct? | | |
| | 413: 7 | A:  I didn't think it would be | | |
| | 413: 8 | great. I thought it would be -- because | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  |  |
|---|---|---|
| 413: 9 | of being colleagues with Merck, because |  |
| 413: 10 | of having a relationship with Drs. |  |
| 413: 11 | DiBattiste and Demopoulos in another |  |
| 413: 12 | trial, I thought it was appropriate that |  |
| 413: 13 | we give them an opportunity to review the |  |
| 413: 14 | manuscript and the data. |  |

**204  414:5  -  415:12**  Topol, Eric 2005-11-22   00:01:18

414: 5   Q:  Dr. Topol, I've handed you
414: 6   Exhibit 35, which is a series of e-mails
414: 7   starting at the bottom. It's Laura
414: 8   Demopoulos is writing to you, Dr. Topol,
414: 9   on April 28, 2001. Do you see that, sir?
414: 10   A:  Yes.
414: 11   Q:  She writes to you 'Hi, just
414: 12   wanted to let you know that Pete and I
414: 13   -- that's Pete DiBattiste -- 'will be
414: 14   working with Alise to try to incorporate
414: 15   some of the data we discussed during our
414: 16   visit into the JAMA manuscript.' Do you
414: 17   see that, sir?
414: 18   A:  Yes. I see it. I can read
414: 19   it very well, yes.
414: 20   Q:  You wrote back to Laura on
414: 21   April 28 and you said, 'Hi, Laura. That
414: 22   will be great to get your input.' Do you
414: 23   see that, sir?
414: 24   A:  Yes. But don't cut off the
415: 1   sentence, 'we haven't heard from JAMA
415: 2   yet.' That is, the paper was already
415: 3   under review at JAMA. Okay? So, the
415: 4   input was, and I told this to Laura on
415: 5   the phone, and it's not conveyed in the
415: 6   e-mail, the input was about data on the
415: 7   manuscript and the discrepancies that
415: 8   we're concerned about. And I want to be,
415: 9   again, perfectly clear. We never
415: 10   received any manuscript recommendations,
415: 11   data changes from Merck, from Dr.
415: 12   Demopoulos, Dr. DiBattiste or Dr. Reicin.

**205  415:16  -  416:4**  Topol, Eric 2005-11-22   00:00:31

415: 16   Q:  Dr. Topol, was it true what
415: 17   you wrote to Laura Demopoulos, that you
415: 18   thought it would be great to get her
415: 19   input on your manuscript?
415: 20   A:  I was the one who offered
415: 21   the manuscript to get the input, of
415: 22   course.
415: 23   Q:  You actually found some of
415: 24   Merck's comments to be insightful, and
416: 1   you wanted to incorporate them. Isn't
416: 2   that right, sir?
416: 3   A:  No. I didn't get any
416: 4   comments. We never got any comments.

**206  416:21  -  417:2**  Topol, Eric 2005-11-22   00:00:11

416: 21   Q:  Dr. Topol, did Merck ever
416: 22   provide comments to you on your JAMA
416: 23   paper that you subsequently published in
416: 24   August of 2001?
417: 1   A:  I'm not aware of any
417: 2   comments.

**207  418:6  -  419:3**  Topol, Eric 2005-11-22   00:00:58

418: 6   Q:  Let me hand you what I've
418: 7   marked as Exhibit 35. This is an e-mail
418: 8   dated June 20 of 2001 from Pete
418: 9   DiBattiste to you, and it attaches your
418: 10   manuscript for the JAMA paper, doesn't
418: 11   it, sir?

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 418: 12  A: Yes. | | |
| 418: 13  Q: Do you see that Dr. | | |
| 418: 14  DiBattiste is saying this to you in this | | |
| 418: 15  e-mail, 'Laura and I have had a chance to | | |
| 418: 16  review the most recent version of the | | |
| 418: 17  COX-2 manuscript. Thanks for sharing it | | |
| 418: 18  with us. We've made a few comments, | | |
| 418: 19  embedded in the text.' | | |
| 418: 20  Do you see that, sir? | | |
| 418: 21  A: Yes. | | |
| 418: 22  Q: Then if you flip the pages, | | |
| 418: 23  you can see that on occasion, Merck made | | |
| 418: 24  some suggestions to your paper. Do you | | |
| 419: 1   see that, sir? | | |
| 419: 2   A: Yes. There's just | | |
| 419: 3   limited -- okay, I see them now, yes. | | |

| 208   **419:11 - 420:2**    Topol, Eric 2005-11-22     00:00:26 | | |
|---|---|---|
| 419: 11  Q: The e-mail was written to | | |
| 419: 12  you, wasn't it, Dr. Topol? | | |
| 419: 13  A: The e-mail's written to me, | | |
| 419: 14  but I don't recall ever having seen this | | |
| 419: 15  document or the e-mail. | | |
| 419: 16  Q: Do you have any reason to | | |
| 419: 17  dispute that you actually received an | | |
| 419: 18  e-mail from Dr. DiBattiste on June 20 of | | |
| 419: 19  2001? | | |
| 419: 20  A: Well, this looks unfamiliar | | |
| 419: 21  to me. I don't remember seeing it | | |
| 419: 22  before. So, it's certainly something | | |
| 419: 23  that I'm not familiar with. | | |
| 419: 24  Q: My question was, do you have | | |
| 420: 1   any reason to dispute that you actually | | |
| 420: 2   received it. | | |

| 209   **420:5 - 421:6**    Topol, Eric 2005-11-22     00:00:47 | | |
|---|---|---|
| 420: 5   THE WITNESS: Maybe it was | | |
| 420: 6   sent, and I never got it. Maybe | | |
| 420: 7   there was a problem. I don't | | |
| 420: 8   know. But I don't remember seeing | | |
| 420: 9   it previously. | | |
| 420: 10  BY MR. GOLDMAN: | | |
| 420: 11  Q: Dr. Topol, if you'd turn to | | |
| 420: 12  the page that ends with a Bates Number at | | |
| 420: 13  the bottom TOP1PR and then several zeros, | | |
| 420: 14  294? | | |
| 420: 15  A: 294. Yes. | | |
| 420: 16  Q: Do you see that? | | |
| 420: 17  A: Sure. | | |
| 420: 18  Q: And here Merck is providing | | |
| 420: 19  some input, and you see what's underlined | | |
| 420: 20  there are their suggested comments. Do | | |
| 420: 21  you see that? | | |
| 420: 22  A: Where it says 'These | | |
| 420: 23  results'? | | |
| 420: 24  Q: Yes. | | |
| 421: 1   A: Okay. | | |
| 421: 2   Q: And in the section about | | |
| 421: 3   study 085 and 090, Merck says 'These | | |
| 421: 4   results' that you describe, 'while | | |
| 421: 5   important, are incomplete. Would you | | |
| 421: 6   consider' -- | | |

| 210   **421:11 - 421:19**    Topol, Eric 2005-11-22     00:00:14 | | |
|---|---|---|
| 421: 11  Q: 'Would you consider | | |
| 421: 12  substituting the following section to | | |
| 421: 13  provide more robust data?' Do you | | |
| 421: 14  that, sir? | | |
| 421: 15  A: Yes. | | |
| 421: 16  Q: That's a question that Merck | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK Document 8848-6 Filed 11/20/06   Page 53 of 75   Plaintiff's and Defendant's Designations: Eric Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|

421: 17   is asking you about whether you think it
421: 18   would be a good idea to include the
421: 19   language that follows; correct?

**211**    **422:8 - 422:15**    Topol, Eric 2005-11-22    00:00:14
422: 8   THE WITNESS: Well, I also
422: 9   want to point out, we sent this
422: 10   paper -- I sent it to Laura in
422: 11   March, I believe, and submitted it
422: 12   to the JAMA, and this is the 20th
422: 13   of June. So, this is months after
422: 14   I had sent it to them, but anyway,
422: 15   please.

**212**    **426:20 - 426:23**    Topol, Eric 2005-11-22    00:00:05
426: 20   All that Merck is doing
426: 21   here, by the way, is saying to you, would
426: 22   you consider including this language;
426: 23   correct?

**213**    **427:2 - 427:6**    Topol, Eric 2005-11-22    00:00:07
427: 2   THE WITNESS: Well, yes. I
427: 3   guess that's what they're saying
427: 4   in this, but we certainly didn't
427: 5   include, and I don't remember ever
427: 6   seeing this.

**214**    **428:18 - 428:23**    Topol, Eric 2005-11-22    00:00:17
428: 18   Q: If you remember, Dr. Topol,
428: 19   you actually felt that Merck's comments
428: 20   to you were insightful about the JAMA
428: 21   paper?
428: 22   A: No. I didn't say that.
428: 23   Okay?

**215**    **429:11 - 430:12**    Topol, Eric 2005-11-22    00:01:03
429: 11   Q: This is an e-mail from you
429: 12   back to Dr. DiBattiste, June 22nd of
429: 13   2001. Do you see that, sir? At the top?
429: 14   A: Okay. Yes, I see that.
429: 15   Q: Do you see that you wrote to
429: 16   Dr. DiBattiste, 'Thanks - your comments
429: 17   on the paper came back after it was
429: 18   resubmitted and now we have final
429: 19   acceptance and will try to weave some of
429: 20   the insightful points into the galleys.'
429: 21   Do you see that, sir?
429: 22   A: Yes. It's nice to have this
429: 23   e-mail to help remember the interaction.
429: 24   Yes, I do remember this.
430: 1   Q: So, you now remember getting
430: 2   comments and reviewing them, correct,
430: 3   sir?
430: 4   A: No. I'll tell you what I
430: 5   remember exactly. The galleys -- the
430: 6   paper had been accepted, the galleys had
430: 7   already been sent back, and then after
430: 8   the fact we got this -- you know, three
430: 9   months after submitting it to Merck, we
430: 10   got these comments. I had basically
430: 11   disregarded them because the paper was
430: 12   complete, so I really never went into it.

**216**    **434:9 - 434:19**    Topol, Eric 2005-11-22    00:00:23
434: 9   Q: Dr. Topol, did you write to
434: 10   Dr. DiBattiste on June 22nd of 2001 that
434: 11   you would try to weave some of the
434: 12   insightful points into the galleys?
434: 13   A: In a polite way after it was
434: 14   already finished, that was a
434: 15   communication I apparently made to Dr.

