# Exhibit G

| Designated Testimony | Objections | Rulings |
|---|---|---|

Plaintiff = Red
Defendant = Blue

**31:2 - 34:6** Avorn, Jerome 2006-06-29

31: 2  Q.  Good afternoon, Doctor.
31: 3  A.  Good afternoon.
31: 4  Q.  Would you please introduce
31: 5      yourself to the members of the jury.
31: 6  A.  Yes.  My name is Jerry
31: 7      Avorn.
31: 8  Q.  And where do you currently
31: 9      live, sir?
31: 10  A.  In Brookline, just outside
31: 11      of Boston, Massachusetts.
31: 12  Q.  And do you hold any academic
31: 13      positions?
31: 14  A.  Yes.  I'm a professor of
31: 15      medicine at Harvard Medical School.
31: 16  Q.  And do you hold any other
31: 17      professional positions at Harvard Medical
31: 18      School?
31: 19  A.  Yes.  I am the chief of the
31: 20      division of pharmacoepidemiology and
31: 21      pharmacoeconomics at the Brigham and
31: 22      Women's Hospital, which is one of the
31: 23      main Harvard teaching hospitals.
31: 24  Q.  And would you tell us a
32: 1      little bit about the division of
32: 2      pharmacoepidemiology and
32: 3      pharmacoeconomics?
32: 4  A.  Yes.  That's a division that
32: 5      I was asked to start in 1997, and it
32: 6      opened its doors in 1998.  And it is a
32: 7      collection of 25 researchers of whom
32: 8      there's 11 faculty, and the rest are
32: 9      programmers and research assistants and
32: 10      administrators.  And our main agenda is
32: 11      the study of patterns of medication use,
32: 12      side effects caused by drugs, good
32: 13      effects caused by drugs, the cost
32: 14      effectiveness of drugs, the impact of
32: 15      policy such as reimbursement and other
32: 16      sorts of policy on how doctors prescribe
32: 17      drugs, how patients use drugs, and,
32: 18      finally, the way that physicians make
32: 19      prescribing decisions and how those
32: 20      decisions can be made better.
32: 21  Q.  And forgive me if
32: 22      occasionally I ask you to explain some
32: 23      terms.
32: 24      You mentioned the term
33: 1      "pharmacoepidemiology."  Would you please
33: 2      describe what that is?
33: 3  A.  Sure.  That is the study of
33: 4      the beneficial and adverse effects of
33: 5      drugs as seen in, quote, the real world
33: 6      as typical doctors and typical patients
33: 7      use those medications, both the good
33: 8      effects and the bad effects.
33: 9  Q.  And what about the term
33: 10      "pharmacoeconomics"?
33: 11  A.  Pharmacoeconomics is the
33: 12      study of the relationship between what a
33: 13      drug does and what its cost is.  So, we
33: 14      try to understand whether a given drug is
33: 15      worth its price and whether it's cost
33: 16      effective, whether it might even save
33: 17      money for the healthcare system, and how
33: 18      those balance out.
33: 19  Q.  How is your division funded,

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Jerome Avorn, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8649-7   Filed 11/20/06   Page 3 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 33: 20 | Dr. Avorn? | |
| 33: 21 | A.  Primarily by our | |
| 33: 22 | peer-reviewed research grants from the | |
| 33: 23 | National Institutes of Health, which is, | |
| 33: 24 | of course, the federal agency that | |
| 34: 1 | supports scientific research.  We also | |
| 34: 2 | receive money from foundations that are | |
| 34: 3 | devoted to, let's say, arthritis and | |
| 34: 4 | other areas that we are concerned in. | |
| 34: 5 | And we also will accept research grants | |
| 34: 6 | from pharmaceutical companies. | |
| | | |
| **35:9  -  36:15** | Avorn, Jerome 2006-06-29 | |
| 35: 9 | I'd like to go through some | |
| 35: 10 | of your education and experience a little | |
| 35: 11 | bit.  Okay? | |
| 35: 12 | A.  Sure. | |
| 35: 13 | Q.  All right. | |
| 35: 14 | Would you please tell the | |
| 35: 15 | men and women of the jury a little bit | |
| 35: 16 | about your educational background, how | |
| 35: 17 | you became a professor of medicine at | |
| 35: 18 | Harvard? | |
| 35: 19 | A.  Sure.  In brief, I grew up | |
| 35: 20 | in New York City.  I went to Columbia as | |
| 35: 21 | an undergrad.  I then went to Harvard | |
| 35: 22 | Medical School, where I was awarded the | |
| 35: 23 | M.D. degree in 1974.  I then did my | |
| 35: 24 | internship and residency in various of | |
| 36: 1 | the Harvard teaching hospitals and became | |
| 36: 2 | certified in internal medicine.  And | |
| 36: 3 | around the time that I was a resident, I | |
| 36: 4 | also began teaching at the medical school | |
| 36: 5 | in a variety of areas that primarily | |
| 36: 6 | related to medication use. | |
| 36: 7 | Q.  Do you currently teach | |
| 36: 8 | medical students and residents at | |
| 36: 9 | Harvard? | |
| 36: 10 | A.  Yes.  That's where I just | |
| 36: 11 | came from an hour ago. | |
| 36: 12 | Q.  Okay. | |
| 36: 13 | And do you conduct | |
| 36: 14 | independent research? | |
| 36: 15 | A.  Yes, I do. | |
| | | |
| **36:18  -  37:3** | Avorn, Jerome 2006-06-29 | |
| 36: 18 | In what medical and | |
| 36: 19 | scientific fields do you conduct medical | |
| 36: 20 | research? | |
| 36: 21 | A.  The utilization of drugs by | |
| 36: 22 | doctors, the side effects of those drugs, | |
| 36: 23 | the utilization of drugs by patients, the | |
| 36: 24 | relationship between the healthcare | |
| 37: 1 | system and medication use, and in | |
| 37: 2 | general, the outcomes of drug use and how | |
| 37: 3 | it can be improved. | |
| | | |
| **37:4  -  37:17** | Avorn, Jerome 2006-06-29 | |
| 37: 4 | Q.  Now, you mentioned Brigham | |
| 37: 5 | and Women's Hospital.  Does the division | |
| 37: 6 | that you head have any relationship to | |
| 37: 7 | the day-to-day function of the Brigham | |
| 37: 8 | and Women's Hospital? | |
| 37: 9 | A.  Yes.  One of the missions of | |
| 37: 10 | our division is to help advise the | |
| 37: 11 | hospital about what medications should be | |
| 37: 12 | used at the hospital and also to teach | |
| 37: 13 | the interns and residents and medical | |
| 37: 14 | students and physicians who are | |
| 37: 15 | practicing at the hospital about the best | |
| 37: 16 | way to use the drugs that are on our list | |

**Dedrick v. Merck Co., Inc.**
Plaintiffs and Defendant's Designations of Jerome Avorn, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8049-7   Filed 11/20/06   Page 4 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 37: 17    of drugs or the formulary. | | |

**37:18 - 42:10**    Avorn, Jerome 2006-06-29

| | |
|---|---|
| 37: 18 | Q. Okay. |
| 37: 19 | Now, you previously |
| 37: 20 | described to the members of the jury |
| 37: 21 | pharmacoepidemiology, pharmacoeconomics. |
| 37: 22 | You also mentioned that you do research |
| 37: 23 | in the field of looking at the factors |
| 37: 24 | that affect prescribing choices of |
| 38: 1 | physicians? |
| 38: 2 | A. That's right. |
| 38: 3 | Q. Okay. |
| 38: 4 | Would you describe your |
| 38: 5 | particular interest in that area? |
| 38: 6 | A. Sure. The first paper I |
| 38: 7 | published in that area was actually back |
| 38: 8 | in 1982 in which I was interested in how |
| 38: 9 | doctors make decisions about what drugs |
| 38: 10 | to use. And I was interested in whether |
| 38: 11 | -- the balance between the information |
| 38: 12 | that we as prescribers get from the |
| 38: 13 | medical literature versus from commercial |
| 38: 14 | sources like advertising or sales reps. |
| 38: 15 | And so we did a study of primary care |
| 38: 16 | docs in the Boston area, and we asked |
| 38: 17 | them where they got their information |
| 38: 18 | from, and then we gave them little |
| 38: 19 | quizzes about the drugs that they |
| 38: 20 | commonly used. And although they thought |
| 38: 21 | that they got most of their information |
| 38: 22 | from just reading the medical journals, |
| 38: 23 | in fact, what our quiz showed was that a |
| 38: 24 | lot of what they believed actually came |
| 39: 1 | from what you could only find in ads or |
| 39: 2 | from sales reps. |
| 39: 3 | Q. What is academic detailing, |
| 39: 4 | Doctor? |
| 39: 5 | A. Academic dealing is an |
| 39: 6 | approach that I pretty much invented in |
| 39: 7 | the late 1970s and early 1980s. And it |
| 39: 8 | was based on the following idea: That we |
| 39: 9 | know that the drug manufacturers are |
| 39: 10 | awfully good communicators. They send |
| 39: 11 | people into our offices. They have very |
| 39: 12 | well-presented spiels that they give us. |
| 39: 13 | They interact with us in a very friendly |
| 39: 14 | way. They've got great graphical |
| 39: 15 | material. They will have dinner meetings |
| 39: 16 | in good restaurants and show us their |
| 39: 17 | presentations. And that's really very |
| 39: 18 | effective communication, but it's just to |
| 39: 19 | sell product. That's the only reason |
| 39: 20 | that they do that communication. |
| 39: 21 | By contrast, faculty in |
| 39: 22 | medical schools tend to have a pretty |
| 39: 23 | good handle on the evidence and don't |
| 39: 24 | usually have a particular axe to grind |
| 40: 1 | about selling a product, but we tend to |
| 40: 2 | be lousy communicators. We give dull |
| 40: 3 | lectures. We don't really very good |
| 40: 4 | graphical material. We stay in our ivory |
| 40: 5 | tower and we don't go out to doctors' |
| 40: 6 | offices. |
| 40: 7 | And what I began to wonder |
| 40: 8 | about in the late '70s and early '80s is |
| 40: 9 | whether we could kind of marry that very |
| 40: 10 | effective communication approach that the |
| 40: 11 | pharmaceutical industry has with the more |
| 40: 12 | balanced evidence-based approach that |
| 40: 13 | medical school or academic faculty have. |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 40: 14 | And because the approach of the sales | | |
| 40: 15 | reps in the drug industry is called | | |
| 40: 16 | detailing, I call that academic | | |
| 40: 17 | detailing. | | |
| 40: 18 | And our first study was | | |
| 40: 19 | funded by the federal government in 1979 | | |
| 40: 20 | and ultimately was published in the New | | |
| 40: 21 | England Journal in 1983 in which we | | |
| 40: 22 | showed that by sending pharmacists that | | |
| 40: 23 | we trained to be the so-called unsales | | |
| 40: 24 | reps out to doctors' offices to teach | | |
| 41: 1 | them about how to prescribe better in | | |
| 41: 2 | this interactive and engaging manner, we | | |
| 41: 3 | could actually influence their | | |
| 41: 4 | prescribing for the better in a way that | | |
| 41: 5 | was both effective and actually paid for | | |
| 41: 6 | itself. | | |
| 41: 7 | Q.   Doctor, have various | | |
| 41: 8 | governments and different organizations | | |
| 41: 9 | adopted the concept of academic | | |
| 41: 10 | detailing? | | |
| 41: 11 | A.   Yes.  As a matter of fact, | | |
| 41: 12 | just a few weeks ago I came back from | | |
| 41: 13 | Australia where the entire country has a | | |
| 41: 14 | very large program of academic detailing | | |
| 41: 15 | which we actually helped them set up | | |
| 41: 16 | based on our early research in which they | | |
| 41: 17 | have pharmacists and nurses going out to | | |
| 41: 18 | doctors all over the country to advise | | |
| 41: 19 | them on how to prescribe so that they are | | |
| 41: 20 | not dependent on ads or sales reps from | | |
| 41: 21 | the drug companies to know about the | | |
| 41: 22 | drugs they use. | | |
| 41: 23 | Q.   Any states have programs | | |
| 41: 24 | and -- | | |
| 42: 1 | A.   Yes.  We're actually running | | |
| 42: 2 | a program on behalf of the State of | | |
| 42: 3 | Pennsylvania which has asked our group to | | |
| 42: 4 | put together educational materials for | | |
| 42: 5 | doctors all over Pennsylvania.  And the | | |
| 42: 6 | State of Pennsylvania funds nurses and | | |
| 42: 7 | pharmacists to go out and teach doctors | | |
| 42: 8 | how to prescribe so that they are not, | | |
| 42: 9 | again, dependent on just what they hear | | |
| 42: 10 | from the sales reps and see in the ads. | | |
| | | | |
| 42:16   -   44:3 | Avorn, Jerome 2006-06-29 | | |
| 42: 16 | Have you published in each | | |
| 42: 17 | of the areas that you've identified, | | |
| 42: 18 | pharmacoepidemiology, pharmacoeconomics, | | |
| 42: 19 | and physician drug practices? | | |
| 42: 20 | A.   Yes, I have. | | |
| 42: 21 | Q.   In the course of your | | |
| 42: 22 | career, Dr. Avorn, have pharmaceutical | | |
| 42: 23 | companies funded some of your research? | | |
| 42: 24 | A.   Yes.  As I said, we do have | | |
| 43: 1 | research support from a number of drug | | |
| 43: 2 | companies. | | |
| 43: 3 | Q.   Do these include some of the | | |
| 43: 4 | studies that you have conducted with | | |
| 43: 5 | respect -- | | |
| 43: 6 | Well, first of all, let me | | |
| 43: 7 | back up. | | |
| 43: 8 | Have you studied the class | | |
| 43: 9 | of drugs that we'll talk about here today | | |
| 43: 10 | called nonsteroidal anti-inflammatory | | |
| 43: 11 | drugs or NSAIDs? | | |
| 43: 12 | A.   That's right. | | |
| 43: 13 | Q.   And have you studied COX-2 | | |
| 43: 14 | drugs? | | |
| 43: 15 | A.   That's right.  We've been | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8649-7   Filed 11/20/06   Page 6 of 185
Plaintiffs and Defendant's Designations of Jerome Avorn, M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 43: 16 | looking at that class of drugs since | | |
| 43: 17 | before 1990. | | |
| 43: 18 | Q. Okay. | | |
| 43: 19 | And have you received grants | | |
| 43: 20 | and funds from various pharmaceutical | | |
| 43: 21 | companies to study that class of drugs? | | |
| 43: 22 | A. Yes. Both drug companies | | |
| 43: 23 | and also the National Institutes of | | |
| 43: 24 | Health. | | |
| 44: 1 | Q. Would you tell us some of | | |
| 44: 2 | the drug companies who have funded your | | |
| 44: 3 | research? | | |

**44:8  -  48:5**   Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 44: 8 | A. In general, Pfizer, Glaxo, | | |
| 44: 9 | Pharmacia, Kabi, Merck. | | |
| 44: 10 | Q. Are you currently being | | |
| 44: 11 | funded by Merck? | | |
| 44: 12 | A. Yes. Dr. Solomon in our | | |
| 44: 13 | group has a project in which I'm | | |
| 44: 14 | participating in which Merck has funded | | |
| 44: 15 | us to look at the underuse of drugs for | | |
| 44: 16 | osteoporosis or bone thinning. | | |
| 44: 17 | Q. And have you been funded by | | |
| 44: 18 | Merck to do studies in the field of COX-2 | | |
| 44: 19 | drugs including Vioxx? | | |
| 44: 20 | A. Yes, we have. | | |
| 44: 21 | Q. Other than your experience | | |
| 44: 22 | with Vioxx, which we'll talk about during | | |
| 44: 23 | the course of this deposition, putting | | |
| 44: 24 | that aside for a moment, how would you | | |
| 45: 1 | have described your experience with | | |
| 45: 2 | Merck? | | |
| 45: 3 | A. Other than with our Vioxx | | |
| 45: 4 | experience? | | |
| 45: 5 | Q. Yes. | | |
| 45: 6 | A. I always thought of Merck as | | |
| 45: 7 | the most respected, upstanding, careful | | |
| 45: 8 | pharmaceutical company in the country, as | | |
| 45: 9 | most everybody else did back in, let's | | |
| 45: 10 | say, the 1980s and early '90s. | | |
| 45: 11 | Q. Was your, and we'll talk | | |
| 45: 12 | about this, but was your experience with | | |
| 45: 13 | Merck different with respect to the COX-2 | | |
| 45: 14 | drugs? | | |
| 45: 15 | A. Yes, it was. | | |
| 45: 16 | Q. Do you currently hold any | | |
| 45: 17 | leadership appointments within your | | |
| 45: 18 | field? | | |
| 45: 19 | A. Well, I have served in the | | |
| 45: 20 | past as the president of the | | |
| 45: 21 | International Society for | | |
| 45: 22 | Pharmacoepidemiology, which is the main | | |
| 45: 23 | professional body of researchers all | | |
| 45: 24 | around the world who study drug side | | |
| 46: 1 | effects and drug utilization and drug | | |
| 46: 2 | cost effectiveness. | | |
| 46: 3 | Q. And are you licensed to | | |
| 46: 4 | practice medicine? | | |
| 46: 5 | A. Yes, I am, in Massachusetts. | | |
| 46: 6 | Q. And are you board certified | | |
| 46: 7 | in any specialty of medicine? | | |
| 46: 8 | A. Internal medicine. | | |
| 46: 9 | Q. Do you supervise the | | |
| 46: 10 | treatment of patients at Harvard's | | |
| 46: 11 | Brigham and Young -- Brigham Hospital? | | |
| 46: 12 | A. Brigham and Women's, yes, I | | |
| 46: 13 | do. | | |
| 46: 14 | Q. Has there ever been a time | | |
| 46: 15 | in the past 20 years where you have not | | |
| 46: 16 | treated or supervised treatment of | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|

| | | |
|---|---|
| 46: 17 | patients? |
| 46: 18 | A.  No.  I've treated or |
| 46: 19 | supervised continuously pretty much since |
| 46: 20 | I got my M.D. |
| 46: 21 | Q.  Okay. |
| 46: 22 | Do you specialize in the |
| 46: 23 | treatment of any particular patient |
| 46: 24 | populations, Dr. Avorn? |
| 47: 1 | A.  I've had a particular |
| 47: 2 | expertise and interest in medication use |
| 47: 3 | in the elderly, people over 65. |
| 47: 4 | Q.  As an internist, do you |
| 47: 5 | supervise the treatment of patients with |
| 47: 6 | chronic pain conditions such as |
| 47: 7 | arthritis? |
| 47: 8 | A.  Sure. |
| 47: 9 | Q.  As an internist, you |
| 47: 10 | supervise patients with acute pain |
| 47: 11 | conditions? |
| 47: 12 | A.  Yes. |
| 47: 13 | Q.  How about cardiovascular |
| 47: 14 | disease? |
| 47: 15 | A.  Certainly. |
| 47: 16 | Q.  Okay. |
| 47: 17 | Have you had occasion to |
| 47: 18 | prescribe or supervise the prescription |
| 47: 19 | of medications for patients at the |
| 47: 20 | Brigham Hospital, including nonsteroidal |
| 47: 21 | anti-inflammatory drugs? |
| 47: 22 | A.  Yes. |
| 47: 23 | Q.  In addition to your -- |
| 47: 24 | Let me talk for a moment |
| 48: 1 | about your publications, Doctor. |
| 48: 2 | Approximately how many original articles |
| 48: 3 | have you written for the peer-reviewed |
| 48: 4 | medical literature? |
| 48: 5 | A.  About 200. |
| | |
| **48:12  -  49:13** | Avorn, Jerome 2006-06-29 |
| 48: 12 | Q.  What are some of the |
| 48: 13 | medical, the peer-review medical journals |
| 48: 14 | in which you have been published? |
| 48: 15 | A.  The New England Journal of |
| 48: 16 | Medicine, the Journal of the American |
| 48: 17 | Medical Association, the British Medical |
| 48: 18 | Journal, Health Affairs, the Archives of |
| 48: 19 | Internal Medicine, the Annals of Internal |
| 48: 20 | Medicine and a few dozen others. |
| 48: 21 | Q.  Okay. |
| 48: 22 | Have you been or -- |
| 48: 23 | Are you now or have you been |
| 48: 24 | a peer reviewer yourself? |
| 49: 1 | A.  Yes.  I regularly review |
| 49: 2 | articles for the New England Journal of |
| 49: 3 | Medicine and for JAMA in particular, |
| 49: 4 | "JAMA" being the Journal of the American |
| 49: 5 | Medical Association. |
| 49: 6 | Q.  Thank you. |
| 49: 7 | Has your publications -- |
| 49: 8 | Has your work as an |
| 49: 9 | academician in publishing information |
| 49: 10 | been recognized generally? |
| 49: 11 | A.  Yes. |
| 49: 12 | Q.  Would you tell us a little |
| 49: 13 | bit about that? |
| | |
| **50:1  -  51:20** | Avorn, Jerome 2006-06-29 |
| 50: 1 | THE WITNESS:  That I was |
| 50: 2 | identified by the scientific body |
| 50: 3 | that keeps track of all medical |
| 50: 4 | references in the world as one of |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 50: 5 | the most highly cited researchers | | |
| 50: 6 | in the field of medicine and | | |
| 50: 7 | social science because of the | | |
| 50: 8 | number of citations to my research | | |
| 50: 9 | that have been in the medical | | |
| 50: 10 | literature. | | |
| 50: 11 | BY MR. TISI: | | |
| 50: 12 | Q. Doctor, have you published | | |
| 50: 13 | specifically about the safety of Vioxx? | | |
| 50: 14 | A. Yes, I have. | | |
| 50: 15 | Q. Have you published | | |
| 50: 16 | specifically regarding the safety of | | |
| 50: 17 | COX-2 drugs including both Vioxx and | | |
| 50: 18 | Celebrex? | | |
| 50: 19 | A. Yes. | | |
| 50: 20 | Q. Have you published | | |
| 50: 21 | specifically about the safety of | | |
| 50: 22 | nonsteroidal anti-inflammatory drugs? | | |
| 50: 23 | A. That's right. | | |
| 50: 24 | Q. How long have you been | | |
| 51: 1 | publishing in that particular field? | | |
| 51: 2 | A. I think the first paper on | | |
| 51: 3 | nonsteroidals was one that I did with Dr. | | |
| 51: 4 | Gurwitz that I believe was in the Journal | | |
| 51: 5 | of the American Medical Association back | | |
| 51: 6 | in 1990. | | |
| 51: 7 | Q. Have you published | | |
| 51: 8 | specifically about Merck's conduct in | | |
| 51: 9 | their communication of risk and benefit | | |
| 51: 10 | of Vioxx to physicians? | | |
| 51: 11 | A. I've written about that, | | |
| 51: 12 | yes. | | |
| 51: 13 | Q. Dr. Avorn, from the almost | | |
| 51: 14 | 200 peer-reviewed articles that are in | | |
| 51: 15 | your curriculum vitae, I have pulled | | |
| 51: 16 | documents from your peer-reviewed | | |
| 51: 17 | documents, the articles which I'm going | | |
| 51: 18 | to hand to you as an exhibit, and they | | |
| 51: 19 | would be Exhibits 2 through 15. | | |
| 51: 20 | A. Right. | | |
| | | | |
| **55:15 - 55:19** | Avorn, Jerome 2006-06-29 | | |
| 55: 15 | Q. Would these be the articles | | |
| 55: 16 | that you have written in the | | |
| 55: 17 | peer-reviewed medical literature | | |
| 55: 18 | pertaining to nonsteroidal | | |
| 55: 19 | anti-inflammatory drugs? | | |
| | | | |
| **55:22 - 56:16** | Avorn, Jerome 2006-06-29 | | |
| 55: 22 | Yes, that's some of them. | | |
| 55: 23 | Q. Okay. | | |
| 55: 24 | Would that include articles | | |
| 56: 1 | you've written on various COX-2 drugs | | |
| 56: 2 | including Vioxx? | | |
| 56: 3 | A. Yes. | | |
| 56: 4 | Q. Are any of these studies | | |
| 56: 5 | funded by Merck? | | |
| 56: 6 | A. Yes. The one from | | |
| 56: 7 | Circulation that appeared in 2004 was | | |
| 56: 8 | supported by Merck. And several of the | | |
| 56: 9 | others were based on our research funded | | |
| 56: 10 | by Merck as well. | | |
| 56: 11 | Q. Could you identify the | | |
| 56: 12 | article that was supported by Merck? | | |
| 56: 13 | A. Sure. | | |
| 56: 14 | Q. And identify it by exhibit | | |
| 56: 15 | number. | | |
| 56: 16 | A. Sure. | | |
| | | | |
| **56:19 - 63:19** | | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 56: 19    Okay.  One of them is | | |
| 56: 20    Exhibit Number 7, which is the one that | | |
| 56: 21    appeared in the journal called | | |
| 56: 22    Circulation in 2004. | | |
| 56: 23    There's another one that | | |
| 56: 24    appeared in the journal called | | |
| 57: 1    Epidemiology in 2005 that was also | | |
| 57: 2    supported by Merck. | | |
| 57: 3    Q.  And the title of that -- | | |
| 57: 4    A.  I'm sorry. | | |
| 57: 5    Q.  Those both involve Vioxx? | | |
| 57: 6    A.  Yes.  Those are both about | | |
| 57: 7    the COX-2 drugs, which were basically | | |
| 57: 8    Vioxx and Celebrex primarily. | | |
| 57: 9    There's also a paper we had | | |
| 57: 10    in the New England Journal of Medicine in | | |
| 57: 11    2004 called "Medicaid Prior-Authorization | | |
| 57: 12    Programs and the Use of COX-2 | | |
| 57: 13    Inhibitors," and we acknowledge there | | |
| 57: 14    that we also were receiving a grant from | | |
| 57: 15    Merck which contributed to that study. | | |
| 57: 16    I'm checking carefully | | |
| 57: 17    because we usually don't pay attention to | | |
| 57: 18    who's paying for the study when we do the | | |
| 57: 19    work. | | |
| 57: 20    We acknowledged in a paper | | |
| 57: 21    that came out in the Journal of Clinical | | |
| 57: 22    Epidemiology in 2005 about physician | | |
| 57: 23    preferences in relation to the use of | | |
| 57: 24    COX-2 drugs like Vioxx and Celebrex in | | |
| 58: 1    which we received funding from Merck, but | | |
| 58: 2    Merck did not specifically fund that | | |
| 58: 3    study. | | |
| 58: 4    There's another paper here, | | |
| 58: 5    Exhibit Number 13, "Cardiovascular | | |
| 58: 6    Outcomes in New Users of Coxibs and | | |
| 58: 7    NSAIDs," that also acknowledges that | | |
| 58: 8    we've received support from Merck to do | | |
| 58: 9    that work. | | |
| 58: 10    Not that one. | | |
| 58: 11    So, that's pretty much it. | | |
| 58: 12    Q.  Have you written any books | | |
| 58: 13    which pertain to issues of drug safety? | | |
| 58: 14    A.  Yes, I have. | | |
| 58: 15    Q.  Doctor, I'm going to hand | | |
| 58: 16    you a book.  I'm not going to mark it as | | |
| 58: 17    an exhibit unless we have to.  Is that | | |
| 58: 18    the book that you've written? | | |
| 58: 19    A.  Yes.  "Powerful Medicines: | | |
| 58: 20    The Benefits, Risks, and Costs of | | |
| 58: 21    Prescription Drugs."  It came out in | | |
| 58: 22    2004. | | |
| 58: 23    Q.  Doctor, have you been a | | |
| 58: 24    consultant for the United States Food & | | |
| 59: 1    Drug Administration at any time in the | | |
| 59: 2    past? | | |
| 59: 3    A.  Yes, I have. | | |
| 59: 4    Q.  Would you describe for the | | |
| 59: 5    members of the jury what that is about? | | |
| 59: 6    A.  Sure.  There was a | | |
| 59: 7    medication on the market called Lotronex, | | |
| 59: 8    which was a drug for irritable bowel | | |
| 59: 9    syndrome.  And there was a concern that | | |
| 59: 10    it was causing severe side effects, even | | |
| 59: 11    death, in patients who took it, and the | | |
| 59: 12    FDA was trying to determine whether its | | |
| 59: 13    safety was such that it should be kept on | | |
| 59: 14    the market or pulled from the market. | | |
| 59: 15    And the FDA asked me to consult with it | | |
| 59: 16    as part of its Advisory Committee that | | |
| 59: 17    would look at the safety of that drug. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

59: 18    Q. Have you testified before
59: 19      the United States Congress on issues
59: 20      relating to drug safety and healthcare
59: 21      policy?
59: 22    A. Yes. On a number of
59: 23      occasions, I was invited to testify by
59: 24      the U.S. Senate, Special Committee on
60: 1      Aging, the House Committee on Aging, and
60: 2      other committees of Congress about
60: 3      medication effects.
60: 4    Q. Have you advised the
60: 5      President of the United States on drug
60: 6      safety or drug policy?
60: 7    A. I was invited by a
60: 8      transition team of the president-elect to
60: 9      advise about drug policy.
60: 10    Q. And have you received grants
60: 11      from the National Institute of Health to
60: 12      conduct your research?
60: 13    A. Yes.
60: 14    Q. I'm going to ask you some
60: 15      questions, Doctor, about your expertise
60: 16      directly.
60: 17    A. Okay.
60: 18    Q. Dr. Avorn, are you an expert
60: 19      in the field of pharmacoepidemiology?
60: 20    A. Yes.
60: 21    Q. Are you an expert in the
60: 22      field of pharmacoeconomics?
60: 23    A. Yes.
60: 24    Q. Are you an expert in the
61: 1      field of pharmaceutical study design?
61: 2    A. Yes.
61: 3    Q. And are you an expert in the
61: 4      field of the conduct of pharmaceutical
61: 5      studies?
61: 6    A. Yes.
61: 7    Q. Are you an expert in the
61: 8      factors that drive prescribing practices
61: 9      and habits of physicians generally?
61: 10    A. Yes.
61: 11    Q. Are you an expert in the
61: 12      field of internal medicine?
61: 13    A. Yes.
61: 14    Q. Geriatric medicine?
61: 15    A. Yes.
61: 16    Q. An expert in the
61: 17      communication of risks and benefits to
61: 18      physicians and elder health care
61: 19      providers?
61: 20    A. Yes.
61: 21    Q. Are you an expert in the
61: 22      risks and benefits of a class of drugs
61: 23      known as nonsteroidal anti-inflammatory
61: 24      drugs?
62: 1    A. Yes.
62: 2    Q. COX-2 inhibitors?
62: 3    A. Yes.
62: 4    Q. How about an expert in the
62: 5      field in the risks and benefits of Vioxx?
62: 6    A. Yes.
62: 7    Q. Are all the areas that I've
62: 8      just asked you your expertise about areas
62: 9      in which you have actually published in
62: 10      the peer-reviewed medical literature?
62: 11    A. That's right.
62: 12    Q. Dr. Avorn, are you prepared
62: 13      to offer the jury in this case your
62: 14      professional opinions regarding the drug
62: 15      Vioxx manufactured by Merck?
62: 16    A. Yes.

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8543-7 Filed 11/20/06 Page 11 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 62: 17  Q.  During the time that Vioxx | | |
| 62: 18    was on the market, did you have occasion | | |
| 62: 19    to speak with Merck officials concerning | | |
| 62: 20    Vioxx? | | |
| 62: 21  A.  Yes. | | |
| 62: 22  Q.  During the time that Vioxx | | |
| 62: 23    was on the market, did you formulate | | |
| 62: 24    opinions regarding Vioxx's safety, | | |
| 63: 1    efficacy and its cardiovascular risk? | | |
| 63: 2  A.  Yes. | | |
| 63: 3  Q.  Did you share those opinions | | |
| 63: 4    with Merck? | | |
| 63: 5  A.  Yes. | | |
| 63: 6  Q.  Until 2004, when Vioxx was | | |
| 63: 7    no longer available on the market, were | | |
| 63: 8    you asked to present your scientific and | | |
| 63: 9    medical opinions on Vioxx and other | | |
| 63: 10    NSAIDs, including naproxen, which we'll | | |
| 63: 11    talk about, at national and international | | |
| 63: 12    scientific and professional meetings? | | |
| 63: 13  A.  Yes. | | |
| 63: 14  Q.  During the time Vioxx was on | | |
| 63: 15    the market and shortly thereafter, did | | |
| 63: 16    you publish articles and editorials in | | |
| 63: 17    the peer-reviewed literature concerning | | |
| 63: 18    the FDA's role in evaluating Vioxx? | | |
| 63: 19  A.  I did. | | |
| | | |
| **63:23 - 64:6**  Avorn, Jerome 2006-06-29 | | |
| 63: 23    When you were formulating | | |
| 63: 24    these opinions and publishing them in the | | |
| 64: 1    medical literature, were you consulting | | |
| 64: 2    with any lawyers like myself who were | | |
| 64: 3    representing individuals who claim that | | |
| 64: 4    they were injured as a result of Vioxx? | | |
| 64: 5  A.  No.  I try to avoid | | |
| 64: 6    consulting with lawyers whenever I can. | | |
| | | |
| **64:18 - 66:8**  Avorn, Jerome 2006-06-29 | | |
| 64: 18  Q.  When is the first time you | | |
| 64: 19    met with any lawyer representing people | | |
| 64: 20    who claimed injuries as a result of | | |
| 64: 21    Vioxx? | | |
| 64: 22  A.  I would say the only time I | | |
| 64: 23    actually -- well, the first time I | | |
| 64: 24    actually met with anybody, as opposed to | | |
| 65: 1    calling them back and saying no thank | | |
| 65: 2    you, would have been May of '05. | | |
| 65: 3  Q.  Since May of 2005 when you | | |
| 65: 4    first had your meeting with lawyers | | |
| 65: 5    representing people who claim injuries as | | |
| 65: 6    a result of Vioxx, have you been provided | | |
| 65: 7    with additional materials that you had | | |
| 65: 8    not had an opportunity to see while you | | |
| 65: 9    were conducting studies involving Vioxx, | | |
| 65: 10    NSAIDs and COX-2s? | | |
| 65: 11  A.  Yes.  There was a lot of | | |
| 65: 12    material that came out as a result of the | | |
| 65: 13    discovery process that I had not had | | |
| 65: 14    access to before. | | |
| 65: 15  Q.  Have you formed additional | | |
| 65: 16    opinions since May of 2005 as a result of | | |
| 65: 17    reviewing those additional documents that | | |
| 65: 18    were provided to you? | | |
| 65: 19  A.  Yes. | | |
| 65: 20  Q.  Are you prepared to offer | | |
| 65: 21    those additional opinions to the members | | |
| 65: 22    of the jury today? | | |
| 65: 23  A.  Sure. | | |
| 65: 24  Q.  Doctor, are all the opinions | | |
| 66: 1    that you will testify about today, | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 66: 2 | whether they were formed before you were | |
| 66: 3 | retained as an expert in this litigation | |
| 66: 4 | or since you were retained as an expert | |
| 66: 5 | in this litigation, opinions that you | |
| 66: 6 | hold to a reasonable degree of medical | |
| 66: 7 | and scientific certainty? | |
| 66: 8 | A.  Definitely. | |
| | | |
| **66:12  -  67:09** | Avorn, Jerome 2006-06-29 | |
| 66: 12 | Are you aware that your | |
| 66: 13 | testimony is being videotaped so it could | |
| 66: 14 | be shown to the members of the jury? | |
| 66: 15 | A.  Yes.  The clue was that big | |
| 66: 16 | video camera in front of me. | |
| 66: 17 | Q.  Okay. | |
| 66: 18 | Why is it that you are not | |
| 66: 19 | appearing live to give your opinions to | |
| 66: 20 | the members of this jury? | |
| 66: 21 | A.  Because I have a day job, | |
| 66: 22 | and I spend an enormous amount of time | |
| 66: 23 | just running my division at Harvard and | |
| 66: 24 | at the Brigham and teaching medical | |
| 67: 1 | students and occasionally supervising | |
| 67: 2 | patient care, and I wouldn't have time to | |
| 67: 3 | do this for more than just once. | |
| 67: 4 | Q.  Are you being paid | |
| 67: 5 | personally for the time that you spent | |
| 67: 6 | consulting with us and appearing at this | |
| 67: 7 | videotape testimony? | |
| 67: 8 | A.  No.  I received no payment | |
| 67: 9 | for any of my work in this case. | |
| | | |
| **67:10  -  68:19** | Q.  Well, don't doctors like | |
| 67: 10 | Q.  Well, don't doctors like | |
| 67: 11 | yourself usually submit bills when they | |
| 67: 12 | do work like this? | |
| 67: 13 | A.  They traditionally do, but I | |
| 67: 14 | prefer, since I've established a policy | |
| 67: 15 | in my division that none of us accepts | |
| 67: 16 | any direct payment from drug companies, | |
| 67: 17 | it seemed reasonable to also not accept | |
| 67: 18 | any payment personally from plaintiffs' | |
| 67: 19 | lawyers or plaintiffs either, and so I do | |
| 67: 20 | this pro bono, and if the attorneys I'm | |
| 67: 21 | working with want to make a donation to a | |
| 67: 22 | charitable cause, that's fine with me. | |
| 67: 23 | But I don't take any personal | |
| 67: 24 | remuneration. | |
| 68: 1 | Q.  Have you set up a charitable | |
| 68: 2 | fund which any money that would be billed | |
| 68: 3 | would go into that fund? | |
| 68: 4 | A.  Sure.  Right. | |
| 68: 5 | Q.  And what is the purpose of | |
| 68: 6 | this charitable fund? | |
| 68: 7 | A.  It is basically to have an | |
| 68: 8 | endowment to support noncommercial | |
| 68: 9 | research about medication use and | |
| 68: 10 | medication effects, because I think | |
| 68: 11 | there's a real need for that to be a | |
| 68: 12 | source of funding that is independent of | |
| 68: 13 | any particular companies. | |
| 68: 14 | Q.  Do you derive any personal | |
| 68: 15 | monetary benefit as a result of the money | |
| 68: 16 | that we may hourly -- any hourly rate you | |
| 68: 17 | may bill us which we pay into this | |
| 68: 18 | charitable fund? | |
| 68: 19 | A.  No, I don't. | |
| | | |
| **69:10  -  69:11** | Avorn, Jerome 2006-06-29 | |
| 69: 10 | Q.  Doctor, my name is Phil | |
| 69: 11 | Beck.  I represent Merck. | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

**82:5    -    82:22**    Avorn, Jerome 2006-06-29

| | |
|---|---|
| 82: 5 | Q. And what is the hourly rate |
| 82: 6 | that you use when consulting with |
| 82: 7 | lawyers? |
| 82: 8 | A. $750 an hour. |
| 82: 9 | Q. And how many hours have you |
| 82: 10 | worked on this case? |
| 82: 11 | A. Thus far, I would estimate |
| 82: 12 | about 200, I think. I don't keep real |
| 82: 13 | close track. |
| 82: 14 | Q. So, 200 times 750, I'm not |
| 82: 15 | good at math, but how much does that -- |
| 82: 16 | can you figure out -- |
| 82: 17 | A. I think you should do the |
| 82: 18 | math if you are asking the question. |
| 82: 19 | Q. Okay. I'll do that then. |
| 82: 20 | When I do the math, that |
| 82: 21 | comes to $150,000. |
| 82: 22 | A. Sounds about right. |

**86:7   -   86:24**    Avorn, Jerome 2006-06-29

| | |
|---|---|
| 86: 7 | Q. And how many times have you |
| 86: 8 | consulted with Mr. Tisi before the Vioxx |
| 86: 9 | litigation? |
| 86: 10 | A. Before the Vioxx litigation? |
| 86: 11 | Once. |
| 86: 12 | Q. And what was that in |
| 86: 13 | connection with? |
| 86: 14 | A. A drug called Rezulin. |
| 86: 15 | Q. Have you also overcome your |
| 86: 16 | reluctance to consult with lawyers and |
| 86: 17 | work with them, plaintiffs' lawyers, on |
| 86: 18 | the diet drug litigation? |
| 86: 19 | A. Right. I think there have |
| 86: 20 | been about four cases total that I've |
| 86: 21 | become involved with. |
| 86: 22 | Q. So, Rezulin, which you did |
| 86: 23 | with Mr. Tisi, right? |
| 86: 24 | A. Right. |

**87:9   -   87:24**    Avorn, Jerome 2006-06-29

| | |
|---|---|
| 87: 9 | Q. And diet drugs, you |
| 87: 10 | consulted with plaintiffs' lawyers, |
| 87: 11 | right? |
| 87: 12 | A. Yes. |
| 87: 13 | Q. Am I correct that you also |
| 87: 14 | consulted with plaintiffs' lawyers on a |
| 87: 15 | drug called Baycol? |
| 87: 16 | A. Yes. |
| 87: 17 | Q. And did you say there was |
| 87: 18 | another one other than those? |
| 87: 19 | A. PPA, phenylpropanolamine. |
| 87: 20 | Q. PPA? |
| 87: 21 | A. Yes. |
| 87: 22 | Q. And all of this has been, |
| 87: 23 | what, within the last five, six years? |
| 87: 24 | A. Probably. |

**107:17   -   108:13**    Avorn, Jerome 2006-06-29

| | |
|---|---|
| 107: 17 | Q. Doctor, are you an expert on |
| 107: 18 | the issue of Vioxx's risks throughout the |
| 107: 19 | development and marketing of that drug? |
| 107: 20 | A. Yes. |
| 107: 21 | Q. Thank you. |
| 107: 22 | Why? |
| 107: 23 | A. Is that a question? |
| 107: 24 | Q. Yes. Why? |
| 108: 1 | A. Okay. |
| 108: 2 | Because, as I said before, |

| Designated Testimony | Objections | Rulings |
|---|---|---|

108: 3    pharmacoepidemiology and also the
108: 4    research about medication risks and
108: 5    benefits beyond the epidemiology is about
108: 6    looking at all aspects of the drug's
108: 7    properties, the pharmacology, the
108: 8    clinical effects in the early trials, the
108: 9    randomized trials that occur on a larger
108: 10   scale, and the post-marketing use of that
108: 11   drug.  And all of that is a part of what
108: 12   I study and teach at Harvard and write
108: 13   papers about.

**109:11  -  109:16**    Avorn, Jerome 2006-06-29
109: 11   Have you carefully studied.
109: 12   Vioxx?
109: 13   A.  Yes, I have.
109: 14   Q.  And have you carefully
109: 15   studied Merck's conduct?
109: 16   A.  Yes, I have.

**109:18  -  110:13**    Avorn, Jerome 2006-06-29
109: 18   Do you have an opinion that
109: 19   you hold to a reasonable degree of
109: 20   medical certainty as to whether or not
109: 21   Vioxx is a drug for which the risks
109: 22   outweigh the benefits?
109: 23   A.  Yes, I have that opinion.
109: 24   Q.  What is that opinion?
110: 1    A.  That Vioxx's risks do indeed
110: 2    outweigh its benefits, which is the view
110: 3    that the FDA agreed with as well.
110: 4    Q.  And do you have an opinion
110: 5    that you hold to a reasonable degree of
110: 6    medical certainty as to whether or not
110: 7    Merck accurately conveyed through all of
110: 8    its activities, publications, detailing,
110: 9    direct-to-consumer advertising, labeling,
110: 10   "Dear Doctor" letters, et cetera,
110: 11   effectively communicated the risks and
110: 12   benefits so doctors can make
110: 13   evidence-based prescribing decisions?

**110:18  -  110:22**    Avorn, Jerome 2006-06-29
110: 18   THE WITNESS:  Yes, I have
110: 19   such an opinion.
110: 20   BY MR. TISI:
110: 21   Q.  Okay.
110: 22   And what is that opinion?

**110:24  -  111:10**    Avorn, Jerome 2006-06-29
110: 24   THE WITNESS:  That Merck's
111: 1    conduct over the research program
111: 2    and analysis of its data and
111: 3    communication of those data to
111: 4    physicians, to patients, even to
111: 5    FDA, was inadequate in that it
111: 6    failed to truthfully represent
111: 7    what was known to Merck at the
111: 8    time about the risks of its drug
111: 9    in relation to the cardiovascular
111: 10   symptoms.

**112:2  -  112:5**    Avorn, Jerome 2006-06-29
112: 2    Q.  Do you have an opinion as to
112: 3    whether or not Merck acted reasonably and
112: 4    prudently in communicating the risks of
112: 5    Vioxx to physicians?

**112:11  -  113:7**    Avorn, Jerome 2006-06-29
112: 11   THE WITNESS:  As someone who
112: 12   has conducted years of research on

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|
| 112: 13 | how physicians make prescribing |
| 112: 14 | decisions in relation to what |
| 112: 15 | evidence is available to them and |
| 112: 16 | have conducted studies and actual |
| 112: 17 | interventions to improve |
| 112: 18 | physicians' use of drugs which |
| 112: 19 | have been published in the New |
| 112: 20 | England Journal of Medicine and |
| 112: 21 | other peer-reviewed journals, I |
| 112: 22 | think a lot about how physicians |
| 112: 23 | use information that they have |
| 112: 24 | available to them in making |
| 113: 1 | prescribing decisions.  And my |
| 113: 2 | clear impression is that doctors |
| 113: 3 | did not have adequate information |
| 113: 4 | presented to them by Merck to make |
| 113: 5 | a fair and reasonable |
| 113: 6 | evidence-based decision about |
| 113: 7 | Vioxx. |

**113:21  -  115:15**   Avorn, Jerome 2006-06-29

| | |
|---|
| 113: 21 | Q.  First, I would like to help |
| 113: 22 | the jury understand a little bit about |
| 113: 23 | the drugs we'll be talking about today. |
| 113: 24 | What are nonsteroidal |
| 114: 1 | anti-inflammatory drugs? |
| 114: 2 | A.  That's a class of drugs that |
| 114: 3 | actually includes aspirin, but the more |
| 114: 4 | modern nonsteroidal anti-inflammatory |
| 114: 5 | drugs began to appear in the 1970s, and |
| 114: 6 | they are called nonsteroidal |
| 114: 7 | anti-inflammatory drugs because they |
| 114: 8 | reduce inflammation like steroids do, but |
| 114: 9 | they are not steroids.  They have a |
| 114: 10 | different mechanism of action that's a |
| 114: 11 | little bit more like aspirin. |
| 114: 12 | Q.  Would you give us examples |
| 114: 13 | of commonly known nonsteroidal |
| 114: 14 | anti-inflammatory drugs that the jury |
| 114: 15 | might be familiar with? |
| 114: 16 | A.  Sure.  The most common and |
| 114: 17 | oldest ones are ibuprofen, which is sold |
| 114: 18 | as Motrin, and it's also available |
| 114: 19 | over-the-counter as Advil or Nuprin. |
| 114: 20 | Another older and commonly |
| 114: 21 | used one is naproxen, which used to be, I |
| 114: 22 | guess is still sold as Naprosyn as a |
| 114: 23 | prescription drug, and that's sold as |
| 114: 24 | Aleve over the counter. |
| 115: 1 | Q.  Let's talk about aspirin for |
| 115: 2 | a moment.  Prior to 2000, 1999/2000 when |
| 115: 3 | Vioxx came on the market, was there any |
| 115: 4 | evidence that you're aware of that |
| 115: 5 | aspirin might be good for the heart? |
| 115: 6 | A.  Yes.  There were studies |
| 115: 7 | that were actually done by colleagues of |
| 115: 8 | mine at Harvard and the Brigham and |
| 115: 9 | Women's Hospital in which thousands of |
| 115: 10 | doctors were actually randomized to get |
| 115: 11 | aspirin or a placebo or a dummy pill. |
| 115: 12 | And they were followed for years.  And |
| 115: 13 | then Dr. Hennekens, who did the study, |
| 115: 14 | and his colleagues attempted to find out |
| 115: 15 | whether they had heart attacks or not. |

**116:6  -  117:9**   Avorn, Jerome 2006-06-29

| | |
|---|
| 116: 6 | Q.  Doctor, in 2000 when Vioxx |
| 116: 7 | was being promoted on the market, was the |
| 116: 8 | use of aspirin, low-dose aspirin a |
| 116: 9 | standard of care for treatment of |
| 116: 10 | patients with cardiovascular risk |

| Designated Testimony | Objections | Rulings |
|---|---|---|

116: 11   factors?
116: 12   A.   Yes.
116: 13   Q.   And have you ever personally
116: 14       prescribed aspirin to patients at risk
116: 15       for heart disease?
116: 16   A.   Yes.
116: 17   Q.   And switching to a drug
116: 18       called naproxen, I think we talked about
116: 19       before, Aleve?
116: 20   A.   Yes.
116: 21   Q.   How long has naproxen or
116: 22       Aleve been on the market?
116: 23   A.   I would say since the 1970s.
116: 24   Q.   And what, if any, evidence
117: 1       existed prior to 2000 that naproxen was
117: 2       good for the heart in the same way that
117: 3       aspirin was?
117: 4   A.   Virtually no evidence.
117: 5   Q.   Did the manufacturers of
117: 6       naproxen ever make the claim that that
117: 7       drug was what we call cardioprotective?
117: 8   A.   They couldn't because they
117: 9       had no grounds to claim that.

**117:11  -  118:4**       Avorn, Jerome 2006-06-29
117: 11       Do you know whether the
117: 12       manufacturer of naproxen makes that claim
117: 13       even today?
117: 14   A.   No, they don't.
117: 15   Q.   Is it and has it ever been
117: 16       the standard of care for physicians such
117: 17       as yourself to prescribe naproxen to
117: 18       patients to protect their hearts?
117: 19   A.   No.
117: 20   Q.   Have you ever prescribed
117: 21       naproxen to patients for the purpose of
117: 22       protecting their hearts?
117: 23   A.   No.  There's no evidence
117: 24       that it protects your heart in any useful
118: 1       way.
118: 2   Q.   And do you know anybody who
118: 3       does that?
118: 4   A.   No.

**118:5  -  121:17**       Avorn, Jerome 2006-06-29
118: 5   Q.   Second question.
118: 6       NSAIDs in general,
118: 7       traditional NSAIDs as a class --
118: 8   A.   Right.
118: 9   Q.   -- are there safety issues
118: 10       that are understood about traditional
118: 11       NSAIDs?
118: 12   A.   Sure.
118: 13   Q.   Would you describe the
118: 14       significant side effects of NSAIDs as you
118: 15       knew them back in 2000, 1999, 2000, 2001?
118: 16   A.   Sure.  We actually did some
118: 17       of those studies in which we looked at
118: 18       the capacity of the older NSAIDs, like
118: 19       Motrin, to reduce kidney function in
118: 20       older people.  We did studies showing
118: 21       that the older NSAIDs like, again, like
118: 22       Motrin, which is ibuprofen, can raise
118: 23       your blood pressure.  Other people have
118: 24       done studies showing the association
119: 1       between the older nonsteroidals or NSAIDs
119: 2       and congestive heart failure.  That was
119: 3       pretty well known by 2000.
119: 4   Q.   What about GI, what we call
119: 5       gastrointestinal issues?
119: 6   A.   Yeah.  That's the biggest

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 119: 7 | problem from the traditional | | |
| 119: 8 | nonsteroidals.  They can cause stomach | | |
| 119: 9 | pain, stomach upset in a lot of patients, | | |
| 119: 10 | and they also can cause gastrointestinal | | |
| 119: 11 | bleeding. | | |
| 119: 12 | Q.  Is that a serious problem | | |
| 119: 13 | associated with traditional nonsteroidal | | |
| 119: 14 | anti-inflammatories? | | |
| 119: 15 | A.  Yes, it can be. | | |
| 119: 16 | Q.  Now, with that in mind, did | | |
| 119: 17 | there come a time when you became | | |
| 119: 18 | familiar with the fact that certain drug | | |
| 119: 19 | manufacturers were developing a class of | | |
| 119: 20 | drugs called COX-2 inhibitors? | | |
| 119: 21 | A.  Right. | | |
| 119: 22 | Q.  Would you describe for the | | |
| 119: 23 | members of the jury what a COX-2 | | |
| 119: 24 | inhibitor is and your understanding about | | |
| 120: 1 | why they were being developed? | | |
| 120: 2 | A.  Sure.  The COX-2 inhibitors, | | |
| 120: 3 | sometimes called coxibs, are a subset of | | |
| 120: 4 | the bigger class of nonsteroidal | | |
| 120: 5 | anti-inflammatory drugs or NSAIDs.  And | | |
| 120: 6 | the hope was that -- well, I should back | | |
| 120: 7 | up. | | |
| 120: 8 | It turns out that there's an | | |
| 120: 9 | enzyme called cyclooxygenase, which is | | |
| 120: 10 | abbreviated as COX.  And people | | |
| 120: 11 | discovered that there are two subsets of | | |
| 120: 12 | that, COX-1 and COX-2.  And one kind of | | |
| 120: 13 | simple way of thinking about it was that | | |
| 120: 14 | COX-2 was the bad subset, because that's | | |
| 120: 15 | the one that caused pain and | | |
| 120: 16 | inflammation, and COX-1, in a very | | |
| 120: 17 | simplistic way, was thought to be the | | |
| 120: 18 | good COX because that protected the | | |
| 120: 19 | lining of your stomach. | | |
| 120: 20 | And viewed in that kind of | | |
| 120: 21 | simple black and white way, the hope was | | |
| 120: 22 | that if you could develop a drug -- since | | |
| 120: 23 | nonsteroidals tend to block both the | | |
| 120: 24 | COX-1 and the COX-2 enzymes, if you could | | |
| 121: 1 | develop a drug that would only block the | | |
| 121: 2 | bad COX, or COX-2, you would be able to | | |
| 121: 3 | get rid of pain and inflammation without | | |
| 121: 4 | blocking the good COX, or COX-1, which | | |
| 121: 5 | protects the stomach lining. | | |
| 121: 6 | And the hope was, and this | | |
| 121: 7 | is what went into the development of | | |
| 121: 8 | Vioxx and Celebrex, that by doing so, you | | |
| 121: 9 | would be able to have a drug that would | | |
| 121: 10 | treat pain and inflammation and not cause | | |
| 121: 11 | as much risk of stomach bleeding. | | |
| 121: 12 | Q.  Do you have any problem, Dr. | | |
| 121: 13 | Avorn, with Merck investigating COX-2s as | | |
| 121: 14 | a potential pain medication with the lack | | |
| 121: 15 | of a GI side effect? | | |
| 121: 16 | A.  No.  It seemed like a neat | | |
| 121: 17 | idea at the time. | | |
| | | | |
| | | | |
| **123:3  -  124:22** | | | |
| 123: 3 | MR. TISI:  I'm going to hand | | |
| 123: 4 | you what I'd like to have marked | | |
| 123: 5 | as the next exhibit, Exhibit | | |
| 123: 6 | Number 16. | | |
| 123: 7 | - - - | | |
| 123: 8 | (Whereupon, Deposition | | |
| 123: 9 | Exhibit Avorn-16, Article, NEJM, | | |
| 123: 10 | "Comparison of Upper | | |
| 123: 11 | Gastrointestinal Toxicity of | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 123: 12 | Rofecoxib and Naproxen in | |
| 123: 13 | Patients with Rheumatoid | |
| 123: 14 | Arthritis," Pages 1520-1528, was | |
| 123: 15 | marked for identification.) | |
| 123: 16 | - - - | |
| 123: 17 | BY MR. TISI: | |
| 123: 18 | Q.   Doctor, do you recognize | |
| 123: 19 | that? | |
| 123: 20 | A.   Yes.  That is the VIGOR | |
| 123: 21 | study as it was published in the New | |
| 123: 22 | England Journal of Medicine in November | |
| 123: 23 | of 2000. | |
| 123: 24 | Q.   And what is the exact date | |
| 124: 1 | of this article? | |
| 124: 2 | A.   November 23, 2000. | |
| 124: 3 | Q.   When did you first learn of | |
| 124: 4 | the VIGOR study? | |
| 124: 5 | A.   Well, actually, information | |
| 124: 6 | about the findings began to circulate in | |
| 124: 7 | the spring of 2000, I think it would have | |
| 124: 8 | been March when I guess it was either | |
| 124: 9 | presented or Merck issued a statement | |
| 124: 10 | about the findings. | |
| 124: 11 | Q.   And do you know, would you | |
| 124: 12 | briefly describe the study and what it | |
| 124: 13 | was designed to do? | |
| 124: 14 | A.   Sure.  It was funded by | |
| 124: 15 | Merck, and a number of the co-authors | |
| 124: 16 | were Merck employees.  And it was | |
| 124: 17 | designed to ask the question, is Vioxx | |
| 124: 18 | safer on your stomach than older | |
| 124: 19 | nonsteroidals?  And so about 8,000 | |
| 124: 20 | patients who all had rheumatoid | |
| 124: 21 | arthritis, which is a kind of arthritis, | |
| 124: 22 | but were otherwise reasonably healthy, | |
| 124: 23 | were -- | |
| | | |
| **126:1  -  129:19** | Avorn, Jerome 2006-06-29 | |
| 126: 1 | THE WITNESS:  About 8,000 | |
| 126: 2 | patients were randomly divided | |
| 126: 3 | into two groups.  One group was | |
| 126: 4 | given Vioxx at a dose of 50 | |
| 126: 5 | milligrams a day, and the other | |
| 126: 6 | group was given naproxen, this | |
| 126: 7 | older nonsteroidal.  And then they | |
| 126: 8 | were followed for a median period | |
| 126: 9 | of nine months.  And there were a | |
| 126: 10 | number of outcomes that were | |
| 126: 11 | studied.  One was whether or  -- | |
| 126: 12 | what kind of pain relief it gave, | |
| 126: 13 | because its purpose was to be a | |
| 126: 14 | pain reliever.  And another | |
| 126: 15 | outcome, which was the one of | |
| 126: 16 | particular interest, was whether | |
| 126: 17 | or not the patients who were | |
| 126: 18 | randomly assigned to the Vioxx | |
| 126: 19 | group were having a lower rate of | |
| 126: 20 | stomach bleeding and perforation | |
| 126: 21 | and ulcer. | |
| 126: 22 | And the findings, as they | |
| 126: 23 | emerged, were that as a pain | |
| 126: 24 | reliever, Vioxx worked about as | |
| 127: 1 | well as naproxen, no better, no | |
| 127: 2 | worse, but there was the hope for | |
| 127: 3 | reduction in gastrointestinal | |
| 127: 4 | events like ulcers and | |
| 127: 5 | perforations in the patients | |
| 127: 6 | taking Vioxx compared to the | |
| 127: 7 | patients taking naproxen.  And a | |
| 127: 8 | surprise finding that emerged from | |
| 127: 9 | that study was that there was an | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 127: 10 | approximately five-fold increase | |
| 127: 11 | in heart attacks in the people | |
| 127: 12 | randomly assigned to take Vioxx as | |
| 127: 13 | compared to taking naproxen. | |
| 127: 14 | BY MR. TISI: | |
| 127: 15 | Q. When you say "surprise | |
| 127: 16 | finding," was it a surprise to you, | |
| 127: 17 | Doctor? | |
| 127: 18 | A. Well, there had been | |
| 127: 19 | evidence of a potential there, but this | |
| 127: 20 | was a large demonstration of this in a | |
| 127: 21 | big randomized trial, even though there | |
| 127: 22 | had been other evidence of patients who | |
| 127: 23 | had been given Vioxx having similar | |
| 127: 24 | problems. But I think to the medical | |
| 128: 1 | public as a whole, it was something which | |
| 128: 2 | they did not know was going to happen. | |
| 128: 3 | Q. Now, as a | |
| 128: 4 | pharmacoepidemiologist, was the finding | |
| 128: 5 | about the cardiovascular risk a concern | |
| 128: 6 | to you personally? | |
| 128: 7 | A. If you mean personally in my | |
| 128: 8 | professional role? | |
| 128: 9 | Q. Yes. | |
| 128: 10 | A. Yes. | |
| 128: 11 | Q. Okay. | |
| 128: 12 | And why was that a | |
| 128: 13 | significant concern to you | |
| 128: 14 | professionally? | |
| 128: 15 | A. Because if there were a drug | |
| 128: 16 | that causes a five-fold increase in your | |
| 128: 17 | risk of having a heart attack, that's a | |
| 128: 18 | real problem. It's not a drug that you | |
| 128: 19 | would be happy about giving to a patient | |
| 128: 20 | unless it had some other incredible | |
| 128: 21 | benefit to outweigh that. | |
| 128: 22 | Q. At the time that VIGOR came | |
| 128: 23 | out, how prevalent was the use of Vioxx? | |
| 128: 24 | A. It was on the upswing. The | |
| 129: 1 | curve of Vioxx use was just heading for | |
| 129: 2 | the moon, and by November of 2000, it was | |
| 129: 3 | well on that upswing. | |
| 129: 4 | Q. Given the findings of VIGOR | |
| 129: 5 | and the number of patients that were | |
| 129: 6 | actually taking it, did you have an | |
| 129: 7 | opinion at the time as to whether or not | |
| 129: 8 | there were any potential public health | |
| 129: 9 | issues concerned with Vioxx? | |
| 129: 10 | A. Yes. At the time, I clearly | |
| 129: 11 | remember saying and discussing with my | |
| 129: 12 | colleagues and with Dr. Sherwood and with | |
| 129: 13 | a number of people that if it were true | |
| 129: 14 | that this drug causes a five-fold or | |
| 129: 15 | four-fold increase in the risk of heart | |
| 129: 16 | attacks, then that could be a real issue | |
| 129: 17 | that could well outweigh whatever benefit | |
| 129: 18 | it might have in reducing stomach | |
| 129: 19 | problems. | |
| | | |
| 130:14 - 130:20 | Avorn, Jerome 2006-06-29 | |
| 130: 14 | Q. When you reviewed the actual | |
| 130: 15 | text of the VIGOR article, as an | |
| 130: 16 | epidemiologist, in the way in which the | |
| 130: 17 | statistics were reported, were they | |
| 130: 18 | reported in a way that was of concern to | |
| 130: 19 | you? | |
| 130: 20 | A. Yes. | |
| | | |
| 131:2 - 131:19 | Avorn, Jerome 2006-06-29 | |
| 131: 2 | What was very unusual and | |
| 131: 3 | unorthodox about the way the findings | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 131: 4  were presented in the VIGOR paper was | | |
| 131: 5  that instead of saying patients randomly | | |
| 131: 6  assigned to take Vioxx had five times the | | |
| 131: 7  number of heart attacks or four times, | | |
| 131: 8  there's different numbers in different | | |
| 131: 9  parts of the paper, compared to people | | |
| 131: 10  assigned to take naproxen, instead, it | | |
| 131: 11  was flipped around in a way that is | | |
| 131: 12  virtually never done in reporting a | | |
| 131: 13  clinical trial, which is to say the | | |
| 131: 14  patients assigned to take naproxen had a | | |
| 131: 15  reduction in their heart attack rate. | | |
| 131: 16  And that was striking. I remember the | | |
| 131: 17  first time I read the paper, that was a | | |
| 131: 18  striking difference, because you just | | |
| 131: 19  never see reports written like that. | | |
| | | |
| **132:3  -  133:16**  Avorn, Jerome 2006-06-29 | | |
| 132: 3  As somebody who does | | |
| 132: 4  epidemiology, you work with statistics, | | |
| 132: 5  would that be fair to say? | | |
| 132: 6  A.  Yes. | | |
| 132: 7  Q.  And in doing so, does the | | |
| 132: 8  manner in which you convey statistics, | | |
| 132: 9  present statistics, can that sometimes | | |
| 132: 10  convey a message about what the | | |
| 132: 11  statistics mean? | | |
| 132: 12  A.  Yes.  In fact, there's a | | |
| 132: 13  whole section in my book about what's | | |
| 132: 14  called framing of risk information.  And | | |
| 132: 15  it's been well known, and there's groups | | |
| 132: 16  at Stanford and, in fact, the Nobel Prize | | |
| 132: 17  was awarded in economics on this topic, | | |
| 132: 18  that how you frame a question can often | | |
| 132: 19  drive the kind of answer that you get or | | |
| 132: 20  the kind of belief that somebody has. | | |
| 132: 21  So, if you say that here's | | |
| 132: 22  an operation that works 95 percent of the | | |
| 132: 23  time, do you want to have that operation, | | |
| 132: 24  you get a different answer than if you | | |
| 133: 1  say 5 percent of people who have this | | |
| 133: 2  operation will get no benefit from it. | | |
| 133: 3  And similarly -- and we think a lot about | | |
| 133: 4  framing when we do our programs to | | |
| 133: 5  present information to doctors about | | |
| 133: 6  choices, and what you want to do is have | | |
| 133: 7  the framing be as neutral as possible and | | |
| 133: 8  let the data speak for themselves. | | |
| 133: 9  And if you frame the VIGOR | | |
| 133: 10  study as naproxen reduces the risk of | | |
| 133: 11  heart attack instead of framing it as | | |
| 133: 12  there were five times more people who | | |
| 133: 13  were given Vioxx who had heart attacks | | |
| 133: 14  than people given naproxen, it creates a | | |
| 133: 15  very different sense of the riskiness of | | |
| 133: 16  the drug to the doctor. | | |
| | | |
| **133:23  -  135:12**  Avorn, Jerome 2006-06-29 | | |
| 133: 23  Q.  Doctor, having read the | | |
| 133: 24  paper, and I return your attention to the | | |
| 134: 1  last page of the paper and actually the | | |
| 134: 2  page before the last paragraph -- | | |
| 134: 3  A.  Yes. | | |
| 134: 4  Q.  -- does it discuss the | | |
| 134: 5  cardiovascular findings in VIGOR in that | | |
| 134: 6  section of the paper? | | |
| 134: 7  A.  Yes. | | |
| 134: 8  Q.  Okay. | | |
| 134: 9  What, if anything, does the | | |
| 134: 10  paper say about naproxen and the role of | | |
| 134: 11  naproxen in heart disease? | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657 EEF-DEK Document 8843-7 Filed 11/20/06 Page 21 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| | | |

134: 12    A.   Okay.
134: 13      At the very bottom of Page
134: 14      1526, the last two words "Thus, our,"
134: 15      and then it goes on to 1527.  "Thus, our
134: 16      results are consistent with the theory
134: 17      that naproxen has a coronary protective
134: 18      effect and highlight the fact that
134: 19      rofecoxib does not provide this kind of
134: 20      protection owing to its selective
134: 21      inhibition of cyclogenase-2," or COX-2,
134: 22      "at its therapeutic dose and at higher
134: 23      doses."
134: 24    Q.   Doctor, having reviewed the
135: 1      entirety of the paper, but looking at
135: 2      this particular statement as well, did
135: 3      Merck and the Merck authors on this paper
135: 4      ever communicate that there was a
135: 5      potential for an increased risk of heart
135: 6      attacks related to the use of Vioxx as
135: 7      opposed to a decreased risk associated
135: 8      with the cardioprotectiveness of
135: 9      naproxen?
135: 10    A.   I don't think there is
135: 11      anything in the paper that suggests that
135: 12      Vioxx increases the risk of heart attack.

**136:7 - 136:11**    Avorn, Jerome 2006-06-29
136: 7    Q.   Did you have any concerns
136: 8      about the way in which this particular
136: 9      article was written in terms of the
136: 10      accurate presentation of the potential
136: 11      benefits and the potential risks?

**136:14 - 137:12**    Avorn, Jerome 2006-06-29
136: 14      THE WITNESS:  Yes.  As
136: 15      someone who thinks about drug
136: 16      benefits and risks and patterns of
136: 17      use of drugs and has written about
136: 18      the presentation of risk data to
136: 19      physicians, I was concerned that
136: 20      it did not seem to be an accurate
136: 21      way of presenting the risk and, in
136: 22      fact, it was, I think the term
136: 23      that the Merck people might have
136: 24      used was "flipped" from the way
137: 1      that one would normally present
137: 2      risk information.
137: 3      BY MR. TISI:
137: 4    Q.   Let me ask you this
137: 5      question, Doctor.
137: 6    A. reasonable and prudent
137: 7      company presenting the risks and the
137: 8      benefits, potential risks and benefits of
137: 9      a drug using evidence-based medicine,
137: 10      does this comport with what is expected
137: 11      of pharmaceutical companies in doing
137: 12      that?

**137:17 - 143:17**    Avorn, Jerome 2006-06-29
137: 17      THE WITNESS:  Well, as
137: 18      someone who reviews papers for the
137: 19      New England Journal of Medicine
137: 20      and JAMA and also runs programs
137: 21      about communication of risks and
137: 22      benefits to physicians and has
137: 23      written a book about that topic, I
137: 24      don't feel that this was a fair
138: 1      way of presenting the data.  I
138: 2      think a fair way would have been
138: 3      to say, in essence, the good news
138: 4      is, our drug seems to cause less

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 138: 5 | gastrointestinal problems.  The | | |
| 138: 6 | bad news is, it doesn't work any | | |
| 138: 7 | better or any worse than the | | |
| 138: 8 | comparison drug in terms of being | | |
| 138: 9 | a pain reliever.  And the really | | |
| 138: 10 | bad news is that the people given | | |
| 138: 11 | our drug had five times more heart | | |
| 138: 12 | attacks than the people given a | | |
| 138: 13 | comparison drug.  I think that | | |
| 138: 14 | would have been a fair and neutral | | |
| 138: 15 | presentation of the good and bad | | |
| 138: 16 | news that came out of this study. | | |
| 138: 17 | BY MR. TISI: | | |
| 138: 18 | Q.  Now, Doctor, did there come | | |
| 138: 19 | a time where you had contact with Merck | | |
| 138: 20 | officials about the results of VIGOR? | | |
| 138: 21 | A.  Yes. | | |
| 138: 22 | Q.  Who is Lou Sherwood? | | |
| 138: 23 | A.  Lou Sherwood was actually a | | |
| 138: 24 | physician at the Beth Israel Hospital in | | |
| 139: 1 | Boston, another one of the Harvard | | |
| 139: 2 | teaching hospitals, at around the same | | |
| 139: 3 | time that I was there.  He was in | | |
| 139: 4 | academics before he went to work for | | |
| 139: 5 | Merck.  And I kind of knew him a little | | |
| 139: 6 | bit around those years, and we had been | | |
| 139: 7 | at some meetings together in the | | |
| 139: 8 | intervening years. | | |
| 139: 9 | And around January of 2000, | | |
| 139: 10 | I was asked by the chairman of our | | |
| 139: 11 | department of medicine to set up a weekly | | |
| 139: 12 | lecture that would be about controversies | | |
| 139: 13 | in pharmaceuticals.  And they asked me to | | |
| 139: 14 | moderate it and to pick the presenters. | | |
| 139: 15 | So, I thought it would be fair to pick | | |
| 139: 16 | somebody from the pharmaceutical industry | | |
| 139: 17 | and somebody from an HMO who had been | | |
| 139: 18 | critical of the pharmaceutical industry | | |
| 139: 19 | and have them discuss issues about | | |
| 139: 20 | medications. | | |
| 139: 21 | And I identified Dr. | | |
| 139: 22 | Sherwood as somebody who had been an | | |
| 139: 23 | academic who was known to me and who was | | |
| 139: 24 | now in a senior position with the drug | | |
| 140: 1 | company, and I asked Lou to come and be | | |
| 140: 2 | the pharmaceutical company guy.  And I | | |
| 140: 3 | asked somebody from one of the HMOs in | | |
| 140: 4 | Boston to be the critic guy.  And it was | | |
| 140: 5 | a very stimulating discussion which I was | | |
| 140: 6 | just kind of the referee for. | | |
| 140: 7 | And then afterwards, we | | |
| 140: 8 | arranged to have Dr. Sherwood meet with | | |
| 140: 9 | me and members of my division to talk | | |
| 140: 10 | about matters of mutual interest, our | | |
| 140: 11 | work on drugs, his work at Merck.  And | | |
| 140: 12 | since this was within a brief number of | | |
| 140: 13 | weeks after the VIGOR study had come out, | | |
| 140: 14 | and because Dr. Solomon, who is my | | |
| 140: 15 | colleague who is a rheumatologist as well | | |
| 140: 16 | as an epidemiologist was there, the | | |
| 140: 17 | conversation turned to VIGOR and my | | |
| 140: 18 | noting that it was a disturbing finding | | |
| 140: 19 | that there was this dramatic increase in | | |
| 140: 20 | the number of people who had heart | | |
| 140: 21 | attacks in the VIGOR group -- in the | | |
| 140: 22 | Vioxx group, I'm sorry. | | |
| 140: 23 | And I was somewhat taken | | |
| 140: 24 | aback because Dr. Sherwood said, oh, | | |
| 141: 1 | that's just because naproxen prevents | | |
| 141: 2 | heart attacks. | | |
| 141: 3 | And I remember asking at the | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8543-7   Filed 11/20/06   Page 23 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 141: 4    time, well, how do we know that?  Is that | | |
| 141: 5    something that should be studied or | | |
| 141: 6    tested?  And he kind of dismissed it as, | | |
| 141: 7    well, you know, sort of it's an obvious | | |
| 141: 8    finding, and that's what was said in the | | |
| 141: 9    paper, and there was really nothing more | | |
| 141: 10    to be discussed. | | |
| 141: 11  Q.  Doctor, at the time you were | | |
| 141: 12    having this conversation with Dr. | | |
| 141: 13    Sherwood, were you in the process of | | |
| 141: 14    doing any research on the issue of the | | |
| 141: 15    effect of NSAIDs on the heart? | | |
| 141: 16  A.  Yes.  As a matter of fact, | | |
| 141: 17    Dr. Solomon in my division and I had | | |
| 141: 18    already become interested in this | | |
| 141: 19    question of regular nonsteroidals and the | | |
| 141: 20    heart.  And we realized that there was | | |
| 141: 21    essentially no literature out there in | | |
| 141: 22    humans that suggested that the older | | |
| 141: 23    nonsteroidals like naproxen or Motrin or | | |
| 141: 24    ibuprofen can protect the heart. | | |
| 142: 1    And Dr. Solomon and I | | |
| 142: 2    decided it would be interesting to look | | |
| 142: 3    at whether that was something you could | | |
| 142: 4    find.  If there was such a massive | | |
| 142: 5    protective effect of naproxen as was | | |
| 142: 6    found in VIGOR, you'd think that you | | |
| 142: 7    would be able to find that in a study | | |
| 142: 8    looking at tens of thousands of people, | | |
| 142: 9    and we have databases in our division in | | |
| 142: 10    which we have information about | | |
| 142: 11    medication use and hospitalizations and | | |
| 142: 12    doctor visits for hundreds of thousands | | |
| 142: 13    of people, although we have their names | | |
| 142: 14    and identifiers stripped off.  But we can | | |
| 142: 15    look at all the people who were | | |
| 142: 16    prescribed any drug and see if their rate | | |
| 142: 17    of heart attacks was higher or lower than | | |
| 142: 18    the rate of heart attacks of people | | |
| 142: 19    either not taking that drug or taking | | |
| 142: 20    another drug. | | |
| 142: 21    And so I believe we had been | | |
| 142: 22    talking about that throughout 2000.  Our | | |
| 142: 23    interest in it was increased in the | | |
| 142: 24    spring of 2000 when the initial VIGOR | | |
| 143: 1    findings were released.  And then, of | | |
| 143: 2    course, when they were published in the | | |
| 143: 3    New England Journal in 2000, we decided | | |
| 143: 4    that this was definitely something that | | |
| 143: 5    we wanted to proceed on just because it | | |
| 143: 6    seemed like an important question.  If | | |
| 143: 7    naproxen was that great and no one had | | |
| 143: 8    ever discovered it before, maybe that | | |
| 143: 9    would be something that was worth | | |
| 143: 10    knowing. | | |
| 143: 11  Q.  And did you do that study? | | |
| 143: 12  A.  Yes, we did. | | |
| 143: 13  Q.  Did you perform what we call | | |
| 143: 14    an epidemiologic study that studied the | | |
| 143: 15    question of naproxen's effect on the | | |
| 143: 16    heart? | | |
| 143: 17  A.  Yes, we did. | | |
| | | |
| **146:13  -  147:3**    Avorn, Jerome 2006-06-29 | | |
| 146: 13  Q.  And, in fact, did you | | |
| 146: 14    publish a study, the study results that | | |
| 146: 15    came out of this epidemiologic study that | | |
| 146: 16    we just talked about? | | |
| 146: 17  A.  Yes, we did. | | |
| 146: 18  Q.  And it's all right just for | | |
| 146: 19    the purposes of this deposition, I know | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8643-7   Filed 11/20/06   Page 24 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 146: 20 | you studied a lot of drugs in the context | |
| 146: 21 | of that particular study, if I call it | |
| 146: 22 | the naproxen study? | |
| 146: 23 | A.  That's fine. | |
| 146: 24 | Q.  Okay. | |
| 147: 1 | Did you -- | |
| 147: 2 | You published it -- do you | |
| 147: 3 | remember where it was published, Doctor? | |

**147:11  -  147:16**      Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 147: 11 | It was published in the | |
| 147: 12 | Archives of Internal Medicine in 2002, in | |
| 147: 13 | May of 2002. | |
| 147: 14 | Q.  Are you the senior author on | |
| 147: 15 | the paper? | |
| 147: 16 | A.  That's right. | |

**147:22  -  148:16**      Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 147: 22 | Q.  And what, if any, | |
| 147: 23 | conclusions did you and Dr. Solomon reach | |
| 147: 24 | regarding naproxen? | |
| 148: 1 | A.  Well, overall, we found that | |
| 148: 2 | nonsteroidals in general like Motrin and | |
| 148: 3 | so forth taken as a group did not seem to | |
| 148: 4 | have any important protective effect on | |
| 148: 5 | the heart.  But when you looked at | |
| 148: 6 | naproxen separately, it had a very modest | |
| 148: 7 | reduction in the risk of heart disease in | |
| 148: 8 | people who took it compared to the | |
| 148: 9 | comparison patients who were similar in | |
| 148: 10 | all other ways.  That is, there was about | |
| 148: 11 | a 16 percent reduction in the risk of | |
| 148: 12 | heart attack, which is a pretty small | |
| 148: 13 | reduction. | |
| 148: 14 | Q.  Did you address the findings | |
| 148: 15 | of VIGOR in the context of this article? | |
| 148: 16 | A.  Yes, we did. | |

**149:12  -  151:14**      Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 149: 12 | Q.  Would you please go to the | |
| 149: 13 | section where that is addressed?  And if | |
| 149: 14 | you go down to the last paragraph, I | |
| 149: 15 | think that's where that is. | |
| 149: 16 | A.  Yes.  Right. | |
| 149: 17 | In the end of the | |
| 149: 18 | discussion, "To place the effect of | |
| 149: 19 | naproxen in perspective, in a large | |
| 149: 20 | randomized trial of daily aspirin use in | |
| 149: 21 | primary prevention, patients in the | |
| 149: 22 | intervention arm experienced a 44% | |
| 149: 23 | reduction in the risk of acute myocardial | |
| 149: 24 | infarction" or heart attack.  "Therefore, | |
| 150: 1 | it would be false to equate the more | |
| 150: 2 | modest effect of naproxen," that is a 16 | |
| 150: 3 | percent reduction as compared to a 44 | |
| 150: 4 | percent reduction, "it would be false to | |
| 150: 5 | equate the more modest effect of naproxen | |
| 150: 6 | suggested in this study with the | |
| 150: 7 | cardioprotection afforded by aspirin." | |
| 150: 8 | Q.  Would you tell the members | |
| 150: 9 | of the jury in a very simple way what you | |
| 150: 10 | were saying there about the VIGOR study? | |
| 150: 11 | A.  Yes.  What we said in that | |
| 150: 12 | paper that came out in 2002 was that the | |
| 150: 13 | very, I guess you could say wimpy effect | |
| 150: 14 | of naproxen in protecting the heart of | |
| 150: 15 | just reducing the rate by 16 percent was | |
| 150: 16 | in no way big enough to account for what | |
| 150: 17 | would have had to have been an 80 percent | |
| 150: 18 | reduction in risk to give you that 5 to 1 | |
| 150: 19 | difference that was seen between Vioxx | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 25 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 150: 20 | and naproxen in the VIGOR study. | | |
| 150: 21 | Naproxen would have had to have been the | | |
| 150: 22 | most magical drug to protect your heart | | |
| 150: 23 | that was ever invented, and we didn't | | |
| 150: 24 | find that. | | |
| 151: 1 | Q. And you wrote this in 2002, | | |
| 151: 2 | correct? | | |
| 151: 3 | A. Right. | | |
| 151: 4 | Q. And was that before you and | | |
| 151: 5 | I had ever met on the issue of Vioxx? | | |
| 151: 6 | A. Right. And in fact, let me | | |
| 151: 7 | look at -- the paper, it says lower on | | |
| 151: 8 | that page, was accepted for publication | | |
| 151: 9 | in January 31st, 2002, which meant that | | |
| 151: 10 | we would have written it in 2001. | | |
| 151: 11 | Q. And is this consistent with | | |
| 151: 12 | your reaction to Dr. Sherwood's comment | | |
| 151: 13 | about the effect of naproxen in early | | |
| 151: 14 | 2001? | | |

| | | |
|---|---|---|
| **151:16  -  155:3** | Avorn, Jerome 2006-06-29 | | |
| 151: 16 | THE WITNESS: That's right. | | |
| 151: 17 | BY MR. TISI: | | |
| 151: 18 | Q. Okay. | | |
| 151: 19 | Doctor, were the results of | | |
| 151: 20 | this paper actually presented before it | | |
| 151: 21 | was actually published? | | |
| 151: 22 | A. Yes, it was. Dr. Solomon | | |
| 151: 23 | presented them at the International | | |
| 151: 24 | Society for Pharmacoepidemiology | | |
| 152: 1 | meetings. | | |
| 152: 2 | Q. The International Society | | |
| 152: 3 | for Pharmacoepidemiology, is that the | | |
| 152: 4 | international society that you had been a | | |
| 152: 5 | president of? | | |
| 152: 6 | A. That's right. | | |
| 152: 7 | Q. Okay. | | |
| 152: 8 | And do you remember actually | | |
| 152: 9 | that presentation? | | |
| 152: 10 | A. Yes. | | |
| 152: 11 | Q. And who made the | | |
| 152: 12 | presentation? | | |
| 152: 13 | A. Dr. Solomon did. | | |
| 152: 14 | Q. Do you remember when it was | | |
| 152: 15 | in relationship to this paper? | | |
| 152: 16 | A. Yes. The meetings occur in | | |
| 152: 17 | August, and so given that we finished the | | |
| 152: 18 | paper in late '01, this would have been | | |
| 152: 19 | the August '01 presentation. | | |
| 152: 20 | Q. And do you recall, do you | | |
| 152: 21 | have any specific recollection whether | | |
| 152: 22 | there were any people from Merck in the | | |
| 152: 23 | audience to hear the presentation on your | | |
| 152: 24 | naproxen study? | | |
| 153: 1 | A. Yes, there were. | | |
| 153: 2 | Q. Okay. | | |
| 153: 3 | Do you remember who was in | | |
| 153: 4 | the audience from Merck to hear your | | |
| 153: 5 | presentation about the effect of | | |
| 153: 6 | naproxen? | | |
| 153: 7 | A. One person I remember | | |
| 153: 8 | clearly, because we talked about it right | | |
| 153: 9 | at the end of the presentation, was Dr. | | |
| 153: 10 | Harry Guess, who at that time was the | | |
| 153: 11 | head of epidemiology at Merck. | | |
| 153: 12 | Q. What, if anything, was | | |
| 153: 13 | presented to the audience, including Dr. | | |
| 153: 14 | Guess, about the likelihood of Vioxx | | |
| 153: 15 | being cardiotoxic as a result of your | | |
| 153: 16 | study which you presented? | | |
| 153: 17 | A. In the presentation, I | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8843-7   Filed 11/20/06   Page 26 of 185

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 153: 18 | recall that Dr. Solomon -- clearly what | | |
| 153: 19 | was interesting was what does this mean | | |
| 153: 20 | about the VIGOR findings. And I recall | | |
| 153: 21 | that Dr. Solomon said essentially what is | | |
| 153: 22 | in the paper that we later wrote on that | | |
| 153: 23 | topic later that year, that we had found | | |
| 153: 24 | only a very small effect, about 16 | | |
| 154: 1 | percent of reduction from naproxen, and | | |
| 154: 2 | that that made it unlikely that naproxen | | |
| 154: 3 | was the reason that -- that a | | |
| 154: 4 | cardioprotective effect of naproxen was | | |
| 154: 5 | the reason to explain this five-fold | | |
| 154: 6 | increase in heart attacks in the Vioxx | | |
| 154: 7 | group of patients in the VIGOR study | | |
| 154: 8 | compared to the naproxen group of | | |
| 154: 9 | patients. And that, therefore, the only | | |
| 154: 10 | other possible explanation was if it | | |
| 154: 11 | wasn't that naproxen was preventing heart | | |
| 154: 12 | attacks, the only other logical | | |
| 154: 13 | possibility was that Vioxx was causing | | |
| 154: 14 | heart attacks. | | |
| 154: 15 | Q. And this was in mid-2001? | | |
| 154: 16 | A. The presentation was in | | |
| 154: 17 | August of 2001, and we finished the | | |
| 154: 18 | work -- actually, we finished the work | | |
| 154: 19 | that summer. | | |
| 154: 20 | Q. And you personally spoke to | | |
| 154: 21 | Dr. Guess about these results? | | |
| 154: 22 | A. Yes. The reason I spoke | | |
| 154: 23 | with Dr. Guess was that Dr. Solomon had | | |
| 154: 24 | been in touch with Dr. Cannuscio at Merck | | |
| 155: 1 | since actually the beginning of 2001, | | |
| 155: 2 | because he had indicated to her that he | | |
| 155: 3 | thought this was -- | | |
| | | | |
| 155:8 - 157:24 | Avorn, Jerome 2006-06-29 | | |
| 155: 8 | A. -- that there was an issue | | |
| 155: 9 | which we had been discussing in our | | |
| 155: 10 | division that this needed to be studied | | |
| 155: 11 | subsequent to the VIGOR paper. And I | | |
| 155: 12 | instructed Dr. Solomon to see whether | | |
| 155: 13 | this was something which a study could be | | |
| 155: 14 | funded by anybody. And one of the | | |
| 155: 15 | difficulties about adverse effects | | |
| 155: 16 | research is that FDA doesn't have hardly | | |
| 155: 17 | any money to spend on them and the | | |
| 155: 18 | National Institutes of Health doesn't | | |
| 155: 19 | spend that much money on them. And | | |
| 155: 20 | often, if you are a scientist studying | | |
| 155: 21 | drug side effects, as we are, one needs | | |
| 155: 22 | to go to the manufacturer of the drug and | | |
| 155: 23 | say, we think this is an important issue | | |
| 155: 24 | in relation to the drug that you're | | |
| 156: 1 | making, and we want to do a study. | | |
| 156: 2 | And as I said earlier, we've | | |
| 156: 3 | often had perfectly fine relationships | | |
| 156: 4 | with companies. Sometimes a company will | | |
| 156: 5 | come to us and say we think there may be | | |
| 156: 6 | a problem with our drug, would you study | | |
| 156: 7 | it for us so that we can know what's true | | |
| 156: 8 | about our drug. We had a very good | | |
| 156: 9 | experience with a Parkinson's drug not | | |
| 156: 10 | long ago in that way. | | |
| 156: 11 | And so I asked Dr. Solomon | | |
| 156: 12 | to talk with people at Merck, and as it | | |
| 156: 13 | turns out, Dr. Cannuscio had recently | | |
| 156: 14 | graduated from the Harvard School of | | |
| 156: 15 | Public Health in epidemiology and then | | |
| 156: 16 | went to work for Merck, so, she was kind | | |
| 156: 17 | of a conduit for our communications with | | |
| 156: 18 | Merck. And nothing had come of those | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 156: 19 | discussions even though he was trying | | |
| 156: 20 | hard. | | |
| 156: 21 | And so I took Dr. Guess | | |
| 156: 22 | aside as Dr. Cannuscio's boss at that | | |
| 156: 23 | pharmacoepi meeting in August of 2001, | | |
| 156: 24 | and sort of chief to chief, and I said, | | |
| 157: 1 | Harry, my guy has been talking to your | | |
| 157: 2 | person and it doesn't seem to be getting | | |
| 157: 3 | anywhere. We think this issue is | | |
| 157: 4 | important, and we now can study Vioxx as | | |
| 157: 5 | well as naproxen, because when we first | | |
| 157: 6 | did this study, Vioxx was new enough on | | |
| 157: 7 | the market that there weren't enough | | |
| 157: 8 | people actually taking it for us to be | | |
| 157: 9 | able to do a big population study. But | | |
| 157: 10 | by the time it was getting to be the | | |
| 157: 11 | summer of 2001, it was being very heavily | | |
| 157: 12 | promoted, and the number of people taking | | |
| 157: 13 | it was on the rise. | | |
| 157: 14 | And I told Dr. Guess that I | | |
| 157: 15 | thought that this really was something | | |
| 157: 16 | that ought to move forward, because we | | |
| 157: 17 | could do a study very much like the study | | |
| 157: 18 | that we're looking at now, but instead of | | |
| 157: 19 | looking at naproxen and the older | | |
| 157: 20 | nonsteroidals, we would be able to have | | |
| 157: 21 | the same design and to look at Vioxx and | | |
| 157: 22 | Celebrex as well and answer that question | | |
| 157: 23 | in a large population to try to get to | | |
| 157: 24 | the bottom of this. | | |
| | | | |
| **158:6  -  162:9** | Avorn, Jerome 2006-06-29 | | |
| 158: 6 | MR. TISI: I'm going to show | | |
| 158: 7 | you what I would like to have | | |
| 158: 8 | marked as Exhibit Number 17. | | |
| 158: 9 | - - - | | |
| 158: 10 | (Whereupon, Deposition | | |
| 158: 11 | Exhibit Avorn-17, Memo dated | | |
| 158: 12 | 8.28.01, MRK-ACC0018681 - | | |
| 158: 13 | MRK-ACC0018692, was marked for | | |
| 158: 14 | identification.) | | |
| 158: 15 | - - - | | |
| 158: 16 | BY MR. TISI: | | |
| 158: 17 | Q.  I'm going to represent that | | |
| 158: 18 | this document came from the Merck files. | | |
| 158: 19 | It is Bates Number MRK-ACC0018681. | | |
| 158: 20 | It's a memo from a gentleman | | |
| 158: 21 | by the name of Doug Watson to various | | |
| 158: 22 | people. These are some of the people | | |
| 158: 23 | you've mentioned here in your testimony | | |
| 158: 24 | here today? | | |
| 159: 1 | A.  Right. | | |
| 159: 2 | Q.  And it includes some of the | | |
| 159: 3 | papers, actually, some of the | | |
| 159: 4 | presentations that were made at that | | |
| 159: 5 | meeting in mid-2001? | | |
| 159: 6 | A.  Right. | | |
| 159: 7 | Q.  If you'd go to Page 1 -- the | | |
| 159: 8 | document that ends with 686. Is that the | | |
| 159: 9 | paper that Dr. Solomon presented? | | |
| 159: 10 | A.  Yes. | | |
| 159: 11 | Q.  Okay. | | |
| 159: 12 | And following that is some | | |
| 159: 13 | notes that Dr. Guess made of that | | |
| 159: 14 | meeting. Do you see that? | | |
| 159: 15 | A.  Right. Handwritten notes. | | |
| 159: 16 | Q.  Have you had an opportunity | | |
| 159: 17 | to read this, Doctor? | | |
| 159: 18 | A.  Yes. | | |
| 159: 19 | Q.  Is this something -- | | |
| 159: 20 | Just to be fair, is this | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8843-7 Filed 11/20/06 Page 28 of 185
Plaintiffs' and Defendant's Designations of Jerome Avorn MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|
| 159: 21 | something I presented to you -- is this a |
| 159: 22 | document you had ever seen at the time of |
| 159: 23 | your involvement with Vioxx in mid-2001? |
| 159: 24 | A. No. |
| 160: 1 | Q. Okay. |
| 160: 2 | And do you see at the bottom |
| 160: 3 | of the second page where it says, "The |
| 160: 4 | Conclusion"? |
| 160: 5 | A. Yes. |
| 160: 6 | Q. Okay. |
| 160: 7 | Would you go to the next |
| 160: 8 | page, two pages down, please. Keep |
| 160: 9 | going. One more. |
| 160: 10 | A. Actually, a couple more. |
| 160: 11 | Q. One more. |
| 160: 12 | Now, have you read this, |
| 160: 13 | Doctor? |
| 160: 14 | A. Yes. |
| 160: 15 | Q. Does this appear to comport |
| 160: 16 | with your recollection of Dr. Solomon's |
| 160: 17 | presentation at that meeting? |
| 160: 18 | A. Correct. |
| 160: 19 | Q. Would you please read the |
| 160: 20 | conclusion as recorded by Dr. Guess? |
| 160: 21 | A. Yes. |
| 160: 22 | "NSAIDs as group, no effect. |
| 160: 23 | Naproxen, 16-20% decrease in risk. |
| 160: 24 | Hypothesis that selective" that is |
| 161: 1 | selective COX-2 inhibitors like Vioxx, |
| 161: 2 | "may increase risk." |
| 161: 3 | Q. Is this something -- |
| 161: 4 | Does this comport with your |
| 161: 5 | recollection of what you and Dr. Guess |
| 161: 6 | talked about? |
| 161: 7 | A. Absolutely. |
| 161: 8 | Q. Did you consider it |
| 161: 9 | important in mid-2001 to specifically |
| 161: 10 | study the relationship between COX-2s and |
| 161: 11 | heart attacks? |
| 161: 12 | A. Yes. |
| 161: 13 | Q. Why? |
| 161: 14 | A. Because there are a couple |
| 161: 15 | of reasons, the largest of which was the |
| 161: 16 | VIGOR study, which, as I said, had been |
| 161: 17 | published in November of 2000, had been |
| 161: 18 | kind of announced, the findings, in |
| 161: 19 | spring of 2000, and here was sitting out |
| 161: 20 | there this finding that five times more |
| 161: 21 | people in the Vioxx group were having |
| 161: 22 | heart attacks than people in the naproxen |
| 161: 23 | group, and that seemed like an important |
| 161: 24 | public health issue that somebody should |
| 162: 1 | look at. |
| 162: 2 | Q. How much does a study like |
| 162: 3 | that you discussed with Dr. Guess cost? |
| 162: 4 | A. Oh, about 5 or $600,000. |
| 162: 5 | Q. And how long does such a |
| 162: 6 | study typically take? |
| 162: 7 | A. If we pull out all the stops |
| 162: 8 | and can proceed real quickly, we can do |
| 162: 9 | it in about a year or less. |

| | |
|---|
| **163:4 - 166:19** | Avorn, Jerome 2006-06-29 |
| 163: 4 | I'm going to show you what |
| 163: 5 | I'd like to have marked as Exhibit |
| 163: 6 | Number 18. |
| 163: 7 | - - - |
| 163: 8 | (Whereupon, Deposition |
| 163: 9 | Exhibit Avorn-18, E-mails, |
| 163: 10 | MRK-ABY0020300, was marked for |
| 163: 11 | identification.) |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 163: 12     - - - <br> 163: 13     BY MR. TISI: <br> 163: 14  Q.  Following the meeting, the <br> 163: 15     ISPE meeting in August of 2001, did you <br> 163: 16     have followup contacts with Merck <br> 163: 17     regarding the proposed study to study <br> 163: 18     Vioxx and heart attacks? <br> 163: 19  A.  Frequently. <br> 163: 20  Q.  Okay. <br> 163: 21     When you say "frequently," <br> 163: 22     what do you mean? <br> 163: 23  A.  That there was ongoing <br> 163: 24     discussion from -- really from the <br> 164: 1     beginning of 2001, I believe, that it was <br> 164: 2     February of 2001 when I asked Dr. Solomon <br> 164: 3     to begin those conversations through <br> 164: 4     until actually the publication of the <br> 164: 5     paper in 2004. <br> 164: 6  Q.  And is this an e-mail that <br> 164: 7     you recall? <br> 164: 8  A.  Yes. <br> 164: 9  Q.  Okay. <br> 164: 10     Did you have any role in <br> 164: 11     this e-mail exchange? <br> 164: 12  A.  Yes.  I urged Dr. Solomon to <br> 164: 13     instructed Dr. Solomon to please move <br> 164: 14     things along as best he could with Merck. <br> 164: 15     Once there was an expression of interest <br> 164: 16     in such a study, to please get it <br> 164: 17     finalized so that we could actually get <br> 164: 18     the funding we needed to do the work. <br> 164: 19  Q.  Okay. <br> 164: 20     Could you please go down to <br> 164: 21     the e-mail from Dr. Solomon.  First of <br> 164: 22     all, is that an e-mail that you received <br> 164: 23     in the normal course of business? <br> 164: 24  A.  Yes.  It was cc'd to me. <br> 165: 1  Q.  Okay. <br> 165: 2     Is this an e-mail that you <br> 165: 3     directed Dr. Solomon to send to Merck? <br> 165: 4  A.  Yes. <br> 165: 5  Q.  And would you please -- <br> 165: 6     Who is it sent to? <br> 165: 7  A.  It was sent by Dr. Solomon <br> 165: 8     to Dr. Cannuscio, who, as I mentioned, <br> 165: 9     was the epidemiologist that had trained <br> 165: 10     in our neighborhood and then went to work <br> 165: 11     as a Merck staffer. <br> 165: 12  Q.  Okay. <br> 165: 13     And would you please read <br> 165: 14     for the record what Dr. Solomon, at your <br> 165: 15     direction, told Dr. Cannuscio? <br> 165: 16  A.  Sure.  So, this is September <br> 165: 17     of 2001, which would have been a month <br> 165: 18     after the pharmacoepi meeting in which I <br> 165: 19     spoke with Dr. Guess and Dr. Solomon <br> 165: 20     presented our findings and about eight <br> 165: 21     months or seven or eight months after he <br> 165: 22     had initiated his first contact with Dr. <br> 165: 23     Cannuscio. <br> 165: 24     It says, "Dear Carolyn, I <br> 166: 1     was pleased to hear last week that Merck <br> 166: 2     is indeed prepared to move forward with <br> 166: 3     support of our study on NSAIDs, COX-2s," <br> 166: 4     including Vioxx, "and MI," which is heart <br> 166: 5     attack, "but as I mentioned when we <br> 166: 6     spoke, after so many months we really <br> 166: 7     need at least an e-mail note from you <br> 166: 8     indicating that the commitment is truly <br> 166: 9     there.  We will need to forego other <br> 166: 10     possible sources of support for this |  |  |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 166: 11 | project to work with Merck, and given how | |
| 166: 12 | long it has taken thus far, we're nervous | |
| 166: 13 | about rejecting other possibilities | |
| 166: 14 | without any written indication of | |
| 166: 15 | commitment." | |
| 166: 16 | Q. Let me stop you there, | |
| 166: 17 | Doctor. | |
| 166: 18 | What was your purpose in | |
| 166: 19 | writing this to Dr. Cannuscio? | |
| | | |
| **167:3 - 168:4** | Avorn, Jerome 2006-06-29 | |
| 167: 3 | I told Dr. Solomon to | |
| 167: 4 | essentially, after so many months from | |
| 167: 5 | February to September, particularly on | |
| 167: 6 | the heels of the meeting with Dr. Guess | |
| 167: 7 | in August, to basically tell them to fish | |
| 167: 8 | or cut bait, that I felt this was an | |
| 167: 9 | important project to do, that there were | |
| 167: 10 | important clinical and public health | |
| 167: 11 | issues at stake, and that we had been | |
| 167: 12 | working along with Merck or trying to | |
| 167: 13 | based on their indicating to us that they | |
| 167: 14 | were kind of interested in supporting the | |
| 167: 15 | study. | |
| 167: 16 | But so many months later, I | |
| 167: 17 | told Dr. Solomon to write a note saying, | |
| 167: 18 | look, if you guys aren't going to really | |
| 167: 19 | fund this study, we need to know that so | |
| 167: 20 | we can look for funding from somewhere | |
| 167: 21 | else since we don't like to peddle the | |
| 167: 22 | same study to a lot of different people | |
| 167: 23 | and hope that somebody will accept it. | |
| 167: 24 | And so it was basically I asked him to | |
| 168: 1 | write a fish or cut bait memo to Merck. | |
| 168: 2 | Q. And that's what this memo | |
| 168: 3 | was? | |
| 168: 4 | A. Yes. | |
| | | |
| **169:23 - 173:20** | Avorn, Jerome 2006-06-29 | |
| 169: 23 | What was Dr. Cannuscio's | |
| 169: 24 | response to your fish or cut bait memo, | |
| 170: 1 | as you called it? | |
| 170: 2 | A. The note that she sent to | |
| 170: 3 | both Dr. Solomon and to me on September | |
| 170: 4 | 17th about two hours after Dr. Solomon's | |
| 170: 5 | note to her was that they -- she had -- | |
| 170: 6 | we, I can't know who "we" was, but | |
| 170: 7 | somebody at Merck had presented the idea | |
| 170: 8 | of the study that we had proposed to | |
| 170: 9 | several groups within Merck, and that she | |
| 170: 10 | said that there was interest in working | |
| 170: 11 | with us to develop a complete protocol, | |
| 170: 12 | present the detailed protocol to Merck's | |
| 170: 13 | scientific review committee, and to | |
| 170: 14 | basically discuss having a contract. | |
| 170: 15 | And then she mentioned in | |
| 170: 16 | that last paragraph, "I have spoken with | |
| 170: 17 | Harry Guess, who heads the epidemiology | |
| 170: 18 | department." "Though Harry and I are not | |
| 170: 19 | authorized to finalize a contract to | |
| 170: 20 | support a research project of this scale, | |
| 170: 21 | we wish to affirm our interest in | |
| 170: 22 | pursuing with you the steps outlined | |
| 170: 23 | above." And so basically it was an | |
| 170: 24 | agreement to have further discussions | |
| 171: 1 | about having an agreement. | |
| 171: 2 | Q. Okay. | |
| 171: 3 | Doctor, at about the time | |
| 171: 4 | that you were involved with the | |
| 171: 5 | discussions with Dr. Cannuscio, were you | |
| 171: 6 | aware that the company was in discussions | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657 EEF-DEK Document 8043-7 Filed 11/20/06 Page 31 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 171: 7 | with the Food & Drug Administration about | | |
| 171: 8 | what would go into the label on the | | |
| 171: 9 | results of VIGOR? | | |
| 171: 10 | A.  No. | | |
| 171: 11 | Q.  Doctor, I did provide you | | |
| 171: 12 | material that was sent to the Food & Drug | | |
| 171: 13 | Administration.  Have I showed you this | | |
| 171: 14 | before today's deposition? | | |
| 171: 15 | A.  Yes. | | |
| 171: 16 | Q.  Have you had an opportunity | | |
| 171: 17 | to take a look at it? | | |
| 171: 18 | A.  Yes. | | |
| 171: 19 | Q.  Is this a letter that was | | |
| 171: 20 | sent to the -- appear to be a letter sent | | |
| 171: 21 | to the Food & Drug Administration in part | | |
| 171: 22 | referring to your study results on the | | |
| 171: 23 | naproxen study? | | |
| 171: 24 | A.  Yes.  It was sent by Merck | | |
| 172: 1 | by Dr. Silverman, I believe. | | |
| 172: 2 | Q.  Okay. | | |
| 172: 3 | Can you turn to Page 3 of | | |
| 172: 4 | that cover letter that was sent to the | | |
| 172: 5 | Food & Drug Administration. | | |
| 172: 6 | A.  (Witness complies.) | | |
| 172: 7 | Q.  And the top part of it | | |
| 172: 8 | refers to "Thrombotic Cardiovascular | | |
| 172: 9 | Data," and has some discussion about the | | |
| 172: 10 | VIGOR study.  Do you see that, Doctor? | | |
| 172: 11 | A.  Yes. | | |
| 172: 12 | Q.  Okay. | | |
| 172: 13 | If you'd go down to the | | |
| 172: 14 | second full paragraph -- | | |
| 172: 15 | A.  Yes. | | |
| 172: 16 | Q.  -- is there a reference to | | |
| 172: 17 | your study? | | |
| 172: 18 | A.  Yes, there is. | | |
| 172: 19 | Q.  Okay. | | |
| 172: 20 | Would you tell us where that | | |
| 172: 21 | is, Doctor? | | |
| 172: 22 | A.  Yes.  That would be | | |
| 172: 23 | beginning on line 4, the last word of the | | |
| 172: 24 | line, "The."  Okay. | | |
| 173: 1 | Shall I read it? | | |
| 173: 2 | Q.  Yes.  Sure. | | |
| 173: 3 | A.  "The concept that there are | | |
| 173: 4 | differences among NSAIDs is supported by | | |
| 173: 5 | external epidemiologic data from three | | |
| 173: 6 | separate studies that utilized different | | |
| 173: 7 | clinical databases, indicating that the | | |
| 173: 8 | use of naproxen, but not other NSAIDs, is | | |
| 173: 9 | cardioprotective."  And then it | | |
| 173: 10 | references 2, 3 and 4, and ours is | | |
| 173: 11 | reference 4. | | |
| 173: 12 | "Among these studies, is a | | |
| 173: 13 | U.S. study of over 22,000 patients in New | | |
| 173: 14 | Jersey by a Boston academic group | | |
| 173: 15 | unaffiliated with industry."  And that's | | |
| 173: 16 | us. | | |
| 173: 17 | Q.  Doctor, having read this | | |
| 173: 18 | document, do you have any impression | | |
| 173: 19 | about what was being conveyed to the FDA | | |
| 173: 20 | about your study? | | |
| **173:22  -  174:21** | Avorn, Jerome 2006-06-29 | | |
| 173: 22 | THE WITNESS:  Well, it's not | | |
| 173: 23 | an impression.  It's what they | | |
| 173: 24 | say.  What they say is that our | | |
| 174: 1 | study shows that naproxen protects | | |
| 174: 2 | the heart.  And in the context of | | |
| 174: 3 | what is on the rest of the page, | | |
| 174: 4 | it is justification for the notion | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

174: 5     that Vioxx does not cause heart
174: 6     attacks, naproxen prevents them.
174: 7     BY MR. TISI:
174: 8    Q. Did they specifically single
174: 9     out your study as being, quote,
174: 10     independent?
174: 11    A. Yes.
174: 12    Q. Doctor, were you aware at
174: 13     the time that Merck was using your study
174: 14     results that were presented to Dr. Guess
174: 15     in August of 2001 to suggest that the
174: 16     results of VIGOR were the result of the
174: 17     cardioprotective effect of naproxen?
174: 18    A. No, I was not aware of that
174: 19     at the time.
174: 20    Q. If you had been aware of
174: 21     that, what would your reaction have been?

**174:24 - 176:2**    Avorn, Jerome 2006-06-29
174: 24     THE WITNESS: Well, I can
175: 1     tell you what my reaction is right
175: 2     now, which is I'm indignant that
175: 3     they took a finding of ours that
175: 4     was very clearly communicated,
175: 5     that is, the very modest effect of
175: 6     protection of the hearts that we
175: 7     found with naproxen, which we
175: 8     explicitly said was not enough to
175: 9     explain the increase in heart
175: 10     attacks in the naproxen/Vioxx
175: 11     comparison in VIGOR, that Dr.
175: 12     Guess was in the room when we
175: 13     presented that, and I now
175: 14     understand, even wrote down, that
175: 15     we hypothesized that what really
175: 16     was probably going on was an
175: 17     increased risk from the selective
175: 18     COX-2, or Vioxx, as an explanation
175: 19     of the VIGOR study.
175: 20     I am upset right now, and I
175: 21     was the first time I saw this, to
175: 22     know that they were essentially
175: 23     distorting our scientific findings
175: 24     to justify exactly the opposite
176: 1     position from what we have said
176: 2     both in writing and in public.

**176:12 - 176:18**    Avorn, Jerome 2006-06-29
176: 12     Looking at that document, is
176: 13     that a fair and accurate representation
176: 14     of the science that you presented to Dr.
176: 15     Guess at the ISPE meeting in August of
176: 16     2001?
176: 17    A. No, it's a distortion of
176: 18     what was presented.

**177:1 - 178:1**    Avorn, Jerome 2006-06-29
177: 1     You mentioned the study that
177: 2     we talked about before, the published
177: 3     version of this study. Have you on other
177: 4     occasions said that the results of your
177: 5     study does not explain cardioprotective
177: 6     -- does not explain the results that were
177: 7     seen in VIGOR?
177: 8    A. Yes. There are a number of
177: 9     times in the course of early 2000 where I
177: 10     stated that.
177: 11    Q. Okay.
177: 12     Would you go to another
177: 13     article that I have in your book, Exhibit
177: 14     Number 14?

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 33 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

177: 15     A.   Yes.
177: 16     Q.   Do you recognize that,
177: 17         Doctor?
177: 18     A.   Yes. That is a paper that
177: 19         was published in a journal called
177: 20         "Pharmacoepidemiology and Drug Safety"
177: 21         describing a panel that I was invited to
177: 22         be on at another meeting of the
177: 23         Pharmacoepidemiology Society that was
177: 24         held in Edinborough in Scotland in August
178: 1         of 2002.

**178:2 - 178:23**    Avorn, Jerome 2006-06-29
178: 2     Q.   And among the co-authors is
178: 3         a gentleman by the name of Dr. Wayne Ray?
178: 4     A.   Correct.
178: 5     Q.   Who is Dr. Ray?
178: 6     A.   Dr. Ray is a very respected
178: 7         pharmacoepidemiologist, probably one of
178: 8         the best in the field, who is a professor
178: 9         at Vanderbilt University.
178: 10     Q.   And David Graham, do you see
178: 11         he's represented there as well?
178: 12     A.   Yes. Dr. Graham is a
178: 13         physician and epidemiologist at the Food
178: 14         & Drug Administration.
178: 15     Q.   Okay.
178: 16         And Dr. Solomon is there as
178: 17         well?
178: 18     A.   Right.
178: 19     Q.   Don't want to leave Dr.
178: 20         MacDonald out. Who is Dr. MacDonald?
178: 21     A.   Tom MacDonald is a
178: 22         pharmacoepidemiologist who works in
178: 23         Scotland.

**178:24 - 179:16**    Avorn, Jerome 2006-06-29
178: 24     Q.   And, of course, you are
179: 1         listed there as well?
179: 2     A.   Right.
179: 3     Q.   Did you anywhere indicate,
179: 4         again, your feelings about the naproxen
179: 5         hypothesis as an explanation of VIGOR?
179: 6     A.   Yes, I did.
179: 7     Q.   Okay.
179: 8         Would you please go to the
179: 9         last page of the document, please?
179: 10     A.   Yes. The last full page?
179: 11     Q.   Actually the last full page.
179: 12     A.   Yes.
179: 13     Q.   Okay.
179: 14         Would you tell the members
179: 15         of the jury what you wrote in 2000, and I
179: 16         guess this is 2003?

**180:2 - 181:6**    Avorn, Jerome 2006-06-29
180: 2         Right. In brief, the key
180: 3         sentence there is, "These studies," which
180: 4         reviews what was known at the time,
180: 5         "suggest that any potential protective
180: 6         effect of naproxen does not fully account
180: 7         for the findings in the VIGOR study."
180: 8     Q.   And what were you trying to
180: 9         convey there in this article that was
180: 10         published in 2002 -- 2003, excuse me.
180: 11     A.   Right. But based on
180: 12         statements that we made in August of
180: 13         2002, and this was pretty much a
180: 14         transcript of what we had said at that
180: 15         point. That we reviewed as a group the
180: 16         existing data about evidence relating to

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 34 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 180: 17 | cardiac outcomes from nonsteroidal drugs. | |
| 180: 18 | And we discussed the dramatic increase in | |
| 180: 19 | rate of heart attack in VIGOR in people | |
| 180: 20 | taking naproxen -- in people taking Vioxx | |
| 180: 21 | compared to naproxen and the hypothesis | |
| 180: 22 | that had been offered by Merck that that | |
| 180: 23 | was because naproxen protects your heart. | |
| 180: 24 | And in that August of '02 | |
| 181: 1 | symposium, all of us, I think, were in | |
| 181: 2 | accord since we all signed off on this, | |
| 181: 3 | "These studies suggest that any potential | |
| 181: 4 | protective effect of naproxen does not | |
| 181: 5 | fully account for the findings in the | |
| 181: 6 | VIGOR study." | |

**181:23 - 181:24**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 181: 23 | Q.  What were you trying to | |
| 181: 24 | communicate there in this sentence? | |

**182:5 - 183:8**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 182: 5 | THE WITNESS:  Okay. | |
| 182: 6 | What I said was, there are | |
| 182: 7 | only -- and the context of the | |
| 182: 8 | proceeding paragraph, there's only | |
| 182: 9 | two ways that you can explain a | |
| 182: 10 | five-fold difference in heart | |
| 182: 11 | attack between group A and group B | |
| 182: 12 | in a randomized trial.  Either the | |
| 182: 13 | people in the group that has the | |
| 182: 14 | higher number of heart attacks | |
| 182: 15 | were given a drug that causes | |
| 182: 16 | heart attacks, or the people in | |
| 182: 17 | the group given the comparison | |
| 182: 18 | drug got a drug that prevents | |
| 182: 19 | heart attacks or perhaps some | |
| 182: 20 | combination of the two. | |
| 182: 21 | And what that sentence says | |
| 182: 22 | is that you can't explain the | |
| 182: 23 | five-fold increase in number of | |
| 182: 24 | heart attacks in VIGOR seen in | |
| 183: 1 | people given Vioxx by the data | |
| 183: 2 | that were available at the time | |
| 183: 3 | about naproxen preventing heart | |
| 183: 4 | attacks because it just wasn't | |
| 183: 5 | there. | |
| 183: 6 | BY MR. TISI: | |
| 183: 7 | Q.  And did you draw any | |
| 183: 8 | conclusions from that? | |

**183:15 - 184:2**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 183: 15 | A.  The only logical -- this was | |
| 183: 16 | discussed widely from the podium, I | |
| 183: 17 | recall it vividly.  The only logical | |
| 183: 18 | alternative is that if it is not because | |
| 183: 19 | naproxen is preventing heart attacks or | |
| 183: 20 | if only a teeny fraction of the | |
| 183: 21 | difference can possibly be expected, be | |
| 183: 22 | explained by that, then the only other | |
| 183: 23 | logical possibility is that Vioxx caused | |
| 183: 24 | heart attacks. | |
| 184: 1 | Q.  Is that the same thing you | |
| 184: 2 | told Dr. Guess in mid-2001? | |

**184:5 - 184:20**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 184: 5 | THE WITNESS:  In mid-2001, I | |
| 184: 6 | told Dr. Guess that I thought that | |
| 184: 7 | was an important question that | |
| 184: 8 | needed to be addressed. | |
| 184: 9 | BY MR. TISI: | |
| 184: 10 | Q.  All right.  Moving forward. | |
| 184: 11 | Let's go back to your | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8543-7 Filed 11/20/06 Page 35 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**184: 12**    negotiations with Merck to do your study.
**184: 13**    Following the September fish
**184: 14**    or cut bait e-mail with Dr. Cannuscio,
**184: 15**    September 2001 fish or cut bait memo with
**184: 16**    Dr. Cannuscio, did they execute a
**184: 17**    contract?
**184: 18**    A.  Not for many, many months
**184: 19**    until later did they finally actually
**184: 20**    sign the contract.

**189:7  -  189:15**    Avorn, Jerome 2006-06-29
**189: 7**    Q.  Okay.
**189: 8**    Doctor, did there come a
**189: 9**    time that the contract was actually
**189: 10**    signed?
**189: 11**    A.  Yes.  My recollection is
**189: 12**    that it was in April of 2002, about 15
**189: 13**    months after the initial conversation
**189: 14**    that Dr. Solomon had with Dr. Cannuscio
**189: 15**    that the contract was eventually signed.

**190:24  -  191:9**    Avorn, Jerome 2006-06-29
**190: 24**    Are you aware that at the
**191: 1**    time that Merck executed the contract for
**191: 2**    your study on April 24th, 2002 that Merck
**191: 3**    had just received two weeks prior the
**191: 4**    approval for the new label that did not
**191: 5**    contain a cardiovascular warning?
**191: 6**    A.  I was not aware of that.
**191: 7**    Q.  Doctor, are you familiar
**191: 8**    with the term "First, do no harm"?
**191: 9**    A.  Yes.

**191:10  -  192:9**    Avorn, Jerome 2006-06-29
**191: 10**    Q.  What does that mean to
**191: 11**    doctors?
**191: 12**    A.  Well, it's one of the basic
**191: 13**    precepts of medicine.  I think it goes
**191: 14**    back to Hippocrates.  And the idea is
**191: 15**    that, above all, it is the physician's
**191: 16**    responsibility not to hurt the patient.
**191: 17**    It's one of the first things we try to
**191: 18**    teach medical students.
**191: 19**    MR. TISI:  Doctor, I'm going
**191: 20**    to hand you what I've had marked
**191: 21**    as Exhibit Number 22.
**191: 22**    -  -  -
**191: 23**    (Whereupon, Deposition
**191: 24**    Exhibit Avorn-22, "GI Label
**192: 1**    Change for Vioxx Public Affairs
**192: 2**    Plan, dated 3.23.01,
**192: 3**    MRK-ADJ0020162 - MRK-ADJ0020183,
**192: 4**    was marked for identification.)
**192: 5**    -  -  -
**192: 6**    BY MR. TISI:
**192: 7**    Q.  Doctor, have you seen that
**192: 8**    document before?
**192: 9**    A.  Yes, I have.

**193:7  -  194:20**    Avorn, Jerome 2006-06-29
**193: 7**    Q.  Doctor, before we broke, I
**193: 8**    showed you a public affairs plan for the
**193: 9**    GI label change for Vioxx dated March
**193: 10**    23rd, 2001.
**193: 11**    A.  Right.
**193: 12**    Q.  Have you seen that before?
**193: 13**    I've shown you that in context of showing
**193: 14**    you documents for litigation here.
**193: 15**    A.  That's right.
**193: 16**    Q.  Okay.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 193: 17 | Would you please turn to the | |
| 193: 18 | page containing the Bates range 20167. | |
| 193: 19 | Do you see that? | |
| 193: 20 | A.  Yes. | |
| 193: 21 | Q.  See "Overall Communication | |
| 193: 22 | Objectives."  Do you see that? | |
| 193: 23 | A.  Yes. | |
| 193: 24 | Q.  Do you see the first bullet | |
| 194: 1 | point? | |
| 194: 2 | A.  Yes. | |
| 194: 3 | Q.  Would you please tell the | |
| 194: 4 | members of the jury what it says? | |
| 194: 5 | A.  It says "Do no harm." | |
| 194: 6 | Q.  Can you read the rest? | |
| 194: 7 | A.  Yes. | |
| 194: 8 | "Refrain from proactively | |
| 194: 9 | generating coverage that jeopardizes | |
| 194: 10 | label negotiations and/or that links | |
| 194: 11 | Vioxx to cardiovascular adverse events." | |
| 194: 12 | Q.  Doctor, were you concerned | |
| 194: 13 | in 2001 and 2002 about the delay in | |
| 194: 14 | actually getting your study off the | |
| 194: 15 | ground? | |
| 194: 16 | A.  Very concerned. | |
| 194: 17 | Q.  Do you have any explanation | |
| 194: 18 | for Merck's inability to execute a | |
| 194: 19 | contract until after the label was | |
| 194: 20 | approved for Vioxx? | |
| | | |
| **194:24  -  195:13** | Avorn, Jerome 2006-06-29 | |
| 194: 24 | THE WITNESS:  At that time, | |
| 195: 1 | I had no understanding of the | |
| 195: 2 | label discussions that were going | |
| 195: 3 | on.  I just was concerned that | |
| 195: 4 | either this was a very big company | |
| 195: 5 | that couldn't get out of its own | |
| 195: 6 | way and make a decision in less | |
| 195: 7 | than a year on an important study, | |
| 195: 8 | or perhaps, and I vividly recall | |
| 195: 9 | raising this possibility with Dr. | |
| 195: 10 | Solomon, perhaps the foot dragging | |
| 195: 11 | was intentional because they | |
| 195: 12 | really didn't want the study to | |
| 195: 13 | get done. | |
| | | |
| **195:24  -  196:3** | Avorn, Jerome 2006-06-29 | |
| 195: 24 | First of all, was that what | |
| 196: 1 | was on your mind at the time, that there | |
| 196: 2 | was a concern there was foot dragging on | |
| 196: 3 | the part of the company? | |
| | | |
| **196:8  -  196:17** | Avorn, Jerome 2006-06-29 | |
| 196: 8 | THE WITNESS:  We had | |
| 196: 9 | conversations on almost a biweekly | |
| 196: 10 | basis about why is it taking so | |
| 196: 11 | long. | |
| 196: 12 | BY MR. TISI: | |
| 196: 13 | Q.  Okay. | |
| 196: 14 | Now, Doctor, I assume that | |
| 196: 15 | once the contract was signed, you got | |
| 196: 16 | right to work on actually doing the | |
| 196: 17 | study; is that correct? | |
| | | |
| **196:19  -  200:4** | Avorn, Jerome 2006-06-29 | |
| 196: 19 | THE WITNESS:  We -- that was | |
| 196: 20 | our plan, but... | |
| 196: 21 | BY MR. TISI: | |
| 196: 22 | Q.  What happened? | |
| 196: 23 | A.  There was -- I learned a | |
| 196: 24 | lesson, which is that I had learned with | |
| 197: 1 | discussions with other pharmaceutical | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn M.D.   Document 8643-7   Filed 11/20/06   Page 37 of 185

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 197: 2 | companies to never allow the funding to | | |
| 197: 3 | be contingent upon their acceptance of | | |
| 197: 4 | the work product because that, in effect, | | |
| 197: 5 | would give a company censorship over what | | |
| 197: 6 | we were able to publish.  And we managed | | |
| 197: 7 | every step of the way except for one to | | |
| 197: 8 | not have as any of the benchmarks in the | | |
| 197: 9 | contract any words like "produce a | | |
| 197: 10 | manuscript that is acceptable to Merck" | | |
| 197: 11 | or "produce data that are satisfactory to | | |
| 197: 12 | Merck" because I learned not to do that. | | |
| 197: 13 | The thing I hadn't learned | | |
| 197: 14 | yet but learned from this was that as one | | |
| 197: 15 | of the -- as the only benchmark that was | | |
| 197: 16 | there in the beginning was language, and | | |
| 197: 17 | it's in the contract, and perhaps I | | |
| 197: 18 | should actually refer to the contract, | | |
| 197: 19 | the first milestone or benchmark was, | | |
| 197: 20 | payment to our hospital to fund the | | |
| 197: 21 | research "will be made upon acceptance of | | |
| 197: 22 | a detailed protocol." | | |
| 197: 23 | And it turns out that -- | | |
| 197: 24 | that's not a mistake I'll make again.  It | | |
| 198: 1 | turns out that Merck's acceptance of the | | |
| 198: 2 | protocol even after more than a year of | | |
| 198: 3 | discussion about getting the contract | | |
| 198: 4 | signed, took another nine months before | | |
| 198: 5 | they actually accepted the protocol. | | |
| 198: 6 | MR. TISI:  Doctor, I'm going | | |
| 198: 7 | to hand you a group of documents | | |
| 198: 8 | that I'm going to collectively | | |
| 198: 9 | refer to as Exhibits 23A through, | | |
| 198: 10 | I think it's K. | | |
| 198: 11 | -  -  - | | |
| 198: 12 | (Whereupon, Deposition | | |
| 198: 13 | Exhibit 23A-K, Study protocols, | | |
| 198: 14 | was marked for identification.) | | |
| 198: 15 | -  -  - | | |
| 198: 16 | BY MR. TISI: | | |
| 198: 17 | Q.  Doctor, is this -- what are | | |
| 198: 18 | those, Doctor? | | |
| 198: 19 | A.  This is a succession of | | |
| 198: 20 | study protocols that we submitted to | | |
| 198: 21 | Merck and which Merck then was not | | |
| 198: 22 | satisfied with and then resubmit -- asked | | |
| 198: 23 | us to make this change or that change, | | |
| 198: 24 | often matters that seemed to us to be | | |
| 199: 1 | relatively modest to trivial, but each | | |
| 199: 2 | step of the way we were told, no, you | | |
| 199: 3 | need to fix that, you need to change | | |
| 199: 4 | that.  And this is what occupied the | | |
| 199: 5 | better part of 2002 before we could | | |
| 199: 6 | actually get their okay to start doing | | |
| 199: 7 | the work. | | |
| 199: 8 | Q.  How long did it take | | |
| 199: 9 | Harvard and Merck to agree on the | | |
| 199: 10 | protocol of the study? | | |
| 199: 11 | A.  Well, the first one in your | | |
| 199: 12 | pile is dated June 7th, 2002, which was | | |
| 199: 13 | relatively soon after the contract was | | |
| 199: 14 | signed in the end of April.  And then | | |
| 199: 15 | there's another one dated September 4th, | | |
| 199: 16 | 2002, and then another revision dated -- | | |
| 199: 17 | let's see, there's several revisions, | | |
| 199: 18 | "Comments from Dan from 10-1," another | | |
| 199: 19 | revision October 4th; October 22nd; | | |
| 199: 20 | October 24th; another revision dated | | |
| 199: 21 | October 31st, and then changed November | | |
| 199: 22 | 6th; another one from November 12th; | | |
| 199: 23 | another one from December 17th; and | | |
| 199: 24 | another one from February 2003. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | | |
|---|---|---|---|
| 200: 1 | And this was unprecedented | | |
| 200: 2 | in my many years of research, that there | | |
| 200: 3 | would be this long a period before a | | |
| 200: 4 | company signs off on a research protocol. | | |
| | | | |
| **203:9 - 206:22** | Avorn, Jerome 2006-06-29 | | |
| 203: 9 | Q.  Doctor, the protocols that I | | |
| 203: 10 | laid in front of you, after those | | |
| 203: 11 | protocols in early 2003, did you actually | | |
| 203: 12 | get to start the study? | | |
| 203: 13 | A.  Well, no.  Part of what | | |
| 203: 14 | Merck asked us to do during this many, | | |
| 203: 15 | many months of negotiation was they asked | | |
| 203: 16 | us to go back and review the individual | | |
| 203: 17 | patient records for a sample of the | | |
| 203: 18 | subjects in our study to see if the | | |
| 203: 19 | people that we were studying as having | | |
| 203: 20 | heart attacks actually had heart attacks. | | |
| 203: 21 | And we pointed out to Merck | | |
| 203: 22 | that that was a question that had been | | |
| 203: 23 | studied by other groups previously and | | |
| 203: 24 | that there was pretty good evidence in | | |
| 204: 1 | the medical literature that a combination | | |
| 204: 2 | of diagnosis codes and hospital codes | | |
| 204: 3 | virtually always meant that the person | | |
| 204: 4 | had had a heart attack.  And Merck's | | |
| 204: 5 | response was, no, we really want to be | | |
| 204: 6 | sure, and so go out and validate, have | | |
| 204: 7 | people go down to Pennsylvania, get in | | |
| 204: 8 | contact with the hospitals, have them | | |
| 204: 9 | pull the patient's actual medical records | | |
| 204: 10 | and check to see if they really had heart | | |
| 204: 11 | attacks. | | |
| 204: 12 | Q.  Doctor, you've done -- how | | |
| 204: 13 | many studies have you done with this | | |
| 204: 14 | particular database that you're talking | | |
| 204: 15 | about here? | | |
| 204: 16 | A.  Dozens. | | |
| 204: 17 | Q.  Have you ever had any | | |
| 204: 18 | company ask you to do the kind of | | |
| 204: 19 | validation that Merck asked you to do? | | |
| 204: 20 | A.  No. | | |
| 204: 21 | Q.  Did you actually do what | | |
| 204: 22 | Merck asked you to do? | | |
| 204: 23 | A.  We had to. | | |
| 204: 24 | Q.  What did you do?  What | | |
| 205: 1 | happened? | | |
| 205: 2 | A.  We hired a professional | | |
| 205: 3 | review organization to go down to | | |
| 205: 4 | Pennsylvania, we established a protocol | | |
| 205: 5 | for how they would review the charts, the | | |
| 205: 6 | criteria from the World Health | | |
| 205: 7 | Organization about how you define a heart | | |
| 205: 8 | attack, and we gave them the list of a | | |
| 205: 9 | sample of patients.  And they went and | | |
| 205: 10 | pulled each one of their medical records, | | |
| 205: 11 | which was both an expensive and a time | | |
| 205: 12 | consuming process.  And they then | | |
| 205: 13 | confirmed that indeed in about 93 or 94 | | |
| 205: 14 | percent of the cases, they had heart | | |
| 205: 15 | attacks, which is about as good as any | | |
| 205: 16 | validation study gets. | | |
| 205: 17 | Q.  Doctor, who conducted the | | |
| 205: 18 | independent validation? | | |
| 205: 19 | A.  It was a company that was a | | |
| 205: 20 | professional review organization.  I | | |
| 205: 21 | think they were called KeyPro, which is a | | |
| 205: 22 | group sanctioned by the government to go | | |
| 205: 23 | in and inspect hospital records. | | |
| 205: 24 | Q.  And did they find any | | |
| 206: 1 | problem with what you did? | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

206: 2   A.  No.  They found that we had
206: 3      a remarkably high rate of validation.
206: 4   Q.  Okay.
206: 5      And when you finally got the
206: 6      approval and the contract was signed and
206: 7      all of the protocols were done and the
206: 8      independent evaluation was done and all
206: 9      those things, did you finally get to do
206: 10     your study?
206: 11  A.  No.
206: 12  Q.  What happened?
206: 13  A.  Merck told us that we could
206: 14     not proceed until we had an independent
206: 15     epidemiologist come in and review the
206: 16     protocol as an outsider and also review
206: 17     all the programming code that our
206: 18     programmers had written to do the
206: 19     analyses.
206: 20  Q.  And who was that?  Who did
206: 21     that?
206: 22  A.  That was Dr. Rhonda Bohn.

**210:7  -  211:2**   Avorn, Jerome 2006-06-29
210: 7   Q.  Did she find any problems
210: 8     with your codes and the things she was
210: 9     asked to do?
210: 10  A.  No.
210: 11  Q.  Okay.
210: 12     Now, Doctor, did there
210: 13     finally come a time where you actually
210: 14     had an opportunity to do the study?
210: 15  A.  Yes.  By spring of 2003,
210: 16     we -- there was finally no other concerns
210: 17     that Merck had and we were given a green
210: 18     light to proceed.
210: 19  Q.  And did you actually do the
210: 20     data analysis at that time?
210: 21  A.  Yes.
210: 22  Q.  And what did you find?
210: 23  A.  We found that there was a
210: 24     significant increase in the risk of heart
211: 1     attack in patients taking Vioxx compared
211: 2     to comparator drugs.

**212:3  -  213:15**   Avorn, Jerome 2006-06-29
212: 3     Let me ask you these
212: 4     questions.
212: 5     Did Merck have input into
212: 6     the design of the study?
212: 7  A.  Yes, in that they would not
212: 8     let us proceed until they were perfectly
212: 9     satisfied with the protocol.
212: 10  Q.  And did they indicate that
212: 11     they were satisfied with the protocol in
212: 12     the end of the day?
212: 13  A.  Yes.  They signed off on the
212: 14     protocol.
212: 15  Q.  Okay.
212: 16     Did they have one of
212: 17     their --
212: 18     Did they have any employees
212: 19     who they employed working on the study?
212: 20  A.  Yes.  Dr. Cannuscio was a
212: 21     key member of the project team, and she
212: 22     was a Merck employee.
212: 23  Q.  All right.
212: 24     Now, I put in front of you a
213: 1     document entitled "The Relationship
213: 2     Between COX-2 Inhibitors and Acute
213: 3     Myocardial Infarction" dated May 5th,
213: 4     2003.  Would you tell me what this is?

| Designated Testimony | Objections | Rulings |
|---|---|---|

213: 5    A.  Yes.  This is just the
213: 6      tables, basically the data as we had it
213: 7      in May of 2003 from the study.
213: 8    Q.  Okay.
213: 9      In an overview, what did it
213: 10      tell the people at Merck about the
213: 11      results of your study of the -- the
213: 12      epidemiologic study?
213: 13    A.  That we found an increased
213: 14      rate of heart attacks in people taking
213: 15      Vioxx compared to comparison drugs.

**214:21  -  216:9**    Avorn, Jerome 2006-06-29
214: 21    Q.  Okay.
214: 22      Now, the results that you
214: 23      saw here, from a public health
214: 24      standpoint, did you consider them to be
215: 1      important findings?
215: 2    A.  Yes.
215: 3    Q.  Why?
215: 4    A.  Because in there -- let me
215: 5      just turn to the page with the data on it
215: 6      as it was eventually published.  We found
215: 7      that in the final tables, there was a
215: 8      significant increase in the risk of heart
215: 9      attack that we found with Vioxx compared
215: 10      to with Celebrex.  We also found that it
215: 11      was particularly high in people who were
215: 12      taking higher doses of Vioxx.  And that
215: 13      seemed like an important finding.  The
215: 14      data for the high-dose Vioxx versus
215: 15      high-dose Celebrex was a 70 percent
215: 16      increase, or almost a doubling of the
215: 17      risk of heart attack in our patient
215: 18      population.
215: 19    Q.  Did you find an increased
215: 20      risk with low dose?
215: 21    A.  Yes.
215: 22    Q.  Did you find an increased
215: 23      risk at less than 30 days?
215: 24    A.  Yes.
216: 1    Q.  Did you find an increased
216: 2      risk at 30 to 90 days?
216: 3    A.  Yes.
216: 4    Q.  And was that increased risk
216: 5      seen whether you were comparing it to
216: 6      Celebrex or other NSAIDs?
216: 7    A.  We found it with a wide
216: 8      variety of comparison drugs or
216: 9      nonexposures.

**217:1  -  217:15**    Avorn, Jerome 2006-06-29
217: 1    Q.  Okay.
217: 2      Doctor, did there come a
217: 3      time where you sought to write these
217: 4      results up in an abstract?
217: 5    A.  Yes.
217: 6    Q.  Did you speak to Dr.
217: 7      Cannuscio about doing that?
217: 8    A.  Yes.  The terms of our
217: 9      contract were that we would allow them to
217: 10      see what we were publishing, although
217: 11      they did not have the right to censure it
217: 12      or to hold it back, but as a courtesy, we
217: 13      agreed to let them see what we were going
217: 14      to submit and give them a period of time
217: 15      to comment.

**218:1  -  218:6**    Avorn, Jerome 2006-06-29
218: 1    Q.  Okay.
218: 2      Doctor, did there come a

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn M.D.   Document 8643-7   Filed 11/20/06   Page 41 of 185

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 218: 3 | time where there was discussion about | | |
| 218: 4 | whether or not Dr. Cannuscio would | | |
| 218: 5 | actually be on the paper? | | |
| 218: 6 | A.   Yes. | | |
| | | | |
| **219:19   -   219:21** | Avorn, Jerome 2006-06-29 | | |
| 219: 19 | Q.   Doctor, did you -- | | |
| 219: 20 | I've handed you what I've | | |
| 219: 21 | had marked as Exhibit 27. | | |
| | | | |
| **220:14   -   221:11** | Avorn, Jerome 2006-06-29 | | |
| 220: 14 | Q.   Does this include the | | |
| 220: 15 | abstract that was written by your | | |
| 220: 16 | division? | | |
| 220: 17 | A.   Correct. | | |
| 220: 18 | Q.   And there's an e-mail there | | |
| 220: 19 | as well, correct? | | |
| 220: 20 | A.   Right. | | |
| 220: 21 | Q.   What does the e-mail say | | |
| 220: 22 | about the tables?  It says, "These tables | | |
| 220: 23 | all suggest that the higher adjusted odds | | |
| 220: 24 | ratios seen in shorter duration use is | | |
| 221: 1 | not confined to high....risk users." | | |
| 221: 2 | What does that -- | | |
| 221: 3 | A.   "High dosage users." | | |
| 221: 4 | Q.   "High dosage users." | | |
| 221: 5 | What does that mean? | | |
| 221: 6 | A.   That's a note from Dr. | | |
| 221: 7 | Solomon to Dr. Cannuscio pointing out | | |
| 221: 8 | something about our findings, which is | | |
| 221: 9 | that this was not just about people | | |
| 221: 10 | taking high-dose Vioxx, this was about | | |
| 221: 11 | people taking regular dose Vioxx as well. | | |
| 221: 12 | Q.   Okay. | | |
| 221: 13 | And was there further | | |
| 221: 14 | discussion about the co-authorship of the | | |
| 221: 15 | paper? | | |
| 221: 16 | A.   Yes. | | |
| | | | |
| **221:17   -   222:20** | Avorn, Jerome 2006-06-29 | | |
| 221: 17 | Q.   Okay. | | |
| 221: 18 | Would you please read that? | | |
| 221: 19 | A.   Yes.  In Paragraph 2, Dr. | | |
| 221: 20 | Solomon writes, "I would like to discuss | | |
| 221: 21 | your co-authorship on the paper.  You | | |
| 221: 22 | have contributed substantially to the | | |
| 221: 23 | project and I am very comfortable with | | |
| 221: 24 | you being a co-author, assuming that you | | |
| 222: 1 | are comfortable with its content.  In | | |
| 222: 2 | light of our findings, there may be | | |
| 222: 3 | aspects of the paper that will be | | |
| 222: 4 | problematic from Merck's perspective. | | |
| 222: 5 | You may be in a difficult position as a | | |
| 222: 6 | Merck employee and a co-author." | | |
| 222: 7 | Q.   Stop right there, Doctor. | | |
| 222: 8 | What did you and Dr. -- | | |
| 222: 9 | What was your concern as | | |
| 222: 10 | reflected in this paragraph? | | |
| 222: 11 | A.   Well, this, again, was a | | |
| 222: 12 | note that he sent to Dr. Cannuscio at my | | |
| 222: 13 | suggestion to convey to her that we did | | |
| 222: 14 | feel that she was a member of the project | | |
| 222: 15 | team, but that we were both worried, now | | |
| 222: 16 | that the study had shown that Vioxx did | | |
| 222: 17 | increase the risk of heart attack, would | | |
| 222: 18 | that be a problem for Merck and would | | |
| 222: 19 | that be problematic for her to have her | | |
| 222: 20 | name on the paper. | | |
| | | | |
| **222:21   -   223:14** | | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|

| | | |
|---|---|---|
| 222: 21 | Q.  Did you actually present | |
| 222: 22 | this paper -- | |
| 222: 23 | Did you actually present | |
| 222: 24 | this at a professional meeting? | |
| 223: 1 | A.  Dr. Solomon presented it in | |
| 223: 2 | the fall of 2003 at the American College | |
| 223: 3 | of Rheumatology. | |
| 223: 4 | - - - | |
| 223: 5 | (Whereupon, Deposition | |
| 223: 6 | Exhibit Avorn-28, ARC 2003 | |
| 223: 7 | Presentation MRK-AAD0333175 - | |
| 223: 8 | MRK-AAD0333207, was marked for | |
| 223: 9 | identification.) | |
| 223: 10 | - - - | |
| 223: 11 | BY MR. TISI: | |
| 223: 12 | Q.  I'm handing you what's | |
| 223: 13 | marked as Exhibit Number 23. | |
| 223: 14 | A.  Yes. | |
| | | |
| **226:22  -  227:15** | Avorn, Jerome 2006-06-29 | |
| 226: 22 | Q.  Doctor, is this the abstract | |
| 226: 23 | that was presented in -- at the | |
| 226: 24 | association -- | |
| 227: 1 | A.  The American. | |
| 227: 2 | Q.  -- the American College of | |
| 227: 3 | Rheumatology in 2003? | |
| 227: 4 | A.  Correct. | |
| 227: 5 | Q.  Okay. | |
| 227: 6 | And is this the results of | |
| 227: 7 | your study, your Merck-funded study? | |
| 227: 8 | A.  Correct. | |
| 227: 9 | Q.  Okay. | |
| 227: 10 | And does it have Carolyn | |
| 227: 11 | Cannuscio's name on the top? | |
| 227: 12 | A.  Yes, it does. | |
| 227: 13 | Q.  Does it have your name on | |
| 227: 14 | the top? | |
| 227: 15 | A.  Yes, it does. | |
| | | |
| **228:2  -  228:9** | Avorn, Jerome 2006-06-29 | |
| 228: 2 | Q.  Okay. | |
| 228: 3 | Doctor, did there come a | |
| 228: 4 | time when you sought to convert this | |
| 228: 5 | abstract into an actual published | |
| 228: 6 | article? | |
| 228: 7 | A.  Yes. | |
| 228: 8 | Q.  And did you do that? | |
| 228: 9 | A.  Yes. | |
| | | |
| **228:20  -  229:21** | Avorn, Jerome 2006-06-29 | |
| 228: 20 | Did you submit that | |
| 228: 21 | manuscript to Merck for its comment? | |
| 228: 22 | A.  Yes, we did. | |
| 228: 23 | Q.  Okay. | |
| 228: 24 | Did they have an opportunity | |
| 229: 1 | to make comments? | |
| 229: 2 | A.  Yes. | |
| 229: 3 | Q.  Did you accept some | |
| 229: 4 | comments? | |
| 229: 5 | A.  We accepted some and we | |
| 229: 6 | didn't accept others. | |
| 229: 7 | Q.  Okay. | |
| 229: 8 | Would you describe for us | |
| 229: 9 | the comments that Merck did not accept? | |
| 229: 10 | A.  You mean that we did not | |
| 229: 11 | accept? | |
| 229: 12 | Q.  You did not accept that | |
| 229: 13 | Merck -- | |
| 229: 14 | A.  Right, sure. | |
| 229: 15 | There were some helpful | |
| 229: 16 | comments that Merck made about making | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8543-7   Filed 11/20/06   Page 43 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 229: 17 | things clearer.  We accepted those.  And | | |
| 229: 18 | then there were others which we felt | | |
| 229: 19 | would have deemphasized the importance or | | |
| 229: 20 | the extent of our findings, and we tended | | |
| 229: 21 | to not accept those. | | |
| | | | |
| **230:17   -   232:14** | Avorn, Jerome 2006-06-29 | | |
| 230: 17 | Q.  Would you please tell us | | |
| 230: 18 | what was rejected by you that Merck had | | |
| 230: 19 | suggested? | | |
| 230: 20 | A.  Sure.  As best I can recall, | | |
| 230: 21 | there were, for example, in the abstract | | |
| 230: 22 | of the paper, as it was eventually | | |
| 230: 23 | presented, there was one finding that | | |
| 230: 24 | demonstrated an increased risk of Vioxx, | | |
| 231: 1 | and the statistical significance of that | | |
| 231: 2 | was a p-value of .054.  Now, let me | | |
| 231: 3 | explain what that means. | | |
| 231: 4 | A. p-value of .05 or 5 | | |
| 231: 5 | percent means that there's a 95 percent | | |
| 231: 6 | certainty that the finding you are | | |
| 231: 7 | reporting was not the result of chance. | | |
| 231: 8 | And that is a benchmark that is often | | |
| 231: 9 | used, it's not engraved in stone, but it | | |
| 231: 10 | is a convenient benchmark that people | | |
| 231: 11 | often use to understand how likely it is | | |
| 231: 12 | that this was not just the result of | | |
| 231: 13 | happenstance. | | |
| 231: 14 | And one of our findings had | | |
| 231: 15 | a p-value of 0.54, which means that | | |
| 231: 16 | instead of a 95 percent certainty or | | |
| 231: 17 | likelihood that this was not the result | | |
| 231: 18 | of chance, there was instead of 95 | | |
| 231: 19 | percent, 94.6 percent likelihood that | | |
| 231: 20 | this was not the result of chance.  We | | |
| 231: 21 | felt that given particularly the public | | |
| 231: 22 | health importance of heart attack and the | | |
| 231: 23 | widespread use of this drug that that | | |
| 231: 24 | needed to be in the abstract. | | |
| 232: 1 | Merck objected that this | | |
| 232: 2 | was, quote, not a significant finding | | |
| 232: 3 | because it was a 94.6 percent probability | | |
| 232: 4 | that it was not chance instead of a 95 | | |
| 232: 5 | percent and said we should take it out of | | |
| 232: 6 | the abstract. | | |
| 232: 7 | They also told us that we | | |
| 232: 8 | should change the way we described that | | |
| 232: 9 | finding as a numerical difference that | | |
| 232: 10 | was not significant or something to that | | |
| 232: 11 | effect.  And we disagreed on both points. | | |
| 232: 12 | Q.  And did you have discussions | | |
| 232: 13 | with Merck about this? | | |
| 232: 14 | A.  Yes. | | |
| | | | |
| **232:15   -   233:1** | Avorn, Jerome 2006-06-29 | | |
| 232: 15 | Q.  And did there come a time | | |
| 232: 16 | where you had to make a decision about | | |
| 232: 17 | what remained in the paper and what did | | |
| 232: 18 | not remain in the paper? | | |
| 232: 19 | A.  Yes.  Dr. Solomon and I | | |
| 232: 20 | discussed this on an almost daily basis | | |
| 232: 21 | at that point. | | |
| 232: 22 | Q.  Okay. | | |
| 232: 23 | And did you actually submit | | |
| 232: 24 | the paper as you wished it to be? | | |
| 233: 1 | A.  Yes. | | |
| | | | |
| **233:2   -   233:9** | Avorn, Jerome 2006-06-29 | | |
| 233: 2 | Q.  And was it accepted for | | |
| 233: 3 | publication? | | |
| 233: 4 | A.  Yes.  It was initially sent | | |

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.
Case 2:05-md-01657-EEF-DEK   Document 8543-7   Filed 11/20/06   Page 44 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 233: 5   to the New England Journal and JAMA, and<br>233: 6   they passed on it, and it was eventually<br>233: 7   accepted in Cardiology -- I'm sorry, in<br>233: 8   Circulation, which is the number one<br>233: 9   cardiology journal in the world. | | |
| **233:10 - 233:21** Avorn, Jerome 2006-06-29<br>233: 10   Q. And did anything unusual<br>233: 11   happen at about the time of the<br>233: 12   publication of the article that we've<br>233: 13   been talking about?<br>233: 14   A. Yes. As the article was in<br>233: 15   galley on page proof, which is the<br>233: 16   printed version of the article that is<br>233: 17   sent back to the authors to make sure<br>233: 18   there's no typos, we received a phone<br>233: 19   call from Dr. Santanello instructing us<br>233: 20   to remove Dr. Cannuscio's name from the<br>233: 21   paper. | | |
| **241:2 - 241:6** Avorn, Jerome 2006-06-29<br>241: 2   Did her name come off the<br>241: 3   paper?<br>241: 4   A. Her name came off the paper,<br>241: 5   and I reluctantly agreed to let that<br>241: 6   happen. | **Def's Obj.:** Court struck testimony the last time offered (in Smith), and asks the Court to do the same here. | **Smith:** Court struck testimony. |
| **243:12 - 244:19** Avorn, Jerome 2006-06-29<br>243: 12   Q. Did you acknowledge Dr.<br>243: 13   Cannuscio in any other way in that paper?<br>243: 14   A. Yes. I wrote an<br>243: 15   acknowledgment that I asked Dr. Solomon<br>243: 16   to include in the paper.<br>243: 17   Q. And you did that?<br>243: 18   A. Yes. That was my  -- those<br>243: 19   are my words.<br>243: 20   Because I felt that leaving<br>243: 21   aside the ethics of it, here was a young<br>243: 22   woman starting out her career who was<br>243: 23   about to have a paper in the best<br>243: 24   cardiology journal in the world and that<br>244: 1   she deserved to be a co-author of. And I<br>244: 2   was concerned, almost in my faculty role,<br>244: 3   that here somebody's hard work was being<br>244: 4   snatched away from her.<br>244: 5   So, I wrote that language<br>244: 6   that indicated there was an unnamed<br>244: 7   epidemiologist who had worked with us, as<br>244: 8   it says, "Actively in the study design,<br>244: 9   statistical analysis, and interpretation<br>244: 10   of the date and preparation of the<br>244: 11   manuscript," which are, in fact, the<br>244: 12   criteria for authorship. And while we<br>244: 13   are forbidden from using Dr. Cannuscio's<br>244: 14   name, I wanted her to be able to refer to<br>244: 15   that as she went on in her career and say<br>244: 16   that was really me. And so we did put<br>244: 17   the acknowledgment that I wrote at the<br>244: 18   end of the paper, but still respected her<br>244: 19   wishes to be not listed as a co-author. | **PI's Resp.:** Testimony is relevant to Plaintiff's failure to warn claim. Merck removed the name of its own epidemiologist from the study to distance the company from the results of a study that Vioxx increases risk of heart attack.<br><br>**Def's Obj.:** Court struck testimony the last time offered (in Smith), and asks the Court to do the same here.<br><br>**PI's Resp.:** Testimony is relevant to Plaintiff's failure to warn claim. Merck removed the name of its own epidemiologist from the study to distance the company from the results of a study that Vioxx increases risk of heart attack. | **Smith:** Court struck testimony. |
| **245:4 - 247:4** Avorn, Jerome 2006-06-29<br>245: 4   Q. Now, Doctor, this article<br>245: 5   was then published in Circulation?<br>245: 6   A. That's right.<br>245: 7   MR. TISI: Okay.<br>245: 8   And I'm going to show you<br>245: 9   what I would like to have marked<br>245: 10   as Exhibit 30.<br>245: 11   - - -<br>245: 12   (Whereupon, Deposition<br>245: 13   Exhibit Avorn-30, Bulletin<br>245: 14   4-21-04 MRK-AAR0069284, was | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn M.D.   Document 8643-7   Filed 11/20/06   Page 45 of 185

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 245: 15 | marked for identification.) | | |
| 245: 16 | - - - | | |
| 245: 17 | BY MR. TISI: | | |
| 245: 18 | Q.  And you testified before, | | |
| 245: 19 | and I just want to refer you to that | | |
| 245: 20 | testimony, that you felt this was an | | |
| 245: 21 | important public health issue that your | | |
| 245: 22 | study was addressing? | | |
| 245: 23 | A.  I've said that, and I felt | | |
| 245: 24 | that, and I feel that. | | |
| 246: 1 | Q.  Okay. | | |
| 246: 2 | Now, let me show you what I | | |
| 246: 3 | have had marked as Exhibit Number 29 -- | | |
| 246: 4 | THE COURT REPORTER:  30. | | |
| 246: 5 | BY MR. TISI: | | |
| 246: 6 | Q.  30.  I will represent to you | | |
| 246: 7 | that it is a bulletin being used for | | |
| 246: 8 | detailers detailing Vioxx. | | |
| 246: 9 | A.  You mean the sales | | |
| 246: 10 | representatives? | | |
| 246: 11 | Q.  The sales representatives. | | |
| 246: 12 | A.  For Merck? | | |
| 246: 13 | Q.  Yes. | | |
| 246: 14 | And it's dated April 21st, | | |
| 246: 15 | 2004. | | |
| 246: 16 | A.  Correct. | | |
| 246: 17 | Q.  Do you see that, Doctor? | | |
| 246: 18 | And does it refer to your | | |
| 246: 19 | particular study? | | |
| 246: 20 | A.  Yes. | | |
| 246: 21 | Q.  And it's called an "Obstacle | | |
| 246: 22 | Response."  Do you see that? | | |
| 246: 23 | A.  Right. | | |
| 246: 24 | Q.  Did you consider your paper | | |
| 247: 1 | an obstacle? | | |
| 247: 2 | A.  No. | | |
| 247: 3 | Q.  You're smiling.  Why do you | | |
| 247: 4 | smile? | | |
| | | | |
| **247:7  -  247:15** | Avorn, Jerome 2006-06-29 | | |
| 247: 7 | THE WITNESS:  Because it was | | |
| 247: 8 | an important finding about the | | |
| 247: 9 | risks of a very, very widely-used | | |
| 247: 10 | drug in relation to a very common | | |
| 247: 11 | and important and dangerous side | | |
| 247: 12 | effect that was only an obstacle, | | |
| 247: 13 | I suppose, from the perspective of | | |
| 247: 14 | Vioxx sales, but it was not an | | |
| 247: 15 | obstacle in terms of science. | | |
| | | | |
| **247:20  -  248:7** | Avorn, Jerome 2006-06-29 | | |
| 247: 20 | Q.  When it says "Action | | |
| 247: 21 | required," it says, "Do not initiate | | |
| 247: 22 | discussions on this article with | | |
| 247: 23 | physicians."  Do you see that? | | |
| 247: 24 | A.  I see that. | | |
| 248: 1 | Q.  Doctor, as somebody who has | | |
| 248: 2 | been involved in academic detailing, | | |
| 248: 3 | which we spoke about before, can you | | |
| 248: 4 | think of any medical or scientific reason | | |
| 248: 5 | why a responsible drug company would not | | |
| 248: 6 | want to have all of the evidence | | |
| 248: 7 | discussed with physicians? | | |
| | | | |
| **248:13  -  248:18** | Avorn, Jerome 2006-06-29 | | |
| 248: 13 | Q.  I'm not asking you to | | |
| 248: 14 | speculate, Doctor.  I'm asking you as | | |
| 248: 15 | somebody who has done research in this | | |
| 248: 16 | area, is there any medical or scientific | | |
| 248: 17 | reason why this article and this research | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8543-7   Filed 11/20/06   Page 46 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 248: 18       should not be shared with doctors? | | |
| | | |
| **248:20 - 249:10**    Avorn, Jerome 2006-06-29 | | |
| 248: 20       THE WITNESS:  No. | | |
| 248: 21       BY MR. TISI: | | |
| 248: 22       Q.  Why not? | | |
| 248: 23       A.  As someone who has spent his | | |
| 248: 24       life studying how doctors make | | |
| 249: 1       prescribing decisions and written papers | | |
| 249: 2       about and conducted programs in the fair | | |
| 249: 3       and evidenced-based presentations of both | | |
| 249: 4       benefit and risk data to physicians so | | |
| 249: 5       that they can be helped to make more | | |
| 249: 6       appropriate decisions to benefit their | | |
| 249: 7       patients, I can think of no reason that | | |
| 249: 8       anybody would -- no legitimate reason why | | |
| 249: 9       it would be ever appropriate to suppress | | |
| 249: 10       negative findings about a drug risk. | | |
| | | |
| **249:14 - 249:19**    Avorn, Jerome 2006-06-29 | | |
| 249: 14       Q.  Is there anything in this | | |
| 249: 15       obstacle response that indicates that | | |
| 249: 16       Merck funded this study, approved the | | |
| 249: 17       protocol, approved the statistical | | |
| 249: 18       analysis and worked on the manuscript? | | |
| 249: 19       A.  No. | | |
| | | |
| | | |
| **249:20 - 256:21**    Avorn, Jerome 2006-06-29 | | |
| 249: 20       Q.   Doctor, I'd like for you to | | |
| 249: 21       turn, and I'm going to switch topics for | | |
| 249: 22       a moment.  Let's go to Avorn Exhibit | | |
| 249: 23       Number 9, which is in the binder there. | | |
| 249: 24       And it's an article entitled "Adjustment | | |
| 250: 1       for Unmeasured Confounders." | | |
| 250: 2       A.  Yes. | | |
| 250: 3       Q.   Do you remember that study? | | |
| 250: 4       A.  Yes. | | |
| 250: 5       Q.  Was that Merck funded? | | |
| 250: 6       A.  Yes. | | |
| 250: 7       Q.   And what was the purpose of | | |
| 250: 8       that study? | | |
| 250: 9       A.  We wanted to be certain in | | |
| 250: 10       -- | | |
| 250: 11       When we found that there was | | |
| 250: 12       a higher risk of heart attack in patients | | |
| 250: 13       taking Vioxx, as I said before, we wanted | | |
| 250: 14       to make sure that to be fair to the drug, | | |
| 250: 15       that was not because people who happened | | |
| 250: 16       to be on Vioxx were sicker or had -- or | | |
| 250: 17       were more likely to be smokers, which we | | |
| 250: 18       know causes heart attack, or might have | | |
| 250: 19       been more overweight or perhaps were less | | |
| 250: 20       likely to be taking aspirin. | | |
| 250: 21       And these are all potential | | |
| 250: 22       risk factors for heart attack, but we did | | |
| 250: 23       not have information about them in our | | |
| 250: 24       data about their drug prescriptions and | | |
| 251: 1       their medical history.  And we wanted to | | |
| 251: 2       have some independent assessment of maybe | | |
| 251: 3       people who were taking Vioxx were sicker | | |
| 251: 4       than people taking Celebrex.  And if that | | |
| 251: 5       was the case, it would cast our findings | | |
| 251: 6       into doubt and we wanted to get it right. | | |
| 251: 7       Q.   And when you did the study, | | |
| 251: 8       what did you find? | | |
| 251: 9       A.   That there was no meaningful | | |
| 251: 10       difference between Vioxx users and | | |
| 251: 11       Celebrex users, and, in fact, to the very | | |
| 251: 12       small extent that there was a little bit | | |
| 251: 13       of a difference, it indicated that our | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 251: 14  findings would have underestimated the | | |
| 251: 15  risk of Vioxx. | | |
| 251: 16  Q.   Go to the next document, | | |
| 251: 17  Exhibit Number 6.  It's another article, | | |
| 251: 18  "Determinants of Selective COX-2 | | |
| 251: 19  Prescribing." | | |
| 251: 20  A.   Yes. | | |
| 251: 21  Q.   Do you see that? | | |
| 251: 22  A.   Yes. | | |
| 251: 23  Q.   Okay. | | |
| 251: 24  "Are patient or physician | | |
| 252: 1  characteristics more important?" | | |
| 252: 2  A.   Right. | | |
| 252: 3  Q.   Do you see that? | | |
| 252: 4  A.   Yes. | | |
| 252: 5  Q.   Okay. | | |
| 252: 6  Is that an article you | | |
| 252: 7  wrote? | | |
| 252: 8  A.   Yes.  With my team. | | |
| 252: 9  Q.   And it was published in | | |
| 252: 10  2003? | | |
| 252: 11  A.   Yes. | | |
| 252: 12  Q.   Okay. | | |
| 252: 13  What, if anything, briefly, | | |
| 252: 14  did you conclude? | | |
| 252: 15  A.   Well, we were at that point | | |
| 252: 16  trying to understand how it could be that | | |
| 252: 17  the use of COX-2 drugs, both Vioxx and | | |
| 252: 18  Celebrex, were going through the roof | | |
| 252: 19  despite the fact that they had never been | | |
| 252: 20  shown to be better pain relievers or | | |
| 252: 21  anti-inflammatory drugs and with the | | |
| 252: 22  evidence that was already out there about | | |
| 252: 23  their risks.  The benefit that they had | | |
| 252: 24  in relation to less stomach symptoms did | | |
| 253: 1  not seem to us to be enough reason to | | |
| 253: 2  explain that astronomical rise. | | |
| 253: 3        So, we looked in our | | |
| 253: 4  database at the patterns of use, and we | | |
| 253: 5  thought, well, maybe there are more | | |
| 253: 6  people out there who are getting this | | |
| 253: 7  drug because they have a history of ulcer | | |
| 253: 8  or a bleeding problem or are on | | |
| 253: 9  anticoagulants, all of which would be | | |
| 253: 10  reasons to use them. | | |
| 253: 11        Q.   And what did you find? | | |
| 253: 12        A.   We found that that really | | |
| 253: 13  didn't predict who was getting these | | |
| 253: 14  drugs. | | |
| 253: 15        Q.   In the conclusion, if you go | | |
| 253: 16  to Page 720, it says, "Important | | |
| 253: 17  questions have emerged as to whether or | | |
| 253: 18  not possible increases in cardiovascular | | |
| 253: 19  risk associated with these agents should | | |
| 253: 20  limit their use to patients who are most | | |
| 253: 21  likely to benefit from improved | | |
| 253: 22  gastrointestinal safety." | | |
| 253: 23        A.   Correct. | | |
| 253: 24        Q.   What, if anything, are you | | |
| 254: 1  saying here about the risk/benefit of | | |
| 254: 2  Vioxx? | | |
| 254: 3        A.   That by 2003, we were | | |
| 254: 4  writing that there was already, as we | | |
| 254: 5  say, important questions about they | | |
| 254: 6  might -- about whether they increase | | |
| 254: 7  cardiovascular risk, and that, therefore, | | |
| 254: 8  these should be drugs used in patients | | |
| 254: 9  who are -- in whom it's worth taking that | | |
| 254: 10  risk if you really needed to have a drug | | |
| 254: 11  that was gentler on the stomach, but not | | |
| 254: 12  in other people who didn't need that | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn MD   Document 8843-7   Filed 11/20/06   Page 48 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

254: 13  extra degree of stomach protection.
254: 14      Q.   Could you turn to Page
254: 15  718 -- 719, excuse me.
254: 16      A.   Yes.
254: 17      Q.   It says, "Other factors" in
254: 18  the middle of the page.  "Other factors
254: 19  may also be important correlates to
254: 20  prescribing, such as patients education
254: 21  level and...social"  work, as well as --
254: 22      A.   Social network.
254: 23      Q.   -- "social network," and
254: 24  "patient...exposure to advertising."
255: 1       Do you see that?
255: 2       A.   Patient and physician
255: 3   exposure to advertising.
255: 4       Q.   Yeah.  And what did you mean
255: 5   by that?
255: 6       A.   That since we couldn't
255: 7   explain the very, very widespread use of
255: 8   these drugs based on their being
255: 9   prescribed to patients in whom it would
255: 10  be worth the tradeoff of higher heart
255: 11  attack risk in exchange for perhaps more
255: 12  ulcer protection, that there must be
255: 13  something else going on.  And one of the
255: 14  factors that was an obvious potential
255: 15  cause was the extensive advertising to
255: 16  patients and to doctors.
255: 17      Q.   Have you written about the
255: 18  effect of direct-to-consumer advertising
255: 19  in commercial detailing on prescribing
255: 20  practices?
255: 21      A.   Yes, I have.
255: 22      Q.   What, if any, effect does
255: 23  direct-to-consumer advertising have on
255: 24  physician prescribing behavior?
256: 1       A.   As I've written, and as many
256: 2   people have found, it drives physician
256: 3   prescribing, which is why it gets done so
256: 4   much.  And that patients will often tell
256: 5   a doctor, I saw this ad or I heard this
256: 6   commercial, do you think I ought to be on
256: 7   this drug, give me t drug.
256: 8   Q.  Now, you've testified to a
256: 9       lot of issues that you developed during
256: 10      the course of your work with Merck and
256: 11      during the course of the time the drug
256: 12      was on the market.  Do you hold those
256: 13      opinions in things that you've testified
256: 14      to to a reasonable degree of medical
256: 15      certainty, Doctor?
256: 16  A.  Yes, I do.
256: 17  Q.  Okay.
256: 18      And you still hold those
256: 19      opinions to a reasonable degree of
256: 20      medical certainty today?
256: 21  A.  Absolutely.

268:11  -  268:21      Avorn, Jerome 2006-06-29
268: 11  Q.  Do you feel it important to
268: 12      the issues that we asked you to address
268: 13      to review the deposition testimony or the
268: 14      trial testimony of every Merck witness
268: 15      who has testified in this litigation?
268: 16  A.  That would not even be
268: 17      possible even if I wanted to.  But my
268: 18      concern has been on what was done and
268: 19      said and acted upon at the time, not a
268: 20      reconstruction of that years later in the
268: 21      midst of litigation.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**274:13 - 275:5**     Avorn, Jerome 2006-06-29
274: 13     Q.  Now, let me ask you some of
274: 14     your opinions generally, and we can
274: 15     hopefully move through these fairly
274: 16     quickly.
274: 17     Doctor, we addressed this
274: 18     previously about what your opinions were
274: 19     at the time that you were studying Vioxx.
274: 20     Let's move forward in time.
274: 21     As of today, do you have an
274: 22     opinion to a reasonable degree of medical
274: 23     certainty as to whether or not Vioxx was
274: 24     any more effective as a pain reliever
275: 1     than other nonsteroidal
275: 2     anti-inflammatories, whether it be
275: 3     aspirin, Motrin, naproxen, all the others
275: 4     we've talked about?
275: 5     A.  Yes, I have such an opinion.

**275:22 - 277:17**     Avorn, Jerome 2006-06-29
275: 22     BY MR. TISI:
275: 23     Q.  What is your opinion?
275: 24     A.  My opinion, I think it's
276: 1     pretty universal, is that there's really
276: 2     no evidence that Vioxx was or is any more
276: 3     effective as an analgesic or a pain
276: 4     reliever than any of the older
276: 5     nonsteroidals that are on the market.
276: 6     Q.  Do you know whether or not
276: 7     Merck ever claimed that Vioxx was better
276: 8     at pain relief than any other drug that
276: 9     was on the market?
276: 10     A.  It did not.
276: 11     Q.  Is that important in
276: 12     applying the risk/benefit analysis that
276: 13     we talked about before?
276: 14     A.  Yes.  Because if there were
276: 15     a drug that was -- when Vioxx first came
276: 16     out, there were a lot of articles in the
276: 17     newspapers calling it the super aspirin
276: 18     and kind of implying that it worked much
276: 19     better than aspirin or Motrin.  If that
276: 20     were true, then maybe for somebody with
276: 21     really bad arthritis, you might even be
276: 22     willing to consider a slight increase in
276: 23     some other risks if this was really the
276: 24     most fantastic pain reliever ever.  But
277: 1     it's about as good as all the others we
277: 2     have.
277: 3     Q.  Let me go on.
277: 4     Do you know whether or
277: 5     not -- do you have an opinion as to
277: 6     whether or not Vioxx had any effect on
277: 7     the GI system?
277: 8     A.  Yes.
277: 9     Q.  And what is that opinion?
277: 10     A.  Well, like all drugs in the
277: 11     nonsteroidal class, it's more irritating
277: 12     than not taking anything.  But it also,
277: 13     in the VIGOR study, was found to actually
277: 14     be less irritating to the stomach and
277: 15     less producing of important gastric
277: 16     problems than other drugs like naproxen
277: 17     in particular.

**277:20 - 280:8**     Avorn, Jerome 2006-06-29
277: 20     In assessing the benefits
277: 21     and the risks of Vioxx, have you
277: 22     considered the fact that at least
277: 23     compared to naproxen it had a better GI

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657 EEF-DEK Document 8843-7 Filed 11/20/06 Page 50 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn MD

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|

| | |
|---|---|
| 277: 24 | benefit? |
| 278: 1 | A. Yes. That was actually the |
| 278: 2 | substance of the discussions that I had |
| 278: 3 | with my colleagues around the time that |
| 278: 4 | the VIGOR data was coming out, that, |
| 278: 5 | well, if it is worse for your heart but |
| 278: 6 | better for your stomach, is that a |
| 278: 7 | tradeoff that was worth making? Because |
| 278: 8 | often in either practice or research or |
| 278: 9 | teaching medical students or residents, I |
| 278: 10 | have to confront the issue of this drug |
| 278: 11 | is worse in this respect but better in |
| 278: 12 | this respect, and how do you balance |
| 278: 13 | those two. |
| 278: 14 | There's a couple of sections |
| 278: 15 | in my book about that, because a lot of |
| 278: 16 | drugs will have some pluses and some |
| 278: 17 | minuses, and you have to be able to |
| 278: 18 | measure them and then weigh them. |
| 278: 19 | Q. Do you know whether or not |
| 278: 20 | Merck, in connection with Vioxx, as time |
| 278: 21 | went on, suggested that patients who are |
| 278: 22 | at risk for heart problems should take |
| 278: 23 | aspirin? |
| 278: 24 | A. Yes. |
| 279: 1 | Q. That Vioxx was no substitute |
| 279: 2 | for aspirin? |
| 279: 3 | A. Correct. They stated that. |
| 279: 4 | Q. In patients in which aspirin |
| 279: 5 | and Vioxx were taken, how did that affect |
| 279: 6 | the GI benefit? Do you have an opinion |
| 279: 7 | as to that? |
| 279: 8 | A. I have an opinion. |
| 279: 9 | Q. And what is that opinion? |
| 279: 10 | A. Well, based on Merck's own |
| 279: 11 | study, they did a study which I think was |
| 279: 12 | called the aspirin endoscopy study in |
| 279: 13 | which they actually looked at whether or |
| 279: 14 | not the gentler on your stomach advantage |
| 279: 15 | of Vioxx would still be there in patients |
| 279: 16 | who needed to take a baby aspirin a day |
| 279: 17 | to protect their heart. |
| 279: 18 | Because after the VIGOR |
| 279: 19 | study came out, Merck themselves were |
| 279: 20 | saying, if you need to be on aspirin |
| 279: 21 | while you're taking Vioxx, you should |
| 279: 22 | take aspirin to protect your heart. |
| 279: 23 | And in the study which they |
| 279: 24 | conducted of patients who were given both |
| 280: 1 | aspirin and Vioxx, what they found was |
| 280: 2 | that the protective effect on the stomach |
| 280: 3 | of Vioxx was actually lost if a patient |
| 280: 4 | was taking aspirin in addition. That is, |
| 280: 5 | you couldn't demonstrate the |
| 280: 6 | gastroprotective effect of Vioxx if a |
| 280: 7 | patient was taking a baby aspirin |
| 280: 8 | alongside it. |
| | |
| **280:11 - 281:2** | Avorn, Jerome 2006-06-29 |
| 280: 11 | Do you have an opinion that |
| 280: 12 | you hold to a reasonable degree of |
| 280: 13 | medical and scientific certainty as to |
| 280: 14 | whether or not Vioxx is capable of |
| 280: 15 | causing heart attacks in human beings? |
| 280: 16 | A. I have an opinion. |
| 280: 17 | Q. And what is that opinion? |
| 280: 18 | A. That Vioxx does cause heart |
| 280: 19 | disease, specifically heart attacks in |
| 280: 20 | human beings. |
| 280: 21 | Q. Would you briefly give us |
| 280: 22 | the basis of that opinion? |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 280: 23 | A. Yes. I think that there's a | |
| 280: 24 | number of different reasons for coming to | |
| 281: 1 | that opinion, all of which, in my view, | |
| 281: 2 | point in the same direction. | |

**284:11 - 286:12**  Avorn, Jerome 2006-06-29

| | |
|---|---|
| 284: 11 | What are the bases of your |
| 284: 12 | opinion as an epidemiologist that Vioxx |
| 284: 13 | is capable of causing heart attacks in |
| 284: 14 | human beings? |
| 284: 15 | A. The clinical trial evidence |
| 284: 16 | I think is the number one strongest |
| 284: 17 | indication for -- or evidence for this, |
| 284: 18 | that randomized controlled clinical |
| 284: 19 | trials double blind in which patients who |
| 284: 20 | were given Vioxx compared to other drugs, |
| 284: 21 | the consistency of the evidence that |
| 284: 22 | Vioxx causes a higher number of heart |
| 284: 23 | attacks or other cardiovascular adverse |
| 284: 24 | events from a number of studies which we |
| 285: 1 | could go through, that is one key |
| 285: 2 | foundation of this association. And that |
| 285: 3 | was found in VIGOR, in 090, in ADVANTAGE, |
| 285: 4 | in a number of studies, most of which |
| 285: 5 | actually were conducted by Merck which |
| 285: 6 | showed -- |
| 285: 7 | Q. APPROVe? |
| 285: 8 | A. -- a higher -- I'm sorry? |
| 285: 9 | Q. APPROVe, does APPROVe fit in |
| 285: 10 | there? |
| 285: 11 | A. APPROVe, I'm sorry, that was |
| 285: 12 | the one that got it off the market. |
| 285: 13 | All of those are studies |
| 285: 14 | which showed a higher rate of heart |
| 285: 15 | attacks and other cardiovascular outcomes |
| 285: 16 | in patients given Vioxx. That is one |
| 285: 17 | line of evidence. |
| 285: 18 | The other line of evidence, |
| 285: 19 | which is totally separate, but also |
| 285: 20 | points in the same direction, is studies |
| 285: 21 | of the kind that we have done where you |
| 285: 22 | look at people taking Vioxx compared to |
| 285: 23 | people taking Celebrex compared to other |
| 285: 24 | medications, and, again, finding that the |
| 286: 1 | people taking Vioxx out there in the |
| 286: 2 | normal world, not in the clinical trial, |
| 286: 3 | are having more heart attacks than people |
| 286: 4 | not taking it. |
| 286: 5 | And then in a way, the icing |
| 286: 6 | on the cake is if there is some reason |
| 286: 7 | for being able to say we think we may |
| 286: 8 | know why this happens, that is additional |
| 286: 9 | helpful information. |
| 286: 10 | Q. And did you have all three |
| 286: 11 | of those in connection with -- to support |
| 286: 12 | Vioxx? |

**287:3 - 288:14**  Avorn, Jerome 2006-06-29

| | |
|---|---|
| 287: 3 | A. Yes. I think all three |
| 287: 4 | lines of argument were present and |
| 287: 5 | reasonably clear in the case of Vioxx. |
| 287: 6 | Q. All right. Moving forward, |
| 287: 7 | Doctor. |
| 287: 8 | Do you have an opinion as to |
| 287: 9 | whether or not it is generally accepted |
| 287: 10 | in the medical and scientific community |
| 287: 11 | today that Vioxx is capable of causing |
| 287: 12 | heart attacks in human beings? |
| 287: 13 | A. Yes. That was the unanimous |
| 287: 14 | view of the FDA Advisory Committee that |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 287: 15 | met in 2005. | | |
| 287: 16 | Q.   When you say "the unanimous | | |
| 287: 17 | view," what do you mean? | | |
| 287: 18 | A.   I think there were 32 people | | |
| 287: 19 | voting, and I believe that 32 in answer | | |
| 287: 20 | to the question, does Vioxx cause | | |
| 287: 21 | cardiovascular disease in humans, I think | | |
| 287: 22 | 32 out of the 32 said yes, and I don't | | |
| 287: 23 | think anyone said no. | | |
| 287: 24 | Q.   Okay. | | |
| 288: 1 | Dr. Avorn, do you have an | | |
| 288: 2 | opinion that you hold to a reasonable | | |
| 288: 3 | degree of medical certainty as to whether | | |
| 288: 4 | or not a person has to be taking Vioxx | | |
| 288: 5 | for any particular period of time before | | |
| 288: 6 | they are actually at risk for a | | |
| 288: 7 | Vioxx-induced heart attack? | | |
| 288: 8 | A.   Well, in our study, we found | | |
| 288: 9 | an increase in risk in 1 to 30 days, as | | |
| 288: 10 | well as 30 to 90 days.  So -- and we've | | |
| 288: 11 | recently just in the last week or two | | |
| 288: 12 | seen that the contention -- | | |
| 288: 13 | Q.   Let me ask you a question. | | |
| 288: 14 | A.   Okay. | | |
| | | | |
| | | | |
| **290:5 -**   **290:11** | Avorn, Jerome 2006-06-29 | | |
| 290: 5 | Has there been any evidence | | |
| 290: 6 | that has come out in the past two days | | |
| 290: 7 | that support your opinion that there is | | |
| 290: 8 | not a period of time in which it is | | |
| 290: 9 | necessary for a person to be on Vioxx | | |
| 290: 10 | before they develop a Vioxx-induced heart | | |
| 290: 11 | attack? | | |
| | | | |
| **290:15 -**   **291:21** | Avorn, Jerome 2006-06-29 | | |
| 290: 15 | A.   Well, let's call it the last | | |
| 290: 16 | week, because it was put up on the | | |
| 290: 17 | website of the New England Journal of | | |
| 290: 18 | Medicine in the last several days, and I | | |
| 290: 19 | don't remember if it was two or three. | | |
| 290: 20 | Q.   Go ahead. | | |
| 290: 21 | A.   But it has just become known | | |
| 290: 22 | to the world at large that the analysis | | |
| 290: 23 | which was performed on the data from the | | |
| 290: 24 | APPROVe study, which was the study that | | |
| 291: 1 | was released in September of '04, which | | |
| 291: 2 | was the occasion for withdrawing the drug | | |
| 291: 3 | from the market, that the analysis which | | |
| 291: 4 | was initially done and reported in the | | |
| 291: 5 | New England Journal, to their | | |
| 291: 6 | embarrassment, was incorrect, and that it | | |
| 291: 7 | was -- it looked at this issue of before | | |
| 291: 8 | 18 months versus after 18 months in a way | | |
| 291: 9 | that was erroneous in a statistical | | |
| 291: 10 | sense.  And that if one looks at it in | | |
| 291: 11 | the correct way, that there is not this | | |
| 291: 12 | phenomenon of no effect before 18 months | | |
| 291: 13 | and then the effect starts. | | |
| 291: 14 | Q.   And -- | | |
| 291: 15 | A.   And if I could just complete | | |
| 291: 16 | that thought. | | |
| 291: 17 | The New England Journal | | |
| 291: 18 | required the authors of that paper to | | |
| 291: 19 | publish a correction to their original | | |
| 291: 20 | report, which is the new element that has | | |
| 291: 21 | come out in just the last few days. | | |
| | | | |
| **292:2 -**   **293:8** | Avorn, Jerome 2006-06-29 | | |
| 292: 2 | Q.   Doctor, are there any other | | |
| 292: 3 | clinical trials that you are aware of in | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 292: 4      reviewing the materials we asked you to | | |
| 292: 5      review which were shorter term studies | | |
| 292: 6      where risks were seen? | | |
| 292: 7          A.   Yes.  The VIGOR study itself | | |
| 292: 8      only lasted nine months, and that was the | | |
| 292: 9      study in which the four or five-fold | | |
| 292: 10     increase in heart attacks was seen.  So, | | |
| 292: 11     if there was no effect before 18 months, | | |
| 292: 12     it would have not been seen in VIGOR, but | | |
| 292: 13     it was. | | |
| 292: 14             In addition, studies like | | |
| 292: 15     ADVANTAGE and study 090 were much briefer | | |
| 292: 16     than that, and they also found an effect | | |
| 292: 17     that was different in Vioxx users versus | | |
| 292: 18     the comparison group in well under six | | |
| 292: 19     months. | | |
| 292: 20         Q.   And looking at all of those | | |
| 292: 21     together, in your opinion, did a pattern | | |
| 292: 22     emerge that in any way suggested, good or | | |
| 292: 23     bad, that there was not a cutoff period | | |
| 292: 24     of time where the risk begins? | | |
| 293: 1          A.   I think looking at all the | | |
| 293: 2      data together from the clinical trials, | | |
| 293: 3      and in addition, separately looking at | | |
| 293: 4      the data from the observational or the | | |
| 293: 5      epidemiologic studies, the totality of | | |
| 293: 6      the evidence does not suggest that there | | |
| 293: 7      is a, quote, safe period early on when | | |
| 293: 8      you don't get into trouble with the drug. | | |
| | | |
| | | |
| **294:21 -    296:6**    Avorn, Jerome 2006-06-29 | | |
| 294: 21         Q.   Doctor, we talked about the | | |
| 294: 22     VIGOR study in the earlier part of your | | |
| 294: 23     deposition.  Have you since come to learn | | |
| 294: 24     that the data from the VIGOR study is | | |
| 295: 1      different than you initially thought it | | |
| 295: 2      was at the time it was published? | | |
| 295: 3          A.   Yes. | | |
| 295: 4          Q.   What did you understand is | | |
| 295: 5      now different than what was originally | | |
| 295: 6      reported by Merck in November of 2000? | | |
| 295: 7          A.   Well, apparently -- not | | |
| 295: 8      apparently, it is now agreed, I think, by | | |
| 295: 9      all parties that there were three cases | | |
| 295: 10     of heart attack in patients who were in | | |
| 295: 11     the VIGOR study, who actually were in the | | |
| 295: 12     Vioxx arm of the VIGOR study whose heart | | |
| 295: 13     attacks were not included in the original | | |
| 295: 14     report as it was published in the New | | |
| 295: 15     England Journal of Medicine. | | |
| 295: 16         Q.   Were those in any particular | | |
| 295: 17     subgroup in the VIGOR study that is of | | |
| 295: 18     clinical importance? | | |
| 295: 19         A.   All of them were in what was | | |
| 295: 20     called the aspirin not indicated group, | | |
| 295: 21     which was the supposedly lower risk for | | |
| 295: 22     cardiac disease subgroup of the study. | | |
| 295: 23         Q.   In terms of the whole, what | | |
| 295: 24     we call the naproxen issue, what | | |
| 296: 1      significance, in as simple a way as you | | |
| 296: 2      can explain it, what significance is it | | |
| 296: 3      that the three deaths -- | | |
| 296: 4          A.   Heart attacks. | | |
| 296: 5          Q.   -- heart attacks were not in | | |
| 296: 6      the aspirin-indicated group? | | |
| | | |
| | | |
| **297:11      299:5**    Avorn, Jerome 2006-06-29 | | |
| 297: 11         THE WITNESS:  Okay. | | |
| 297: 12         The fact that the three | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 297: 13 | heart attacks that were not |
| 297: 14 | originally reported in the first |
| 297: 15 | -- in the publication of the |
| 297: 16 | Vioxx -- of the VIGOR study, the |
| 297: 17 | importance of their having all |
| 297: 18 | occurred in the, quote, aspirin |
| 297: 19 | not indicated group is the |
| 297: 20 | following: |
| 297: 21 |     The argument that was being |
| 297: 22 | made in the VIGOR study as it was |
| 297: 23 | published was that the reason that |
| 297: 24 | there were more heart attacks seen |
| 298: 1 | in people taking Vioxx compared to |
| 298: 2 | people taking naproxen was that |
| 298: 3 | naproxen had this very powerful |
| 298: 4 | aspirin-like effect on your |
| 298: 5 | platelets which made them not |
| 298: 6 | clot, and that Vioxx didn't have |
| 298: 7 | that effect, and that's how |
| 298: 8 | naproxen was supposedly preventing |
| 298: 9 | heart attacks rather than having |
| 298: 10 | Vioxx cause heart attacks. |
| 298: 11 |     The importance of those |
| 298: 12 | three cases occurring in the |
| 298: 13 | patients who didn't need aspirin |
| 298: 14 | group is that that doesn't fit, |
| 298: 15 | that if the issue was that Vioxx |
| 298: 16 | lacked the aspirin-like effect |
| 298: 17 | that naproxen supposedly had, then |
| 298: 18 | you would not expect people who |
| 298: 19 | didn't need aspirin to do any |
| 298: 20 | worse, but, in fact, the people |
| 298: 21 | who didn't need aspirin also did |
| 298: 22 | worse on Vioxx, which is |
| 298: 23 | consistent with the idea that it |
| 298: 24 | wasn't just about some imagined |
| 299: 1 | naproxen protective effect, but, |
| 299: 2 | rather, about the likelihood, |
| 299: 3 | which I think is now quite |
| 299: 4 | plausible that Vioxx was actually |
| 299: 5 | precipitating the heart attacks. |
| | |
| **300:9 - 301:15** | Avorn, Jerome 2006-06-29 |
| 300: 9 | Q. Let's go to the next |
| 300: 10 | question that we asked you to address, |
| 300: 11 | which is Merck's investigation and |
| 300: 12 | management of -- investigation of the |
| 300: 13 | potential of Vioxx to cause heart attacks |
| 300: 14 | and their management of that issue, the |
| 300: 15 | studies, the communications, et cetera. |
| 300: 16 | Okay? |
| 300: 17 | First of all, have you |
| 300: 18 | reviewed documents that were before the |
| 300: 19 | new drug application was filed for Vioxx? |
| 300: 20 | A. Yes. There were some |
| 300: 21 | initial reports of clinical trials that |
| 300: 22 | had been conducted. |
| 300: 23 | Q. What is the term "signal," |
| 300: 24 | Doctor? First of all, is the term |
| 301: 1 | "signal" something that is commonly used |
| 301: 2 | in your field of pharmacoepidemiology? |
| 301: 3 | A. Yes. |
| 301: 4 | Q. Would you please explain to |
| 301: 5 | the jury what a "signal" is? |
| 301: 6 | A. Yes. I think a good regular |
| 301: 7 | language word would be "clue." That if |
| 301: 8 | there may be some evidence that comes up |
| 301: 9 | that is not in itself a slam dunk proof |
| 301: 10 | that there's a problem, but something |
| 301: 11 | that might be called a smoking gun, |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8543-7   Filed 11/20/06   Page 55 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 301: 12    something that sure looks suspicious and | | |
| 301: 13    warrants followup, even though in itself | | |
| 301: 14    it does not absolutely wrap up the | | |
| 301: 15    certainty that there's a problem. | | |
| | | |
| **301:22   -   302:7**    Avorn, Jerome 2006-06-29 | | |
| 301: 22    Q.  Okay. | | |
| 301: 23        Doctor, do you have an | | |
| 301: 24        opinion as to whether or not Merck should | | |
| 302: 1        have recognized -- a reasonable and | | |
| 302: 2        prudent company with the knowledge that | | |
| 302: 3        Merck had before the drug was on the | | |
| 302: 4        market should have recognized that there | | |
| 302: 5        was the potential for cardiovascular | | |
| 302: 6        disease in patients who took Vioxx? | | |
| 302: 7    A.  Yes. | | |
| | | |
| **302:14   -   307:17**    Avorn, Jerome 2006-06-29 | | |
| 302: 14        If one looks at the totality | | |
| 302: 15        of the information that was | | |
| 302: 16        available as of the time that the | | |
| 302: 17        new drug application was | | |
| 302: 18        submitted, there were a number of | | |
| 302: 19        pieces of information from | | |
| 302: 20        clinical trial data, as well as | | |
| 302: 21        from other sources, that certainly | | |
| 302: 22        raised a question as to whether or | | |
| 302: 23        not this was a problem.  And I'm | | |
| 302: 24        not saying that they were slam | | |
| 303: 1        dunk, to use a phrase from the | | |
| 303: 2        current administration, slam dunk | | |
| 303: 3        evidence that there was a problem, | | |
| 303: 4        but that certainly were very | | |
| 303: 5        suspicious worries. | | |
| 303: 6        -  -  - | | |
| 303: 7        (Whereupon, Deposition | | |
| 303: 8        Exhibit Avorn-31, Research | | |
| 303: 9        Management Committee 4-10-96 | | |
| 303: 10        MRK-ABC0048699 - MRK-ABC0048706, | | |
| 303: 11        was marked for identification.) | | |
| 303: 12        -  -  - | | |
| 303: 13        BY MR. TISI: | | |
| 303: 14    Q.  I'm going to hand you what I | | |
| 303: 15        have had marked as Exhibit Number 31. | | |
| 303: 16        And for the record, this is a Research | | |
| 303: 17        Management Committee document dated | | |
| 303: 18        October 10, 1996, MRK-ABC0048699. | | |
| 303: 19        Have you seen this document | | |
| 303: 20        before? | | |
| 303: 21    A.  Yes, I have. | | |
| 303: 22    Q.  Is this a document you | | |
| 303: 23        relied on in supporting your opinion that | | |
| 303: 24        there was a, quote, signal of potential | | |
| 304: 1        cardiotoxicity for Vioxx prior to filing | | |
| 304: 2        of the new drug application? | | |
| 304: 3    A.  In part. | | |
| 304: 4    Q.  Okay. | | |
| 304: 5        Would you please go to Page | | |
| 304: 6        8. | | |
| 304: 7    A.  Yes. | | |
| 304: 8    Q.  First of all, what is | | |
| 304: 9        MK-966? | | |
| 304: 10    A.  That was the working name | | |
| 304: 11        for Vioxx before it was called Vioxx. | | |
| 304: 12    Q.  And is this a document that | | |
| 304: 13        is a Merck document? | | |
| 304: 14    A.  Yes. | | |
| 304: 15    Q.  In Section 3, it indicates a | | |
| 304: 16        section that says "Adverse Events."  Do | | |
| 304: 17        you see that? | | |
| 304: 18    A.  Yes. | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8543-7 Filed 11/20/06 Page 56 of 185
Plaintiff's and Defendant's Designations of Jeremie Ayotn MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 304: 19  Q.  Okay. | | |
| 304: 20       Would you tell us what, if | | |
| 304: 21       anything, was significant in your review | | |
| 304: 22       of this document which supports your | | |
| 304: 23       opinions? | | |
| 304: 24  A.  Sure.  In fairness, I should | | |
| 305: 1        point out that these were very, very big | | |
| 305: 2        doses of Vioxx.  This was before they | | |
| 305: 3        really knew what the right dose would be, | | |
| 305: 4        and so these doses were 125 to 175 | | |
| 305: 5        milligrams.  I think that's part of the | | |
| 305: 6        picture here. | | |
| 305: 7   Q.  Sure. | | |
| 305: 8   A.  Having said that, the second | | |
| 305: 9        paragraph -- and the other important | | |
| 305: 10       point was that this study lasted only six | | |
| 305: 11       weeks.  And so it was a really remarkably | | |
| 305: 12       short period of time in which you really | | |
| 305: 13       would not expect to see a cardiovascular | | |
| 305: 14       risk because it was only a | | |
| 305: 15       month-and-a-half long. | | |
| 305: 16       And the second paragraph | | |
| 305: 17       reads, "Adverse events of most concern | | |
| 305: 18       were in the cardiovascular system (e.g., | | |
| 305: 19       MI" or heart attack, "unstable angina" | | |
| 305: 20       which is increasing chest pain from heart | | |
| 305: 21       disease, "rapid fall in hemoglobin and | | |
| 305: 22       hematocrit in some subjects, and a small | | |
| 305: 23       increase in blood pressure." | | |
| 305: 24  Q.  And this is October of 1996? | | |
| 306: 1   A.  Correct. | | |
| 306: 2        And then the next sentence | | |
| 306: 3        which I think is also relevant, "We plan | | |
| 306: 4        to evaluate MK-966" or Vioxx "in a study | | |
| 306: 5        where subjects are also given low-dose | | |
| 306: 6        aspirin." | | |
| 306: 7   Q.  Was that study ever done? | | |
| 306: 8   A.  It was not until the VIGOR | | |
| 306: 9        data came out in 2000 that Merck began to | | |
| 306: 10       advocate using aspirin in people taking | | |
| 306: 11       Vioxx, and so that would have been, oh, | | |
| 306: 12       four years later. | | |
| 306: 13  Q.  All right. | | |
| 306: 14       Now, Doctor, did you also | | |
| 306: 15       review the medical officer reviews for | | |
| 306: 16       Vioxx, the FDA medical officer review for | | |
| 306: 17       Vioxx when the drug was approved? | | |
| 306: 18  A.  Yes. | | |
| 306: 19  Q.  And did you consider the | | |
| 306: 20       views of the medical officer when forming | | |
| 306: 21       your opinions? | | |
| 306: 22  A.  Yes.  Because that was what | | |
| 306: 23       was known at the time. | | |
| 306: 24  Q.  What, if any, significance, | | |
| 307: 1        and I'm going to try to go through these | | |
| 307: 2        fairly quickly, what, if any, | | |
| 307: 3        significance was there in the | | |
| 307: 4        cardiovascular section of the medical | | |
| 307: 5        officer review for the Vioxx clinical | | |
| 307: 6        trial program that assisted you in | | |
| 307: 7        formulating your opinions? | | |
| 307: 8   A.  Well, a number of the FDA | | |
| 307: 9        staff that were evaluating Vioxx, and I'm | | |
| 307: 10       thinking of Dr. Pulayo, Dr. Villalba and | | |
| 307: 11       Dr. Targum, were struck with and noticed | | |
| 307: 12       and wrote about the fact that there | | |
| 307: 13       appeared to be an excess of | | |
| 307: 14       cardiovascular disease in patients who | | |
| 307: 15       were given Vioxx in the clinical trials | | |
| 307: 16       that were submitted by Merck to FDA in | | |
| 307: 17       the late '90s. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

**308:6 - 309:13**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 308: 6 | Q. I'm going to show you a |
| 308: 7 | document.   First of all, is this a |
| 308: 8 | document that you reviewed in the context |
| 308: 9 | of your opinions that you prepared to |
| 308: 10 | render in this case? |
| 308: 11 | A. Yes. |
| 308: 12 | Q. Okay. |
| 308: 13 | What is this document, |
| 308: 14 | Doctor? |
| 308: 15 | A. This is labeled "Scientific |
| 308: 16 | Advisors Meeting, May 3-May 6, 1998." |
| 308: 17 | Q. And what is this document? |
| 308: 18 | A. This is a summary of the |
| 308: 19 | report of a group of scientific advisors |
| 308: 20 | that Merck pulled together to advise it |
| 308: 21 | on the development of the -- Vioxx as |
| 308: 22 | it was in its preapproval state, that is, |
| 308: 23 | before it was  -- before the FDA approved |
| 308: 24 | it. |
| 309: 1 | Q. Would you turn to Page 11 of |
| 309: 2 | this document? |
| 309: 3 | A. Yes. |
| 309: 4 | Q. Under the section entitled |
| 309: 5 | "Cardiovascular." |
| 309: 6 | A. Yes. |
| 309: 7 | Q. Do you see that? |
| 309: 8 | A. Yes. |
| 309: 9 | Q. Would you please tell the |
| 309: 10 | members of the jury what Merck was being |
| 309: 11 | told by its Board of Scientific Advisors |
| 309: 12 | about the potential problems for Vioxx |
| 309: 13 | prior to the drug being on the market? |

**309:21 - 311:12**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 309: 21 | THE WITNESS:  The Board of |
| 309: 22 | Scientific Advisors drew the |
| 309: 23 | company's attention to three |
| 309: 24 | specific issues that are numbered |
| 310: 1 | here.  One was the possibility of, |
| 310: 2 | we talked about this balance of |
| 310: 3 | COX-1 and COX-2, that if you block |
| 310: 4 | COX-2 and don't block COX-1, the |
| 310: 5 | committee, which was outside |
| 310: 6 | pharmacologists of some renown, |
| 310: 7 | said here's something that could |
| 310: 8 | happen that one might expect or |
| 310: 9 | worry about if you block COX-2 and |
| 310: 10 | don't block COX-1 as much. |
| 310: 11 | One is "the development of |
| 310: 12 | lipid rich coronary plaques."  And |
| 310: 13 | that's basically gunk developed, |
| 310: 14 | building up in the artery of the |
| 310: 15 | heart, which can then erupt and |
| 310: 16 | form a clot and cause heart |
| 310: 17 | disease. |
| 310: 18 | Two, 'The destabilization of |
| 310: 19 | the cap of these plaques by |
| 310: 20 | inflammatory cells, making them |
| 310: 21 | 'rupture prone'.'  And that is |
| 310: 22 | what we now believe is the |
| 310: 23 | mechanism of heart attacks.  That |
| 310: 24 | you have this fatty gunk sitting |
| 311: 1 | in your arteries, and then for |
| 311: 2 | some reason it ruptures and the |
| 311: 3 | fat is kind of spilled into the |
| 311: 4 | artery and that causes the clot to |
| 311: 5 | form and that causes the heart |
| 311: 6 | attack. |
| 311: 7 | And three, "The thrombotic |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 311: 8 | occlusion of the vessel at the | | |
| 311: 9 | site of plaque rupture with | | |
| 311: 10 | ensuing consequences of ischemia." | | |
| 311: 11 | That basically means having a | | |
| 311: 12 | heart attack. | | |
| | | | |
| **311:21 - 312:8** | Avorn, Jerome 2006-06-29 | | |
| 311: 21 | Q.  Doctor, putting all the kind | | |
| 311: 22 | of evidence that we've been talking about | | |
| 311: 23 | together, do you have an opinion as to | | |
| 311: 24 | whether or not there was evidence prior | | |
| 312: 1 | to Vioxx being on the market that a | | |
| 312: 2 | reasonable and prudent company reviewing | | |
| 312: 3 | the safety profile of this drug would | | |
| 312: 4 | have considered in terms of designing | | |
| 312: 5 | their clinical trial program and | | |
| 312: 6 | investigating this signal? | | |
| 312: 7 | A.  Yes. | | |
| 312: 8 | Q.  What is that opinion? | | |
| | | | |
| **313:2 - 316:8** | Avorn, Jerome 2006-06-29 | | |
| 313: 2 | THE WITNESS:  In developing | | |
| 313: 3 | a drug or looking at drug risks | | |
| 313: 4 | and benefits, it is necessary to | | |
| 313: 5 | look not just at what is found in | | |
| 313: 6 | a particular study, but also what | | |
| 313: 7 | is all the evidence about what | | |
| 313: 8 | might work and what might not | | |
| 313: 9 | work.  And, in fact, what might | | |
| 313: 10 | work can be very useful in | | |
| 313: 11 | planning the development of the | | |
| 313: 12 | drug. | | |
| 313: 13 | And when I teach in a course | | |
| 313: 14 | at Tufts Medical School for drug | | |
| 313: 15 | company executives about thinking | | |
| 313: 16 | about risks and benefits in drug | | |
| 313: 17 | development, one of the points I | | |
| 313: 18 | mention is that it's key to pull | | |
| 313: 19 | together everything that's known | | |
| 313: 20 | so that you can plan your clinical | | |
| 313: 21 | development program, whether it's | | |
| 313: 22 | animal studies or human studies or | | |
| 313: 23 | followup epidemiologic studies so | | |
| 313: 24 | as to follow up on signals.  Some | | |
| 314: 1 | signals may be good signals, like | | |
| 314: 2 | here is a potential really good | | |
| 314: 3 | effect of this drug that we want | | |
| 314: 4 | to find out more about, as well as | | |
| 314: 5 | the bad signals. | | |
| 314: 6 | And looking at it all | | |
| 314: 7 | together, there is the evidence | | |
| 314: 8 | from Merck's own pharmacology | | |
| 314: 9 | advisors saying here's some | | |
| 314: 10 | problems that you guys need to | | |
| 314: 11 | keep an eye out for because, | | |
| 314: 12 | specifically, 1, 2, 3, here are | | |
| 314: 13 | ways in which this drug might | | |
| 314: 14 | cause heart attacks.  Nobody knew | | |
| 314: 15 | specifically at the time that it | | |
| 314: 16 | would, but they were told, watch | | |
| 314: 17 | out for this.  I think there was | | |
| 314: 18 | some phrase in here that they | | |
| 314: 19 | should be actively pursued or | | |
| 314: 20 | something to that effect. | | |
| 314: 21 | There were the earlier | | |
| 314: 22 | clinical trials that Merck had | | |
| 314: 23 | performed in which whatever the | | |
| 314: 24 | dose, if you have a drug that | | |
| 315: 1 | increases heart attacks in a | | |
| 315: 2 | six-week study, that's an | | |
| 315: 3 | important signal to worry about. | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8843-7   Filed 11/20/06   Page 59 of 185

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|

| | | |
|---|---|
| 315: 4 | There were the animal |
| 315: 5 | studies and other pharmacologic |
| 315: 6 | studies that say, gee, you know, |
| 315: 7 | maybe blocking COX-2 selectively |
| 315: 8 | is not a totally good idea, maybe |
| 315: 9 | there are some important good |
| 315: 10 | things a COX-2 does that you don't |
| 315: 11 | want to block totally.  And that |
| 315: 12 | was in the literature before the |
| 315: 13 | drug was on the market. |
| 315: 14 | And so combining the advice |
| 315: 15 | from their scientific advisors, |
| 315: 16 | the evidence from the animal |
| 315: 17 | studies, from the pharmacologic |
| 315: 18 | literature and the evidence from |
| 315: 19 | their own clinical trial |
| 315: 20 | suggesting an increase in events, |
| 315: 21 | I'm not saying they should have |
| 315: 22 | not marketed the drug, I'm not |
| 315: 23 | saying they should have pulled it |
| 315: 24 | off the market the day it was |
| 316: 1 | approved, but I am saying that |
| 316: 2 | these were some smoking guns that |
| 316: 3 | a reasonable company would have |
| 316: 4 | said, as we market this drug, |
| 316: 5 | let's make sure that we're also |
| 316: 6 | keeping an eye on this potential |
| 316: 7 | problem that we've been warned |
| 316: 8 | about from multiple sources. |

**327:18  -  328:1**      Avorn, Jerome 2006-06-29

| | |
|---|---|
| 327: 18 | Dr. Avorn, do you have an |
| 327: 19 | opinion that you hold to a reasonable |
| 327: 20 | degree of medical certainty as to when |
| 327: 21 | there was reasonable evidence of an |
| 327: 22 | association between Vioxx and heart |
| 327: 23 | attacks? |
| 327: 24 | A.   Yes. |
| 328: 1 | Q.   What is that opinion? |

**329:19  -  330:16**      Avorn, Jerome 2006-06-29

| | |
|---|---|
| 329: 19 | That said, I have such an |
| 329: 20 | opinion, and it is that by the |
| 329: 21 | time the data from the VIGOR study |
| 329: 22 | were available to Merck, which |
| 329: 23 | would have been the spring of |
| 329: 24 | 2000, combining the VIGOR data |
| 330: 1 | with the evidence from the other |
| 330: 2 | clinical trials, all of which |
| 330: 3 | Merck had conducted itself, |
| 330: 4 | coupled with the guidance that |
| 330: 5 | Merck had sought and received from |
| 330: 6 | its own Board of Scientific |
| 330: 7 | Advisors, coupled with the |
| 330: 8 | pharmacologic evidence that was |
| 330: 9 | out there in the literature prior |
| 330: 10 | to that point, by the spring of |
| 330: 11 | 2000, the burden of evidence was |
| 330: 12 | enough to suggest that there was |
| 330: 13 | indeed a reason for concern that |
| 330: 14 | Vioxx was associated with heart |
| 330: 15 | attack and other cardiovascular |
| 330: 16 | disease in humans. |

**331:4 -    333:13**      Avorn, Jerome 2006-06-29

| | |
|---|---|
| 331: 4 | Q.   Let's talk about a couple of |
| 331: 5 | those trials.  You mentioned the |
| 331: 6 | ADVANTAGE trial before.  Could you tell |
| 331: 7 | me, first of all, when did the ADVANTAGE |
| 331: 8 | trial data become available to Merck as |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 331: 9    best as you could tell from your review | | |
| 331: 10   of the evidence? | | |
| 331: 11       A.   As I understand it, | | |
| 331: 12   ADVANTAGE was conducted around the same | | |
| 331: 13   time frame as VIGOR, so that the evidence | | |
| 331: 14   from ADVANTAGE was becoming available in | | |
| 331: 15   2000 just as the evidence from VIGOR was | | |
| 331: 16   becoming available. | | |
| 331: 17       Q.   Let's talk about ADVANTAGE | | |
| 331: 18   for a little bit. | | |
| 331: 19          Would you please describe | | |
| 331: 20   for the members of the jury what, if any, | | |
| 331: 21   significance you attach to the ADVANTAGE | | |
| 331: 22   study? | | |
| 331: 23       A.   Yes.  That was a study that, | | |
| 331: 24   as I recall, enrolled a smaller number | | |
| 332: 1    than VIGOR, my recollection would be | | |
| 332: 2    something like 4 or 5,000 patients who | | |
| 332: 3    were randomly allocated -- they were | | |
| 332: 4    patients with osteoarthritis.  And that's | | |
| 332: 5    important because one of the concerns | | |
| 332: 6    that was raised by Merck was, well, the | | |
| 332: 7    VIGOR study was in patients with | | |
| 332: 8    rheumatoid arthritis, and they are not | | |
| 332: 9    like typical patients, and they have more | | |
| 332: 10   heart disease, so that must be part of | | |
| 332: 11   why there were more heart attacks. | | |
| 332: 12          But ADVANTAGE was not about | | |
| 332: 13   rheumatoid arthritis, it was about | | |
| 332: 14   patients who had osteoarthritis, which is | | |
| 332: 15   the garden variety arthritis people get | | |
| 332: 16   in their hips and hands and knees and so | | |
| 332: 17   forth. | | |
| 332: 18          Secondly, ADVANTAGE was not | | |
| 332: 19   in comparison -- well, it was in | | |
| 332: 20   comparison with naproxen, but there were | | |
| 332: 21   patients in it who were taking aspirin as | | |
| 332: 22   I recall.  And as a result, the issue of, | | |
| 332: 23   well, this is only seen if you don't have | | |
| 332: 24   people taking aspirin I don't believe was | | |
| 333: 1    the case in ADVANTAGE. | | |
| 333: 2          It was also a relatively | | |
| 333: 3    brief study.  It did not last for the | | |
| 333: 4    full nine months on average that VIGOR | | |
| 333: 5    lasted.  It was much briefer than that, | | |
| 333: 6    and yet there was still a | | |
| 333: 7    disproportionate number of heart attacks | | |
| 333: 8    in the Vioxx group compared to the | | |
| 333: 9    comparison group.  And that was another | | |
| 333: 10   kind of brick in the wall indicating that | | |
| 333: 11   there was a higher rate of cardiovascular | | |
| 333: 12   disease in people given Vioxx. | | |
| | | |
| **333:23 -   334:18**   Avorn, Jerome 2006-06-29 | | |
| 333: 23       Q.   Let's talk about the 090 | | |
| 333: 24   trial that you mentioned before. | | |
| 334: 1        A.   Right. | | |
| 334: 2        Q.   What is the 090 trial? | | |
| 334: 3        A.   That was another study done | | |
| 334: 4    in patients who had arthritis, and it was | | |
| 334: 5    reviewed on the FDA materials along with | | |
| 334: 6    study 085, I believe.  And 090 was | | |
| 334: 7    important in this whole story because it | | |
| 334: 8    was not testing Vioxx against naproxen, | | |
| 334: 9    and so the idea that this was all because | | |
| 334: 10   naproxen prevents heart attacks and that | | |
| 334: 11   explains the VIGOR findings did not apply | | |
| 334: 12   because the comparison groups in 090 were | | |
| 334: 13   another nonsteroidal called nabumetone | | |
| 334: 14   and placebo.  And there again, there was | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

334: 15 an increase in study 090 in the number of
334: 16 cardiovascular events that were in people
334: 17 randomly assigned to Vioxx compared to
334: 18 people on placebo or nabumetone.

**337:1 -   339:11**   Avorn, Jerome 2006-06-29
337: 1 ask you this question.  Was 090, when did
337: 2 that become available to Merck?
337: 3       A.   My understanding is that
337: 4 that was also around the same time of
337: 5 2000
337: 6       Q.   Okay.
337: 7          Now, in fairness, there's
337: 8 also another study called 085.  Are you
337: 9 familiar with that study?
337: 10       A.   Yes.  That was very much
337: 11 like 090.  And when the FDA reviewed the
337: 12 data, they reviewed them both together
337: 13 and did find this imbalance with more
337: 14 events in the Vioxx group than in the two
337: 15 other comparison groups, but for reasons
337: 16 that are unclear, most of the action
337: 17 seemed to be in the 090 and not in the
337: 18 085 piece of the study.
337: 19       Q.   In small studies like this,
337: 20 in other words, I think you mentioned it
337: 21 was a small study, if you see something
337: 22 in one small study and you don't see it
337: 23 in another study, do you ignore what you
337: 24 see or how does that work in your
338: 1 profession?
338: 2       A.   The absence of a finding
338: 3 does not cancel out the presence of a
338: 4 finding especially if the finding is an
338: 5 excess risk of heart attacks.  And --
338: 6       Q.   Why is that?  Why is that?
338: 7       A.   Because sometimes you don't
338: 8 find a bad thing.  Sometimes you don't
338: 9 find a good thing.  So, for example,
338: 10 companies will often do multiple clinical
338: 11 trials, and if some show good effect and
338: 12 the others don't, very often they will
338: 13 bring the ones that show a good effect to
338: 14 FDA and say approve our drug on that
338: 15 basis because a lot of things can cause a
338: 16 study to yield a null finding, either a
338: 17 good effect or a bad effect, and we know
338: 18 that.  Studies are good things to do, and
338: 19 often things don't go as expected.
338: 20       Q.   Okay.
338: 21       A.   But I think when one looks
338: 22 at a 12-week study and you are seeing
338: 23 heart attacks, that's enormously
338: 24 important because you shouldn't be on
339: 1 anything that will cause a higher risk of
339: 2 heart attacks in 12 weeks.
339: 3       Q.   Using VIGOR, 090 and
339: 4 ADVANTAGE and all the other evidence you
339: 5 talked about before, do you have an
339: 6 opinion to a reasonable degree of medical
339: 7 certainty as to what a reasonable and
339: 8 prudent company looking at the totality
339: 9 of that evidence should have concluded
339: 10 about the cardiovascular safety of Vioxx
339: 11 in the spring of 2000 when --

**340:3 -   340:9**   Avorn, Jerome 2006-06-29
340: 3       Q.   Doctor, what is your
340: 4 opinion?
340: 5       A.   My opinion is that the
340: 6 burden of evidence in the spring of 2000

| Designated Testimony | Objections | Rulings |
|---|---|---|

340: 7    was such that there was evidence of a
340: 8    likely association between Vioxx and
340: 9    heart disease in humans.

**340:18  -  341:18**    Avorn, Jerome 2006-06-29
340: 18    Q.  Doctor, I'm going to show
340: 19    you two documents I'm going to hand you
340: 20    side by side.  One is Exhibit Number 33,
340: 21    which is the FDA Advisory Committee
340: 22    briefing document, specifically the
340: 23    report of Dr. Villalba, and that is
340: 24    February 8th, 2001.
341: 1    And I'm also going to hand
341: 2    you a second document, which is the FDA's
341: 3    cardiovascular report consultation of a
341: 4    Shari Targum.
341: 5    Have you seen both of these
341: 6    documents in connection with your
341: 7    opinions?
341: 8    A.  I've reviewed both of these.
341: 9    Q.  Okay.
341: 10    Are these the kinds of
341: 11    things that experts like yourself would
341: 12    review in considering issues like the
341: 13    ones we've asked you to address?
341: 14    A.  Yes.  This is exactly the
341: 15    kind of information that FDA asked me to
341: 16    evaluate in relation to Lotronex around
341: 17    the question of whether it should be
341: 18    taken off the market around 2000 or so.

**341:19 -  342:6**    Avorn, Jerome 2006-06-29
341: 19    Q.   Now, Doctor, let me ask you
341: 20    this.
341: 21    You reviewed both of these
341: 22    reports of these FDA medical officers.
341: 23    Do you know that or do you have an
341: 24    understanding as to whether they looked
342: 1    at these three studies together,
342: 2    ADVANTAGE, 090, 085 -- actually, we'll
342: 3    add 085 in there as well, and VIGOR, and
342: 4    reached the same conclusions you've
342: 5    reached?
342: 6    A.   That is my impression.

**342:7 -  342:23**    Avorn, Jerome 2006-06-29
342: 7    Q.  Okay.
342: 8    Doctor, let me show you --
342: 9    let's go to Dr. Villalba's report for a
342: 10    moment.  If you can look at Page 11 and
342: 11    12.
342: 12    A.  Yes.
342: 13    Q.  Do you see at the bottom of
342: 14    there, there is a paragraph that starts,
342: 15    "The sponsor explanation for the excess
342: 16    of cardiovascular events in the VIGOR
342: 17    study"?  Do you see that?
342: 18    A.  Right.  Yes.
342: 19    Q.  Would you describe --
342: 20    And, of course, this is Dr.
342: 21    Villalba's report.  Would you describe
342: 22    the facts that -- what does Dr. Villalba
342: 23    conclude here?

**343:13  -  344:5**    Avorn, Jerome 2006-06-29
343: 13    A.  Okay.
343: 14    Dr. Villalba, who is an FDA
343: 15    official who has reviewed all the data

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 343: 16 | submitted while the drug was still on the | | |
| 343: 17 | market, concluded that it was implausible | | |
| 343: 18 | that the difference between -- in the | | |
| 343: 19 | VIGOR study, that the difference in heart | | |
| 343: 20 | attack rates, and one can see that graph | | |
| 343: 21 | go up quite high for incidence of heart | | |
| 343: 22 | attacks in -- or thrombotic | | |
| 343: 23 | cardiovascular serious adverse | | |
| 343: 24 | experiences, the evidence that this could | | |
| 344: 1 | be explained by the fact that naproxen | | |
| 344: 2 | was preventing heart attacks was | | |
| 344: 3 | implausible. | | |
| 344: 4 | Q.  And what are the factors | | |
| 344: 5 | that Dr. Villalba indicates? | | |
| | | | |
| 345:18  -  347:13 | Avorn, Jerome 2006-06-29 | | |
| 345: 18 | A.  Dr. Villalba was speaking | | |
| 345: 19 | specifically to the rapid rise in the | | |
| 345: 20 | incidence of heart attacks in people | | |
| 345: 21 | taking Vioxx as compared with naproxen. | | |
| 345: 22 | And she notes that there is no -- there | | |
| 345: 23 | are no placebo-controlled trials of | | |
| 345: 24 | naproxen that ever have shown that it | | |
| 346: 1 | reduces heart attacks. | | |
| 346: 2 | Q.  Stop right there. | | |
| 346: 3 | Is that something that you | | |
| 346: 4 | agree with? | | |
| 346: 5 | A.  Sure. | | |
| 346: 6 | Q.  Is that something you agreed | | |
| 346: 7 | with at the time? | | |
| 346: 8 | A.  I agree with it now too. | | |
| 346: 9 | Q.  Okay. | | |
| 346: 10 | Is it something that you | | |
| 346: 11 | actually investigated? | | |
| 346: 12 | A.  Yes. | | |
| 346: 13 | Q.  And you concluded that there | | |
| 346: 14 | was no evidence -- did you conclude -- | | |
| 346: 15 | What did you conclude about | | |
| 346: 16 | the evidence of naproxen? | | |
| 346: 17 | A.  At the time that this was | | |
| 346: 18 | being discussed at FDA, we were | | |
| 346: 19 | concurrently doing research in my | | |
| 346: 20 | division on whether naproxen causes a | | |
| 346: 21 | reduction in the risk of heart attacks. | | |
| 346: 22 | Q.  Okay. | | |
| 346: 23 | Going to the next fact here | | |
| 346: 24 | noted by Dr. Villalba. | | |
| 347: 1 | A.  This is also in parallel | | |
| 347: 2 | with our own research, in that she points | | |
| 347: 3 | out that the effect of naproxen, and this | | |
| 347: 4 | is almost the exact language that we used | | |
| 347: 5 | in our paper, even though I had not seen | | |
| 347: 6 | her report at the time, that the effect | | |
| 347: 7 | size that you would need to have, that | | |
| 347: 8 | is, the protective effect of naproxen | | |
| 347: 9 | would need to be so huge that it would | | |
| 347: 10 | make it huger than had ever been seen | | |
| 347: 11 | with aspirin or with, frankly, any other | | |
| 347: 12 | drug for that matter, and that that also | | |
| 347: 13 | made the naproxen idea implausible. | | |
| | | | |
| 350:11  -  350:15 | Avorn, Jerome 2006-06-29 | | |
| 350: 11 | Q.  Now, let's go to Dr. | | |
| 350: 12 | Targum's report. | | |
| 350: 13 | A.  Okay. | | |
| 350: 14 | Q.  First of all, can we bring | | |
| 350: 15 | that up? | | |
| | | | |
| 351:11  -  354:06 | Avorn, Jerome 2006-06-29 | | |
| 351: 11 | This is the report of Dr. | | |
| 351: 12 | Targum at the cardiorenal division, | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8643-7 Filed 11/20/06 Page 64 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 351: 13      correct? | | |
| 351: 14     A.   Yes. | | |
| 351: 15     Q.   Okay. | | |
| 351: 16      February 1st, 2004 -- | | |
| 351: 17     A.   2001. | | |
| 351: 18     Q.   -- 2001, excuse me. | | |
| 351: 19     A.   Right. | | |
| 351: 20     Q.   Okay. | | |
| 351: 21      If you'd go to page -- | | |
| 351: 22      actually 36 -- 34. | | |
| 351: 23     A.   Got it. | | |
| 351: 24     Q.   Do you see the Section 4 at | | |
| 352: 1      the bottom of the page there, it talks | | |
| 352: 2      about "Assessment of the sponsor's claim | | |
| 352: 3      of CV risk"? | | |
| 352: 4     A.   Yes. | | |
| 352: 5     Q.   First of all, the sponsor's | | |
| 352: 6      claim there that the "Sponsor claims that | | |
| 352: 7      the difference in myocardial infarctions | | |
| 352: 8      between the two groups is primarily due | | |
| 352: 9      to the anti-platelet effects of | | |
| 352: 10      naproxen." | | |
| 352: 11     A.   Yes, I reviewed that | | |
| 352: 12      section. | | |
| 352: 13     Q.   Is that what they said in | | |
| 352: 14      the VIGOR paper that we reviewed earlier | | |
| 352: 15      today? | | |
| 352: 16     A.   Yes. | | |
| 352: 17     Q.   Okay. | | |
| 352: 18      Is that what they were | | |
| 352: 19      telling you and your people at Harvard? | | |
| 352: 20     A.   That's what Dr. Sherwood | | |
| 352: 21      told me. | | |
| 352: 22     Q.   Okay. | | |
| 352: 23      Is that what was being said | | |
| 352: 24      by Merck publicly in your experience in | | |
| 353: 1      2000 and 2001? | | |
| 353: 2     A.   Correct. | | |
| 353: 3     Q.   Okay. | | |
| 353: 4      What does Dr. Targum say | | |
| 353: 5      about the, quote, naproxen hypothesis? | | |
| 353: 6     A.   I'll just read her words. | | |
| 353: 7      "The sponsor claims that the difference | | |
| 353: 8      in myocardial infarctions between the two | | |
| 353: 9      groups is primarily due to the | | |
| 353: 10      anti-platelet effects" or the protective | | |
| 353: 11      effects "of naproxen." | | |
| 353: 12      And then she goes on to say, | | |
| 353: 13      "This hypothesis is not supported by any | | |
| 353: 14      prospective placebo-controlled trials | | |
| 353: 15      with naproxen. One can further argue | | |
| 353: 16      that, no matter what the attribution, the | | |
| 353: 17      results (from the cardiovascular | | |
| 353: 18      standpoint) are favorable for naproxen." | | |
| 353: 19     Q.   Do you agree with that? | | |
| 353: 20     A.   Yes. | | |
| 353: 21     Q.   Is that what you testified | | |
| 353: 22      to earlier? | | |
| 353: 23     A.   Yes. | | |
| 353: 24     Q.   Next one, next bullet point | | |
| 354: 1      on the next page. "The sponsor claims | | |
| 354: 2      that the majority of the cardiovascular | | |
| 354: 3      events in the VIGOR study occurred in | | |
| 354: 4      those patients who should have been | | |
| 354: 5      taking aspirin for cardioprotection." | | |
| 354: 6     A.   Yes. | | |
| | | |
| **354:7 -   354:14**    Avorn, Jerome 2006-06-29 | | |
| 354: 7     Q.   Is that the issue that we | | |
| 354: 8     talked about before that had to be | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 354: 9 | corrected in the New England Journal of |
| 354: 10 | Medicine? |
| 354: 11 | A.  That's right. |
| 354: 12 | Q.   And that was corrected in |
| 354: 13 | 2005? |
| 354: 14 | A.   That's correct. |

**354:16  -   354:24**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 354: 16 | Do you agree with Dr. Targum |
| 354: 17 | as to the significance of that fact? |
| 354: 18 | A.  Yes.  As she states it in |
| 354: 19 | her own words, "This claim has not |
| 354: 20 | convinced this medical reviewer," and she |
| 354: 21 | goes on to say that there are increased |
| 354: 22 | events, heart attacks in the Vioxx group |
| 354: 23 | even in patients who did not fall into |
| 354: 24 | the aspirin-indicated subgroup. |

**356:4  -   357:09**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 356: 4 | Q.  Could you turn to Page 36, |
| 356: 5 | please? |
| 356: 6 | A.  Yes. |
| 356: 7 | Q.  At the bottom of the page |
| 356: 8 | there. |
| 356: 9 | A.  Yes. |
| 356: 10 | Q.  The very bottom it says, |
| 356: 11 | "Suggested labeling." |
| 356: 12 | A.  Yes. |
| 356: 13 | Q.  Do you see that there? |
| 356: 14 | A.  Yes. |
| 356: 15 | Q.  Would you read what she says |
| 356: 16 | about that? |
| 356: 17 | A.  Yes. |
| 356: 18 | Q.  Well, actually, go to the |
| 356: 19 | second sentence, if you don't mind. |
| 356: 20 | A.  All right. |
| 356: 21 | In bold it suggests labeling |
| 356: 22 | that would properly address CV risks. |
| 356: 23 | Q.  In the last sentence there? |
| 356: 24 | A.  "It would be difficult to |
| 357: 1 | imagine inclusion of VIGOR results in the |
| 357: 2 | rofecoxib" or Vioxx "labeling without |
| 357: 3 | mentioning cardiovascular safety results |
| 357: 4 | in the study description as well as the |
| 357: 5 | Warnings section." |
| 357: 6 | Q.  Okay. |
| 357: 7 | Do you agree with Dr. |
| 357: 8 | Targum? |
| 357: 9 | A.  Yes. |

**358:5  -   358:16**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 358: 5 | Does your opinions about the |
| 358: 6 | confluence of 090, 085, ADVANTAGE, |
| 358: 7 | APPROVe and all the other -- |
| 358: 8 | A.   Not APPROVe.  You mean |
| 358: 9 | VIGOR. |
| 358: 10 | Q.   VIGOR, and all the evidence |
| 358: 11 | surrounding that we've been talking |
| 358: 12 | about, do you come to the same |
| 358: 13 | conclusions about the validity of the |
| 358: 14 | naproxen hypothesis that both of these |
| 358: 15 | medical officers looking at the same |
| 358: 16 | information came to? |

**358:22  -   359:7**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 358: 22 | THE WITNESS:  Yes, I do. |
| 358: 23 | And I think equally importantly, |
| 358: 24 | those are opinions which I wrote |
| 359: 1 | myself in our publications around |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 359: 2 | this period. | | |
| 359: 3 | BY MR. TISI: | | |
| 359: 4 | Q.   Okay. | | |
| 359: 5 | We haven't talked about the | | |
| 359: 6 | Alzheimer studies. | | |
| 359: 7 | A.   Right. | | |
| | | | |
| **359:13   -   359:24** | Avorn, Jerome 2006-06-29 | | |
| 359: 13 | Do you have an opinion to a | | |
| 359: 14 | reasonable degree of medical certainty as | | |
| 359: 15 | to whether or not there was reasonable | | |
| 359: 16 | evidence of increased mortality | | |
| 359: 17 | associated with Vioxx? | | |
| 359: 18 | A.   Yes. | | |
| 359: 19 | Q.   What is that opinion? | | |
| 359: 20 | A.   That opinion is that there | | |
| 359: 21 | was an increase in mortality, | | |
| 359: 22 | particularly as reflected in the | | |
| 359: 23 | Alzheimer studies conducted by Merck with | | |
| 359: 24 | Vioxx. | | |
| | | | |
| **366:23   -   367:1** | Avorn, Jerome 2006-06-29 | | |
| 366: 23 | Q.   Doctor, when you looked at | | |
| 366: 24 | cardiac death in the Alzheimer's trials, | | |
| 367: 1 | was there an imbalance? | | |
| | | | |
| **367:2   -   367:3** | Avorn, Jerome 2006-06-29 | | |
| 367: 2 | A.   No. | | |
| 367: 3 | Q.   Cardiac death. | | |
| | | | |
| **367:4   -   368:24** | Avorn, Jerome 2006-06-29 | | |
| 367: 4 | A.   I'm sorry.  I thought you | | |
| 367: 5 | meant cardiac outcomes.  I don't remember | | |
| 367: 6 | the cardiac death by heart.  Let me look | | |
| 367: 7 | at that.  I think that -- was the 8 to 2 | | |
| 367: 8 | or 8 to 3 ratio of deaths, as I recall? | | |
| 367: 9 | And I can dig through it here, but if we | | |
| 367: 10 | agree that it was 8 to 2 or 8 to 3, the 2 | | |
| 367: 11 | and 3 varied.  But there was a | | |
| 367: 12 | four-foldish increase. | | |
| 367: 13 | Q.   Is that significant, Doctor? | | |
| 367: 14 | A.   Well, it depends on what you | | |
| 367: 15 | mean by "significant."  It is striking. | | |
| 367: 16 | With small numbers, I honestly don't | | |
| 367: 17 | recall whether it was significant in the | | |
| 367: 18 | statistical sense.  But, again, I think | | |
| 367: 19 | if you tell me that there are four times | | |
| 367: 20 | as many people having cardiac deaths in | | |
| 367: 21 | group A versus group B, that would catch | | |
| 367: 22 | my attention. | | |
| 367: 23 | Q.   All right. | | |
| 367: 24 | Doctor, let's move on. | | |
| 368: 1 | A.   There's one point, Mr. Tisi, | | |
| 368: 2 | in answer to your question that I didn't | | |
| 368: 3 | get to say.  And that is, if one looks at | | |
| 368: 4 | the means of ascertaining events in these | | |
| 368: 5 | studies, I was struck with the fact that | | |
| 368: 6 | the studies did not seem to me as a | | |
| 368: 7 | geriatrician and as somebody who has | | |
| 368: 8 | written about geriatric pharmacology to | | |
| 368: 9 | be set up in a way that would ascertain | | |
| 368: 10 | cardiac events in a systematic way so | | |
| 368: 11 | that you could really be confident of the | | |
| 368: 12 | results that would come from any part of | | |
| 368: 13 | the study design that would identify who | | |
| 368: 14 | had a heart attack or who didn't or who | | |
| 368: 15 | had an angina and who didn't, who had a | | |
| 368: 16 | stroke and who didn't. | | |
| 368: 17 | I was underwhelmed with the | | |
| 368: 18 | care with which those outcomes were being | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

368: 19    looked at.  Perhaps their focus was just
368: 20    on tracking people's mental status.  But
368: 21    another reason that I suspect there was
368: 22    not a clear difference seen in
368: 23    cardiovascular events was that they were
368: 24    not being looked for very carefully.

**369:9  -  371:18**    Avorn, Jerome 2006-06-29
369: 9    BY MR. TISI:
369: 10        Q.   Well, Doctor, did you review
369: 11    the data analysis plan and the standard
369: 12    operating procedure for ascertaining
369: 13    cardiovascular events?
369: 14        A.   Yes, I did.
369: 15        Q.   Okay.  And did you find, did
369: 16    you have an opinion as to whether or not
369: 17    this was set up appropriately to
369: 18    ascertain and analyze events in the Vioxx
369: 19    clinical trials?
369: 20        A.   Yes, I do.
369: 21        Q.   And what is that opinion?
369: 22        A.   Based on reviewing the
369: 23    cardiac standard operating procedure that
369: 24    Merck put together, which they argued was
370: 1    their response to the VIGOR data to look
370: 2    for cardiac events in all their other
370: 3    studies, I was struck with the fact that
370: 4    a number of key presentations of heart
370: 5    attack, that is, key manifestations of
370: 6    having a heart attack, seemed to have
370: 7    been deleted in the course of that
370: 8    standard operating procedure being
370: 9    implemented.
370: 10        So, for example, pulmonary
370: 11    edema, which is well known to be a
370: 12    presenting or a manifesting sign of a
370: 13    heart attack, congestive heart failure,
370: 14    arrhythmias, which is rhythm
370: 15    disturbances, all were excised from
370: 16    having been there before, were struck out
370: 17    in the version of the standard operating
370: 18    procedure at Merck that I saw, which
370: 19    would clearly result in under
370: 20    ascertainment or missing a lot of cases
370: 21    of heart attack, which particularly in
370: 22    the elderly, are going to present
370: 23    themselves in precisely that way.
370: 24        Q.   Doctor, do you have an
371: 1    opinion to a reasonable degree of medical
371: 2    certainty as somebody who has taught
371: 3    pharmaceutical company executives about
371: 4    looking at signals and designing clinical
371: 5    trials as to whether or not it was
371: 6    feasible to do a cardiovascular outcomes
371: 7    study that would have definitively
371: 8    answered this question while Vioxx was on
371: 9    the market?
371: 10        A.   Yes, I do.
371: 11        Q.   And what is that opinion?
371: 12        A.   My opinion is that it would
371: 13    have been feasible and ethical and quite
371: 14    doable to have such a study done in
371: 15    response to the signals that emerged and
371: 16    that the more than signals, the data that
371: 17    emerged from the studies we have been
371: 18    discussing.

**374:17  -  376:15**    Avorn, Jerome 2006-06-29
374: 17    BY MR. TISI:

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8843-7 Filed 11/20/06 Page 68 of 185
Plaintiff's and Defendant's Designations of Jeremiah Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

374: 18      Q. I'm going to show you what I
374: 19   have had marked as Exhibit Number 36. Is
374: 20   this the document to which you refer?
374: 21      A. I think so.
374: 22      Q. Okay.
374: 23       And when you look at the
374: 24   e-mail from Dr. Scolnick dated April 12,
375: 1   2000, and this would have been right
375: 2   after the VIGOR study, the VIGOR on our
375: 3   timeline --
375: 4      A. Right.
375: 5      Q. -- right after VIGOR was
375: 6   unblinded and the data became available?
375: 7      A. Correct.
375: 8      Q. Okay.
375: 9       Would you read what Dr.
375: 10   Scolnick has to say?
375: 11      A. Yes. This is to Dr. Reicin.
375: 12   "Hi, Alise. I have been trading e-mails
375: 13   with Doug Greene in realtime. We are all
375: 14   online too late. I will tell you my
375: 15   worry quotient is high. I actually am in
375: 16   minor agony. What I really want to do is
375: 17   a 10,000 versus 10,000 patient study in
375: 18   mild to moderate osteoarthritis Tylenol
375: 19   versus Vioxx with PRN," which means as
375: 20   needed, "low-dose ASA," which is aspirin,
375: 21   "for those judged to need it. Safety," I
375: 22   guess he means would be the "first
375: 23   primary endpoint and efficacy secondary
375: 24   or co-primary. WE WILL NOT" now this is
376: 1   in capital letters, "WE WILL NOT KNOW FOR
376: 2   SURE WHAT IS GOING ON UNTIL WE DO THIS
376: 3   STUDY. PLEASE THINK HARD ABOUT THE
376: 4   DESIGN BEFORE THE PAC MEETING. Thanks,
376: 5   Ed."
376: 6      Q. As somebody who conducts
376: 7   clinical trials and conducts
376: 8   epidemiologic studies and looks at these
376: 9   kinds of issues, would this have been an
376: 10   ethical study to do?
376: 11      A. Yeah. I think he got it
376: 12   exactly right.
376: 13      Q. And was any such study ever
376: 14   done?
376: 15      A. Not to my knowledge.


**376:16 - 377:20**
376: 16   Q. Moving on, Doctor.
376: 17      Do you have an opinion as to
376: 18      whether or not to a reasonable degree of
376: 19      medical certainty, having reviewed all
376: 20      the documents you reviewed in connection
376: 21      with your prior experience, as to whether
376: 22      or not the benefits of Vioxx were
376: 23      outweighed by its risks?
376: 24   A. Yes.
377: 1   Q. And what is that opinion?
377: 2   A. That its benefits were not
377: 3      outweighed by its risks. If one counts
377: 4      up the number of serious gastrointestinal
377: 5      complications that it prevented, and it
377: 6      did at least in people not taking
377: 7      aspirin, and you compare those with the
377: 8      number of serious cardiovascular events
377: 9      that it caused, the numbers are actually
377: 10      quite close. And clinically, it is worse
377: 11      to have a heart attack or a stroke than
377: 12      to have a GI bleed because you can fix
377: 13      the GI bleed by stopping the offending

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 69 of 185
Plaintiff's and Defendant's Designations of Jeromie Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 377: 14     drug, maybe the patient may need a blood | | |
| 377: 15     transfusion, and then they are as good as | | |
| 377: 16     they were before.  But if you've had a | | |
| 377: 17     heart attack or a stroke, there's often | | |
| 377: 18     permanent damage to your heart or your | | |
| 377: 19     brain, and you're usually not as good as | | |
| 377: 20     you were before. | | |
| | | |
| **377:21 -   380:9** | | |
| 377: 21       Q.   Doctor, that brings me to | | |
| 377: 22   another question. | | |
| 377: 23       Do you have an opinion as to | | |
| 377: 24   whether or not all NSAIDs have the same | | |
| 378: 1   cardiovascular risk as Vioxx? | | |
| 378: 2       A.   I have such an opinion. | | |
| 378: 3       Q.   Okay. | | |
| 378: 4       Is that something you've | | |
| 378: 5   written about? | | |
| 378: 6       A.   Yes. | | |
| 378: 7       Q.   In fact, is that something | | |
| 378: 8   that you looked at specifically in the | | |
| 378: 9   context of your Vioxx studies compared to | | |
| 378: 10   Celebrex? | | |
| 378: 11       A.   Correct. | | |
| 378: 12       Q.   And, in fact, that's | | |
| 378: 13   something that you looked at in your | | |
| 378: 14   NSAID study comparing naproxen to other | | |
| 378: 15   drugs? | | |
| 378: 16       A.   Correct. | | |
| 378: 17       Q.   And in looking at the | | |
| 378: 18   totality of evidence, do you have an | | |
| 378: 19   opinion as to whether or not there is a, | | |
| 378: 20   quote, class effect, a cardiovascular | | |
| 378: 21   class effect between all nonsteroidal | | |
| 378: 22   anti-inflammatory drugs? | | |
| 378: 23       A.   I do have such an opinion. | | |
| 378: 24       Q.   And what is that opinion? | | |
| 379: 1       A.   My opinion is that there is | | |
| 379: 2   not a unitary class effect, that is, it | | |
| 379: 3   is not the same for all drugs, and that, | | |
| 379: 4   in fact, there is a gradient of effects | | |
| 379: 5   where with some drugs, which happen to be | | |
| 379: 6   the ones that were taken off the market, | | |
| 379: 7   namely, Vioxx and Bextra, having the | | |
| 379: 8   worst risk of heart attack and stroke and | | |
| 379: 9   then lower risk for Celebrex, but | | |
| 379: 10   certainly Celebrex at high doses, and I | | |
| 379: 11   think we know that from some clinical | | |
| 379: 12   trial data, and then probably lower risk | | |
| 379: 13   for the older nonsteroidals.  And then, | | |
| 379: 14   of course, aspirin, on the other end of | | |
| 379: 15   the spectrum, not only has no cardiac | | |
| 379: 16   risk, but it prevents heart attacks. | | |
| 379: 17       Q.   Have you communicated this | | |
| 379: 18   opinion to the Food & Drug | | |
| 379: 19   Administration? | | |
| 379: 20       A.   Yes, I have. | | |
| 379: 21       Q.   And is Celebrex still on the | | |
| 379: 22   market, by the way? | | |
| 379: 23       A.   Yes, it is. | | |
| 379: 24       Q.   Is naproxen still on the | | |
| 380: 1   market? | | |
| 380: 2       A.   Yes, it is. | | |
| 380: 3       Q.   Is diclofenac still on the | | |
| 380: 4   market? | | |
| 380: 5       A.   Yes, it is. | | |
| 380: 6       Q.   Aspirin? | | |
| 380: 7       A.   Yes. | | |
| 380: 8       Q.   Naproxen? | | |
| 380: 9       A.   Yes. | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Jerome Avorn MD
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 70 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

**380:10 - 384:19**

| | |
|---|---|
| 380: 10 | Q.  Doctor, you testified that |
| 380: 11 | you're an expert in the factors that go |
| 380: 12 | into physician prescribing practices. |
| 380: 13 | What are those factors? |
| 380: 14 | A.  We've done a number of |
| 380: 15 | studies about what shapes physician |
| 380: 16 | prescribing decisions, and I mentioned |
| 380: 17 | the first one I published in 1982.  And |
| 380: 18 | in doing that work, we tried to define |
| 380: 19 | what predicts or drives what a doctor |
| 380: 20 | prescribes.  And a great deal of it is |
| 380: 21 | the doctor's perception of benefit versus |
| 380: 22 | risk which he or she learns from a |
| 380: 23 | variety of sources. |
| 380: 24 | Q.  What are the sources in |
| 381: 1 | which a pharmaceutical company |
| 381: 2 | communicates with doctors about their |
| 381: 3 | products? |
| 381: 4 | A.  Well, the legal governing |
| 381: 5 | document that is probably central because |
| 381: 6 | it determines what the company is allowed |
| 381: 7 | to say in all of its promotional material |
| 381: 8 | and all of its sales presentations is |
| 381: 9 | what FDA calls the labeling or sometimes |
| 381: 10 | it's called the package insert.  But it's |
| 381: 11 | a lengthy document, usually in small |
| 381: 12 | print, that describes everything about a |
| 381: 13 | drug, what it's used for, what its |
| 381: 14 | benefits are, what its risks are, what |
| 381: 15 | its dose is and so forth. |
| 381: 16 | Q.  Are there any other methods |
| 381: 17 | by which a pharmaceutical company |
| 381: 18 | communicates with doctors that you're |
| 381: 19 | familiar with? |
| 381: 20 | A.  Sure.  They will also, of |
| 381: 21 | course, send out sales reps to doctors' |
| 381: 22 | offices to talk to us about the |
| 381: 23 | attributes of their drug, and, of course, |
| 381: 24 | they will take out ads in medical |
| 382: 1 | journals.  They will also take out ads or |
| 382: 2 | put commercials on TV for patients.  And |
| 382: 3 | they will sponsor continuing education |
| 382: 4 | programs for physicians. |
| 382: 5 | Q.  What about publication of |
| 382: 6 | medical articles? |
| 382: 7 | A.  Very often companies are |
| 382: 8 | heavily involved, as we've learned, in |
| 382: 9 | the publication of articles in the |
| 382: 10 | medical literature. |
| 382: 11 | Q.  Let me talk about some of |
| 382: 12 | those things for a moment.  Let's talk |
| 382: 13 | about the label for a moment. |
| 382: 14 | First of all, what's a black |
| 382: 15 | box warning? |
| 382: 16 | A.  A black box warning is the |
| 382: 17 | strongest kind of warning that appears on |
| 382: 18 | a label which is literally in a black |
| 382: 19 | box.  And if the FDA feels that there is |
| 382: 20 | a particularly important risk for a given |
| 382: 21 | drug, it insists that the manufacturer -- |
| 382: 22 | because the manufacturer kind of owns the |
| 382: 23 | words in the label and negotiates with |
| 382: 24 | the FDA, but ultimately it is the |
| 383: 1 | manufacturer's words, the FDA will insist |
| 383: 2 | that a black box appear at the very |
| 383: 3 | beginning of the description of the drug |
| 383: 4 | in the labeling information warning about |
| 383: 5 | a particular problem. |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 383: 6    Q. What is a warning? | | |
| 383: 7    A. A warning is the next | | |
| 383: 8       highest level of alert, and it is a | | |
| 383: 9       section in the labeling in which the most | | |
| 383: 10       important risks of a drug are presented. | | |
| 383: 11    Q. What about a precaution? | | |
| 383: 12    A. That's a much milder part of | | |
| 383: 13       the labeling in which it's kind of a | | |
| 383: 14       "watch out for this," but it's known as | | |
| 383: 15       to be a lower standard of risk. | | |
| 383: 16       - - - | | |
| 383: 17       (Whereupon, Deposition | | |
| 383: 18       Exhibit Avorn-37, Vioxx label | | |
| 383: 19       1999 MRK-LBL0000035 - | | |
| 383: 20       MRK-LBL0000038, was marked for | | |
| 383: 21       identification.) | | |
| 383: 22       - - - | | |
| 383: 23       BY MR. TISI: | | |
| 383: 24    Q. Let's look at the -- have | | |
| 384: 1       you reviewed the label that was in effect | | |
| 384: 2       from 1999 through 2002? | | |
| 384: 3    A. Yes, I have. | | |
| 384: 4    Q. And starting from the date | | |
| 384: 5       of the VIGOR results, and let me hand | | |
| 384: 6       that to you. | | |
| 384: 7       Doctor, was there any black | | |
| 384: 8       box warning for cardiovascular disease in | | |
| 384: 9       this label? | | |
| 384: 10    A. There was no black box | | |
| 384: 11       warning of any kind. | | |
| 384: 12    Q. Was there a warning? | | |
| 384: 13    A. No. | | |
| 384: 14    Q. Was there even a precaution | | |
| 384: 15       in the original label that dealt with | | |
| 384: 16       cardiovascular disease? | | |
| 384: 17    A. Let me just turn to the | | |
| 384: 18       precautions section because I want to be | | |
| 384: 19       sure I'm being fair to the company. | | |
| | | |
| **384:22  -  385:8**    Avorn, Jerome 2006-06-29 | | |
| 384: 22       No. I've just reviewed the | | |
| 384: 23       precautions section again and I don't see | | |
| 384: 24       anything about heart attack. | | |
| 385: 1    Q. And that was in effect until | | |
| 385: 2       April of 2002? | | |
| 385: 3    A. That's correct. | | |
| 385: 4    Q. Okay. | | |
| 385: 5       And VIGOR came out, VIGOR | | |
| 385: 6       results became available in 2000, early | | |
| 385: 7       2000? | | |
| 385: 8    A. In the spring of 2000. | | |
| | | |
| **386:15  -  386:20**    Avorn, Jerome 2006-06-29 | | |
| 386: 15       Doctor, given what was known | | |
| 386: 16       about Vioxx from 2000 to 2002, does this | | |
| 386: 17       label contain information about | | |
| 386: 18       cardiovascular risks that would have | | |
| 386: 19       allowed physicians to weigh those risks | | |
| 386: 20       against the benefits? | | |
| | | |
| **388:19  -  389:5**    Avorn, Jerome 2006-06-29 | | |
| 388: 19       Does this label contain | | |
| 388: 20       accurate medical and scientific | | |
| 388: 21       information about the increased mortality | | |
| 388: 22       seen in the Alzheimer's trials? | | |
| 388: 23    A. There's nothing in the label | | |
| 388: 24       about the doubling of the death rate in | | |
| 389: 1       the Alzheimer's study in this label. | | |
| 389: 2    Q. Is that, in your opinion, | | |
| 389: 3       important information for doctors to | | |
| 389: 4       consider in making a fair risk/benefit | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

389: 5      analysis for their patients?

**389:11 - 390:3**    Avorn, Jerome 2006-06-29
389: 11      THE WITNESS:  As someone who
389: 12      has published papers on doctors'
389: 13      assessment of risk versus benefit
389: 14      and how that drives their
389: 15      prescribing, and as someone who
389: 16      has conducted and studied programs
389: 17      to present information to doctors
389: 18      in an unbiased manner, I can
389: 19      assert with complete confidence
389: 20      that failing to indicate that a
389: 21      given drug has been associated
389: 22      with a doubling of death rate in a
389: 23      study that was statistically
389: 24      significant, failing to have that
390: 1      in the label does not give doctors
390: 2      the information they need to use
390: 3      that drug appropriately.

**390:15 - 390:18**    Avorn, Jerome 2006-06-29
390: 15      Q.  Doctor, have you looked at
390: 16      the 2002 label which I'm handing to you
390: 17      now?
390: 18      A.  Yes, I have.

**391:2 - 393:3**    Avorn, Jerome 2006-06-29
391: 2      Q.  Is it your understanding
391: 3      that in April of 2002 the Vioxx label was
391: 4      changed to include some information about
391: 5      the cardiac findings in the VIGOR study?
391: 6      A.  Yes.
391: 7      Q.  And have you reviewed that,
391: 8      Doctor?
391: 9      A.  Yes, I have.
391: 10      Q.  And where does that --
391: 11      First of all, let me ask
391: 12      you, is there a black box warning for
391: 13      doctors in the 2002 label?
391: 14      A.  No.
391: 15      Q.  Is there a warning on
391: 16      cardiovascular risk in the label?
391: 17      A.  No.
391: 18      Q.  Where does the information
391: 19      about VIGOR appear in this label?
391: 20      A.  It is over here in the
391: 21      section that is called "Clinical
391: 22      Studies."
391: 23      Q.  Is it also in the
391: 24      precautions section?
392: 1      A.  I believe there is a
392: 2      precaution about gastro -- about
392: 3      cardiovascular effects.
392: 4      Q.  Do you know whether or not
392: 5      the --
392: 6      We talked about before, we
392: 7      looked at the medical officer report of
392: 8      Dr. Targum?
392: 9      A.  Yes.
392: 10      Q.  Okay.
392: 11      Which talks about the, I
392: 12      think her words were, it is hard to
392: 13      conceive that this information from VIGOR
392: 14      would not be contained in the warnings
392: 15      section.  Do you remember that?
392: 16      A.  Correct.
392: 17      Q.  Okay.
392: 18      Do you know whether or not
392: 19      the FDA, in fact, did recommend that the
392: 20      company include a warning about the

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 73 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 392: 21 | cardiovascular risk seen in VIGOR? | | |
| 392: 22 | A.  Yes, I know that. | | |
| 392: 23 | Q.  And do you have an opinion | | |
| 392: 24 | as to whether or not there was a | | |
| 393: 1 | reasonable evidence of association | | |
| 393: 2 | between Vioxx and cardiovascular disease | | |
| 393: 3 | at the time that VIGOR became available? | | |
| | | | |
| **393:9  -  393:16** | Avorn, Jerome 2006-06-29 | | |
| 393: 9 | Q.  If that is the standard for | | |
| 393: 10 | placing a warning -- | | |
| 393: 11 | A.  Yes. | | |
| 393: 12 | Q.  -- would that information | | |
| 393: 13 | alone have been enough to include the CV | | |
| 393: 14 | risk in the warnings section of the Vioxx | | |
| 393: 15 | label? | | |
| 393: 16 | A.  Yes. | | |
| | | | |
| **394:1  -  394:13** | Avorn, Jerome 2006-06-29 | | |
| 394: 1 | Do you have an opinion, | | |
| 394: 2 | again, to a reasonable degree of medical | | |
| 394: 3 | certainty, as to whether or not the | | |
| 394: 4 | information in the warning label in 2002 | | |
| 394: 5 | contained information about increased | | |
| 394: 6 | mortality? | | |
| 394: 7 | A.  Do I have an -- I'm sorry. | | |
| 394: 8 | Do I have an opinion as to whether it was | | |
| 394: 9 | there? | | |
| 394: 10 | Q.  Do you know whether it is | | |
| 394: 11 | there or not? | | |
| 394: 12 | A.  I know that it was not | | |
| 394: 13 | there. | | |
| | | | |
| **395:19  -  395:24** | Avorn, Jerome 2006-06-29 | | |
| 395: 19 | Do you have an opinion to a | | |
| 395: 20 | reasonable degree of medical certainty as | | |
| 395: 21 | to whether or not the evidence of an | | |
| 395: 22 | association between Vioxx and increased | | |
| 395: 23 | mortality should have been contained in | | |
| 395: 24 | the warnings section of the Vioxx label? | | |
| | | | |
| **396:23  -  397:12** | Avorn, Jerome 2006-06-29 | | |
| 396: 23 | I have such an opinion, and | | |
| 396: 24 | my opinion is that if a company is in | | |
| 397: 1 | possession of data that indicates a | | |
| 397: 2 | statistically significant doubling of the | | |
| 397: 3 | death rate in a placebo-controlled | | |
| 397: 4 | randomized control trial that it | | |
| 397: 5 | conducted, then that information needs to | | |
| 397: 6 | be in the label to be able to guide | | |
| 397: 7 | physicians to make appropriate decisions | | |
| 397: 8 | about the use of that drug. | | |
| 397: 9 | Q.  Have you seen any evidence | | |
| 397: 10 | that the FDA wanted to include | | |
| 397: 11 | information about VIGOR and ADVANTAGE in | | |
| 397: 12 | the warnings section? | | |
| | | | |
| **398:5  -  398:16** | Avorn, Jerome 2006-06-29 | | |
| 398: 5 | THE WITNESS:  I have seen | | |
| 398: 6 | correspondence between Merck and | | |
| 398: 7 | FDA in both directions about the | | |
| 398: 8 | modifications to the label that | | |
| 398: 9 | were proposed. | | |
| 398: 10 | BY MR. TISI: | | |
| 398: 11 | Q.  Okay. | | |
| 398: 12 | And do you know whether or | | |
| 398: 13 | not the FDA proposed that information | | |
| 398: 14 | about VIGOR and ADVANTAGE on | | |
| 398: 15 | cardiovascular events and cardiovascular | | |
| 398: 16 | risk be placed in the warnings section? | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| **399:19  -  400:4**  Avorn, Jerome 2006-06-29 | | |
| 399: 19    A.  Yes. | | |
| 399: 20    Q.  Okay. | | |
| 399: 21         Having seen it, and as | | |
| 399: 22         somebody who is an expert in the factors | | |
| 399: 23         that drive doctors' prescribing | | |
| 399: 24         practices, do you have an opinion as to | | |
| 400: 1         whether or not that kind of information | | |
| 400: 2         in the warnings section would have | | |
| 400: 3         assisted doctors in making a risk/benefit | | |
| 400: 4         analysis for their patients? | | |
| **400:11  -  400:20**  Avorn, Jerome 2006-06-29 | | |
| 400: 11         THE WITNESS:  I have such an | | |
| 400: 12         opinion that that would have been | | |
| 400: 13         an important piece of information | | |
| 400: 14         for doctors to have. | | |
| 400: 15         BY MR. TISI: | | |
| 400: 16    Q.  Do you think that the lack | | |
| 400: 17         of that information deprived doctors of | | |
| 400: 18         an important piece of information from | | |
| 400: 19         which they could make reasonable | | |
| 400: 20         prescribing choices? | | |
| **401:9  -  402:13**  Avorn, Jerome 2006-06-29 | | |
| 401: 9         As someone who has done | | |
| 401: 10         research on published and peer-reviewed | | |
| 401: 11         journals about physicians' assessments of | | |
| 401: 12         risks and benefits, and as someone who | | |
| 401: 13         teaches physicians about weighing risks | | |
| 401: 14         and benefits, and has written a book | | |
| 401: 15         about risks and benefits as drivers of | | |
| 401: 16         drug use, and as somebody who has written | | |
| 401: 17         a paper recently in the New England | | |
| 401: 18         Journal about the effect of labeling on | | |
| 401: 19         warnings and on prescribing, I can say | | |
| 401: 20         with a great deal of certainty that a | | |
| 401: 21         physician not having information about | | |
| 401: 22         doubling of mortality risk and of | | |
| 401: 23         increased risk of heart attack caused by | | |
| 401: 24         a drug would deprive that physician from | | |
| 402: 1         the ability to be able to make a wise | | |
| 402: 2         prescribing decision. | | |
| 402: 3    Q.  Doctor, let me ask you this. | | |
| 402: 4         Do you have any evidence you | | |
| 402: 5         have seen in this case that the addition | | |
| 402: 6         of such a warning, as opposed to a | | |
| 402: 7         precaution, would have been made a | | |
| 402: 8         difference with respect to prescribing | | |
| 402: 9         practices with respect to Vioxx? | | |
| 402: 10    A.  Yes. | **[402:11-13]** | **Barnett:** Overruled. |
| 402: 11         MR. TISI:  Let me show you | **Def's Obj.:** Lack of | **Mason:** Sustained. |
| 402: 12         what I'd like to have marked as | foundation; witness | |
| 402: 13         Exhibit Number 39. | does not establish any | |
| **403:3  -  403:13**  Avorn, Jerome 2006-06-29 | expertise with financial | |
| 403: 3    Q.  Doctor, have you seen this | forecasts like this | |
| 403: 4         before in preparation for your testimony | document. | |
| 403: 5         today? | | |
| 403: 6    A.  Yes, I have. | | |
| 403: 7    Q.  Would you describe -- | **PI's Resp.:**  Witness | |
| 403: 8         First of all, this is July | has published in peer- | |
| 403: 9         of 2001? | reviewed literature that | |
| 403: 10    A.  Right. | warnings effect | |
| 403: 11    Q.  This is before the label | prescribing decisions. | |
| 403: 12         change? | This Merck document | |
| 403: 13    A.  Right. | supports his opinion | |
| **404:8  -  404:11**  Avorn, Jerome 2006-06-29 | and as an expert, he is | |
| 404: 8         What does this document | entitled to rely upon it. | |
| 404: 9         indicate as to doctors' willingness to | | |
| 404: 10         prescribe Vioxx if there is a warning | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

404: 11 | versus a precaution?  Go ahead.

**404:15  -  405:2**  Avorn, Jerome 2006-06-29

| | |
|---|---|
| 404: 15 | THE WITNESS:  This document |
| 404: 16 | indicates that the individuals at |
| 404: 17 | Merck who prepared it had exactly |
| 404: 18 | the same impression as I did about |
| 404: 19 | the effect of a clear warning |
| 404: 20 | versus what they call a mild |
| 404: 21 | warning on utilization of the |
| 404: 22 | drug.  And what their graph |
| 404: 23 | indicates is their projection that |
| 404: 24 | utilization of the drug would be |
| 405: 1 | much lower if there was a strong |
| 405: 2 | warning versus a mild warning. |

**405:14  -  406:21**  Avorn, Jerome 2006-06-29

| | |
|---|---|
| 405: 14 | Q.  Is this consistent with your |
| 405: 15 | own research that the various levels of |
| 405: 16 | warning make a difference with doctors? |
| 405: 17 | A.  Yes. |
| 405: 18 | Q.  Doctor, you mentioned |
| 405: 19 | another method by which doctors |
| 405: 20 | communicate -- companies communicate with |
| 405: 21 | doctors is their statements to the press. |
| 405: 22 | I think you mentioned that before? |
| 405: 23 | A.  Right. |
| 405: 24 | Q.  Have you seen statements |
| 406: 1 | that Merck has made to the press about |
| 406: 2 | the cardiovascular safety of Vioxx? |
| 406: 3 | A.  Yes. |
| 406: 4 | MR. TISI:  I'm going to hand |
| 406: 5 | you what I would like to have |
| 406: 6 | marked as Exhibit Number 40. |
| 406: 7 | - - - |
| 406: 8 | (Whereupon, Deposition |
| 406: 9 | Exhibit Avorn-40, News Release |
| 406: 10 | 5-22-01, MRK-ABI0003228 - |
| 406: 11 | MRK-ABI0003230, was marked for |
| 406: 12 | identification.) |
| 406: 13 | - - - |
| 406: 14 | THE WITNESS:  Sounds right. |
| 406: 15 | BY MR. TISI: |
| 406: 16 | Q.  Doctor, have you seen this |
| 406: 17 | before as an example of the kind of |
| 406: 18 | communication that Merck made to the |
| 406: 19 | press? |
| 406: 20 | A.  Yes. |
| 406: 21 | Q.  What is this? |

**407:3  -  407:14**  Avorn, Jerome 2006-06-29

| | |
|---|---|
| 407: 3 | THE WITNESS:  This is |
| 407: 4 | labeled as a news release on |
| 407: 5 | Merck's stationary for immediate |
| 407: 6 | release, and the title of it is -- |
| 407: 7 | and it's dated May 22nd, 2001. |
| 407: 8 | And the title is "Merck Confirms |
| 407: 9 | Favorable Cardiovascular Safety |
| 407: 10 | Profile of Vioxx." |
| 407: 11 | BY MR. TISI: |
| 407: 12 | Q.  And this talks about the |
| 407: 13 | VIGOR study? |
| 407: 14 | A.  Right. |

**408:2  -  408:6**  Avorn, Jerome 2006-06-29

| | |
|---|---|
| 408: 2 | Knowing what you know about |
| 408: 3 | VIGOR, and looking at the medicine and |
| 408: 4 | science surrounding VIGOR, is this |
| 408: 5 | medically and scientifically accurate |
| 408: 6 | information to disseminate to the public? |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8543-7 Filed 11/20/06 Page 76 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**408:9 - 410:20**      Avorn, Jerome 2006-06-29

| | |
|---|---|
| 408: 9 | THE WITNESS: A great deal |
| 408: 10 | of my work, Mr. Tisi, involves |
| 408: 11 | looking at ways of presenting |
| 408: 12 | complicated information about drug |
| 408: 13 | risks and drug benefits both to |
| 408: 14 | physicians and to patients. We |
| 408: 15 | did some of the first studies of |
| 408: 16 | how to present information to |
| 408: 17 | patients back in the early 1980s |
| 408: 18 | relating to antibiotic risks and |
| 408: 19 | benefits. |
| 408: 20 | We have since produced |
| 408: 21 | copious materials for patients in |
| 408: 22 | our program in the State of |
| 408: 23 | Pennsylvania explaining to them |
| 408: 24 | the risks and benefits of various |
| 409: 1 | drugs in addition to information |
| 409: 2 | for doctors to teach them about |
| 409: 3 | how to balance risks and benefits |
| 409: 4 | of drugs in a program supported by |
| 409: 5 | the State of Pennsylvania. |
| 409: 6 | Our other studies on |
| 409: 7 | presenting information about risks |
| 409: 8 | and benefits to patients and to |
| 409: 9 | physicians have been supported by |
| 409: 10 | the National Institutes of Health |
| 409: 11 | and the John A. Hartford |
| 409: 12 | Foundation and a variety of other |
| 409: 13 | sources, including the Arthritis |
| 409: 14 | Foundation and Merck itself in a |
| 409: 15 | current study that I'm doing with |
| 409: 16 | Dr. Solomon about explaining to |
| 409: 17 | patients how to balance their |
| 409: 18 | risks and benefits of osteoporosis |
| 409: 19 | drugs, of which the most prominent |
| 409: 20 | one is made by Merck. |
| 409: 21 | I have spent 25 years |
| 409: 22 | studying the question of how one |
| 409: 23 | can condense complicated data, |
| 409: 24 | epidemiologic data, clinical data, |
| 410: 1 | biological data, to doctors and |
| 410: 2 | patients so as to inform their |
| 410: 3 | prescribing in a way that is |
| 410: 4 | driven by science and by patient |
| 410: 5 | benefit, rather than driven by the |
| 410: 6 | need to push or dump on a given |
| 410: 7 | product. That is what my career |
| 410: 8 | has been about. |
| 410: 9 | I spend most days thinking |
| 410: 10 | about how to present such |
| 410: 11 | information fairly. And based on |
| 410: 12 | that 25 and 20 years of |
| 410: 13 | experience, published in |
| 410: 14 | peer-reviewed journals, funded by |
| 410: 15 | federal agencies and peer-reviewed |
| 410: 16 | grant proposals, I can tell you |
| 410: 17 | that this is an inadequate and a |
| 410: 18 | deceptive way of presenting this |
| 410: 19 | information to the press, to |
| 410: 20 | doctors, to patients or to anyone. |

**411:15 - 412:9**      Avorn, Jerome 2006-06-29

| | |
|---|---|
| 411: 15 | BY MR. TISI: |
| 411: 16 | Q. Doctor, we have talked about |
| 411: 17 | another method of communicating risks and |
| 411: 18 | benefits to patients and doctors as being |
| 411: 19 | the peer-reviewed published literature. |
| 411: 20 | We've talked about several articles today |
| 411: 21 | that did that. |

| Designated Testimony | Objections | Rulings |
|---|---|---|

411: 22      A.   Yes.
411: 23      Q.   Let's talk about the two
411: 24   articles that appeared in the New England
412: 1   Journal of Medicine, the APPROVe study
412: 2   and the VIGOR study. Have you reviewed
412: 3   information about both of those studies?
412: 4      A.   Yes.
412: 5      Q.   Let's take VIGOR. Was VIGOR
412: 6   accurate, complete and a scientifically
412: 7   appropriate way to present a fair and
412: 8   balanced picture of the data collected in
412: 9   that study?

**412:14 - 412:16**     Avorn, Jerome 2006-06-29
412: 14      A.   No, it was not.
412: 15      Q.   Okay.
412: 16      Why was it not, Doctor?

**413:7 - 414:23**     Avorn, Jerome 2006-06-29
413: 7      Medically and scientifically
413: 8   having reviewed the VIGOR data and
413: 9   knowing what you know as an
413: 10   epidemiologist, was the information
413: 11   portrayed to doctors in a way that is
413: 12   medically and scientifically accurate?
413: 13      A.   No.
413: 14      Q.   Why is that?
413: 15      A.   Several reasons. One is
413: 16   that it is inappropriate for authors,
413: 17   whether they work for a corporation or a
413: 18   university, to know about important side
413: 19   effects like a heart attack in patients
413: 20   in a study that they are reporting and to
413: 21   fail to include that information in the
413: 22   published version of that paper. That's
413: 23   reason number one.
413: 24      Reason number two is the
414: 1   so-called flipping of the data, and,
414: 2   again, that's a Merck term, not mine, to
414: 3   present the difference in the heart
414: 4   attack rate between naproxen and Vioxx as
414: 5   being explained by the fact that naproxen
414: 6   was protecting patients' hearts, when at
414: 7   least an equally plausible conclusion,
414: 8   and, frankly, a far more plausible
414: 9   conclusion was that Vioxx was causing the
414: 10   heart attacks, and that inversion is
414: 11   something which was not a fair
414: 12   presentation of the data.
414: 13      Q.   Let's move forward to the
414: 14   APPROVe study. Having reviewed the
414: 15   APPROVe study and now knowing what you
414: 16   know and seeing what you've seen, was the
414: 17   evidence presented and the information
414: 18   presented in the APPROVe study a
414: 19   medically and scientifically accurate
414: 20   presentation of the data collected in
414: 21   that study so that doctors in the
414: 22   scientific community would understand the
414: 23   risks and benefits associated with Vioxx?

**415:3 - 417:2**     Avorn, Jerome 2006-06-29
415: 3      THE WITNESS: All right.
415: 4      APPROVe was not a fair and
415: 5   accurate depiction of the data, we
415: 6   now know, for a couple of reasons.
415: 7      One is that it eliminated
415: 8   patients who had their cardiac
415: 9   events greater than two weeks
415: 10   after stopping the drug, and we
415: 11   now understand that there are

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 415: 12 | aspects of the way that Vioxx |
| 415: 13 | might cause damage that could |
| 415: 14 | easily occur greater than two |
| 415: 15 | weeks after stopping the drug, |
| 415: 16 | and, in fact, the stroke data from |
| 415: 17 | the APPROVe followup does indicate |
| 415: 18 | that patients who had been on |
| 415: 19 | Vioxx continued to have a |
| 415: 20 | statistically significant higher |
| 415: 21 | rate of stroke after the study was |
| 415: 22 | completed or the active phase was |
| 415: 23 | completed compared to the patients |
| 415: 24 | who were on placebo.  That's |
| 416: 1 | reason number one. |
| 416: 2 | Reason number two is that it |
| 416: 3 | is now fairly well recognized that |
| 416: 4 | the study used an incorrect |
| 416: 5 | statistical approach which created |
| 416: 6 | the misimpression that the risk |
| 416: 7 | from Vioxx in that study only |
| 416: 8 | began at month 18 and that anyone |
| 416: 9 | taking the drug for less than 18 |
| 416: 10 | months, according to the way that |
| 416: 11 | study was originally presented, |
| 416: 12 | had no risk. |
| 416: 13 | As of the last few days, |
| 416: 14 | that has been corrected in the New |
| 416: 15 | England Journal, and the statement |
| 416: 16 | that this is not a problem before |
| 416: 17 | 18 months has been modified, as I |
| 416: 18 | understand it, in response to this |
| 416: 19 | becoming known by the editors of |
| 416: 20 | the New England Journal, who, as I |
| 416: 21 | know it, requested that change. |
| 416: 22 | And I think those are the |
| 416: 23 | two most important ways that, and |
| 416: 24 | very important ways, APPROVe did |
| 417: 1 | not present the data in an |
| 417: 2 | accurate and balanced manner. |

| **417:22 - 418:24** | Avorn, Jerome 2006-06-29 |
|---|---|
| 417: 22 | BY MR. TISI: |
| 417: 23 | Q.   Doctor, we talked about the |
| 417: 24 | ADVANTAGE study and the publication of |
| 418: 1 | the ADVANTAGE study.  Did the publication |
| 418: 2 | of the ADVANTAGE study contain |
| 418: 3 | information about myocardial infarction, |
| 418: 4 | heart attacks, as opposed to APTC events? |
| 418: 5 | A.   No.  The endpoint -- |
| 418: 6 | although that data was collected, the |
| 418: 7 | endpoint that was chosen for publication |
| 418: 8 | was the so-called APTC or Anti-Platelet |
| 418: 9 | Trialists Collaborative definition, which |
| 418: 10 | was much broader.  That definition did |
| 418: 11 | not reveal a striking difference in |
| 418: 12 | outcomes, but had heart attacks, which is |
| 418: 13 | exactly the issue at hand, been the |
| 418: 14 | outcome that was presented, that would |
| 418: 15 | have revealed a difference. |
| 418: 16 | Q.   Did any of the published |
| 418: 17 | Alzheimer's studies publish the intention |
| 418: 18 | to treat analysis that Dr. Chen reported |
| 418: 19 | about the increased mortality in both of |
| 418: 20 | those studies? |
| 418: 21 | A.   No.  Even though that |
| 418: 22 | analysis was done by Merck and available |
| 418: 23 | to Merck, it was not presented in |
| 418: 24 | published form to doctors. |

| **419:1    419:8** | Avorn, Jerome 2006-06-29 |
|---|---|
| 419: 1 | Q.  Looking at all the major |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 419: 2 | publications that were submitted to the | |
| 419: 3 | medical and scientific community, do you | |
| 419: 4 | have an opinion as to whether or not the | |
| 419: 5 | medical and scientific information that | |
| 419: 6 | came to them in their totality was a | |
| 419: 7 | reasonable exposition of the medical and | |
| 419: 8 | scientific information known to Merck? | |

**419:14  -  420:13**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 419: 14 | THE WITNESS:  As someone who | |
| 419: 15 | reviews articles for the New | |
| 419: 16 | England Journal of Medicine, | |
| 419: 17 | reviews articles for JAMA, a | |
| 419: 18 | number of other publications in | |
| 419: 19 | which the editors seek my peer | |
| 419: 20 | review as to the appropriateness | |
| 419: 21 | of presentation of the data, as | |
| 419: 22 | someone who has published over 200 | |
| 419: 23 | articles in which I myself have | |
| 419: 24 | been subjected to peer review | |
| 420: 1 | about the fairness of the | |
| 420: 2 | presentation of our own data, as | |
| 420: 3 | someone who has written widely | |
| 420: 4 | about physicians' and patients' | |
| 420: 5 | perception of risk and how that | |
| 420: 6 | perception drives their | |
| 420: 7 | prescribing, I can say that I have | |
| 420: 8 | never known a collection of papers | |
| 420: 9 | on any one topic in which there | |
| 420: 10 | has been such a constellation of | |
| 420: 11 | skewed and distorted presentation | |
| 420: 12 | of data in any drug studies that | |
| 420: 13 | I've ever looked at. | |

**421:1  -  421:15**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 421: 1 | Q.   Doctor, we talked about | |
| 421: 2 | another method of Merck communicating the | |
| 421: 3 | risks, accurate information about the | |
| 421: 4 | risks.  You do understand that there was | |
| 421: 5 | direct-to-consumer advertising for | |
| 421: 6 | patients -- directly to patients, and | |
| 421: 7 | you've written about that, correct? | |
| 421: 8 | A.   Yes. | |
| 421: 9 | Q.   Do you have an opinion as to | |
| 421: 10 | a reasonable degree of medical certainty | |
| 421: 11 | as to whether or not the | |
| 421: 12 | direct-to-consumer advertising conducted | |
| 421: 13 | by Merck played a role in what's a fair | |
| 421: 14 | and accurate depiction of the risks and | |
| 421: 15 | benefits associated with Vioxx? | |

**421:22  -  423:2**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 421: 22 | THE WITNESS:  Yes.  As I | |
| 421: 23 | said in my Health Affairs article | |
| 421: 24 | about direct-to-consumer | |
| 422: 1 | advertising a couple of years ago, | |
| 422: 2 | it's vital that patients be able | |
| 422: 3 | to get a reasonable depiction of | |
| 422: 4 | both the good news and the bad | |
| 422: 5 | news about a drug.  And given what | |
| 422: 6 | we now understand was available to | |
| 422: 7 | Merck at the time that all -- that | |
| 422: 8 | those $100 million a year of | |
| 422: 9 | commercials and ads were being | |
| 422: 10 | run, I think it is absolutely | |
| 422: 11 | correct to say that they provided | |
| 422: 12 | all the good news about the drug | |
| 422: 13 | and did an inadequate job of | |
| 422: 14 | presenting the bad news about the | |
| 422: 15 | drug to patients. | |
| 422: 16 | BY MR. TISI: | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 422: 17 | Q. Now, Doctor, let me turn to | |
| 422: 18 | the one last topic I would ask you about | |
| 422: 19 | here, and that is the detailing of the | |
| 422: 20 | doctors, which is another method in which | |
| 422: 21 | companies will communicate with doctors. | |
| 422: 22 | Have you reviewed any of the | |
| 422: 23 | detailing information that was provided | |
| 422: 24 | to doctors? | |
| 423: 1 | A. Yes, as well as the training | |
| 423: 2 | of the sales reps, which is part of that. | |

**423:21  -  425:9**     Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 423: 21 | Q. Did you see any information | |
| 423: 22 | about how to respond to doctors' | |
| 423: 23 | inquiries about cardiovascular events in | |
| 423: 24 | your review of the documents? | |
| 424: 1 | A. Yes. | |
| 424: 2 | Q. What did you see? | |
| 424: 3 | A. Well, the most memorable was | |
| 424: 4 | the dodge ball game that was apparently | |
| 424: 5 | developed as a training tool for their | |
| 424: 6 | sales reps to be able to respond to | |
| 424: 7 | doctors' questions about the | |
| 424: 8 | cardiovascular risks of Vioxx | |
| 424: 9 | particularly after the APPROVe study | |
| 424: 10 | findings had come out. And I was | |
| 424: 11 | struck -- | |
| 424: 12 | Q. You meant VIGOR, right? | |
| 424: 13 | A. I'm sorry. That's what I | |
| 424: 14 | meant to say. | |
| 424: 15 | Q. All right. Okay. | |
| 424: 16 | A. And I was struck by the fact | |
| 424: 17 | that the purpose is pretty much summed up | |
| 424: 18 | in the name, that it was to dodge | |
| 424: 19 | questions about this very important risk | |
| 424: 20 | of the company's drug. | |
| 424: 21 | Merck's training materials | |
| 424: 22 | to their sales reps explicitly tell them, | |
| 424: 23 | do not raise or do not initiate any | |
| 424: 24 | discussion of our paper or of other | |
| 425: 1 | papers related to cardiovascular risk. | |
| 425: 2 | And there were a number of completely | |
| 425: 3 | evasive answers that were being fed to | |
| 425: 4 | the sales reps for them to give as | |
| 425: 5 | responses to doctors who asked about | |
| 425: 6 | whether or not this drug could cause | |
| 425: 7 | heart attacks. And that did not seem to | |
| 425: 8 | me to be a reasonable or scientifically | |
| 425: 9 | accurate presentation of the data. | |

**426:17  -  426:22**     Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 426: 17 | Q. We talked about academic | |
| 426: 18 | detailing earlier in your deposition and | |
| 426: 19 | the programs that you've developed and | |
| 426: 20 | studied and published in the New England | |
| 426: 21 | Journal of Medicine. | |
| 426: 22 | A. Yes. | |

**430:4  -  430:21**     Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 430: 4 | Q. Okay. | |
| 430: 5 | Now, let me ask you, given | |
| 430: 6 | all of that experience, Doctor, in your | |
| 430: 7 | experience of 20-some odd, 30-some odd | |
| 430: 8 | years in teaching how to communicate the | |
| 430: 9 | risks and the benefits, looking at all | |
| 430: 10 | the ways in which Vioxx was communicated, | |
| 430: 11 | the risks and the benefits, the good news | |
| 430: 12 | and the bad news to doctors, press | |
| 430: 13 | releases, medical journals, labels, | |
| 430: 14 | detailers, all of those things put | |
| 430: 15 | together, do you have an opinion to a | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn MD   Document 8543-7   Filed 11/20/06   Page 81 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

430: 16 reasonable degree of medical and
430: 17 scientific certainty as to whether or not
430: 18 an accurate picture of the risks and
430: 19 benefits of the drugs was communicated to
430: 20 doctors so that they can make accurate
430: 21 prescribing decisions for their patients?

**431:9 - 432:10** Avorn, Jerome 2006-06-29
431: 9 THE WITNESS: That there was
431: 10 a pattern of gross distortion of
431: 11 the risks of Vioxx, and that no
431: 12 matter which way physicians turn,
431: 13 whether it was looking at the
431: 14 label, hearing what they were
431: 15 hearing from the Merck-trained
431: 16 sales representatives, trying to
431: 17 read the literature in the medical
431: 18 journals and trying to get some
431: 19 accurate, complete depiction of
431: 20 what was happening in the clinical
431: 21 trials, even the information their
431: 22 patients were bringing to them
431: 23 from the commercials and ads that
431: 24 they had seen, across the board,
432: 1 there was a pattern of what I
432: 2 would characterize as systematic
432: 3 distortion that rose almost to the
432: 4 level of grotesque. And, frankly,
432: 5 it was an embarrassment for me as
432: 6 a member of the medical profession
432: 7 that this was going on in
432: 8 presenting information to doctors
432: 9 in such a one-sided and lopsided
432: 10 way.

**432:19 - 433:3** Avorn, Jerome 2006-06-29
432: 19 Q. Now, is that opinion you
432: 20 just gave an opinion that you are basing
432: 21 on the scientific and medical information
432: 22 that you know was available at the time?
432: 23 A. It is the opinion of me as
432: 24 an expert who has spent 25 years studying
433: 1 the risks and benefits of drugs and how
433: 2 those risks and benefits should be
433: 3 communicated to doctors and to patients.

**447:15 - 447:16** Avorn, Jerome 2006-06-30
447: 15 Q. Doctor, once again, my name
447: 16 is Phil Beck, and I represent Merck.

**447:17 - 448:12** Avorn, Jerome 2006-06-30
447: 17 As I understand it, sir, you
447: 18 were retained as an expert by the
447: 19 plaintiffs' lawyers in around May of
447: 20 2005; is that right?
447: 21 A. That's right.
447: 22 Q. And I think Mr. Tisi
447: 23 mentioned this, but they provided you
447: 24 with a large number of documents to
448: 1 review; is that right?
448: 2 A. Thousands of pages, yes.
448: 3 Q. And were these documents
448: 4 contained in binders that Mr. Tisi showed
448: 5 to us during your first deposition?
448: 6 A. Yes.
448: 7 Q. And I think you've got those
448: 8 binders with you today?
448: 9 A. Right.
448: 10 Q. What, are there ten or so
448: 11 binders of documents that they gave you?
448: 12 A. Sounds about right, yes.

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8543-7   Filed 11/20/06   Page 82 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

**470:21 - 471:7**    Avorn, Jerome 2006-06-30

470: 21    Q.  When you wrote your report,
470: 22      did the lawyers that you worked with turn
470: 23      around and mark it up and provide you
470: 24      with suggestions and changes from your
471: 1      report?
471: 2    A.  They did not do any marking
471: 3      up, but they did comment on aspects of
471: 4      it.  This is unclear, this is unfair to
471: 5      Merck, you forgot about this thing that
471: 6      we had talked about, but they didn't make
471: 7      any marks or changes.

**471:23 - 472:1**    Avorn, Jerome 2006-06-30

471: 23    Q.  Your testimony is that the
471: 24      lawyers did not provide you with any
472: 1      markups; is that right?

**472:3 - 472:16**    Avorn, Jerome 2006-06-30

472: 3    THE WITNESS:  By "markups,"
472: 4      you mean did they make notes on my
472: 5      report and make suggestions about
472: 6      changing it?  That's right, they
472: 7      did not.
472: 8      - - -
472: 9      (Whereupon, Deposition
472: 10      Exhibit Avorn-43, Email dated
472: 11      3.12.06, was marked for
472: 12      identification.)
472: 13      - - -
472: 14    BY MR. BECK:
472: 15    Q.  I'm handing you what we've
472: 16      marked as Exhibit 43.

**472:17 - 472:18**    Avorn, Jerome 2006-06-30

472: 17      Do you see that Exhibit 43
472: 18      is an e-mail to you from Jeff Grand?

**472:19 - 473:15**    Avorn, Jerome 2006-06-30

472: 19    A.  Yes.
472: 20    Q.  And Jeff Grand is one of the
472: 21      lawyers that you worked with?
472: 22    A.  That's right.
472: 23    Q.  Do you see at the bottom --
472: 24      excuse me, I'll go back up to the top.
473: 1      And this is dated March
473: 2      12th, 2006.  Do you see that?
473: 3    A.  Yes.
473: 4    Q.  And that was before the date
473: 5      of your expert report in this case,
473: 6      right?
473: 7    A.  It was before it was
473: 8      finalized, yes.
473: 9    Q.  Okay.
473: 10      Before it was finalized.
473: 11      And then do you see the very
473: 12      last thing that Mr. Grand said in his
473: 13      e-mail to you was, "Also, tomorrow, I
473: 14      will send you a mark-up of your report as
473: 15      we discussed."

**473:21 - 473:22**    Avorn, Jerome 2006-06-30

473: 21    THE WITNESS:  Yes, I see
473: 22      that.

**473:24 - 474:5**   

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 473: 24   Q.  Did the lawyers that you<br>474: 1    worked with provide you with expert<br>474: 2    reports written by other plaintiffs'<br>474: 3    experts before you prepared and finalized | **PI's Obj.:**  R. 401,<br>R. 402.  Experts opinions<br>are based on his own<br>research prior to being | **Barnett:**  Overruled.<br>**Smith:**  Not included.<br>**Mason:**  Testimony<br>was played.  No |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657 EEF-DEK   Document 8543-7   Filed 11/20/06   Page 83 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 474: 4    your report?<br>474: 5    A.   Yes, they did. | | objection. |
| **476:2 - 476:7**<br>476: 2    Q.   Did the lawyers that you<br>476: 3    worked with provide you with any of the<br>476: 4    expert reports written by Merck's experts<br>476: 5    before you sat down and prepared and<br>476: 6    finalized your report?<br>476: 7    A.   Not that I can recall. | **Pl's Obj.:** R. 401,<br>R. 402. Experts opinions<br>are based on his own<br>research prior to being<br>retained as an expert.<br>Best evidence of Merck's<br>position were the<br>published studies of its<br>employees and<br>consultants prior to<br>litigation, which witness<br>had reviewed. | **Barnett:** Overruled.<br>**Smith:** Not included.<br>**Mason:** Testimony<br>was played. No<br>objection. |
| **477:19 - 478:2**<br>477: 19    Q.   And as of your deposition,<br>477: 20    you had not read any of the expert<br>477: 21    reports by Merck's experts, right?<br>477: 22    A.   That's correct.<br>477: 23    Q.   And as of today, have you<br>477: 24    read any of the expert reports by Merck's<br>478: 1    experts?<br>478: 2    A.   No, I have not. | | |
| **494:5 - 494:15**   Avorn, Jerome 2006-06-30<br>494: 5    Q.   Do you agree that there were<br>494: 6    good public health reasons for Merck to<br>494: 7    develop Vioxx?<br>494: 8    A.   Yes, I do.<br>494: 9    Q.   And do you agree that one of<br>494: 10    the good public health reasons for<br>494: 11    developing Vioxx was that there were<br>494: 12    serious gastrointestinal problems,<br>494: 13    particularly gastrointestinal bleeding,<br>494: 14    that resulted from the use of traditional<br>494: 15    NSAIDs? | | |
| **494:18 - 494:18**   Avorn, Jerome 2006-06-30<br>494: 18    THE WITNESS:   That's right. | | |
| **494:20 - 494:22**   Avorn, Jerome 2006-06-30<br>494: 20    Q.   And were the<br>494: 21    gastrointestinal bleeds an important<br>494: 22    clinical problem? | | |
| **495:1 - 495:1**   Avorn, Jerome 2006-06-30<br>495: 1    THE WITNESS:   That's right. | | |
| **495:3 - 495:14**   Avorn, Jerome 2006-06-30<br>495: 3    Q.   Have there been studies that<br>495: 4    showed the number of hospitalizations<br>495: 5    each year that came from gastrointestinal<br>495: 6    complications from traditional NSAIDs?<br>495: 7    A.   Yes, there were.<br>495: 8    Q.   And does it square with your<br>495: 9    recollection that these studies showed<br>495: 10    that there would be over 100,000<br>495: 11    hospitalizations each year due to<br>495: 12    gastrointestinal complications from<br>495: 13    traditional NSAIDs?<br>495: 14    A.   That's correct. | | |
| **495:17 - 495:18**   Avorn, Jerome 2006-06-30<br>495: 17    THE WITNESS:   That's<br>495: 18    correct. | | |
| **495:20 - 496:16**   Avorn, Jerome 2006-06-30<br>495: 20    Q.   Now, you talked about some<br>495: 21    FDA Advisory Committees yesterday.   Do<br>495: 22    you remember that?<br>495: 23    A.   Yes.<br>495: 24    Q.   And I think you talked about<br>496: 1    the 2005 Advisory Committee meeting,<br>496: 2    right? | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 496: 3 | A. That's right. | | |
| 496: 4 | Q. And I think you may have | | |
| 496: 5 | talked about the 2001 Advisory Committee? | | |
| 496: 6 | A. That's right. | | |
| 496: 7 | Q. Was there also an Advisory | | |
| 496: 8 | Committee that was convened in 1999 to | | |
| 496: 9 | consider whether Vioxx should be approved | | |
| 496: 10 | by the FDA? | | |
| 496: 11 | A. That's right. | | |
| 496: 12 | Q. And is it the case that | | |
| 496: 13 | before prescription medicines get | | |
| 496: 14 | approved, the FDA often seeks the advice | | |
| 496: 15 | of Advisory Committees made up of outside | | |
| 496: 16 | doctors and professionals? | | |

| 496:20  -  496:20 | Avorn, Jerome 2006-06-30 | | |
|---|---|---|---|
| 496: 20 | THE WITNESS:  That's right. | | |

| 496:22  -  498:20 | Avorn, Jerome 2006-06-30 | | |
|---|---|---|---|
| 496: 22 | Q. And there was such an | | |
| 496: 23 | Advisory Committee convened concerning | | |
| 496: 24 | whether to approve Vioxx, right? | | |
| 497: 1 | A. That's right. | | |
| 497: 2 | Q. Were you asked to be on that | | |
| 497: 3 | committee? | | |
| 497: 4 | A. No. | | |
| 497: 5 | Q. Did that committee involve | | |
| 497: 6 | or include medical doctors? | | |
| 497: 7 | A. Yes. | | |
| 497: 8 | Q. Did it include | | |
| 497: 9 | pharmacologists? | | |
| 497: 10 | A. Yes. | | |
| 497: 11 | Q. Other Ph.D.s? | | |
| 497: 12 | A. Usually such people are on | | |
| 497: 13 | those committees. | | |
| 497: 14 | Q. Are you familiar with the | | |
| 497: 15 | materials that were examined by that | | |
| 497: 16 | committee and the conclusions that it | | |
| 497: 17 | came to? | | |
| 497: 18 | A. Yes. | | |
| 497: 19 | Q. Did the Advisory Committee | | |
| 497: 20 | in 1999 vote unanimously that Vioxx | | |
| 497: 21 | should be approved for the treatment of | | |
| 497: 22 | osteoarthritis? | | |
| 497: 23 | A. They voted to approve.  I | | |
| 497: 24 | don't remember the vote numbers, but they | | |
| 498: 1 | clearly voted to approve. | | |
| 498: 2 | Q. And you do not disagree with | | |
| 498: 3 | the recommendation of the Advisory | | |
| 498: 4 | Committee based on the information that | | |
| 498: 5 | was available at the time, do you? | | |
| 498: 6 | A. Right. | | |
| 498: 7 | Q. And as you've testified, | | |
| 498: 8 | Vioxx was approved by the Food & Drug | | |
| 498: 9 | Administration for use in the United | | |
| 498: 10 | States in May of 1999, right? | | |
| 498: 11 | A. That's right. | | |
| 498: 12 | Q. You do not disagree with | | |
| 498: 13 | that decision either, do you? | | |
| 498: 14 | A. I do not. | | |
| 498: 15 | Q. Yesterday you testified | | |
| 498: 16 | about something that's been referred to | | |
| 498: 17 | as an imbalance theory as a possible | | |
| 498: 18 | explanation for what you say are higher | | |
| 498: 19 | cardiovascular risks with Vioxx.  Do you | | |
| 498: 20 | remember that? | | |

| 498:24  -  499:8 | Avorn, Jerome 2006-06-30 | | |
|---|---|---|---|
| 498: 24 | THE WITNESS:  That was one | | |
| 499: 1 | of the issues we discussed, yes. | | |
| 499: 2 | BY MR. BECK: | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8543-7   Filed 11/20/06   Page 85 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**499: 3**     Q.  At the time that the FDA
**499: 4**         approved Vioxx in May of 1999, they were
**499: 5**         aware of this imbalance theory that you
**499: 6**         talked about yesterday, were they not?
**499: 7**     A.  I can't speak to what FDA
**499: 8**         was or wasn't aware of.

**505:8  -  505:24**     Avorn, Jerome 2006-06-30
**505: 8**     Q.  Dr. Avorn, I've handed you
**505: 9**         what I've marked as Exhibit 44.  Do you
**505: 10**         recognize this as one of the documents
**505: 11**         that was provided to you for your review
**505: 12**         and analysis by the lawyers that you've
**505: 13**         been working with on this case?
**505: 14**     A.  Yes.
**505: 15**     Q.  And you understood it to be
**505: 16**         a copy or excerpts of the report by one
**505: 17**         of the medical review officers from the
**505: 18**         FDA, correct?
**505: 19**     A.  Right.
**505: 20**     Q.  And in your analysis in this
**505: 21**         case, you have relied on this document
**505: 22**         and other reviews by medical officers of
**505: 23**         the FDA; is that right?
**505: 24**     A.  Right.

**506:2  -  506:4**     Avorn, Jerome 2006-06-30
**506: 2**         Let's turn over to the 20th
**506: 3**         page in here, and I'll see how it's
**506: 4**         numbered.

**506:15  -  506:19**     Avorn, Jerome 2006-06-30
**506: 15**         So that you've got the page
**506: 16**         that I put up on the board that says "In
**506: 17**         summary" or up on the screen it says "In
**506: 18**         summary" on the top?
**506: 19**     A.  Yes.

**507:5  -  507:15**     Avorn, Jerome 2006-06-30
**507: 5**         Do you see here that under
**507: 6**         "Thromboembolic and Vascular Safety," do
**507: 7**         you see that heading there?
**507: 8**     A.  Yes.
**507: 9**     Q.  And for the benefit of the
**507: 10**         jury, what does "thromboembolic" mean?
**507: 11**     A.  That refers to problems that
**507: 12**         occur when there's a blood clot in the
**507: 13**         artery.
**507: 14**     Q.  And "vascular" refers to?
**507: 15**     A.  Relating to blood vessels.

**508:7  -  509:2**     Avorn, Jerome 2006-06-30
**508: 7**         So, it was reviewed in
**508: 8**         advance of the approval of Vioxx in May
**508: 9**         of 1999, right?
**508: 10**     A.  Correct.
**508: 11**     Q.  And so before the FDA
**508: 12**         approved Vioxx in May of 1999, the FDA
**508: 13**         medical officer understood the
**508: 14**         information I've blown up on the screen,
**508: 15**         that "There is a theoretical concern that
**508: 16**         patients chronically treated with a COX-2
**508: 17**         selective inhibitor may be at higher risk
**508: 18**         for thromboembolic cardiovascular adverse
**508: 19**         experiences than patients treated with
**508: 20**         COX-1/COX-2 inhibitors (conventional
**508: 21**         NSAIDs), due to the lack of effect of
**508: 22**         COX-1 inhibition on platelet function."
**508: 23**         Now, that's a mouthful, but
**508: 24**         would you agree with me, sir, that what's
**509: 1**         referred to there is the same imbalance

| Designated Testimony | Objections | Rulings |
|---|---|---|

509: 2      theory that you were talking about?

**509:9 - 509:16**    Avorn, Jerome 2006-06-30
509: 9      THE WITNESS:  I think it's
509: 10      incorrect in that the so-called
509: 11      imbalance theory has a lot more to
509: 12      it than just platelet function.
509: 13      There's a lot of differences in
509: 14      prostacyclin versus thromboxane
509: 15      balance that are not just about
509: 16      platelet inhibition.

**509:19 - 509:24**    Avorn, Jerome 2006-06-30
509: 19      Does the imbalance theory
509: 20      that you talked about yesterday include
509: 21      the notion of platelet functioning as
509: 22      described here in this excerpt that we
509: 23      put up?
509: 24      A.  That's one piece of it.

**510:2 - 510:6**    Avorn, Jerome 2006-06-30
510: 2      So, certainly that piece of
510: 3      the imbalance theory, at the very least,
510: 4      was understood by the FDA when they
510: 5      approved Vioxx in May of 1999.  Would you
510: 6      agree with that?

**510:7 - 510:7**    Avorn, Jerome 2006-06-30
510: 7      A.  Yes.

**510:15 - 510:20**    Avorn, Jerome 2006-06-30
510: 15      Q.  Do you also agree, sir, that
510: 16      Vioxx worked to reduce pain and
510: 17      inflammation for the vast majority of
510: 18      patients who used it without causing them
510: 19      any side effects whatsoever?
510: 20      A.  That's probably true.

**510:21 - 512:11**    Avorn, Jerome 2006-06-30
510: 21      Q.  Yesterday you testified
510: 22      about some things that you said were
510: 23      signals of potential cardiovascular risks
510: 24      that you said were around in advance of
511: 1      the actual approval of Vioxx in May of
511: 2      1999.  Do you remember that?
511: 3      A.  Yes.
511: 4      Q.  And in that connection, did
511: 5      you testify about something called
511: 6      protocol 017?
511: 7      A.  That's right.
511: 8      Q.  Was it your position that
511: 9      you thought protocol 017 was some sort of
511: 10      a signal to Merck before Vioxx was
511: 11      approved that Vioxx could potentially be
511: 12      harmful to the heart?
511: 13      A.  Right.
511: 14      Q.  How long a study was
511: 15      protocol 017?
511: 16      A.  It was very brief.  It may
511: 17      have only been six weeks as I recall.
511: 18      Q.  And what kind of patients
511: 19      were involved in that study?
511: 20      A.  I'd need to go back to the
511: 21      notes.  It was patients with arthritis.
511: 22      I don't remember the exact kind of
511: 23      reference.
511: 24      Q.  Would you accept that it was
512: 1      rheumatoid arthritis?  Does that refresh
512: 2      your recollection if I said that?
512: 3      A.  That sounds reasonable.
512: 4      Q.  And what doses of Vioxx were

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8437 Filed 11/20/06 Page 87 of 185
Plaintiffs and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

512: 5      these patients receiving?
512: 6    A.   125 milligrams to 175
512: 7      milligrams.
512: 8    Q.   And that is five to seven
512: 9      times the 25 milligram dose that is
512: 10      recommended on the label when Vioxx was
512: 11      approved, right?

**512:14 - 512:22**    Avorn, Jerome 2006-06-30
512: 14      THE WITNESS: Right. I
512: 15      think I mentioned yesterday that
512: 16      it was given in very high doses.
512: 17      BY MR. BECK:
512: 18    Q.   And, in fact, it's so high
512: 19      that it would be five to seven times as
512: 20      high as the dose that was actually
512: 21      recommended on the label, correct?
512: 22    A.   Right.

**513:1 - 514:3**    Avorn, Jerome 2006-06-30
513: 1    Q.   How many people actually had
513: 2      a heart attack in this study of protocol
513: 3      017 that you said was a signal?
513: 4    A.   There was a very small
513: 5      number. It was a handful, and I can't
513: 6      tell you the number sitting here, but it
513: 7      was a very small number.
513: 8    Q.   Is there something in your
513: 9      report that you could look to and tell us
513: 10      how small a handful it was?
513: 11    A.   No. I just know that it was
513: 12      a very small brief study, but the reason
513: 13      it seemed important was that it only
513: 14      lasted six weeks, and Merck's review of
513: 15      it indicated there was a worrisome
513: 16      increase in heart attacks and unstable
513: 17      angina.
513: 18    Q.   Well, do you know that, in
513: 19      fact, there was only one person in the
513: 20      whole study who experienced a heart
513: 21      attack?
513: 22    A.   The review within Merck
513: 23      spoke of a number of cardiovascular
513: 24      outcomes, including unstable angina, and
514: 1      at this point I do want to refer to my
514: 2      notes rather than try to do all of this
514: 3      from memory.

**514:4 - 514:20**    Avorn, Jerome 2006-06-30
514: 4    Q.   Sure. I invited you to.
514: 5    A.   Okay.
514: 6    Q.   I asked you if there was
514: 7      anything in there that would help you --
514: 8    A.   Sure, sure.
514: 9    Q.   -- figure out how many
514: 10      people in this study that you called a
514: 11      signal actually had a heart attack?
514: 12    A.   Again, the signal aspect of
514: 13      it would not only be heart attacks, it
514: 14      would also be if somebody develops
514: 15      angina, which is the exact same kind of
514: 16      illness as a heart attack, but in six
514: 17      weeks you would be very surprised that
514: 18      anybody would progress to actually having
514: 19      a heart attack. But if you want, I
514: 20      can --

**514:21 - 515:7**    Avorn, Jerome 2006-06-30
514: 21    Q.   How many people had a heart
514: 22      attack in this study?
514: 23    A.   If you confine it to heart

| Designated Testimony | Objections | Rulings |
|---|---|---|

514: 24      attacks as opposed to heart attacks,
515: 1      unstable angina and other kinds of
515: 2      cardiovascular disease, I wouldn't be
515: 3      surprised that it was a very small
515: 4      number.  It could even have been one.
515: 5      But that was not the total number of
515: 6      cardiovascular adverse events that were
515: 7      observed.

**519:7  -  520:10**      Avorn, Jerome 2006-06-30
519: 7      Q.  Dr. Avorn, before we broke,
519: 8      we were talking about protocol 017 which
519: 9      you said was a six-week study involving
519: 10      high doses of Vioxx.  And my question for
519: 11      you, sir, was, do you know how many
519: 12      people actually had a heart attack in
519: 13      this study?
519: 14      A.  Yes.
519: 15      Q.  And how many people actually
519: 16      had a heart attack in this study?
519: 17      A.  One had a heart attack, and
519: 18      about six others had what the FDA
519: 19      characterized as cardiovascular adverse
519: 20      experiences.
519: 21      Q.  So, for the one person who
519: 22      actually had a heart attack, do you know
519: 23      what that person's risk factors were?
519: 24      A.  It was a 73-year-old person
520: 1      who I believe was a male, and those are
520: 2      risk factors in themselves.  Having
520: 3      rheumatoid arthritis is another risk
520: 4      factor for heart disease.  And I don't
520: 5      know about other characteristics of that
520: 6      one person.
520: 7      Q.  Do you know what the
520: 8      investigator said about whether he
520: 9      believed Vioxx caused the person's heart
520: 10      attack?

**520:12  -  520:16**      Avorn, Jerome 2006-06-30
520: 12      THE WITNESS:  I tend to not
520: 13      pay attention to investigator
520: 14      attributions especially in
520: 15      company-funded studies.  I think a
520: 16      heart attack is a heart attack.

**520:18  -  520:21**      Avorn, Jerome 2006-06-30
520: 18      Q.  Well, do you know one way or
520: 19      another what the investigator said is my
520: 20      question?
520: 21      A.  No.

**521:1  -  521:4**      Avorn, Jerome 2006-06-30
521: 1      Q.  You're not taking the
521: 2      position in this litigation that Vioxx
521: 3      caused the patient's heart attack in
521: 4      protocol 017, are you?

**521:6  -  521:8**      Avorn, Jerome 2006-06-30
521: 6      THE WITNESS:  I have no way
521: 7      of knowing in that particular
521: 8      instance.

**521:10  -  522:9**      Avorn, Jerome 2006-06-30
521: 10      Q.  We're done with that now.
521: 11      Actually, we may -- you were
521: 12      looking at -- when you were answering
521: 13      those questions, you were looking at
521: 14      Exhibit 44 --
521: 15      A.  Exhibit 44.
521: 16      Q.  -- which was Dr. Villalba's

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 521: 17    medical review? | | |
| 521: 18    A.  Right. | | |
| 521: 19    Q.  Is that what it's called? | | |
| 521: 20    A.  Right.  Primary review of | | |
| 521: 21    the new drug application. | | |
| 521: 22    Q.  All right. | | |
| 521: 23    Is that what you called | | |
| 521: 24    yesterday the medical reviews? | | |
| 522: 1    A.  Medical officer review I | | |
| 522: 2    think is what I called it. | | |
| 522: 3    Q.  Okay. | | |
| 522: 4    And yesterday you talked | | |
| 522: 5    about some of the medical officer | | |
| 522: 6    reviews, right? | | |
| 522: 7    A.  Right. | | |
| 522: 8    Q.  Let's look at the 13th page | | |
| 522: 9    of this document, Exhibit 44. | | |
| | | |
| 522:13  -  522:18    Avorn, Jerome 2006-06-30 | | |
| 522: 13    Let me put it up on the | | |
| 522: 14    screen.  It's got Table 39 on it. | | |
| 522: 15    A.  Got it. | | |
| 522: 16    Q.  And table, what must be a | | |
| 522: 17    part of Table 38.  Do you see that? | | |
| 522: 18    A.  Right. | | |
| | | |
| 522:19  -  523:12    Avorn, Jerome 2006-06-30 | | |
| 522: 19    Q.  And do you see, can you tell | | |
| 522: 20    from this page at the very bottom that | | |
| 522: 21    Dr. Villalba is beginning a discussion | | |
| 522: 22    there of study 017.  That's the same | | |
| 522: 23    thing that you've been referring to as | | |
| 522: 24    protocol 017, correct? | | |
| 523: 1    A.  Right. | | |
| 523: 2    Q.  Is that right? | | |
| 523: 3    A.  Right. | | |
| 523: 4    Q.  Okay. | | |
| 523: 5    And then when we go over to | | |
| 523: 6    the next page -- and let me ask here, | | |
| 523: 7    this document that was provided to you | | |
| 523: 8    for your review has some underlinings and | | |
| 523: 9    markings.  Are those your underlinings | | |
| 523: 10    and markings? | | |
| 523: 11    A.  That's right. | | |
| 523: 12    Q.  Okay. | | |
| | | |
| 523:13  -  524:14    Avorn, Jerome 2006-06-30 | | |
| 523: 13    Do you see about halfway | | |
| 523: 14    down on the page there was a paragraph | | |
| 523: 15    that has a little handwritten bracket on | | |
| 523: 16    the side.  Is that your handwritten | | |
| 523: 17    bracket? | | |
| 523: 18    A.  That's right. | | |
| 523: 19    Q.  And would you read, please, | | |
| 523: 20    what this says, this paragraph that you | | |
| 523: 21    bracketed? | | |
| 523: 22    A.  Sure.  "There were more | | |
| 523: 23    patients with cardiovascular adverse | | |
| 523: 24    events in the rofecoxib or Vioxx 175 | | |
| 524: 1    milligram group than in the placebo | | |
| 524: 2    group." | | |
| 524: 3    Q.  Would you read the next | | |
| 524: 4    sentence? | | |
| 524: 5    A.  Sure.  Table 9 is where they | | |
| 524: 6    are listed.  "The number of patients | | |
| 524: 7    enrolled in this study was small and no | | |
| 524: 8    conclusions can be drawn from these | | |
| 524: 9    data."  That's why it's a signal. | | |
| 524: 10    Q.  Do you agree with the | | |
| 524: 11    medical officer from the FDA that because | | |
| 524: 12    of the small number of patients enrolled | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 524: 13 | in the study that no conclusions can be | | |
| 524: 14 | drawn from these data? | | |
| | | | |
| **524:16 - 525:1** | Avorn, Jerome 2006-06-30 | | |
| 524: 16 | THE WITNESS: I would not | | |
| 524: 17 | have phrased it as "no | | |
| 524: 18 | conclusions." I would say that | | |
| 524: 19 | there's no statistically | | |
| 524: 20 | significant difference, there's no | | |
| 524: 21 | proof, there's no hard and fast | | |
| 524: 22 | evidence from this one study, but | | |
| 524: 23 | I think a conclusion that I would | | |
| 524: 24 | draw was that this warrants | | |
| 525: 1 | further scrutiny. | | |
| | | | |
| **525:19 - 526:15** | Avorn, Jerome 2006-06-30 | | |
| 525: 19 | Q. Do you agree, sir, that | | |
| 525: 20 | based on the information that was in this | | |
| 525: 21 | document that you reviewed that the | | |
| 525: 22 | incidence of thromboembolic events with | | |
| 525: 23 | Vioxx appeared to be similar to that of | | |
| 525: 24 | comparator NSAIDs? | | |
| 526: 1 | A. So now we're not talking | | |
| 526: 2 | about study 017 anymore, but the totality | | |
| 526: 3 | of the document? | | |
| 526: 4 | Q. Yes. | | |
| 526: 5 | A. Okay. | | |
| 526: 6 | If you can refer me to where | | |
| 526: 7 | it says that, that would speed things up. | | |
| 526: 8 | Q. Okay. | | |
| 526: 9 | If we can go to, I think | | |
| 526: 10 | it's the next page. No, it's not the | | |
| 526: 11 | next page. It is about seven pages | | |
| 526: 12 | forward. Let me put it up on the screen | | |
| 526: 13 | and it will help you find it. It is the | | |
| 526: 14 | page that at the bottom has Table 52. | | |
| 526: 15 | A. Right. | | |
| | | | |
| **526:16 - 527:22** | Avorn, Jerome 2006-06-30 | | |
| 526: 16 | Q. And do you see where at the | | |
| 526: 17 | bottom of the second paragraph Dr. | | |
| 526: 18 | Villalba said, "The incidence of | | |
| 526: 19 | thromboembolic events with rofecoxib | | |
| 526: 20 | appears to be similar to comparator | | |
| 526: 21 | NSAIDs." Do you see that, sir? | | |
| 526: 22 | A. Yes. But it is important to | | |
| 526: 23 | point out that a few lines later, to be | | |
| 526: 24 | fair, in summary, which is where Dr. | | |
| 527: 1 | Villalba puts all of it together in her | | |
| 527: 2 | summary statement, and if you want, we | | |
| 527: 3 | can just -- perhaps you might highlight | | |
| 527: 4 | that a few lines down, "With the | | |
| 527: 5 | available data, it is impossible to | | |
| 527: 6 | answer with complete certainty whether | | |
| 527: 7 | the risk of cardiovascular and | | |
| 527: 8 | thromboembolic events is increased in | | |
| 527: 9 | patients on rofecoxib. A larger database | | |
| 527: 10 | will be needed to answer this and other | | |
| 527: 11 | safety comparison questions." | | |
| 527: 12 | So, I think the most | | |
| 527: 13 | important piece on that page is her | | |
| 527: 14 | summary in which she says we can't tell | | |
| 527: 15 | whether Vioxx increases the risk of heart | | |
| 527: 16 | disease, more information is needed to | | |
| 527: 17 | answer that question. And I think that's | | |
| 527: 18 | the culmination of Dr. Villalba's | | |
| 527: 19 | analysis. | | |
| 527: 20 | Q. So, she said more | | |
| 527: 21 | information is needed and, of course, | | |
| 527: 22 | other studies were done, correct? | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn M.D.   Document 8643-7   Filed 11/20/06   Page 91 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

**527:24 - 528:5**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 527: 24 | THE WITNESS: I can't |
| 528: 1 | identify a single study that was |
| 528: 2 | done to specifically address the |
| 528: 3 | question of cardiovascular safety. |
| 528: 4 | BY MR. BECK: |
| 528: 5 | Q. Okay. |

**528:6 - 530:22**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 528: 6 | Well, let's move to another |
| 528: 7 | document that we spent some time on |
| 528: 8 | yesterday, the comments of the Board of |
| 528: 9 | Scientific Advisors within Merck. Do you |
| 528: 10 | remember that document? |
| 528: 11 | A. Yes. |
| 528: 12 | Q. You have it in your stack. |
| 528: 13 | It was Exhibit 32. Do you want to take a |
| 528: 14 | moment and pull it out? |
| 528: 15 | A. I'll pull it. |
| 528: 16 | Okay. I have it. |
| 528: 17 | Q. And up on the screen, is |
| 528: 18 | this the same document that you've got in |
| 528: 19 | front of you, Exhibit 32? |
| 528: 20 | A. Right. |
| 528: 21 | Q. And just to kind of reset |
| 528: 22 | the scene, this was a Board of Scientific |
| 528: 23 | Advisors who were, in May of 1998, giving |
| 528: 24 | advice to Merck on the question of the |
| 529: 1 | development of Vioxx, right? |
| 529: 2 | A. Correct. |
| 529: 3 | Q. Mr. Tisi had you focus on |
| 529: 4 | Page 11 of this document -- I'm sorry, |
| 529: 5 | let's see. Is it Page 11? Yes, it is |
| 529: 6 | Page 11. Do you have that in front of |
| 529: 7 | you? |
| 529: 8 | A. Yes, I do. |
| 529: 9 | Q. This is the discussion |
| 529: 10 | that's headed "Cardiovascular |
| 529: 11 | Pathophysiology," right? |
| 529: 12 | A. Right. |
| 529: 13 | Q. And I want to go over some |
| 529: 14 | of this language with you in some detail. |
| 529: 15 | The first sentence you may |
| 529: 16 | have discussed, it says, "The Board," |
| 529: 17 | that would be the Board of Scientific |
| 529: 18 | Advisors, correct? |
| 529: 19 | A. Right. |
| 529: 20 | Q. "The Board addressed the |
| 529: 21 | potential for either benefits or adverse |
| 529: 22 | consequences of selective inhibition of |
| 529: 23 | COX-2 on coronary heart disease." Right? |
| 529: 24 | A. Correct. |
| 530: 1 | Q. And when you read "selective |
| 530: 2 | inhibition of COX-2," that's basically a |
| 530: 3 | COX-2 inhibitor such as Vioxx, right? |
| 530: 4 | A. Correct. |
| 530: 5 | Q. So, the board was looking at |
| 530: 6 | the potential for either good things or |
| 530: 7 | bad things in terms of coronary heart |
| 530: 8 | disease that could come from a drug such |
| 530: 9 | as Vioxx; is that fair? |
| 530: 10 | A. That's fair. |
| 530: 11 | Q. And then the report goes on |
| 530: 12 | to say, "The possible effects of COX-2 |
| 530: 13 | inhibition on three separate components |
| 530: 14 | of the process leading to coronary |
| 530: 15 | ischemic events were considered." Again, |
| 530: 16 | do you read this to mean that the |
| 530: 17 | possible either benefits or adverse |
| 530: 18 | consequences of a drug such as Vioxx, a |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 92 of 185

Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 530: 19    COX-2 inhibitor, were looked at in<br>530: 20    connection with these three items that<br>530: 21    are listed below?<br>530: 22    A.  Correct. | | |
| **530:23  -  531:6**    Avorn, Jerome 2006-06-30<br>530: 23    Q.  And in your testimony<br>530: 24    yesterday, isn't it true that the way you<br>531: 1    characterized this document was that the<br>531: 2    Board of Scientific Advisors was alerting<br>531: 3    Merck to the potential adverse<br>531: 4    consequences of Vioxx when it came to<br>531: 5    Item Number 1, "The development of<br>531: 6    lipid-rich coronary plaques"? | | |
| **531:9  -  531:10**    Avorn, Jerome 2006-06-30<br>531: 9    THE WITNESS:  That was one<br>531: 10    of the points that they made, yes. | | |
| **531:12  -  532:13**    Avorn, Jerome 2006-06-30<br>531: 12    Q.  Well, I'm talking about your<br>531: 13    testimony yesterday.<br>531: 14    A.  Right.<br>531: 15    Q.  You characterized this<br>531: 16    document, did you not, as alerting Merck<br>531: 17    to the potential adverse consequences of<br>531: 18    Vioxx when it came to "The development of<br>531: 19    lipid-rich coronary plaque"?<br>531: 20    A.  Correct.<br>531: 21    Q.  And you also characterized<br>531: 22    this document as alerting Merck to the<br>531: 23    adverse consequences of Vioxx with the<br>531: 24    second item listed, which is<br>532: 1    "destabilization of plaque," right?<br>532: 2    A.  Right.<br>532: 3    Q.  Now, let's look at this<br>532: 4    document in a little bit more detail<br>532: 5    because, in fact, maybe we can shorten<br>532: 6    it.<br>532: 7    Do you agree with me that,<br>532: 8    in fact, the point of the document from<br>532: 9    the scientific advisors was that Vioxx<br>532: 10    could have benefits concerning the<br>532: 11    development of lipid-rich coronary plaque<br>532: 12    and could have benefits on the question<br>532: 13    of destabilization of plaque? | | |
| **532:17  -  532:24**    Avorn, Jerome 2006-06-30<br>532: 17    THE WITNESS:  In the first<br>532: 18    case, the development of<br>532: 19    lipid-rich coronary plaques, they<br>532: 20    say this could make things worse<br>532: 21    or this could make things better,<br>532: 22    we don't know.<br>532: 23    In the case of the second<br>532: 24    point, the relevant pieces on the | | |
| **532:24  -  533:8**    Avorn, Jerome 2006-06-30<br>532: 24    point, the relevant pieces on the<br>533: 1    next page where they describe that<br>533: 2    more fully, and this is the<br>533: 3    destabilization of the junk in the<br>533: 4    artery that when it bursts can<br>533: 5    cause a heart attack and the --<br>533: 6    let me just read this paragraph<br>533: 7    briefly because it's what you're<br>533: 8    talking about. | | |
| **533:11  -  534:3**    Avorn, Jerome 2006-06-30<br>533: 11    Okay.  What they're saying<br>533: 12    is that in the second sentence of | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657 EEF-DEK Document 8843-7 Filed 11/20/06 Page 93 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

533: 13    the paragraph on the next page,
533: 14    "As the critical cells in this
533: 15    process are inflammatory cells,
533: 16    the possibility exists that the
533: 17    products of COX-2 could regulate
533: 18    thinning the cap of plaques and
533: 19    render them rupture-prone."
533: 20    BY MR. BECK:
533: 21    Q. And what that means, Doctor,
533: 22    is that the COX-2 enzyme could cause
533: 23    plaque rupture, and, therefore, something
533: 24    that inhibits the COX-2 enzyme such as
534: 1    Vioxx would help protect against plaque
534: 2    rupture. That was the real point of the
534: 3    scientific advisors, isn't that true?

**534:8 - 534:10**    Avorn, Jerome 2006-06-30
534: 8    THE WITNESS: I can't tell
534: 9    from this what their main point
534: 10    was in that regard.

**534:12 - 535:1**    Avorn, Jerome 2006-06-30
534: 12    Q. Yesterday you claimed that
534: 13    their main point was the opposite, didn't
534: 14    you?
534: 15    A. I claimed that they were
534: 16    concerned that here was a brand new class
534: 17    of drugs that had an effect on many
534: 18    important aspects of the cardiovascular
534: 19    system and that it was difficult, because
534: 20    there had never been drugs like this
534: 21    before, to know whether they would make
534: 22    things better or make things worse.
534: 23    Q. Well, let's take a look in
534: 24    more detail about what they said on both
535: 1    of these subjects.

**535:2 - 538:7**    Avorn, Jerome 2006-06-30
535: 2    We're going to look first at
535: 3    the development of the lipid-rich
535: 4    plaques. That was Item Number 1, right?
535: 5    A. Right.
535: 6    Q. And before we get into their
535: 7    discussion, just to back up for a minute
535: 8    so the jury understands the significance.
535: 9    People develop plaque in
535: 10    their coronary arteries over time, right?
535: 11    A. Right.
535: 12    Q. And that can take many, many
535: 13    years, decades, in fact, right?
535: 14    A. It can.
535: 15    Q. And some plaque is more
535: 16    dangerous than others when it comes to
535: 17    heart attacks; is that right?
535: 18    A. I'm not sure what you mean.
535: 19    Q. Sure.
535: 20    There are some plaques that
535: 21    are lipid rich and more prone to rupture
535: 22    than other plaques. Are you aware of
535: 23    that?
535: 24    A. Well, but all plaques have
536: 1    lipid in them.
536: 2    Q. Yeah. And you see that here
536: 3    they're talking about lipid-rich coronary
536: 4    plaques.
536: 5    Are you aware, Doctor, that
536: 6    cardiologists draw a distinction between
536: 7    different kinds of plaques and say that
536: 8    some are more dangerous than others when
536: 9    it comes to heart attacks?
536: 10    A. Yes. But they all contain

| Designated Testimony | Objections | Rulings |
|---|---|---|

536: 11      lipids.
536: 12    Q.  Are you aware, sir, that
536: 13      cardiologists, that people who actually
536: 14      specialize in heart disease, say that the
536: 15      plaques that have more lipids, that are
536: 16      lipid rich, are more dangerous than the
536: 17      plaques that have less lipid?
536: 18    A.  Right.
536: 19    Q.  Are you aware of that fact?
536: 20    A.  Yes.
536: 21    Q.  Okay.
536: 22      So, here the Board of
536: 23      Scientific Advisors is talking about the
536: 24      especially dangerous lipid-rich coronary
537: 1      plaques.  Isn't that what you understand?
537: 2    A.  Right.
537: 3    Q.  Okay.
537: 4      Down here in the middle of
537: 5      the page, do you see where the Board of
537: 6      Scientific Advisors says that "There is a
537: 7      growing body of evidence indicating that
537: 8      inflammatory disease is a risk factor for
537: 9      myocardial infarction, and such
537: 10      inflammatory processes almost certainly
537: 11      are accompanied by the release of" -- how
537: 12      do you pronounce that next word?
537: 13    A.  Cytokines.
537: 14    Q.  -- "cytokines that affect
537: 15      cells in the" --
537: 16    A.  Monocytic.
537: 17    Q.  -- "monocytic series in
537: 18      general, and COX-2 expression in
537: 19      particular."
537: 20    A.  Right.
537: 21    Q.  Now, when it says that
537: 22      inflammatory disease is a risk factor for
537: 23      myocardial infarction, what you
537: 24      understand that to mean is that
538: 1      inflammation might be a cause of heart
538: 2      attacks, right?
538: 3    A.  Correct.
538: 4    Q.  And inflammation comes from
538: 5      the COX-2 enzyme, I think you testified
538: 6      yesterday, right?
538: 7    A.  Right.

**538:8  -  538:13**      Avorn, Jerome 2006-06-30
538: 8    Q.  And so the point here is
538: 9      that the COX-2 enzyme, if it's causing
538: 10      inflammation, could cause this kind of --
538: 11      could be a risk factor for the heart
538: 12      attacks and contribute to the lipid-rich
538: 13      core, right?

**538:15  -  538:22**      Avorn, Jerome 2006-06-30
538: 15      THE WITNESS:  Actually, what
538: 16      they're saying in just the next
538: 17      sentence is it could go either
538: 18      way.  And if you just go to that
538: 19      very next sentence.
538: 20      BY MR. BECK:
538: 21    Q.  The "Accordingly"?
538: 22    A.  Yes.

**538:23  -  539:18**      Avorn, Jerome 2006-06-30
538: 23    Q.  "Accordingly, it is
538: 24      appropriate to ask whether COX-2
539: 1      expression in monocyte-macrophage" --
539: 2    A.  I think maybe we can speed
539: 3      this up, and I'll just, if you allow me,
539: 4      skip a lot of the words, because they are

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK    Document 8543-7    Filed 11/20/06    Page 95 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 539: 5 | not germane to this argument. |
| 539: 6 | But, accordingly, it is |
| 539: 7 | appropriate to ask whether the COX-2 |
| 539: 8 | enzyme regulates the progression of |
| 539: 9 | atherosclerosis either positively or |
| 539: 10 | negatively.  And what they're simply |
| 539: 11 | saying is, it seems to be involved in |
| 539: 12 | this process, and it's appropriate to |
| 539: 13 | study whether it makes things better or |
| 539: 14 | it makes things worse.  And that's pretty |
| 539: 15 | clearly what that next sentence says. |
| 539: 16 | Q.  And it is pretty different, |
| 539: 17 | actually, from how you characterized it |
| 539: 18 | yesterday; isn't that true? |

**539:22  -  540:3**  Avorn, Jerome 2006-06-30
| | |
|---|---|
| 539: 22 | THE WITNESS:  No.  I |
| 539: 23 | characterized it as they're |
| 539: 24 | indicating that this could be a |
| 540: 1 | problem, which is exactly what |
| 540: 2 | they said in the sentence I just |
| 540: 3 | read. |

**540:5  -  540:9**  Avorn, Jerome 2006-06-30
| | |
|---|---|
| 540: 5 | Q.  Well, actually, what they |
| 540: 6 | said in the sentence that you just read |
| 540: 7 | was that it could be a problem or it |
| 540: 8 | could be a benefit? |
| 540: 9 | A.  Correct. |

**540:16  -  540:18**  Avorn, Jerome 2006-06-30
| | |
|---|---|
| 540: 16 | You left that out yesterday. |
| 540: 17 | You didn't mention that it could be a |
| 540: 18 | benefit yesterday, did you? |

**540:22  -  541:4**  Avorn, Jerome 2006-06-30
| | |
|---|---|
| 540: 22 | THE WITNESS:  The issue at |
| 540: 23 | hand is whether there was evidence |
| 540: 24 | presented to Merck that there |
| 541: 1 | could be a problem, that their |
| 541: 2 | drug caused heart attacks in 1998, |
| 541: 3 | and I still contend that that is |
| 541: 4 | stated here. |

**541:6  -  541:12**  Avorn, Jerome 2006-06-30
| | |
|---|---|
| 541: 6 | Q.  How about on the next |
| 541: 7 | question, which is destabilization. |
| 541: 8 | Having read this document a few minutes |
| 541: 9 | ago and this paragraph, is it still your |
| 541: 10 | contention that this was somehow a red |
| 541: 11 | flag, that it indicated that there might |
| 541: 12 | be a problem with COX-2 inhibitors? |

**541:17  -  542:11**  Avorn, Jerome 2006-06-30
| | |
|---|---|
| 541: 17 | THE WITNESS:  What it states |
| 541: 18 | here is in that second sentence, |
| 541: 19 | "the possibility exists that the |
| 541: 20 | products of COX-2 could regulate |
| 541: 21 | thinning the cap of plaques and |
| 541: 22 | rendering them rupture-prone." |
| 541: 23 | And COX-2 has numerous different |
| 541: 24 | products.  And it is hard to tell |
| 542: 1 | to what extent they were |
| 542: 2 | referring, as they do throughout, |
| 542: 3 | to the possible good or possible |
| 542: 4 | bad issues.  But what was key to |
| 542: 5 | me was that they were saying, |
| 542: 6 | look, this is a drug that is |
| 542: 7 | intimately involved in inhibiting |
| 542: 8 | an enzyme that has never been |
| 542: 9 | inhibited before, and it could |

| Designated Testimony | Objections | Rulings |
|---|---|---|

542: 10    have an important effect on the
542: 11    development of heart disease.

**542:13 - 542:22**    Avorn, Jerome 2006-06-30
542: 13    Q. Well, this language that you
542: 14    referred to, the products of COX-2, that
542: 15    means the COX-2 enzyme, right?
542: 16    A. Right.
542: 17    Q. That the possibility exists
542: 18    that the COX-2 enzyme could regulate the
542: 19    thinning of the cap of the plaques and
542: 20    render them rupture-prone. It means that
542: 21    the COX-2 enzyme could cause plaque
542: 22    rupture, right?

**543:1 - 543:11**    Avorn, Jerome 2006-06-30
543: 1    Q. Is that correct?
543: 2    A. The products of the COX-2
543: 3    enzyme.
543: 4    Q. Right.
543: 5    Could cause plaque rupture?
543: 6    A. Right.
543: 7    Q. And isn't the point here
543: 8    that that's something that would inhibit
543: 9    COX-2, that would hold down that enzyme,
543: 10    would be potentially helpful in guarding
543: 11    against plaque rupture?

**543:14 - 543:15**    Avorn, Jerome 2006-06-30
543: 14    THE WITNESS: I think that's
543: 15    a fair interpretation.

**543:17 - 543:19**    Avorn, Jerome 2006-06-30
543: 17    Q. That's not the
543: 18    interpretation you put on it yesterday,
543: 19    is it?

**543:22 - 543:22**    Avorn, Jerome 2006-06-30
543: 22    THE WITNESS: No.

**544:11 - 545:5**    Avorn, Jerome 2006-06-30
544: 11    Q. Before you testified
544: 12    yesterday about this document, had you
544: 13    read the testimony of any other witness,
544: 14    whether from Merck or independent experts
544: 15    or experts testifying on behalf of the
544: 16    plaintiffs, about the meaning of this
544: 17    document?
544: 18    A. No.
544: 19    But for the sake of
544: 20    completeness, Mr. Beck, I think we
544: 21    shouldn't just cherry pick which of the
544: 22    points of this we want to discuss unless
544: 23    you're about to get to events following
544: 24    plaque rupture, which is the most
545: 1    compelling place where the board of
545: 2    expert advisors talks about this, and I
545: 3    think it would be fair to the jury to not
545: 4    only talk about the first two and ignore
545: 5    the third.

**545:9 - 545:12**    Avorn, Jerome 2006-06-30
545: 9    Q. Obviously if you didn't read
545: 10    any testimony on this, that includes Dr.
545: 11    Reicin's testimony, correct?
545: 12    A. Correct.

**545:22 - 546:1**    Avorn, Jerome 2006-06-30
545: 22    Q. So, you didn't read or learn
545: 23    about from any other source what Dr.
545: 24    Reicin said about this or what Dr.

| Designated Testimony | Objections | Rulings |
|---|---|---|

546: 1      Morrison said about this; is that right?

**546:3  -  546:4**    Avorn, Jerome 2006-06-30
546: 3      THE WITNESS:  That's
546: 4        correct.

**546:9  -  550:22**    Avorn, Jerome 2006-06-30
546: 9      Q.  Have you ever heard of Dr.
546: 10       Stephen Epstein?
546: 11      A.  The name does not ring a
546: 12       bell.
546: 13      Q.  He's a non-retained expert
546: 14       for the same lawyers that you're working
546: 15       with.  He's an expert in atherosclerosis.
546: 16       Does that help you at all?  Does that
546: 17       ring a bell now?
546: 21      THE WITNESS:  There's a lot
546: 22      of Dr. Epsteins.  No, it doesn't
546: 23      ring a bell.  He may well be a
546: 24      fantastic expert, I just --  the
547: 1      name just doesn't ring a bell.
547: 2      BY MR. BECK:
547: 3      Q.   He, from his deposition,
547: 4      said he took over for Dr. Eugene
547: 5      Braunwald as chief of cardiology at the
547: 6      National Institutes of Health.
547: 7      MR. TISI:  Objection.
547: 8      BY MR. BECK:
547: 9      Q.   Does that ring a bell yet?
547: 10     A.   No.
547: 11     Q.   Before you testified about
547: 12     whether the Board of Scientific Advisors
547: 13     was a red flag or not, did you learn what
547: 14     Dr. Epstein had to say about the meaning
547: 15     of the points we just went over?
547: 16     MR. TISI:  Objection,
547: 17     improper impeachment.
547: 18     THE WITNESS:  No.
547: 19     BY MR. BECK:
547: 20     Q.   Do you know what Dr. Epstein
547: 21     has said about whether Vioxx could have a
547: 22     beneficial effect on atherosclerosis?
547: 23     MR. TISI:  Objection.  Can I
547: 24     have a continuing objection to all
548: 1      the questions about Dr. Epstein?
548: 2      MR. BECK:  Sure.
548: 3      MR. TISI:  Thank you.
548: 4      THE WITNESS:  I know there
548: 5      was the hope when Vioxx was being
548: 6      developed, that as an
548: 7      anti-inflammatory drug, it might
548: 8      have the potential for helping
548: 9      with inflammation in the
548: 10     cardiovascular system.  That was a
548: 11     hoped for effect.  That actually
548: 12     never panned out, but it was a
548: 13     plausible hope in the mid-'90s.
548: 14     late '90s.
548: 15     BY MR. BECK:
548: 16     Q.   And part of that was that it
548: 17     was hoped that it could help reduce both
548: 18     the formation of plaque and the
548: 19     possibility of plaque rupture, right?
548: 20     MR. TISI:  Objection.
548: 21     THE WITNESS:  I think the
548: 22     fairest way of presenting it is
548: 23     that there was the understanding
548: 24     that this recently described
549: 1      enzyme called COX-2 had a very
549: 2      important effect on the health of

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 549: 3   the arteries, and that inhibiting<br>549: 4   it could do bad things or could do<br>549: 5   good things.  And I think in 1998,<br>549: 6   those possibilities were both on<br>549: 7   the table.<br>549: 8   BY MR. BECK:<br>549: 9   Q.   And just on the good things<br>549: 10   side, since yesterday you talked about<br>549: 11   the bad things as possibilities, on the<br>549: 12   good things side of the possibilities, do<br>549: 13   you agree with me, sir, that scientists<br>549: 14   at the time were saying that Vioxx and<br>549: 15   other COX-2 inhibitors could potentially<br>549: 16   protect against heart disease, first, by<br>549: 17   slowing down plaque formation; and<br>549: 18   secondly, by making it less likely that<br>549: 19   there would be plaque rupture?<br>549: 20   MR. BUCHANAN:  Objection, no<br>549: 21   foundation.<br>549: 22   MR. TISI:  Objection,<br>549: 23   argumentative and compound.<br>549: 24   MR. KLINE:  And vague as to<br>550: 1   not identifying who the "they"<br>550: 2   are.<br>550: 3   MR. BUCHANAN:  Excuse me.<br>550: 4   Just the prefatory clause as well.<br>550: 5   Thank you.<br>550: 6   THE WITNESS:  I think the<br>550: 7   fairest way of stating it is that<br>550: 8   in 1998, the view, as represented<br>550: 9   here, was that because this drug<br>550: 10   had new unprecedented and<br>550: 11   potentially important effects on<br>550: 12   arteries, on blood vessels<br>550: 13   supplying the heart, on plaques<br>550: 14   and ruptures and blood clotting<br>550: 15   and all of that, that it was a<br>550: 16   previously unstudied area that<br>550: 17   held the potential for important<br>550: 18   effects on the cardiovascular<br>550: 19   system, either good or bad,<br>550: 20   because nobody at that point<br>550: 21   really knew what the effect of<br>550: 22   COX-2 on the heart would be. | **[549:9-550:22]**<br>**Pl's Obj.:**  Lack of<br>foundation.  Argumenta-<br>tive.  Improper<br>speech from counsel. | **Barnett:**  No objection<br>**Smith:**  Testimony<br>was played.  No<br>objection.<br>**Mason:**  Testimony<br>was played.  No<br>objection. |
| **550:24  -  551:7**   Avorn, Jerome 2006-06-30<br>550: 24   Q.   Well, do you remember<br>551: 1   yesterday when you went over this<br>551: 2   document you had no trouble at all<br>551: 3   holding yourself to talking about the<br>551: 4   potential bad consequences of COX-2<br>551: 5   inhibitors?  Do you remember that all you<br>551: 6   talked about in connection with this was<br>551: 7   the potential adverse consequences? | | |
| **551:20  -  552:8**   Avorn, Jerome 2006-06-30<br>551: 20   Q.   Do you remember that?<br>551: 21   A.   That was what we were<br>551: 22   talking about.<br>551: 23   Q.   Okay.<br>551: 24   And so yesterday you<br>552: 1   confined yourself to the potential<br>552: 2   adverse consequences, and now I'm just<br>552: 3   going to ask you whether you can give me<br>552: 4   answers that focus on the potential<br>552: 5   positive consequences rather than this,<br>552: 6   well, it may be good or it may be bad.<br>552: 7   Okay?<br>552: 8   A.   Yes. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| **552:12 - 552:20** Avorn, Jerome 2006-06-30 | | |
| 552: 12    Q.  Now, do you agree with me, | | |
| 552: 13    sir, that back in 1998 and 1999 respected | | |
| 552: 14    scientists said that among the potential | | |
| 552: 15    good things that might come from Vioxx | | |
| 552: 16    were that it would protect -- it could | | |
| 552: 17    possibly protect against heart disease, | | |
| 552: 18    number one, by helping to guard against | | |
| 552: 19    the formation of plaque?  Do you agree | | |
| 552: 20    with that? | | |
| **553:1 - 553:3** Avorn, Jerome 2006-06-30 | | |
| 553: 1    THE WITNESS:  They said that | | |
| 553: 2    there were both good and bad | | |
| 553: 3    potentials. | | |
| **553:5 - 553:10** Avorn, Jerome 2006-06-30 | | |
| 553: 5    5    Q.  Now, why is it today that | | |
| 553: 6    6   you can't confine yourself to the good | | |
| 553: 7    7   side that scientists talked about, when | | |
| 553: 8    8   yesterday, you've already admitted, you | | |
| 553: 9    9   were perfectly capable of confining | | |
| 553: 10    10   yourself to the bad side? | | |
| **553:17 - 554:4** Avorn, Jerome 2006-06-30 | | |
| 553: 17    THE WITNESS:  Because today, | | |
| 553: 18    Mr. Beck, we're here to talk about | | |
| 553: 19    the fact that it is now | | |
| 553: 20    universally agreed that Vioxx | | |
| 553: 21    causes heart attacks, and we're | | |
| 553: 22    now trying to look back and find | | |
| 553: 23    out what information was available | | |
| 553: 24    to Merck.  We're not here | | |
| 554: 1    discussing the fact that Vioxx | | |
| 554: 2    prevents heart attack, in which | | |
| 554: 3    case maybe that would be | | |
| 554: 4    appropriate. | | |
| **555:7 - 555:16** Avorn, Jerome 2006-06-30 | | |
| 555: 7    Were you aware back in 1998 | | |
| 555: 8    and 1999 what was being discussed in the | | |
| 555: 9    scientific and medical community about | | |
| 555: 10    the potential good things or bad things | | |
| 555: 11    of COX-2 inhibitors? | | |
| 555: 12    A.  Around this period, I don't | | |
| 555: 13    know if it was 1999 or 2000, but when we | | |
| 555: 14    were doing our own work on this, we did | | |
| 555: 15    review what was known in the literature | | |
| 555: 16    about the potential for good and for bad. | | |
| **555:17 - 555:24** Avorn, Jerome 2006-06-30 | | |
| 555: 17    Q.  And around the time that | | |
| 555: 18    Vioxx came on the market, do you agree, | | |
| 555: 19    sir, that one of the potential good | | |
| 555: 20    things that scientists and doctors were | | |
| 555: 21    talking about was that Vioxx potentially | | |
| 555: 22    could be protective of the heart by | | |
| 555: 23    guarding against plaque formation? | | |
| 555: 24    A.  Yes. | | |
| **556:7 - 556:14** Avorn, Jerome 2006-06-30 | **Pl's Obj.:** R. 801, R. 802.  Hearsay. | **Barnett:** No ruling. **Smith:** Testimony was played.  No objection. **Mason:** Testimony was played.  No objection. |
| 556: 7    Q.  And do you agree, sir, that | | |
| 556: 8    another potential good thing that | | |
| 556: 9    scientists and doctors were talking about | | |
| 556: 10    around the time that Vioxx came on the | | |
| 556: 11    market was that Vioxx could guard | | |
| 556: 12    against -- could possibly guard against | | |
| 556: 13    heart disease by helping to prevent | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK Document 8843-7 Filed 11/20/06 Page 100 of 185

Plaintiff's 3rd Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| plaque rupture? | | |
| | | |
| **556:17 - 556:18** | **Pl's Obj.:** R. 801, | **Barnett:** No ruling. |
| Avorn, Jerome 2006-06-30 | R. 802. Hearsay. | **Smith:** Testimony |
| 556: 17    THE WITNESS: That | | was played. No |
| 556: 18    possibility was raised. | | objection. |
| **557:10 - 561:12** | | **Mason:** Testimony was |
| Avorn, Jerome 2006-06-30 | | played. No objection. |
| 557: 10    Q.  Doctor, would you please | | |
| 557: 11        turn to what was marked yesterday as | | |
| 557: 12        Exhibit 7.  It's in the folder of medical | | |
| 557: 13        articles that Mr. Tisi gave you. | | |
| 557: 14    A.  Right.  Got it. | | |
| 557: 15    Q.  And is Exhibit 7 an article | | |
| 557: 16        where you were one of the authors? | | |
| 557: 17    A.  Yes.  I was the senior | | |
| 557: 18        author. | | |
| 557: 19    Q.  And it's titled the | | |
| 557: 20        "Relationship Between Selective" -- how | | |
| 557: 21        do you pronounce that next word? | | |
| 557: 22    A.  "Cyclooxygenase." | | |
| 557: 23    Q.  Is that the same thing as | | |
| 557: 24        COX-2? | | |
| 558: 1     A.  COX-2.  Yes.  You can call | | |
| 558: 2         it COX. | | |
| 558: 3     Q.  So, the "Relationship | | |
| 558: 4         Between COX-2 Inhibitors and Acute | | |
| 558: 5         Myocardial Infarction in Older Adults," | | |
| 558: 6         right? | | |
| 558: 7     A.  Correct. | | |
| 558: 8     Q.  Now, would you turn over -- | | |
| 558: 9         and what's the date of this article? | | |
| 558: 10    A.  This was published in May of | | |
| 558: 11        '04, and I can look for the -- May 4th of | | |
| 558: 12        '04. | | |
| 558: 13    Q.  Okay. | | |
| 558: 14        So, some four or five years | | |
| 558: 15        after Vioxx was first approved by the | | |
| 558: 16        FDA, right? | | |
| 558: 17    A.  Right. | | |
| 558: 18    Q.  Okay. | | |
| 558: 19        Now, turn over, if you | | |
| 558: 20        would, please, to Page 2072, which I | | |
| 558: 21        think is the fifth page in. | | |
| 558: 22    A.  Got it. | | |
| 558: 23    Q.  I want to call your | | |
| 558: 24        attention in the second column and the | | |
| 559: 1         first full paragraph to one statement | | |
| 559: 2         here about emerging data.  Are you with | | |
| 559: 3         me on that? | | |
| 559: 4     A.  Yes. | | |
| 559: 5     Q.  In your copy? | | |
| 559: 6     A.  Yes. | | |
| 559: 7     Q.  "Emerging data support a | | |
| 559: 8         varied role for COX-2" -- and there we're | | |
| 559: 9         talking, again, just so the jury is | | |
| 559: 10        clear, we're talking about the enzyme, | | |
| 559: 11        not Vioxx or any other COX-2 inhibitors, | | |
| 559: 12        right? | | |
| 559: 13    A.  Correct. | | |
| 559: 14    Q.  So, "emerging data support a | | |
| 559: 15        varied role for the COX-2 enzyme," and | | |
| 559: 16        then you list various things concluding | | |
| 559: 17        with "atherogenesis."  Do you see that? | | |
| 559: 18    A.  Right. | | |
| 559: 19    Q.  And then you have these | | |
| 559: 20        cites to these two items, Number 27 and | | |
| 559: 21        28? | | |
| 559: 22    A.  Right. | | |
| 559: 23    Q.  What is atherogenesis? | | |
| 559: 24    A.  It's atherogenesis. | | |
| 560: 1     Q.  I'm sorry, atherogenesis. | | |
| 560: 2     A.  It's the development of | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

560: 3          plaque in the artery wall.
560: 4     Q.  Okay.
560: 5          Same thing as
560: 6          atherosclerosis?
560: 7     A.  Well, atherosclerosis is
560: 8          kind of the end product of atherogenesis.
560: 9          Atherogenesis is the development of.
560: 10    Q.  Okay.
560: 11         The development of plaque.
560: 12         And your statement here, at
560: 13         least the portions I've highlighted, is
560: 14         that there is new information.  That
560: 15         would be emerging data, right?
560: 16    A.  Yes.  Ongoing work, yes.
560: 17    Q.  Ongoing work, new
560: 18         information indicating that the COX-2
560: 19         enzyme has some sort of possible role in
560: 20         the formation of plaque, right?
560: 21    A.  Correct.
560: 22    Q.  And then you cite these two
560: 23         sources, and if you go to the end of your
560: 24         article -- those were Sources 27 and 28,
561: 1          and then if you go to the end of your
561: 2          article, you've got the actual sources
561: 3          that you were referring to, correct?
561: 4     A.  Right.
561: 5     Q.  And one of those is an
561: 6          article by Burleigh, right?
561: 7     A.  Right.
561: 8     Q.  And the other is by -- how
561: 9          is his name pronounced, do you know?
561: 10    A.  After Burleigh, I think it's
561: 11         Cipollone.
561: 12    Q.  Cipollone.  Okay.

**562:1  -  562:17**          Avorn, Jerome 2006-06-30
562: 1     Q.  And I will hand you what I
562: 2          am marking as Exhibit 45.  Do you
562: 3          recognize Exhibit 45 as the first of your
562: 4          cited references, the Burleigh article?
562: 5     A.  Yes.  Correct.
562: 6     Q.  Let me put that up on the
562: 7          screen.
562: 8          Okay.
562: 9          So, this is the article by
562: 10         Burleigh that you cited when you said
562: 11         that there's emerging data concerning the
562: 12         role of the COX-2 enzyme on the
562: 13         development of plaque, right?
562: 14    A.  Right.
562: 15    Q.  Okay.
562: 16         And if you would please turn
562: 17         to Page 1822.

**563:7  -  563:16**          Avorn, Jerome 2006-06-30
563: 7     Q.  We were on the Burleigh
563: 8          article, which was cited in your article
563: 9          --
563: 10    A.  Right.
563: 11    Q.  -- and we're on the last
563: 12         page of the text of the Burleigh article,
563: 13         Page 1822, right?
563: 14    A.  Right, yes.
563: 15    Q.  Are you with me, Doctor?
563: 16    A.  Yes.

**564:9  -  566:24**          Avorn, Jerome 2006-06-30
564: 9          And I've blown up here on
564: 10         the screen the last concluding paragraph
564: 11         of the article you cited.  Would you
564: 12         please read that for the jury?

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 564: 13　　A.　Where would you like me to | | |
| 564: 14　　　　start?  The whole paragraph? | | |
| 564: 15　　Q.　"Mounting evidence." | | |
| 564: 16　　A.　"Mounting evidence supports | | |
| 564: 17　　　　an important role for inflammation in | | |
| 564: 18　　　　atherosclerosis and plaque rupture.  We | | |
| 564: 19　　　　present evidence that pharmacologic | | |
| 564: 20　　　　inhibition of COX-2 reduces | | |
| 564: 21　　　　atherosclerosis in the LDLR-deficient | | |
| 564: 22　　　　mouse model of atherosclerosis, and we | | |
| 564: 23　　　　provide genetic evidence indicating that | | |
| 564: 24　　　　macrophage COX-2 promotes early | | |
| 565: 1　　　　atherogenesis.  These results demonstrate | | |
| 565: 2　　　　the potential of COX-2 inhibitors in the | | |
| 565: 3　　　　treatment of atherosclerosis and support | | |
| 565: 4　　　　the potential of anti-inflammatory | | |
| 565: 5　　　　approaches to the prevention of coronary | | |
| 565: 6　　　　heart disease." | | |
| 565: 7　　Q.　And this article, I think we | | |
| 565: 8　　　　can tell from the very top, was written | | |
| 565: 9　　　　or at least published in April of 2002, | | |
| 565: 10　　　　right? | | |
| 565: 11　　A.　Correct. | | |
| 565: 12　　Q.　And do you agree with the | | |
| 565: 13　　　　statements that are in this paragraph? | | |
| 565: 14　　A.　Yes. | | |
| 565: 15　　Q.　And do you agree that what | | |
| 565: 16　　　　this paragraph indicates is that there is | | |
| 565: 17　　　　increasing support for the notion that | | |
| 565: 18　　　　the COX-2 enzyme can, through | | |
| 565: 19　　　　inflammation, can contribute to plaque | | |
| 565: 20　　　　formation?  Do you agree with that? | | |
| 565: 21　　A.　I'm not sure about the | | |
| 565: 22　　　　increasing support, where that comes | | |
| 565: 23　　　　from. | | |
| 565: 24　　Q.　"Mounting evidence | | |
| 566: 1　　　　supports," the very first sentence? | | |
| 566: 2　　A.　Right.  That refers to just | | |
| 566: 3　　　　inflammation. | | |
| 566: 4　　Q.　Okay. | | |
| 566: 5　　　　Well, it says, actually, | | |
| 566: 6　　　　"Mounting evidence supports an important | | |
| 566: 7　　　　role for inflammation in atherosclerosis | | |
| 566: 8　　　　and plaque rupture," right? | | |
| 566: 9　　A.　Right. | | |
| 566: 10　　Q.　Okay. | | |
| 566: 11　　　　And do you agree, sir, that | | |
| 566: 12　　　　in 2002 there was evidence, number one, | | |
| 566: 13　　　　that inflammation contributed to | | |
| 566: 14　　　　atherosclerosis and plaque rupture?  Do | | |
| 566: 15　　　　you agree with that? | | |
| 566: 16　　A.　Correct. | | |
| 566: 17　　Q.　And do you agree, number | | |
| 566: 18　　　　two, that there was evidence that the | | |
| 566: 19　　　　COX-2 enzyme could contribute to | | |
| 566: 20　　　　inflammation, which, in turn, would -- | | |
| 566: 21　　　　could cause atherosclerosis and plaque | | |
| 566: 22　　　　rupture? | | |
| 566: 23　　A.　Well, the products of the | | |
| 566: 24　　　　COX-2 enzyme, but yes. | | |
| | | |
| **567:9  -  567:18**　　Avorn, Jerome 2006-06-30 | | |
| 567: 9　　　　And also, do you agree that | | |
| 567: 10　　　　in 2002 that scientists whom you cited in | | |
| 567: 11　　　　your own article were saying that there | | |
| 567: 12　　　　was a potential that COX-2 inhibitors, | | |
| 567: 13　　　　and that would include Vioxx and | | |
| 567: 14　　　　Celebrex, right -- | | |
| 567: 15　　A.　Right. | | |
| 567: 16　　Q.　-- that COX-2 inhibitors | | |
| 567: 17　　　　could be useful in the treatment of | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8643-7 Filed 11/20/06 Page 103 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

567: 18       atherosclerosis?

**567:20 - 567:21**    Avorn, Jerome 2006-06-30
567: 20       THE WITNESS:  That they had
567: 21       potential use.

**568:1 - 569:1**    Avorn, Jerome 2006-06-30
568: 1       Do you agree with this final
568: 2       sentence of the article that you cited,
568: 3       that the "Results demonstrate the
568: 4       potential of COX-2 inhibitors in the
568: 5       treatment of atherosclerosis and support
568: 6       the potential of anti-inflammatory
568: 7       approaches to the prevention of coronary
568: 8       heart disease"?
568: 9       A.  Right.  This is part of the
568: 10       same good news/bad news issue we've been
568: 11       talking about, that there's potential for
568: 12       good and there's potential for harm.
568: 13       Q.  And here they're talking
568: 14       about the potential for good, right?
568: 15       A.  That's right.
568: 16       Q.  And what publication did
568: 17       this article appear in?
568: 18       A.  Circulation.
568: 19       Q.  Is that the same one that at
568: 20       least some of your articles appeared in?
568: 21       A.  Right.
568: 22       Q.  And I think you said
568: 23       yesterday that it's the top cardiology
568: 24       journal in the world, right?
569: 1       A.  That's right.

**569:2 - 569:9**    Avorn, Jerome 2006-06-30
569: 2       For completeness, we also
569: 3       cite the other side of the story in our
569: 4       paper.  You've selected one or two
569: 5       references where we talk about the
569: 6       potential good effects, but the entire
569: 7       part of the paragraph before the piece
569: 8       you pulled out also discusses the
569: 9       potential bad.

**569:14 - 569:17**    Avorn, Jerome 2006-06-30
569: 14       Q.  Now, I want to move to the
569: 15       second of the cited references that we
569: 16       looked at in your article.
569: 17       A.  Okay.

**570:6 - 570:9**    Avorn, Jerome 2006-06-30
570: 6       Now I want to look at the
570: 7       next one, which was the -- was it
570: 8       Cipollone?
570: 9       A.  Right.

**572:3 - 572:7**    Avorn, Jerome 2006-06-30
572: 3       Is the document that I now
572: 4       have on the screen the same thing as the
572: 5       one that you have in front of you, which
572: 6       is the Cipollone article?
572: 7       A.  Correct.

**572:17 - 572:22**    Avorn, Jerome 2006-06-30
572: 17       Q.  And what journal was the
572: 18       Cipollone article published in?
572: 19       A.  Circulation.
572: 20       Q.  And what is the date of the
572: 21       Cipollone article?
572: 22       A.  2001.

**572:23 - 572:24**    Avorn, Jerome 2006-06-30

| Designated Testimony | Objections | Rulings |
|---|---|---|

572: 23     Q.   Would you please turn to
572: 24       Page 926. Are you with me there?

**573:1   -   573:1**     Avorn, Jerome 2006-06-30
573: 1     A.   Yes.

**573:8   -   574:13**     Avorn, Jerome 2006-06-30
573: 8     Q.   Focusing on the last
573: 9       sentence in this article, would you
573: 10       please read that for the jury?
573: 11     A.   Yes. "From a practical
573: 12       standpoint, these findings raise the
573: 13       possibility that the selective COX-2
573: 14       inhibitors now currently available for
573: 15       clinical use, or future PGES inhibitors
573: 16       might provide a novel form of therapy for
573: 17       plaque stabilization of patients with
573: 18       atherosclerotic disease and prevention of
573: 19       acute ischemic syndromes."
573: 20     Q.   And in 2001, did you agree
573: 21       with Dr. Cipollone and his colleagues
573: 22       that the findings in their study raised
573: 23       the possibility that COX-2 inhibitors
573: 24       such as Vioxx might provide a novel form
574: 1       of therapy for plaque stabilization for
574: 2       patients with atherosclerotic disease?
574: 3     A.   No, I did not.
574: 4     Q.   You disagreed with that?
574: 5     A.   Correct. Because by then,
574: 6       there was evidence that the bad news
574: 7       pieces, which we had previously cited,
574: 8       were more likely to be real than a
574: 9       theoretical study from animals.
574: 10     Q.   And yet you cited this
574: 11       article in your own 2002 article,
574: 12       correct?
574: 13     A.   That's right.

**574:17   -   574:19**     Avorn, Jerome 2006-06-30
574: 17     Q.   I'm sorry. Your 2004
574: 18       article?
574: 19     A.   2004. Right.

**575:16   -   575:22**     Avorn, Jerome 2006-06-30
575: 16     Q.   Do you agree, sir, that
575: 17       during the entire time Vioxx was on the
575: 18       market, scientists whom you considered to
575: 19       be reputable were suggesting that Vioxx's
575: 20       anti-inflammatory properties might slow
575: 21       down the progression of atherosclerosis
575: 22       and help stabilize plaque?

**575:24   -   576:6**     Avorn, Jerome 2006-06-30
575: 24       THE WITNESS: I do not agree
576: 1       with that. By the time it got to
576: 2       be 2003 and 2004, I don't think
576: 3       people were any more suggesting
576: 4       with the evidence at hand that
576: 5       Vioxx would be used to treat heart
576: 6       disease.

**576:8   -   576:9**     Avorn, Jerome 2006-06-30
576: 8     Q.   Your deposition of a few
576: 9       weeks ago beginning on page 389.

**577:6   -   577:18**     Avorn, Jerome 2006-06-30
577: 6     Q.   Line 23: "Were you aware of
577: 7       any articles published by reputable
577: 8       scientists while Vioxx was on the market
577: 9       which said that Vioxx's anti-inflammatory
577: 10       properties might actually slow down the

| Designated Testimony | Objections | Rulings |
|---|---|---|

577: 11    progression of atherosclerosis and help
577: 12    stabilize plaque?
577: 13    "Answer:  Yes.
577: 14    "Question:  And that was a
577: 15    theory that actually scientists were
577: 16    suggesting during the entire time Vioxx
577: 17    was on the market, true?
577: 18    "Answer:  Right."

**578:5  -  578:9**    Avorn, Jerome 2006-06-30
578: 5    Q.  Is that your sworn
578: 6    testimony?
578: 7    A.  That's my testimony, which I
578: 8    think differs from the question you just
578: 9    asked me.

**578:16  -  578:22**    Avorn, Jerome 2006-06-30
578: 16    Q.  So that we can set the
578: 17    stage, again, the VIGOR trial involved
578: 18    Vioxx at 50 milligrams per day, correct?
578: 19    A.  Correct.
578: 20    Q.  Which was twice the maximum
578: 21    dose that had been approved by the FDA at
578: 22    the time of the VIGOR trial, right?

**578:24  -  580:9**    Avorn, Jerome 2006-06-30
578: 24    THE WITNESS:  I'd want to go
579: 1    back and look at the label, but
579: 2    that sounds reasonable.  It was a
579: 3    dose that was being used in
579: 4    patients with arthritis commonly,
579: 5    although it was not the dose that
579: 6    was in the label.
579: 7    BY MR. BECK:
579: 8    Q.  The label, as you recall,
579: 9    specified 25 milligrams, right?
579: 10    A.  That's right.
579: 11    Q.  And that was the standard
579: 12    dose, right?
579: 13    A.  For osteoarthritis, but not
579: 14    for rheumatoid arthritis.
579: 15    Q.  And the average use of the
579: 16    people who were involved in the VIGOR
579: 17    trial taking this 50 milligram dose was
579: 18    how long?
579: 19    A.  Median duration was about
579: 20    nine months.
579: 21    Q.  Now, do you know whether the
579: 22    label said anything about how long, if
579: 23    somebody is taking 50 milligrams a day
579: 24    instead of 25 milligrams a day, how long
580: 1    they should take that for?
580: 2    A.  Well, I thought you just
580: 3    stipulated that the label didn't indicate
580: 4    use for 50 milligrams.
580: 5    Q.  Well, do you remember
580: 6    whether there was anything in the label
580: 7    about if you're going to use 50
580: 8    milligrams, only do it for, you know,
580: 9    five days or less?

**580:14  -  581:6**    Avorn, Jerome 2006-06-30
580: 14    Q.  The question is, do you
580: 15    remember one way or the other?
580: 16    A.  Yes, yes.  Typically doses
580: 17    are recommended for a defined period of
580: 18    time, but it's well known that doctors
580: 19    tend to ignore that duration issue.
580: 20    Q.  My question really is, do
580: 21    you remember, you talked about the two
580: 22    labels yesterday --

| Designated Testimony | Objections | Rulings |
|---|---|---|

580: 23     A. Right.
580: 24     Q. -- with Mr. Tisi, and if you
581: 1        don't remember, you don't remember, but
581: 2        my question is, do you remember what the
581: 3        label, the first label said about how
581: 4        long somebody should use 50 milligrams
581: 5        if, in fact, they're going to go up to
581: 6        that dose?

581:9  -  581:11     Avorn, Jerome 2006-06-30
581: 9        THE WITNESS: I think there
581: 10        was a time limit suggested in the
581: 11        label for 50 milligrams.

581:13  -  581:14     Avorn, Jerome 2006-06-30
581: 13     Q. And do you remember what
581: 14        that time limit was?

581:16  -  581:18     Avorn, Jerome 2006-06-30
581: 16        THE WITNESS: Off the top of
581: 17        my head, I would say ten days, but
581: 18        we can check it out.

581:20  -  582:8     Avorn, Jerome 2006-06-30
581: 20     Q. Okay.
581: 21        It certainly wasn't nine
581: 22        months, though, right?
581: 23     A. Right.
581: 24     Q. And on the --
582: 1        You said that the VIGOR
582: 2        trial involved patients who had what
582: 3        condition?
582: 4     A. Rheumatoid arthritis.
582: 5     Q. Are people who have
582: 6        rheumatoid arthritis by nature at
582: 7        increased risk of heart attacks?
582: 8     A. Yes.

582:12  -  582:12     Avorn, Jerome 2006-06-30
582: 12        THE WITNESS: Yes.

582:14  -  582:18     Avorn, Jerome 2006-06-30
582: 14     Q. And on the other side, on
582: 15        the other arm of the trial, so to speak,
582: 16        there were people who were taking
582: 17        naproxen, right?
582: 18     A. Correct.

583:9  -  583:20     Avorn, Jerome 2006-06-30
583: 9     Q. Now that you have the VIGOR
583: 10        publication in front of you --
583: 11     A. Yes.
583: 12     Q. -- can you tell me what the
583: 13        dose of naproxen was for the participants
583: 14        who took naproxen rather than Vioxx?
583: 15     A. 500 milligrams twice a day.
583: 16     Q. In terms of the
583: 17        gastrointestinal results, did Vioxx
583: 18        significantly reduce the incidence of
583: 19        perforations, ulcers and bleeds?
583: 20     A. Yes.

583:23  -  583:23     Avorn, Jerome 2006-06-30
583: 23        THE WITNESS: Yes.

584:1  -  584:3     Avorn, Jerome 2006-06-30
584: 1     Q. Did Vioxx significantly
584: 2        reduce serious complicated
584: 3        gastrointestinal problems?

584:5  -  584:5     Avorn, Jerome 2006-06-30

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn (MD)   Document 8843-7   Filed 11/20/06   Page 107 of 185

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 584: 5 | THE WITNESS:  Yes. | | |
| | | | |
| **584:8  -  586:6** | Avorn, Jerome 2006-06-30 | | |
| 584: 8 | For the people who used | | |
| 584: 9 | twice the normal dose of Vioxx for | | |
| 584: 10 | several months instead of days, was there | | |
| 584: 11 | any doubt that Vioxx was superior to | | |
| 584: 12 | naproxen from a gastrointestinal | | |
| 584: 13 | perspective? | | |
| 584: 14 | A.  Yes, there was a doubt. | | |
| 584: 15 | Q.  On the cardiovascular | | |
| 584: 16 | results, I think you testified yesterday | | |
| 584: 17 | that the difference in the CV events was | | |
| 584: 18 | that there were five times as many heart | | |
| 584: 19 | attacks in the Vioxx group as in the | | |
| 584: 20 | naproxen group; is that right? | | |
| 584: 21 | A.  As I said yesterday, the | | |
| 584: 22 | numbers are variably presented, whether | | |
| 584: 23 | it's four times or five times. | | |
| 584: 24 | Q.  And you said they are | | |
| 585: 1 | variously presented.  And one of your | | |
| 585: 2 | criticisms yesterday of Merck, as I | | |
| 585: 3 | recall, was the way that this data was | | |
| 585: 4 | recorded in the New England Journal | | |
| 585: 5 | article.  Do you remember that? | | |
| 585: 6 | A.  That's right. | | |
| | | | |
| **585:13  -  585:23** | Avorn, Jerome 2006-06-30 | | |
| 585: 13 | Q.  Now, you know that when you | | |
| 585: 14 | read the VIGOR article and you saw that | | |
| 585: 15 | the risk of naproxen was represented as | | |
| 585: 16 | .2 of the risk of Vioxx, you understood | | |
| 585: 17 | .2 was one-fifth, right? | | |
| 585: 18 | A.  Yes. | | |
| 585: 19 | Q.  And you understood that what | | |
| 585: 20 | that meant was that there were five times | | |
| 585: 21 | as many heart attacks in the group that | | |
| 585: 22 | took Vioxx as in the group that took | | |
| 585: 23 | naproxen, correct? | | |
| | | | |
| **586:1  -  586:5** | Avorn, Jerome 2006-06-30 | | |
| 586: 1 | THE WITNESS:  Well, I do | | |
| 586: 2 | this for a living, but what it | | |
| 586: 3 | said was that there were one-fifth | | |
| 586: 4 | as many heart attacks in the | | |
| 586: 5 | naproxen group. | | |
| | | | |
| **586:7  -  586:12** | Avorn, Jerome 2006-06-30 | | |
| 586: 7 | Q.  My question is, when you | | |
| 586: 8 | read that, you understood from reading | | |
| 586: 9 | the VIGOR article that there were five | | |
| 586: 10 | times as many heart attacks in the Vioxx | | |
| 586: 11 | group as in the naproxen group, didn't | | |
| 586: 12 | you? | | |
| | | | |
| **586:14  -  586:17** | Avorn, Jerome 2006-06-30 | | |
| 586: 14 | THE WITNESS:  If I stopped | | |
| 586: 15 | and thought about it and flipped | | |
| 586: 16 | around the numbers and did the | | |
| 586: 17 | math, I could derive that number. | | |
| | | | |
| **586:19  -  586:19** | Avorn, Jerome 2006-06-30 | | |
| 586: 19 | Q.  Your deposition Page 360, | | |
| | | | |
| **587:14  -  587:22** | Avorn, Jerome 2006-06-30 | | |
| 587: 14 | Q.  Page 360, line 10. | | |
| 587: 15 | "You understood, from | | |
| 587: 16 | reading the results here in the abstract, | | |
| 587: 17 | that there were five times the number of | | |
| 587: 18 | heart attacks in the Vioxx arm than in | | |
| 587: 19 | the naproxen arm, right? | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's 3rd Defendant's Designations of Jerome Avorn (MD)   Document 8843-7   Filed 11/20/06   Page 108 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

587: 20    "Answer: Right."
587: 21      Was that your testimony?
587: 22    A. Correct.

**589:17 - 589:22**    Avorn, Jerome 2006-06-30
589: 17    Q. Doctor, the question is
589: 18      whether at the time you first read the
589: 19      VIGOR article, my question is, did you
589: 20      understand that there was five times as
589: 21      many heart attacks in the Vioxx group as
589: 22      in the naproxen group?

**589:24 - 590:12**    Avorn, Jerome 2006-06-30
589: 24    THE WITNESS: I think what's
590: 1      fair to say is the first time I
590: 2      read it, I read what it said,
590: 3      which is that there were one-fifth
590: 4      as many heart attacks in the
590: 5      naproxen group.
590: 6    BY MR. BECK:
590: 7    Q. Did you understand from that
590: 8      that that's the same thing as five times
590: 9      as many heart attacks in the Vioxx group?
590: 10    A. To tell you the truth, the
590: 11      first time I read it, that did not strike
590: 12      me.

**590:18 - 591:9**    Avorn, Jerome 2006-06-30
590: 18    Q. And before you even read the
590: 19      VIGOR article, you knew that it had been
590: 20      publically reported that there were five
590: 21      times as many heart attacks in the Vioxx
590: 22      group as in the naproxen group; isn't
590: 23      that right?
590: 24    A. No, that's not how it was
591: 1      publicly reported.
591: 2    Q. Well, did you understand
591: 3      already by the time you read the article
591: 4      that there were more heart attacks in the
591: 5      Vioxx group than in the naproxen group?
591: 6    A. Yes.
591: 7    Q. And you understood there
591: 8      were five times as many, right?
591: 9    A. To move things along, yes.

**591:19 - 593:14**    Avorn, Jerome 2006-06-30
591: 19    Q. Yesterday you spent some
591: 20      time talking about the New England
591: 21      Journal article and the fact that --
591: 22    A. May I ask which New England
591: 23      Journal article?
591: 24    Q. The same one we were just
592: 1      looking at, Exhibit 16.
592: 2    A. Okay.
592: 3    Q. -- that there were three
592: 4      heart attacks that were not included in
592: 5      the data in the New England Journal
592: 6      article. Do you remember that subject?
592: 7    A. Yes.
592: 8    Q. Do you know from your review
592: 9      of materials in this case whether Merck
592: 10      informed the FDA about these three other
592: 11      heart attacks in October of 2000?
592: 12    MR. TISI: Objection.
592: 13      THE WITNESS: I know from my
592: 14      conversations with editors of the
592: 15      New England Journal that they did.
592: 16    BY MR. BECK:
592: 17    Q. That Merck did inform the
592: 18      FDA of those three heart attacks?
592: 19    A. Yes.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 592: 20 | Q. You testified yesterday | |
| 592: 21 | about a report written by Dr. Targum.  Do | |
| 592: 22 | you remember that? | |
| 592: 23 | A. Yes. | |
| 592: 24 | Q. Do you remember whether Dr. | |
| 593: 1 | Targum's analysis included those three | |
| 593: 2 | additional heart attacks? | |
| 593: 3 | A. I believe that it did. | |
| 593: 4 | Q. You testified yesterday | |
| 593: 5 | about the Advisory Committee that met in | |
| 593: 6 | February of 2001 to discuss the VIGOR | |
| 593: 7 | results.  Do you remember that? | |
| 593: 8 | A. Yes. | |
| 593: 9 | Q. Do you know whether this | |
| 593: 10 | Advisory Committee was comprised of | |
| 593: 11 | doctors and scientists who you would | |
| 593: 12 | respect in their fields? | |
| 593: 13 | A. I expect that it would have | |
| 593: 14 | been, yes. | |

**593:20  -  594:7**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 593: 20 | Q. Were you invited to | |
| 593: 21 | participate? | |
| 593: 22 | A. No.  We've already | |
| 593: 23 | established that. | |
| 593: 24 | Q. Have you read the transcript | |
| 594: 1 | of that meeting? | |
| 594: 2 | A. Yes. | |
| 594: 3 | Q. And did the members of the | |
| 594: 4 | Advisory Committee also have information | |
| 594: 5 | concerning the three additional heart | |
| 594: 6 | attacks? | |
| 594: 7 | A. I believe they did. | |

**595:17  -  595:21**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 595: 17 | Yesterday you talked about | |
| 595: 18 | something becoming clear in either the | |
| 595: 19 | 2000 or 2001 time frame.  Do you remember | |
| 595: 20 | that? | |
| 595: 21 | A.   Yes. | |

**596:5  -  596:7**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 596: 5 | Q.   What were you talking about | |
| 596: 6 | yesterday when you said that something | |
| 596: 7 | became clear in that time frame? | |

**596:16  -  597:24**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 596: 16 | THE WITNESS:  Sure.  That by | |
| 596: 17 | the spring of 2001, when the | |
| 596: 18 | original findings from the VIGOR | |
| 596: 19 | study were released by Merck, in | |
| 596: 20 | combination with the existing | |
| 596: 21 | information from a variety of | |
| 596: 22 | other studies that we've talked | |
| 596: 23 | about that were done at around the | |
| 596: 24 | same time, as well as the | |
| 596: 1 | information from the preapproval | |
| 596: 2 | studies and the evidence from the | |
| 596: 3 | pharmacology studies that were | |
| 596: 4 | also available by the spring of | |
| 596: 5 | 2000, that at that point, there | |
| 596: 6 | was evidence of a likely | |
| 596: 7 | association or even of a possible | |
| 596: 8 | association between Vioxx and | |
| 596: 9 | cardiovascular outcomes. | |
| 596: 10 | BY MR. BECK: | |
| 596: 11 | Q.   You said spring of 2001. | |
| 596: 12 | A.   I'm sorry, I misspoke.  I | |
| 596: 13 | meant spring of 2000. | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 596: 14 | Q.   Okay. | | |
| 596: 15 | So, by the spring of 2000, | | |
| 596: 16 | several months before the publication in | | |
| 596: 17 | the New England Journal, right? | | |
| 596: 18 | A.   Correct. | | |
| 596: 19 | Q.    You were saying that there | | |
| 596: 20 | was evidence of a likely or possible | | |
| 596: 21 | association between the use of Vioxx | | |
| 596: 22 | and -- | | |
| 596: 23 | A.   And adverse cardiovascular | | |
| 596: 24 | outcomes. | | |

| | | |
|---|---|---|
| **598:7   -  |598:11** | Avorn, Jerome 2006-06-30 | | |
| 598: 7 |      7    Q.   And yesterday, did you say | | |
| 598: 8 |      8  that you, yourself, had concluded that | | |
| 598: 9 |      9  there was this possible association back | | |
| 598: 10 |     10  in the 2000 time frame? | | |
| 598: 11 |     11       A.   Yes. | | |

| | | |
|---|---|---|
| **598:20   -   599:8** | Avorn, Jerome 2006-06-30 | | |
| 598: 20 | Q.   In any event, you, yourself, | | |
| 598: 21 |        back in 2000, based on information that | | |
| 598: 22 |        was available to you in the spring of | | |
| 598: 23 |        2000, have concluded in your own mind | | |
| 598: 24 |        that there was a likely or possible | | |
| 599: 1 |        association between Vioxx and adverse | | |
| 599: 2 |        cardiovascular outcomes?  Is that your | | |
| 599: 3 |        testimony? | | |
| 599: 4 | A.   Certainly possible | | |
| 599: 5 |        association, so, yes. | | |
| 599: 6 | Q.  Okay. | | |
| 599: 7 |        So, a possible association? | | |
| 599: 8 | A.  Yes. | | |

| | | |
|---|---|---|
| **599:9   -   600:14** | Avorn, Jerome 2006-06-30 | | |
| 599: 9 | Q.   Rather than ask you what was | | |
| 599: 10 |        your testimony yesterday, I'm going to | | |
| 599: 11 |        try to short-circuit it. | | |
| 599: 12 |        Is it your position that at | | |
| 599: 13 |        the time of the VIGOR publication late in | | |
| 599: 14 |        2000 that there was no reliable evidence | | |
| 599: 15 |        to support the naproxen hypothesis? | | |
| 599: 16 | A.   "No" is an extreme term, but | | |
| 599: 17 |        I would say virtually no.  There was the | | |
| 599: 18 |        occasional naproxen platelet study, there | | |
| 599: 19 |        was our own research that indicated a 16 | | |
| 599: 20 |        percent reduction.  So, I think the | | |
| 599: 21 |        fairest way to characterize it would be | | |
| 599: 22 |        that there was no convincing evidence | | |
| 599: 23 |        that the so-called naproxen hypothesis | | |
| 599: 24 |        explained the increased rate of | | |
| 600: 1 |        cardiovascular disease seen in VIGOR. | | |
| 600: 2 |        But, clearly, all the | | |
| 600: 3 |        answers were not yet in, in part because | | |
| 600: 4 |        the definitive clinical trial never got | | |
| 600: 5 |        done, and there were unresolved | | |
| 600: 6 |        questions.  But that's my position. | | |
| 600: 7 | Q.  Well, in fact, have you | | |
| 600: 8 |        stated before that at the time of the | | |
| 600: 9 |        VIGOR study alone that you thought it was | | |
| 600: 10 |        fairly obvious from the absence of any | | |
| 600: 11 |        corroborating evidence of any kind on the | | |
| 600: 12 |        planet that naproxen was a major league | | |
| 600: 13 |        cardioprotective drug? | | |
| 600: 14 | A.  Yes. | | |

| | | |
|---|---|---|
| **601:10   -   602:5** | Avorn, Jerome 2006-06-30 | | |
| 601: 10 | Q.  So, I want to talk about | | |
| 601: 11 |        what you and others on the planet were | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK  Document 8843-7 Filed 11/20/06  Page 111 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 601: 12 | actually saying at the time about the | |
| 601: 13 | potential cardioprotective effect of | |
| 601: 14 | naproxen. | |
| 601: 15 | During the time that Vioxx | |
| 601: 16 | was on the market, were scientists whom | |
| 601: 17 | you considered to be reputable writing | |
| 601: 18 | articles saying that the difference in | |
| 601: 19 | heart attacks in the VIGOR results could | |
| 601: 20 | be explained by naproxen? | |
| 601: 21 | A.  You'd have to characterize | |
| 601: 22 | when you mean about while it was on the | |
| 601: 23 | market, because certainly that was being | |
| 601: 24 | said credibly in 1999.  It is much less | |
| 602: 1 | likely that it was being said credibly in | |
| 602: 2 | 2004. | |
| 602: 3 | Q.  Well, it wouldn't have been | |
| 602: 4 | said in 1999 since VIGOR hadn't come out | |
| 602: 5 | in 1999, right? | |

**602:7  -  602:9**  Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 602: 7 | THE WITNESS:  I'm sorry, | |
| 602: 8 | your question was about scientists | |
| 602: 9 | speaking about what? | |

**602:11  -  602:16**  Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 602: 11 | Q.  About the difference in | |
| 602: 12 | heart attacks in VIGOR results could be | |
| 602: 13 | explained by naproxen. | |
| 602: 14 | A.  I'm sorry.  Yes.  2000. | |
| 602: 15 | What was said in 2000 would have been | |
| 602: 16 | more credible than what was said in 2004. | |

**602:17  -  603:15**  Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 602: 17 | Q.  Do you know who Dr. Steven | |
| 602: 18 | Nissen is? | |
| 602: 19 | A.  Yes, I do. | |
| 602: 20 | Q.  Was he a member of the | |
| 602: 21 | Advisory Committee that met in February | |
| 602: 22 | of 2001 to discuss the results of VIGOR? | |
| 602: 23 | A.  I believe he was. | |
| 602: 24 | Q.  Is he a cardiologist whom | |
| 603: 1 | you respect? | |
| 603: 2 | A.  Yes. | |
| 603: 3 | Q.  At the time back in 2001, do | |
| 603: 4 | you know where Dr. Nissen was working? | |
| 603: 5 | A.  I think he was at the | |
| 603: 6 | Cleveland Clinic then. | |
| 603: 7 | Q.  Was he a colleague of Dr. | |
| 603: 8 | Topol's back then? | |
| 603: 9 | A.  That's right. | |
| 603: 10 | Q.  Is Dr. Nissen still at the | |
| 603: 11 | Cleveland clinic? | |
| 603: 12 | A.  Yes, he is. | |
| 603: 13 | Q.  Is Dr. Topol still at the | |
| 603: 14 | Cleveland Clinic? | |
| 603: 15 | A.  No. | |

**603:20  -  604:11**  Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 603: 20 | Q.  You said you reviewed the | |
| 603: 21 | transcript of the Advisory Committee | |
| 603: 22 | meeting, right, the 2001 meeting? | |
| 603: 23 | A.  Right. | |
| 603: 24 | Q.  Do you remember whether Dr. | |
| 604: 1 | Nissen made a presentation at that | |
| 604: 2 | meeting? | |
| 604: 3 | A.  Yes, he did. | |
| 604: 4 | Q.  Do you remember what Dr. | |
| 604: 5 | Nissen concluded about what could be | |
| 604: 6 | gleaned from the VIGOR results? | |
| 604: 7 | A.  Well, rather than going on | |
| 604: 8 | my memory of what Dr. Nissen said, it | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

604: 9      might be more helpful if I could just
604: 10      look at the transcript you're referring
604: 11      to.

**605:14 - 605:20**    Avorn, Jerome 2006-06-30
605: 14    Q. First, let's just establish,
605: 15      is Exhibit 47 the transcript of the
605: 16      Advisory Committee meeting that you
605: 17      reviewed?
605: 18    A. Yes.
605: 19    Q. And if you would please turn
605: 20      to Page 206. The --

**606:8 - 607:7**    Avorn, Jerome 2006-06-30
606: 8    Q. So, just referring to Page
606: 9      206. And Dr. Nissen is quoted on Page
606: 10      206. Did you review this quotation from
606: 11      Dr. Nissen when considering the materials
606: 12      in reaching your opinion?
606: 13    A. Yes.
606: 14    Q. And he's quoted here as
606: 15      saying, "Briefly, I think what I would
606: 16      say in the label that there was an excess
606: 17      of cardiovascular events in comparison to
606: 18      naproxen, that it remains uncertain
606: 19      whether this was due to beneficial
606: 20      cardioprotective effects of naproxen or
606: 21      prothrombotic effects of the agent, and
606: 22      leave it at that, that basically we don't
606: 23      know the reason. We do know there was a
606: 24      difference. That awareness should be
607: 1      made available to the prescriber and to
607: 2      the consumer, but without necessarily a
607: 3      final judgment as to the reasons for that
607: 4      difference."
607: 5      Did I read that quotation
607: 6      correctly?
607: 7    A. Yes, you did.

**607:16 - 608:2**    Avorn, Jerome 2006-06-30
607: 16    Q. After Dr. Nissen made this
607: 17      statement, do you know whether the
607: 18      Advisory Committee voted on whether
607: 19      that's how they recommended the subject
607: 20      be treated in the label?
607: 21    A. I would want to look at the
607: 22      actual vote. I know there was a vote,
607: 23      but I would want to see just how it was
607: 24      characterized.
608: 1    Q. If you'd look at the next
608: 2      page.

**609:6 - 610:22**    Avorn, Jerome 2006-06-30
609: 6      has stopped, and during our pause, during
609: 7      the musical interlude, Doctor, did you
609: 8      have a chance to review the transcript
609: 9      pages around Dr. Nissen's comments?
609: 10    A. Yes. But I don't think it's
609: 11      fair to characterize it as a vote on Dr.
609: 12      Nissen's comments.
609: 13    Q. Okay.
609: 14      How would you characterize
609: 15      the vote?
609: 16    A. I would characterize it as
609: 17      -- I will read the actual question that
609: 18      was posed.
609: 19    Q. What page are you on?
609: 20    A. 207.
609: 21    Q. And what line?
609: 22    A. 5.
609: 23      "So, let me ask for those

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8643-7 Filed 11/20/06 Page 113 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 609: 24    feeling yes, that there needs to be | | |
| 610: 1    something, some additional language," and | | |
| 610: 2    I'm not sure that comma is placed | | |
| 610: 3    appropriately.  I read it as, since it | | |
| 610: 4    doesn't make sense where the comma is, | | |
| 610: 5    "some additional language, perhaps along | | |
| 610: 6    the lines of Dr. Nissen in terms of the | | |
| 610: 7    label."  And so what it seems to me a | | |
| 610: 8    fair reading of this question is, should | | |
| 610: 9    there be something more in the label that | | |
| 610: 10    describes the VIGOR findings perhaps | | |
| 610: 11    along the lines that Dr. Nissen suggests. | | |
| 610: 12    Q.  Okay. | | |
| 610: 13    So -- | | |
| 610: 14    A.  And the vote was mostly on | | |
| 610: 15    should there be more language in the | | |
| 610: 16    label about the VIGOR findings. | | |
| 610: 17    Q.  Well, nobody said that. | | |
| 610: 18    A.  "That there needs to be | | |
| 610: 19    something, some additional language," and | | |
| 610: 20    the topic was the VIGOR findings, | | |
| 610: 21    "perhaps along the lines of Dr. Nissen in | | |
| 610: 22    terms of the label." | | |
| | | |
| **611:12 - 612:4**    Avorn, Jerome 2006-06-30 | | |
| 611: 12    Q.  In any event, the actual | | |
| 611: 13    language that was voted on was, "So, let | | |
| 611: 14    me ask for those feeling yes, that there | | |
| 611: 15    needs to be something, some additional | | |
| 611: 16    language perhaps, along the lines of Dr. | | |
| 611: 17    Nissen in terms of the label."  Is that | | |
| 611: 18    the question that was posed? | | |
| 611: 19    A.  Yes. | | |
| 611: 20    Q.  And how did the vote come | | |
| 611: 21    out? | | |
| 611: 22    A.  The vote was, well, we can't | | |
| 611: 23    get a count, but it looks like everybody | | |
| 611: 24    but one voted for additional language. | | |
| 612: 1    Q.  Well, voted for the question | | |
| 612: 2    that was "some additional language | | |
| 612: 3    perhaps along the lines of Dr. Nissen," | | |
| 612: 4    right? | | |
| | | |
| **612:7 - 612:16**    Avorn, Jerome 2006-06-30 | | |
| 612: 7    THE WITNESS:  Right.  But, | | |
| 612: 8    again, having read many of these | | |
| 612: 9    transcripts and sat through some | | |
| 612: 10    of these meetings, I see the | | |
| 612: 11    question, and I think it's right | | |
| 612: 12    there in the language, that | | |
| 612: 13    "should there be something, some | | |
| 612: 14    additional language" about the | | |
| 612: 15    VIGOR findings, "perhaps along the | | |
| 612: 16    lines of Dr. Nissen." | | |
| | | |
| **612:19 - 613:1**    Avorn, Jerome 2006-06-30 | | |
| 612: 19    So, we agree that that was | | |
| 612: 20    the question, and it was everybody except | | |
| 612: 21    one person said yes to that? | | |
| 612: 22    A.  Right. | | |
| 612: 23    And my reading of that was | | |
| 612: 24    that they said yes, there should be some | | |
| 613: 1    additional language in the label. | | |
| | | |
| **613:6 - 614:9**    Avorn, Jerome 2006-06-30 | | |
| 613: 6    Q.  You don't have any reason to | | |
| 613: 7    believe that the Advisory Committee | | |
| 613: 8    members in 2001 were biased in favor of | | |
| 613: 9    Merck, do you? | | |
| 613: 10    A.  The reason I'm having a hard | | |
| 613: 11    time answering that is that we know that | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 613: 12   the Advisory Committee's vote later on, | | |
| 613: 13   and I simply don't know if it was the | | |
| 613: 14   same members or how many were the same, | | |
| 613: 15   definitely did split in their statements | | |
| 613: 16   about Vioxx, about the other COX-2s, in | | |
| 613: 17   relation to their affiliations with | | |
| 613: 18   industry.  And this has been widely | | |
| 613: 19   documented. | | |
| 613: 20   And the question has been | | |
| 613: 21   raised, I think unfortunately, that if | | |
| 613: 22   the votes in a subsequent meeting, the | | |
| 613: 23   one of 2005, I believe, of the Advisory | | |
| 613: 24   Committee correlated very closely with | | |
| 614: 1   the ties of Advisory Committee members to | | |
| 614: 2   industry, that that raised the question | | |
| 614: 3   as to whether there was perhaps | | |
| 614: 4   unconscious, perhaps unintentional, bias. | | |
| 614: 5   So, I don't think I can rule out that | | |
| 614: 6   possibility in relation to this Advisory | | |
| 614: 7   Committee either. | | |
| 614: 8   Q.   Your sworn testimony from a | | |
| 614: 9   few weeks ago, Page 379, line 20. | | |
| | | |
| **615:1  -  615:9**   Avorn, Jerome 2006-06-30 | | |
| 615: 1   Q.   "Question:  There's no | | |
| 615: 2   reason to think that the Advisory | | |
| 615: 3   Committee in February of 2001 was biased | | |
| 615: 4   in favor of Merck, was there, sir? | | |
| 615: 5   "Answer:  Not to my | | |
| 615: 6   knowledge." | | |
| 615: 7   Was that your sworn | | |
| 615: 8   testimony a couple weeks ago? | | |
| 615: 9   A.   Yes. | | |
| | | |
| **635:24  -  636:11** | **Pl's Obj.:**  Vague. | **Barnett:**  Not included. |
| 635: 24   I think you talked about | Lack of foundation. | **Smith:**  Not included. |
| 636: 1   yesterday you thought a control trial | Outside Scope.  Rule | **Mason:**  Objection |
| 636: 2   should have been done, and were you | of Optional Complete- | Overruled.  Testimony |
| 636: 3   talking about the same sort of control | ness.  If objection | was played. |
| 636: 4   trial that they were referring to? | overruled, include: | |
| 636: 5   MR. TISI:  Objection. | 639:9-639:14; and | |
| 636: 6   THE WITNESS:  Yes.  A trial, | 640:4-640:7. | |
| 636: 7   to read their words, "We believe | | |
| 636: 8   that it is mandatory to conduct a | | |
| 636: 9   trial specifically assessing | | |
| 636: 10   cardiovascular risk and benefit of | | |
| 636: 11   these agents." | | |
| | | |
| **637:14  -  637:21** | | |
| 637: 14   Q.   And at the time, did you | | |
| 637: 15   discuss or at some point did you discuss | | |
| 637: 16   what you thought the appropriate | | |
| 637: 17   parameters of such a trial would be with | | |
| 637: 18   some of your colleagues at Harvard? | | |
| 637: 19   A.   Actually, one was a | | |
| 637: 20   colleague at Harvard and one was at | | |
| 637: 21   Dartmouth. | | |
| | | |
| **637:23  -  638:8** | | |
| 637: 23   And what time frame are we | | |
| 637: 24   talking now in terms of these discussions | | |
| 638: 1   you had with your colleague from Harvard | | |
| 638: 2   and the doctor from Dartmouth? | | |
| 638: 3   A.   I can't recall.  I think it | | |
| 638: 4   was later.  It might have been around the | | |
| 638: 5   time of APPROVe. | | |
| 638: 6   Q.   Which would have been, for | | |
| 638: 7   the jury's benefit, when? | | |
| 638: 8   A.   '04. | | |
| | | |
| **640:24  -  641:8** | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 640: 24    And which of these doctors, | | |
| 641: 1    Dr. Baron or Dr. Ridker, was from | | |
| 641: 2    Harvard? | | |
| 641: 3    A.  Ridker, R-I-D-K-E-R.  He's | | |
| 641: 4    the one from Harvard. | | |
| 641: 5    Q.  And Dr. Baron was from | | |
| 641: 6    Dartmouth? | | |
| 641: 7    A.  Right.  He was the senior | | |
| 641: 8    author of the APPROVe study. | | |
| | | |
| **641:10 - 642:3** | | |
| 641: 10    Neither of these doctors | | |
| 641: 11    worked for Merck, correct? | | |
| 641: 12    A.  Correct. | | |
| 641: 13    Q.  And did I understand your | | |
| 641: 14    testimony yesterday correctly that while | | |
| 641: 15    you believed that the kind of study that | | |
| 641: 16    you talked about and that Dr. Topol | | |
| 641: 17    talked about could be done ethically, | | |
| 641: 18    these two doctors disagreed with you? | | |
| 641: 19    A.  I think the most accurate | | |
| 641: 20    way of describing it was that they said, | | |
| 641: 21    Jerry, how could you do a study like that | | |
| 641: 22    ethically?  And then I proposed ways that | | |
| 641: 23    that, I felt, could be done.  And I don't | | |
| 641: 24    recall that they said it would be | | |
| 642: 1    unethical, but more that they did not | | |
| 642: 2    initially see how you would do an ethical | | |
| 642: 3    study. | | |
| | | |
| **642:18 - 644:6** | | |
| 642: 18    Q.  Doctor, I'd like to now | | |
| 642: 19    spend a few minutes on study 090. | | |
| 642: 20    A.  Okay. | | |
| 642: 21    Q.  Do you remember discussing | | |
| 642: 22    that study with Mr. Tisi yesterday? | | |
| 642: 23    A.  Yes, I do. | | |
| 642: 24    Q.  And that was a clinical | | |
| 643: 1    trial that was completed not long after | | |
| 643: 2    the completion of VIGOR; is that right? | | |
| 643: 3    A.  Right. | | |
| 643: 4    Q.  So, that would have been in | | |
| 643: 5    the 2000 time frame? | | |
| 643: 6    A.  Right. | | |
| 643: 7    Q.  Do you know whether Merck | | |
| 643: 8    provided the results of study 090 to the | | |
| 643: 9    FDA? | | |
| 643: 10    A.  I believe they did. | | |
| 643: 11    Q.  And, in fact, did the FDA | | |
| 643: 12    then make the results of study 090 | | |
| 643: 13    publically available by posting it on the | | |
| 643: 14    FDA website? | | |
| 643: 15    A.  Virtually no doctor goes to | | |
| 643: 16    the FDA website to look at study results. | | |
| 643: 17    Q.  No, my -- | | |
| 643: 18    Well, researchers do, do | | |
| 643: 19    they not? | | |
| 643: 20    A.  Sometimes, yes. | | |
| 643: 21    Q.  And my question wasn't what | | |
| 643: 22    prescribers do, but, rather, did the FDA | | |
| 643: 23    make the results of study 090 available | | |
| 643: 24    by publishing it on its website? | | |
| 644: 1    MR. BUCHANAN:  Objection to | | |
| 644: 2    the form. | | |
| 644: 3    THE WITNESS:  They did | | |
| 644: 4    disseminate or not disseminate, | | |
| 644: 5    but they did make available what | | |
| 644: 6    they had received from Merck, yes. | | |
| | | |
| **644:11 - 645:3** | | |
| 644: 11    Was study 090 discussed by | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8643-7 Filed 11/20/06 Page 116 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 644: 12　Dr. Targum in her memorandum that | | |
| 644: 13　appeared around the time of the February | | |
| 644: 14　2001 Advisory Committee? | | |
| 644: 15　A.　Yes. | | |
| 644: 16　Q.　Yesterday when you were | | |
| 644: 17　discussing study 090, you testified that | | |
| 644: 18　there was an increase in numbers of | | |
| 644: 19　cardiovascular events.  Do you remember | | |
| 644: 20　that? | | |
| 644: 21　A.　Right. | | |
| 644: 22　Q.　You did not testify | | |
| 644: 23　yesterday, did you, that there was a | | |
| 644: 24　statistically significant increase in | | |
| 645: 1　cardiovascular events in study 090? | | |
| 645: 2　A.　I don't believe that I said | | |
| 645: 3　that. | | |
| | | |
| 654:20　-　655:16　Avorn, Jerome 2006-06-30 | | |
| 654: 20　Q.　I want to discuss some more | | |
| 654: 21　　of what it was that scientists were | | |
| 654: 22　　saying about the potential | | |
| 654: 23　　cardioprotective effect of naproxen | | |
| 654: 24　　during the 2000 through 2004 time frame. | | |
| 655: 1　　And first I would like to look at an | | |
| 655: 2　　article that you wrote, which I believe | | |
| 655: 3　　is Exhibit 4.  It was marked yesterday. | | |
| 655: 4　A.　Then that would be in that | | |
| 655: 5　　binder. | | |
| 655: 6　Q.　That would be in the binder. | | |
| 655: 7　A.　Okay. | | |
| 655: 8　Q.　I've put up on the screen | | |
| 655: 9　　Exhibit 4.  Is this an article that you | | |
| 655: 10　　were an author of? | | |
| 655: 11　A.　That's right. | | |
| 655: 12　Q.　What's the subject of the | | |
| 655: 13　　article? | | |
| 655: 14　A.　Nonsteroidal | | |
| 655: 15　　anti-inflammatory drug use and heart | | |
| 655: 16　　attack. | | |
| | | |
| 656:9　-　660:13　Avorn, Jerome 2006-06-30 | | |
| 656: 9　Q.　What journal was this | | |
| 656: 10　　published in? | | |
| 656: 11　A.　Archives of Internal | | |
| 656: 12　　Medicine. | | |
| 656: 13　Q.　And when was it published? | | |
| 656: 14　A.　It was accepted for | | |
| 656: 15　　publication in January of '02, and it was | | |
| 656: 16　　published in May of '02.  So, it was | | |
| 656: 17　　written in the end of '01. | | |
| 656: 18　Q.　Was this a study that you | | |
| 656: 19　　and some colleagues did concerning | | |
| 656: 20　　potential cardioprotective effects of | | |
| 656: 21　　naproxen? | | |
| 656: 22　A.　Yes. | | |
| 656: 23　Q.　Did you study patients who | | |
| 656: 24　　had taken naproxen, ibuprofen and other | | |
| 657: 1　　traditional NSAIDs? | | |
| 657: 2　A.　Right. | | |
| 657: 3　Q.　Would you please turn to | | |
| 657: 4　　Page 1104.  And I'm going to put up on | | |
| 657: 5　　the screen the same paragraph that Mr. | | |
| 657: 6　　Tisi put on the screen and the two of you | | |
| 657: 7　　discussed yesterday. | | |
| 657: 8　A.　Right. | | |
| 657: 9　Q.　Do you remember this | | |
| 657: 10　　paragraph? | | |
| 657: 11　A.　Yes. | | |
| 657: 12　Q.　And it starts off with, "In | | |
| 657: 13　　the study by Bombardier et al."  And | | |
| 657: 14　　that's in the VIGOR publication, correct? | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK Document 8643-7 Filed 11/20/06 Page 117 of 185

Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 657: 15 | A. Correct. |
| 657: 16 | Q. And I think you went through |
| 657: 17 | the first two sentences where it said, |
| 657: 18 | "In the study by Bombardier et al.," -- |
| 657: 19 | that means and others, right? |
| 657: 20 | A. Right. |
| 657: 21 | Q. -- "in which patients with |
| 657: 22 | rheumatoid arthritis were randomized to |
| 657: 23 | receive rofecoxib or naproxen, the rates |
| 657: 24 | of AMI were 4-fold higher in patients |
| 658: 1 | taking rofecoxib." |
| 658: 2 | Rofecoxib, as we know, is |
| 658: 3 | Vioxx, right? |
| 658: 4 | A. Right. |
| 658: 5 | Q. And I think you also |
| 658: 6 | discussed the sentence that said, "These |
| 658: 7 | findings could have resulted from a |
| 658: 8 | protective effect of naproxen, a risk- |
| 658: 9 | enhancing effect of rofecoxib, or both," |
| 658: 10 | right? |
| 658: 11 | A. Right. |
| 658: 12 | Q. Now, did you go on to say, |
| 658: 13 | "The selective COX-2 inhibitors were not |
| 658: 14 | available during the period that we |
| 658: 15 | studied"? |
| 658: 16 | A. Right. |
| 658: 17 | Q. And to be clear, now you're |
| 658: 18 | talking about the paper we're looking at |
| 658: 19 | right now, your 2002 publication. Even |
| 658: 20 | though Vioxx had been on the market since |
| 658: 21 | May of 1999, in your, I think you might |
| 658: 22 | have called it a look-back study -- |
| 658: 23 | A. In our database. |
| 658: 24 | Q. -- you looked at a |
| 659: 1 | database -- |
| 659: 2 | A. Right. |
| 659: 3 | Q. -- that went back in an |
| 659: 4 | earlier period of time when neither |
| 659: 5 | Celebrex nor Vioxx were on the market, |
| 659: 6 | right? |
| 659: 7 | A. Or were on the market in |
| 659: 8 | such small amounts. No, actually, you're |
| 659: 9 | correct. We looked at data up until the |
| 659: 10 | end of 1995. So, there were no COX-2s on |
| 659: 11 | the market in that period. |
| 659: 12 | Q. Okay. |
| 659: 13 | So, just to be completely |
| 659: 14 | clear here, the study that you did when |
| 659: 15 | focusing on whether naproxen had a |
| 659: 16 | cardioprotective effect, there was no |
| 659: 17 | looking at Vioxx at all, right? |
| 659: 18 | A. Correct. Not in this study. |
| 659: 19 | Q. Okay. |
| 659: 20 | And because of that, did you |
| 659: 21 | go on to say in your study that these |
| 659: 22 | findings do not clarify -- |
| 659: 23 | A. Can you tell me where you |
| 659: 24 | are looking? |
| 660: 1 | Q. Yes. I'm highlighting it on |
| 660: 2 | the screen. |
| 660: 3 | A. Right, right. |
| 660: 4 | Q. And I'll underline it. |
| 660: 5 | A. Right. |
| 660: 6 | Q. That basically because |
| 660: 7 | rofecoxib or Vioxx wasn't even on the |
| 660: 8 | market during the period that you |
| 660: 9 | studied, the findings of this paper do |
| 660: 10 | not clarify the role of Vioxx. That's |
| 660: 11 | what you said, correct? |
| 660: 12 | A. Right. We didn't study |
| 660: 13 | Vioxx. |

| Designated Testimony | Objections | Rulings |
|---|---|---|

**660:19  -  661:5**      Avorn, Jerome 2006-06-30

660: 19      You went on to say that
660: 20      while your study did not clarify the role
660: 21      about rofecoxib, you said, "However, the
660: 22      data presented herein are consistent with
660: 23      a possible protective effect of
660: 24      naproxen," right?
661: 1    A.   That's right.  And to really
661: 2      round it out, we need to point out that
661: 3      the number that that refers to was a 16
661: 4      percent reduction, not an 80 percent
661: 5      reduction.

**661:6  -  661:8**      Avorn, Jerome 2006-06-30

661: 6    Q.  And I think yesterday you
661: 7      used a phrase when talking about 16
661: 8      percent, I can't remember, what was --

**661:11  -  661:20**      Avorn, Jerome 2006-06-30

661: 11    Q.  Wimpy.  Was that a phrase
661: 12      you used?
661: 13    A.  In explaining an 80 percent
661: 14      reduction, yes.  In that context, it was
661: 15      wimpy.
661: 16    Q.  So, yesterday you testified
661: 17      that a 16 percent increase in
661: 18      cardioprotective effect was a wimpy
661: 19      increase?
661: 20    A.  No.

**661:23  -  662:21**      Avorn, Jerome 2006-06-30

661: 23      THE WITNESS:  No.  What I
661: 24      said was in relation to the
662: 1      supposed 80 percent effect that
662: 2      Merck was attributing to Vioxx, it
662: 3      was wimpy --
662: 4      BY MR. BECK:
662: 5    Q.  Okay.
662: 6      I --
662: 7    A.  I'm sorry -- to naproxen.
662: 8    Q.  In any event, what you found
662: 9      without putting an adjective on it for
662: 10      the time being, what you did find in your
662: 11      2002 study was that the information you
662: 12      collected was consistent with a possible
662: 13      protective effect of naproxen, right?
662: 14    A.  Right.  But to be fair, we
662: 15      need to read the rest of that section
662: 16      and line 10 of the last paragraph.
662: 17      Perhaps you can bring that up.  It's
662: 18      right below where you just cited, in
662: 19      which we say, to put this in
662: 20      perspective -- it's line 10 of the last
662: 21      paragraph.

**664:18  -  665:19**      Avorn, Jerome 2006-06-30

664: 18    Q.  And how much do you want me
664: 19      to blow up there?
664: 20    A.  I think just the two
664: 21      sentences beginning with, "To place the
664: 22      effect of naproxen in perspective."
664: 23    Q.  Let me see if I can do that.
664: 24      How far down?
665: 1    A.  Ending with the line
665: 2      beginning "by aspirin."
665: 3    Q.  Okay.
665: 4    A.  Okay.  All right.
665: 5      This is our summary that
665: 6      follows the point that you had cited
665: 7      above.

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|

665: 8    "To place the effect of
665: 9    naproxen in perspective, in a large
665: 10    randomized trial of daily aspirin use in
665: 11    primary prevention, patients in the
665: 12    intervention arm experienced a 44%
665: 13    reduction in the risk of AMI.  Therefore,
665: 14    it would be false to equate the more
665: 15    modest effect of naproxen suggested in
665: 16    this study with the cardioprotection
665: 17    afforded by aspirin."
665: 18    And that's a key point in
665: 19    our concluding paragraph.

665:21  -  668:3     Avorn, Jerome 2006-06-30
665: 21    Now, let's turn to Page 1.
665: 22    A.  Of the paper?
665: 23    Q.  Of the paper.
665: 24    And there you have this
666: 1    business at the top of the page that's
666: 2    sometimes called an abstract, right?
666: 3    A.  It's always called an
666: 4    abstract.
666: 5    Q.  Okay.
666: 6    It's always called an
666: 7    abstract, and you set forth the key
666: 8    information in the abstract; is that
666: 9    right?
666: 10    A.  Right.
666: 11    Q.  And then in the conclusions
666: 12    in the abstract, I take it that you set
666: 13    forth the key conclusions in this
666: 14    section, right?
666: 15    A.  Right.
666: 16    Q.  So, if it's okay with you --
666: 17    A.  Sure.
666: 18    Q.  -- I'll blow up the whole
666: 19    thing, the conclusion.
666: 20    A.  Sure.
666: 21    Q.  Was your key conclusion that
666: 22    you put in the abstract, "Although NSAIDs
666: 23    have anti-inflammatory and anti-platelet
666: 24    effects similar to those of aspirin, we
667: 1    did not find that these drugs confer a
667: 2    protective effect against AMI," being
667: 3    heart attacks, right?
667: 4    A.  Correct.
667: 5    Q.  "However, use of one
667: 6    specific NSAID, naproxen, appeared to be
667: 7    associated with the reduced rate of AMI,"
667: 8    or heart attack, "an effect recently
667: 9    suggested by a large randomized
667: 10    controlled trial as well."  Is that
667: 11    right?
667: 12    A.  Correct.
667: 13    Q.  And when you said that the
667: 14    use of naproxen appeared to be associated
667: 15    with a reduced rate of heart attack, that
667: 16    was from your own data, right?
667: 17    A.  That was the 16 percent
667: 18    reduction.
667: 19    Q.  And then you said that your
667: 20    data -- that this same effect of
667: 21    cardioprotection from naproxen was
667: 22    recently suggested by a large randomized
667: 23    control trial.  Was that the VIGOR trial?
667: 24    A.  Right.  I believe then and I
668: 1    believe now that naproxen reduces the
668: 2    rate of heart attack by about 15 or 16
668: 3    percent.

668:4  -  668:18     Avorn, Jerome 2006-06-30

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 120 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 668: 4   Q.  And the 16 percent figure | | |
| 668: 5        comes from the VIGOR trial, right? | | |
| 668: 6   A.  No.  That's from our own | | |
| 668: 7        research. | | |
| 668: 8   Q.  I'm sorry.  From your own | | |
| 668: 9        research? | | |
| 668: 10  A.  Right.  Others have found | | |
| 668: 11       similar things. | | |
| 668: 12  Q.  Well, in fact, others have | | |
| 668: 13       found higher rates of cardioprotection | | |
| 668: 14       from naproxen, right? | | |
| 668: 15  A.  Some lower, some higher, but | | |
| 668: 16       I think if you were to pull together all | | |
| 668: 17       the data, the most common finding is | | |
| 668: 18       about 15 percent. | | |
| | | |
| 669:1  -  669:19   Avorn, Jerome 2006-06-30 | | |
| 669: 1   Q.  And in VIGOR, you know that | | |
| 669: 2        the people -- it was a controlled study | | |
| 669: 3        where they were using 500 milligrams | | |
| 669: 4        twice a day, right? | | |
| 669: 5   A.  Right. | | |
| 669: 6   Q.  And I think you said the | | |
| 669: 7        average length of time that people were | | |
| 669: 8        in the study was nine months? | | |
| 669: 9   A.  That's right. | | |
| 669: 10  Q.  And your study was not a | | |
| 669: 11       controlled study where everybody took the | | |
| 669: 12       same amount of the drug every day for | | |
| 669: 13       many months, right? | | |
| 669: 14  A.  That's correct. | | |
| 669: 15  Q.  Yours was looking back at | | |
| 669: 16       medical records of people who had | | |
| 669: 17       prescriptions for naproxen and other | | |
| 669: 18       drugs, right? | | |
| 669: 19  A.  That's right. | | |
| | | |
| 669:20  -  669:24   Avorn, Jerome 2006-06-30 | | |
| 669: 20  Q.  And your study did not take | | |
| 669: 21       into account whether the patients were | | |
| 669: 22       taking lower doses of naproxen than they | | |
| 669: 23       were in the VIGOR study, right? | | |
| 669: 24  A.  We looked at all doses. | | |
| | | |
| 670:7  -  670:11   Avorn, Jerome 2006-06-30 | | |
| 670: 7   Q.  Well, my question is, you | | |
| 670: 8        did the study.  You know from having done | | |
| 670: 9        the study, don't you, that lots of the | | |
| 670: 10       patients were taking lower doses than 500 | | |
| 670: 11       milligrams twice a day? | | |
| | | |
| 670:20  -  670:22   Avorn, Jerome 2006-06-30 | | |
| 670: 20  A.  Well, let me find out where | | |
| 670: 21       I want to be first.  I'm looking at | | |
| 670: 22       dosage on Page 1100. | | |
| | | |
| 670:23  -  672:4   Avorn, Jerome 2006-06-30 | | |
| 670: 23       Okay.  Actually, you're | | |
| 670: 24       incorrect.  If you look at Table 4 on | | |
| 671: 1        Page 1103, we look at the very small | | |
| 671: 2        cardioprotective effect of naproxen as it | | |
| 671: 3        related to the dose.  And I've got a very | | |
| 671: 4        bad Xerox, you may have a better copy, | | |
| 671: 5        but the last three lines in Table 4 look | | |
| 671: 6        at the odds ratio or the protection of a | | |
| 671: 7        number less than 1 is protection against | | |
| 671: 8        heart attack. | | |
| 671: 9        And we look at those three | | |
| 671: 10       numbers as a function of the dose, which | | |
| 671: 11       we expressed as the percent of the | | |
| 671: 12       maximum anti-inflammatory dosage.  So, | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

671: 13    again, it is hard to read my Xerox, but I
671: 14    believe the top line is greater than 75
671: 15    percent of the maximum anti-inflammatory
671: 16    dose.  The next line is 51 to 75 percent.
671: 17    And the last line is 50 percent or less.
671: 18    So, basically it's the
671: 19    highest doses, the medium doses and the
671: 20    smallest doses.  And looking at those
671: 21    three numbers, there is no relationship
671: 22    to the cardioprotective level of any
671: 23    meaningful kind with dose.  They are all
671: 24    between 77 percent and 81 percent.  So, I
672: 1    would disagree with you that our findings
672: 2    are explained by the fact that the people
672: 3    taking naproxen in our study were taking
672: 4    it at a lower dose.

**673:1 - 673:11**    Avorn, Jerome 2006-06-30
673: 1    Do you know whether lots of
673: 2    people in your study were taking naproxen
673: 3    at doses lower than 500 milligrams twice
673: 4    a day?
673: 5    A.  Well, in epidemiology, we
673: 6    try to avoid terms like "lots of."  But I
673: 7    can tell you that regardless of the dose,
673: 8    people, lots of people were taking it at
673: 9    the high dose, the medium dose and the
673: 10    low dose, and they all had the same
673: 11    effect.

**673:12 - 674:16**    Avorn, Jerome 2006-06-30
673: 12    Q.  You could not control in
673: 13    your study whether the patients were
673: 14    taking naproxen every day as they did in
673: 15    VIGOR, correct?
673: 16    A.  Correct.
673: 17    Q.  Did you ever study a
673: 18    subgroup of patients who used 500
673: 19    milligrams twice a day to see what the
673: 20    cardioprotective effect of naproxen would
673: 21    be at that dose used on a regular basis
673: 22    twice a day?
673: 23    A.  That group -- the closest to
673: 24    that group would be this highest greater
674: 1    than 75 percent of the maximum
674: 2    anti-inflammatory doses.  That would
674: 3    calibrate with the population that you
674: 4    described as best as possible.  And that
674: 5    group went all the way up to 19 percent
674: 6    instead of 16 percent.
674: 7    Q.  But you don't know if they
674: 8    used that twice a day or day in, day out
674: 9    for nine months, right?
674: 10    A.  Right.
674: 11    Q.  Have other scientists found,
674: 12    to your knowledge, that from a
674: 13    pharmacologic mechanistic perspective
674: 14    that naproxen at 500 milligrams twice a
674: 15    day mimics the anti-platelet effect of
674: 16    low-dose aspirin?

**674:24 - 675:5**    Avorn, Jerome 2006-06-30
674: 24    THE WITNESS:  I'm aware of
675: 1    the area of research you're
675: 2    describing.  I wouldn't use the
675: 3    word "mimics," but it is true that
675: 4    people have found anti-platelet
675: 5    effects of naproxen.

**675:7 - 675:13**    Avorn, Jerome 2006-06-30
675: 7    Q.  Well, my question is, do you

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK Plaintiff's and Defendant's Designations of Jerome Avorn, M.D. Filed 11/20/06 Page 122 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 675: 8      know whether other scientists have found | | |
| 675: 9      not only anti-platelet effects of | | |
| 675: 10     naproxen, but that they mimic those of | | |
| 675: 11     low-dose aspirin? | | |
| 675: 12     A. I just can't speak to the | | |
| 675: 13     word "mimic." | | |
| | | |
| **676:2 - 676:3**    Avorn, Jerome 2006-06-30 | | |
| 676: 2      Q. I'm handing you an article | | |
| 676: 3      we marked as Exhibit 49, which is an | | |
| | | |
| **676:3 - 676:12**   Avorn, Jerome 2006-06-30 | | |
| 676: 3      we marked as Exhibit 49, which is an | | |
| 676: 4      article written by Marta Capone and | | |
| 676: 5      others. | | |
| 676: 6      A. Right. | | |
| 676: 7      Q. Have you ever seen this | | |
| 676: 8      before? | | |
| 676: 9      A. I know of the studies. I | | |
| 676: 10     couldn't identify if it's the Capone | | |
| 676: 11     study in which people have found an | | |
| 676: 12     anti-platelet effect of naproxen. | | |
| | | |
| **676:19 - 677:20**   Avorn, Jerome 2006-06-30 | | |
| 676: 19     Q. What's the date of this | | |
| 676: 20     report? | | |
| 676: 21     A. 2004. | | |
| 676: 22     Q. What publication was it in? | | |
| 676: 23     A. Circulation. | | |
| 676: 24     Q. Look at the conclusion as | | |
| 677: 1      set forth in the abstract. Do you see | | |
| 677: 2      where Dr. Capone and her colleagues said, | | |
| 677: 3      "The regular administration of naproxen | | |
| 677: 4      500 milligrams BID can mimic the | | |
| 677: 5      anti-platelet" effect -- "anti-platelet | | |
| 677: 6      COX-1 effect of low-dose aspirin"? | | |
| 677: 7      A. Right. | | |
| 677: 8      Q. So, this is one of the | | |
| 677: 9      studies that talks about how it can work | | |
| 677: 10     the same way that aspirin does? | | |
| 677: 11     A. Right. This is in nine | | |
| 677: 12     subjects followed for six days, correct. | | |
| 677: 13     Q. Have other scientists found | | |
| 677: 14     that naproxen exerts an anti-thrombotic | | |
| 677: 15     effect at least as potent as that of | | |
| 677: 16     aspirin? | | |
| 677: 17     A. I know that there's | | |
| 677: 18     literature out there indicating that | | |
| 677: 19     there can, under some circumstances, be | | |
| 677: 20     an anti-platelet effect of aspirin. | | |
| | | |
| **680:15 - 680:17** | | |
| 680: 15     Q. What's the date of this | | |
| 680: 16     publication? | | |
| 680: 17     A. June 2003. | | |
| | | |
| **681:1 - 681:7** | | |
| 681: 1      Q. Looking at the conclusion as | | |
| 681: 2      set forth, do you see where these | | |
| 681: 3      researchers say that "In healthy men, | | |
| 681: 4      naproxen exerts an anti-thrombotic effect | | |
| 681: 5      at least as potent as aspirin." Do you | | |
| 681: 6      see that? | | |
| 681: 7      A. I do. | | |
| | | |
| **681:19 - 682:7**   Avorn, Jerome 2006-06-30 | | |
| 681: 19     Q. Do you remember discussing | | |
| 681: 20     Exhibit 19 with Mr. Tisi yesterday? | | |
| 681: 21     A. Yes. | | |
| 681: 22     Q. And this was a submission by | | |
| 681: 23     Merck to the FDA in November of 2001, | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Jerome Avorn, MD
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 123 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

681: 24  correct?
682: 1  A.  Right.
682: 2  Q.  And would you please turn to
682: 3  Page 3?
682: 4  A.  Yes.
682: 5  Q.  There's language that you
682: 6  and Mr. Tisi went over that I would like
682: 7  to focus on with you.  Here we go.

**682:8  -  683:9**  Avorn, Jerome 2006-06-30
682: 8  I think this is the language
682: 9  that you focused on where Merck is
682: 10  writing to the FDA and Merck said, "The
682: 11  concept that there are differences among
682: 12  NSAIDs is supported by external
682: 13  epidemiological data from three separate
682: 14  studies that utilized different clinical
682: 15  databases, indicating that the use of
682: 16  naproxen, but not other NSAIDs, is
682: 17  cardioprotective."
682: 18  And then there are three
682: 19  citations, and I think Number 4 is to
682: 20  your paper, correct?
682: 21  A.  Right.
682: 22  Q.  And then it goes on to say,
682: 23  "Among these studies is a U.S. study of
682: 24  over 22,000 patients in New Jersey by a
683: 1  Boston academic group unaffiliated with
683: 2  industry."
683: 3  And that refers to your
683: 4  group, right?
683: 5  A.  That's right.
683: 6  Q.  Yesterday you said that
683: 7  Merck distorted the results of your
683: 8  study.  Do you remember that?
683: 9  A.  Yes.

**683:15  -  685:11**  Avorn, Jerome 2006-06-30
683: 15  Q.  Now, when describing your
683: 16  study as one of three -- well, let's just
683: 17  go through the language here.
683: 18  The Merck submission says,
683: 19  "The concept that there are differences
683: 20  among NSAIDs is supported by external
683: 21  epidemiological data from three separate
683: 22  studies."  Now, just let me stop there.
683: 23  Does your study support the
683: 24  concept that there are among
684: 1  NSAIDs?
684: 2  A.  Yes.
684: 3  Q.  And it says, "That" used
684: 4  "different clinical databases."  And your
684: 5  study obviously used a different clinical
684: 6  database than the other ones did, right?
684: 7  A.  Right.
684: 8  Q.  And then it goes on to say
684: 9  that these three separate studies
684: 10  indicate "a use of naproxen, but not
684: 11  other NSAIDs, is cardioprotective."
684: 12  Did your study indicate that
684: 13  the use of naproxen, but not other
684: 14  NSAIDs, is cardioprotective?
684: 15  A.  Yes.
684: 16  Q.  And then the next sentence
684: 17  that says, "Among these studies is a U.S.
684: 18  study of over 22,000 patients in New
684: 19  Jersey."  And was your study of over
684: 20  22,000 patients in New Jersey?
684: 21  A.  Yes.
684: 22  Q.  And then it says, "By a
684: 23  Boston academic group."  That's where

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn (MD)   Document 8843-7   Filed 11/20/06   Page 124 of 185

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 684: 24 | you're from, right? | | |
| 685: 1 | A. Right. | | |
| 685: 2 | Q. "Unaffiliated with | | |
| 685: 3 | industry." And you are not affiliated | | |
| 685: 4 | with industry, correct? | | |
| 685: 5 | A. Right. | | |
| 685: 6 | Q. You've testified both | | |
| 685: 7 | yesterday and today, you've emphasized, I | | |
| 685: 8 | think it's fair to say, that the | | |
| 685: 9 | cardioprotective effect that you found | | |
| 685: 10 | was 16 percent, right? | | |
| 685: 11 | A. Right. | | |
| | | | |
| 685:12 - 685:14 | Avorn, Jerome 2006-06-30 | | |
| 685: 12 | Are we done with this | Def's Obj.: Completely | Barnett: Overruled. |
| 685: 13 | document? | non-responsive speech. | |
| 685: 14 | Q. Yes. | No question pending. | Smith: Sustained. |
| | | | |
| 685:15 - 686:8 | Avorn, Jerome 2006-06-30 | PI's Resp.: Witness | |
| 685: 15 | A. Because I think in fairness, | allowed to clarify his | |
| 685: 16 | we need to point out that the reason I | testimony and is | |
| 685: 17 | feel there was a distortion was that it | continuing his answer | |
| 685: 18 | follows a paragraph in which Merck was | from 685:6-11. | |
| 685: 19 | arguing to the FDA that they could not | | |
| 685: 20 | tell if the difference in effect from -- | | |
| 685: 21 | in the VIGOR study was because it was | | |
| 685: 22 | explained away by naproxen or by a | | |
| 685: 23 | prothrombotic or cardiotoxic effect of | | |
| 685: 24 | Vioxx. | | |
| 686: 1 | And the distortion piece has | | |
| 686: 2 | to do with the fact that the paragraph | | |
| 686: 3 | you just read was a justification for | | |
| 686: 4 | their saying we don't know whether this | | |
| 686: 5 | was because of naproxen or not, and let's | | |
| 686: 6 | just not attribute it to Vioxx because we | | |
| 686: 7 | can't tell. And that was the distortion | | |
| 686: 8 | that I was referring to. | | |
| | | | |
| 686:9 - 686:10 | | | |
| 686: 9 | Q. Well, what they said about | | |
| 686: 10 | your study was accurate, right? | | |
| | | | |
| 686:13 - 687:9 | Avorn, Jerome 2006-06-30 | | |
| 686: 13 | THE WITNESS: Not in the | | |
| 686: 14 | context that they presented it, | | |
| 686: 15 | no. | | |
| 686: 16 | BY MR. BECK: | | |
| 686: 17 | Q. Well, they were making their | | |
| 686: 18 | position to the FDA. | | |
| 686: 19 | A. And using my data to justify | | |
| 686: 20 | it. | | |
| 686: 21 | Q. But what they said about | | |
| 686: 22 | your data, everything they said about | | |
| 686: 23 | your data was correct, isn't that true? | | |
| 686: 24 | A. Well, correct in the sense | | |
| 687: 1 | that there was one-fifth as many heart | | |
| 687: 2 | attacks in the naproxen group. It is the | | |
| 687: 3 | spin that I thought was the distortion. | | |
| 687: 4 | Q. Now, back to my question. | | |
| 687: 5 | You've talked repeatedly | | |
| 687: 6 | about how the effect that you found was | | |
| 687: 7 | 16 percent, and I think you've agreed | | |
| 687: 8 | that yesterday at least in one context | | |
| 687: 9 | you said that that was wimpy, right? | | |
| | | | |
| 687:11 - 687:24 | Avorn, Jerome 2006-06-30 | | |
| 687: 11 | THE WITNESS: Let me be very | | |
| 687: 12 | clear. Let me be very clear on | | |
| 687: 13 | this, Mr. Beck. It was wimpy, to | | |
| 687: 14 | use that term, in trying to | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 3643-7   Filed 11/20/06   Page 125 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

687: 15    explain the 80 percent reduction.
687: 16    BY MR. BECK:
687: 17    Q. Okay.
687: 18     Let's look at Deposition
687: 19     Exhibit 4. That is your article we were
687: 20     looking at a little while ago.
687: 21    A. Yes.
687: 22    Q. And we're in that section
687: 23     called the abstract at the top. And
687: 24     under "Results," do you say, "Use of

687:24 - 688:4    Avorn, Jerome 2006-06-30
687: 24     under "Results," do you say, "Use of
688: 1     naproxen was associated with a
688: 2     significant reduction in the risk of AMI"
688: 3     or heart attacks? And then you set forth
688: 4     the actual statistics.

688:7 - 688:18    Avorn, Jerome 2006-06-30
688: 7     THE WITNESS: I think you
688: 8     are confused about the use of the
688: 9     word "significant." Significant
688: 10     refers here to statistically
688: 11     significant, as we've discussed it
688: 12     in the past. It does not mean
688: 13     clinically significant or big deal
688: 14     significant. And that is always
688: 15     the way this word is used in
688: 16     medical papers. And to suggest
688: 17     that it means clinically important
688: 18     would be incorrect.

688:20 - 689:23    Avorn, Jerome 2006-06-30
688: 20    Q. So, "significant" here
688: 21     refers to this is statistically
688: 22     significant?
688: 23    A. Correct.
688: 24    Q. And that concept is one I
689: 1     think you discussed yesterday. What that
689: 2     means conventionally is that the relative
689: 3     risk is above 1, and you talked about
689: 4     the -- I'm sorry, the confidence
689: 5     intervals would not include the number 1,
689: 6     right?
689: 7    A. Correct.
689: 8    Q. And there's a p-value that
689: 9     had to be, was it lower or higher than
689: 10     .05?
689: 11    A. Lower than .05.
689: 12    Q. Lower than .05.
689: 13     And so that's what's meant
689: 14     in your paper here that there's a
689: 15     statistically significant
689: 16     cardioprotective effect of naproxen,
689: 17     right?
689: 18    A. That's right.
689: 19    Q. And a 15 percent reduction,
689: 20     would you consider that to be clinically
689: 21     significant?
689: 22    A. It can be. It depends what
689: 23     you're looking at.

690:15 - 690:20    Avorn, Jerome 2006-06-30
690: 15    Q. I'm going to hand you what
690: 16     we've marked as Exhibit 51. And this, I
690: 17     will represent to you, sir, we went on
690: 18     the Brigham and Women's Hospital health
690: 19     information website, and last night we
690: 20     copied this article off of it.

691:6 - 691:8

**Objections (690:15-690:20):**
PI's Obj.: Non-authenti-cated document that witness has never seen.

Does not know who author is or if she is a doctor. Hearsay.

**Rulings (690:15-690:20):**
Barnett: Sustained.
Smith: Testimony was played. No objection.
Mason: Testimony was played. No objection.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 691: 6<br>691: 7<br>691: 8 | THE WITNESS: I didn't even<br>know we had a health information<br>website. | Pl's Obj.: Same. | **Rulings:** Same |
| **691:10 - 691:11**<br>691: 10<br>691: 11 | Q. You did not know that?<br>A. No. | Pl's Obj.: Same. | **Rulings:** Same |
| **692:15 - 692:20**<br>692: 15<br>692: 16<br>692: 17<br>692: 18<br>692: 19<br>692: 20 | Q. I've put Exhibit 51 on the<br>screen. And is this, up in the top<br>left-hand corner, the Brigham and Women's<br>Hospital, is that the logo for the<br>Brigham and Women's Hospital?<br>A. Yes, it is. | Pl's Obj.: Same. | **Rulings:** Same |
| **693:3 - 694:13**<br>693: 3<br>693: 4<br>693: 5<br>693: 6<br>693: 7<br>693: 8<br>693: 9<br>693: 10<br>693: 11<br>693: 12<br>693: 13<br>693: 14<br>693: 15<br>693: 16<br>693: 17<br>693: 18<br>693: 19<br>693: 20<br>693: 21<br>693: 22<br>693: 23<br>693: 24<br>694: 1<br>694: 2<br>694: 3<br>694: 4<br>694: 5<br>694: 6<br>694: 7<br>694: 8<br>694: 9<br>694: 10<br>694: 11<br>694: 12<br>694: 13 | BY MR. BECK:<br>Q. And does the Brigham and<br>Women's Hospital have a website?<br>A. Yes.<br>Q. Okay.<br>And do you see that this a<br>paper by someone named Laurie LaRusso?<br>A. It's not a paper.<br>Q. It is --<br>A. I don't know what it is, but<br>it certainly is not a paper in the sense<br>that we have been talking about papers in<br>the medical literature.<br>Q. Okay.<br>A. It is two pages of web text.<br>Q. It's two pages of what's<br>called on the website of Brigham and<br>Women's Hospital "Health Information,"<br>correct?<br>A. Right.<br>Q. And the question that Ms.<br>LaRusso is addressing in this posting on<br>the Brigham and Women's Hospital is, "Can<br>ibuprofen and naproxen protect against<br>heart attack?" Do you see that?<br>A. Yes.<br>Q. And do you see where she<br>says that "Two studies recently published<br>in the Archives of Internal Medicine<br>suggest that prescription strength<br>naproxen may be the only non-aspirin<br>NSAID that reduces the risk of heart<br>attack."<br>Do you see that?<br>A. Right. Yes, I do. | Pl's Obj.: Same. | **Barnett:** Unclear.<br>but appears to be<br>sustained.<br>**Smith:** Testimony<br>was played. No objection.<br>**Mason:** Testimony<br>was played. No<br>objection. |
| **695:2 - 696:2**<br>695: 2<br>695: 3<br>695: 4<br>695: 5<br>695: 6<br>695: 7<br>695: 8<br>695: 9<br>695: 10<br>695: 11<br>695: 12<br>695: 13<br>695: 14<br>695: 15<br>695: 16<br>695: 17 | BY MR. BECK:<br>Q. And having looked this over<br>and seen the second page of what sources<br>she's talking about, do you understand<br>that one of the two studies she's<br>referring to is your study?<br>A. Right.<br>Q. Then on the second page,<br>just going to the last paragraph, it<br>says, "Many older people take<br>prescription NSAIDs to relieve arthritis<br>symptoms. By virtue of their age, these<br>same people are at increased risk for<br>heart attack. A study published in<br>November of 2000 found that the NSAID<br>rofecoxib (Vioxx) increased the risk of | Pl's Obj.: Same. | **Barnett:** Sustained.<br>**Smith:** Testimony<br>was played. No objection.<br>**Mason:** Testimony<br>was played. No<br>objection. |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 695: 18 | heart attack compared with naproxen." | | |
| 695: 19 | And then she says, "These | | |
| 695: 20 | two new studies in Archives suggest that | | |
| 695: 21 | the apparent increased heart attack risk | | |
| 695: 22 | associated with rofecoxib was likely a | | |
| 695: 23 | result of the beneficial effects of | | |
| 695: 24 | naproxen rather than any hazardous | | |
| 696: 1 | effects of rofecoxib." | | |
| 696: 2 | Is that what she says here? | | |
| | | | |
| **696:6 - 697:22** | | | |
| 696: 6 | THE WITNESS:  I have been at | **Pl's Obj.:**  Same. | **Barnett:**  Sustained. |
| 696: 7 | the Brigham for 14 years.  I've | | **Smith:**  Testimony |
| 696: 8 | never heard of Laurie LaRusso. | | was played. No objection. |
| 696: 9 | She's not a physician, she's not | | **Mason:**  Testimony |
| 696: 10 | an epidemiologist.  I don't know | | was played.  No |
| 696: 11 | what the degree ELS means.  I | | objection. |
| 696: 12 | didn't even know our hospital had | | |
| 696: 13 | a health information website.  But | | |
| 696: 14 | I can tell you that when I get | | |
| 696: 15 | back there next week, I'm going to | | |
| 696: 16 | have them take garbage like this | | |
| 696: 17 | off because it's four years old. | | |
| 696: 18 | It's written by somebody who | | |
| 696: 19 | clearly did not understand the | | |
| 696: 20 | papers.  It has not been | | |
| 696: 21 | peer-reviewed.  It is incorrect. | | |
| 696: 22 | And I don't know who Richard | | |
| 696: 23 | Glickman Simon was who last | | |
| 696: 24 | reviewed this site in May of 2002. | | |
| 697: 1 | BY MR. BECK: | | |
| 697: 2 | Q.   That was -- | **Pl's Obj.:**  Same. | **Barnett:**  Sustained. |
| 697: 3 | You're just blowing up the | | **Smith:**  Testimony |
| 697: 4 | thing that I think you are referring to? | | was played. No objection. |
| 697: 5 | A.   Right. | | **Mason:**  Testimony |
| 697: 6 | Q.   "Last reviewed, May of 2002 | | was played.  No |
| 697: 7 | by Richard Glickman-Simon, M.D." | | objection. |
| 697: 8 | A.  I know most of -- | | |
| 697: 9 | Q.  You know what that is -- | | |
| 697: 10 | A.  Yes.  But I know most of the | | |
| 697: 11 | doctors who are at the Brigham who are in | | |
| 697: 12 | this area.  I have never heard of Richard | | |
| 697: 13 | Glickman-Simon.  I've never heard of | | |
| 697: 14 | Laurie LaRusso.  I don't know what kind | | |
| 697: 15 | of training she has.  And this is just | | |
| 697: 16 | garbage that somebody at the hospital had | | |
| 697: 17 | the bad judgment to put up on the web | | |
| 697: 18 | from four years ago and never had the | | |
| 697: 19 | sense to take off.  Her conclusions are | | |
| 697: 20 | silly and really are beneath our | | |
| 697: 21 | discussion. | | |
| 697: 22 | Q.   Well, then, we'll move on. | | |
| | | | |
| **698:16 - 699:1** | Avorn, Jerome 2006-06-30 | | |
| 698: 16 | Q.  I'm handing you what we've | | |
| 698: 17 | marked as Exhibit 52.  Do you recognize | | |
| 698: 18 | that publication? | | |
| 698: 19 | A.  Yes.  It is worthy of | | |
| 698: 20 | discussion since I was a co-author of it. | | |
| 698: 21 | Sorry.  It's late. | | |
| 698: 22 | No.  In all seriousness, it | | |
| 698: 23 | it's also in a real journal, and it is | | |
| 698: 24 | written by people who have actually done | | |
| 698: 1 | research in this area. | | |
| 698: 21 | Sorry.  It's late. | | |
| 698: 22 | No.  In all seriousness, it | | |
| 698: 23 | it's also in a real journal, and it is | | |
| 698: 24 | written by people who have actually done | | |
| 698: 1 | research in this area. | | |
| | | | |
| **699:6 - 700:3** | Avorn, Jerome 2006-06-30 | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK Plaintiff's 3rd Defendant's Designations of Jerome Avorn, MD Document 8643-7 Filed 11/20/06   Page 128 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 699: 6 | Q.  As you indicated, you are |
| 699: 7 | one of the authors right? |
| 699: 8 | A.  Right. |
| 699: 9 | Q.  Along with your colleague, |
| 699: 10 | Dr. Solomon, whom you referenced several |
| 699: 11 | times yesterday? |
| 699: 12 | A.  Correct. |
| 699: 13 | Q.  And what's the date of this |
| 699: 14 | study? |
| 699: 15 | A.  It was published in 2003. |
| 699: 16 | Q.  And what publication was it |
| 699: 17 | in? |
| 699: 18 | A.  Current Opinion in |
| 699: 19 | Rheumatology. |
| 699: 20 | Q.  Now, is this an article |
| 699: 21 | where you, among other things, review the |
| 699: 22 | results of studies done by other people, |
| 699: 23 | as well as yourself? |
| 699: 24 | A.  Yes. |
| 700: 1 | Q.  And let's start on Page 123. |
| 700: 2 | So, that would be the second page of your |
| 700: 3 | article.  I want to focus on the |

**700:3 - 701:2** Avorn, Jerome 2006-06-30

| | |
|---|---|
| 700: 3 | article.  I want to focus on the |
| 700: 4 | paragraph in the first column toward the |
| 700: 5 | bottom.  Are you with me? |
| 700: 6 | A.  Yes, I am.  I am. |
| 700: 7 | Q.  Okay. |
| 700: 8 | And you say, "Four studies |
| 700: 9 | were published in 2002 examining whether |
| 700: 10 | naproxen is associated with a reduced |
| 700: 11 | risk of acute myocardial infarction." |
| 700: 12 | And then you cite those four |
| 700: 13 | studies, right? |
| 700: 14 | A.  Right. |
| 700: 15 | Q.  And then you say, "All used |
| 700: 16 | similar methods, analyzing very large |
| 700: 17 | claims databases from a number of |
| 700: 18 | different healthcare systems," right? |
| 700: 19 | A.  Right. |
| 700: 20 | Q.  "The results were quite |
| 700: 21 | consistent.  Three found in primary |
| 700: 22 | analyses that naproxen was associated |
| 700: 23 | with a 17 to 39% reduction in acute |
| 700: 24 | myocardial infarction compared with other |
| 701: 1 | nonselective NSAIDs," correct? |
| 701: 2 | A.  Right. |

**702:23 - 703:4** Avorn, Jerome 2006-06-30

| | |
|---|---|
| 702: 23 | Is it correct that these |
| 702: 24 | three other studies found a reduction in |
| 703: 1 | heart attacks in people using naproxen |
| 703: 2 | compared to other NSAIDs of 17 to 39 |
| 703: 3 | percent? |
| 703: 4 | A.  Yes. |

**703:5 - 706:10** Avorn, Jerome 2006-06-30

| | |
|---|---|
| 703: 5 | Q.  And let me ask you before we |
| 703: 6 | go to the table, are you telling me that |
| 703: 7 | that number can't really be compared to |
| 703: 8 | the 16 percent that you used because it's |
| 703: 9 | been adjusted in some way? |
| 703: 10 | A.  Correct.  And you also need |
| 703: 11 | to point out, as you did, that the study |
| 703: 12 | by Ray, et al., initially found a zero |
| 703: 13 | reduction.  And it was the adjustment |
| 703: 14 | that I wanted to talk about that is where |
| 703: 15 | you get the numbers that you read. |
| 703: 16 | Q.  Okay. |
| 703: 17 | And you want to talk about |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK Plaintiff's and Defendant's Designations of Jerome Avorn, MD 3643-7 Filed 11/20/06   Page 129 of 185

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 703: 18 | an adjustment? | | |
| 703: 19 | A.  Right. | | |
| 703: 20 | Q.  Do you want me to show Table | | |
| 703: 21 | 1? | | |
| 703: 22 | A.  Sure. | | |
| 703: 23 | Q.  Okay. | | |
| 703: 24 | A.  Because where these numbers | | |
| 704: 1 | come from was, to try and make the | | |
| 704: 2 | studies comparable, we took the parent | | |
| 704: 3 | findings, which for Ray, that first line, | | |
| 704: 4 | would have been no reduction.  And we | | |
| 704: 5 | then, as it says in the caption, excluded | | |
| 704: 6 | persons with a prior heart attack or | | |
| 704: 7 | stroke to reduce confounding by | | |
| 704: 8 | unmeasured aspirin use.  And what that | | |
| 704: 9 | means is that we wanted to make sure that | | |
| 704: 10 | there were not people on aspirin in the | | |
| 704: 11 | studies.  And so we looked at a subset of | | |
| 704: 12 | the rate studies so that instead of no | | |
| 704: 13 | effect, that caused a, I guess, 17 | | |
| 704: 14 | percent reduction.  And that's why our | | |
| 704: 15 | number is 82 and not 86, as it was in the | | |
| 704: 16 | original paper. | | |
| 704: 17 | Q.  Okay. | | |
| 704: 18 | So, let me ask, then.  So, | | |
| 704: 19 | your study was one of the three studies | | |
| 704: 20 | that's referenced -- | | |
| 704: 21 | Your study that we talked | | |
| 704: 22 | about and we were saying 16 percent -- | | |
| 704: 23 | A.  Right. | | |
| 704: 24 | Q.  -- is one of the three | | |
| 705: 1 | studies that is referenced in here where | | |
| 705: 2 | it talks about 17-39 percent, right? | | |
| 705: 3 | A.  Right. | | |
| 705: 4 | Q.  And adjustments were made to | | |
| 705: 5 | yours, and so which one -- where does | | |
| 705: 6 | yours fall in the 17 to 39 percent? | | |
| 705: 7 | A.  Well, it has to do with | | |
| 705: 8 | whether you are looking at excluding | | |
| 705: 9 | people who have had a heart attack or | | |
| 705: 10 | stroke.  And that's what the numbers in | | |
| 705: 11 | this are. | | |
| 705: 12 | Q.  Right. | | |
| 705: 13 | A.  Whereas the numbers in the | | |
| 705: 14 | original paper are all comers, everybody.) | | |
| 705: 15 | Q.  Yeah, I understand that. | | |
| 705: 16 | And when we look at the 17 to 39 percent | | |
| 705: 17 | reduction -- | | |
| 705: 18 | A.  Right. | | |
| 705: 19 | Q.  -- you've explained, and I | | |
| 705: 20 | appreciate it, that one of the three | | |
| 705: 21 | studies was actually the one that we've | | |
| 705: 22 | been talking about that you did -- | | |
| 705: 23 | A.  Right. | | |
| 705: 24 | Q.  -- before, we said 16 | | |
| 706: 1 | percent, but an adjustment has been made? | | |
| 706: 2 | A.  Right.  If you take out | | |
| 706: 3 | everyone who had a heart attack or | | |
| 706: 4 | stroke, it goes from 16 percent to 18 | | |
| 706: 5 | percent. | | |
| 706: 6 | Q.  18 percent. | | |
| 706: 7 | So, yours is still on the | | |
| 706: 8 | low side in terms of what the three | | |
| 706: 9 | studies from 2002 found in terms of | | |
| 706: 10 | reduction in heart attack risk? | | |
| | | | |
| 706:15  -  707:12 | Avorn, Jerome 2006-06-30 | | |
| 706: 15 | THE WITNESS:  No.  I think | | |
| 706: 16 | 79, 82, 83 would all be considered | | |
| 706: 17 | about the same number. | | |
| 706: 18 | BY MR. BECK: | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8643-7 Filed 11/20/06 Page 130 of 185
Plaintiff's 3rd Defendant's Designations of Jerome Avorn (MD)

| Designated Testimony | Objections | Rulings |
|---|---|---|

706: 19    Q. 17 to --
706: 20    A. I'm sorry. 79. I'm reading
706: 21      the actual -- I'm reading the actual
706: 22      adjusted risk. So, it's 100 minus those
706: 23      numbers. So, what I'm saying is, if you
706: 24      have a relative risk or an odds ratio of
707: 1      82 percent, 83 percent, 79 percent, we
707: 2      would consider those to be pretty close
707: 3      to being the same number.
707: 4    Q. Well, would you consider a
707: 5      17 percent reduction in heart attacks to
707: 6      be pretty close to a 39 percent reduction
707: 7      in heart attacks?
707: 8    A. No. The 39 was seen on the
707: 9      paper by Dr. Watson, who works for Merck.
707: 10    Q. And yours, I guess, would be
707: 11      18 on this scale?
707: 12    A. Correct.

**708:8 - 708:23**    Avorn, Jerome 2006-06-30
708: 8    Q. And is Exhibit 7 the same
708: 9      document that I am showing up on the
708: 10      screen?
708: 11    A. Yes.
708: 12    Q. And you just indicated this
708: 13      is a Circulation paper, meaning it was
708: 14      the one published in the journal
708: 15      Circulation?
708: 16    A. Correct.
708: 17    Q. And what year was this one
708: 18      published in?
708: 19    A. 2004.
708: 20    Q. And you discussed this
708: 21      article with Mr. Tisi yesterday. Do you
708: 22      remember that?
708: 23    A. That's right.
708: 24    Q. And, in particular, you
709: 1      talked about the fact that Dr. Cannuscio
709: 2      does not appear as an author on this
709: 3      article as it was eventually published,
709: 4      correct?
709: 5    A. That's right.
709: 6    Q. All right.
709: 7      And I'll come back to that
709: 8      subject in a little bit.

**709:9 - 709:24**
709: 9      Yesterday when you were
709: 10      testifying about the findings in this
709: 11      article, you indicated that you found an
709: 12      increased risk using Vioxx for 30 days.
709: 13      Do you remember that?
709: 14    A. For up to 30 days.
709: 15    Q. Up to 30 days.
709: 16      And you also said yesterday
709: 17      that there was an increased risk that you
709: 18      found using Vioxx up to 90 days. Do you
709: 19      remember that?
709: 20    A. That's right.
709: 21    Q. You did not testify
709: 22      yesterday, did you, about what your paper
709: 23      found concerning people who used Vioxx
709: 24      for more than 90 days?

**710:5 - 711:1**    Avorn, Jerome 2006-06-30
710: 5      THE WITNESS: I don't
710: 6      remember if we covered it, but we
710: 7      can cover it now.
710: 8      BY MR. BECK:
710: 9    Q. Well, in fact, what you

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 710: 10    found in your paper is that there was no | | |
| 710: 11    increased risk of heart attack for people | | |
| 710: 12    who use Vioxx after 90 days, right? | | |
| 710: 13   A.   Almost right. I think the | | |
| 710: 14    correct way to state it is we did not | | |
| 710: 15    find an increase in risk in people who | | |
| 710: 16    used it over 90 days. That's a little | | |
| 710: 17    different from saying we show that there | | |
| 710: 18    was no risk. | | |
| 710: 19   Q.   Okay. | | |
| 710: 20    You did not find any risk | | |
| 710: 21    whatsoever in heart attacks for people | | |
| 710: 22    who used Vioxx for 90 days or more? | | |
| 710: 23   A.   That's correct. | | |
| 710: 24   Q.   And in the conclusion | | |
| 711: 1    section of this article, is that what is | | |
| | | |
| **711:1 - 711:13**    Avorn, Jerome 2006-06-30 | | |
| 711: 1    section of this article, is that what is | | |
| 711: 2    included in this sentence that I've | | |
| 711: 3    highlighted here that says, "The risk was | | |
| 711: 4    elevated in the first 90 days of use, but | | |
| 711: 5    not thereafter"? | | |
| 711: 6   A.   That's correct. Our belief | | |
| 711: 7    is that people who were having difficulty | | |
| 711: 8    with the drug in the first 90 days | | |
| 711: 9    stopped taking it. | | |
| 711: 10   Q.   Well, what you found was | | |
| 711: 11    that there was no elevation in risk after | | |
| 711: 12    90 days of use, right? | | |
| 711: 13   A.   Right. | | |
| | | |
| **711:20 - 712:13**    Avorn, Jerome 2006-06-30 | | |
| 711: 20   Q.   Did you set forth that | **Def's Obj.:** Non-responsive speech; comments about Merck inaccurate and not the proper subject of expert testimony; witness is not qualified to testify about what Merck "agrees to." | **Barnett:** Overruled. **Smith:** Sustained. |
| 711: 21    belief your article? | | |
| 711: 22   A.   I can look and see, but I | | |
| 711: 23    think even Merck agrees that there is a | | |
| 711: 24    risk after 90 days. So, I'm trying to | | |
| 712: 1    understand why it is that we found no | | |
| 712: 2    risk. And I think that in an | | |
| 712: 3    observational study, as you said, where | | |
| 712: 4    we do not give people drugs in a kind of | | |
| 712: 5    clinical trial setting, we can't make | | |
| 712: 6    people stay on the drug. And if somebody | | |
| 712: 7    is having problems with the drug, we | | |
| 712: 8    often see in an observational study that | | |
| 712: 9    people who are having difficulty with the | | |
| 712: 10    drug stop taking the drug. And my | | |
| 712: 11    belief, as the senior author of the | | |
| 712: 12    paper, is that that is probably why we | | |
| 712: 13    did not see a risk after 90 days. | | |
| | | |
| **712:14 - 712:18**    Avorn, Jerome 2006-06-30 | | |
| 712: 14   Q.   Well, the kind of | | |
| 712: 15    difficulties that they have on a drug | | |
| 712: 16    like this would be gastrointestinal | | |
| 712: 17    difficulties or it wasn't working to | | |
| 712: 18    relieve their pain, right? | | |
| | | |
| **712:21 - 713:24**    Avorn, Jerome 2006-06-30 | | |
| 712: 21    THE WITNESS: No. The | | |
| 712: 22    differences I'm thinking of is | | |
| 712: 23    people's whose blood pressure went | | |
| 712: 24    up, people who develop chest pain, | | |
| 713: 1    people who develop congestive | | |
| 713: 2    heart failure, all which are known | | |
| 713: 3    side effects of Vioxx, may well | | |
| 713: 4    have dropped out of taking the | | |
| 713: 5    drugs since they were just in | | |
| 713: 6    normal care. And I believe that | | |
| 713: 7    that is why, after 90 days, we | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8843-7   Filed 11/20/06   Page 132 of 185

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 713: 8 | didn't see the risk. | | |
| 713: 9 | BY MR. BECK: | | |
| 713: 10 | Q. Why don't we take a break, | | |
| 713: 11 | and I would like you to read through your | | |
| 713: 12 | article, and when we come back from the | | |
| 713: 13 | break, tell me whether there is anywhere | | |
| 713: 14 | at all in your article where you say | | |
| 713: 15 | anything that would support your last | | |
| 713: 16 | answer. | | |
| 713: 17 | A. I can save time and tell you | | |
| 713: 18 | right now that it's not there because | | |
| 713: 19 | it's my current understanding of what our | | |
| 713: 20 | findings -- why our findings were as they | | |
| 713: 21 | are in light of the consensus opinion now | | |
| 713: 22 | that Vioxx does cause heart attacks after | | |
| 713: 23 | 90 days, but we did not engage in that | | |
| 713: 24 | speculation in the paper. | | |
| | | | |
| 714:4  -  720:14 | Avorn, Jerome 2006-06-30 | | |
| 714: 4 | You compared the use of | | |
| 714: 5 | Vioxx to the use of Celebrex, as well as | | |
| 714: 6 | the use of other traditional NSAIDs.  And | | |
| 714: 7 | did you also compare it to people who | | |
| 714: 8 | didn't use any NSAIDs at all? | | |
| 714: 9 | A. Right. | | |
| 714: 10 | Q. Okay. | | |
| 714: 11 | So, first, I want to talk | | |
| 714: 12 | about what you found with Vioxx versus | | |
| 714: 13 | Celebrex during this first 90 days of use | | |
| 714: 14 | where you found an elevated risk. | | |
| 714: 15 | A. Right. | | |
| 714: 16 | Q. Okay. | | |
| 714: 17 | We've talked yesterday and | | |
| 714: 18 | today about the concept of statistical | | |
| 714: 19 | significance.  And you talked about | | |
| 714: 20 | p-values and confidence intervals.  Do | | |
| 714: 21 | you remember that? | | |
| 714: 22 | A. Right. | | |
| 714: 23 | Q. And am I correct, Doctor, | | |
| 714: 24 | that those things, the p-values and | | |
| 715: 1 | confidence intervals, are used to | | |
| 715: 2 | basically estimate the likelihood that | | |
| 715: 3 | something is due to chance? | | |
| 715: 4 | A. Exactly. | | |
| 715: 5 | Q. There's another statistical | | |
| 715: 6 | concept that runs throughout many of the | | |
| 715: 7 | articles we've looked at called relative | | |
| 715: 8 | risk, correct? | | |
| 715: 9 | A. Correct. | | |
| 715: 10 | Q. And sometimes that's | | |
| 715: 11 | abbreviated as RR, right? | | |
| 715: 12 | A. Correct. | | |
| 715: 13 | Q. And then sometimes I've seen | | |
| 715: 14 | it referred to as OR.  What's that mean? | | |
| 715: 15 | A. That's odds ratio, which for | | |
| 715: 16 | events that are not common, is about the | | |
| 715: 17 | same as relative risk. | | |
| 715: 18 | Q. Okay. | | |
| 715: 19 | Now, the statistical | | |
| 715: 20 | significance and confidence intervals, as | | |
| 715: 21 | we said, that's, you know, how likely | | |
| 715: 22 | something is that it is due to chance, | | |
| 715: 23 | but then relative risk is a different | | |
| 715: 24 | concept, and am I right that it's | | |
| 716: 1 | basically a measurement of how much | | |
| 716: 2 | higher is the risk? | | |
| 716: 3 | A. Exactly right. | | |
| 716: 4 | Q. Okay. | | |
| 716: 5 | So, that -- | | |
| 716: 6 | And the way that it's | | |
| 716: 7 | presented typically in one of these | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

716: 8       papers is that if the relative risk is 1,
716: 9       say if you're comparing Vioxx to no use
716: 10      of medicine at all, and there was a
716: 11      relative risk of 1, that would mean that
716: 12      Vioxx was the equivalent of not using any
716: 13      medicine at all, right?
716: 14  A.  Correct.
716: 15  Q.  So, 1 is kind of the
716: 16      baseline, right?
716: 17  A.  Correct.
716: 18  Q.  And then, for example, if it
716: 19      were 2, 2.0, that would mean that the
716: 20      risk of whichever the drug was is two
716: 21      times greater than the other one, right?
716: 22  A.  Well, the risk of a given
716: 23      event if you take that drug is twice,
716: 24      yes.
717: 1  Q.  Okay.
717: 2      So, if you were measuring
717: 3      heart attacks with drug A and drug B, and
717: 4      drug A had a relative risk of 2, then you
717: 5      would be saying that the chance or risk
717: 6      that that person using that drug would
717: 7      have a heart attack is twice as high as
717: 8      somebody using the other drug?
717: 9  A.  Exactly.
717: 10  Q.  10 would be 10 times as
717: 11      high?
717: 12  A.  Correct.
717: 13  Q.  Okay.
717: 14      So, let's go back to your
717: 15      article here.  Turn over to Table 2 on
717: 16      Page 2071.
717: 17  A.  Got it.
717: 18  Q.  And I'm going to highlight
717: 19      the first half or so of that so that it's
717: 20      just a little bit more legible.  And I
717: 21      want to take a few minutes and walk
717: 22      through this if you'll bear with me, and
717: 23      I think it may help the jury understand
717: 24      it.
718: 1  A.  Okay.
718: 2  Q.  The title is "Adjusted
718: 3      Association Between Coxibs and Acute
718: 4      Myocardial Infarction."
718: 5      Now, that means you're
718: 6      looking at the relative risk comparing
718: 7      certain drugs to other drugs or no drugs
718: 8      at all.  And what you're doing is looking
718: 9      at that in terms of heart attacks, right?
718: 10  A.  Correct.
718: 11  Q.  Okay.
718: 12      So, just looking at the
718: 13      first one, it says, "Exposure" and then
718: 14      "Reference group" in the heading on the
718: 15      first column.  Do you see that?
718: 16  A.  Right.
718: 17  Q.  And then we have the
718: 18      "adjusted odds ratio," which has two
718: 19      components to it, right?  And the
718: 20      "p-value" over here; is that correct?
718: 21  A.  Correct, right.
718: 22  Q.  Okay.
718: 23      And let's see if we can make
718: 24      that a little more concrete by, we'll
719: 1      take the first example.
719: 2      So, the exposure that the
719: 3      drug that you're measuring the risk of in
719: 4      this first item is rofecoxib, being
719: 5      Vioxx, right?
719: 6  A.  Correct.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 719: 7   Q.   And the reference group or | | |
| 719: 8          the drug that you're comparing it to is | | |
| 719: 9          celecoxib or Celebrex, right? | | |
| 719: 10   A.   That's right. | | |
| 719: 11   Q.   And is this for this 90-day | | |
| 719: 12          period or is this for -- | | |
| 719: 13   A.   This is, I believe, for all | | |
| 719: 14          periods studied. | | |
| 719: 15   Q.   Okay. | | |
| 719: 16          And so when you compare it | | |
| 719: 17          in this first item, Vioxx to Celebrex, | | |
| 719: 18          what you found was a relative risk or | | |
| 719: 19          odds ratio of 1.24, right? | | |
| 719: 20   A.   Correct. | | |
| 719: 21   Q.   So, higher than even, but | | |
| 719: 22          less than twice as much, right? | | |
| 719: 23   A.   Correct. | | |
| 719: 24   Q.   And then there's this | | |
| 720: 1          confidence interval that we talked about | | |
| 720: 2          before, and that bracket is above 1.0, | | |
| 720: 3          and, therefore, traditionally it would be | | |
| 720: 4          considered statistically significant? | | |
| 720: 5   A.   Correct. | | |
| 720: 6   Q.   And then the p-value, using | | |
| 720: 7          the p-value, would that be statistically | | |
| 720: 8          significant? | | |
| 720: 9   A.   Correct. | | |
| 720: 10   Q.   And that's because it's | | |
| 720: 11          above or below .05? | | |
| 720: 12   A.   Less than .05. | | |
| 720: 13   Q.   Less than .05. | | |
| 720: 14   A.   Right. | | |
| | | |
| **720:15  -  722:9**      Avorn, Jerome 2006-06-30 | | |
| 720: 15   Q.   Where on this table is it | | |
| 720: 16          indicated, or is it not, how long the use | | |
| 720: 17          is for this comparison of Vioxx versus | | |
| 720: 18          Celebrex? | | |
| 720: 19   A.   This is everybody in this | | |
| 720: 20          study.  This table includes all the data | | |
| 720: 21          we had.  So, it's all durations of use. | | |
| 720: 22   Q.   Okay. | | |
| 720: 23          Now, we talked about the | | |
| 720: 24          relative risk or odds ratio, this number | | |
| 721: 1          1.24.  Is it true, Doctor, that | | |
| 721: 2          epidemiologists generally consider an | | |
| 721: 3          association with a relative risk of less | | |
| 721: 4          than 2 to be a weak association? | | |
| 721: 5   A.   No.  That is not a universal | | |
| 721: 6          view at all.  Some people believe that, | | |
| 721: 7          others don't. | | |
| 721: 8   Q.   Are you familiar with Dr. | | |
| 721: 9          Brian Strom? | | |
| 721: 10   A.   Yes, I am. | | |
| 721: 11   Q.   And his publication, | | |
| 721: 12          Pharmacoepidemiology? | | |
| 721: 13   A.   You mean his textbook or the | | |
| 721: 14          journal?  I think you mean the textbook. | | |
| 721: 15   Q.   Yes. | | |
| 721: 16   A.   Yes. | | |
| 721: 17   Q.   In fact, I'll hand you the | | |
| 721: 18          text. | | |
| 721: 19   A.   Yes. | | |
| 721: 20   Q.   You're familiar with his | | |
| 721: 21          textbook, Pharmacoepidemiology? | | |
| 721: 22   A.   I am, yes. | | |
| 721: 23   Q.   And I think you have | | |
| 721: 24          indicated before that you consider Dr. | | |
| 722: 1          Strom's textbook, Pharmacoepidemiology, | | |
| 722: 2          to be one of the three or four leading | | |
| 722: 3          textbooks in the field.  Is that a fair | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| | | |

722: 4      statement?
722: 5     A. Yes, right.
722: 6     Q. Okay.
722: 7      I'll just hand you the
722: 8      textbook here.
722: 9     A. Got it.

**722:20 - 722:21**    Avorn, Jerome 2006-06-30
722: 20     Q. So, Exhibit 53 is an excerpt
722: 21      from this book, and it's --

**724:14 - 725:3**    Avorn, Jerome 2006-06-30
724: 14     Q. Doctor, before we took a
724: 15      break, we had looked at a table from your
724: 16      article showing a relative risk of Vioxx
724: 17      versus Celebrex of 1.24, and then I had
724: 18      asked you whether a relative risk of less
724: 19      than 2 was considered by epidemiologists
724: 20      to be a weak association. You had
724: 21      answered that question, and then I had
724: 22      given you this textbook by Dr. Strom.
724: 23      And I think you already indicated that
724: 24      he's a leading man in the field and this
725: 1      book is one of the three or four most
725: 2      authoritative textbooks in the field of
725: 3      pharmacoepidemiology, right?

**725:7 - 726:4**    Avorn, Jerome 2006-06-30
725: 7     Q. I think you were nodding
725: 8      yes; is that right?
725: 9     A. Correct.
725: 10     Q. Okay.
725: 11      And when I handed it to you
725: 12      and referred you to Page 20, you asked to
725: 13      see the book itself, and one of the
725: 14      reasons is you wanted to see who actually
725: 15      wrote the chapter, right?
725: 16     A. Right.
725: 17     Q. Because it is one thing if
725: 18      the book is edited by Dr. Strom, it's
725: 19      another thing if the chapter is written
725: 20      some guy you've never heard of, right?
725: 21     A. Correct.
725: 22     Q. Who wrote the chapter?
725: 23     A. Dr. Strom.
725: 24     Q. Okay.
726: 1      So, Dr. Strom, himself,
726: 2      wrote the chapter that Page 20 is on, and
726: 3      according to Dr. Strom --
726: 4     A. I have it here.

**726:9 - 727:17**    Avorn, Jerome 2006-06-30
726: 9     Q. According to Dr. Strom, does
726: 10      he state here, "Conventionally,
726: 11      epidemiologists consider an association
726: 12      with a relative risk of less than 2 a
726: 13      weak association"?
726: 14     A. Correct. Correct that he
726: 15      says that. I don't agree with that
726: 16      statement.
726: 17     Q. You disagree with Dr. Strom
726: 18      on that?
726: 19     A. That's right. And if I can
726: 20      explain why I disagree. I think if I
726: 21      were to say to a patient, here's drug X,
726: 22      it doesn't work any better than drug Y in
726: 23      your case, but it will increase your risk
726: 24      of heart attack or stroke by 90 percent,
727: 1      would you like this drug or would you
727: 2      like the other drug, in my experience,
727: 3      patients would say, why would I want a

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's 3rd Defendant's Designations of Jerome Avorn, MD   Document 8843-7   Filed 11/20/06   Page 136 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 727: 4 | drug that increases my risk of a heart | |
| 727: 5 | attack or stroke by 90 percent as, in | |
| 727: 6 | fact, Vioxx does?  An increase of 90 | |
| 727: 7 | percent would be a relative risk of less | |
| 727: 8 | than 2.0.  Most of us would not want to | |
| 727: 9 | incur a risk of 90 percent increase. | |
| 727: 10 | Q.  Well, of course, one of the | |
| 727: 11 | things that epidemiologists and | |
| 727: 12 | statisticians do is they look at the | |
| 727: 13 | strength of associations to see how | |
| 727: 14 | likely something really is and to draw | |
| 727: 15 | judgments that lay people might not be in | |
| 727: 16 | a position to draw, right? | |
| 727: 17 | A.  Right. | |

**728:11  -  728:13**   Avorn, Jerome 2006-06-30
| 728: 11 | Q.  In any event, the | |
| 728: 12 | association that we were looking at in | |
| 728: 13 | your article on Vioxx versus Celebrex, | |

**728:14  -  728:16**   Avorn, Jerome 2006-06-30
| 728: 14 | I'll put that back up on the screen, that | |
| 728: 15 | was an association that was just 1.24, | |
| 728: 16 | right? | |

**728:19  -  728:22**   Avorn, Jerome 2006-06-30
| 728: 19 | THE WITNESS:  I wouldn't use | |
| 728: 20 | the "just."  The association was | |
| 728: 21 | 1.24 or a nearly 25 percent | |
| 728: 22 | increase in risk. | |

**729:1  -  731:2**   Avorn, Jerome 2006-06-30
| 729: 1 | You testified yesterday that | |
| 729: 2 | your 2004 study showed an increased risk | |
| 729: 3 | with a variety of comparison drugs.  Do | |
| 729: 4 | you remember that? | |
| 729: 5 | A.  Yes. | |
| 729: 6 | Q.  Let's look here.  Rofecoxib, | |
| 729: 7 | which is Vioxx -- I just want to look | |
| 729: 8 | here. | |
| 729: 9 | We've already looked at | |
| 729: 10 | rofecoxib versus Celebrex, right? | |
| 729: 11 | A.  Right. | |
| 729: 12 | Q.  Now here is rofecoxib or | |
| 729: 13 | Vioxx versus naproxen, and there, the | |
| 729: 14 | relative risk is lower, it's 1.17, right? | |
| 729: 15 | A.  Right. | |
| 729: 16 | Q.  And also there the | |
| 729: 17 | confidence interval goes below 1.0, | |
| 729: 18 | right? | |
| 729: 19 | A.  Right. | |
| 729: 20 | Q.  And under conventional | |
| 729: 21 | approaches to this sort of thing, that | |
| 729: 22 | would not be considered statistically | |
| 729: 23 | significant, correct? | |
| 729: 24 | A.  Right. | |
| 730: 1 | Q.  And then you also -- so, | |
| 730: 2 | just to put that in layman's terms, from | |
| 730: 3 | a statistical point of view, when you | |
| 730: 4 | compared Vioxx to naproxen in your study, | |
| 730: 5 | there basically was no difference in | |
| 730: 6 | terms of the effect, no statistically | |
| 730: 7 | significant difference, right? | |
| 730: 8 | A.  Right. | |
| 730: 9 | Q.  Okay. | |
| 730: 10 | And similarly, we have Vioxx | |
| 730: 11 | down here versus ibuprofen.  Do you see | |
| 730: 12 | that? | |
| 730: 13 | A.  Right. | |
| 730: 14 | Q.  That's another NSAID, right? | |
| 730: 15 | A.  Right. | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 730: 16 | Q. And there the relative risk | | |
| 730: 17 | is 1.21, correct? | | |
| 730: 18 | A. Right. | | |
| 730: 19 | Q. And, again, the confidence | | |
| 730: 20 | interval that we talked about starts at | | |
| 730: 21 | .92. So, that's below 1.0, right? | | |
| 730: 22 | A. Right. | | |
| 730: 23 | Q. So, again, that difference | | |
| 730: 24 | between Vioxx and ibuprofen is not | | |
| 731: 1 | statistically significant, correct? | | |
| 731: 2 | A. That's right. | | |
| | | | |
| **731:3 - 731:7** | Avorn, Jerome 2006-06-30 | | |
| 731: 3 | Q. Yesterday you also testified | | |
| 731: 4 | that your 2004 study showed an increased | | |
| 731: 5 | risk of heart attacks with lower doses of | | |
| 731: 6 | Vioxx. Do you remember that? | | |
| 731: 7 | A. Right. | | |
| | | | |
| **731:9 - 732:10** | Avorn, Jerome 2006-06-30 | | |
| 731: 9 | sorry. You already have this document in | | |
| 731: 10 | your stack somewhere. Exhibit 28 from | | |
| 731: 11 | yesterday. | | |
| 731: 12 | A. Can you tell me what it was? | | |
| 731: 13 | Q. It was a collection of | | |
| 731: 14 | things that included the abstract that | | |
| 731: 15 | you published. | | |
| 731: 16 | A. From the American College of | | |
| 731: 17 | Rheumatology? | | |
| 731: 18 | Q. Yes. The ACR document. | | |
| 731: 19 | A. Got it. | | |
| 731: 20 | Q. And the pages aren't | | |
| 731: 21 | numbered, but if you count, I think it | | |
| 731: 22 | was 17 we figured out yesterday, 17 or | | |
| 731: 23 | 18, you'll find the abstract that you | | |
| 731: 24 | testified about? | | |
| 732: 1 | A. You mean our paper? Is that | | |
| 732: 2 | what you mean? | | |
| 732: 3 | Q. Yes. Your abstract. | | |
| 732: 4 | A. Got it. | | |
| 732: 5 | Q. Okay. | | |
| 732: 6 | So, do I have up on the | | |
| 732: 7 | screen the abstract that you published | | |
| 732: 8 | concerning this epidemiological study | | |
| 732: 9 | we've been talking about? | | |
| 732: 10 | A. Right. | | |
| | | | |
| **734:4 - 737:4** | Avorn, Jerome 2006-06-30 | | |
| 734: 4 | Q. You identified this | | |
| 734: 5 | yesterday as an abstract that was | | |
| 734: 6 | presented somewhere? | | |
| 734: 7 | A. Right. The American College | | |
| 734: 8 | of Rheumatology. | | |
| 734: 9 | Q. And you presented this | | |
| 734: 10 | abstract, and then later on you turned | | |
| 734: 11 | this abstract into the full blown article | | |
| 734: 12 | that we've been looking at, right? | | |
| 734: 13 | A. That's right. | | |
| 734: 14 | Q. Okay. | | |
| 734: 15 | And I want to just focus on | | |
| 734: 16 | this subject that I raised before we turn | | |
| 734: 17 | to this document, and that is, your | | |
| 734: 18 | testimony yesterday that the study that | | |
| 734: 19 | resulted in this abstract and your | | |
| 734: 20 | article, you said, showed an increased | | |
| 734: 21 | risk of heart attacks with lower doses of | | |
| 734: 22 | Vioxx. Okay? | | |
| 734: 23 | A. Right. | | |
| 734: 24 | Q. Now, does this abstract | | |
| 735: 1 | break down the results of increased risk | | |
| 735: 2 | by dosage for Vioxx? | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 735: 3 | A. Yes. | | |
| 735: 4 | Q. And is that in the "Results" | | |
| 735: 5 | section? | | |
| 735: 6 | A. Yes. | | |
| 735: 7 | Q. Okay. | | |
| 735: 8 | Let me blow up the "Results" | | |
| 735: 9 | section. And there's a lot of | | |
| 735: 10 | information in the "Results" section. | | |
| 735: 11 | And I want to focus on where in the | | |
| 735: 12 | "Results" section you show the results | | |
| 735: 13 | for 25 milligrams or less of Vioxx. | | |
| 735: 14 | A. Okay. | | |
| 735: 15 | Would you like me to | | |
| 735: 16 | identify that for you? | | |
| 735: 17 | Q. Yes, I would. | | |
| 735: 18 | A. Sure. If you go to the | | |
| 735: 19 | third line which is where it says, "The | | |
| 735: 20 | adjusted relative risk of AMI." | | |
| 735: 21 | Q. Right. | | |
| 735: 22 | A. Okay. | | |
| 735: 23 | It's basically that line and | | |
| 735: 24 | the next line. | | |
| 736: 1 | Q. The first line is above 25 | | |
| 736: 2 | milligrams, right? | | |
| 736: 3 | A. Right. Keep going. | | |
| 736: 4 | Q. Okay. | | |
| 736: 5 | And rofecoxib, is it here | | |
| 736: 6 | below 25 milligrams? | | |
| 736: 7 | A. Correct. And they both are | | |
| 736: 8 | significantly increased. | | |
| 736: 9 | Q. So, for comparing Vioxx | | |
| 736: 10 | below 25 milligrams to Celebrex -- | | |
| 736: 11 | A. In the low dose. We | | |
| 736: 12 | compared high dose of Vioxx to high | | |
| 736: 13 | dose of Celebrex and low dose of -- | | |
| 736: 14 | Q. Yeah, and I am just focusing | | |
| 736: 15 | on the low dose now. | | |
| 736: 16 | A. Okay. | | |
| 736: 17 | Q. So, comparing low-dose Vioxx | | |
| 736: 18 | to low-dose Celebrex, you had a relative | | |
| 736: 19 | risk or odds ratio of 1.21, correct? | | |
| 736: 20 | A. Right. | | |
| 736: 21 | Q. And then you had a | | |
| 736: 22 | confidence interval which starts just | | |
| 736: 23 | above the 1.0 mark, which is the | | |
| 736: 24 | traditional mark for statistical | | |
| 737: 1 | significance, right? | | |
| 737: 2 | A. Right. | | |
| 737: 3 | Q. So, that's the comparison of | | |
| 737: 4 | Vioxx versus Celebrex? | | |
| 737:6 - 737:19 | Avorn, Jerome 2006-06-30 | | |
| 737: 6 | MR. BECK: At low dose, yes. | | |
| 737: 7 | BY MR. BECK: | | |
| 737: 8 | Q. And then does the next line | | |
| 737: 9 | talk about different doses of Vioxx | | |
| 737: 10 | compared to people who did not use any | | |
| 737: 11 | NSAID at all? | | |
| 737: 12 | A. Right. | | |
| 737: 13 | Q. And, again, focusing on the | | |
| 737: 14 | lower dose or the 25 milligram dose, | | |
| 737: 15 | there when you compare Vioxx 25 milligram | | |
| 737: 16 | to people who didn't use any NSAID at | | |
| 737: 17 | all, the relative risk was just 1.11, | | |
| 737: 18 | correct? | | |
| 737: 19 | A. Right. | | |
| 737:20 - 737:24 | Avorn, Jerome 2006-06-30 | | |
| 737: 20 | Q. And there, the confidence | | |
| 737: 21 | interval actually was such where the | | |
| 737: 22 | lower number fell below 1.0, so, it means | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 737: 23 | it's not even statistically significant, | | |
| 737: 24 | right? | | |
| | | | |
| 738:2  -  741:14 | Avorn, Jerome 2006-06-30 | | |
| 738: 2 | THE WITNESS:  Yes.  But I | | |
| 738: 3 | need to explain the issue of | | |
| 738: 4 | significance, and it relates to | | |
| 738: 5 | your question earlier about the | | |
| 738: 6 | studies that compared Vioxx to | | |
| 738: 7 | placebo. | | |
| 738: 8 | If the comparison group -- | | |
| 738: 9 | if any group is of small size, it | | |
| 738: 10 | is much less likely that the | | |
| 738: 11 | p-value will be statistically | | |
| 738: 12 | significant.  Again, this is sort | | |
| 738: 13 | of fancy statistics, but it is a | | |
| 738: 14 | universally agreed upon concept, | | |
| 738: 15 | that the smaller the group of | | |
| 738: 16 | people that you are studying, | | |
| 738: 17 | and/or the smaller of the | | |
| 738: 18 | comparison group, the more | | |
| 738: 19 | difficult it is to show | | |
| 738: 20 | statistical significance because | | |
| 738: 21 | that requires -- it's really a | | |
| 738: 22 | combination of two things, this | | |
| 738: 23 | significance stuff.  One is how | | |
| 738: 24 | big the effect is; and the other | | |
| 739: 1 | is the size of the population that | | |
| 739: 2 | you are studying. | | |
| 739: 3 | So, for example -- and I'm | | |
| 739: 4 | sorry to go into length about | | |
| 739: 5 | this, but it is very important. | | |
| 739: 6 | If you were to do a study of | | |
| 739: 7 | smoking and lung cancer, and you | | |
| 739: 8 | only studied like 20 people, you | | |
| 739: 9 | might find no statistically | | |
| 739: 10 | significant connection between | | |
| 739: 11 | smoking and lung cancer, not | | |
| 739: 12 | because the effect isn't there, | | |
| 739: 13 | but because the size of the group | | |
| 739: 14 | that you are studying was too | | |
| 739: 15 | small. | | |
| 739: 16 | What we see here is that the | | |
| 739: 17 | no NSAID group, and if we go back | | |
| 739: 18 | to one of the tables, was a group | | |
| 739: 19 | that was small in size in terms of | | |
| 739: 20 | -- in our terms, we tend to have | | |
| 739: 21 | huge populations, but -- or was | | |
| 739: 22 | this other NSAIDs or no NSAIDs? | | |
| 739: 23 | BY MR. BECK: | | |
| 739: 24 | Q.  No NSAIDs. | | |
| 740: 1 | A.  No NSAIDs. | | |
| 740: 2 | Q.  What are you looking at | | |
| 740: 3 | right now? | | |
| 740: 4 | A.  Okay. | | |
| 740: 5 | I'm trying to look at the | | |
| 740: 6 | sizes of the group, because what I'm | | |
| 740: 7 | going by, Mr. Beck, and I think what's | | |
| 740: 8 | the relevant and most important depiction | | |
| 740: 9 | of the dose effect is what appears in the | | |
| 740: 10 | final paper, which is when you take all | | |
| 740: 11 | comers and not just pick selectively | | |
| 740: 12 | which comparison group you are going to | | |
| 740: 13 | look at.  In the end of our results | | |
| 740: 14 | section in the paper, as it was actually | | |
| 740: 15 | published, what we say is that if you | | |
| 740: 16 | look at rofecoxib less than 25 milligrams | | |
| 740: 17 | or 25 or less, the odds ratio is 1.37 for | | |
| 740: 18 | everybody with a p-value of .0004, which | | |
| 740: 19 | is highly significant and was comparable | | |
| 740: 20 | to what we found for rofecoxib in the | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 140 of 185

Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 740: 21 high dose, which was 1.38. | | |
| 740: 22 And the point about the low | | |
| 740: 23 dose is that it's a highly significant | | |
| 740: 24 association if you take all comers.  If | | |
| 741: 1 you take ever smaller comparison groups, | | |
| 741: 2 you are likely not to see significance. | | |
| 741: 3 Q.  I'm just focusing on the | | |
| 741: 4 abstract that you presented, and you did | | |
| 741: 5 include there a breakdown so that | | |
| 741: 6 somebody could look and say, okay, if I'm | | |
| 741: 7 interested in Vioxx versus somebody who | | |
| 741: 8 didn't take any pain medication at all, | | |
| 741: 9 and particularly the normal dose of Vioxx | | |
| 741: 10 of 25 milligrams, then according to your | | |
| 741: 11 abstract here, there's no statistically | | |
| 741: 12 significant difference between taking | | |
| 741: 13 Vioxx in 25 milligrams and not taking any | | |
| 741: 14 medicine at all, right? | | |
| | | |
| 741:21  -  742:6 Avorn, Jerome 2006-06-30 | | |
| 741: 21 Am I correct, sir, that | | |
| 741: 22 according to the abstract where you first | | |
| 741: 23 presented your results, using 25 | | |
| 741: 24 milligrams of Vioxx -- | | |
| 742: 1 A.  Or less. | | |
| 742: 2 Q.  -- or less, there was no | | |
| 742: 3 statistically significant difference | | |
| 742: 4 between that and not using any NSAID at | | |
| 742: 5 all? | | |
| 742: 6 A.  Right. | | |
| | | |
| 742:8  -  743:9 Avorn, Jerome 2006-06-30 | | |
| 742: 8 When you turn the abstract | | |
| 742: 9 into the article that we have talked | | |
| 742: 10 about, did you keep in the information | | |
| 742: 11 about how there was no statistically | | |
| 742: 12 significant difference between 25 | | |
| 742: 13 milligrams of Vioxx and the use of no | | |
| 742: 14 NSAID at all? | | |
| 742: 15 A.  We expressed it for the | | |
| 742: 16 whole study, including all the study | | |
| 742: 17 participants.  As you know, there's a | | |
| 742: 18 limit to how many things, how much space | | |
| 742: 19 you are allowed in an article.  I vividly | | |
| 742: 20 remember that we went back and forth with | | |
| 742: 21 Merck about this, and the language that | | |
| 742: 22 we ended up with, which is the language | | |
| 742: 23 that the journal accepted, was taking all | | |
| 742: 24 comers, looking at the dose of | | |
| 743: 1 rofecoxib/Vioxx compared to naproxen, | | |
| 743: 2 compared to other nonsteroidals, compared | | |
| 743: 3 to no use.  We looked at the entire | | |
| 743: 4 population, and that's where we came up | | |
| 743: 5 with the dose estimate because of our | | |
| 743: 6 belief, which the journal agreed with, | | |
| 743: 7 that the best way of looking at the dose | | |
| 743: 8 issue was to look at it across all comers | | |
| 743: 9 for all comparison groups. | | |
| | | |
| 743:12  -  743:19 Avorn, Jerome 2006-06-30 | | |
| 743: 12 Did you or did you not | | |
| 743: 13 include in the published article the | | |
| 743: 14 information that we have been talking | | |
| 743: 15 about in the abstract that shows that | | |
| 743: 16 there is no statistically significant | | |
| 743: 17 difference between using 25 milligrams of | | |
| 743: 18 Vioxx and not taking any NSAIDs at all? | | |
| 743: 19 A.  No, we did not. | | |
| | | |
| 745:17  -  746:14 Avorn, Jerome 2006-06-30 | | |
| 745: 17 But similarly, there's no | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Jerome Avorn (MD)
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 141 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 745: 18 | place where they can look at short |
| 745: 19 | duration of low dose compared to |
| 745: 20 | naproxen.  Because if you consider |
| 745: 21 | how many different comparisons get |
| 745: 22 | made, there would be literally |
| 745: 23 | hundreds of comparisons, and you'd |
| 745: 24 | need hundreds of points in your |
| 746: 1 | table, datapoints in your table. |
| 746: 2 | So, if you look, for |
| 746: 3 | example, right next to the table |
| 746: 4 | we were just looking at, the main |
| 746: 5 | dose analysis is high dose versus |
| 746: 6 | low dose.  And that was the one |
| 746: 7 | that indicated a significant |
| 746: 8 | increase for both high dose and |
| 746: 9 | low dose. |
| 746: 10 | You can't present dose by |
| 746: 11 | duration by comparison for every |
| 746: 12 | possible combination.  And that's |
| 746: 13 | why that's not there.  It was not |
| 746: 14 | an attempt to hide any findings. |

| | |
|---|---|
| **747:19  -  748:6** | Avorn, Jerome 2006-06-30 |
| 747: 19 | Q.  Now, regardless of whether |
| 747: 20 | you thought that Dr. Cannuscio should |
| 747: 21 | have been included as an author, setting |
| 747: 22 | that aside for a second, do you agree |
| 747: 23 | that Merck never took any of the grant |
| 747: 24 | money away from you because of the |
| 748: 1 | results of your study? |
| 748: 2 | A.  That's correct. |
| 748: 3 | Q.  And do you agree that Merck |
| 748: 4 | never did anything to try to persuade you |
| 748: 5 | not to publish your study? |
| 748: 6 | A.  That's correct. |

| | |
|---|---|
| **749:5  -  750:1** | Avorn, Jerome 2006-06-30 |
| 749: 5 | Q.   And would you agree, sir, |
| 749: 6 | that Merck never took any inappropriate |
| 749: 7 | action after you published your study? |
| 749: 8 | A.   Well, I consider the action |
| 749: 9 | in relation to Dr. Cannuscio |
| 749: 10 | inappropriate.  I don't know whether you |
| 749: 11 | would call that after or during the |
| 749: 12 | publication or before the publication, |
| 749: 13 | but I think that was inappropriate. |
| 749: 14 | Q.   Page 661, Line 5. |
| 749: 15 | "Did Merck ever take any |
| 749: 16 | inappropriate action after you published |
| 749: 17 | your study? |
| 749: 18 | "Answer:  No." |
| 749: 19 | Was that your sworn |
| 749: 20 | testimony just a couple of weeks ago? |
| 749: 21 | A.   Yes.  But you're not talking |
| 749: 22 | about the Dr. Cannuscio issue.  And I |
| 749: 23 | don't want to be back into answering in a |
| 749: 24 | way that would imply that I didn't think |
| 750: 1 | that was inappropriate. |

| | |
|---|---|
| **750:10  -  752:4** | Avorn, Jerome 2006-06-30 |
| 750: 10 | Q.  Setting aside the authorship |
| 750: 11 | issue, do you agree that Merck never took |
| 750: 12 | any inappropriate action after you |
| 750: 13 | published your study? |
| 750: 14 | A.  I do not agree with that |
| 750: 15 | statement.  I think that their |
| 750: 16 | presentation of our study to their sales |
| 750: 17 | reps, to the public through statements |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| | | |

| | Designated Testimony |
|---|---|
| 750: 18 | they made was inappropriate because it |
| 750: 19 | was scientifically wrong. |
| 750: 20 | Q.  Page 661, Line 5 through |
| 750: 21 | line 8. |
| 750: 22 | "Question:  Did Merck ever |
| 750: 23 | take any inappropriate action after you |
| 750: 24 | published your study? |
| 751: 1 | "Answer:  No." |
| 751: 2 | That was your sworn |
| 751: 3 | testimony? |
| 751: 4 | A.  I want to see in what |
| 751: 5 | context that was.  661, line? |
| 751: 6 | Q.  5. |
| 751: 7 | A.  Okay. |
| 751: 8 | I think what we need to |
| 751: 9 | explain here is that -- |
| 751: 10 | Q.  First of all, was that your |
| 751: 11 | sworn testimony? |
| 751: 12 | A.  To the questions about what |
| 751: 13 | Merck did to us.  And I think it's very |
| 751: 14 | important and only fair to point out that |
| 751: 15 | your line of questioning a few weeks ago |
| 751: 16 | was about things that Merck did to us. |
| 751: 17 | And I think it's a real bait and switch |
| 751: 18 | to try and make it seem as if we were |
| 751: 19 | talking about the same thing. |
| 751: 20 | You were talking about did |
| 751: 21 | they take away grant money from you?  Did |
| 751: 22 | they try to intimidate you?  Did they try |
| 751: 23 | to persuade you to publish the study? |
| 751: 24 | Did they take any inappropriate action? |
| 752: 1 | And in the context of did they -- |
| 752: 2 | Q.  Those are exactly the same |
| 752: 3 | four questions I just asked, aren't they? |
| 752: 4 | A.  Right.  Well, I need to -- |
| | |
| **752:9  -  754:3** | Avorn, Jerome 2006-06-30 |
| 752: 9 | THE WITNESS:  At some point, |
| 752: 10 | somebody else who has more time |
| 752: 11 | can look at the words of the |
| 752: 12 | questions, but what is absolutely |
| 752: 13 | clear, looking at the deposition |
| 752: 14 | of a couple of weeks ago, you were |
| 752: 15 | talking about things that Merck |
| 752: 16 | had or hadn't done to us to |
| 752: 17 | intimidate us, and it was all in |
| 752: 18 | the context of did they take away |
| 752: 19 | grants from you, did they try to |
| 752: 20 | intimidate you, did they ever try |
| 752: 21 | to persuade you not to publish |
| 752: 22 | your study?  And what I'm |
| 752: 23 | responding to now is did Merck |
| 752: 24 | ever take any inappropriate |
| 753: 1 | action. |
| 753: 2 | When you asked it a couple |
| 753: 3 | of weeks ago, it was all around |
| 753: 4 | did Merck ever do anything to you. |
| 753: 5 | And I quite appropriately |
| 753: 6 | responded to that in the context |
| 753: 7 | in which you asked it, no, Merck |
| 753: 8 | did not ever do anything |
| 753: 9 | inappropriate to me. |
| 753: 10 | However, if you were to take |
| 753: 11 | the question in isolation, as we |
| 753: 12 | are now doing, did they ever take |
| 753: 13 | any inappropriate action at all in |
| 753: 14 | relation to our study?  Yes, they |
| 753: 15 | did, in the way they presented our |
| 753: 16 | study to the world. |
| 753: 17 | BY MR. BECK: |
| 753: 18 | Q.  Are you done? |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's 3rd Defendant's Designations of Jerome Avorn, MD Document 8643-7 Filed 11/20/06   Page 143 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 753: 19    A.   Yes. | | |
| 753: 20    Q.   Okay. | | |
| 753: 21      Did Merck have a right to | | |
| 753: 22      disagree with some of the conclusions in | | |
| 753: 23      your study? | | |
| 753: 24    A.   Yes. | | |
| 754: 1    Q.   And was one of the | | |
| 754: 2      conclusions that Merck disagreed with -- | | |
| 754: 3      let's look at your study now, Exhibit 7. | | |

**754:4 - 754:12**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 754: 4      You talked about this generally | | |
| 754: 5      yesterday, although I'm not sure you | | |
| 754: 6      focused on the specific language in the | | |
| 754: 7      methods and results section. | | |
| 754: 8      But there was something in | | |
| 754: 9      the methods and results section that | | |
| 754: 10      Merck and you had a disagreement about, | | |
| 754: 11      correct? | | |
| 754: 12    A.   Yes. | | |

**754:13 - 756:18**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 754: 13    Q.   And I'm highlighting some | | |
| 754: 14      language in there where it says, "Current | | |
| 754: 15      use of" Vioxx "was associated with an | | |
| 754: 16      elevated relative risk of AMI," or heart | | |
| 754: 17      attack, "compared with Celebrex," and | | |
| 754: 18      then it gives these statistics, "and with | | |
| 754: 19      no NSAID." Do you see that? | | |
| 754: 20    A.   Yes. | | |
| 754: 21    Q.   And was that one of the | | |
| 754: 22      areas where you and Merck had a | | |
| 754: 23      disagreement about how the data should be | | |
| 754: 24      presented? | | |
| 755: 1    A.   Correct. | | |
| 755: 2    Q.   And was one of the points | | |
| 755: 3      that Merck made to you that if you looked | | |
| 755: 4      at NSAIDs, Vioxx versus NSAIDs at the 25 | | |
| 755: 5      milligram dose, that there was no | | |
| 755: 6      statistically significant difference? | | |
| 755: 7    A.   Wait a minute. That's not | | |
| 755: 8      what we're talking about here. That's | | |
| 755: 9      not what that says. | | |
| 755: 10    Q.   No. I know that's not what | | |
| 755: 11      that says. | | |
| 755: 12      Was one of the concerns that | | |
| 755: 13      Merck articulated to you was that in the | | |
| 755: 14      actual study, as we saw in the abstract, | | |
| 755: 15      that when you compare a 25 milligram | | |
| 755: 16      Vioxx to no NSAID use, there was no | | |
| 755: 17      statistically significant difference, but | | |
| 755: 18      that here, you combined all doses instead | | |
| 755: 19      of breaking it down 25 versus 50 | | |
| 755: 20      milligrams? Was that one issue that they | | |
| 755: 21      were concerned about? | | |
| 755: 22    A.   They didn't like the fact | | |
| 755: 23      that we had that line that you | | |
| 755: 24      underlined, that section in the paper. | | |
| 756: 1      They would probably have preferred that | | |
| 756: 2      we focus on the nonsignificant finding. | | |
| 756: 3      Our response was, and I think most | | |
| 756: 4      epidemiologists and statisticians would | | |
| 756: 5      agree, that the most appropriate way to | | |
| 756: 6      present data is to take the largest group | | |
| 756: 7      possible and not present subgroups, | | |
| 756: 8      especially if dividing things into | | |
| 756: 9      subgroups makes the significance go away. | | |
| 756: 10      That would not seem to me and I think to | | |
| 756: 11      most people to be the fairest way to look | | |
| 756: 12      at data in the abstract. | | |
| 756: 13    Q.   Was one of the disagreements | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|

756: 14    that Merck had with you that even when
756: 15    you combine 25 and 50 milligram use and
756: 16    compared it with no NSAIDs that the
756: 17    difference that you saw was not
756: 18    statistically significant?

**756:21  -  757:8**    Avorn, Jerome 2006-06-30
756: 21    THE WITNESS:  Their position
756: 22    was that a P.054 level of
756: 23    significance should be considered
756: 24    not important.  We differed with
757: 1    them and felt that .054, which I
757: 2    think I explained the other day
757: 3    was a 94.6 percent certainty
757: 4    versus a 95 percent certainty,
757: 5    that it was important enough that
757: 6    we felt it should remain in the
757: 7    paper.  That was a point of
757: 8    disagreement.

**757:10  -  760:20**    Avorn, Jerome 2006-06-30
757: 10    Q.  And Merck, did Merck feel
757: 11    that in the abstract that it should be
757: 12    pointed out that this was not
757: 13    statistically significant?
757: 14    A.  I believe they did.
757: 15    Q.  And you disagreed with that?
757: 16    A.  Correct.
757: 17    Q.  Okay.
757: 18    A.  I believe they wanted us to
757: 19    say in the abstract this was not
757: 20    statistically significant, which we
757: 21    interpret as just an attempt to minimize
757: 22    or undercut the finding.
757: 23    Q.  Okay.
757: 24    And that was a bone of
758: 1    contention between of Merck?
758: 2    A.  That was one, yes.
758: 3    Q.  Okay.
758: 4    Now, I think you may have
758: 5    already agreed with this, but under a
758: 6    conventional statistical approach, a
758: 7    confidence interval that includes the
758: 8    number 1 is traditionally not considered
758: 9    statistically significant, right?
758: 10    A.  It is right on the
758: 11    borderline.
758: 12    Q.  And --
758: 13    A.  And reasonable people will
758: 14    disagree as to whether it falls on one
758: 15    side or the other.
758: 16    Q.  And similarly, the .054,
758: 17    reasonable people can differ on that,
758: 18    whether it's statistically significant,
758: 19    right?
758: 20    A.  Right.  Some would round it
758: 21    to .05, which is the way you would round
758: 22    .054, and some would say, well, it is
758: 23    bigger than .050, so, it's not.
758: 24    Q.  And the conventional
759: 1    approach is if it is bigger than .050,
759: 2    then it is not statistically significant,
759: 3    right?
759: 4    A.  But another conventional
759: 5    approach is the rounded .05 -- if it
759: 6    rounds to .05, that's close.
759: 7    Q.  All right.
759: 8    So, in any event, you do
759: 9    agree that on both the confidence
759: 10    interval and whether this shows
759: 11    statistically significant, or the

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 759: 12 | p-value, whether that shows statistically |
| 759: 13 | significant, reasonable people can |
| 759: 14 | disagree about that? |
| 759: 15 | A.  Right.  But my recollection |
| 759: 16 | was that they said take it out of the |
| 759: 17 | abstract.  And we felt that the concern |
| 759: 18 | about the confidence interval was |
| 759: 19 | perfectly expressed by just putting the |
| 759: 20 | numbers up there.  We put the confidence |
| 759: 21 | interval having 1.0 in it.  We put the |
| 759: 22 | p-value of .054, even though a lot of |
| 759: 23 | times people will round p-values to just |
| 759: 24 | two numbers.  And our position was if |
| 760: 1 | there's a concern about that, all the |
| 760: 2 | data that you need to deal with that are |
| 760: 3 | in the abstract.  And I think their |
| 760: 4 | position was, take it out of the |
| 760: 5 | abstract. |
| 760: 6 | Q.  Or put in the abstract the |
| 760: 7 | statement that it is not statistically |
| 760: 8 | significant, right? |
| 760: 9 | A.  Right.  And I don't recall |
| 760: 10 | which option they favored.  But in our |
| 760: 11 | view, you'd need to highlight it by |
| 760: 12 | saying this is not significant because |
| 760: 13 | all the numbers are there for any reader |
| 760: 14 | to judge. |
| 760: 15 | Q.  Incidentally, do you agree |
| 760: 16 | with Merck that this difference was not |
| 760: 17 | statistically significant? |
| 760: 18 | A.  No, I do not agree. |
| 760: 19 | Q.  Let's go to Page 2071 of |
| 760: 20 | your article.  At the very bottom of the |

| | |
|---|---|
| **760:20  -  761:24** | Avorn, Jerome 2006-06-30 |
| 760: 20 | your article.  At the very bottom of the |
| 760: 21 | left-hand column, and then continuing |
| 760: 22 | over to the top of the right-hand |
| 760: 23 | columns, if I can get these things |
| 760: 24 | aligned. |
| 761: 1 | A.  Right. |
| 761: 2 | Q.  Did you say in the actual |
| 761: 3 | article, "The adjusted relative risk of |
| 761: 4 | AMI," or heart attacks, "with rofecoxib |
| 761: 5 | was elevated but did not reach |
| 761: 6 | statistical significance compared to no |
| 761: 7 | current NSAID"?  Is that what you |
| 761: 8 | actually said in the body of the article? |
| 761: 9 | A.  Right.  As I recall, that |
| 761: 10 | was a concession that we made to Merck, |
| 761: 11 | because they were so unhappy with that |
| 761: 12 | number.  I think what we agreed in kind |
| 761: 13 | of a horse trading way was, we're going |
| 761: 14 | to leave it in the abstract, but we're |
| 761: 15 | willing to point out in the body that it |
| 761: 16 | was not statistically significant.  I |
| 761: 17 | think that was the agreement we made. |
| 761: 18 | Because we really were trying to come to |
| 761: 19 | agreement with them. |
| 761: 20 | Q.  And Merck's position was |
| 761: 21 | it's misleading to have the information |
| 761: 22 | in the abstract, but not the observation |
| 761: 23 | that these numbers are not statistically |
| 761: 24 | significant, right? |

| | |
|---|---|
| **762:3  -  762:4** | Avorn, Jerome 2006-06-30 |
| 762: 3 | Q.  And this back and forth, |
| 762: 4 | that was a position that you took, right? |

| | |
|---|---|
| **762:6  -  763:9** | Avorn, Jerome 2006-06-30 |
| 762: 6 | THE WITNESS:  I'm just |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8643-7   Filed 11/20/06   Page 146 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | | |
|---|---|---|
| 762: 7 | trying to remember. | | |
| 762: 8 | I'm not sure how anyone | | |
| 762: 9 | could say that there was anything | | |
| 762: 10 | in the abstract that did not give | | |
| 762: 11 | that impression because it was all | | |
| 762: 12 | there with the p-value and the | | |
| 762: 13 | confidence interval.  So, it's not | | |
| 762: 14 | as if anybody would have missed | | |
| 762: 15 | that in the abstract. | | |
| 762: 16 | But I think that in an | | |
| 762: 17 | attempt to come to some agreement | | |
| 762: 18 | with them so that the paper could | | |
| 762: 19 | actually get published, I think | | |
| 762: 20 | they wanted us to say something | | |
| 762: 21 | like it was numerically elevated, | | |
| 762: 22 | but not significant.  And we felt | | |
| 762: 23 | that that was a real -- again, | | |
| 762: 24 | this is just my recollection of | | |
| 763: 1 | the words from several years ago, | | |
| 763: 2 | and we felt that that was not | | |
| 763: 3 | acceptable because that seems to | | |
| 763: 4 | really low ball the difference. | | |
| 763: 5 | And I think this is what we | | |
| 763: 6 | negotiated with them as the | | |
| 763: 7 | wording.  And we put that in in an | | |
| 763: 8 | attempt to just get to yes and to | | |
| 763: 9 | move forward. | | |
| | | | |
| 763:11  -  764:1 | Avorn, Jerome 2006-06-30 | | |
| 763: 11 | Q.   Yesterday you talked about | | |
| 763: 12 | why you thought Merck decided to remove | | |
| 763: 13 | Dr. Cannuscio as an author of the study. | | |
| 763: 14 | Do you remember that? | | |
| 763: 15 | A.   Right. | | |
| 763: 16 | Q.   Now, the truth is that based | | |
| 763: 17 | on your personal interactions with Merck, | | |
| 763: 18 | you do not know why Merck decided that | | |
| 763: 19 | they did not want Dr. Cannuscio's name to | | |
| 763: 20 | appear on your paper; isn't that true? | | |
| 763: 21 | A.   True. | | |
| 763: 22 | Q.   In fact, you never discussed | | |
| 763: 23 | the issue of Dr. Cannuscio being an | | |
| 763: 24 | author with anybody from Merck, right? | | |
| 764: 1 | A.   Right. | | |
| | | | |
| 764:2  -  765:1 | Avorn, Jerome 2006-06-30 | | |
| 764: 2 | Q.   You did not have any direct | | |
| 764: 3 | discussions with Dr. Santanello from | | |
| 764: 4 | Merck about the issue of whether Dr. | | |
| 764: 5 | Cannuscio's name would remain on the | | |
| 764: 6 | paper; is that right? | | |
| 764: 7 | A.   Right.  I just know the | | |
| 764: 8 | facts. | | |
| 764: 9 | Q.   Well, you're repeating what | | |
| 764: 10 | somebody else told you, right? | | |
| 764: 11 | A.   No.  I -- | | |
| 764: 12 | Q.   You did not -- | | |
| 764: 13 | A.   Excuse me.  You just made a | | |
| 764: 14 | misstatement that I need to correct. | | |
| 764: 15 | I know the fact was that Dr. | | |
| 764: 16 | Cannuscio indicated in correspondence | | |
| 764: 17 | with both Dr. Solomon and me that she | | |
| 764: 18 | wanted to be a co-author, and we | | |
| 764: 19 | communicated back to her that we agreed | | |
| 764: 20 | that she was to be a co-author. | | |
| 764: 21 | And the other fact that I | | |
| 764: 22 | know is that Dr. Santanello told Dr. | | |
| 764: 23 | Solomon to take her off the paper, and | | |
| 764: 24 | that I knew that that was not something | | |
| 765: 1 | that was she was keen to do. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

**765:5  -  765:9**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 765: 5 | 5      Q.    You did not have any |
| 765: 6 | 6   discussions yourself with Dr. Cannuscio |
| 765: 7 | 7   about whether her name would remain on |
| 765: 8 | 8   the paper, correct? |
| 765: 9 | 9        A.    That's right. |

**765:10  -  768:3**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 765: 10 | Q.   Now, in your testimony just |
| 765: 11 | a few minutes ago, you said that the |
| 765: 12 | journal agreed with you on the way that |
| 765: 13 | the data should be presented in the |
| 765: 14 | abstract.  Do you remember that? |
| 765: 15 | A.   Right.  In the sense that |
| 765: 16 | they accepted it and published it. |
| 765: 17 | Q.   And the journal that we're |
| 765: 18 | talking about is Circulation, right? |
| 765: 19 | A.   Right. |
| 765: 20 | Q.   Yesterday you said that you |
| 765: 21 | had submitted your paper for publication |
| 765: 22 | to the New England Journal of Medicine. |
| 765: 23 | Do you remember that? |
| 765: 24 | A.   Right. |
| 766: 1 | Q.   And also you submitted it to |
| 766: 2 | the Journal of the American Medical |
| 766: 3 | Association, correct? |
| 766: 4 | A.   Right.  Right. |
| 766: 5 | Q.   And the phrase that you used |
| 766: 6 | was that they passed on your paper, |
| 766: 7 | right? |
| 766: 8 | A.   Right. |
| 766: 9 | Q.   In fact, the Journal of the |
| 766: 10 | American Medical Association rejected |
| 766: 11 | your article and refused to publish it, |
| 766: 12 | correct? |
| 766: 13 | A.   Well, I think that's -- |
| 766: 14 | rejected and refused.  Most submissions |
| 766: 15 | to both of those journals do not get |
| 766: 16 | accepted.  They accept only about 10 |
| 766: 17 | percent of submissions.  It's shooting |
| 766: 18 | very high.  And it's no shame to not have |
| 766: 19 | a paper in the New England Journal or |
| 766: 20 | JAMA. |
| 766: 21 | Q.   Well, in any event, the |
| 766: 22 | Journal of the American Medical |
| 766: 23 | Association rejected your article for |
| 766: 24 | publication; is that true? |
| 767: 1 | A.   Sure. |
| 767: 2 | Q.   And the New England Journal |
| 767: 3 | of Medicine rejected your article for |
| 767: 4 | publication; is that true? |
| 767: 5 | A.   Sure. |
| 767: 6 | Q.   And both of these journals |
| 767: 7 | provided you with information explaining |
| 767: 8 | the concerns that they had about the way |
| 767: 9 | you presented data in your article, |
| 767: 10 | didn't they? |
| 767: 11 | A.   Well, they expressed |
| 767: 12 | concerns with -- yeah, that's what |
| 767: 13 | happens when a journal doesn't take your |
| 767: 14 | paper.  I write letters like that to |
| 767: 15 | journals all the time saying why they |
| 767: 16 | shouldn't accept a given paper.  That's |
| 767: 17 | what the peer-review process is about. |
| 767: 18 | Q.   And the comments that you |
| 767: 19 | received from both the Journal of the |
| 767: 20 | American Medical Association, as well as |
| 767: 21 | the New England Journal of Medicine about |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK Document 8643-7 Filed 11/20/06 Page 148 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 767: 22 | concerns that they had about your paper | | |
| 767: 23 | were, in some instances, exactly the same | | |
| 767: 24 | concerns that Merck had expressed to you | | |
| 768: 1 | about the way that you were presenting | | |
| 768: 2 | information in your paper; isn't that | | |
| 768: 3 | true? | | |
| | | | |
| **768:8 - 768:10** | Avorn, Jerome 2006-06-30 | | |
| 768: 8 | THE WITNESS: I would need | | |
| 768: 9 | to look at those reviewer's | | |
| 768: 10 | comments before answering that. | | |
| | | | |
| **769:12 - 769:17** | Avorn, Jerome 2006-06-30 | | |
| 769: 12 | Q. Doctor, I've handed you what | | |
| 769: 13 | I've marked as Exhibit 54. And you said | | |
| 769: 14 | you would need to see the reviewer | | |
| 769: 15 | comments when they decided not to accept | | |
| 769: 16 | your manuscript. Do you see that | | |
| 769: 17 | 54? Let me put it up on the screen. | | |
| | | | |
| **770:1 - 770:23** | Avorn, Jerome 2006-06-30 | | |
| 770: 1 | Q. This is a fax cover sheet | | |
| 770: 2 | from Dr. Solomon to Dr. Cannuscio, | | |
| 770: 3 | correct? | | |
| 770: 4 | A. Correct. | | |
| 770: 5 | Q. And then over on the next | | |
| 770: 6 | page, you see that he's transmitting a | | |
| 770: 7 | letter from the Journal of the American | | |
| 770: 8 | Medical Association dated September 30th, | | |
| 770: 9 | 2003. It's addressed to him. Do you see | | |
| 770: 10 | that? | | |
| 770: 11 | A. Yep. | | |
| 770: 12 | Q. And the middle paragraph of | | |
| 770: 13 | the letter from JAMA to Dr. Solomon says, | | |
| 770: 14 | "Based on our in-house evaluation" of the | | |
| 770: 15 | comments -- I'm sorry. | | |
| 770: 16 | "Based on our in-house | | |
| 770: 17 | evaluation and the comments of external | | |
| 770: 18 | reviewers, we will not accept your | | |
| 770: 19 | article for publication. I am enclosing | | |
| 770: 20 | the" relevant -- "I am enclosing the | | |
| 770: 21 | reviewer's comments, which I hope you | | |
| 770: 22 | will find helpful." | | |
| 770: 23 | Do you see that? | | |
| **771:3 - 771:19** | Avorn, Jerome 2006-06-30 | | |
| 771: 3 | Q. Do you see that? | | |
| 771: 4 | A. Right. Right after they say | | |
| 771: 5 | that they don't accept 7/8ths of the | | |
| 771: 6 | papers that are submitted to them. | | |
| 771: 7 | Q. Incidentally, you saw this | | |
| 771: 8 | at the time, right? | | |
| 771: 9 | A. Yes. | | |
| 771: 10 | Q. Dr. Solomon shared it with | | |
| 771: 11 | you, correct? | | |
| 771: 12 | A. Sure. | | |
| 771: 13 | Q. Including the reviewer's | | |
| 771: 14 | comments? | | |
| 771: 15 | A. Yes. | | |
| 771: 16 | Q. Will you turn over, please, | | |
| 771: 17 | to under the fax numbering is Page 5 of | | |
| 771: 18 | 7. | | |
| 771: 19 | A. Yes. | | |
| | | | |
| **771:20 - 772:5** | Avorn, Jerome 2006-06-30 | | |
| 771: 20 | Q. And this is some of the | | |
| 771: 21 | comments from one of the reviewers, | | |
| 771: 22 | correct? | | |
| 771: 23 | A. Right. | | |
| 771: 24 | Q. And you looked at these at | | |
| 772: 1 | the time they were transmitted? | | |
| 772: 2 | A. Yes. | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 149 of 185

Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

772: 3     Q.  I'm going to focus on two of
772: 4         the comments from the reviewer.  Comment
772: 5         number one says --

**772:14  -  773:8**     Avorn, Jerome 2006-06-30
772: 14    Q.  "In the abstract, the
772: 15        authors report a comparison of rofecoxib
772: 16        with no NSAID and an odds ratio of 1.14,
772: 17        95 percent confidence interval equals 1
772: 18        to 1.31 as an elevated risk.  Only on
772: 19        Page 11 did they point out that this did
772: 20        not reach statistical significance."
772: 21        Did you read that reviewer's
772: 22        comment at the time?
772: 23    A.  Right.  And that's why Dr.
772: 24        Solomon wrote in after that, "Include
773: 1         p-values in abstract."  And that was our
773: 2         response to that.
773: 3     Q.  This was quite similar to
773: 4         the objection that Merck raised that you
773: 5         indicated an elevated risk in the
773: 6         abstract, but only later in the article
773: 7         did you acknowledge that it did not reach
773: 8         statistical significance, correct?

**773:13  -  773:17**     Avorn, Jerome 2006-06-30
773: 13        THE WITNESS:  And our
773: 14        response to that was in the
773: 15        submission to Circulation to
773: 16        include p-values in the abstract,
773: 17        as he indicates.

**773:19  -  774:1**     Avorn, Jerome 2006-06-30
773: 19    Q.  And then the next comment
773: 20        says, "The authors do not present actual
773: 21        results, i.e. no AMIs in each group," or
773: 22        "number of AMIs in each group."  "This
773: 23        information should be presented for all
773: 24        groups and subgroups analyzed in the
774: 1         tables."

**774:4  -  774:8**     Avorn, Jerome 2006-06-30
774: 4     Q.  Was this also one of the
774: 5         points that Merck raised, that they
774: 6         thought that you should have the
774: 7         information for subgroups such as 25
774: 8         milligrams Vioxx versus no NSAID use?

**774:12  -  778:1**     Avorn, Jerome 2006-06-30
774: 12        THE WITNESS:  What the
774: 13        reviewer is clearly talking about
774: 14        is what we call the N or the
774: 15        number of people who had an MI.
774: 16        And what the reviewer actually
774: 17        says is the information, that is,
774: 18        the number of heart attacks should
774: 19        be presented for all the groups
774: 20        and subgroups analyzed in the
774: 21        tables.  And so what the reviewer
774: 22        is really asking for is, if you
774: 23        have a table, you should present
774: 24        the numbers of heart attacks for
775: 1         the people that you describe in
775: 2         the table, and that is what we
775: 3         actually did in Table 2.
775: 4         In the caption of the table
775: 5         and a part that you didn't show,
775: 6         we do present the numbers of heart
775: 7         attacks for the people in the
775: 8         table.  What the reviewer does not
775: 9         say, as you imply that he does, is

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 775: 10 | that analysis should be done on | | |
| 775: 11 | all groups and all subgroups. | | |
| 775: 12 | That's not at all what's said | | |
| 775: 13 | here. | | |
| 775: 14 | And since you characterized | | |
| 775: 15 | this, Mr. Beck, as they refused to | | |
| 775: 16 | publish the article and they | | |
| 775: 17 | rejected it, I think in fairness, | | |
| 775: 18 | it is important to point out that | | |
| 775: 19 | the reviewers -- the first | | |
| 775: 20 | reviewer in his or her main | | |
| 775: 21 | comment about our paper said, | | |
| 775: 22 | "This manuscript reports a well | | |
| 775: 23 | thought out investigation and is | | |
| 775: 24 | well written and concise.  There | | |
| 776: 1 | are a number of probably minor | | |
| 776: 2 | issues and one major issue."  That | | |
| 776: 3 | was the first reviewer. | | |
| 776: 4 | And then the other reviewer | | |
| 776: 5 | said, the one whose comments you | | |
| 776: 6 | are reading now, at the beginning | | |
| 776: 7 | of the review as the summary | | |
| 776: 8 | statement, "The authors have | | |
| 776: 9 | conducted a large scale study with | | |
| 776: 10 | appropriate analysis."  And then I | | |
| 776: 11 | will just continue reading, "The | | |
| 776: 12 | strength of the manuscript is the | | |
| 776: 13 | consistency of the findings for | | |
| 776: 14 | different subgroups and the | | |
| 776: 15 | sensitivity analysis.  However, | | |
| 776: 16 | conclusions must be tempered with | | |
| 776: 17 | caveats regarding retrospective | | |
| 776: 18 | data from a database, rather than | | |
| 776: 19 | a prospective randomized control | | |
| 776: 20 | trial," et cetera. | | |
| 776: 21 | So, I think it is important | | |
| 776: 22 | for the jury to understand that | | |
| 776: 23 | these were both favorable reviews. | | |
| 776: 24 | We often receive favorable | | |
| 777: 1 | reviews.  I often write favorable | | |
| 777: 2 | reviews in which I say, this is a | | |
| 777: 3 | perfectly fine study.  I even tell | | |
| 777: 4 | the editors if I'm reviewing | | |
| 777: 5 | something, I think you should | | |
| 777: 6 | publish it.  And then the editors, | | |
| 777: 7 | since they end up rejecting | | |
| 777: 8 | between 80 and 90 percent of the | | |
| 777: 9 | submissions because you can't fit | | |
| 777: 10 | all the articles that get | | |
| 777: 11 | submitted, even the good ones, | | |
| 777: 12 | into a journal, will turn it down. | | |
| 777: 13 | But I think you gave the | | |
| 777: 14 | misimpression that they rejected | | |
| 777: 15 | your paper or refused to publish | | |
| 777: 16 | it as if it had gotten reviews | | |
| 777: 17 | that said it was a bad study. | | |
| 777: 18 | In fact, if you are fair | | |
| 777: 19 | enough to read the summary | | |
| 777: 20 | statements of the reviewers, they | | |
| 777: 21 | say, both of them, this was a very | | |
| 777: 22 | good study, and they make a couple | | |
| 777: 23 | of suggestions, one of which we | | |
| 777: 24 | dealt with and one of which you | | |
| 778: 1 | just mischaracterized. | | |
| | | | |
| **782:19 - 783:17** | Avorn, Jerome 2006-06-30 | | |
| 782: 19 | Q.  Please look at Exhibit 14, | | |
| 782: 20 | which is in your binder. | | |
| 782: 21 | A.  Got it. | | |
| 782: 22 | Q.  And is Exhibit 14 one that | | |
| 782: 23 | Mr. Tisi asked you about yesterday? | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

782: 24    A.   Yes.
783: 1    Q.   And this is an article where
783: 2      the first listed author is Dr. Ray, and
783: 3      then you are also an author of this
783: 4      document; is that correct?
783: 5    A.   That's right.
783: 6    Q.   And what year was this
783: 7      published in?
783: 8    A.   It was published in 2003.
783: 9      Actually, it was published online, it
783: 10      says on top, in 2002.
783: 11    Q.   So, late 2002/early 2003?
783: 12    A.   Right.   Summarizing a
783: 13      meeting that happened in August of 2002.
783: 14    Q.   And what publication was
783: 15      this in?
783: 16    A.   Pharmacoepidemiology and
783: 17      Drug Safety.

**783:18  -  783:19**    Avorn, Jerome 2006-06-30
783: 18    Q.   If you'll go over to the
783: 19      second page, this language here, was this

**783:19  -  784:11**    Avorn, Jerome 2006-06-30
783: 19      second page, this language here, was this
783: 20      language that you and Mr. Tisi discussed
783: 21      yesterday, that these studies suggest
783: 22      that --
783: 23    A.   Right.
783: 24    Q.   -- any protective effect of
784: 1      naproxen does not fully account for the
784: 2      findings in the VIGOR study?
784: 3    A.   Correct.
784: 4    Q.   And I think you've indicated
784: 5      already the VIGOR study involved use of
784: 6      50 milligrams of Vioxx, right?
784: 7    A.   Right.
784: 8    Q.   And in this study with Dr.
784: 9      Ray, did you look at people, 20,000
784: 10      people or so who used 25 milligrams or
784: 11      lower Vioxx?

**784:19  -  785:5**    Avorn, Jerome 2006-06-30
784: 19    A.   Right.   Yeah.   This was not
784: 20      the report of a research study.   This was
784: 21      the proceedings of a panel discussion
784: 22      that occurred at the pharmacoepi meetings
784: 23      in 2002.
784: 24    Q.   And did you attend the panel
785: 1      discussion?
785: 2    A.   I was part of it, yes.
785: 3    Q.   Okay.
785: 4      Then let's just go to the
785: 5      last page.   It says here, "There was no

**785:5  -  785:18**    Avorn, Jerome 2006-06-30
785: 5      last page.   It says here, "There was no
785: 6      evidence of an increased risk of serious
785: 7      CHD."   What is CHD?
785: 8    A.   Coronary heart disease.
785: 9    Q.   "There was no evidence of an
785: 10      increased risk of serious coronary heart
785: 11      disease in all individuals receiving
785: 12      naproxen, ibuprofen or Celebrex compared
785: 13      to individuals who did not receive an
785: 14      NSAID."
785: 15      And then it says, "There was
785: 16      also no evidence of increased risk for
785: 17      doses of rofecoxib at 25 milligrams or
785: 18      below," correct?

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK Document 8843-7 Filed 11/20/06 Page 152 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**785:22 - 786:11** Avorn, Jerome 2006-06-30

785: 22 THE WITNESS: Yeah. I'm
785: 23 trying to understand when it says
785: 24 "There was no evidence." I need
786: 1 to understand what he's talking
786: 2 -- what this paragraph is talking
786: 3 about. It's "we."
786: 4 (Witness reviewing
786: 5 document.)
786: 6 Okay. So, what this is, the
786: 7 "this" is a review of the paper
786: 8 that Dr. Ray published that is
786: 9 Reference Number 20 that was in
786: 10 the Lancet. So, this a
786: 11 description of that paper.

**786:14 - 786:22** Avorn, Jerome 2006-06-30

786: 14 And in the description of
786: 15 that paper, does this commentary where
786: 16 you are one of the authors say that in
786: 17 that study he did from the Lancet that
786: 18 there was no evidence of increased risk
786: 19 of coronary heart disease for doses of
786: 20 Vioxx at 25 milligrams or below?
786: 21 A. Right. That's a statement
786: 22 of Dr. Ray's findings.

**786:23 - 787:13** Avorn, Jerome 2006-06-30

786: 23 Q. Were you present at any
786: 24 gatherings where Dr. Ray presented his
787: 1 conclusions following his -- both before
787: 2 and after his Lancet article?
787: 3 A. I am having a hard time
787: 4 remembering that. If I had been, it
787: 5 would have been at these annual
787: 6 pharmacoepi meetings, and I just don't
787: 7 remember whether he made a presentation
787: 8 that I attended at these meetings.
787: 9 Q. Do you remember hearing Dr.
787: 10 Ray in late 2000 and early 2001 after the
787: 11 VIGOR results came out and after he did
787: 12 his analysis telling people that in his
787: 13 judgment, 25 milligram Vioxx was safe?

**787:16 - 787:20** Avorn, Jerome 2006-06-30

787: 16 THE WITNESS: I know that
787: 17 that was what the paper that we
787: 18 just discussed reported, so, I
787: 19 would expect that he would have
787: 20 believed that.

**788:9 - 788:10** Avorn, Jerome 2006-06-30

788: 9 Q. I'm handing you what we've
788: 10 marked as Exhibit 56.

**788:14 - 789:18** Avorn, Jerome 2006-06-30

788: 14 Q. Yesterday you talked about
788: 15 one of the things that you do is you work
788: 16 with the medical students and residents
788: 17 on how they ought to go about making
788: 18 prescribing decisions. Do you remember
788: 19 that?
788: 20 A. Right.
788: 21 Q. And can you tell us what
788: 22 Exhibit 56 is?
788: 23 A. Sure. This is an
788: 24 educational piece that Dr. Solomon
789: 1 published, along with Cherylnn Griffin
789: 2 and Kelly Curtis, who are two -- who were
789: 3 two pharmacists at the Brigham on, the

| Designated Testimony | Objections | Rulings |
|---|---|---|

789: 4      title is, "COX-2 Inhibitors:  Who Really
789: 5      Needs Them?"
789: 6      Q.  Does your name appear on
789: 7      Exhibit 56?
789: 8      A.  Right.  I was the editor of
789: 9      this series.
789: 10      Q.  Okay.  So, you say Dr.
789: 11      Solomon, whom you've talked about a lot,
789: 12      wrote this, but you were the editor of
789: 13      this whole series; is that right?
789: 14      A.  That's correct.
789: 15      Q.  Okay.
789: 16      So, you saw this at the time
789: 17      that it was prepared and edited, right?
789: 18      A.  That's correct.

**789:20  -  790:1**      Avorn, Jerome 2006-06-30
789: 20      I would like you to look,
789: 21      please, at the criteria for use, and let
789: 22      me put this up on the screen.
789: 23      Do you see at the bottom
789: 24      there's a heading "Criteria for use"?
790: 1      A.  Yes.

**790:9  -  790:17**      Avorn, Jerome 2006-06-30
790: 9      Q.  Well, you know who it was
790: 10      used with, don't you?
790: 11      A.  Yes.
790: 12      Q.  Okay.
790: 13      Who?
790: 14      A.  The medical students and
790: 15      interns and residents and faculty at the
790: 16      Brigham and Women's Hospital.
790: 17      Q.  Okay.

**790:19  -  791:6**      Avorn, Jerome 2006-06-30
790: 19      use, do you see that -- and this is what
790: 20      date?  I'm sorry.
790: 21      A.  March 2002.
790: 22      Q.  So, March 2002, a couple of
790: 23      years after the VIGOR results are known,
790: 24      right?
791: 1      A.  Right.  Yes.  A couple,
791: 2      right.
791: 3      Q.  And after the period where
791: 4      you testified earlier that you had come
791: 5      to the conclusion that Vioxx posed
791: 6      serious cardiovascular risks, right?

**791:9  -  791:11**      Avorn, Jerome 2006-06-30
791: 9      THE WITNESS:  No, I think
791: 10      you are, once again, misstating
791: 11      what I had said.

**791:19  -  793:20**      Avorn, Jerome 2006-06-30
791: 19      By 2002, had you concluded
791: 20      that Vioxx posed an increased risk of
791: 21      cardiovascular disease?
791: 22      A.  I would rather indicate what
791: 23      I did conclude at that time, which is
791: 24      that there was evidence of an association
792: 1      between Vioxx and cardiovascular disease.
792: 2      Q.  Okay.
792: 3      So, 2002, criteria for use
792: 4      in the publication used with the Harvard
792: 5      medical students, it is stated, "Because
792: 6      of their high cost, COX-2 selective
792: 7      inhibitors should be reserved for
792: 8      patients at high risk of bleeding who
792: 9      require an NSAID."  And then they go on
792: 10      to specify who that would be appropriate

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 154 of 185
Plaintiff's 3rd Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 792: 11    for.  Do you see that? | | |
| 792: 12    A.  Yes. | | |
| 792: 13    Q.  Is there any statement in | | |
| 792: 14        here that the use of COX-2 inhibitors | | |
| 792: 15        should be avoided because of an | | |
| 792: 16        association with cardiovascular disease? | | |
| 792: 17    A.  Yes.  A few lines just below | | |
| 792: 18        that it says -- | | |
| 792: 19    Q.  Are we on the next page now? | | |
| 792: 20    A.  Yeah. | | |
| 792: 21    Q.  Okay. | | |
| 792: 22    A.  At the very top. | | |
| 792: 23    Q.  Okay. | | |
| 792: 24    A.  "The VIGOR trial found a | | |
| 793: 1        four-fold higher rate of MI in rheumatoid | | |
| 793: 2        arthritis patients randomized to | | |
| 793: 3        rofecoxib compared to rheumatoid | | |
| 793: 4        arthritis patients randomized to | | |
| 793: 5        naproxen.  While it is possible that | | |
| 793: 6        naproxen confers a protective effect | | |
| 793: 7        against MI, it also may be the case that | | |
| 793: 8        COX-2 selective inhibitors are associated | | |
| 793: 9        with an increased risk of MI.  The | | |
| 793: 10        possible mechanism for this action might | | |
| 793: 11        be an imbalance in the activity of COX-1 | | |
| 793: 12        to COX-2 enzymes producing a relative | | |
| 793: 13        tendency to clot or otherwise damaging | | |
| 793: 14        the endothelial surface," which is the | | |
| 793: 15        surface of the arteries.  "This is an | | |
| 793: 16        active area of research." | | |
| 793: 17    Q.  And at the time that this | | |
| 793: 18        was presented to the Harvard medical | | |
| 793: 19        students, was this a fair summary of your | | |
| 793: 20        view of the existing state of knowledge? | | |
| | | |
| **793:22  -  794:10**    Avorn, Jerome 2006-06-30 | | |
| 793: 22        THE WITNESS:  I would not -- | | |
| 793: 23        no.  If these had been my words, | | |
| 793: 24        as opposed to my having presided | | |
| 794: 1        over the series, I would have | | |
| 794: 2        said, it has been suggested that | | |
| 794: 3        naproxen confers a protective | | |
| 794: 4        effect against MI, but it is | | |
| 794: 5        likely that COX-2 selective | | |
| 794: 6        inhibitors are associated with an | | |
| 794: 7        increased risk in MI.  That would | | |
| 794: 8        have -- and I think that was what | | |
| 794: 9        I was writing myself in my own | | |
| 794: 10        voice during this period. | | |
| | | |
| **794:13  -  795:24**    Avorn, Jerome 2006-06-30 | | |
| 794: 13        But what Dr. Solomon, your | | |
| 794: 14        colleague, was writing -- | | |
| 794: 15    A.  And the two pharmacists. | | |
| 794: 16    Q.  -- and presenting to the | | |
| 794: 17        Harvard medical students was, "While it | | |
| 794: 18        is possible that naproxen confers a | | |
| 794: 19        protective effect against MI, it may also | | |
| 794: 20        be...that COX-2 selective inhibitors are | | |
| 794: 21        associated with an increased risk of MI." | | |
| 794: 22    A.  Correct. | | |
| 794: 23    Q.  I know you were the editor | | |
| 794: 24        of this series.  Did you actually look at | | |
| 795: 1        this document back at the time? | | |
| 795: 2    A.  Yes. | | |
| 795: 3    Q.  Okay. | | |
| 795: 4    A.  And I still think that | | |
| 795: 5        naproxen does confer a very small | | |
| 795: 6        protective effect against MI. | | |
| 795: 7    Q.  Then down further on the | | |
| 795: 8        page, do you see that there's a table | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 795: 9 | that -- well, first, there's this heading | | |
| 795: 10 | "Choosing between Celebrex and Vioxx if a | | |
| 795: 11 | COX-2 agent is required." | | |
| 795: 12 | A.  Right. | | |
| 795: 13 | Q.  And then there's a table | | |
| 795: 14 | that, am I right, it basically summarizes | | |
| 795: 15 | the pros and cons of Celebrex versus | | |
| 795: 16 | Vioxx for different types of patients? | | |
| 795: 17 | A.  Yes. | | |
| 795: 18 | Q.  Is there anywhere in this | | |
| 795: 19 | training piece for the Harvard medical | | |
| 795: 20 | students saying that other things being | | |
| 795: 21 | equal, they ought to use Celebrex versus | | |
| 795: 22 | Vioxx because of an increased association | | |
| 795: 23 | of cardiovascular disease? | | |
| 795: 24 | A.  No. | | |
| | | | |
| **796:10  -  797:2** | Avorn, Jerome 2006-06-30 | | |
| 796: 10 | Q.   Let me show you what -- | | |
| 796: 11 | A.   I'm sorry, Mr. Beck, there's | | |
| 796: 12 | just one thing I just want to point out | | |
| 796: 13 | about the authorship here.  What I notice | | |
| 796: 14 | is that it actually says this review was | | |
| 796: 15 | prepared with help of Cherylnn Griffin | | |
| 796: 16 | R.Ph., and Kelly Curtis, R.Ph., the two | | |
| 796: 17 | pharmacists, and then it says, "For | | |
| 796: 18 | further information, contact Dan Solomon | | |
| 796: 19 | via hospital e-mail." So, I guess I | | |
| 796: 20 | can't really testify to what role Dr. | | |
| 796: 21 | Solomon had in the writing of this, just | | |
| 796: 22 | to be clear. | | |
| 796: 23 | Q.   All you know is you reviewed | | |
| 796: 24 | it before it was used with the Harvard | | |
| 797: 1 | medical students and approved it, right? | | |
| 797: 2 | A.   Right. | | |
| | | | |
| **797:10  -  798:10** | Avorn, Jerome 2006-06-30 | | |
| 797: 10 | Q.  Exhibit 57, is that another | | |
| 797: 11 | educational piece that came out in the | | |
| 797: 12 | series that you edited? | | |
| 797: 13 | A.  Yes.  It is basically the | | |
| 797: 14 | same document about a year later. | | |
| 797: 15 | Q.  Okay. | | |
| 797: 16 | And was this used not just | | |
| 797: 17 | with medical students, but with Harvard | | |
| 797: 18 | faculty and interns and others? | | |
| 797: 19 | A.  Right. | | |
| 797: 20 | Q.  And Exhibit, both 56 and 57, | | |
| 797: 21 | you approved of their use with the | | |
| 797: 22 | medical students, with the residents and | | |
| 797: 23 | with the faculty, correct? | | |
| 797: 24 | A.  Right. | | |
| 798: 1 | Q.  So, now, Exhibit 57, I think | | |
| 798: 2 | you indicated that this was kind of an | | |
| 798: 3 | updated version of what we saw before? | | |
| 798: 4 | A.  Right. | | |
| 798: 5 | Q.  And what's the date of this? | | |
| 798: 6 | A.  April of 2003. | | |
| 798: 7 | Q.  There's a section called | | |
| 798: 8 | "Safety and cardiovascular disease" at | | |
| 798: 9 | the bottom.  Do you see that? | | |
| 798: 10 | A.  Right. | | |
| | | | |
| **798:17  -  799:14** | Avorn, Jerome 2006-06-30 | | |
| 798: 17 | And does this piece that you | | |
| 798: 18 | reviewed and approved state, "The VIGOR | | |
| 798: 19 | trial found a four-fold higher rate of MI | | |
| 798: 20 | in rheumatoid arthritis patients | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 156 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 798: 21    randomized to rofecoxib compared to | | |
| 798: 22    rheumatoid arthritis patients randomized | | |
| 798: 23    to naproxen"? | | |
| 798: 24    A.  Right. | | |
| 799: 1    Q.  And then does the document | | |
| 799: 2    say, "More recent research suggests an | | |
| 799: 3    increased risk of myocardial infarction | | |
| 799: 4    in patients taking rofecoxib at doses | | |
| 799: 5    greater than 25 milligrams"? | | |
| 799: 6    A.  Right. | | |
| 799: 7    Q.  And then it goes on to talk | | |
| 799: 8    about the possible mechanism, right? | | |
| 799: 9    A.  Right. | | |
| 799: 10    Q.  And is there any statement | | |
| 799: 11    in here at all suggesting that there's | | |
| 799: 12    any risk of a higher rate of heart attack | | |
| 799: 13    for people who take 25 milligrams? | | |
| 799: 14    A.  No. | | |
| | | |
| **799:15  -  799:21**    Avorn, Jerome 2006-06-30 | | |
| 799: 15    We were only able to work | | |
| 799: 16    from the evidence that we had, and we | | |
| 799: 17    were not aware of a lot of the evidence | | |
| 799: 18    that was available to the company | | |
| 799: 19    documenting the higher risk that was not | | |
| 799: 20    available to us in the medical | | |
| 799: 21    literature. | | |
| | | |
| **800:3  -  800:15**    Avorn, Jerome 2006-06-30 | | |
| 800: 3    On direct-examination, you | | |
| 800: 4    talked about how the Alzheimer's trials, | | |
| 800: 5    you said, showed an increase in all-cause | | |
| 800: 6    mortality in the Vioxx arm versus the | | |
| 800: 7    placebo arm. | | |
| 800: 8    Do you remember that? | | |
| 800: 9    A.  That's right. | | |
| 800: 10    Q.  And all-cause mortality | | |
| 800: 11    means that people died, and regardless of | | |
| 800: 12    what somebody thinks about the cause of | | |
| 800: 13    the death, more people died in the Vioxx | | |
| 800: 14    group than in the placebo group, right? | | |
| 800: 15    A.  That's correct. | | |
| | | |
| **800:22  -  801:2**    Avorn, Jerome 2006-06-30 | | |
| 800: 22    Q.  Was there also information | | |
| 800: 23    developed in the Alzheimer trials that | | |
| 800: 24    compared the frequency of heart attacks | | |
| 801: 1    in the Vioxx arm versus the placebo arm? | | |
| 801: 2    A.  Yes. | | |
| | | |
| **801:24  -  802:8**    Avorn, Jerome 2006-06-30 | | |
| 801: 24    As part of your work in this | | |
| 802: 1    case, you testified that you reviewed | | |
| 802: 2    submissions made by Merck to the FDA, | | |
| 802: 3    correct? | | |
| 802: 4    A.  Correct. | | |
| 802: 5    Q.  And you reviewed FDA medical | | |
| 802: 6    officers' evaluations of the clinical | | |
| 802: 7    trials, correct? | | |
| 802: 8    A.  Correct. | | |
| | | |
| **802:9  -  802:15**    Avorn, Jerome 2006-06-30 | | |
| 802: 9    Q.   And do you remember what the | **Def's Obj.:**  Non-re-<br>sponsive; witness is<br>repeating what he thinks<br>about the Alzheimer<br>studies, not what the<br>medical officers<br>concluded about whether<br>there was any<br>statistically significant | **Barnett:**  Sustained. |
| 802: 10    FDA medical officers concluded about | | |
| 802: 11    whether there was any statistically | | |
| 802: 12    significant difference in the heart | | |
| 802: 13    attack rates in the Alzheimer's trials of | | |
| 802: 14    the Vioxx group versus the placebo group? | | |
| 802: 15    Do you remember? | | |
| **802:21  -  803:15**    Avorn, Jerome 2006-06-30 | | |
| 802: 21    My recollection is, and we | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| | | |

802: 22    discussed this yesterday, that
802: 23    there was a real problem in the
802: 24    detection of heart attacks in the
803: 1    Alzheimer studies in part because
803: 2    of the inadequate way they were
803: 3    looked for.
803: 4    I also recall that there was
803: 5    not a report of a significant
803: 6    difference in heart attacks per
803: 7    se, but as I think I indicated --
803: 8    as I know I indicated yesterday, a
803: 9    doubling of death rate for me was
803: 10    a strong indication that there was
803: 11    something problematic going on
803: 12    with the safety of the drugs, and
803: 13    we know that heart attacks are
803: 14    often under ascertained in the
803: 15    elderly.

**Objections:** different in heart attack rate -- which is the question.

**PI's Resp.:** Witness is answering question and testifying to his knowledge of the Alzheimer's trials as reported in the FDA Medical Officer Review.

**803:19 - 803:24**    Avorn, Jerome 2006-06-30
803: 20    Did you see, sir, in the
803: 21    materials that the FDA believed that
803: 22    there was no statistically significant
803: 23    difference in heart attacks in the
803: 24    Alzheimer's trials?

**804:3 - 804:23**    Avorn, Jerome 2006-06-30
804: 3    Q. Can you answer that yes or
804: 4    no?
804: 5    A. I would be pleased to look
804: 6    at it if you want to show it to me. I
804: 7    have seen reports, I don't remember if it
804: 8    was an FDA report or a Merck report or an
804: 9    article indicating that there was not a
804: 10    significant difference. And if you have
804: 11    an FDA report you would like me to look
804: 12    at, I'd be happy to look at it.
804: 13    Q. From your deposition, Page
804: 14    502, Line 20.
804: 15    "Question: Okay. Did you
804: 16    see, sir, in the materials that the FDA
804: 17    believed that there was no statistically
804: 18    significant difference in heart attacks
804: 19    in the Alzheimer's trials?
804: 20    "Answer: Yes."
804: 21    Was that your sworn
804: 22    testimony a couple of weeks ago?
804: 23    A. I guess.

**806:1 - 806:8**    Avorn, Jerome 2006-06-30
806: 1    Q. Well, yeah, you disagreed
806: 2    with the FDA.
806: 3    A. Right. Right.
806: 4    Q. But the question I had asked
806: 5    you before is, did the FDA conclude that
806: 6    there was no statistically significant
806: 7    difference? And your answer in your
806: 8    deposition was yes, right?

**806:11 - 808:4**    Avorn, Jerome 2006-06-30
806: 11    Q. Correct, sir?
806: 12    A. Yes.
806: 13    Q. All right.
806: 14    Did you analyze all-cause
806: 15    mortality in the Vioxx osteoarthritis
806: 16    trials?
806: 17    A. I don't recall performing
806: 18    those analyses myself, no.
806: 19    Q. Do you recall looking at
806: 20    anybody else's analysis of that?
806: 21    A. Yes. I don't recall

| Designated Testimony | Objections | Rulings |
|---|---|---|

806: 22    having -- I do recall having seen other
806: 23    people's analyses of that.
806: 24   Q. How about for VIGOR,
807: 1    ADVANTAGE and APPROVe, did you conduct
807: 2    any all-cause mortality analysis in
807: 3    those, concerning those clinical trials?
807: 4   A. We have to go back to the
807: 5    same point. I didn't conduct analyses of
807: 6    the trials. I reviewed the reports of
807: 7    those who had done so.
807: 8   Q. And in reviewing the reports
807: 9    of those who did look at all-cause
807: 10    mortality for the osteoarthritis trials,
807: 11    VIGOR, ADVANTAGE and APPROVe, is it true
807: 12    that the conclusion was that there was no
807: 13    statistically significant difference in
807: 14    mortality in any one of those trials?
807: 15   A. I would need to go back and
807: 16    take a look at that data before just
807: 17    answering off the top of my head.
807: 18   Q. Do you remember as to any
807: 19    one of those any analyses of all-cause
807: 20    mortality suggesting that there was a
807: 21    statistically significant difference
807: 22    between Vioxx and either placebo or any
807: 23    comparator drug?
807: 24   A. Sitting here at the end of a
808: 1    very long day, I cannot identify that.
808: 2    But if you want, I can go back over the
808: 3    analyses which we have here on the table
808: 4    and take a look at them.

**808:21 - 808:22**    Avorn, Jerome 2006-06-30
808: 21   Q. Doctor, I'm going to hand
808: 22    you what I've marked as Exhibit 58.

**809:9 - 809:14**    Avorn, Jerome 2006-06-30
809: 9    as an exhibit or not. Maybe you do. Do
809: 10    you recognize Exhibit 58?
809: 11   A. Well, I've certainly seen
809: 12    it. I don't remember if it was an
809: 13    exhibit in the last day or two, but I
809: 14    know the Villalba report.

**809:22 - 810:7**    Avorn, Jerome 2006-06-30
809: 22   Q. And you called this the
809: 23    Villalba report?
809: 24   A. Right.
810: 1   Q. What do you mean by that?
810: 2   A. The one of December '04
810: 3    called "Interim review."
810: 4   Q. So, we have here on the
810: 5    first page, "December 2004 Interim
810: 6    Review" by Dr. Villalba, correct?
810: 7   A. Correct.

**810:8 - 810:11**    Avorn, Jerome 2006-06-30
810: 8   Q. And let's look over on Page
810: 9    7, please. Is there somewhere on Page 7
810: 10    where the FDA indicates whether the --
810: 11    here we go.

**810:12 - 810:17**    Avorn, Jerome 2006-06-30
810: 12    What's indicated on
810: 13    Paragraph 2.1 of the Villalba review?
810: 14   A. "The current submission...
810: 15    did not suggest an excess in the total
810: 16    number of CV thrombotic events for Vioxx
810: 17    as compared to placebo."

**810:18 - 810:24**    Avorn, Jerome 2006-06-30

| Designated Testimony | Objections | Rulings |
|---|---|---|

| | |
|---|---|
| 810: 18 | Shall I go on? |
| 810: 19 | Q. Sure. |
| 810: 20 | A. I thought we were talking |
| 810: 21 | about deaths. |
| 810: 22 | Q. Well, I'm now talking about |
| 810: 23 | CV events. |
| 810: 24 | A. All right. |

**811:10 - 811:20** Avorn, Jerome 2006-06-30
| | |
|---|---|
| 811: 10 | Is this one of the documents |
| 811: 11 | that was provided to you by the lawyers |
| 811: 12 | that you are working with so that you |
| 811: 13 | could help form your opinion and testify |
| 811: 14 | yesterday and today? |
| 811: 15 | A. Yes. |
| 811: 16 | Q. Did you take it into account |
| 811: 17 | when you reached your opinions? |
| 811: 18 | A. Yes, I did. |
| 811: 19 | Q. Did you take it into |
| 811: 20 | account -- |

**811:23 - 812:1** Avorn, Jerome 2006-06-30
| | |
|---|---|
| 811: 23 | Q. -- before you testified |
| 811: 24 | yesterday on direct-examination? |
| 812: 1 | A. Yes. |

**812:23 - 813:8** Avorn, Jerome 2006-06-30
| | |
|---|---|
| 812: 23 | Q. So, focusing on |
| 812: 24 | cardiovascular deaths, does this indicate |
| 813: 1 | in the Alzheimer's studies that there was |
| 813: 2 | no difference between Vioxx and placebo? |
| 813: 3 | A. That's not what this box |
| 813: 4 | that you've put up talks about, Mr. Beck. |
| 813: 5 | Q. Well, then, tell me what it |
| 813: 6 | says. |
| 813: 7 | A. This is fatal and nonfatal |
| 813: 8 | events. |

**813:9 - 813:14** Avorn, Jerome 2006-06-30
| | |
|---|---|
| 813: 9 | Q. I'm sorry. So, |
| 813: 10 | cardiovascular events, whether they were |
| 813: 11 | deaths or not deaths, there was no |
| 813: 12 | difference between Vioxx and placebo in |
| 813: 13 | the Alzheimer's trials, correct? |
| 813: 14 | A. Right. |

**816:1 - 816:12** Avorn, Jerome 2006-06-30
| | |
|---|---|
| 816: 1 | Yesterday you referred to an |
| 816: 2 | article which was Exhibit 9. You don't |
| 816: 3 | have to pull it out. But it was about |
| 816: 4 | confounders. Do you remember that? |
| 816: 5 | A. Yes. |
| 816: 6 | Q. And I think you described |
| 816: 7 | that you wanted to make sure that you |
| 816: 8 | took into account variables that might |
| 816: 9 | affect heart attack rates other than the |
| 816: 10 | medications that were being examined, |
| 816: 11 | right? |
| 816: 12 | A. Right. |

**816:13 - 816:21** Avorn, Jerome 2006-06-30
| | |
|---|---|
| 816: 13 | Q. For example, that for some |
| 816: 14 | reason one group had a lot of smokers in |
| 816: 15 | it and the other didn't and that could |
| 816: 16 | skew the results, right? |
| 816: 17 | A. Correct. |
| 816: 18 | Q. And that's because you know |
| 816: 19 | that smokers are more likely to have |
| 816: 20 | heart attacks than nonsmokers, right? |
| 816: 21 | A. Correct. |

| Designated Testimony | Objections | Rulings |
|---|---|---|

**816:22 - 817:14**

| | | |
|---|---|---|
| 816: 22 | Q. And there are other | |
| 816: 23 | confounders such as people who are | |
| 816: 24 | overweight or high cholesterol, things | |
| 817: 1 | like that, right? | |
| 817: 2 | A. Correct. | |
| 817: 3 | Q. All of those would be | |
| 817: 4 | considered risk factors for someone to | |
| 817: 5 | have a heart attack; is that right? | |
| 817: 6 | A. Correct. | |
| 817: 7 | Q. What about, this is not | |
| 817: 8 | something you've mentioned, but would | |
| 817: 9 | someone who was subjected to years and | |
| 817: 10 | years of secondhand smoke, would that | |
| 817: 11 | also be a confounder? | |
| 817: 12 | A. Well, we know that | |
| 817: 13 | secondhand smoke is a risk factor for | |
| 817: 14 | heart disease. | |

**818:4 - 818:9**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 818: 4 | Q. In any event, my question is | |
| 818: 5 | simply, if somebody's spouse has been | |
| 818: 6 | smoking for years, that alone puts them | |
| 818: 7 | at greater risk for a heart attack, | |
| 818: 8 | right? | |
| 818: 9 | A. Yes. | |

**818:15 - 819:6**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 818: 15 | Q. On the question of the | **Pl.'s Obj.:** R. 401, 402. | **Smith:** Testimony |
| 818: 16 | labels where you and Mr. Tisi went | Witness's knowledge. | was played. No objection. |
| 818: 17 | through the 1999 and the 2002 labels | of Celebrex label is not | **Mason:** Testimony |
| 818: 18 | yesterday, do you remember that? | relevant to claims re: | was played. No |
| 818: 19 | A. Yes. | Vioxx. | objection. |
| 818: 20 | Q. And you indicated that in | | |
| 818: 21 | the 1999 label there was no black box | | |
| 818: 22 | warning, no warning or no precaution | | |
| 818: 23 | concerning cardiovascular risk. Do you | | |
| 818: 24 | remember that? | | |
| 819: 1 | A. Right. | | |
| 819: 2 | Q. Do you know whether for the | | |
| 819: 3 | label that was in effect for Celebrex in | | |
| 819: 4 | 1999, was there a black box warning | | |
| 819: 5 | concerning cardiovascular risk? | | |
| 819: 6 | A. No. | | |

**819:9 - 819:10**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 819: 9 | Q. Was there a warning | **Pl.'s Obj.:** Same. | **Smith:** Testimony |
| 819: 10 | concerning cardiovascular risk? | | was played. No objection. |

**819:13 - 819:15**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 819: 13 | THE WITNESS: I have not | **Pl.'s Obj.:** Same. | **Mason:** Testimony was played. No |
| 819: 14 | reviewed the Celebrex label in | | objection. |
| 819: 15 | that level of detail. | | |

**820:8 - 820:12**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 820: 8 | Q. And for other prescription | **Pl.'s Obj.:** Same. | **Smith:** Testimony |
| 820: 9 | NSAIDs in 1999, did any of them have a | | was played. No objection. |
| 820: 10 | black box warning about cardiovascular | | **Mason:** Testimony |
| 820: 11 | risk? | | was played. No |
| 820: 12 | A. Not to my knowledge. | | objection. |

**821:22 - 822:4**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 821: 22 | Q. So, focusing on other NSAIDs | **Pl.'s Obj.:** Same. | **Smith:** Testimony |
| 821: 23 | other than Vioxx or Celebrex, did any of | | was played. No objection. |
| 821: 24 | them have warnings about cardiovascular | | **Mason:** Testimony |
| 822: 1 | risks? | | was played. No |
| 822: 2 | A. In 1999? | | objection. |
| 822: 3 | Q. In 1999. | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8643-7   Filed 11/20/06   Page 161 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 822: 4    A.  I do not think so. | | |
| **822:20  -  823:2** | | |
| 822: 20    Q.  We know that Vioxx was | | |
| 822: 21      withdrawn from the market in the fall of | | |
| 822: 22      2004, right? | | |
| 822: 23    A.  Right. | | |
| 822: 24    Q.  And then later, all of the | | |
| 823: 1      NSAIDs, prescription NSAIDs ended up with | | |
| 823: 2      black box warnings, correct? | | |
| **823:8  -  824:3**    Avorn, Jerome 2006-06-30 | | |
| 823: 8    Q.  Well, is that true or not? | | |
| 823: 9      Do you know? | | |
| 823: 10    A.  Well, I know, and it is | | |
| 823: 11      actually a complicated answer, I'm | | |
| 823: 12      afraid.  And that is, that FDA seemed to | | |
| 823: 13      encourage that, but it is not clear that | | |
| 823: 14      all other nonsteroidal manufacturers have | | |
| 823: 15      actually put those into their labels. | | |
| 823: 16    Q.  Okay. | | |
| 823: 17      Well, let me ask this. | | |
| 823: 18      Now, after Vioxx was | | |
| 823: 19      withdrawn from the market and then there | | |
| 823: 20      was an Advisory Committee meeting in | | |
| 823: 21      early 2005, as you indicated, did the FDA | | |
| 823: 22      encourage the manufacturers of all | | |
| 823: 23      prescription NSAIDs to add a black box | | |
| 823: 24      warning? | | |
| 824: 1    A.  They encouraged that, but I | | |
| 824: 2      don't think that most of the companies | | |
| 824: 3      did so. | | |
| **824:9  -  824:10**    Avorn, Jerome 2006-06-30 | | |
| 824: 9    Q.  Did Celebrex add one? | **Pl.'s Obj:**  R. 401, 402. | **Smith:** Testimony |
| 824: 10    A.  I believe it did. | | was played. No objection. |
| | | **Mason:** Testimony |
| **832:6  -  832:14** | | was played.  No |
| 832: 6    Q.  Do you have any information | **Pl.'s Obj:**  Impermissible | objection. |
| 832: 7      about whether Anthony Dedrick saw any | impeachment.  Witness | |
| 832: 8      direct-to-consumer advertisements? | is offered as a generic | |
| 832: 9    A.  No. | not case-specific | |
| 832: 10    Q.  Do you have any information | witness. | |
| 832: 11      about the materials considered by the | | |
| 832: 12      doctors who prescribed Vioxx for Anthony | | |
| 832: 13      Dedrick? | | |
| 832: 14    A.  No. | | |
| **835:20  -  836:3**    Avorn, Jerome 2006-06-30 | | |
| 835: 20      the big picture, if I could.  Doctor, you | | |
| 835: 21      expressed a lot of opinions in your | | |
| 835: 22      direct-examination, and I'm going to go | | |
| 835: 23      through some of those opinions and see | | |
| 835: 24      whether you still hold them to a | | |
| 836: 1      reasonable degree of medical and | | |
| 836: 2      scientific certainty.  Okay? | | |
| 836: 3    A.  Okay. | | |
| **837:2  -  837:11**    Avorn, Jerome 2006-06-30 | | |
| 837: 2    Q.  And he has indeed shown you | | |
| 837: 3      quite a few documents, correct? | | |
| 837: 4    A.  Correct. | | |
| 837: 5    Q.  Is there any document that | | |
| 837: 6      Mr. Beck has shown you that has changed | | |
| 837: 7      the opinion you gave on | | |
| 837: 8      direct-examination that Vioxx is capable | | |
| 837: 9      of causing heart attacks in human beings? | | |
| 837: 10    A.  I have not changed my | | |
| 837: 11      opinion. | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 162 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**837:19 - 838:3**

837: 19   Q.  Is there any document that
837: 20      Mr. Beck has shown you in
837: 21      cross-examination that changes your
837: 22      opinion that there was a reasonable
837: 23      evidence of association between heart
837: 24      attack and Vioxx when the VIGOR results
838: 1      became available to Merck in March of
838: 2      2000?
838: 3   A.  That is still my opinion.

**838:10 - 838:16**   Avorn, Jerome 2006-06-30

838: 10      Is there anything that Mr.
838: 11      Beck showed you in cross-examination that
838: 12      changed your opinion that Merck failed to
838: 13      express in a fair and accurate way the
838: 14      scientific and medical evidence of Vioxx
838: 15      as that evidence was emerging as you have
838: 16      reviewed it?

**839:3 - 839:17**   Avorn, Jerome 2006-06-30

839: 3      THE WITNESS:  Nothing he has
839: 4      shown me has changed my opinion
839: 5      about that matter.
839: 6      BY MR. TISI:
839: 7   Q.  Is there anything that Mr.
839: 8      Beck has shown you in the course of the
839: 9      past eight hours or so that has changed
839: 10      any of the core opinions that you have
839: 11      given in a direct-examination in this
839: 12      case?
839: 13   A.  Nothing.
839: 14   Q.  You were asked questions
839: 15      about who has financial interest in this
839: 16      case.  Do you remember that question?
839: 17   A.  Yes.

**847:5 - 848:12**   Avorn, Jerome 2006-06-30

847: 5   Q.  Doctor, I have placed two
847: 6      exhibits before you, before you sat down
847: 7      there, and they are exhibits -- would you
847: 8      tell me what exhibits those are?
847: 9   A.  Yes.  41 and 42.
847: 10   Q.  You were asked some
847: 11      questions about Exhibit Number 42, and
847: 12      those being those eight documents that
847: 13      were relevant to Merck's defenses.  Do
847: 14      you remember those lines of questions?
847: 15   A.  Yes.
847: 16   Q.  Could you please turn to the
847: 17      next exhibit, Document 41?
847: 18   A.  Yes.
847: 19   Q.  And can you tell me how many
847: 20      references are in document -- could you
847: 21      tell me what Document 41 is?
847: 22   A.  Yes.  It is the reliance
847: 23      materials or the materials that were sent
847: 24      to me by plaintiffs' counsel in
848: 1      formulating my opinion.
848: 2   Q.  And the document that is
848: 3      Exhibit Number 42 says, "Additional
848: 4      materials provided," correct?
848: 5   A.  Correct.
848: 6   Q.  "Related to Merck's
848: 7      defenses"?
848: 8   A.  Correct.
848: 9   Q.  And it lists eight
848: 10      additional pieces of information,
848: 11      correct?
848: 12   A.  Correct.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**848:23 - 849:7**   Avorn, Jerome 2006-06-30
848: 23   Now, if you'd turn to
848: 24   Exhibit 41, you've indicated that there
849: 1   are almost 200 references in that
849: 2   document?
849: 3   A.  That's right.
849: 4   Q.  Included in those documents
849: 5   are depositions of Dr. Scolnick, for
849: 6   example, correct?
849: 7   A.  Right.

**849:11 - 849:19**   Avorn, Jerome 2006-06-30
849: 11   Included in those are
849: 12   published peer-reviewed medical journal
849: 13   articles published by Merck officials,
849: 14   Merck employees, correct?
849: 15   A.  That's right.
849: 16   Q.  Included in that would be
849: 17   FDA compilations of data that you
849: 18   reviewed; is that correct?
849: 19   A.  That's right.

**849:23 - 850:8**   Avorn, Jerome 2006-06-30
849: 23   Has any of that literature
849: 24   that was provided to you been generated
850: 1   by the plaintiffs' lawyers, in other
850: 2   words, are those our documents?
850: 3   A.  No.
850: 4   Q.  Okay.
850: 5   So, those either came from
850: 6   the public, the public domain, from
850: 7   Merck, or from the FDA, correct?
850: 8   A.  Right.

**850:9 - 850:17**   Avorn, Jerome 2006-06-30
850: 9   Q.  Doctor, you were asked some
850: 10   questions about the preapproval signals.
850: 11   Do you remember that?
850: 12   A.  Yes.
850: 13   Q.  Okay.
850: 14   Do you remember we talked a
850: 15   little bit about -- let's talk first
850: 16   about trial 17.  Do you remember that?
850: 17   A.  Yes.

**850:20 - 852:2**   Avorn, Jerome 2006-06-30
850: 20   First of all, was that a
850: 21   placebo-controlled trial?
850: 22   A.  I believe it was.
850: 23   Q.  Was it blinded?
850: 24   A.  I believe it was.
851: 1   Q.  And you were asked a
851: 2   question by Mr. Beck whether or not the
851: 3   investigator in the case, in that
851: 4   individual case where there was a heart
851: 5   attack, attributed the heart attack to
851: 6   Vioxx.  Do you remember that question?
851: 7   A.  I remember the question.
851: 8   Q.  Is that possible to do in a
851: 9   blinded placebo-controlled trial?  Does
851: 10   the investigator know whether or not the
851: 11   patient is on the experimental drug or
851: 12   the sugar pill?
851: 13   A.  The study would have to be
851: 14   unblinded for them to know that.
851: 15   Q.  And typically that is not
851: 16   the case with an investigator, they do
851: 17   not get that information?
851: 18   A.  Right.
851: 19   Q.  And where does the

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 851: 20  investigator in a company-run trial get<br>851: 21  information about the side effects of the<br>851: 22  study drug?<br>851: 23  A.  Well, especially if it's a<br>851: 24  drug that is not yet on the market, the<br>852: 1  only place they could get it would be<br>852: 2  from the company. | | |
| **853:8  -  853:16**  Avorn, Jerome 2006-06-30<br>835:  8  Then let's talk about Dr.<br>835:  9  Villalba's report where you don't have<br>835:  10  the individual doctor's assessment of the<br>835:  11  individual cases because patients are<br>835:  12  blinded.  What the FDA and what companies<br>835:  13  typically do is they look at the<br>835:  14  aggregate trends in those trials.  Is<br>835:  15  that fair to say?<br>835:  16  A.   Right. | **Def's Obj.:**  Leading.<br>Form objection preserved<br>at 853:17.<br><br>**Pl's Resp.:**<br>Permissible<br>to lead expert for<br>purpose of laying<br>foundation. | **Barnett:**  Sustained. |
| **853:19  -  853:21**  Avorn, Jerome 2006-06-30<br>853: 19  Q.  Could you please go to<br>853: 20  Exhibit Number 44 in the stack of<br>853: 21  documents that you were given.  And that | | |
| **854:10  -  855:10**  Avorn, Jerome 2006-06-30<br>854: 10  Q.  That would be Dr.<br>854: 11  Villalba's, just for the record, her<br>854: 12  medical officer report preapproval of the<br>854: 13  drug in 1998; is that correct?<br>854: 14  A.  1998 through 1999, yes.<br>854: 15  Q.  Would you please go to the<br>854: 16  page -- they're not really paginated<br>854: 17  there.<br>854: 18  A.  Tell me the table number.<br>854: 19  Q.  Table 51 to 52.<br>854: 20  A.  Got it.<br>854: 21  Q.  Would you read the paragraph<br>854: 22  starting, "Evaluation of CV<br>854: 23  thromboembolic events"?<br>854: 24  A.  Yes.  "Evaluation of<br>855: 1  cardiovascular thromboembolic events<br>855: 2  regardless of seriousness shows a<br>855: 3  numerically higher incidence of<br>855: 4  ischemic/thromboembolic events (angina,<br>855: 5  myocardial infarction, CVA," which is<br>855: 6  stroke, "TIA)," which is like a stroke,<br>855: 7  "in patients taking rofecoxib when<br>855: 8  compared with patients taking placebo,<br>855: 9  but the exposure to placebo was less than<br>855: 10  the exposure to rofecoxib." | | |
| **855:23  -  856:3**  Avorn, Jerome 2006-06-30<br>855: 23  "In 6 weeks studies there<br>855: 24  was one event in the placebo group" or<br>856: 1  2/10ths of a percent "and a total of 12<br>856: 2  events (approximately 1%) in the<br>856: 3  rofecoxib groups." | | |
| **856:19  -  857:8**  Avorn, Jerome 2006-06-30<br>856: 19  A.  "In 6-month studies there<br>856: 20  were 3 events in placebo (approximately<br>856: 21  1%) and 23 (approximately 1%) in the<br>856: 22  total rofecoxib group, even though<br>856: 23  placebo patients were only exposed for up<br>856: 24  to 18 weeks.  The data seem to suggest<br>857: 1  that in 6-week studies, thromboembolic<br>857: 2  events are more frequent in patients<br>857: 3  receiving rofecoxib than placebo but do<br>857: 4  not show a clear dose response<br>857: 5  relationship with rofecoxib."<br>857: 6  Q.  Is that consistent with what | | |

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn MD   Document 8643-7   Filed 11/20/06   Page 165 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

857: 7       you ultimately saw in your study which
857: 8       was published in 2004?

**857:10 - 857:17**    Avorn, Jerome 2006-06-30
857: 10      THE WITNESS:  Yes.  It's all
857: 11      the same pattern of a higher rate
857: 12      seen with rofecoxib or Vioxx
857: 13      compared to placebo.
857: 14      BY MR. TISI:
857: 15      Q.  And is that what you meant
857: 16      by way of a signal where you look at, you
857: 17      see a trend and it raises a red flag?

**857:19 - 857:24**    Avorn, Jerome 2006-06-30
857: 19      THE WITNESS:  That's right.
857: 20      BY MR. TISI:
857: 21      Q.  Well, let me ask you,
857: 22      Doctor, when you used the word "red flag"
857: 23      in your direct testimony, what did that
857: 24      mean?

**858:15 - 858:22**    Avorn, Jerome 2006-06-30
858: 15      A. signal or a red flag is
858: 16      evidence of an increased prevalence of a
858: 17      problem, in this case in one drug
858: 18      compared to another, even though
858: 19      initially that may not reach the level of
858: 20      statistical significance because there's
858: 21      not yet enough experience with the drug
858: 22      to see that.

**860:11 - 860:24**    Avorn, Jerome 2006-06-30
860: 11      Q.  You were asked some
860: 12      questions about the Board of Scientific
860: 13      Advisors report.  Do you remember that
860: 14      earlier?
860: 15      A.  Yes.
860: 16      Q.  And Mr. Beck asked you
860: 17      questions, and this is just for
860: 18      reference, about some of the good
860: 19      potential -- I think we can fairly call
860: 20      them collateral potential benefits and
860: 21      potential safety problems.  Do you
860: 22      remember the good and the bad discussion
860: 23      that you had with Mr. Beck?
860: 24      A.  Yes.

**861:6 - 862:3**    Avorn, Jerome 2006-06-30
861: 6      Well, first of all, do you
861: 7      know whether or not Vioxx was being
861: 8      investigated for the purpose of being a
861: 9      drug for cardioprotection?
861: 10      A.  I don't know of any studies
861: 11      that were conducted in humans to
861: 12      demonstrate that.
861: 13      Q.  Okay.
861: 14      Do you know whether or not
861: 15      that was the purpose for developing
861: 16      Vioxx?
861: 17      A.  No, it was not, as far as I
861: 18      know.
861: 19      Q.  Do you know whether or not
861: 20      they filed a new drug application,
861: 21      supplemental new drug application or
861: 22      anything to investigate whether or not
861: 23      Vioxx could be capable of being a
861: 24      cardioprotective drug?
862: 1      A.  That was never part of the
862: 2      Vioxx human development program as far as
862: 3      I know.

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 166 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

**862:12 - 862:14**   Avorn, Jerome 2006-06-30
862: 12      Q.  I would like you to find, if
862: 13          you could, the Board of Scientific
862: 14          Advisors note or report.

**863:3 - 863:4**   Avorn, Jerome 2006-06-30
863: 3       Q.  If you'd go to the page with
863: 4          the cardiovascular issues.

**863:13 - 864:1**   Avorn, Jerome 2006-06-30
863: 13          Now, you see that they
863: 14          identify three different issues?
863: 15      A.  Yes.
863: 16      Q.  And Mr. Beck asked you,
863: 17          well, isn't it true that some of these
863: 18          could be potentially helpful?
863: 19      A.  Right.
863: 20      Q.  First of all, he didn't ask
863: 21          you about Number 3.  Let me ask you about
863: 22          Number 3.
863: 23      A.  Yeah.  Number 3 is where a
863: 24          lot of the action is.  We didn't get to
864: 1           talk about that.

**864:7 - 865:9**   Avorn, Jerome 2006-06-30
864: 7       Q.  Let me ask you about Number
864: 8           3.  Can it ever be a good thing that
864: 9           there is "thromboembolic occlusion of the
864: 10          vessel at the site of plaque rupture with
864: 11          ensuing consequences of ischemia"?
864: 12      A.  No.  That means that there's
864: 13          a blood clot that forms and it blocks the
864: 14          artery, and the ischemia refers to the
864: 15          deprivation of the tissue of oxygen and
864: 16          often results in the death of the tissue.
864: 17      Q.  Is there ever a circumstance
864: 18          where Number 3 is a good thing?
864: 19      A.  Well, I think in fairness,
864: 20          we need to point out that if you could
864: 21          prevent it, it would be a good thing.  1,
864: 22          2 and 3 were all phrased by the board as
864: 23          the bad thing.  And in the case of 1,
864: 24          they said it could be better or it could
865: 1           be worse.  In the case of 2, Mr. Beck
865: 2           pointed out that their discussion was
865: 3           primarily of preventing the badness.  And
865: 4           in Number 3, it is predominantly about
865: 5           causing the badness, but I would want to
865: 6           spend a moment, in fairness, just making
865: 7           sure that they were not talking about
865: 8           preventing the badness of point number 3.
865: 9       Q.  Feel free to take a look.

**865:12 - 866:2**   Avorn, Jerome 2006-06-30
865: 12          Okay.
865: 13          I think a fair reading of
865: 14          number 3 is that it is pretty much
865: 15          exclusively looking at the likelihood or
865: 16          the threat that a selective COX-2
865: 17          inhibitor like Vioxx could just do harm.
865: 18          There was no good news in their
865: 19          presentation about topic number 3.
865: 20      Q.  And do you have an opinion
865: 21          to a reasonable degree of medical
865: 22          certainty as to whether or not a
865: 23          pharmaceutical drug putting a drug on
865: 24          the market has a responsibility to
866: 1           investigate potential bad things that it
866: 2           may become aware of?

**Dedrick v. Merck Co., Inc.**

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8643-7   Filed 11/20/06   Page 167 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|
| **866:9  -  866:19**   Avorn, Jerome 2006-06-30 | | |
| 866: 9   THE WITNESS:  I have such an | | |
| 866: 10   opinion, and my opinion, which is | | |
| 866: 11   compatible with what I've written | | |
| 866: 12   in my book and teach to classes | | |
| 866: 13   that include pharmaceutical | | |
| 866: 14   executives, is that it's necessary | | |
| 866: 15   to do so.  I've -- since the Vioxx | | |
| 866: 16   withdrawal, I've even made the | | |
| 866: 17   argument that it is a good | | |
| 866: 18   business case to do so because you | | |
| 866: 19   can really regret it if you don't. | | |
| **867:4  -  867:15**   Avorn, Jerome 2006-06-30 | | |
| 867: 4   Do you have an opinion to a | | |
| 867: 5   reasonable degree of medical and | | |
| 867: 6   scientific certainty as an expert in drug | | |
| 867: 7   risks and benefits and evaluating them as | | |
| 867: 8   to whether or not Vioxx in this case had | | |
| 867: 9   any responsibility to actually -- | | |
| 867: 10  A.  You mean Merck had a | | |
| 867: 11   responsibility? | | |
| 867: 12  Q.  -- Merck had a | | |
| 867: 13   responsibility or not to investigate the | | |
| 867: 14   potential bad effect that's identified | | |
| 867: 15   here by the Board of Scientific Advisors? | | |
| **868:4  -  868:22**   Avorn, Jerome 2006-06-30 | | |
| 868: 4   THE WITNESS:  I have such an | | |
| 868: 5   opinion, and the opinion is that | | |
| 868: 6   the company did have a | | |
| 868: 7   responsibility to follow up the | | |
| 868: 8   issued raised in an effective | | |
| 868: 9   manner by the scientific board. | | |
| 868: 10   BY MR. TISI: | | |
| 868: 11  Q.  Now, I want you to put | | |
| 868: 12   yourself back in 1998 when the Board of | | |
| 868: 13   Scientific Advisors commented on the | | |
| 868: 14   potential good and the potential bad as | | |
| 868: 15   indicated here in this document.  Okay? | | |
| 868: 16  A.  Okay. | | |
| 868: 17  Q.  Could a responsible | | |
| 868: 18   pharmaceutical company have designed at | | |
| 868: 19   that time a trial to investigate whether | | |
| 868: 20   Vioxx was good or bad for the heart using | | |
| 868: 21   the information provided by the Board of | | |
| 868: 22   Scientific Advisors? | | |
| **869:8  -  869:16**   Avorn, Jerome 2006-06-30 | | |
| 869: 8   THE WITNESS:  Yes.  I | | |
| 869: 9   believe such a study could have | | |
| 869: 10   been initiated at that time. | | |
| 869: 11   BY MR. TISI: | | |
| 869: 12  Q.  And do you know whether or | | |
| 869: 13   not a study -- or was a cardiovascular | | |
| 869: 14   outcomes study ever designed in 1998 to | | |
| 869: 15   look at the issue identified by the Board | | |
| 869: 16   of Scientific Advisors? | | |
| **869:22  -  871:1**   Avorn, Jerome 2006-06-30 | | |
| 869: 22   THE WITNESS:  I'm not aware | | |
| 869: 23   that in any year a study was | | |
| 869: 24   designed and implemented to test | | |
| 870: 1   the question of the cardiovascular | | |
| 870: 2   risk of Vioxx in particular. | | |
| 870: 3   BY MR. TISI: | | |
| 870: 4  Q.  You were asked some | | |
| 870: 5   questions about arm bleeds and rat | | |
| 870: 6   studies and all those kinds of questions. | | |
| 870: 7   Do you remember those questions that you | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8643-7   Filed 11/20/06   Page 168 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|

870: 8     spoke to earlier?
870: 9     A.  Yes.
870: 10    Q.  Beyond questions of looking
870: 11      about whether or not these studies,
870: 12      animal studies, et cetera, generally
870: 13      demonstrate biologic plausibility, what
870: 14      relevance do those studies have in light
870: 15      of clinical trial and epidemiologic
870: 16      evidence showing an association?
870: 17    A.  The ultimate outcome is what
870: 18      happens to patients.  And we try to learn
870: 19      what happens -- what is going to happen
870: 20      to patients based on animal studies or
870: 21      lab models or other kinds of science,
870: 22      which can be interesting and informative.
870: 23      But at the end of the day, what matters
870: 24      most is the good and the bad effects as
871: 1      they are recorded in actual human beings.

**871:21 - 872:1**    Avorn, Jerome 2006-06-30
871: 21      Do you remember when Mr.
871: 22      Beck asked you a series of questions
871: 23      about why you did not mention the good
871: 24      aspects of the Board of Scientific
872: 1      Advisors?  Do you remember that?

**872:5 - 872:6**    Avorn, Jerome 2006-06-30
872: 5      THE WITNESS:  I recall what
872: 6      you are talking about.

**874:1 - 874:20**    Avorn, Jerome 2006-06-30
874: 1      Mr. Beck showed you a couple
874: 2      of articles.  I think he showed you the
874: 3      Burleigh article, and I think he showed
874: 4      you another article by Dr. --
874: 5    A.  Cipollone.
874: 6    Q.  -- Cipollone.  But there
874: 7      were other articles that you also cited
874: 8      in your article, correct?
874: 9    A.  Right.
874: 10    Q.  Okay.
874: 11      And ultimately, after
874: 12      reviewing the literature on all sides of
874: 13      the issue, including the articles that
874: 14      Mr. Beck highlighted for you and
874: 15      attached, looking at all the references
874: 16      and doing your own studies, what did you
874: 17      conclude?
874: 18    A.  Well, I can probably best
874: 19      answer --
874: 20    Q.  In humans?

**875:1 - 879:20**    Avorn, Jerome 2006-06-30
875: 1      THE WITNESS:  Well, I think
875: 2      an answer that is not going to
875: 3      repeat anything that we've done
875: 4      today is the papers that Mr.
875: 5      Goldman asked me to identify for
875: 6      him at the first deposition two
875: 7      weeks ago, because I think we've
875: 8      heard today a rather skewed
875: 9      presentation of the pharmacology
875: 10      evidence that was in place before
875: 11      the drug was marketed.  And two
875: 12      weeks ago Mr. Goldman asked me to
875: 13      identify animal studies that I had
875: 14      relied upon in formulating my
875: 15      opinion.  And we haven't gotten to
875: 16      talk about those, but since we are
875: 17      now talking about the animal
875: 18      studies related to the effect of

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.   Document 8843-7   Filed 11/20/06   Page 169 of 185

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 875: 19 | Vioxx and related drugs, it | | |
| 875: 20 | probably would be appropriate to | | |
| 875: 21 | just mention them since they were | | |
| 875: 22 | material that Mr. Goldman had | | |
| 875: 23 | asked about. And these are the | | |
| 875: 24 | three papers that I had identified | | |
| 876: 1 | for Merck's counsel. | | |
| 876: 2 | And very brief, because the | | |
| 876: 3 | hour is late, but one is from 1997 | | |
| 876: 4 | in Nature. And it's a paper by | | |
| 876: 5 | Murata, and I can provide the full | | |
| 876: 6 | reference later. Mr. Goldman | | |
| 876: 7 | actually has it already, and I | | |
| 876: 8 | assume he shared that with Mr. | | |
| 876: 9 | Beck. And essentially what it | | |
| 876: 10 | says is that if one disrupts the | | |
| 876: 11 | gene for prostacyclin, which is | | |
| 876: 12 | the substance that Vioxx reduces | | |
| 876: 13 | the production of, the | | |
| 876: 14 | susceptibility to thrombosis is | | |
| 876: 15 | increased. | | |
| 876: 16 | And then they go on to say, | | |
| 876: 17 | "Our results establish that | | |
| 876: 18 | prostacyclin is an anti-thrombotic | | |
| 876: 19 | agent in vivo." And what that | | |
| 876: 20 | means in English is, that the | | |
| 876: 21 | material that Vioxx reduces the | | |
| 876: 22 | production of prevents clotting, | | |
| 876: 23 | so that blocking that would | | |
| 876: 24 | increase clotting, and that was, | | |
| 877: 1 | as I said, in 1997 in Nature. | | |
| 877: 2 | The other one Mr. Goldman | | |
| 877: 3 | asked me about was a paper that | | |
| 877: 4 | was in the Journal of Biological | | |
| 877: 5 | Chemistry, which is the main | | |
| 877: 6 | journal in biochemistry, published | | |
| 877: 7 | in 1999, again, February of 1999, | | |
| 877: 8 | before the availability of Vioxx | | |
| 877: 9 | on the market. | | |
| 877: 10 | And this was a study in | | |
| 877: 11 | which there was an investigation | | |
| 877: 12 | of whether heart cells were | | |
| 877: 13 | influenced by COX-2, the enzyme | | |
| 877: 14 | that Vioxx blocks. And their | | |
| 877: 15 | conclusion on their abstract is | | |
| 877: 16 | that in heart cells that are | | |
| 877: 17 | injured in a variety of | | |
| 877: 18 | experimental ways, prostacyclin, | | |
| 877: 19 | which is the chemical that Vioxx | | |
| 877: 20 | blocks, protects the heart cells. | | |
| 877: 21 | And their conclusion was that if | | |
| 877: 22 | you block that prostacyclin | | |
| 877: 23 | chemical that protects the heart | | |
| 877: 24 | cells, as you would do with a | | |
| 878: 1 | COX-2 inhibitor such as Vioxx, | | |
| 878: 2 | that would block the protection of | | |
| 878: 3 | heart cells in an injured heart. | | |
| 878: 4 | And the third paper, very | | |
| 878: 5 | briefly, that I want to talk | | |
| 878: 6 | about -- that paper was by | | |
| 878: 7 | Adderley and Fitzgerald, a | | |
| 878: 8 | different Fitzgerald, by the way. | | |
| 878: 9 | And the last one is a paper | | |
| 878: 10 | by Shinmura. Again, Mr. Goldman, | | |
| 878: 11 | and I expect Mr. Beck, have the | | |
| 878: 12 | reference that I provided two | | |
| 878: 13 | weeks ago. This was a study about | | |
| 878: 14 | the cardioprotective effects in | | |
| 878: 15 | animal studies when they damage | | |
| 878: 16 | animal hearts, and it says -- the | | |
| 878: 17 | title is "Cyclooxygenase-2" or | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|

878: 18    COX-2, "mediates the
878: 19    cardioprotective effects of" a
878: 20    bunch of other things having to do
878: 21    with heart damage.
878: 22    And, again, in brief, what
878: 23    it says, quite clearly, in their
878: 24    abstract is that this study
879: 1    identifies COX-2 as a
879: 2    cardioprotective protein.  They go
879: 3    on to say, "COX-2 mediates the
879: 4    anti-infarct effects," which means
879: 5    COX-2, which is the enzyme that is
879: 6    blocked by Vioxx, mediates or
879: 7    helps to promote the anti-heart
879: 8    attack effects in their model.
879: 9    So, these were -- Mr.
879: 10    Goldman's question to me to which
879: 11    these were a response was what
879: 12    evidence was there before Vioxx
879: 13    was marketed that inhibiting COX-2
879: 14    selectively might be bad for the
879: 15    heart.  And I think this is pretty
879: 16    clear that, granted, there was
879: 17    evidence on both sides, but there
879: 18    was pretty compelling evidence on
879: 19    the damage side already, even
879: 20    before the drug hit the market.

**881:2  -  881:17**    Avorn, Jerome 2006-06-30
881: 2    Doctor, let me go back to
881: 3    your article, okay?  Your article, which
881: 4    is Number 7 in the book.
881: 5    A.  Is that my copy of the book?
881: 6    Q.  Yes.
881: 7    A.  Okay.
881: 8    Q.  In that article you refer to
881: 9    both the Burleigh and the --
881: 10    A.  Cipollone.
881: 11    Q.  -- Cipollone articles.
881: 12    A.  Right.
881: 13    Q.  Correct?
881: 14    A.  Right.
881: 15    Q.  So --
881: 16    A.  Cipollone.
881: 17    Q.  Cipollone.

**881:20  -  881:24**    Avorn, Jerome 2006-06-30
881: 20    What were you trying to do
881: 21    by referring the readers to articles like
881: 22    these, as well as articles on the other
881: 23    side of the issue that were also
881: 24    contained in your paper?

**882:3  -  882:24**    Avorn, Jerome 2006-06-30
882: 3    THE WITNESS:  What that
882: 4    section is about was essentially
882: 5    saying this is a very active area
882: 6    of research.  There's a lot of new
882: 7    information that is developing
882: 8    about the effect of this COX-2
882: 9    enzyme which had not been fully
882: 10    studied over the years but that
882: 11    people had begun to understand was
882: 12    having an important effect on the
882: 13    health of the vessel wall, as well
882: 14    as on the ability of blood to
882: 15    clot, as well as on the function
882: 16    of the arteries, and that this is
882: 17    an important area because there's
882: 18    a lot of very exciting research
882: 19    going on, that COX-2 has a lot to

| Designated Testimony | Objections | Rulings |
|---|---|---|

882: 20   do with the arteries.
882: 21   BY MR. TISI:
882: 22   Q.   Now, and when you took those
882: 23       issues and you actually studied them in
882: 24       human beings, what did you find?

**883:9   -   883:15**   Avorn, Jerome 2006-06-30
883: 9    THE WITNESS:  In brief, we
883: 10   found that when all is said and
883: 11   done, if you look at real typical
883: 12   patients out there in the
883: 13   community, they were more likely
883: 14   to have heart attacks if they were
883: 15   taking Vioxx.

**884:15   -   884:23**   Avorn, Jerome 2006-06-30
884: 15   Q.   In your article that you
884: 16   wrote, did you acknowledge, and we went
884: 17   through some of the articles on both
884: 18   sides of the issue, that perhaps Vioxx
884: 19   could have a beneficial effect and a bad
884: 20   effect in terms of the animal models that
884: 21   you identified?
884: 22   A.   Right.  Those are the
884: 23   citations that Mr. Beck asked me about.

**886:8   -   887:5**   Avorn, Jerome 2006-06-30
886: 8    THE WITNESS:  In fairness, I
886: 9    can't speak to what Merck did or
886: 10   didn't say.  This is an article
886: 11   written by many people, and there
886: 12   will be other testimony about what
886: 13   Merck did or didn't do in relation
886: 14   to the presentation of the
886: 15   findings in VIGOR.
886: 16   So, I can speak just to the
886: 17   paper as it appeared in the New
886: 18   England Journal that Dr.
886: 19   Bombardier and colleagues wrote.
886: 20   We know there was a lot of
886: 21   interaction with Merck, but let me
886: 22   just speak about the paper.
886: 23   The paper is really
886: 24   presented in a very one-sided way.
887: 1    It was all about the good news,
887: 2    and the bad news was presented in
887: 3    a way that minimized, in fact,
887: 4    inverted it so that it was not
887: 5    even presented as bad news.

**887:14   -   887:20**   Avorn, Jerome 2006-06-30
887: 14   Q.   In any of the materials that
887: 15   you've seen, the educational materials,
887: 16   the label, the medical literature,
887: 17   anything that came out of Merck, was
887: 18   there ever an acknowledgment that at
887: 19   least a potential mechanism of action was
887: 20   that this drug would be prothrombotic?

**888:5   -   888:11**   Avorn, Jerome 2006-06-30
888: 5    Q.   Well, let me ask you the
888: 6    question.
888: 7    What, if anything, have you
888: 8    ever seen -- have you seen in any of the
888: 9    Merck literature that presented Vioxx as
888: 10   having any potential side effects before
888: 11   APPROVe?

**888:17   -   890:3**   Avorn, Jerome 2006-06-30
888: 17   THE WITNESS:  The vast
888: 18   preponderance of the material that

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 172 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn (MD)

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 888: 19 | Merck produced either in articles | | |
| 888: 20 | that it had its staff or | | |
| 888: 21 | consultants author, or the | | |
| 888: 22 | educational so-called materials | | |
| 888: 23 | for physicians, the vast, vast | | |
| 888: 24 | predominance of it was all the | | |
| 889: 1 | good things about Vioxx.  And I | | |
| 889: 2 | cannot recall any materials that | | |
| 889: 3 | Merck produced that said this drug | | |
| 889: 4 | may increase -- may be | | |
| 889: 5 | prothrombotic, except in reciting | | |
| 889: 6 | the VIGOR data. | | |
| 889: 7 | BY MR. TISI: | | |
| 889: 8 | Q.  Doctor, do you remember the | | |
| 889: 9 | Tuleja article that you were asked about? | | |
| 889: 10 | Do you remember whether these men -- and | | |
| 889: 11 | this was the -- | | |
| 889: 12 | A.  Bleeding. | | |
| 889: 13 | Q.  -- bleeding time study that | | |
| 889: 14 | we talked about before. | | |
| 889: 15 | Do you remember whether | | |
| 889: 16 | these were healthy or unhealthy men? | | |
| 889: 17 | A.  They were healthy men as far | | |
| 889: 18 | as I know. | | |
| 889: 19 | Q.  Do you know whether or not | | |
| 889: 20 | they looked at -- what kind of vessels | | |
| 889: 21 | they looked at?  Did they look at | | |
| 889: 22 | capillaries, coronary arteries, anything | | |
| 889: 23 | like that? | | |
| 889: 24 | A.  I don't recall what kind of | | |
| 890: 1 | vessels. | | |
| 890: 2 | Q.  Let me show you the article. | | |
| 890: 3 | I'm showing you my copy. | | |
| **890:13  -  892:7** | Avorn, Jerome 2006-06-30 | | |
| 890: 13 | THE WITNESS:  It says, | | |
| 890: 14 | "Standard microvascular injury." | | |
| 890: 15 | BY MR. TISI: | | |
| 890: 16 | Q.  What does that mean to you? | | |
| 890: 17 | A.  That it is an experimental | | |
| 890: 18 | technique in which they damage the | | |
| 890: 19 | smallest vessels. | | |
| 890: 20 | Q.  Okay. | | |
| 890: 21 | Are those the same kind of | | |
| 890: 22 | vessels that cause heart attacks in human | | |
| 890: 23 | beings? | | |
| 890: 24 | A.  No. | | |
| 891: 1 | Q.  Okay. | | |
| 891: 2 | Did they have | | |
| 891: 3 | atherosclerosis? | | |
| 891: 4 | A.  No.  They were healthy men. | | |
| 891: 5 | Q.  And can you tell us who | | |
| 891: 6 | funded this particular study? | | |
| 891: 7 | A.  Merck of Poland. | | |
| 891: 8 | Q.  Let's go on to the next -- | | |
| 891: 9 | A.  And in fairness, the Polish | | |
| 891: 10 | State Research Council. | | |
| 891: 11 | Q.  Let's discuss the 2001 | | |
| 891: 12 | Advisory Committee for a moment.  Do you | | |
| 891: 13 | have that transcript there?  I believe | | |
| 891: 14 | it's the big one there. | | |
| 891: 15 | A.  Okay. | | |
| 891: 16 | Q.  I'd like to take you through | | |
| 891: 17 | some things here. | | |
| 891: 18 | First of all, I would like | | |
| 891: 19 | to orient the jury.  This was an Advisory | | |
| 891: 20 | Committee that was held in February of | | |
| 891: 21 | 2001 to discuss the VIGOR data? | | |
| 891: 22 | A.  Yes. | | |
| 891: 23 | Q.  First of all, tell us a | | |
| 891: 24 | little bit about Advisory Committees. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

892: 1        Are they -- how many drugs do they see
892: 2        over the course of sitting as an Advisory
892: 3        Committee?
892: 4    A.  It will vary.  Sometimes
892: 5        they will see a bunch at one sitting.
892: 6        Sometimes they will focus just on one
892: 7        drug.

**892:18  -  894:12**    Avorn, Jerome 2006-06-30
892: 18        And do they typically
892: 19        receive a packet of information prior to
892: 20        going in and sitting and hearing
892: 21        presentations?
892: 22    A.  Yeah.  But sometimes it's
892: 23        just like the day before.
892: 24    Q.  And how much information do
893: 1        they actually get if you're typically
893: 2        speaking?
893: 3    A.  Well, again, it varies.
893: 4        Sometimes they get a ream that colleagues
893: 5        of mine who are on these committees say
893: 6        they can't possibly get through.
893: 7        Sometimes they get just a small packet.
893: 8    Q.  And who typically presents
893: 9        at these Advisory Committees?
893: 10    A.  There will often be somebody
893: 11        from FDA presenting.  There will often be
893: 12        somebody from the company presenting.
893: 13        And sometimes they even have patients
893: 14        presenting.
893: 15    Q.  Now, looking at the Advisory
893: 16        Committee of 2001, this would have been
893: 17        approximately a year after Merck became
893: 18        aware of the VIGOR results?
893: 19    A.  Right.
893: 20    Q.  And would you go to the
893: 21        transcript at Page 5, if you could.
893: 22        First of all, it's a
893: 23        presentation by Dr. Goldman.
893: 24    A.  Okay.
894: 1    Q.  And Dr. Goldman, I'll
894: 2        represent to you, is the Merck
894: 3        representative.
894: 4    A.  Right.
894: 5    Q.  Do you see where it says,
894: 6        "We believe that the highly significant
894: 7        results from VIGOR mirrored a
894: 8        modification of the product label to
894: 9        reflect a more appropriate presentation
894: 10        of the demonstrated GI safety benefits
894: 11        that is specific to Vioxx"?
894: 12        Do you see that?

**895:7  -  895:19**    Avorn, Jerome 2006-06-30
895: 7        Do you have any
895: 8        understanding reading that as to what the
895: 9        primary purpose of this Advisory
895: 10        Committee was?
895: 11    A.  Well, sure.  Not just from
895: 12        that paragraph, but from having reviewed
895: 13        the transcript, the question, as well as
895: 14        the rest of the history.  The question
895: 15        was whether the official labeling of
895: 16        Vioxx was going to be revised to include
895: 17        in it information about Vioxx having a
895: 18        greater safety on the GI tract compared
895: 19        to other drugs.

**898:20  -  899:18**    Avorn, Jerome 2006-06-30
898: 20    Q.  First of all, this is an
898: 21        internal e-mail from Merck dated January

| Designated Testimony | Objections | Rulings |
|---|---|---|

898: 22     29th, 2001; is that correct?
898: 23    A. That's right.
898: 24    Q. And is this before the
899: 1      February 8th Advisory Committee?
899: 2    A. About a week before.
899: 3    Q. Okay.
899: 4      And do you see the first,
899: 5      the e-mail from Dr. Shapiro to, among
899: 6      other things, Alise Reicin?
899: 7    A. Which one is that, that you
899: 8      want me to look at?
899: 9    Q. The very top of the page.
899: 10    A. The top one.
899: 11    Q. Uh-huh. Do you see that?
899: 12    A. From Dr. Shapiro to Dr.
899: 13      Reicin, yes.
899: 14    Q. Yes.
899: 15      And that's the same Dr.
899: 16      Reicin that made the presentation to the
899: 17      Advisory Committee --
899: 18    A. Right.

**900:7 - 900:16**    Avorn, Jerome 2006-06-30
900: 7      THE WITNESS: Yes. 30 to
900: 8      10.
900: 9      BY MR. TISI:
900: 10    Q. Okay.
900: 11      Is that the kind of
900: 12      information --
900: 13      Do you know whether that
900: 14      information was ever shared with the
900: 15      members of the Advisory Committee?
900: 16    A. I don't believe it was.

**901:10 - 901:13**    Avorn, Jerome 2006-06-30
901: 10    A. To my knowledge, that
901: 11      information was never shared with the
901: 12      Advisory Committee as it was thinking
901: 13      about the labeling.

**901:23 - 902:9**    Avorn, Jerome 2006-06-30
901: 23      THE WITNESS: Sure. Dr.
901: 24      Deborah Shapiro was a
902: 1      biostatistician, I believe, who
902: 2      worked for Merck, and she was
902: 3      asked to pull together an overview
902: 4      of all of the studies of -- all
902: 5      the clinical studies of Vioxx that
902: 6      was presented at some Merck
902: 7      management meeting, and I had
902: 8      occasion to review the data from
902: 9      that report.

**902:11 - 902:16**    Avorn, Jerome 2006-06-30
902: 11    Q. And what did that data show
902: 12      you --
902: 13      And I'll represent to you
902: 14      that that data was compiled and shared
902: 15      within Merck in the fall of 2000 before
902: 16      this Advisory Committee.

**903:11 - 903:21**    Avorn, Jerome 2006-06-30
903: 11      THE WITNESS: My
903: 12      recollection was that that was an
903: 13      analysis that was done once VIGOR
903: 14      and ADVANTAGE and 090 and a number
903: 15      of other studies had been
903: 16      completed, and it was an overview
903: 17      of the relative events in Vioxx
903: 18      versus the various comparator
903: 19      groups. And there is a summary

| Designated Testimony | Objections | Rulings |
|---|---|---|

903: 20    slide that I've looked at that if
903: 21    you have --

**906:14  -  907:2**    Avorn, Jerome 2006-06-30
906: 14    Q.  Doctor, first of all, what
906: 15    is this?
906: 16    A.  This is Bates Number
906: 17    MRK-NJ0070364.  It's now marked as
906: 18    Exhibit 61.  And it's labeled, "Vioxx
906: 19    Preliminary Cardiovascular Meta-Analysis,
906: 20    Dr. Deborah Shapiro, October 18th, 2000."
906: 21    Q.  So, that would have been
906: 22    before the Advisory Committee raised
906: 23    their hands and made any kind of
906: 24    recommendations on labeling changes that
907: 1    Mr. Beck asked you about?
907: 2    A.  Months before.

**907:6  -  907:9**    Avorn, Jerome 2006-06-30
907: 6    Did Dr. Shapiro do a
907: 7    meta-analysis of MI-only events seen in
907: 8    the Vioxx clinical trials?
907: 9    A.  Yes.

**907:13  -  907:14**    Avorn, Jerome 2006-06-30
907: 13    Q.  What did Dr. Shapiro present
907: 14    within Merck in October of 2000?

**907:17  -  908:7**    Avorn, Jerome 2006-06-30
907: 17    THE WITNESS:  The MI
907: 18    endpoint of rofecoxib or Vioxx
907: 19    versus nonsteroidals.  And there's
907: 20    a summary of a variety of the
907: 21    studies with the number of
907: 22    patients in them, the number of
907: 23    patients who had events, the
907: 24    rates, and then the relative
908: 1    risks, which is the risk of the
908: 2    event in Vioxx compared to the
908: 3    nonsteroidal drug that it was
908: 4    compared to.
908: 5    BY MR. TISI:
908: 6    Q.  Okay.
908: 7    And what does it indicate?

**908:17  -  910:2**    Avorn, Jerome 2006-06-30
908: 17    A.  The first row is all
908: 18    patients, which I assume is a summary of
908: 19    everything else on the slide.  And
908: 20    basically it says relative risk 2.02 with
908: 21    a confidence interval of 1.44 to 3.55,
908: 22    which basically means a doubling of risk
908: 23    of heart attacks in the overview of all
908: 24    the studies that Dr. Shapiro of Merck
909: 1    evaluated, which, interestingly, was
909: 2    almost exactly the same number as the
909: 3    APPROVe study in many years would find.
909: 4    And then she subdivides that
909: 5    into other studies, specific studies.
909: 6    So, VIGOR, and she then has a five-fold
909: 7    increase in heart attacks listed for
909: 8    VIGOR.  ADVANTAGE, she has a 2.95 or
909: 9    almost a three-fold increase in heart
909: 10    attacks in the ADVANTAGE study.  One
909: 11    called RA has a relative risk of 1.82 or
909: 12    almost a doubling of risk.
909: 13    I think this is probably a
909: 14    summary of all the RA studies, that is,
909: 15    all the rheumatoid arthritis studies.
909: 16    And the next line is non-RA, which, I
909: 17    guess, is the non-rheumatoid arthritis

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 909: 18 | studies, and that has a relative risk of | | |
| 909: 19 | 1.68 or a 68 percent increase.  And then | | |
| 909: 20 | the last line is 0A-069, and that has a | | |
| 909: 21 | lower number of 0.55. | | |
| 909: 22 | Q.  Now, Doctor, looking at the | | |
| 909: 23 | overall results, is that, that greater | | |
| 909: 24 | than 2.0, is that the level that Dr. | | |
| 910: 1 | Strom in his book that Mr. Beck put in | | |
| 910: 2 | front of you is highly significant? | | |
| | | | |
| 910:11 - 910:18 | Avorn, Jerome 2006-06-30 | | |
| 910: 11 | THE WITNESS:  It's a | | |
| 910: 12 | doubling of risk, and that is in | | |
| 910: 13 | the category -- it's slightly | | |
| 910: 14 | greater than a doubling of risk, | | |
| 910: 15 | and that is in the category that, | | |
| 910: 16 | according to Dr. Strom's textbook, | | |
| 910: 17 | would be categorized as an | | |
| 910: 18 | important big deal. | | |
| | | | |
| 911:4 - 911:12 | Avorn, Jerome 2006-06-30 | | |
| 911: 4 | Q.  Going back to the Advisory | | |
| 911: 5 | Committee which raised its hand and Mr. | | |
| 911: 6 | Beck asked you questions about what they | | |
| 911: 7 | recommended and why they recommended, the | | |
| 911: 8 | basis of their recommendations, was Dr. | | |
| 911: 9 | Shapiro's analysis, to your knowledge, | | |
| 911: 10 | shared by Dr. Reicin before the Advisory | | |
| 911: 11 | Committee when they raised their hand and | | |
| 911: 12 | made their votes? | | |
| | | | |
| 911:15 - 911:18 | Avorn, Jerome 2006-06-30 | | |
| 911: 15 | THE WITNESS:  To my | | |
| 911: 16 | knowledge, none of this | | |
| 911: 17 | information was shared with the | | |
| 911: 18 | Advisory Committee by Merck. | | |
| | | | |
| 922:20 - 923:2 | Avorn, Jerome 2006-06-30 | | |
| 922: 20 | Q.  Now, as a result of the | | |
| 922: 21 | Advisory Committee, the FDA did make a | | |
| 922: 22 | recommendation to Merck, did it not? | | |
| 922: 23 | A.  Yes. | | |
| 922: 24 | Q.  And when it did, did it ask | | |
| 923: 1 | that a warning for cardiovascular events | | |
| 923: 2 | be included in the label? | | |
| | | | |
| 923:8 - 923:12 | Avorn, Jerome 2006-06-30 | | |
| 923: 8 | THE WITNESS:  Yes, they did. | | |
| 923: 9 | The documents I reviewed indicated | | |
| 923: 10 | that was a request. | | |
| 923: 11 | BY MR. TISI: | | |
| 923: 12 | Q.  And was that ever done? | | |
| | | | |
| 923:20 - 924:6 | Avorn, Jerome 2006-06-30 | | |
| 923: 20 | Q.  Was it ever done? | | |
| 923: 21 | A.  It was never done, to my | | |
| 923: 22 | knowledge. | | |
| 923: 23 | Q.  He asked you -- Mr. Beck | | |
| 923: 24 | asked you many questions about Dr. Topol | | |
| 924: 1 | and Dr. Nissen. | | |
| 924: 2 | A.  Right. | | |
| 924: 3 | Q.  Have you read Dr. Topol and | | |
| 924: 4 | Dr. Nissen's public articles concerning | | |
| 924: 5 | Vioxx? | | |
| 924: 6 | A.  Sure. | | |
| | | | |
| 925:7 - 925:17 | Avorn, Jerome 2006-06-30 | | |
| 925: 7 | Since you were asked on your | | |
| 925: 8 | cross-examination about Dr. Nissen and | | |
| 925: 9 | Dr. Topol, I'm going to ask you this | | |
| 925: 10 | question. | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 177 of 185

Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | Objections | Rulings |
|---|---|---|

925: 11  Having read -- having read
925: 12  their scholarship on and their articles
925: 13  on Vioxx --
925: 14  A. Yes.
925: 15  Q. -- how would you
925: 16  characterize their scholarship in terms
925: 17  of the risks and benefits of Vioxx?

**925:22 - 926:6**  Avorn, Jerome 2006-06-30
925: 22  THE WITNESS:  I think a fair
925: 23  summary of what they have written,
925: 24  and that's what I do, I summarize
926: 1  the literature and look at what
926: 2  particular papers say viewed in
926: 3  the aggregate, is that both of
926: 4  them for years have expressed
926: 5  grave concerns about the safety of
926: 6  Vioxx.

**927:14 - 927:19**  Avorn, Jerome 2006-06-30
927: 14  Turning to your study.
927: 15  First of all, is the concept that you
927: 16  referred to, the "depletion of the
927: 17  susceptibles," a generally accepted
927: 18  concept in epidemiology?
927: 19  A. Yes.

**928:22 - 929:1**  Avorn, Jerome 2006-06-30
928: 22  What was your explanation of
928: 23  why you did not see a risk after 90 days
928: 24  when you were asked that question by Mr.
929: 1  Beck?

**929:9 - 930:2**  Avorn, Jerome 2006-06-30
929: 9  Whether or not I used the
929: 10  term "depletion of susceptibles,"
929: 11  I certainly said to Mr. Beck that
929: 12  our understanding of the failure
929: 13  to see an effect after 90 days was
929: 14  that in an observational study
929: 15  where we're not controlling who
929: 16  takes what drug, patients who were
929: 17  going to get into trouble with
929: 18  Vioxx, many of them had already
929: 19  done so by 90 days or had had
929: 20  related side effects to cause them
929: 21  to drop out of the study, and that
929: 22  that is what I believe explains
929: 23  why we did not see an effect after
929: 24  90 days, even though it is now
930: 1  well known that there is an effect
930: 2  after 90 days.

**930:8 - 930:19**  Avorn, Jerome 2006-06-30
930: 8  Q. Is there a scientific or
930: 9  epidemiologic term for that phenomenon --
930: 10  A. Yes.
930: 11  Q. -- that you just described?
930: 12  A. It is called "depletion of
930: 13  susceptibles."
930: 14  Q. And is that something that
930: 15  is generally recognized in the
930: 16  epidemiologic community as a principle of
930: 17  when you look at epidemiologic studies
930: 18  like this?
930: 19  A. Yes.

**931:5 - 932:2**  Avorn, Jerome 2006-06-30
931: 5  Q. You mentioned that in
931: 6  response to Mr. Beck's question that one
931: 7  of the reasons that it might -- that

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 931: 8     people may drop out in the first 30 to 90 | | |
| 931: 9     days would be things like hypertension, | | |
| 931: 10    CHF, those kinds of things, just | | |
| 931: 11    referring you to testimony.  Do you | | |
| 931: 12    remember that testimony? | | |
| 931: 13    A.  Yes. | | |
| 931: 14    Q.  Okay. | | |
| 931: 15    You have done studies into | | |
| 931: 16    comparing celecoxib or Vioxx -- Celebrex | | |
| 931: 17    and Vioxx on the issue of hypertension | | |
| 931: 18    and congestive heart failure.  Have you | | |
| 931: 19    done those kinds of studies? | | |
| 931: 20    A.  That is correct. | | |
| 931: 21    Q.  Okay. | | |
| 931: 22    Would those be the same two | | |
| 931: 23    comparators that were involved in your MI | | |
| 931: 24    study that we're referring to as Exhibit | | |
| 932: 1     Number 7? | | |
| 932: 2     A.  Yes. | | |
| | | |
| **932:20  -  933:2**    Avorn, Jerome 2006-06-30 | | |
| 932: 20    Is there a scientific basis, | | |
| 932: 21    based upon your own studies, for your | | |
| 932: 22    conclusion that people in the first 30 to | | |
| 932: 23    90 days would drop out at a greater rate | | |
| 932: 24    compared to Celebrex because of | | |
| 933: 1     hypertension and congestive heart | | |
| 933: 2     failure? | | |
| | | |
| **933:8  -  933:13**    Avorn, Jerome 2006-06-30 | | |
| 933: 8     A.  Yes.  Our studies of | | |
| 933: 9     hypertension in Vioxx, as well as those | | |
| 933: 10    of others such as Dr. Whelton, indicate a | | |
| 933: 11    higher rate of patients becoming | | |
| 933: 12    hypertensive when they take Vioxx | | |
| 933: 13    compared to when they take Celebrex. | | |
| | | |
| **934:15  -  936:18**    Avorn, Jerome 2006-06-30 | | |
| 934: 15    Q.  Could you please go, Doctor, | | |
| 934: 16    to your methods and results section of | | |
| 934: 17    your paper that's up on the screen here? | | |
| 934: 18    A.  Yes. | | |
| 934: 19    Q.  Could you -- I think it's 4, | | |
| 934: 20    where it says .054, the p-value that Mr. | | |
| 934: 21    Beck -- | | |
| 934: 22    A.  Yes. | | |
| 934: 23    Q.  -- was asking you about. | | |
| 934: 24    How many lines up is it?  My eyes are not | | |
| 935: 1     so good. | | |
| 935: 2     A.  No.  It's in the abstract. | | |
| 935: 3     Q.  In the abstract portion of | | |
| 935: 4     it. | | |
| 935: 5     A.  If you could just blow up | | |
| 935: 6     the bottom half of the methods section. | | |
| 935: 7     Q.  Right there.  Right there. | | |
| 935: 8     A.  Yeah, that's good.  Okay. | | |
| 935: 9     It's on Lines 2 and 3. | | |
| 935: 10    Q.  Do you see that? | | |
| 935: 11    A.  Yes. | | |
| 935: 12    Q.  You were asked some | | |
| 935: 13    questions about some suggestions by the | | |
| 935: 14    Journal of the American Medical | | |
| 935: 15    Association, about including the fact -- | | |
| 935: 16    including information about statistical | | |
| 935: 17    significance.  Do you remember those | | |
| 935: 18    questions? | | |
| 935: 19    A.  Yes. | | |
| 935: 20    Q.  Did you do anything in | | |
| 935: 21    response to that particular suggestion | | |
| 935: 22    when you resubmitted the paper to | | |
| 935: 23    Circulation? | | |

**Dedrick v. Merck Co., Inc.**
Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 179 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 935: 24 | A.  Yes.  As Dr. Solomon | | |
| 936: 1 | indicated on his handwritten note that | | |
| 936: 2 | Mr. Beck projected, we put the p-value | | |
| 936: 3 | into the abstract, as you can see it | | |
| 936: 4 | right there. | | |
| 936: 5 | Q.  And for anybody who's | | |
| 936: 6 | reading this article, is the p-value | | |
| 936: 7 | prominently displayed for them to look | | |
| 936: 8 | at? | | |
| 936: 9 | A.  Sure.  It's right there. | | |
| 936: 10 | It's on line -- of the blowup, it's line | | |
| 936: 11 | 3, just a couple of characters in.  If | | |
| 936: 12 | you can highlight that.  It's right | | |
| 936: 13 | there, p=.054. | | |
| 936: 14 | Q.  Now, in your article in the | | |
| 936: 15 | journal of the -- comments of the Journal | | |
| 936: 16 | of the American Medical Association, | | |
| 936: 17 | which I believe was Exhibit Number 54, if | | |
| 936: 18 | you can pull that, please. | | |
| | | | |
| 937:2  -  937:13 | Avorn, Jerome 2006-06-30 | | |
| 937: 2 | Q.  Overall comments of the | | |
| 937: 3 | people that investigated -- who looked at | | |
| 937: 4 | the paper, the peer reviewers? | | |
| 937: 5 | A.  Yes.  Do you want to | | |
| 937: 6 | indicate what page you're looking at? | | |
| 937: 7 | Q.  Page 2. | | |
| 937: 8 | A.  Page 2 of what?  Page 2 -- | | |
| 937: 9 | well, yeah.  It's, I guess, Bates Number | | |
| 937: 10 | 3253 -- | | |
| 937: 11 | Q.  Yes. | | |
| 937: 12 | A.  -- is probably the best way | | |
| 937: 13 | to refer to it. | | |
| | | | |
| 937:20  -  938:13 | Avorn, Jerome 2006-06-30 | | |
| 937: 20 | Q.  First of all, just so | | |
| 937: 21 | everybody understands, these are | | |
| 937: 22 | anonymous peer reviewers who look at | | |
| 937: 23 | manuscripts that are submitted for | | |
| 937: 24 | publication.  Is that fair? | | |
| 938: 1 | A.  Right. | | |
| 938: 2 | Q.  So, you don't know who these | | |
| 938: 3 | people are? | | |
| 938: 4 | A.  Right. | | |
| 938: 5 | Q.  You don't know whether they | | |
| 938: 6 | -- who they work for, what their academic | | |
| 938: 7 | or affiliation is, nothing? | | |
| 938: 8 | A.  Right.  Just experts in the | | |
| 938: 9 | field. | | |
| 938: 10 | Q.  Okay. | | |
| 938: 11 | Now, what is the result -- | | |
| 938: 12 | what does the first author say about the | | |
| 938: 13 | manuscript as a general matter? | | |
| | | | |
| 940:12  -  943:2 | Avorn, Jerome 2006-06-30 | | |
| 940: 12 | THE WITNESS:  Okay. | | |
| 940: 13 | I think in the interest of | | |
| 940: 14 | time, I can just indicate that | | |
| 940: 15 | reviews always start out with an | | |
| 940: 16 | overview, and there's a | | |
| 940: 17 | line-and-a-half overview that is | | |
| 940: 18 | the reviewer's general impression. | | |
| 940: 19 | I will just read the | | |
| 940: 20 | line-and-a-half overview. | | |
| 940: 21 | "This manuscript reports a | | |
| 940: 22 | well-thought out investigation and | | |
| 940: 23 | is well written and concise. | | |
| 940: 24 | There are a number of probably | | |
| 941: 1 | minor issues and one major issue." | | |
| 941: 2 | That's the general overview as | | |
| 941: 3 | stated by the reviewer. | | |

Dedrick v. Merck Co., Inc.
Case 2:05-md-01657-EEF-DEK   Document 8843-7   Filed 11/20/06   Page 180 of 185
Plaintiff's and Defendant's Designations of Jerome Avorn, MD

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 941: 4    BY MR. TISI: | | |
| 941: 5    Q.  Okay. | | |
| 941: 6       Going to the next comment. | | |
| 941: 7    A.  The next reviewer, you mean? | | |
| 941: 8    Q.  Yes.  Could you please read | | |
| 941: 9       the -- | | |
| 941: 10   A.  Okay. | | |
| 941: 11      Yes.  Again, the overview | | |
| 941: 12      that the reviewer presents.  "The authors | | |
| 941: 13      have conducted a large scale study with | | |
| 941: 14      appropriate analysis." | | |
| 941: 15   Q.  Keep going, please. | | |
| 941: 16   A.  "The strength of the | | |
| 941: 17      manuscript is the consistency of findings | | |
| 941: 18      for different subgroups and the | | |
| 941: 19      sensitivity analysis.  However, | | |
| 941: 20      conclusions must be tempered with caveats | | |
| 941: 21      regarding retrospective data from a | | |
| 941: 22      database, rather than a prospective | | |
| 941: 23      randomized control trial or even a cohort | | |
| 941: 24      observational study with propensity | | |
| 942: 1       analysis of the likelihood of receiving a | | |
| 942: 2       particular treatment." | | |
| 942: 3    Q.  Okay. | | |
| 942: 4       Now, in your study that was | | |
| 942: 5       published, did you address the | | |
| 942: 6       limitations of observational analyses? | | |
| 942: 7       Did you address the potential issues of | | |
| 942: 8       the study that you conducted with Dr. | | |
| 942: 9       Solomon? | | |
| 942: 10   A.  I believe we did that, yes. | | |
| 942: 11   Q.  Going to the next reviewer's | | |
| 942: 12      comments.  I'd like to refer you to | | |
| 942: 13      the general comment that says, "The | | |
| 942: 14      study's results are interesting." | | |
| 942: 15   A.  Yes. | | |
| 942: 16   Q.  Okay. | | |
| 942: 17      "The study's results are | | |
| 942: 18      interesting, but not novel." | | |
| 942: 19   A.  Right. | | |
| 942: 20   Q.  "Previous observational | | |
| 942: 21      studies and meta-analyses have already | | |
| 942: 22      suggested a deleterious effect of | | |
| 942: 23      rofecoxib and/or a protective effect of | | |
| 942: 24      naproxen." | | |
| 943: 1       Do you see that? | | |
| 943: 2    A.  Yes. | | |
| | | |
| 953:1  -  953:22    Avorn, Jerome 2006-06-30 | | |
| 953: 1       Did you have the information | | |
| 953: 2       that you have been made aware of during | | |
| 953: 3       the course of this litigation about, let | | |
| 953: 4       me ask you, trial 090?  Did you know | | |
| 953: 5       that? | | |
| 953: 6    A.  No, I did not have that | | |
| 953: 7       information. | | |
| 953: 8    Q.  Did you know of the results | | |
| 953: 9       of the ADVANTAGE trial that you now know? | | |
| 953: 10   A.  I did not have that | | |
| 953: 11      information. | | |
| 953: 12   Q.  Did you know of the results | | |
| 953: 13      of the Alzheimer's study that you now | | |
| 953: 14      know? | | |
| 953: 15   A.  Right.  There was no way I | | |
| 953: 16      could have seen that information. | | |
| 953: 17   Q.  Did you know that in the | | |
| 953: 18      Alzheimer's study there was an imbalance | | |
| 953: 19      of cardiovascular deaths, 8 to 2?  Did | | |
| 953: 20      you know that? | | |
| 953: 21   A.  That information was never | | |
| 953: 22      made available. | | |

Dedrick v. Merck Co., Inc.

Case 2:05-md-01657-EEF-DEK   Plaintiff's and Defendant's Designations of Jerome Avorn, MD   Document 8843-7   Filed 11/20/06   Page 181 of 185

| Designated Testimony | Objections | Rulings |
|---|---|---|

**954:14 - 954:20**   Avorn, Jerome 2006-06-30
954: 14   Q.  Is that the kind of
954: 15       information that you as a doctor helping
954: 16       make decisions about what goes on a
954: 17       pharmaceutical and therapeutics committee
954: 18       at the Brigham hospital would have wanted
954: 19       to know when you were making decisions
954: 20       about patients in your hospital?

**955:3 - 955:10**   Avorn, Jerome 2006-06-30
955: 3       If a drug doubles the risk
955: 4       of death, I would want to know that as a
955: 5       member of the pharmacy and therapeutics
955: 6       committee, because I would not be
955: 7       comfortable having that drug on our
955: 8       formulary unless it had some incredible
955: 9       beneficial property that would outweigh
955: 10      the doubling of the risk of death.

**956:22 - 957:8**   Avorn, Jerome 2006-06-30
956: 22   Q.  Doctor, you wrote this in
956: 23       the 2002/2003 time frame, which would
956: 24       have been about the time that you were
957: 1        writing these or editing these particular
957: 2        things for the Brigham?
957: 3    A.  Right.
957: 4    Q.  Would you tell us, sir, what
957: 5        you wrote in that time frame about the
957: 6        risk of heart attack based upon your
957: 7        understanding of the evidence?
957: 8    A.  Yes.

**957:12 - 958:3**   Avorn, Jerome 2006-06-30
957: 12       THE WITNESS:  The first full
957: 13       paragraph on Page 202, "As for the
957: 14       products in question:" which is
957: 15       the COX-2 inhibitors, "Years of
957: 16       clinical research and experience
957: 17       have confirmed that the coxibs,"
957: 18       or COX-2 inhibitors, "are no more
957: 19       effective than older drugs,
957: 20       despite massive ad campaigns that
957: 21       subtly imply otherwise.  And while
957: 22       the coxibs do reduce gastric
957: 23       bleeding somewhat, this advantage
957: 24       appears to be modest.  Then, of
958: 1        course, came the findings that
958: 2        these medications can increase the
958: 3        risk of heart attack and stroke."

**958:23 - 960:4**   Avorn, Jerome 2006-06-30
958: 23   Q.  I thought this was --
958: 24   A.  Right, right.  No.  The
959: 1        paperback was published later.  So, let
959: 2        me read from Page 202 of the book as it
959: 3        was -- came out in mid-'04, having been
959: 4        written in 2002/2003.  Okay.  To read.
959: 5        "As for the products in
959: 6        question, years of clinical research and
959: 7        experience have confirmed that the coxibs
959: 8        are no more effective than older drugs
959: 9        despite massive ad campaigns that subtly
959: 10       imply otherwise.  And while the coxibs do
959: 11       reduce gastric bleeding somewhat, this
959: 12       advantage appears to be modest.  Concerns
959: 13       have also emerged about other safety
959: 14       problems, primarily for Merck's Vioxx.
959: 15       Research led by Dr. Dan Solomon in my
959: 16       division, as well as studies from
959: 17       Vanderbilt University, and even Merck's

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 959: 18   own clinical trial data, indicate that | | |
| 959: 19   Vioxx can increase the risk of heart | | |
| 959: 20   attack, as well as cause high blood | | |
| 959: 21   pressure. | | |
| 959: 22   "Nonetheless, extravagant | | |
| 959: 23   marketing aimed at patients and doctors | | |
| 959: 24   have made these among the most profitable | | |
| 960: 1   drugs ever sold.  Those of us who work at | | |
| 960: 2   universities may not be very good at | | |
| 960: 3   turning ordinary things into gold, but | | |
| 960: 4   others clearly are." | | |
| | | |
| **962:3  -  962:12**   Avorn, Jerome 2006-06-30 | | |
| 962: 3   Would you please read the | | |
| 962: 4   one sentence that begins with the word | | |
| 962: 5   "Research." | | |
| 962: 6   A.  "Research led by Dr. Dan | | |
| 962: 7   Solomon in my division, as well as | | |
| 962: 8   studies from Vanderbilt University, and | | |
| 962: 9   even Merck's own clinical trial data, | | |
| 962: 10   indicate that Vioxx can increase the risk | | |
| 962: 11   of heart attack, as well as cause high | | |
| 962: 12   blood pressure." | | |
| | | |
| **963:6  -  963:9**   Avorn, Jerome 2006-06-30 | | |
| 963: 6   Is there information that | | |
| 963: 7   you were not aware of that you are now | | |
| 963: 8   aware of that would have changed in any | | |
| 963: 9   way your statement in your book? | | |
| | | |
| **963:16  -  963:20**   Avorn, Jerome 2006-06-30 | | |
| 963: 16   THE WITNESS:  The | | |
| 963: 17   information that I have become | | |
| 963: 18   aware of since the withdrawal of | | |
| 963: 19   the drug would have just made that | | |
| 963: 20   an even stronger statement. | | |
| | | |
| **964:11  -  965:5**   Avorn, Jerome 2006-06-30 | | |
| 964: 11   Q.  Is there anything about | | |
| 964: 12   these documents that Mr. Beck showed you | | |
| 964: 13   that needs to be clarified, sir? | | |
| 964: 14   A.  Yes.  If the question is, | | |
| 964: 15   what did I believe about the riskiness of | | |
| 964: 16   Vioxx or the safety of Vioxx in 2003, I | | |
| 964: 17   think probably the most relevant piece is | | |
| 964: 18   the fact that Dr. Solomon and I asked our | | |
| 964: 19   pharmacy and therapeutics committee, | | |
| 964: 20   which we both sit on, to remove high-dose | | |
| 964: 21   Vioxx from the formulary because we felt | | |
| 964: 22   that it was unnecessarily safe (sic), and | | |
| 964: 23   we questioned the decision of having | | |
| 964: 24   Vioxx be the COX-2 of choice at our | | |
| 965: 1   hospital because we felt that at any | | |
| 965: 2   dose, it was not as safe as other | | |
| 965: 3   alternatives, and we requested the | | |
| 965: 4   hospital computer system be changed to | | |
| 965: 5   reflect that. | | |
| | | |
| **966:24  -  967:6**   Avorn, Jerome 2006-06-30 | | |
| 966: 24   THE WITNESS:  Yes, I do. | | |
| 967: 1   And I did at the time that we | | |
| 967: 2   prepared the document educating | | |
| 967: 3   the Brigham doctors that Mr. Beck | | |
| 967: 4   asked me about. | | |
| 967: 5   BY MR. TISI: | | |
| 967: 6   Q.  And what was that opinion? | | |
| | | |
| **967:17  -  968:5**   Avorn, Jerome 2006-06-30 | | |
| 967: 17   A.  As of 2002/2003, there was | | |
| 967: 18   evidence in place in the literature, and | | |
| 967: 19   we now know beyond that, that Vioxx | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 967: 20 increased the risk of heart attack, and | | |
| 967: 21 that comparable evidence of a similar | | |
| 967: 22 magnitude was not available for Celebrex, | | |
| 967: 23 which is why, in comparing the two drugs, | | |
| 967: 24 we had petitioned our pharmacy and | | |
| 968: 1 therapeutics committee to not have Vioxx | | |
| 968: 2 be the COX-2 of choice, to not allow use | | |
| 968: 3 of the high-dose drug at all, and to | | |
| 968: 4 allow doctors to use Celebrex rather than | | |
| 968: 5 Vioxx if that was their preference. | | |

| 972:17  -  972:20 Avorn, Jerome 2006-06-30 | | |
| 972: 17       Q.   And, Doctor, do you have an | | |
| 972: 18 opinion as to whether or not Vioxx is an | | |
| 972: 19 unsafe drug? | | |
| 972: 20       A.   Yes, I do. | | |

| 973:8       973:11 Avorn, Jerome 2006-06-30 | | |
| 973: 8       Q.   And what is that? | | |
| 973: 9       A.    I have such an opinion, and | | |
| 973: 10 the opinion is that Vioxx is an unsafe | | |
| 973: 11 drug. | | |

| 973:18  -  974:16 Avorn, Jerome 2006-06-30 | | |
| 973: 18      Q.   Doctor, I have a few | | |
| 973: 19 questions on one subject that Mr. Tisi | | |
| 973: 20 asked you about, and that is | | |
| 973: 21 hypertension. | | |
| 973: 22 Do you remember talking with | | |
| 973: 23 Mr. Tisi about the question of whether | | |
| 973: 24 Vioxx increases the risk of hypertension? | | |
| 974: 1  A. Yes. | | |
| 974: 2  Q. Was hypertension and the | | |
| 974: 3 possibility that it could be caused by | | |
| 974: 4 Vioxx something that was in the Vioxx | | |
| 974: 5 label from day one? | | |
| 974: 6  A. I have the labels here, and | | |
| 974: 7 let me just quickly look at them and I | | |
| 974: 8 can answer that. | | |
| 974: 9  Q. Do you remember off the top | | |
| 974: 10 of your head? | | |
| 974: 11  A. I know there was mention of | | |
| 974: 12 hypertension, but I can't tell you | | |
| 974: 13 whether it was from day one or whether | | |
| 974: 14 there was the April '02 label or the 1999 | | |
| 974: 15 label, but I know they're here, and I can | | |
| 974: 16 just find them and look at them. | | |

| 977:11  -  977:14 Avorn, Jerome 2006-06-30 | | |
| 977: 11      Q.   Is it true, sir, that all | | |
| 977: 12 NSAIDs can cause hypertension? | | |
| 977: 13      A.   Virtually all the ones that | | |
| 977: 14 I know about. | | |

| 978:14  -  978:17 Avorn, Jerome 2006-06-30 | | |
| 978: 14      Q.   -- to you is, is it true | | |
| 978: 15 that long before Vioxx came on the | | |
| 978: 16 market, the medical community knew that | | |
| 978: 17 NSAIDs could cause hypertension? | | |

| 978:20  -  978:21 Avorn, Jerome 2006-06-30 | | |
| 978: 20      THE WITNESS:  Yes, but some | | |
| 978: 21 can do it more than others. | | |

| 978:23  -  979:7 Avorn, Jerome 2006-06-30 | | |
| 978: 23      Q.   And, of course, it was also | | |
| 978: 24 known that hypertension could increase | | |
| 979: 1 the risk of heart attack and stroke, | | |
| 979: 2 correct? | | |
| 979: 3      A.   Yes. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

979: 4     Q.   Before the FDA approved
979: 5        Vioxx, was the FDA, to your knowledge,
979: 6        aware that Vioxx could cause
979: 7        hypertension?

**979:17 - 979:18**    Avorn, Jerome 2006-06-30
979: 17        THE WITNESS: I believe it
979: 18        did.

**979:20 - 980:7**    Avorn, Jerome 2006-06-30
979: 20     Q.   You just said a second ago
979: 21        that some NSAIDs -- I think you said that
979: 22        all or most NSAIDs can increase blood
979: 23        pressure, and some do it more than
979: 24        others, right?
980: 1     A.   Correct.
980: 2     Q.   And from your review of the
980: 3        material, is it true, sir, that the FDA
980: 4        was aware, prior to approval of Vioxx,
980: 5        that in some studies Vioxx increased
980: 6        blood pressure and hypertension more than
980: 7        certain other NSAIDs?

**980:11 - 980:14**    Avorn, Jerome 2006-06-30
980: 11        THE WITNESS: I can't answer
980: 12        that without looking at all the
980: 13        materials, and I don't think we
980: 14        have time for that.

**980:16 - 981:2**    Avorn, Jerome 2006-06-30
980: 16     Q.   Page 331 of your deposition,
980: 17        going over to 332, starting at line 24.
980: 18        "Question: And the FDA was
980: 19        also fully aware, prior to approval and
980: 20        thereafter, that Vioxx, in some studies,
980: 21        increased blood pressure and hypertension
980: 22        more than comparator NSAIDs, right?
980: 23        "Answer: I believe they
980: 24        were aware of that."
981: 1        Was that your testimony a
981: 2        couple of weeks ago?

**981:7 - 981:8**    Avorn, Jerome 2006-06-30
981: 7        THE WITNESS: That is what
981: 8        it says.

**981:10 - 981:14**    Avorn, Jerome 2006-06-30
981: 10     Q.   And also you're aware, are
981: 11        you not, of other studies showing that
981: 12        there's no difference in the risk of
981: 13        hypertension between Vioxx and other
981: 14        NSAIDs?

**981:17 - 982:3**    Avorn, Jerome 2006-06-30
981: 17        THE WITNESS: And my answer
981: 18        now is the same as my answer then,
981: 19        that I was aware of studies and am
981: 20        aware of studies that come to the
981: 21        opposite conclusion, including our
981: 22        own. I cannot cite for you a
981: 23        study that shows no difference.
981: 24        But if there is one that you want
982: 1        me to review, I'd be happy to look
982: 2        at it. I don't have a citation in
982: 3        my head about that.

**982:18 - 983:3**    Avorn, Jerome 2006-06-30
982: 18     Q.   It's mixed on whether Vioxx
982: 19        causes more hypertension or doesn't cause
982: 20        more hypertension?
982: 21     A.   I know there are some

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 982: 22 | studies that show that it causes more.  I | | |
| 982: 23 | know there's some studies that show that | | |
| 982: 24 | it causes a comparable amount.  I can | | |
| 983: 1 | think of no studies that I'm aware of | | |
| 983: 2 | sitting here at the end of a long day | | |
| 983: 3 | that show that it causes less. | | |