UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                           :   MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION           :   SECTION: L
                                                       :   JUDGE FALLON
                                                       :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**
   *Bethea v. Merck & Co., Inc.*, **05-6775**

**ORDER**

IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 8799) is DENIED.

New Orleans, Louisiana, this   17th   day of   November  , 2006.

                                                  UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
HBG, PA 17108