UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

This Document Relates to:
*Bentley, et al. v. Merck & Co., Inc., 05-3220*
*(the English Complaint);*

*Donough, et al. v. Merck & Co., Inc., 05-5531*
*(the South African Complaint);*

*Baranowska, et al. v. Merck & Co., Inc. 05-4976*
*(the Polish Complaint)*

*Van Der Knaap, et al. v. Merck & Co., Inc. 05-4748 (the Netherlands Complaint)*

*Gutfeld, et al. v. Merck & Co., Inc. 05-5048*
*(the Israeli Complaint)*

*Mahla, et al. v. Merck & Co., Inc. 05-5048*
*(the German Complaint)*

*Brunton, et al. v. Merck & Co., Inc. 05-4185*
*(the Australian Complaint)*

*Raroa, et al. v. Merck & Co., Inc. 05-4184*
*(the New Zealand Complaint)*

*Gough, et al. v. Merck & Co., Inc. 05-5198*
*(The Canadian Complaint)*

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, the Foreign Class Actions identified above are dismissed without prejudice provided that,

i) The Defendant submits to service of process and jurisdiction in the appropriate foreign forums with respect to Vioxx lawsuits involving the named plaintiffs and their putative class members;

ii) The Defendant shall agree to satisfy any final judgment rendered by a foreign forum relating to such claims;

iii) The Defendant will not, in raising any statute of limitations or similar defense in such forums, include the period that a Vioxx lawsuit involving the named plaintiffs and their putative class members, not barred by a statute of limitations in this country, was pending against it in a court of the United States;

iv) The Defendant will not act to prevent a named plaintiff or a putative class member from returning to this Court if a foreign forum declines to accept jurisdiction in such a person's case, provided that an action is filed in such a forum within 120 days of the order of dismissal.

Date: 11/17/06

*Eldon E. Fallon*
United States District Judge Eldon E. Fallon