UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS | * MDL NO. 1657 |
| | LIABILITY LITIGATION | * Section L |
| | | * JUDGE FALLON |
| THIS RELATES TO: | | |
| Plaintiff: Virginia Whitton | | * MAG. JUDGE KNOWLES |
| EDLA No. 2:05cv06738 | | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW the plaintiffs in the above cause and hereby dismiss without prejudice all claims against Defendant Merck & Company, Inc. The parties hereby stipulate that should plaintiffs ever re-file the above action, they will only re-file in the Federal Court in compliance with Pretrial Order No. 8. The undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, she will have the change directly on File & Serve to reflect the withdrawal of counsel in the above captioned case.

DOWD & DOWD, P.C.

BY: *[signature]*
WILLIAM T. DOWD (Mo. bar #39648)
Attorneys for Plaintiffs
100 North Broadway, Suite 2175
St. Louis, Missouri 63102
(314) 621-2500  Fax:(314) 621-2503

STONE PIGMAN WALTHER
& WITTMANN, LLC

BY: *[signature]*
Dorothy H. Wimberly
Defendants Liaison Counsel
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200  Fax (504) 581-3361

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Voluntary Dismissal of Virginia Whitton has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of November, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2