UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX PRODUCTS | * | MDL NO. 1657 |
| | | * | |
| | LIABILITY LITIGATION | * | Section L |
| | | * | |
| | | * | JUDGE FALLON |
| THIS RELATES TO: | | * | |
| Plaintiff: Virginia Whitton | | * | MAG. JUDGE KNOWLES |
| EDLA No. 2:05cv06738 | | * | |

## ORDER

It is hereby Ordered that the above cause, EDLA No. 2:05cv06738, is dismissed without prejudice against Defendant Merck & Company, Inc.

_____          _____
DATE                                                    JUDGE