UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 2:06-CV-8323

JERRY KAISER,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD, LISA CAPPS
CHLUMPSKY, MARTINA CARDOVA REISKY,
MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI,
JEFFREY HANNETT, EMILY K. LERNER,
SUSAN MADDEN, JENNIFER MAIOLO, LANIE MOSER,
MARK MULLEN, JEROME PITTMAN,
KIMBERLY SINCLAIR, MARY SVADLENKA,
and KATRINA TURGEON,
        Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JERRY KAISER, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, KIMBERLY SINCLAIR, on August 1, 2006.

Dated this 20th day of November, 2006.

        By: ____/s/ Brenda S. Fulmer____
            BRENDA S. FULMER, Esq.
            Fla. Bar No. 999891
            ALLEY, CLARK, GREIWE & FULMER
            701 E. Washington Street
            P.O. Box 3127
            Tampa, FL 33601-3127
            Tele: (813) 222-0977
            Fax: (813) 224-0373
            Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of November, 2006.

By:   /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

RECEIPT NUMBER: 0003481-06

PERSON TO BE SERVED:

KIMBERLY SINCLAIR
8969 WILD DUNES DR
SARA

PLAINTIFF: JERRY KAISER
 -VS-
DEFENDANT: MERCK & CO INC, ELIZABETH BAKKEN, JEFF BASTI, JENNIFER BOTSFORD, ET AL

TYPE WRIT: SUMMONS/COMPLAINT

COURT: CIR/SRQ
CASE #: 06CA6608NC

COURT DATE:
COURT TIME:

Received the above-named writ on July 27, 2006, at 11:15 AM,
and served the same on August 1, 2006, at 8:40 AM,
in SARASOTA County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: KIMBERLY SINCLAIR

SERVICE COST: $20.00
LC, CIVIL CLERK

WILLIAM F. BALKWILL, SHERIFF
SARASOTA COUNTY, FLORIDA

MAIL TO:

ALLEY & INGRAM
BRENDA FULMER
P O BOX 3127
TAMPA, FL   33601-3127

BY: _____
DEPUTY T GARRETT ID157, D.S.