## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

JERRY KAISER,
                    Plaintiff,

vs.

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD, LISA CAPPS
CHLUMPSKY, MARTINA CARDOVA REISKY,
MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI,
JEFFREY HANNETT, EMILY K. LERNER,
SUSAN MADDEN, JENNIFER MAIOLO, LANIE MOSER,
MARK MULLEN, JEROME PITTMAN,
KIMBERLY SINCLAIR, MARY SVADLENKA,
and KATRINA TURGEON,
      Defendants.
_____/

MDL No.: 1657
SECTION: L

Civil Action No. 2:06-CV-8323

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

    Plaintiff, JERRY KAISER, by and through his undersigned counsel, hereby files the copy

of an Affidavit of Service evidencing service upon Defendant, JEFFREY HANNETT, on July

27, 2006.

    Dated this 20th day of November, 2006.

                           By: _____/s/ Brenda S. Fulmer_____
                                BRENDA S. FULMER, Esq.
                                Fla. Bar No. 999891
                                ALLEY, CLARK, GREIWE & FULMER
                                701 E. Washington Street
                                P.O. Box 3127
                                Tampa, FL 33601-3127
                                Tele: (813) 222-0977
                                Fax: (813) 224-0373
                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of November, 2006.

By:   /s/ Brenda S. Fulmer
    BRENDA S. FULMER, Esq.
    Fla. Bar No. 999891
    ALLEY, CLARK, GREIWE & FULMER
    701 E. Washington Street
    P.O. Box 3127
    Tampa, FL 33601-3127
    Tele: (813) 222-0977
    Fax: (813) 224-0373
    Attorneys for Plaintiff
    *bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of FLORIDA**                **County of SARASOTA**                **Circuit Court**

Case Number: 2006-CA-6608-NC DIV A

Plaintiff:
**JERRY KAISER**

vs.

Defendant:
**MERCK & CO., INC., ELIZABETH BAKKEN, JEFF BASTI, JENNIFER BOTSFORD, LISA CAPPS CHLUMPSKY, MARTINA CARDOVA REISKY, MARTHA C. CARLSON, JAMES COURY, BAMBI FAMOUS KAINE, JOSEPH GHEZZI, JEFFREY HANNETT, EMILY K. LERNER, SUSAN MADDEN, JENNIFER MAIOLO, LANIE MOSER, MARK MULLEN, JEROME P**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 25th day of July, 2006 at 2:04 pm to be served on **JEFFREY HANNETT, 4116 CANOGA PARK DRIVE, TAMPA, FL 33511**.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **27th day of July, 2006** at **1:22 pm, I:**

<u>SUBSTITUTE SERVED</u>: Pursuant to 48.031(1) by leaving a true copy of this **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: STEPHANIE HARTNETT, SPOUSE and informing said person of the contents thereof.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.



ORIGINAL FILED WITH COURT

Subscribed and Sworn to before me on the 27th day of July, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**NATHANIAL POWELL**
CPS02-4510244

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
**Tampa, FL  33601**
**(813) 229-1444**

Our Job Serial Number: 2006004002