# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: Clova Koman v. Merck & Co., Inc., No. 05-01789 | * | JUDGE FALLON |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs in the above-styled captions ("Plaintiffs") and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuits, subject to the following conditions:

1. Plaintiffs agree that, in the event any or all of them re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been parties and had had an opportunity to participate in that discovery.

Plaintiffs agree to the above-stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

*[signature]*
Brian K. Balser
Brian K. Balser Co., LPA
5311 Meadow Lane Court, Suite 1
Elyria, OH 44035
(440) 934-0044 (Telephone)
(440) 934-0050 (Facsimile)

Attorneys for Plaintiffs

*[signature]*
Phillip A. Whittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittman L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendant's Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439

Counsel for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or hand delivery and e-mail and e-mail and upon all parties electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 21st day of November ~~October~~, 2006.

*Dorothy H. Wimberly*