UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-1789 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| CLOVA KOMAN, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that above-captioned case be and it hereby is dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1