UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 2:06-CV-8323

JERRY KAISER,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD, LISA CAPPS
CHLUMPSKY, MARTINA CARDOVA REISKY,
MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI,
JEFFREY HANNETT, EMILY K. LERNER,
SUSAN MADDEN, JENNIFER MAIOLO, LANIE MOSER,
MARK MULLEN, JEROME PITTMAN,
KIMBERLY SINCLAIR, MARY SVADLENKA,
and KATRINA TURGEON,
        Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JERRY KAISER, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, JENNIFER BOTSFORD, on August 10, 2006.

Dated this 20th day of November, 2006.

By: ___/s/ Brenda S. Fulmer_____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of November, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

| | | |
|---|---|---|
| 08/08/06   10000215 | | Deputy: 10001934   Zone: 2 |
| Case No:2006 CA 6608 NC | State: FL   County No:58 | Control No:   6081104 |

JERRY KAISER vs. MERCK & CO INC ELIZABETH BAKKEN JEFF BASTI

SUMMONS                                                              Returnable:

Serve To: BOTSFORD, JENNIFER
10912 BULLRUSH TER
BRADENTON FL

Depositor: ALLEY CLARK GREIWE & FULMER         ..Charge:   $20.00-
701 E WASHINGTON ST
PO BOX 3127
TAMPA, FL 33601-3127

RECEIVED THIS PROCESS ON    08/07/06 AT   03:21 PM  AND SERVED/UNEXECUTED THE SAME AT  3:00 PM
ON  8/10/06 , IN MANATEE COUNTY, FLORIDA.

✓ INDIVIDUAL/PERSONAL SERVICE: BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED TO THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER.

___SUBSTITUTE: BY LEAVING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER, AT THE WITHIN NAMED PERSON'S PLACE OF ABODE WITH ANY PERSON RESIDING THEREIN WHO IS 15 YEARS OF AGE OR OLDER AND INFORMING THE PERSON OF THEIR CONTENTS. SERVED: (_____) DOB:(_____) RELATIONSHIP:(_____)

___CORPORATE: BY DELIVERING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER TO: (_____) IN THEIR REPRESENTATIVE CAPACITY AS: (_____) OF (_____) A CORPORATION, OR PURSUANT TO F.S.S. 48.081, IN THE ABSENCE OF THE PRESIDENT, VICE PRESIDENT, OTHER HEAD OF THE CORPORATION, CASHIER, TREASURER,

___POSTED: BY ATTACHING A COPY OF THIS PROCESS, TOGETHER WITH A COPY OF THE COMPLAINT OR PETITION IN A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED WITHIN. THE WITHIN NAMED TENANT COULD NOT BE FOUND AND THERE WAS NO PERSON OF THE TENANT'S FAMILY OVER 15 YEARS OF AGE AT THE USUAL PLACE OF ABODE IN MANATEE COUNTY, FLORIDA, UPON WHOM SERVICE COULD BE MADE.

___GOVERNMENT SERVICE: BY DELIVERING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT,   PETITION, OR OTHER INITIAL PLEADING OR PAPER TO: (_____) AS (_____) OF THE WITHIN NAMED AGENCY, TO-WIT: (_____). SERVICE ON THE PRESIDENT, MAYOR, OR CHAIRMAN, OR OTHER HEAD THEREOF, AND IN HIS ABSENCE; ON THE VICE PRESIDENT, VICE MAYOR, OR VICE CHAIRMAN, OR IN THE ABSENCE OF ALL OF THE ABOVE; ON ANY MEMBER OF THE GOVERNING BOARD, COUNCIL, OR COMMISSION, AS DEFINED IN F.S.S. 48.111.

___NON-SERVICE: THIS PROCESS IS HEREBY RETURNED UNEXECUTED, AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND: (_____)

___OTHER: (_____)

___ACCEPT: I HEREBY ACCEPT A TRUE COPY OF THIS PROCESS, IN MANATEE COUNTY, FLORIDA, PURSUANT TO THE PROVISIONS OF F.S.S. 48.031 (4).

8/9/06   1:32 PM  4/c  (7/6)
8/10/06  3:00 PM  Neb called will be home 8/10 3:00 PM (M4)

CHARLES B. WELLS, SHERIFF
MANATEE COUNTY, FLORIDA
BY: _____ D.S

08/08/06    Page  1  of  1

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, STATE OF FLORIDA

JERRY KAISER,

    Plaintiff,

vs.

Case No.: 2006 CA 6608 NC
Division: A

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD, LISA CAPPS
CHLUMPSKY, MARTINA CARDOVA REISKY,
MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI,
JEFFREY HANNETT, EMILY K. LERNER,
SUSAN MADDEN, JENNIFER MAIOLO, LANIE MOSER,
MARK MULLEN, JEROME PITTMAN,
KIMBERLY SINCLAIR, MARY SVADLENKA,
and KATRINA TURGEON,
    Defendants.
_____/



## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        Jennifer Botsford
        10912 Bullrush Terrace
        Bradenton, FL 34202

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

        BRENDA S. FULMER, Esq. (FBN: 999891)
        C. TODD ALLEY, Esq. (FBN: 321788)
        JAMES D. CLARK, Esq. (FBN: 191311)
        DON GREIWE, Esq. (FBN: 218911)
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

C6 081104

1 000 1934

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _July 20_, 2006.

**KAREN E. RUSHING, CLERK**
Clerk of the Circuit Court

(Court Seal)

By: _Margaret L Trotter_
Deputy Clerk

2