UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 16 PH 4:02
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2524 | * | |
| ANTHONY WAYNE DEDRICK, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

**MOTION AND ORDER FOR LEAVE TO FILE EXHIBITS TO MERCK & CO., INC.'S NOTICE OF FILING DEPOSITION DESIGNATIONS FOR CASE SPECIFIC WITNESSES IN CAMERA AND UNDER SEAL**

*Defendant Merck*, through undersigned liaison counsel, hereby moves the Court for leave to file the following exhibits to its Notice of Filing Deposition Designations for Case Specific Witnesses in camera and under seal: Exhibit A (Designation of Sherry Curtis with Objections and Responses), Exhibit B (Designation of Kenny Dedrick with Objections and Responses), and Exhibit C (Designation of Phil Dedrick with Objections and Responses). Merck seeks to file these documents in camera and under seal, upon the request of plaintiff, because plaintiff believes some of the information contained within these documents to be of a sensitive and confidential nature.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file the

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

exhibits to its Notice of Filing Deposition Designations for Case Specific Witnesses in camera and under seal.

Dated: November 16, 2006

Respectfully submitted,

*s/Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark Ouweleen
Carrie Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:   312-494-4440

Douglas Marvin
Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

And

Brian S. Currey
A. Patricia Klemic
O'MELVENY & MYERS LLP
400 South Hope Street

Los Angeles, CA 90071
Phone: 213-430-6000
Fax:   213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Order for Leave to File Exhibits to Merck & Co., Inc.'s Notice of Filing Deposition Designations for Case Specific Witnesses In Camera and Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Dedrick, Andy Birchfield, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of November, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel