## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

MARSHALL DENTMON,
                  Plaintiff,

vs.

MERCK & CO., INC., KRISTIN BAYER,
LINDA BLEICH, ROBERT C. BROWN, KEVIN BURTON,
KARA COBEY, HEIDI DINGFELDER, BARRY GOGEL,
CHRISTOPHER HARRIS, KIMBERLY JEFFARES,
MICHAEL JOHNSON, WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA, JULIE MAXWELL, KEITH
MCCARTHY, CATHERINE MCGRATH, LISA MILLAR, JASON NICKELL,
JEFFREY NORRIS, RANDI PARRISH, MARCI PETERS, BRIAN POPP,
ROBERT SHIRMOHAMMAD, MARCUS STAFFORD, and LISA WEAVER,
        Defendants.

_____/

MDL No.: 1657
SECTION: L

Civil Action No. 2:06-CV-5508

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, MARSHALL DENTMON, by and through his undersigned counsel, hereby

files the copy of an Affidavit of Service evidencing service upon Defendant, CHRISTOPHER

HARRIS, on June 20, 2006.

Dated this 20th day of November, 2006.

By:     /s/ Brenda S. Fulmer_____
        BRENDA S. FULMER, Esq.
        Fla. Bar No. 999891
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Tele: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of November, 2006.

By:   /s/ Brenda S. Fulmer
    BRENDA S. FULMER, Esq.
    Fla. Bar No. 999891
    ALLEY, CLARK, GREIWE & FULMER
    701 E. Washington Street
    P.O. Box 3127
    Tampa, FL 33601-3127
    Tele: (813) 222-0977
    Fax: (813) 224-0373
    Attorneys for Plaintiff
    *bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0025105

PERSON TO BE SERVED: CHRISTOPHER HARRIS
   CORP/DBA:
    ADDRESS: 2535 GERBER DAIRY RD
          WINTER HAVEN

    PLAINTIFF/ATTORNEY:

    BRENDA S FULMER
    ALLEY, CLARK, GREIWE & FULMER
    P O BOX 3127
    TAMPA, FL  33601-3127

PLAINTIFF: MARSHALL DENTMON
DEFENDANT: MERCK & CO INC, KRISTIN BAYER, LINDA BKEUCH, ETC

CASE NUMBER: 06004715
    COURT: CIRCUIT/HILLSBOROUGH              COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 06/09/2006 and served the same at 05:57 PM
on 06/20/2006 in Polk County, Florida, as follows:

INDIVIDUAL

   By delivering a true copy of this writ together with a copy of the initial
pleadings, if any, with the date and hour of service endorsed thereon by
me, to:  CHRISTOPHER HARRIS

CIVIL COSTS                           GRADY JUDD, SHERIFF
                               POLK COUNTY, FLORIDA

FEE: $20.00

TOTAL DEPOSIT: $20.00          BY: _____
                            EARL N CHISHOLM JR,
            DEPUTY SHERIFF/SPECIAL PROCESS SERVER

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA**

MARSHALL DENTMON,

       Plaintiff,

vs.

MERCK & CO., INC., KRISTIN BAYER,
LINDA BLEICH, ROBERT C. BROWN, KEVIN BURTON,
KARA COBEY, HEIDI DINGFELDER, BARRY GOGEL,
CHRISTOPHER HARRIS, KIMBERLY JEFFARES,
MICHAEL JOHNSON, WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA, JULIE MAXWELL, KEITH
MCCARTHY, CATHERINE MCGRATH, LISA MILLAR, JASON NICKELL,
JEFFREY NORRIS, RANDI PARRISH, MARCI PETERS, BRIAN POPP,
ROBERT SHIRMOHAMMAD, MARCUS STAFFORD, and LISA WEAVER,
       Defendants.

Case No.: 06 004715
Division: DIVISION J

_____/

**SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint in the above styled cause upon the Defendant(s)

          Christopher Harris
          2535 Gerber Dairy Road
          Winter Haven, FL 33880

     Each Defendant is hereby required to serve written defenses to said Complaint or
petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

**SERVED** 5414
In Polk County
Upon: Christopher Harris
Type: _____

| 06 | 20 | 06 |
|----|----|----|
| Month | Day | Year |

Time: 557   A.M. P.M.

**GRADY JUDD, SHERIFF - Polk
County**

By: _____ 5414
Deputy/Special Process Server   Mem.#

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _May 31st_, 2006.

PAT FRANK

Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

2