UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2524 | * | |
| ANTHONY WAYNE DEDRICK, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to File Exhibits to Merck & Co., Inc.'s Notice of Filing Deposition Designations for Case Specific Witnesses In Camera And Under Seal,

IT IS ORDERED that defendant Merck be and it is hereby granted leave to file the following exhibits to its Notice of Filing Deposition Designations for Case Specific Witnesses in camera and under seal: Exhibit A (Designation of Sherry Curtis with Objections and Responses), Exhibit B (Designation of Kenny Dedrick with Objections and Responses), and Exhibit C (Designation of Phil Dedrick with Objections and Responses).

NEW ORLEANS, LOUISIANA, this 20th day of November, 2006.

DISTRICT JUDGE

___ Fee _____
___ Process _____
X /Dktd _____
✓ CtRmDep _____
___ Doc. No _____