**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 17, 2006**

### UNITED STATES  DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                    **MDL NO. 1657**
         **PRODUCTS LIABILITY LITIGATION**

                                              **SECTION:  L**

                                              **JUDGE FALLON**
                                              **MAG. JUDGE KNOWLES**

**BEFORE  JUDGE ELDON E. FALLON          FRIDAY, NOVEMBER 17, 2006, 9AM**
**Case Manager: Gaylyn Lambert**
**Court Reporter: Toni Tusa**

**Appearances:   Russ Herman, Esq., Arnold Levin, Esq., Lisa D'Agostino, Esq.,**
               **Daniel Becnel, Esq., Kathryn Snapka, Esq. For plaintiff**
               **John Beisner, Esq., Jessica Miller, Esq. Andy Mendes, Esq. for defendant**

**Motion of defendant, Merck & Co., Inc. For Summary Judgment on the issue of**
**Pre-emption (#5842)**

**Argument - TAKEN UNDER SUBMISSION.**

**JS-10:   1:10**