MINUTE ENTRY
FALLON, J.
NOVEMBER 21, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO**
   *Dedrick v. Merck & Co., Inc.*, 05-2524

   The pretrial conference was held on this date in the Chambers of Judge Eldon E. Fallon. Andy Birchfield and Leigh O'Dell participated on behalf of the Plaintiff. Phil Beck, Mark Ouweleen, and Carrie Jablonski participated on behalf of the Defendant. At the conference, the parties discussed issues relating to the upcoming trial.

   The Court imposed time limits for the trial of this case. Accordingly, IT IS ORDERED that on Monday, November 27, 2006, the parties will pick the jury and make opening statements. IT IS FURTHER ORDERED that the Plaintiff will have from Tuesday, November 28, 2006 until Tuesday, December 5, 2006 (including Saturday, December 2, 2006 if necessary) to try his case. IT IS FURTHER ORDERED that the Defendant will have from Wednesday, December 6, 2006 until Tuesday, December 12, 2006 to try its case (including Saturday, December 9, 2006 if necessary). On Wednesday, December 13, 2006, the parties will present closing arguments and

JS10(01:45)

the case will be submitted to the jury. The parties are of course free to use less than the allotted time, in which event the case will be submitted to the jury prior to Wednesday, December 13, 2006.

At the conference, the parties also exchanged the names of the witnesses that are expected to testify at trial, and the tentative order in which the witnesses will be presented. In this respect, Plaintiff's counsel is to advise Defendant's counsel by 2:00 p.m. today whether Dr. Ira Gelb or Dr. Mark Furman will be called as the Plaintiff's specific causation expert.

In addition, the Court reviewed the jury questionnaires with the parties on the record and excused a number of jurors for cause.