# EXHIBIT 6

DAVIS & GILBERT LLP

1740 BROADWAY

NEW YORK, NEW YORK 10019

(212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4854
EMAIL ADDRESS
jschneider@dglaw.com

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE

October 17, 2006

**VIA FEDERAL EXPRESS OVERNIGHT**

Mr. Christopher V. Tisi
Ashcroft & Gerel, LLP,
Suite 400
2000 L Street, N.W.
Washington, D.C. 20036

   Re:  *Non-Party Subpoena Served On Ogilvy PR in the Matter of Vioxx Product Liability Litigation, MDL 1657 (E.D. La)*

Dear Mr. Tisi:

  We represent Ogilvy Public Relations Worldwide, Inc. ("Ogilvy PR") in connection with the above-referenced Non-Party subpoena (the "Subpoena"). Pursuant to Fed. R. Civ. P. 45, we submit on behalf of Ogilvy PR the following objections to the Subpoena.

  Ogilvy PR asserts the following general objections to the Subpoena:

  1. Ogilvy PR objects to the Subpoena in its entirety to the extent it imposes obligations greater than those imposed by operation of law or the Federal Rules of Civil Procedure;

  2. Ogilvy PR objects to the Subpoena in its entirety to the extent it fails to allow Ogilvy PR a reasonable amount of time for compliance;

  3. Ogilvy PR objects to the Subpoena to the extent it seeks confidential and/or proprietary trade secret information;

Davis & Gilbert LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 2

      4.    Ogilvy PR objects to the Subpoena to the extent it does not seek information relevant to the subject matter of the pending action and/or is not reasonably calculated to lead to the discovery of admissible evidence;

      5.    Ogilvy PR objects to the Subpoena to the extent it seeks documents and things protected by the attorney-client and/or work product privileges;

      6.    Ogilvy PR objects to the Subpoena to the extent it is overly broad and/or unduly burdensome, oppressive, vague and/or ambiguous;

      7.    Ogilvy PR objects to the Subpoena to the extent it seeks documents and things more readily obtainable through other sources party to this action;

      8.    Ogilvy PR objects to the Subpoena to the extent it the Subpoena seeks documents generated/created after the date the Martin Report was publicly released (i.e., September 6, 2006) and

      9.    Ogilvy PR objects to the Subpoena to the extent the expenses Ogilvy PR will incur in responding to the requests outweigh any possible benefit that will be received by your client.

      Without assuming any obligation to do so, and without waiving the objections asserted herein, Ogilvy PR reserves the right to amend and/or supplement these objections as and when additional facts are discovered or ascertained. The following responses are based upon the information and documents which Ogilvy PR has identified as of the date hereof through the exercise of reasonable diligence, and does not preclude Ogilvy PR from later relying upon facts or documents discovered or generated pursuant to further investigation or discovery which may be conducted subsequent to the date of these responses. Furthermore, Ogilvy PR's objections to these requests do not necessarily reflect the existence of requested documents or things.

      Each and all of these General Objections are hereinafter incorporated by reference in response to each and every request in the Subpoena.

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 3

Ogilvy PR specifically objects as follows:

**RESPONSE TO REQUEST NO. 1:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 2:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 3:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks information not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 4:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks information not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 4

**RESPONSE TO REQUEST NO. 5:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 6:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 7:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 8:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 5

**RESPONSE TO REQUEST NO. 9:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 10:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 11:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 12:**

Subject to and without waiver of the General Objections set forth above, Ogilvy PR further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 6

      After performing a diligent search of its records, Ogilvy PR represents that it does not have any documents responsive to the Subpoena.

      Ogilvy PR reserves its rights to supplement these objections and make any further objections it deems appropriate to this Subpoena.

                    Very truly yours,

                    Jesse B. Schneider