# EXHIBIT 7

DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NEW YORK 10019
(212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4854
EMAIL ADDRESS
jschneider@dglaw.com

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE

October 17, 2006

**VIA FEDERAL EXPRESS OVERNIGHT**

Mr. Christopher V. Tisi
Ashcroft & Gerel, LLP,
Suite 400
2000 L Street, N.W.
Washington, D.C. 20036

Re:   *Non-Party Subpoena Served On Burson-Marsteller in the Matter of Vioxx Product Liability Litigation, MDL 1657 (E.D. La)*

Dear Mr. Tisi:

We represent Burson-Marsteller in connection with the above-referenced Non-Party subpoena (the "Subpoena"). Pursuant to Fed. R. Civ. P. 45, we submit on behalf of Burson-Marsteller the following objections to the Subpoena.

Burson-Marsteller asserts the following general objections to the Subpoena:

1. Burson-Marsteller objects to the Subpoena in its entirety to the extent it imposes obligations greater than those imposed by operation of law or the Federal Rules of Civil Procedure;

2. Burson-Marsteller objects to the Subpoena in its entirety to the extent it fails to allow Burson-Marsteller a reasonable amount of time for compliance;

3. Burson-Marsteller objects to the Subpoena to the extent it seeks confidential and/or proprietary trade secret information;

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 2

      4.      Burson-Marsteller objects to the Subpoena to the extent it does not seek information relevant to the subject matter of the pending action and/or is not reasonably calculated to lead to the discovery of admissible evidence;

      5.      Burson-Marsteller objects to the Subpoena to the extent it seeks documents and things protected by the attorney-client and/or work product privileges;

      6.      Burson-Marsteller objects to the Subpoena to the extent it is overly broad and/or unduly burdensome, oppressive, vague and/or ambiguous;

      7.      Burson-Marsteller objects to the Subpoena to the extent it seeks documents and things more readily obtainable through other sources party to this action;

      8.      Burson-Marsteller objects to the Subpoena to the extent it the Subpoena seeks documents generated/created after the date the Martin Report was publicly released (i.e., September 6, 2006) and

      9.      Burson-Marsteller objects to the Subpoena to the extent the expenses Burson-Marsteller will incur in responding to the requests outweigh any possible benefit that will be received by your client.

      Without assuming any obligation to do so, and without waiving the objections asserted herein, Burson-Marsteller reserves the right to amend and/or supplement these objections as and when additional facts are discovered or ascertained. The following responses are based upon the information and documents which Burson-Marsteller has identified as of the date hereof through the exercise of reasonable diligence, and does not preclude Burson-Marsteller from later relying upon facts or documents discovered or generated pursuant to further investigation or discovery which may be conducted subsequent to the date of these responses. Furthermore, Burson-Marsteller's objections to these requests do not necessarily reflect the existence of requested documents or things.

      Each and all of these General Objections are hereinafter incorporated by reference in response to each and every request in the Subpoena.

      Burson-Marsteller specifically objects as follows:

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 3

**RESPONSE TO REQUEST NO. 1:**

Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 2:**

Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 3:**

Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks documents produced after the date the Martin Report was released; seeks information not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 4

**RESPONSE TO REQUEST NO. 4:**

        Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks documents produced after the date the Martin Report was released; seeks information not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 5:**

        Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 6:**

        Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges; seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 7:**

        Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks documents produced after the date the Martin Report was released seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 5

**RESPONSE TO REQUEST NO. 8:**

    Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 9:**

    Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 10:**

    Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 11:**

    Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably

DAVIS & GILBERT LLP

Mr. Christopher V. Tisi
October 17, 2006
Page 6

calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

**RESPONSE TO REQUEST NO. 12:**

Subject to and without waiver of the General Objections set forth above, Burson-Marsteller further objects to this request on the grounds that it is overly broad, unduly burdensome; seeks documents and things protected by the attorney-client and/or work product privileges, seeks documents produced after the date the Martin Report was released; seeks information not relevant to the subject matter of the pending action and/or not reasonably calculated to lead to the discovery of admissible evidence and seeks documents and things more readily obtainable through other sources party to this action.

Notwithstanding the General Objections and the specific objections above, Burson-Marsteller agrees to produce all non-privileged documents that are responsive to the Subpoena. Burson-Marsteller reserves its rights to supplement these objections and make any further objections it deems appropriate to this Subpoena.

Very truly yours,

Jesse B. Schneider