# EXHIBIT 8

# DEBEVOISE & PLIMPTON LLP

The Report of The Hon. John S. Martin, Jr. to the Special Committee of the Merck Board of Directors ("the Martin Report")

<u>Vioxx Investigation</u>

<u>Chronology of Actions by Special Committee of Board of Directors of Merck & Co., Inc.</u>

| | |
|---|---|
| 9/30/04 | Merck & Co., Inc. withdraws Vioxx from the worldwide market. |
| 10/04-12/04 | Congressional committees inquire whether Merck's senior management knew but did not disclose the cardiovascular risks of Vioxx, and plaintiffs in products liability cases allege that Merck senior management knew or believed that Vioxx was prothrombotic. |
| 11/23/04 | Merck's Board of Directors resolves to form a Special Committee to thoroughly examine the conduct of senior management in the development and marketing of Vioxx and to make recommendations to the full Board regarding shareholder demand letters. The independent directors named to this committee are Dr. William G. Bowen, Chairman; Mr. Lawrence A. Bossidy; Dr. William N. Kelley; Ms. Rochelle B. Lazarus; Dr. Samuel O. Thier; and Mr. Peter C. Wendell. |
| 12/6/04 | Special Committee retains The Honorable John S. Martin, Jr., former United States District Judge for the Southern District of New York and former United States Attorney for the Southern District of New York, and Debevoise & Plimpton LLP, to conduct the independent investigation. The independent investigation begins immediately. |
| 12/04-9/06 | In addition to regular and ongoing meetings with the Special Committee, Debevoise meets and speaks regularly with Dr. Bowen, and speaks periodically with Dr. Thier and Dr. Kelley, throughout the course of the investigation. |
| 12/04-10/05 | Special Committee meets on December 21, 2004; January 25, 2005; February 22, 2005; March 28, 2005; April 26, 2005; May 24, 2005; June 30, 2005; July 26, 2005; September 2, 2005; September 15, 2005; October 25, 2005. |
| 2/15/05 | Article about APPROVe Trial cardiovascular data is published in the online edition of the <u>New England Journal of Medicine</u>. |
| 11/05-2/06 | Special Committee meets on November 17, 2005; January 5, 2006; February 27-28, 2006. |
| 11/05-5/06 | Debevoise drafts Report (the "Martin Report") in consultation with Special Committee members. |

-more-

| | |
|---|---|
| 3/9/06 | Merck's shareholders vote to extend Dr. Bowen's tenure on the Board of Directors for one more year "in view of the critical nature of the Special Committee's work that is expected to continue and conclude in 2006 and Dr. Bowen's leadership and contribution to the Special Committee as its Chairperson." |
| 4/06-5/06 | Special Committee meets on April 25, 2006 and May 2, 2006. |
| 5/11/06 | Merck announces preliminary results of follow-up APPROVe Trial extension study. |
| 5/17/06 | Special Committee Meeting |
| 5/22/06 | Merck statisticians discover that the APPROVe Trial article published in the New England Journal of Medicine and the Company's post-withdrawal regulatory submission regarding the APPROVe Trial cardiovascular events contained an error in the description of a statistical method used to determine whether the hazard ratio of cardiovascular events on Vioxx in the APPROVe Trial changed over time. |
| 5/23/06 | Special Committee Meeting: Committee informed of error in description of statistical method used. |
| 5/23/06 | At regularly scheduled meeting of Merck's Board of Directors, Board members are informed about error in description of statistical method used. The Board directs Special Committee to investigate issues concerning post-withdrawal data analysis and reporting of cardiovascular data arising from the APPROVe Trial. |
| 6/06-9/06 | Debevoise continues investigation and continues drafting the Martin Report. |
| 6/06-7/06 | Special Committee meets on June 20, 2006, July 11, 2006 and July 25, 2006. |
| 7/25/06 | Judge Martin and Debevoise present findings to date to Board of Directors at regularly scheduled Board meeting. The Board accepts and adopts the form of the Report presented to it and resolves to delegate to the Special Committee "authority to approve the final form of the Martin Report, including its Appendices" and to "determine whether the full Martin Report (including its Appendices) be made public." |
| 8/30/06 | Special Committee meets and approves the final form of the Martin Report and Appendices and determines to release publicly the Report and all Appendices. |
| 9/06/06 | Martin Report released to the public. |

###