**NewsRoom**

American Political Network
American Health Line
Volume 10 No. 9
Copyright (c) 2006 by American Political Network, Inc.

September 07, 2006

INSIDE THE INDUSTRY MERCK:  OFFICIALS ACTED APPROPRIATELY ON VIOXX, REPORT FINDS

   Senior **Merck** officials acted appropriately in the
development and marketing of the COX-2 inhibitor **Vioxx** and
believed that the medication was safe until September 2004, when
the company withdrew the treatment from the market because of
safety concerns, according to a report issued on Wednesday as
part of an independent investigation of the actions of senior
company officials, the Wall Street Journal reports (Carreyou/Won
Tesoriero, Wall Street Journal, 9/7).  **Merck** faces more than
14,000 lawsuits related to **Vioxx**.  After **Merck** withdrew **Vioxx**
from the market, the company board established a special
committee of six outside directors to conduct the investigation.
   The special committee hired **John Martin**, a former federal judge
and member of the law firm **Debevoise & Plimpton**, to conduct the
investigation (Agovino, AP/Long Island Newsday, 9/6).  According
to the 1,700-page report, "Critics contend that senior officials
at **Merck** knowingly put patients at risk of cardiovascular events
rather than jeopardize the profits that **Merck** generated from the
sale of **Vioxx**.  After an exhaustive investigation, we have
concluded that there is no basis for such a claim" (Reuters/Los
Angeles Times, 9/7).  The report states, "While there may be
room for legitimate scientific debate as to whether **Merck**
scientists reached the right conclusion on each occasion, we
believe that their conclusions were reached in good faith and
were reasonable under the circumstances" (Silverman, Newark
Star-Ledger, 9/7).  The report adds that **Merck** "management acted
with integrity and had legitimate reasons for making the
decisions that it made, in light of the knowledge available at
the time" (AP/Long Island Newsday, 9/6).
   REPORT DETAILS
   According to the New York Times, the 180-page main body of
the report includes "no company documents, e-mail messages or
other evidence that has not already been publicly disclosed in
the two years since **Merck** stopped selling **Vioxx**."  The report
"essentially consists of point-by-point rebuttals of the
criticisms that scientists and plaintiffs' lawyers have made
against **Merck** since the company withdrew the drug, including
contentions that **Merck** misled federal regulators and marketed
the drug without properly disclosing its heart risks," the Times

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

reports (Berenson, New York Times, 9/7). The report finds that
senior **Merck** officials did not withhold data on **Vioxx** from FDA
and did not refuse to conduct necessary clinical trials of the
medication (Newark Star-Ledger, 9/7). Although **Merck** used some
aggressive marketing practices to promote **Vioxx**, senior company
officials were not aware of those practices, according to the
report. A **Merck** marketing document called the "Cardiovascular
Card" used in the promotion of **Vioxx** to physicians did not
include data from a 2000 trial that found participants who took
**Vioxx** had a higher rate of cardiovascular events compared with
those who took a comparison medication, but the exclusion of the
data was acceptable because the company sent physicians a
separate letter that included the data, the report finds. The
report also finds that **Merck** researchers believed at the time
the trial was analyzed that the higher rate of cardiovascular
events among participants who took **Vioxx** resulted from the
protective effects of the comparison medication (Wall Street
Journal, 9/7). In addition, the report finds that Edward
Scolnick, former presidentof **Merck** Research Labs, did not
attempt to intimidate internal critics of **Vioxx** (Ginsburg,
Philadelphia Inquirer, 9/7).
  INVESTIGATION DETAILS
 **Merck** paid **Debevoise &** Plimpton $21 million to conduct the
investigation, which took about 20 months to complete (Wall
Street Journal, 9/7).According to **Debevoise &** Plimpton,
attorneys at the law firm reviewed millions of pages of
documents and interviewed more than 150 witnesses over aperiod
of 53,000 hours for the report (New York Times, 9/7). However,
attorneys did not record the interviews, and they do not appear
in the appendices of the report (Wall Street Journal, 9/7).
Martin said that Kenneth Frazier, general counsel for **Merck,** and
Theodore Mayer, an attorney at Hughes Hubbard & Reed who has led
the company legal defense against **Vioxx** lawsuits, reviewed the
report but added that their review did not compromisethe
independence of the investigation.
 **MERCK** COMMENTS
  Martin said, "The report is essentially a very positive
report because that's theconclusion I reached" (New York Times,
9/7). In addition, he said, "For the cynics out there who say it
was a whitewash, do you think we'd put out something we didn't
believe in, knowing that it was going to be reviewed" by the
Securities and Exchange Commission and the Department of
Justice?He added, "We had more than an adequate record to come
to the conclusion we did." However, Martin said that the report
likely will not "do anything one way or the other" (Newark
Star-Ledger, 9/7). **Merck** board member William Bowen, who led
the special committee, said, "The main question the board wanted
answered was:  'Did the senior people at **Merck** knowingly put

® 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

people at risk in ways that they should not have done?'  There
is, I would submit, in the Martin report, no evidence to that
effect" (Reuters/Los Angeles Times, 9/7).  **Merck** board member
Samuel Thier, a professor of health care policy at Harvard
University, said, "If it could have been predicted, we would
have predicted it."  He added, "This will happen unless you
never put out anything" with safety risks (Philadelphia
Inquirer, 9/7).

