**NewsRoom**

9/8/06 INTLHT 12                                                    Page 33

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 33

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 33

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 33

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The external report was a product of a special committee formed on **Merck's** board to
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 34

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 34

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 34

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 34

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

determine whether management acted appropriately. It was conducted by **John Martin**
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 35

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 35

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 35

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 35

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Jr, a former US federal judge and attorney at **Debevoise** & Plimpton. It entailed
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                              Page 36


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 AUTOIMMDRUG (No Page)                                  Page 36


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 BUFFALONWS B9                                          Page 36


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


9/7/06 CHICAGOTR 2                                            Page 36


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

interviews and analysed more than 23m pages of documents collected in litigation and
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 37

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 37

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 37

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 37

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

investigations.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 38

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 38

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 38

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 38

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

A fundamental thread through the report was a determination that senior Merck
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 39

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 39

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 39

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 39

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

management did not "believe"  that Vioxx was "prothrombotic", or could trigger heart
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                        Page 40

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                            Page 40

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                    Page 40

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                      Page 40

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

attacks.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 41

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 41

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 41

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 41

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Christopher Seeger, a leading plaintiffs attorney in Vioxx lawsuits against Merck,
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 42

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 42

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 42

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 42

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

said that companies' external investigations often come back positive. "In the
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                                  Page 43

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                                      Page 43

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                              Page 43

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                                Page 43

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

overwhelming majority of cases they absolutely come back positive  for the board or
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                              Page 44

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                                  Page 44

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                          Page 44

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                            Page 44

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

the company," he said.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 45

                      © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 45

                      © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 45

                      © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 45

                      © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The report found that management conduct was "not consistent with the view that
                      © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                              Page 46

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                                  Page 46

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                          Page 46

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                            Page 46

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Merck's corporate culture put profits over patient safety". It found Merck's

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 47

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 47

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 47

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 47

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

marketing and scientific behaviour was proper and done in good faith. But there was
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 48

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 48

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 48

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 48

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"room for legitimate scientific debate" on whether Merck's scientists reached the
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 49

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 49

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 49

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 49

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

right conclusion each time.
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 50

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 50

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 50

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 50

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                          Page 51

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                              Page 51

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                      Page 51

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                        Page 51

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

---- INDEX REFERENCES ----

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                      Page 52

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                          Page 52

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                  Page 52

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                    Page 52

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 53

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 53

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 53

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 53

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

COMPANY: <u>MERCK AND CO INC</u>
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 54

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 54

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 54

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 54

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

NEWS SUBJECT:  (Business Lawsuits & Settlements (1BU19); Business Litigation
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 55

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 55

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 55

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 55

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(1BU04); Health & Family (1HE30); Major Corporations (1MA93))
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 56

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 56

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 56

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 56

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

INDUSTRY:  (Healthcare (1HE06); Allergy & Immunology (1AL96); Analgesics (1AN10);
                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 57

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 57

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 57

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 57

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Pharmaceuticals & Biotechnology (1PH13); Inflammatory Diseases (1IN19); Pain
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 58

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 58

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 58

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 58

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Management (1PA72); Internal Medicine (1IN54); Healthcare Practice Specialties
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 59

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 59

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 59

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 59

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(1HE49); Manufacturing (1MA74))
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                     Page 60

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                         Page 60

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                 Page 60

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                   Page 60

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Language:  EN
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 61

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 61

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 61

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 61

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

OTHER INDEXING:  (MERCK; REPORT; VIOXX)  (Christopher Seeger; John Martin Jr;
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 62

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 62

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 62

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 62

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Merckmanagement)  (United States of America; Americas; North America)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                          Page 63

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                              Page 63

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                      Page 63

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                        Page 63

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

COMPANY TERMS: MERCK AND CO INC
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                  Page 64

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                      Page 64

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                              Page 64

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                Page 64

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

PRODUCT: Pharmaceutical Preparation Mfg

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 65

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 65

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 65

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 65

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

NAICS CODE: 325412
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 66

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 66

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 66

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 66

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Word Count: 519

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 67

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 67

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 67

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 67

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/6/06 FTCOM (No Page)
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                    Page 68

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                        Page 68

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                Page 68

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                  Page 68

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                          Page 69

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG  (No Page)                                             Page 69

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                      Page 69

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                        Page 69

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/8/06 INTLHT 12                                                                Page 70

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 AUTOIMMDRUG (No Page)                                                    Page 70

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 BUFFALONWS B9                                                            Page 70

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/7/06 CHICAGOTR 2                                                              Page 70

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT
© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/6/06 PHILA-INQ (No Page)                                                    Page 1


9/6/06 Phila. Inquirer (Pg. Unavail. Online)
2006 WLNR 15454038

Philadelphia Inquirer (PA)
Copyright 2006 The Philadelphia Inquirer

**September 6, 2006**


Merck: No reckless actions in Vioxx development, recall

By Thomas Ginsberg, INQUIRER STAFF WRITER

After a 20-month internal investigation at a cost of $21 million, Merck & Co. Inc.'s
board exonerated its senior managers today of knowingly or recklessly hiding safety
information about Vioxx, its recalled pain reliever.

The conclusions, based on work by outside lawyers paid by Merck, may do little to
lessen Merck's uphill legal battle involving more than 14,000 liability cases and
many class-action lawsuits. It also did little to soothe Wall Street analysts about
Merck's ultimate financial liability, with one likening the investigators merely to
"paid witnesses."

But the exhaustive, 1,700-page report could provide Merck new material to try to
burnish its image.

