Westlaw.

9/2006 CCOUNSEL 97                                                    Page 1
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

Corporate Counsel
Vol. 06 Issue 09
Copyright (c) 2006 ALM Properties, Inc. All rights reserved.

September, 2006

Who Represents America's Biggest Companies

DEFENDING AND PROTECTING

 We surveyed the Fortune 250 and asked them to list up to seven primary law firms in
each of the following practice areas: litigation, corporate transactions, labor and
employment, and intellectual property. Ninety-three of those businesses provided
information on which outside counsel they use. Companies are listed in alphabetical
order. To see which firms are mentioned most often, turn to page 95.

[Note:  The following TABLE/FORM is too wide to be displayed on one screen.
You must print it for a meaningful review of its contents.  The table has been
divided into multiple pieces with each piece containing information to help you
assemble a printout of the table.  The information for each piece includes: (1)
a three line message preceding the tabular data showing by line # and
character # the position of the upper left-hand corner of the piece and the
position of the piece within the entire table; and (2) a numeric scale
following the tabular data displaying the character positions.]

****************************************************************************
******** This is piece 1. -- It begins at character 1 of table line 1. ********
****************************************************************************

| Company<br>(# of Lawyers) | Top Legal Officer | 2005<br>Revenue<br>(millions) |
| --- | --- | --- |
| 3M Company (140) | Richard Ziegler, SVP<br>Legal Affairs, GC | $21,167 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

-------------------------------------------------------------------
 Abbott Laboratories          Laura Schumacher, SVP,      22,338
 (104)                        Sec'y, GC



-------------------------------------------------------------------
 The AES Corporation          Brian Miller, VP, GC,       10,692
 (25)                         Sec'y



-------------------------------------------------------------------
 Aetna Inc. (72)              William Casazza, SVP,       22,885
                              GC



-------------------------------------------------------------------
 Aflac Incorporated           Joey Loudermilk, EVP,       14,363
 (WND)                        GC, Sec'y
-------------------------------------------------------------------
 Albertson's LLC (44)         Company acquired by         40,397
                              Supervalue Inc.
-------------------------------------------------------------------
 Alcoa Inc. (WND)             Lawrence Purtell, EVP,      26,601
                              GC, CCO

-------------------------------------------------------------------
 The Allstate                 Michael McCabe, SVP,        35,383
 Corporation (700)            GC, Assistant Sec'y
-------------------------------------------------------------------
 Altria Group, Inc.           Charles Wall, SVP, GC       69,148
 (WND)
-------------------------------------------------------------------
 Amerada Hess                 J. Barclay Collins II,      23,255
 Corporation (WND)            EVP, GC
-------------------------------------------------------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 3
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| American Electric Power Co., Inc. (WND) | John Keane, SVP, GC | 12,117 |
| American Express Company (WND) | Louise Parent, EVP, GC | 30,080 |
| American International Group, Inc. (WND) | No GC in place at press time | $108,905 |
| American Standard Companies Inc. (30) | Mary Beth Gustafsson, SVP, GC, Sec'y | 10,264 |
| AmerisourceBergen Corp. (19) | William Sprague, SVP, GC | 54,590 |
| Amgen Inc (WND) | David Scott, SVP, GC, Sec'y | 12,430 |
| AMR Corporation (45) | Gary Kennedy, SVP, GC | 20,712 |
| Anheuser-Busch Companies, Inc. (50) | Mark Bobak, Group VP and CLO | 15,036 |
| Aon Corporation (100) | D. Cameron Findlay, EVP, GC | 10,030 |
| Aramark Corporation (32) | Bart Colli, EVP, GC, Sec'y | 10,963 |
| ADM (14) | David Smith, EVP, GC, Sec'y | 35,944 |
| Arrow Electronics, Inc. (WND) | Peter Brown, SVP, GC, Sec'y | 11,164 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| ArvinMeritor, Inc. (12) | Vernon Baker, II, SVP, GC | 9,816 |
| Ashland Inc. (38) | David Hausrath, GC, Sec'y | 9,860 |
| AT&T Inc. [FN1] (WND) | James Ellis, SEVP, GC | 43,862 |
| AutoNation, Inc. (WND) | Jonathan Ferrando, EVP, GC, Sec'y | 19,468 |
| Avnet, Inc. (7) | David Birk, GC | 11,067 |
| Bank of America Corporation [FN2] (WND) | Timothy Mayopoulos, EVP, GC | 83,980 |
| Baxter International Inc. (70) | Susan Lichtenstein, VP, GC, Sec'y | 9,849 |
| Bear Stearns Companies, Inc. (100) | Michael Solender, GC, Sr Managing Director | 11,552 |
| BellSouth Corporation (90) | Marc Gary, EVP, GC | 20,613 |
| Berkshire Hathaway Inc. | No legal department | 81,663 |
| Best Buy Co., Inc. (WND) | Joseph Joyce, SVP, GC, Ass't Sec'y | 27,433 |
| The Boeing Company (WND) | J. Michael Luttig, SVP, GC | 54,848 |
| Bristol-Myers Squibb Company (79) | Richard Willard, SVP, GC | 20,222 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                                Page 5
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Burlington Northern Santa Fe Corp. (24) | Paul Hoferer, VP, GC | 12,987 |
| Capital One Financial Corporation [FN3] (55) | John Finneran, Jr., EVP, GC, Sec'y | 12,085 |
| Cardinal Health, Inc. (WND) | Ivan Fong, CLO | 74,915 |
| Caremark Rx, Inc. (30) | Edward Hardin, Jr., EVP, GC | 32,991 |
| Caterpillar, Inc. (135) | James Buda, VP, GC, Sec'y | 36,339 |
| CBS Corporation [FN4] (230) | Louis Briskman, GC | 14,536 |
| Cendant Corporation (160) | James Buckman, Vice Chairman, GC | 19,471 |
| CenterPoint Energy, Inc. (22) | Scott Rozzell, EVP, GC, Sec'y | 9,784 |
| Centex Corporation (45) | Brian Woram, CLO, SVP | 12,860 |
| Chevron Corporation [FN5] (275) | Charles James, VP, GC | 189,481 |
| CHS Inc. (4) | David Kastelic, SVP, GC | 11,985 |
| The Chubb Corporation (WND) | Maureen Brundage, EVP, GC | 14,082 |
| CIGNA Corporation (100) | Carol Petren, EVP, GC | 16,684 |
| Circuit City Stores, Inc. (14) | Reginald Hedgebeth, SVP, GC, Sec'y | 10,472 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Cisco Systems, Inc. (110) | Mark Chandler, VP, GC, Sec'y | 24,801 |
| Citigroup, Inc. (950) | Michael Helfer, GC, Corp. Sec'y | 131,045 |
| The Coca-Cola Company (WND) | Geoffrey Kelly, GC | 23,104 |
| Coca-Cola Enterprises, Inc. (20) | John Culhane, EVP, GC | 18,706 |
| Colgate-Palmolive Company (94) | Andrew Hendry, SVP, GC, Sec'y | 11,397 |
| Comcast Corporation (45) | Arthur Block, SVP, GC, Sec'y | 22,255 |
| Computer Sciences Corporation (WND) | Hayward Fisk, VP, GC, Sec'y | 15,849 |
| ConAgra Foods, Incorporated (4) | Robert Sharpe, Jr., EVP-Legal and Regulatory Affairs | 15,516 |
| ConocoPhillips (40) | Stephen Gates, SVP, GC | 166,683 |
| Consolidated Edison, Inc. (80) | Charles McTiernan, Jr., GC | 11,732 |
| Constellation Energy Group, Inc. (49) | Irving Yoskowitz, EVP, GC | 17,375 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 7
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

