Westlaw.

9/2006 CCOUNSEL 97
9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| | | |
|---|---|---|
| Bowman and Brooke; Campbell, Campbell; Huie Fernambucq; O'Melveny & Myers; McGuireWoods; Shook Hardy & Bacon; Snell & Wilmer | Davis Polk; Dickinson Wright; Dykema Gossett; Simpson Thacher | Baker & Hostetler; Berkowitz Feldmiller; Dickinson Wright; Gibson, Dunn; Hogan & Hartson; Kienbaum Opperwall; Sutherland Asbill |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Blackwell Igbanugo; Robins, Kaplan | Collier Shannon, Dorsey & Whitney; Faegre & Benson; Wachtell | Littler Mendelson; Morgan, Lewis |
| Will not disclose | Will not disclose | Will not disclose |
| Alston & Bird | Alston & Bird | Martenson, Hasbrouck |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |
| Ballard Spahr; Ball & Weed; Covington & Burling; Dickstein | Cleary Gottlieb; Covington & Burling; Thompson Hine | Frantz Ward; Littler Mendelson |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| | | |
|---|---|---|
| Shapiro; Vorys, Sater; Yoka & Smith | | |
| Baker Botts; Godwin Pappas; Kirkpatrick & Lockhart; Vinson & Elkins; Jones Day | Baker Botts; Godwin Pappas | Baker & McKenzie; Jackson Lewis; Vinson & Elkins |
| Will not disclose | Will not disclose | Will not disclose |
| Bass, Berry; Bowen Riley; Fowler White; Latham & Watkins; Locke Liddell; O'Melveny & Myers | Bass, Berry | Baker & Hostetler; Bell Nunnally; Carlton Fields; Constangy, Brooks; Ford & Harrison; Ogletree, Deakins; Trenam, Kemker |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Arnold & Porter; Jenner & Block; King & Spalding; Kirkland & Ellis; McDermott Will; Sidley Austin | Davis Polk; Fried, Frank; Skadden | Morgan, Lewis; Ogletree, Deakins; Steptoe & Johnson |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |

---

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 37
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Jones Day; King & Spalding; Latham & Watkins; Paul, Weiss; Simpson Thacher | Cadwalader; Latham & Watkins; Milbank, Tweed; Simpson Thacher; Sullivan & Cromwell; Weil, Gotshal | Kramer Levin |
| Will not disclose | Will not disclose | Will not disclose |
| Choate, Hall; Forman, Perry; Mintz Levin | LeBoeuf, Lamb; Skadden | Will not disclose |
| Colucci & Umans; Davis Polk; Fenwick & West; Mayer, Brown; Vorys, Sater | Colucci & Umans; Davis Polk; Fenwick & West; Mayer, Brown; Vorys, Sater | Vorys, Sater |
| DLA Piper; McDermott Will & Emery; McKenna Long & Aldridge; Miller & Chevalier; O'Melveny & Myers | King & Spalding | Fortney & Scott; Morgan, Lewis |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Baker Botts; Beirne Maynard; Werner & Kerrigan | Baker Botts | Baker Botts |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                             Page 38
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Bingham McClutchen; Goodwin Procter; Gibson, Dunn; Quarles & Brady; Skadden; Willkie Farr | Davis Polk; **Debevoise &** Plimpton; Kramer Levin; Willkie Farr | Jackson Lewis; Paul, Hastings; Proskauer Rose; Winston & Strawn |
| DLA Piper; Dykema Gossett; Heller Ehrman; Ulmer & Berne | Davis Polk; Honigman Miller | Jackson Lewis; Littler Mendelson; Wimberly, Lawson |
| Will not disclose | Will not disclose | Will not disclose |
| Bonner Kiernan; Bullivant Houser; Kirkland & Ellis; Winston & Strawn | Cleary Gottlieb | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Williams & Connolly | Will not disclose | Connell Foley; Edwards & Angell; McElroy, Deutsch |
| Will not disclose | Will not disclose | Will not disclose |
| Dechert; Hughes Hubbard; Williams & Connolly; Womble Carlyle; | Covington & Burling; **Debevoise** & Plimpton; Fried, Frank; Paul, Weiss | Morgan, Lewis; Seyfarth Shaw |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Arnold & Porter; Fish & Richardson; Heller Ehrman; Preston Gates; | Preston Gates | Crowell & Moring; Paul, Hastings; Preston Gates; Riddell Williams |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

