# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| This relates to all cases | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MERCK & CO., INC. ("MERCK'S") MOTION FOR EXPEDITED HEARING ON MERCK'S MOTION FOR PROTECTIVE ORDER REGARDING THE <u>TRIAL PRESERVATION DEPOSITION OF DR. STEVEN NISSEN</u>

Defendant Merck respectfully requests an expedited hearing regarding its Motion For Protective Order Regarding the Trial Preservation Deposition of Dr. Steven Nissen. An expedited hearing is required because the date of the deposition, December 12, 2006, precedes the Court's next hearing date following the December 14, 2006 monthly status conference. Accordingly, Merck requests that the Court hold an expedited hearing on its motion for a protective order at the Court's earliest convenience.

                                                                          Respectfully submitted,

                                                                          */s/ Dorothy H. Wimberly*
                                                                           Phillip A. Wittmann, 13625
                                                                           Dorothy H. Wimberly, 18509
                                                                           STONE PIGMAN WALTHER
                                                                           WITTMANN L.L.C.
                                                                           546 Carondelet Street
                                                                           New Orleans, Louisiana 70130
                                                                           Phone:  504-581-3200
                                                                           Fax:  504-581-3361

                                                                           Defendants' Liaison Counsel

840677v.1

840677v.1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion for Expedited Hearing on Merck's Motion for Protective Order Regarding the Trial Preservation Deposition of Dr. Steven Nissen has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of November, 2006.

                                                                        */s/ Dorothy H. Wimberly*
                                                                        Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

840677v.1