UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| This relates to all cases | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum in Support of Merck & Co., Inc.'s Motion for Expedited Hearing on Merck's Motion for Protective Order Regarding Trial Preservation Deposition of Dr. Steven Nissen,

IT IS ORDERED that the motion is granted and, accordingly, Merck & Co., Inc.'s Motion for Protective Order Regarding Trial Preservation Deposition of Dr. Steven Nissen will be brought on for hearing on the _____ day of _____, 2006, at _____ o'clock.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006.

_____
DISTRICT JUDGE

840681v.1