# EXHIBIT B

In a message dated 10/13/2006 4:37:56 P.M. Mountain Standard Time, Cvtisi writes:

I tried t get as many dates as I could.  The only dates before April 2006 were December 4 and 12.  I chose the 12th because I though that was most convenient given the dietrick trail.  I cannot get any additional dates and am unwilling to postpone till April.  If you want me to go back and look at the 4th, I could do so.