# EXHIBIT C

```
From: Mayer, Ted
Sent: Monday, November 13, 2006 9:59 AM
To: Cvtisi@aol.com
Subject: Dr. Steve Nissen
```

Chris:

I take it from the notice and cover letter that you have rejected our request to move this to a mutually agreeable date so that Phil Beck can participate. Please let me know if I have misunderstood.

Assuming I have understood correctly, we will be seeking appropriate relief from Judge Fallon so that Phil can be present when this deposition goes forward.

       With best regards,

            Ted

***********************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
***********************************************************************