# EXHIBIT D

In a message dated 11/13/2006 10:42:03 A.M. Mountain Standard Time, Cvtisi writes:

Ted:

It is not that I have rejected your request.  Rather, as I explained on in my October 13-e-mail to you, I have been asking for dates from Dr. Nissen since August.  While we obviously would have liked this deposition much earlier sometime this early fall.  Unfortunately, the only full dates that Dr. Nissen and his counsel could give us, other than December 4 and 12, were in April of 2007.  As I further explained in that e-mail, I am unwilling to wait that long.

In my October e-mail, I did offer to move it up to December 4 but, having heard nothing back from you, I noted it for December 12.