MINUTE ENTRY
FALLON, J.
NOVEMBER 15, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS           MDL 1657
      LIABILITY LITIGATION

CHARLES LARON MASON

REF NO. 06-810

VERSUS

SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON      WEDNESDAY, NOVEMBER 15, 2006, 8:30 AM
Case Manager: Gaylyn Lambert                       (continued from 11-14-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Ed Blizzard, Esq., Scott Nabors, Esq. & Dawn Barrios, Esq. for plaintiff
               Philip Beck, Esq. & Tarek Ismail, Esq., Brian Currey, Esq. For defendant

## JURY TRIAL:

outside jury's presence:
Defendant's Motions for Judgment as a Matter of Law (rec docs 8684 & 8722) are Denied.
Objections to jury charges are placed on the record.  Jury in:

Closing Arguments.
Jury charged and instructed by the Court.
Jury retires for deliberation @ 12:10 pm.
Jury returns from deliberations @ 2:10 pm (verdict taken @2:25pm).
VERDICT: In favor of defendant. See transcript of the verdict attached.
Jury thanked and excused.
Court orders the verdict be entered in the record.

Court adjourned at 2:27 pm.

JS-10:    3:32