1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE: VIOXX PRODUCTS          *   MDL DOCKET NO. 1657
LIABILITY LITIGATION           *
                               *
* * * * * * * * * * * * * * *  *
                               *
THIS DOCUMENT RELATES TO:      *   NOVEMBER 15, 2006
                               *
CHARLES LARON MASON V. MERCK   *   CASE NO. 06-CV-810-L
  & CO., INC.                  *
* * * * * * * * * * * * * * *  *


                         VERDICT FROM THE
                       JURY TRIAL BEFORE THE
                     HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFF:          BLIZZARD, MCCARTHY & NABERS
                            BY:  EDWARD F. BLIZZARD, ESQ.
                                 J. SCOTT NABERS, ESQ.
                                 REBECCA B. KING, ESQ.
                            440 LOUISIANA STREET, SUITE 1710
                            HOUSTON, TEXAS 77002


FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                              PALENCHAR & SCOTT
                            BY:  PHILIP S. BECK, ESQ.
                                 TAREK ISMAIL, ESQ.
                                 BRIAN P. O'DONOGHUE, ESQ.
                                 SHAYNA S. COOK, ESQ.
                            54 W. HUBBARD STREET, SUITE 300
                            CHICAGO, ILLINOIS 60601




                            DAILY COPY
```

```
 1   OFFICIAL COURT REPORTERS:    CATHY PEPPER, CCR, RPR, CRR
                                  TONI DOYLE TUSA, CCR, FCRR
 2                                500 POYDRAS STREET, ROOM HB-406
                                  NEW ORLEANS, LOUISIANA 70130
 3                                (504) 589-7778
 4
 5
 6
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
 7   PRODUCED BY COMPUTER.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

DAILY COPY

```
 1              EXCERPT
 2           (NOVEMBER 15, 2006)
 3          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE
 4  TRANSCRIBED BY CATHY PEPPER, CCR, RPR, CRR, OFFICIAL COURT
 5  REPORTER.)
 6          THE DEPUTY CLERK:  EVERYONE RISE.
 7          THE COURT:  BE SEATED, PLEASE.  THE RECORD SHOULD
 8  REFLECT THAT THE JURY HAS RETURNED, THE LITIGANT AND THE
 9  LAWYERS ARE PRESENT IN THE COURTROOM.  LADIES AND GENTLEMEN,
10  HAVE YOU REACHED A VERDICT?
11          THE FOREPERSON:  YES, WE HAVE.
12          THE COURT:  WOULD YOU PLEASE GIVE THE VERDICT TO MY
13  COURTROOM DEPUTY.  WOULD THE COURTROOM DEPUTY PLEASE READ THE
14  VERDICT.
15          THE DEPUTY CLERK:  UNITED STATES DISTRICT COURT,
16  EASTERN DISTRICT OF LOUISIANA, IN RE:  VIOXX, MDL NUMBER 1657,
17  SECTION "L", MASON VS MERCK & COMPANY, INC., 06-810, JURY
18  INTERROGATORIES.
19              NUMBER 1:  DO YOU FIND BY A PREPONDERANCE OF THE
20  EVIDENCE THAT MERCK & COMPANY, INC., FAILED TO ADEQUATELY WARN
21  CHARLES MASON'S TREATING NURSE PRACTITIONER OF A RISK CREATED
22  BY VIOXX THAT WAS KNOWN OR REASONABLY SCIENTIFICALLY KNOWABLE
23  AT THE TIME, AND THAT SUCH FAILURE TO ADEQUATELY WARN WAS A
24  PROXIMATE CAUSE OF CHARLES MASON'S HEART ATTACK AND RESULTING
25  INJURIES?  NO.  NEW ORLEANS, LOUISIANA, THIS 15TH DAY OF
```

```
 1  NOVEMBER, 2006, KENYA ROYBISKIE, FOREPERSON.
 2              LADIES AND GENTLEMEN OF THE JURY, IS THAT YOUR
 3  VERDICT?
 4              THE JURY:  YES.
 5              THE COURT:  WOULD ANYONE WISH THE JURY TO BE POLLED?
 6              MR. BLIZZARD:  NO, YOUR HONOR.
 7              THE COURT:  THE VERDICT WILL BE MADE A PART OF THE
 8  RECORD, AND THE JURY IS DISCHARGED WITH THANKS TO THE COURT.
 9  ALL RISE AS THE JURY LEAVES, PLEASE.
10              (WHEREUPON, THE JURY LEAVES THE COURTROOM.)
11              THE COURT:  BE SEATED, PLEASE.  I'LL RESERVE THE
12  RIGHT TO MAKE MOTIONS AT THE APPROPRIATE TIME, AND THE COURT
13  WILL STAND IN RECESS.  THANK YOU.
14              THE DEPUTY CLERK:  EVERYONE RISE.
15              (WHEREUPON, THE COURT WAS IN RECESS.)
16                            * * *
17                          CERTIFICATE
18       I, CATHY PEPPER, CCR, RPR, CRR, OFFICIAL COURT
19  REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT
20  OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE
21  AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND
22  UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE
23  ABOVE-ENTITLED AND NUMBERED MATTER.
24
25                          _____
                            CATHY PEPPER, CCR, RPR, CRR
                            OFFICIAL COURT REPORTER
```