11/1/2006

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Jerome Avorn, M.D. - 10/31/06

| Exhibit number | doc date | description | obj. | Admit Date |
|---|---|---|---|---|
| 5.0002 | | Curriculum Vitae and Expert Report of Jerry Avorn, M.D. | obj - will contest | — |
| 5.0011 | 8/28/2001 | Memo from Doug Watson to Nancy Santanello, et al. (illegibly) re: "recent abstracts..." (06/19/06 Deposition Exhibit No. 17) | offer withdrawn | |
| 5.5001 | 9/17/2001 | Email exchange between Carolyn Cannuscio and Daniel Solomon regarding "Interest in COXIB study" (06/29/06 Avorn Deposition Exhibit 18) | | 11-1-06 |
| .1865 | 11/06/2001 | NDA 21-042/S-007 Vioxx NDA 21-052-S-004 Vioxx amendment to supplemental new drug application (6/29/06 Avorn Deposition Exhibit No. 19) | obj - will redact | 11-1-06 |
| .0122 | 03/23/2001 | "GI Label Change for Vioxx, Public Affairs Plan" (Avorn Deposition Exhibit 22) | obj | 11-1-06 |
| .1313 | 04/21/2004 | Bulletin for Vioxx / Background and obstacle responses on retrospective observational analysis - I (6/29/06 Avorn Deposition Exhibit No. 30) | obj | 11-1-06 |
| .0340 | 10/10/1996 | Solomon article No. COX 04.023 (6/29/06 Avorn Deposition Exhibit No. 30) Research Management Committee No. 96-10 -- Blue Bell (6/29/06 Avorn Deposition Exhibit No. 31) | obj | 11-1-06 |
| .0386 | 05/06/1998 | "Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program" (6/29/06 Avorn Deposition Exhibit No. 32) | obj | 11-1-06 |
| .0118 | 04/12/2000 | "Email exchange between Alise S. Reicin and Edward M. Scolnick, et al. Re: RA and CV Mortality" (6/29/06 Avorn Deposition Exhibit No. 36) | obj | 11-1-06 |
| .0466 | 04/01/2002 | Vioxx Label (package insert) April 2002 (6/29/06 Avorn Deposition Exhibit No. 38) | obj | 11-1-06 |
| .0152 | 05/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx (6/29/06 Avorn Deposition Exhibit No. 40) | obj | 11-1-06 |

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Susan Baumgartner - 11/06/06

| exhibit number | doc date | description | | Admit Date |
|---|---|---|---|---|
| 1.1711 | 03/04/02 | Merck Year-End Employee Input Form - Susan Baumgartner 2001 - (Baumgartner Deposition Exhibit No. 1) | OBJ | 11-7-06 |
| 0415 | 07/01/1999 | Memo from Susan Baumgartner to Charlotte McKines, et al. Re: Advocate Development Opportunity; Physicians to Neutralize (Baumgartner Deposition Exhibit No. 2) | OBJ | 11-7-06 |
| 2612 | 04/29/1999 | Email from Susan Baumgartner to Leonardo Mendez Re: Physicians to neutralize (Baumgartner Deposition Exhibit No. 5) | OBJ | 11-7-06 |
| 0414 | 04/29/1999 | Email from Leonardo Mendez to Susan Baumgartner, et al. Re: Physicians to neutralize (Baumgartner Deposition Exhibit No. 6) | OBJ | 11-7-06 |
| 0160 | 01/23/2001 | Memo from Sherwood to Anstice Re: Academic Interactions (Baumgartner Deposition Exhibit No. 7) | OBJ | 11-7-06 |
| 0400 | 02/07/2001 | Baumgartner Diary, 01/01/2001 to 09/27/2001 - (Baumgartner Deposition Exhibit No. 8) | OBJ | 11-7-06 |
| 1713 | 01/29/2001 | Email - To Baumgartner; From Phelan; cc: Bazmi, et al. - Re: Medical School Grant Application (Baumgartner Deposition Exhibit No. 13) | OBJ | 11-7-06 |
| 1714 | 04/19/1999 | Email - To Baumgartner; From Yarbrough; Re: Healthsouth Programs (Baumgartner Deposition Exhibit No. 14) | OBJ | 11-7-06 |
| 0408 | 07/26/1999 | Email from Bruce Freundlich to Susan Baumgartner RE Physicians to neutralize (Baumgartner Deposition Exhibit No. 20) | OBJ | 11-7-06 |
| 1718 | 07/23/1999 | Email- cover to list, To Sherrin Johnson; From Baumgartner; cc: Yarbrough; Re: Physicians to Neutralize (Baumgartner Deposition Exhibit No. 25) | OBJ | 11-7-06 |
| 0013 | 07/23/1999 | List of physicians to neutralize (Baumgartner Deposition Exhibit No. 26) | OBJ | 11-7-06 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

