IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No. 2:06cv810

CHARLES LARON MASON v.
MERCK & CO., INC.

MDL DOCKET NO. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## Plaintiff's Admitted Exhibits

| Trial Ex. No. | Doc. Date | Description | Admitted Witness | Admitted Date |
|---|---|---|---|---|
| 1.0001 | 02/08/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting (04/29/05 Deposition of Scolnick Exhibit 12) | Scolnick | 11/3/06 |
| 1.0002 | 10/18/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label (04/29/05 Deposition of Scolnick Exhibit 14) | Scolnick | 11/3/06 |
| 1.0004 | 02/26/1997 | "Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol" (08/16/05 Deposition of Scolnick Exhibit 65) | Scolnick | 11/3/06 |
| 1.0007A | | Vioxx Dodgeball | Dunn | 11/8/06 |
| 1.0009 | 09/01/2000 | 2001 Profit Plan for Vioxx | Pechman | 11/7/06 |
| 1.0013 | 07/23/1999 | List of physicians to neutralize (Baumgartner Deposition Exhibit No. 26) | Baumgartner | 11/7/06 |
| 1.0017 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | Reicin | 11/9/06 |
| 1.0041 | 12/31/1998 | Merck 1998 Annual Report | Morrison | 11/8/06 |
| 1.0042 | 12/31/1999 | Merck 1999 Annual Report | Morrison | 11/8/06 |
| 1.0105 | 7/2/1996 | MK-966 - Phase III Osteoarthritis Clinical Development Strategy - Update 7/2/96 | Morrison | 11/8/06 |
| 1.0118 | 04/12/2000 | "Email exchange between Alise S. Reicin and Edward M. Scolnick, et al. Re: RA and CV Mortality" (6/29/06 Avorn Deposition Exhibit No. 36) | Avorn | 11/1/06 |
| 1.0122 | 10/10/1996 | Research Management Committee No. 96-10 -- Blue Bell (6/29/06 Avorn Deposition Exhibit No. 31) | Avorn | 11/1/06 |
| 1.0132 | 03/09/2000 | Email from Edward Scolnick to Deborah Shapiro et al; Subject: vigor (03/22/05 Deposition of Scolnick Exhibit 14) | Scolnick | 11/3/06 |
| 1.0133 | 03/13/2000 | Email from Alise Reicin to Edward Scolnick Re: An Additional Article Stating the Potential Cardioprotective Effects of an NSAID. | Reicin | 11/9/06 |
| 1.0152 | 05/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx (6/29/06 Avorn Deposition Exhibit No. 40) | Avorn | 11/1/06 |
| 1.0158A | 12/06/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX (3/22/05 Deposition of Scolnick Exhibit 4) | Scolnick | 11/3/06 |
| 1.0160 | 01/23/2001 | Memo from Sherwood to Anstice Re: Academic Interactions (Baumgartner Deposition Exhibit No. 7) | Baumgartner | 11/7/06 |

| | | | |
|---|---|---|---|
| 1.0235 | 02/01/2001 | "Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database" | Pratt | 11/13/06 |
| 1.0281 | 08/17/2001 | Email from Briggs Morrison to Rhoda Sperling, et al. Re: Konstam JAMA Article | Morrison | 11/3/06 |
| 1.0298 | 01/31/2001 | "Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC" (04/29/05 Deposition of Scolnick Exhibit 11) | Scolnick | 11/3/06 |
| 1.0299 | 02/11/2001 | Email from Edward Scolnick to Douglas Greene Re: Fries Letter Followup | Reicin | 11/9/06 |
| 1.0300 | 04/06/2001 | Email from Edward Scolnick to Douglas Greene Re: VIGOR Approval Letter (04/29/2005 Deposition of Douglas Greene Exhibit 12) | Reicin | 11/9/06 |
| 1.0304 | 11/19/2001 | E. Scolnick email to Gilmartin, D. Greene, et al re: ASA use predicted PUB rate / Low dose aspirin endo study (08/16/05 Deposition of Scolnick Exhibit 66) | Scolnick | 11/3/06 |
| 1.0305 | 02/25/2002 | Email from Edward Scolnick to Bonnie J. Goldmann Re: VIOXX Label: "do you believe in miracles?" (04/29/05 - Deposition of Scolnick Exhibit 16) | Scolnick | 11/3/06 |
