UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
|  | : |  |

THIS DOCUMENT RELATES TO
*Dedrick v. Merck & Co., Inc.*, 05-2524

ORDER

Before the Court are the Motion of Merck & Co., Inc. ("Merck") for Order Excluding Expert Testimony that Short-Term Vioxx Use Increases Cardiovascular Risk (Rec. Doc. 8364 & Rec. Doc. 8383) and the Motion of Merck for Order Excluding Opinion Testimony by Plaintiff's Experts that Vioxx Accelerates Atherosclerosis or Causes Plaque Rupture (Rec. Doc. 8728).

As a gatekeeper, the Court must evaluate methodology, not conclusions. The proper forum for challenging conclusions is during cross-examination, not in a *Daubert* motion. Accordingly, for the reasons given in its Order & Reasons dated November 18, 2005 (Rec. Doc. 1516), IT IS ORDERED that Merck's Motion for Order Excluding Expert Testimony that Short-Term Vioxx Use Increases Cardiovascular Risk (Rec. Doc. 8364 & Rec. Doc. 8383) and Merck's Motion for Order Excluding Opinion Testimony by Plaintiff's Experts that Vioxx Accelerates

Atherosclerosis or Causes Plaque Rupture (Rec. Doc. 8728) are DENIED.

New Orleans, Louisiana, this __22nd__ day of __November__, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE