UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 17 PM 1:47

LORETTA G. WHYTE
CLERK

BOBBY WRIGHT
&
JANIE WRIGHT

PLAINTIFFS

V.

Civil Action No. KYE 05-346
05-6521

MERCK & CO, INC.
A Foreign Corporation

DEFENDANT

## ORDER

Counsel for the Plaintiff having moved to withdraw from this matter; no objection being filed thereto; and the court having carefully reviewed the file and considered the matter;

It is hereby ORDERED and ADJUDGED that the counsel's motion is SUSTAINED and he is hereby allowed to withdraw as representative for the Plaintiff in this matter. Furthermore, the Plaintiff shall have sixty days from the date of this Order in which to obtain new counsel and make entry of appearance in this action.

This the 16th day of November, 2006.

U.S. District Judge