UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANNA

JODY HAYS                                           PLAINTIFF

V.                                                  Civil Action No. KYE 7 05-576
                                                    05-6513
MERCK & CO. INC.
A Foreign Corporation                               DEFENDANT

## MOTION TO WOTHDRAW AS COUNSEL

Comes the undersigned counsel, and herein requests that he be allowed to withdraw as counsel in the above-styled matter. In support thereof, counsel would indicate that he was a private practitioner when he undertook representation of this case. Since that time, he has joined a new firm, which no longer handles such product liability cases. Pursuant to the terms of counsel's new employment, he must withdraw from claims such as those involved herein. Counsel has spoken with the Plaintiffs in these matters and they are fully aware and agreed to this situation.

Wherefore the undersigned respectfully requests that he be allowed to withdraw as counsel and that the Plaintiff be granted at least sixty days in which to obtain new counsel to represent them in this matter.

Respectfully Submitted,

Donald G. Smith
Morgan, Madden, Brashear & Collins
1419 Lexington Road
Richmond, KY 40475
(859) 625-5900

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JODY HAYS                                          PLAINTIFF

V.                                                 Civil Action No. KYE 7 05-576

MERCK & CO. INC.
A Foreign Corporation                              DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL

Comes the undersigned counsel, and herein requests that he be allowed to withdraw as counsel in the above-styled matter. In support thereof, counsel would indicate that he was a private practitioner when he undertook representation of this case. Since that time, he has joined a new firm, which no longer handles such product liability cases. Pursuant to the terms of counsel's new employment, he must withdraw from claims such as those involved herein. Counsel has spoken with and advised the Plaintiff in this matter. Plaintiff is fully aware of and in agreement to this situation. The address of the Plaintiff is 484 Barrett School Road, Viper, Kentucky 41774..

Wherefore, the undersigned respectfully requests that he be allowed to withdraw as counsel and that the Plaintiff be granted at least sixty days in which to obtain new counsel in this matter.

Respectfully Submitted,

*Donald D S*
Donald G. Smith
Morgan, Madden, Brashear & Collins
1419 Lexington Road
Richmond, KY 40475

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this the 13 day of October, 2006, postage prepaid, to the following:

Judge Eldon E. Fallon
U.S. District Court
500 Peydrac Street
Room C-151
New Orleans, LA 70130

Susan J. Pope
250 West Main Street, Suite 2700
Lexington, KY 40507-1749

Winston E. Miller
400 W. Market Street
32nd Floor
Louisville, KY 40202-3363

Anna Warnock
250 West Main Street, Suite 2700
Lexington, KY 40507-1749

_____
Donald G. Smith