FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 15  AM 11: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | MDL NO. 1657 | |
| In re: VIOXX | | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | |
| | | |
| | | |
| | JUDGE FALLON | |
| GREGORY FRASER, Individually, and | | |
| on behalf of GWENDOLYN FRASER, | MAG. JUDGE KNOWLES | |
| | | |
| Plaintiff, | | |
| | Case No. 06-6952 | |
| vs. | | |
| | | |
| MERCK & CO., INC., a New Jersey | | |
| Corporation, | | |
| Defendant. | | |
| * * * * * * * * * * * * * * | | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

1.  Plaintiff moves for an order granting the Plaintiff leave to file a second amended complaint.

2.  The grounds for this motion are that the Plaintiff's attorneys inadvertently made a typographical error in an earlier filed complaint and request that this court grant them leave to amend such an error.

3.  This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities.  Attached to this motion is Plaintiff's Certificate of No Opposition which is attached as Exhibit 1.

1

GREGORY FRASER, Individually, and on behalf of GWENDOLYN FRASER, et. al. v. MERCK & Co., INC.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

RESPECTFULLY SUBMITTED,


By: _____

Melissa A. Hunt, #6288265
Pamela G. Sotoodeh, #6284622
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

GREGORY FRASER, Individually, and on behalf of GWENDOLYN FRASER, et. al. v. MERCK & Co., INC.

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Motion for Leave to File an Amended Complaint by U.S. mail to Thomas P. Owen, Jr., attorney in charge for Defendant, Merck & Co., Inc., and whose address is 909 Poydras Street, Suite 2500, New Orleans, Louisiana 70112, (504) 523-1580, on November 13, 2006.

Melissa A. Hunt