UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br><br>JUDGE FALLON |
| GREGORY FRASER, Individually, and<br>on behalf of GWENDOLYN FRASER,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey<br>Corporation,<br>Defendant. | MAG. JUDGE KNOWLES<br><br>Case No. 06-6952 |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

The Plaintiff, GREGORY FRASER, Individually, and on behalf of GWENDOLYN FRASER, requests leave of court fo file a second amended complaint.

### I. INTRODUCTION

#### A. PLAINTIFF

1. Plaintiff, GWENDOLYN FRASER, ("Plaintiff") is a citizen and resident of Harrisburg, North Carolina.

2. GREGORY FRASER, is the son of GWENDOLYN FRASER and has

been at all times relevant hereto.

3. Pursuant to Pretrial Order No. 11, Plaintiff has filed a claim directly into this Multidistrict Litigation proceeding.

### B. DEFENDANT

4. Defendant, MERCK & CO., INC., is headquartered in Whitehouse Station, New Jersey.

5. At all time relevant hereto, Defendant, MERCK & CO., INC., was engaged in the business of testing, marketing, distributing and promoting the pharmaceutical Vioxx in New Jersey.

### II. ARGUMENT

6. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n*, 168 F.3d 661, 665 (3d Cir. 1999).

7. The court should allow the filing of Plaintiff's amended pleading because the Plaintiff will be prejudiced if not allowed to amend. The Plaintiff will be prejudiced because as the amended complaint stands, the Plaintiff is domiciled in the State of New Jersey, which was a typographical error inadvertently made upon submission of the former complaint.

8. The amended pleading will correct that typographical error to reflect the proper domicile of the Plaintiff; Harrisburg, North Carolina.

9. The Defendant, MERCK & CO., INC., will not be prejudiced by the Plaintiff's amended pleading because the amendment will not change any allegations of liability made against the Defendant. The intention of the amended pleading is only to correct a typographical error.

10. Pursuant to Local Rule 7.6E, the Plaintiff has obtained consent to such an amended pleading by opposing counsel, Thomas P. Owen, Jr., Esq. of Stanley, Flanagan & Reuter, L.L.C. on Friday, November 10, 2006. See attached as Exhibit 1.

11. Plaintiff has attached its amended pleading along with this motion. See attached as Exhibit 2.

### III. CONCLUSION

12. WHEREFORE, Plaintiff, GREGORY FRASER, Individually, and on behalf of GWENDOLYN FRASER, respectfully requests that this Court grant this motion for leave to file the Plaintiff's Second Amended Complaint so that a correction can be made to a typographical error made in the former pleading.

13. Plaintiff requests that this court enter the attached Order granting such a motion and allow the filing of the Plaintiff's Second Amended Complaint.

RESPECTFULLY SUBMITTED,

By: _____*Melissa A. Hunt*_____
Melissa A. Hunt, #6288265
Pamela G. Sotoodeh, #6284622
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112