UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L |
| GREGORY FRASER, Individually, and<br>on behalf of GWENDOLYN FRASER,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey<br>Corporation,<br><br>Defendant. | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES<br><br>Case No. 06-6952 |

## CERTIFICATE OF CONFERENCE

I certify that on Friday, November 10, 2006, I conferred with Thomas P. Owen, Jr., and \ he does not oppose the Plaintiff's Motion for Leave to File an Amended Complaint.

*Melissa A. Hunt*
Melissa A. Hunt

1
GREGORY FRASER, Individually, and on behalf of GWENDOLYN FRASER, et. al. v. MERCK & Co., INC.

PLAINTIFF'S EXHIBIT 1