UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L |
| GREGORY FRASER, Individually, and<br>on behalf of GWENDOLYN FRASER,<br>Plaintiff,<br>vs.<br>MERCK & CO., INC., a New Jersey<br>Corporation,<br>Defendant. | JUDGE FALLON<br>MAG. JUDGE KNOWLES<br>Case No. 06-6952 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 17  PM 1:47

LORETTA G. WHYTE
CLERK

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND

After considering the Plaintiff's Motion to File a Second Amended Complaint the court GRANTS the motion. Accordingly, IT IS ORDERED that Plaintiff be allowed to file PLAINTIFF'S SECOND AMENDED COMPLAINT instanter.

New Orleans, Louisiana, this 17th day of November, 2006.

_____
United States District Judge

APPROVED & ENTRY REQUESTED:

_____
Melissa A. Hunt, #6288265

GREGORY FRASER, Individually, and on behalf of GWENDOLYN FRASER, et. al. v. MERCK & Co., INC.