IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN OCHOA, Plaintiff | § § § | |
| | § | 2:05-md-01657-EEF-DEK |
| v. | § | 2:06-cv-01048-EEF-DEK |
| | § | |
| MERCK & CO., INC., et al., Defendants | § § | |

## NOTICE OF HEARING

Please take notice that defendant, Ankur Sarkar, M.D.'s motion to dismiss with prejudice plaintiff's claims and causes of action against him has been set for oral hearing on Wednesday, December 6, 2006, at 9:00 a.m., in the United States District Court for the Eastern District of Louisiana, before Judge Fallon.

Respectfully submitted,

KAROTKIN & ASSOCIATES

By: _____
Philip A. Sellers
State Bar No. 18015400
3555 Timmons Lane, Suite 850
Houston, Texas 77027
Tel: (713) 963-0533
Fax: (713) 963-0544

ATTORNEYS FOR DEFENDANT, ANKUR
SANKAR, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record on this __17__ day of November, 2006.

_____
PHILIP A. SELLERS