IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Terry Frisby

vs.

Merck & Co., Inc., et al

CIVIL ACTION NO. 05CV038210

MDL 1657
ref: 06-79

NOTICE OF DELIVERY

RE: **Walgreens Corporate Office (Pharmacy)**

I, _____**Daphnia Carson**_____, Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 206, Texas Rules of Civil Procedure,

1. That this Deposition by Written Questions of **Angela Siddens**, the Custodian of Records for the above named is a true and exact duplicate of the records pertaining to **Terry Wayne Frisby**, given by the witness named herein, after said witness was duly sworn by _____**Justine Hanciaux**_____;

2. That the transcript is a true record of the testimony given by the witness;

3. That **$ 155.60** is the charge for the preparation of the completed Deposition by Written Questions and any copies of exhibits, charged to Attorney for **Defendant, Richard L. Josephson, TBA # 11031500**;

4. That the deposition transcript was submitted on the **12th** day of **October, 2006**, to the witness for examination, signature and return to the officer by a specified date;

5. That changes, if any made by the witness, in the transcript and otherwise are attached thereto or incorporated therein;

6. That the witness returned the transcript **17th** day of **October, 2006**;

7. That the original deposition by Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial **25th** day of **October, 2006**;

8. That pursuant to information made a part of the records at the time said testimony was taken, the following includes all parties of record:

    **Jeffrey W. Chambers, Attorney For Plaintiff**

and

9. A copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE 31st day of October, 2006

**EMSI Litigation Services**
**109 W Panther Way Dr/PO Box 2528**
**Waco, TX 76712**
**(866) 338-1506  Fax (866) 338-1534**

Notary Public in and for the State of Texas

Order No. 02-33707-002



DAPHNIA MARIE CARSON
Notary Public, State of Texas
My Commission Expires
November 04, 2006

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

No. 05CV038210

Terry Frisby

vs.

Merck & Co., Inc., et al

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
: FILED

NOV 1 6 2006

MICHAEL N. MILBY, CLERK OF COURT

## NOTICE OF DELIVERY

RE: **Woodlands North Houston Heart Center (Medical)**

I, __**Daphnia Carson**__, Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 206, Texas Rules of Civil Procedure,

1. That this Deposition by Written Questions of **Kirby Polley**, the Custodian of Records for the above named is a true and exact duplicate of the records pertaining to **Terry Wayne Frisby**, given by the witness named herein, after said witness was duly sworn by __**Leona J. Walker**__;

2. That the transcript is a true record of the testimony given by the witness **Kirby Polley**;

3. That $ **221.90** is the charge for the preparation of the completed Deposition by Written Questions and any copies of exhibits, charged to Attorney for **Defendant, Richard L. Josephson, TBA # 11031500**;

4. That the deposition transcript was submitted on the **20th** day of **October, 2006**, to the witness for examination, signature and return to the officer by a specified date **10/25/2006**;

5. That changes, if any made by the witness, in the transcript and otherwise are attached thereto or incorporated therein;

6. That the witness returned the transcript the **25th** day of **October, 2006**;

7. That the original deposition by Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial the **30th** day of **October, 2006**;

8. That pursuant to information made a part of the records at the time said testimony was taken, the following includes all parties of record:

   **Jeffrey W. Chambers, Attorney For Plaintiff**

and

9. A copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE 30th day of October, 2006.

EMSI Litigation Services
Team 701 109 W. Panther Way
Hewitt, TX 76643
(866) 338-1506  Fax (866) 338-1534

Notary Public in and for the State of Texas

Order No. 02-33707-012

DAPHNIA MARIE CARSON
Notary Public, State of Texas
My Commission Expires
November 04, 2006

No. 05CV038210

Terry Frisby

vs.

Merck & Co., Inc., et al

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
NOV 16 2006
MICHAEL N. MILBY, CLERK OF COURT

## NOTICE OF DELIVERY

RE: CVS Pharmacy-Corporate ATTN: PRIVACY OFFICE (Pharmacy)

I, __Daphnia Carson__, Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 206, Texas Rules of Civil Procedure,

1. That this Deposition by Written Questions of **Donna M. Dubois**, the Custodian of Records for the above named is a true and exact duplicate of the records pertaining to **Terry Wayne Frisby**, given by the witness named herein, after said witness was duly sworn by __Susan T. Dumont__;

2. That the transcript is a true record of the testimony given by the witness **Donna M. Dubois**;

3. That $ **206.60** is the charge for the preparation of the completed Deposition by Written Questions and any copies of exhibits, charged to Attorney for **Defendant, Richard L. Josephson, TBA # 11031500**;

4. That the deposition transcript was submitted on the **13th** day of **October, 2006**, to the witness for examination, signature and return to the officer by a specified date **10/25/2006**;

5. That changes, if any made by the witness, in the transcript and otherwise are attached thereto or incorporated therein;

6. That the witness returned the transcript the **25th** day of **October, 2006**;

7. That the original deposition by Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial the **30th** day of **October, 2006**;

8. That pursuant to information made a part of the records at the time said testimony was taken, the following includes all parties of record:

   **Jeffrey W. Chambers, Attorney For Plaintiff**

and
9. A copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE 31st day of October, 20 06

**EMSI Litigation Services**
Team 701 109 W. Panther Way
Hewitt, TX 76643
(866) 338-1506  Fax (866) 338-1534

Notary Public in and for the State of Texas



DAPHNIA MARIE CARSON
Notary Public, State of Texas
My Commission Expires
November 04, 2006

Order No. 02-33707-001

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
NOV 1 6 2006
MICHAEL N. MILBY, CLERK OF COURT

Terry Frisby

vs.

