# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | |
| **This document relates to: Wilma Bradam v.** | * | **JUDGE FALLON** |
| **Merck & Co., Inc., No. 05-02343;  Effie Gamble** | * | |
| **v. Merck & Co., Inc., No. 05-06226; James** | * | |
| **Oliver v. Merck & Co., Inc., No. 05- 04232EEFDEK;** | * | |
| **Sherry Olier v. Merck & Co., Inc., No 05-02335.** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiffs in the above-captioned cases be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 21st day of November, 2006

_____
DISTRICT JUDGE

840080v.1