UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1657** |
| | **SECTION L** |
| **This document relates to:** | **JUDGE FALLON** |
| **THOMAS MARSHAL, et al.** | **ORDER GRANTING MOTION TO** |
| **Case No.: 2:05 CV 2272** | **WITHDRAWAL AS COUNSEL** |

Having reviewed the Motion to Withdraw as Counsel, and finding good cause therefore, it is hereby ordered that attorney Joseph M. Lyon is withdrawn as Counsel on the above referenced case. The law firm of Burg Simpson Eldredge Hersh & Jardine, PC, and its attorneys Janet G. Abaray and Melanie S. Bailey remain as Counsel for Plaintiff in this action.

**IT IS SO ORDERED.**

11/21/06

_____
HONORABLE JUDGE FALLON