**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANNA**

| | |
|---|---|
| **In re:  VIOXX PRODUCTS LIABILITY**<br>　　　　**LITIGATION** | **MDL NO. 1657** |
| | **SECTION L** |
| **This document relates to:** | **JUDGE FALLON** |
| **CHRIS MERSMAN, et al.**<br>**Case No.: 2:05 CV 2327** | **ORDER GRANTING MOTION TO**<br>**WITHDRAWAL AS COUNSEL** |

　　　Having reviewed the Motion to Withdraw as Counsel, and finding good cause therefore, it is hereby ordered that attorney Joseph M. Lyon is withdrawn as Counsel on the above referenced case. The law firm of Burg Simpson Eldredge Hersh & Jardine, PC, and its attorneys Janet G. Abaray and Melanie S. Bailey remain as Counsel for Plaintiff in this action.

**IT IS SO ORDERED.**
　　11/21/06

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE FALLON