**Dedrick v. Merck & Co., Inc.**
**Deposition Designations for Glover**

|  |  | Objections In Dedrick | Responses In Dedrick |
|---|---|---|---|

**6:12 - 7:6    Glover A 20061107**
- 6 12   Q.   Good morning, Ms. Glover.
- 6 13   A.   Good morning.
- 6 14   Q.   My name is Carrie Jablonski, and I
- 6 15   represent Merck in a lawsuit that Mr. Anthony
- 6 16   Dedrick has brought against Merck.  Do you
- 6 17   understand that?
- 6 18   A.   I do.
- 6 19   Q.   And so we all understand who you are, are
- 6 20   you the office manager of Cardiovascular Consultants
- 6 21   of Alabama?
- 6 22   A.   Yes, I am.
- 6 23   Q.   Can you briefly describe what that
- 6 24   entails?
- 6 25   A.   I kind of oversee the practice as far as
- 7  1   I'm a nurse by trade.  I am an RN.  What I do -- my
- 7  2   position has changed so what I do now is oversee the
- 7  3   personnel, oversee the billing and the patient care
- 7  4   as far as it goes in the office with the physicians,
- 7  5   working with the physicians, and just kind of the
- 7  6   whole gamut of things in the office.

**7:11 - 8:6    Glover A 20061107**
- 7 11   Q.   Ms. Glover, I want to show you what's been
- 7 12   marked as Glover Exhibit 1.
- 7 13   (Defendant's Exhibit Number 1
- 7 14   was marked for identification.)
- 7 15   Q.   Can you tell us what Glover Exhibit 1 is?
- 7 16   A.   It's the detailed report of a patient's
- 7 17   account.
- 7 18   Q.   And Exhibit 1 was provided to us by your
- 7 19   office, correct?
- 7 20   A.   Yes, it was.
- 7 21   Q.   Is Exhibit 1 a billing record for
- 7 22   Mr. Dedrick concerning treatment he received here at
- 7 23   Cardiovascular Consultants of Alabama?
- 7 24   A.   Yes.
- 7 25   Q.   And does Exhibit 1 show the various bills
- 8  1   and payments that your practice sent out and
- 8  2   received for Mr. Dedrick's stress test?
- 8  3   A.   Yes, it does.
- 8  4   Q.   Is this a billing record that your
- 8  5   practice relies on to track payments and bills?
- 8  6   A.   Yes, it is.

**8:16 - 8:17    Glover A 20061107**
- 8 16   Q.   I want to show you what I'm marking as
- 8 17   Glover Exhibit 2.

| | | | Objections In Dedrick | Responses In Dedrick |
|---|---|---|---|---|
| 12:8 - 12:11 | | Glover A 20061107 | | |
| | 12  8 | Q.  Ms. Glover, can you please tell us what | **Re: [12:8-12:21]** | **Re: [12:8-12:21]** |
| | 12  9 | Exhibit 2 is?  You may answer. | **Pltf Obj** 401, 403 | **Def Resp** The check shows Beasley Allen paid for the additional testing that took place 2 months before trial (additional testing ordered by Plaintiff's expert Gelb). That Dedrick's lawyers paid for the testing is critical in showing this testing was done for purposes of litigation (especially where Dedrick hadn't visited a cardiologist in 3 years prior to this test). |
| | 12 10 | A.  It's a check for the payment of the | | |
| | 12 11 | nuclear stress test. | | |
| 12:15 - 12:19 | | Glover A 20061107 | | |
| | 12 15 | Q.  And this is a document that you recognize, | | |
| | 12 16 | correct? | | |
| | 12 17 | A.  Yes, it is. | | |
| | 12 18 | Q.  Okay.  And it's a document that you pulled | | |
| | 12 19 | from your files in this office, correct? | | |
| 12:21 - 12:21 | | Glover A 20061107 | | |
| | 12 21 | A.  Yes. | | |
| 16:16 - 16:18 | | Glover A 20061107 | | |
| | 16 16 | Q.  Ma'am, I'm showing you what's been marked | **Re: [16:16-17:13]** | **Re: [16:16-17:13]** |
| | 16 17 | as Exhibit 3.  Can you please identify Exhibit 3 for | **Pltf Obj** 401, 403; lack of personal knowledge | **Def Resp** Same; also witness knows Teresa Gober personally. Witness is in charge of billing and patient scheduling and identifies that she sent the invoice for Dedrick's testing to Teresa and identifies who Teresa is. |
| | 16 18 | me? | | |
| 16:21 - 16:22 | | Glover A 20061107 | | |
| | 16 21 | A.  Yes, I can. | | |
| | 16 22 | Q.  What is Exhibit 3? | | |
| 16:25 - 17:7 | | Glover A 20061107 | | |
| | 16 25 | A.  It's an additional invoice for payment for | | |
| | 17  1 | an additional medicine.  Once you do the stress test, | | |
| | 17  2 | then sometimes there's extra medicine that's | | |
| | 17  3 | needed.  We don't know that at the time until -- we | | |
| | 17  4 | wait until we get them there, and then we -- there's -- | | |
| | 17  5 | extra medicine is used.  And it's just an invoice | | |
| | 17  6 | for that amount. | | |
| | 17  7 | Q.  And the invoice is sent to whom? | | |
| 17:9 - 17:10 | | Glover A 20061107 | | |
| | 17  9 | A.  To Teresa Gober. | | |
| | 17 10 | Q.  And who is Teresa Gober? | | |
| 17:12 - 17:13 | | Glover A 20061107 | | |
| | 17 12 | A.  She is a legal nurse, and she was working | | |
| | 17 13 | in conjunction with Beasley Allen. | | |