**Dedrick v. Merck & Co., Inc.**
**Deposition Designations for Gilmartin**

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

17:21  -  17:23   Gilmartin, Raymond 2005-03-24

| 17 21 | Mr. Gilmartin, you started with the |
| 17 22 | company in 1994; correct? |
| 17 23 | A:  That's correct. |

21:16  -  21:17   Gilmartin, Raymond 2005-03-24

| 21 16 | Q:  Let me just show you what I've marked |
| 21 17 | as Gilmartin Exhibit 1 -- |

**Re: [21:16-21:17]**
**Def Obj** Not appropriate testimony for compensatory stage; world-wide sales irrelevant under State Farm.

Barnett: Overruled.

22:1  -  22:14   Gilmartin, Raymond 2005-03-24

| 22  1 | Q:  For the record, it's MRK-ABG0002902 |
| 22  2 | through 03, and when I do that, Mr. Gilmartin, you |
| 22  3 | can ignore that. That's just to identify the |
| 22  4 | document for the stenographic record. |
| 22  5 | A:  Okay. |
| 22  6 | Q:  At the top it says, 'Key Messages.' |
| 22  7 | A:  Right. |
| 22  8 | Q:  Do you see where it says 'Vioxx' and |
| 22  9 | then '2000 worldwide'? It says 'Gross Sales' -- |
| 22 10 | A:  Right. |
| 22 11 | Q:  -- in the billions? |
| 22 12 | A:  Right. |
| 22 13 | Q:  $2.2 billion; correct? |
| 22 14 | A:  That's correct. |

**Re: [22:1-22:14]**
**Def Obj** Not appropriate testimony for compensatory stage; world-wide sales irrelevant under State Farm.

Barnett: Overruled.

22:18  -  24:7   Gilmartin, Raymond 2005-03-24

| 22 18 | Q:  So, it would also be fair to |
| 22 19 | characterize Vioxx at the time it came on the market |
| 22 20 | as a critically important product for Merck; |
| 22 21 | correct? |
| 22 22 | A:  Yes. It was an important drug for |
| 22 23 | us. |
| 22 24 | Q:  At that time, also you had -- and |
| 22 25 | when I say 'at that time,' let me try and nail down |
| 23  1 | the time frame. In early 2000, 2000/2001, you had |
| 23  2 | several products that were important to Merck going |
| 23  3 | off patent; right? |
| 23  4 | A:  Exactly. |
| 23  5 | Q:  Mevacor was a very important product |
| 23  6 | going off? |
| 23  7 | A:  That's correct. |
| 23  8 | Q:  That was also what we'd call a |
| 23  9 | blockbuster product; correct? |
| 23 10 | A:  Yes. In excess of a billion dollars. |
| 23 11 | Q:  In excess of a billion a year? |
| 23 12 | A:  Right. |
| 23 13 | Q:  Prilosec, that was another important |
| 23 14 | product that was going off patent? |

11/21/06 6:32PM

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

23 15   A:  That's correct.
23 16   Q:  Just so the jury understands, because
23 17   things like patent I'm not sure everybody gets, but
23 18   that means that you were really losing the exclusive
23 19   rights to those drugs; right?
23 20   A:  Exactly.
23 21   Q:  Pepcid, another important product for
23 22   Merck going off patent?
23 23   A:  Absolutely. Right.
23 24   Q:  And Vasotec?
23 25   A:  And Vasotec.
24  1   Q:  And each and every one of these drugs
24  2   generated, if not a billion, close to a billion
24  3   dollars in revenue for Merck?
24  4   A:  That's correct.
24  5   Q:  All going off patent around the same
24  6   time frame, 2000, 2001, 2002; correct?
24  7   A:  That's correct.

46:10  -  46:15   Gilmartin, Raymond 2005-03-24
46 10   Q:  Sir, who is Dr. Scolnick?
46 11   A:  Dr. Scolnick was our former head of
46 12   research.
46 13   Q:  He was an important man at Merck
46 14   during the Vioxx years; correct?
46 15   A:  That's right.

46:19  -  46:25   Gilmartin, Raymond 2005-03-24
46 19   Q:  He was the top scientist in the
46 20   company?
46 21   A:  He was the top scientist in the
46 22   company, exactly.
46 23   Q:  And he reported directly to you;
46 24   correct?
46 25   A:  Yes. He reported directly to me.

52:14  -  52:17   Gilmartin, Raymond 2005-03-24

**Re: [52:14-52:17]**     Barnett:
52 14   Q:  I just marked this as Gilmartin-3.     **Def Obj** Question     N/A
52 15   I'm sorry. I'm not intentionally falling short     without an answer.
52 16   there. I'm just having a hard time getting it all     Irrelevant sidebar.
52 17   the way to you.

63:19  -  63:20   Gilmartin, Raymond 2005-03-24
63 19   Q:  Mr. Gilmartin, let me show you what I
63 20   have now marked as Gilmartin-4.

64:3  -  64:8   Gilmartin, Raymond 2005-03-24
64  3   Q:  Could you just tell us who David
64  4   Anstice is?
64  5   A:  David Anstice is on my management
64  6   committee, reporting to me, and is responsible for
64  7   one of our major regions in marketing and sales at
64  8   this point.

65:7  -  65:12   Gilmartin, Raymond 2005-03-24
65  7   Q:  When you say 'region,' in the United

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

| 65 8 | States I'm focusing on just now, who was the top |
| 65 9 | marketing person for Merck in the United States? |
| 65 10 | A: Yes. In the United States, David |
| 65 11 | Anstice was the head of that whole area and, |
| 65 12 | therefore, the top marketing sales executive. |

79:1 - 79:3 Gilmartin, Raymond 2005-03-24

| 79 1 | Q: Now, we talked a little bit about the |
| 79 2 | importance of Vioxx to Merck earlier; correct? |
| 79 3 | A: That's correct. |

79:20 - 80:1 Gilmartin, Raymond 2005-03-24

| 79 20 | finances. You personally stood to gain if Vioxx was | **Re: [79:20-80:1]** | Barnett: |
| 79 21 | a big blockbuster and a success for Merck, didn't | **Def Obj** Irrelevant and | Overruled. |
| 79 22 | you? | prejudicial. |
| 79 23 | A: Yes. But also stood to gain if the |
| 79 24 | company as a whole did well -- |
| 79 25 | Q: Right. |
| 80 1 | A: -- not just around Vioxx. |

97:3 - 97:8 Gilmartin, Raymond 2005-03-24

| 97 3 | Q: And you're also aware at this time |
| 97 4 | with regard to Vioxx that there were a number of |
| 97 5 | observational studies that were highly critical of |
| 97 6 | the drug; correct? |
| 97 7 | A: That's correct. There were |
| 97 8 | observational studies. |

109:24 - 110:21 Gilmartin, Raymond 2005-03-24

| 109 24 | Q: Now, there is one observational study |
| 109 25 | that you should be familiar with because it was paid |
| 110 1 | for my Merck that I want to ask you about. It was |
| 110 2 | one that was done by some scientists at Harvard, led |
| 110 3 | up by Dr. Dan Solomon. You're aware of that study; |
| 110 4 | correct? |
| 110 5 | A: Yes, I am. |
| 110 6 | Q: You knew that this study which Merck |
| 110 7 | paid for, paid, you know, I believe, hundreds of |
| 110 8 | thousands of dollars, there's testimony, to do this |
| 110 9 | study, you're aware that that came out against |
| 110 10 | Vioxx; correct? |
| 110 11 | A: I'm aware that came out against |
| 110 12 | Vioxx, correct. |
| 110 13 | Q: You were aware of that actually right | **Re: [110:13-110:17]** | Barnett: |
| 110 14 | before the time you actually sold this stock in | **Def Obj** Lack of personal | Overruled. |
| 110 15 | February of 2004, weren't you? | knowledge (602). |
| 110 16 | A: I'm not sure that I was. It may have | Irrelevant stock |
| 110 17 | been out in the public, but I'm not sure about that. | discussion. |
| 110 18 | Q: I mean, you knew it was a big deal in |
| 110 19 | the company because you had a doctor who |
| 110 20 | participated in that study by the name of Dr. |
| 110 21 | Cannuscio. You know that; right? |

110:24 - 111:6 Gilmartin, Raymond 2005-03-24

| 110 24 | THE WITNESS: There was a Merck |
| 110 25 | scientist that did participate in that study. |

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

111  1   BY MR. SEEGER:   :
111  2   Q:  And the results of this study come in
111  3   sometime around the second half of 2003, at least to
111  4   Merck they come in, and Merck had some serious
111  5   concerns about that study being published, didn't
111  6   they?

111:8  -   111:21  Gilmartin, Raymond 2005-03-24
111  8   THE WITNESS:  They did not have any
111  9   serious concerns about that study being published.
111 10   The concerns were about some of the analyses and the
111 11   conclusions drawn in that study.
111 12   BY MR. SEEGER:   :
111 13   Q:  Well, the study that you don't have
111 14   any concerns about, you had a scientist that worked
111 15   on it and you took her name off that study, didn't
111 16   you?
111 17   A:  Yes, we did.
111 18   Q:  And you took her name off that study
111 19   because you didn't want Merck's name being on a
111 20   study that was actually going to come out negative
111 21   against your product; correct?

112:13 -   112:19  Gilmartin, Raymond 2005-03-24
112 13   THE WITNESS:  No. That's not
112 14   correct. We -- as a company, we withdrew our
112 15   scientist's name from it because there were analyses
112 16   in that study that we did not agree with.
112 17   But at the same time, we completely
112 18   supported the publishing of that study. No way did
112 19   we prevent that at all.

114:6  -   114:8   Gilmartin, Raymond 2005-03-24
114  6   Q:  Now, you know who Dr. Cannuscio is,
114  7   correct, Mr. Gilmartin?
114  8   A:  Yes, I do.

115:9  -   115:13  Gilmartin, Raymond 2005-03-24
115  9   Q:  Now, these scientists that you found
115 10   to do the study at Harvard, these are all very
115 11   highly respectable scientists; correct?
115 12   A:  These are well-known scientists,
115 13   that's correct.

117:11 -   117:21  Gilmartin, Raymond 2005-03-24
117 11   Q:  When you learned about the study
117 12   results in the Solomon study, the Harvard study, did
117 13   you contact Dr. Solomon or Dr. Avorn to discuss the
117 14   results with them?
117 15   A:  No, I did not.
117 16   Q:  Did you personally call anybody into
117 17   your office to discuss the results, anybody at
117 18   Merck, to discuss the results of that study?
117 19   A:  No, I did not.
117 20   Q:  But you were aware of it; correct?
117 21   A:  Yes, I was aware of it.

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

123:1   -   123:7   Gilmartin, Raymond 2005-03-24

123   1      You're aware that in the VIGOR study,
123   2      the difference between cardiovascular events between
123   3      naproxen and Vioxx were seen within a matter of two
123   4      or three months. You know that; right?
123   5      A:  I'm not sure. Yes. Probably that is
123   6      the case. But I have not looked at the data
123   7      recently. I can't confirm exactly how many months.

136:8   -   136:18   Gilmartin, Raymond 2005-03-24

136   8      Q:  Now, Mr. Gilmartin, you'd agree with
136   9      this statement, right, that you have a duty to be
136  10      honest with the medical doctors who prescribe your
136  11      drugs?
136  12      A:  Yes, absolutely.
136  13      Q:  And you had a duty to be open and
136  14      honest regarding Vioxx; didn't you?
136  15      A:  That's correct.
136  16      Q:  You have a duty to be open and honest
136  17      with the FDA; correct?
136  18      A:  Absolutely.

139:4   -   139:7   Gilmartin, Raymond 2005-03-24

139   4      When you talk about being open and
139   5      honest, you mean it's also as bad not just -- it's
139   6      as bad to make a misrepresentation of a fact as it
139   7      is to leave an important fact out; correct?

139:9   -   139:17   Gilmartin, Raymond 2005-03-24

139   9      THE WITNESS:  It's very important in
139  10      communicating the benefits of our drug that we also
139  11      talk about the side effects as well, because we're
139  12      talking about safety and effectiveness at all times.
139  13      BY MR. SEEGER:   :
139  14      Q:  And leaving out important
139  15      information, an omission, is as important as
139  16      misrepresenting important information; correct?
139  17      A:  That's correct.

169:1   -   169:14   Gilmartin, Raymond 2005-03-24

169   1      Well, let me ask you, I understand
169   2      you are not a scientist, sir, but you are the head
169   3      of a big pharmaceutical company. You know that
169   4      people who are obese are at risk for heart disease;
169   5      correct? You can accept that, can't you?
169   6      A:  Yes, I can.
169   7      Q:  You know that people who smoke
169   8      chronically are at increased risk for heart disease?
169   9      You accept that; right?
169  10      A:  Yes, I can.
169  11      Q:  People who are diabetics have
169  12      increased risk for heart disease. You agree with
169  13      that; right?
169  14      A:  That's correct.

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

170:11 -   170:15  Gilmartin, Raymond 2005-03-24
170  11      Q:  You have got to tell doctors about
170  12      the risks that are associated with your drug; right?
170  13      A:  Yes. Absolutely. In fact, we intend
170  14      to tell doctors about the risks. It's not only you
170  15      have to.

176:17 -   176:25  Gilmartin, Raymond 2005-03-24
176  17      Before you acknowledge that a drug
176  18      causes a side effect, you don't need in the
176  19      development stage conclusive evidence? You could
176  20      have a signal; correct?
176  21      A:  We could have a signal, yes.
176  22      Q:  In fact, a signal in the
176  23      pharmaceutical industry means something. It means
176  24      maybe not a side effect, but we see something going
176  25      on with the drug with regard to safety; correct?

177:2   -   177:7  Gilmartin, Raymond 2005-03-24
177   2      THE WITNESS:  Well, to be precise on
177   3      this, is that in terms of really seeing whether or
177   4      not there's a side effect or even if there's a
177   5      benefit to the drug, you have to really be able to
177   6      prove it, and so that effect isn't just simply due
177   7      to chance.

177:20 -   177:24  Gilmartin, Raymond 2005-03-24
177  20      Q:  Right. And if there's a safety
177  21      problem early in development, you have a duty and an
177  22      obligation to research it and to determine what that
177  23      safety problem is; correct?
177  24      A:  Absolutely.

178:3   -   178:11  Gilmartin, Raymond 2005-03-24
178   3      Q:  When we're talking about signals, is
178   4      it fair to say that one of the reasons that even
178   5      small signals in clinical trials are important is
178   6      because when you do a clinical trial at Merck, you
178   7      take generally healthy people to test the drug in;
178   8      correct?
178   9      A:  When we're talking generally healthy
178  10      people, that's in the first phase of testing the
178  11      drug, yes.

179:21 -   179:25  Gilmartin, Raymond 2005-03-24
179  21      Q:  The largest trial that you have to
179  22      date, the largest single clinical trial is the VIGOR
179  23      trial; correct? 8,000 people?
179  24      A:  I'm not sure about the thing, but
179  25      that is a large clinical trial.

183:13 -   183:15  Gilmartin, Raymond 2005-03-24
183  13      The fact is, you excluded people who
183  14      had significant, were at significant risk for
183  15      cardiovascular disease in the VIGOR trial; correct?

|  | Objections/Responses In Dedrick | Rulings |
|---|---|---|

183:18 -   183:19  Gilmartin, Raymond 2005-03-24
183  18      THE WITNESS:  What I said is we
183  19      excluded people that had cardiovascular disease.

183:21 -   183:24  Gilmartin, Raymond 2005-03-24
183  21      Q:  And people who were taking aspirin
183  22      prophylactically, you excluded them as well?
183  23      A:  It was people with cardiovascular
183  24      disease that were also taking aspirin.

188:5  -   188:18  Gilmartin, Raymond 2005-03-24
188   5      Q:  Also, people who smoke would be
188   6      people who have cardiovascular disease and are on
188   7      low-dose aspirin; correct?
188   8      A:  It's possible.
188   9      Q:  People with diabetes who are at risk
188  10      for heart disease and who are on low-dose aspirin,
188  11      they wouldn't be in the VIGOR trial; correct?
188  12      A:  The way you said that, the
188  13      distinction I would make is that in your question,
188  14      you said 'at risk.'
188  15      Q:  Diabetics who have cardiovascular
188  16      disease and are on low-dose aspirin would not have
188  17      been in the VIGOR trial?
188  18      A:  That's correct.

189:2  -   189:7  Gilmartin, Raymond 2005-03-24
189   2      Q:  When the drug was marketed and sold
189   3      to 21 million people, there's nothing in the label
189   4      that said if you have cardiovascular disease and
189   5      you're on low-dose aspirin, do not take Vioxx?
189   6      A:  No, it did not say that in the
189   7      initial label --

189:9  -   190:22  Gilmartin, Raymond 2005-03-24
189   9      It didn't say it in the second label,
189  10      also, Mr. Gilmartin, did it?
189  11      A:  Well, in the second label, and the
189  12      second label being after the VIGOR trial --
189  13      Q:  The April 2002 label did not say that
189  14      either?
189  15      A:  It did say that Vioxx should not be
189  16      seen as providing the same cardioprotectiveness as
189  17      aspirin.
189  18      Q:  That's not my question.
189  19      MR. BUTSWINKAS:  Let him finish.
189  20      THE WITNESS:  But it did say that
189  21      Vioxx did not have the cardioprotective benefits of
189  22      aspirin --
189  23      BY MR. SEEGER:   :
189  24      Q:  Right.
189  25      A:  And so the people who needed aspirin
190   1      therapy should be aware of that.
190   2      Q:  I understand, but that's not really
190   3      an answer to my question. The warning did not say
190   4      if you have cardiovascular disease and you're taking

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

190  5   low-dose aspirin, don't take Vioxx?
190  6   MR. BUTSWINKAS:  Objection to the
190  7   form. The warning is what it is.
190  8   BY MR. SEEGER:   :
190  9   Q:  The April 2002 warning did not say
190 10   that, did it, sir?
190 11   A:  The label, and when I say, you
190 12   know -- so, there are words of art here in terms of
190 13   warning and precautions and things like that, but
190 14   the label did not say that. And the reason the
190 15   label would not say that is because there was no
190 16   data from all of the extensive studies that were
190 17   being done that would require those kinds of
190 18   statements. There were observations in terms of --
190 19   not with causality about the fact that
190 20   cardiovascular events were observed even in the
190 21   initial label.
190 22   Q:  All right.

191:2  -   191:5  Gilmartin, Raymond 2005-03-24
191  2   The truth is, before you marketed the drug in 1999,
191  3   you knew that Vioxx had at least the potential to
191  4   cause cardiovascular problems; didn't you?
191  5   A:  There was a hypothesis.

191:23 -   192:1  Gilmartin, Raymond 2005-03-24
191 23   Q:  In fact, you saw that hypothesis came
191 24   out of testing that you did early; correct?
191 25   I'll show you what I have just marked
192  1   as Gilmartin Exhibit 8.

197:16 -   197:20  Gilmartin, Raymond 2005-03-24
197 16   Simply put, the hypothesis was
197 17   commonly referred to as the prostacyclin hypothesis;
197 18   correct?
197 19   A:  That's correct. That's the agent
197 20   involved.

198:4  -   198:13  Gilmartin, Raymond 2005-03-24
198  4   Q:  Let me ask you this. The concern in
198  5   the hypothesis is that if you suppress the COX-2
198  6   enzyme that produces prostacyclin without any
198  7   suppression of the COX-1 enzyme that produces
198  8   thromboxane, you'd have too much thromboxane in your
198  9   system which could cause sticky platelets; correct?
198 10   A:  That's the hypothesis.
198 11   Q:  That's an oversimplification of the
198 12   hypothesis.
198 13   A:  But that is the hypothesis, right.

