UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 SECTION L |
| This document relates to | * * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | **MERCK'S COVER MEMORANDUM FOR DR. DAVID GRAHAM** |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:05cv2524 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Merck calls the Court's attention to the issue that Merck addressed with the Court in the *Dedrick* pre-trial conference on November 21, 2006 regarding Plaintiff's designations for Dr. David Graham.

Specifically, objects to Dr. Graham's testimony regarding estimates of 88,000-140,000 excess events caused by Vioxx should be excluded from this case on Rule 403 grounds. (*See* 143:3 - 144:18; 152:21-153:13; 204:13-205:6; 463:2-463:18). However, as Merck highlighted for the Court at the Pretrial conference, should the Court be inclined to allow this expansive testimony (as it did in *Smith*), Merck should also be allowed to cross Dr. Graham on the internal FDA emails that go to Dr. Graham's credibility. *See* 313:5-319:7; 325:24 – 333:6; 339:4-23. The Court allowed this testimony in *Smith*.

In *Mason*, the Court allowed testimony on two of these documents, overruling Plaintiff's objections. However, given that Plaintiff decided <u>not</u> to designate any testimony about the objectionable excess events, the Court sustained Plaintiff's objection to two additional emails. Here, Plaintiff's designations <u>do</u> include this excess events testimony (and, in fact, are more expansive than in any trial thus far). If the Court allows the testimony about his estimation of 88,000-140,000 excess deaths and incidents of serious coronary heart disease that Dr. Graham attributes to Vioxx, it is critical that Merck be able to challenge Dr. Graham's credibility and conclusions with the FDA internal emails, just as the Court allowed in *Smith*.

* * *

Counsel for the Plaintiff and Dr. Graham both made several additional statements that should be excluded from this case on Rule 403 grounds:

- **118:18 – 120: 12 (95 bullets testimony)**-- Merck requests the Court re-adopt its ruling in *Barnett* and sustain Merck's objection to Dr. Graham's testimony analogizing Vioxx to a loaded gun and the FDA's use of standard confidence levels in its risk-benefit analysis to a game of Russian Roulette:

   A: [L]et's play Russian roulette. Now, we're going to put 95 bullets in the gun, so we are 95 percent certain that this drug causes whatever adverse reaction we're talking about. Let's just say this drug causes liver failure. This drug causes heart attacks. We're 95 percent certain.

   Q: That's the current test?

   A: Right. So, we put 95 bullets in, and we play Russian roulette. And at that point, the FDA says, we believe you, the gun is loaded, the drug isn't safe. Let's take five bullets out of the chamber. Now we have 90 bullets in the chamber. So there's only 90 percent chance that when I pull the trigger, a bullet is going to come out of the gun. FDA says the gun is not loaded. (Deposition of David Graham, M.D. at 119:1-23.)

- **120:18-124:23** – Prejudicial cartoons by Dr. Graham making fun of the FDA and the pharmaceutical industry (referencing fox, henhouses, screaming at lifeguards).

Merck's additional objections relate to testimony where (i) the Court has previously sustained Merck's objection, or (ii) where Plaintiff has never designated the testimony before in any case.

Dated: November 22, 2006

Respectfully submitted,

*/s/ Carrie Jablonski*

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

3

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co.'s COVER MEMORANDUM FOR DR. DAVID GRAHAM has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, on Plaintiff's counsel Andy Birchfield, Jr. by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of November, 2006.

/s/ *Dorothy H. Wimberly*

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel