UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF FILING JOINT DEPOSITION DESIGNATIONS OF NON CASE-SPECIFIC WITNESSES

Plaintiff and Defendant hereby submit the following joint transcripts of deposition testimony for the following case-specific witnesses for the Court's consideration and pre-trial rulings:

1. Plaintiff's and Defendant's Designations of Jan Weiner with Objections and Responses (Ex. "A");

2. Plaintiff's and Defendant's Designations of Ned Braunstein, M.D. with Objections and Responses (Ex. "B");

3. Plaintiff's and Defendant's Designations of J. Martin Carroll. with Objections and Responses (Ex. "C");

1

4. Plaintiff's and Defendant's Designations of Stephen E. Epstein, M.D. with Objections and Responses (Ex. "D"); and

5. Plaintiff's and Defendant's Designations of David Graham, M.D. with Objections and Responses (Ex. "E").

Both Plaintiff and Defendant reserve the right to supplement these designations. Moreover, both Plaintiff and Defendant reserve the right to offer any deposition testimony of any of the above-mentioned witness's designated by the other party. Both parties reserve the right to withdraw any testimony designated herein.

Respectfully submitted this **24th** of November, 2006.

| | |
|---|---|
| _____ | _/s/ P. Leigh O'Dell_____ |
| Philip S. Beck | **ANDY BIRCHFIELD** |
| Mark S. Ouweleen | P. LEIGH O'DELL |
| Carrie A. Jablonski | Attorney for Plaintiff |
| BARLIT BECK MERMAN PALENCHAR & SCOTT LLP | *BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.* |
| 54 W. Hubbard Street, Suite 300 | 234 Commerce Street |
| Chicago, IL 60610 | Post Office Box 4160 |
| Phone: 312-494-4400 | Montgomery, Alabama 36103 |
| Fax: 312-494-4440 | (334) 269-2343 telephone |
| | (334) 954-7555 facsimile |
| **Attorney's for Defendant** | **Attorney's for Plaintiff** |