# Exhibit B

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Ned Braunstein, M.D.

| Designated Testimony of Ned Braunstein, M.D. | | | Objections | Ruling in Barnett |
|---|---|---|---|---|
| Plaintiff = Red<br>Defendant = Blue | | | | |
| **16:23 - 17:7** | | Braunstein, Ned 2006-07-18    00:00:12 | | |
| | 16: 23 | Q.  Would you please state your | | |
| | 16: 24 | full name for the record. | | |
| | 17: 1 | A.  Ned Stephen Braunstein. | | |
| | 17: 2 | Q.  Are you currently employed, | | |
| | 17: 3 | Dr. Braunstein? | | |
| | 17: 4 | A.  Yes. | | |
| | 17: 5 | Q.  By whom are you employed? | | |
| | 17: 6 | A.  I'm employed by Merck & | | |
| | 17: 7 | Company. | | |
| **17:13 - 17:14** | | Braunstein, Ned 2006-07-18    00:00:02 | | |
| | 17: 13 | Q.  What's your current position | | |
| | 17: 14 | at Merck? | | |
| **17:15 - 17:19** | | Braunstein, Ned 2006-07-18    00:00:08 | | |
| | 17: 15 | A.  I'm executive director, | | |
| | 17: 16 | medical and scientific E-communications. | | |
| | 17: 17 | Q.  How long have you been doing | | |
| | 17: 18 | that? | | |
| | 17: 19 | A.  About a month. | | |
| **20:5 - 21:23** | | Braunstein, Ned 2006-07-18    00:02:18 | | |
| | 20: 5 | Now, you gave me your | | |
| | 20: 6 | current position.  Could you just briefly | | |
| | 20: 7 | recount for me your educational and | | |
| | 20: 8 | professional background since you | | |
| | 20: 9 | graduated from high school. | | |
| | 20: 10 | A.  Sure.  I was accepted from | | |
| | 20: 11 | high school into the six-year honors | | |
| | 20: 12 | program in medical education at | | |
| | 20: 13 | Northwestern University.  So, that means | | |
| | 20: 14 | that from high school I was accepted both | | |
| | 20: 15 | to undergraduate and to medical school. | | |
| | 20: 16 | I completed my undergraduate and medical | | |
| | 20: 17 | education in six years in 1980. | | |
| | 20: 18 | From my medical education, I | | |
| | 20: 19 | then went to Columbia Presbyterian | | |
| | 20: 20 | Hospital in New York, which is the major | | |
| | 20: 21 | teaching hospital of Columbia University, | | |
| | 20: 22 | and there I did an internal medicine | | |
| | 20: 23 | internship and residency and also | | |
| | 20: 24 | clinical rheumatology fellowship. | | |
| | 21: 1 | After completing my clinical | | |
| | 21: 2 | training in medicine, in internal | | |
| | 21: 3 | medicine and rheumatology, I then went to | | |
| | 21: 4 | the National Institutes of Health where I | | |
| | 21: 5 | did a postdoctoral fellowship in research | | |
| | 21: 6 | immunology, both immunology and molecular | | |
| | 21: 7 | biology.  There I spent four years. | | |
| | 21: 8 | Q.  When was that? | | |
| | 21: 9 | A.  In 1983 through 1987. | | |
| | 21: 10 | And after completing my | | |
| | 21: 11 | internal medicine -- I'm sorry. | | |
| | 21: 12 | After completing my | | |
| | 21: 13 | postdoctoral training, I then obtained an | | |
| | 21: 14 | assistant professorship at Columbia | | |
| | 21: 15 | University, and I was faculty at Columbia | | |
| | 21: 16 | University, first as an assistant | | |
| | 21: 17 | professor, and then promoted to associate | | |
| | 21: 18 | professor around 1995. | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Ned Braunstein, M.D.

