UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS LIABILITY | ) | MDL No. 1657 |
| LITIGATION | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | DANIEL E. KNOWLES, III |
| | ) | |

THIS DOCUMENT RELATES TO:
*Nancy Menihan v. Merck & Co., Inc., No. 06-4247*

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Nancy Menihan ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck")

hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to

the following conditions:

1.     Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains

claims relating to Vioxx®, such lawsuit will be filed in a United States District

Court;

2.     Plaintiff further agrees that in the event she re-files such lawsuit, any discovery

that has taken place or will take place in *In re VIOXX Products Liab. Litig.*

(MDL-1657), the MDL proceeding that has been established in the United States

District Court for the Eastern District of Louisiana, and that is not specific to a

particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though

Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the

instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party

claims.  Nothing in this stipulation shall constitute a waiver of any rights and defenses

Merck may have in any litigation.

Counsel for plaintiff will make this change directly on File & Serve as soon as the

Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of

Plaintiff Nancy Menihan in the above-styled lawsuit without prejudice to re-filing,

subject to the conditions stated above.

Respectfully submitted on \_\_11/27\_\_\_\_, 2006,

_____

Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

**ATTORNEYS FOR PLAINTIFFS**


_____

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, 28181
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580
FAX (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
FAX (504) 581-3361

**ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this **27**ᵗʰ day of November 2006.

Thomas P. Cartmell      MO #45366
Brian J. Madden         MO #40637
Thomas J. Preuss        MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372
tjpreuss@wcllp.com

## ATTORNEYS FOR PLAINTIFFS

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, 28181
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580
FAX (504) 524-0069

4

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
FAX (504) 581-3361

**ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.**