UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:
*Nancy Menihan v. Merck & Co., Inc., No. 06-4247*

### ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Nancy

Menihan be and the same are hereby dismissed without prejudice to re-filing, subject to the

conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE