IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDY GIBSON | |
| v. | CIVIL ACTION NO. 05-5548 |
| MERCK & CO., INC.; | |
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>BRANDY GIBSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _____, 2006, the Court considered Plaintiff BRANDY GIBSON'S Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiff BRANDY GIBSON'S Motion for Leave to File Amended Complaint and ORDERS that Plaintiff have leave to file Plaintiff's First Amended Complaint.

SIGNED on _____ , 2006.

_____
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

_____
Russell W. Endsley
Attorney for Plaintiffs