UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-8324

ENA DIAZ,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD,
LISA CAPPS CHLUMPSKY, MARTINA CARDOVA
REISKY, MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI, JEFFREY
HANNETT, EMILY K. LERNER, SUSAN MADDEN,
JENNIFER MAIOLO, LANIE MOSHER, MARK MULLEN,
JEROME PITTMAN, KIMBERLY SINCLAIR, MARY
SVADLENKA, and KATRINA TURGEON,
        Defendants.                   /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ENA DIAZ, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, ELIZABETH BAKKEN, on September 18, 2006.

Dated this 28th day of November, 2006.

By: ____/s/ Brenda S. Fulmer____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28st day of November, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*

2

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3



# W.T. BUTCHER & ASSOCIATES, Ltd.

1531 COUNTRY LANE, BISMARCK, ND 58503

701-224-1541      Web: northdakotapi.com
Fax: 701-224-1097      E-mail: bill.wtba@midconetwork.com

## AFFIDAVIT OF SERVICE

**Case Number:** 2006CA7035NC **Name of Court:** Twelfth Judicial Circuit Court of Florida

Ena Diaz      Merck & Co., Inc., et al
(Plaintiff/Petitioner)      (Defendant/Respondent)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action, and that within the boundaries of the state where service was affected, I was authorized to perform this service.

**Service:**
I served: Elizabeth Bakken
With: Summons and Complaint      at
☒ Home: 1835 Contessa Drive, Bismarck ND
☐ Business:

On: September 18, 2006     at 5:40 pm

**Manner of Service:**
☒ By personally delivering copies to the person / authorized agent of entity being served.
☐ By leaving at the dwelling house or usual abode of the person being served, with _____, who is 18 years of age or older.

**Non-Service:** After due search, inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person / entity being served for the following reasons:
☐ Unknown at address    ☐ Address does not exist    ☐ Evading    ☐ Moved; no forwarding address
☐ Other:

Service Attempts:   (1)     (2)     (3)
                   (4)     (5)     (6)

Description: Age 45   Sex Female   Race Cauc   Hgt 5'6"   Wgt 130   Hair blond   Glasses

I declare under penalty of perjury that the information contained herin is true and correct and this affidavit was executed on: September 21, 2006      at Bismarck ND

_____
(Signature of process server)

Subscribed and sworn before me, a Notary Public, this __22nd__ Day of __September__, 20_06_
Witness by hand and official seal to _____

County of Burleigh )
State of North Dakota )

**KEVIN J DYKEMA**
Notary Public
State of North Dakota
My Commission Expires Sept 9, 2011



# W.T. BUTCHER & ASSOCIATES, Ltd.

1531 COUNTRY LANE, BISMARCK, ND 58503

701-224-1541  
Fax: 701-224-1097

Web: northdakotapi.com  
E-mail: bill.wtba@midconetwork.com

## AFFIDAVIT OF SERVICE

**Case Number:** 2006CA6608NC **Name of Court:** Twelfth Judicial Circuit Court of Florida

Ena Diaz  
(Plaintiff/Petitioner)

Merck & Co., Inc., et al  
(Defendant/Respondent)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action, and that within the boundaries of the state where service was affected, I was authorized to perform this service.

**Service:**  
I served: Elizabeth Bakken  
With: Summons and Complaint          at  
☒   Home: 1835 Contessa Drive, Bismarck ND  
☐   Business:

On: September 18, 2006         at 5:40 pm

**Manner of Service:**  
☒ By personally delivering copies to the person / authorized agent of entity being served.  
☐ By leaving at the dwelling house or usual abode of the person being served, with         , who is 18 years of age or older.

**Non-Service:** After due search, inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person / entity being served for the following reasons:  
☐ Unknown at address   ☐ Address does not exist   ☐ Evading   ☐ Moved; no forwarding address  
☐ Other:

Service Attempts:     (1)          (2)          (3)  
                    (4)          (5)          (6)

Description: Age 45  Sex Female  Race Cauc  Hgt 5'6"  Wgt 130  Hair blond  Glasses

I declare under penalty of perjury that the information contained herin is true and correct and this affidavit was executed on: September 21, 2006         at Bismarck ND

_____  
(Signature of process server)

Subscribed and sworn before me, a Notary Public, this  22nd  Day of  September , 20 06  
Witness by hand and official seal to _____

County of Burleigh )  
State of North Dakota )

KEVIN J DYKEMA  
Notary Public  
State of North Dakota  
My Commission Expires Sept 9, 2011