UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-8324

ENA DIAZ,
         Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD,
LISA CAPPS CHLUMPSKY, MARTINA CARDOVA
REISKY, MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI, JEFFREY
HANNETT, EMILY K. LERNER, SUSAN MADDEN,
JENNIFER MAIOLO, LANIE MOSHER, MARK MULLEN,
JEROME PITTMAN, KIMBERLY SINCLAIR, MARY
SVADLENKA, and KATRINA TURGEON,
         Defendants.               /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ENA DIAZ, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, KIMBERLY SINCLAIR, on August 17, 2006.

Dated this 28th day of November, 2006.

                       By: _____/s/ Brenda S. Fulmer_____
                            BRENDA S. FULMER, Esq.
                            Fla. Bar No. 999891
                            ALLEY, CLARK, GREIWE & FULMER
                            701 E. Washington Street
                            P.O. Box 3127
                            Tampa, FL 33601-3127
                            Tele: (813) 222-0977
                            Fax: (813) 224-0373
                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28st day of November, 2006.

By:  /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com

2

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

RECEIPT NUMBER: 0003766-06

PERSON TO BE SERVED:

KIMBERLY SINCLAIR
8969 WILD DUNES DR
SRQ

PLAINTIFF: ENA DIAZ
 -VS-
DEFENDANT: MERCK & CO INC ET AL

TYPE WRIT: SUMMONS/COMPLAINTS

COURT: CIR/SRQ                                COURT DATE:
CASE #: 06CA7035NC                            COURT TIME:

Received the above-named writ on August 10, 2006, at 11:27 AM,
and served the same on August 17, 2006, at 9:00 AM,
in SARASOTA County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: KIMBERLY SINCLAIR

SERVICE COST: $20.00                          WILLIAM F. BALKWILL, SHERIFF
LC, CIVIL CLERK                               SARASOTA COUNTY, FLORIDA

MAIL TO:                          BY: _____
                                       DEPUTY T GARRETT ID157, D.S.
ALLEY & INGRAM
BRENDA FULMER
P O BOX 3127
TAMPA, FL   33601-3127