UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-8324

ENA DIAZ,
           Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD,
LISA CAPPS CHLUMPSKY, MARTINA CARDOVA
REISKY, MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI, JEFFREY
HANNETT, EMILY K. LERNER, SUSAN MADDEN,
JENNIFER MAIOLO, LANIE MOSHER, MARK MULLEN,
JEROME PITTMAN, KIMBERLY SINCLAIR, MARY
SVADLENKA, and KATRINA TURGEON,
           Defendants.                                /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ENA DIAZ, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, JOSEPH GHEZZI, on August 16, 2006.

Dated this 28th day of November, 2006.

           By: _____/s/ Brenda S. Fulmer_____
               BRENDA S. FULMER, Esq.
               Fla. Bar No. 999891
               ALLEY, CLARK, GREIWE & FULMER
               701 E. Washington Street
               P.O. Box 3127
               Tampa, FL 33601-3127
               Tele: (813) 222-0977
               Fax: (813) 224-0373
               Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of November, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*

2

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Assignment: 11823

Service Sheet #: 06-054023

PLAINTIFF: DIAZ, ENA vs. MERCK & CO, INC, ET AL

VS.

DEFENDANT

CASE: 06CA-7035NC

TYPE OF WRIT: SUM/COMPLAINT

COURT: CIRCUIT/SARASOTA

HEARING DATE:

SERVE: GHEZZI, JOSEPH
910 STILLWATER COURT
WESTON, FL 33327

319010
ALLEY, CLARK, GREIWE & FULMER
P.O. BOX 3127
TAMPA, FL 33601-3127

8899   Attorney

Received this process on: 8/11/2006

☒ Served
☐ Not Served – see comments

Date: 8/16/6   at Time: 137p

On GHEZZI, JOSEPH _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☒ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183
1st attempt date/time: _____   2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183
1st attempt date/time: _____   2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: 8/15 224p N/A

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

KEN JENNE, SHERIFF
BROWARD COUNTY, FLORIDA

BY: _____ /1823   D.S.

ORIGINAL

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Assignment: 11823

Service Sheet #: 06-054023

DIAZ, ENA vs. MERCK & CO, INC, ET AL    06CA-7035NC

SUM/COMPLAINT    vs.    CIRCUIT/SARASOTA
PLAINTIFF/COMPLAINT — DEFENDANT — CASE

TYPE OF WRIT: GHEZZI, JOSEPH
SERVE: 910 STILLWATER COURT, WESTON, FL 33327
COURT    HEARING DATE

Received this process on 8/11/2006

319010
ALLEY, CLARK, GREIWE & FULMER
P.O. BOX 3127
TAMPA, FL 33601-3127

[X] Served
[ ] Not Served — see comments

Date: 8/16/6   at   1:37 p

8899   Attorney
GHEZZI, JOSEPH

On _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

[X] **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
[ ] At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
_____, in accordance with F.S. 48.031(1)(a)

[ ] To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

[ ] To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
[ ] To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

[ ] To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

[ ] To _____, as resident agent of said corporation in accordance with F.S. 48.091

[ ] **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

[ ] **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183
1st attempt date/time: _____   2nd attempt date/time: _____

[ ] **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183
1st attempt date/time: _____   2nd attempt date/time: _____

[ ] **OTHER RETURNS:** See comments

COMMENTS: 8/15 2:24p N/A

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

KEN JENNE, SHERIFF
BROWARD COUNTY, FLORIDA

BY: _____ /1823 _____ D.S.

**ATTORNEY'S COPY**

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, STATE OF FLORIDA

ENA DIAZ,
    Plaintiff,

vs.

Case No.: 2006 CA 7035NC
Division: A

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD,
LISA CAPPS CHLUMPSKY, MARTINA CARDOVA
REISKY, MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI, JEFFREY
HANNETT, EMILY K. LERNER, SUSAN MADDEN,
JENNIFER MAIOLO, LANIE MOSHER, MARK MULLEN,
JEROME PITTMAN, KIMBERLY SINCLAIR, MARY
SVADLENKA, and KATRINA TURGEON,
    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

**Joseph Ghezzi**
**910 Stillwater Court**
**Weston, FL 33327**

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

2

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on August 3, 2006.

(Court Seal)

KAREN E. RUSHING, CLERK
Clerk of the Circuit Court

By: _____
Deputy Clerk