UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-8324

ENA DIAZ,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD,
LISA CAPPS CHLUMPSKY, MARTINA CARDOVA
REISKY, MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI, JEFFREY
HANNETT, EMILY K. LERNER, SUSAN MADDEN,
JENNIFER MAIOLO, LANIE MOSHER, MARK MULLEN,
JEROME PITTMAN, KIMBERLY SINCLAIR, MARY
SVADLENKA, and KATRINA TURGEON,
        Defendants.               /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ENA DIAZ, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, MARK MULLEN, on August 11, 2006.

Dated this 28st day of November, 2006.

        By: ____/s/ Brenda S. Fulmer_____
            BRENDA S. FULMER, Esq.
            Fla. Bar No. 999891
            ALLEY, CLARK, GREIWE & FULMER
            701 E. Washington Street
            P.O. Box 3127
            Tampa, FL 33601-3127
            Tele: (813) 222-0977
            Fax: (813) 224-0373
            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28st day of November, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

**SERVICE LIST**

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*

2

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

```
08/11/06    11009325                                                      Deputy: 10000679      Zone: 5
Case No:2006CA7035NC              State:  FL      County No:58            Control No:   6082143
                                     Ena Diaz
                                  DIAZ, ENA  vs.  MERCK & CO INC ELIZABETH BAKKEN JEFF BASTI
SUMMONS                                                                   Returnable:

    Serve To:  MULLEN, MARK
               6811 23 AVE W
               BRADENTON FL

    Depositor: ALLEY & INGRAM                            Deposit:  $80.00  Receipt: 6
               701 E WASHINGTON, ST                     ..Charge:  $20.00-
               TAMPA, FL 33602-5016
```

RECEIVED THIS PROCESS ON   08/11/06 AT   01:54 PM   AND SERVED/UNEXECUTED THE SAME AT   *1035 AM*
ON *8-11-06* , IN MANATEE COUNTY, FLORIDA.

✓ **INDIVIDUAL/PERSONAL SERVICE:** BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED TO THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER.

___**SUBSTITUTE:** BY LEAVING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER, AT THE WITHIN NAMED PERSON'S PLACE OF ABODE WITH ANY PERSON RESIDING THEREIN WHO IS 15 YEARS OF AGE OR OLDER AND INFORMING THE PERSON OF THEIR CONTENTS. SERVED: (_____) DOB:(_____) RELATIONSHIP:(_____)

___**CORPORATE:** BY DELIVERING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER TO: (_____) IN THEIR REPRESENTATIVE CAPACITY AS: (_____) OF (_____) A CORPORATION, OR PURSUANT TO F.S.S. 48.081, IN THE ABSENCE OF THE PRESIDENT, VICE PRESIDENT, OTHER HEAD OF THE CORPORATION, CASHIER, TREASURER,

___**POSTED:** BY ATTACHING A COPY OF THIS PROCESS, TOGETHER WITH A COPY OF THE COMPLAINT OR PETITION IN A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED WITHIN. THE WITHIN NAMED TENANT COULD NOT BE FOUND AND THERE WAS NO PERSON OF THE TENANT'S FAMILY OVER 15 YEARS OF AGE AT THE USUAL PLACE OF ABODE IN MANATEE COUNTY, FLORIDA, UPON WHOM SERVICE COULD BE MADE.

___**GOVERNMENT SERVICE:** BY DELIVERING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT,   PETITION, OR OTHER INITIAL PLEADING OR PAPER TO: (_____) AS (_____) OF THE WITHIN NAMED AGENCY, TO-WIT: (_____). SERVICE ON THE PRESIDENT, MAYOR, OR CHAIRMAN, OR OTHER HEAD THEREOF, AND IN HIS ABSENCE; ON THE VICE PRESIDENT, VICE MAYOR, OR VICE CHAIRMAN, OR IN THE ABSENCE OF ALL OF THE ABOVE; ON ANY MEMBER OF THE GOVERNING BOARD, COUNCIL, OR COMMISSION, AS DEFINED IN F.S.S. 48.111.

___**NON-SERVICE:** THIS PROCESS IS HEREBY RETURNED UNEXECUTED, AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND: (_____)

___**OTHER:** (_____)

___**ACCEPT:** I HEREBY ACCEPT A TRUE COPY OF THIS PROCESS, IN MANATEE COUNTY, FLORIDA, PURSUANT TO THE PROVISIONS OF F.S.S. 48.031 (4).

```
                                                      CHARLES B. WELLS, SHERIFF
                                                      MANATEE COUNTY, FLORIDA
                                                  BY: _____ D.S
08/11/06    Page  1  of  1
```

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, STATE OF FLORIDA

ENA DIAZ,
    Plaintiff,

Case No.: 2006 CA 7035 NC
Division: A

vs.

MERCK & CO., INC., ELIZABETH BAKKEN,
JEFF BASTI, JENNIFER BOTSFORD,
LISA CAPPS CHLUMPSKY, MARTINA CARDOVA
REISKY, MARTHA C. CARLSON, JAMES COURY,
BAMBI FAMOUS KAINE, JOSEPH GHEZZI, JEFFREY
HANNETT, EMILY K. LERNER, SUSAN MADDEN,
JENNIFER MAIOLO, LANIE MOSHER, MARK MULLEN,
JEROME PITTMAN, KIMBERLY SINCLAIR, MARY
SVADLENKA, and KATRINA TURGEON,
    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

**Mark Mullen**
**6811 23rd Avenue W.**
**Bradenton, FL 34209**

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

06082143   10000679

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on  *August 3*, 2006.

**KAREN E. RUSHING, CLERK**

Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

2

# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

August 8, 2006

Manatee Sheriff
Attn: Civil Process
515 11th St. W.
Bradenton, FL 34205

RE: Diaz v. Merck

Dear Sirs:

Enclosed is my firm's check in the amount of $80.00 for service of the enclosed summonses in the above-referenced case.

If you have any questions regarding this matter, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures