UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
   *Dedrick v. Merck & Co., Inc.*, 05-2524

## ORDER

IT IS ORDERED that the Defendant's Motion for Order Excluding Testimony of Jerry Avorn, M.D. (Rec. Doc. 8361) is DENIED AS MOOT. The Court's rulings are noted on the deposition designation transcript.

New Orleans, Louisiana, this  27th  day of   November  , 2006.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

-1-