UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOU MARILYN MURRAY | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 05-4150 |
| | * | |
| MERCK & CO., INC. a foreign | * | SECTION L - DIVISION 3 |
| Corporation, | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

(Related Matter: Paul Kurt Ashbaugh, et. al., v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana, Case No. 05-4150)

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Lou Marilyn Murray. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Lou Marilyn Murray, are dismissed, without prejudice.

Dated this 27th day of November, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE