UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                                    MDL 1657
       LIABILITY LITIGATION

CHARLES LARON MASON

                                                REF NO. 06-810

VERSUS

                                                SECTION:  L

MERCK & CO., INC.

J U D G M E N T

This matter came on before the Court for trial by jury on previous days.  Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Charles Laron Mason, dismissing said plaintiff's complaint with prejudice and costs.

New Orleans, Louisiana, this  20th  day of November, 2006.

                                                  **ELDON E. FALLON**
                                                  **UNITED STATES DISTRICT JUDGE**