UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-9347

VICKY LARSEN,
    Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JENNIFER BARROW,
MEGAN LIANNE BERRIGAN, DAVID DUNLAP,
JOSEPH HOPKINS, LILLIAN V. REY,
MARK STROTHER, and MARK WAGNER,

    Defendants.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, VICKY LARSEN, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, MARK WAGNER, on August 29, 2006.

Dated this 28st [28th] day of November, 2006.

    By: ___/s/ Brenda S. Fulmer_____
      BRENDA S. FULMER, Esq.
      Fla. Bar No. 999891
      ALLEY, CLARK, GREIWE & FULMER
      701 E. Washington Street
      P.O. Box 3127
      Tampa, FL 33601-3127
      Tele: (813) 222-0977
      Fax: (813) 224-0373
      Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28st [28th] day of November, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

2

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

State of FLORIDA                County of PASCO                Circuit Court

Case Number: 51-06CA2218ES DIV Y

Plaintiff:
**VICKY LARSEN**

vs.

Defendant:
**MERCK & CO., INC., JENNIFER BARROW, MEGAN LIANNE BERRIGAN, DAVID DUNLAP, JOSEPH HOPKINS, LILLIAN V. REY, MARK STROTHER, AND MARK WAGNER**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 14th day of August, 2006 at 2:15 pm to be served on **MARK WAGNER, 4874 BRIDLE COURT, OLDSMAR, FL 34677**.

I, Carol Storgion, being duly sworn, depose and say that on the **29th day of August, 2006** at **7:45 pm, I:**

**PERSONALLY** served by delivering two true and correct copies of the **SUMMONS AND COMPLAINT** and leaving the same with **ELAINE WAGNER** . That at the time and place set forth above, affiant duly-served the above described documents in the above-entitled matter upon **MARK WAGNER**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy thereof to and leaving same with **ELAINE WAGNER** being a person of suitable age and discretion then resident therein.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.



ORIGINAL
FILED WITH COURT

Subscribed and Sworn to before me on the 30th day of August, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Carol Storgion**
Process Server

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006004329

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n