# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

CHRIS RICHARDSON,
                          Plaintiff,
vs.

MERCK & CO., INC., KRISTIN BAYER,
HEIDI DINGFELDER MERCHANT,
JULIE SEWARD, MONIQUE WARREN,
JESSICA McCORMICK, KIM MARIE ROCHE,
JEFFREY NORRIS, and JEROME PITTMAN,

_____Defendants._____/

MDL No.: 1657

SECTION: L

Civil Action No. 06-CV-9714

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, CHRIS RICHARDSON, by and through his undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, KRISTIN BAYER, on

September 20, 2006.

Dated this 28st day of November, 2006.

By: _____/s/ Brenda S. Fulmer_____
          BRENDA S. FULMER, Esq.
          Fla. Bar No. 999891
          ALLEY, CLARK, GREIWE & FULMER
          701 E. Washington Street
          P.O. Box 3127
          Tampa, FL 33601-3127
          Tele: (813) 222-0977
          Fax: (813) 224-0373
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of November, 2006.

By:    /s/ Brenda S. Fulmer
       BRENDA S. FULMER, Esq.
       Fla. Bar No. 999891
       ALLEY, CLARK, GREIWE & FULMER
       701 E. Washington Street
       P.O. Box 3127
       Tampa, FL 33601-3127
       Tele: (813) 222-0977
       Fax: (813) 224-0373
       Attorneys for Plaintiff
       *bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*

2

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

## AFFIDAVIT OF SERVICE

State of FLORIDA                    County of MARION                    Circuit Court

Case Number: 06-1879-CA-B

Plaintiff:
**CHRIS RICHARDSON**

vs.

Defendant:
**MERCK & CO., INC., KRISTIN BAYER, HEIDI DINGFELDER MERCHANT, JULIE SEWARD, MONIQUE WARREN, JESSICA MCCORMICK, KIM MARIE ROCHE, JEFFREY NORRIS AND JEROME PITTMAN**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 7th day of September, 2006 at 11:12 am to be served on KRISTIN BAYER, **22747 EAGLES WATCH DRIVE, LAND O'LAKES, FL 34639**.

I, Margaret Angell Investigations, being duly sworn, depose and say that on the **20th day of September, 2006** at **5:44 pm, I:**

SUBSTITUTE SERVED: Pursuant to 48.031(1) by leaving a true copy of this **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: PAUL BAYER, HUSBAND and informing said person of the contents thereof.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.


COPY
ORIGINAL FILED WITH COURT

Subscribed and Sworn to before me on the 28th day of September, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Margaret Angell Investigations**
Process Server

**CHOICE PROCESS - TAMPA**
**P.O. Box 1215**
**Tampa, FL 33601**
**(813) 229-1444**

Our Job Serial Number: 2006004653

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n