A CERTIFIED TRUE COPY

NOV 2 7 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA NOV - 7 2006

2006 NOV 28  AM 11: 02

LORETTA G. WHYTE
CLERK

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-72)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,678 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## SCHEDULE CTO-72 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 06-2060 | Arnold Ragland v. Merck & Co., Inc. | 06-10586 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-6648 | Harry Deffenbaugh, et al. v. Merck & Co., Inc., et al. | 06-10587 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE 2 06-2215~~ | ~~Emma Miguel v. Merck & Co., Inc., et al.~~ Opposed 11/21/06 | |
| CAE 2 06-2275 | Sandra Martin v. Merck & Co., Inc. | 06-10588 |
| CAE 2 06-2281 | Maria Martinez v. Merck & Co., Inc., et al. | 06-10589 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 06-6183 | Audrey C. Fletcher, et al. v. Merck & Co., Inc. | 06-10590 |
| CAN 4 06-6471 | Ramesses Sadat, et al. v. Merck & Co., Inc. | 06-10591 |
| CAN 4 06-6492 | Patrick O'Donnell, et al. v. Merck & Co., Inc. | 06-10592 |
| **CALIFORNIA SOUTHERN** | | |
| ~~CAS 3 06-2038~~ | ~~David J. Hernandez v. Merck & Co., Inc., et al.~~ Opposed 11/21/06 | |
| ~~CAS 3 06-2259~~ | ~~Michelle McMahon v. Merck & Co., Inc., et al.~~ Opposed 11/20/06 | |
| ~~CAS 3 06-2260~~ | ~~Darren McMahon v. Merck & Co., Inc., et al.~~ Opposed 11/20/06 | |
| **FLORIDA MIDDLE** | | |
| FLM 2 06-551 | Joyce Ross v. Merck & Co., Inc. | 06-10593 |
| FLM 3 06-879 | Evelyn L. Jacobs, etc. v. Merck & Co., Inc. | 06-10594 |
| FLM 5 06-376 | Donald Humphrey v. Merck & Co., Inc., et al. | 06-10595 |
| FLM 8 06-1900 | Linda Hayes, et al. v. Merck & Co., Inc., et al. | 06-10596 |
| FLM 8 06-1901 | Charmaine Haylock v. Merck & Co., Inc., et al. | 06-10597 |
| FLM 8 06-1947 | David Kirk, et al. v. Merck & Co., Inc., et al. | 06-10598 |
| **FLORIDA SOUTHERN** | | |
| FLS 1 06-22290 | Edward Bronson, et al. v. Merck & Co., Inc. | 06-10599 |
| FLS 9 06-80976 | Charles Miceli, et al. v. Merck & Co., Inc., et al. | 06-10600 |
| **IOWA NORTHERN** | | |
| IAN 3 06-3063 | Barbara Furman, et al. v. Merck & Co., Inc. | 06-10601 |
| IAN 5 06-4084 | Bruce Nehring, et. al. v. Merck & Co., Inc. | 06-10602 |
| IAN 5 06-4086 | Gary Junge, et al. v. Merck & Co., Inc. | 06-10603 |
| IAN 5 06-4088 | Ronald Dean Jenkins, et al. v. Merck & Co., Inc. | 06-10604 |
| IAN 5 06-4093 | Alan Gernhart, etc. Merck & Co., Inc. | 06-10605 |
| **IOWA SOUTHERN** | | |
| IAS 4 06-512 | William L. Losee, et al. v. Merck & Co., Inc. | 06-10606 |
| IAS 4 06-513 | Norman L. Parker, et al. v. Merck & Co., Inc. | 06-10607 |
| IAS 4 06-515 | Lavere Smith, etc. v. Merck & Co., Inc. | 06-10608 |
| **IDAHO** | | |
| ID 2 06-414 | Janice Chapin v. Merck & Co., Inc. | 06-10609 |
| ID 2 06-415 | Norma Green v. Merck & Co., Inc. | 06-10610 |
| ID 2 06-416 | William Glassman v. Merck & Co., Inc. | 06-10611 |
| ID 2 06-419 | George Herman v. Merck & Co., Inc. | 06-10612 |
| ID 2 06-426 | Alice M. Rankin, et al. v. Merck & Co., Inc. | 06-10613 |

