UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: . <br> Sharon Preston 05-5822 | * | JUDGE FALLON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiffs in the above-captioned cases be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

840080v.1