# EXHIBIT 1

| Subj. | **Vioxx MDL/ Steven Nissen, MD** |
|---|---|
| Date | 8/7/2006 11:18:20 A.M. Mountain Standard Time |
| From | Cvtisi |
| To: | vancev@ccf.org |
| BCC | dbuchanan@seegerweiss.com |

Vicky

I do hope that you are doing well.

I would like to discuss Dr. Nissen deposition in the Vioxx MD.    We have held off till now because of his new duties but would like to revisit the issue at this time. Is there a time that you and I can talk?  If so, where can I reach you?

Chris Tisi
307-733-0028



# EXHIBIT 2

Subj    **Fwd: Vioxx MDL/ Steven Nissen, MD**
Date    8/14/2006 6 05 14 P M. Mountain Standard Time
From    Cvtisi
To      vancev@ccf.org
BCC:    dbuchanan@seegerweiss.com

Vicky

I have not heard from you on this  Would you let me know your thoughts?  Should I just send you a subpoena?

Let me know

Chris
cell-202-302-2138
office--307-733-0028

-----------------
Forwarded Message'
Subj:   **Vioxx MDL/ Steven Nissen, MD**
Date'   8/7/2006 11 18 20 A M. Mountain Standard Time
From    Cvtisi
To:     vancev@ccf.org
BCC:    dbuchanan@seegerweiss.com

Vicky

I do hope that you are doing well.

I would like to discuss Dr. Nissen deposition in the Vioxx MDL.  We have held off til now because of his new duties but would like to revisit the  issue at this time. Is there a time that you and I can talk?  If so, where can I reach you?

Chris Tisi
307-733-0028



# EXHIBIT 3

| Subj | **RE: Dr. Nissen** |
|------|-------------|
| Date | 9/7/2006 8 04:00 A.M. Mountain Standard Time |
| From: | VANCEV@ccf.org |
| To: | Cvtisi@aol.com |
| CC | dbuchanan@seegerweiss.com |

we're looking at the schedule now. Getting one day may be months away. I'm asking for the first available full day, or back to back days, and will offer you the options

Vicky

 **Cleveland Clinic**

Victoria L. Vance. Esq.   | Senior Counsel. Director of Litigation   | Office of General Cou
Cleveland Clinic | 1950 Richmond Road TR38  | Lyndhurst. OH  44124
Phone: (216) 297-7067 | Facsimile: (216) 297-7005 | Pager: 28098 | E-mail
vancev@ccf.org

*may include information from the Office of General Counsel at the Cleveland Clinic that may be legally privileged and confidential. This information is intended for the use of only the individual or entity named above. If you are not the intended recipient, any disclosure, copying or distribution of these documents or the taking of any action based on the contents of this transmission is prohibited*

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Thursday, September 07, 2006 10:49 AM
**To:** Vance, Victoria L
**Cc:** Jbuchanan@seegerweiss.com
**Subject:** Dr. Nissen

Vivian

Any news on dates for this deposition? We would sure like to be able to conclude it in one day rather than spread it out over several. While I am by no means suggesting this, we could do it on a Saturday if this would be Dr. Nissen's preference

Please feel free to call me on this  307-733-0028

Regards.
Chris

=====    =============-        Cleveland Clinic is named one of the top 3 hosp

Confidentiality Note: This message is intended for use by the individual or e

===========        ========


EXHIBIT
3

# EXHIBIT 4

Subj.    **RE: Dr. Nissen**
Date.    9/13/2006 11:41:55 A.M. Mountain Standard Time
From     VANCEV@ccf.org
To.      Cvtisi@aol.com
CC       dbuchanan@seegerweiss.com

Chris—as expected, Dr Nissen does not have a full day to offer for a deposition until well into next year. April 2,
April 5, or April 9. His calendar is committed to hospital, ACC patients, research, committee work, etc.
If you want to do back-to-back dates, he can give time on Feb 26 and Feb 27, 2007
These are first available dates

Please advise.

