UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx )
    Products Liability Litigation )
     )
This Document Relates to: ) MDL NO. 1657
     )
    JIM HOOD, ATTORNEY GENERAL ) SECTION: L
    ex rel., STATE OF MISSISSIPPI, )
     ) HON. ELDON E. FALLON
    Plaintiff, )
     ) MAG. JUDGE KNOWLES
v. )
     )
    MERCK & CO., INC., )
     )
    Defendant. )
     )
    Case No. 2:05-cv-06755- EEF-DEK )

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED NOV 17 2006
**LORETTA G. WHYTE**
CLERK

## ~~ORDER REGARDING~~ JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONDING TO DISCOVERY REQUESTS PROPOUNDED BY BOTH PARTIES

On this day, the Court considered the Parties Joint Stipulation and Proposed Order regarding the extension of time for responding to Plaintiffs' Fist Set of Requests for Production and Plaintiffs' First Set of Interrogatories and Defendant's First Set of Requests for Production and First Set of Interrogatories. Plaintiff served its discovery on September 28, 2006. Merck served discovery on plaintiff on October 30, 2006. After considering the agreement of the Parties, the Court is of the opinion that the Parties request should be GRANTED.

It is therefore ORDERED as follows:

1) Merck shall have until December 22, 2006 to respond to Plaintiffs' First Set of Requests for Production and First Set of Interrogatories; and

____ Fee____
____ Process____
__X__ Dktd____
____ CtRmDep____
____ Doc. No____

2) Merck's objections to Plaintiffs' First Set of Requests for Production and First Set of Interrogatories are reserved until December 22, 2006, and Merck has not waived the right to make any objection to the discovery requests.

3) Plaintiff shall have until February 1, 2007, to respond to Merck's First Set of Requests for Production and First Set of Interrogatories.

4) Plaintiff's objections to Merck's First Set of Requests for Production and First Set of Interrogatories are reserved until February 1, 2007, and plaintiff has not waived the right to make any objection to the discovery requests.

New Orleans, Louisiana, this 28th day of NOVEMBER, 2006.

_____
ELDON E. FALLON

AGREED TO and SUBMITTED BY:

s/Sheila M. Bossier
Bossier & Associates, PLLC
P.O. Box 55567
Jackson, Mississippi 39296

ATTORNEY FOR JIM HOOD, ATTORNEY GENERAL,
*ex rel* THE STATE OF MISSISSIPPI

s/Alyson B. Jones
CHRISTY D. JONES
ALYSON B. JONES
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567

ATTORNEYS FOR DEFENDANT MERCK & CO., INC.