U.S. DISTRICT COURT
Eastern District of Louisiana
FILED   NOV 1 7 2006

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA  70130

STANLEY BETHEA,
            PLAINTIFF

        VS,

MERCK + CO., INC,
            DEFENDANT

11-06-2006

CASE NO: 05-6775
            L(3)

### Notice For Hearing
### LR 7. 2ᴱ

PLAINTIFF FILED A MOTION TO REMAND
NOW FILES FOR A HEARING LR7, 2ᴱ
SCHEDULE THIS HEARING FOR DATE OF
DEC 6, 2006,

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108-0704

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__X__ CtRmDep_____
_____ Doc. No._____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE FOR HEARING LR 7. 2E WAS SERVED UPON THE FOLLOWING:

JOSHUA G. SCHILLER ESQ,
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

From: STANLEY BETHEA                    Nov-14-2006

TO: CLERK OF Court
        LORETTA G. WHyTE

I RECEIVED NOTICE FOR HEARING
DATED 11-03-06. I Just SENT You
A NEW COPY DATED 11-06-06 WITH
my name Signed ON THE ~~motion~~ Notice
ORigiNAL SignATURE. Notice It FOR
HEARING ON DEC 06, 2006.

                    VERY TruLy YOURS,

cc, JoSHuA  G. SCHiLLER ESQ,

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

HARRISBURG PA 171

14 NOV 2006 PM 1 T

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANS
OFFICE CLERK LORETTA G. WHYTE
500 Poydras St, Rm C-151
NEW ORLEANS, LA, 70130

70130-3367 C024