UNITED STATES DISTRICT COURT
Eastern District of Louisiana

LARRY RAY SOUTHARD 0382560
 Plaintiff

vi

THE MERCK CORPORATION
 Defendants

APPLICATION FOR APPOINTMENT OF COUNSEL
No. 06-320 - DOCKET No: 1657
MDL

FILED NOV 2 0 2006
LORETTA G. WHYTE
Clerk
U.S. DISTRICT COURT
Eastern District of Louisiana

Now comes Larry Ray Southard the Plaintiff in the above caption case number, to MOVE the Court for APPOINTMENT of Legal COUNSEL. Plaintiff as written a long list of attorneys seeking reprensentation with out success.

Plaintiff filed his Suite in THE EASTERN DISTRICT of NORTH CAROLINA, RALEIGH, N.C., with an application to Proceed in Forma Pauperis which the Court Granted, under 28 U.S.C. § 1915 and did demonstrat appropriate evidence of his inability to pay the requried court costs.

Plaintiff ask the Court to appoint an attorney, because of the confession of his case has been transfered 4 times and the lack of law books or assintance from a outside source. In that Plaintiff is a lay person, under medication due to nerve damage from sergery on Oct. 8th 2003.

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

Pursuant to 28 U.S.C. § 1915(e)(1), plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff cannot afford to hire a lawyer. He has requested leave to proceed in forma pauperis in this case.

2. Plaintiff's imprisonment will greatly limit his ability to litigate this case. This case will likely involve substantial investigation and discovery. Also there is no law library in any prison in the State of North Carolina inclueing this prison Pender Correctional Inst.

3. The issues in this case are complex. A lawyer would help plaintiff to apply the law properly in briefs and before the Court. Plaintiff has never before been a party to a civil legal proceeding.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

5. Plaintiff has made repeated effords to obtain a lawyer. Attached to this motion are four letters from civil rights lawyers responding to plaintiffs requests for represention.

(2)

WHEREFORE, plaintiff requests that the Court appoint counsel to represent him in this case.

Respectfully submitted, this 14th day of November, 2006.

*Larry Ray Southard*
LARRY RAY SOUTHARD

## Proof of Service

I hereby certify that a true copy of the foregoing document was forwarded by The Untied States Postal Mail to The Clerk of Court United States District Court, Eastern District of Louisiana.

I the Plaintiff Larry Ray Southard declare under penalty of perjury that the foregoing is true and correct.

Signature: Larry Ray Southard

Address: Larry Ray Southard
P.O. Box 1058
Burgaw, N.C. 28425

Sworn to and subscribed before me this 14 day of November 2006:

Catherine Courtney
Notary Public
My commission expires: 10-14-07

[Notary Seal: CATHERINE COURTNEY, NOTARY PUBLIC, DUPLIN COUNTY, N.C.]