# DELAMAR & DELAMAR, PLLC

ATTORNEYS AT LAW

306 MAIN STREET

POST OFFICE BOX 411

BAYBORO, N.C. 28515

PAUL J. DELAMAR

SARA L. DELAMAR

PHONE: (252) 745-3222

FAX: (252) 745-7477

October 5, 2005

Mr. Larry Ray Southard
601 North 3rd Street
Bayboro, NC  28515

Dear Mr. Southard:

　　We regret to inform you that we do not deal with VIOXX cases.  We suggest that you seek other counsel for your concerns.

　　　　　　　　　　Sincerely,

　　　　　　　　　　*Sara L. Delamar*
　　　　　　　　　　Sara L. Delamar

# Whitley, Rodgman & Whitley LLP

Robert E. Whitley
*bob@wrwlaw.com*

Paul A. Rodgman
*par@wrwlaw.com*

Robert E. Whitley, Jr.
*whit@wrwlaw.com*

Benjamin H. Whitley
*ben@wrwlaw.com*

Brian E. Clemmons
*bec@wrwlaw.com*

200 Valencia Dr., Suite 101
Jacksonville, North Carolina 28546
(910) 219-1000
Fax: (910) 219-1111
www.wrwlaw.com

OTHER LOCATIONS:

2902-B North Herritage Street
Post Office Box 5309
Kinston, North Carolina 28503-5309
(252) 523-3000
Fax: (252) 523-3433

3605 Glenwood Ave., Suite 350
Raleigh, North Carolina 27612
(919) 785-5000
Fax: (919) 785-3729

701 McCarthy Boulevard
Post Office Box 12550
New Bern, North Carolina 28561-2550
(252) 633-6601
Fax: (252) 635-6621

1290 E. Arlington Blvd., Suite 100
Greenville, North Carolina 27858
(252) 353-5500

August 22, 2005

Mr. Larry Ray Southard
601 North 3rd Street
Bayboro, NC 28515

Dear Mr. Southard,

We received your letter of 8/11/05 regarding the use of Vioxx.

In your letter you stated that you took Vioxx from 1999 until it was recalled in 2004. It appears that you developed blood clots about a year after Vioxx was taken off the market. However further down in your letter you state that you had a femoral by-pass in 2003.

If you did not develop symptoms for a year after you stopped taking the Vioxx, you would not meet the criteria for the lawsuit. However, if these problems did occur in 2003 while you were taking Vioxx it may be worthwhile looking at your records.

Please clarify the information above. I also would need to know how to request medical records from the Department of Corrections.

Sincerely,

WHITLEY, RODGMAN & WHITLEY

Katherine Pullicino
Katherine Pullicino, RN, MPH
Case Manager



# WALTHER/GLENN
## LAW ASSOCIATES

Eugene H. Fahrenkrog, Jr., P.C.
Larry W. Glenn, P.C.
Roy A. Walther, III and
Myron S. Zwibelman, P.C.

Of Counsel

Evan D. Buxner*, LLC
*Licensed in Missouri and Illinois

10 S. Brentwood Blvd.
Suite 102
St. Louis, Missouri 63105
(314) 725-9595
Toll Free: (877) 725-9595
Fax: (314) 725-9597

September 30, 2005

Larry R. Southard
601 North 3rd Street
Bayboro, NC 28515

RE: Vioxx

Dear Mr. Southard:

Thank you for contacting our office regarding your use of the drug Vioxx. Based on the information you provided we are not willing to represent you, and therefore, we will not be filing any lawsuits or claims on your behalf. This does not mean that you do not have a claim regarding your use of this drug, it simply means that we have made a decision not to represent you. If you wish to file a claim or lawsuit arising out of your use of the drug, we suggest you contact another attorney, as lawyers often times disagree.

You should be aware that state law places a strict statute of limitations on claims arising out of the purchase and use of prescription medications. Failure to file claims within the time period prescribed by this statute of limitations may result in your claims being barred as a matter of law. Accordingly, if you intend to file any such claims or lawsuits, we strongly suggest you contact another attorney immediately because every day you wait may be the last day you have under the statute of limitations.

We want to thank you for contacting us, and if we can ever be of assistance to you, a family member or friend, please do not hesitate to call.

