IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
EASTERN DIVISION

No: 06-320 - Docket 1657 MDL

LARRY RAY SOUTHARD 0382560
Plaintiff

) Subpoena, COURT
)
) ORDER; PRODUCE PRODUCTION
) OF MEDICAL RECORDS

MERK AND COMPANY INC.
Defendant

FILED NOV 20 2006
LORETTA G. WHYTE
Clerk
U.S. DISTRICT COURT
Eastern District of Louisiana

Now comes the plaintiff Larry Ray Southard to move this Court to issue a Court Order pursuant to Rule 45 of the Rules of Civil Procedure to the North Carolina Deptment of Correction, Pender County P.O. Box 1058 Burgaw, N.C. 28425 for all Medical Records of the Plaintiff, Dated from 1995 to the present year of 2006.

The Plaintiff needs these Medical Record to pursuie his Civil Suite.

A Court Order is required by North Carolina Deptment of Correction for the Plaintiff to recevie these Medical Records.

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
Doc. No. ___

Respectfully submitted, this 14th day of November

Larry Ray Southard
Larry Ray Southard

Proof of Service

I hereby certify that a true copy of the foregoing document was forwarded by The United States Postal Mail to The Clerk of Court United States District Court Eastern District of Louisana.

I the Plaintiff, Larry Ray Southard declare under penalty of perjury that the foregoing is true and correct.

Signature: *Larry Ray Southard*

Larry Ray Southard 0302560
P.O. Box 1058
Burgaw, N.C. 28425

Sworn to and subscribed before me this:
14 day of November 2006:

*Catherine Courtney*
Notary Public.

My commission expires: 10·14·07

