U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   NOV 20 2006
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS LIABILITY ) MDL No. 1657
LITIGATION ) SECTION L
) JUDGE ELDON E. FALLON
)
) MAGISTRATE JUDGE
) DANIEL E. KNOWLES, III
)

THIS DOCUMENT RELATES TO:
*Thomas E. Folino, individually and as Administrator*
*of the Estate of Sarah K. Folino, deceased v. Merck & Co., Inc.*
Case No. 05-3628-EEF-DEK

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES NOW Brian W. DelVecchio and Alan H. Perer and file this, Motion to Substitute Counsel of Record and seeks to withdraw their names as attorney of record for the law firm of Swensen, Perer & Kontos, representing the above Plaintiffs and substitute Lee B. Balefsky of the law firm of Kline & Specter, A Professional Corporation, as the named attorney of record for the Plaintiffs and would state in support thereof the following, to-wit:

1. That Brian W. Del Vecchio, Alan H. Perer and the law firm of Swensen, Perer & Kontos will no longer be representing Plaintiffs in this matter and that Brian W. DelVecchio and Alan H. Perer desire to be removed as the named attorneys of record in this case.

2. That Lee B. Balefsky and the law firm of Kline & Specter, A Professional Corporation, will be named attorneys of record in this case and all correspondence in this case should be directed to their attention.

WHEREFORE, PREMISES CONSIDERED Brian W. DelVecchio and Alan H. Pere request that their names be removed as the attorneys of record in this case and that Lee B. Balefsky be substituted and named attorney of record in this case.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Respectfully Submitted,

*[signature]*

| | |
|---|---|
| Brian W. DelVecchio | PA#79666 |
| Alan H. Perer | PA#23603 |

Swensen, Perer & Kontos
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219
(412)-281-1970

*[signature]*

Lee B. Balefsky          PA#25321
Kline & Specter, P.C.
19th Floor
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above foregoing Motion to Substitute Counsel fo Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6th day of Nov., 2006.

|  |  |
|---|---|
| Brian W. DelVecchio | PA#79666 |
| Alan H. Perer | PA#23603 |

Swensen, Perer & Kontos
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219
(412)-281-1970

|  |  |
|---|---|
| Lee B. Balefsky | PA#25321 |

Kline & Specter, P.C.
19th Floor
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
ATTORNEYS FOR PLAINTIFF