UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) ) ) | MDL No. 1657<br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:
*Thomas E. Folino, individually and as Administrator*
*of the Estate of Sarah K. Folino, deceased v. Merck & Co., Inc.*
Case No. 05-3628

## PROPOSED ORDER TO SUBSTITUTE COUNSEL

Pursuant to this joint motion of Brian W. DelVecchio and Alan H. Perer of the law firm of Swensen, Perer & Kontos, and Lee B. Balefsky of the law firm of Kline & Specter, P.C., the court hereby orders that Lee B. Balefsky, of Kline & Specter, P.C., is substituted as attorney of record for Plaintiff Thomas E. Folino in the place and stead of Brian W. DelVecchio and Alan H. Perer of Swensen, Perer & Kontos.

Pursuant to this motion, all parties shall in the future to serve all pleadings and documentation on Plaintiff Thomas E. Folino by addressing the same to:

Lee B. Balefsky
Kline & Specter, P.C
19th Floor
1525 Locust Street
Philadelphia, PA 19102
(215)-772-1000 (Phone)
lee.balefsky@klinespecter.com

Dated this 21st of November, 2006

Judge Eldon Fallon
United States District Court for the
Eastern District of Louisiana