IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-31084

CV 05-1657-L

In Re: MERCK AND COMPANY INC, A Foreign Corporation; DAVID ANSTICE

Petitioners

Petition for Writ of Mandamus to the United States
District Court for the
Eastern District of Louisiana, New Orleans

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is **DENIED**.

IT IS FURTHER ORDERED that the motion to expedite ruling on petition for writ of mandamus is **DENIED as unnecessary**.

MOT-18

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 20, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 06-31084   In Re: Merck & Co
       USDC No.   2:05-CV-2524
                    2:05-CV-1657

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

            By: _____
                    Michael R. Brown, Deputy Clerk
                    504-310-7692

cc: w/encl:
    Honorable Eldon E Fallon
    Mr Phillip A Wittmann
    Mr Anthony Birchfield Jr

MDT-1