# Alley ◆ Clark ◆ Greiwe ◆ Fulmer

## CIVIL TRIAL LAWYERS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 22  PM 4: 32

LORETTA G. WHYTE
CLERK

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

201 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

November 20, 2006

U.S. District Court
Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE:   Daniels v. Merck
MDL 1657
Civil Action Number: 06-cv-8327

Dear Clerk:

Enclosed is an original summons to be issued for the above-referenced case.  Please return this document to my office at your earliest convenience.

If you have any questions or concerns, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures

Fee_____
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____