MINUTE ENTRY
FALLON, J.
NOVEMBER 27, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
          LIABILITY LITIGATION              MDL 1657

ANTHONY WAYNE DEDRICK
                                    REF NO. 05-2524
VERSUS
                                    SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON      MONDAY, NOVEMBER 27, 2006, 8:30 am
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
               Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

---

JURY TRIAL:

Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.

Opening Statements.

Plaintiff's Witnesses:

Dr. Jerry Avorn - by video deposition - accepted as expert.

Court adjourned at 4:55 pm until Tuesday, November 28th, 8:30 am.

| JS-10: | 6:13 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX PRODUCTS
         LIABILITY LITIGATION       MDL - 1657

ANTHONY WAYNE DEDRICK
                            REF NO. 05-2524

VERSUS

MERCK & CO., INC.                  SECTION: L

## PEREMPTORY CHALLENGES
NOVEMBER 27, 2006

PLAINTIFF:

1. #22 Sandra Cross
2. #46 Edward Bell
3. #54 Kalli Fendley

DEFENDANT:

1. #12 Elicia Orfanello
2. #30 Hugh Walden
3. #32 Rosemary Hughes