MINUTE ENTRY
FALLON, J.
NOVEMBER 28, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION                          MDL 1657

ANTHONY WAYNE DEDRICK
                                                REF NO. 05-2524
VERSUS
                                                SECTION: L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON       TUESDAY, NOVEMBER 28, 2006, 8:45 am
Case Manager: Gaylyn Lambert           (Continued from 11-27-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
              Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

---

<u>JURY TRIAL</u>:

<u>outside jury's presence:</u>
Juror, Robbyn Politz, is excused from serving on this case. <u>Jury in:</u>

<u>Plainitff's Witnesses:</u>

Dr. Jerry Avorn - video deposition resumes.


Court adjourned at 5:15 pm until Wednesday, November 29th at 8:30 am.


| JS-10: | 5:50 |
|---|---|