UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION :      MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

……………………………………………………

THIS DOCUMENT RELATES TO:
    2:06-cv-3140

## ORDER

Before the Court is John J. Driscoll, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff Francis Flournoy, and will continue to represent all other named Plaintiffs in the above cited case. Attorney John J. Driscoll moves the Court for leave to withdraw as counsel for Francis Flournoy. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that John J. Driscoll, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to Francis Flournoy's actions against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect. File and Serve shall be updated by Plaintiff's former attorney John J. Driscoll and Brown & Crouppen, P.C. to reflect these changes.

It is So Ordered:_____
                                        JUDGE

DATE: _____