UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

……………………………………………………

THIS DOCUMENT RELATES TO:
2:06-cv-3140

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of Plaintiff FRANCIS FLOURNOY. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of these clients that he remain as counsel. This motion applies only to representation of FRANCIS FLOURNOY, John J. Driscoll and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action. Upon receipt of the Order granting this Motion to Withdrawal, File & Serve will be updated to reflect this change in representation.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Francis Flournoy, 7123 Winchester, Chicago, IL 60636, Telephone No. 773-737-4972.

Respectfully submitted by:
BROWN & CROUPPEN, P.C.


/S/ JOHN J. DRISCOLL
John J. Driscoll, IL Bar #6276464
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcrouppen.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that Plaintiff, Francis Flournoy, has been notified of all deadlines and pending court appearances by certified mail.

      ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically via the court's electronic filing system, in the United States District Court for the Eastern District of Louisiana on this 30th day of November, 2006.

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Francis Flournoy
7123 Winchester
Chicago, IL 60636
Telephone No. 773-737-4972
*Plaintiff*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
*Defense Liaison Counsel*

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL 32541
*Plaintiff's Liaison Counsel*

      By: /s/ JOHN J. DRISCOLL
      John J. Driscoll, IL #6276464