IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>         Products Liability Litigation | MDL NO. 1657<br><br>SECTION:  L<br><br>Judge Eldon E. Fallon<br><br>Mag. Judge Daniel E. Knowles, III |

This Document Relates to:

*Beam, et al. v. Merck & Co., Inc.*, MDL No. 06-08369
*Carpenter, et al. v. Merck & Co., Inc.*, MDL No. 06-08370
*Cook v. Merck & Co., Inc.*, MDL No. 05-04691
*Cooper, et al. v. Merck & Co., Inc.*, MDL No. 06-08371
*Copeland, et al. v. Merck & Co., Inc.*, MDL No. 05-03423
*Dalton v. Merck & Co., Inc.*, MDL No. 06-03351
*Fisher v. Merck & Co., Inc.*, MDL No. 05-02932
*Page, et al. v. Merck & Co., Inc.*, MDL No. 05-05654
*Phillips v. Merck & Co., Inc.*, MDL No. 05-01073
*Reid v. Merck & Co., Inc.*, MDL No. 05-05314
*Webb v. Merck & Co., Inc.*, MDL No. 06-02705
*Yelton v. Merck & Co., Inc.*, MDL No. 06-09376

### MERCK & CO., INC,'s MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.2 of the Local Rules of the Eastern District of Louisiana, Defendant Merck & Co., Inc. ("Merck"), by and through its undersigned counsel, hereby submits this Motion to Substitute Stephen D. Martin, Esq. as counsel for Merck in place of Crystal B. Baker, Esq.  In support of this Motion, Merck shows unto the Court the following:

1.   Attorney Crystal B. Baker will be leaving the law firm of Nelson Mullins Riley & Scarborough LLP effective December 6, 2006.

~Doc# 82361.1~

2. Attorney Stephen D. Martin of the law firm Nelson Mullins Riley & Scarborough LLP is prepared to take over Attorney Baker's responsibilities with respect to the above-captioned matters. Attorney Martin is currently representing Merck in a number of other Vioxx-related matters before the MDL court.

3. Attorney Christopher J. Blake of the law firm Nelson Mullins Riley & Scarborough will continue to represent Merck in the above-captained matters.

4. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

5. Upon entry of an Order granting this Motion for Substitution of Counsel, counsel will make the changes directly on the LexisNexis File & Serve Advanced, in accordance with Pre-Trial Order No. 8B.

WHEREFORE, Defendant Merck respectfully requests that the Court grant this Motion and all other just relief.

Respectfully submitted this, the _____ day of November, 2006.

        NELSON MULLINS RILEY & SCARBOROUGH LLP

        By: */s/ Crystal B. Baker*
           Crystal B. Baker
           N.C. Bar No. 28437
           E-mail: crystal.baker@nelsonmullins.com
           The Knollwood, Suite 530
           380 Knollwood Street
           Winston-Salem, North Carolina  27103
           Telephone: (336) 774-3300
           Facsimile:  (336) 774-3299

Withdrawing Attorney for
Defendant Merck & Co., Inc.


NELSON MULLINS RILEY & SCARBOROUGH LLP


By: */s/ Stephen D. Martin*
 Christopher J. Blake
 N.C. Bar No. 16433
 E-mail: chris.blake@nelsonmullins.com
 Stephen D. Martin
 N.C. Bar No. 28658
 E-mail: steve.martin@nelsonmullins.com
 4140 Parklake Avenue
 GlenLake One / Second Floor
 Raleigh, North Carolina  27612
 Telephone: (919) 877-3800
 Facsimile:  (919) 877-3799

Continuing and Substituting Attorneys for
Defendant Merck & Co., Inc.

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MERCK & CO., INC.'S MOTION FOR SUBSTITUTION OF COUNSEL has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of November, 2006.

/s/  Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
 WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel