# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | : |
| | : MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | : SECTION L |
| This document relates to: | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |
| LENE ARNOLD | : |
| v. | : |
| MERCK & CO., INC. | : |
| Case No. 05-2627 | : |
| and | : |
| ALICIA GOMEZ | : |
| v. | : |
| MERCK & CO., INC. | : |
| Case No. 05-1163 | : |

**O R D E R**

Considering the Motion for Leave to File Sixth Supplemental Authority of Plaintiffs, Lene Arnold and Alicia Gomez;

IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Sixth Supplemental Authority in opposition to Merck & Co.'s Motion for Summary Judgment.

New Orleans, Louisiana this ____ day of _____, 2006.

_____
Honorable Eldon E. Fallon
U.S. District Judge