UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

**SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY
OF PLAINTIFFS LENE ARNOLD AND ALICIA GOMEZ**

Plaintiffs, Lene Arnold and Alicia Gomez, hereby submit as their sixth supplemental authority in opposition to Merck & Co.'s Motion for Summary Judgment, the opinion of the District Court for the Eastern District of Kentucky in *Weiss v. Fujisawa Pharmaceutical Co.,* Civ. No. 5:05-527-JMH (E.D.Ky. Nov. 28, 2006)(Hood, J.)[attached hereto as Exhibit "A"] and the opinion of the District Court of Minnesota in *In re: Medtronic, Inc., Implantable Defibrillators Litigation*, MDL 05-1726 (D.Minn. Nov. 28, 2006)(Rosenbaum, J.)[attached hereto as Exhibit "B"]

Plaintiffs respectfully request that this Court consider the *Weiss* and *Medtronic* Opinions when ruling upon the instant motion.

        Respectfully submitted,

        **PLAINTIFFS' STEERING COMMITTEE**

Date: November 30, 2006        By:/s/ Leonard A. Davis
        **Russ M. Herman (Bar No. 6819)**
        Leonard A. Davis (Bar No. 14190)
        Stephen J. Herman (Bar No. 23129)
        ***Herman, Herman, Katz & Cotlar, L.L.P.***
        Place St. Charles
        201 St. Charles Avenue, Suite 4310
        New Orleans, Louisiana 70170
        Telephone: (504) 581-4892
        Facsimile: (504) 561-6024

        **PLAINTIFFS' LIAISON COUNSEL**

| | |
|---|---|
| Andy D. Birchfield, Jr., Esquire | Christopher A. Seeger, Esquire |
| Leigh O'Dell, Esquire | SEEGER WEISS |
| BEASLEY, ALLEN, CROW, METHVIN, | One William Street |
| PORTIS & MILES, P.C. | New York, NY 10004 |
| P.O. Box 4160 | (212) 584-0700 (telephone) |
| 234 Commerce Street | (212) 584-0799 (telecopier) |
| Montgomery, AL 36103-4160 | **Co-Lead Counsel** |
| (800) 898-2034 (telephone) | |
| (334) 954-7555 (telecopier) | Gerald E. Meunier, Esquire |
| **Co-Lead Counsel** | GAINSBURGH, BENJAMIN, DAVID, |
| | MEUNIER & WARSHAUER, L.L.C. |
| Richard J. Arsenault, Esquire | Energy Centre |
| NEBLETT, BEARD & ARSENAULT | 1100 Poydras Street, Ste. 2800 |
| 2220 Bonaventure Court, P.O. Box 1190 | New Orleans, LA 70163 |
| Alexandria, LA 71301-1190 | (504) 522-2304 (telephone) |
| (318) 487-9874 (telephone) | (504) 528-9973 (fax) |
| (318) 561-2591 (telecopier) | |

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX  77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

**AND**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

**Counsel for Plaintiff Arnold**

                            **AND**

| | |
|---|---|
| Kathryn A. Snapka, Esquire | Zollie C. Steakley |
| SNAPKA, TURMAN & WATERHOUSE LLP | TX State Bar No. 24029848 |
| 606 N. Carancahua, Suite 1511 | MS State Bar No. 100517 |
| P.O. Drawer 23017 | Attorney for Plaintiffs |
| Corpus Christi, TX 78403 | CAMPBELL~CHERRY~HARRISON~ |
| (361) 888-7676 (telephone) | DAVIS~DOVE, P.C. |
| (361) 884-8545 (telecopier) | P.O. Drawer 21387 |
| | Waco, Texas 76702 |
| | (254) 761-3300 (telephone) |
| | (254) 761-3301 (telecopier) |

**Counsel for Plaintiff Gomez**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of November, 2006.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman, Katz & Cotlar, LLP***
    201 St. Charles Ave., Suite 4310
    New Orleans, LA  70170
    PH:     (504) 581-4892
    FAX:   (504) 561-6024
    ldavis@hhkc.com