## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE KNOWLES** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Dedrick v. Merck & Co., Inc.*, 05-2524

### ORDER

The Plaintiff sought to introduce at trial portions of depositions taken of Jerome Avorn,

M.D., Eric Topol, Edward Scolnick, M.D., Laura Demopoulos, and Mark Koenig, M.D. The

Defendant, however, made several objections to the proffered deposition testimony. In addition,

the Defendant offered its own counter-designations, which were objected to by the Plaintiff. The

Court ruled on all these objections. The Court's rulings are noted on the attached deposition

testimony, which has been entered into the record. Considering the size of the Avorn, Topol, and

Scolnick transcripts, only those pages on which rulings are made will be entered into the record.

New Orleans, Louisiana, this ___27th__ day of ___November___, 2006.

UNITED STATES DISTRICT JUDGE