| Designated Testimony | Objections | Rulings |
|---|---|---|

Plaintiff = Red
Defendant = Blue

**31:2 - 34:6**   Avorn, Jerome 2006-06-29

31: 2   Q.  Good afternoon, Doctor.
31: 3   A.  Good afternoon.
31: 4   Q.  Would you please introduce
31: 5       yourself to the members of the jury.
31: 6   A.  Yes.  My name is Jerry
31: 7       Avorn.
31: 8   Q.  And where do you currently
31: 9       live, sir?
31: 10  A.  In Brookline, just outside
31: 11      of Boston, Massachusetts.
31: 12  Q.  And do you hold any academic
31: 13      positions?
31: 14  A.  Yes.  I'm a professor of
31: 15      medicine at Harvard Medical School.
31: 16  Q.  And do you hold any other
31: 17      professional positions at Harvard Medical
31: 18      School?
31: 19  A.  Yes.  I am the chief of the
31: 20      division of pharmacoepidemiology and
31: 21      pharmacoeconomics at the Brigham and
31: 22      Women's Hospital, which is one of the
31: 23      main Harvard teaching hospitals.
31: 24  Q.  And would you tell us a
32: 1       little bit about the division of
32: 2       pharmacoepidemiology and
32: 3       pharmacoeconomics?
32: 4   A.  Yes.  That's a division that
32: 5       I was asked to start in 1997, and it
32: 6       opened its doors in 1998.  And it is a
32: 7       collection of 25 researchers of whom
32: 8       there's 11 faculty, and the rest are
32: 9       programmers and research assistants and
32: 10      administrators.  And our main agenda is
32: 11      the study of patterns of medication use,
32: 12      side effects caused by drugs, good
32: 13      effects caused by drugs, the cost
32: 14      effectiveness of drugs, the impact of
32: 15      policy such as reimbursement and other
32: 16      sorts of policy on how doctors prescribe
32: 17      drugs, how patients use drugs, and,
32: 18      finally, the way that physicians make
32: 19      prescribing decisions and how those
32: 20      decisions can be made better.
32: 21  Q.  And forgive me if
32: 22      occasionally I ask you to explain some
32: 23      terms.
32: 24      You mentioned the term
33: 1       "pharmacoepidemiology."  Would you please
33: 2       describe what that is?
33: 3   A.  Sure.  That is the study of
33: 4       the beneficial and adverse effects of
33: 5       drugs as seen in, quote, the real world
33: 6       as typical doctors and typical patients
33: 7       use those medications, both the good
33: 8       effects and the bad effects.
33: 9   Q.  And what about the term
33: 10      "pharmacoeconomics"?
33: 11  A.  Pharmacoeconomics is the
33: 12      study of the relationship between what a
33: 13      drug does and what its cost is.  So, we
33: 14      try to understand whether a given drug is
33: 15      worth its price and whether it's cost
33: 16      effective, whether it might even save
33: 17      money for the healthcare system, and how
33: 18      those balance out.
33: 19  Q.  How is your division funded,

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 66: 2 | whether they were formed before you were | | |
| 66: 3 | retained as an expert in this litigation | | |
| 66: 4 | or since you were retained as an expert | | |
| 66: 5 | in this litigation, opinions that you | | |
| 66: 6 | hold to a reasonable degree of medical | | |
| 66: 7 | and scientific certainty? | | |
| 66: 8 | A. Definitely. | | |
| | | | |
| **66:12 - 67:09** | Avorn, Jerome 2006-06-29 | | |
| 66: 12 | Are you aware that your | | |
| 66: 13 | testimony is being videotaped so it could | | |
| 66: 14 | be shown to the members of the jury? | | |
| 66: 15 | A. Yes. The clue was that big | | |
| 66: 16 | video camera in front of me. | | |
| 66: 17 | Q. Okay. | | |
| 66: 18 | Why is it that you are not | | |
| 66: 19 | appearing live to give your opinions to | | |
| 66: 20 | the members of this jury? | | |
| 66: 21 | A. Because I have a day job, | | |
| 66: 22 | and I spend an enormous amount of time | | |
| 66: 23 | just running my division at Harvard and | | |
| 66: 24 | at the Brigham and teaching medical | | |
| 67: 1 | students and occasionally supervising | | |
| 67: 2 | patient care, and I wouldn't have time to | | |
| 67: 3 | do this for more than just once. | | Sustained |
| 67: 4 | Q. Are you being paid | | |
| 67: 5 | personally for the time that you spent | | |
| 67: 6 | consulting with us and appearing at this | | |
| 67: 7 | videotape testimony? | | |
| 67: 8 | A. No. I received no payment | | |
| 67: 9 | for any of my work in this case. | | |
| | | 67:10 - 68:19 | |
| **67:10 - 68:19** | | Def. Obj. | |
| 67: 10 | Q. Well, don't doctors like | irrelevant + | |
| 67: 11 | yourself usually submit bills when they | prejudicial | |
| 67: 12 | do work like this? | | |
| 67: 13 | A. They traditionally do, but I | | |
| 67: 14 | prefer, since I've established a policy | | |
| 67: 15 | in my division that none of us accepts | | |
| 67: 16 | any direct payment from drug companies, | | |
| 67: 17 | it seemed reasonable to also not accept | | |
| 67: 18 | any payment personally from plaintiffs' | | |
| 67: 19 | lawyers or plaintiffs either, and so I do | | |
| 67: 20 | this pro bono, and if the attorneys I'm | | |
| 67: 21 | working with want to make a donation to a | | |
| 67: 22 | charitable cause, that's fine with me. | | |
| 67: 23 | But I don't take any personal | | |
| 67: 24 | remuneration. | | |
| 68: 1 | Q. Have you set up a charitable | | |
| 68: 2 | fund which any money that would be billed | | |
| 68: 3 | would go into that fund? | | |
| 68: 4 | A. Sure. Right. | | |
| 68: 5 | Q. And what is the purpose of | | |
| 68: 6 | this charitable fund? | | |
| 68: 7 | A. It is basically to have an | | |
| 68: 8 | endowment to support noncommercial | | |
| 68: 9 | research about medication use and | | |
| 68: 10 | medication effects, because I think | | |
| 68: 11 | there's a real need for that to be a | | |
| 68: 12 | source of funding that is independent of | | |
| 68: 13 | any particular companies. | | |
| 68: 14 | Q. Do you derive any personal | | |
| 68: 15 | monetary benefit as a result of the money | | |
| 68: 16 | that we may hourly – any hourly rate you | | |
| 68: 17 | may bill us which we pay into this | | |
| 68: 18 | charitable fund? | | |
| 68: 19 | A. No, I don't. | | |
| | | | |
| **69:10 - 69:11** | Avorn, Jerome 2006-06-29 | | |
| 69: 10 | Q. Doctor, my name is Phil | | |
| 69: 11 | Beck. I represent Merck. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| | | |

**82:5 - 82:22**  Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 82: 5 | Q. | And what is the hourly rate |
| 82: 6 | | that you use when consulting with |
| 82: 7 | | lawyers? |
| 82: 8 | A. | $750 an hour. |
| 82: 9 | Q. | And how many hours have you |
| 82: 10 | | worked on this case? |
| 82: 11 | A. | Thus far, I would estimate |
| 82: 12 | | about 200, I think. I don't keep real |
| 82: 13 | | close track. |
| 82: 14 | Q. | So, 200 times 750, I'm not |
| 82: 15 | | good at math, but how much does that -- |
| 82: 16 | | can you figure out -- |
| 82: 17 | A. | I think you should do the |
| 82: 18 | | math if you are asking the question. |
| 82: 19 | Q. | Okay. I'll do that then. |
| 82: 20 | | When I do the math, that |
| 82: 21 | | comes to $150,000. |
| 82: 22 | A. | Sounds about right. |

*Sustained* (handwritten in Rulings column)

**86:7 - 86:24**  Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 86: 7 | Q. | And how many times have you |
| 86: 8 | | consulted with Mr. Tisi before the Vioxx |
| 86: 9 | | litigation? |
| 86: 10 | A. | Before the Vioxx litigation? |
| 86: 11 | | Once. |
| 86: 12 | Q. | And what was that in |
| 86: 13 | | connection with? |
| 86: 14 | A. | A drug called Rezulin. |
| 86: 15 | Q. | Have you also overcome your |
| 86: 16 | | reluctance to consult with lawyers and |
| 86: 17 | | work with them, plaintiffs' lawyers, on |
| 86: 18 | | the diet drug litigation? |
| 86: 19 | A. | Right. I think there have |
| 86: 20 | | been about four cases total that I've |
| 86: 21 | | become involved with. |
| 86: 22 | Q. | So, Rezulin, which you did |
| 86: 23 | | with Mr. Tisi, right? |
| 86: 24 | A. | Right. |

**87:9 - 87:24**

| | | |
|---|---|---|
| 87: 9 | Q. | And diet drugs, you |
| 87: 10 | | consulted with plaintiffs' lawyers, |
| 87: 11 | | right? |
| 87: 12 | A. | Yes. |
| 87: 13 | Q. | Am I correct that you also |
| 87: 14 | | consulted with plaintiffs' lawyers on a |
| 87: 15 | | drug called Baycol? |
| 87: 16 | A. | Yes. |
| 87: 17 | Q. | And did you say there was |
| 87: 18 | | another one other than those? |
| 87: 19 | A. | PPA, phenylpropanolamine. |
| 87: 20 | Q. | PPA? |
| 87: 21 | A. | Yes. |
| 87: 22 | Q. | And all of this has been, |
| 87: 23 | | what, within the last five, six years? |
| 87: 24 | A. | Probably. |

