**Dedrick v. Merck Co., Inc.**

**Plaintiff's and Defendant's Designations of Eric Topol**

| Designated Testimony | | | | Objections | Rulings |
|---|---|---|---|---|---|
| Plaintiff = Red<br>Defendant = Blue | | | | | |
| 1 | 25:11 - 25:13 | Topol, Eric 2005-11-22 | 00:00:05 | | |
| | 25: 11 | Q: Dr. Topol, good morning. | | | |
| | 25: 12 | Nice to meet you, sir. | | | |
| | 25: 13 | A: Good morning. | | | |
| 2 | 26:6 - 29:2 | Topol, Eric 2005-11-22 | 00:02:02 | | |
| | 26: 6 | I want to review very | | | |
| | 26: 7 | briefly the highlights of your | | | |
| | 26: 8 | background. | | | |
| | 26: 9 | You have a curriculum vitae. | | | |
| | 26: 10 | I'm marking it as Exhibit 1 for this | | | |
| | 26: 11 | deposition. | | | |
| | 26: 12 | - - - | | | |
| | 26: 13 | (Whereupon, Deposition | | | |
| | 26: 14 | Exhibit Topol-1, Curriculum Vitae | | | |
| | 26: 15 | Eric Jeffrey Topol, M.D., TOPOLE | | | |
| | 26: 16 | 0000001 - TOPOLE 0000127, was | | | |
| | 26: 17 | marked for | | | |
| | 26: 18 | identification.) | | | |
| | 26: 19 | - - - | | | |
| | 26: 20 | BY MR. KLINE: | | | |
| | 26: 21 | Q: The version that I have is | | | |
| | 26: 22 | what I understand to be an abridged | | | |
| | 26: 23 | version of 127 pages. Suffice it to say, | | | |
| | 26: 24 | you have a very substantial curriculum | | | |
| | 27: 1 | vitae outlining your background and | | | |
| | 27: 2 | experience; correct? | | | |
| | 27: 3 | A: Yes. | | | |
| | 27: 4 | Q: You are -- what is your | | | |
| | 27: 5 | current position, sir? | | | |
| | 27: 6 | A: I'm Provost of the Cleveland | | | |
| | 27: 7 | Clinic Lerner College of Medicine, Chief | | | |
| | 27: 8 | Academic Officer of the Cleveland Clinic, | | | |
| | 27: 9 | and also the chairman of the Department | | | |
| | 27: 10 | of Cardiovascular Medicine of the | | | |
| | 27: 11 | Cleveland Clinic. | | | |
| | 27: 12 | Q: Take them one at a time. | | | |
| | 27: 13 | Identify each one of those positions, and | | | |
| | 27: 14 | tell me very briefly what they entail. | | | |
| | 27: 15 | A: The Provost of the medical | | | |
| | 27: 16 | college is providing the oversight of | | | |
| | 27: 17 | this college of medicine, which had its | | | |
| | 27: 18 | beginning just three years ago, and it's | | | |
| | 27: 19 | part of Case Western Reserve University. | | | |
| | 27: 20 | The chief academic officer | | | |
| | 27: 21 | responsibility is responsible for all | | | |
| | 27: 22 | research and education here at this | | | |
| | 27: 23 | academic medical center, and I've been | | | |
| | 27: 24 | chairman of the department of | | | |
| | 28: 1 | cardiovascular medicine since 1991, and | | | |
| | 28: 2 | this is a large department, one of the | | | |
| | 28: 3 | largest departments in cardiovascular | | | |
| | 28: 4 | medicine in the country. | | | |
| | 28: 5 | Q: My understanding, sir, that | | | |
| | 28: 6 | this -- and you are a cardiologist; is | | | |
| | 28: 7 | that correct? | | | |
| | 28: 8 | A: That's right. | | | |
| | 28: 9 | Q: Trained as a cardiologist; | | | |
| | 28: 10 | correct? | | | |
| | 28: 11 | A: That's exactly right. | | | |
| | 28: 12 | Q: You did your undergraduate | | | |
| | 28: 13 | degree at the University of Virginia, | | | |
| | 28: 14 | your medical school at the University of | | | |
| | 28: 15 | Rochester, a residency at the University | | | |
| | 28: 16 | of California, San Francisco, a | | | |