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8843-16 Filed 11/20/06   Page 54 of 75
Plaintiff's and Defendant's Designations -- Eric Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 434: 16 | DiBattiste, who I regarded as a long-term | | |
| 434: 17 | colleague, yes. | | |
| 434: 18 | Q:  Let me hand you what I'll | | |
| 434: 19 | mark as Exhibit 38. | | |

217    435:7  -  438:4    Topol, Eric 2005-11-22                    00:02:35

| | |
|---|---|
| 435: 7 | Q:  This is your JAMA paper. |
| 435: 8 | A:  Uh-huh. |
| 435: 9 | Q:  That was published in August |
| 435: 10 | of 2001, isn't it, sir? |
| 435: 11 | A:  Yes. |
| 435: 12 | Q:  JAMA is a peer-reviewed |
| 435: 13 | publication, isn't it? |
| 435: 14 | A:  That's correct. |
| 435: 15 | Q:  It is a top journal? |
| 435: 16 | A:  One of the top journals. |
| 435: 17 | Q:  It's widely reviewed by |
| 435: 18 | doctors? |
| 435: 19 | A:  That's correct. |
| 435: 20 | Q:  When you wrote this article |
| 435: 21 | in JAMA, it reflected your and Dr. |
| 435: 22 | Nissen's best medical judgment about the |
| 435: 23 | potential cardiovascular risks associated |
| 435: 24 | with COX-2 inhibitors, correct, sir? |
| 436: 1 | A:  And Dr. Mukherjee and the |
| 436: 2 | input of the reviewers and the editors. |
| 436: 3 | Q:  You both had reviewed, Dr. |
| 436: 4 | Nissen and you, lots of data concerning |
| 436: 5 | COX-2 inhibitors before writing this |
| 436: 6 | paper, correct, sir? |
| 436: 7 | A:  Yes. |
| 436: 8 | Q:  Among the materials that you |
| 436: 9 | reviewed and Dr. Nissen reviewed are the |
| 436: 10 | VIGOR study, the CLASS study, study 090, |
| | |
| 436: 11 | study 085, aspirin trials; correct? |
| 436: 12 | A:  Yes. |
| 436: 13 | Q:  And very scientific |
| 436: 14 | literature, right, sir? |
| 436: 15 | A:  That's correct. |
| 436: 16 | Q:  Isn't it true, sir, that |
| 436: 17 | when you wrote this paper, you found that |
| 436: 18 | the difference in cardiovascular events |
| 436: 19 | seen in VIGOR was unexpected? |
| 436: 20 | A:  Well, I don't know if I |
| 436: 21 | would qualify it like that. I would say |
| 436: 22 | that it was significantly different, and |
| 436: 23 | that we -- there was a biologic |
| 436: 24 | mechanism. So, I don't know that you |
| 437: 1 | would want to say it was unexpected. We |
| 437: 2 | already knew that prostacyclin was |
| 437: 3 | suppressed, a critical constituent for |
| 437: 4 | blood clots and normal artery function, |
| 437: 5 | and so I don't know that you can say it |
| 437: 6 | was unexpected. It wasn't expected by |
| 437: 7 | the trialist per se, but it wouldn't be |
| 437: 8 | at all biologically implausible. |
| 437: 9 | Q:  If you'd turn to the page in |
| 437: 10 | your paper, 958. |
| 437: 11 | A:  Yes. |
| 437: 12 | Q:  Second column, last |
| 437: 13 | paragraph. Do you write in your paper |
| 437: 14 | 'Our analysis has several significant |
| 437: 15 | limitations. The increase in |
| 437: 16 | cardiovascular events in these trials was |
| 437: 17 | unexpected.' Is that what you wrote? |
| 437: 18 | A:  That's the statement I'm |
| 437: 19 | trying to put in context. |
| 437: 20 | Q:  You say -- |
| 437: 21 | A:  It says, 'and evaluation of |
| 437: 22 | these end points was not prespecified,' |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 437: 23 | so that's part of -- it's interdependent. | | |
| | 437: 24 | If you don't anticipate the endpoints and | | |
| | 438: 1 | some of the issues are unexpected, it's | | |
| | 438: 2 | not a matter of biologic expectation, | | |
| | 438: 3 | it's a matter of whether the trial is | | |
| | 438: 4 | designed to look at this question. | | |
| 218 | 438:5 - 438:19 | Topol, Eric 2005-11-22          00:00:34 | | |
| | 438: 5 | Q: You said on direct | | |
| | 438: 6 | examination that you felt there was no | | |
| | 438: 7 | basis for the naproxen hypothesis. Was | | |
| | 438: 8 | that your testimony? | | |
| | 438: 9 | A: That on the course of how | | |
| | 438: 10 | this played out from 2001 when that | | |
| | 438: 11 | naproxen hypothesis was first touted by | | |
| | 438: 12 | Merck and put in the Targum report to the | | |
| | 438: 13 | present, over time it was very clear that | | |
| | 438: 14 | that could not be tenable. | | |
| | 438: 15 | Q: You said on direct | | |
| | 438: 16 | examination 'The only appropriate | | |
| | 438: 17 | conclusion...would be that there's a | | |
| | 438: 18 | problem with the experimental drug | | |
| | 438: 19 | Vioxx.' Right, sir? | | |
| 219 | 439:2 - 441:5 | Topol, Eric 2005-11-22          00:01:51 | | |
| | 439: 2 | Q: Do you remember testifying | | |
| | 439: 3 | to that? | | |
| | 439: 4 | A: I remember testifying, and I | | |
| | 439: 5 | remember the statement is very clear, | | |
| | 439: 6 | comparing a well-accepted historical | | |
| | 439: 7 | anchor, naproxen, versus an experimental | | |
| | 439: 8 | new drug and making the conclusion that | | |
| | 439: 9 | the only reasonable conclusion as a | | |
| | 439: 10 | clinical trialist is to say the | | |
| | 439: 11 | experimental arm has a problem. | | |
| | 439: 12 | Q: Well, let's see what | | |
| | 439: 13 | conclusion you reached when you wrote | | |
| | 439: 14 | this paper in August of 2001. If you'd | | |
| | 439: 15 | turn to Page 957, the first column, last | | |
| | 439: 16 | paragraph, 'The results of the VIGOR | | |
| | 439: 17 | study can be explained by either a | | |
| | 439: 18 | significant prothrombotic effect from' | | |
| | 439: 19 | Vioxx 'or an antithrombotic effect from | | |
| | 439: 20 | naproxen (or conceivably both).' Do you | | |
| | 439: 21 | see that, sir? | | |
| | 439: 22 | A: Not only do I see it, but I | | |
| | 439: 23 | acknowledged this several times earlier | | |
| | 439: 24 | today, that that's a possibility. We | | |
| | 440: 1 | wouldn't just dismiss what Merck put | | |
| | 440: 2 | forth. It's certainly a possibility. | | |
| | 440: 3 | And we acknowledge it. I mentioned at | | |
| | 440: 4 | least twice if not three times in the | | |
| | 440: 5 | paper. I put that in the deposition -- | | |
| | 440: 6 | in the testimony earlier today. | | |
| | 440: 7 | Q: The reason that you felt | | |
| | 440: 8 | that naproxen and its cardioprotective | | |
| | 440: 9 | effects could explain the results in | | |
| | 440: 10 | VIGOR is that naproxen had significant | | |
| | 440: 11 | anticlotting effects, doesn't it, sir? | | |
| | 440: 12 | A: That's what Merck was | | |
| | 440: 13 | advancing, that notion, but whether or | | |
| | 440: 14 | not that was clinically meaningful was | | |
| | 440: 15 | not ever determined. | | |
| | 440: 16 | Q: If you look two sentences | | |
| | 440: 17 | down, 'Naproxen has significant | | |
| | 440: 18 | anti-platelet effects' which mean | | |
| | 440: 19 | platelet -- 'with mean platelet | | |
| | 440: 20 | aggregation inhibition of 93 percent | | |
| | 440: 21 | compared with platelet aggregation | | |
| | 440: 22 | inhibition of 92 percent for those taking | | |
| | 440: 23 | aspirin.' Do you see that, sir? | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  |  |
|---|---|---|
| 440: 24 | A: Yes. We referenced where | | |
| 441: 1 | that data came from. | | |
| 441: 2 | Q: You referenced where that | | |
| 441: 3 | data came from. That was an FDA | | |
| 441: 4 | document, correct, sir? | | |
| 441: 5 | A: Right. | | |

**220**   442:3 - 443:12   Topol, Eric 2005-11-22    00:01:05

| | |
|---|---|
| 442: 3 | Q: Do you see in the second |
| 442: 4 | column of your article on Page 957 you |
| 442: 5 | also say that 'naproxen, but not |
| 442: 6 | ibuprofen or diclofenac resulted in a |
| 442: 7 | high level of platelet aggregation |
| 442: 8 | inhibition similar to that achieved with |
| 442: 9 | aspirin.' Do you see that, sir? |
| 442: 10 | A: Yes. |
| 442: 11 | Q: Then you write about |
| 442: 12 | flurbiprofen, which is something that the |
| 442: 13 | plaintiffs lawyer asked you about; right? |
| 442: 14 | A: Yes. |
| 442: 15 | Q: You wrote in JAMA, 'There is |
| 442: 16 | clinical evidence that flurbiprofen, 50 |
| 442: 17 | milligrams twice daily for 6 months, |
| 442: 18 | reduced the incidence of MI by 70 percent |
| 442: 19 | compared with placebo.' Isn't that what |
| 442: 20 | you wrote, sir? |
| 442: 21 | A: Yes. |
| 442: 22 | Q: Then you say 'Indobufen, |
| 442: 23 | another NSAID, was as effective as |
| 442: 24 | aspirin in preventing' and then you |
| 443: 1 | continue, correct, sir? |
| 443: 2 | A: Yes. |
| 443: 3 | Q: Then you say, 'Because of |
| 443: 4 | the evidence for an anti-platelet effect |
| 443: 5 | of naproxen, it is difficult to assess |
| 443: 6 | whether the difference in cardiovascular |
| 443: 7 | event rates in VIGOR was due to a benefit |
| 443: 8 | from naproxen or to a prothrombotic |
| 443: 9 | effect from' Vioxx. Do you see that? |
| 443: 10 | A: As I said, this was |
| 443: 11 | acknowledged at least two to three times |
| 443: 12 | in the manuscript, yes. |

**221**   448:7 - 449:15   Topol, Eric 2005-11-22    00:01:31

| | |
|---|---|
| 448: 7 | Q: I want to talk about Figure |
| 448: 8 | 3 for just a minute, Page 957, Figure 3. |
| 448: 9 | A: JAMA article? |
| 448: 10 | Q: Yes. |
| 448: 11 | A: Figure 3? |
| 448: 12 | Q: Do you see that? |
| 448: 13 | A: Yes. I'm with you, yes. |
| 448: 14 | Q: Let me see if I understand |
| 448: 15 | this and your analysis here. |
| 448: 16 | What you did in your paper |
| 448: 17 | was to take a placebo group and the rate, |
| 448: 18 | annualized rate of MIs or heart attacks |
| 448: 19 | in a placebo group, and you obtain those |
| 448: 20 | numbers from four different aspirin |
| 448: 21 | trials. Is that right? |
| 448: 22 | A: No. Actually, the trials |
| 448: 23 | were pulled together by a British heart |
| 448: 24 | journal paper, and we took that, which is |
| 449: 1 | the largest data set we could find, to |
| 449: 2 | have as an anchor or reference to the |
| 449: 3 | COX-2 inhibitor trials, yes. |
| 449: 4 | Q: Then you compared the |
| 449: 5 | annualized rate of myocardial infarctions |
| 449: 6 | in those four trials to the MI rate in |
| 449: 7 | VIGOR and in CLASS, the Celebrex trial, |
| 449: 8 | correct, sir? |
| 449: 9 | A: Yes. |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8843-6 Filed 11/20/06 Page 57 of 75
Plaintiff's and Defendant's Designations for Eric Topol