 ADDITIONAL COMMENTS

 Paul Hodgson of the Corporate Library, a corporate
governance company, said, "These kinds of findings are somewhat
meaningless, to a certain extent," adding, "We've been left with
the impression that something did go wrong with the internal
controls.  Without recommendations, maybe it can happen again.
And if I'm a shareholder, I'd still like to have somebody to
blame" (Newark Star-Ledger, 9/7).  Jay Gould, a partner at the
law firm Pillsbury Winthrop Shaw Pittman, said, "The conclusion
of **Merck's** own counsel cannot possibly be surprising."  Gould
added, "I don't know of any firm that wouldn't do what
(**Debevoise** & Plimpton) did.That's our job.  We're not paid to
be impartial" (Reuters/Los Angeles Times, 9/7).  David
Moskowitz, an analyst at Friedman Billings Ramsey, said, "This
exercise is an attempt to protect senior management, not the
company.  And the independence can be questioned."  He added,
"The company commissioned this.  It's akin to a paid witness in
a trial."  Tony Butler, an analyst at Lehman Brothers, said, "I
think this report, while positive and refreshing, is unable to
allow investors to sum total **Vioxx** liability" (Newark
Star-Ledger, 9/7).  Edwin Stier -- a partner at the law firm
Stier Anderson, which has conducted similar investigations for
other companies -- said, "This report should be scrutinized with
a great deal of skepticism," but "I think it's a mistake to
automatically assume that an investigation is a whitewash
because there's so much money at stake."  Christopher Seeger,
who represents plaintiffs in **Vioxx** lawsuits, said that the
report is "a legal brief on behalf of the company."  He added,
"If law firms like **Debevoise** said anything negative about the
companies that hire them to do these reports, they'd never be
hired by a big company again" (Wall Street Journal, 9/7).

9/7/2006 APN-HE  9

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/6/06 Fin. Times - FT.com (Pg. Unavail. Online)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 3

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 3

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 3

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 3

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WLNR 15542752
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 5

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 5

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 5

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 5

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FT.com

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                          Page 6

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                              Page 6

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                      Page 6

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                        Page 6

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Copyright 2006 Financial Times Ltd.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                          Page 7

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                              Page 7

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                      Page 7

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                        Page 7

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**September 6, 2006**

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 8

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 8

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 8

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 8

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 9

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 9

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 9

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 9

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 10


               © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 AUTOIMMDRUG (No Page)                                          Page 10


               © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 BUFFALONWS B9                                                  Page 10


               © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9/7/06 CHICAGOTR 2                                                    Page 10


               © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


               Report says **Merck** acted with integrity on Vioxx
               © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 11

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 11

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 11

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 11

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Christopher Bowe in New York
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 12

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 12

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 12

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 12

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                     Page 13

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                         Page 13

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                 Page 13

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                   Page 13

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

20060906 214034 Merckmanagement did not mislead the public and acted with
            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 14

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 14

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 14

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 14

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"integrity" developing and selling the Vioxx painkiller, an external investigation
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 15

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 15

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 15

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 15

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

commissioned by the US drugmaker's board said on Wednesday.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 16

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 AUTOIMMDRUG (No Page)                                        Page 16

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 BUFFALONWS B9                                                Page 16

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 CHICAGOTR 2                                                  Page 16

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

However, the investigation was not all positive. It raised questions over Merck's
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                               Page 17

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                   Page 17

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                           Page 17

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                             Page 17

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

conclusion that the heart risks from Vioxx, over which the drug was subsequently
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                          Page 18

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                              Page 18

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                      Page 18

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                        Page 18

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

withdrawn, only started after 18 months of use.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 19

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 19

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 19

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 19

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

It also raised questions about some of Merck's communications with the public and

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 20

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 20

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 20

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 20

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

mistakes made in analysing data from a pivotal study called Approve.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                       Page 21

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                           Page 21

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                   Page 21

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                     Page 21

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The report said a new Merck analysis of Approve data raised "the possibility" that
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 22

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 22

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 22

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 22

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Vioxx's heart risks appeared earlier than 18 months and Merck's position on this
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                          Page 23

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                              Page 23

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                      Page 23

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                        Page 23

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

point "may be overly categorical". But it stopped short of saying the new analysis
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 24

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 24

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 24

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 24

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

proved that Vioxx's risks appeared earlier.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                         Page 25

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                             Page 25

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                     Page 25

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                       Page 25

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"The fact that a result cannot be ruled out or disproved cannot be interpreted as
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 26

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 26

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 26

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 26

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

signaling that the opposite is true or has been proved," the report said.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 27

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 27

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 27

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 27

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The question of when Vioxx's heart risks begin is important in Merck's strategy to
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 28

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 28

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 28

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 28

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

defend itself against potentially billions of dollars in liability over the drug.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                          Page 29

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                              Page 29

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                      Page 29

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                        Page 29

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Merck faces at least 14,200 lawsuits claiming harm from Vioxx and its assertion that
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 30

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

higher risk appears only after 18 months is a key element in managing its caseload.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 31

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 31

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 31

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 31

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Merck withdrew Vioxx nearly two years ago after a company study found its

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                          Page 32

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                              Page 32

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                      Page 32

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                        Page 32

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

blockbuster increased heart attack and stroke risks.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.