And one board member said the Merck internal report should reinforce an important
lesson for the public and the entire pharmaceutical industry: "Be alert to the
distinction between risks and benefits of drugs," said William G. Bowen, former
president of Princeton University and a supervisor of the investigation.

The outside investigators, including a former federal judge, said they had found
only marginal infractions that were not deliberate, including efforts to
"neutralize" some Vioxx skeptics led by a now-retired Merck executive, Louis M.
Sherwood of Upper Gywnedd. It also faulted Merck for issuing news releases that
omitted information about possible cardiovascular risks of Vioxx.

"The report concludes that Merck's senior management acted with integrity in the
development, testing and marketing of Vioxx," said a summary of the investigation
produced by lawyers from the New York firm of Debevoise & Plimpton L.L.P. and led by
former U.S. Attorney John S. Martin Jr. of New York.

On Sept. 30, 2004, Merck announced a voluntary recall of Vioxx, which was marketed
as an anti-arthritis medicine, after determining that a company-sponsored study
showed an increased risk of heart attack and stroke.


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

Merck's board had announced shortly after the Vioxx recall that it would conduct the internal probe into allegations that Merck executives had acted inappropriately or recklessly over Vioxx. It limited its internal probe to the actions and knowledge of senior executives.

Such internal probes have become common in major U.S. corporations in the years since the Enron Corp. case, according to Andrew Metrick, a management professor at the Wharton School. He said they sometimes could illuminate events or could be used to pin blame on certain executives.

Investigators said they sought to find out whether Edward Scolnick, the chief of Merck Research Labs known for harshly criticizing some subordinates, had intimidated critics inside the company from voicing their concerns. "We found he didn't," said William G. Bowen, a Merck board member and supervisor of the investigation.

The investigators said Merck scientists responded "appropriately" to worrisome data from a clinical trial in 2002, called Vigor, which raised questions about Vioxx. They also disclosed all data to the FDA and never sought to delay FDA consideration of a label warning.

The paid investigators also concluded that "simple human error" was to blame for the inaccurate description of safety data in a study published in the New England Journal of Medicine.

At a news conference, Martin and two committee members called the late discovery of Vioxx safety problems and the recall itself essentially "unavoidable" because most people appeared to have done their jobs correctly.

"If it could have been predicted, we would have predicted it," said Samuel O. Thier, a Merck board member and professor of health-care policy at Harvard University. "... This will happen, unless you never put out anything" with any risks.

Bowen said the most convincing evidence of executive integrity was the fact that so many of them took Vioxx themselves.

Sherwood, the executive singled out for the most pointed criticism in the report, was accused in 2001 by a Stanford University Medical School chairman, James Fries, of inappropriately criticizing and threatening eight scientists who had questioned Vioxx. The investigators said Merck chief executive officer Raymond Gilmartin and marketing chief David Anstice took action to rein in Sherwood as soon as they heard the complaints.

Sherwood, reached at his home, defended himself and said he acted appropriately to straighten the record on Vioxx, which he considered a safe drug. "I'm disappointed to hear" about the report, Sherwood said, adding that he had not read it.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

9/6/06 PHILA-INQ (No Page)                                                                 Page 3

He also suggested that his Merck superiors were aware of his actions and rejected
the notion that he was a rogue executive doing something against company policy.
"There was good communication throughout" the company, Sherwood said.

Mark Goodman, a lawyer involved in drafting the report, said investigators found no
evidence that Sherwood's superiors "knew the substance of what he was saying" to the
scientists.

The company has its headquarters in Whitehouse Station, N.J., and it did much of the
Vioxx marketing, legal and recall work at its complex in West Point, Pa.

The investigation involved interviewing 150 employees and reviewing millions of
documents. Investigators apparently did not have access to materials that other
lawyers have not already looked at in thousands of product-liability cases. The
committee also did not directly look at documents deemed confidential under
attorney-client privilege.

---- INDEX REFERENCES ----

COMPANY: <u>ENRON CORP</u>; <u>MERCK AND CO INC</u>

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93); Economics &
Trade (1EC26))

INDUSTRY:  (Pharmaceuticals Regulatory (1PH03); Pharmaceuticals & Biotechnology
(1PH13); Clinical Outcomes (1CL11); Medical Errors & Negligence (1ME81);
Manufacturing (1MA74); Science (1SC89); Science & Engineering (1SC33); Healthcare
(1HE06); Analgesics (1AN10); Pain Management (1PA72))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73); New York (1NE72))

Language:  EN

OTHER INDEXING:  (William G. Bowen; Louis M. Sherwood; John S. Martin Jr.; Andrew
Metrick; William G. Bowen; Samuel O. Thier; James Fries; Raymond Gilmartin; Mark
Goodman)  (ENRON CORP; FDA; HARVARD UNIVERSITY; MEDICAL SCHOOL; MERCK; MERCK CO;
MERCK RESEARCH LABS; PRINCETON UNIVERSITY; STANFORD UNIVERSITY; UPPER GYWNEDD;
WHARTON SCHOOL)  (Andrew Metrick; Bowen; David Anstice; Edward Scolnick; James
Fries; John S. Martin Jr.; Louis M. Sherwood; Mark Goodman; Martin; Raymond
Gilmartin; Samuel O. Thier; Sherwood; Wall Street; William G. Bowen)  (New York; New
York; us; usa; na; us.pa; us.pa.phila; us.ny; us.ny.nyc)

KEYWORDS:  (XC/NYSE);  (NT/NEC);  (XC/any.company);  (XC/any)

TICKER SYMBOL: NYSE:MRK; NYSE:ENE

Word Count: 1071
9/6/06 PHILA-INQ (No Page)

℗ 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

9/6/06 PHILA-INQ (No Page)                                      Page 4

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.