---

| Continental Airlines, Inc. (20) | Jennifer Vogel, SVP, Chief Compliance Officer, GC, Sec'y | 11,208 |

---

| Costco Wholesale Corporation (WND) | Richard Olin, VP-Legal and Admin, GC | 52,935 |

---

| Countrywide Financial Corporation (105) | Sandor Samuels, CLO, Sr. Managing Director, Legal | 18,537 |

---

| Cummins, Inc. (10) | Marya Rose, VP, GC, Sec'y | 9,918 |

---

| CVS Corporation (12) | Douglas Sgarro, CLO, EVP, Strategy | 37,006 |

---

| D.R. Horton, Inc. (WND) | Ted Harbour, CLO, SVP | 13,864 |

---

| Dana Corporation (18) | Michael DeBacker, VP, GC, Sec'y | 10,092 |

---

| Dean Foods Company (12) | Michelle Goolsby, EVP, Chief Administrative Officer, GC, Sec'y | 10,900 |

---

| Deere & Company (56) | James Jenkins, SVP, GC | 21,931 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97                                      Page 8
 **(Publication page references are not available for this document.)**

---

| Dell Inc. (WND) | Lawrence Tu, SVP, GC | 55,908 |

---

| Delphi Corporation (WND) | David Sherbin, VP, GC | 27,201 |

---

| Delta Air Lines, Inc. (35) | John Vamey, VP, Deputy GC | 16,191 |

---

| Devon Energy Corporation (24) | Duke Ligon, SVP, GC | 10,741 |

---

| The DirecTV Group, Inc. (26) | Larry Hunter, EVP-Legal and Human Resources, GC | 13,165 |