Sidley Austin;
Sullivan &
Cromwell; Weil,
Gotshal

---

| | | |
|---|---|---|
| Bingham McClutchen; Cravath; Greenberg Traurig; Kirkland & Ellis; Paul, Weiss; Reed Smith; Stradling Yocca | Cadwalader; Cleary Gottlieb; Cravath; Davis Polk; McDermott Will; Shearman & Sterling; Sidley Austin | Allen & Overy; Fragomen, Del Rey; Morgan, Lewis; Orrick |

---

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |

---

| Will not disclose | Will not disclose | Will not disclose |

---

| Will not disclose | Will not disclose | Will not disclose |

---

| Will not disclose | Will not disclose | Will not disclose |

---

| Will not disclose | Will not disclose | Will not disclose |

---

| Barger & Wolen; Holland & Knight | Skadden | Morgan, Lewis; Seyfarth Shaw |

---

| Will not disclose | Will not disclose | Will not disclose |

---

| Banner & Witcoff; McDermott Will; Stoel Rives; Tonkon Torp | Stoel Rives; Tonkon Torp | Lane Powell; Stoel Rives |

---

| Will not disclose | Will not disclose | Will not disclose |

---

| Will not disclose | Will not disclose | Will not disclose |

---

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                           Page 40
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Duane Morris; Jordan Burt; Lewis and Roca; Kelly, Herlihy & Klein; O'Melveny & Myers | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Davis & Gilbert; Jones Day; Sullivan & Cromwell | Davis & Gilbert; Jones Day | Davis & Gilbert; Littler Mendelson |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Davis Polk; Jones Day; McGuireWoods | Arnold & Porter; Davis Polk | Rodriguez, Colvin; Sheppard, Mullin; |
| Will not disclose | Will not disclose | Will not disclose |
| Heller Ehrman; Latham & Watkins; Sedgwick, Detert; | Dewey Ballantine; Orrick | Erickson, Beasley; Fisher & Phillips; Lafayette & Kumagai; Thelen Reid |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Akerman Senterfitt; Ford & Harrison; GrayRobinson; Holland & Knight; Trenam, Kemker | Hahn, McClurg; McClure & McClure; Trenam, Kemker; | Ford & Harrison; Stearns Weaver |
| Will not disclose | Sidley Austin | Foley & Lardner |
| Will not disclose | Hogan & Hartson; Skadden; Weil, Gotshal | Will not disclose |
| Company did not respond by press time | Company did not respond by press time | Company did not respond by press time |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97                                        Page 42
(Publication page references are not available for this document.)

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Latham & Watkins; Munger, Tolles; Pillsbury Winthrop | Latham & Watkins | Dillingham & Murphy; Holland & Hart; Littler Mendelson; Vedder, Price |
| Will not disclose | Wilson Sonsini | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Howrey; Lowenstein Sandler; Mayer, Brown; Pitney Hardin; Reed Smith; Ropes & Gray; Sidley Austin | Howrey; Lowenstein Sandler; Mayer, Brown; Pitney Hardin; Reed Smith; Ropes & Gray; Sidley Austin | Howrey; Lowenstein Sandler; Mayer, Brown; Pitney Hardin; Reed Smith; Ropes & Gray; Sidley Austin |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Hunton & Williams; Kaufman & Canoles; McGuireWoods; Reed Smith | Hunton & Williams; McGuireWoods; Simpson Thacher | Hunton & Williams; Kaufman & Canoles; McGuireWoods |
| Bergeson; Bialson, Bergen; Wilson Sonsini | Baker & McKenzie; Wilson Sonsini | Littler Mendelson |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                        Page 43
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