**Plaintiff's Admitted Exhibits - Ned Braunstein, M.D. - 11/01/06**

| Exhibit number | doc. date | description | Admit Date |
|---|---|---|---|
| 1.2722 | | Handwritten note between Dr. Braunstein and Brian Harvey (7/19/2006 Braunstein (Vol. II) Depo - Exhibit 24). | 11-3-06 |

11/13/2006

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Gregory D. Curfman, M.D. - 11/03/06 and 11/05/06

| exhibit number | doc date | description | Admit Date |
|---|---|---|---|
| 2.0227 | 01/06/2000 | "NEJM, Information for Authors, Curfman Deposition Exhibit 2 | 11-14-06 |
| 2.0233 | 01/23/1997 | "International Committee of Medical Journal Editors, ""Uniform Requirements for Manuscripts Submitted to Biomedical Journals"" January 23, 1997, 336:309-315 Curfman Deposition 11/21/2005 - Curfman Deposition Exhibit 8 | 11-14-06 |
| 1.5018 | 5/18/2000 | Letter to Robert D. Utiger, M.D., of the New England Journal of Medicine from Claire Bombardier regarding "Comparison of Rofecoxib, a Highly Selective-Inhibitor or COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial" - Curfman Deposition Exhibits 9 and 46 | 11-14-06 |
| 1.1615 | 08/20/2000 | Letter from Dr. Claire Bombardier to Dr. Robert Steinbrook re: Manuscript No. 00-1401 - "A Double-Blind Comparison of Rofecoxib Naproxen on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial" - Curfman Deposition Exhibit 12 | 11-14-06 |
| 1.2685 | 07/05/2000 | Merck 7/5/00 memo with 3 additional Mis - Curfman Deposition Exhibit 18    O BJ | 11-14-06 |
| 1.1351 | 07/17/2000 | "Letter from Claire Bombardier to Marshall Kaplan, Associate Editor of NEJM, responding to his June 30th letter""" - Curfman Deposition Exhibit 20 | 11-14-06 |
| 1.1371 | | "Signed Statements of the authors for the article entitled ""Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: the VIGOR Trial" - Curfman Deposition Exhibit 45 | 11-14-06 |
| 1.1372 | 06/23/2000 | Letter from Robert Steinbrook to Clair Bombardier Re: her VIGOR trial manuscript - Curfman Deposition Exhibit 47 | 11-14-06 |

4

11/13/2006

Gregory Curfman

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1.1350 | 06/30/2000 | | "Letter from Marshall Kaplan, Associate Editor of NEJM, to Claire Bombardier her manuscript entitled ""Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: the VIGOR Trial" - Curfman Deposition Exhibit 19 | | | | | 11-14-06 |
| 1.1373 | 05/27/2000 | | Fax from Claire Bombardier to Robert Steinbrook in response to his June 23rd letter - Curfman Deposition Exhibit 48 | | | | | 11-14-06 |

5

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

**Plaintiff's Admitted Exhibits - James Dunn - 11/02/06**

| exhibit number | doc. date | description | Admitted | Admit Date |
|---|---|---|---|---|
| 20007A | | Vioxx Dodgeball | | 11-3-06 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION                    MDL DOCKET NO. 1657

THIS DOCUMENT RELATES TO:                        Section L
Case No. 2:06cv810
                                                 Judge Fallon
CHARLES LARON MASON v.
MERCK & CO., INC.                                Mag. Judge Knowles

**Plaintiff's Admitted Exhibits - David Graham, M.D.**

| exhibit number | doc date | description | Admitted | Admit Date |
|---|---|---|---|---|
| 5.0051 | | Curriculum Vitae of David Joseph Graham, M.D., M.P.H. | 10/31/2006 | 11-1-06 |