| 1.0340 | 04/21/2004 | Bulletin for Vioxx / Background and obstacle responses on retrospective observational analysis - / Solomon article No. COX 04-023 (6/29/06 Avorn Deposition Exhibit No. 30) | Avorn | 11/1/06 |
| 1.0362 | 06/20/2000 | "Email from Martino Laurenzi to Brian Daniels, et al. Re: Patrono - Eular" | Reicin | 11/9/06 |
| 1.0386 | 05/06/1998 | "Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program" (6/29/06 Avorn Deposition Exhibit No. 32) | Avorn | 11/1/06 |
| 1.0400 | 02/07/2001 | Baumgartner Diary: 01/01/2001 to 09/27/2001 - (Baumgartner Deposition Exhibit No. 8) | Baumgartner | 11/7/06 |
| 1.0408 | 07/26/1999 | Email from Bruce Freundlich to Susan Baumgartner RE Physicians to neutralize (Baumgartner Deposition Exhibit No. 20) | Baumgartner | 11/7/06 |
| 1.0414 | 04/29/1999 | Email from Leonardo Mendez to Susan Baumgartner, et al. Re: Physicians to neutralize (Baumgartner Deposition Exhibit No. 32) | Baumgartner | 11/7/06 |
| 1.0415 | 07/01/1999 | Memo from Susan Baumgartner to Charlotte McKines, et al. Re: Advocate Development Opportunity: Physicians to Neutralize (Baumgartner Deposition Exhibit No. 2) | Baumgartner | 11/7/06 |
| 1.0466 | 04/01/2002 | Vioxx Label (package insert) April 2002 (6/29/06 Avorn Deposition Exhibit No. 38) | Avorn | 11/1/06 |
| 1.0473 | 02/17/1998 | Letter from Catella-Lawson and Garret Fitzgerald to Briggs Morrison Re: MK 966 in the elderly | Morrison | 11/8/06 |
| 1.0581 | 03/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | Pechman | 11/7/06 |
| 1.0583 | 04/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | Pechman | 11/7/06 |
| 1.0633 | 09/30/2004 | Merck Website-Product News-Merck Announces Voluntary Worldwide Withdrawal of Vioxx | Zebrack | 11/3/06 |
| 1.0713 | 10/20/1997 | Memo from Briggs Morrison to Beth Seidenberg, et al. discussing Protocol 023 data | Morrison | 11/8/06 |
| 1.1098 | 11/08/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson (04/29/05 Deposition of Scolnick Exhibit 15) | Scolnick | 11/3/06 |

| | | | | |
|---|---|---|---|---|
| 1.1100 | | VIOXX Outcomes Study Potential Designs (04/29/2005 Deposition of Scolnick Exhibit 7) | Scolnick | 11/3/06 |
| 1.1104 | 10/09/2001 | Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH | Morrison | 11/8/06 |
| 1.1183 | 01/27/1998 | Memo from Briggs Morrison to Beth Seidenberg, et al. regarding Protocol 023 Manuscript | Morrison | 11/8/06 |
| 1.1186 | 06/15/2000 | Clinical Study Report for Protocol 090 | Reicin | 11/9/06 |
| 1.1223 | 03/06/2002 | Performance Review Form for Alise Reicin. | Reicin | 11/9/06 |
| 1.1224 | 02/18/2004 | Personal Performance Grid for Alise Reicin. | Reicin | 11/9/06 |
| 1.1225 | 04/20/2001 | Email from Alise Reicin to Rhoda Sperling et al regarding Cardiovascular safety profile of rofecoxib. | Pratt | 11/13/06 |
| 1.1227 | | 2003 Year-End Review for Alise Reicin | Reicin | 11/9/06 |
| 1.1302 | | Naprosyn Label | Reicin | 11/9/06 |
| 1.1313 | 03/23/2001 | "GI Label Change for Vioxx, Public Affairs Plan" (Avorn Deposition Exhibit 22) | Avorn | 11/1/06 |
| 1.1350 | 06/30/2000 | "Letter from Marshall Kaplan, Associate Editor of NEJM, to Claire Bombardier her manuscript entitled ""Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: the VIGOR Trial" - Curfman Deposition Exhibit 19 | Curfman | 11/14/06 |