Merck & Co., Inc., et al

CIVIL ACTION NO. 05CV038210

## NOTICE OF DELIVERY

RE:  St Lukes Community Medical Center The Woodlands (Medical)

I, __Rose Mary Molina__, Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 206, Texas Rules of Civil Procedure,

1. That this Deposition by Written Questions of **Ashley Thompson**, the Custodian of Records for the above named is a true and exact duplicate of the records pertaining to **Terry Wayne Frisby**, given by the witness named herein, after said witness was duly sworn by __Gayla Scardino__;

2. That the transcript is a true record of the testimony given by the witness **Ashley Thompson**;

3. That $ 353.85 is the charge for the preparation of the completed Deposition by Written Questions and any copies of exhibits, charged to Attorney for **Defendant, Richard L. Josephson, TBA # 11031500**;

4. That the deposition transcript was submitted on the **18th** day of **October, 2006**, to the witness for examination, signature and return to the officer by a specified date **10/25/2006**;

5. That changes, if any made by the witness, in the transcript and otherwise are attached thereto or incorporated therein;

6. That the witness returned the transcript **27th** day of **October, 2006**;

7. That the original deposition by Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial **8th** day of **November, 2006**;

8. That pursuant to information made a part of the records at the time said testimony was taken, the following includes all parties of record:

   **Jeffrey W. Chambers, Attorney For Plaintiff**

and

9. A copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE 8th day of November, 2006.

**EMSI Litigation Services**
109 W Panther Way Dr/PO Box 2528
Waco, TX 76712
(866) 338-1506  Fax (866) 338-1534

Notary Public in and for the State of Texas

Order No. 02-33707-013

ROSE MARY MOLINA
Notary Public
STATE OF TEXAS
My Commission
Expires 08/17/2009

Case 2:05-md-01657-EEF-DEK   Document 8905   Filed 11/20/06   Page 5 of 6

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 1 6 2006

MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Terry Frisby

vs.

Merck & Co., Inc., et al

CIVIL ACTION NO. 05CV038210

## NOTICE OF DELIVERY

RE: Han, Noel, M.D. (Medical)

I, __Rose Mary Molina__, Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 206, Texas Rules of Civil Procedure,

1. That this Deposition by Written Questions of **Teresa Hitchcock**, the Custodian of Records for the above named is a true and exact duplicate of the records pertaining to **Terry Wayne Frisby**, given by the witness named herein, after said witness was duly sworn by __G Elizabeth Kline__;

2. That the transcript is a true record of the testimony given by the witness **Teresa Hitchcock**;

3. That $ **167.69** is the charge for the preparation of the completed Deposition by Written Questions and any copies of exhibits, charged to Attorney for **Defendant, Richard L. Josephson, TBA # 11031500**;

4. That the deposition transcript was submitted on the **18th** day of **October, 2006**, to the witness for examination, signature and return to the officer by a specified date **10/25/2006**;

5. That changes, if any made by the witness, in the transcript and otherwise are attached thereto or incorporated therein;

6. That the witness returned the transcript **1st** day of **November, 2006**;

7. That the original deposition by Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial **8th** day of **November, 2006**;

8. That pursuant to information made a part of the records at the time said testimony was taken, the following includes all parties of record:

   **Jeffrey W. Chambers, Attorney For Plaintiff**

and
9. A copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE _8th_ day of _November_, 20_06_.

EMSI Litigation Services
109 W Panther Way Dr/PO Box 2528
Waco, TX 76712
(866) 338-1506  Fax (866) 338-1534

Notary Public in and for the State of Texas

Order No. 02-33707-005

ROSE MARY MOLINA
Notary Public
STATE OF TEXAS
My Commission
Expires 08/17/2009

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 1 6 2006

MICHAEL N. MILBY, CLERK OF COURT

Terry Frisby

vs.

Merck & Co., Inc., et al

CIVIL ACTION NO. 05CV038210

## NOTICE OF DELIVERY

RE: **Kingwood Family Medicine (Medical)**

I, __Rose Mary Molina_____, Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 206, Texas Rules of Civil Procedure,

1. That this Deposition by Written Questions of **Angie Kowis**, the Custodian of Records for the above named is a true and exact duplicate of the records pertaining to **Terry Wayne Frisby**, given by the witness named herein, after said witness was duly sworn by_____**Carla Law**_____;

2. That the transcript is a true record of the testimony given by the witness **Angie Kowis**;

3. That $ **223.94** is the charge for the preparation of the completed Deposition by Written Questions and any copies of exhibits, charged to Attorney for **Defendant, Richard L. Josephson, TBA # 11031500**;

4. That the deposition transcript was submitted on the **18th** day of **October, 2006**, to the witness for examination, signature and return to the officer by a specified date **10/25/2006**;

5. That changes, if any made by the witness, in the transcript and otherwise are attached thereto or incorporated therein;

6. That the witness returned the transcript the **30**[th] day of **October, 2006**;

7. That the original deposition by Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial the **8**[th] day of **November, 2006**;

8. That pursuant to information made a part of the records at the time said testimony was taken, the following includes all parties of record:

    **Jeffrey W. Chambers, Attorney For Plaintiff**

and

9. A copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE _8th_ day of _November_, 20_06_.

**EMSI Litigation Services**
**Team 701 109 W. Panther Way**
**Hewitt, TX 76643**
**(866) 338-1506  Fax (866) 338-1534**

Notary Public in and for the State of Texas

Order No. 02-33707-010



ROSE MARY MOLINA
Notary Public
STATE OF TEXAS
My Commission
Expires 08/17/2009