198:14 -   198:18  Gilmartin, Raymond 2005-03-24
198 14   Q:  So, you know this hypothesis is
198 15   actively being discussed within Merck at this time,
198 16   96 through '98; correct?
198 17   A:  I'm not sure exact time frame, but
198 18   around '97/'98 is my understanding.

|  | Objections/Responses In Dedrick | Rulings |
|---|---|---|

201:17 -    201:23  Gilmartin, Raymond 2005-03-24
  201  17    Q:  Are you aware of a study that was
  201  18    done by Merck which is referred to as protocol 023?
  201  19    A:  Not by that -- no.
  201  20    Q:  I'll tell you, it was a study that
  201  21    was done with the involvement of Dr. FitzGerald. Do
  201  22    you know who Dr. FitzGerald is?
  201  23    A:  Yes, I do.

202:3   -    202:12  Gilmartin, Raymond 2005-03-24
  202   3    Q:  Dr. FitzGerald is a respected member
  202   4    of the scientific community. Isn't that fair to
  202   5    say?
  202   6    A:  That's correct.
  202   7    Q:  He's somebody that Merck relies upon
  202   8    often; correct?
  202   9    A:  Yes. Exactly.
  202 10    Q:  He's actually been a paid consultant
  202 11    to Merck for a number of years?
  202 12    A:  That's correct.

208:4   -    208:9  Gilmartin, Raymond 2005-03-24
  208   4    Q:  Well, are you aware that Dr.
  208   5    FitzGerald -- well, no, let me ask you this. Has
  208   6    anybody in Merck come to you and said we implemented
  208   7    these testing protocols that were recommended by Dr.
  208   8    FitzGerald?
  208   9    A:  No, they have not.

219:13 -    219:19  Gilmartin, Raymond 2005-03-24
  219 13    Q:  Mr. Gilmartin, tell the jury who Dr.
  219 14    John Oates is.
  219 15    A:  Dr. John Oates is a
  219 16    physician/scientist at Vanderbilt.
  219 17    Q:  Dr. Oates is also a paid consultant
  219 18    to Merck; correct?
  219 19    A:  That's correct.

220:1   -    220:6  Gilmartin, Raymond 2005-03-24
  220   1    Q:  He's also a very highly respected
  220   2    scientist in his field, isn't he?
  220   3    A:  That's right.
  220   4    Q:  He's somebody whose advice you and
  220   5    the scientists at Merck would rely upon?
  220   6    A:  Yes.

225:13 -    225:17  Gilmartin, Raymond 2005-03-24
  225 13    Q:  Now, the Board of Scientific Advisors
  225 14    that we talked about, this is a board, I would
  225 15    imagine, that you put a lot of confidence and trust
  225 16    in. Is that true, Mr. Gilmartin?
  225 17    A:  That's correct.

226:2   -    226:12  Gilmartin, Raymond 2005-03-24
  226   2    Q:  They are structurally important

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|
| 226  3   because they advise your scientists from an<br>226  4   outsider's perspective on studies and science and<br>226  5   things of that nature; correct?<br>226  6   A:  That's correct. | | |
| 226  7   Q:  Were you aware that there was a<br>226  8   meeting of the Board of Scientific Advisors in May<br>226  9   of 1998 that was chaired by Dr. Oates where they<br>226 10   discussed the prostacyclin hypothesis?<br>226 11   A:  I can't remember specifically, but it<br>226 12   would be possible during that time frame. | **Re: [226:7-226:12]**<br>**Def Obj** Lack of personal<br>knowledge (602).G584 | Barnett:<br>N/A |
| 229:20 -   230:1   Gilmartin, Raymond 2005-03-24 | | |
| 229 20   Q:  Mr. Gilmartin, were you aware that<br>229 21   specifically being discussed by your Board of<br>229 22   Scientific Advisors was the idea that by removing<br>229 23   prostacyclin, by suppressing prostacyclin, which is<br>229 24   a potent inhibitor of platelet aggregation, that the<br>229 25   probability of a coronary plaque rupture leading to<br>230  1   a heart attack would be enhanced? | **Re: [229:20-230:1]**<br>**Def Obj** Lack of personal<br>knowledge (602);<br>question without an<br>answer. | Barnett:<br>Overruled. |
| 230:5  -   230:13   Gilmartin, Raymond 2005-03-24 | | |
| 230  5   Q:  Were you ever advised specifically in<br>230  6   1998 that's what was being discussed by your board<br>230  7   of advisors?<br>230  8   A:  I wasn't advised specifically of<br>230  9   that, but I will say again that around that period<br>230 10   of time certainly I was aware of this hypothesis<br>230 11   that we had discussed earlier, that came about with<br>230 12   the work with Merck scientists and also Dr.<br>230 13   FitzGerald. | | |
| 232:2  -   232:6   Gilmartin, Raymond 2005-03-24 | | |
| 232  2   Q:  I mean, isn't it fair to characterize<br>232  3   that what's going on within Merck in '97 and '98 is<br>232  4   a concern about this prostacyclin hypothesis?<br>232  5   A:  Yes, it would be proper to<br>232  6   characterize it that way. That's absolutely right. | | |
| 243:8  -   243:11   Gilmartin, Raymond 2005-03-24 | | |
| 243  8   Q:  Sir, who is Dr. Carlo Patrono? Is<br>243  9   that a name that means anything to you?<br>243 10   A:  Just in general in terms of someone<br>243 11   who's an outside person. | | |
| 243:17 -   244:3   Gilmartin, Raymond 2005-03-24 | | |
| 243 17   Q:  But you know he's a respected<br>243 18   scientist; correct?<br>243 19   A:  Yes.<br>243 20   Q:  And he is from a prestigious<br>243 21   university in Rome, you know that; correct?<br>243 22   A:  Yes.<br>243 23   Q:  And he's world renowned in his field?<br>243 24   Is that a fair characterization of Dr. Patrono?<br>243 25   A:  I think he's well known in the field.<br>244  1   Q:  Another Merck consultant, I think you<br>244  2   said yes to that before? | | |

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

244  3        A:  Yes, I believe so.

286:22 -    286:25  Gilmartin, Raymond 2005-03-24
286  22        Q:  Now, let me ask you this, Mr.
286  23        Gilmartin. At the time you sold the drug to the
286  24        public, you knew that the problem with Vioxx was a
286  25        mechanism-based problem, didn't you?

287:2  -    287:2  Gilmartin, Raymond 2005-03-24
287  2        THE WITNESS:  We did not know that.

287:4  -    287:19  Gilmartin, Raymond 2005-03-24
287  4        Q:  Well, you know what mechanism-based
287  5        means; don't you?
287  6        A:  That's correct.
287  7        Q:  What does mechanism-based mean?
287  8        A:  It means there's something inherent
287  9        actually in the mechanism of COX-2 inhibition.
287  10        That's what is referred to as a mechanism.
287  11        Q:  You did not know at the time -- you
287  12        clearly knew that it was mechanism based at the time
287  13        of the VIGOR trial; correct?
287  14        A:  No, we did not -- well, just for
287  15        clarification, the --
287  16        Q:  The cardiovascular problems being
287  17        caused by the drug were mechanism-based. You knew
287  18        that at the time of VIGOR, didn't you?
287  19        A:  No, we did not.

287:22 -    287:25  Gilmartin, Raymond 2005-03-24
287  22        Let's talk about VIGOR for a second.
287  23        You got the results of the VIGOR trial in March of
287  24        2000; right?
287  25        A:  That's correct.

288:8  -    288:12  Gilmartin, Raymond 2005-03-24
288  8        Q:  There's no single clinical trial that
288  9        Merck conducted that was larger than VIGOR to date;
288  10        correct?
288  11        A:  I don't know that specifically. It
288  12        was a very large trial.

288:19 -    288:25  Gilmartin, Raymond 2005-03-24
288  19        Q:  And the result of that was, and
288  20        you'll have an explanation for why I know, Mr.
288  21        Gilmartin, but the result of that was when you
288  22        looked at the people who took Vioxx and you looked
288  23        at the people who took naproxen, there were five
288  24        times as many heart attacks in people taking Vioxx;
288  25        correct?

289:3  -    289:4  Gilmartin, Raymond 2005-03-24
289  3        THE WITNESS:  Yes, in terms of in
289  4        that study, yes, that was the difference.

290:7  -    290:9  Gilmartin, Raymond 2005-03-24

Objections/Responses for 288:8 - 288:12:

**Re: [288:8-288:12]**
**Def Obj** Lack of personal knowledge (602).G729

Rulings for 288:8 - 288:12:
Barnett: N/A

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

290  7  Q:  Now, Dr. Scolnick told you that he
290  8  believed that the problem you saw in VIGOR was
290  9  mechanism-based and caused by Vioxx, didn't he?

290:11 -   290:14   Gilmartin, Raymond 2005-03-24
290 11  THE WITNESS:  I think it's fair to
290 12  say that his initial reaction on the day he received
290 13  the results is that he was concerned that it was
290 14  caused by Vioxx, yes.

297:9 -   298:2   Gilmartin, Raymond 2005-03-24
297  9  Q:  Mr. Gilmartin, let me ask you a
297 10  question. Could you tell the jury right now,
297 11  sitting here today, if there is one
297 12  placebo-controlled study that proves naproxen is
297 13  cardioprotective? Does that exist in the world?
297 14  A:  No, it doesn't. In fact, we were
297 15  always careful to point that out when we talked
297 16  about this, in terms of any statements about it,
297 17  that this was the first study in which this had been
297 18  observed. But we also said that there was no
297 19  controlled or randomized controlled clinical trial
297 20  that showed this result. But we did have studies on
297 21  the pharmacology of naproxen and being taken
297 22  continuously does have an aspirin-like effect.
297 23  So, given the fact that there was no
297 24  difference between Vioxx and placebo, given the fact
297 25  that naproxen does have an aspirin-like effect, the
298  1  conclusion that was drawn is that in this study,
298  2  naproxen had a lower rate of cardiovascular events.

307:22 -   308:4   Gilmartin, Raymond 2005-03-24
307 22  Q:  Mr. Gilmartin, what is a thromboxane
307 23  receptor antagonist?
307 24  A:  It would be something that would
307 25  enable the receptor.
308  1  Q:  A thromboxane synthase inhibitor
308  2  would do the same thing. It would actually stop
308  3  platelets from clumping together; correct?
308  4  A:  Right.

308:17 -   308:21   Gilmartin, Raymond 2005-03-24
308 17  Q:  Now, are you aware that Merck had
308 18  plans, whether it was to patent them or not, to
308 19  reformulate Vioxx with aspirin or some type of an
308 20  agent to prevent platelets from clumping?
308 21  A:  I was not.

321:22 -   322:4   Gilmartin, Raymond 2005-03-24
321 22  My next question to you, though, is
321 23  when you testified earlier that by the end of March,
321 24  by the time this patent application was being worked
321 25  up on March 30, 2000, you had already made up your
322  1  minds that it was naproxen and not Vioxx that was
322  2  the difference. Does this e-mail help you remember
322  3  that, in fact, that was not a settled question

11/21/06 6:32PM

|  | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

322  4      within Merck on April 30, 2000?

322:7  -    322:11  Gilmartin, Raymond 2005-03-24
322  7      THE WITNESS:  Yes. It was a settled
322  8      question by the end of March in terms of both what
322  9      we said from Ed Scolnick, as well as the
322 10      understanding within the company. So, that was a
322 11      settled question.

322:13 -    322:23  Gilmartin, Raymond 2005-03-24
322 13      Q:  Well, it wasn't a settled question
322 14      with Dr. Scolnick if he's asking for tests to
322 15      determine whether Vioxx is pro clotting; is it?
322 16      A:  You know, in terms of all the details
322 17      surrounding this and what the chain of e-mails looks
322 18      like around this, I don't have that. So, as far
322 19      as -- I'll say again, basically where we were in
322 20      terms of the data, what the data showed at that
322 21      point was that naproxen had a lower rate of events.
322 22      So, the question was settled and is still settled
322 23      today.

357:22 -    358:4   Gilmartin, Raymond 2005-03-24
357 22      Q:  Does Dr. Oates have a big stock
357 23      holding in Merck, do you know?
357 24      A:  I have no idea.
357 25      Q:  But the scientists at Merck, you do
358  1      know, have an interest in Merck and in Merck stock;
358  2      correct?
358  3      A:  Merck scientists do have stock, yes,
358  4      exactly.

359:20 -    360:16  Gilmartin, Raymond 2005-03-24
359 20      Let me ask you this: Do you know who
359 21      Dr. Juni is?
359 22      A:  Yes.
359 23      Q:  Dr. Juni is a scientist who published
359 24      a study after the drug was withdrawn from the market
359 25      in the Lancet. Does that help refresh your
360  1      recollection?
360  2      A:  That's correct.
360  3      Q:  Are you aware that he, in fact,
360  4      looked at 19 different clinical trials conducted by
360  5      Merck? Are you aware of that?
360  6      A:  Yes.
360  7      Q:  He also looked at observational
360  8      studies that were out there that were both for and
360  9      against; correct?
360 10      A:  That's correct.
360 11      Q:  And he concluded that you should have
360 12      removed the drug -- he and his colleagues concluded
360 13      you should have removed Vioxx from the market right
360 14      after the VIGOR trial. You disagree with Dr. Juni;
360 15      correct?
360 16      A:  We disagree strongly with Dr. Juni.

11/21/06 6:32PM

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

364:23 -  365:1  Gilmartin, Raymond 2005-03-24

364 23    Let's go back to a little bit, we
364 24    were talking about naproxen. You recall you get the
364 25    VIGOR results on March 9, 2000; correct?
365  1    A:  That's correct.

365:7  -  365:10  Gilmartin, Raymond 2005-03-24

365  7    Q:  And then 18 days later -- can we mark
365  8    this -- Merck issues a press release about the VIGOR
365  9    results. Do you recall that?
365 10    A:  Yes, I do.

365:23 -  366:7  Gilmartin, Raymond 2005-03-24

365 23    Q:  What I have just marked as Exhibit 28
365 24    is MRK-PRL0000114 through 115.
365 25    You recognize this as a Merck press
366  1    release; correct?
366  2    A:  Yes, I do.
366  3    Q:  Now, 18 days later you guys go public
366  4    with a press release that tells the medical
366  5    community that the reason for the difference between
366  6    Vioxx and naproxen is naproxen's ability to block
366  7    platelet aggregation; correct?

366:10 -  366:12  Gilmartin, Raymond 2005-03-24

366 10    Q:  Is that what the release says?
366 11    A:  Yes. Let me take a look at the
366 12    release a little bit more.

**Re: [366:10-366:12]**

**Def Obj** Incomplete
question and answer;
need to add 366:22-
367:19 for completeness
(as sustained in Barnett).

Barnett:
Include 366:22-367:19

366:22 -  367:19  Gilmartin, Raymond 2005-03-24

366 22    Q:  That's what this release says;
366 23    correct, sir?
366 24    A:  Yes. What specifically we said is
366 25    that 'significantly fewer thromboembolic events were
367  1    observed in patients taking naproxen in this GI
367  2    outcomes study, which is consistent with naproxen's
367  3    ability to block platelet aggregation. This effect
367  4    on these events had not been observed previously in
367  5    any clinical studies for naproxen.'
367  6    Q:  Correct. That's your statement to
367  7    the doctors who prescribed your drug, and that's
367  8    designed to give them comfort in the fact that Vioxx
367  9    is not unsafe; correct?
367 10    MR. BUTSWINKAS:  Objection to the
367 11    form.
367 12    THE WITNESS:  The purpose of this
367 13    press release was to get out into the public the
367 14    data that we had observed in the VIGOR study, and
367 15    the fact that there was a difference and the fact
367 16    that we believed it was consistent with naproxen's
367 17    ability to block platelet aggregation, but also
367 18    noting that these events had not been observed
367 19    previously in any clinical studies for naproxen.

391:1  -  391:4  Gilmartin, Raymond 2005-03-24

391  1    Q:  Now, what's the date of the press

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

391  2   release that I marked earlier? Do you have that in
391  3   front of you? That's March 27, 2000?
391  4   A:  That's correct.

392:19 -   393:10  Gilmartin, Raymond 2005-03-24
392 19   Q:  Well, let me ask you this: Are you
392 20   aware that they published a study that said -- and
392 21   this study, by the way, was published in the New
392 22   England Journal of Medicine. You've heard of that
392 23   publication; correct?
392 24   A:  Yes, I have.
392 25   Q:  In the United States, wouldn't it be
393  1   fair to characterize that as the leading medical
393  2   publication?
393  3   A:  It's a very important journal,
393  4   absolutely.
393  5   Q:  One of the most prestigious in the
393  6   country?
393  7   A:  It is prestigious, yes.
393  8   Q:  One of the most prestigious in the
393  9   world actually; right?
393 10   A:  Yes.

424:15 -   424:19  Gilmartin, Raymond 2005-04-11
424 15   Q:  Okay. Mr. Gilmartin, sitting here
424 16   today, how much stock do you own in Merck as we sit
424 17   here now?
424 18   A:  I own something on the order of about
424 19   100,000 shares.

**Re: [424:15-424:19]**
**Def Obj** Irrelevant and prejudicial during compensatory phase.

Barnett: Overruled.

425:6  -   425:9  Gilmartin, Raymond 2005-04-11
425  6   Q:  What is the present value of your
425  7   ownership interest in Merck just based on the stock
425  8   you own?
425  9   A:  Something about $30 million or so.

**Re: [425:6-425:9]**
**Def Obj** Irrelevant and prejudicial during compensatory

Barnett: Overruled.

457:20 -   457:25  Gilmartin, Raymond 2005-04-11
457 20   You'll agree with me, wouldn't you,
457 21   Mr. Gilmartin, that the issue of whether Vioxx
457 22   caused heart attacks in VIGOR or naproxen reduced
457 23   MIs was an important scientific issue in March of
457 24   2000; correct?
457 25   A:  That's correct.

459:15 -   459:20  Gilmartin, Raymond 2005-04-11
459 15   Q:  Let's go with your words. Let's say
459 16   at the point VIGOR comes out, the conclusion by
459 17   Merck is, Vioxx raises the risk of heart attack.
459 18   For people taking the drug, that's an important
459 19   thing to know; correct?
459 20   A:  That's correct.

460:21 -   461:1  Gilmartin, Raymond 2005-04-11
460 21   Q:  With respect to this important
460 22   life-threatening issue about whether it was either
460 23   Vioxx causing heart attacks or naproxen lowering the

11/21/06 6:32PM

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

460 24    risk of heart attack, Merck had a duty to be open
460 25    and honest about the science and its thinking on
461  1    that issue; correct?

461:3  -   461:9  Gilmartin, Raymond 2005-04-11
461  3    THE WITNESS:  Yes. We had a duty to
461  4    be open and to do the investigation and to arrive at
461  5    a conclusion, yes.
461  6    BY MR. SEEGER:
461  7    Q:  Right. And you said in your words --
461  8    and to do the investigation, you had a duty to be
461  9    thorough also; correct?

461:11 -   461:12  Gilmartin, Raymond 2005-04-11
461 11    THE WITNESS:  Yes. We had a duty to
461 12    look at all the data that we could assemble, yes.

461:14 -   461:15  Gilmartin, Raymond 2005-04-11
461 14    Q:  And a duty to disclose all the good
461 15    and all the bad on that issue; correct?

461:17 -   461:19  Gilmartin, Raymond 2005-04-11
461 17    THE WITNESS:  Yes. We had a duty to
461 18    basically be clear about what we had found and to
461 19    disclose that.

462:14 -   462:16  Gilmartin, Raymond 2005-04-11
462 14    You're not required by the FDA to
462 15    only disclose safety risks where you have confirmed
462 16    100 percent scientifically that they exist; right?

462:18 -   462:22  Gilmartin, Raymond 2005-04-11
462 18    THE WITNESS:  When we have
462 19    information/data that would indicate a safety risk,
462 20    such as an adverse event with people that are taking
462 21    the drug, we disclose that with regard -- without
462 22    regard to whether or not it was causation or not.