| Designated Testimony of Ned Braunstein, M.D. | | | | Objections | Ruling in Barnett |
|---|---|---|---|---|---|
| | 21: 19 | | And after that, I joined | | |
| | 21: 20 | | Merck in 1999, first as a director in the | | |
| | 21: 21 | | editing and labeling group, was then -- | | |
| | 21: 22 | | accepted a position in the regulatory | | |
| | 21: 23 | | affairs department. | | |
| **21:24** | **- 21:24** | Braunstein, Ned 2006-07-18 | | 00:00:04 | |
| | 21: 24 | Q.  Can you give me dates here? | | | |
| **22:18** | **- 23:15** | Braunstein, Ned 2006-07-18 | | 00:01:16 | |
| | 22: 18 | A.  Right.  I joined Merck in | | | |
| | 22: 19 | | 1999 as director of editing and labeling. | | |
| | 22: 20 | | I remained in that department until | | |
| | 22: 21 | | approximately the end of 2001.  In the | | |
| | 22: 22 | | fall of 2001 I began a transition when I | | |
| | 22: 23 | | was both in that department and in the | | |
| | 22: 24 | | domestic regulatory affairs department. | | |
| | 23: 1 | | That's the department that has | | |
| | 23: 2 | | responsibility for interacting with the | | |
| | 23: 3 | | FDA.  I remained in the regulatory | | |
| | 23: 4 | | affairs group, both doing domestic and | | |
| | 23: 5 | | then also global regulatory affairs at | | |
| | 23: 6 | | times and was promoted to a senior | | |
| | 23: 7 | | director in approximately August of 2002. | | |
| | 23: 8 | | In -- I remained in that | | |
| | 23: 9 | | group until 2004, when I took a new | | |
| | 23: 10 | | assignment as the head of a new group, | | |
| | 23: 11 | | the special projects group, and remained | | |
| | 23: 12 | | in that job until about June of this | | |
| | 23: 13 | | year, 2006, when I accepted a new | | |
| | 23: 14 | | position as executive director in medical | | |
| | 23: 15 | | and scientific e-communications. | | |
| **29:10** | **- 29:16** | Braunstein, Ned 2006-07-18 | | 00:00:12 | |
| | 29: 10 | Q.  Now, Doctor, at some point | | | |
| | 29: 11 | | you went to regulatory affairs, you said, | | |
| | 29: 12 | | correct? | | |
| | 29: 13 | A.  Yes. | | | |
| | 29: 14 | Q.  And that was in what year? | | | |
| | 29: 15 | A.  That was in -- that was the | | | |
| | 29: 16 | | end of 2001. | | |
| **30:19** | **- 31:11** | Braunstein, Ned 2006-07-18 | | 00:00:47 | |
| | 30: 19 | Q.  Then at some point your | | | |
| | 30: 20 | | position in regulatory affairs changed | | |
| | 30: 21 | | again; is that correct? | | |
| | 30: 22 | A.  While I was senior director, | | | |
| | 30: 23 | | there was a position that was a global | | |
| | 30: 24 | | position that I held while I was also | | |
| | 31: 1 | | doing the -- some of the U.S. work, and | | |
| | 31: 2 | | that was for a brief period of time. | | |
| | 31: 3 | Q.  For what period was that? | | | |
| | 31: 4 | A.  That was early in 2002 until | | | |
| | 31: 5 | | about the beginning of 2003. | | |
| | 31: 6 | Q.  What was your global | | | |
| | 31: 7 | | position? | | |
| | 31: 8 | A.  The global position was | | | |
| | 31: 9 | | called senior director of global | | |
| | 31: 10 | | strategic regulatory development, and | | |
| | 31: 11 | | that was in the end of 2002 to '03. | | |
| **33:20** | **- 33:24** | Braunstein, Ned 2006-07-18 | | 00:00:09 | |
| | 33: 20 | Q.  Were there times where Vioxx | | | |
| | 33: 21 | | was taking up the overwhelming majority | | |
| | 33: 22 | | of your time? | | |

Case 2:05-md-01657-EEF-DEK   Document 8914-2   Filed 11/25/06   Page 4 of 7
**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Ned Braunstein, M.D.