SCHEDULE CTO-72 - TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA<br>SEC. L/3 |
|---|---|---|
| **ILLINOIS NORTHERN** | | |
| ILN  1  06-5453 | Robert Buck, et al. v. Merck & Co., Inc. | 06-10614 |
| ILN  1  06-5500 | Randy Powell v. Merck & Co., Inc. | 06-10615 |
| ILN  1  06-5609 | Denise Townsend, et al. v. Merck & Co., Inc. | 06-10616 |
| | | |
| **KANSAS** | | |
| KS  2  06-2434 | Ruby Shannon v. Merck & Co., Inc. | 06-10617 |
| KS  2  06-2437 | Wilma J. Harden v. Merck & Co., Inc. | 06-10618 |
| KS  2  06-2438 | Ronald R. Cain, et al. v. Merck & Co., Inc. | 06-10619 |
| KS  2  06-2443 | Kathleen Casanova, etc. v. Merck & Co., Inc. | 06-10620 |
| | | |
| **KENTUCKY WESTERN** | | |
| ~~KYW 3  06-521~~ | ~~Cynthia Chesser, et al. v. Merck & Co., Inc., et al.~~   Opposed 11/22/06 | |
| | | |
| **MINNESOTA** | | |
| MN  0  06-4015 | Corinne W. Tomlinson, etc. v. Merck & Co., Inc. | 06-10621 |
| MN  0  06-4022 | Marsha Anderson, et. al. v. Merck & Co., Inc., et al. | 06-10622 |
| MN  0  06-4024 | Marjorie E. Burch, et al. v. Merck & Co., Inc., et al. | 06-10623 |
| MN  0  06-4025 | William Cross, et al. v. Merck & Co., Inc., et al. | 06-10624 |
| MN  0  06-4118 | Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 06-10625 |
| MN  0  06-4121 | Edward L. Paduano, et al. v. Merck & Co., Inc., et al. | 06-10626 |
| MN  0  06-4136 | Daniel L. Gebel v. Merck & Co., Inc. | 06-10627 |
| MN  0  06-4137 | Donna Lochthowwe, et al. v. Merck & Co., Inc. | 06-10628 |
| MN  0  06-4162 | Donald J. Ando, et al. v. Merck & Co., Inc., et al. | 06-10629 |
| MN  0  06-4168 | Marlene Alcobendas, et al. v. Merck & Co., Inc. | 06-10630 |
| | | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  06-590 | Elvis P. Anderson v. Merck & Co., Inc. | 06-10631 |
| | | |
| **NEBRASKA** | | |
| NE  8  06-653 | Randal Reese v. Merck & Co., Inc. | 06-10632 |
| | | |
| **NEVADA** | | |
| ~~NV  2  06-1313~~ | ~~Albertine Avant, et al. v. Merck & Co., Inc., et al.~~   Opposed 11/22/06 | |
| ~~NV  2  06-1317~~ | ~~Buddy Batiz, et al. v. Merck & Co., Inc., et al.~~   Opposed 11/22/06 | |
| ~~NV  2  06-1318~~ | ~~Richard Booth, et al. v. Merck & Co., Inc., et al.~~   Opposed 11/22/06 | |
| ~~NV  2  06-1319~~ | ~~Don Chapman, et al. v. Merck & Co., Inc., et al.~~   Opposed 11/22/06 | |
| ~~NV  2  06-1320~~ | ~~Norma Coon, et al. v. Merck & Co., Inc., et al.~~   Opposed 11/22/06 | |
| ~~NV  2  06-1323~~ | ~~Ralph Cox, et al. v. Merck & Co., Inc., et al.~~   Opposed 11/22/06 | |
| | | |
| **NEW YORK EASTERN** | | |
| NYE  1  06-5390 | Ruth Kelly v. Merck & Co., Inc. | 06-10633 |
| | | |
| **NEW YORK NORTHERN** | | |
| NYN  3  06-1200 | Melvin Ackerman, et al. v. Merck & Co., Inc. | 06-10634 |
| NYN  3  06-1201 | Larue E. Brower, et al. v. Merck & Co., Inc. | 06-10635 |
| NYN  3  06-1202 | Janet G. Butts, et al. v. Merck & Co., Inc. | 06-10636 |
| NYN  3  06-1205 | Patricia S. Curtis, et al. v. Merck & Co., Inc. | 06-10637 |
| NYN  3  06-1207 | Lula Davis, et al. v. Merck & Co., Inc. | 06-10638 |
| NYN  3  06-1210 | David Dunagan, et al. v. Merck & Co., Inc. | 06-10639 |
| NYN  3  06-1211 | Frederick D. Emhof, et al. v. Merck & Co., Inc. | 06-10640 |
| NYN  3  06-1216 | Bonnie J. Galloway v. Merck & Co., Inc. | 06-10641 |
| NYN  3  06-1221 | Joseph Mazzoni v. Merck & Co., Inc. | 06-10642 |
| NYN  3  06-1222 | Mary E. Myers v. Merck & Co., Inc. | 06-10643 |
| NYN  3  06-1225 | Charles S. Pulaski, et al. v. Merck & Co., Inc. | 06-10644 |
| NYN  3  06-1225 | Edna M. Strobeck v. Merck & Co., Inc. | 06-10645 |
| NYN  5  06-1204 | Marguerite Cesarini v. Merck & Co., Inc. | 06-10646 |