Vicky



Victoria L. Vance, Esq. | Senior Counsel, Director of Litigation | Office of General Coun
Cleveland Clinic | 1950 Richmond Road, TR38 | Lyndhurst, OH 44124
Phone (216) 297-7067 | Facsimile (216) 297-7005 | Pager 28098 | E-mail
vancev@ccf.org

*may include information from the Office of General Counsel at the Cleveland Clinic that may be legally privileged and
confidential. This information is intended for the use of only the individual or entity named above. If you are not the intended
recipient, any disclosure, copying or distribution of these documents or the taking of any action based on the contents of this
transmission is prohibited*

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Thursday, September 07, 2006 10:49 AM
**To:** Vance, Victoria L.
**Cc:** dbuchanan@seegerweiss.com
**Subject:** Dr. Nissen

Vivian

Any news on dates for this deposition? We would sure like to be able to conclude it in one day rather than
spread it out over several. While I am by no means suggesting this, we could do it on a Saturday if this would
be Dr. Nissen's preference.

Please feel free to call me on this. 307-733-0028

Regards,
Chris

Cleveland Clinic is ranked one of the top 3 hospitals in America by US News & worl

Confidentiality Notice: This message is intended for use only by the individual or e

==========    ---------------



EXHIBIT
4

# EXHIBIT 5

Subj      **Re: Dr. Nissen**
Date:     9/13/2006 12:07:30 P.M. Mountain Standard Time
From      Cvtisi
To        VANCEV@ccf.org
CC        dbuchanan@seegerweiss.com

Vicky

Thank you for getting back to me

As you know, there are several trials this fall through January in both state and federal court. Therefore, it appears that we cannot not get this done in the timeframe that would permit back-to-back dates that we requested. Accordingly, would you kindly seek dates that are not back-to-back but preferably the same week. Please check for dates in the near term

You should know that we are attempting to do this in a manner that would require his appearance at one time so any assistance you can provide will be helpful to both the PSC and to the Clinic. Dates for early next year make that virtually impossible

Chris

In a message dated 9/13/2006 2:41:55 P.M. Eastern Standard Time, VANCEV@ccf.org writes:

> Chris—as expected. Dr. Nissen does not have a full day to offer for a deposition until well into next year: April 2, April 5, or April 9. His calendar is committed to hospital, ACC, patients, research, committee work, etc
>
> If you want to do back-to-back dates, he can give time on Feb 26 and Feb 27, 2007
>
> These are first available dates
>
> Please advise
>
> Vicky
>
> Victoria E. Vance, Esq. | Senior Counsel, Director of Litigation | Office of General Co
> Cleveland Clinic | 1950 Richmond Road, TR38 | Lyndhurst, OH 44124
>
> Phone: (216) 297-7007 | Facsimile (216) 297-7006 | Pager: 28098 | E-mail
> vancev@ccf.org



*This document may include information from the Office of General Counsel at the Cleveland Clinic that may be legally privileged and confidential. This information is intended for the use of only the individual or entity named above. If you are not the intended recipient, any disclosure, copying or distribution of these documents or the taking of any action based on the contents of this transmission is prohibited.*

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Thursday, September 07, 2006 10:49 AM
**To:** Vance, Victoria L.

**Cc:** dbuchanan@seegerweiss.com
**Subject:** Dr. Nissen

.

Vivian:


Any news on dates for this deposition?  We would sure like to be able to conclude it in one day rather than spread it out over several.  While I am by no means suggesting this, we could do it on a Saturday if this would be Dr. Nissen's preference.


Please feel free to call me on this   307-733-0028



Regards

Chris

.... .. .... .... .. ....... .. .. ... .. . . .. .. .... .... .. .. . .. ....
. .. .. .. . ..... ... . ... .. ... . . .. . .... .... .. .. . . .. . . .... . .
..... ...

# EXHIBIT 6

Subj:   **RE: Dr. Nissen**
Date   9/18/2006 10:47:02 A.M. Mountain Standard Time
From   VANCEV@ccf.org
To:   Cvtisi@aol.com
CC   dbuchanan@seegerweiss.com

Chris—I just spoke with Dr Nissen's office. Even when his secretary expands the search to other days—not necessarily back to back—when he could be available for a block of 3-4 hours for depo, we re not going to do any better than Feb 2007. I can now offer: 2/5 or 2/6, 2/19 or 2/20

The fall is completely booked with national and international meetings. Feb is a (relatively) good month. By March 2007 he's back into the prep and presentation cycle for another round of major meetings, summits, and conferences.