Very truly yours,

*Evan D. Buxner*

Evan D. Buxner, Of Counsel

EDB/er

# NORTH CAROLINA PRISONER LEGAL SERVICES, INC.

*Michael S. Hamden*
Executive Director

*Billy J. Sanders*
Administrator

Post Office Box 25397
Raleigh, North Carolina 27611
1110 Wake Forest Rd., Raleigh, NC 27604
(919) 856-2200
Facsimile Transmission (919) 856-2223

*Sarah Blair*
*Ken Butler*
*Lisa Chun*
*Elizabeth ColemanGray*
*Eric Dratwa*
*Michael W. Dunn*
*Richard E. Giroux*
*Erica Greenberg*
*J. Phillip Griffin*
*Hoang Lam*
*Michele Luecking-Sunman*
*Beth McNeill*
*Elizabeth Raghunanan*
*Lynne Rupp*
*Janine Zanin*
Staff Attorneys

Dear North Carolina Prisoner:

We received your letter requesting that our office provide you a service while you are representing yourself. Unfortunately, our office is not in a position to provide such services for inmates who are representing themselves.

Upon a request, our office represents inmates in meritorious civil cases challenging the conditions of their confinement. If you want us to evaluate your pending civil case, please write back, send a copy of the complaint from your case and explain what has happened so far in the case. Our office also represents inmates in post-conviction matters if we find sufficient grounds to challenge the conviction or sentence. If you would like our office to assist you with a post-conviction matter, please write to us and request a post-conviction assistance application form and we will send it to you promptly. Once we have had an opportunity to review your lawsuit and the information you provide, we will give you a legal opinion about your case.

Thank you for writing to our office. Please let us know if we can be of service in the future.

Sincerely,

N.C. Prisoner Legal Services, Inc.

forms/prose

# RAGSDALE  LIGGETT

PROFESSIONAL LIMITED LIABILITY COMPANY

## LAWYERS

POST OFFICE BOX 31507
RALEIGH, NC 27622-1507

CROSSPOINTE PLAZA
2840 PLAZA PLACE, SUITE 400
RALEIGH, NORTH CAROLINA 27612

TELEPHONE: (919) 787-5200
FACSIMILE: (919) 783-8991

DIRECT DIAL (919) 881-2205
E-MAIL: mhulett@rl-law.com

MARY HULETT

August 25, 2005

Mr. Larry Ray Southard
601 North 3rd Street
Bayboro, NC 28515

Re: Vioxx Lawsuit

Dear Mr. Southard:

I am in receipt of your letter dated August 11, 2005. Unfortunately, Ragsdale Liggett is not in a position to provide you with legal assistance at this time. Our position is not based on any analysis of the merits of your case, but rather based solely on our own ability to take on any new plaintiff's work at this time.

I wish you the very best of luck in your efforts to obtain legal assistance.

Sincerely,

RAGSDALE LIGGETT PLLC

Mary Hulett

203619v1

# GOLDBERG & OSBORNE®
## *The Injury Lawyers*®
### 1-800-966-5535

October 18, 2005

Mr. Larry Southard
601 North 3rd St.
Bayboro, NC 28515

**Re: Your file number(s): Vioxx-29865**

Dear Mr. Southard:

You previously contacted us about a potential claim against the manufacturers of Vioxx and/or Celebrex and/or Bextra. After our conversations and careful review and consideration of the information you provided to us, we regret to inform you that Goldberg & Osborne and Weitz & Luxenberg will not be able to represent you or prosecute, on your behalf, any claim against the manufacturers of Vioxx and/or Celebrex and/or Bextra, or any other potential defendants, for personal injuries sustained as a result of your usage of any of these medications. It is our view that there is insufficient evidence in the facts provided to prove that you were harmed by Vioxx and/or Celebrex and/or Bextra. We therefore regret that we must now cancel any Contingent Fee Agreement(s) that we may have with you and close your file(s).

Our records indicate that you did not suffer a heart attack or stroke after you began taking any of these medications. If the information we have is incorrect and you have suffered a heart attack or stroke while you were taking Vioxx and/or Celebrex and/or Bextra or within seven (7) days after you stopped taking Vioxx and/or Celebrex and/or Bextra, please call us IMMEDIATELY and we will re-evaluate your potential claim.