**107:17 - 108:13**  Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 107: 17 | Q. | Doctor, are you an expert on |
| 107: 18 | | the issue of Vioxx's risks throughout the |
| 107: 19 | | development and marketing of that drug? |
| 107: 20 | A. | Yes. |
| 107: 21 | Q. | Thank you. |
| 107: 22 | | Why? |
| 107: 23 | A. | Is that a question? |
| 107: 24 | Q. | Yes. Why? |
| 108: 1 | A. | Okay. |
| 108: 2 | | Because, as I said before, |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 233: 5 | to the New England Journal and JAMA, and | | |
| 233: 6 | they passed on it, and it was eventually | | |
| 233: 7 | accepted in Cardiology -- I'm sorry, in | | |
| 233: 8 | Circulation, which is the number one | | |
| 233: 9 | cardiology journal in the world. | | |
| | | | |
| **233:10 - 233:21** | Avorn, Jerome 2006-06-29 | | |
| 233: 10 | Q. And did anything unusual | | |
| 233: 11 | happen at about the time of the | | |
| 233: 12 | publication of the article that we've | | |
| 233: 13 | been talking about? | | |
| 233: 14 | A. Yes. As the article was in | | |
| 233: 15 | galley on page proof, which is the | | |
| 233: 16 | printed version of the article that is | | |
| 233: 17 | sent back to the authors to make sure | | |
| 233: 18 | there's no typos, we received a phone | | |
| 233: 19 | call from Dr. Santanello instructing us | | |
| 233: 20 | to remove Dr. Cannuscio's name from the | | |
| 233: 21 | paper. | | |
| | | | |
| **241:2 - 241:6** | Avorn, Jerome 2006-06-29 | | |
| 241: 2 | Did her name come off the | **Def's Obj.:** Court | **Smith:** Court struck |
| 241: 3 | paper? | struck testimony the | testimony. |
| 241: 4 | A. Her name came off the paper, | last time offered (in | |
| 241: 5 | and I reluctantly agreed to let that | Smith), and asks the | |
| 241: 6 | happen. | Court to do the same | |
| **243:12 - 244:19** | Avorn, Jerome 2006-06-29 | here. | |
| 243: 12 | Q. Did you acknowledge Dr. | | |
| 243: 13 | Cannuscio in any other way in that paper? | **Pl's Resp.:** Testimony | |
| 243: 14 | A. Yes. I wrote an | is relevant to Plaintiff's | |
| 243: 15 | acknowledgment that I asked Dr. Solomon | failure to warn claim. | |
| 243: 16 | to include in the paper. | Merck removed the | |
| 243: 17 | Q. And you did that? | name of its own | |
| 243: 18 | A. Yes. That was my -- those | epidemiologist from the | |
| 243: 19 | are my words. | study to distance the | |
| 243: 20 | Because I felt that leaving | company from | |
| 243: 21 | aside the ethics of it, here was a young | the results of a study | |
| 243: 22 | woman starting out her career who was | that Vioxx increases | |
| 243: 23 | about to have a paper in the best | risk of heart attack. | |
| 243: 24 | cardiology journal in the world and that | | |
| 244: 1 | she deserved to be a co-author of. And I | | |
| 244: 2 | was concerned, almost in my faculty role, | | |
| 244: 3 | that here somebody's hard work was being | | |
| 244: 4 | snatched away from her. | | |
| 244: 5 | So, I wrote that language | | |
| 244: 6 | that indicated there was an unnamed | | |
| 244: 7 | epidemiologist who had worked with us, as | | |
| 244: 8 | it says, "Actively in the study design, | | |
| 244: 9 | statistical analysis, and interpretation | | |
| 244: 10 | of the date and preparation of the | | |
| 244: 11 | manuscript," which are, in fact, the | | |
| 244: 12 | criteria for authorship. And while we | **Def's Obj.:** Court | **Smith:** Court struck |
| 244: 13 | are forbidden from using Dr. Cannuscio's | struck testimony the | testimony. |
| 244: 14 | name, I wanted her to be able to refer to | last time offered (in | |
| 244: 15 | that as she went on in her career and say | Smith), and asks the | |
| 244: 16 | that was really me. And so we did put | Court to do the same | |
| 244: 17 | the acknowledgment that I wrote at the | here. | |
| 244: 18 | end of the paper, but still respected her | | |
| 244: 19 | wishes to be not listed as a co-author. | **Pl's Resp.:** Testimony | |
| **245:4 - 247:4** | Avorn, Jerome 2006-06-29 | is relevant to Plaintiff's | |
| 245: 4 | Q. Now, Doctor, this article | failure to warn claim. | |
| 245: 5 | was then published in Circulation? | Merck removed the | |
| 245: 6 | A. That's right. | name of its own | |
| 245: 7 | MR. TISI: Okay. | epidemiologist from the | |
| 245: 8 | And I'm going to show you | study to distance the | |
| 245: 9 | what I would like to have marked | company from | |
| 245: 10 | as Exhibit 30. | the results of a study | |
| 245: 11 | - - - | that Vioxx increases | |
| 245: 12 | (Whereupon, Deposition | risk of heart attack. | |
| 245: 13 | Exhibit Avorn-30, Bulletin | | |
| 245: 14 | 4-21-04 MRK-AAR0069284, was | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| **399:19 - 400:4**   Avorn, Jerome 2006-06-29 | | |
| 399: 19   A.  Yes. | | |
| 399: 20   Q.  Okay. | | |
| 399: 21       Having seen it, and as | | |
| 399: 22       somebody who is an expert in the factors | | |
| 399: 23       that drive doctors' prescribing | | |
| 399: 24       practices, do you have an opinion as to | | |
| 400: 1        whether or not that kind of information | | |
| 400: 2        in the warnings section would have | | |
| 400: 3        assisted doctors in making a risk/benefit | | |
| 400: 4        analysis for their patients? | | |
| **400:11 - 400:20**   Avorn, Jerome 2006-06-29 | | |
| 400: 11       THE WITNESS:  I have such an | | |
| 400: 12       opinion that that would have been | | |
| 400: 13       an important piece of information | | |
| 400: 14       for doctors to have. | | |
| 400: 15       BY MR. TISI: | | |
| 400: 16   Q.  Do you think that the lack | | |
| 400: 17       of that information deprived doctors of | | |
| 400: 18       an important piece of information from | | |
| 400: 19       which they could make reasonable | | |
| 400: 20       prescribing choices? | | |
| **401:9 - 402:13**   Avorn, Jerome 2006-06-29 | | |
| 401: 9        As someone who has done | | |
| 401: 10       research on published and peer-reviewed | | |
| 401: 11       journals about physicians' assessments of | | |
| 401: 12       risks and benefits, and as someone who | | |
| 401: 13       teaches physicians about weighing risks | | |
| 401: 14       and benefits, and has written a book | | |
| 401: 15       about risks and benefits as drivers of | | |
| 401: 16       drug use, and as somebody who has written | | |
| 401: 17       a paper recently in the New England | | |
| 401: 18       Journal about the effect of labeling on | | |
| 401: 19       warnings and on prescribing, I can say | | |
| 401: 20       with a great deal of certainty that a | | |
| 401: 21       physician not having information about | | |
| 401: 22       doubling of mortality risk and of | | |
| 401: 23       increased risk of heart attack caused by | | |
| 401: 24       a drug would deprive that physician from | | |
| 402: 1        the ability to be able to make a wise | | |
| 402: 2        prescribing decision. | | |
| 402: 3    Q.  Doctor, let me ask you this. | | |
| 402: 4        Do you have any evidence you | | |
| 402: 5        have seen in this case that the addition | | |
| 402: 6        of such a warning, as opposed to a | | |
| 402: 7        precaution, would have been made a | | |
| 402: 8        difference with respect to prescribing | | |
| 402: 9        practices with respect to Vioxx? | | |
| 402: 10   A.  Yes. | | |
| 402: 11       MR. TISI:  Let me show you | **[402:11-13]** | **Barnett:** Overruled. |
| 402: 12       what I'd like to have marked as | Def's Obj.:  Lack of | **Mason:** Sustained. |
| 402: 13       Exhibit Number 39. | foundation; witness | |
| **403:3 - 403:13**   Avorn, Jerome 2006-06-29 | does not establish any | |
| 403: 3    Q.  Doctor, have you seen this | expertise with financial | |
| 403: 4        before in preparation for your testimony | forecasts like this | |
| 403: 5        today? | document. | |
| 403: 6    A.  Yes, I have. | | |
| 403: 7    Q.  Would you describe -- | **Pl's Resp.:**  Witness | |
| 403: 8        First of all, this is July | has published in peer- | |
| 403: 9        of 2001? | reviewed literature that | |
| 403: 10   A.  Right. | warnings effect | |
| 403: 11   Q.  This is before the label | prescribing decisions. | |
| 403: 12       change? | This Merck document | |
| 403: 13   A.  Right. | supports his opinion | |
| **404:8 - 404:11**   Avorn, Jerome 2006-06-29 | and as an expert, he is | |
| 404: 8        What does this document | entitled to rely upon it. | |
| 404: 9        indicate as to doctors' willingness to | | |
| 404: 10       prescribe Vioxx if there is a warning | | |

Sustained in writing. But this gets in testimony. For the witness to say what Merck's intention was. That opinion was infused with their business conclusion is inappropriate.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 404: 11 | versus a precaution? Go ahead. | | |

**404:15 - 405:2**     Avorn, Jerome 2006-06-29

| 404: 15 | THE WITNESS: This document |
|---|---|
| 404: 16 | indicates that the individuals at |
| 404: 17 | Merck who prepared it had exactly |
| 404: 18 | the same impression as I did about |
| 404: 19 | the effect of a clear warning |
| 404: 20 | versus what they call a mild |
| 404: 21 | warning on utilization of the |
| 404: 22 | drug. And what their graph |
| 404: 23 | indicates is their projection that |
| 404: 24 | utilization of the drug would be |
| 405: 1 | much lower if there was a strong |
| 405: 2 | warning versus a mild warning. |

**405:14 - 406:21**     Avorn, Jerome 2006-06-29

| 405: 14 | Q. Is this consistent with your |
|---|---|
| 405: 15 | own research that the various levels of |
| 405: 16 | warning make a difference with doctors? |
| 405: 17 | A. Yes. |
| 405: 18 | Q. Doctor, you mentioned |
| 405: 19 | another method by which doctors |
| 405: 20 | communicate -- companies communicate with |
| 405: 21 | doctors is their statements to the press. |
| 405: 22 | I think you mentioned that before? |
| 405: 23 | A. Right. |
| 405: 24 | Q. Have you seen statements |
| 406: 1 | that Merck has made to the press about |
| 406: 2 | the cardiovascular safety of Vioxx? |
| 406: 3 | A. Yes. |
| 406: 4 | MR. TISI: I'm going to hand |
| 406: 5 | you what I would like to have |
| 406: 6 | marked as Exhibit Number 40. |
| 406: 7 | - - - |
| 406: 8 | (Whereupon, Deposition |
| 406: 9 | Exhibit Avorn-40, News Release |
| 406: 10 | 5-22-01, MRK-ABI0003228 - |
| 406: 11 | MRK-ABI0003230, was marked for |
| 406: 12 | identification.) |
| 406: 13 | - - - |
| 406: 14 | THE WITNESS: Sounds right. |
| 406: 15 | BY MR. TISI: |
| 406: 16 | Q. Doctor, have you seen this |
| 406: 17 | before as an example of the kind of |
| 406: 18 | communication that Merck made to the |
| 406: 19 | press? |
| 406: 20 | A. Yes. |
| 406: 21 | Q. What is this? |