## Plaintiff's and Defendant's Designations of Eric Topol

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 18 | **46:23 - 47:6** Topol, Eric 2005-11-22<br>46:23 Q: Does this e-mail reflect<br>46:24 some of the opinions and conclusions that<br>47:1 you reached relating to Merck's conduct<br>47:2 of its scientific studies and its<br>47:3 marketing of the drug Vioxx over the past<br>47:4 four years since you have become involved<br>47:5 in the matter?<br>47:6 A: Yes. | 00:00:19 | | |
| 19 | **50:1 - 51:1** Topol, Eric 2005-11-22<br>50:1 Sir, I'm looking at the part<br>50:2 where you say, 'I am bothered.' Do you<br>50:3 see where you say to David Graham -- is<br>50:4 Graham a physician?<br>50:5 A: Yes.<br>50:6 Q: So, you're saying to Dr.<br>50:7 Graham, 'I am bothered.' Would you read<br>50:8 that for us, please?<br>50:9 A: 'I am bothered by the<br>50:10 continued outrageous lies of Merck with<br>50:11 their fullpage multiple ads that 'they<br>50:12 published everything' and that they never<br>50:13 had a trial which showed any harm of<br>50:14 Vioxx until APPROVe, when, in fact, there<br>50:15 were two by May 2000.'<br>50:16 Q: Continue.<br>50:17 A: 'I am also upset that the<br>50:18 story of their scientific misconduct for<br>50:19 the VIGOR paper in' the New England<br>50:20 Journal of Medicine, that's 'NEJM, with<br>50:21 errors of omission (deaths), erroneous<br>50:22 data (MIs),' or heart attacks, 'and<br>50:23 incomplete data (more than 1/2 of the<br>50:24 thrombotic events) has not received any<br>51:1 attention whatsoever.' | 00:00:55 | | Overruled |
| | **52:2 - 52:4**<br>52:2 Q. Do you believe that there<br>52:3 were, in the context of what Merck did,<br>52:4 "outrageous lies" by Merck? | | [52:2-53:11]<br>**Def.'s Obj.:** 403, 611. | **Irvin 2:** Sustained.<br>**Barnett:** Overruled.<br>**Smith:** Not played.<br>**Mason:** Not played. |
| | **52:7 - 52:17**<br>52:7 THE WITNESS: I believe that<br>52:8 the data has been seriously<br>52:9 misrepresented, yes.<br>52:10 BY MR. KLINE:<br>52:11 Q. You said in the next to last<br>52:12 sentence there, "This," the words, "This<br>52:13 cannot." Do you see it in the very last<br>52:14 sentence?<br>52:15 A. This cannot?<br>52:16 Q. "This cannot stand and the<br>52:17 truth about Vioxx needs to come out." | | | |
| | **52:20 - 52:21**<br>52:20 THE WITNESS: Yes, yes.<br>52:21 That's what I wrote. | | [52:20] - [52:21] and [53:8] - [53:11]<br>**Deft's Obj:** 403, 611(a), 611(c)<br>**Pl's Resp:** Not leading; Proper follow-up questions to statements in document above. Defendant fails to object to form and give opportunity to cure. | **Irvin 2:** Sustained.<br>**Barnett:** Overruled.<br>**Smith:** Not played.<br>**Mason:** Not played. |
| | **53:8 - 53:11**<br>53:8 Q. And today, sir, are you<br>53:9 prepared to tell what you believe to be<br>53:10 the truth about Vioxx?<br>53:11 A. Absolutely. | | | |
| 20 | **53:23 - 54:14** Topol, Eric 2005-11-22<br>53:23 Q: Let me show you an article<br>53:24 which was in the Cleveland Clinic Journal<br>54:1 in December of 2004. December of 2004,<br>54:2 there's an article which was written, | 00:00:38 | | |

| | Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 151:8 - 151:09 | Topol, Eric 2005-11-22 | | [151:8] - [152:10] | Barnett: Overruled. |
| | 151: 8 | Q. Okay. | | Deft's Obj.: Unfairly prejudicial commentary. | Smith: Sustained - 403 |
| | 151: 9 | Merck took after you, sir? | | | Mason: Not played. |
| | 151:12 - 152:10 | Topol, Eric 2005-11-22 | | | |
| | 151: 12 | THE WITNESS: The problems | | | |
| | 151: 13 | that occurred after August 22nd, | | | |
| | 151: 14 | 2001 were quite profound in many | | | |