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | 449: 10    Q: And according to Figure 3,<br>449: 11    this shows that Celebrex has a higher<br>449: 12    annualized myocardial infarction rate<br>449: 13    than VIGOR. Is that right, sir?<br>449: 14    A: That's right, but they're<br>449: 15    very close. They're both .80, .74, yes. | | |
| 222   457:12 - 457:24 | Topol, Eric 2005-11-22     00:00:33<br>457: 12    Q: The JAMA article that you<br>457: 13    published prompted debate in the<br>457: 14    scientific community. Is that fair?<br>457: 15    A: I don't know about<br>457: 16    scientific debate. There was debate in<br>457: 17    the media with Merck consultants. There<br>457: 18    wasn't much scientific debate that I'm<br>457: 19    aware of. I guess there was some, but<br>457: 20    most of the studies, as we reviewed this<br>457: 21    morning, came out, the case control<br>457: 22    studies, six out of seven, came out with<br>457: 23    a significant adverse profile of Vioxx in<br>457: 24    these large epidemiologic studies. | | |
| 223   459:6 - 460:9 | Topol, Eric 2005-11-22     00:01:04<br>459: 6    Q: You said on direct<br>459: 7    examination, sir, that 'Vioxx's risk has<br>459: 8    been evident since trials in 1999 and all<br>459: 9    the way through the time of withdrawal'<br>459: 10    in September of 2004. Do you remember<br>459: 11    saying that?<br>459: 12    A: Yes.<br>459: 13    Q: Then you said -- you said<br>459: 14    that 'There's been replication of<br>459: 15    untoward significant excess of events of<br>459: 16    heart attack, death and stroke.' Do you<br>459: 17    remember testifying to that, sir?<br>459: 18    A: Yes, I do.<br>459: 19    Q: And you said that based on<br>459: 20    that -- let me ask you this.<br>459: 21    The studies that you're<br>459: 22    referring to are VIGOR and 090. Is that<br>459: 23    right, sir?<br>459: 24    A: No. I'm referring to the<br>460: 1    Juni cumulative meta analysis in which on<br>460: 2    all of those randomized trials, I believe<br>460: 3    there were something like 18 of them, it<br>460: 4    was after VIGOR and 090 that had crossed<br>460: 5    the line statistically where the drug was<br>460: 6    proven to be hazardous for heart attack<br>460: 7    excess, and that's when Juni and his<br>460: 8    colleagues concluded that the drug should<br>460: 9    have been withdrawn. | | |
| 224   461:3 - 461:7 | Topol, Eric 2005-11-22     00:00:07<br>461: 3    Q: You never recommended that<br>461: 4    Merck withdraw Vioxx at any point while<br>461: 5    it was on the market, correct, sir?<br>461: 6    A: I did not recommend its<br>461: 7    withdrawal. | | |
| 225   464:17 - 465:15 | Topol, Eric 2005-11-22     00:00:42<br>464: 17    Q: Look at your JAMA article<br>464: 18    for me, sir.<br>464: 19    A: Yes. And I know exactly<br>464: 20    what's going to be your line of<br>464: 21    questioning here.<br>464: 22    Q: If you'd turn to Page 956 --<br>464: 23    A: Yes.<br>464: 24    Q: -- do you see in the middle<br>465: 1    column you devote a whole section to<br>465: 2    study 085 and study 090? Do you see<br>465: 3    that, sir? | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  |  |
|---|---|---|
| 465: 4 | A:  That's right. |
| 465: 5 | Q:  Yes? |
| 465: 6 | A:  Yes. |
| 465: 7 | Q:  And you talk about study 090 |
| 465: 8 | and 085 in this article, don't you, in |
| 465: 9 | August of 2001? |
| 465: 10 | A:  Yes. |
| 465: 11 | Q:  You obtained information |
| 465: 12 | about study 090 from the FDA's website, |
| 465: 13 | correct, sir? |
| 465: 14 | A:  Yes, but not thoroughly |
| 465: 15 | enough at this time. |