---

| Dominion Resources, Inc. (WND) | James Stutts, VP, GC | 18,041 |

---

| The Dow Chemical Company (146) | Charles Kalil, VP, GC, Sec'y | 46,307 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| Duke Energy Corporation (76) | Marc Manly, Group VP, CLO | 18,944 |
|---|---|---|
| E. I. du Pont de Nemours and Company (185) | Stacey Mobley, CAO, SVP, GC | 28,491 |
| Eastman Kodak Company (120) | Joyce Haag, SVP, GC | 14,268 |
| Eaton Corporation (WND) | Mark McGuire, VP, GC | 11,115 |
| Edison International (WND) | J.A. (Lon) Bouknight, Jr., EVP, GC | 11,852 |
| Electronic Data Systems Corp. (WND) | Storrow Gordon, EVP, GC | 20,537 |
| Eli Lilly and Company (WND) | Robert Armitage, SVP, GC | 14,645 |
| EMC Corporation (70) | Paul Dacier, SVP, GC | 9,664 |
| Emerson Electric Co. (51) | W. Wayne Withers, GC | 17,305 |
| Entergy Corporation (72) | Robert Sloan, EVP, GC, Sec'y | 10,761 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 10
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Enterprise Products Partners, L.P. (10) | Richard Bachmann, EVP, CLO, Sec'y, Director | 12,257 |
| Exelon Corporation (64) | William Von Hoene, Jr., SVP, GC | 15,405 |
| Express Scripts, Inc. [FN6] (10) | Thomas Boudreau, SVP, GC | 16,266 |
| Exxon Mobil Corporation (WND) | Charles Matthews, VP, GC | 339,938 |
| Federated Department Stores, Inc. [FN7] (34) | Dennis Broderick, SVP, GC, Sec'y | 23,347 |
| FedEx Corporation (158) | Christine Richards, EVP, GC, Sec'y | 29,363 |
| Fidelity National Financial, Inc. (WND) | Peter Sadowski, EVP, GC | 9,669 |
| First Data Corporation (100) | Michael Whealy, CAO, EVP, GC, Sec'y | 10,490 |
| FirstEnergy Corp. (20) | Leila Vespoli, SVP, GC | 12,195 |
| Fluor Corporation (WND) | Lawrence Fisher, SVP-Law, Sec'y | 13,161 |
| Ford Motor Company (264) | David Leitch, SVP, GC | 177,210 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                Page 11
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| FPL Group, Inc. (WND) | Edward Tancer, VP, GC | 11,846 |
| Gap, Inc. (35) | Lauri Shanahan, EVP, Chief Compliance Officer, GC, Corp. Sec'y | 16,023 |
| General Dynamics Corporation (WND) | David Savner, SVP, GC, Sec'y | 21,290 |
| General Electric Company (WND) | Brackett Denniston III, SVP, GC, Sec'y | 157,153 |
| General Mills, Inc. (36) | Siri Marshall, SVP, GC, Sec'y | 11,244 |
| General Motors Corporation (200) | Thomas Gottschalk, EVP-Law and Public Policy, GC | 192,604 |
| Genuine Parts Company (4) | Scott Smith, SVP, Corp. Counsel | 9,783 |
| Genworth Financial, Inc. (WND) | No GC in place at press time | 10,504 |
| The Goldman Sachs Group, Inc. (WND) | Gregory Palm, EVP, GC | 43,391 |
| The Goodyear Tire & Rubber Company (52) | C. Thomas Harvie, SVP, GC, Sec'y | 19,723 |
| Halliburton Company (88) | Albert Cornelison, Jr., EVP, GC | 20,994 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| The Hartford Financial Services Group (172) | Neal Wolin, EVP, GC | 27,083 |
| HCA Inc. (50) | Robert Waterman, SVP, GC | 24,455 |
| Health Net, Inc. (19) | B. Curtis Westen, SVP, GC, Sec'y | 11,941 |
| Hewlett-Packard Company (WND) | Ann Baskins, SVP, GC, Sec'y | 86,696 |
| The Home Depot, Inc. (WND) | Frank Fernandez, EVP, GC, Sec'y | 81,511 |
| Honeywell International Inc. (110) | Peter Kreindler, SVP, GC | 28,862 |
| Humana Inc. (13) | Arthur Hipwell, SVP, GC | 14,418 |
| Huntsman Corporation (WND) | Sam Scruggs, EVP, GC, Sec'y | 12,986 |
| Illinois Tool Works Inc. (WND) | James Wooten, Jr., VP, GC, Sec'y | 12,922 |
| Ingram Micro Inc. (12) | Larry Boyd, SVP, GC, Sec'y | 28,808 |
| Intel Corporation (WND) | Bruce Sewell, SVP, GC | 38,826 |
| International Business Machines Corporation (WND) | Donald Rosenberg, SVP, GC | 91,134 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                              Page 13
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| International Paper Company (74) | Maura Abeln Smith, SVP, GC, Sec'y | 25,797 |
| J.C. Penney Company, Inc. (WND) | Joanne Bober, SVP, GC, Sec'y | 18,781 |
| JPMorgan Chase & Co. (513) | Joan Guggenheimer, GC | 79,902 |
| Johnson & Johnson (200) | Russell Deyo, CCO, VP, GC | 50,514 |
| Johnson Controls, Inc. (30) | Jerome Okarma, VP, Sec'y, GC | 28,020 |
| Kellogg Company (25) | Gary Pilnick, SVP-Corporate Development, GC, Sec'y | 10,177 |
| Kimberly-Clark Corporation. (WND) | Ronald McCray, SVP-Law and Goverment Affairs | 15,903 |
| Kinder Morgan Energy Partners, L.P. (20) | Joseph Listengart, VP, GC, Sec'y | 9,787 |
| Kohl's Corporation (WND) | Richard Schepp, EVP, GC, Sec'y | 13,402 |
| The Kroger Company (20) | Paul Heldman, SVP, GC, Sec'y | 60,553 |
| Lear Corporation (16) | Daniel Ninivaggi, SVP, GC, Sec'y | 17,089 |
| Lehman Brothers Holdings, Inc. (145) | Thomas Russo, EVP, CLO | 32,420 |
| Lennar Corporation (8) | Mark Sustana, GC, Sec'y | 13,870 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*Westlaw.*