---

| Fulbright & Jaworski; Kaye Scholer; Phillips, Erlewine; Todd & Weld | Baker & McKenzie; Wilmer Cutler | Littler Mendelson; Seyfarth Shaw |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Ballard Spahr; Beveridge & Diamond; Morgan, Lewis; Pepper Hamilton | Blank Rome; Morgan, Lewis; Pepper Hamilton | Ballard Spahr; Morgan, Lewis |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Arnall Golden; Bales Weinstein; Bracewell & Giuliani; Locke Liddell; Susman Godfrey; Zimmerman | Arnall Golden | Arnall Golden; Bracewell & Giuliani; Fortney & Scott; Morgan, Lewis |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Alston & Bird; Kirkland & Ellis; Latham & Watkins | Sullivan & Cromwell | Kullman |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 44
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Mayer, Brown; Sutherland Asbill | Will not disclose | Mayer, Brown; Sutherland Asbill |
| Cravath; Kirkland & Ellis; Paul, Weiss | Cravath; Paul, Weiss; Simpson Thacher | Will not disclose |
| Ropes & Gray | Ropes & Gray | Jackson Lewis; Seyfarth Shaw |
| Anderson Kill & Olick; Simpson Thacher; Wildman Harrold | Simpson Thacher | Jackson Lewis |
| Will not disclose | Will not disclose | Will not disclose |
| Adorno & Yoss; Burford & Ryburn; Cantey & Hanger; Fulbright & Jaworski; Hunton & Williams; Walker Sewell; White & Wiggins | Morgan, Lewis; Sullivan & Cromwell; Thelen Reid | Groom Law Group; Hunton & Williams |
| Akin Gump; Bassett Law; Dickstein Shapiro; Kutak Rock; Sidley Austin | Kutak Rock; Sidley Austin; White & Case | Akin Gump; Maynard, Cooper |
| Will not disclose | Will not disclose | Will not disclose |
| Company did not respond by press | Company did not respond by press | Company did not respond by press |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                              Page 45
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| time | time | time |
|------|------|------|
| Covington & Burling; Howrey; Newman, Favalaro; Shook, Hardy; Thompson Coburn; Yevetsky & Maher | Chapman and Cutler; Skadden | Morgan, Lewis; Polk Waldman |
| Ford & Harrison; Jones Day; The Miller Law Firm | Fried, Frank; Honigman Miller; Jones Day | Honigman Miller |
| Alston & Bird; DLA Piper; King & Spalding; Morrison & Foerster; Paul, Hastings | King & Spalding | Alston & Bird; Morrison & Foerster; Paul, Hastings; Pitney Hardin; Quarles & Brady; Reed Smith |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Begos & Horgan; Figari Davenport; Paul, Hastings; Pierce Atwood; Sullivan & Cromwell; White and Williams | Alston & Bird; Sullivan & Cromwell | Alston & Bird; Kilpatrick Stockton; Miller & Martin; Paul, Hastings; Seyfarth Shaw |
| Adams and Reese; Akin Gump; | Andrews Kurth; Baker Botts; Cox | Akin Gump; Bracewell & |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                Page 46
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

| | | |
|---|---|---|
| Bracewell & Giuliani; Cox Smith; Fulbright & Jaworski; Haynes and Boone; Pillsbury Winthrop | Smith; Wachtell | Giuliani; Fulbright & Jaworski; Ogletree, Deakins |
| Kellogg, Huber; Kirkland & Ellis; McGuireWoods; Munger, Tolles; O'Melveny & Myers; Wiley Rein | **Debevoise & Plimpton** | Jones Day; Foley Hoag; McGuireWoods |
| Will not disclose | Will not disclose | Will not disclose |
| Foley & Lardner; Kirkland & Ellis | Kirkland & Ellis | Foley & Lardner |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Will not disclose | Will not disclose | Will not disclose |
| Akin Gump; Frilot Partridge; Heller Ehrman; Howrey; Littler Mendelson; Saul Ewing; Ware, Jackson | Baker Botts; Locke Liddell; Phelps Dunbar; Schnader Harrison | Littler Mendelson; Reed Smith; Seyfarth Shaw; Ware, Jackson; |
| Will not disclose | Will not disclose | Will not disclose |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 47
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Hillis Clark; Kirkland & Ellis; McGuireWoods; Thelen Reid | Cravath; Hillis Clark; Perkins Coie | Barnes & Thornburg; Druckman & Associates; Eldridge Cooper; Fisher & Phillips; King & Spalding; Morgan, Lewis |
|---|---|---|

---

| Barnes & Thornburg; Nall & Miller; Nelson Mullins | Barnes & Thornburg; Cantu y Estrada; DLA Piper; Kirkland & Ellis; Mayer, Brown; Pinheiro Neto | Littler Mendelson |
|---|---|---|

---

| Crowe & Dunlevy; DLA Piper; Gibson, Dunn; Hall, Estill; Holland & Hart; Kean Miller | Andrews Kurth; Crowe & Dunlevy; Gibson, Dunn; Hall, Estill | Hall, Estill |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Arnold & Porter; Jones Day; Nelson Mullins; Orrick; Reed Smith; Williams & Connolly; Winston & Strawn | Simpson Thacher | Morgan, Lewis |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

| Will not disclose | Will not disclose | Will not disclose |
|---|---|---|

---

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                        Page 48
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

66.......+...80....+...90....+....0....+...10....+...20....+...30.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\* This is piece 3. -- It begins at character 132 of table line 1. \*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


IntellectualProperty

---------------------
   Carlson, Caspers;
   Finnegan,
   Henderson; Fish &
   Richardson;
   Fulbright &
   Jaworski; Kinney &
   Lange; Kirkland &
   Ellis
---------------------
  Jones Day; Lahive &
   Cockfield;
   Meyertons, Hood;
   Munger, Tolles;
   Patterson,
   Belknap; Venable;
   Winston & Strawn
---------------------
   Will not disclose