10/31/2006

7

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Plaintiff's Medical Billing Records - 11/07/06

| exhibit number | doc. date | description | Admitted | Admit Date |
|---|---|---|---|---|
| 4.004 | 6/21/2006 | Alta View Hospital - Billing Records (6 pages of records) | | 11-14-06 |
| 4.009 | | Cottonwood Hospital - Billing Records | | 11-14-06 |
| 4.012 | | Gold Cross Ambulance - Billing Records (2 pages) | | 11-14-06 |
| 4.015 | 6/19/2006 | Heart and Lung Institute of Utah - Billing Records (2 pages of records) | | 11-14-06 |
| 4.019 | 8/9/2006 | LDS Hospital - Billing Records (5 pages of records) | | 11-14-06 |
| 4.021 | 7/19/2006 | Medco Pharmacy (identified s DX2255 on Defendant's Exhibit List) | | 11-14-06 |
| 4.022 | 8/4/2006 | Mount Olympus Radiology Group - Billing (identified as DX2257 on Defendant's Exhibit List) | | |
| 4.026 | | Pathology Associates Medical Services - Billing (1 page) | | 11-14-06 |
| 4.031 | 8/8/2006 | Sandy Family Practice - Billing Records (9 pages) | | 11-14-06 |
| 4.033 | 8/7/2006 | Sandy Health Care (fka Salt Lake Clinic) - Billing Records - ANR | | 11-14-06 |
| 4.046 | 6/21/2006 | Sav-On Pharmacy - Pharmacy Records (20 pages) | | 11-14-06 |
| 4.051 | 9/5/2006 | The Heart Center - Billing Records (1 page) | | 11-14-06 |
| 4.054 | 6/14/2006 | Utah First Credit Union - Personnel & Payroll (108 pages) | | 11-14-06 |
| 4.062 | | W2s, tax Statements and other tax related documents regarding Charles Mason (2002 and 2004) | | 11-14-06 |
| 4.063 | | IRS Tax Records for Charles Mason's taxes (2002 - 2003) | | 11-14-06 |
| 4.064 | | Social Security Records of Charles Mason (2000 - 2005) | | 11-14-06 |

11/13/2006

8

11/13/2006

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Briggs Morrison - 11/08/06

| exhibit number | doc date | description | obj | Admit date |
|---|---|---|---|---|
| 1.0713 | 10/20/1997 | Memo from Briggs Morrison to Beth Seidenberg, et al. discussing Protocol 023 data | | 11-8-06 |
| 1.1183 | 01/27/1998 | Memo from Briggs Morrison to Beth Seidenberg, et al. regarding Protocol 023 Manuscript | | 11-8-06 |
| 1.1840 | | Letter from unknown to Francesca (Morrison Deposition Exhibit #8) | | 11-8-06 |
| 1.0473 | 02/17/1998 | Letter from Catella-Lawson and Garret Fitzgerald to Briggs Morrison Re: MK 966 in the elderly | | 11-8-06 |
| 1.1866 | 08/17/2001 | Email from Briggs Morrison to Barry Gertz et al. FW: FOR REVIEW [PEER]: 2001-ms-2470 (FULL PAPER) - DUE DATE MONDAY, 27 AUGUST 2001 | | 11-8-06 |
| 1.0281 | 08/17/2001 | Email from Briggs Morrison to Rhoda Sperling, et al Re: Konstam JAMA Article | | 11-8-06 |
| 7.1024 | 8/20/2001 | Email to Briggs Morrison, et al. FW: FOR REVIEW [PEER]: 2001-ms-2470 (FULL PAPER) - DUE DATE MONDAY, 27 AUGUST 2001 | | 11-8-06 |
| 7.1026 | 9/29/2001 | Email exchange between Briggs Morrison and others subjects: "data review resources" and "please review - vioxx CV outcomes study estimate" | | |
| 1.1104 | 10/09/2001 | Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH | | 11-8-06 |
| 1.0041 | 12/31/1998 | Merck 1998 Annual Report | | 11-8-06 |
| 1.0042 | 12/31/1999 | Merck 1999 Annual Report - "Vioxx: Our biggest, fastest, and best launch ever". | | 11-8-06 |
| 1.2533 | 2/9/98 | Memo from Pennick to MK-0966 Project team members. Subject MK-0966 Project team minutes for 1/12/98 | | 11-8-06 |
| 1.1913 | 03/07/2005 | Summary Minutes from Joint Meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee held on February 16-18 | | 11-8-06 |
| 7.1030 | | NEJM Correction | | |
| 7.1033 | 12/5/2001 | Email to several attaching the Agenda of the 12/05/01 Pre HHPAC Meeting | OBJ | |
| 1.0105 | 7-2-1996 | Updated MK966 - Phase III Osteoarthritis Clinical Development Strategy | OBJ | 11-8-06 |

11/9/2006

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

Section L

CHARLES LARON MASON v.
MERCK & CO., INC.