| 1.1351 | 07/17/2000 | "Letter from Claire Bombardier to Marshall Kaplan, Associate Editor of NEJM, responding to his June 30th letter." - Curfman Deposition Exhibit 20 | Curfman | 11/14/06 |
| 1.1372 | 06/23/2000 | Letter from Robert Steinbrook to Clair Bombardier Re: her VIGOR trial manuscript - Curfman Deposition Exhibit 47 | Curfman | 11/14/06 |
| 1.1373 | 05/27/2000 | Fax from Claire Bombardier to Robert Steinbrook in response to his June 23rd letter - Curfman Deposition Exhibit 48 | Curfman | 11/14/06 |
| 1.1446 | 06/12/2001 | Email from Alan Nies to Laura Demopoulos, et al. Re: Topol Manuscript (Topol Deposition Exhibit No. 7) | Topol | 11/13/06 |
| 1.1615 | 08/20/2000 | Letter from Dr. Claire Bombardier to Dr. Robert Steinbrook re: Manuscript No. 00-1401 - "A Double-Blind Comparison of Rofecoixb Naproxen on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial" - Curfman Deposition Exhibit 12 | Topol | 11/14/06 |
| 1.1698 | 02/01/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database with Eric Topol's Notes (Topol Deposition Exhibit No. 8) | Baumgartner | 11/7/06 |
| 1.1711 | 03/04/02 | Merck Year-End Employee Input Form - Susan Baumgartner 2001 - (Baumgartner Deposition Exhibit No. 1) | Baumgartner | 11/7/06 |
| 1.1713 | 01/29/2001 | Email - To Baumgartner; From Phelan; cc: Bazmi, et al. - Re: Medical School Grant Application (Baumgartner Deposition Exhibit No. 13) | | 11/7/06 |

| | | | | | |
|---|---|---|---|---|---|
| 1.1714 | 04/19/1999 | Email - To Baumgartner; From Yarbrough; Re: Healthsouth Programs (Baumgartner Deposition Exhibit No. 14) | | Baumgartner | 11/7/06 |
| 1.1718 | 07/23/1999 | Email- cover to list, To Sherrin Johnson; From Baumgartner, cc: Yarbrough; Re: Physicians to Neutralize (Baumgartner Deposition Exhibit No. 25) | | Baumgartner | 11/7/06 |
| 1.1815 | 03/12/2002 | Memo from Maria Villalba to Lawrence Goldkind Re: Cardiovascular data in Alzheimer's Studies | | Pratt | 11/13/06 |
| 1.1840 | 11/06/2001 | Letter from unknown to Francesca (Morrison Deposition Exhibit #8) | | Morrison | 11/8/06 |
| 1.1865 | | NDA 21-042/S-007 Vioxx NDA 21-052-S-004 Vioxx amendment to supplemental new drug application (6/29/06 Avorn Deposition Exhibit No. 19) | | Morrison | 11/8/06 |
| 1.1866 | 08/17/2001 | Email from Briggs Morrison to Barry Gertz et. al. FW: FOR REVIEW [PEER]: 2001-ms-2470 (FULL PAPER) - DUE DATE MONDAY, 27 AUGUST 2001 | | Morrison | 11/8/06 |
| 1.2002 | 10/09/01 | Annual Plan Vioxx 2002 Review | | Pechman | 11/7/06 |
| 1.2004 | 11/2001 | "Advertising/Promotion 20101310(7-11) [Vioxx promotional piece for physicians that stated REACH FOR THE POWER OF ONCE DAILY VIOXX""]" | | Pechman | 11/7/06 |
| 1.2021 | 04/11/2002 | No. COX 02-029 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses | | Pechman | 11/7/06 |
| 1.2031 | 01/31/2003 | "Operations Review for VIOXX January 31, 2003" Report | | Pechman | 11/7/06 |
| 1.2032 | 1/1/2001 | VIOXX Monthly EAR November 2001 | | Pechman | 11/7/06 |
| 1.2034 | 6/9/2003 | April 2003 EAR Core Meeting Vioxx Report | | Pechman | 11/7/06 |
| 1.2164 | 11/17/2003 | Specialty Review for Vioxx | | Pechman | 11/7/06 |
| 1.2533 | 2/9/98 | Memo from Penrick to MK-0966 Project team members, Subject MK-0966 Project team minutes for 1/12/98 | | Morrison | 11/8/06 |
| 1.2612 | 04/29/1999 | Email from Susan Baumgartner to Leonardo Mendez Re: Physicians to neutralize (Baumgartner Deposition Exhibit No. 5) | | Baumgartner | 11/7/06 |
| 1.2633 | 01/31/2001 | Email from Scolnick | | Reicin | 11/9/06 |