470:8  -   470:13  Gilmartin, Raymond 2005-04-11
470  8    Exhibit 32, Dane, an e-mail that I marked and read
470  9    to you, another one from Dr. Scolnick, where Dr.
470 10    Scolnick claims it is impossible to prove that
470 11    naproxen was sufficiently cardioprotective to make
470 12    up for the difference in VIGOR? Do you recall
470 13    questions about that e-mail?

470:15 -   470:21  Gilmartin, Raymond 2005-04-11
470 15    THE WITNESS:  I remember questions
470 16    about that e-mail, yes.
470 17    BY MR. SEEGER:
470 18    Q:  And if you take a quick look at it,
470 19    in fact, do you see the language I'm talking about
470 20    there where it's all capitalized?
470 21    A:  Yes, I do.

472:9  -   472:22  Gilmartin, Raymond 2005-04-11

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

472  9    Q:  -- could you just read that for the
472 10    jury?
472 11    A:   'IT IS IMPOSSIBLE TO PROVE THIS; IT
472 12    IS IMPOSSIBLE TO KNOW THIS WITH CERTAINTY.'
472 13    Q:  The 'this' that he's talking about
472 14    there, that's the naproxen theory, it being
472 15    cardioprotective; right?
472 16    A:  What he is saying here is there's no
472 17    way to prove that in patients with rheumatoid
472 18    arthritis, that all the differences between Vioxx
472 19    and naproxen is due to the benefit of naproxen. He
472 20    is -- but the implication of this, what he's talking
472 21    about, is that there is no clinical-controlled trial
472 22    that's been run.

479:9   -   479:12  Gilmartin, Raymond 2005-04-11
479  9    Is there any way for a patient or a
479 10    doctor to know Dr. Scolnick's views, president of
479 11    Merck Research Labs, on March 9th, 2000 without
479 12    Merck telling them?

479:14  -   479:17  Gilmartin, Raymond 2005-04-11
479 14    THE WITNESS:  They would not have
479 15    access to Dr. Scolnick's e-mail at that time. No,
479 16    they would not.
479 17    BY MR. SEEGER:

480:5   -   480:23  Gilmartin, Raymond 2005-04-11
480  5    BY MR. SEEGER:
480  6    Q:  So, more or less, Merck decided to
480  7    selectively give out information with regard to
480  8    naproxen being cardioprotective 18 days after it
480  9    learned of heart attacks in VIGOR; correct?
480 10    A:  That's not correct, no. This was
480 11    looking at all the data taken together, that the
480 12    conclusion was, and the conclusion today is, that
480 13    the weight of the evidence supported that naproxen
480 14    had a lower rate of cardiovascular events.
480 15    Q:  Mr. Gilmartin, when you put this
480 16    statement out 18 days after the VIGOR results, did
480 17    you ever consider the implications of you being
480 18    wrong?
480 19    A:  We looked at all the data taken
480 20    together and drew the conclusion that naproxen had a
480 21    lower rate of cardiovascular events. This was after
480 22    extensive study, and that was the conclusion that we
480 23    drew.

483:20 -   484:3   Gilmartin, Raymond 2005-04-11
483 20    Q:  When you issued the press release,
483 21    did you consider the millions of people taking the
483 22    drug or the billions of dollars in revenue being
483 23    generated by the drug?
483 24    A:  We considered the millions of people
483 25    taking the drug.
484  1    Q:  I mean, this is really just another

11/21/06 6:32PM

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

484  2     example of marketing over science, isn't it, Mr.
484  3     Gilmartin?

484:5  -   484:11  Gilmartin, Raymond 2005-04-11
484  5     THE WITNESS:  Absolutely not.
484  6     BY MR. SEEGER:
484  7     Q:  Did you ever issue a press release or
484  8     write a letter to doctors at least discussing the
484  9     fact that there's a scientific debate going on
484 10     whether naproxen was cardioprotective?
484 11     A:  No, we did not.

485:1  -   485:5  Gilmartin, Raymond 2005-04-11
485  1     Let me ask it this way.
485  2     For you to make a statement about a
485  3     drug's benefits or risks, for you, Merck, they have
485  4     to be supported by controlled clinical trials;
485  5     correct?

**Re: [485:1-485:5]**
**Def Obj** Incomplete question and answer; need to add 485:14-19, 485:22, 485:25-486:6 for completeness (as sustained in Barnett).

Barnett:
Add this after 485:13

485:7  -   485:13  Gilmartin, Raymond 2005-04-11
485  7     THE WITNESS:  Yes, that's correct.
485  8     BY MR. SEEGER:
485  9     Q:  All right. You didn't have
485 10     controlled clinical trials supporting the naproxen
485 11     theory; right? We've established that?
485 12     A:  We did not have those, and we pointed
485 13     that out.

**Re: [485:7-485:13]**
**Def Obj** Incomplete question and answer; need to add 485:14-19, 485:22, 485:25-486:6 for completeness (as sustained in Barnett).

Barnett:
Add this after 485:13

485:14  -   485:19  Gilmartin, Raymond 2005-04-11
485 14     Q:  So, would anything have prevented you
485 15     from issuing a press release to say to doctors, this
485 16     is a hypothetical that we're proposing, it could be
485 17     the drug, it could be naproxen, it's hypothetical,
485 18     in fact, we have debate going on within Merck over
485 19     this?

485:22  -   485:22  Gilmartin, Raymond 2005-04-11
485 22     Q:  You could have done that; right?

485:25  -   486:6  Gilmartin, Raymond 2005-04-11
485 25     THE WITNESS:  When we issued the
486  1     press release, we did say that we believed that it
486  2     was naproxen that had a lower rate of cardiovascular
486  3     events because of its aspirin-like qualities, and we
486  4     did point out that these effects had not been
486  5     observed previously in any clinical studies for
486  6     naproxen.

490:10  -   490:21  Gilmartin, Raymond 2005-04-11
490 10     Q:  Do you recognize -- just for the
490 11     record, it's MRK-ABI0003228 through 29.
490 12     You recognize this to be another
490 13     press release issued by Merck?
490 14     A:  Yes, I do.
490 15     Q:  And do you see the date of this?
490 16     It's May 22nd, 2001?

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

490 17   A: Right.

490 18   Q: Just for the jury, could you read the

490 19   title of this press release?

490 20   A: Yes. 'Merck Confirms Favorable

490 21   Cardiovascular Safety Profile of Vioxx.'

491:12 -   491:23  Gilmartin, Raymond 2005-04-11

491 12   Q: All right. Do you see halfway down

491 13   this paragraph where it says, 'This is the first

491 14   time this effect on naproxen of cardiovascular

491 15   events has been observed in a clinical study'?

491 16   A: Yes.

491 17   Q: Do you see that language where I am?

491 18   A: Yes.

491 19   Q: Then it goes on and it says, 'Other

491 20   potential explanations were advanced by the FDA

491 21   reviewer and were discussed with the Advisory

491 22   Committee.' Did I read that correctly?

491 23   A: That's correct.

**Re: [491:12-491:23]**
**Def Obj** Incomplete question and answer; need to add 491:24-492:9 for completeness (as sustained in Barnett).

Barnett:
Include after 491:23

491:24 -   492:9   Gilmartin, Raymond 2005-04-11

491 24   Q: Why not mention right here that one

491 25   of those possible explanations is the fact that

492  1   Vioxx causes heart attacks? Would anything have

492  2   prevented you from saying it right there in that

492  3   part of the press release?

492  4   MR. BUTSWINKAS: Objection to form.

492  5   THE WITNESS: I think the accurate

492  6   statement to make is that other potential

492  7   explanations were advanced by the FDA reviewer. I

492  8   think that's -- and I think that's the accurate

492  9   statement to make here.

492:13 -   492:15  Gilmartin, Raymond 2005-04-11

492 13   My question to you is, one of the

492 14   possible explanations given by the FDA was that

492 15   Vioxx could have been prothrombotic; correct?

492:17 -   493:1   Gilmartin, Raymond 2005-04-11

492 17   THE WITNESS: I'm not sure about

492 18   that, that that's what the FDA put forward.

492 19   MR. SEEGER: Let me mark another

492 20   exhibit.

492 21   BY MR. SEEGER:

492 22   Q: You're aware, in fact, that you

492 23   received a Warning Letter from the FDA that

492 24   specifically relates to this press release, aren't

492 25   you, Mr. Gilmartin?

493  1   A: Yes, I am.

493:9  -   493:23  Gilmartin, Raymond 2005-04-11

493  9   Q: I'll mark that for you so you can get

493 10   it in front of you as Gilmartin-36. For the record,

493 11   it's identified as MRK-ABA0000775 through 782.

493 12   Now, Mr. Gilmartin, let's first talk

493 13   about what we've just marked as, what is that, 36?

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

493 14    A:  Right.
493 15    Q:  The Warning Letter from the FDA?
493 16    A:  Right.
493 17    Q:  This is written to you; correct?
493 18    A:  That's correct.
493 19    Q:  And you received it?
493 20    A:  Yes, I did.
493 21    Q:  And you looked at it, and you read it
493 22    at the time you got it; correct?
493 23    A:  That's correct.

495:8  -  495:11  Gilmartin, Raymond 2005-04-11
495  8    Q:  Well, Mr. Gilmartin, my question to
495  9    you is, do you know, was anybody disciplined as a
495 10    response of this letter going to you?
495 11    A:  I do not know.

496:10 -  497:20  Gilmartin, Raymond 2005-04-11
496 10    Q:  You are aware that one of the
496 11    criticisms in here is that press release that we
496 12    were just talking about; correct?
496 13    A:  That's correct.
496 14    Q:  In fact, if you go to Page 6 of this
496 15    letter, Mr. Gilmartin --
496 16    A:  Right.
496 17    Q:  -- right at the bottom in bold
496 18    letters it says 'Press Release.' Do you see that?
496 19    A:  Yes.
496 20    Q:  Do you see where it says in the
496 21    letter written to you from the FDA, it says, 'We
496 22    have identified a Merck press release entitled
496 23    Merck Confirms Favorable Cardiovascular Safety
496 24    Profile of Vioxx' dated May 22, 2001'? That is the
496 25    press release we were just looking at; correct?
497  1    A:  That's correct.
497  2    Q:  There's no confusion on that; right?
497  3    A:  That's correct.
497  4    Q:  Okay. It says, 'that is also false
497  5    or misleading.' Now, your understanding of the
497  6    words 'false or misleading' is what?
497  7    A:  What that says, false or misleading.
497  8    Q:  Well, if something is 'false,' it's
497  9    not true?
497 10    A:  That's what false means, yes.
497 11    Q:  And 'misleading' means if you say it,
497 12    it mischaracterizes information? Is that a fair way
497 13    to --
497 14    A:  That's a fair way, correct.
497 15    Q:  'That is also false or misleading for
497 16    similar reasons stated above. Additionally, your
497 17    claim in the press release that Vioxx has a
497 18    favorable cardiovascular safety profile,' is simply
497 19    incomprehensible.' Now, those are pretty strong
497 20    words from the FDA; correct?

497:22 -  497:22  Gilmartin, Raymond 2005-04-11

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|
| 497 22    THE WITNESS: Yes, they are. | | |
| **508:23 -   509:5**   Gilmartin, Raymond 2005-04-11 | | |
| 508 23   making the statement that the weight of the evidence | **Re: [508:23-509:1]** | Barnett: |
| 508 24   is that in the VIGOR trial that naproxen, because of | **Def Obj** Answer without | N/A |
| 508 25   its anti-platelet effect, had a lower rate of | a question. | |
| 509  1   events. Yes, we are making that statement. | | |
| 509  2   Q: That's exactly the same statement you | | |
| 509  3   made in the press release of March 27th of 200; | | |
| 509  4   correct? | | |
| 509  5   A: That's correct. | | |
| **548:4 -   548:6**   Gilmartin, Raymond 2005-04-11 | | |
| 548  4   Q: It's marked as Exhibit 40. It's | | |
| 548  5   Bates stamped MRK-AAR0019773 through 786. This is | | |
| 548  6   the infamous Dodge Ball document; correct? | | |
| **548:12 -   548:14**   Gilmartin, Raymond 2005-04-11 | | |
| 548 12   Q: Mr. Gilmartin, this is the infamous | | |
| 548 13   Dodge Ball document; correct? | | |
| 548 14   A: This is the Dodge Ball document. | | |
| **552:11 -   552:17**   Gilmartin, Raymond 2005-04-11 | | |
| 552 11   Q: Now, are you aware that this | **Re: [552:11-552:17]** | Barnett: |
| 552 12   document, this Dodge Ball document is one of those | **Def Obj** Incomplete | Overruled. |
| 552 13   documents that was used in connection with training | question and answer; | |
| 552 14   your sales reps? | need to add 552:18- | |
| 552 15   A: Yes, I am. | 553:2, 553:9-559:5, | |
| 552 16   Q: You are aware of that? | 560:7-14 for | |
| 552 17   A: Right. | completeness. | |
| **554:12 -   554:20**   Gilmartin, Raymond 2005-04-11 | | |
| 554 12   What are the questions called in this | | |
| 554 13   document? Could you turn the page? What's a | | |
| 554 14   question called? | | |
| 554 15   A: You're looking at the middle? | | |
| 554 16   Q: Number one, for example, there's a | | |
| 554 17   word next to it? | | |
| 554 18   A: 'Obstacle.' | | |
| 554 19   Q: 'Obstacle' you understand is the word | | |
| 554 20   that's used within Merck for a question; right? | | |
| **554:22 -   555:4**   Gilmartin, Raymond 2005-04-11 | | |
| 554 22   THE WITNESS: Obstacle is -- would be | | |
| 554 23   a question or an issue raised by a physician. | | |
| 554 24   BY MR. SEEGER: | | |
| 554 25   Q: The use of the word 'obstacle' for a | | |
| 555  1   doctor's question, do you find that unusual? | | |
| 555  2   A: It's viewed more as something -- as a | | |
| 555  3   reason why a doctor would be concerned about | | |
| 555  4   prescribing the drug. | | |
| **558:16 -   559:15**   Gilmartin, Raymond 2005-04-11 | | |
| 558 16   Q: What about this document shows us | | |
| 558 17   that questions are being asked and answered | | |
| 558 18   factually? What about this document tells us that? | | |

|  | Objections/Responses In Dedrick | Rulings |
|---|---|---|

| | |
|---|---|
| 558 19 | A:  This is a document that only has |
| 558 20 | questions. |
| 558 21 | Q:  Do you know where the document is |
| 558 22 | with the answers? |
| 558 23 | A:  I do not. |
| 558 24 | Q:  Is there anything about this document |
| 558 25 | that indicates to us or the jury looking at it that |
| 559  1 | questions are being answered in a factual way? |
| 559  2 | A:  Not with this document, but you would |
| 559  3 | have to look at the totality of the game and the |
| 559  4 | exercise and the training exercise and the material |
| 559  5 | that goes along with that in terms of what the |
| 559  6 | answers are to these questions. |
| 559  7 | Q:  Did you ever do that? |
| 559  8 | A:  I have not. |
| 559  9 | Q:  So, the answer you gave about your |
| 559 10 | understanding of this game comes from where? |
| 559 11 | A:  It comes from within our |
| 559 12 | organization. |
| 559 13 | Q:  Who within your organization told you |
| 559 14 | about it? |
| 559 15 | A:  My general counsel. |

560:15 -   560:18  Gilmartin, Raymond 2005-04-11

| | |
|---|---|
| 560 15 | Q:  I mean, the real focus of this |
| 560 16 | document and the game is to answer questions in a |
| 560 17 | way that will persuade doctors to prescribe the |
| 560 18 | drug; correct? |

560:20 -   560:24  Gilmartin, Raymond 2005-04-11

| | |
|---|---|
| 560 20 | THE WITNESS:  The purpose of the |
| 560 21 | exercise is to answer questions in a clear and |
| 560 22 | factual way, in a balanced way. And only by being |
| 560 23 | able to answer in a clear and balanced way would a |
| 560 24 | doctor be convinced to prescribe the drug. |

561:20 -   562:3   Gilmartin, Raymond 2005-04-11

| | |
|---|---|
| 561 20 | Well, sir, what document would you |
| 561 21 | specifically refer us to that was used in this game |
| 561 22 | that we can go and find to determine that sales reps |
| 561 23 | were trained to give answers appropriately? Can you |
| 561 24 | refer us to that document? |
| 561 25 | A:  I can't refer you to a specific |
| 562  1 | document, but there is, as I understand it, |
| 562  2 | documentation around this about how to answer these |
| 562  3 | questions appropriately. |

564:10 -   565:1   Gilmartin, Raymond 2005-04-11

| | |
|---|---|
| 564 10 | Q:  When you look at this document, there |
| 564 11 | are no answers on it, just what you call obstacles; |
| 564 12 | correct? |
| 564 13 | A:  That's correct. |
| 564 14 | Q:  Just to be clear so we can |
| 564 15 | characterize it properly, 'Obstacle 1,' for example, |
| 564 16 | would be a doctor's question; right? |
| 564 17 | A:  That's correct. |

11/21/06 6:32PM

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

564 18   Q:  And it says, 'I am concerned with the
564 19   potential edema that occurs with Vioxx.' Correct?
564 20   I read that correctly?
564 21   A:  That's the question, yes.
564 22   Q:  Edema is a cardiovascular event;
564 23   isn't it?
564 24   A:  It's extra fluid.
564 25   Q:  But it's also -- it's considered a
565  1   cardiovascular event, isn't it?

565:3  -   565:22  Gilmartin, Raymond 2005-04-11
565  3   THE WITNESS:  Yes, I mean, it's an
565  4   extra fluid, buildup of fluid.
565  5   BY MR. SEEGER:
565  6   Q:  Obstacle number 2, 'I am concerned'
565  7   with high dose -- I'm sorry. 'I am concerned with
565  8   dose-related increases in hypertension with Vioxx.'
565  9   Do you see that? Do you see that on Page 2?
565 10   A:  Yes, I do.
565 11   Q:  Hypertension is a cardiovascular
565 12   event; isn't it?
565 13   A:  That's correct.
565 14   Q:  Then 3, Obstacle 3, 'Can Vioxx be
565 15   used in patients using low dose aspirin?' Do you
565 16   see that?
565 17   A:  Yes, I do.
565 18   Q:  You're aware, in fact, that if Vioxx
565 19   was used with low-dose aspirin with regard to
565 20   gastrointestinal events, it was really no better
565 21   than ibuprofen or any of the other standard NSAIDs;
565 22   correct?

565:24  -   566:23  Gilmartin, Raymond 2005-04-11
565 24   THE WITNESS:  That's not -- I don't
565 25   think that there's any studies to that effect.
566  1   Using it with low-dose aspirin would have some
566  2   effect on its ability to protect the GI tract.
566  3   BY MR. SEEGER:
566  4   Q:  Well, you know --
566  5   A:  Because low-dose aspirin basically
566  6   causes stomach bleeding.
566  7   Q:  Well, you know that, in fact, Merck
566  8   did a study using Vioxx and low-dose aspirin;
566  9   correct?
566 10   A:  Just generally aware of that.
566 11   Q:  Just generally? You don't have any
566 12   specific knowledge of that?
566 13   A:  Right. I don't have any specific
566 14   knowledge.
566 15   Q:  You didn't have any discussions in
566 16   the company with anybody who conducted a low-dose
566 17   aspirin study?
566 18   A:  Not that I recall, in terms of --
566 19   Q:  Do you recall any discussions, just
566 20   to try to help you refresh your recollection, that
566 21   if you used Vioxx with low-dose aspirin, it was no

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

566 22    better than ibuprofen with regard to stomach
566 23    effects?