| | **Designated Testimony of Ned Braunstein, M.D.** | | **Objections** | **Ruling in Barnett** |
|---|---|---|---|---|
| | 33: 23    A.  Yes. | | | |
| | 33: 24    Q.  When was that? | | | |
| **34:1 - 34:3** | Braunstein, Ned 2006-07-18 | 00:00:08 | | |
| | 34: 1    A.  In the period since 2004, | | | |
| | 34: 2        Vioxx was taking up the majority of my | | | |
| | 34: 3        time. | | | |
| **34:4 - 34:7** | Braunstein, Ned 2006-07-18 | 00:00:10 | | |
| | 34: 4    Q.  What were you doing with | | | |
| | 34: 5        respect to Vioxx since 2004 and after the | | | |
| | 34: 6        February 2005 FDA Advisory Committee | | | |
| | 34: 7        meeting? | | | |
| **34:21 - 35:7** | Braunstein, Ned 2006-07-18 | 00:00:31 | | |
| | 34: 21    Q.  Yes.  Yes.  What were you | | | |
| | 34: 22        working on with respect to Vioxx? | | | |
| | 34: 23    A.  After 2000 -- after the 2005 | | | |
| | 34: 24        Advisory Committee, my job was to serve | | | |
| | 35: 1        as the primary scientific person in the | | | |
| | 35: 2        Merck Research Labs to provide scientific | | | |
| | 35: 3        information to other groups at Merck who | | | |
| | 35: 4        needed them, and, therefore, facilitate | | | |
| | 35: 5        the flow of information. | | | |
| | 35: 6    Q.  What was the ultimate | | | |
| | 35: 7        objective there? | | | |
| **35:15 - 35:21** | Braunstein, Ned 2006-07-18 | 00:00:10 | | |
| | 35: 15        THE WITNESS:  My | | | |
| | 35: 16        objective -- I can't speak to | | | |
| | 35: 17        other's objectives.  I can only | | | |
| | 35: 18        speak to what my objective was, | | | |
| | 35: 19        which was to provide scientific | | | |
| | 35: 20        information to the other groups | | | |
| | 35: 21        that needed that information. | | | |
| **36:7 - 36:17** | Braunstein, Ned 2006-07-18 | 00:00:30 | | |
| | 36: 7    Q.  A supplemental new drug | | | |
| | 36: 8        application for the remarketing of Vioxx | | | |
| | 36: 9        in the United States. | | | |
| | 36: 10    A.  I was asked to -- I was | | | |
| | 36: 11        asked to look at pieces of that document, | | | |
| | 36: 12        in that context, yes. | | | |
| | 36: 13    Q.  That was part of your | | | |
| | 36: 14        special project work? | | | |
| | 36: 15    A.  I was asked to do that | | | |
| | 36: 16        because of my expertise and to the extent | | | |
| | 36: 17        that was in my job, yes. | | | |
| **511:14 - 511:15** | Braunstein, Ned 2006-07-19 | 00:01:59 | | |
| | 511: 14    Q.  Doctor, you've been handed | | | |
| | 511: 15    what's been marked as Exhibit 24. | | | |
| **511:20 - 513:4** | Braunstein, Ned 2006-07-19 | 00:01:59 | | |
| | 511: 20    Q.  Do you recognize Exhibit | | | |
| | 511: 21    Number 24, sir? | | | |
| | 511: 22    A.  Yes. | | | |
| | 511: 23    Q.  And is this something that | | | |
| | 511: 24    you wrote? | | | |
| | 512: 1    A.  Yes, it is. | | | |
| | 512: 2    Q.  Is this your handwriting? | | | |
| | 512: 3    A.  Yes. | | | |
| | 512: 4    Q.  Did you write this in the | | | |
| | 512: 5    ordinary course of business at Merck? | | | |

Case 2:05-md-01657-EEF-DEK   Document 8914-2   Filed 11/25/06   Page 5 of 7
**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Ned Braunstein, M.D.