SCHEDULE CTO-72 - TAG-ALONG ACTIONS (MDL-1657)                    Page 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| NYN 5 06-1214 | James E. Ferris, Jr. v. Merck & Co., Inc. | 06-10647 |
| NYN 5 06-1215 | Paul C. Fleming v. Merck & Co., Inc. | 06-10648 |
| NYN 5 06-1217 | Nora O. James, et al. v. Merck & Co., Inc. | 06-10649 |
| NYN 6 06-1198 | Carmela E. Abbott, et al. v. Merck & Co., Inc. | 06-10650 |
| NYN 6 06-1203 | Warren A. Canary v. Merck & Co., Inc. | 06-10651 |
| NYN 6 06-1209 | Gouri Dey, et al. v. Merck & Co., Inc. | 06-10652 |
| NYN 6 06-1212 | Fred L. Farewege v. Merck & Co., Inc. | 06-10653 |
| NYN 6 06-1218 | John R. Lappin, et al. v. Merck & Co., Inc. | 06-10654 |
| NYN 6 06-1219 | Patricia B. Mahanna v. Merck & Co., Inc. | 06-10655 |
| NYN 6 06-1223 | Douglas A. Snyder, etc. v. Merck & Co., Inc. | 06-10656 |
| NYN 6 06-1224 | Richard J. Stedman v. Merck & Co., Inc. | 06-10657 |
| NYN 6 06-1228 | Steven M. True v. Merck & Co., Inc. | 06-10658 |
| NYN 6 06-1229 | Carla T. Wiater, et al. v. Merck & Co., Inc. | 06-10659 |
| | | |
| OHIO NORTHERN | | |
| OHN 1 06-2512 | Fred Nagle v. Merck & Co., Inc. | 06-10660 |
| OHN 1 06-2513 | Marion M. Lockett, etc. v. Merck & Co., Inc. | 06-10661 |
| OHN 1 06-2514 | Velma Latevoli-Cogburn v. Merck & Co., Inc. | 06-10662 |
| OHN 1 06-2515 | Helen Elizabeth Gerber v. Merck & Co., Inc. | 06-10663 |
| OHN 1 06-2516 | George Hill, et al. v . Merck & Co., Inc. | 06-10664 |
| | | |
| OHIO SOUTHERN | | |
| OHS 2 06-851 | Renya Lutz, et al. v. Merck & Co., Inc., et al. | 06-10665 |
| OHS 2 06-877 | Donald Gooch, et al. v. Merck & Co., Inc., et al. | 06-10666 |
| | | |
| OKLAHOMA EASTERN | | |
| OKE 6 06-435 | Elbert Williams v. Merck & Co., Inc. | 06-10667 |
| OKE 6 06-439 | Judy C. Kelly v. Merck & Co., Inc. | 06-10668 |
| OKE 6 06-440 | Audrey Leding v. Merck & Co., Inc. | 06-10669 |
| | | |
| OKLAHOMA NORTHERN | | |
| OKN 4 06-559 | Allen Williams v. Merck & Co., Inc. | 06-10670 |
| OKN 4 06-560 | Bob Likam v. Merck & Co., Inc. | 06-10671 |
| ~~OKN 4 06-561~~ | ~~Wanda Ferrell, etc. v. Merck & Co., Inc., et al.~~  Opposed 11/20/06 | |
| | | |
| OKLAHOMA WESTERN | | |
| OKW 5 06-1101 | Delbert B. Luginbill v. Merck & Co., Inc. | 06-10672 |
| OKW 5 06-1106 | Yolanda M. Carter v. Merck & Co., Inc. | 06-10673 |
| OKW 5 06-1118 | Kenneth Hartin v. Merck & Co., Inc. | 06-10674 |
| OKW 5 06-1155 | Julia L. Stokes v. Merck & Co., Inc. | 06-10675 |
| OKW 5 06-1159 | Cecil Pirrong v. Merck & Co., Inc. | 06-10676 |
| | | |
| PENNSYLVANIA EASTERN | | |
| PAE 2 06-4500 | Gloria Pierose v. Merck & Co., Inc., et al. | 06-10677 |
| PAE 2 06-4520 | Ersell Mangum v. Merck & Co., Inc. | 06-10678 |
| PAE 2 06-4521 | Sidney Snipes v. Merck & Co., Inc. | 06-10679 |
| | | |
| PENNSYLVANIA WESTERN | | |
| PAW 2 06-1371 | Angela Jean Conti v. Merck & Co., Inc. | 06-10680 |
| | | |
| TENNESSEE EASTERN | | |
| TNE 1 06-212 | Lee Riddle, et al. v. Merck & Co., Inc. | 06-10681 |
| | | |
| TEXAS NORTHERN | | |
| TXN 3 06-1844 | Roberta Hoag, et al. v. Richardson Hospital Authority, et al. | 06-10682 |
| TXN 3 06-1870 | Nancy C. Moltenbrey v. Merck & Co., Inc. | 06-10683 |