The sooner you can pick one of those dates, the better. His office can't hold any date for very long.
Vicky

 **Cleveland Clinic**

Victoria L. Vance, Esq. | Senior Counsel, Director of Litigation | Office of General Counsel
Cleveland Clinic | 1950 Richmond Road TR38 | Lyndhurst OH 44124
Phone (216) 297-7057 | Facsimile (216) 297-7005 | Pager 28098 | E-mail
vancev@ccf.org

*may include information from the Office of General Counsel at the Cleveland Clinic that may be legally privileged and confidential. This information is intended for the use of only the individual or entity named above. If you are not the intended recipient, any disclosure, copying or distribution of these documents or the taking of any action based on the contents of this transmission is prohibited*

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Monday, September 18, 2006 1:23 PM
**To:** Vance, Victoria L.
**Cc:** dbuchanan@seegerweiss.com
**Subject:** Dr. Nissen

Vicky,

I left you a message today but, in the event you are only available by e-mail, I wanted to see whether you would call me on scheduling and other issues related to Dr. Nissen. My telephone number is 307-733-0028

Thanks Vicky

Regards
Chris


EXHIBIT
6

# EXHIBIT 7

Subj.    **Re: Dr. Nissen**
Date     9/18/2006 10 58 54 A M. Mountain Standard Time
From     Cvtisi
To       VANCEV@cct org
CC       dbuchanan@seegerweiss com

Vicky

Respectfully, there must be something else we can do  if I te I the Judge this (as well as the litigants) he is going to suggest that we simply subpoena him. That, of course is something that I do not wish to do. It is hard for me to comprehend that as important as he is he cannot give us two half day block of time for almost 6 months  As I said previously we would be very flexible with our own scheduling and could do this after hours of on weekends if that were to work better for the doctor

Where and when can I call you on this?

Chris
307-733-0028


In a message dated 9/18/2006 11 47 02 A M. Mountain Standard Time  VANCEV@cct org writes

> Chris—I just spoke with Dr Nissen's office. Even when his secretary expands the search to other days—not necessarily back-to-back—when he could be available for a block of 3-4 hours for depo, we re not going to do any better than Feb 2007. I can now offer  2/5 or 2/6,  2/19 or 2/20
>
> The fall is completely booked with national and international meetings  Feb is a (relatively) good month  By March 2007 he's back into the prep and presentation cycle for another round of major meetings, summits, and conferences
>
> The sooner you can pick one of those dates  the better  His office can't hold any date for very long.
>
> Vicky
>
>  **Cleveland Clinic**
>
> Victoria L Vance Esq  | Senior Counsel Director of Litigation  | Office of General Co
> Cleveland Clinic  | 1950 Richmond Road  TR38  | Lyndhurst OH  44124
>
> Phone  (216) 297 7097 | Facsimile  (216) 297 7003 | Pager  28098    E mail
> vancev@cct org
>
> *This document may include information from the Office of General Counsel at the Cleveland Clinic that may be legally privileged and confidential  This information is intended for the use of only the individual or entity named above. If you are not the intended recipient, any disclosure, copying or distribution of these documents or the taking of any action based on the contents of this transmission is prohibited*

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Monday, September 18, 2006 1:23 PM
**To:** Vance, Victoria L.
**Cc:** dbuchanan@seegerweiss.com
**Subject:** Dr. Nissen



EXHIBIT
7

# EXHIBIT 8

Subj     **RE: Dr. Nissen**
Date:    9/22/2006 3 21:59 P M Mountain Standard Time
From     VANCEV@ccf.org
To       Cvtisi@aol com
CC       dbuchanan@seegerweiss.com

Chris—
As promised, I have tried again to secure different dates on Dr Nissen's calendar for the deposition. With substantial effort, he can rearrange some commitments and authorized me to offer you a choice of 2 dates: Dec 4 or Dec 12. He would be available on the date for the taking and completion of the deposition—up to 7 hours, per the Court's standing order.

I will need to receive a confirmation of the date as soon as possible, in order to hold the dates.

I trust this will satisfy the parties' and court's scheduling preferences.