**While we did not find adequate merit to your potential claim to justify continuing our legal representation, we urge you to seek a second legal opinion about your case from one or more other attorneys as they may decide to further pursue the case. Please also be aware that there is an applicable Statute of Limitations period and other possible time deadlines within which to bring an action or otherwise initiate a claim for any damages resulting from your use of Vioxx and/or Celebrex and/or Bextra. If your lawsuit or claim is not filed within that time frame, your potential claim will be forever barred. THEREFORE, SHOULD YOU WISH TO ASSERT SUCH A CLAIM, WE URGE YOU TO SEEK OTHER LEGAL REPRESENTATION IMMEDIATELY.**

Should circumstances change in the future and you are able to obtain a medical opinion that Vioxx and/or Celebrex and/or Bextra caused you to suffer a heart attack or stroke, and you wish to have us reconsider the possibility of providing you with legal representation, we would be more than happy to re-evaluate your potential claim at that time. Until such time, we thank you for allowing us to evaluate your legal needs.

Sincerely,

*[signature]*

Deborah S. Kerr, Attorney
Goldberg & Osborne

### 915 W. Camelback Road, Phoenix, AZ 85013
### FAX (602) 808-6940

3-30-06

Larry Ray Southard 0382560
601 North 3rd St.
Bayboro, N.C. 28515

Ms. Renee Miller
Law Clerk to Judge Fox
Post Office Box 2143
Wilmington, N.C. 28402

Re: Larry Ray Southard v. Merck, Inc. No: 4:05CV139-F(2)

Dear Ms. Miller,

I wrote the Clerk of Court for the Eastern District of Louisiana, the enclosed letter. The Clerk wrote me back the enclosed letter stating: "#4 The records of this Court do not show that there is any pending case related to you at this time."

Enclosed also is a Transfer Order Docket No: 1657 from the Judicial Panel on MultiDistrict Litigation, with the Clerks Seal dated 2006 Jan 25 11:31 a.m..

My question to you is; Would you be so kind, as to find out where my case is located? Because if it wasn't transferred to the Eastern District of Louisiana, I don't know which Court to file any motions, to get a Court Order for my medical records.

I also filed this Notice of Appeal, but the court didn't respond.

pg. 2.

At this time I don't know what else to do, but to ask you for some help.

I ask the Court when I filed my lawsuit to appoint me an attorney. I got no response on that. I wrote North Carolina Prisoner Services, but they are useless.

If you can do anything to help strighten some of this out, I am thanking you in advance, please return all these papers back to me.

Sincerely,
Larry Ray Southard
*Larry Ray Southard*

3-5-06

Larry Ray Southard
601 North 3rd St.
Bayboro, N.C. 28515

North Carolina Prisoner Legal Services, Inc.
P.O. Box 25397
Raleigh, N.C. 27611

Re: No. 4:05-CV-139-F(2)

Dear Sirs,

Since I didn't get a response from your office, I filed a claim on my own, because of the time limitation. The case was filed in Raleigh, that court transferred it to Wilimington, U.S. District Court. They transferred my case to the United States Of America Judicial Panel on MultiDistrict Litigation.

That Judicial Panel transferred my case to the United States District Court for the Eastern District of Louisiana, assigned to Judge Fallon.

Sir, I send the Court the required trust fund statements, to show I have no funds, so I could proceed in forma pauperis under 28 U.S.C. §1915. The court at first allowed my case to proceed, then on Nov 4, 2005 that order was STRICKEN from the record.

pg. 2.

I send in an appeal, but the Court didn't respond.

Sir, since I am in prison, I have no means as to persue this case on my own. I did request the Court to appoint me an attorney, but they didn't responce to that.

My claim is not against D.O.C., I filed on the makers of Vioxx, the Merck Corp. Therefore if your office could represent me, I would be thankfull. I need the forms to get my medical record from D.O.C. and Chapel Hill Hospital, where I had the surgery.

The Court did not send me a copy of my claim, but I will send you what paper work I have on the case if you see fit.

Thank you in advance for any help you can give me.

Sincerly,
Larry Ray Southard

P.S. Please return this Order

11-9-05

Larry Ray Southard
601 North 3rd St.
Bayboro, N.C. 28515

Clerk, U.S. District Court
2 Princess St. Room 239
Wilmington, N.C. 28401

Re. 4:05-CV-139-F(2)

Dear Court Clerk,

I recived your letter, and or Order Filed Nov. 4 2005 on the above date. Sir I request 4 copies of the summons forms. As I don't have an attorney to represent me. I did request for the Court to appoint me one.

As you know I am an inmate in the N.C. Deptment of Correction, I have no way of getting the mailing address of the Merck Corp. Only what was on my claim form.

I also request a time extenction, because it will take more than 5 days for this letter to get to you, and for you to mail the summons forms back to me.

Thanking you Sir, In advance, with kind requards

Sincerly,
Larry Southard