**407:3 - 407:14**     Avorn, Jerome 2006-06-29

| 407: 3 | THE WITNESS: This is |
|---|---|
| 407: 4 | labeled as a news release on |
| 407: 5 | Merck's stationary for immediate |
| 407: 6 | release, and the title of it is — |
| 407: 7 | and it's dated May 22nd, 2001. |
| 407: 8 | And the title is "Merck Confirms |
| 407: 9 | Favorable Cardiovascular Safety |
| 407: 10 | Profile of Vioxx." |
| 407: 11 | BY MR. TISI: |
| 407: 12 | Q. And this talks about the |
| 407: 13 | VIGOR study? |
| 407: 14 | A. Right. |

**408:2 - 408:6**     Avorn, Jerome 2006-06-29

| 408: 2 | Knowing what you know about |
|---|---|
| 408: 3 | VIGOR, and looking at the medicine and |
| 408: 4 | science surrounding VIGOR, is this |
| 408: 5 | medically and scientifically accurate |
| 408: 6 | information to disseminate to the public? |

**Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.**

| Designated Testimony | Objections | Rulings |
|---|---|---|
| **470:21 - 471:7**  Avorn, Jerome 2006-06-30 | | |
| 470: 21    Q. When you wrote your report, | | |
| 470: 22    did the lawyers that you worked with turn | | |
| 470: 23    around and mark it up and provide you | | |
| 470: 24    with suggestions and changes from your | | |
| 471: 1    report? | | |
| 471: 2    A. They did not do any marking | | |
| 471: 3    up, but they did comment on aspects of | | |
| 471: 4    it. This is unclear, this is unfair to | | |
| 471: 5    Merck, you forgot about this thing that | | |
| 471: 6    we had talked about, but they didn't make | | |
| 471: 7    any marks or changes. | | |
| **471:23 - 472:1**  Avorn, Jerome 2006-06-30 | | |
| 471: 23    Q. Your testimony is that the | | |
| 471: 24    lawyers did not provide you with any | | |
| 472: 1    markups; is that right? | | |
| **472:3 - 472:16**  Avorn, Jerome 2006-06-30 | | |
| 472: 3    THE WITNESS: By "markups," | | |
| 472: 4    you mean did they make notes on my | | |
| 472: 5    report and make suggestions about | | |
| 472: 6    changing it? That's right, they | | |
| 472: 7    did not. | | |
| 472: 8    - - - | | |
| 472: 9    (Whereupon, Deposition | | |
| 472: 10    Exhibit Avorn-43, Email dated | | |
| 472: 11    3.12.06, was marked for | | |
| 472: 12    identification.) | | |
| 472: 13    - - - | | |
| 472: 14    BY MR. BECK: | | |
| 472: 15    Q. I'm handing you what we've | | |
| 472: 16    marked as Exhibit 43. | | |
| **472:17 - 472:18**  Avorn, Jerome 2006-06-30 | | |
| 472: 17    Do you see that Exhibit 43 | | |
| 472: 18    is an e-mail to you from Jeff Grand? | | |
| **472:19 - 473:15**  Avorn, Jerome 2006-06-30 | | |
| 472: 19    A. Yes. | | |
| 472: 20    Q. And Jeff Grand is one of the | | |
| 472: 21    lawyers that you worked with? | | |
| 472: 22    A. That's right. | | |
| 472: 23    Q. Do you see at the bottom -- | | |
| 472: 24    excuse me, I'll go back up to the top. | | |
| 473: 1    And this is dated March | | |
| 473: 2    12th, 2006. Do you see that? | | |
| 473: 3    A. Yes. | | |
| 473: 4    Q. And that was before the date | | |
| 473: 5    of your expert report in this case, | | |
| 473: 6    right? | | |
| 473: 7    A. It was before it was | | |
| 473: 8    finalized, yes. | | |
| 473: 9    Q. Okay. | | |
| 473: 10    Before it was finalized. | | |
| 473: 11    And then do you see the very | | |
| 473: 12    last thing that Mr. Grand said in his | | |
| 473: 13    e-mail to you was, "Also, tomorrow, I | | |
| 473: 14    will send you a mark-up of your report as | | |
| 473: 15    we discussed." | | |
| **473:21 - 473:22**  Avorn, Jerome 2006-06-30 | | |
| 473: 21    THE WITNESS: Yes, I see | | |
| 473: 22    that. | | |
| **473:24 - 474:5** | | |
| 473: 24    Q. Did the lawyers that you | Pl's Obj.: R. 401, | **Barnett:** Overruled. |
| 474: 1    worked with provide you with expert | R. 402. Experts opinions | **Smith:** Not included. |
| 474: 2    reports written by other plaintiffs' | are based on his own | **Mason:** Testimony |
| 474: 3    experts before you prepared and finalized | research prior to being | was played. No |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 474: 4 | your report? | retained as an expert. | objection. |
| 474: 5 | A. Yes, they did. | | |
| | | | |
| **476:2 - 476:7** | | | |
| 476: 2 | Q. Did the lawyers that you | Pl's Obj.: R. 401, | **Barnett:** Overruled. |
| 476: 3 | worked with provide you with any of the | R. 402. Experts opinions | **Smith:** Not included. |
| 476: 4 | expert reports written by Merck's experts | are based on his own | **Mason:** Testimony |
| 476: 5 | before you sat down and prepared and | research prior to being | was played. No |
| 476: 6 | finalized your report? | retained as an expert. | objection. |
| 476: 7 | A. Not that I can recall. | Best evidence of Merck's | |
| | | position were the | |
| **477:19 - 478:2** | | published studies of its | |
| 477: 19 | Q. And as of your deposition, | employees and | |
| 477: 20 | you had not read any of the expert | consultants prior to | |
| 477: 21 | reports by Merck's experts, right? | litigation, which witness | |
| 477: 22 | A. That's correct. | had reviewed. | |
| 477: 23 | Q. And as of today, have you | | |
| 477: 24 | read any of the expert reports by Merck's | | |
| 478: 1 | experts? | | |
| 478: 2 | A. No, I have not. | | |
| | | | |
| **494:5 - 494:15** | Avorn, Jerome 2006-06-30 | | |
| 494: 5 | Q. Do you agree that there were | | |
| 494: 6 | good public health reasons for Merck to | | |
| 494: 7 | develop Vioxx? | | |
| 494: 8 | A. Yes, I do. | | |
| 494: 9 | Q. And do you agree that one of | | |
| 494: 10 | the good public health reasons for | | |
| 494: 11 | developing Vioxx was that there were | | |
| 494: 12 | serious gastrointestinal problems, | | |
| 494: 13 | particularly gastrointestinal bleeding, | | |
| 494: 14 | that resulted from the use of traditional | | |
| 494: 15 | NSAIDs? | | |
| | | | |
| **494:18 - 494:18** | Avorn, Jerome 2006-06-30 | | |
| 494: 18 | THE WITNESS: That's right. | | |
| | | | |
| **494:20 - 494:22** | Avorn, Jerome 2006-06-30 | | |
| 494: 20 | Q. And were the | | |
| 494: 21 | gastrointestinal bleeds an important | | |
| 494: 22 | clinical problem? | | |
| | | | |
| **495:1 - 495:1** | Avorn, Jerome 2006-06-30 | | |
| 495: 1 | THE WITNESS: That's right. | | |
| | | | |
| **495:3 - 495:14** | Avorn, Jerome 2006-06-30 | | |
| 495: 3 | Q. Have there been studies that | | |
| 495: 4 | showed the number of hospitalizations | | |
| 495: 5 | each year that came from gastrointestinal | | |
| 495: 6 | complications from traditional NSAIDs? | | |
| 495: 7 | A. Yes, there were. | | |
| 495: 8 | Q. And does it square with your | | |
| 495: 9 | recollection that these studies showed | | |
| 495: 10 | that there would be over 100,000 | | |
| 495: 11 | hospitalizations each year due to | | |
| 495: 12 | gastrointestinal complications from | | |
| 495: 13 | traditional NSAIDs? | | |
| 495: 14 | A. That's correct. | | |
| | | | |
| **495:17 - 495:18** | Avorn, Jerome 2006-06-30 | | |
| 495: 17 | THE WITNESS: That's | | |
| 495: 18 | correct. | | |
| | | | |
| **495:20 - 496:16** | Avorn, Jerome 2006-06-30 | | |
| 495: 20 | Q. Now, you talked about some | | |
| 495: 21 | FDA Advisory Committees yesterday. Do | | |
| 495: 22 | you remember that? | | |
| 495: 23 | A. Yes. | | |
| 495: 24 | Q. And I think you talked about | | |
| 496: 1 | the 2005 Advisory Committee meeting, | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 549: 3 | the arteries, and that inhibiting | | |
| 549: 4 | it could do bad things or could do | | |
| 549: 5 | good things. And I think in 1998, | | |
| 549: 6 | those possibilities were both on | | |
| 549: 7 | the table. | | |
| 549: 8 | BY MR. BECK: | | |
| 549: 9 | Q. And just on the good things | [549:9-550:22] | **Barnett:** No objection |
| 549: 10 | side, since yesterday you talked about | Pl's Obj.: Lack of | **Smith:** Testimony |
| 549: 11 | the bad things as possibilities, on the | foundation. Argumenta- | was played. No |
| 549: 12 | good things side of the possibilities, do | tive. Improper | objection. |
| 549: 13 | you agree with me, sir, that scientists | speech from counsel. | **Mason:** Testimony |
| 549: 14 | at the time were saying that Vioxx and | | was played. No |
| 549: 15 | other COX-2 inhibitors could potentially | | objection. |
| 549: 16 | protect against heart disease, first, by | | |
| 549: 17 | slowing down plaque formation; and | | |
| 549: 18 | secondly, by making it less likely that | | |
| 549: 19 | there would be plaque rupture? | | |
| 549: 20 | MR. BUCHANAN: Objection, no | | |
| 549: 21 | foundation. | | |
| 549: 22 | MR. TISI: Objection, | | |
| 549: 23 | argumentative and compound. | | |
| 549: 24 | MR. KLINE: And vague as to | | |
| 550: 1 | not identifying who the "they" | | |
| 550: 2 | are. | | |
| 550: 3 | MR. BUCHANAN: Excuse me. | | |
| 550: 4 | Just the prefatory clause as well. | | |
| 550: 5 | Thank you. | | |
| 550: 6 | THE WITNESS: I think the | | |
| 550: 7 | fairest way of stating it is that | | |
| 550: 8 | in 1998, the view, as represented | | |
| 550: 9 | here, was that because this drug | | |
| 550: 10 | had new unprecedented and | | |
| 550: 11 | potentially important effects on | | |
| 550: 12 | arteries, on blood vessels | | |
| 550: 13 | supplying the heart, on plaques | | |
| 550: 14 | and ruptures and blood clotting | | |
| 550: 15 | and all of that, that it was a | | |
| 550: 16 | previously unstudied area that | | |
| 550: 17 | held the potential for important | | |
| 550: 18 | effects on the cardiovascular | | |
| 550: 19 | system, either good or bad, | | |
| 550: 20 | because nobody at that point | | |
| 550: 21 | really knew what the effect of | | |
| 550: 22 | COX-2 on the heart would be. | | |
| | | | |
| 550:24 - 551:7 | Avorn, Jerome 2006-06-30 | | |
| 550: 24 | Q. Well, do you remember | | |
| 551: 1 | yesterday when you went over this | | |
| 551: 2 | document you had no trouble at all | | |
| 551: 3 | holding yourself to talking about the | | |
| 551: 4 | potential bad consequences of COX-2 | | |
| 551: 5 | inhibitors? Do you remember that all you | | |
| 551: 6 | talked about in connection with this was | | |
| 551: 7 | the potential adverse consequences? | | |
| | | | |
| 551:20 - 552:8 | Avorn, Jerome 2006-06-30 | | |
| 551: 20 | Q. Do you remember that? | | |
| 551: 21 | A. That was what we were | | |
| 551: 22 | talking about. | | |
| 551: 23 | Q. Okay. | | |
| 551: 24 | And so yesterday you | | |
| 552: 1 | confined yourself to the potential | | |
| 552: 2 | adverse consequences, and now I'm just | | |
| 552: 3 | going to ask you whether you can give me | | |
| 552: 4 | answers that focus on the potential | | |
| 552: 5 | positive consequences rather than this, | | |
| 552: 6 | well, it may be good or it may be bad. | | |
| 552: 7 | Okay? | | |
| 552: 8 | A. Yes. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