| | 151: 15 | respects. So, not only did they | | | |
| | 151: 16 | have consultants that they | | | |
| | 151: 17 | communicated to the media, like | | | |
| | 151: 18 | Dr. Konstam and Dr. FitzGerald, | | | |
| | 151: 19 | accusing us of having tortured the | | | |
| | 151: 20 | data and manipulated the data, but | | | |
| | 151: 21 | they also sent out an overnight | | | |
| | 151: 22 | mail to every healthcare provider | | | |
| | 151: 23 | in the country that was commented | | | |
| | 151: 24 | on -- Dr. Sherwood, he was the | | | |
| | 152: 1 | doctor who sent it, and it was in | | | |
| | 152: 2 | the JAMA letter correspondence | | | |
| | 152: 3 | about our article, that one of the | | | |
| | 152: 4 | doctors was complaining, having | | | |
| | 152: 5 | received this overnight with the | | | |
| | 152: 6 | five-page taking on the | | | |
| | 152: 7 | Mukherjee/JAMA paper, and so it | | | |
| | 152: 8 | certainly unleashed a very robust | | | |
| | 152: 9 | response from Merck and its | | | |
| | 152: 10 | consultants. | | | |
| 119 | 166:5 - 166:7 | Topol, Eric 2005-11-22 | 00:00:07 | | |
| | 166: 5 | The warnings on this drug, | | | |
| | 166: 6 | were there adequate warnings on this | | | |
| | 166: 7 | drug, sir, in the '99 and 2002 labels? | | | |
| 120 | 166:10 - 166:21 | Topol, Eric 2005-11-22 | 00:00:27 | | |
| | 166: 10 | Q: As to cardiovascular risks? | | | |
| | 166: 11 | THE WITNESS: In my opinion, | | | |
| | 166: 12 | both the original label and then | | | |
| | 166: 13 | the revision in April 2002 did not | | | |
| | 166: 14 | show adequate safety concerns | | | |
| | 166: 15 | about heart attacks, strokes and | | | |
| | 166: 16 | death that could occur from the | | | |
| | 166: 17 | medicine. So, it wasn't present | | | |
| | 166: 18 | at all in the first iteration in | | | |
| | 166: 19 | 1999, and it certainly was not | | | |
| | 166: 20 | adequately flagged in the 2002 | | | |
| | 166: 21 | revision. | | | |
| 121 | 175:16 - 175:23 | Topol, Eric 2005-11-22 | 00:00:22 | | |
| | 175: 16 | We were talking about | | | |
| | 175: 17 | naproxen and this whole thing, its | | | |
| | 175: 18 | cardioprotective effect. In VIGOR, Merck | | | |
| | 175: 19 | had made the point, as you well know, | | | |
| | 175: 20 | that they had no long-term randomized | | | |
| | 175: 21 | clinical trial to show that naproxen was | | | |
| | 175: 22 | cardioprotective. We've covered that | | | |
| | 175: 23 | point; correct? | | | |
| 122 | 176:1 - 176:8 | Topol, Eric 2005-11-22 | 00:00:09 | | |
| | 176: 1 | THE WITNESS: Yes, yes. | | | |
| | 176: 2 | BY MR. KLINE: | | | |
| | 176: 3 | Q: I'm just putting it in | | | |
| | 176: 4 | context. | | | |
| | 176: 5 | A: No. There are no data to | | | |
| | 176: 6 | support in any definitive fashion or | | | |
| | 176: 7 | meaningful way that naproxen has a | | | |
| | 176: 8 | cardioprotective effect. | | | |
| 123 | 177:11 - 177:18 | Topol, Eric 2005-11-22 | 00:00:25 | | |

Overruled

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| | 199: 3 – 199: 7<br>findings and/or they would have consultants of theirs refute the findings. So, there was a published and then anti force that would occur without any question. | | | |
| 130 | **204:5 - 204:12:00** Topol, Eric 2005-11-22<br>204: 5 Q: Now, this was published in<br>204: 6 the Lancet?<br>204: 7 A: Yes, in November of 2004.<br>204: 8 Q: So, not only could<br>204: 9 physicians see it, but Merck could see it<br>204: 10 as well; correct?<br>204: 11 A: Yes.<br>204: 12 Q: Okay. | 00:00:16 | | Sustained |