**226    468:19  -  473:3        Topol, Eric 2005-11-22         00:03:35**

| | |
|---|---|
| 468: 19 | Q:  Do you see in your JAMA |
| 468: 20 | article when you were writing to doctors, |
| 468: 21 | you wrote about study 085 and study 090 |
| 468: 22 | together; right? |
| 468: 23 | A:  Yes. |
| 468: 24 | Q:  You did that, sir, in JAMA |
| 469: 1 | because study 085 was a twin study, an |
| 469: 2 | identical study to study 090; correct? |
| 469: 3 | A:  It is not a twin study when |
| 469: 4 | one turns out to come out differently |
| 469: 5 | than the other. |
| 469: 6 | Q:  I'm talking about the |
| 469: 7 | design, not the result. It was a twin |
| 469: 8 | study, wasn't it, sir? |
| 469: 9 | A:  No. There were significant |
| 469: 10 | differences in the design as well. They |
| 469: 11 | were both in osteoarthritis, but study |
| 469: 12 | 085 and 090 had differences, for example, |
| 469: 13 | in the dose, and there was aspirin used. |
| 469: 14 | There were different -- I don't remember |
| 469: 15 | all the details, but 085 and 090 were not |
| 469: 16 | identical. |
| 469: 17 | Q:  Let's look at what you wrote |
| 469: 18 | back at the time in JAMA. Do you see |
| 469: 19 | that study 085, you say, was 'a |
| 469: 20 | randomized, double-blind |
| 469: 21 | placebo-controlled trial' versus -- and |
| 469: 22 | that's the 12.5 milligram dose. Do you |
| 469: 23 | see that? |
| 469: 24 | A:  Yes. |
| 470: 1 | Q:  'Versus nabumetone,' the |
| 470: 2 | thousand milligram dose. Do you see |
| 470: 3 | that, sir? |
| 470: 4 | A:  Yes. |
| 470: 5 | Q:  That's the identical dose of |
| 470: 6 | Vioxx and nabumetone that was used in |
| 470: 7 | study 090; correct? |
| 470: 8 | A:  Yes. But as it turns out, |
| 470: 9 | there are differences, and I have to go |
| 470: 10 | to the Targum report. |
| 470: 11 | Q:  Is this what you wrote in |
| 470: 12 | your article, sir? |
| 470: 13 | A:  That is what's in the |
| 470: 14 | article. But you're asking about whether |
| 470: 15 | they are twin studies the same, and |
| 470: 16 | they're not all the same, no. |
| 470: 17 | Q:  Do you see that study 085 |
| 470: 18 | involved an evaluation of the treatment |
| 470: 19 | of Vioxx in osteoarthritis patients who |
| 470: 20 | had knee problems? Do you see that? |
| 470: 21 | A:  Yes. |
| 470: 22 | Q:  That's the same with 090, |
| 470: 23 | correct? |
| 470: 24 | A:  Yes. The patient complaint |
| 471: 1 | of knee arthritis is the same. |
| 471: 2 | Q:  The duration of the trials |
| 471: 3 | 085 and 090 were also the same, six |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 471: 4 weeks; correct? | | |
| 471: 5 A: That's what it says here. | | |
| 471: 6 I'd like to go back to the Targum report | | |
| 471: 7 to verify that. | | |
| 471: 8 Q: Do you see that in your | | |
| 471: 9 article that you wrote, patients in 085 | | |
| 471: 10 were allowed to take low dose aspirin for | | |
| 471: 11 cardioprotection, and for 090, aspirin | | |
| 471: 12 for cardioprotection was also allowed. | | |
| 471: 13 Do you see that, sir? | | |
| 471: 14 A: That's what it says in the | | |
| 471: 15 article. Again, we had limited access to | | |
| 471: 16 090. | | |
| 471: 17 Q: Well, the access you had to | | |
| 471: 18 090, sir, is referenced on the last page | | |
| 471: 19 of your article in footnote 22; correct? | | |
| 471: 20 A: Which is the FDA website. | | |
| 471: 21 Q: You went to the FDA website | | |
| 471: 22 to find information from the FDA about | | |
| 471: 23 study 085 and 090, correct? | | |
| 471: 24 A: That's right, but that's not | | |
| 472: 1 complete information. That's the | | |
| 472: 2 problem. | | |
| 472: 3 Q: Let me point out, sir, that | | |
| 472: 4 when you wrote your article at the time, | | |
| 472: 5 do you see that you wrote for study 085 | | |
| 472: 6 that there were three total | | |
| 472: 7 cardiovascular events in the trial, one | | |
| 472: 8 for Vioxx, two for nabumetone, and none | | |
| 472: 9 for the placebo group? Is that what you | | |
| 472: 10 wrote in your JAMA article? | | |
| 472: 11 A: For study 085. | | |
| 472: 12 Q: Did you write for study 090 | | |
| 472: 13 that there were 9 cardiovascular events, | | |
| 472: 14 6 for Vioxx, 2 for nabumetone and 1 for | | |
| 472: 15 placebo? | | |
| 472: 16 A: That's what it says in the | | |
| 472: 17 article. | | |
| 472: 18 Q: It was important to provide | | |
| 472: 19 information about 085 and 090 because you | | |
| 472: 20 wanted to give the people who read this | | |
| 472: 21 article information about both studies; | | |
| 472: 22 correct? | | |
| 472: 23 A: Well, we concentrated mainly | | |
| 472: 24 on VIGOR, so we gave the other two | | |
| 473: 1 studies, 085 and 090, which at that time | | |
| 473: 2 we weren't as concerned, we didn't make | | |
| 473: 3 much of these two studies. That's true. | | |
| | | |
| 227  474:1 - 474:5  Topol, Eric 2005-11-22          00:00:07 | | |
| 474: 1 Q: You never mentioned the | | |
| 474: 2 results of study 085 when the plaintiffs' | | |
| 474: 3 lawyers were asking you questions, did | | |
| 474: 4 you, sir? | | |
| 474: 5 A: I wasn't asked about 085. | | |
| | | |
| 228  475:22 - 476:9  Topol, Eric 2005-11-22         00:00:40 | | |
| 475: 22 Q: Dr. Topol, I'm going to show | | |
| 475: 23 you at Page 958 in the first column, | | |
| 475: 24 second full paragraph, you say, second | | |
| 476: 1 sentence, 'Two smaller studies (Study 085 | | |
| 476: 2 and Study 090) of' Vioxx 'that both | | |
| 476: 3 allowed the use of low-dose aspirin did | | |
| 476: 4 not demonstrate the significant increase | | |
| 476: 5 in cardiovascular event rate noted in | | |
| 476: 6 VIGOR.' Did you write that, sir? | | |
| 476: 7 A: That was in our paper, | | |
| 476: 8 again, from the wrong data that we did | | |
| 476: 9 not have access to. | | |
| | | |
| 229  476:10 - 477:13  Topol, Eric 2005-11-22         00:00:44 | | |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| | 476: 10 | Q: I want to know what data you | | |
| | 476: 11 | had access to after this point that you | | |
| | 476: 12 | didn't have access to in -- | | |
| | 476: 13 | A: I'll be happy to go over | | |
| | 476: 14 | that if you give me an opportunity. | | |
| | 476: 15 | Q:      -- JAMA? | | |
| | 476: 16 | A: Page 32 of the Targum | | |
| | 476: 17 | report. | | |
| | 476: 18 | Q: The Targum report you saw | | |
| | 476: 19 | back in February 2001, sir? | | |
| | 476: 20 | A: Right, but then we had the | | |
| | 476: 21 | details of these patients, for example, | | |
| | 476: 22 | placebo, coronary occlusion, and we could | | |
| | 476: 23 | say had nothing to do with a heart | | |
| | 476: 24 | attack. | | |
| | 477: 1 | Q: Dr. Topol, the Targum report | | |
| | 477: 2 | that you are relying on now for your | | |
| | 477: 3 | review that study 090 was a signal -- | | |
| | 477: 4 | A: Yes. | | |
| | 477: 5 | Q: -- for cardiovascular risk | | |
| | 477: 6 | is the same report that you cite in your | | |
| | 477: 7 | JAMA article and that you relied on in | | |
| | 477: 8 | your JAMA article. Is that true? | | |
| | 477: 9 | A: And we had the details of | | |
| | 477: 10 | each of the patients. | | |
| | 477: 11 | Q: You had that also in | | |
| | 477: 12 | February 2001? | | |
| | 477: 13 | A: I did not have access to it. | | |
| 230 | 478:9  -  478:23 | Topol, Eric 2005-11-22 | 00:00:31 | |
| | 478: 9 | Q: Dr. Topol, did you write in | | |
| | 478: 10 | August of 2001 that 'Two smaller studies | | |
| | 478: 11 | (Study 085 and Study 090)...did not | | |
| | 478: 12 | demonstrate the significant increase in | | |
| | 478: 13 | cardiovascular event rate noted in | | |
| | 478: 14 | VIGOR'? Did you write that? | | |
| | 478: 15 | A: That's correct. | | |
| | 478: 16 | Q: Did you also say in the next | | |
| | 478: 17 | sentence, 'However, these studies had | | |
| | 478: 18 | smaller sample sizes, used only 25% of | | |
| | 478: 19 | the dose of' Vioxx 'used in VIGOR, and | | |
| | 478: 20 | had few events for meaningful | | |
| | 478: 21 | comparison.' Did you write that then, | | |
| | 478: 22 | sir? | | |
| | 478: 23 | A: That's right. | | |
| 231 | 481:18  -  482:3 | Topol, Eric 2005-11-22 | 00:00:41 | |
| | 481: 18 | Q: I want to try to keep track | | |
| | 481: 19 | of the numbers that you've used over time | | |
| | 481: 20 | for study 090, and so I'm going to give | | |
| | 481: 21 | you a chart and ask you to confirm that | | |
| | 481: 22 | this is correct. | | |
| | 481: 23 | In your August 2001 JAMA | | |
| | 481: 24 | article for study 090, you said that | | |
| | 482: 1 | there were 6 cardiovascular events in the | | |
| | 482: 2 | Vioxx group, correct? | | |
| | 482: 3 | A: Right. | | |
| 233 | 484:19  -  486:6 | Topol, Eric 2005-11-22 | 00:01:15 | |
| | 484: 19 | Q: This is an e-mail at the | | |
| | 484: 20 | bottom that you wrote to Marlene | | |
| | 484: 21 | Goormastic on October 25, 2004; correct? | | |
| | 484: 22 | A: Yes. | | |
| | 484: 23 | Q: Is that your statistician? | | |
| | 484: 24 | A: That's the statistician, | | |
| | 485: 1 | that's right. | | |
| | 485: 2 | Q: And you're writing to Ms. | | |
| | 485: 3 | Goormastic on October 25, this is a month | | |
| | 485: 4 | after withdrawal, to do some statistical | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| | 485: 5    analysis; correct? | | |
| | 485: 6    A: Yes. There was subsequent | | |
| | 485: 7    to this as well, but this is one of the | | |
| | 485: 8    interactions we had. | | |
| | 485: 9    Q: You ask Marlene at the | | |
| | 485: 10   bottom, 'I need to do a test comparing | | |
| | 485: 11   three treatment arms - Vioxx versus | | |
| | 485: 12   nabumetone and then Vioxx versus the | | |
| | 485: 13   other two combined,' meaning nabumetone | | |
| | 485: 14   and placebo. 'Here are the data. Vioxx, | | |
| | 485: 15   7 out of 390 events.' | | |
| | 485: 16   A: Right. | | |
| | 485: 17   Q: 'Nabumetone 1 out of 392 | | |
| | 485: 18   events. Placebo, 1 out of 196 events.' | | |
| | 485: 19   Is that what you wrote to her? | | |
| | 485: 20   A: These are events that are | | |
| | 485: 21   not death, heart attack or stroke. These | | |
| | 485: 22   are events requiring cessation of the | | |
| | 485: 23   drug. This is a different part of the | | |
| | 485: 24   Targum report. But, yes, this is one of | | |
| | 486: 1    the ancillary analyses that was | | |
| | 486: 2    performed. | | |
| | 486: 3    Q: This is an analysis on study | | |
| | 486: 4    090; correct? | | |
| | 486: 5    A: Study 090, but not on death, | | |
| | 486: 6    heart attack and stroke. | | |
| 234 | 486:7 - 486:17    Topol, Eric 2005-11-22     00:00:17 | | |
| | 486: 7    Q: I'm going to write down the | | |
| | 486: 8    numbers for October 25 of 2004. | | |
| | 486: 9    A: These numbers do not | | |
| | 486: 10   correspond to death, heart attack and | | |
| | 486: 11   stroke. | | |
| | 486: 12   Q: I understand that. | | |
| | 486: 13   A: Okay. Well, I don't know | | |
| | 486: 14   what you're writing down because you're | | |
| | 486: 15   comparing apples and oranges now. | | |
| | 486: 16   Q: 7 events on Vioxx. | | |
| | 486: 17   A: They're different events. | | |
| 235 | 487:2 - 487:13    Topol, Eric 2005-11-22     00:00:16 | | |
| | 487: 2    THE WITNESS: You're making | | |
| | 487: 3    a table of events, of different | | |
| | 487: 4    types of events. These are events | | |
| | 487: 5    that are requiring cessation of | | |
| | 487: 6    drug with serious | | |
| | 487: 7    cardiovascular -- I'm more focused | | |
| | 487: 8    on my letter in the New England | | |
| | 487: 9    Journal and what I'm talking about | | |
| | 487: 10   with 60 Minutes and those things | | |
| | 487: 11   you're interested in on death, | | |
| | 487: 12   heart attack and stroke, and | | |
| | 487: 13   they're different numbers. | | |
| 236 | 487:15 - 489:9    Topol, Eric 2005-11-22     00:01:27 | | |
| | 487: 15   Q: The numbers that you're | | |
| | 487: 16   using here on October 25 have to do with | | |
| | 487: 17   the numbers of Vioxx patients who had to | | |
| | 487: 18   be discontinued in the 090 study; right? | | |
| | 487: 19   A: With serious cardiovascular | | |
| | 487: 20   adverse events, different than death, | | |
| | 487: 21   heart attack and stroke. That's a | | |
| | 487: 22   different table. | | |
| | 487: 23   Q: So, the numbers that you | | |
| | 487: 24   have are 7, 1 and 1. | | |
| | 488: 1    A: Okay. | | |
| | 488: 2    Q: And you ask Ms. Goormastic | | |
| | 488: 3    at the bottom, 'Can you or someone run | | |
| | 488: 4    this and get back to me, the p values, | | |
| | 488: 5    RR, 95% CI?' Do you see that? | | |
| | 488: 6    A: Yes. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 488: 7   Q: What you are asking her to | | |
| 488: 8   do -- a p-value is a test for statistical | | |
| 488: 9   significance; correct? | | |
| 488: 10   A: Yes. Yes. | | |
| 488: 11   Q: Relative risk is RR? | | |
| 488: 12   A: Yes. | | |
| 488: 13   Q: And CI is confidence | | |
| 488: 14   interval, and that's another test for | | |
| 488: 15   statistical significance; correct? | | |
| 488: 16   A: Yes. | | |
| 488: 17   Q: Ms. Goormastic writes back | | |
| 488: 18   to you that same day above and says 'The | | |
| 488: 19   chisquare,' that's a type of statistical | | |
| 488: 20   test, correct, 'including all 3 groups is | | |
| 488: 21   p equals .06,' and then here's the answer | | |
| 488: 22   to your question: 'For Vioxx versus | | |
| 488: 23   nabumetone chisquare' p-value is '.03.' | | |
| 488: 24   Do you see that, sir? | | |
| 489: 1   A: Yes. I see that, but again, | | |
| 489: 2   it's not related to my principal | | |
| 489: 3   interest. | | |
| 489: 4   Q: The .03, just so the jury | | |
| 489: 5   can understand and I can understand, if a | | |
| 489: 6   p-value is less than .05, that means that | | |
| 489: 7   it's statistically significant, the | | |
| 489: 8   result; correct? | | |
| 489: 9   A: That's right. | | |
| **237**   **489:10 - 489:17**   Topol, Eric 2005-11-22 | 00:00:14 | |
| 489: 10   Q: Here, this is showing a | | |
| 489: 11   statistically significant result for | | |
| 489: 12   .03; is that right? | | |
| 489: 13   A: That's correct, but you're | | |
| 489: 14   comparing -- you don't even know what | | |
| 489: 15   these events are. So, you're just | | |
| 489: 16   looking at some numbers. You don't know | | |
| 489: 17   what this analysis is about. | | |
| **238**   **489:21 - 489:21**   Topol, Eric 2005-11-22 | 00:00:02 | |
| 489: 21   Q: The next line says -- | | |
| **239**   **490:3 - 492:1**   Topol, Eric 2005-11-22 | 00:01:32 | |
| 490: 3   Q: -- relative risk. Do you | | |
| 490: 4   see you wrote 'Relative risk for Vioxx | | |
| 490: 5   7' -- I'm sorry, this is what Ms. | | |
| 490: 6   Goormastic wrote -- 'is 7.' And then you | | |
| 490: 7   have a confidence interval here that she | | |
| 490: 8   writes '.9 - 56.9.' Do you see that in | | |
| 490: 9   the parenthesis? | | |
| 490: 10   A: Yes. | | |
| 490: 11   Q: And if the confidence | | |
| 490: 12   interval that is described there includes | | |
| 490: 13   the number 1, that is, if one falls | | |
| 490: 14   within .9 to 56, that means that the | | |
| 490: 15   result is not statistically significant; | | |
| 490: 16   correct, sir? | | |
| 490: 17   A: That's correct. | | |
| 490: 18   Q: So, Ms. Goormastic writes: | | |
| 490: 19   'I was puzzled why this confidence | | |
| 490: 20   interval covers 1 when the p-value is | | |
| 490: 21   less than .05. I think it's due to the | | |
| 490: 22   small number of events' used. Do you see | | |
| 490: 23   that? | | |
| 490: 24   A: Yes, I do. | | |
| 491: 1   Q: You had talked about the | | |
| 491: 2   small number of events in your JAMA | | |
| 491: 3   article; right? | | |
| 491: 4   A: That's correct. | | |
| 491: 5   Q: Then she says, 'When I ran a | | |
| 491: 6   logistic regression model' that's another | | |
| 491: 7   way of calculating statistical | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | 491: 8 | significance, right, 'I got very similar | | |
| | 491: 9 | results, a relative risk of 7.1,' and | | |
| | 491: 10 | then the confidence interval there covers | | |
| | 491: 11 | 1. Correct, sir? | | |
| | 491: 12 | A:  That's correct. | | |
| | 491: 13 | Q:  Ms. Goormastic is telling | | |
| | 491: 14 | you that she's puzzled because she is | | |
| | 491: 15 | seeing with one test there's a | | |
| | 491: 16 | statistically significant difference and | | |
| | 491: 17 | with another one there's not? | | |
| | 491: 18 | A:  Yes, but this is really an | | |
| | 491: 19 | immaterial look at the data. It's not on | | |
| | 491: 20 | death, heart attack and stroke. And it's | | |
| | 491: 21 | not with the final review of the events, | | |
| | 491: 22 | as you've not allowed me to go through | | |
| | 491: 23 | patient by patient of study 090 from | | |
| | 491: 24 | Table 32 in the Targum report. You've | | |
| | 492: 1 | not allowed me to do that. | | |
| 240 | **492:5  -  493:15** | Topol, Eric 2005-11-22 | 00:01:01 | |
| | 492: 5 | Q:  The reason that Ms. | | |
| | 492: 6 | Goormastic is puzzled, Dr. Topol, is | | |
| | 492: 7 | because one test shows that there's no | | |
| | 492: 8 | statistically significant difference, and | | |
| | 492: 9 | another test shows that there is; | | |
| | 492: 10 | correct? | | |
| | 492: 11 | A:  But it's not on the events | | |
| | 492: 12 | of interest, Mr. Goldman. | | |
| | 492: 13 | Q:  I'm not asking about the | | |
| | 492: 14 | events of interest. | | |
| | 492: 15 | You wrote the e-mail here. | | |
| | 492: 16 | Sir, you wrote an e-mail to your | | |
| | 492: 17 | statistician in October of 2004 because | | |
| | 492: 18 | you thought that this answer was | | |
| | 492: 19 | important. Is that true? | | |
| | 492: 20 | A:  No. This is not the e-mail | | |
| | 492: 21 | of importance. You've picked this | | |
| | 492: 22 | e-mail. There are other e-mails that are | | |
| | 492: 23 | considerably more important with my | | |
| | 492: 24 | statistician, and you just picked this | | |
| | 493: 1 | one. | | |
| | 493: 2 | Q:  We'll get to that one, sir. | | |
| | 493: 3 | A:  Okay. | | |
| | 493: 4 | Q:  When you received this | | |
| | 493: 5 | e-mail from Ms. Goormastic, it wasn't | | |
| | 493: 6 | clear to you, sir, whether there was a | | |
| | 493: 7 | statistically significant difference or | | |
| | 493: 8 | not as reflected in Ms. Goormastic's | | |
| | 493: 9 | e-mail; correct? | | |
| | 493: 10 | A:  That really was not my | | |
| | 493: 11 | focus. I see what you're saying here, | | |
| | 493: 12 | but that was not my concern. The events | | |
| | 493: 13 | here for death, heart attack and stroke | | |
| | 493: 14 | were unclear. This is not what this | | |
| | 493: 15 | refers to. | | |
| 246 | **504:20  -  505:18** | Topol, Eric 2005-11-22 | 00:00:55 | |
| | 504: 20 | Q:  Now, you wrote '5 out of | | |
| | 504: 21 | 390' and then you wrote '1 out of 588.' | | |
| | 504: 22 | Do you see that in your e-mail? | | |
| | 504: 23 | A:  Yes. And that's exactly the | | |
| | 504: 24 | same as the New England Journal | | |
| | 505: 1 | subsequent correspondence. | | |
| | 505: 2 | Q:  The 588, which is the | | |
| | 505: 3 | denominator here, that is calculated by | | |
| | 505: 4 | taking the number of patients in the | | |
| | 505: 5 | nabumetone group and adding them to the | | |
| | 505: 6 | number of patients in the placebo group; | | |
| | 505: 7 | correct? | | |
| | 505: 8 | A:  Those are control groups for | | |
| | 505: 9 | the trial, that's right. They're not | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 505: 10 | experimental groups. | | |
| | 505: 11 | Q: So, what you did was you | | |
| | 505: 12 | took 5 events on Vioxx, and you compared | | |
| | 505: 13 | them to 1 event in placebo and nabumetone | | |
| | 505: 14 | combined; correct? | | |
| | 505: 15 | A: That is how this analysis | | |
| | 505: 16 | was performed with the appropriate | | |
| | 505: 17 | categorization of the endpoints and the | | |
| | 505: 18 | statistics. | | |
| 247 | 506:14 - 507:7 | Topol, Eric 2005-11-22      00:00:35 | | |
| | 506: 14 | Q: When you wrote your JAMA | | |
| | 506: 15 | article and the events were 6, 2 and 1, | | |
| | 506: 16 | you wrote that those numbers were too | | |
| | 506: 17 | small for meaningful comparison; correct? | | |
| | 506: 18 | A: With the erroneous data, | | |
| | 506: 19 | they were not appropriate to make a final | | |
| | 506: 20 | judgment. | | |
| | 506: 21 | Q: The numbers, 6, 2 and 1 were | | |
| | 506: 22 | so small that they couldn't be used for | | |
| | 506: 23 | meaningful comparison. Correct? | | |
| | 506: 24 | A: I wouldn't use the term | | |
| | 507: 1 | exactly, no. That's not the term that we | | |
| | 507: 2 | use. | | |
| | 507: 3 | Q: Well, if we look back at | | |
| | 507: 4 | your JAMA article, page -- | | |
| | 507: 5 | A: It says, 'had few events for | | |
| | 507: 6 | meaningful comparison.' 'Few events.' | | |
| | 507: 7 | That's right. | | |
| 248 | 507:10 - 508:21 | Topol, Eric 2005-11-22      00:01:20 | | |
| | 507: 10 | When the events were 6, 2 | | |
| | 507: 11 | and 1 as you analyzed them in your JAMA | | |
| | 507: 12 | article for Vioxx, nabumetone and | | |
| | 507: 13 | placebo, you considered that to be few | | |
| | 507: 14 | events for meaningful comparison; | | |
| | 507: 15 | correct? | | |
| | 507: 16 | A: Well, there was no | | |
| | 507: 17 | significant difference. So, that means | | |
| | 507: 18 | there's no meaningful difference, yes. | | |
| | 507: 19 | Q: So now in November of 2004, | | |
| | 507: 20 | when you say the numbers now are 5 for | | |
| | 507: 21 | Vioxx, 1 for nabumetone and 0 for | | |
| | 507: 22 | placebo, there's actually fewer events in | | |
| | 507: 23 | your analysis from November of 2004 than | | |
| | 507: 24 | there were in your analysis in JAMA; | | |
| | 508: 1 | correct? | | |
| | 508: 2 | A: Correct. But the events are | | |
| | 508: 3 | correct now, and they are the appropriate | | |
| | 508: 4 | irrevocable endpoints of death, heart | | |
| | 508: 5 | attack and stroke and not admixed with | | |
| | 508: 6 | things like atrial fibrillation or a | | |
| | 508: 7 | chronic occlusion that had nothing to do | | |
| | 508: 8 | with a heart attack. Now we had a | | |
| | 508: 9 | difference of 1.3 versus 0.2 percent. | | |
| | 508: 10 | And what I showed in the letter in the | | |
| | 508: 11 | correspondence in the New England Journal | | |
| | 508: 12 | with those numbers is that with the exact | | |
| | 508: 13 | same Vioxx incident, 1.3 percent with | | |
| | 508: 14 | those five events that you just cited was | | |
| | 508: 15 | exactly the same as in the VIGOR trial, | | |
| | 508: 16 | 1.2 percent for death, heart attack and | | |
| | 508: 17 | stroke. And there was a 7.6, that's 760 | | |
| | 508: 18 | percent excess compared with the | | |
| | 508: 19 | controls, whether it be naproxen in VIGOR | | |
| | 508: 20 | or nabumetone and placebo in the current | | |
| | 508: 21 | study 090 that we're discussing. | | |
| 249 | 509:6 - 511:2 | Topol, Eric 2005-11-22      00:01:30 | | |
| | 509: 6 | Q: Dr. Topol, the reason you | | |