| | | |
|---|---|---|
| Liberty Mutual Company (776) | Christopher Mansfield, SVP, GC | 21,161 |
| Limited Brands, Inc. (3) | Samuel Fried, SVP, GC, Sec'y | 9,699 |
| Lockheed Martin Corporation (124) | James Comey, SVP, GC | 37,213 |
| Loews Corporation (62) | Gary Garson, SVP, GC, Sec'y | 15,363 |
| Lowe's Companies, Inc. (21) | No GC in place at press time | 43,243 |
| Lyondell Chemical Company (WND) | Kerry Galvin, SVP, GC, Sec'y | 18,606 |
| Manpower Inc. (WND) | Mark Toth, CLO, VP | 16,080 |
| Marathon Oil Company (62) | William Schwind, Jr., VP, GC, Sec'y | 58,958 |
| Marriott International, Inc. (WND) | Joseph Ryan, EVP, GC | 11,550 |
| Marsh & McLennan Companies, Inc. (WND) | Peter Beshar, EVP, GC | 12,109 |
| Masco Corporation (21) | John Leekley, SVP, GC | 12,884 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                             Page 15
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Massachusetts Financial Group (80) | Mark Roellig, EVP, GC | 22,799 |
| McDonald's Corporation (131) | Gloria Santona, EVP, GC, Sec'y | 20,460 |
| McKesson Corporation (WND) | Ivan Meyerson, EVP, GC, Sec'y | 80,515 |
| Medco Health Solutions, Inc. [FN8] (32) | David Machlowitz, SVP, GC, Sec'y | 37,871 |
| Medtronic, Inc. (WND) | Terrance Carlson, SVP, GC, Sec'y | 10,055 |
| **Merck & Co., Inc.** (165) | Kenneth Frazier, SVP, GC | 22,012 |
| Merrill Lynch & Company, Inc. (WND) | Rosemary Berkery, EVP, GC | 47,783 |
| MetLife, Inc. (200) | James Lipscomb, EVP, GC | 46,983 |
| Microsoft Corporation (300) | Bradford Smith, SVP, GC | 39,788 |
| Morgan Stanley (335) | Gary Lynch, CLO | 52,498 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| | | |
|---|---|---|
| Motorola, Inc. (180) | Peter Lawson, EVP, GC, Sec'y | 36,843 |
| Murphy Oil Corporation (10) | Steven Cosse, EVP, GC | 11,877 |
| National City Corporation (80) | David Zoeller, EVP, GC, Sec'y | 11,036 |
| Nationwide Mutual Insurance Company (450) | Patricia Hatler, Chief Legal and Governance Officer, EVP | 21,832 |
| Navistar International Corporation (21) | Steven Covey, SVP, GC | 11,696 |
| New York Life Insurance Company (49) | Thomas English, SVP, GC | 28,051 |
| The News Corporation (14) | Lawrence Jacobs, SEVP, Group GC | 23,859 |
| Nike, Inc. (37) | James Carter, CLO, VP, GC | 13,740 |
| Northrop Grumman Corporation (WND) | W. Burks Terry, VP, GC | 30,721 |
| Northwest Airlines Corporation (12) | No GC in place at press time | 12,286 |
| The Northwestern Mutual Life Insurance Company (73) | Robert Berdan, VP, GC, Sec'y | 19,221 |
| Nucor Corporation (1) | Douglas Gunson, GC | 12,701 |
| Occidental Petroleum Corporation (50) | Donald de Brier, EVP, GC, Sec'y | 16,286 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                Page 17
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

```
---------------------------------------------------------------
 Office Depot, Inc. (13)      David Fannin, EVP, GC,    14,279
                              Sec'y
---------------------------------------------------------------
 Omnicom Group Inc. (50)      Michael O' Brien, SVP,    10,481
                              GC, Sec'y


---------------------------------------------------------------
 Oneok, Inc. (20)            John Barker, SVP, GC,     12,811
                             Ass't Sec'y
---------------------------------------------------------------
 Oracle Corporation         Daniel Cooperman, SVP,     11,799
 (120)                      GC, Sec'y
---------------------------------------------------------------
 Paccar Inc (7)             David Anderson, VP, GC     14,057
---------------------------------------------------------------
 The Pepsi Bottling         Steven Rapp, SVP, GC,      11,885
 Group, Inc. (14)           Sec'y
---------------------------------------------------------------
 PepsiCo, Inc. (115)        Larry Thompson,            32,562
                            SVP-Gov't Affairs, GC,
                            Sec'y
---------------------------------------------------------------
 Pfizer Inc (440)           Jeffrey Kindler, Vice      51,353
                            Chairman, GC, CCO