---------------------
   Leydig, Voit

        © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                      Page 49
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

---------------------
   Will not disclose

---------------------
   N/A

---------------------
   Company did not
   respond by press
   time
---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Frommer Lawrence;
   Kramer Levin

---------------------
   Duane MOrris;
   Foley & Lardner
---------------------
   Will not disclose

---------------------
   Will not disclose
---------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)


    Will not disclose

----------------------
    Will not disclose



----------------------
    Chadbourne &
    Parke; Cozen
    O'Connor; McCarter
    & English


----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Company did not
    respond by press
    time
----------------------
    Will not disclose

----------------------
    Company did not
    respond by press
    time
----------------------
    Will not disclose

----------------------
    Will not disclose
----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------

                © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 51
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

    Cantor Colburn;
    Jones Day;
    Kilpatrick
    Stockton; Merchant
    & Gould; Myers
    Bigel
--------------------
    N/A
--------------------
    Company did not
    respond by press
    time
--------------------
    Will not disclose

--------------------
    Bird & Bird;
    fitzpatrick,
    Cella; Kaye
    Scholer; McDonnell
    Boehnen

--------------------
    Will not disclose

--------------------
    Will not disclose

--------------------
    Will not disclose

--------------------
    Will not disclose

--------------------
    Finnegan,
    Henderson; Howrey
--------------------
    Company did not
    respond by press
    time
--------------------
    Lerner, David


--------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                               Page 52
 9/2006 Corp. Couns. (Mag.) 97
**(Publication page references are not available for this document.)**


    Baker Botts;
    Bracewell &
    Giuliani

---------------------
    Will not disclose
---------------------
    Burns, Doane


---------------------
    Merchant & Gould
---------------------
    Will not disclose

---------------------
    Will not disclose
---------------------
    Goodman, Allen;
    McGuireWoods;
    Troutman Sanders

---------------------
    Baker Botts; Beyer
    Weaver; Cesari and
    McKenna; Hickman
    Palermo; Orrick;
    Weil, Gotshal
---------------------
    Company did not
    respond by press
    time
---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Connolly Bove;
    Freshfields;
    Harness, Dickey;
    Kirkland & Ellis

---------------------
    Brooks Kushman;

                © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 53
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

Davis Polk; Keker
& Van Nest
---------------------
Will not disclose

---------------------
Will not disclose

---------------------
Will not disclose
---------------------
Will not disclose

---------------------
Whiteford, Taylor

---------------------
Kilpatrick
Stockton; Locke
Liddell

---------------------
Will not disclose

---------------------
Baker Botts;
Howrey; Roylance,
Abrams

---------------------
Will not disclose

---------------------
Edwards & Angell

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 54
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)


---------------------
   Will not disclose
---------------------
   Dykema Gossett;
   Howrey; Liniak,
   Berenato;
   MacMillan,
   Sobanski; Rader,
   Fishman

---------------------
   Will not disclose


---------------------
   Brinks Hofer;
   Burns, Doane;
   Fitch, Even;
   Wallenstein Wagner



---------------------
   Arnold & Porter;
   Baker Botts;
   Hamilton &
   Terrile; Haynes
   and Boone; Jones
   Day; Loeb & Loeb;
   Vinson & Elkins

---------------------
   Will not disclose

---------------------
   King & Spalding




© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 55
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**

----------------------
   Vinson & Elkins

----------------------
   Jones Day

----------------------
   Will not disclose

----------------------
   Baker & McKenzie;
   Jenner & Block;
   King & Spalding;
   Orrick; Whyte
   Hirschboeck

----------------------
   Kennedy Covington;
   Woodard, Emhardt

----------------------
   Bartlit Beck; Kaye
   Scholer; Morgan &
   Finnegan; Potter
   Anderson; Woodcock
   Washburn

----------------------
   Will not disclose

----------------------
   Will not disclose
----------------------
   Will not disclose

----------------------
   Will not disclose

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                              Page 56
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)


----------------------
   Will not disclose

----------------------
   Will not disclose
----------------------
   Harness, Dickey;
   Locke Liddell;
   Marshall,
   Gerstein;
   McDonnell Boehnen;
   Ropes & Gray;
   Westman, Champlin

----------------------
   Will not disclose


----------------------
   Will not disclose

----------------------
   Ballard Spahr;
   Kirkland & Ellis


----------------------
   Company did not
   respond by press
   time
----------------------
   Will not disclose

----------------------
   Amster Rothstein


----------------------
   Baker & McKenzie



----------------------
   Will not disclose


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 57
 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


---------------------
   Will not disclose

---------------------
   Will not disclose
---------------------
   Will not disclose