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Karen Olson, N.P. - 11/03/06

| Exhibit number | doc. date | description | Admit Date |
|---|---|---|---|
| 1.5014 | | CV of Karen J. Olson, R.N., M.S., c.F.N.P. (Deposition of Karen Olson, Exhibit 2) | |
| 4.2028 | 3/22/2000 | VIO8140: Letter to Karen Olsen-Fields (identified in Merck's Supplemental Profile Form dated 5-16-06) | 11-3-06 |
| 4.1016 | | Sav-On Pharmacy - (Page 19 Of Plaintiff's Exhibit No. 4.0046) | |
| 4.1003 | 9/17/2002 | The Heart Institute - EKG Report (Deposition of Karen Olson Exhibit No. 6) | |
| 4.5007 | 1999-2002 | Call Notes Olson, Vogeler 18 PAGES | 11-3-06 |
| 4.2011 | 3/14/2000 | VIO8553: PIR Letter addressed to Karen Olson-Fields "the design and duration of the acute pain clinic trials conducted with VIOXX" (identified but not produced in Merck's Supplemental Profile Form dated 5-16-06) | 11-3-06 |
| 4.5010 | 11/19/2001 | PIR letter to Olson on CV Effects and Vioxx from Merck Nov. 2001 | |
| 1.2666 | | MERCK's "CV card" | 11-3-06 |
| 4.1023 | | Sandy Family Medical Practice - Extracted pages 7, 8, 24, 28 and 30 | |

10

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

Section L

CHARLES LARON MASON v.
MERCK & CO., INC.

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Cornelia Pechman, M.D. - 11/07/06

| exhibit_number | Exhibit date | description | | Admit Date |
|---|---|---|---|---|
| 4.5001 | 09/01/2000 | Cornelia Pechmann - Curriculum Vitae | | 11-7-06 |
| 1.0009 | 05/22/2001 | 2001 Profit Plan for Vioxx | | 11-7-06 |
| 1.0152 | 03/27/2000 | Press Release - Merck confirms favorable CV safety profile of Vioxx | | 11-7-06 |
| 1.0581 | | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | prev. ADM 14-06 | 11-7-06 |
| 1.0583 | 04/28/2000 | Merck News Release ""Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | | 11-7-06 |
| 1.0002 | 10/09/01 | Annual Plan Vioxx 2002 Review | | 11-7-06 |
| 1.0004 | 11/2001 | "Advertising/Promotion 201013107-11) [Vioxx promotional piece for physicians that stated REACH FOR THE POWER OF ONCE DAILY VIOXX™]" | | 11-7-06 |
| 1.0021 | 04/11/2002 | No. COX 02-029 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses | | 11-7-06 |
| 2.164 | 11/17/2003 | Specialty Review for Vioxx | | 11-7-06 |
| 2.031 | 01/31/2003 | "Operations Review for VIOXX January 31, 2003" Report | | 11-7-06 |
| 2.032 | 1/7/2001 | VIOXX Monthly EAR November 2001 | (01son) | 11-7-06 |
| 2.034 | 6/9/2003 | April 2003 EAR Core Meeting Vioxx Report | OBJ | 11-7-06 |
| 2.2666 | | MERCK's "CV card" | prev ADM 11-3-06 | 11-7-06 |
| 4.5099 | 1/8/2001 | Obstacle Response Guide Vioxx. Victory. In It to Win It. | | 11-7-06 |

11/14/2006

/2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION                    MDL DOCKET NO. 1657

THIS DOCUMENT RELATES TO:                        Section L
Case No. 2:06cv810

CHARLES LARON MASON v.                           Judge Fallon
MERCK & CO., INC.