| 1.2666 | | MERCK's "CV card" | | Olson | 11/3/06 |
| 1.2685 | 07/05/2000 | Merck 7/5/00 memo - Curfman Deposition Exhibit 18 | | Curfman | 11/14/06 |
| 1.2722 | | Handwritten note of Dr. Braunstein (7/19/2006 Braunstein (Vol. II) Depo - Exhibit 24). | | Braunstein | 11/3/06 |
| 1.5001 | 9/17/2001 | Email exchange between Carolyn Cannuscio and Daniel Solomon regarding "interest in COXIB study" (06/29/06 Avorn Deposition Exhibit 18) | | Avorn | 11/1/06 |
| 1.5018 | 5/18/2000 | Letter to Robert D. Utiger, M.D., of the New England Journal of Medicine from Claire Bombardier regarding "Comparison of Rofecoxib, a Highly Selective-Inhibitor or COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial" - Curfman Deposition Exhibits 9 and 46 | | Curfman | 11/14/06 |
| 1.5020 | | Letter from Reicin to Dr. Mark Abramowicz commenting on the Medical Letter dealing with the cardiovascular safety of rofecoxb and celecoxib. | | Reicin | 11/9/06 |
| 1.5022 | | CV of Gary Symkoviak, M.D. (Symkoviak Deposition Exhibit No. 2) | | Symkoviak | 11/7/06 |
| 1.5023 | 7/25/2003 | Alta View - Laboratory Record (Symkoviak Deposition Exhibit No. 3) | | Symkoviak | 11/7/06 |
| 1.5024 | 7/25/2003 | LDS Hospital - Laboratory Record (Symkoviak Deposition Exhibit No. 4) | | Symkoviak | 11/7/06 |

| ID | Date | Description | Category | Date2 |
|---|---|---|---|---|
| 1.5025 | 8/13/2003 | Cardiac Catheterization Report (Symkoviak Deposition Exhibit No. 11) | Symkoviak | 11/7/06 |
| 1.5026 | 7/25/2003 | Cardiac Catheterization Report (Symkoviak Deposition Exhibit No. 13) | Symkoviak | 11/7/06 |
| 1.5027 | 10/22/2003 | Cardiolite Spect Myocardial Perfusion Scintigraphy (Symkoviak Deposition Exhibit No. 14) | Symkoviak | 11/7/06 |
| 1.5029 | 4/12/2005 | Sestamibi / Tetraphosmin Spect Myocardial Perfusion Scintigraphy (Symkoviak Deposition Exhibit No. 16) | Symkoviak | 11/7/06 |
| 1.5030 | 8/13/2003 | Copy of Photo of Left Ventriculargram (Symkoviak Deposition Exhibit No. 12) | Symkoviak | 11/7/06 |
| 2.0227 | 01/06/2000 | "NEJM, Information for Authors, Curfman Deposition 11/21/2005 - Curfman Deposition Exhibit 2 | Curfman | 11/14/06 |
| 2.0233 | 01/23/1997 | "International Committee of Medical Journal Editors, '"Uniform Requirements for Manuscripts Submitted to Biomedical Journals'" January 23, 1997, 336:309-315 Curfman Deposition 11/21/2005 - Curfman Deposition Exhibit 8 | Curfman | 11/14/06 |
| 4.0004 | 6/21/2006 | Alta View Hospital - Billing Records (6 pages of records) | Plaintiff | 11/14/06 |
| 4.0009 | | Cottonwood Hospital - Billing Records | Plaintiff | 11/14/06 |
| 4.0012 | | Gold Cross Ambulance - Billing Records (2 pages) | Plaintiff | 11/14/06 |
| 4.0015 | 6/19/2006 | Heart and Lung Institute of Utah - Billing Records (2 pages of records) | Plaintiff | 11/14/06 |
| 4.0018 | 6/21/2006 | LDS Hospital - Medical Records | Zebrack | 11/3/06 |
| 4.0019 | 8/9/2006 | LDS Hospital - Billing Records (5 pages of records) | Plaintiff | 11/14/06 |
| 4.0021 | 7/19/2006 | Medco Pharmacy (identified s DX2255 on Defendant's Exhibit List) | Plaintiff | 11/14/06 |
| 4.0022 | 8/4/2006 | Mount Olympus Radiology Group - Billing (identified as DX2257 on Defendant's Exhibit List) | Plaintiff | 11/14/06 |
| 4.0026 | | Pathology Associates Medical Services - Billing (1 page) | Plaintiff | 11/14/06 |
| 4.0031 | 8/8/2006 | Sandy Family Practice - Billing Records (9 pages) | Plaintiff | 11/14/06 |