566:25 -   567:10  Gilmartin, Raymond 2005-04-11
566 25    THE WITNESS:  Yes. I don't recall
567  1    whether it was no better than ibuprofen, but
567  2    certainly we were aware that adding aspirin to Vioxx
567  3    would reduce its ability to protect the GI tract.
567  4    BY MR. SEEGER:
567  5    Q:  When you say 'reduce,' do you recall
567  6    specifically what you're talking about? I mean, you
567  7    had a discussion with Dr. Scolnick about that;
567  8    correct?
567  9    A:  I could have.
567 10    Q:  Let me find something to help us out.

567:18 -   567:19  Gilmartin, Raymond 2005-04-11
567 18    Q:  I hand you what I've just marked as
567 19    Gilmartin-41.

568:2  -   568:8    Gilmartin, Raymond 2005-04-11
568  2    Q:  Do you see the e-mail from Dr.
568  3    Scolnick on November 19, 2001?
568  4    A:  Right.
568  5    Q:  Do you see who it went to?
568  6    A:  Yes.
568  7    Q:  Who is it?
568  8    A:  To me and to David Anstice.

568:24 -   570:20  Gilmartin, Raymond 2005-04-11
568 24    Q:  All right. Well, just for the jury's
568 25    benefit, it's written to you and David Anstice;
569  1    correct?
569  2    A:  Right.
569  3    Q:  And it says, 'Not a good result.
569  4    low-dose aspirin and Vioxx equal almost ibuprofen.'
569  5    Correct?
569  6    A:  That's correct. That's right.
569  7    Q:  Does that refresh your recollection
569  8    that if you use Vioxx with low-dose aspirin it's
569  9    equal to ibuprofen?
569 10    A:  Well, he said 'equal almost,' but,
569 11    you know, my sense was just what the sense of this
569 12    memo is, but I couldn't recall this study
569 13    specifically.
569 14    Q:  Well, maybe more significantly about
569 15    the e-mails --
569 16    A:  Right.
569 17    Q:  -- if you look at the next sentence
569 18    where it says, 'higher than asa alone.' That's
569 19    aspirin; right?
569 20    A:  Where is that?
569 21    Q:  Right after the sentence I read where
569 22    it says, 'ibuprofen.'
569 23    A:  Right.
569 24    Q:  Now, just so the jury understands,

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

569 25   ibuprofen is in Motrin and common over-the-counter
570  1   NSAIDs; correct?
570  2   A:  That's correct.
570  3   Q:  All right.
570  4   And then you see right next to it
570  5   where it says if you take Vioxx and aspirin
570  6   together, it's -- you have more GI problems than
570  7   just taking aspirin alone. Correct?
570  8   A:  That's what this memo says, 'higher
570  9   than asa alone.' That's what this e-mail says.
570 10   Q:  And this memo is written to you? You
570 11   understood it to be saying that when you got it;
570 12   correct?
570 13   A:  That's what that data in that study
570 14   said, yes.
570 15   Q:  You understood when you got this
570 16   e-mail in November of 2001 that Dr. Scolnick was
570 17   telling you that if you take Vioxx with low-dose
570 18   aspirin, you're going to have higher GI events than
570 19   if you just took aspirin alone; correct?
570 20   A:  That's what this e-mail says, yes.

571:17 -   571:23  Gilmartin, Raymond 2005-04-11
571 17   Q:  Well, the salespeople who were
571 18   trained to use that Dodge Ball document, do you know
571 19   if an answer to the obstacle 'Can Vioxx be used in
571 20   patients with low-dose aspirin,' do you know what
571 21   part of the answer was? If you do, you'll have as
571 22   many GI side effects as you will by taking
571 23   ibuprofen?

571:25 -   572:25  Gilmartin, Raymond 2005-04-11
571 25   THE WITNESS:  I'm sorry. Repeat that
572  1   question.
572  2   BY MR. SEEGER:
572  3   Q:  Obstacle 3 we were talking about --
572  4   A:  Right.
572  5   Q:  -- from the Dodge Ball.
572  6   A:  Right.
572  7   Q:  Do you see the question there -- the
572  8   question being asked by the doctor is, 'Can Vioxx be
572  9   used in patients using low-dose aspirin?'
572 10   A:  Right.
572 11   Q:  Do you know if the answer that was
572 12   provided to doctors in the context of that question
572 13   was, yes, but if you do, it'll be no better than
572 14   taking ibuprofen with regard to GI benefits?
572 15   A:  And I don't know just what the
572 16   specifics were around that. And like I say, this is
572 17   just one study, so, I don't what this indicates when
572 18   you look at the totality of the data around aspirin
572 19   and Vioxx.
572 20   Q:  Well, it's just one study, but it's a
572 21   Merck study; correct?
572 22   A:  That's correct.
572 23   Q:  And it's not an observational study,

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

572 24    it's a clinical trial; correct?
572 25    A:  Right.

575:2  -   575:14  Gilmartin, Raymond 2005-04-11
575   2    Q:  Let me ask you this, and this was
575   3    part of the statement you made to the Senate
575   4    committee when you testified. You said since the
575   5    time of your release of the VIGOR study data 'it was
575   6    a healthy scientific discussion of the safety of
575   7    Vioxx and other COX-2 inhibitors. This discussion
575   8    has occurred within Merck's laboratories and
575   9    external scientific forums. Merck supported that
575  10    discussion.' Do you recall giving that testimony?
575  11    A:  Yes, I do.
575  12    Q:  Do you believe that Merck seriously
575  13    supported scientific discussion when it sought to
575  14    discredit doctors that criticized this drug?

**Re: [575:12-575:14]**
**Def Obj** Argumentative;
assumes facts not in
evidence.

Barnett:
N/A

575:16 -   575:19  Gilmartin, Raymond 2005-04-11
575  16    THE WITNESS:  First of all, we did
575  17    continue to engage in scientific discussion, and
575  18    I -- you know, I don't have any knowledge, nor do I
575  19    accept that we were discrediting doctors.

576:11 -   576:14  Gilmartin, Raymond 2005-04-11
576  11    Do you think Merck supported
576  12    scientific discussion when it issued a press release
576  13    claiming that Vioxx was safe from a cardiac
576  14    perspective?

576:16 -   576:20  Gilmartin, Raymond 2005-04-11
576  16    THE WITNESS:  We issued a press
576  17    release that basically laid out the results of the
576  18    VIGOR trial in terms of what we'd observed and what
576  19    our conclusions were about that, so, we did do that.
576  20    Yes, that is promoting a scientific discussion.

578:9  -   578:13  Gilmartin, Raymond 2005-04-11
578   9    In the warning letter that the FDA
578  10    wrote you in response to the press release that you
578  11    say promotes scientific discussion, Merck was
578  12    criticized for making false and misleading claims;
578  13    correct?

578:15 -   579:7  Gilmartin, Raymond 2005-04-11
578  15    THE WITNESS:  The FDA wrote us a
578  16    warning letter, yes, criticizing us, but when we
578  17    responded to the FDA and talked about the context in
578  18    which the press release was issued, they required no
578  19    further action or no corrective action on our part.
578  20    BY MR. SEEGER:
578  21    Q:  What do you mean, they didn't tell
578  22    you to stop making those claims?
578  23    A:  They -- well, in the case of the
578  24    other things that were criticized in the letter,
578  25    such as the speaker or take all criticism of our

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

579  1    sales representatives, we sent out letters to
579  2    doctors who may have heard those comments or that
579  3    speaker basically laying out the fact of more
579  4    balanced information that the FDA requested. So, in
579  5    terms -- so, they asked us to take corrective
579  6    actions. In the case of the press release, they did
579  7    not require any corrective action.

582:10 -   583:2   Gilmartin, Raymond 2005-04-11
582 10    Q:  Mr. Gilmartin, when you make the
582 11    statement that you weren't asked to do anything
582 12    further, I want to refer you to Page 7 of the
582 13    warning letter.
582 14    A:  Right.
582 15    Q:  Why don't we start with right above
582 16    where it says, 'Due to the seriousness of these
582 17    violations.' Do you see that?
582 18    A:  Yes.
582 19    Q:  'And the fact that your violative
582 20    promotion of Vioxx has continued despite our prior
582 21    written notification regarding similar violations,
582 22    we request that you provide a detailed response to
582 23    the issues raised in this Warning Letter on or
582 24    before October 1, 2001.' You did that; right?
582 25    A:  Yes, we did.
583  1    Q:  So, you took that action; correct?
583  2    A:  That's correct.

610:5  -   610:10  Gilmartin, Raymond 2005-04-11
610  5    Q:  So, with regard to those scientific
610  6    discussions, let's talk about the important issues
610  7    being discussed at this FDA Advisory Committee
610  8    meeting. One of them is the cardiovascular events
610  9    witnessed in VIGOR; correct?
610 10    A:  That is correct.

612:21 -   613:15  Gilmartin, Raymond 2005-04-11
612 21    Q:  Now, one of the things discussed, we
612 22    said, was a label change; correct?
612 23    A:  That's correct.
612 24    Q:  And the FDA wanted a cardiovascular
612 25    warning in the warnings section of the Vioxx label.
613  1    You know that; correct?
613  2    MR. BUTSWINKAS:  Objection to the
613  3    form.
613  4    THE WITNESS:  That was a proposal or
613  5    that was -- at one time by the FDA.
613  6    BY MR. SEEGER:
613  7    Q:  Now, let's just talk about this for a
613  8    second. I mean, you're the CEO of a company that
613  9    makes and sells drugs to doctors. You know what a
613 10    warning is; right?
613 11    A:  That's correct.
613 12    Q:  And you know that in terms of level
613 13    of importance on a label, a warning is more
613 14    important than a precaution; correct?

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

613 15     A:  That is correct.

613:24 -  614:13  Gilmartin, Raymond 2005-04-11
613 24     Q:  The warning is the place in the label
613 25     where you would convey to doctors risks about your
614  1     drug and the seriousness or the possibility that
614  2     those risks could occur?
614  3     A:  That's correct.
614  4     Q:  It's your understanding, isn't it,
614  5     Mr. Gilmartin, that doctors understand the
614  6     difference between a warning and a precaution?
614  7     A:  Yes.
614  8     Q:  They also understand what a
614  9     contraindication is, for example?
614 10     A:  Yes.
614 11     Q:  These are all important things in the
614 12     label; correct?
614 13     A:  That's correct.

617:7 -  617:10  Gilmartin, Raymond 2005-04-11
617  7     Q:  If you had added a cardiovascular
617  8     warning in the warnings section of the label after
617  9     VIGOR, what do you think would have happened to the
617 10     market that Vioxx held at that point?

617:13 -  617:15  Gilmartin, Raymond 2005-04-11
617 13     THE WITNESS:  It is hard for me to
617 14     speculate on that, and so I really can't answer that
617 15     question directly.

618:10 -  618:15  Gilmartin, Raymond 2005-04-11
618 10     Q:  So, if you've got Celebrex on the
618 11     market, let's say, in 2001, and it doesn't have a
618 12     cardiovascular warning, and Vioxx gets a
618 13     cardiovascular warning, you would fully expect more
618 14     doctors to gravitate towards Celebrex at that point;
618 15     correct?

618:17 -  618:20  Gilmartin, Raymond 2005-04-11
618 17     THE WITNESS:  Well, I would say that
618 18     clearly having a cardiovascular warning against
618 19     Celebrex with no warning would be a disadvantage,
618 20     yes.

620:8 -  620:13  Gilmartin, Raymond 2005-04-11
620  8     Q:  Mr. Gilmartin, let me ask you this:
620  9     Of the 20, 21 million people that ultimately took
620 10     the drug, it's fair to say that a substantial
620 11     portion of those people who have osteoarthritis
620 12     probably also had risk factors for heart disease;
620 13     correct?

620:16 -  620:20  Gilmartin, Raymond 2005-04-11
620 16     THE WITNESS:  I don't have those
620 17     statistics.
620 18     BY MR. SEEGER:

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

620 19    Q:  Forget about statistics. It's a fair
620 20    assumption, isn't it?

620:23 -   621:20  Gilmartin, Raymond 2005-04-11
620 23    THE WITNESS:  Well, I can't make that
620 24    assumption. I don't know what the statistics are
620 25    around that.
621 1    BY MR. SEEGER:
621 2    Q:  Well, we know that the average person
621 3    in your osteoarthritis clinical trials was around
621 4    62, 63 years old; right?
621 5    A:  I'm not sure what the age was, but
621 6    people of that condition tend to be older.
621 7    Q:  Tend to be older.
621 8    A:  Right.
621 9    Q:  And you know that the leading risk
621 10    factor for heart disease is age; right?
621 11    A:  I --
621 12    Q:  You'd concede that?
621 13    A:  Well, certainly, I think the risk
621 14    factors -- you'd expect older people to have more
621 15    risk factors.
621 16    Q:  And you didn't have a warning telling
621 17    doctors at any point that if you're prescribing to a
621 18    person with diabetes, don't take Vioxx; right? You
621 19    didn't have that warning?
621 20    A:  That's correct.

628:25 -   629:4   Gilmartin, Raymond 2005-04-11
628 25    Q:  I'm also going to mark Gilmartin-44,
629 1    which is the April 2002 label.
629 2    Let's just start with what I marked
629 3    as 43, Mr. Gilmartin.
629 4    A:  Yes.

629:22 -   629:25  Gilmartin, Raymond 2005-04-11
629 22    Q:  Do you recognize -- if you look at
629 23    this e-mail or you look at the first page, do you
629 24    recognize this to be the label, the proposed label
629 25    from the FDA to Merck?

631:5 -   631:11  Gilmartin, Raymond 2005-04-11
631 5    Q:  Do you recognize this to be the
631 6    initial label?
631 7    A:  Then up at the top is: 'Forward:
631 8    Vioxx Draft Label.'
631 9    Q:  Right. The people at the top are all
631 10    Merck people; correct?
631 11    A:  That's correct.

631:24 -   632:10  Gilmartin, Raymond 2005-04-11
631 24    Q:  In fact, on the second sentence of
631 25    the e-mail from David Blois to -- I'm sorry, from
632 1    Robert Silverman to David Blois and others, it says:
632 2    The plan is to provide a response to FDA by no
632 3    later than Monday and then offer to meet with them

|  | Objections/Responses In Dedrick | Rulings |
|---|---|---|

632   4      to review the date and/or move forward with label
632   5      negotiations.' Did I read that correctly?
632   6      A:  That's correct.
632   7      Q:  So, we had a discussion before, you
632   8      didn't want to describe the process as negotiations,
632   9      but it is commonly referred to within Merck when
632  10      you're changing a label as a negotiation; correct?

632:12 -   632:15   Gilmartin, Raymond 2005-04-11
632  12      THE WITNESS:  It is described as a
632  13      negotiation, but in the sense that we discussed
632  14      negotiation before, not sort of winning and losing,
632  15      but really arriving at the best outcome.

633:9 -   633:12   Gilmartin, Raymond 2005-04-11
633   9      Q:  Now, you're aware in the context of
633  10      label negotiations that your senior scientists don't
633  11      have a lot of faith or confidence in the average FDA
633  12      medical reviewer, aren't you?

**Re: [633:9-634:2]**     Barnett:
**Def Obj** Foundation;   Overruled.
Lack of personal
knowledge (602).G1605

633:15 -   634:2   Gilmartin, Raymond 2005-04-11
633  15      THE WITNESS:  I'm not aware of that.
633  16      BY MR. SEEGER:
633  17      Q:  In fact, it was Dr. Scolnick's policy
633  18      to go over the head of the medical review officers
633  19      and go right to the senior management at the FDA?
633  20      Is that something you're aware of?
633  21      A:  No, I'm not aware that was his
633  22      policy.
633  23      Q:  Were you aware that he viewed the FDA
633  24      as dysfunctional, 'weak and dysfunctional' were his
633  25      words?
634   1      A:  No, I'm not aware that that's his
634   2      view.

635:6 -   635:10   Gilmartin, Raymond 2005-04-11
635   6      Q:  Would you take a look at what I've
635   7      marked as 45, and we'll get the context. You can
635   8      see here the subject says 'Vioxx US circular.' Do
635   9      you see that?
635  10      A:  Yes.

**Re: [635:6-635:23]**    Barnett:
**Def Obj** Foundation;   Overruled.
Lack of personal
knowledge (602).

635:13 -   635:23   Gilmartin, Raymond 2005-04-11
635  13      This is from Dr. Scolnick again;
635  14      correct?
635  15      A:  Correct.
635  16      Q:  To Dave Blois. Who's Dave Blois?
635  17      A:  He's a scientist.
635  18      Q:  And Bonnie Goldmann?
635  19      A:  And Bonnie Goldmann as well.
635  20      Q:  Do you see the language where it's in
635  21      all caps again set off from the rest of the e-mail.
635  22      It says, 'THIS GROUP IS DYSFUNCTIONAL AND WILL NOT
635  23      RESPOND TO YOU NOT IN PERSON TELECONS.' It says

636:17 -   637:7   Gilmartin, Raymond 2005-04-11

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

| | |
|---|---|
| 636 17    Q:  Now, tell us who Murray Lumpkin is. | **Re: [636:17-637:7]**    Barnett: |
| 636 18    A:  My understanding, Murray Lumpkin is | **Def Obj** Foundation;    Overruled. |
| 636 19    someone at FDA -- | Lack of personal |
| 636 20    Q:  You understood -- | knowledge (602). |
| 636 21    A:  -- or was at FDA. | |
| 636 22    Q:  You understood for a time he was | |
| 636 23    actually the director of the FDA; correct? | |
| 636 24    A:  I'm not clear on that, but I know | |
| 636 25    that I associate the name Lumpkin with the FDA. | |
| 637  1    Q:  You understood him to be a senior FDA | |
| 637  2    official; correct? | |
| 637  3    A:  Yes, exactly. | |
| 637  4    Q:  And you see here, a reading of this | |
| 637  5    is Dr. Scolnick telling, 'go there and involve.' | |
| 637  6    He's describing what he did with Vasotec; correct? | |
| 637  7    A:  That's correct. | |

637:24 -   638:2  Gilmartin, Raymond 2005-04-11

637 24    Q:  Does that help in any way refresh
637 25    your recollection of the attitudes held within Merck
638  1    toward FDA people?
638  2    A:  No, it does not.

638:12 -   638:14  Gilmartin, Raymond 2005-04-11

| | |
|---|---|
| 638 12    Q:  That's clearly not unintentional. | **Re: [638:12-638:22]**    Barnett: |
| 638 13    He's directing people to go above the heads of the | **Def Obj** Foundation;    Overruled. |
| 638 14    medical review officers; correct? | Lack of personal |
| | knowledge (602). |

638:16 -   638:22  Gilmartin, Raymond 2005-04-11

638 16    THE WITNESS:  This says -- he is --
638 17    let me just read this again, please, just in terms
638 18    of what he says. 'If I am right I think the ONLY
638 19    way to handle is to GO THERE AND INVOLVE LUMPKIN and
638 20    word by word agree,' you know, and so that's what
638 21    he's saying, 'the ONLY way.' It doesn't necessarily
638 22    mean that anybody did that.

639:1  -   639:4  Gilmartin, Raymond 2005-04-11

639  1    Q:  Mr. Gilmartin, do you agree with Dr.
639  2    Scolnick's characterization as the FDA as being
639  3    dysfunctional'?
639  4    A:  No, I don't.

639:8  -   639:19  Gilmartin, Raymond 2005-04-11

639  8    Q:  Do you agree with the group that was
639  9    working on Vioxx for the FDA as being
639 10    dysfunctional'?
639 11    A:  I don't have any -- I would not agree
639 12    with that either. I don't think that was the view
639 13    of the company either.
639 14    Q:  Dr. Scolnick reported directly to
639 15    you; right?
639 16    A:  That's correct.
639 17    Q:  Mr. Anstice, your head of marketing,
639 18    also reported directly to you; correct?
639 19    A:  That's correct.