|  | Designated Testimony of Ned Braunstein, M.D. |  | Objections | Ruling in Barnett |
|---|---|---|---|---|
|  | 512: 6 | A.  Yes. |  |  |
|  | 512: 7 | Q.  And this was written on |  |  |
|  | 512: 8 | October 13, 2004, correct? |  |  |
|  | 512: 9 | A.  Yes.  Well, there are two |  |  |
|  | 512: 10 | pages, the second one on the 14th. |  |  |
|  | 512: 11 | Q.  Okay. |  |  |
|  | 512: 12 | And this particular document |  |  |
|  | 512: 13 | involved a conversation that you had; is |  |  |
|  | 512: 14 | that right? |  |  |
|  | 512: 15 | A.  Yes. |  |  |
|  | 512: 16 | Q.  With a Brian Harvey? |  |  |
|  | 512: 17 | A.  Yes. |  |  |
|  | 512: 18 | Q.  And who is he? |  |  |
|  | 512: 19 | A.  Dr. Harvey at the time was |  |  |
|  | 512: 20 | the acting director of the FDA office for |  |  |
|  | 512: 21 | anti-inflammatory and analgesia drugs. |  |  |
|  | 512: 22 | Q.  Okay. |  |  |
|  | 512: 23 | And would you just please |  |  |
|  | 512: 24 | read for me what you wrote up to, if you |  |  |
|  | 513: 1 | look at the screen for a minute, where |  |  |
|  | 513: 2 | it's been highlighted on the screen, just |  |  |
|  | 513: 3 | read for the jury so that we know what |  |  |
|  | 513: 4 | your handwriting says. |  |  |
| **513:15     -   513:23** |  | Braunstein, Ned 2006-07-19 | 00:01:59 |  |
|  | 513: 15 | THE WITNESS:  "Brian Harvey, |  |  |
|  | 513: 16 | October 13th. |  |  |
|  | 513: 17 | "Point 1.  Bob Meyer will |  |  |
|  | 513: 18 | head office including analgesia |  |  |
|  | 513: 19 | and arthritis, currently head of |  |  |
|  | 513: 20 | ODE 2." |  |  |
|  | 513: 21 | Then it says, "Biotech from |  |  |
|  | 513: 22 | ODE 6 and most of 550 goes to ODE |  |  |
|  | 513: 23 | 2." |  |  |
| **514:1       -   516:9** |  | Braunstein, Ned 2006-07-19 | 00:02:16 |  |
|  | 514: 1 | Q.  That's Office of Drug |  |  |
|  | 514: 2 | Evaluation? |  |  |
|  | 514: 3 | A.  Office of -- ODE is Office |  |  |
|  | 514: 4 | of Drug Evaluation. |  |  |
|  | 514: 5 | Q.  All right. |  |  |
|  | 514: 6 | At the FDA? |  |  |
|  | 514: 7 | A.  At the FDA. |  |  |
|  | 514: 8 | Q.  All right. |  |  |
|  | 514: 9 | A.  "Sharon will be continuing |  |  |
|  | 514: 10 | in new division.  Brian moving on."  It |  |  |
|  | 514: 11 | says, "Need to start working with Sharon |  |  |
|  | 514: 12 | as contact person." |  |  |
|  | 514: 13 | Q.  All right. |  |  |
|  | 514: 14 | Now, why don't you now |  |  |
|  | 514: 15 | continue to the end of this first page. |  |  |
|  | 514: 16 | A.  The next item is "Brian |  |  |
|  | 514: 17 | suggests an official rebuttal on Graham." |  |  |
|  | 514: 18 | I then have written -- there's something |  |  |
|  | 514: 19 | crossed out, which I don't know what was |  |  |
|  | 514: 20 | crossed out, so, I can't read that. |  |  |
|  | 514: 21 | And then it says, "Questions |  |  |
|  | 514: 22 | on rigor of the methodology.  This is |  |  |
|  | 514: 23 | becoming a big issue.  If do then, cc up |  |  |
|  | 514: 24 | the chain.  Galson, Dan Troy? et cetera." |  |  |
|  | 515: 1 | Then it says, "ACR, Janet |  |  |
|  | 515: 2 | Woodcock." |  |  |
|  | 515: 3 | Then I have, "Brian, |  |  |

Case 2:05-md-01657-EEF-DEK   Document 8914-2   Filed 11/25/06   Page 6 of 7

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Ned Braunstein, M.D.