SCHEDULE CTO-72 - TAG-ALONG ACTIONS (MDL-1657)                    Page 4 of 4

DIST. DIV. C.A. #                    CASE CAPTION                                    EDLA
                                                                                     SEC. L/3

**TEXAS SOUTHERN**

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| TXS  1  06-165 | Blanca D. Jimenez v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  1  06-171 | Veronica Zamora v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  1  06-173 | Mildred Elizabeth Dodd, et al. v. Merck & Co., Inc. | | 06-10684 |
| TXS  1  06-174 | Ben Longoria v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  1  06-175 | Celia M. Sanchez v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  4  06-3191 | Alison Nettles, et al. v. Merck & Co., Inc., et al. | Opposed 11/22/06 | |
| TXS  5  06-147 | Edward M. Steele v. Merck & Co., Inc., et al. | Opposed 11/20/06 | |
| TXS  7  06-288 | Petra Ybarra v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-289 | Luis Cantu v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-295 | Emma Cuellar v. Memrck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-296 | Maria C. Cardenas v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-297 | Gloria Mascorro v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-308 | Maria Gloria Ybarra v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-311 | Aida Vasquez v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-312 | Irma Solis v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-315 | Francisca Villarreal v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-316 | Elma Martinez v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |
| TXS  7  06-317 | Elvira Serna v. Merck & Co., Inc., et al. | Opposed 11/17/06 | |