Please call me to discuss the particulars of the arrangements for the deposition, which will be conducted on the campus of The Cleveland Clinic in Cleveland, Ohio.

Vicky

 **Cleveland Clinic**

Victoria L. Vance, Esq.  | Senior Counsel, Director of Litigation  | Office of General Cou
Cleveland Clinic | 1950 Richmond Road TR38  | Lyndhurst, OH 44124
Phone (216) 297 7067 | Facsimile (216) 297 7009 | Pager 20098 | E mail
vancev@ccf.org

may include information from the Office of General Counsel at the Cleveland Clinic that may be legally privileged and confidential. This information is intended for the use of only the individual or entity named above. If you are not the intended recipient, any disclosure, copying or distribution of these documents or the taking of any action based on the contents of this transmission is prohibited.

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Monday, September 18, 2006 1:59 PM
**To:** Vance, Victoria L.
**Cc:** dbuchanan@seegerweiss.com
**Subject:** Re: Dr. Nissen

Vicky

Respectfully, there must be something else we can do. If I tell the Judge this (as well as the litigants), he's going to suggest that we simply subpoena him. That, of course, is something that I do not wish to do. It is hard for me to comprehend that, as important as he is, he cannot give us two half day block of time for almost 6 months. As I said previously, we would be very flexible with our own scheduling and could do this after hours of on weekends if that were to work better for the doctor.

Where and when can I call you on this?

Chris
307-733-0028

In a message dated 9/18/2006 11 47 02 A M Mountain Standard Time VANCEV@ccf org writes
| Chris—I just spoke with Dr Nissen's office. Even when his secretary expands the search to other

 EXHIBIT 8

# EXHIBIT 9

Subj      **Dr. Steve Nissen**
Date:     10/13/2006 2 49 57 P M  Mountain Standard Time
From:     mayor@hugheshubbard com
To        cvtisi@aol com

Chris  December 12 does not work for Phil Beck. because the Dedrick will still be on  Can we move this back a little so Phil can participate?
Ted

.................................................................................

This email and any files transmitted with it may contain privileged or confidential

information  Use  disclosure, copying or distribution of this message by anyone

other than the intended recipient is strictly prohibited  If you have received

this email in error please notify the sender by reply email and destroy all copies

of this message in your possession  custody or control



.................................................................................

**EXHIBIT**
**9**
tabbies

# EXHIBIT 10



Subj    **Re: Dr. Steve Nissen**
Date    10/13/2006 3 37 56 P M Mountain Standard Time
From    Cvtlisi
To      mayer@hugheshubbard com
CC      dbuchanan@seegerweiss com

I tried t get as many dates as i could  The only dates before April 2006 were December 4 and 12  I chose the 12th because I though that was most convenient g ven the dietrick trail  I cannot get any addit onal dates and am unwilling to postpone till April  If you want me to go back and look at the 4th  I could do so

In a message dated 10/13/2006 3 49 57 P M  Mountain Standard Time  mayer@hugheshubbard com writes

> Chr s, December 12 does not work for Phil Peck  because the Dedrick will still be on  Can we move this back a little so Phil can participate? Ted
>
> •••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
>
> This email and any files transmitted with it may contain privileged or confidential
>
> information  Use  disclosure  copying or distribution of this message by anyone
>
> other than the intended recipient is strictly prohib ted  If you have received
>
> th s ema l n error please notify the sender by reply email and destroy all copies
>
> of this message in your possession  custody or control



EXHIBIT

10

# EXHIBIT 11

# ASHCRAFT & GEREL, LLP

### ATTORNEYS AND COUNSELLORS AT LAW

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D C 20036

(202) 783-6400
FAX (202) 416-6192

DISTRICT OF COLUMBIA
JAMES A MANN[?]
MARK L SCHAFFER
WAYNE M MANSOULIA
JAMES F GREEN
ALLEN J LOWE
H VINCENT MCKNIGHT
MICHELLE A HAMPET
CHRISTOPHER V TISI
NINNEY SCHOTTER
GEORGE E BREUMAN
DEBRAH D MILLER
JERRY D SPITZ
MOHAMMAD A ZIED
JENNIFER I OGREND
BRIAN L KINGSLEY
TALMAN H EIM