**552:12 - 552:20**   Avorn, Jerome 2006-06-30

552: 12   Q.   Now, do you agree with me,
552: 13       sir, that back in 1998 and 1999 respected
552: 14       scientists said that among the potential
552: 15       good things that might come from Vioxx
552: 16       were that it would protect -- it could
552: 17       possibly protect against heart disease,
552: 18       number one, by helping to guard against
552: 19       the formation of plaque? Do you agree
552: 20       with that?

**553:1 - 553:3**   Avorn, Jerome 2006-06-30

553: 1       THE WITNESS: They said that
553: 2       there were both good and bad
553: 3       potentials.

**553:5 - 553:10**   Avorn, Jerome 2006-06-30

553: 5    5      Q.   Now, why is it today that
553: 6    6   you can't confine yourself to the good
553: 7    7   side that scientists talked about, when
553: 8    8   yesterday, you've already admitted, you
553: 9    9   were perfectly capable of confining
553: 10  10   yourself to the bad side?

**553:17 - 554:4**   Avorn, Jerome 2006-06-30

553: 17      THE WITNESS: Because today,
553: 18      Mr. Beck, we're here to talk about
553: 19      the fact that it is now
553: 20      universally agreed that Vioxx
553: 21      causes heart attacks, and we're
553: 22      now trying to look back and find
553: 23      out what information was available
553: 24      to Merck. We're not here
554: 1       discussing the fact that Vioxx
554: 2       prevents heart attack, in which
554: 3       case maybe that would be
554: 4       appropriate.

**555:7 - 555:16**   Avorn, Jerome 2006-06-30

555: 7       Were you aware back in 1998
555: 8       and 1999 what was being discussed in the
555: 9       scientific and medical community about
555: 10      the potential good things or bad things
555: 11      of COX-2 inhibitors?
555: 12   A.   Around this period, I don't
555: 13      know if it was 1999 or 2000, but when we
555: 14      were doing our own work on this, we did
555: 15      review what was known in the literature
555: 16      about the potential for good and for bad.

**555:17 - 555:24**   Avorn, Jerome 2006-06-30

555: 17   Q.   And around the time that
555: 18      Vioxx came on the market, do you agree,
555: 19      sir, that one of the potential good
555: 20      things that scientists and doctors were
555: 21      talking about was that Vioxx potentially
555: 22      could be protective of the heart by
555: 23      guarding against plaque formation?
555: 24   A.   Yes.

**556:7 - 556:14**   Avorn, Jerome 2006-06-30

556: 7    Q.   And do you agree, sir, that
556: 8       another potential good thing that
556: 9       scientists and doctors were talking about
556: 10      around the time that Vioxx came on the
556: 11      market was that Vioxx could guard
556: 12      against -- could possibly guard against
556: 13      heart disease by helping to prevent

Pl's Obj.: R. 801,
R. 802. Hearsay.