| 131 | **204:16 - 205:17:00** Topol, Eric 2005-11-22<br>204: 16 THE WITNESS: As I mentioned<br>204: 17 earlier, every time a study was<br>204: 18 published, there was a vehement<br>204: 19 response to that to try to provide<br>204: 20 an antidote or a negation of the<br>204: 21 results, whether it was our study<br>204: 22 or whether it was other reports.<br>204: 23 This would have been -- in<br>204: 24 this case, they said that Dr. Juni<br>205: 1 and his colleagues didn't include<br>205: 2 the right trials, and they had all<br>205: 3 sorts of criticism that I believe<br>205: 4 was largely unfounded, and there<br>205: 5 was quite a bit of correspondence<br>205: 6 in the Lancet that followed this<br>205: 7 up subsequently.<br>205: 8 BY MR. KLINE:<br>205: 9 Q. I guess one thing that comes<br>205: 10 to mind, was Juni --<br>205: 11 MR. GOLDMAN: Objection,<br>205: 12 move to strike, nonresponsive.<br>205: 13 BY MR. KLINE:<br>205: 14 Q. Was Juni independent of<br>205: 15 Merck, from what you knew?<br>205: 16 A. Juni was, as best I know,<br>205: 17 fully independent of Merck. | 00:00:34 | **[204:16] - [205:7]**<br>**Deft's Obj.:** 602, 403<br>Argumentative; no foundation to answer the argumentative question "Did [Merck] go about trashing Juni?" which appears at 204:13-14, *directly preceding this answer.* Further, as it now reads, the witness is making a statement out of the blue.<br><br>**Pl's Resp:** Witness was not influenced by the question. Witness answering question at 204:8-9. | **Barnett:** Overruled once 204:14 was removed.<br>**Smith:** Sustained as to 204:16-205:7. |
| 132 | **214:7 - 219:08:00** Topol, Eric 2005-11-22<br>214: 7 One thing that Merck said<br>214: 8 from the APPROVe study that there was<br>214: 9 an increased risk after 18 months. Do<br>214: 10 you recall that claim?<br>214: 11 A: Yes.<br>214: 12 Q: How did you see that in the<br>214: 13 context of the full picture of the<br>214: 14 articles?<br>214: 15 MR. GOLDMAN: Objection.<br>214: 16 THE WITNESS: This was<br>214: 17 another extremely concerning part<br>214: 18 of that dissemination on the day<br>214: 19 of withdrawal, that it took 18<br>214: 20 months for there to be any risk,<br>214: 21 because that's not true.<br>214: 22 In fact, as I reviewed<br>214: 23 earlier in this deposition, there<br>214: 24 were four trials that showed that<br>215: 1 the timeline for that was<br>215: 2 considerably quicker. In VIGOR,<br>215: 3 with four to six weeks, there was<br>215: 4 separation. In ADVANTAGE, within<br>215: 5 12 weeks. In VICTOR, this was<br>215: 6 immediate. And in study 090, | 00:00:21 | | |

**Plaintiff's and Defendant's Designations of Eric Topol**

| | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|
| | 316: 13 | the leading cause of death by far? | | | |
| | 316: 14 | A: Well, it's significantly | | | |
| | 316: 15 | greater than the second leading cause of | | | |
| | 316: 16 | cancer, so, yes. | | | |
| | 316: 17 | Q: Is cardiovascular disease | | | |
| | 316: 18 | the number one killer in the United | | | |
| | 316: 19 | States and has it been since 1900? | | | |
| | 316: 20 | A: Yes. | | | |
| | 316: 21 | Q: Do you know that | | | |
| | 316: 22 | approximately every 34 seconds somebody | | | |
| | 316: 23 | dies of heart disease in this country? | | | |
| | 316: 24 | A: That's, I think, from the | | | |
| | 317: 1 | American Heart Association, and I can't | | | |
| | 317: 2 | vouch for the calculation, but that's out | | | |