| | | Designated Testimony | Objections | Rulings |
|---|---|---|---|---|
| | 509: 7 | asked your statistician to compare the | | |
| | 509: 8 | number of events on Vioxx to the number | | |
| | 509: 9 | of events on nabumetone and placebo | | |
| | 509: 10 | combined is because you know that if you | | |
| | 509: 11 | compare the number of events on Vioxx to | | |
| | 509: 12 | just the number of events on nabumetone, | | |
| | 509: 13 | there is no statistically significant | | |
| | 509: 14 | difference? | | |
| | 509: 15 | A: That's not the appropriate | | |
| | 509: 16 | comparison. We already went through | | |
| | 509: 17 | this, that is, when you have drugs that | | |
| | 509: 18 | are a control arm that are widely | | |
| | 509: 19 | accepted and have been around for 10 or | | |
| | 509: 20 | 20 years, and you have an experimental | | |
| | 509: 21 | drug, it is appropriate, just as Juni did | | |
| | 509: 22 | in his analysis in the Lancet, and just | | |
| | 509: 23 | as we did here, to compare the control | | |
| | 509: 24 | arms with the experimental arm, which in | | |
| | 510: 1 | this case was Vioxx. | | |
| | 510: 2 | Q: You didn't do that in your | | |
| | 510: 3 | JAMA article, did you, sir? | | |
| | 510: 4 | A: We didn't do it in the JAMA | | |
| | 510: 5 | article, but we didn't have the right | | |
| | 510: 6 | data. So, of course, we couldn't do it | | |
| | 510: 7 | in the JAMA paper. We had erroneous | | |
| | 510: 8 | categorization of endpoints. | | |
| | 510: 9 | Q: The reason that you combined | | |
| | 510: 10 | nabumetone and placebo and compared that | | |
| | 510: 11 | to Vioxx is because you know that if you | | |
| | 510: 12 | compare the number of events on Vioxx to | | |
| | 510: 13 | placebo for study 090, there is no | | |
| | 510: 14 | statistically significant difference; | | |
| | 510: 15 | correct? | | |
| | 510: 16 | A: That is not the reason why | | |
| | 510: 17 | that analysis was performed that way. | | |
| | 510: 18 | Q: Am I correct, sir, that if | | |
| | 510: 19 | you compare 5 events on Vioxx to 0 events | | |
| | 510: 20 | on placebo, there's no statistically | | |
| | 510: 21 | significant difference? | | |
| | 510: 22 | A: I don't know. We'd have to | | |
| | 510: 23 | run the statistics on that. | | |
| | 510: 24 | Q: You never ran that, did you? | | |
| | 511: 1 | A: I don't remember that we ran | | |
| | 511: 2 | it. I don't have it at hand. | | |
| 250 | 519:4 - 520:3 | Topol, Eric 2005-11-22 | 00:00:57 | |
| | 519: 4 | Q: Dr. Topol, you have said on | | |
| | 519: 5 | several occasions that study 090 was not | | |
| | 519: 6 | published; correct? | | |
| | 519: 7 | A: That's correct. | | |
| | 519: 8 | Q: You knew that study 090 was | | |
| | 519: 9 | not published when you wrote your JAMA | | |
| | 519: 10 | article, didn't you, sir? | | |
| | 519: 11 | A: Well, I already pointed out | | |
| | 519: 12 | earlier in our discourse, in our | | |
| | 519: 13 | discussion, it was 2001 -- well, it was | | |
| | 519: 14 | March of 2001 when we wrote that paper, | | |
| | 519: 15 | and the study, we didn't even know when | | |
| | 519: 16 | it was done, study 090. So, we give some | | |
| | 519: 17 | allowance for when it might be published. | | |
| | 519: 18 | But now in 2004, something is very | | |
| | 519: 19 | concerning because it's now multiple | | |
| | 519: 20 | years later, it's nearly 1,000 patient | | |
| | 519: 21 | trial, it's not a trivial cohort, and it | | |
| | 519: 22 | still hasn't shown up in the literature. | | |
| | 519: 23 | So, there's a big difference between | | |
| | 519: 24 | March of 2001 a year or so, two years | | |
| | 520: 1 | after the study was completed versus six | | |
| | 520: 2 | years after the study was completed. | | |
| | 520: 3 | That's a big gap. | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8843-6 Filed 11/20/06 Page 66 of 75
Plaintiff's and Defendant's Designations Eric Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|