---------------------------------------------------------------
 PG&E Corporation (90)      Bruce Worthington, SVP,    11,703
                            GC


---------------------------------------------------------------
 Plains All American        Tim Moore, VP, GC,         31,177
 Pipeline, L.P. (12)        Sec'y
---------------------------------------------------------------
 PPG Industries, Inc.       James Diggs, SVP, GC,      10,201
 (38)                       Sec'y
---------------------------------------------------------------
 Plains All American        Tim Moore, VP, GC,         31,177
 Pipeline, L.P. (12)        Sec'y
---------------------------------------------------------------
 PPG Industries, Inc.       James Diggs, SVP, GC,      10,201
 (38)                       Sec'y
---------------------------------------------------------------
 The Procter & Gamble       James Johnson, CLO         56,741
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                    Page 18
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

Company (200)
---------------------------------------------------------------
Progress Energy, Inc.      John McArthur,         10,646
(19)                       SVP-Corporate
                           Relations, GC, Sec'y
---------------------------------------------------------------
The Progressive            Charles Jarrett, CLO   14,303
Corporation (40)
---------------------------------------------------------------
Prudential Financial,      Susan Blount, SVP, GC  31,708
Inc. (WND)
---------------------------------------------------------------
Public Service             R. Edwin Selover, SVP, 12,661
Enterprise Group           GC
Incorporated (WND)
---------------------------------------------------------------
Publix Super Markets,      John Attaway, Jr., SVP, 20,745
Inc. (19)                  GC, Sec'y


---------------------------------------------------------------
Pulte Homes, Inc. (9)      Steven Cook, VP, GC,   14,896
                           Sec'y
---------------------------------------------------------------
Qwest Communications       Rich Baer, EVP-Legal   13,903
International Inc.          Affairs, GC
(120)
---------------------------------------------------------------
Raytheon Company (75)      Jay Stephens, SVP, GC  21,894


---------------------------------------------------------------
Reliant Energy, Inc.       Michael Jines, SVP, GC, 10,708
(WND)                      Sec'y
---------------------------------------------------------------
Rite Aid Corporation       Robert Sari, SVP, GC,  16,816
(6)                        Sec'y
---------------------------------------------------------------
Safeway Inc. (27)          Robert Gordon, SVP, GC, 38,416
                           Sec'y


---------------------------------------------------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                Page 19
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Sanmina-SCI Corporation (4) | Steven Jackman, VP, Corporate Counsel | 11,735 |
| Sara Lee Corporation (WND) | Roderick Palmore, EVP, GC, Sec'y | 19,727 |
| Schering-Plough Corporation (85) | Thomas Sabatino, EVP, GC | 9,508 |
| Sears Holdings Corporation (WND) | William Harker, Acting GC, VP, Secretary | 49,124 |
| Sempra Energy (60) | M. Javade Chaudhri, EVP, GC | 11,737 |
| Smithfield Foods, Inc. (10) | Richard Poulson, EVP, Legal and Governmental Affairs | 11,354 |
| Solectron Corporation (13) | Todd DuChene, SVP, GC, Sec'y | 10,456 |
| Southern Company (21) | G. Edison Holland Jr., EVP, Sec'y, GC | 13,554 |
| Sprint Nextel Corporation [FN9] (136) | Leonard Kennedy, SVP, GC | 34,680 |
| The St. Paul Travelers Companies, Inc. (WND) | Kenneth Spence III, EVP, GC | 24,365 |
| Staples, Inc. (18) | Jack VanWoerkom, EVP, GC, Sec'y | 16,079 |
| State Farm Insurance Cos. (763) | Kim Brunner, EVP, GC, Sec'y | 59,224 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 20
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Sun Microsystems, Inc. (WND) | Michael Dillon, SVP, GC, Sec'y | 11,070 |
| Sunoco, Inc. (28) | Michael Kuritzkes, SVP, GC | 31,176 |