---------------------
   Brooks Kushman;
   Pattishall,
   McAuliffe; Ropes &
   Gray




---------------------
   Will not disclose
---------------------
   Will not disclose



---------------------
   Will not disclose

---------------------
   Will not disclose

---------------------
   Kagan Binder;
   Patterson,
   Thuente; Robins,
   Kaplan
---------------------
   Will not disclose


---------------------
   Cook, Alex

---------------------
   Company did not

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

respond by press
time
---------------------
Will not disclose

---------------------
Brouse McDowell;
Wood, Herron

---------------------
Conley Rose; Jones
Day; Godwin Pappas

---------------------
Will not disclose

---------------------
Middleton
Reutlinger; Waddey
& Patterson

---------------------
Will not disclose

---------------------
Will not disclose

---------------------
Will not disclose

---------------------
Alston & Bird;
Birch, Steward;
Black Lowe;
Crompton, Seager;
Ingrassia Fisher;
Kirkland & Ellis;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


    Skadden
---------------------
    Will not disclose
---------------------
    Company did not
    respond by press
    time
---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose
---------------------
    Will not disclose


---------------------
    Company did not
    respond by press
    time
---------------------
    Company did not
    respond by press
    time
---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose


---------------------
    Will not disclose

---------------------
    Will not disclose


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                          Page 60
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Milbank, Tweed;
   Morgan, Lewis;
   Paul, Weiss


----------------------
   Will not disclose
----------------------
   Baker & McKenzie


----------------------
   Colucci & Umans



----------------------
   Duane Morris;
   McDermott Will



----------------------
   Will not disclose

----------------------
   Company did not
   respond by press
   time
----------------------
   Will not disclose

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 61
 9/2006 Corp. Couns. (Mag.) 97
(Publication page references are not available for this document.)


---------------------
   Will not disclose
---------------------
   Law Offices of
   Jack Ebel

---------------------
   Will not disclose

---------------------
   Baker Botts;
   Willkie Farr




---------------------
   Carlson, Gaskey;
   Foley & Lardner;
   Paul, Hastings;
   Rader, Fishman
---------------------
   Will not disclose

---------------------
   Will not disclose


---------------------
   Will not disclose
---------------------
   Will not disclose


---------------------
   Will not disclose

---------------------
   Fitzpatrick,
   Cella; Howrey;
   Weil, Gotshal


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 62
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

----------------------
   Will not disclose

----------------------
   Will not disclose
----------------------
   Arnold & Porter;
   Fish & Richardson;
   Klarquist
   Sparkman; Sidley
   Austin; Weil,
   Gotshal; Woodcock
   Washburn

----------------------
   Alston & Bird;
   Cowan, Liebowitz;
   Kirkland & Ellis;
   Kirkpatrick &
   Lockhart; Leydig,
   Voit

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Will not disclose

----------------------
   Brown Raysman;
   Fross Zelnick
----------------------
   Will not disclose

----------------------
   Banner & Witcoff;

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                          Page 63
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

    DLA Piper;
    McDermott Will

----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Will not disclose


----------------------
    Will not disclose
----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Davis & Gilbert


----------------------
    Will not disclose

----------------------
    Will not disclose

----------------------
    Will not disclose
----------------------
    Will not disclose

----------------------
    Baker Botts;
    Goodwin Procter;
    Sidley Austin
----------------------
    Will not disclose

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                              Page 64
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

----------------------

   Hanson, Bridgett


----------------------

   Will not disclose

----------------------

   Will not disclose

----------------------

   Will not disclose

----------------------

   Will not disclose

----------------------

   Will not disclose

----------------------

   Will not disclose


----------------------

   Will not disclose

----------------------

   Will not disclose

----------------------

   Will not disclose


----------------------

   Holland & Knight;
   Pillsbury Winthrop


----------------------

   Dobrusin &
   Thennisch
----------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                          Page 65
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

   Will not disclose


---------------------
   Company did not
   respond by press
   time
---------------------
   Will not disclose


---------------------
   Will not disclose


---------------------
   Oblon, Spivak




---------------------
   Will not disclose


---------------------
   Will not disclose


---------------------
   Howrey; Kenyon &
   Kenyon; Morgan &
   Finnegan; Ropes &
   Gray; Sidley
   Austin


---------------------
   Will not disclose


---------------------
   Will not disclose


---------------------
   Hunton & Williams;
   Reed Smith


---------------------
   Patent Planet

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


--------------------
    Will not disclose

--------------------
    Will not disclose

--------------------
    Will not disclose

--------------------
    Wolf, Greenfield


--------------------
    Will not disclose

--------------------
    Will not disclose

--------------------
    Drinker Biddle;
    Woodcock Washburn


--------------------
    Will not disclose

--------------------
    Will not disclose

--------------------
    Andrews Kurth;
    Arnall Golden;
    Belzer PC; Locke
    Liddell