                                                 Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Craig Pratt, M.D. - 11/13/06

| Exhibit number | doc. date | description | | Admit Date |
|---|---|---|---|---|
| 1.0235 | 02/01/2001 | "Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 | | 11-13-06 |
| 1.1815 | 03/12/2002 | Review of Cardiovascular Safety Database" Memo from Maria Villalba to Lawrence Goldkind Re: Cardiovascular data in Alzheimer's Studies | | 11-13-06 |
| 1.1225 | 04/20/2001 | Email from Alise Reicin to Rhoda Sperling et al regarding Cardiovascular safety profile of rofecoxib. | | 11-13-06 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Alise Reicin - 11/09/06

| exhibit number | doc date | description | | Admit Date |
|---|---|---|---|---|
| 1.0017 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | | 11-9-06 |
| 1.0133 | 03/13/2000 | Email from Alise Reicin to Edward Scolnick Re: An Additional Article Stating the Potential Cardioprotective Effects of an NSAID. | | |
| 1.0152 | 05/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx | | 11-9-06 |
| 1.0299 | 2/21/2001 | Email from Edward Scolnick to Douglas Greene Re: Fries Letter Followup | Avorn? prev. adm 11-1-06 | 11-9-06 |
| 1.0362 | 06/20/2000 | "Email from Martino Laurenzi to Brian Daniels, et al. Re: Patrono - Eular" | o b j | 11-9-06 |
| 1.0581 | 03/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | Pechman prev adm 11-7-06 | 11-9-06 |
| 1.0583 | 04/28/2000 | "Merck News Release" "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | Pechman prev ADM 11-06 | 11-9-06 |
| 1.1186 | 06/15/2000 | Clinical Study Report for Protocol 090 | | 11-9-06 |
| 1.1223 | 03/06/2002 | Performance Review Form for Alise Reicin. | | 11-9-06 |
| 1.1224 | 02/18/2004 | Personal Performance Grid for Alise Reicin. | | 11-9-06 |
| 1.1227 | | 2003 Year-End Review for Alise Reicin | | 11-9-06 |
| 1.1302 | | Naprosyn Label | | 11-9-06 |
| 1.2633 | 01/31/2001 | Email from Scolnick - no way to prove naproxen theory | | 11-9-06 |
| 1.5020 | | Letter from Reicin to Dr. Mark Abramowicz commenting on the Medical Letter dealing with the cardiovascular safety of rofecoxb and celecoxib. | | 11-9-06 |
| 7.0002 | 10/06/2004 | Email from Reicin to Wainwright re People for Media Training | | 11-9-06 |
| 7.0009 | 11/24/1997 | Memo from Reicin to Olson and others re Letter of Intent Agreement | | 11-9-06 |
| 7.0159 | 8/23/2001 | Draft of letter from Dr. Konstam to James Willerson at St. Lukes' Episcopal Hospital / Texas Heart Institute requesting consideration of article with attachments | | 11-9-06 |
| 7.0174 | 8/11/1977 | Memo from Mary Guenst at Merck to Lisa Alcia from Institute for Work and Health subject: Study Budget for Services of Dr. Claire Bombardier | | 11-9-06 |
| 7.0181 | 2/16/2005 | FDA Transcript of the Joint Meeting of the Arthritis Advisory Committee and the Drug and Safety and Risk Management Advisory Committee | | |

11/14/2006

11/14/2006

## Plaintiff's Admitted Exhibits - Alise Reicin - 11/09/06

| | | | | |
|---|---|---|---|---|
| 7.0182 | 4/20/2001 | Email re: Availability - VIGOR Speaker Training | | 11-9-06 |
| 7.0183 | 5/10/2002 | Email to Reicin re: Details of ASH Media training | | 11-9-06 |
| 7.2000 | 11/7/2001 | Email exchange between Alise Reicin and others subject: Details for ACR media training | | 11-9-06 |
| 7.2001 | 4/8/2002 | Email exchange between Alise Reicin and others subject: IMPT details for Monday's prep session Thurs., Nov. 8 | | 11-9-06 |
| 7.2003 | 10/12/2004 | Email exchange between Alise Reicin and others subject: session on label change for Vioxx ACR | | 11-9-06 |
| 7.2009 | | Email exchange between Alise Reicin and Tracy Ogden, et al., subject: Media Training for ACR | | 11-9-06 |
| | | Public Affairs Professional Services Agreement between Merck & Co., and Coram & Associates | | |

14

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

**Plaintiff's Admitted Exhibits - Michael Rothkopf, M.D. - 11/14/06**

| Exhibit Number | Doc. date | Description | Admit Date |
|---|---|---|---|
| 4.1028 | | Death Certificate of Reta Mason | 11-14-06 |