| 4.0046 | 6/21/2006 | Sav-On Pharmacy - Pharmacy Records (20 pages) | Plaintiff | 11/14/06 |
| 4.0051 | 9/5/2006 | The Heart Center - Billing Records (1 page) | Plaintiff | 11/14/06 |
| 4.0054 | 6/14/2006 | Utah First Credit Union - Personnel & Payroll (108 pages) | Plaintiff | 11/14/06 |
| 4.0062 | | W2s, tax Statements and other tax related documents regarding Charles Mason (2002 and 2004) | Plaintiff | 11/14/06 |
| 4.0063 | | IRS Tax Records for Charles Mason's taxes (2002 - 2003) | Plaintiff | 11/14/06 |
| 4.0064 | | Social Security Records of Charles Mason (2000 - 2005) | Plaintiff | 11/14/06 |
| 4.1000 | 7/4/2006 | CV of Gary Sander, M.D., Ph.D. (Deposition of Dr. Sander Exhibit No. 1) | Sander | 11/1/06 |
| 4.1003 | 9/17/2002 | The Heart Institute Exercise Stress Report (Deposition of Dr. Sander Exhibit No. 6) | Sander | 11/1/06 |
| 4.1004 | 7/25/2003 | LDS Hospital - Cardiac Catheterization (Deposition of Dr. Sander Exhibit No. 9) | Sander | 11/1/06 |
| 4.1006 | 4/12/2005 | The Heart & Lung Institute of Utah - Sestamibi/Tetraphosmin Spect Myocardial Perfusion Scintigraphy (Deposition of Dr. Sander Exhibit No. 11) | Sander | 11/1/06 |
| 4.1007 | 7/28/2003 | LDS Hospital - Lab Report (Excerpt from Plaintiff's Exhibit 4.0018) | Sander | 11/1/06 |
| 4.1008 | 8/13/2003 | Cottonwood Hospital Medical Center - Cardiac Catheterization Report (Excerpt from Plaintiff's Exhibit 4.0007) | Sander | 11/1/06 |
| 4.1009 | 7/25/2003 | Alta View Hospital - Emergency Department Report (Except from Plaintiff's Exhibit 4.0003) | Sander | 11/1/06 |
| 4.1010 | | CV of James S. Zebrack, M.D. (Deposition of Dr. Zebrack Exhibit No. 1) | Zebrack | 11/3/06 |

| Trial Ex. No. | Doc. Date | Description | Admitted Witness | Admitted Date |
|---|---|---|---|---|
| 4.1011 | 7/25/2003 | LDS Hospital History and Physical - (Pages 74 and 75 of Plaintiff's Exhibit No. 4.0018) | Zebrack | 11/3/06 |
| 4.1012 | 7/25/2003 | LDS Emergency Room Record - (Page 72 of Plaintiff's Exhibit No. 4.0018) | Zebrack | 11/3/06 |
| 4.1013 | 7/25/2003 | Alta View Hospital Lab Record - (Page 103 and 104 of Plaintiff's Exhibit No. 4.0003) | Zebrack | 11/3/06 |
| 4.1014 | 7/25/2003 | LDS Hospital Summary of Labwork - (Page 82 of Plaintiff's Exhibit No. 4.0018) | Zebrack | 11/3/06 |
| 4.1015 | 7/25/2003 | LDS Hospital Cardiac Cath Reports - (Pages 97 to100 and 92 and 93 of Plaintiff's Exhibit No. 4.0018) | Zebrack | 11/3/06 |
| 4.2028 | 3/22/2000 | VIO8140: PIR Letter addressed to Karen Olson-Fields | Olson | 11/3/06 |
| 4.2011 | 3/14/2000 | VIO8553: PIR Letter to Karen Olsen-Fields (identified in Merck's Supplemental Profile Form dated 5-16-06) | Olson | 11/3/06 |
| 4.5099 | 1/8/2001 | Obstacle Response Guide | Pechman | 11/7/06 |
| 14.5007 | 1999-2002 | Call Notes Olson, Vogeler 18 PAGES | Olson | 11/3/06 |
| 14.5001 | | Cornelia Pechmann - Curriculum Vitae | Pechman | 11/7/06 |
| 5.0002 | | Curriculum Vitae and Expert Report of Jerry Avorn, M.D. | Avorn | 11/1/06 |
| 5.0050 | | Curriculum Vitae of Eric Jeffrey Topol, M.D. (Topol Deposition Exhibit No. 1) | Topol | 11/13/06 |
| 5.0051 | | Curriculum Vitae of David Joseph Graham, M.D., M.P.H. | Graham | 11/1/06 |
| 7.0002 | 10/06/2004 | Email from Reicin to Wainwright re People for Media Training | Reicin | 11/9/06 |
| 7.0009 | 11/24/1997 | Memo from Reicin to Olson and others re Letter of Intent Agreement | Reicin | 11/9/06 |
| 7.0095 | 04/20/2001 | Email from Topol to Reicin (DX 357 - Topol Deposition Exhibit No. 5) | Topol | 11/13/06 |