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

640:5  -   640:11  Gilmartin, Raymond 2005-04-11

640  5    Q:  Did both Dr. Scolnick and Mr. Anstice
640  6    make clear to you that when they received this label
640  7    on October 15, the proposal from the FDA, that there
640  8    was no way they were going to accept the changes
640  9    proposed?
640 10    A:  They may have. I don't recall
640 11    specifically.

640:20  -   640:24  Gilmartin, Raymond 2005-04-11

640 20    Q:  And upon receiving this label change
640 21    proposed by the FDA, in fact, Dr. Scolnick described
640 22    the FDA as 'bastards.' Is that something he had
640 23    ever done in your presence?
640 24    A:  No, he had not.

**Re: [640:20-640:24]**
**Def Obj** Foundation;
Lack of personal
knowledge (602).

Barnett:
Overruled.

642:4  -   643:2  Gilmartin, Raymond 2005-04-11

642  4    Q:  I'll show you what I've just marked
642  5    as 46. For the record, it's MRK-ABW0004799, and the
642  6    first e-mail you see is just between Mr. Anstice and
642  7    Dr. Scolnick. Do you see that?
642  8    A:  Yes.
642  9    Q:  And that's October 15, 2001; right?
642 10    A:  Right.
642 11    Q:  Dr. Scolnick says to David, who is
642 12    David Anstice: 'Be assured we will not accept this
642 13    label. If we need...we will go to an advisory
642 14    committee meeting.' And then you see in the
642 15    second -- I'm sorry, in the third e-mail. I'm
642 16    sorry. Let's read all three of them.
642 17    A:  Right.
642 18    Q:  The second one reads, and this is
642 19    David Anstice back to Dr. Scolnick: 'Ed, Thanks.
642 20    I just received a copy 5 minutes ago and will digest
642 21    tonight. We knew it would be UGLY and it is.' Did
642 22    I read that correctly?
642 23    A:  Yes, you did.
642 24    Q:  And then what is Dr. Scolnick's
642 25    response at the top? Could you read that?
643  1    A:  He said 'It is ugly cubed' and
643  2    misspelled, but 'They are bastards.'

**Re: [642:4-643:2]**
**Def Obj** Foundation;
Lack of personal
knowledge (602).G1953

Barnett:
Overruled.

644:10  -   644:12  Gilmartin, Raymond 2005-04-11

644 10    In one e-mail we have Dr. Scolnick
644 11    referring to the FDA as weak and dysfunctional;
644 12    correct?

644:15  -   644:20  Gilmartin, Raymond 2005-04-11

644 15    THE WITNESS:  An earlier e-mail that
644 16    you showed me, he said weak and dysfunctional.
644 17    BY MR. SEEGER:
644 18    Q:  In another e-mail in the context of
644 19    an important thing like a label change, he said the
644 20    FDA are bastards; correct?

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

644:23 - 645:6  Gilmartin, Raymond 2005-04-11
644 23   THE WITNESS:  In this e-mail he
644 24   responds to David Anstice and says 'they are
644 25   bastards.'
645  1   BY MR. SEEGER:
645  2   Q:  And in the context of the FDA
645  3   Advisory Committee meeting that met on February of
645  4   2001, he complimented -- I'm sorry, he criticized
645  5   the FDA Advisory Committee members as being grade d
645  6   high schoolers; correct?

645:9  -  645:11  Gilmartin, Raymond 2005-04-11
645  9   THE WITNESS:  He described them -- he
645 10   said in complimenting his team that they made the
645 11   FDA look like d grade high schoolers.

645:25 - 646:3  Gilmartin, Raymond 2005-04-11
645 25   Q:  But those are documents written by
646  1   Dr. Scolnick; correct?
646  2   A:  Those are documents written by Dr.
646  3   Scolnick.

652:13 - 652:15  Gilmartin, Raymond 2005-04-11
652 13   Q:  Well, you ultimately did fight and
652 14   you got the label you wanted, you were happy with
652 15   the ultimate label; correct?

652:18 - 652:21  Gilmartin, Raymond 2005-04-11
652 18   THE WITNESS:  We ended up with a
652 19   label that we thought was a fair representation of
652 20   the data and spoke to the data.
652 21   BY MR. SEEGER:

655:1  -  655:2  Gilmartin, Raymond 2005-04-11
655  1   Q:  Mr. Gilmartin, the label you got was
655  2   really nothing short of a miracle, wasn't it?

655:5  -  655:11  Gilmartin, Raymond 2005-04-11
655  5   THE WITNESS:  No, I would not
655  6   characterize it that way. I think that it reflected
655  7   the data that we had showing reduction in GI events
655  8   and also reflected the data that we had on
655  9   cardiovascular events both from the placebo
655 10   comparisons, as well as the comparison against
655 11   naproxen.

658:8  -  658:14  Gilmartin, Raymond 2005-04-11
658  8   Q:  The label that was sent to you in
658  9   October of 2001 by the FDA, that label was never
658 10   sent to prescribing doctors; correct?
658 11   A:  That's correct.
658 12   Q:  That label would have never been sent
658 13   to patients, they wouldn't have had the advantage of
658 14   reading that as a package insert, would they?

658:17 -  658:17  Gilmartin, Raymond 2005-04-11

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

658 17        THE WITNESS:  No. It is just a draft

658:18 -   658:18  Gilmartin, Raymond 2005-04-11
658 18        label.

682:5 -   682:7  Gilmartin, Raymond 2005-04-11
682  5        If Merck wanted to, it could have
682  6        done a cardiovascular safety study prior to selling
682  7        the drug in May of 1999, correct?

682:10 -   682:15  Gilmartin, Raymond 2005-04-11
682 10        THE WITNESS:  We could have done
682 11        that, but we would have -- in order to decide to do
682 12        that, would have needed to have seen a
682 13        cardiovascular issue in all of the extensive trials
682 14        and the extensive testing that we had done of the
682 15        drug.

682:19 -   682:22  Gilmartin, Raymond 2005-04-11
682 19        Q:  Mr. Gilmartin, let me ask you this:
682 20        In 2001, there was a lot of noise in the financial
682 21        community about Vioxx having cardiovascular
682 22        problems; correct?

683:1 -   683:4  Gilmartin, Raymond 2005-04-11
683  1        Q:  It was being discussed?
683  2        A:  It was being discussed broadly after
683  3        the results -- after we had put out the information
683  4        about the VIGOR trial.

683:20 -   683:23  Gilmartin, Raymond 2005-04-11
683 20        Q:  Well, did you feel the need in
683 21        2001/2002 to at least satisfy whatever concerns were
683 22        out there by actually doing a cardiovascular study?
683 23        A:  Yes.

684:7 -   684:12  Gilmartin, Raymond 2005-04-11
684  7        Q:  All right. Well, on December 7,
684  8        2001, are you aware that Merck had issued a press
684  9        release saying that it was to conduct a
684 10        cardiovascular outcomes trial? I'll mark it and
684 11        give it to you so you don't have to guess at it.
684 12        A:  Okay.

684:24 -   685:6  Gilmartin, Raymond 2005-04-11
684 24        Q:  You recognize this as a Merck press
684 25        release; correct?
685  1        A:  Yes, I do.
685  2        Q:  You see December 7, 2001 it's dated?
685  3        A:  Right.
685  4        Q:  The title there, it says, 'Merck to
685  5        Conduct Cardiovascular Outcomes Trial.'
685  6        A:  Yes. Right.

685:25 -   686:5  Gilmartin, Raymond 2005-04-11
685 25        Q:  Again, if you go to Page 2 at the

|  | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

| | |
|---|---|
| 686  1 | very top where it says, 'Merck scientists believe |
| 686  2 | the weight of evidence supports the theory that |
| 686  3 | naproxen decreased the heart attack rate,' do you |
| 686  4 | see that there? |
| 686  5 | A:  Yes, I do. |

690:10 -    690:13  Gilmartin, Raymond 2005-04-11

| | |
|---|---|
| 690  10 | The time that you issued the press |
| 690  11 | release on December 7, 2001, the truth is, within |
| 690  12 | Merck, there really was no intention to do a |
| 690  13 | cardiovascular study; isn't that right? |

690:17 -    690:19  Gilmartin, Raymond 2005-04-11

| | |
|---|---|
| 690  17 | THE WITNESS:  Yes. That is not |
| 690  18 | correct. There was an intention to do a |
| 690  19 | cardiovascular outcomes trial. |

690:25 -    692:19  Gilmartin, Raymond 2005-04-11

| | |
|---|---|
| 690  25 | Mr. Gilmartin, it's what I marked |
| 691  1 | earlier as Gilmartin-41. |
| 691  2 | A:  Right. |
| 691  3 | Q:  Now, if you'd look all the way at the |
| 691  4 | bottom of this e-mail -- |
| 691  5 | A:  Right. |
| 691  6 | Q:  -- which has been marked, I |
| 691  7 | believe -- what's the Exhibit Number, sir, at the |
| 691  8 | top? Is it 41? |
| 691  9 | A:  41. |
| 691  10 | Q:  For the record it's Exhibit 41. |
| 691  11 | Now, the date of this press release |
| 691  12 | we're talking about is December 7, 2001; correct? |
| 691  13 | That's the one that we just looked at? |
| 691  14 | A:  That's correct. |
| 691  15 | Q:  The date of this e-mail that I'm |
| 691  16 | reading from at the bottom is November 21, 2001, |
| 691  17 | just a couple of weeks before this; right? |
| 691  18 | A:  That's correct. |
| 691  19 | Q:  This is an e-mail from David Anstice |
| 691  20 | to Dr. Scolnick, and you're on this e-mail also as a |
| 691  21 | cc; correct? |
| 691  22 | A:  That's correct. |
| 691  23 | Q:  And then, I'm sorry. Actually, I did |
| 691  24 | it again. The e-mail I actually want to focus on is |
| 691  25 | the one on the second page at the bottom. That's |
| 692  1 | dated November 19, 2001. Do you see that? |
| 692  2 | A:  Right. |
| 692  3 | Q:  That's directed to you? |
| 692  4 | A:  Yes, right. |
| 692  5 | Q:  This is where you're informed that it |
| 692  6 | wasn't -- the study with Vioxx and aspirin did not |
| 692  7 | come back with a good result. Do you recall this? |
| 692  8 | A:  That's right. Well, this is the |
| 692  9 | e-mail that we discussed earlier. |
| 692  10 | Q:  Now, on November 19, 2001, Dr. |
| 692  11 | Scolnick says, 'I do not think we should announce |
| 692  12 | the CV outcomes study since now I am not at all sure |

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|
| 692 13    what the design should be.' Do you see that? | | |
| 692 14    A:  Yes, I do. | | |
| 692 15    Q:  You're telling the jury that in a | | |
| 692 16    matter of three weeks that issue, again, was | | |
| 692 17    sufficiently resolved in order to go out and tell | | |
| 692 18    the medical community that you were going to do a | | |
| 692 19    cardiovascular study? Is that your testimony? | | |
| | | |
| 692:22 -    693:6   Gilmartin, Raymond 2005-04-11 | | |
| 692 22    THE WITNESS:  Well, I'm not aware of | | |
| 692 23    what the conversations were that were held between | | |
| 692 24    this and the announcement, but the implication of | | |
| 692 25    this e-mail is that we should have the study design | | |
| 693  1    decided upon before we announce it. At the time | | |
| 693  2    that we did announce it, we were still in this stage | | |
| 693  3    about how to go about designing the study. So, this | | |
| 693  4    doesn't indicate a desire not to do this study, it | | |
| 693  5    is a question of when is the right time to announce | | |
| 693  6    the study. | | |
| | | |
| 695:13 -    695:15  Gilmartin, Raymond 2005-04-11 | | |
| 695 13    Q:  This was put out for marketing | | |
| 695 14    concerns, Mr. Gilmartin. Why wouldn't you just | | |
| 695 15    acknowledge that? | | |
| | | |
| 695:18 -    695:22  Gilmartin, Raymond 2005-04-11 | | |
| 695 18    THE WITNESS:  See, I don't believe | | |
| 695 19    this was put out for marketing concerns. This is Ed | | |
| 695 20    Scolnick basically pursuing a CV outcomes study, and | | |
| 695 21    what is the right design for that outcomes study, | | |
| 695 22    and that was important for the public to know. | | |
| | | |
| 697:2  -    697:6   Gilmartin, Raymond 2005-04-11 | | |
| 697  2    Q:  So, at this time, three weeks later | | |
| 697  3    you issue a press release telling the medical | | |
| 697  4    community you're going to do a study, and you're | | |
| 697  5    saying that that is not a marketing-driven press | | |
| 697  6    release; correct? | | |
| | | |
| 697:10 -    697:19  Gilmartin, Raymond 2005-04-11 | | |
| 697 10    Q:  That's your testimony? | | |
| 697 11    A:  That is not a marketing-driven press | | |
| 697 12    release, and at this point we see Ed having received | | |
| 697 13    data from a study, raising questions in his mind | | |
| 697 14    about what the design should be, but that does not | | |
| 697 15    speak to what had happened between this and the | | |
| 697 16    press release and what other kind of work that was | | |
| 697 17    going on around study design. | | |
| 697 18    Q:  Mr. Gilmartin, let me ask you to take | | |
| 697 19    a look at what I've marked as Exhibit 49. | | |
| | | |
| 698:4  -    698:9   Gilmartin, Raymond 2005-04-11 | | |
| 698  4    Q:  Who's Wendy Dixon? | Re: [698:4-699:12] | Barnett: |
| 698  5    A:  Wendy Dixon was in marketing. | Def Obj Foundation; | Overruled. |
| 698  6    Q:  She was in marketing. Do you see the | Lack of personal | |
| 698  7    e-mail toward the top, it's the second to the top, | knowledge (602). | |

11/21/06 6:32PM

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

698  8       dated September 17, 2001, 9:09 a.m.?
698  9       A:  Yes, I do.

698:18 -   699:5  Gilmartin, Raymond 2005-04-11
698  18      Q:  Let's take a look at what Wendy Dixon
698  19      says.
698  20      A:  Sure.
698  21      Q:  'I believe that we need to do a
698  22      study.' It's not the only -- it's not the only.
698  23      I'm sorry. 'It is the only way we can eventually
698  24      put to rest all the noise in the market by doing a
698  25      definitive study in high CV risk patients. The
699  1       results will not be available for some time but
699  2       handled correctly there is some positive PR we can
699  3       gain from saying we are conducting a study.' Isn't
699  4       that exactly what this press release was, an attempt
699  5       to get a positive PR spin?

699:8  -   699:15  Gilmartin, Raymond 2005-04-11
699  8       THE WITNESS:  No, I do not believe
699  9       that's the purpose of that press release. The
699  10      purpose of the press release to announce the fact
699  11      that we intended to do an outcomes study.
699  12      BY MR. SEEGER:
699  13      Q:  You don't think it has anything to do
699  14      with a marketing person saying that we need to get a
699  15      press release done so we can buy some time?

699:18 -   699:22  Gilmartin, Raymond 2005-04-11
699  18      THE WITNESS:  I don't think it has
699  19      anything to do -- the ultimate decision to issue a
699  20      press release is to announce the fact that we are
699  21      doing an outcomes study. This is an opinion
699  22      expressed by one individual at a point in time.

712:2  -   712:16  Gilmartin, Raymond 2005-04-11
712  2       Q:  Was Vioxx any better than Aleve plus
712  3       Prilosec?
712  4       A:  The study data that we had was only
712  5       against naproxen, and it had pain -- so, therefore,
712  6       it was superior to naproxen as far as GI bleeds, and
712  7       it was similar to other NSAIDs in terms of pain
712  8       relief.
712  9       Q:  So, it was not superior to any NSAID
712  10      in terms of pain relief; correct?
712  11      A:  In terms of how pain relievers are
712  12      typically taken, yes, it was similar to other pain
712  13      relievers.
712  14      Q:  But, my question is, it was not
712  15      superior to any other pain relievers; correct?
712  16      A:  That's correct.

712:21 -   712:23  Gilmartin, Raymond 2005-04-11
712  21      Q:  Certainly more expensive than those
712  22      pain relievers, though; correct?
712  23      A:  Yes, it is more expensive.

|  | Objections/Responses In Dedrick | Rulings |
|---|---|---|

716:8  -   716:10 Gilmartin, Raymond 2005-04-11
716   8        Is it correct that you never
716   9        established that Vioxx was safer than any other pain
716  10        reliever, putting aside naproxen?

716:13 -   716:23 Gilmartin, Raymond 2005-04-11
716  13        THE WITNESS:  We were able to
716  14        establish that -- in terms of the extensive studies
716  15        we did to get the drug approved, we established
716  16        there was no difference in cardiovascular events
716  17        against ibuprofen and other NSAIDs that we studied
716  18        including placebo. The only drug that we studied GI
716  19        safety against was naproxen.
716  20        BY MR. SPECTER:
716  21        Q:  Sir, 'no difference' also means no
716  22        better; correct?
716  23        A:  It also means no worse.

722:3  -   722:5 Gilmartin, Raymond 2005-04-11
722   3        Q:  Mr. Gilmartin, would it be contrary
722   4        to Merck's practices to sell a drug that's no better
722   5        than what's on the market currently?

722:7  -   722:11 Gilmartin, Raymond 2005-04-11
722   7        THE WITNESS:  In terms of our
722   8        practice in terms of having a drug that brings
722   9        important medical benefit, our goal is to have a
722  10        drug that provides a benefit over drugs that are on
722  11        the market, yes.

731:8  -   733:7 Gilmartin, Raymond 2005-04-11
731   8        Q:  Well, sir, this meeting, we'll hand
731   9        it over to you, has meeting minutes. You're
731  10        familiar with meeting minutes, aren't you?
731  11        A:  Yes, I am.
731  12        Q:  I'm going to point you to the bottom
731  13        of Page 5, top of Page 6 in this meeting minutes.
731  14        I'm going to give a copy to your attorney. I've
731  15        marked this as Exhibit Gilmartin-50.
731  16        - - -
731  17        (Whereupon, Deposition Exhibit
731  18        Gilmartin-50, 'MK-0966  (COX-2 Inhibitor)
731  19        Consultants' Meeting Phase III
731  20        Monitoring of GI Clinical Events and
731  21        Design of a GI Outcomes Mega-Trial,'
731  22        9-28-96, Meeting Minutes, MRK-NJ02528901
731  23        - MRK-NJ02528908, was marked for
731  24        identification.)
731  25        - - -
732   1        (Witness reviewing document.)
732   2        BY MR. SPECTER:
732   3        Q:  Do you see at the bottom where it
732   4        says 'Dr. Strom'?
732   5        A:  Yes.
732   6        Q:  'Dr. Strom suggested that MK-0966' --

|  | Objections/Responses In Dedrick | Rulings |
|---|---|---|

| 732 7 | that's Vioxx; correct, sir? |
| 732 8 | A:  That's correct. |
| 732 9 | Q:  -- 'be compared against drugs |
| 732 10 | perceived to be the safest (for example, |
| 732 11 | acetaminophen and ibuprofen).'   You know those are |
| 732 12 | Tylenol and Motrin; correct? |
| 732 13 | A:  That's correct. |
| 732 14 | Q:  And then there's discussion about |
| 732 15 | that issue. And at the end of the paragraph which |
| 732 16 | appears at the next page, it says, 'Dr. Silverman |
| 732 17 | and Mr. Khanna questioned the advisability of an |
| 732 18 | acetaminophen arm,' that would be a Tylenol arm; |
| 732 19 | correct? |
| 732 20 | A:  That's correct. |
| 732 21 | Q:  That would be comparing Tylenol |
| 732 22 | against Vioxx; correct? |
| 732 23 | A:  That's correct. |
| 732 24 | Q:  When you say 'an arm,' that means |
| 732 25 | there is at least two arms in every study; correct? |
| 733 1 | A:  That's correct. |
| 733 2 | Q:  It says here: 'Dr. Silverman and Mr. |
| 733 3 | Khanna questioned the advisability of an |
| 733 4 | acetaminophen arm, because the findings could |
| 733 5 | highlight favorable properties of acetaminophen.' |
| 733 6 | That's Tylenol; correct? |
| 733 7 | A:  That's what it says in this document. |

735:13 -   736:6   Gilmartin, Raymond 2005-04-11

| 735 13 | Q:  Right. You would figure that this |
| 735 14 | would be a meeting where you'd have scientists get |
| 735 15 | together and try to figure out what would be the |
| 735 16 | appropriate studies to do? Would that be fair? |
| 735 17 | A:  That's correct. |
| 735 18 | Q:  You'd be a little surprised to see |
| 735 19 | people from marketing in that meeting, wouldn't you, |
| 735 20 | sir? |
| 735 21 | A:  Not necessarily. |
| 735 22 | Q:  Yes. Mr. Khanna, one of the fellows |
| 735 23 | that said we shouldn't test Vioxx against Tylenol |
| 735 24 | because it could highlight the favorable properties |
| 735 25 | of Tylenol, do you know what department he's in, |
| 736 1 | sir? |
| 736 2 | A:  He's in marketing. |
| 736 3 | Q:  Right. He's in marketing. |
| 736 4 | And Dr. Silverman, he's not in Merck |
| 736 5 | Research Laboratories, is he, sir? |
| 736 6 | A:  He is. He was in regulatory. |

743:7  -   743:12  Gilmartin, Raymond 2005-04-11

| 743 7 | Q:  So, sometime between March 9th and |
| 743 8 | March 27th, Dr. Scolnick told you that he was |
| 743 9 | satisfied that naproxen's so-called cardioprotective |
| 743 10 | -- naproxen's cardioprotective effects were |
| 743 11 | responsible for the results of the VIGOR trial? Is |
| 743 12 | that what you're saying? |

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

743:15 -   743:16   Gilmartin, Raymond 2005-04-11
  743 15       THE WITNESS:  Sometime at that point
  743 16       I think that, yes, the answer is.