| | | Designated Testimony of Ned Braunstein, M.D. | | Objections | Ruling in Barnett |
|---|---|---|---|---|---|
| | 515: 4 | opportunity to get message out on Graham, | | | |
| | 515: 5 | et al." | | | |
| | 515: 6 | Underneath, "Suggests we | | | |
| | 515: 7 | provide journalists a copy of our | | | |
| | 515: 8 | critique on Graham." | | | |
| | 515: 9 | Q.   And Graham, was that David | | | |
| | 515: 10 | Graham, an epidemiologist at the FDA? | | | |
| | 515: 11 | A.   That's the Graham. | | | |
| | 515: 12 | Q.   All right. | | | |
| | 515: 13 | And Janet Woodcock, she was | | | |
| | 515: 14 | in what position at this time at FDA? | | | |
| | 515: 15 | A.   I think she was associate | | | |
| | 515: 16 | commissioner at that time. | | | |
| | 515: 17 | Q.   All right. | | | |
| | 515: 18 | And Brian was making | | | |
| | 515: 19 | suggestions to you; is that correct? | | | |
| | 515: 20 | A.   It's a complex conversation. | | | |
| | 515: 21 | Q.   I'm just asking, was Brian | | | |
| | 515: 22 | Harvey making suggestions to you? | | | |
| | 515: 23 | A.   He was making a suggestion | | | |
| | 515: 24 | about how we could -- how we could | | | |
| | 516: 1 | respond. | | | |
| | 516: 2 | Q.   Respond to Dr. Graham? | | | |
| | 516: 3 | A.   Like I said, these are sort | | | |
| | 516: 4 | of brief notes from a conversation. | | | |
| | 516: 5 | Q.   My question is just simply, | | | |
| | 516: 6 | to Dr. Graham?  Yes or no? | | | |
| | 516: 7 | A.   Yes.  Brian was suggesting | | | |
| | 516: 8 | that amongst our options we might | | | |
| | 516: 9 | consider an official response. | | | |
| **516:10** | **- 517:4** | Braunstein, Ned 2006-07-19 | 00:00:56 | | |
| | 516: 10 | Q.   And he was saying that you | | | |
| | 516: 11 | had the opportunity to get the message | | | |
| | 516: 12 | out on Dr. Graham, correct?  Is that what | | | |
| | 516: 13 | you wrote here? | | | |
| | 516: 14 | A.   He was saying that if we had | | | |
| | 516: 15 | concerns, which was something we had | | | |
| | 516: 16 | discussed, my concerns about this, that | | | |
| | 516: 17 | he wanted to know if we would be | | | |
| | 516: 18 | discussing that at the ACR meeting.  This | | | |
| | 516: 19 | was in the context of they and us -- at | | | |
| | 516: 20 | the ACR meeting, there was going to be a | | | |
| | 516: 21 | presentation about Vioxx and about the | | | |
| | 516: 22 | APPROVe study.  Janet Woodcock was their | | | |
| | 516: 23 | presenter.  And Brian was asking if we | | | |
| | 516: 24 | would be talking about Dr. Graham's | | | |
| | 517: 1 | study, he pointed out it would be an | | | |
| | 517: 2 | opportunity, if we chose to, for us to | | | |
| | 517: 3 | get our comments out.  He was aware that | | | |
| | 517: 4 | we had criticisms. | | | |
| **520:3** | **- 520:7** | Braunstein, Ned 2006-07-19 | 00:00:10 | | |
| | 520: 3 | And by the way, ACR, what is | | | |
| | 520: 4 | that organization? | | | |
| | 520: 5 | A.   That's the American College | | | |
| | 520: 6 | of Rheumatology.  There was a meeting in | | | |
| | 520: 7 | October of 2004. | | | |
| **520:14** | **- 522:3** | Braunstein, Ned 2006-07-19 | 00:01:17 | | |
| | 520: 14 | Q.   Just please read the entire | | | |
| | 520: 15 | page.  "BJ," is that BJ Gould? | | | |
| | 520: 16 | A.   Gould. | | | |
| | 520: 17 | Q.   Gould, of the FDA? | | | |
| | 520: 18 | A.   Yes. | | | |

Case 2:05-md-01657-EEF-DEK   Document 8914-2   Filed 11/25/06   Page 7 of 7

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Ned Braunstein, M.D.

| Designated Testimony of Ned Braunstein, M.D. | | Objections | Ruling in Barnett |
|---|---|---|---|
| 520: 19 | Q.   She was a -- | | |
| 520: 20 | A.   Barbara J. Gould. | | |
| 520: 21 | Q.   Was she a consumer safety | | |
| 520: 22 | officer -- | | |
| 520: 23 | A.   Yes. | | |
| 520: 24 | Q.   -- at the FDA? | | |
| 521: 1 | A.   Yes. | | |
| 521: 2 | Q.   All right. | | |
| 521: 3 | She was a frequent contact | | |
| 521: 4 | that you had at the FDA? | | |
| 521: 5 | A.   Yes. | | |
| 521: 6 | Q.   Okay. | | |
| 521: 7 | A.   She was our primary contact. | | |
| 521: 8 | Q.   All right. | | |
| 521: 9 | Please go on. | | |
| 521: 10 | A.   "October 14th.  Move telecom | | |
| 521: 11 | from 12:30 to 1:30.  RE:  Tomorrow's | | |
| 521: 12 | t-conference."  Item 1:  "Follow up on" | | |
| 521: 13 | -- I think what I wrote here was "Follow | | |
| 521: 14 | up on action items."  There seems to be a | | |
| 521: 15 | little squiggle in between, but that's | | |
| 521: 16 | the way I read that. | | |
| 521: 17 | Next, "Postpone Graham until | | |
| 521: 18 | following week." | | |
| 521: 19 | Third was "Provide timeline | | |
| 521: 20 | of submission to IND/NDA of key data | | |
| 521: 21 | something like we do in annual report | | |
| 521: 22 | (back to when NDA was submitted)." | | |
| 521: 23 | Then I say, "Then Friday, | | |
| 521: 24 | October 22nd from 10 to 11," that seems | | |
| 522: 1 | to be a reference to a subsequent | | |
| 522: 2 | teleconference, and then I have, "Ed | | |
| 522: 3 | Hill," who worked with me. | | |