**TEXAS WESTERN**

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| TXW  1  06-804 | Ina M. Teller v. Merck & Co., Inc., et al. | Opposed 11/17/06 |
| TXW  1  06-849 | James Townsley v. Merck & Co., Inc., et al. | Opposed 11/17/06 |

**VIRGINIA EASTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| VAE  3  06-645 | Sue K. Moorefield, et al. v. Merck & Co., Inc. | 06-10685 |

**WEST VIRGINIA NORTHERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| WVN  5  06-127 | Kirk Scott v. Merck & Co., Inc. | 06-10686 |
| WVN  5  06-129 | Patricia R. Farrall v. Merck & Co., Inc. | 06-10687 |

**WEST VIRGINIA SOUTHERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| WVS  1  06-891 | Loretta Semenske v. Merck & Co., Inc. | 06-10688 |

# INVOLVED COUNSEL LIST (CTO-72)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Douglas Alan Allison
Law Offices of Douglas A. Allison
500 North Water Street
Suite 1200
Corpus Christi, TX 78471

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S, Capitol Blvd.
10th Floor
P.O. Box 829
Boise, ID 83701

Steven D. Archer
Robins, Kaplan, Miller & Ciresi, LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067

Robert F. Arentz
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Erik T. Atkisson
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Charles M. Barkley
Barkley, Titus, Hillis & Reynolds
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103-4063

Denise A. Barton
Morris, Pickering & Peterson
300 South Fourth Street
Suite 900
Las Vegas, NV 89101

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

E. Ed Bonzie
Chandler & Bonzie
8201 South Walker Avenue
Suite C
Oklahoma City, OK 73139-9401

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein,
LLP
620 S.W. Fifth Avenue
Suite 1125
Portland, OR 97204

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Tom P. Briggs
Berry, Briggs & Berkley
4315 West Lovers Lane
P.O. Box 7829
Dalla, TX 75209

Donald K. Brown, Jr.
O'Bryan, Brown & Toner, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202-2513

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Sarah E. Buchan
Best & Sharp
100 W. 5th Street
Suite 808
Tulsa, OK 74103-4225

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Charles W. Cohen
Hughes, Hubbard Law Firm
One Battery Park Plaza
New York, NY 10004

Charles A. Cohn
Cohn & Cohn
77 West Washington Street, Suite 1422
Chicago, IL 60602

S. Tessie Kenny
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Robert W. Cottle
Mainor Eglet Cottle, LLP
400 South Fourth Street
Sixth Floor
Las Vegas, NV 89101

INVOLVED COUNSEL LIST (CTO-72) MDL-1657

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis,
PLLC
511 Union Street
Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966

Andrew A. Dosa
Law Offices of Andrew Dosa
1516 Oak Street
Suite 310
Alameda, CA 94501

Mark L. Edwards
Edward Law Firm
P.O. Box 1066
McAlester, OK 74502

Steve August Fabbro
Law Offices of Steven A. Fabbro
8 California Street, 8th Floor
San Francisco, CA 94111

Jeremy R. Fietz
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

H. Bruce Fischer
H. Bruce Fischer, PC
45 Rockefeller Plaza
Suite 2916
New York, NY 10111

Wilfried H. Florin
Florin, Roebig, PA
777 Alderman Road
Palm Harbor, FL 34683

Carl N. Frankovitch
Frankovitch, Anetakis, Colantonio
& Simon
337 Penco Road
Weirton, WV 26062