OF COUNSEL
M TOMEADE M KENNEDY

ROCKVILLE MD 20852
SUITE 1430
11 00 ROCKVILLE PIKE
(301) 770-4142

LANGOVER, MD 20785
SUITE 90
AND SAMDLY CITY DRIVE
(301) 459-8400

ALEXANDRIA, VA 22314
SUITE 640
1500 N HENRY ROAD
(703) 417-6000

BALTIMORE MD 21202
SUITE 22
10 EAST BALTIMORE STREET

MARYLAND
MARTIN F GERELT
HUBERT C SAMET
DAVID M LIGVIA
WILLIAM F MCLHONEY
HUBERT F FHOELKE
JONATHAN S BEISER
ROBERT A FLACK
DENISE J COTTRON
DAVID M LAYTON
MARTIN THRIS
PATRICK H WIGGINS
ALAN J MENDE
ALLEE E COOK

VIRGINIA
AMRENCE J BACCAL
J HUNT BRADFIELD
MICHAEL H FLAVISIDE
CRAIG A BROWN
DAVIE C MAYNE JR
DAVID B VERGMONT
SUSAN L MINKIN

LEE C ASHCRAFT
(DECEASED)

November 9, 2006

Ms. Victoria Vance
Director, Medical Litigation
The Cleveland Clinic Foundation
Office of General Counsel/TR38
1950 Richmond Road
Lyndhurst, Ohio 44124

Dear Ms. Vance:

Please find attached a subpoena for the deposition of Steven, Nissen, MD. You should have received a Notice of Deposition under separate cover.

We do understand that Dr. Nissen's schedule is tight and that his and your preference would have been to take this deposition in the spring of 2007. We do appreciate that, with substantial effort on your part, he was able to make time for us on December 12, 2006.

Please call me with any questions.

Regards,

Christopher V. Tisi by JLO

Christopher V. Tisi

Enclosure

cc.    David Buchanan, Esquire
       Troy Rafferty, Esquire
       Lenny Davis, Esquire
       Russ Herman, Esquire
       Christopher Seeger, Esquire
       Andy Birchfield, Esquire
       Ted Mayer, Esquire

CVT/tgc

THIS FIRM AND ITS PARTNERS ARE ALSO PARTNERS IN HERMAN, MATHIS, CASEY, KITCHENS & GEREL



EXHIBIT
11

*AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __OHIO__

In Re: Vioxx Products Liability Litigation

**SUBPOENA IN A CIVIL CASE**

THIS DOCUMENT RELATES TO ALL CASES

Case Number:[1]  MDL No. 1657
Case Pending in the Eastern District of Louisiana at New Orleans

TO:  Dr. Steven Nissen, through attorney
Victoria L. Vance, Esq., the Cleveland Clinic Foundation
1950 Richmond Rd.
Lyndhurst, OH 44124

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Intercontinental Hotel, 9801 Carnegie Ave., Cleveland, OH 44106 | DATE AND TIME |
|---|---|
|  | December 12, 2006, 9:30 A.M. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE

*Christopher V. Tisi by LW* Plaintiff's Steering Committee 3 November 2006

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Christopher V. Tisi, Esquire
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400, Washington, DC 20036 - 202/783-6400
(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

If action is pending in district other than district of issuance state district under case number.
AO88 (Rev. 1994) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

SERVED ON (PRINT NAME)                     MANNER OF SERVICE

SERVED BY (PRINT NAME)                     TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                 DATE                SIGNATURE OF SERVER

                                     ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held; or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information; or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Subj:** **RE: Farquhar deposition exhibits**
**Date:** 11/15/2006 5:34:39 P.M. Mountain Standard Time
**From:** DARBITBLIT@lchb.com
**To:** lester.houtz@bartlit-beck.com
**CC:** ldavis@hhkc.com, shellysanford@goforthlewis.com, andy.birchfield@beas eyallen.com, cvtisi@aol.com

Lester

I just left you a voicemail and wanted to confirm by email that the deposition of Dr. Farquhar will be deferred until a later date to be determined. You had earlier informed me that Don Scott of your office would be the examiner at this deposition. Please inform Mr. Scott that the deposition will be deferred to a later date.