**Barnett:** No ruling.
**Smith:** Testimony
was played. No
objection.
**Mason:** Testimony was
played. No objection.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 556: 14 | plaque rupture? | | |
| **556:17 - 556:18** | Avorn, Jerome 2006-06-30 | Pl's Obj.: R. 801, | **Barnett:** No ruling. |
| 556: 17 | THE WITNESS: That | R. 802. Hearsay. | **Smith;** Testimony |
| 556: 18 | possibility was raised. | | was played. No |
| **557:10 - 561:12** | Avorn, Jerome 2006-06-30 | | objection. |
| 557: 10 | Q. Doctor, would you please | | **Mason:** Testimony was |
| 557: 11 | turn to what was marked yesterday as | | played. No objection. |
| 557: 12 | Exhibit 7. It's in the folder of medical | | |
| 557: 13 | articles that Mr. Tisi gave you. | | |
| 557: 14 | A. Right. Got it. | | |
| 557: 15 | Q. And is Exhibit 7 an article | | |
| 557: 16 | where you were one of the authors? | | |
| 557: 17 | A. Yes. I was the senior | | |
| 557: 18 | author. | | |
| 557: 19 | Q. And it's titled the | | |
| 557: 20 | "Relationship Between Selective" -- how | | |
| 557: 21 | do you pronounce that next word? | | |
| 557: 22 | A. "Cyclooxygenase." | | |
| 557: 23 | Q. Is that the same thing as | | |
| 557: 24 | COX-2? | | |
| 558: 1 | A. COX-2. Yes. You can call | | |
| 558: 2 | it COX. | | |
| 558: 3 | Q. So, the "Relationship | | |
| 558: 4 | Between COX-2 Inhibitors and Acute | | |
| 558: 5 | Myocardial Infarction in Older Adults," | | |
| 558: 6 | right? | | |
| 558: 7 | A. Correct. | | |
| 558: 8 | Q. Now, would you turn over -- | | |
| 558: 9 | and what's the date of this article? | | |
| 558: 10 | A. This was published in May of | | |
| 558: 11 | '04, and I can look for the -- May 4th of | | |
| 558: 12 | '04. | | |
| 558: 13 | Q. Okay. | | |
| 558: 14 | So, some four or five years | | |
| 558: 15 | after Vioxx was first approved by the | | |
| 558: 16 | FDA, right? | | |
| 558: 17 | A. Right. | | |
| 558: 18 | Q. Okay. | | |
| 558: 19 | Now, turn over, if you | | |
| 558: 20 | would, please, to Page 2072, which I | | |
| 558: 21 | think is the fifth page in. | | |
| 558: 22 | A. Got it. | | |
| 558: 23 | Q. I want to call your | | |
| 558: 24 | attention in the second column and the | | |
| 559: 1 | first full paragraph to one statement | | |
| 559: 2 | here about emerging data. Are you with | | |
| 559: 3 | me on that? | | |
| 559: 4 | A. Yes. | | |
| 559: 5 | Q. In your copy? | | |
| 559: 6 | A. Yes. | | |
| 559: 7 | Q. "Emerging data support a | | |
| 559: 8 | varied role for COX-2" -- and there we're | | |
| 559: 9 | talking, again, just so the jury is | | |
| 559: 10 | clear, we're talking about the enzyme, | | |
| 559: 11 | not Vioxx or any other COX-2 inhibitors, | | |
| 559: 12 | right? | | |
| 559: 13 | A. Correct. | | |
| 559: 14 | Q. So, "emerging data support a | | |
| 559: 15 | varied role for the COX-2 enzyme," and | | |
| 559: 16 | then you list various things concluding | | |
| 559: 17 | with "atherogenesis." Do you see that? | | |
| 559: 18 | A. Right. | | |
| 559: 19 | Q. And then you have these | | |
| 559: 20 | cites to these two items, Number 27 and | | |
| 559: 21 | 28? | | |
| 559: 22 | A. Right. | | |
| 559: 23 | Q. What is atherogenesis? | | |
| 559: 24 | A. It's atherogenesis. | | |
| 560: 1 | Q. I'm sorry, atherogenesis. | | |
| 560: 2 | A. It's the development of | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 613: 12 | the Advisory Committee's vote later on, | | |
| 613: 13 | and I simply don't know if it was the | | |
| 613: 14 | same members or how many were the same, | | |
| 613: 15 | definitely did split in their statements | | |
| 613: 16 | about Vioxx, about the other COX-2s, in | | |
| 613: 17 | relation to their affiliations with | | |
| 613: 18 | industry. And this has been widely | | |
| 613: 19 | documented. | | |
| 613: 20 | And the question has been | | |
| 613: 21 | raised, I think understandably, that if | | |
| 613: 22 | the votes in a subsequent meeting, the | | |
| 613: 23 | one of 2005, I believe, of the Advisory | | |
| 613: 24 | Committee correlated very closely with | | |
| 614: 1 | the ties of Advisory Committee members to | | |
| 614: 2 | industry, that that raised the question | | |
| 614: 3 | as to whether there was perhaps | | |
| 614: 4 | unconscious, perhaps unintentional, bias. | | |
| 614: 5 | So, I don't think I can rule out that | | |
| 614: 6 | possibility in relation to this Advisory | | |
| 614: 7 | Committee either. | | |
| 614: 8 | Q. Your sworn testimony from a | | |
| 614: 9 | few weeks ago, Page 379, line 20. | | |
| **615:1 - 615:9** | Avorn, Jerome 2006-06-30 | | |
| 615: 1 | Q. "Question: There's no | | |
| 615: 2 | reason to think that the Advisory | | |
| 615: 3 | Committee in February of 2001 was biased | | |
| 615: 4 | in favor of Merck, was there, sir? | | |
| 615: 5 | "Answer: Not to my | | |
| 615: 6 | knowledge." | | |
| 615: 7 | Was that your sworn | | |
| 615: 8 | testimony a couple weeks ago? | | |
| 615: 9 | A. Yes. | | |
| **635:24 - 636:11** | | Pl's Obj.: Vague. | Barnett: Not included. |
| 635: 24 | I think you talked about | Lack of foundation. | Smith: Not included. |
| 636: 1 | yesterday you thought a control trial | Outside Scope. Rule | Mason: Objection |
| 636: 2 | should have been done, and were you | of Optional Complete- | Overruled. Testimony |
| 636: 3 | talking about the same sort of control | ness. If objection | was played. |
| 636: 4 | trial that they were referring to? | overruled, include: | |
| 636: 5 | MR. TISI: Objection. | 639:9-639:14; and | |
| 636: 6 | THE WITNESS: Yes. A trial, | 640:4-640:7. | |
| 636: 7 | to read their words, "We believe | | |
| 636: 8 | that it is mandatory to conduct a | | |
| 636: 9 | trial specifically assessing | | |
| 636: 10 | cardiovascular risk and benefit of | | |
| 636: 11 | these agents." | | |
| **637:14 - 637:21** | | | |
| 637: 14 | Q. And at the time, did you | | |
| 637: 15 | discuss or at some point did you discuss | | |
| 637: 16 | what you thought the appropriate | | |
| 637: 17 | parameters of such a trial would be with | | |
| 637: 18 | some of your colleagues at Harvard? | | |
| 637: 19 | A. Actually, one was a | | |
| 637: 20 | colleague at Harvard and one was at | | |
| 637: 21 | Dartmouth. | | |
| **637:23 - 638:8** | | | |
| 637: 23 | And what time frame are we | | |
| 637: 24 | talking now in terms of these discussions | | |
| 638: 1 | you had with your colleague from Harvard | | |
| 638: 2 | and the doctor from Dartmouth? | | |
| 638: 3 | A. I can't recall. I think it | | |
| 638: 4 | was later. It might have been around the | | |
| 638: 5 | time of APPROVe. | | |
| 638: 6 | Q. Which would have been, for | | |
| 638: 7 | the jury's benefit, when? | | |
| 638: 8 | A. '04. | | |
| **640:24 - 641:8** | | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 684: 24 | you're from, right? | | |
| 685: 1 | A. Right. | | |
| 685: 2 | Q. "Unaffiliated with | | |
| 685: 3 | industry." And you are not affiliated | | |
| 685: 4 | with industry, correct? | | |
| 685: 5 | A. Right. | | |
| 685: 6 | Q. You've testified both | | |
| 685: 7 | yesterday and today, you've emphasized, I | | |
| 685: 8 | think it's fair to say, that the | | |
| 685: 9 | cardioprotective effect that you found | | |
| 685: 10 | was 16 percent, right? | | |
| 685: 11 | A. Right. | | |
| | | | |
| 685:12 - 685:14 | Avorn, Jerome 2006-06-30 | | Barnett: Overruled. |
| 685: 12 | Are we done with this | Def's Obj.: Completely | |
| 685: 13 | document? | non-responsive speech. | Smith: Sustained. |
| 685: 14 | Q. Yes. | No question pending. | |
| | | | |
| 685:15 - 686:8 | Avorn, Jerome 2006-06-30 | Pl's Resp.: Witness | |
| 685: 15 | A. Because I think in fairness, | allowed to clarify his | |
| 685: 16 | we need to point out that the reason I | testimony and is | |
| 685: 17 | feel there was a distortion was that it | continuing his answer | |
| 685: 18 | follows a paragraph in which Merck was | from 685:6-11. | |
| 685: 19 | arguing to the FDA that they could not | | |
| 685: 20 | tell if the difference in effect from -- | | |
| 685: 21 | in the VIGOR study was because it was | | |
| 685: 22 | explained away by naproxen or by a | | |
| 685: 23 | prothrombotic or cardiotoxic effect of | | |
| 685: 24 | Vioxx. | | |
| 686: 1 | And the distortion piece has | | |
| 686: 2 | to do with the fact that the paragraph | | |
| 686: 3 | you just read was a justification for | | |
| 686: 4 | their saying we don't know whether this | | |
| 686: 5 | was because of naproxen or not, and let's | | |
| 686: 6 | just not attribute it to Vioxx because we | | |
| 686: 7 | can't tell. And that was the distortion | | |
| 686: 8 | that I was referring to. | | |
| | | | |
| 686:9 - 686:10 | | | |
| 686: 9 | Q. Well, what they said about | | |
| 686: 10 | your study was accurate, right? | | |
| | | | |
| 686:13 - 687:9 | Avorn, Jerome 2006-06-30 | | |
| 686: 13 | THE WITNESS: Not in the | | |
| 686: 14 | context that they presented it, | | |
| 686: 15 | no. | | |
| 686: 16 | BY MR. BECK: | | |
| 686: 17 | Q. Well, they were making their | | |
| 686: 18 | position to the FDA. | | |
| 686: 19 | A. And using my data to justify | | |
| 686: 20 | it. | | |
| 686: 21 | Q. But what they said about | | |
| 686: 22 | your data, everything they said about | | |
| 686: 23 | your data was correct, isn't that true? | | |
| 686: 24 | A. Well, correct in the sense | | |
| 687: 1 | that there was one-fifth as many heart | | |
| 687: 2 | attacks in the naproxen group. It is the | | |
| 687: 3 | spin that I thought was the distortion. | | |
| 687: 4 | Q. Now, back to my question. | | |
| 687: 5 | You've talked repeatedly | | |
| 687: 6 | about how the effect that you found was | | |
| 687: 7 | 16 percent, and I think you've agreed | | |
| 687: 8 | that yesterday at least in one context | | |
| 687: 9 | you said that that was wimpy, right? | | |
| | | | |
| 687:11 - 687:24 | Avorn, Jerome 2006-06-30 | | |
| 687: 11 | THE WITNESS: Let me be very | | |
| 687: 12 | clear. Let me be very clear on | | |
| 687: 13 | this, Mr. Beck. It was wimpy, to | | |
| 687: 14 | use that term, in trying to | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 687: 15 | explain the 80 percent reduction. | | |
| 687: 16 | BY MR. BECK: | | |
| 687: 17 | Q. Okay. | | |
| 687: 18 | Let's look at Deposition | | |
| 687: 19 | Exhibit 4. That is your article we were | | |
| 687: 20 | looking at a little while ago. | | |
| 687: 21 | A. Yes. | | |
| 687: 22 | Q. And we're in that section | | |
| 687: 23 | called the abstract at the top. And | | |
| 687: 24 | under "Results," do you say, "Use of | | |
| **687:24 - 688:4** | Avorn, Jerome 2006-06-30 | | |
| 687: 24 | under "Results," do you say, "Use of | | |
| 688: 1 | naproxen was associated with a | | |
| 688: 2 | significant reduction in the risk of AMI" | | |
| 688: 3 | or heart attacks? And then you set forth | | |
| 688: 4 | the actual statistics. | | |
| **688:7 - 688:18** | Avorn, Jerome 2006-06-30 | | |
| 688: 7 | THE WITNESS: I think you | | |
| 688: 8 | are confused about the use of the | | |
| 688: 9 | word "significant." Significant | | |
| 688: 10 | refers here to statistically | | |
| 688: 11 | significant, as we've discussed it | | |
| 688: 12 | in the past. It does not mean | | |
| 688: 13 | clinically significant or big deal | | |
| 688: 14 | significant. And that is always | | |
| 688: 15 | the way this word is used in | | |
| 688: 16 | medical papers. And to suggest | | |
| 688: 17 | that it means clinically important | | |
| 688: 18 | would be incorrect. | | |
| **688:20 - 689:23** | Avorn, Jerome 2006-06-30 | | |
| 688: 20 | Q. So, "significant" here | | |
| 688: 21 | refers to this is statistically | | |
| 688: 22 | significant? | | |
| 688: 23 | A. Correct. | | |
| 688: 24 | Q. And that concept is one I | | |
| 689: 1 | think you discussed yesterday. What that | | |
| 689: 2 | means conventionally is that the relative | | |
| 689: 3 | risk is above 1, and you talked about | | |
| 689: 4 | the -- I'm sorry, the confidence | | |
| 689: 5 | intervals would not include the number 1, | | |
| 689: 6 | right? | | |
| 689: 7 | A. Correct. | | |
| 689: 8 | Q. And there's a p-value that | | |
| 689: 9 | had to be, was it lower or higher than | | |
| 689: 10 | .05? | | |
| 689: 11 | A. Lower than .05. | | |
| 689: 12 | Q. Lower than .05. | | |
| 689: 13 | And so that's what's meant | | |
| 689: 14 | in your paper here that there's a | | |
| 689: 15 | statistically significant | | |
| 689: 16 | cardioprotective effect of naproxen, | | |
| 689: 17 | right? | | |
| 689: 18 | A. That's right. | | |
| 689: 19 | Q. And a 15 percent reduction, | | |
| 689: 20 | would you consider that to be clinically | | |
| 689: 21 | significant? | | |
| 689: 22 | A. It can be. It depends what | | |
| 689: 23 | you're looking at. | | |
| **690:15 - 690:20** | Avorn, Jerome 2006-06-30 | | |
| 690: 15 | Q. I'm going to hand you what | PI's Obj.: Non-authenti- | Barnett: Sustained. |
| 690: 16 | we've marked as Exhibit 51. And this, I | cated document that | Smith: Testimony |
| 690: 17 | will represent to you, sir, we went on | witness has never seen. | was played. No objection. |
| 690: 18 | the Brigham and Women's Hospital health | Does not know who | Mason: Testimony |
| 690: 19 | information website, and last night we | author is or if she is a | was played. No |
| 690: 20 | copied this article off of it. | doctor. Hearsay. | objection. |
| **691:6 - 691:8** | | | |