| | 317: 3 | there, yes. | | | Overruled also lot in 597:3-598:3 |
| 165 | **317:23 - 319:9** | Topol, Eric 2005-11-22 | 00:01:20 | | |
| | 317: 23 | Q: Is it true, Dr. Topol, that | | **[317:23-319:9]** | **Barnett:** Overruled. |
| | 317: 24 | every year 400,000 – 460,000 people die | | **Pl's Obj.:** R.401, R. 402, R. 403. | **Smith:** Testimony was played. |
| | 318: 1 | of heart disease in the emergency room or | | Whether witness used Vioxx is | No objection. |
| | 318: 2 | before even getting to the hospital? | | irrelevant to the issues in this | **Mason:** Testimony was played. |
| | 318: 3 | A: That number may be about | | case. Witness testifies that | No objection. |
| | 318: 4 | right. There's a lot of out of hospital | | he had no cardiac risk factors at | |
| | 318: 5 | sudden death, yes. | | 597:3-598:3. Witness's testimony | |
| | 318: 6 | Q: Did you take Vioxx, Dr. | | is unfairly prejudicial as his | |
| | 318: 7 | Topol? | | condition is vastly different than | |
| | 318: 8 | A: Yes, I took Vioxx. | | the Plaintiff and his testimony | |
| | 318: 9 | Q: You took Vioxx for years, | | regarding taking Vioxx will | |
| | 318: 10 | didn't you? | | cause confusion for the jury. | |
| | 318: 11 | A: I took it occasionally. I | | | |
| | 318: 12 | have knee arthritis. I've had multiple | | | |
| | 318: 13 | knee surgeries, so, I would take it on | | | |
| | 318: 14 | demand, you know, whether it be every -- | | | |
| | 318: 15 | once, a couple, every few weeks, that | | | |
| | 318: 16 | sort of thing. | | | |
| | 318: 17 | Q: The reason you took Vioxx is | | | |
| | 318: 18 | because you had serious knee pain, and | | | |
| | 318: 19 | traditional NSAIDs were bothering your | | | |
| | 318: 20 | stomach. Is that true? | | | |
| | 318: 21 | A: I think the medicines that I | | | |
| | 318: 22 | had taken actually didn't bother my | | | |
| | 318: 23 | stomach. I haven't had any things that | | | |
| | 318: 24 | really bothered my stomach very much, but | | | |
| | 319: 1 | I can't recall that so much as I thought | | | |
| | 319: 2 | I had better relief of my arthritis than | | | |
| | 319: 3 | by taking a Motrin or some other | | | |
| | 319: 4 | over-the-counter preparation. | | | |
| | 319: 5 | Q: Vioxx helped relieve your | | | |
| | 319: 6 | knee pain better than the traditional | | | |
| | 319: 7 | NSAIDs. Is that fair? | | | |
| | 319: 8 | A: The ones that I had tried, | | | |
| | 319: 9 | yes. | | | |
| 166 | **322:19 - 323:3** | Topol, Eric 2005-11-22 | 00:00:16 | | |
| | 322: 19 | Q: Was the VIGOR trial | | | |
| | 322: 20 | published in the New England Journal of | | | |
| | 322: 21 | Medicine? | | | |
| | 322: 22 | A: Yes. As I mentioned, the | | | |
| | 322: 23 | November 22nd, 2000. | | | |
| | 322: 24 | Q: Is the New England Journal | | | |
| | 323: 1 | of Medicine a top medical journal? | | | |
| | 323: 2 | A: It's the leading impact | | | |
| | 323: 3 | journal in biomedicine today. | | | |
| 167 | **323:12 - 325:17** | Topol, Eric 2005-11-22 | 00:02:03 | | |
| | 323: 12 | Q: Is the New England Journal | | | |
| | 323: 13 | of Medicine a peer-reviewed journal? | | | |
| | 323: 14 | A: Yes. | | | |
| | 323: 15 | Q: That means that before the | | | |
| | 323: 16 | New England Journal of Medicine will | | | |
| | 323: 17 | publish an article, doctors who are | | | |

| | Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 585: 3 | epidemiologic studies, but, of | | | |
| | 585: 4 | course, in the subsequent | | | |
| | 585: 5 | randomized trials. | | | |