251   520:18  -  523:20      Topol, Eric 2005-11-22                    00:02:25

520: 18    Q:  You also know that Merck
520: 19    didn't publish study 085 either; right?
520: 20    A:  They did publish 085. In
520: 21    fact, there is a publication, and I can
520: 22    get that for you if you'd like. It was
520: 23    published indeed. It was 1,000 patient
520: 24    similar, but I guess Merck was happy with
521: 1     the results, but it was published.
521: 2     Q:  Well, if you can show me
521: 3     today where Merck published study 085 but
521: 4     not 090, I'd like to see that.
521: 5     A:  It's published in the Juni
521: 6     paper.
521: 7     Q:  That's not a publication,
521: 8     sir.
521: 9     A:  No. What I'm saying is it's
521: 10    cited in the Juni paper.
521: 11    Q:  Let's look at the Juni
521: 12    paper.
521: 13    A:  I believe it's cited in
521: 14    there. It's an osteoarthritis trial, so,
521: 15    I don't remember the first author, but it
521: 16    was in his analysis, and so it was 1,000
521: 17    patients. I'm trying to remember the
521: 18    exact number, 085. It was -- we have to
521: 19    back it out. 085 had 1,042 patients, and
521: 20    somewhere in this table of Figure 3, that
521: 21    is, there's 1,042 patient trial that's
521: 22    included in here and it's cited. I just
521: 23    don't --
521: 24    Q:  Dr. Topol, that 1,042 that
522: 1     you're referring to in Table 1 of Juni's
522: 2     paper which is on Page 2023 is the same
522: 3     1,042 number that you have in your JAMA
522: 4     article --
522: 5     A:  Right.
522: 6     Q:  -- when you described a
522: 7     number of patients in 085. Correct, sir?
522: 8     A:  No. But I'm trying to find
522: 9     the reference for that now, sir, that is,
522: 10    the publication. There's a publication
522: 11    based on these -- on this trial, 085.
522: 12    Let me see if I can find it in here.
522: 13    085, it's by Kivitz, et al, 2004. What's
522: 14    that number, Joe?
522: 15    MR. HAMELINE:  22.
522: 16    THE WITNESS:  Reference 22.
522: 17    Okay. Here it is. It was
522: 18    published in the Journal of
522: 19    American Geriatric Society in 2000
522: 20    and -- Reference Number 22, 2004,
522: 21    Volume 52. It's by Kivitz, et al.
522: 22    'Efficacy and safety of rofecoxib
522: 23    12-and-a-half milligrams versus
522: 24    nabumetone 1,000 milligrams in
523: 1     patients with osteoarthritis of
523: 2     the knee: A randomized control
523: 3     trial.' So it was indeed was
523: 4     published --
523: 5     BY MR. GOLDMAN:
523: 6     Q:  Dr. Topol --
523: 7     A:  -- unlike study 090.
523: 8     Q:  Dr. Topol, what you are
523: 9     looking at is a publication after
523: 10    withdrawal; correct?
523: 11    MR. KLINE:  Which means
523: 12    when?
523: 13    THE WITNESS:  No. It was
523: 14    published before the withdrawal.

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| | 523: 15 | That was published in early 2004 | | |
| | 523: 16 | in the Journal of the American | | |
| | 523: 17 | Geriatric Society. It's an | | |
| | 523: 18 | eight-page manuscript published by | | |
| | 523: 19 | Kivitz and Colley before the | | |
| | 523: 20 | withdrawal. | | |
| | | | | |
| 252 | **524:9 - 526:21** | Topol, Eric 2005-11-22       00:01:58 | | |
| | 524: 9 | When you wrote your article | | |
| | 524: 10 | in JAMA in August of 2001, you knew 090 | | |
| | 524: 11 | was not published, and you didn't say in | | |
| | 524: 12 | your article that it should be, did you, | | |
| | 524: 13 | sir? | | |
| | 524: 14 | A:  We assumed every trial, | | |
| | 524: 15 | particularly when it gets to 1,000 | | |
| | 524: 16 | patients, it's going to be published. | | |
| | 524: 17 | That's -- this is -- we're talking about | | |
| | 524: 18 | human experimentation. And you don't | | |
| | 524: 19 | experiment on 1,000 patients and not | | |
| | 524: 20 | publish the results for the rest of the | | |
| | 524: 21 | medical community to see. That's not | | |
| | 524: 22 | acceptable medical research. | | |
| | 524: 23 | Q:  Did you ever write the FDA | | |
| | 524: 24 | in August of 2001 when you knew that 090 | | |
| | 525: 1 | was not published and say that this study | | |
| | 525: 2 | should be published because it's | | |
| | 525: 3 | important? | | |
| | 525: 4 | A:  We give trials or sponsors | | |
| | 525: 5 | an allowance of time. | | |
| | 525: 6 | Q:  Did you do that, sir? | | |
| | 525: 7 | A:  How would we know that they | | |
| | 525: 8 | weren't intending to ever publish the | | |
| | 525: 9 | trial? | | |
| | 525: 10 | Q:  You knew that study 090 was | | |
| | 525: 11 | not published in August 2001. Did you | | |
| | 525: 12 | ever write the FDA, did you ever write | | |
| | 525: 13 | Merck, did you ever write anybody and say | | |
| | 525: 14 | study 090 should be published? | | |
| | 525: 15 | A:  We assumed that it was going | | |
| | 525: 16 | to be published. It was soon after -- | | |
| | 525: 17 | Q:  That wasn't my question. | | |
| | 525: 18 | Did you ever write the FDA, | | |
| | 525: 19 | Merck or anybody else before this | | |
| | 525: 20 | medicine was withdrawn and say that study | | |
| | 525: 21 | 090 should be published? | | |
| | 525: 22 | A:  I have a simple answer for | | |
| | 525: 23 | that question. Why would we do that? | | |
| | 525: 24 | Q:  Is your answer to my | | |
| | 526: 1 | question no, you didn't? | | |
| | 526: 2 | A:  Yes. Why would we even | | |
| | 526: 3 | think of doing it? | | |
| | 526: 4 | Q:  Dr. Topol, if you thought | | |
| | 526: 5 | that study 090 was that important and the | | |
| | 526: 6 | events were so important that they should | | |
| | 526: 7 | be publicized, did you ever write the | | |
| | 526: 8 | FDA, Merck, or anybody else and say you | | |
| | 526: 9 | should publish Study 090? | | |
| | 526: 10 | A:  Now, Mr. Goldman -- | | |
| | 526: 11 | Q:  Can you answer that yes or | | |
| | 526: 12 | no? | | |
| | 526: 13 | A:  You're confusing everything | | |
| | 526: 14 | now. It was only in '04, | | |
| | 526: 15 | October/November '04 that we got the | | |
| | 526: 16 | straight data. We couldn't get to the | | |
| | 526: 17 | data. So how could we have known that it | | |
| | 526: 18 | was statistically significant with a 760 | | |
| | 526: 19 | percent excess of heart attack in '02, in | | |
| | 526: 20 | '01. We didn't have the data. There was | | |
| | 526: 21 | no way of knowing that. | | |
| | | | | |
| 253 | **538:24 -** | 539:24:00   Topol, Eric 2005-11-22       00:00:46 | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 538: 24   Q: Dr. Topol, I've handed you | | |
| 539: 1   Exhibit 46, which is an e-mail exchange | | |
| 539: 2   within the FDA. And I want to point your | | |
| 539: 3   attention to November 1st, 2004. Do you | | |
| 539: 4   know who the author is? | | |
| 539: 5   A: Dr. Villalba, yes, primary | | |
| 539: 6   reviewer of this application. | | |
| 539: 7   Q: Dr. Villalba of the FDA | | |
| 539: 8   writes 'Study 090 was conducted between | | |
| 539: 9   September 1998 and May 1999. This one | | |
| 539: 10   showed more CV thrombotic events on Vioxx | | |
| 539: 11   than nabumetone or placebo. Topol was | | |
| 539: 12   not interested in study 085 which had | | |
| 539: 13   identical design and duration (6 weeks) | | |
| 539: 14   and approximately same size, but showed,' | | |
| 539: 15   and he underlines this, 'no differences | | |
| 539: 16   in CV thrombotic events.' Do you see | | |
| 539: 17   that, sir? | | |
| 539: 18   A: I see it, and I want to | | |
| 539: 19   point out that a clinical trial is for 20 | | |
| 539: 20   years. | | |
| 539: 21   Q: Doctor -- | | |
| 539: 22   A: You look for signals and you | | |
| 539: 23   don't disregard certain trials and look | | |
| 539: 24   at certain trials. | | |
| 254   541:8 - 542:1   Topol, Eric 2005-11-22   00:00:34 | | |
| 541: 8   Q: Dr. Topol, you see that Dr. | | |
| 541: 9   Villalba of the FDA writes on November 8 | | |
| 541: 10   of 2004, 'Merck might have submitted | | |
| 541: 11   study 090 results to the Agency sometime | | |
| 541: 12   earlier than June 2000, but I do not | | |
| 541: 13   think we would have done anything with | | |
| 541: 14   it, since the number of events was small | | |
| 541: 15   and there was a twin study (085) with | | |
| 541: 16   identical size and duration, conducted at | | |
| 541: 17   approximately the same time, that showed | | |
| 541: 18   no difference in CV thrombotic events as | | |
| 541: 19   compared to placebo and nabumetone.' Do | | |
| 541: 20   you see that, sir? | | |
| 541: 21   A: I see that. | | |
| 541: 22   Q: This was written after the | | |
| 541: 23   drug was withdrawn; correct? | | |
| 541: 24   A: Yes. And still I was not | | |
| 542: 1   informed of these dates. | | |
| 255   547:16 - 547:22   Topol, Eric 2005-11-22   00:00:12 | | |
| 547: 16   Q: The Juni article shows that | | |
| 547: 17   there's no increased risk associated with | | |
| 547: 18   Vioxx at the 25 milligram dose, correct, | | |
| 547: 19   sir? | | |
| 547: 20   A: No. No. That's not at all | | |
| 547: 21   an appropriate interpretation of that | | |
| 547: 22   study. | | |
| 256   552:5 - 553:22   Topol, Eric 2005-11-22   00:01:28 | | |
| 552: 5   Q: Do you also see, Dr. Topol, | | |
| 552: 6   that in trial duration, do you see that | | |
| 552: 7   in less than six months there's no | | |
| 552: 8   statistically significant difference in | | |
| 552: 9   increased cardiovascular risk in the Juni | | |
| 552: 10   study? | | |
| 552: 11   A: I'm afraid the problem is | | |
| 552: 12   that you're not interpreting these data | | |
| 552: 13   properly because the concept -- and I can | | |
| 552: 14   explain it if you'd like, about | | |
| 552: 15   heterogeneity and interaction. What this | | |
| 552: 16   table shows, and the most important | | |
| 552: 17   aspect of the table is this column for P | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8648-6 Filed 11/20/06   Page 69 of 75
Plaintiff's and Defendant's Designations 5 Edit Topol