| SunTrust Banks, Inc. (WND) | Raymond Fortin, EVP, GC, Sec'y | 10,886 |
| Supervalu Inc. [FN10] (40) | Stephen Kilgriff, VP-Legal | 19,543 |
| Sysco Corporation (6) | Mike Nichols, VP, GC, Sec'y | 30,282 |
| Target Corporation (45) | Timothy Baer, SVP, GC, Sec'y | 52,620 |
| Tech Data Corporation (5) | David Vetter, SVP, GC, Sec'y | 20,542 |
| Tenet Healthcare Corporation (42) | E. Peter Urbanowicz, GC, Sec'y | 10,052 |
| Tesoro Corporation (9) | Charles Parrish, SVP, GC, Sec'y | 16,473 |
| Texas Instruments Incorporated (WND) | Joseph Hubach, SVP, GC, Sec'y | 13,392 |
| Textron Inc. (WND) | Terrence O'Donnell, EVP, GC | 11,979 |
| TIAA-CREF (75) | George Madison, EVP, GC | 25,917 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 21
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Time Warner Inc. (370) | Paul Cappuccio, EVP, GC | 43,652 |
| The TJX Companies, Inc. (16) | Ann McCauley, SVP, GC, Sec'y | 16,058 |
| Toys 'R' Us, Inc. (9) | David Schwartz, SVP, GC | 11,194 |
| TRW Automotive Holdings Corp. (26) | David Bialosky, EVP, GC, Sec'y | 12,643 |
| TXU Corp. (28) | David Poole, EVP, GC | 10,449 |
| Tyson Foods, Inc. (23) | Alberto Gonzalez-Pita, EVP, GC | 26,014 |
| U.S. Bancorp (48) | Lee Mitau, EVP, GC, Sec'y | 16,596 |
| UAL Corporation (26) | Paul Lovejoy, SVP, GC, Sec'y | 17,379 |
| Union Pacific Corporation (59) | J. Michael Hemmer, SVP Law, GC | 13,578 |
| United Auto Group, Inc. | Shane Spradlin, VP, | 10,985 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                            Page 22
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| (5) | Sec'y, Sr. Corp. Counsel | |
|---|---|---|
| United Parcel Service, Inc. [FN11] (50) | Teri Plummer McClure, SVP-Legal, GC, Sec'y | 42,581 |
| United Services Automobile Association (150) | Steven Bennett, EVP, GC | 11,980 |
| United States Steel Corporation (35) | Dan Sandman, Vice Chairman, CLO, Chief Administrative Officer, GC, Sec'y | 14,039 |
| United Technologies Corporation (150) | William Trachsel, SVP, GC | 42,725 |
| UnitedHealth Group Incorporated [FN12] (WND) | David Lubben, GC, Sec'y | 45,365 |
| UnumProvident Corporation (88) | Charles Glick, EVP, GC | 10,437 |
| Valero Energy Corporation [FN13] (32) | Kim Bowers, VP-Legal Services | 81,362 |
| Verizon Communications Inc. [FN14] (424) | William Barr, EVP, GC | 75,112 |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

------------------------------------------------------------
Viacom, Inc. [FN15]        Michael Fricklas, EVP,      9,818
(200)                      GC, Sec'y
------------------------------------------------------------
Visteon Corporation        John Donofrio, SVP, GC     16,976
(15)
------------------------------------------------------------
Wachovia Corporation       Mark Treanor, SEVP, GC,    35,908
(171)                      Sec'y
------------------------------------------------------------
Walgreen Co. (WND)         Dana Green, SVP, GC,       42,202
                           Sec'y
------------------------------------------------------------
Wal-Mart Stores, Inc.      Tom Mars, SVP, GC         315,654
(WND)
------------------------------------------------------------
The Walt Disney Company    Alan Braverman, SEVP,      31,944
(WND)                      GC
------------------------------------------------------------
Washington Mutual, Inc.    Fay Chapman, SEVP, GC      21,326
[FN16] (95)
------------------------------------------------------------
Waste Management, Inc.     Richard Wittenbaker,       13,074
(37)                       SVP, GC, Chief
                           Compliance Officer


------------------------------------------------------------
WellPoint, Inc. [FN17]     Angela Braly, EVP, GC,     45,136
(90)                       and Chief Public
                           Affairs Officer
------------------------------------------------------------
Wells Fargo & Company      James Strother, EVP, GC    40,407
(225)
------------------------------------------------------------
Weyerhaeuser Company       Ken Khoury, SVP, GC        23,000
(30)


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 24
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