--------------------
    Will not disclose

--------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                      Page 67
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)


    Will not disclose

---------------------
    Will not disclose


---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Will not disclose

---------------------
    Mayer, Brown;
    Skadden;
    Sutherland Asbill
---------------------
    Will not disclose


---------------------
    Alston & Bird

---------------------
    Bryan Cave


---------------------
    Will not disclose

---------------------
    Hunton & Williams




---------------------
    Blackwell Sanders;
    Brinks Hofer;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                          Page 68
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

Fellers, Snider;
Marshall,
Gerstein; McAfee &
Taft
----------------------
Will not disclose

----------------------
Company did not
respond by press
time
----------------------
Will not disclose

----------------------
Will not disclose

----------------------
Alston & Bird;
King & Spalding

----------------------
Will not disclose

----------------------
Will not disclose

----------------------
Will not disclose

----------------------
Will not disclose

----------------------

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

 9/2006 Corp. Couns. (Mag.) 97
 **(Publication page references are not available for this document.)**


    Will not disclose




    --------------------
    Fulbright &
    Jaworski




    --------------------
    Baker Botts;
    Howrey; Kellogg,
    Huber;
    McGuireWoods;
    Simpson Thacher;
    Wiley Rein;
    Winston & Strawn
    --------------------
    Will not disclose

    --------------------
    Brinks Hofer

    --------------------
    Will not disclose

    --------------------
    Will not disclose

    --------------------
    Will not disclose

    --------------------
    Will not disclose

    --------------------
    Will not disclose

    --------------------


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

9/2006 CCOUNSEL 97                                                    Page 70
 9/2006 Corp. Couns. (Mag.) 97
 (Publication page references are not available for this document.)

    Will not disclose


   --------------------
    Will not disclose


   --------------------
    Will not disclose

   --------------------
    Christensen
    O'Connor; Ropes &
    Gray


   --------------------
    Kirkland & Ellis;
    McDonnell Boehnen;
    McGarry Bair;
    Sonnenschein Nath;
    Taglia, Fette


   --------------------
    Crowe & Dunlevy


   --------------------
    Will not disclose

   --------------------
    Choate, Hall;
    Cozen O'Connor;
    Finnegan,
    Henderson;
    Fitzpatrick,
    Cella; Kaye

&copy; 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

    Scholer; Wilmer
    Cutler; Woodcock
    Washburn
--------------------
   Will not disclose
--------------------
   Will not disclose


--------------------
132....40....+...50..

***************************************************************************
****** This is piece 4. -- It begins at character 1 of table line 1063. ******
***************************************************************************

FN1 Acquired name from SBC Communications after acquiring AT&T Corp in November
   2005.
FN2 Acquired MBNA in January 2006.
FN3 Acquired Hibernia Corporation in November 2005.
FN4 CBS split from Viacom in December 2005.
FN5 Acquired Unoacl in August 2005. Changed name from ChevronTexaco in May
   2005.
FN6 Acquired Priority Healthcare in October 2005.
FN7 Acquired May Department Stores in August 2005.
FN8 Acquired Accredo Health in August 2005.
FN9 Changed name from Sprint after acquiring Nextel Communications in August
   2005.
FN10 Acquired Albertson's Inc. in June 2006.
FN11 Acquired Overnite Transportation in August 2005.
FN12 Acquired Pacificare Health Systems in December 2005.
FN13 Acquired Premcor in September 2005.
FN14 Acquired MCI in January 2006.
FN15 Viacom split into two companies (Viacom and CBS) in December 2005.
FN16 Acquired Providan Financial in October 2005.
FN17 Acquired WellChoice in December 2005.
1...+...10....+...20....+...30....+...40....+...50....+...60....+...70....+....


 WND = Will not disclose

9/2006 CCOUNSEL 97

END OF DOCUMENT

            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**News**Room

8/21/06 PHARMAMKT (No Page)                                          Page 1


8/21/06 Pharma Marketletter (UK) (Pg. Unavail. Online)
2006 WLNR 14531245

Pharma Marketletter
Copyright 2006  Marketletter Publications Ltd.

**August 21, 2006**



Gilead and <u>Merck</u> & Co Atripla distribution deal.


   USA-based biopharmaceutical firm <u>Gilead Sciences</u> and US major <u>Merck</u> & Co say that
they have entered into an agreement to distribute the latter's combined HIV-1
treatment Atripla (efeavirenza 600mg emtricitabine 200mg/ tenofovir disoproxil
fumarate 300mg), in developing countries around the world.