11/14/2006

15

10/31/2006

16

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Gary Sander, M.D., Ph.D. - 11/01/2006

| exhibit number | date | description | Admit Date |
|---|---|---|---|
| 4.1000 | 7/4/2006 | CV of Gary Sander, M.D., Ph.D (Deposition of Dr. Sander Exhibit No. 1) | 11-1-06 |
| 4.1003 | 9/17/2002 | The Heart Institute Exercise Stress Report (Deposition of Dr. Sander Exhibit No. 6) | 11-1-06 |
| 4.1004 | 7/25/2003 | LDS Hospital - Cardiac Catheterization (Deposition of Dr. Sander Exhibit No. 9) | 11-1-06 |
| 4.1005 | 10/22/2003 | The Heart & Lung Institute of Utah - Cardiolite Spect Myocardial Perfusion Scintigraphy Report (Deposition of Dr. Sander Exhibit No. 10) | |
| 4.1006 | 4/12/2005 | The Heart & Lung Institute of Utah - Sestambibi/Tetraphosmin Spect Myocardial Perfusion Scintigraphy (Deposition of Dr. Sander Exhibit No. 11) | 11-1-06 |
| 4.1007 | 7/28/2003 | LDS Hospital - Lab Report (Except from Plaintiff's Exhibit 4.0018) | 11-1-06 |
| 4.1008 | 8/13/2003 | Cottonwood Hospital Medical Center - Cardiac Catheterization Report (Except from Plaintiff's Exhibit 4.0007) | 11-1-06 |
| 4.1009 | 7/25/2003 | Alta View Hospital - Emergency Department Report (Except from Plaintiff's Exhibit 4.0003) | 11-1-06 |

11/2/2006

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Edward M. Scolnick - 11/02/2006

| exhibit number | doc date | description | OBJ | Admit date |
|---|---|---|---|---|
| 1.0158 A | 12/06/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX | | 11-3-06 |
| 1.0132 | 03/09/2000 | Email from Edward Scolnick to Deborah Shapiro et al; Subject: vigor (03/22/05 Deposition of Scolnick Exhibit 4) | | 11-3-06 |
| 1.0670 | 01/10/2001 | "The Cure: With Big Drugs Dying, Merck Didn't Merge -- It Found New Ones --- Some Inspired Research, Aided by a Bit of Luck, Saves Company's Independence --- The Path to a Novel Painkiller -- by Gardiner Harris, The Wall Street Journal" (04/29/2005 Deposition of Scolnick Exhibit 1) | | 11-3-06 |
| 1.0011 | 10/20/1998 | Email from Scolnick; Research Notes "MRK: Poor Composition to QP3 EPS; Downgrade to Neutral (04/29/2005 Deposition of Scolnick Exhibit 2) | OBJ. | 11-3-06 |
| 1.1100 | | VIOXX Outcomes Study Potential Designs (04/29/2005 Deposition of Scolnick Exhibit 7) | | --- |
| 1.0298 | 01/31/2001 | "Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC" (04/29/05 Deposition of Scolnick Exhibit 11) | | 11-3-06 |
| 1.0001 | 02/08/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting (04/29/05 Deposition of Scolnick Exhibit 12) | | 11-3-06 |
| 1.0300 | 04/06/2001 | Email from Edward Scolnick to Douglas Greene Re: VIGOR Approval Letter (04/29/2005 Deposition of Scolnick Exhibit 12) | | 11-3-06 |
| 1.0002 | 10/18/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label (04/29/05 Deposition of Scolnick Exhibit 14) | | 11-3-06 |
| 1.1098 | 11/08/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson (04/29/05 Deposition of Scolnick Exhibit 15) | | 11-3-06 |
| 1.0305 | 02/25/2002 | Email from Edward Scolnick to Bonnie J. Goldmann Re: VIOXX Label: "do you believe in miracles?" (04/29/05 - Deposition of Scolnick Exhibit 16) | | 11-3-06 |
| 1.0004 | 02/26/1997 | "Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol" (08/16/05 Deposition of Scolnick Exhibit 65) | | 11-3-06 |

/7

11/2/2006

1.0304 | 11/19/2001 | E. Scolnick email to Gilmartin, D. Greene, et al re: ASA use predicted PUB rate / Low dose aspirin endo study (08/16/05 Deposition of Scolnick Exhibit 66)