| 7.0159 | 8/23/2001 | Letter from Konstam to Willerson with corrections | Reicin | 11/9/06 |
| 7.0174 | 8/11/1977 | Memo from Mary Guerst at Merck to Lisa Alcia from Institute for Work and Health subject: Study Budget for Services of Dr. Claire Bombardier | Reicin | 11/9/06 |
| 7.0182 | 4/20/2001 | Email re: Availability - VIGOR Speaker Training | Reicin | 11/9/06 |
| 7.0183 | 5/10/2002 | Email to Reicin re: Details of ASH Media training | Reicin | 11/9/06 |
| 7.1024 | 8/20/2001 | Email to Briggs Morrison, et al. FW: FOR REVIEW [PEER]; 2001-ms-2470 (FULL PAPER) - DUE DATE MONDAY, 27 AUGUST 2001 | Morrison | 11/8/06 |
| 7.1026 | 9/29/2001 | Email exchange between Briggs Morrison and others subjects: "data review resources" and "please review - vioxx CV outcomes study estimate" | Morrison | 11/8/06 |
| 7.1033 | 12/5/2001 | Email to several attaching the Agenda of the 12/05/01 Pre HHPAC Meeting | Morrison | 11/8/06 |
| 7.2000 | 11/7/2001 | Email exchange between Alise Reicin and others subject: Details for ACR media training session Thurs., Nov. 8 | Reicin | 11/9/06 |
| 7.2001 | 4/8/2002 | Email exchange between Alise Reicin and others subject: IMPT details for Monday's prep session on label change for Vioxx | Reicin | 11/9/06 |
| 7.2003 | 10/12/2004 | Email exchange between Alise Reicin and Tracy Ogden, et al., subject: Media Training for ACR | Reicin | 11/07/06 |

**Defendants' Admitted Exhibits**

| Trial Ex. No. | Doc. Date | Description | Admitted Witness | Admitted Date |
|---|---|---|---|---|
| DX 0013 | 11/21/1996 | Memorandum from T. Musliner to B. Friedman, et al. | Morrison | 11/08/06 |
| DX 0015 | 01/16/1997 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) | Morrison | 11/07/06 |

| DX | Date | Description | Name | Date |
|---|---|---|---|---|
| DX 0022 | 08/11/2004 | Harvey E-mail re cox-2 ispe poster | Graham | 11/01/06 |
| DX 0030 | 06/08/1998 | Email from Suzanne Pemrick to Scott Korn, et al. re: Minutes for May's MK-0966 (Vioxx) PT Meeting | Morrison | 11/08/06 |
| DX 0040 | 10/26/1998 | 'E. Clinical Safety' Vioxx Clinical Documentation | Morrison | 11/07/06 |
| DX 0073 | 05/20/1999 | Letter from FDA to MRL re: NDA 21-042 | Morrison | 11/07/06 |
| DX 0079 | 08/30/1999 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | Morrison | 11/08/06 |
| DX 0116 | 03/23/2000 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | Morrison | 11/08/06 |
| DX 0114 | 03/22/2000 | E-mail from Reicin to Scolnick et al. | Reicin | 11/09/06 |
| DX 0082 | 08/12/2004 | Hertz E-mail re cox-2 ispe poster | Graham | 11/01/06 |
| DX 0136 | 05/18/2000 | Letter to Robert Utiger from Claire Bombardier | Reicin | 11/09/06 |
| DX 0155 | 10/13/2000 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | Reicin | 11/08/06 |
| DX 0168 | 01/01/2001 | Policy Letter No. 110: Statement of Professional Responsibility of U.S. Human Health Professional Representatives | Dunn | 11/03/06 |
| DX 0186 | 02/04/2001 | Email from Harry Guess to Rhodes, Watson, et al. | Scolnick | 11/03/06 |
| DX 0236 | 10/01/2001 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 | Reicin | 11/09/06 |
| DX 0244 | 11/07/2001 | Email from E. Scolnick to A. Reicin | Scolnick | 11/03/06 |
| DX 0277 | 04/11/2002 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | Reicin | 11/09/06 |
| DX 0321 | 03/26/2004 | Letter from FDA to Merck | Reicin | 11/09/06 |
| DX 0324 | 08/19/2004 | Letter from FDA to MRL re: NDA 21-042 | Reicin | 11/09/06 |