14:20  -   14:22   Gilmartin, Raymond 2005-04-18
  14 20       Q:  You run Merck, don't you?
  14 21       A:  Yes, I have the most senior
  14 22       position.

15:7  -   15:14   Gilmartin, Raymond 2005-04-18
  15  7       Q:  Merck had a lot of ethical
  15  8       problems the way it handled Vioxx, isn't
  15  9       that true?
  15 10       MR. BUTSWINKAS:  Objection
  15 11       to form.
  15 12       THE WITNESS:  No, that's not
  15 13       true. I think we handled it in a
  15 14       very ethical way.

16:2  -   16:11   Gilmartin, Raymond 2005-04-18
  16  2       Q:  I mean, you give speeches on
  16  3       ethics, don't you?
  16  4       A:  Yes, I do.
  16  5       Q:  Not just speeches, when you
  16  6       came over to Merck, you put in an ethics
  16  7       department, didn't you?
  16  8       A:  That's right, in 1995.
  16  9       Q:  You put a code of conduct in
  16 10       for Merck's ethics, didn't you?
  16 11       A:  Yes, I did.

17:11  -   17:20   Gilmartin, Raymond 2005-04-18
  17 11       Q:  But if your employees don't
  17 12       follow the code of conduct, that's a
  17 13       violation of your ethics, isn't it?
  17 14       A:  That's correct. If they
  17 15       don't follow the code of conduct, that is
  17 16       a violation.
  17 17       Q:  And that even applies to big
  17 18       guys like Dr. Ed Scolnick, doesn't it?
  17 19       A:  Well, it applies to everyone
  17 20       within the company.

18:14  -   20:6   Gilmartin, Raymond 2005-04-18
  18 14       Q:  Well, let's look at some of
  18 15       the ethical areas where I believe you
  18 16       failed, and you tell me why I'm wrong.
  18 17       Okay?
  18 18       A:  I will do that.
  18 19       Q:  Let's start with Gilmartin
  18 20       Exhibit Number 1.
  18 21       - - -
  18 22       (Whereupon, Deposition
  18 23       Exhibit Gilmartin-1, Code of
  18 24       Conduct, 25 pages, was marked for
  19  1       identification.)

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

19  2       - - -
19  3       BY MR. LANIER:   :
19  4       Q:  I'm going to hand you that,
19  5       sir. That's your ethical code, isn't it?
19  6       A:  Yes, it is.
19  7       Q:  And in this you give kind of
19  8       a decision tree on how to decide what
19  9       y'all should or shouldn't do, a decision
19 10      test; right?
19 11      A:  The decision test you're
19 12      referring to is where?
19 13      Q:  It's on Page 5, sir. It's a
19 14      big, bold box that says, 'Decision Test.'
19 15      Do you see that?
19 16      A:  Yes, I do.
19 17      Q:  The decision test is
19 18      basically a set of questions you ask
19 19      yourself to decide how to act; right?
19 20      A:  That's correct.
19 21      Q:  The first thing is: 'Is'
19 22      your 'action legal?' That's the first
19 23      question; right?
19 24      A:  That's correct.
20  1       Q:  Look at the fourth question.
20  2       Do you see it on there?
20  3       A:  Yes.
20  4       Q:  'How would it look in the
20  5       newspaper?' Did I read that right?
20  6       A:  Yes, you did.

20:12  -  20:15   Gilmartin, Raymond 2005-04-18
20 12      Q:  Y'all have done a lot of
20 13      things that haven't looked too good once
20 14      they've finally been written up in the
20 15      newspaper; isn't that true?

20:18  -  20:21   Gilmartin, Raymond 2005-04-18
20 18      THE WITNESS:  No, that's not
20 19      true. Not everything that's in
20 20      the newspaper is accurate in terms
20 21      of what our behavior actually was.

20:23  -  20:24   Gilmartin, Raymond 2005-04-18
20 23      Q:  Well, a lot of it is, isn't
20 24      it?

21:3  -  21:9   Gilmartin, Raymond 2005-04-18
21  3       THE WITNESS:  No, I don't --
21  4       I wouldn't agree with that.
21  5       BY MR. LANIER:   :
21  6       Q:  You weren't embarrassed by
21  7       the USA Today writeup about how Dr.
21  8       Sherwood was manipulating and
21  9       intimidating medical doctors on Vioxx?

21:12  -  21:15   Gilmartin, Raymond 2005-04-18

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

21 12    THE WITNESS:  Well, I don't
21 13    believe that Dr. Sherwood was
21 14    intimidating or manipulating
21 15    doctors around Vioxx.

23:17  -  23:22   Gilmartin, Raymond 2005-04-18
23 17    You don't have firsthand
23 18    knowledge of whether it's true or not
23 19    because you delegated out to others the
23 20    investigation; true?
23 21    A:  I delegated -- yes, it is
23 22    true I delegated out the investigation.

26:4  -  26:12   Gilmartin, Raymond 2005-04-18
26  4    Q:  Ethics are important, not
26  5    just because it's right and wrong, though
26  6    that alone makes them very important;
26  7    right?
26  8    A:  That's correct.
26  9    Q:  But ethics are important
26 10    because lives depend upon your company
26 11    being ethical; true?
26 12    A:  That is true.

30:9  -  30:18   Gilmartin, Raymond 2005-04-18
30  9    Q:  So, the information you give
30 10    to your customers needs to be accurate,
30 11    doesn't it?
30 12    A:  Yes. The information we
30 13    give to physicians and scientists has to
30 14    be accurate.
30 15    Q:  And it needs to be supported
30 16    by scientific evidence, doesn't it?
30 17    A:  Yes, that's very important
30 18    to be supported by scientific evidence.

31:11  -  31:13   Gilmartin, Raymond 2005-04-18
31 11    Q:  Show me one piece of
31 12    scientific evidence that says naproxen is
31 13    cardioprotective.

31:16  -  31:21   Gilmartin, Raymond 2005-04-18
31 16    THE WITNESS:  There is
31 17    scientific evidence that shows
31 18    that naproxen is anti-platelet,
31 19    has an aspirin-like effect, which,
31 20    given those characteristics, would
31 21    make naproxen cardioprotective.

35:9  -  35:21   Gilmartin, Raymond 2005-04-18
35  9    Q:  Yes. And the history of
35 10    naproxen as a drug no one has ever been
35 11    able to come up with one study of any
35 12    human being in the entire planet that
35 13    shows naproxen is cardioprotective; true?
35 14    A:  I'm not aware that a study,

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

35 15    a specific study has been done. What I
35 16    am aware of is other NSAIDs with
35 17    aspirin-like effects, there have been
35 18    studies done with those NSAIDs that show
35 19    they do have a cardioprotective effect,
35 20    and so that's why we concluded naproxen
35 21    has a cardioprotective effect.

41:3  -  41:15  Gilmartin, Raymond 2005-04-18
41  3    It makes it very important
41  4    that y'all present honest communication,
41  5    doesn't it?
41  6    A:  Yes, it does.
41  7    Q:  It makes it very important
41  8    that you produce fair communication,
41  9    balanced communication; true?
41 10    A:  That is true.
41 11    Q:  It means when you promote a
41 12    product like Vioxx, your company has a
41 13    responsibility to the public to give a
41 14    summary of all possible side effects,
41 15    precautions, warnings; true?

41:18  -  42:5  Gilmartin, Raymond 2005-04-18
41 18    THE WITNESS:  Yes. When we
41 19    are promoting or presenting our
41 20    product to a physician, we do have
41 21    a responsibility to provide fair
41 22    balance, which includes not only
41 23    the benefits of the drug, but also
41 24    any of the side effects that are
42  1    in the label.
42  2    BY MR. LANIER:   :
42  3    Q:  Well, not just any of the
42  4    side effects that are in the label, any
42  5    of the side effects you know; true?

42:8  -  42:20  Gilmartin, Raymond 2005-04-18
42  8    THE WITNESS:  No. It's the
42  9    side effects that are in the label
42 10    is what we, by regulation, can
42 11    talk to physicians about. Other
42 12    information such as the results of
42 13    the VIGOR trial, for example,
42 14    which is the comparison against
42 15    naproxen, is that we put that
42 16    information in the form of
42 17    publications or medical meetings
42 18    to make it available to doctors
42 19    and also to the scientific
42 20    community.

42:22  -  43:22  Gilmartin, Raymond 2005-04-18
42 22    Q:  Would you turn, please, to
42 23    Page 6 of your code of conduct. If you
42 24    look down on, 'Honest Communication,' in

11/21/06 6:32PM

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

43  1    the right column.
43  2    A:  Right.
43  3    Q:  At the bottom of that very
43  4    first paragraph it says you're supposed
43  5    to provide, 'a summary of all side
43  6    effects.' It doesn't just say side
43  7    effects on the label; does it?
43  8    A:  I'm sorry. Would you point
43  9    out to me where?
43 10    Q:  Yes, sir. On the right
43 11    side --
43 12    A:  Right.
43 13    Q:  -- the very top paragraph,
43 14    the very last sentence of that top
43 15    paragraph, it says after the parenthesis,
43 16    it 'must also include (unless otherwise
43 17    required by law or regulation)   a summary
43 18    of all side effects.' Do you see that?
43 19    You don't see that, do you?
43 20    A:  I'm looking at it now.
43 21    That's correct. That refers to what's in
43 22    the label.

46:7   -   46:24   Gilmartin, Raymond 2005-04-18
46  7    Q:  Well, no. Look, sir, in
46  8    this thing it talks about 'Lives depend
46  9    not only on the quality of our products
46 10    and services, but also on the quality of
46 11    information we provide to the medical
46 12    community and general public.' Do you
46 13    see that?
46 14    A:  Yes, I do.
46 15    Q:  All right. So, this isn't
46 16    talking just about what salesmen say to
46 17    doctors, this is talking about all the
46 18    information your company provides on its
46 19    drugs; true?
46 20    A:  That's correct. And there's
46 21    a variety of ways in which we do that.
46 22    Q:  Your company is supposed to
46 23    talk about all the possible side effects;
46 24    isn't it?

47:3   -   47:12   Gilmartin, Raymond 2005-04-18
47  3    THE WITNESS:  All possible
47  4    side effects and -- 'supported by
47  5    scientific evidence where
47  6    relevant, and presented honestly,
47  7    fairly and by proper means.'
47  8    Absolutely.
47  9    BY MR. LANIER:   :
47 10    Q:  Full disclosure. That's
47 11    what your company ought to be doing,
47 12    shouldn't it?

47:15   -   47:16   Gilmartin, Raymond 2005-04-18

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

47 15    THE WITNESS:  And that's
47 16    what we strive to do, yes.

861:13 -    862:20  Gilmartin, Raymond 2005-06-17

861 13    Q:  Would you please introduce yourself
861 14    to the jury.
861 15    A:  Yes. I'm Ray Gilmartin.
861 16    Q:  Mr. Gilmartin, where do you live?
861 17    A:  I live in Park Ridge, New Jersey.
861 18    Q:  I want to ask you some questions
861 19    about your background. Where are you from?
861 20    A:  I'm from Sabael, Long Island, which
861 21    is a small town about 50 miles from New York City.
861 22    Q:  Are you married?
861 23    A:  Yes, I am. I've been married for 40
861 24    years.
861 25    Q:  What's your wife's name?          **Re: [861:25-862:12]**
862  1    A:  My wife's name is Gladys, or she is    **Pltf Obj** 401, 403.
862  2    known as Gladdie.
862  3    Q:  Do you have any children?
862  4    A:  Yes. I have three children, two
862  5    daughters and a son.
862  6    Q:  Are they grown children?
862  7    A:  Yes, they are. My oldest is 34, the
862  8    next daughter is 33, and my son is 29.
862  9    Q:  Do you have any grandchildren?
862 10    A:  We just have a new grandchild, born
862 11    last weekend, a grandson.
862 12    Q:  Congratulations.
862 13    Where did you go to college?
862 14    A:  I went to college in Union College in
862 15    Schenectady, New York, which is in upstate New York.
862 16    Q:  Did your parents go to college before    **Re: [862:16-862:20]**
862 17    you?                                          **Pltf Obj** 401, 403.
862 18    A:  No. I'm the only person in the
862 19    family to go to college for some time. My younger
862 20    sister went later in life.

863:22 -    865:18  Gilmartin, Raymond 2005-06-17

863 22    Q:  Did you earn your degree from Union
863 23    College?
863 24    A:  Yes, I did, a Bachelor of Science in
863 25    electrical engineering.
864  1    Q:  What year was that?
864  2    A:  That was in 1963.
864  3    Q:  After you graduated from Union
864  4    College in 1963, did you get a job?
864  5    A:  Yes, I did. I went to work for
864  6    Eastman Kodak in Rochester, New York. I worked in
864  7    the manufacturing division in Kodak Park in
864  8    Rochester.
864  9    Q:  What was your job?
864 10    A:  It was called development engineer,
864 11    and it was a position that reported to the
864 12    manufacturing management in which we were the link,
864 13    if you will, between the central engineering at

|  | Objections/Responses In Dedrick | Rulings |
|---|---|---|

864 14    Eastman Kodak and the production operations.
864 15    Q:  How long did you work at Eastman
864 16    Kodak?
864 17    A:  I worked there for three years from
864 18    1963 to 1966.
864 19    Q:  Did you ever serve in the military?          **Re: [864:19-865:11]**
864 20    A:  Yes, I did. When I was in Rochester,       **Pltf Obj** 401, 403, 404.
864 21    I joined the Army National Guard in an artillery
864 22    unit.
864 23    Q:  How long were you in the Army
864 24    National Guard?
864 25    A:  I did my six months active duty and
865  1    then the five-and-a-half years of weekend drills.
865  2    Q:  What was your rank when you left the
865  3    National Guard?
865  4    A:  I went in -- enlisted initially. I
865  5    was an enlisted man, and then I went through an
865  6    officer's program and came out as a first
865  7    lieutenant.
865  8    Q:  What were the years that you were in
865  9    the Army National Guard?
865 10    A:  So, that would be, say, from 1964
865 11    through 1969.
865 12    Q:  You said you left Kodak in 1966?
865 13    A:  That's correct.
865 14    Q:  What was the next job that you took
865 15    on?
865 16    A:  I left Kodak to go to graduate
865 17    school, and I went to Harvard Business School to
865 18    study for an M.B.A.

866:22 -   875:16  Gilmartin, Raymond 2005-06-17

866 22    Q:  Did you get your degree at Harvard?
866 23    A:  Yes, I did. 1968 I got my M.B.A.
866 24    degree.
866 25    Q:  Where did you work after you received
867  1    your M.B.A.?
867  2    A:  I went from there to a consulting
867  3    firm, Arthur D. Little, in Cambridge, Massachusetts
867  4    and worked there for another eight years.
867  5    Q:  What kind of work did you do at
867  6    Arthur Little?
867  7    A:  There I was working on consulting
867  8    projects primarily in manufacturing initially in
867  9    terms of helping with productivity improvements and
867 10    production scheduling, things like that. And then
867 11    as I became more senior, became more involved in
867 12    strategy and sort of overall helping management
867 13    setting directions for companies.
867 14    Q:  What were the different titles that
867 15    you held while you were at Arthur Little?
867 16    A:  They really didn't have much of a
867 17    hierarchy. So, I started out as a consultant, and I
867 18    think by the time that I left, I was labeled as a
867 19    senior consultant. But I was -- ran a small group
867 20    that was involved in consulting around strategy and

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

867 21   business practices.
867 22   Q:  What year did you leave there?
867 23   A:  I left there in 1976.
867 24   Q:  Where did you go next?
867 25   A:  I went to work for Becton Dickinson,
868  1   which is a company in New Jersey that's in the
868  2   business of medical devices, things like disposable
868  3   needles and syringes and diagnostic products such as
868  4   doing microbiology testing.
868  5   Q:  Would you describe the work that you
868  6   did there?
868  7   A:  I started out as vice president of
868  8   strategic planning and was in that position for
868  9   about five years. My job in being in strategic
868 10   planning was to be a facilitator really in terms of
868 11   running the strategic planning process for the
868 12   company.
868 13   Q:  What did you do next?
868 14   A:  Then the next job that I had was the
868 15   president of the disposable needle and syringe
868 16   division that was located in East Rutherford, New
868 17   Jersey.
868 18   And then from there, after about
868 19   three or four years, I became a group president of
868 20   the medical division, which had several medical --
868 21   of a medical group which had several medical
868 22   divisions.
868 23   Q:  When did you leave that company?
868 24   A:  I left the company in 1994. I had
868 25   gone through a series -- you know, through the 18
869  1   years I was with Becton, Dickinson, I had gone
869  2   through a series of executive positions, and then
869  3   became president and then CEO and then finally
869  4   chairman of Becton, Dickinson, and then left there
869  5   in 1994 to go to Merck.
869  6   Q:  When you joined Merck in 1994, what
869  7   were the positions that you took on?
869  8   A:  When I joined Merck in '94, I came in
869  9   as President and Chief Executive Officer, and then
869 10   became Chairman the following November when -- I
869 11   joined in June, and the following November became
869 12   chairman when my predecessor retired.
869 13   Q:  I have some questions about your
869 14   tenure at Merck that I'll ask in a few moments.
869 15   First I would like to know, have you
869 16   ever performed any public service?
869 17   A:  Yes. You know, in terms of personal
869 18   involvement in the community, I've been active in my
869 19   church and also active with the local hospital in my
869 20   community that I lived in until recently, which was
869 21   in Ridgewood, New Jersey. So, I was on the board of
869 22   the Valley Hospital, which is a nonprofit community
869 23   hospital.
869 24   Q:  What was your work there?
869 25   A:  Well, as a member of the board, you
870  1   are really concerned with ensuring that the hospital

Rows for 869:13 area — Objections/Responses column:
**Re: [869:13-873:11]**
**Pltf Obj** 401, 403, 404.
Re: [869:13-873:11]
Pltf Obj Pltf Obj Rule 401-
irrelevant and excessive
use of community
activities.