David J. Fulton
Wooden, Fulton & Scarborough, PC
737 Market Street
Suite 620
Chattanooga, TN 37402

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

Beverly J. Glascock
Bubalo & Hiestand, PLC
401 S. Fourth Street
Suite 800
Louisville, KY 40202

Daniel P. Goetz
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Diane Goldschmidt
Edward L. White, P.C.
13924-B Quail Pointe Drive
Oklahoma City, OK 73134

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Stephen M. Gracey
Frost, Brown & Todd, L.L.C.
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182

Anne E. Grigg
Fulbright & Jaworski, L.L.P.
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011

Steven D. Hamilton
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

Frank O. Hanson, Jr.
Law Offices of Frank O. Hanson, Jr.
4401 Gary Avenue
Fairfield, AL 35064

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street
P.O. Box 2084
Oakland, CA 94604-2084

Bryan S. Hatch
Stinson Morrison Hecker, LLP
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Michael W. Jackson
2548 NW Expressway
Suite 103
Oklahoma City, OK 73112

Christopher S. Johns
Law Offices of Chris Johns
4741 Atlantic Blvd.
Suite D
Jacksonville, FL 32207

Richard L. Josephson
Baker Botts, L.L.P.
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Stephen P. Joyce
Office of Stephen P. Joyce
P.O. Box 705
26 North Main Street
Sherburne, NY 13460

INVOLVED COUNSEL LIST (CTO-72) MDL-1657                                    Page 3 of 4

Kristofer Kallman
Kristofer Kallman Law Offices
2019 State Street
Suite B
Santa Barbara, CA 93105

Mark Alan Keene
Davis & Davis
P.O. Box 1588
Austin, TX 78767

Robert W. Kerpsack
Robert W. Kerpsack Co., LPA
21 East State Street
Suite 300
Columbus, OH 43215

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

John Rudolf Krafcisin
Law Offices of John R. Krafcisin
5839 West 35th Street
Cicero, IL 60804-4250

Gregory M. Lederer
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401-1266

Barbara B. Litten
Squire, Sanders & Dempsey, LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Maryanne Lyons
Baker Botts, L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

David Martinez
Robins, Kaplan, Miller
& Ciresi, L.L.P.
2049 Century Park East
Suite 3700
Los Angeles, CA 90067

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

David P. Matthews
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Timothy D. Maxcey
Stipe Harper Laizure Uselton
Belote, et al.
P.O. Box 1369
McAlester, OK 74501-1369

Robert R. McCoy
Morris, Pickering, Peterson
& Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Wendy C. McGraw
Hunton & Williams, LLP
500 E. Main Street
Suite 1000
Norfolk, VA 23510

Heriberto Medrano
2009 East Harrison
Suite B
Harlingen, TX 78550

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
P.O. Box 900
Independence, MO 64050

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202-3363

Frank W. Mitchell
Maloney, Martin & Mitchell, LLP
3401 Allen Parkway
Suite 100
Houston, TX 77010

Jack H. Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street
Suite 1200
Corpus Christi, TX 78471

Frrank A. Natale, II
2616 Wilmington Road
Suite F
New Castle, PA 16105

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Ernest A. Panizzon
Ernest A. Panizzon Law Offices
P.O. Box 788
Santa Barbara, CA 93102-0788

Leonard R. Parks
Law Offices of Leonard R. Parks
& Assoc.
1301 S. Broad Street
Suite 200
Philadelphia, PA 19147

Kenneth Patterson
Patterson & Wagner
7550 I-10 West
Suite 500
San Antonio, TX 78229

Marla Pittman
Friedman & Feiger
5301 Spring Valley Road
Suite 200
Dallas, TX 75254

INVOLVED COUNSEL LIST (CTO-72) MDL-1657

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street
Suite 2700
Lexington, KY 40507-1749