Thanks
Don Arbitblit

-----Original Message-----
**From:** Houtz, Lester [mailto:lester.houtz@bartlit-beck.com]
**Sent:** Wednesday, November 15, 2006 2:09 PM
**To:** Arbitblit, Donald C.
**Subject:** Farquhar deposition exhibits

My guys now tell me that there was no written agreement about how to handle deposition exhibits

They say that in all previous trials both sides used hard copies with the witness in deposition and then created trial videos that spliced in documents. No one projected documents on a screen at the deposition to be videoed for use at trial

That sounds like the best way to go. We have no interest in projecting documents onto a screen at deposition, would be happy to just use hard copies. Let me know if you agree to proceed that way.

Lester J. Houtz
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
(303) 592-3177
lester.houtz@bartlit-beck.com

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Bartlit Beck Herman Palenchar & Scott LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

# EXHIBIT 12

Page 1 of 1

Subj     **Dr. Steve Nissen**
Date:    11/13/2006 7 59 55 A M  Mountain Standard Time
From:    mayer@hugheshubbard.com
To       Cvtisi@aol.com

Chris

I take it from the notice and cover letter that you have rejected our request to move this to a mutually agreeable date so that Phil Heck can participate. Please let me know if I have misunderstood

Assuming I have understood correctly, we will be seeking appropriate relief from Judge Fallon so that Phil can be present when this deposition goes forward

With best regards,

Ted

This email and any files transmitted with it may contain privileged or confidential information  Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited  If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control



EXHIBIT

12

# EXHIBIT 13

Subj:     **Re: Dr. Steve Nissen**
Date      11/13/2006 10 42 03 A M  Mountain Standard Time
From      Cvtisi
To:       mayer@hugheshubbard.com
CC:       dbuchanan@seegerweiss.com
BCC       lisa.dagostino@klinespecter.com

Ted

It is not that I have rejected your request. Rather, as I explained on in my October 13 e-mail to you I have been asking for dates from Dr Nissen since August. While we obviously would have liked this deposition much earlier sometime this early fall Unfortunately the only full dates that Dr. Nissen and his counsel could give us other than December 4 and 12 were in April of 2007. As I further explained in that e-mail I am unwilling to wait that long

In my October e-mail, I did offer to move it up to December 4 but, having heard nothing back from you I noted it for December 12

Chris

I take it from the notice and cover letter that you have rejected our request to move this to a mutually agreeable date so that Phil Beck can participate. Please let me know if I have misunderstood

Assuming I have understood correctly we will be seeking appropriate relief from Judge Falon so that Phil can be present when this deposition goes forward

With best regards

Ted

.........................................................
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control
.........................................................



EXHIBIT
13

# EXHIBIT 14

Subj **RE: Farquhar deposition exhibits**
Date 11/15/2006 5 34 39 P M Mountain Standard Time
From: DARBITBLIT@lcnb com
To: lester houtz@bartlt-beck com
CC ldavis@hhkc.com, shellysanford@goforthlewis com, andy birchfield@beasleyallen com, cvtisi@aol com

Lester
I just left you a voicemail and wanted to confirm by email that the deposition of Dr Farquhar will be deferred until a later date to be determined. You had earlier informed me that Don Scott of your office would be the examiner at this deposition. Please inform Mr Scott that the deposition will be deferred to a later date
Thanks
Don Arbitblit

-----Original Message-----
**From:** Houtz, Lester [mailto:lester.houtz@bartlit-beck.com]
**Sent:** Wednesday, November 15, 2006 2:09 PM
**To:** Arbitblit, Donald C.
**Subject:** Farquhar deposition exhibits

My guys now tell me that there was no written agreement about how to handle deposition exhibits

They say that in all previous trials both sides used hard copies with the witness in deposition and then created trial videos that spliced in documents No one projected documents on a screen at the deposition to be videoed for use at trial.

That sounds like the best way to go We have no interest in projecting documents onto a screen at deposition, would be happy to just use hard copies Let me know if you agree to proceed that way

Lester L Houtz
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
(303) 592-3177
lester.houtz@bartlit-beck com

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged This communication is the property of Bartlit Beck Herman Palenchar & Scott LLP and is intended only for the use of the addressee If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited


EXHIBIT 14