*(handwritten annotation in Rulings/Objections area)*: Sustain editorial / it is not authenticated / the witness has never / seen it before (probably / no problem because he is / an expert) but the / has never heard of / authors or commentator

Case 2:05-md-01657-EEF-DEK   Document 9066 Inc.   Filed 11/28/06   Page 15 of 22
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 691: 6<br>691: 7<br>691: 8 | THE WITNESS:  I didn't even<br>know we had a health information<br>website. | Pl's Obj.: Same. | **Rulings:** Same |
| **691:10 - 691:11**<br>691: 10<br>691: 11 | Q.  You did not know that?<br>A.  No. | Pl's Obj.: Same. | **Rulings:** Same |
| **692:15 - 692:20**<br>692: 15<br>692: 16<br>692: 17<br>692: 18<br>692: 19<br>692: 20 | Q.  I've put Exhibit 51 on the<br>screen.  And is this, up in the top<br>left-hand corner, the Brigham and Women's<br>Hospital, is that the logo for the<br>Brigham and Women's Hospital?<br>A.  Yes, it is. | Pl's Obj.: Same. | **Rulings:** Same |
| **693:3 - 694:13**<br>693: 3<br>693: 4<br>693: 5<br>693: 6<br>693: 7<br>693: 8<br>693: 9<br>693: 10<br>693: 11<br>693: 12<br>693: 13<br>693: 14<br>693: 15<br>693: 16<br>693: 17<br>693: 18<br>693: 19<br>693: 20<br>693: 21<br>693: 22<br>693: 23<br>693: 24<br>694: 1<br>694: 2<br>694: 3<br>694: 4<br>694: 5<br>694: 6<br>694: 7<br>694: 8<br>694: 9<br>694: 10<br>694: 11<br>694: 12<br>694: 13 | BY MR. BECK:<br>Q.  And does the Brigham and<br>Women's Hospital have a website?<br>A.  Yes.<br>Q.  Okay.<br>And do you see that this a<br>paper by someone named Laurie LaRusso?<br>A.  It's not a paper.<br>Q.  It is --<br>A.  I don't know what it is, but<br>it certainly is not a paper in the sense<br>that we have been talking about papers in<br>the medical literature.<br>Q.  Okay.<br>A.  It is two pages of web text.<br>Q.  It's two pages of what's<br>called on the website of Brigham and<br>Women's Hospital "Health Information,"<br>correct?<br>A.  Right.<br>Q.  And the question that Ms.<br>LaRusso is addressing in this posting on<br>the Brigham and Women's Hospital is, "Can<br>ibuprofen and naproxen protect against<br>heart attack?"  Do you see that?<br>A.  Yes.<br>Q.  And do you see where she<br>says that "Two studies recently published<br>in the Archives of Internal Medicine<br>suggest that prescription strength<br>naproxen may be the only non-aspirin<br>NSAID that reduces the risk of heart<br>attack."<br>Do you see that?<br>A.  Right.  Yes, I do. | Pl's Obj.: Same. | **Barnett:**  Unclear.<br>but appears to be<br>sustained.<br><br>**Smith:**  Testimony<br>was played. No objection.<br>**Mason:**  Testimony<br>was played.  No<br>objection. |
| **695:2 - 696:2**<br>695: 2<br>695: 3<br>695: 4<br>695: 5<br>695: 6<br>695: 7<br>695: 8<br>695: 9<br>695: 10<br>695: 11<br>695: 12<br>695: 13<br>695: 14<br>695: 15<br>695: 16<br>695: 17 | BY MR. BECK:<br>Q.  And having looked this over<br>and seen the second page of what sources<br>she's talking about, do you understand<br>that one of the two studies she's<br>referring to is your study?<br>A.  Right.<br>Q.  Then on the second page,<br>just going to the last paragraph, it<br>says, "Many older people take<br>prescription NSAIDs to relieve arthritis<br>symptoms.  By virtue of their age, these<br>same people are at increased risk for<br>heart attack.  A study published in<br>November of 2000 found that the NSAID<br>rofecoxib (Vioxx) increased the risk of | Pl's Obj.: Same. | **Barnett:**  Sustained.<br>**Smith:**  Testimony<br>was played. No objection.<br>**Mason:**  Testimony<br>was played.  No<br>objection. |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 695: 18 | heart attack compared with naproxen." | | |
| 695: 19 | And then she says, "These | | |
| 695: 20 | two new studies in Archives suggest that | | |
| 695: 21 | the apparent increased heart attack risk | | |
| 695: 22 | associated with rofecoxib was likely a | | |
| 695: 23 | result of the beneficial effects of | | |
| 695: 24 | naproxen rather than any hazardous | | |
| 696: 1 | effects of rofecoxib." | | |
| 696: 2 | Is that what she says here? | | |
| | | | |
| **696:6 - 697:22** | | | |
| 696: 6 | THE WITNESS: I have been at | PI's Obj.: Same. | **Barnett:** Sustained. |
| 696: 7 | the Brigham for 14 years. I've | | **Smith:** Testimony |
| 696: 8 | never heard of Laurie LaRusso. | | was played. No objection. |
| 696: 9 | She's not a physician, she's not | | **Mason:** Testimony |
| 696: 10 | an epidemiologist. I don't know | | was played. No |
| 696: 11 | what the degree ELS means. I | | objection. |
| 696: 12 | didn't even know our hospital had | | |
| 696: 13 | a health information website. But | | |
| 696: 14 | I can tell you that when I get | | |
| 696: 15 | back there next week, I'm going to | | |
| 696: 16 | have them take garbage like this | | |
| 696: 17 | off because it's four years old. | | |
| 696: 18 | It's written by somebody who | | |
| 696: 19 | clearly did not understand the | | |
| 696: 20 | papers. It has not been | | |
| 696: 21 | peer-reviewed. It is incorrect. | | |
| 696: 22 | And I don't know who Richard | | |
| 696: 23 | Glickman Simon was who last | | |
| 696: 24 | reviewed this site in May of 2002. | | |
| 697: 1 | BY MR. BECK: | | |
| 697: 2 | Q. That was -- | PI's Obj.: Same. | **Barnett:** Sustained. |
| 697: 3 | You're just blowing up the | | **Smith:** Testimony |
| 697: 4 | thing that I think you are referring to? | | was played. No objection. |
| 697: 5 | A. Right. | | **Mason:** Testimony |
| 697: 6 | Q. "Last reviewed, May of 2002 | | was played. No |
| 697: 7 | by Richard Glickman-Simon, M.D." | | objection. |
| 697: 8 | A. I know most of -- | | |
| 697: 9 | Q. You know what that is -- | | |
| 697: 10 | A. Yes. But I know most of the | | |
| 697: 11 | doctors who are at the Brigham who are in | | |
| 697: 12 | this area. I have never heard of Richard | | |
| 697: 13 | Glickman-Simon. I've never heard of | | |
| 697: 14 | Laurie LaRusso. I don't know what kind | | |
| 697: 15 | of training she has. And this is just | | |
| 697: 16 | garbage that somebody at the hospital had | | |
| 697: 17 | the bad judgment to put up on the web | | |
| 697: 18 | from four years ago and never had the | | |
| 697: 19 | sense to take off. Her conclusions are | | |
| 697: 20 | silly and really are beneath our | | |
| 697: 21 | discussion | | |
| 697: 22 | Q. Well, then, we'll move on. | | |
| | | | |
| **698:16 - 699:1** | Avorn, Jerome 2006-06-30 | | |
| 698: 16 | Q. I'm handing you what we've | | |
| 698: 17 | marked as Exhibit 52. Do you recognize | | |
| 698: 18 | that publication? | | |
| 698: 19 | A. Yes. It is worthy of | | |
| 698: 20 | discussion since I was a co-author of it. | | |
| 698: 21 | Sorry. It's late. | | |
| 698: 22 | No. In all seriousness, it | | |
| 698: 23 | it's also in a real journal, and it is | | |
| 698: 24 | written by people who have actually done | | |
| 698: 1 | research in this area. | | |
| 698: 21 | Sorry. It's late. | | |
| 698: 22 | No. In all seriousness, it | | |
| 698: 23 | it's also in a real journal, and it is | | |
| 698: 24 | written by people who have actually done | | |
| 698: 1 | research in this area. | | |
| | | | |
| **699:6 - 700:3** | Avorn, Jerome 2006-06-30 | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 710: 10 | found in your paper is that there was no | | |
| 710: 11 | increased risk of heart attack for people | | |
| 710: 12 | who use Vioxx after 90 days, right? | | |
| 710: 13 | A. Almost right. I think the | | |
| 710: 14 | correct way to state it is we did not | | |
| 710: 15 | find an increase in risk in people who | | |
| 710: 16 | used it over 90 days. That's a little | | |
| 710: 17 | different from saying we show that there | | |
| 710: 18 | was no risk. | | |
| 710: 19 | Q. Okay. | | |
| 710: 20 | You did not find any risk | | |
| 710: 21 | whatsoever in heart attacks for people | | |
| 710: 22 | who used Vioxx for 90 days or more? | | |
| 710: 23 | A. That's correct. | | |
| 710: 24 | Q. And in the conclusion | | |
| 711: 1 | section of this article, is that what is | | |
| | | | |
| 711:1 - 711:13 | Avorn, Jerome 2006-06-30 | | |
| 711: 1 | section of this article, is that what is | | |
| 711: 2 | included in this sentence that I've | | |
| 711: 3 | highlighted here that says, "The risk was | | |
| 711: 4 | elevated in the first 90 days of use, but | | |
| 711: 5 | not thereafter"? | | |
| 711: 6 | A. That's correct. Our belief | | |
| 711: 7 | is that people who were having difficulty | | |
| 711: 8 | with the drug in the first 90 days | | |
| 711: 9 | stopped taking it. | | |
| 711: 10 | Q. Well, what you found was | | |
| 711: 11 | that there was no elevation in risk after | | |
| 711: 12 | 90 days of use, right? | Sustained. | |
| 711: 13 | A. Right. | | |
| | | | |
| 711:20 - 712:13 | Avorn, Jerome 2006-06-30 | | |