| | 585: 6 | There was one last point in | | | |
| | 585: 7 | this report that I think deserves | | | |
| | 585: 8 | to be underscored, and it says, | | | |
| | 585: 9 | 'The sponsor recommends use of | | | |
| | 585: 10 | low-dose aspirin in conjunction | | | |
| | 585: 11 | with rofecoxib in those at risk | | | |
| | 585: 12 | for cardiovascular events.' | | | |
| | 585: 13 | There are no data whatsoever | | | |
| | 585: 14 | to substantiate that. Dr. Targum | | | |
| | 585: 15 | agrees with that and, again, we're | | | |
| | 585: 16 | talking about millions of patients | | | |
| | 585: 17 | in the United States and beyond, | | | OK |
| | 585: 18 | and to recommend taking aspirin | | | |
| | 585: 19 | without having any proof of that, | | | |
| | 585: 20 | without any data, without any | | | |
| | 585: 21 | meaningful trial, is really, I | | | |
| | 585: 22 | believe, unacceptable. | | | |
| 264 | **597:3 - 598:3** | Topol, Eric 2005-11-22 | 00:00:52 | | |
| | 597: 3 | Q: They asked you questions | | **Pl's Comment:** Plaintiff designates testimony only if objection to 318:6-319:9 is overruled and will withdraw testimon if objection is sustained. | |
| | 597: 4 | about whether you, sir, took Vioxx? | | | |
| | 597: 5 | A: Yes. | | | |
| | 597: 6 | Q: First of all, did you take | | | |
| | 597: 7 | Vioxx regularly or did you just take it | | | |
| | 597: 8 | intermittently? | | | |
| | 597: 9 | A: I took it once a week or | | | |
| | 597: 10 | every couple, few weeks. It was very | | | |
| | 597: 11 | sporadic. A single dose as needed for | | | |
| | 597: 12 | knee pain. | | | |
| | 597: 13 | Q: Did you have any special | | | |
| | 597: 14 | circumstances that you thought that you | | | |
| | 597: 15 | could tolerate the risk? | | | |
| | 597: 16 | A: Well, I mean, I started | | | |
| | 597: 17 | taking it when I was -- in '99, so, that | | | |
| | 597: 18 | was -- I was 45. I had had an exercise | | | |
| | 597: 19 | stress test. I had no risk factors for | | | |
| | 597: 20 | coronary disease or heart disease. I'm | | | |
| | 597: 21 | fit, so, I didn't think that, | | | |
| | 597: 22 | particularly as we learned more about the | | | |
| | 597: 23 | risk profile of the drug, that I was one | | | |
| | 597: 24 | of the people who would, I think, be | | | |
| | 598: 1 | worried about the risk of the drug | | | |
| | 598: 2 | relative to an older person with any risk | | | |
| | 598: 3 | factors for heart disease. | | | |
| 265 | **602:2 - 602:4** | Topol, Eric 2005-11-22 | 00:00:05 | | |
| | 602: 2 | Q: You were asked about this | | | |
| | 602: 3 | Alastair Wood memo? | | | |
| | 602: 4 | A: Yes, yes. | | | |
| 266 | **602:10 - 602:16:00** | Topol, Eric 2005-11-22 | 00:01:18 | | |
| | 602: 10 | Q: There is this Alastair Wood | | | |
| | 602: 11 | thing, and let me just put my hand on | | | |
| | 602: 12 | what I want to point out to you. You may | | | |
| | 602: 13 | know other stuff. | | | |
| | 602: 14 | What was the discussion you | | | |
| | 602: 15 | were having with defense counsel about, | | | |
| | 602: 16 | as you understood it? | | | |
| | **602:18 - 603:20** | | | | |
| | 602: 18 | THE WITNESS: Yeah, I wanted | | | |
| | 602: 19 | to bring out the point that one of | | | |
| | 602: 20 | the highest regarded trialists, | | | |
| | 602: 21 | and in this field in particular, | | | |
| | 602: 22 | Dr. Wood, probably the most | | | |
| | 602: 23 | revered pharmacologist and | | | |
| | 602: 24 | trialists in the country, he | | | |
| | 603: 1 | completely agreed and said that -- | | | |