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | | |
|---|---|---|---|
| | 552: 18 | for interaction. And what this shows is | |
| | 552: 19 | that the duration, there's no difference. | |
| | 552: 20 | 217 percent excess for less than six | |
| | 552: 21 | months. 233 percent excess for heart | |
| | 552: 22 | attack for greater than six months. The | |
| | 552: 23 | same thing for dose. Only if there's a | |
| | 552: 24 | p-value for interaction. And the only | |
| | 553: 1 | one there was, interestingly, was on the | |
| | 553: 2 | external endpoint committee, which is a | |
| | 553: 3 | topic I would have loved to address with | |
| | 553: 4 | you. But that is the only one that was | |
| | 553: 5 | significant. And that's the only thing | |
| | 553: 6 | you can say about this table. | |
| | 553: 7 | Q:  Let me ask one more time. | |
| | 553: 8 | A:  Yes. | |
| | 553: 9 | Q:  Without looking at the | |
| | 553: 10 | p-value that you just looked at, do you | |
| | 553: 11 | agree that Table 2 of the Juni study | |
| | 553: 12 | shows that there's no statistically | |
| | 553: 13 | significant difference in cardiovascular | |
| | 553: 14 | risk associated with the Vioxx 25 | |
| | 553: 15 | milligram dose? | |
| | 553: 16 | A:  It does not show that there | |
| | 553: 17 | is no statistically significant | |
| | 553: 18 | difference, that there's no statistically | |
| | 553: 19 | significant -- there's nothing you can | |
| | 553: 20 | say about any of the doses higher or | |
| | 553: 21 | lower based on this analysis and the | |
| | 553: 22 | data. | |
| 257 | **555:15  -  555:17** | Topol, Eric 2005-11-22            00:00:06 | |
| | 555: 15 | Q:  Dr. Topol, nice to see you | |
| | 555: 16 | again. | |
| | 555: 17 | A:  Yes. | |
| 258 | **555:18  -  556:4** | Topol, Eric 2005-11-22            00:00:20 | |
| | 555: 18 | Q:  And I want to ask you a | |
| | 555: 19 | couple of questions that the Merck lawyer | |
| | 555: 20 | may not have -- in fact, I know didn't | |
| | 555: 21 | ask you. | |
| | 555: 22 | First of all, I didn't know | |
| | 555: 23 | that he was making a chart of the CV | |
| | 555: 24 | event analysis. Apparently he was | |
| | 556: 1 | writing numbers. Do you recall when he | |
| | 556: 2 | was writing numbers and you were | |
| | 556: 3 | disagreeing that those numbers were | |
| | 556: 4 | comparing apples and apples? | |
| 259 | **556:6  -   556:11:00** | Topol, Eric 2005-11-22            00:01:29 | |
| | 556: 6 | THE WITNESS:  Yes. | |
| | 556: 7 | BY MR. KLINE: | |
| | 556: 8 | Q:  Well, no, he was | |
| | 556: 9 | disagreeing, that it was comparing apples | |
| | 556: 10 | and apples. You are saying it was like | |
| | 556: 11 | comparing two different fruits? | |
| | **556:13  -   557:20** | | |
| | 556: 13 | THE WITNESS:  Yes. | |
| | 556: 14 | BY MR. KLINE: | |
| | 556: 15 | Q:  All right. | |
| | 556: 16 | I see here that he prepared | |
| | 556: 17 | and marked something called Exhibit 48, | |
| | 556: 18 | and what he says here, I'll put it in | |
| | 556: 19 | front of us, that in August of '01, JAMA, | |
| | 556: 20 | he says Vioxx -- help me with that. | |
| | 556: 21 | A:  Nabumetone. | |
| | 556: 22 | Q:  -- nabumetone, placebo. | |
| | 556: 23 | A:  Right. | |
| | 556: 24 | Q:  And he has August, '91, | |
| | 557: 1 | JAMA, 6, 2, 1? | |
| | 557: 2 | A:  Right. | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 557: 3 | Q: Vioxx, nabumetone, placebo | | |
| 557: 4 | for October 25th, 7, 1, 1? | | |
| 557: 5 | A: Those are Dr. Targum's | | |
| 557: 6 | numbers, but the basis of them was | | |
| 557: 7 | uncertain. So, that's what we were going | | |
| 557: 8 | on, until we could zoom in on each and | | |
| 557: 9 | every patient and figure out whether they | | |
| 557: 10 | had a heart attack, a death or a stroke. | | |
| 557: 11 | Q: Understood. | | |
| 557: 12 | And then in November 12, | | |
| 557: 13 | it's 5, 1, 0? | | |
| 557: 14 | A: That was after the final | | |
| 557: 15 | review of each patient's detailed | | |
| 557: 16 | clinical history. | | |
| 557: 17 | Q: This is 090; correct? | | |
| 557: 18 | A: That's 090. | | |
| 557: 19 | Q: That study for Merck was | | |
| 557: 20 | bad; correct? | | |
| **557:22 - 558:7** | | | |
| 557: 22 | THE WITNESS: Well, let's | | |
| 557: 23 | put it this way. I only learned, | | |
| 557: 24 | you know, back in November of '04 | | |
| 558: 1 | that it was finished in 1999. So, | | |
| 558: 2 | now it's 2005, it's six years | | |
| 558: 3 | later, it hasn't been published, | | |
| 558: 4 | and as far as I know, it's the | | |
| 558: 5 | only significant large trial in | | |
| 558: 6 | nearly 1,000 patients that has not | | |
| 558: 7 | been published in the Vioxx trial. | | |
| 260    **562:4 - 562:06:00** Topol, Eric 2005-11-22    00:01:46 | | | |
| 562: 4 | Do you consider in looking | | |
| 562: 5 | at the Vioxx safety, do you consider | | |
| 562: 6 | yourself to be independent, sir? | | |
| **562:8 - 562:18** | | | |
| 562: 8 | THE WITNESS: I don't know | | |
| 562: 9 | how I could be more independent. | | |
| 562: 10 | I certainly wasn't involved in the | | |
| 562: 11 | trials, but on the other hand, I'm | | |
| 562: 12 | looking at it as a seasoned | | |
| 562: 13 | clinical trialist, so, yes, I | | |
| 562: 14 | believe I'm an independent viewer. | | |
| 562: 15 | BY MR. KLINE: | | |
| 562: 16 | Q: Which of the two studies, if | | |
| 562: 17 | they had to pick one, should have been | | |
| 562: 18 | published, and why? | | |
| **562:20 - 563:18** | | | |
| 562: 20 | THE WITNESS: Well, study | | |
| 562: 21 | 090 should have been published as | | |
| 562: 22 | soon as possible, and that was the | | |
| 562: 23 | concern that I registered. And, | | |
| 562: 24 | of course, that was that Mr. | | |
| 563: 1 | Goldman's e-mail that I first saw, | | |
| 563: 2 | internal FDA, they talked about, | | |
| 563: 3 | should they have done something | | |
| 563: 4 | with that data much earlier. But | | |
| 563: 5 | that one was the one of concern. | | |
| 563: 6 | And just because there's another | | |
| 563: 7 | trial of similar size and design | | |
| 563: 8 | that doesn't show the problem, | | |
| 563: 9 | doesn't negate, it doesn't make | | |
| 563: 10 | you in any way not seriously | | |
| 563: 11 | concerned about 090. | | |
| 563: 12 | BY MR. KLINE: | | |
| 563: 13 | Q: These data, even looking at | | |
| 563: 14 | them the way he compares them, 6 Vioxx to | | |
| 563: 15 | 3 when you combined nabumetone and | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  |  |
|---|---|---|
| 563: 16 | placebo, or 7 versus 2 or 5 versus 1, are |  |
| 563: 17 | any of those numbers, sir, reassuring |  |
| 563: 18 | that Vioxx is safe? |  |

**563:20  -   564:11**

|  |  |
|---|---|
| 563: 20 | THE WITNESS:  They're not at |
| 563: 21 | all reassuring. We're running on |
| 563: 22 | a relatively low event, but they |
| 563: 23 | are an imbalance of events no |
| 563: 24 | matter how you look at study 090. |
| 564: 1 | And then in the wake of VIGOR, or, |
| 564: 2 | actually, it preceded VIGOR by |
| 564: 3 | many months, but when you put the |
| 564: 4 | two together, you have a large |
| 564: 5 | trial of 8,000 patients, you have |
| 564: 6 | a trial of 1,000 patients, which |
| 564: 7 | is a respectable number, it's not |
| 564: 8 | so small, you see the same problem |
| 564: 9 | in both trials, that's when you |
| 564: 10 | have to make a conclusion that |
| 564: 11 | there's a significant problem. |

**263   580:13  -   581:03:00 Topol, Eric 2005-11-22          00:03:35**

|  |  |
|---|---|
| 580: 13 | Now, let's move right along. |
| 580: 14 | Let's talk about statistical |
| 580: 15 | analysis. |
| 580: 16 | As far as your statistical |
| 580: 17 | analysis is concerned, did you at all |
| 580: 18 | times, sir, conduct a statistical |
| 580: 19 | analysis consistent with good and sound |
| 580: 20 | scientific practice? |
| 580: 21 | A:  That's the only way I would |
| 580: 22 | know how to do, is to do the best we can |
| 580: 23 | with the data and the statistics and the |
| 580: 24 | analysis, yes. |
| 581: 1 | Q:  Okay. |
| 581: 2 | Was that also Merck's |
| 581: 3 | obligation, to do the same thing? |

**581:5  -   581:19**

|  |  |
|---|---|
| 581: 5 | THE WITNESS:  Any medical |
| 581: 6 | research should be done in that |
| 581: 7 | way, yes. |
| 581: 8 | BY MR. KLINE: |
| 581: 9 | Q:  Okay. |
| 581: 10 | Now, have you had a chance |
| 581: 11 | now to explain adequately what you wanted |
| 581: 12 | explained to the jury about the Targum |
| 581: 13 | memo and what you did in terms of |
| 581: 14 | drilling down the data and what you were |
| 581: 15 | after? |
| 581: 16 | A:  I believe so. |
| 581: 17 | Q:  Anything else that you think |
| 581: 18 | has to be covered to get the full import |
| 581: 19 | of it out? |

**581:21  -   582:12**

|  |  |
|---|---|
| 581: 21 | THE WITNESS:  Well, I mean, |
| 581: 22 | I think the other points that Dr. |
| 581: 23 | Targum made in her conclusion of |
| 581: 24 | her report about the fact that |
| 582: 1 | the -- |
| 582: 2 | BY MR. KLINE: |
| 582: 3 | Q:  Page? |
| 582: 4 | A:  Page 34, 'The sponsor claims |
| 582: 5 | that the difference in heart attacks |
| 582: 6 | between the groups is primarily due to |
| 582: 7 | the anti-platelet effects of naproxen.' |
| 582: 8 | Q:  Yes. |
| 582: 9 | A:  I've already discussed that, |
| 582: 10 | that that was an untenable conclusion. |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|

| 582: 11 | Q: Well, wait. But what does |
|---|---|
| 582: 12 | she say? |

| **582:16 - 583:8** | |
|---|---|
| 582: 16 | Q: Does she say something that |
| 582: 17 | disagrees with you? |
| 582: 18 | A: Yes. She says, 'The |
| 582: 19 | hypothesis is not supported by any |
| 582: 20 | prospective placebo-controlled trials |
| 582: 21 | with naproxen.' |
| 582: 22 | Q: It's the same thing you told |
| 582: 23 | us earlier? |
| 582: 24 | A: That's right. |
| 583: 1 | Q: And she says here, and you |
| 583: 2 | highlighted this next point or put an |
| 583: 3 | asterisk next to it, 'The sponsor claims |
| 583: 4 | that the majority of cardiovascular |
| 583: 5 | events in the VIGOR study occurred in |
| 583: 6 | those patients who should have been on |
| 583: 7 | aspirin for cardioprotection.' |
| 583: 8 | And what does she say? |

| **583:10 - 583:21** | |
|---|---|
| 583: 10 | THE WITNESS: Well, this |
| 583: 11 | claim has not convinced this |
| 583: 12 | medical reviewer, it certainly did |
| 583: 13 | not convince me, and so this is |
| 583: 14 | not a reasonable conclusion from |
| 583: 15 | the data. |
| 583: 16 | BY MR. KLINE: |
| 583: 17 | Q: She notes that 'The sponsor |
| 583: 18 | claims that the patients with rheumatoid |
| 583: 19 | arthritis are at increased risk for |
| 583: 20 | cardiovascular events.' |
| 583: 21 | What does she say? |

| **583:23 - 584:9** | |
|---|---|
| 583: 23 | THE WITNESS: Well, there's |
| 583: 24 | some literature. She agrees with |
| 584: 1 | it, I agree with it, there's some |
| 584: 2 | literature, but it is actually a |
| 584: 3 | very modest amount of literature. |
| 584: 4 | And actually, the most recent data |
| 584: 5 | from 2005, which we didn't have |
| 584: 6 | back then, would suggest that |
| 584: 7 | there is an increased incidence of |
| 584: 8 | heart attacks, but it's not |
| 584: 9 | particularly striking. |

| **584:14 - 584:20** | |
|---|---|
| 584: 14 | Q: And does it explain, does |
| 584: 15 | that point explain the results of VIGOR? |
| 584: 16 | A: Not in any way. |
| 584: 17 | Q: VIGOR, when combined with |
| 584: 18 | 090, combined now with all the |
| 584: 19 | epidemiologic studies, where does VIGOR |
| 584: 20 | fit into the scheme of things? |

| **584:22 - 585:22** | |
|---|---|
| 584: 22 | THE WITNESS: The VIGOR was |
| 584: 23 | in many ways the front runner. |
| 584: 24 | That one is the one that really |
| 585: 1 | predicted what was going to |
| 585: 2 | happen, not only in the |
| 585: 3 | epidemiologic studies, but, of |
| 585: 4 | course, in the subsequent |
| 585: 5 | randomized trials. |
| 585: 6 | There was one last point in |
| 585: 7 | this report that I think deserves |
| 585: 8 | to be underscored, and it says, |
| 585: 9 | 'The sponsor recommends use of |