```
-------------------------------------------------------------
  Whirlpool Corporation      Daniel Hopp,              14,317
  (42)                       SVP-Corporate Affairs,
                             GC


-------------------------------------------------------------
  The Williams Companies,    James Bender, SVP, GC     12,584
  Inc. (40)


-------------------------------------------------------------
  Winn-Dixie Stores, Inc.    Laurence Appel, SVP,      10,210
  (10)                       GC, Sec'y
-------------------------------------------------------------
  Wyeth (142)                Lawrence Stein, SVP, GC   18,756




-------------------------------------------------------------
  Xcel Energy Inc. (WND)     Gary Johnson, VP, GC       9,695
-------------------------------------------------------------
  Xerox Corporation (109)    J. Michael Farren,        15,701
                             VP-External and Legal
                             Affairs, GC, Sec'y
-------------------------------------------------------------
1...+...10....+...20....+...30...+...40....+...50....+...60....+
```

```
***********************************************************************
******* This is piece 2. -- It begins at character 66 of table line 1. ********
***********************************************************************
```

                          Primary Outside Counsel


  Litigation           Corporate              Labor and Employment

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 25
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

                              Transactions
------------------------------------------------------------------------
| Bartlit Beck; Beck, | Cleary Gottlieb | Dorsey & Whitney; |
|---|---|---|
| Redden; Dorsey & | | Larson King |
| Whitney; Heller | | |
| Ehrman; King & | | |
| Spalding; Larson | | |
| King; Maslon | | |
| Edelman | | |
------------------------------------------------------------------------
| Jones Day; | Baker & McKenzie; | Baker & McKenzie; |
|---|---|---|
| Kirkland & Ellis; | Jones Day; Mayer, | Brothers & |
| Munger, Tolles; | Brown; Skadden | Thompson; Littler |
| Patterson, | | Mendelson; Mayer, |
| Belknap; Winston & | | Brown; Seyfarth |
| Strawn | | Shaw |
------------------------------------------------------------------------
| Bradley Arant; | Allen & Overy; | Buchanan |
|---|---|---|
| Clifford Chance; | Baker Botts; | Ingersoll; Morgan, |
| Kirkland & Ellis; | Chadbourne & | Lewis; Orrick |
| Skadden; Williams | Parke; | |
| & Connolly | Freshfields; | |
| | LeBoeuf, Lamb; | |
| | Shearman & | |
| | Sterling; Skadden | |
------------------------------------------------------------------------
| Andrews Kurth; | Davis Polk | Will not disclose |
|---|---|---|
| Berger Kahn; | | |
| Elliott Greenleaf; | | |
| Epstein Becker; | | |
| Gibson, Dunn; | | |
| Kelley, Wardell; | | |
| Law Offices of | | |
| Steven Ziegler | | |
------------------------------------------------------------------------
| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|
------------------------------------------------------------------------
| N/A | N/A | N/A |
|---|---|---|
------------------------------------------------------------------------
| Company did not | Company did not | Company did not |
|---|---|---|
| respond by press | respond by press | respond by press |
| time | time | time |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| | | |
|---|---|---|
| Adams and Reese; Foley & Lardner; Kirkpatrick & Lockhart; Mayer Brown; McCarter & English; McGuireWoods; Perkins Coie | Alston & Bird; Baker & Hostetler; **Debevoise & Plimpton**; Drinker Biddle; McDermott Will; Proskauer Rose | Baker & McKenzie; Epstein; Becker; Foley & Lardner; Greenebaum Doll; Grotta, Glassman; Vorys, Sater |

---

| | | |
|---|---|---|
| Buchanan Ingersoll | Dechert; Drinker Biddle; Reed Smith | Klett Rooney |

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| | | |
|---|---|---|
| DLA Piper; Kirkland & Ellis; Sidley Austin; Winston & Strawn | Baker & McKenzie; Clifford Chance; Sidley Austin | Littler Mendelson |

---

| | | |
|---|---|---|
| Baker & Hostetler; Baker Botts; Cozen | Dechert; Morgan, Lewis; Simpson | Morgan, Lewis; Ogletree, Deakins |

---

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                              Page 27
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| | | |
|---|---|---|
| O'Connor; Dechert;<br>Lowenstein<br>Sandler; Morgan,<br>Lewis | Thacher | |

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not<br>respond by press<br>time | Company did not<br>respond by press<br>time | Company did not<br>respond by press<br>time |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not<br>respond by press<br>time | Company did not<br>respond by press<br>time | Company did not<br>respond by press<br>time |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Alston & Bird;<br>Kilpatrick<br>Stockton; Mayer,<br>Brown; Robbins,<br>Russell | Fried, Frank;<br>Kilpatrick<br>Stockton; Mayer,<br>Brown | Ford & Harrison;<br>Gordon Hargrove;<br>Kilpatrick<br>Stockton; Maynard,<br>Cooper; Morgan,<br>Lewis |
| N/A | N/A | N/A |
| Company did not | Company did not | Company did not |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 28
9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| respond by press time | respond by press time | respond by press time |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Cravath; Hogan & Hartson; Proskauer Rose; Sedgwick, Detert | Covington & Burling; Cravath; Hughes Hubbard; Wilmer Cutler | Barnes & Thornburg; Day, Berry; Morgan, Lewis; Pillsbury Winthrop; Proskauer Rose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Howrey; Mayer, Brown | Howrey; Mayer, Brown | Seyfarth Shaw; Winston & Strawn |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Patterson, Belknap; Pitney Hardin; Skadden | Skadden | Paul, Hastings |
| Akin Gump; Baker Botts; Friday, Eldredge; Jones Day | Baker Botts; Jones Day | Baker Botts |
| Will not disclose | Will not disclose | Will not disclose |
| Jones Day; King & Spalding; Latham & Watkins | Pillsbury Winthrop | Jones Day; Pillsbury Winthrop |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 29
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

```
------------------------------------------------------------------
  Will not disclose      Dorsey & Whitney        Littler Mendelson
------------------------------------------------------------------
  Will not disclose      Will not disclose       Will not disclose

------------------------------------------------------------------
  Will not disclose      Will not disclose       Will not disclose
------------------------------------------------------------------
  Brickler & Eckler;     Duane Morris; King      Kaufman & Canoles;
  Hunton & Williams;     & Spalding              Paul, Plevin; Reed
  McGuireWoods;                                  Smith; Williams
  Peter E. Glick                                 Mullen
------------------------------------------------------------------
  Morgan, Lewis          Fenwick & West          Fenwick & West;
                                                 Littler Mendelson;
                                                 Orrick


------------------------------------------------------------------
  Company did not        Company did not         Company did not
  respond by press       respond by press        respond by press
  time                   time                    time
------------------------------------------------------------------
  Will not disclose      Will not disclose       Will not disclose

------------------------------------------------------------------
  Will not disclose      Will not disclose       Will not disclose

------------------------------------------------------------------
  Freshfields;           Gibson, Dunn;           Morgan, Lewis
  Kirkland & Ellis;      Wachtell
  Morgan, Lewis;
  Proskauer Rose;
  White & Case
------------------------------------------------------------------
  Davis Polk             Davis Polk;             Fisher & Phillips;
                         Drinker Biddle          Morgan, Lewis