   The drug, which combines a non-nucleoside reverse transcriptase inhibitor with two
nucleoside-based RT inhibitors, was commercialized in a collaboration between Gilead
and fellow US company Bristol-Myers Squibb through a joint venture partnership. The
Food and Drug Administration granted approval for its use against HIV-1 infection in
July this year (Marketletter July 17). The agency also approved an alternative
trade-dress for the product in developing countries, where it will be made available
as a white colored tablet in order to distinguish it from the salmon pink US
version.

   **John Martin**, president of Gilead, commented that "the FDA's rapid review and
approval of Atripla will help to expedite access for adults infected with HIV-1
living in resource-limited parts of the world." His counterpart at **Merck**, Richard
Clark, said that the company was looking forward to collaborating with Gilead and
health authorities to make the agent available to those who need it most. The firms
added that they would pursue registration for the product with national health
authorities around the world in the near future.

   Gilead's share price rose $0.19 to close at $62.05 in trading on the Nasdaq on the
day of the news, while Merck and B-M S shares both fell, $0.73 to $40.60 on the New
York Stock Exchange, and 2.8% to $20.24 on the Big Board, respectively.

---- INDEX REFERENCES ----

COMPANY: <u>GILEAD SCIENCES INC</u>; <u>BRISTOL MYERS SQUIBB CO</u>; NEW YORK STOCK EXCHANGE INC;
<u>MERCK AND CO INC</u>


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**NewsRoom**

NEWS SUBJECT:  (Joint Ventures (1JO05); Economics & Trade (1EC26); Major
Corporations (1MA93); Corporate Groups & Ownership (1XO09))

INDUSTRY:  (Infectious Diseases (1IN99); AIDS Drugs (1AI29); Pharmaceuticals
Regulatory (1PH03); HIV & AIDS (1AI90); Pharmaceuticals & Biotechnology (1PH13);
Distribution (1DI73); Business Services (1BU80); Manufacturing (1MA74);
Biopharmaceuticals (1BI13); Healthcare (1HE06); Pharmaceuticals Joint Development
Projects (1PH87); Wholesale Trade & Distribution (1WH58))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73))

Language:  EN

OTHER INDEXING:  (ATRIPLA; BRISTOL; FDA; FOOD AND DRUG ADMINISTRATION; MERCK; MERCK
CO; MERCK CO ATRIPLA; MYERS SQUIBB; NEW YORK STOCK EXCHANGE; RT; USA)  (Gilead;
Gilead Sciences; John Martin; Richard Clark)  (United States)

KEYWORDS:  ( Alliances, partnerships);  ( Goods & services distribution);  (
Business, international);  (Pharmaceutical industry);  (Distribution agreements);
(Biological products industry)

COMPANY TERMS: MERCK AND CO INC; BRISTOL MYERS SQUIBB CO; GILEAD SCIENCES INC

PRODUCT: Pharmaceuticals; unknown

SIC: 2834; 2830

TICKER SYMBOL: GILD; BMY

Word Count: 332
8/21/06 PHARMAMKT (No Page)


END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

7/13/2006 APN-HE  8                                                    Page 1
(Publication page references are not available for this document.)

American Political Network
American Health Line
Volume 10 No. 9
Copyright (c) 2006 by American Political Network, Inc.

July 13, 2006

REGULATORY NEWS FDA:   APPROVES ONCE-A-DAY COMBINATION ANTIRETROVIRAL PILL

 FDA on Tuesday as expected approved Gilead and
Bristol-Myers Squibb's once daily antiretroviral treatment
regimen called Atripla, which combines BMS' Sustiva and Gilead's
Truvada into a single pill, for sale and marketing in the U.S.,
the Washington Post reports (Kaufman, Washington Post, 7/13).
The two companies in December 2004 announced that they would
collaborate, with the aim of developing the single daily
combination antiretroviral drug. Currently, patients undergoing
antiretroviral treatment often take several pills daily,
sometimes at specific times and under certain conditions.
Atripla is the first highly active antiretroviral treatment
regimen available in a single, daily pill. It includes Truvada
-- which is made of 200 milligrams of emtricitabine and 300
milligrams of tenofovir -- as well as 600 milligrams of Sustiva,
known generically as efavirenz (American Health Line, 7/13).
Emtricitabine, tenofovir and efavirenz are reverse transcriptase
inhibitors, which often are given to patients newly diagnosed as
HIV-positive, the Los Angeles Times reports. Some experts said
drug companies are looking to incorporate protease inhibitors,
usually given to HIV-positive people who develop resistance to
first-line medications, into Atripla, according to the Times
(Maugh, Los Angeles Times, 7/13). A clinical trial of 244
HIV-positive adults taking the medications that make up Atripla
-- which FDA said can have side effects including headache,
dizziness, abdominal pain, vomiting and rash -- found that 80%
of patients had a significant reduction in viral loads and
marked increase in their number of CD4+ T cells (CQ HealthBeat,
7/12). Sustiva and Truvada are the most widely prescribed
antiretroviral treatment regimen in the U.S., and physicians and
securities analysts predict that most people currently taking
the drugs separately will switchto the new combination pill
(American Health Line, 7/10). About 60% of HIV-positive people
who are receiving antiretrovirals in the U.S. are takingTruvada
and Sustiva, and 13% of people living with AIDS are taking the
drugs, Norbert Bischofberger, Gilead vice president for research
and development, said (Russell, San Francisco Chronicle, 7/13).
The approval came as a result of FDA's fast-track review