MDL 1657  06-810-L  MASON

11-3-06

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Gary Symkoviak, M.D. - 11/06/06

| Exhibit number. | date dated | description | Admitted | Admit Date |
|---|---|---|---|---|
| 1.5022 | | CV of Gary Symkoviak, M.D. (Symkoviak Deposition Exhibit No. 2) | | 11-7-06 |
| 1.5023 | 7/25/2003 | Alta View - Laboratory Record (Symkoviak Deposition Exhibit No. 3) | | |
| 1.5024 | 7/25/2003 | LDS Hospital - Laboratory Record (Symkoviak Deposition Exhibit No. 4) | | 11-7-06 |
| 1.5025 | 8/13/2003 | Cardiac Catheterization Report (Symkoviak Deposition Exhibit No. 11) | | 11-7-06 |
| 1.5026 | 7/25/2003 | Cardiac Catheterization Report (Symkoviak Deposition Exhibit No. 13) | | 11-7-06 |
| 1.5027 | 10/22/2003 | Cardiolite Spect Myocardial Perfusion Scintigraphy (Symkoviak Deposition Exhibit No. 14) | | 11-7-06 |
| 1.5028 | | Predicted Mets Table (Symkovial Deposition Exhibit No. 15) | | 11-7-06 |
| 1.5029 | 4/12/2005 | Sestamibi / Tetraphosmin Spect Myocardial Perfusion Scintigraphy (Symkoviak Deposition Exhibit No. 16) | | 11-7-06 |
| 1.5030 | 8/13/2003 | Copy of Photo of Left Ventriculargram (Symkoviak Deposition Exhibit No. 12) | | 11-7-06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

/9

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION                    MDL DOCKET NO. 1657

THIS DOCUMENT RELATES TO:                        Section L
Case No. 2:06cv810
                                                 Judge Fallon
CHARLES LARON MASON v.
MERCK & CO., INC.
                                                 Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - Eric Topol, M.D. - 11/04/06

| exhibit number | doc. date | description | Admitted | Admit Date |
|---|---|---|---|---|
| 0050 | 09/24/2004 | Curriculum Vitae of Eric Jeffrey Topol, M.D. (Topol Deposition Exhibit No. 1) | | 11 - 13 - 06 |
| 1696 | | Email from Dr. David Graham to Dr. Eric Topol re: Senate Hearings (Topol Deposition Exhibit No. 2) | | |
| 0095 | 04/20/2001 | Email from Topol to Reicin (DX 357 - Topol Deposition Exhibit No. 5) | | 11 - 13 - 06 |
| 1446 | 06/12/2001 | Email from Alan Nies to Laura Demopoulos, et al. Re: Topol Manuscript (Topol Deposition Exhibit No. 7) | OBJ. | 11 - 13 - 06 |
| 1698 | 02/01/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database with Eric Topol's Notes (Topol Deposition Exhibit No. 8) | | 11 - 13 - 06 |

11/8/2006

20

11/11/2006

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits - James Zebrack, M.D. - 11/02/06

| exhibit number | doc. date | description | Admit Date |
|---|---|---|---|
| 1.010 | | CV of James S. Zebrack, M.D. (Deposition of Dr. Zebrack Exhibit No. 1) | 11-2-06 |
| 4.0018 | 6/21/2006 | LDS Hospital - Medical Records (90 pages of records) | 11-3-06 |
| 4.0011 | 7/25/2003 | LDS Hospital History and Physical - (Pages 74 and 75 of Plaintiff's Exhibit No. 4.0018) | 11-3-06 |
| 4.0012 | 7/25/2003 | LDS Emergency Room Record - (Page 72 of Plaintiff's Exhibit No. 4.0018) | 11-3-06 |
| 4.0013 | 7/25/2003 | Alta View Hospital Lab Record - (Page 103 and 104 of Plaintiff's Exhibit No. 4.0003) | 11-3-06 |
| 4.0014 | 7/25/2003 | LDS Hospital Summary of Labwork - (Page 82 of Plaintiff's Exhibit No. 4.0018) | 11-3-06 |
| 4.0015 | 7/25/2003 | LDS Hospital Cardiac Cath Reports - (Pages 97 to100 and 92 and 93 of Plaintiff's Exhibit No. 4.0018) | 11-3-06 |
| 1.0633 | 09/30/2004 | Merck Website-Product News-Merck Announces Voluntary Worldwide Withdrawal of Vioxx | 11-3-06 |
| | | Medical Articles (Deposition of Zebrack Exhibit No. 9) | 11-3-06 |
| | | | |
| | | | |
| | | | |