| DX 0338 | 04/06/2005 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | Sander | 11/01/06 |
| DX 0344 | 08/22/2005 | Merck, Letter from P. Huang to B. Rappaport re Information Amendment - Clinical, and attachment | Pratt | 11/13/06 |
| DX 0353 | 01/04/2001 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | Reicin | 11/09/06 |
| DX 0357 | 04/20/2001 | Email from Laura Demopoulos to Peter M. DiBattiste re: Followup to Meeting with Eric Topol | Reicin | 11/9/06 |
| DX 0358 | 06/20/2001 | Email from Peter DiBattiste to Eric Topol re: Risk of Cardiovascular Events Associated with Cox-2 | Topol | 11/13/06 |
| DX 0359 | 01/02/2002 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. | Reicin | 11/08/06 |
| DX 0361 | 02/07/2000 | Letter from Reicin to Weinblatt | Reicin | 11/08/06 |
| DX 0373 | 05/02/2001 | Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation by Deepak Bhatt and Eric Topol | Reicin | 11/9/06 |
| DX 0376 | 06/22/2001 | Email from Eric Topol to Peter DiBattiste re Meeting with Steve Nissen | Topol | 11/13/06 |
| DX 0409 | 01/24/2000 | Letter from Weinblatt to Reicin | Reicin | 11/08/06 |

| | | | | | |
|---|---|---|---|---|---|
| DX 0426 | 08/11/2004 | Seligman E-mail re cox-2 ispe poster | | Graham | 11/01/06 |
| DX 0436 | 05/03/2001 | Email from Peter DiBattiste to Laura Demopolous re: COX-2 inhibitors in ACS | | Reicin | 11/9/06 |
| DX 0453 | 04/00/2002 | Yates letter to Healthcare Professional re: Merck Important Prescribing Information about Vioxx with handwritten note "Merck #s out of sequence" | | Olson | 11/03/06 |
| DX 0459 | 09/10/2003 | Fax from FDA to MRL re: IND 46,894 Vioxx Protocol 302 Teeecon Minutes | | Reicin | 11/09/06 |
| DX 0470 | 10/25/2004 | E-mail from Marlene Goormastic to L. Lemley and J. Woodcock RE: Help on stats | | Topol | 11/13/06 |
| DX 0474 | 11/08/2004 | E-mail from L. Villalba to L. Lemley and J. Woodcock | | Topol | 11/13/06 |
| DX 0903 | 12/08/2005 | Email fro Stephen Morrissey to Gregory Curfman re Probable Early Releases Tomorrow PM | | Curfman | 11/13/06 |
| DX 0904 | 12/08/2005 | Email from Tom Easley to Kent Anderson, et al. re: Vigor Editorial points From Merck | | Curfman | 11/13/06 |
| DX 0907 | 12/07/2005 | Email from Sarah Wolf to Stephen Morrissey, et al. re: NEJM Expression of Concern | | Curfman | 11/13/06 |
| DX 0909 | 12/08/2005 | E-mail from Claire Bombardier to Stephen Morrissey re: New England Journal of Medicine | | Curfman | 11/13/06 |
| DX 0913 | 08/30/2004 | Trontell E-mail re Vioxx/Merck update Monday August 30 | | Graham | 11/01/06 |
| DX 0917 | 10/29/2004 | Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias | | Graham | 11/01/06 |
| DX 0942 | 10/23/2004 | Cheetham E-mail re Recoding Vioxx | | Graham | 11/01/06 |
| DX 0962 | 05/20/1999 | Letter re new drug application | | Scolnick | 11/03/06 |
| DX 0982 | 01/26/2005 | IND 59,222 General Correspondence (Cardiovascular Safety Report for APPROVe) | | Reicin | 11/09/06 |
| DX 2011 | 00/00/1998 | Olson Office Visit | | Vogeler | 11/14/06 |
| DX 2012 | 04/08/1998 | Vogeler History and Physical | | Vogeler | 11/14/06 |
| DX 2029 | 09/10/2002 | History and Physical report for Charles Mason | | Vogeler | 11/06/06 |
| DX 2041 | 07/25/2003 | Mason Patient history sheet - admission for chest pain | | Mason L | 11/06/06 |
| DX 2066 | 10/10/2003 | Heart & Lung Institute of Utah Cardiac History & Physical (Keep) | | Mason C | 11/06/06 |