Rulings column:
Barnett:
Overruled.

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

870  2   has adequate financial support from the community,
870  3   and so, therefore, can continue to invest in new
870  4   equipment, as well as through the monthly meetings
870  5   just basically overseeing, as a board does, the
870  6   governance of the hospital and how it is performing
870  7   and functioning.
870  8   Q:  Have you performed any other public
870  9   service in the area of healthcare?
870 10   A:  Yes. In terms of -- also involved in
870 11   the Healthcare Leadership Council, which is an
870 12   organization located in Washington. Also in the
870 13   Health Care Institute of New Jersey.
870 14   Q:  How long have you been working with
870 15   the Healthcare Leadership Council?
870 16   A:  Working with the Healthcare
870 17   Leadership Council since the late '80s when it was
870 18   founded.
870 19   Q:  What's the work of that group?
870 20   A:  The work of that group has been
870 21   concerned with how to improve quality and access and
870 22   affordability of the healthcare system, and
870 23   currently involved in how do we deal with helping
870 24   get coverage for the uninsured in the U.S.
870 25   Q:  Have you performed any public service
871  1   in the area of business?
871  2   A:  Yes. I guess two examples of that
871  3   would be, I'm a member of the Council on
871  4   Competitiveness, and also I was appointed by
871  5   President Bush to the President's Export Council.
871  6   Q:  Which is the Council on
871  7   Competitiveness?
871  8   A:  The Council on Competitiveness is a
871  9   group of universities and businesses and also with
871 10   some labor union representatives that come together
871 11   to talk about what advocacy and what policies can we
871 12   follow to make America more competitive in global
871 13   markets.
871 14   Q:  How long have you been doing that?
871 15   A:  I have been involved in that, I
871 16   think, something on the order of about seven or
871 17   eight years.
871 18   Q:  What is the President's Export
871 19   Council?
871 20   A:  The President's Export Council is a
871 21   group of business people appointed by the President,
871 22   in this case, President Bush, to advocate also
871 23   policies about how to improve America's exports to
871 24   the rest of the world.
871 25   Q:  Do you serve on any committees in
872  1   that organization?
872  2   A:  Yes. I was asked to be the chairman
872  3   of the subcommittee on stewardship, corporate
872  4   stewardship
872  5   Q:  Who oversees the work of that
872  6   Council?
872  7   A:  That's overseen by the Secretary of

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

872  8    Commerce. When I was appointed initially, it was
872  9    Secretary Evans, Don Evans.
872 10    Q:  Mr. Gilmartin, have you performed any
872 11    public service in the area of education?
872 12    A:  Yes. One thing is that I'm -- as a
872 13    graduate of Harvard Business School, I currently am
872 14    on the dean's board of advisors, and also I'm
872 15    currently Chairman of the Board of Trustees for the
872 16    United Negro College Fund.
872 17    Q:  What is your work there?
872 18    A:  Well, for the UNCF, that is an
872 19    organization that's concerned with raising funds to
872 20    support historically black colleges.
872 21    Q:  How long have you been on that board?
872 22    A:  I've been on that board since the
872 23    early '90s, and I currently serve as chairman of
872 24    that. I just finished my first term.
872 25    Q:  You mentioned some of your public
873  1    service and community activities. What are your
873  2    principal community activities?
873  3    A:  Well, in terms of community
873  4    activities, I've been active in my church. Ever
873  5    since I've lived in New Jersey, I've been with the
873  6    same church. And also served on the Council for the
873  7    Boy Scouts of America in the county in which I live.
873  8    Q:  Have you served on any boards of
873  9    directors besides Merck?
873 10    A:  Yes. I serve currently on the board
873 11    of Microsoft and also on the board of General Mills.
873 12    Q:  I want to turn back to your tenure
873 13    with Merck. For what period of time did you hold
873 14    the position of CEO, President and Chairman of the
873 15    Board?
873 16    A:  I held that position until just a few
873 17    weeks ago when I handed over the reins to my
873 18    successor.
873 19    Q:  What were your responsibilities in
873 20    those positions?
873 21    A:  Well, as president and CEO and
873 22    chairman of the company is that I have been
873 23    responsible for setting the overall direction of the
873 24    company in terms of its strategy, ensuring that we
873 25    have the proper talent and the proper organizational
874  1    structure and processes in place to be successful in
874  2    implementing that strategy or fundamentally what the
874  3    mission of the company is, which is to discover
874  4    novel medicines, and to continue to ensure that
874  5    we're invested behind research and generate the
874  6    resources to do that.
874  7    Q:  Do you still hold a position with the
874  8    company today?
874  9    A:  Yes, I do. Currently I have a title
874 10    of special adviser to the executive committee of the
874 11    board of directors.
874 12    Q:  Did you step down from your prior
874 13    positions?

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

874 14    A:  Yes, I did.
874 15    Q:  Why was that?
874 16    A:  Well, we have a mandatory retirement
874 17    policy of 65, and I'm 64, so, I'm in my final year,
874 18    and because of that, the board and I have had a      **Re: [874:18-875:1]**
874 19    process underway to find a successor, to name a      **Pltf Obj** 401, 403.
874 20    successor.
874 21    Q:  Did you participate in that process?
874 22    A:  Yes, I did, although the board does
874 23    have the primary responsibility for that.
874 24    And we basically decided upon an
874 25    internal candidate, after looking outside as well,
875  1    Dick Clark, to be my successor.
875  2    Q:  What are your current
875  3    responsibilities?
875  4    A:  Well, the current responsibilities
875  5    are as special adviser to stay engaged in the
875  6    initiatives that we have around HIV-AIDS in the
875  7    developing world, the healthcare policy issues here
875  8    in the U.S.
875  9    Q:  Mr. Gilmartin, what is the mission of            **Re: [875:9-877:6]**
875 10    the Merck company?                                   **Pltf Obj** 403, 404.
875 11    A:  Our mission really is to discover
875 12    novel medicines, so, particularly in areas where
875 13    there are no treatments or the treatments aren't
875 14    adequate and treatments that would make a major
875 15    difference in people's lives either in quality of
875 16    life or saving lives.

876:21 -   876:23  Gilmartin, Raymond 2005-06-17
876 21    Q:  Are there any guiding principles that
876 22    the company uses in its efforts to carry out its
876 23    mission?

876:25 -   877:6  Gilmartin, Raymond 2005-06-17
876 25    THE WITNESS:  Yes. Basically, what
877  1    has been key to our success and what we use as our
877  2    guidepost is, first of all, that patients come
877  3    first; secondly, that we're committed to scientific
877  4    excellence; and finally, we're committed to
877  5    conducting ourselves to the highest standards of
877  6    ethics and integrity.

884:12 -   884:21  Gilmartin, Raymond 2005-06-17
884 12    Q:  Mr. Gilmartin, I would like to turn
884 13    to the Vioxx testing and approval at Merck. Was
884 14    that drug developed and brought to the market while
884 15    you were CEO of the company?
884 16    A:  Well, its development was completed,
884 17    and it was brought to the market while I was CEO of
884 18    the company, yes.
884 19    Q:  Did the guiding principles that you          **Re: [884:19-886:7]**
884 20    mentioned earlier in your testimony guide the    **Pltf Obj** 403, 404, 704.
884 21    company's efforts with respect to Vioxx?

884:24 -   885:1   Gilmartin, Raymond 2005-06-17

11/21/06 6:32PM

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

884 24   THE WITNESS:  Absolutely. The thing
884 25   is that this drug was -- took ten plus years to
885  1   develop, it required extensive testing.

885:13 -   885:15  Gilmartin, Raymond 2005-06-17
885 13   Q:  Mr. Gilmartin, can you explain to me
885 14   the principles that guided the company in developing
885 15   Vioxx?

885:17 -   886:7  Gilmartin, Raymond 2005-06-17
885 17   THE WITNESS:  Well, they are the
885 18   fundamental principles of the company, which are
885 19   basically patients first, commitment to scientific
885 20   excellence, which means rigorous science, and also a
885 21   commitment to the highest standards of ethics and
885 22   integrity. So, in carrying out that program, as we
885 23   do all programs, not just the Vioxx program, is that
885 24   in terms of patients, is to have a drug that's safe
885 25   and effective, and in order to demonstrate that to
886  1   ourselves and demonstrate that to the FDA and to
886  2   physicians who ultimately may want to prescribe it
886  3   requires extensive testing.
886  4   So, over a ten-year period, we had
886  5   something on the order of about 70 studies with
886  6   about 10,000 patients in them, and that was the
886  7   basis on which we applied for approval to the FDA.

886:11 -   886:13  Gilmartin, Raymond 2005-06-17
886 11   Q:  Can you tell me whether Merck
886 12   considered Vioxx to be, I think you mentioned the
886 13   term, 'novel medicine'?

886:15 -   887:12  Gilmartin, Raymond 2005-06-17
886 15   THE WITNESS:  Yes, it is novel
886 16   medicine in our definition. Novelty to us means
886 17   that it is based on new knowledge about a disease
886 18   pathway. In this case the new knowledge was about
886 19   the fact that if you inhibited something called a
886 20   COX-2 enzyme and inhibited only that, that you could
886 21   get a reduction in pain and also inflammation
886 22   associated with diseases such as osteoarthritis or
886 23   rheumatoid arthritis, and you could do that without
886 24   having as much impact on the stomach lining or GI
886 25   lining as other pain relievers do. So, that was the
887  1   novel aspect of it, that we could just inhibit this
887  2   one enzyme.
887  3   BY MR. BUTSWINKAS:
887  4   Q:  Why is the stomach problem a
887  5   significant issue?
887  6   A:  Well, the stomach problem is a very
887  7   significant issue because something on the order of
887  8   about 16 or 17,000 people die each year of
887  9   spontaneous bleeding. Many of them experience --
887 10   you know, have that without any warning signs. So,
887 11   this is a very serious side effect of the
887 12   traditional pain relievers.

Objections/Responses column:

Re: [886:16-887:2]
Pltf Obj 403, 601.

Re: [887:4-887:12]
Pltf Obj 601, 602, 701

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

887:21 -   889:21 Gilmartin, Raymond 2005-06-17

| | | |
|---|---|---|
| 887 21   Q:  How long was the development process | **Re: [887:21-887:25]** | |
| 887 22   of this drug? | **Pltf Obj** 403, cumulative | |
| 887 23   A:  Well, drugs take a long time to | | |
| 887 24   develop, and this particular one was about ten years | | |
| 887 25   or a little bit more than ten years. | | |
| 888  1   Q:  Would you give a general overview of | | |
| 888  2   the process for the jury? | | |
| 888  3   A:  Yes. For any drug that we discover | | |
| 888  4   and develop, there's a preclinical phase where you | | |
| 888  5   are really looking for compounds that are able to | | |
| 888  6   hit the target that you are trying to get at. So, | | |
| 888  7   for example, in this case we are trying to inhibit | | |
| 888  8   the COX-2 enzyme, and so therefore, the first phase | | |
| 888  9   of it is how do you have a compound that does that | | |
| 888 10   effectively but also isn't toxic. So, that requires | | |
| 888 11   extensive work and testing initially in animals to | | |
| 888 12   come up with a compound that is safe. | | |
| 888 13   But then the next phase is to go into | | |
| 888 14   what's called Phase I, which is in a number of | | |
| 888 15   healthy individuals, is to test the drug to see if | | |
| 888 16   you find any side effects. | | |
| 888 17   The next phase after that is called | | |
| 888 18   Phase II, in which it is a little larger trial, but | | |
| 888 19   in this case you are looking to determine whether or | | |
| 888 20   not the drug works as you expect it would, does it | | |
| 888 21   have efficacy, is it working, and also looking, once | | |
| 888 22   again, for any side effects. And also you are | | |
| 888 23   looking for what is the right dose level. It is | | |
| 888 24   called dose ranging studies. | | |
| 888 25   Then the third phase, which is a very | | |
| 889  1   large clinical trial, is then to demonstrate through | | |
| 889  2   this large trial that you do have an efficacious | | |
| 889  3   drug and what the safety profile of the drug is. | | |
| 889  4   And that's on that data, through | | |
| 889  5   those phases. And you are working with the FDA all | | |
| 889  6   along through this process in terms of the | | |
| 889  7   protocols. Then you submit to the FDA a new drug | | |
| 889  8   application for approval. | | |
| 889  9   Q:  When was this medicine approved? | | |
| 889 10   A:  This was approved in May of 1999. | | |
| 889 11   Q:  Before May of 1999, how many studies | | |
| 889 12   had Merck conducted with respect to this medicine? | | |
| 889 13   A:  Well, I think when you take them all | | |
| 889 14   together, it was something on the order of about | | |
| 889 15   close to 70 studies. | | |
| 889 16   Q:  How many patients? | | |
| 889 17   A:  And it would involve something on the | | |
| 889 18   order of 10,000 patients. It was a very big study, | | |
| 889 19   one of the largest studies, I think, compared to how | | |
| 889 20   most drugs are developed and how many patients are | | |
| 889 21   in these trials. | | |

890:1   -   890:13 Gilmartin, Raymond 2005-06-17

| | | |
|---|---|---|
| 890  1   Q:  Who conducts these studies? | | |

11/21/06 6:32PM

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|
| 890  2  A: These studies are done by clinical<br>890  3  investigators, many in the U.S., but also around the<br>890  4  world, that we select. We submit the names of these<br>890  5  clinical investigators to the FDA for their review.<br>890  6  Q: Are the people that conduct the<br>890  7  studies, these clinical investigators, are they<br>890  8  Merck employees?<br>890  9  A: They are not Merck employees. No,<br>890 10  they are independent.<br>890 11  Q: Are the results of all these studies<br>890 12  submitted to the FDA?<br>890 13  A: Yes. | **Re: [890:9-890:10]**<br>**Pltf Obj** "No, they are<br>independent";403 | |
| 890:15 -  890:18  Gilmartin, Raymond 2005-06-17<br>890 15  THE WITNESS: This is an important<br>890 16  part of the process, every study that you do, every<br>890 17  study that we do, and we submit that data to the<br>890 18  FDA. | **Re: [890:15-890:18]**<br>**Pltf Obj** 403 | |
| 890:20 -  890:22  Gilmartin, Raymond 2005-06-17<br>890 20  Q: Did these studies show whether or not<br>890 21  Vioxx as a medicine posed a cardiovascular threat or<br>890 22  not? | **Re: [890:20-891:5]**<br>**Pltf Obj** 701 | |
| 890:24 -  891:5  Gilmartin, Raymond 2005-06-17<br>890 24  THE WITNESS: We didn't see an<br>890 25  indication of that. We had extensive studies<br>891  1  against placebo or sugar pills. We had studies<br>891  2  against other NSAIDs, as they are called,<br>891  3  nonsteroidal anti-inflammatory drugs, and through<br>891  4  these extensive studies we did not see that there<br>891  5  was a risk of cardiovascular events. | | |
| 891:9 -  891:11  Gilmartin, Raymond 2005-06-17<br>891  9  Q: Did Merck evaluate cardiovascular<br>891 10  risk in these studies before the medicine went on<br>891 11  the market? | | |
| 891:13 -  891:19  Gilmartin, Raymond 2005-06-17<br>891 13  THE WITNESS: Yes, we did. In terms<br>891 14  of the standard protocol that you follow, you are<br>891 15  monitoring for any side effects or adverse events,<br>891 16  that as part of that standard protocol, you are also<br>891 17  looking for cardiovascular events as well.<br>891 18  BY MR. BUTSWINKAS:<br>891 19  Q: What did Merck's evaluation show? | | |
| 891:21 -  891:25  Gilmartin, Raymond 2005-06-17<br>891 21  THE WITNESS: Putting all of our<br>891 22  studies together and looking at the data against<br>891 23  placebo, against other drugs, other NSAIDs like<br>891 24  ibuprofen, we saw no difference in cardiovascular<br>891 25  events between Vioxx and those other agents. | | |
| 892:2 -  893:23  Gilmartin, Raymond 2005-06-17<br>892  2  Q: After the medicine went on the | | |

11/21/06 6:32PM

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

892  3   market, did Merck stop or continue to consider
892  4   cardiovascular risk?
892  5   A:  We continued to consider
892  6   cardiovascular risk.
892  7   Q:  What did Merck do?
892  8   A:  Well, in 1998, and then implemented
892  9   in 1999, we specified a protocol specifically for
892 10   looking at cardiovascular risk --
892 11   Q:  What do you mean 'protocol'?
892 12   A:  -- for studies.
892 13   Well, it was basically, at the outset
892 14   of the study, defining what we were looking at of
892 15   cardiovascular events to ensure that we would pick
892 16   up anything, any kind of signal of an issue with the
892 17   drug.
892 18   Q:  What did that evaluation show?
892 19   A:  Well, we applied that to studies.
892 20   So, the next study in which that was applied was
892 21   what was called the VIGOR study, which was a study
892 22   that we undertook to demonstrate one of the original
892 23   reasons of developing the drug is that we could
892 24   actually prove it through an outcomes study that we
892 25   could reduce serious GI bleeds.
893  1   Q:  How many patients were in the VIGOR
893  2   study?
893  3   A:  I think it was about 8,000 patients,
893  4   and so you would have 4,000 in each arm, as it says,
893  5   one with Vioxx, and then we were comparing it
893  6   against naproxen in the other arm.
893  7   Q:  When did the results of that study
893  8   become available to the company?
893  9   A:  That became available in March of
893 10   2000
893 11   Q:  What were the results?
893 12   A:  Well, first of all, we did
893 13   demonstrate that we could reduce GI, serious GI
893 14   events such as GI bleeds, perforations and ulcers by
893 15   over 50 percent, which was, you know, a very
893 16   positive outcome. But we also in those results saw
893 17   a disparity or a difference between cardiovascular
893 18   events between Vioxx and naproxen. So, then it
893 19   became a question of does Vioxx have a higher rate
893 20   of cardiovascular events or did naproxen have a
893 21   lower rate of cardiovascular events.
893 22   Q:  Did Merck provide the results of the
893 23   VIGOR study to the Food & Drug Administration?

893:25 -   895:1   Gilmartin, Raymond 2005-06-17
893 25   THE WITNESS:  Yes, we did. In March,
894  1   when we got these results, we issued a press release
894  2   to the general public and also submitted the
894  3   preliminary data in March to the FDA. Then we
894  4   submitted final data to the FDA in the following
894  5   June of 2000.
894  6   BY MR. BUTSWINKAS:
894  7   Q:  How did you first learn about the

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

894  8   results of the VIGOR study?
894  9   A:  I can't remember the exact setting or
894 10   circumstances, but our head of research, our
894 11   president of Merck Research Laboratories, Dr. Ed
894 12   Scolnick, called me to tell me about these results,
894 13   both the fact that we had shown we could reduce GI
894 14   events, but also to inform me that we also saw this
894 15   disparity between Vioxx and naproxen as far as
894 16   cardiovascular events as well.
894 17   Q:  What were Dr. Scolnick's
894 18   responsibilities at the company?
894 19   A:  Dr. Scolnick was president of Merck
894 20   Research Laboratories, which in a sense made him,
894 21   and since he's an M.D., the head physician, as well
894 22   as the lead scientist or the senior scientist in the
894 23   company. And he oversaw all of the Merck research
894 24   activities.
894 25   Q:  Can you tell the jury whether or not

**Re: [894:25-895:15]**
**Pltf Obj** 401, 403, 404.

895  1   you felt comfortable relying on Dr. Scolnick?