Lewis Franklin Powell, III
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Vincent M. Powers
Vincent M. Powers & Associates
411 South 13th Street
Suite 300
Lincoln, NE 68508

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Anne M. Seibel
Bradley Arant Rose & White, LLP
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-2119

Brian Alan Sher
Bryan Cave, LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3206

E. Raymond Shope, II
Law Office of E. Raymond Shope, II,
P.A.
1404 Goodlettte Road, N.
Naples, FL 34102

Travis K. Siegel
Rife & Walters
100 N Broadway Avenue, Suite 2730
Oklahoma City, OK 73102

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

David A. Tanner
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Road
Suite 120
Las Vegas, NV 89128

Gerald B. Taylor, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Richard S. Toon, Jr.
Toon & Osmond
1800 S. Baltimore
Suite 1000
Tulsa, OK 74119

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Ave. S.
Suite 8000
Minneapolis, MN 55415

Jason Scott Turchin
Bernstein & Maryanoff
15055 SW 122nd Avenue
Miami, FL 33186

Gary R. Underwood
Helms & Underwood
120 North Robinson Avenue
Suite 2500
Oklahoma City, OK 73102

Thomas F. Urban, II
James F. Humphreys & Associates, LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Craig K. Vernon
James, Vernon & Weeks
1875 North Lakewood Drive
#200
Coeur d'Alene, ID 83814

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Shawn A. Warner
Shawn A. Warner & Associates
218 North Jefferson
Suite 300
Chicago, IL 60661

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann,
LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Martha K. Wivell
P.O. Box 339
Cook, MN 55723

C. Craig Woods
Squire, Sanders & Dempsey, L.L.P.
1300 Huntington Center
41 South High
Columbus, OH 43215

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

## INVOLVED JUDGES LIST (CTO-72)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
3280 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon. Mark W. Bennett
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 838
Sioux City, IA 51101

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Wayne D. Brazil
U.S. Magistrate Judge
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. David H. Coar
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kent J. Dawson
U.S. District Judge
6006 Lloyd D. George
U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Honorable Patricia C. Fawsett
Chief Judge, United States District Court
611 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Robert W. Gettleman
U.S. District Judge
1788 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Irma E. Gonzalez
Chief Judge, U.S. District Court
4194 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Andrew S. Hanen
U.S. District Judge
P.O. Box 61010
Houston, TX 77208-1010

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

~~Hon. David Hittner~~
~~Senior U.S. District Judge~~
~~8509 Bob Casey U.S. Courthouse~~
~~515 Rusk Avenue~~
~~Houston, TX 77002~~

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building &
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. David N. Hurd
U.S. District Judge
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

~~Hon. Robert C. Jones~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~7005 Lloyd D. George~~
~~U.S. Courthouse~~
~~333 Las Vegas Blvd., South~~
~~Las Vegas, NV 89101~~

~~Hon. George P. Kazen~~
~~U.S. District Judge~~
~~P.O. Box 1060~~
~~Laredo, TX 78042-1060~~

Hon. James Edgar Kinkeade
U.S. District Judge
1625 Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George W. Lindberg
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. Ronald E. Longstaff
U.S. District Judge
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

~~Hon. James C. Mahan~~
~~U.S. District Judge~~
~~6085 Lloyd D. George~~
~~U.S. Courthouse~~
~~333 Las Vegas Boulevard South~~
~~Las Vegas, NV 89101~~

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Harry S. Mattice, Jr.
U.S. District Judge
United States District Court
104 Joel W. Solomon Federal Bldg.
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

~~Hon. Barry Ted Moskowitz~~
~~U.S. District Judge~~
~~Edward J. Schwartz U.S. Courthouse~~
~~940 Front Street~~
~~Suite 5160~~
~~San Diego, CA 92101~~

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. Donald E. O'Brien
Senior U.S. District Judge
P.O. Box 267
Sioux City, IA 51102