| 711: 20 | Q. Did you set forth that | Def's Obj.: Non- | Barnett: Overruled. |
| 711: 21 | belief your article? | responsive speech; | Smith: Sustained. |
| 711: 22 | A. I can look and see, but I | comments about Merck | |
| 711: 23 | think even Merck agrees that there is a | inaccurate and not the | |
| 711: 24 | risk after 90 days. So, I'm trying to | proper subject of | |
| 712: 1 | understand why it is that we found no | expert testimony; | |
| 712: 2 | risk. And I think that in an | witness is not | |
| 712: 3 | observational study, as you said, where | qualified to testify about | |
| 712: 4 | we do not give people drugs in a kind of | what Merck "agrees to." | |
| 712: 5 | clinical trial setting, we can't make | | |
| 712: 6 | people stay on the drug. And if somebody | | |
| 712: 7 | is having problems with the drug, we | | |
| 712: 8 | often see in an observational study that | | |
| 712: 9 | people who are having difficulty with the | | |
| 712: 10 | drug stop taking the drug. And my | | |
| 712: 11 | belief, as the senior author of the | | |
| 712: 12 | paper, is that that is probably why we | | |
| 712: 13 | did not see a risk after 90 days. | | |
| | | | |
| 712:14 - 712:18 | Avorn, Jerome 2006-06-30 | | |
| 712: 14 | Q. Well, the kind of | | |
| 712: 15 | difficulties that they have on a drug | | |
| 712: 16 | like this would be gastrointestinal | | |
| 712: 17 | difficulties or it wasn't working to | | |
| 712: 18 | relieve their pain, right? | | |
| | | | |
| 712:21 - 713:24 | Avorn, Jerome 2006-06-30 | | |
| 712: 21 | THE WITNESS: No. The | | |
| 712: 22 | differences I'm thinking of is | | |
| 712: 23 | people's whose blood pressure went | | |
| 712: 24 | up, people who develop chest pain, | | |
| 713: 1 | people who develop congestive | | |
| 713: 2 | heart failure, all which are known | | |
| 713: 3 | side effects of Vioxx, may well | | |
| 713: 4 | have dropped out of taking the | | |
| 713: 5 | drugs since they were just in | | |
| 713: 6 | normal care. And I believe that | | |
| 713: 7 | that is why, after 90 days, we | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 798: 21 | randomized to rofecoxib compared to | | |
| 798: 22 | rheumatoid arthritis patients randomized | | |
| 798: 23 | to naproxen"? | | |
| 798: 24 | A. Right. | | |
| 799: 1 | Q. And then does the document | | |
| 799: 2 | say, "More recent research suggests an | | |
| 799: 3 | increased risk of myocardial infarction | | |
| 799: 4 | in patients taking rofecoxib at doses | | |
| 799: 5 | greater than 25 milligrams"? | | |
| 799: 6 | A. Right. | | |
| 799: 7 | Q. And then it goes on to talk | | |
| 799: 8 | about the possible mechanism, right? | | |
| 799: 9 | A. Right. | | |
| 799: 10 | Q. And is there any statement | | |
| 799: 11 | in here at all suggesting that there's | | |
| 799: 12 | any risk of a higher rate of heart attack | | |
| 799: 13 | for people who take 25 milligrams? | | |
| 799: 14 | A. No. | | |
| | | | |
| 799:15 - 799:21 | Avorn, Jerome 2006-06-30 | | |
| 799: 15 | We were only able to work | | |
| 799: 16 | from the evidence that we had, and we | | |
| 799: 17 | were not aware of a lot of the evidence | | |
| 799: 18 | that was available to the company | | |
| 799: 19 | documenting the higher risk that was not | | |
| 799: 20 | available to us in the medical | | |
| 799: 21 | literature. | | |
| | | | |
| 800:3 - 800:15 | Avorn, Jerome 2006-06-30 | | |
| 800: 3 | On direct-examination, you | | |
| 800: 4 | talked about how the Alzheimer's trials, | | |
| 800: 5 | you said, showed an increase in all-cause | | |
| 800: 6 | mortality in the Vioxx arm versus the | | |
| 800: 7 | placebo arm. | | |
| 800: 8 | Do you remember that? | | |
| 800: 9 | A. That's right. | | |
| 800: 10 | Q. And all-cause mortality | | |
| 800: 11 | means that people died, and regardless of | | |
| 800: 12 | what somebody thinks about the cause of | | |
| 800: 13 | the death, more people died in the Vioxx | | |
| 800: 14 | group than in the placebo group, right? | | |
| 800: 15 | A. That's correct. | | |
| | | | |
| 800:22 - 801:2 | Avorn, Jerome 2006-06-30 | | |
| 800: 22 | Q. Was there also information | | |
| 800: 23 | developed in the Alzheimer's trials that | | |
| 800: 24 | compared the frequency of heart attacks | | |
| 801: 1 | in the Vioxx arm versus the placebo arm? | | |
| 801: 2 | A. Yes. | | |
| | | | |
| 801:24 - 802:8 | Avorn, Jerome 2006-06-30 | | Overruled. |
| 801: 24 | As part of your work in this | | |
| 802: 1 | case, you testified that you reviewed | | |
| 802: 2 | submissions made by Merck to the FDA, | | |
| 802: 3 | correct? | | |
| 802: 4 | A. Correct. | | |
| 802: 5 | Q. And you reviewed FDA medical | | |
| 802: 6 | officers' evaluations of the clinical | | |
| 802: 7 | trials, correct? | | |
| 802: 8 | A. Correct. | | |
| | | | |
| 802:9 - 802:15 | Avorn, Jerome 2006-06-30 | Def's Obj.: Non-re- | Barnett: Sustained. |
| 802: 9 | Q. And do you remember what the | sponsive; witness is | |
| 802: 10 | FDA medical officers concluded about | repeating what he thinks | |
| 802: 11 | whether there was any statistically | about the Alzheimer | |
| 802: 12 | significant difference in the heart | studies, not what the | |
| 802: 13 | attack rates in the Alzheimer's trials of | medical officers | |
| 802: 14 | the Vioxx group versus the placebo group? | concluded about whether | |
| 802: 15 | Do you remember? | there was any | |
| 802:21 - 803:15 | Avorn, Jerome 2006-06-30 | statistically significant | |
| 802: 21 | My recollection is, and we | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 802: 22    discussed this yesterday, that<br>802: 23    there was a real problem in the<br>802: 24    detection of heart attacks in the<br>803: 1    Alzheimer studies in part because<br>803: 2    of the inadequate way they were<br>803: 3    looked for.<br>803: 4    I also recall that there was<br>803: 5    not a report of a significant<br>803: 6    difference in heart attacks per<br>803: 7    se, but as I think I indicated --<br>803: 8    as I know I indicated yesterday, a<br>803: 9    doubling of death rate for me was<br>803: 10    a strong indication that there was<br>803: 11    something problematic going on<br>803: 12    with the safety of the drugs, and<br>803: 13    we know that heart attacks are<br>803: 14    often under ascertained in the<br>803: 15    elderly. | different in heart attack<br>rate -- which is the<br>question.<br><br>Pl's Resp.: Witness<br>is answering question<br>and testifying to his<br>knowledge of the<br>Alzheimer's' trials as<br>reported in the FDA<br>Medical Officer Review. | |
| **803:19 - 803:24**    Avorn, Jerome 2006-06-30<br>803: 20    Did you see, sir, in the<br>803: 21    materials that the FDA believed that<br>803: 22    there was no statistically significant<br>803: 23    difference in heart attacks in the<br>803: 24    Alzheimer's trials? | | |
| **804:3 - 804:23**    Avorn, Jerome 2006-06-30<br>804: 3    Q. Can you answer that yes or<br>804: 4    no?<br>804: 5    A. I would be pleased to look<br>804: 6    at it if you want to show it to me. I<br>804: 7    have seen reports, I don't remember if it<br>804: 8    was an FDA report or a Merck report or an<br>804: 9    article indicating that there was not a<br>804: 10    significant difference. And if you have<br>804: 11    an FDA report you would like me to look<br>804: 12    at, I'd be happy to look at it.<br>804: 13    Q. From your deposition, Page<br>804: 14    502, Line 20.<br>804: 15    "Question: Okay. Did you<br>804: 16    see, sir, in the materials that the FDA<br>804: 17    believed that there was no statistically<br>804: 18    significant difference in heart attacks<br>804: 19    in the Alzheimer's trials?<br>804: 20    "Answer: Yes."<br>804: 21    Was that your sworn<br>804: 22    testimony a couple of weeks ago?<br>804: 23    A. I guess. | | |
| **806:1 - 806:8**    Avorn, Jerome 2006-06-30<br>806: 1    Q. Well, yeah, you disagreed<br>806: 2    with the FDA.<br>806: 3    A. Right. Right.<br>806: 4    Q. But the question I had asked<br>806: 5    you before is, did the FDA conclude that<br>806: 6    there was no statistically significant<br>806: 7    difference? And your answer in your<br>806: 8    deposition was yes, right? | | |
| **806:11 - 808:4**    Avorn, Jerome 2006-06-30<br>806: 11    Q. Correct, sir?<br>806: 12    A. Yes.<br>806: 13    Q. All right.<br>806: 14    Did you analyze all-cause<br>806: 15    mortality in the Vioxx osteoarthritis<br>806: 16    trials?<br>806: 17    A. I don't recall performing<br>806: 18    those analyses myself, no.<br>806: 19    Q. Do you recall looking at<br>806: 20    anybody else's analysis of that?<br>806: 21    A. Yes. I don't recall | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|