Case 2:05-md-01657-EEF-DEK Document 8848-16 Filed 11/20/06 Page 73 of 75
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Eric Topol

| Designated Testimony | | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 585: 10 | | low-dose aspirin in conjunction | | |
| | 585: 11 | | with rofecoxib in those at risk | | |
| | 585: 12 | | for cardiovascular events.' | | |
| | 585: 13 | | There are no data whatsoever | | |
| | 585: 14 | | to substantiate that. Dr. Targum | | |
| | 585: 15 | | agrees with that and, again, we're | | |
| | 585: 16 | | talking about millions of patients | | |
| | 585: 17 | | in the United States and beyond, | | |
| | 585: 18 | | and to recommend taking aspirin | | |
| | 585: 19 | | without having any proof of that, | | |
| | 585: 20 | | without any data, without any | | |
| | 585: 21 | | meaningful trial, is really, I | | |
| | 585: 22 | | believe, unacceptable. | | |
| 264 | 597:3 - 598:3 | | Topol, Eric 2005-11-22 | 00:00:52 | | |
| | 597: 3 | | Q:  They asked you questions | | **PI's Comment:**  Plaintiff designates | |
| | 597: 4 | | about whether you, sir, took Vioxx? | | testimony only if objection to | |
| | 597: 5 | | A:  Yes. | | 318:6-319:9 is overruled and | |
| | 597: 6 | | Q:  First of all, did you take | | will withdraw testimon if objection | |
| | 597: 7 | | Vioxx regularly or did you just take it | | is sustained. | |
| | 597: 8 | | intermittently? | | | |
| | 597: 9 | | A:  I took it once a week or | | | |
| | 597: 10 | | every couple, few weeks. It was very | | | |
| | 597: 11 | | sporadic. A single dose as needed for | | | |
| | 597: 12 | | knee pain. | | | |
| | 597: 13 | | Q:  Did you have any special | | | |
| | 597: 14 | | circumstances that you thought that you | | | |
| | 597: 15 | | could tolerate the risk? | | | |
| | 597: 16 | | A:  Well, I mean, I started | | | |
| | 597: 17 | | taking it when I was -- in '99, so, that | | | |
| | 597: 18 | | was -- I was 45. I had had an exercise | | | |
| | 597: 19 | | stress test. I had no risk factors for | | | |
| | 597: 20 | | coronary disease or heart disease. I'm | | | |
| | 597: 21 | | fit, so, I didn't think that, | | | |
| | 597: 22 | | particularly as we learned more about the | | | |
| | 597: 23 | | risk profile of the drug, that I was one | | | |
| | 597: 24 | | of the people who would, I think, be | | | |
| | 598: 1 | | worried about the risk of the drug | | | |
| | 598: 2 | | relative to an older person with any risk | | | |
| | 598: 3 | | factors for heart disease. | | | |
| 265 | 602:2 - 602:4 | | Topol, Eric 2005-11-22 | 00:00:05 | | |
| | 602: 2 | | Q:  You were asked about this | | | |
| | 602: 3 | | Alastair Wood memo? | | | |
| | 602: 4 | | A:  Yes, yes. | | | |
| 266 | 602:10 - | 602:16:00 | Topol, Eric 2005-11-22 | 00:01:18 | | |
| | 602: 10 | | Q:  There is this Alastair Wood | | | |
| | 602: 11 | | thing, and let me just put my hand on | | | |
| | 602: 12 | | what I want to point out to you. You may | | | |
| | 602: 13 | | know other stuff. | | | |
| | 602: 14 | | What was the discussion you | | | |
| | 602: 15 | | were having with defense counsel about, | | | |
| | 602: 16 | | as you understood it? | | | |
| | 602:18 - | 603:20 | | | | |
| | 602: 18 | | THE WITNESS:  Yeah, I wanted | | | |
| | 602: 19 | | to bring out the point that one of | | | |
| | 602: 20 | | the highest regarded trialists, | | | |
| | 602: 21 | | and in this field in particular, | | | |
| | 602: 22 | | Dr. Wood, probably the most | | | |
| | 602: 23 | | revered pharmacologist and | | | |
| | 602: 24 | | trialists in the country, he | | | |
| | 603: 1 | | completely agreed and said that -- | | | |
| | 603: 2 | | about the fact that we needed a | | | |
| | 603: 3 | | trial and the fact that his | | | |
| | 603: 4 | | statement he had was really quite | | | |
| | 603: 5 | | perfect. | | | |
| | 603: 6 | | Basically he's saying it was | | | |
| | 603: 7 | | unethical not to do a trial, and | | | |
| | 603: 8 | | the statement here, he says, 'Such | | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

|  |  |  |
|---|---|---|
| 603: 9 | a study would have been undoable |  |  |
| 603: 10 | because of the size and time |  |  |
| 603: 11 | requirements.' This is what Merck |  |  |
| 603: 12 | has been saying. And 'I am |  |  |
| 603: 13 | surprised that gets repeated so |  |  |
| 603: 14 | frequently without challenge from |  |  |
| 603: 15 | the data.' And he basically in |  |  |
| 603: 16 | this back and forth e-mail agrees |  |  |
| 603: 17 | that there's so many patients that |  |  |
| 603: 18 | are getting the therapy today, |  |  |
| 603: 19 | Vioxx, with heart disease, that we |  |  |
| 603: 20 | have to resolve this problem. |  |  |

**603:22 - 604:1**
| 603: 22 | THE WITNESS:  And it was |  |  |
|---|---|---|---|
| 603: 23 | only -- the irony is that it's |  |  |
| 603: 24 | only ethical to do the trial, not |  |  |
| 604: 1 | to back off from not doing it. |  |  |

**267   611:13 -   611:19:00** Topol, Eric 2005-11-22                          00:01:55
| 611: 13 | Q:  Next, the Konstam paper. |  |  |
|---|---|---|---|
| 611: 14 | You told the Merck lawyer |  |  |
| 611: 15 | that you could review the Konstam paper, |  |  |
| 611: 16 | you didn't get to talk about it. I have |  |  |
| 611: 17 | it here. Is there a minute or two way |  |  |
| 611: 18 | through it? |  |  |
| 611: 19 | A:  Yeah. Well, this -- |  |  |

**611:21 -   613:9**
| 611: 21 | THE WITNESS:  This paper, |  |  |
|---|---|---|---|
| 611: 22 | the actual reprint I have, this |  |  |
| 611: 23 | has very significant problems in |  |  |
| 611: 24 | trying to interpret it. So, for |  |  |
| 612: 1 | example, here, study 090, the data |  |  |
| 612: 2 | are included in this amalgamation |  |  |
| 612: 3 | -- |  |  |
| 612: 4 | MR. KLINE:  I've marked it |  |  |
| 612: 5 | as the next exhibit. Number? |  |  |
| 612: 6 | What is it? |  |  |
| 612: 7 | MR. HAMELINE:  52, 52. |  |  |
| 612: 8 | MR. KLINE:  52. |  |  |
| 612: 9 | - - - |  |  |
| 612: 10 | (Whereupon, Deposition |  |  |
| 612: 11 | Exhibit Topol-52, 'Cardiovascular |  |  |
| 612: 12 | Thrombotic Events in Controlled, |  |  |
| 612: 13 | Clinical Trials of Rofecoxib,' |  |  |
| 612: 14 | (Konstam, et al), Circulation |  |  |
| 612: 15 | 2001;104:r15-r23, was marked for |  |  |
| 612: 16 | identification.) |  |  |
| 612: 17 | - - - |  |  |
| 612: 18 | THE WITNESS:  Yes. This was |  |  |
| 612: 19 | published shortly after our -- |  |  |
| 612: 20 | there's a lot of interesting |  |  |
| 612: 21 | things about this paper. It was |  |  |
| 612: 22 | received on October 2nd and |  |  |
| 612: 23 | accepted the next day and |  |  |
| 612: 24 | published very rapidly. But the |  |  |
| 613: 1 | paper includes the trials of Vioxx |  |  |
| 613: 2 | that were available, and what it |  |  |
| 613: 3 | does is it never reports the |  |  |
| 613: 4 | actual individualized data of the |  |  |
| 613: 5 | trial. |  |  |
| 613: 6 | So, for example, here's a |  |  |
| 613: 7 | chance that since Merck hadn't |  |  |
| 613: 8 | published the data for study 090, |  |  |
| 613: 9 | why not present it here. |  |  |

**613:13 -   613:14**
| 613: 13 | Q:  They're his consultant, he's |  |  |
|---|---|---|---|
| 613: 14 | their consultant; right? |  |  |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| **613:18 - 614:18** | | |
| 613: 18 THE WITNESS: All the other | | |
| 613: 19 doctors are Merck employees on the | | |
| 613: 20 paper except for Dr. Konstam, who | | |
| 613: 21 is a consultant. But the | | |
| 613: 22 important thing is, they don't | | |
| 613: 23 present the individual trial data. | | |
| 613: 24 And this is the thing that's | | |
| 614: 1 grossly overlooked. | | |
| 614: 2 They present, just as Mr. | | |
| 614: 3 Goldman reviewed earlier, that | | |
| 614: 4 1.69 risk, that's 169 percent, | | |
| 614: 5 comparing Vioxx with naproxen. | | |
| 614: 6 So, what's striking here is that | | |
| 614: 7 they show statistical | | |
| 614: 8 significance, they basically | | |
| 614: 9 confirm the VIGOR paper, they | | |
| 614: 10 confirm study 090, and they | | |
| 614: 11 basically are then trying to | | |
| 614: 12 conclude that there isn't a | | |
| 614: 13 problem, when it's statistically | | |
| 614: 14 significant, 169 percent excess of | | |
| 614: 15 risk. | | |
| 614: 16 BY MR. KLINE: | | |
| 614: 17 Q: How do you do that? How do | | |
| 614: 18 you do that? | | |
| | | |
| **614:21 - 614:22** | | |
| 614: 21 Q: How do you get to that | | |
| 614: 22 result? | | |
| | | |
| 614: 24 THE WITNESS: I just can't | | |
| 615: 1 imagine. | | |