------------------------------------------------------------------
  Will not disclose      Will not disclose       Will not disclose

------------------------------------------------------------------
  Will not disclose      Will not disclose       Will not disclose

------------------------------------------------------------------
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| DLA Piper; Novack & Macey; Stites & Harbison | Bracewell & Giuliani; Dickstein Shapiro; Kirkland & Ellis; Latham & Watkins | DLA Piper; Hiscock & Barclay; Hunton & Williams; Morgan, Lewis; Ventresca & Ventresca |
| Crowell & Moring; Epstein Becker; Fulbright & Jaworski; McCarter & English; Ramey, Chandler; St. John & Wayne; Vinson & Elkins | Hughes Hubbard; Jones Day; Vinson & Elkins | Bracewell & Giuliani; Duvin, Cahn; Klett Lieber; Littler Mendelson; Steve Drapkin |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Gide Loyrette; Heller Ehrman; Mayer, Brown; Munger, Tolles; Richards, Layton; Sidley Austin | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Davis Polk; Edwards & Angell; Hinckley, Allen; Holland & Knight; Mintz Levin | Davis Polk; Mintz Levin | Edwards & Angell; Sheppard, Mullin |
| Will not disclose | Will not disclose | Will not disclose |
| Cooper & Walinski; Howrey; Stites & Harbison | Dorsey & Whitney; Hunton & Williams; Jones Day | Barnes & Thornburg; Fisher & Phillips; Foley & Lardner; Hogan & |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | Hartson; Seyfarth Shaw; Shumaker, Loop |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Abbott, Simses; Lathrop & Gage; Nyemaster, Goode; Sayles Werbner; Schiff Hardin; | Baker & Daniels; Bell, Boyd; Covington & Burling; Hunton & Williams; Lane & Waterman; Shearman & Sterling; Skadden | Alston & Bird; Bozeman, Neighbour; Jenner & Block; Lathrop & Gage; Nyemaster, Goode; Thompson & Knight |
| Collier Shannon; Constantine Cannon; Jenner & Block; Jones Day; Paul, Hastings; Reeves & Brightwell; Vinson & Elkins | Baker Botts; Vinson & Elkins | Bass, Berry; Fulbright & Jaworski; Hogan & Hartson; Morgan, Lewis; Ogletree, Deakins; Vinson & Elkins; Waller Lansden |
| Will not disclose | Will not disclose | Will not disclose |
| Alston & Bird; Bondurant, Mixson; Dechert; Gibson, Dunn; Kilpatrick Stockton; Morgan, Lewis; Troutman Sanders | Davis Polk; Paul, Hastings; Troutman Sanders | Kilpatrick Stockton; Munger & Stone; Paul, Hastings; Rogers & Hardin |
| Hughes & Luce; Liskow & Lewis; Mayer, Brown; Thompson & Knight; Vinson & Elkins | Mayer, Brown; Vinson & Elkins | McAfee & Taft |
| Kirkland & Ellis; Quinn Emanuel | Weil, Gotshal | O'Melveny & Myers |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                      Page 32
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|
| Alston & Bird; Barnes & Thornburg; Filice, Brown; King & Spalding; Kirkland & Ellis; Mayer, Brown; Orrick | Cleary Gottlieb; King & Spalding; Mayer, Brown | Littler Mendelson; Paul, Hastings; Seyfarth Shaw |
| Dickstein Shapiro; Fulbright & Jaworski; Sidley Austin; Vinson & Elkins | Robinson, Bradshaw; Skadden; Vinson & Elkins | Frost Brown Todd; Ogletree, Deakins |
| Abbott, Simses; Bartlit Beck; Boies, Schiller; Crowell & Moring; Kilpatrick Stockton; McGuireWoods; Shook, Hardy | Ballard Spahr; Cravath; Crowell & Moring; Potter Anderson; Skadden | Ballard Spahr; Dickinson Wright; Hornblower, Manning; McGuireWoods; Phillips Lytle; Potter Anderson; Spilman Thomas |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Bryan Cave; Flynn, Gaskins; Hennelly & Grossfeld; Husch & Eppenberger; | Bryan Cave; Davis Polk | McMahon, Berger |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 33
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| Riddell Williams; Snell & Wilmer; von Briesen & Roper; | | |
|---|---|---|
| Baker, Donelson; Morgan, Lewis; Phelps Dunbar; Skadden | Goodwin Procter; Skadden; Thelen Reid; Wise Carter | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Jenner & Block | Foley & Lardner; Morgan, Lewis; Sidley Austin; Winston & Strawn | Holland & Knight; Reed Smith; Sidley Austin |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |
| Jackson Lewis; Jones Day; Morgan, Brown | Jones Day | Jackson Lewis; Jones Day; Morgan, Brown |
| Littler Mendelson; O'Melveny & Myers; Seyfarth Shaw | Davis Polk; Steptoe & Johnson | Burke, Warren; Fisher & Phillips; Morgan, Brown; Morgan, Lewis; Ogletree, Deakins |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.