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

program, the Los Angeles Times reports.
 COST, PEPFAR AVAILABILITY
 BMS and Gilead on Tuesday said Atripla will be available
for sale within seven business days and a 30-day supply will
sell for $1,150.88, the same price as Truvada and Sustiva sold
separately (Los Angeles Times, 7/13). The approval means that
Atripla can be included in the drugs distributed by the
President's Emergency Plan for AIDS Relief (Howard Price,
Washington Times, 7/13). However, BMS and Gilead must come to an
agreement with **Merck** on international sales. **Merck** sells
Sustiva under the brand name Stocrin in developing countries,
the New York Times reports. **Merck** Vice President for External
Affairs Jeffrey Sturchio said the company has "reached agreement
on all the issues with Gilead," and what remains is formalizing
the agreement and applying for approval in other countries.
Sturchio estimated that Atripla would be available insome
developing countries in the coming months and that the price
would be approximately equivalent to the sum of prices of the
drugs in those countries, the Times reports (Pollack, New York
Times, 7/13). Atripla "offers a particularly important advantage
for patients in many countries that are most affected by the
AIDS epidemic and will also have a major impact in the U.S.,"
Andrew von Eschenbach, acting commissioner of FDA, said (Corbett
Dooren, Wall Street Journal, 7/13). However, the drug might be
too expensive for many countries even if it is sold at less than
$1 per dose, Kevin DeCock, director of HIV/AIDS programs for the
World Health Organization, said, adding, "We have to accept
there's no way that treatment can be paid for by these countries
on their own" (Sternberg, USA Today, 7/13).
 POTENTIAL EFFECT OF APPROVAL
 Atripla makes it "simpler to stick to the treatment
regimen" and thus could curb the emergence of drug resistant
strains of the virus, the AP/Forbes reports. **John Martin**,
president and CEO of Gilead, said drug-resistant HIV strains can
develop if a person takes less than 95% of their pills, adding,
"The fewer pills, the better they are able to achieve that 95%
threshold" (Bridges, AP/Forbes, 7/12). Raymond Schinazi, a
professor of pediatrics at Emory University and co-discoverer of
emtricitabine in 1996, said that the "tremendously powerful
drug" has the potential to keep HIV from "escaping]," adding
that HIV-positive people who take Atripla could "live a lot
longer or maybe even a normal life span." Dennis Liottta, a
chemistry professor at Emory and another co-discoverer of
emtricitabine, said Atripla also could have the potential to
prevent HIV infection (Hendrick, Atlanta Journal-Constitution,
7/13). Veronica Miller, director of the Forum for Collaborative
HIV Research, said the collaboration between BMS and Gilead

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

7/13/2006 APN-HE  8                                                      Page 3
(Publication page references are not available for this document.)

could lead to future collaborations on pediatric combination
drugs (AP/Forbes, 7/12). However, some researchers and advocates
expressed anxiety that the pill could lessen vigilance in HIV
prevention, the Baltimore Sun reports. "I'm concerned that
people will see the advertisements that say one pill once a day
and think that that'seasier than wearing condoms," Joel
Gallant, associate director of Johns Hopkins AIDS Service, said,
adding, "We need to get the message out that it's still a lot
better -- it's easier -- to prevent than treat, even with better
therapy" (Rockoff, Baltimore Sun, 7/13). NPR's "Morning
Edition" on Thursday reported on FDA's approval of Atripla. The
segment includes comments from Jill DeSimone, senior vice
president at BMS; von Eschenbach; and Murray Lumpkin, deputy
commissioner for international and special programs at FDA
(Wilson, "Morning Edition," NPR, 7/13). The complete segment is
available online in RealPlayer.

7/13/2006 APN-HE  8

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.