| DX 2076 | 04/12/2005 | The Heart & Lung Institute of Utah - Indications for test shortness of breath - Nuclear Perfusion | | Keep | 11/13/06 |
| DX 2082 | 10/14/2005 | 10/14/05 EKG for Charles Mason | | Keep | 11/13/06 |
| DX 2086 | | Sandy Family Practice Updated Patient Problem List | | Vogeler | 11/14/06 |
| DX 2095 | 02/24/2006 | Plaintiff Profile Form | | Vogeler | 11/14/06 |
| DX 2097 | 07/00/2005 | Celebrex package insert | | Olson | 11/03/06 |
| DX 2101 | 00/00/0000 | Medical Records: First Amended Plaintiff Profile Form | | Mason C | 11/06/06 |
| DX 2115 | | Ganellen CV | | Ganellen | 11/14/06 |
| DX 2119 | 11/19/2001 | Pratt CV | | Pratt | 11/13/06 |
| DX 2121 | 04/01/2002 | PIR to Olson-Fields re: cardiovascular effect of Vioxx | | Olson | 11/03/06 |
| DX 2223 | 07/00/2005 | DHCP letter re: VIGOR label (sent to Vogeler) | | Vogeler | 11/14/06 |
| DX 2231 | 00/00/0000 | Medical Records from: Albertson | | Olson | 11/03/06 |
| DX 2272 | 00/00/0000 | Medical Records from: Sandy Family Practice | | Olson | 11/03/06 |
| DX 2331 | 04/01/2002 | PI 9183811, Vioxx Label April 2002 | | Olson | 11/03/06 |
| DX 2332 | 04/00/2002 | PI9183906 Patient Information about Vioxx | | Reicin | 11/09/06 |
| DX 2340 | 08/13/2003 | Medical History/Physical Report for Charles Mason | | Mason C | 11/06/06 |

| | | | | |
|---|---|---|---|---|
| DX 2341 | 09/11/2002 | Quest Diagnostics report - September 2002 for Charles Mason | Keep | 11/13/06 |
| DX 2342 | 10/22/2003 | The Heart & Lung Institute of Utah - Cardiolite Spect Myocardial Perfusion Scintigraphy for Charles Mason | Zebrack | 11/3/06 |
| DX 2343 | 07/25/2003 | LDS Hospital Cardiac Catheterization Laboratory preliminary unreviewed report for Charles Mason | Keep | 11/13/06 |
| DX 2344 | 08/13/2003 | Cottonwood Hospital Cardiac Catheterization report for Charles Mason | Zebrack | 11/03/06 |
| DX 2348 | 10/22/2003 | The Heart & Lung Institute of Utah - Cardiolite Spect Myocardial Perfusion Scintigraphy for Charles Mason | Symkoviak | 11/3/06 |
| DX 2349 | 08/13/2003 | Cottonwood Hospital Cardiac Catheterization report for Charles Mason | Symkoviak | 11/13/2006 |
| DX 2350 | 07/25/2003 | LDS Hospital Cardiac Catheterization Laboratory preliminary unreviewed report for Charles Mason | Ganellen | 11/13/06 |
| DX 2351 | 10/22/2003 | The Heart & Lung Institute of Utah - Cardiolite Spect Myocardial Perfusion Scintigraphy for Charles Mason | Ganellen | 11/14/06 |
| DX 3124 | 10/24/1997 | University of Pennsylvania Medical Center letter re: supporting the application of Briggs Morrison for promotion from Associate Director to Director in Clinical Research | Morrison | 11/08/06 |
| DX 3620 | | Expert Retention and Confidentiality Agreement between Med-Expertise, LLC and Gary Sander, M.D. | Sander | 11/01/06 |
| DX 3666 | 03/01/2001 | Selling Clinics | Dunn | 11/03/06 |
| DX 3679 | | Page 10 of Pechmann Slide from Grossberg - How an Integrated Marketing Communications Campaign is Developed | Pechmann | 11/13/06 |
| DX 43-378 | 11/23/1998 | Reference P002 - MRL Clinical Study Report | Morrison | 11/08/06 |
| DX 43-434 | 11/23/1998 | Reference P023 - MRL Clinical Study Report | Morrison | 11/08/06 |
| 1.0006 | 09/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin | Olson | 11/03/06 |
| 1.0430 | 12/22/1999 | Memorandum from Weinblatt to Bjorkman et al. re VIGOR | Reicin | 11/09/06 |
| 1.0538 | 02/25/1997 | Draft GI Outcomes Protocol | Morrison | 11/08/06 |