895:3  -  895:15 Gilmartin, Raymond 2005-06-17
895  3   THE WITNESS:  I felt very comfortable
895  4   relying on Dr. Scolnick, and for a number of
895  5   reasons.
895  6   One, he is clearly recognized as an
895  7   outstanding scientist; and secondly, all the
895  8   experience that I had with Dr. Scolnick in terms of,
895  9   not only around Vioxx, but also with other drugs,
895 10   his total commitment as a physician to patient
895 11   safety. Also on top of that, Ed is a very
895 12   passionate and very dedicated and relentless
895 13   scientist and physician in terms of, you know,
895 14   always driving for collecting the data and driving
895 15   for answers and what's the truth here.

896:11  -  897:8  Gilmartin, Raymond 2005-06-17
896 11   Q:  What was the conclusion?
896 12   A:  The conclusion was that because of
896 13   the anti-platelet effect of naproxen, which is an
896 14   aspirin-like effect, combined with the fact that we
896 15   hadn't seen any difference between Vioxx and placebo
896 16   against sugar pills in terms of cardiovascular
896 17   events, the conclusion was that naproxen in this
896 18   study had a lower rate of cardiovascular events.
896 19   Q:  Do you know what the basis of that

**Re: [896:19-897:22]**
**Pltf Obj** 701

896 20   conclusion was?
896 21   A:  Yes. Well, first of all, the
896 22   significant event we did as soon as possible was to
896 23   unblind two Alzheimer's studies that we had
896 24   underway, two studies of Vioxx to see if we could
896 25   delay or prevent Alzheimer's. It was important to
897  1   look at those studies because it was Vioxx against
897  2   placebo or Vioxx against a sugar pill. And we
897  3   looked at those studies, we saw no difference in
897  4   cardiovascular events between Vioxx and the sugar
897  5   pills or placebo. Scientists also went back and

|  | Objections/Responses In Dedrick | Rulings |
|---|---|---|

897 6    looked at all the data we had from all our previous
897 7    studies as well --
897 8    Q:  What did that show?

897:11 -    897:22  Gilmartin, Raymond 2005-06-17
897 11    THE WITNESS:  -- to look at that.
897 12    BY MR. BUTSWINKAS:
897 13    Q:  What did that show?
897 14    A:  That showed no difference either.
897 15    And so given this large body of data that we had
897 16    against other NSAIDs like ibuprofen, diclofenac,
897 17    against sugar pills where we saw no difference in
897 18    cardiovascular events, and given the fact that
897 19    naproxen is known to have antiplatelet or
897 20    aspirin-like effect, that the best scientific
897 21    explanation in the study was that naproxen had a
897 22    lower rate of cardiovascular events.

898:1 -    898:5   Gilmartin, Raymond 2005-06-17
898 1    Q:  So, at the time of the VIGOR study
898 2    and this analysis that you described, did you
898 3    believe that Vioxx increased the risk of heart
898 4    attacks or strokes?
898 5    A:  No, I did not believe that.

898:8 -    898:14  Gilmartin, Raymond 2005-06-17
898 8    Q:  Why not?
898 9    A:  Well, we had all this extensive data
898 10    against placebo, and we had all this extensive data
898 11    against other NSAIDs other than naproxen that showed
898 12    no differences.
898 13    Q:  Mr. Gilmartin, did Merck make an
898 14    attempt to hide the results of the VIGOR study?

898:16 -    899:4   Gilmartin, Raymond 2005-06-17
898 16    THE WITNESS:  No, absolutely not. As
898 17    soon as we had these results in March, during the
898 18    month of March, we undertook a number of things to
898 19    disclose these results. First of all, we issued a
898 20    press release. We submitted this data, the
898 21    preliminary data to the FDA within the same month.
898 22    We submitted the final data to them the following
898 23    June, this is in 2000 I'm talking about. We also
898 24    submitted the data to a medical journal, the New
898 25    England Journal of Medicine. That was published in
899 1    the fall of 2000. So, the results of the VIGOR
899 2    study were widely disclosed to other scientists, to
899 3    physicians, and to the public at large through the
899 4    press release.

904:9 -    904:10  Gilmartin, Raymond 2005-06-17
904 9    Q:  Were the results of the VIGOR study
904 10    ever included in the label for the Vioxx medicine?

904:12 -    904:14  Gilmartin, Raymond 2005-06-17
904 12    THE WITNESS:  Yes. The results were

| | Objections/Responses<br>In Dedrick | Rulings |
|---|---|---|

904 13    included in the label in 2002, in April of 2002 is
904 14    when they were included.

904:16 -    907:7    Gilmartin, Raymond 2005-06-17

904 16    Q:  Once that happened, did Merck stop or
904 17    continue to evaluate and study the medicine?
904 18    A:  No. We continued to study the
904 19    medicine in that we continued to look at the value
904 20    of Vioxx in other indications such as prevention of
904 21    cancer. And we also decided, given the questions
904 22    that had been raised about cardiovascular events, to
904 23    also study specifically whether or not there was an
904 24    increase of cardiovascular events in addition to all
904 25    of the other data that we already had.
905  1    Q:  What did the company do in that
905  2    regard?
905  3    A:  Well, after looking at a variety of
905  4    ways of answering the question, is there an
905  5    increased risk of cardiovascular events, finally
905  6    decided upon a protocol that we also discussed with
905  7    the FDA in which we took three studies that were
905  8    either already underway or about to get underway and
905  9    prespecified them to look for cardiovascular risk.
905 10    After evaluating a variety of ways of doing it, this
905 11    was an equally valid way than anything else in terms
905 12    of answering that question. It also had the added
905 13    advantage for the fact that one of the trials that
905 14    we were including in this, which would be very large
905 15    in terms of numbers of patients, one of the trials
905 16    called APPROVe had already started in February of
905 17    2000 before we even had -- the month before we even
905 18    had the VIGOR results. So, therefore, the advantage
905 19    of using this approach is that given a long-term
905 20    study, that we could answer the question, you know,
905 21    and have the data in about the shortest possible
905 22    time.
905 23    Q:  What was the name of that study that
905 24    had begun in February of 2000?
905 25    A:  The name of the study that began in
906  1    February of 2000 was a study called APPROVe.
906  2    Q:  What was that study about?
906  3    A:  That study was designed to see if we
906  4    could prevent the recurrence of colon polyps, which
906  5    would be precursors to colon cancer.
906  6    Q:  Did you learn anything about that
906  7    issue?
906  8    A:  Yes. As a matter of fact,
906  9    subsequently we learned and had published or not
906 10    published, but have basically put in the public
906 11    domain that we actually did reduce colon polyps by
906 12    about 25 percent or so. So, it did achieve the
906 13    benefit that we were looking for.
906 14    Q:  When did you learn any other results
906 15    of the APPROVe study?
906 16    A:  Well, the other results of the
906 17    APPROVe study were the fact that we did have an

| | | Objections/Responses In Dedrick | Rulings |
|---|---|---|---|

906 18    increased risk of cardiovascular events against
906 19    placebo.
906 20    Q:  When did you learn that?
906 21    A:  I learned of that when Dr. Peter Kim
906 22    called me on September 24th of 2004, it was a
906 23    Friday, it was about midday, in which he told me
906 24    that we had received a call from our outside
906 25    investigators on the APPROVe trial, who recommended
907  1    that we discontinue the trial because they had seen
907  2    an increased rate of cardiovascular events in the
907  3    trial. And he had received the data, and he and his
907  4    other scientists had reviewed the data that morning,
907  5    and although they couldn't answer the question
907  6    definitively, as far as what they saw at that point,
907  7    they saw that the issue was real.

908:21 -    909:8    Gilmartin, Raymond 2005-06-17
908 21    Q:  What did you tell Dr. Kim to do when
908 22    he reported these results from the APPROVe study to
908 23    you?
908 24    A:  Well, what I said to him right away
908 25    was, Peter, whatever decision we make here is going
909  1    to be based on the science and what's in the best        **Re: [909:1-909:6]**
909  2    interests of the patients. So, as you look at this      **Pltf Obj** 404, 404
909  3    data and as we think about what to do, don't worry
909  4    about that. Just think about that. We're going to
909  5    make the decision in the best interests of the
909  6    patient.
909  7    Q:  Was it obvious that you needed to
909  8    withdraw the drug from the market?

909:10 -    910:24    Gilmartin, Raymond 2005-06-17
909 10    THE WITNESS:  No, it was not obvious.
909 11    BY MR. BUTSWINKAS:
909 12    Q:  Why not?
909 13    A:  Well, first of all, over the course
909 14    of the weekend, after we looked at all of this data,
909 15    we, or I should say specifically Dr. Kim and his
909 16    scientists consulted with outside people, outside
909 17    experts in the field, and we really -- about given
909 18    we have this data, what should we do, what should be
909 19    our next step, and it really fell into three
909 20    different groups.
909 21    One group said that, given what Merck        **Re: [909:21-910:9]**
909 22    is all about and what your commitment to patient    **Pltf Obj** 801
909 23    safety is, we recommend you withdraw the drug.
909 24    There was another group, though, that
909 25    said, look, this is an important drug, and it
910  1    helps -- it is benefiting a lot of people, we
910  2    recommend that what you do is you go to the FDA with
910  3    this new data, get the label changed, which lays all
910  4    this out about the fact that you've seen the
910  5    difference, but keep the drug on the market.
910  6    And the third group said, this is
910  7    really very difficult, and we don't really have a
910  8    recommendation, we're not sure what you should do

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

910 9      going forward.
910 10     Q:  Did Dr. Kim make a recommendation to
910 11     you?
910 12     A:  Yes. So, when Dr. Kim came to see me
910 13     on Monday with all of this information, he
910 14     recommended to me that we voluntarily withdraw the
910 15     drug, but he was very clear at the time they made
910 16     that recommendation that we were under no obligation
910 17     to do that, that they believed at MRL that it would
910 18     be possible, MRL being Merck Research Laboratories,
910 19     that it would be possible to go to the FDA and ask
910 20     for a label revision and still be able to keep the
910 21     drug on the market. But his recommendation was that
910 22     we voluntarily withdraw the drug, which is a pretty          **Re: [910:22-910:24]**
910 23     conservative approach and consistent with what we           **Pltf Obj** 403, 404, 801.
910 24     are about as a company.

911:3  -   913:11  Gilmartin, Raymond 2005-06-17
911 3      Q:  What was your conclusion and why?
911 4      A:  My conclusion was that we should
911 5      voluntarily withdraw the drug.
911 6      Q:  Why did you conclude that?
911 7      A:  And I concluded that, and the
911 8      recommendation was based on the fact that we had
911 9      identified a known risk with the drug that, although
911 10     the risk was small, it was still a risk, where the
911 11     incidence was small, and, therefore, at the time,
911 12     given the data that we had, we believed there were
911 13     alternative therapies available, and so, therefore
911 14     in the overall interest of patients in terms of
911 15     patient safety, that the best course of action, the
911 16     most responsible course of action, was to
911 17     voluntarily withdraw the drug. So, that's how we
911 18     made that decision.
911 19     Q:  Mr. Gilmartin, who made the final
911 20     decision to withdraw this medicine from the market?
911 21     A:  I made the final decision. It was my
911 22     decision.
911 23     Q:  Did the FDA force you to withdraw                        **Re: [911:23-912:6]**
911 24     this medicine?                                               **Pltf Obj** 401, 403, 404.
911 25     A:  No, they did not. We made -- and in
912 1      terms of the sequence of events, we made this
912 2      decision on a Monday afternoon. We discussed it
912 3      with our board of directors on Tuesday, this is the
912 4      regularly scheduled board meeting just by chance,
912 5      and we also informed the FDA of our decision on
912 6      Tuesday afternoon as well.
912 7      Q:  Can you explain to the jury how Merck                    **Re: [912:7-913:8]**
912 8      implemented its decision to withdraw this medicine          **Pltf Obj** 401.
912 9      from the market?
912 10     A:  Yes. Well, first of all, we got the
912 11     information from the outside investigators on a
912 12     Thursday evening. On Friday, the 24th, Peter Kim
912 13     informed me about the fact that we had a
912 14     recommendation to voluntarily -- to stop the trial.
912 15     We consulted with others over the weekend. We

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

912 16   looked at more data. We made a decision on that
912 17   Monday, the following Monday, to voluntarily
912 18   withdraw the drug. We informed the FDA on Tuesday.
912 19   On Wednesday we prepared for a press conference on
912 20   Thursday morning in which we announced the voluntary
912 21   withdrawal of the drug. During that Wednesday, we
912 22   also prepared as to how we would inform physicians
912 23   and also how we would be able to respond to patient
912 24   questions about the drug as well. So, from
912 25   basically Friday, when we had the data, we moved
913 1    quickly to Thursday morning, the following Thursday
913 2    morning, to voluntarily withdraw the drug.
913 3    Q: What did Merck tell physicians and
913 4    patients?
913 5    A: What we told physicians and patients,
913 6    first of all is, that we had this finding and that
913 7    they should discontinue the use of the drug and seek
913 8    alternative therapies.
913 9    Q: Up until that time, did you have a
913 10   view about the safety of the medicine?
913 11   A: Yes.

913:13 -   914:5  Gilmartin, Raymond 2005-06-17
913 13   THE WITNESS: Yes. Up until that
913 14   time, because as this was totally unexpected because
913 15   of all of this extensive data that we had in which
913 16   we had not seen any difference in cardiovascular
913 17   risk against placebo, against other NSAIDs other
913 18   than that naproxen study, that, you know, this was
913 19   totally unexpected. And what was unusual about this
913 20   particular study, the APPROVe trial, is the fact
913 21   that for 18 months of continuous use, there was
913 22   still no difference in cardiovascular events or risk
913 23   against placebo, which was consistent with all the
913 24   data that we had. So, we had this unusual outcome
913 25   of this separation of the curves which didn't, once
914 1    again, until after 30 months of continuous use,
914 2    become statistically significant. So, this was
914 3    totally unexpected. So, we took, I think, the right
914 4    course, conservative course in voluntarily
914 5    withdrawing the drug.

914:9 -   914:12  Gilmartin, Raymond 2005-06-17
914 9    Q: Did you or anybody in your family
914 10   ever take Vioxx?
914 11   A: Yes. My wife was using Vioxx up
914 12   until the time that we withdrew it.

**Re: [914:9-914:12]**
**Pltf Obj** Subject of MIL;
401, 402, 403

914:13 -   915:10  Gilmartin, Raymond 2005-06-17
914 13   Q: Has there been any additional review
914 14   of the data surrounding this medicine since your
914 15   decision to withdraw it from the market?
914 16   A: Yes. Subsequent to our decision to
914 17   voluntarily withdraw the drug, the FDA then convened
914 18   an advisory panel or committee to look at the data
914 19   of all the drugs in the class, all the COX-2s.

**Re: [914:13-915:10]**
**Pltf Obj** 401, 403, 801.

11/21/06 6:32PM

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

914 20   Q:  What is an advisory panel?
914 21   A:  An advisory panel is made up of
914 22   experts, of physicians and scientists who have
914 23   experience in the field, in this case, of either
914 24   cardiovascular disease or also rheumatoid arthritis,
914 25   osteoarthritis. So, it would be a panel of experts
915  1   that would be assembled to consider the data. So,
915  2   this is a session in which all of the data from each
915  3   of the drugs in the class, the other two, Bextra and
915  4   Celebrex, were also presented as well.
915  5   Q:  So --
915  6   A:  So, the FDA undertook a thorough
915  7   review of the entire class based on the fact that we
915  8   had this APPROVe trial, had this new finding, and
915  9   they started the process of determining what is
915 10   happening here.

916:13 -   916:24  Gilmartin, Raymond 2005-06-17
916 13   BY MR. BUTSWINKAS:
916 14   Q:  Is that something that Merck would
916 15   consider?
916 16   A:  Yes. I mean, we haven't made any
916 17   decisions about that, but we are in discussions with
916 18   the FDA at this time as to whether or not the drug
916 19   should be brought back and under what circumstances
916 20   it should be brought back.
916 21   Q:  Mr. Gilmartin, I just have a couple
916 22   more questions for you.
916 23   Did Merck race Vioxx to market for
916 24   profits and disregard patient safety?

917:1   -   918:6   Gilmartin, Raymond 2005-06-17
917  1   THE WITNESS:  Absolutely not.
917  2   BY MR. BUTSWINKAS:
917  3   Q:  How can you say that?                    **Re: [917:3-918:6]**
917  4   A:  Well, first of all, we studied the        **Pltf Obj** 403, 404, 704.
917  5   drug for ten years with a large number of clinical
917  6   trials, as I said before, close to 70 trials, we had
917  7   large numbers of patients in this trial, around
917  8   10,000 patients, so, the drug was studied
917  9   extensively.
917 10   Secondly, you know, our success as a
917 11   company depends upon our credibility with physicians
917 12   and with regulators, and frankly, credibility with
917 13   our own people in terms of are we doing the right
917 14   thing. So, therefore, we have never and would never
917 15   do anything to compromise that credibility, which is
917 16   based on the fact that we are concerned about
917 17   patients, we put patients first, we study our drugs
917 18   extensively, we disclose the information about it,
917 19   and, you know, this is a long-term business. It
917 20   takes a long time to discover a drug. We've
917 21   discovered many drugs in the past. We've introduced
917 22   17 or 18 new medicines and vaccines in a five-year
917 23   period from '95 through 2000 along with Vioxx, and
917 24   we have a number of important drugs in our pipeline

| | Objections/Responses In Dedrick | Rulings |
|---|---|---|

917 25   going forward. So, we're not -- the success of our
918  1   company is based on our behavior in terms of looking
918  2   for the long-term and putting patients first. And
918  3   our reputation, our credibility is very important to
918  4   our success, and we are not going to do anything and
918  5   we have not done anything to compromise that
918  6   credibility.

918:10 -   920:4   Gilmartin, Raymond 2005-06-17

918 10   Q:  Do you personally, Mr. Gilmartin,
918 11   stand behind the decisions that Merck made, the
918 12   important decisions with respect to this medicine?
918 13   A:  Absolutely. I mean, you know, if I
918 14   look back over all the events that occurred and the
918 15   major decisions that were made along the way here,
918 16   first of all, in terms of how to study the drug and
918 17   to study the drug extensively in terms of the large
918 18   number of studies that we did, the large number of
918 19   patients that were in it, in fact, compared to most
918 20   drugs, 10,000 patients -- that are under
918 21   development, 10,000 patients is a very large number
918 22   of people to study the drug in.
918 23   Secondly, we continued to monitor the
918 24   drug in terms of its safety profile. And when we
918 25   had data, new data about the drug, we disclosed that
919  1   data to the public, to physicians, to scientists,
919  2   and we continue to study the drug.
919  3   Finally, when we found out something
919  4   new, when we had this unexpected result for the
919  5   first time seeing an increased rate of
919  6   cardiovascular events against placebo as in the
919  7   APPROVe trial, that even though the number of
919  8   incidents were small, and that's what the FDA said
919  9   in their press release on the day we announced the
919 10   voluntary withdrawal, we took the conservative
919 11   course. And based on the information we had at the
919 12   time, we said we have a known risk, there are other
919 13   alternative therapies available, we believed, and,
919 14   therefore, in the overall interests of patient
919 15   safety, we're going to voluntarily withdraw the
919 16   drug.
919 17   We're now in a circumstance where new
919 18   information has come available about the other drugs
919 19   in the class and about pain relievers in general,
919 20   and we find ourselves in the circumstance where we
919 21   apparently do not have a unique risk, that all the
919 22   other drugs have a risk of cardiovascular events,
919 23   but we do have a unique benefit, because the VIGOR
919 24   trial did show, and we're the only drug that has
919 25   shown that we can reduce serious GI bleeds. So, for
920  1   the same reason, in the interest of patient safety,
920  2   we're talking to the FDA about whether or not we
920  3   should bring Vioxx back to the market, although at
920  4   this point no decision has been made.

**Re: [918:10-920:4]**
**Pltf Obj** 401, 403, 404.