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

~~Hon. James H. Payne~~
~~Chief Judge, U.S. District Court~~
~~U.S. District Court~~
~~P.O. Box 2459~~
~~Muskogee, OK 74402~~

Hon. Robert E. Payne
U.S. District Judge
Lewis F. Powell, Jr.
United States Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Robert W. Pratt
Chief Judge, U.S. District Court
429 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

~~Hon. Philip M. Pro~~
~~Chief Judge, U.S. District Court~~
~~7015 Lloyd D. George~~
~~U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101-7065~~

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Brian E. Sandoval~~
~~U.S. District Judge~~
~~805 Bruce R. Thompson~~
~~U.S. Courthouse & Federal Building~~
~~400 South Virginia Street~~
~~Reno, NV 89501-2193~~

Hon. Frank H. Seay
Senior U.S. District Judge
United States District Court
P.O. Box 828
Muskogee, OK 74402-0828

~~Hon. Charles R. Simpson, III~~
~~Chief Judge, U.S. District Court~~
~~247 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

~~Hon. Sam Sparks~~
~~U.S. District Judge~~
~~100 U.S. Courthouse~~
~~200 West Eighth Street~~
~~Austin, TX 78701~~

Hon. Frederick P. Stamp, Jr.
U.S. District Judge
P.O. Box 791
Federal Building
1125 Chapline Street
Wheeling, WV 26003-0100

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
#306
600 East Harrison Street
Brownsville, TX 78520

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Warren K. Urbom
Senior U.S. District Judge
507 Robert V. Denney
U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Kimberly E. West
U.S Magistrate Judge
United States District Court
P. O. Box 2999
Muskogee, OK 74402

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Thomas J. Whelan~~
~~U.S. District Judge~~
~~3155 Edward J. Schwartz~~
~~U.S. Courthouse~~
~~940 Front Street, Suite 3155~~
~~San Diego, CA 92101~~

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

# INVOLVED CLERKS LIST (CTO-72)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
## LITIGATION

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Denise Lucks, Clerk
1152 Roman L. Hruska  U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Fernando Galindo, Acting Clerk
307 Lewis F. Powell, Jr.
U.S. Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James D. Hodges, Jr., Clerk
301 U.S. Courthouse
320 Sixth Street
Sioux City, IA 51101

~~Jeffrey A. Apperson, Clerk~~
~~106 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

~~Lance S. Wilson, Clerk~~
~~Lloyd D. George  U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Lawrence K. Baerman, Clerk
U.S. District Court
100 South Clinton Street
Syracuse, NY 13261

Lawrence K. Baerman, Clerk
Alexander Pirnie Federal Bldg.
10 Broad Street
Utica, NY 13501

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
101 Fed. Bldg. & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

~~Michael N. Milby, Clerk~~
~~United States District Court~~
~~P.O. Box 61010~~
~~Houston, TX 77208-1010~~

~~Michael N. Milby, Clerk~~
~~P.O. Box 597~~
~~Laredo, TX 78040-0597~~

~~Michael N. Milby, Clerk~~
~~P.O. Box 5059~~
~~McAllen, TX 78502-5059~~

INVOLVED CLERKS LIST (CTO-72) MDL-1657

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Teresa Deppner, Clerk
Federal Station
P.O. Box 4128
Bluefield, WV 27702-1928

~~W. Samuel Hamrick, Jr., Clerk~~
~~4290 Edward J. Schwartz Federal Building~~
~~880 Front Street~~
~~San Diego, CA 92101-8900~~

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

~~William G. Putnicki, Clerk~~
~~U.S. Courthouse~~
~~200 West 8th Street~~
~~Austin, TX 78701~~

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888

http://www.jpml.uscourts.gov

November 27, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-72)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 7, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Docket Specialist

Attachments

cc:    Transferee Judge:    Judge Eldon E. Fallon
       Transferor Judges:   (See Attached List of Judges)
       Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A