**816:22 - 817:14**

816: 22   Q.  And there are other
816: 23        confounders such as people who are
816: 24        overweight or high cholesterol, things
817: 1         like that, right?
817: 2    A.  Correct.
817: 3    Q.  All of those would be
817: 4        considered risk factors for someone to
817: 5        have a heart attack; is that right?
817: 6    A.  Correct.
817: 7    Q.  What about, this is not
817: 8        something you've mentioned, but would
817: 9        someone who was subjected to years and
817: 10       years of secondhand smoke, would that
817: 11       also be a confounder?
817: 12   A.  Well, we know that
817: 13       secondhand smoke is a risk factor for
817: 14       heart disease.

**818:4 - 818:9**

818: 4    Avorn, Jerome 2006-06-30
818: 5    Q.  In any event, my question is
818: 6    simply, if somebody's spouse has been
818: 7    smoking for years, that alone puts them
818: 8    at greater risk for a heart attack,
818: 9    right?
          A.  Yes.

*overruled t* (handwritten)

**818:15 - 819:6**

818: 15   Avorn, Jerome 2006-06-30
818: 16   Q.  On the question of the
818: 17       labels where you and Mr. Tisi went
818: 18       through the 1999 and the 2002 labels
818: 19       yesterday, do you remember that?
818: 20   A.  Yes.
818: 21   Q.  And you indicated that in
818: 22       the 1999 label there was no black box
818: 23       warning, no warning or no precaution
818: 24       concerning cardiovascular risk.  Do you
819: 1        remember that?
819: 2    A.  Right.
819: 3    Q.  Do you know whether for the
819: 4        label that was in effect for Celebrex in
819: 5        1999, was there a black box warning
819: 6        concerning cardiovascular risk?
          A.  No.

Pl.'s Obj.: R. 401, 402.
Witness's knowledge.
of Celebrex label is not
relevant to claims re:
Vioxx.

**Smith:** Testimony
was played. No objection.
**Mason:** Testimony
was played. No
objection.

**819:9 - 819:10**

819: 9    Avorn, Jerome 2006-06-30
819: 9    Q.  Was there a warning
819: 10       concerning cardiovascular risk?

Pl.'s Obj.: Same.

**Smith:** Testimony
was played. No objection.
**Mason:** Testimony

**819:13 - 819:15**

819: 13   Avorn, Jerome 2006-06-30
819: 13       THE WITNESS:  I have not
819: 14       reviewed the Celebrex label in
819: 15       that level of detail.

Pl.'s Obj.: Same.

was played. No
objection.

**820:8 - 820:12**

820: 8    Avorn, Jerome 2006-06-30
820: 8    Q.  And for other prescription
820: 9        NSAIDs in 1999, did any of them have a
820: 10       black box warning about cardiovascular
820: 11       risk?
820: 12   A.  Not to my knowledge.

Pl.'s Obj.: Same.

**Smith:** Testimony
was played. No objection.
**Mason:** Testimony
was played. No
objection.

**821:22 - 822:4**

821: 22   Avorn, Jerome 2006-06-30
821: 22   Q.  So, focusing on other NSAIDs
821: 23       other than Vioxx or Celebrex, did any of
821: 24       them have warnings about cardiovascular
822: 1        risks?
822: 2    A.  In 1999?

Pl.'s Obj.: Same.

**Smith:** Testimony
was played. No objection.
**Mason:** Testimony
was played. No
objection.

Case 2:05-md-01657-EEF-DEK Document Merck 006 11c. Filed 11/28/06 Page 21 of 22
Dedrick v. Merck 006 11c
Plaintiff's and Defendant's Designations of Jerome Avorn, M.D.

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 822: 3 | Q. In 1999. | | |
| 822: 4 | A. I do not think so. | | |

**822:20 - 823:2**

| | | | |
|---|---|---|---|
| 822: 20 | Q. We know that Vioxx was | | |
| 822: 21 | withdrawn from the market in the fall of | | |
| 822: 22 | 2004, right? | | |
| 822: 23 | A. Right. | | |
| 822: 24 | Q. And then later, all of the | | |
| 823: 1 | NSAIDs, prescription NSAIDs ended up with | | |
| 823: 2 | black box warnings, correct? | | |

**823:8 - 824:3**

| | | | |
|---|---|---|---|
| 823: 8 | Avorn, Jerome 2006-06-30 | | |
| 823: 8 | Q. Well, is that true or not? | | |
| 823: 9 | Do you know? | | |
| 823: 10 | A. Well, I know, and it is | | |
| 823: 11 | actually a complicated answer, I'm | | |
| 823: 12 | afraid. And that is, that FDA seemed to | | |
| 823: 13 | encourage that, but it is not clear that | | |
| 823: 14 | all other nonsteroidal manufacturers have | | |
| 823: 15 | actually put those into their labels. | | |
| 823: 16 | Q. Okay. | | |
| 823: 17 | Well, let me ask this. | | |
| 823: 18 | Now, after Vioxx was | | |
| 823: 19 | withdrawn from the market and then there | | |
| 823: 20 | was an Advisory Committee meeting in | | |
| 823: 21 | early 2005, as you indicated, did the FDA | | |
| 823: 22 | encourage the manufacturers of all | | |
| 823: 23 | prescription NSAIDs to add a black box | | |
| 823: 24 | warning? | | |
| 824: 1 | A. They encouraged that, but I | | |
| 824: 2 | don't think that most of the companies | | |
| 824: 3 | did so. | | |

**824:9 - 824:10**

| | | | |
|---|---|---|---|
| 824: 9 | Avorn, Jerome 2006-06-30 | Pl.'s Obj.: R. 401, 402. | **Smith:** Testimony |
| 824: 9 | Q. Did Celebrex add one? | | was played. No objection. |
| 824: 10 | A. I believe it did. | | **Mason:** Testimony |
| | | | was played. No |

**832:6 - 832:14**

| | | | |
|---|---|---|---|
| 832: 6 | Q. Do you have any information | Pl.'s Obj.: Impermissible | objection. |
| 832: 7 | about whether Anthony Dedrick saw any | impeachment. Witness | |
| 832: 8 | direct-to-consumer advertisements? | is offered as a generic | |
| 832: 9 | A. No. | not case-specific | |
| 832: 10 | Q. Do you have any information | witness. | |
| 832: 11 | about the materials considered by the | | |
| 832: 12 | doctors who prescribed Vioxx for Anthony | | |
| 832: 13 | Dedrick? | | |
| 832: 14 | A. No. | | |

**835:20 - 836:3**

| | | | |
|---|---|---|---|
| 835: 20 | Avorn, Jerome 2006-06-30 | | |
| 835: 20 | the big picture, if I could. Doctor, you | | |
| 835: 21 | expressed a lot of opinions in your | | |
| 835: 22 | direct-examination, and I'm going to go | | |
| 835: 23 | through some of those opinions and see | | |
| 835: 24 | whether you still hold them to a | | |
| 836: 1 | reasonable degree of medical and | | |
| 836: 2 | scientific certainty. Okay? | | |
| 836: 3 | A. Okay. | | |

**837:2 - 837:11**

| | | | |
|---|---|---|---|
| 837: 2 | Avorn, Jerome 2006-06-30 | | |
| 837: 2 | Q. And he has indeed shown you | | |
| 837: 3 | quite a few documents, correct? | | |
| 837: 4 | A. Correct. | | |
| 837: 5 | Q. Is there any document that | | |
| 837: 6 | Mr. Beck has shown you that has changed | | |
| 837: 7 | the opinion you gave on | | |
| 837: 8 | direct-examination that Vioxx is capable | | |
| 837: 9 | of causing heart attacks in human beings? | | |
| 837: 10 | A. I have not changed my | | |
| 837: 11 | opinion. | | |

*(handwritten in Rulings column: overruled)*

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 851: 19   Q. And where does the<br>851: 20     investigator in a company-run trial get<br>851: 21     information about the side effects of the<br>851: 22     study drug?<br>851: 23   A. Well, especially if it's a<br>851: 24     drug that is not yet on the market, the<br>852: 1     only place they could get it would be<br>852: 2     from the company. | | Sustained |
| **853:8   - 853:16**   Avorn, Jerome 2006-06-30<br>835: 8   Then let's talk about Dr.<br>835: 9   Villalba's report where you don't have<br>835: 10   the individual doctor's assessment of the<br>835: 11   individual cases because patients are<br>835: 12   blinded. What the FDA and what companies<br>835: 13   typically do is they look at the<br>835: 14   aggregate trends in those trials. Is<br>835: 15   that fair to say?<br>835: 16   A.   Right. | **Def's Obj.:** Leading.<br>Form objection preserved<br>at 853:17.<br><br>**Pl's Resp.:**<br>Permissible<br>to lead expert for<br>purpose of laying<br>foundation. | **Barnett:** Sustained. |
| **853:19   - 853:21**   Avorn, Jerome 2006-06-30<br>853: 19   Q. Could you please go to<br>853: 20     Exhibit Number 44 in the stack of<br>853: 21     documents that you were given. And that | | |
| **854:10   - 855:10**   Avorn, Jerome 2006-06-30<br>854: 10   Q. That would be Dr.<br>854: 11     Villalba's, just for the record, her<br>854: 12     medical officer report preapproval of the<br>854: 13     drug in 1998; is that correct?<br>854: 14   A. 1998 through 1999, yes.<br>854: 15   Q. Would you please go to the<br>854: 16     page -- they're not really paginated<br>854: 17     there.<br>854: 18   A. Tell me the table number.<br>854: 19   Q. Table 51 to 52.<br>854: 20   A. Got it.<br>854: 21   Q. Would you read the paragraph<br>854: 22     starting, "Evaluation of CV<br>854: 23     thromboembolic events"?<br>854: 24   A. Yes. "Evaluation of<br>855: 1     cardiovascular thromboembolic events<br>855: 2     regardless of seriousness shows a<br>855: 3     numerically higher incidence of<br>855: 4     ischemic/thromboembolic events (angina,<br>855: 5     myocardial infarction, CVA," which is<br>855: 6     stroke, "TIA)," which is like a stroke,<br>855: 7     "in patients taking rofecoxib when<br>855: 8     compared with patients taking placebo,<br>855: 9     but the exposure to placebo was less than<br>855: 10     the exposure to rofecoxib." | | |
| **855:23   - 856:3**   Avorn, Jerome 2006-06-30<br>855: 23     "In 6 weeks studies there<br>855: 24     was one event in the placebo group" or<br>856: 1     2/10ths of a percent "and a total of 12<br>856: 2     events (approximately 1%) in the<br>856: 3     rofecoxib groups." | | |
| **856:19   - 857:8**   Avorn, Jerome 2006-06-30<br>856: 19   A. "In 6-month studies there<br>856: 20     were 3 events in placebo (approximately<br>856: 21     1%) and 23 (approximately 1%) in the<br>856: 22     total rofecoxib group, even though<br>856: 23     placebo patients were only exposed for up<br>856: 24     to 18 weeks. The data seem to suggest<br>857: 1     that in 6-week studies, thromboembolic<br>857: 2     events are more frequent in patients<br>857: 3     receiving rofecoxib than placebo but do<br>857: 4     not show a clear dose response<br>857: 5     relationship with rofecoxib." | | |