Dedrick v. Merck & Co., Inc.

**Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.**

| Designated Testimony | Objections | Rulings |
|---|---|---|

tiff = Red
ndant = Blue

**15:5 - 15:7** Scolnick, Edward 2005-03-22 00:00:05
15: 5 Q: Are you Dr. Ed Scolnick?
15: 6 A: Yes, I'm Dr. Edward
15: 7 Scolnick.

**22:13 - 22:18** Scolnick, Edward 2005-03-22 00:00:10
22: 13 Q: Are you the Edward M.
22: 14 Scolnick, President of Merck Research
22: 15 Labs and then the Executive Vice
22: 16 President Science and Technology for
22: 17 Merck & Company?
22: 18 A: Yes, I am.

**47:2 - 48:2** Scolnick, Edward 2005-03-22 00:00:49
47: 2 Q: Well, let me suggest it to
47: 3 you if you'll look at Exhibit Number 4.
47: 4 I'll bet you've seen this
47: 5 e-mail lately getting ready for your
47: 6 deposition, haven't you?
47: 7 A: I don't recall seeing this
47: 8 e-mail before right now.
47: 9 Q: You don't recall seeing this
47: 10 e-mail before?
47: 11 A: I do not recall seeing this
47: 12 e-mail before.
47: 13 Q: All right. Well, if you'll
47: 14 look down at your message dated December
47: 15 5th, 2001, it's about an analyst who is
47: 16 going to stand up in public and say
47: 17 something negative about Vioxx. And
47: 18 you're the fellow who wrote, 'David if he
47: 19 says this I will boil him in oil at the
47: 20 meeting.' That's what you said, isn't
47: 21 it?
47: 22 A: That is the e-mail you're
47: 23 referring to, yes.
47: 24 Q: Does that mean, yes, you
48: 1 said it?
48: 2 A: That is my e-mail.

**49:1 - 49:10** Scolnick, Edward 2005-03-22 00:00:29
49: 1 So, you were saying you were
49: 2 going to boil this fellow in oil because
49: 3 this was an analyst who was going to
49: 4 stand up and suggest that maybe Vioxx
49: 5 causes CV events, heart attacks, strokes,
49: 6 things like that; right?
49: 7 A: I don't recall the details
49: 8 of his report. I have not seen this
49: 9 e-mail, and I don't recall the details of
49: 10 this at all.

**52:2 - 52:21** Scolnick, Edward 2005-03-22 00:00:55
52: 2 Q: Well, if you'll look behind
52: 3 you'll see what it is that upset you.
52: 4 It was this fellow named somebody, hang
52: 5 on, his name is at the end, Richard
52: 6 Stover, who prepared a reanalysis of
52: 7 Merck's meta-analysis. Do you see where
52: 8 it says that?
52: 9 A: That is the title for the
52: 10 article that you're referring to.
52: 11 Q: Now, those are a lot of big
52: 12 words for nonscientist people. But just
52: 13 between you and me, what this really is
52: 14 is it's a stock analyst, someone who
52: 15 advises the investment community on
52: 16 whether to buy or sell stock, and he's

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | Vioxx reduced the serious clinical side effects associated with traditional NSAIDs; right? | | |
| 142:5 - 142:9 | Scolnick, Edward 2005-04-29 00:00:04<br>THE WITNESS: Serious gastrointestinal side effects?<br>BY MR. BUCHANAN:<br>Q: Yes.<br>A: That is correct. | | |
| 143:15 - 144:7 | Scolnick, Edward 2005-04-29 00:00:04<br>Q. So, the VIGOR trial was designed to test the safety of Vioxx 50 milligrams and rheumatoid arthritics over long-term use; correct?<br>A. Yes.<br>Q. Okay. That trial completed, what, in, March of 2000?<br>A. Yes, that's correct.<br>Q. And when -- let's see. Did you have access to the data from the VIGOR trial prior to March of 2000?<br>A. I did not.<br>Q. You had no access to any data?<br>A. None.<br>Q. But you sought access to it, didn't you?<br>A. I wanted to see the data the minute the trial was over and everything was calculated. | | |
| 144:24 - 145:3 | Scolnick, Edward 2005-04-29 00:00:04<br>Q. So, you first received the data, what, March 9, 2000 when you got the data?<br>A. I believe that date is correct. I don't recall the date at this point that I saw the data. | Overruled + add | |
| 145:12 - 145:18 | Scolnick, Edward 2005-04-29<br>BY MR. BUCHANAN:<br>Q. And your conclusion was that the CV events are clearly there; right?<br>A. I stated that.<br>Q. Okay. You also conclude that the effect was mechanism based; true? | **[145:10] - [146:23]**<br>**Deft's Obj:** Plaintiff is adding these designations even though this exact testimony appears 3 other times in these deposition clips.<br><br>If obj. overruled, add: [146:10] - [146:23] | **Barnett:**<br>**Smith:** Not desingated.<br>**Mason:** Not designated. |
| 145:20 - 145:24 | Scolnick, Edward 2005-04-29<br>THE WITNESS: I made that statement.<br>BY MR. BUCHANAN:<br>Q. And you, in fact, acknowledged that you'd previously worried about that particular mechanism-related problem with Vioxx; right? | | |
| 146:1 - 146:9 | Scolnick, Edward 2005-04-29<br>THE WITNESS: I wrote an e-mail note containing all of the information that you're talking about.<br>BY MR. BUCHANAN:<br>Q. Well, you were truthful in your e-mail; right?<br>A. That is an accurate rendition of that e-mail. Those were my initial thoughts when I saw the VIGOR data. | | |
| 147:8 - 147:11 | Scolnick, Edward 2005-04-29<br>Q. When were you first worried about the potential that Vioxx could cause cardiovascular events?<br>A. I was first -- | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| the sales force has to respond to the cardiovascular issues concerning Vioxx; right?<br>A. Yes.<br>Q. The third item there is "A cardiovascular card to handle the thromboembolic events issue." Do you see that?<br>A. Yes, I do.<br>Q. It says, "It compares cardiovascular thromboembolic AEs for VIOXX comparator NSAIDs...and placebo." Do you see that?<br>A. Yes.<br>Q. And then a bunch of the NSAIDs that are compared across the nine osteoarthritis trials are referenced there; right?<br>A. Correct.<br>Q. You've seen that cardiovascular card, haven't you?<br>A. I don't recall it.<br>Q. Okay. Well, the next paragraph says, "Copies of the renal card, cardiovascular card, and the Rossat paper are attached." Do you see that?<br>A. I do. I still don't recall.<br>Q. Any reason to doubt that Ms. Dixon was telling the truth when she said she was giving you these things for your review? | | Sustained |
| **601:20 - 601:25** Scolnick, Edward M., M.D. 2005-05-17 00:00:15<br>THE WITNESS: She was giving them to me. I don't think I was given them for review. I think she says in the paragraph that the representatives already have this information. I don't recall these cards, and I don't recall discussing the cards with her at all. | | ✓ |
| **602:20 - 603:17** Scolnick, Edward 5-17-05<br>Q. Sir, I'm passing you what we've just marked as Exhibit 31 to your deposition. It is a copy of a document entitled "Cardiovascular System, Clinical Profile In Osteoarthritis Studies." It's Bates stamped MRK-AAR0033237 through 243. Do you recall this document, sir?<br>A. I don't.<br>Q. Have you ever seen the cardiovascular card before?<br>A. I don't recall ever having seen the cardiovascular card, as I just finished telling you.<br>Q. Okay.<br>I would like to direct your attention, please, to Page 241, those little numbers in the corner. Do you see the title there, it says, "Overall Mortality Rates"?<br>A. Yes.<br>Q. It says, "Overall mortality and cardiovascular mortality." Do you see that?<br>A. Yes, I do.<br>Q. Okay. It says, "Events per 100 Patient-Years." Do you see that?<br>A. Yes. | **[602:20] - [611:6]**<br>**Deft's Obj.:** Lack of foundation; lack of personal knowledge - witness repeatedly says he does not have personal knowledge of the documents (counsel shows him various versions of the CV Card): "I don't recall ever having seen this document or even one like it." 607:6-7.<br><br>"I don't recall ever having seen the cardiovascular card, as I just finished telling you." 603:4-5<br><br>"I don't know what they [sales reps] were given... I don't know whether this refers to this or not, since I don't remember ever having seen it." 605:11-16<br><br>Plaintiff's counsel uses witness as a prop to read in the content of the cards. In the event the objection is overruled, Merck counters with all the testimony where he disclaims any knowledge of these documents. | **Barnett:** Objection at 602:20-603:5 sustained.<br>**Smith:** Not designated. |
| **604:4 - 604:11** Scolnick, Edward 5-17-05<br>Q. There's a total mortality number for Vioxx, isn't there?<br>A. Yes.<br>Q. It says .1; right?<br>A. Yes.<br>Q. And there's a total mortality for NSAIDs. It says 1.1; right?<br>A. Yes. | | |
| **605:1 - 605:7** Scolnick, Edward 5-17-05<br>Q. So, the rate of total mortality is 11 | | |

| | Designated Testimony | Objections | Rulings |
|---|---|---|---|
| 605: 2<br>605: 3<br>605: 4<br>605: 5<br>605: 6<br>605: 7 | times higher on traditional NSAIDs as compared to<br>Vioxx according to this cardiovascular card; true?<br>A. This -- in our osteoarthritis<br>clinical trials, this is the data that's in this<br>table. I don't recall the table. I don't know how<br>the calculations were made. | **Pl's Resp.**: Witness is President of Merck Research Labs. All data for marketing pieces like the CV Card was provided by MRL which is under the supervision and control of Witness. Witness regularly reviews marketing pieces. Witness should be able to testify to the data that was contained in CV Card. | |
| **605:17 - 608:13**<br>605: 17<br>605: 18<br>605: 19<br>605: 20<br>605: 21<br>605: 22<br>605: 23<br>605: 24<br>605: 25<br>606: 1<br>606: 2<br>606: 3<br>606: 4<br>606: 5<br>606: 6<br>606: 7<br>606: 8<br>606: 9<br>606: 10<br>606: 11<br>606: 12<br>606: 13 | Scolnick, Edward 5-17-05<br>Q. I take it, sir, that you'd agree that<br>the most important data to the physician in terms of<br>safety is total mortality.<br>A. I'm not sure whether that's the most<br>important data. It is important data, and<br>physicians should have the overall safety profile of<br>the drug and some explanation for it.<br>Q. Well, it's certainly important that<br>physicians and patients be given accurate data on<br>the total mortality rates for Vioxx as compared to<br>other comparators in the clinical trials; true?<br>A. I would think that's true.<br>- - -<br>(Whereupon, Deposition Exhibit<br>Scolnick-32, "Bulletin for Vioxx: New<br>Resource: Cardiovascular Card,"<br>MRK-AAR0038843 - MRK-AAR0038848, was<br>marked for identification.)<br>- - -<br>BY MR. BUCHANAN:<br>Q. Sir, let me pass over to you what<br>we're marking as Exhibit 32 to your deposition. | | |
| **606:21 - 607:1**<br>606: 21<br>606: 22<br>606: 23<br>606: 24<br>606: 25<br>607: 1 | Scolnick, Edward 5-17-05<br>Q. Doctor, what I've just passed over<br>and what we marked as Exhibit 32 to your deposition<br>is a document entitled "Bulletin for VIOXX, NEW<br>RESOURCE: Cardiovascular Card." Do you see that<br>heading?<br>A. Yes, I do. | | |
| **607:14 - 607:18**<br>607: 14<br>607: 15<br>607: 16<br>607: 17<br>607: 18 | Scolnick, Edward 5-17-05<br>Q. Okay.<br>I just want to turn your attention,<br>please, to Page 847. Do you see the narrative there<br>that's describing Page 4, the CV card?<br>A. I do. | | |
| **608:8 - 608:15**<br>608: 8<br>608: 9<br>608: 10<br>608: 11<br>608: 12<br>608: 13<br>608: 14<br>608: 15 | Scolnick, Edward 5-17-05<br>Well, how about in the guide to the<br>sales force which we've just marked as Exhibit 32.<br>It states, "Use this page to show physicians that in<br>terms of mortality, which is most important to the<br>physician and their patients, the rate for total<br>mortality and cardiovascular mortality was low." Do<br>you see that?<br>A. Yes, I can read that. | | |
| **609:19 - 611:6**<br>609: 19<br>609: 20<br>609: 21<br>609: 22<br>609: 23<br>609: 24<br>609: 25<br>610: 1<br>610: 2<br>610: 3<br>610: 4<br>610: 5<br>610: 6<br>610: 7<br>610: 8 | Scolnick, Edward 5-17-05<br>Q. That's fine, sir. And let's look at<br>the prior document, which is the actual<br>cardiovascular card.<br>Do you see anything in the portion of<br>Page 4 that reflects "Overall Mortality and<br>Cardiovascular Mortality" that talks about whether<br>these results are statistically significant or not?<br>A. I do not.<br>Q. And sir --<br>A. I do not see any reference to that.<br>Q. Would you agree, sir, that it would<br>be misleading to suggest that Vioxx had a reduced<br>frequency of death as compared to other NSAIDs if<br>the results were not statistically significant?<br>A. I would agree with that. | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 610:9 - 611:6 | Q. And we can also agree that there's no statement about statistical significance on this chart as it relates to overall mortality; true?<br>A. On this very chart, there's no statement about statistical significance that I can quickly see.<br>Q. By this point in time, sir, the VIGOR results were already in; right?<br>A. What was the date again of this, I'm sorry, this cardiovascular card?<br>Q. Well, the cardiovascular card was sent to the field representatives on April 28, 2000. Do you see this document, sir, I previously gave you?<br>A. Yes. Just -- yes. April 28, 2000, yes.<br>Q. The VIGOR results were in already; right?<br>A. Yes.<br>Q. In fact, there were more deaths on Vioxx than on naproxen in the VIGOR trial, isn't that true?<br>A. I can't remember. | | | |
| **632:16 - 632:20** | Scolnick, Edward M., M.D. 2005-05-17<br>Q. Mortality information, total mortality information is important information that should have been included in the CV card that was used by sales representatives to respond to physician inquiries concerning the drug; true? | 00:00:16 | | |
| **632:22 - 633:5** | Scolnick, Edward M., M.D. 2005-05-17<br>THE WITNESS: I think a CV card should have contained all cardiovascular-related information from the variety of data sources Merck has, and --<br>BY MR. BUCHANAN:<br>Q. Would --<br>A. -- if there was mortality data associated with those trials, each of the trials and what the data was in each of the trials. | 00:00:20 | | |
| **634:17 - 634:20** | Scolnick, Edward M., M.D. 2005-05-17<br>Q. My question, sir, was whether the CV card should have included all the mortality data the company had in its possession and had analyzed at the point in time when it released the CV card? | | **[634:17] - [634:20]**<br>**Deft's Obj.**: Asked and answered (see directly above). | **Smith:** No objection. |
| **635:6 - 635:8** | Scolnick, Edward M., M.D. 2005-05-17<br>A. I think an ideal card would have had CV data, CV mortality, total mortality, for all the studies available. | | **Pl's Resp.:** Testimony summarizes and makes clear the prior testimony. | |
| **699:25 - 700:9** | Scolnick, Edward M., M.D. 2005-05-17<br>Q. Okay. I want to start with you a section on the labeling of the drug and the progression of the labels of the drug. You were intimately involved in that process; correct, sir?<br>A. I certainly knew what was going on, yes.<br>Q. When the drug was first brought on the market, it had a standard NSAID GI warning; correct?<br>A. I believe that's correct. | 00:00:25 | | |
| **702:21 - 703:9** | Scolnick, Edward M., M.D. 2005-05-17<br>Now, here we have a label which appears to me anyway to be Merck's proposal to the FDA post-VIGOR. Am I correct that that's what this document represents, Exhibit 39, sir?<br>A. What's the date of this? | 00:01:14 | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| Q. It says, "Original Label Submission." I'm working with documents that were produced by Merck, so, I can tell you Bates Numbers and I can tell you what it says, and it says "Original Label Submission for VIGOR."<br>A. Well, if that's what it says, I assume it is the original submission for VIGOR. The VIGOR study is referenced in this label, so, that's probably what it is. | | | |
| **703:22 - 704:1** Scolnick, Edward M., M.D. 2005-05-17<br>There's no cardiovascular warning that's given on the drug relative to risks of cardiovascular events or increase of risk of cardiovascular events as was proven in the VIGOR study; correct, sir? | 00:00:14 | | |
| **704:6 - 704:9** Scolnick, Edward M., M.D. 2005-05-17<br>THE WITNESS: The VIGOR study, as I told you, we did not believe indicated Vioxx increased CV events and, therefore, there was no warning in this label. That is correct. | 00:00:09 | | |
| **704:17 - 704:18** Scolnick, Edward M., M.D. 2005-05-17<br>Q. When the FDA got this proposal, was that their view of the data? | 00:00:07 | | |
| **704:25 - 705:13** Scolnick, Edward M., M.D. 2005-05-17<br>THE WITNESS: The data was presented in an Advisory Committee. That was their view of the data. It was Merck's view of the data. And the FDA chose, I think in their first resubmission to us, to take a different interpretation, yes.<br>BY MR. KLINE:<br>Q. They did. Did they suggest that there be a warning on the drug, sir, based on the VIGOR data?<br>A. Yes, they did.<br>Q. And did Merck say, certainly we're interested in public safety, and a warning would be a good idea on a drug where there might be a problem? Is that what Merck said, sir? | 00:00:42 | | |
| **705:16 - 705:19** Scolnick, Edward M., M.D. 2005-05-17<br>THE WITNESS: Merck did not believe there was a cardiovascular risk associated with Vioxx, and as this warning indicates, there is cardiovascular risk, we objected to that label. | 00:00:07 | | |
| **767:13 - 767:24** Scolnick, Edward 2005-06-01<br>Q: Well, do you know, I can only ask you what you know today, do you know of any label change that was made between March of 2000 and April of 2002 reporting the VIGOR results in a label to the prescribing physicians of this country and around the world?<br>A: No, I do not.<br>Q: So, prescribing physicians who were going by the label of your drug between March of 2000 and April of 2002, they're just looking at the label, they wouldn't know anything about the VIGOR results; correct? | 00:00:34 | | |
| **768:2 - 768:5** Scolnick, Edward 2005-06-01<br>THE WITNESS: If they were looking only at the label?<br>BY MR. KLINE:<br>Q: Yes. | 00:00:02 | | |
| **768:7 - 768:14** Scolnick, Edward 2005-06-01<br>THE WITNESS: I don't know what they would be thinking. The label was not changed on | 00:00:27 | | |

**Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.**

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 768: 9 | VIGOR until, as you pointed out, April 2002. | | | |
| 768: 10 | BY MR. KLINE: | | | |
| 768: 11 | Q: There is an obligation by a | | | |
| 768: 12 | responsible pharmaceutical company to keep the label | | | |
| 768: 13 | both clear and accurate and to timely update it; | | | |
| 768: 14 | correct? | | | |
| **768:16 - 768:16** | Scolnick, Edward 2005-06-01 | 00:00:05 | | Overruled |
| 768: 16 | THE WITNESS: Yes. | | | |
| **819:21 - 820:1** | Scolnick, Edward 2005-06-01 | 00:00:31 | | |
| 819: 21 | Q: Good morning, Dr. Scolnick. Would | | | |
| 819: 22 | you please tell us your full name? | | | |
| 819: 23 | A: Edward M. Scolnick. | | | |
| 819: 24 | Q: Dr. Scolnick, are you currently | | | |
| 819: 25 | employed by Merck? | | | |
| 820: 1 | A: No, I am not. | | | |
| **820:5 - 822:9** | Scolnick, Edward 2005-06-01 | 00:02:19 | | |
| 820: 5 | Q: Why are you no longer employed by | | | |
| 820: 6 | Merck? | | | |
| 820: 7 | A: I retired from Merck September 1st, | | | |
| 820: 8 | 2004. | | **[820:8-822:9]** **Pl's Obj.:** Witness's work to research bi-polar treatment is impermissible character evidence. R.401, R.402, and R. 403. | **Barnett:** Overruled.<br><br>**Smith:** Testimony played. No objection.<br>**Mason:** Testimony played. No objection. |
| 820: 9 | Q: Can you tell us the reasons that you | | | |
| 820: 10 | retired from Merck in September of 2004? | | | |
| 820: 11 | A: Yes. I retired to pursue other | | | |
| 820: 12 | interests that I've developed in the field of severe | | | |
| 820: 13 | mental illness, specifically schizophrenia and | | | |
| 820: 14 | bipolar disorder. | | | |
| 820: 15 | Q: Where are you pursuing those | | | |
| 820: 16 | interests right now? | | | |
| 820: 17 | A: I'm pursuing interests at a | | | |
| 820: 18 | newly-formed genome institute called the Broad | | | |
| 820: 19 | Institute at MIT and Harvard, in the Harvard medical | | | |
| 820: 20 | hospitals. | | | |
| 820: 21 | Q: What prompted your interest in this | | | |
| 820: 22 | field? | | | |
| 820: 23 | A: My interests have been prompted by | | | |
| 820: 24 | unfortunate illnesses in some family members, and | | | |
| 820: 25 | because of that, interactions that I've had in | | | |
| 821: 1 | service organizations that help families with family | | | |
| 821: 2 | members beset by either of these two illnesses. | | | |
| 821: 3 | Q: Dr. Scolnick, can you just describe | | | |
| 821: 4 | for us generally the type of work you're currently | | | |
| 821: 5 | doing in this project? | | | |
| 821: 6 | A: Yes. We have organized a new | | | |
| 821: 7 | initiative in this field to try to find the genetic | | | |
| 821: 8 | basis for these illnesses. It is well known for | | | |
| 821: 9 | many years that there's a heavy genetic basis for | | | |
| 821: 10 | both schizophrenia and bipolar disorder. The genes | | | |
| 821: 11 | have not been found in this institute, which is | | | |
| 821: 12 | world class in genetics, is interested in the | | | |
| 821: 13 | problem, and I thought it was a wonderful | | | |
| 821: 14 | opportunity to try to really make a difference in | | | |
| 821: 15 | this field. | | | |
| 821: 16 | Q: Dr. Scolnick, are you married? | | | |
| 821: 17 | A: Yes, I am. | | | |
| 821: 18 | Q: How long have you been married? | | | |
| 821: 19 | A: Since 1965. 41 years. | | | |
| 821: 20 | Q: Do you have children? | | | |
| 821: 21 | A: Yes, three. | | | |
| 821: 22 | Q: Any grandchildren? | | | |
| 821: 23 | A: One. | | | |
| 821: 24 | Q: Granddaughter or grandson? | | | |
| 821: 25 | A: Granddaughter, recent vintage, about | | | |
| 822: 1 | six months old. | | | |
| 822: 2 | Q: Where do you currently live? | | | |
| 822: 3 | A: We live in Wayland, Massachusetts. | | | |
| 822: 4 | Q: Dr. Scolnick, would you please tell | | | |
| 822: 5 | us over what time period you were employed by Merck? | | | |
| 822: 6 | A: Yes. I started working at Merck in | | | |
| 822: 7 | July 1982, and retired in September 1st, 2004. | | | |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| | Q: What was your role in the development of the drug Vioxx? | | | |
| 822:12 - 822:20 | Scolnick, Edward 2005-06-01<br>THE WITNESS: During the development of Vioxx, I was president of the research laboratories and had the basic research group and clinical groups, therefore, reporting to me, who initiated and carried out the project.<br>BY MR. RABER:<br>Q: What were your general duties and responsibilities as the president of the Merck Research Lab? | 00:00:24 | | |
| 822:23 - 823:4 | Scolnick, Edward 2005-06-01<br>THE WITNESS: My general responsibilities were to oversee the quality of the science and clinical science and basic science that was conducted by members of the laboratories.<br>BY MR. RABER:<br>Q: During what period of time were you the president of the Merck Research Lab? | 00:00:14 | | |
| 823:7 - 823:9 | Scolnick, Edward 2005-06-01<br>THE WITNESS: I was president of the laboratories from, it's either from late April or early May 1985 through January 1st, 2003. | 00:00:12 | | |
| 823:11 - 823:14 | Scolnick, Edward 2005-06-01<br>Q: Dr. Scolnick, did Merck have a group of scientists that was assigned to the Vioxx project?<br>A: Yes, it did. | 00:00:12 | | |
| 823:15 - 823:17 | Scolnick, Edward 2005-06-01<br>Q: Can you tell us generally the backgrounds of the people who worked at MRL, Merck Research Labs, while you were president? | 00:00:14 | | |
| 823:19 - 824:9 | Scolnick, Edward 2005-06-01<br>THE WITNESS: We had people of varying scientific backgrounds, many people with medical degrees, training in various aspects of cellular and biochemical science, physiology, toxicology, drug metabolism, clinical research, statistics, a whole variety of disciplines.<br>BY MR. RABER:<br>Q: About how many doctors and scientists worked within the Merck Research Labs division?<br>A: At the time I retired, the total number of persons in the laboratory and science were close to 10,000. I think it was around 3,000 when I started.<br>Q: What type of research is done at Merck Research Labs and was done while you were president of the division? | 00:00:44 | | |
| 824:11 - 825:4 | Scolnick, Edward 2005-06-01<br>THE WITNESS: Most of the research was focused on finding new treatments or new preventions for serious medical illnesses that really had poor treatments or no treatments. That was the clear mantra of the laboratory.<br>BY MR. RABER:<br>Q: Are there different types of research that are done in a research lab like MRL?<br>A: Yes. There's very basic research, which is sometimes described as discovery research. There's chemistry that goes on associated with that. There's also so-called development research, which is the testing for safety and then clinical safety and efficacy of the compounds or vaccines that are brought into development as potential new treatments | 00:00:57 | | |

**Plaintiff's and Defendant's Designations of Edward Scolnick, M.D.**

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| | or preventions. Q: When you mentioned clinical efficacy, is that another way to say that a drug works the way it's supposed to work or intended to work? | | |
| 825:6 - 825:12 | Scolnick, Edward 2005-06-01 THE WITNESS: Clinical efficacy is -- it means the testing in people to see whether the drug works or does not work as you think it's going to, or sometimes it works even better than you think it is going to or not quite as well as you think it is going to. It is trying to gather the clinical data to see what a drug does in patients. | 00:00:21 | |
| 826:3 - 826:6 | Scolnick, Edward 2005-06-01 Q: During your time as the president of Merck Research Labs, was there ever a time where you did not have enough money or resources to do development research for safety and efficacy? | 00:00:18 | |
| 826:9 - 826:12 | Scolnick, Edward 2005-06-01 THE WITNESS: No. We always had sufficient resources to do anything clinical in development with a drug to prove its efficacy and safety. | 00:00:09 | |
| 826:14 - 826:17 | Scolnick, Edward 2005-06-01 Q: I want to talk, if we can, about some drugs that were developed at Merck while you were president of Merck. Can you give us a few examples? A: Yes. | 00:00:09 | **[826:14-828:21]** **Pltf Obj:** R. 401, R.402, R. 403. Other drugs that Merck has developed are irrelevant. This subject is dealt with in Plaintiff's "Good Acts" MIL. | **Barnett:** Not designated. **Smith:** Overruled. **Mason:** Overruled. |
| 826:20 - 828:6 | Scolnick, Edward 2005-06-01 THE WITNESS: The drugs that I recall best are Mevacor, the first so-called statin that really revolutionized the treatment of coronary artery disease, and its sister compound, Zocor, which even further revolutionized the treatment of underlying atherosclerosis, because we performed a really hallmark study, a five-year study with Zocor which showed that it reduced cardiac events and total mortality. Those were spectacularly important drugs in medicine that we developed. We developed a wonderful protease inhibitor called Crixivan against one of the key enzymes of the AIDS virus that was part of the, again, revolutionary triple therapy that came to be used in the field and really changed the disease from one of a death warrant to something that was a chronic manageable disease. Developed a brand new treatment, oral safe treatment for asthma, Singulair, the first oral and safe treatment for adults and children for the disease. Developed a novel treatment for treating prostate disease called Proscar. We developed the first non-hormonal treatment and prevention for preventing and correcting osteoporosis with Fosamax, the first time a drug had ever been shown, ever been shown to reduce the risk of fracture in women who had osteoporosis. And then we developed a brand new mechanism, antifungal something that could be used to treat patients who have underlying deficiency of their immune systems due to cancer treatment or due to HIV treatment. A: brand new treatment for treating and managing the nausea and vomiting associated with serious chemotherapy -- | 00:01:57 | | |
| 828:10 - 828:21 | Scolnick, Edward 2005-06-01 Q: I'm sorry, I think you were talking about anti-nausea medication? | 00:00:32 | **[826:14-828:21]** **Pltf Obj:** R. 401, R.402, | **Barnett:** Not designated. **Smith:** No objection. |

(Handwritten: I think P.'s correct. I can't see any the relevance to the issues in this case. So I sustain obj. 11/28/06)

(Handwritten: D. urges the Court to reconsider its ruling regarding 826:14 - 828:21. I heard oral argument on Nov. 28th. I don't see this as earth shaking or case determinative testimony. It's a close one & could go either way. The ruling [illegible] is not relevant [illegible] 11/28/06 at 1:46)

| Designated Testimony | Objections | Rulings |
| --- | --- | --- |
| A: Yes. We developed a treatment that's used now widely in treating the nausea and vomiting associated with cancer chemotherapy, which treatment allows patients to actually tolerate that part of the regimen and stay on it. We got some wonderful letters from patients who were on the drug thanking us for developing the drug.<br>And, of course, we developed Vioxx, which was an important new nonsteroidal anti-inflammatory. | R. 403. Other drugs that Merck has developed are irrelevant. This subject is dealt with in Plaintiff's "Good Acts" MIL. | **Mason:** Overruled. |
| **829:1 - 829:6** Scolnick, Edward 2005-06-01 00:00:17<br>Q: About how many new drugs were developed during the time that you were the president of Merck Research Labs?<br>A: The numbers range from somewhere in the range of 25 to 29, adding vaccines, drugs and new combination treatments. | | |
| **829:7 - 829:14**<br>Q. Why weren't more new drugs developed during that time frame?<br>A. Well, it's extremely hard to develop and discover drugs. Most things fail long before they get to the clinics. Some few fail in the clinic, and it is an extremely hard and tortuous process. We thought we were doing reasonably well to find that many. | | |
| **829:15 - 829:17** Scolnick, Edward 2005-06-01 00:00:06<br>Q: How did the development of Vioxx compare with your other accomplishments as president of the Merck Research Labs? | | |
| **829:19 - 829:25** Scolnick, Edward 2005-06-01 00:00:24<br>THE WITNESS: The development of Vioxx was considered an important contribution to medicine, and it was not more important than many of the drugs that I mentioned to you like Fosamax and Mevacor and Zocor, Proscar, Singulair and Crixivan, but it was an important drug, and we were proud of it. | | |
| **830:21 - 831:16** Scolnick, Edward 2005-06-01 00:00:54<br>Q: I want to change the subject very briefly here.<br>Dr. Scolnick, is there a division at Merck that is responsible for the sales and marketing of Merck's drugs?<br>A: Yes, there are marketing divisions at Merck responsible for the sales of Merck's drugs.<br>Q: As president of the Merck Research Labs, were you a part of that division?<br>A: No, I was not a part of that division.<br>Q: In what area is your field of medical expertise?<br>A: My original training was in internal medicine. I subsequently was trained in biochemistry and genetics, and then extensive training in cancer research and virus research.<br>After coming to Merck, learned many new fields, pharmacology, some aspects of clinical research and the variety of disciplines that it takes to develop -- discover and develop a drug. | | |
| **831:20 - 832:6** Scolnick, Edward 2005-06-01 00:00:31<br>Q: Where did you go to college and where did you go to medical school?<br>A: Went to Harvard College and Harvard Medical School between 1957 and 1965.<br>Q: Why did you decide that you wanted to go to medical school?<br>A: I decided in my college life that I | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| wanted to do something that was important, that would help people, was interested in science, and I thought I could better satisfy my desires by going to medical school than in going into pure basic research. | | | |
| **832:20 - 833:13** Scolnick, Edward 2005-06-01<br>Q: Let's talk a little bit about what you did after you graduated from medical school at Harvard. What did you do next?<br>A: After I graduated from medical school at Harvard, I was two years of internal medicine training at the Mass General internship and a first year residency at the Mass General Hospital.<br>Q: Tell us what you did in general during the time you were an intern and a resident.<br>A: Responsibilities were to take care of any sick patient who came in the doors through the Mass General Hospital. The hospital was open to any patient, indigent or ability to pay. The hospital staff and the trainees, as I was, were proud of the fact that we could take care of absolutely anybody who walked in the door without asking any questions, and it was just a wonderful place to train and learn medicine and how to take care of really sick patients. | 00:00:59 | **Pl's Obj.:** Background is voluminous and irrelevant. After initial background information, Plaintiff urges the Court to exclude the remainder as it requires too much time. | **Barnett:** Not designated.<br>**Smith:** No objection.<br>**Mason:** No objection.<br>[handwritten:] Overruled. Puts living in context. This is fair whole. |
| **833:17 - 834:11** Scolnick, Edward 2005-06-01<br>Q: When you finished your internship and residency at Massachusetts General, what did you do next?<br>A: We moved to Maryland, I joined the National Institutes of Health, in specific, the National Heart, Lung and Blood Institute, where I did basic genetics research for about two or three years.<br>Q: What is the National Institute of Health?<br>A: The National Institute of Health is a government organization. It is part, I think, of the Department of Health & Human Services, and it both conducts internal research in medical areas to try to improve the benefit of medicine for people, and it also sponsors with grants and contracts a great deal of extramural, so-called, outside of the NIH, in university-based research, to try to find the causes and insights into diseases that affect people. | 00:00:55 | | |
| **834:15 - 837:7** Scolnick, Edward 2005-06-01<br>Q: You mentioned NIH. Do people sometimes refer to the National Institutes of Health as NIH?<br>A: Yes.<br>Q: Why did you pursue this area of genetics at NIH?<br>A: Genetics has been really a driving force for medicine since the discovery of the structure of DNA in 1953. It has always captivated me as being the very essence of life, and by studying it, you could learn about how life occurs and how people develop. The laboratory I was fortunate enough to go to was a pioneer in deciphering the so-called genetic code with Marshall Niremberg, and I was fortunate to be accepted to the lab. He was a terrific teacher and mentor, and it really stimulated my research scientific career.<br>Q: How long did you spend working in that lab at NIH?<br>A: I worked for Dr. Niremberg for not quite three years and finished my work there and went on to the National Cancer Institute in either | 00:03:26 | | |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 835: 12 | late '69 or '70, I don't recall. | | | |
| 835: 13 | Q: Is the National Cancer Institute | | | |
| 835: 14 | affiliated in any way with NIH? | | | |
| 835: 15 | A: Yes. It's one of the institutes | | | |
| 835: 16 | within the National Institutes of Health, within | | | |
| 835: 17 | NIH. | | | |
| 835: 18 | Q: All right. Why did you decide to go | | | |
| 835: 19 | work at the National Cancer Institute? | | | |
| 835: 20 | A: Well, at the time, the underlying | | | |
| 835: 21 | molecular causes of cancer were really completely | | | |
| 835: 22 | unknown. This goes back to the late '60s and early | | | |
| 835: 23 | '70s. People who were more senior than I in science | | | |
| 835: 24 | felt strongly that the way to figure out what cancer | | | |
| 835: 25 | was about was to try to use a genetic approach to | | | |
| 836: 1 | it. And there were approaches using genetics | | | |
| 836: 2 | available and there were one or two laboratories in | | | |
| 836: 3 | the National Cancer Institute taking these | | | |
| 836: 4 | approaches, and since I was interested in the | | | |
| 836: 5 | general field and, again, wanted to do something | | | |
| 836: 6 | important, chose that field to go into at that | | | |
| 836: 7 | point. | | | |
| 836: 8 | Q: How long did you spend working at the | | | |
| 836: 9 | National Cancer Institute for NIH? | | | |
| 836: 10 | A: I worked at the National Cancer | | | |
| 836: 11 | Institute for about a dozen years, studying genes | | | |
| 836: 12 | and viruses that cause cancer during that dozen | | | |
| 836: 13 | years. | | | |
| 836: 14 | Q: Can you tell us about any of the | | | |
| 836: 15 | research achievements of your group at NIH? | | | |
| 836: 16 | A: Yes. I think the hallmark | | | |
| 836: 17 | achievement was the discovery of a gene called an | | | |
| 836: 18 | oncogene, that is a gene that causes cancer that we | | | |
| 836: 19 | discovered in basic research we did, and uncovered | | | |
| 836: 20 | the genetics, the biochemistry, the biochemical | | | |
| 836: 21 | pathways in which it worked. And then the real | | | |
| 836: 22 | piece de resistance discovery was made late in my | | | |
| 836: 23 | time at NIH, in 1982, when in collaboration with a | | | |
| 836: 24 | laboratory at MIT we discovered that this gene was | | | |
| 836: 25 | altered in human bladder cancer, and it was the | | | |
| 837: 1 | first example ever of an oncogene, a mutated human | | | |
| 837: 2 | oncogene being identified as a cause of human | | | |
| 837: 3 | cancer, and it totally transformed the cancer field. | | | |
| 837: 4 | Thousands of people came into the field after that | | | |
| 837: 5 | and many, many important discoveries and treatments | | | |
| 837: 6 | have emanated as a result of this very important | | | |
| 837: 7 | discovery. | | | |
| **837:11 - 838:10** | Scolnick, Edward 2005-06-01 | 00:01:24 | | |
| 837: 11 | Q: When did you end your time working at | | | |
| 837: 12 | the National Cancer Institute? | | | |
| 837: 13 | A: It was in late June of 1982. | | | |
| 837: 14 | Q: What did you do then? | | | |
| 837: 15 | A: Moved to Merck. I had been recruited | | | |
| 837: 16 | there by Dr. Vagelos and Dr. Hillerman, who has just | | | |
| 837: 17 | passed away, to build a molecular group in the | | | |
| 837: 18 | vaccine department that Dr. Hillerman was so | | | |
| 837: 19 | competently overseeing at that point. | | | |
| 837: 20 | Q: What position did you take when you | | | |
| 837: 21 | joined Merck in 1982? | | | |
| 837: 22 | A: I was recruited as an executive | | | |
| 837: 23 | director in the vaccine department. | | | |
| 837: 24 | Q: Why did you decide to join Merck in | | | |
| 837: 25 | 1982? | | | |
| 838: 1 | A: I knew the reputation of the company | | | |
| 838: 2 | and what it had done in the past in discovering | | | |
| 838: 3 | medicines. I saw the opportunity that had been | | | |
| 838: 4 | discussed with me by Dr. Vagelos and Dr. Hillerman, | | | |
| 838: 5 | that I could apply my basic science background and | | | |
| 838: 6 | interest in applying that to medicine by going there | | | |
| 838: 7 | in ways that I could never have done staying at NIH, | | | |
| 838: 8 | and so I took that opportunity. | | | |
| 838: 9 | Q: What was new or different to the | | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 838: 10 | approach you had about dealing with viruses? | | | |
| **838:12 - 839:11** | Scolnick, Edward 2005-06-01 | 00:01:17 | | |
| 838: 12 | THE WITNESS: Well, we were used to | | | |
| 838: 13 | studying viruses from a very molecular perspective, | | | |
| 838: 14 | as how they grew, how they reproduced themselves, | | | |
| 838: 15 | how they cause disease, and up until that point in | | | |
| 838: 16 | the vaccine department, the major approach, which, | | | |
| 838: 17 | in fact, had been very successful, was to make | | | |
| 838: 18 | so-called live virus vaccines, that is, examples of | | | |
| 838: 19 | that are the mumps vaccine, the measles vaccine, the | | | |
| 838: 20 | rubella vaccine called MMR that so many children | | | |
| 838: 21 | get. And their approach was consistent over a | | | |
| 838: 22 | number of years in that they would grow these | | | |
| 838: 23 | viruses outside humans in cultured cells, so that | | | |
| 838: 24 | they no longer caused disease, but they could still | | | |
| 838: 25 | replicate when put back into people and cause enough | | | |
| 839: 1 | of an antibody response to protect the people from | | | |
| 839: 2 | the real disease. That was a technology they | | | |
| 839: 3 | developed and perfected. | | | |
| 839: 4 | It was now clear in the world of | | | |
| 839: 5 | science that you could make vaccines in more | | | |
| 839: 6 | molecular ways without using live attenuated | | | |
| 839: 7 | viruses, and that was the difference in approaches | | | |
| 839: 8 | we took when I came to Merck. | | | |
| 839: 9 | BY MR. RABER: | | | |
| 839: 10 | Q: You then were promoted to the | | | |
| 839: 11 | president of MRL in 1985; is that correct? | | | |
| **839:14 - 839:19** | Scolnick, Edward 2005-06-01 | 00:00:17 | | |
| 839: 14 | THE WITNESS: Yes. I was promoted in | | | |
| 839: 15 | order to head of the department of vaccine research | | | |
| 839: 16 | a year after I came to Merck, six months after that | | | |
| 839: 17 | to be head of basic discovery research, and then a | | | |
| 839: 18 | year-and-a-half or so roughly after that I became | | | |
| 839: 19 | president of MRL. | | | |
| **839:21 - 839:23** | Scolnick, Edward 2005-06-01 | 00:00:07 | | |
| 839: 21 | Q: When did you step down as president | | | |
| 839: 22 | of MRL? | | | |
| 839: 23 | A: January 1, 2003. | | | |
| **841:2 - 841:22** | Scolnick, Edward 2005-06-01 | 00:00:56 | | |
| 841: 2 | Q: After you stepped down as the | | **[841:2-841:17]** | **Barnett:** Not designated. |
| 841: 3 | president of MRL, what did you do at Merck? | | **Pl's Obj.:** Witness's | **Smith:** No objection. |
| 841: 4 | A: I was overseeing a very small | | work to research | **Mason:** No objection. |
| 841: 5 | laboratory in doing research that we were capable of | | bi-polar treatment is | |
| 841: 6 | doing at that point on bipolar disorder and | | impermissible | |
| 841: 7 | schizophrenia. | | character evidence. | |
| 841: 8 | Q: Why were you doing that type of work | | R.401, R.402, | |
| 841: 9 | then? | | and R. 403. | |
| 841: 10 | A: Because even at that point I was | | | |
| 841: 11 | deeply interested in the field for the reasons that | | | |
| 841: 12 | I've told you. I wanted to do something to make a | | | |
| 841: 13 | difference in that field and began the work with | | | |
| 841: 14 | approval of Merck management. | | | |
| 841: 15 | Q: Did you run that small lab at Merck | | | |
| 841: 16 | until you retired in September of 2004? | | | |
| 841: 17 | A: Yes, I did. | | | |
| 841: 18 | Q: Let's talk, if we can, now about the | | | |
| 841: 19 | development of Vioxx. | | | |
| 841: 20 | Can you explain to us in general | | | |
| 841: 21 | terms what the theory was for a class of drugs known | | | |
| 841: 22 | as COX-2 inhibitors such as Vioxx? | | | |
| **841:25 - 842:23** | Scolnick, Edward 2005-06-01 | 00:01:14 | | |
| 841: 25 | THE WITNESS: Yes. I don't recall | | | |
| 842: 1 | the exact year, but two or three Merck scientists | | | |
| 842: 2 | attended a meeting in Colorado, a scientific meeting | | | |
| 842: 3 | in which the information was revealed by | | | |
| 842: 4 | university-based basic scientists that there were | | | |
| 842: 5 | actually two forms of this enzyme called | | | |
| 842: 6 | cyclooxygenase that all prior nonsteroidal drugs had | | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 842: 7 | inhibited, and the new form was called COX-2, and | | | |
| 842: 8 | the old form was called COX-1. | | | |
| 842: 9 | From what was presented, it appeared | | | |
| 842: 10 | that COX-1 was the enzyme that was normally present | | | |
| 842: 11 | in many, many body tissues, including the | | | |
| 842: 12 | gastrointestinal tract and stomach, and COX-2 was | | | |
| 842: 13 | induced or levels of it were increased in | | | |
| 842: 14 | inflammatory cells. And since the two enzymes were | | | |
| 842: 15 | subtly different, it was thought if one made an | | | |
| 842: 16 | inhibitor of COX-2 without inhibiting COX-1, that | | | |
| 842: 17 | you could have the same benefit of the prior drugs | | | |
| 842: 18 | but mitigate significantly, improve on significantly | | | |
| 842: 19 | the safety profile for the gastrointestinal tract. | | | |
| 842: 20 | Q: The benefit being pain relief? | | | |
| 842: 21 | A: The benefit being pain relief and | | | |
| 842: 22 | anti-inflammatory properties, just as the prior | | | |
| 842: 23 | drugs had done. | | | |
| **843:2 - 844:8** | Scolnick, Edward 2005-06-01 | 00:01:37 | | |
| 843: 2 | Q: Can you describe for us the types of | | | |
| 843: 3 | GI problems that you referred to that existed before | | | |
| 843: 4 | the development of these COX-2 drugs? | | | |
| 843: 5 | A: Yes. The side effects were on the | | | |
| 843: 6 | simplest side, intolerability. Patients couldn't | | | |
| 843: 7 | take the drugs because of pain in their stomach or | | | |
| 843: 8 | upset stomachs; on the much more severe side, often | | | |
| 843: 9 | developed ulcers, holes in their stomach, bleeding | | | |
| 843: 10 | from those ulcers, constrictures of the | | | |
| 843: 11 | gastrointestinal tract that occurred because of that | | | |
| 843: 12 | perforation ,which threatened their lives, really | | | |
| 843: 13 | serious side effects, and this looked like a | | | |
| 843: 14 | wonderful opportunity to change that landscape. | | | |
| 843: 15 | Q: Were you aware of estimates as to the | | **[843:15-843:20]** **Pl's Obj.:** Subject of MIL regarding GI deaths & hospitalizations. | **Barnett:** Not designated. **Smith:** No objection. **Mason:** No objection. |
| 843: 16 | numbers of deaths and hospitalizations that were | | | |
| 843: 17 | occurring because of the traditional pain relievers? | | | |
| 843: 18 | A: I remember reading articles about | | | |
| 843: 19 | 16,000 deaths a year in numerous hospitalizations. | | | |
| 843: 20 | I don't recall the hospitalization numbers. | | | |
| 843: 21 | Q: Dr. Scolnick, did Merck begin to do | | | |
| 843: 22 | clinical studies of Vioxx as part of the development | | | |
| 843: 23 | process? | | | |
| 843: 24 | A: Yes. We did discovery, lots of | | | |
| 843: 25 | animal testing, and then started clinical studies. | | | |
| 844: 1 | Q: I'm talking now -- I want to talk now | | | |
| 844: 2 | about the period before anything was submitted to | | | |
| 844: 3 | the FDA for approval. Okay? | | | |
| 844: 4 | A: Yes. | | | |
| 844: 5 | Q: Okay. | | | |
| 844: 6 | During that time frame, what did the | | | |
| 844: 7 | clinical studies show about Vioxx as a pain | | | |
| 844: 8 | reliever? | | | |
| **844:10 - 844:25** | Scolnick, Edward 2005-06-01 | 00:00:44 | | |
| 844: 10 | THE WITNESS: The studies showed that | | | |
| 844: 11 | Vioxx was a very effective pain reliever for acute | | | |
| 844: 12 | use with the appropriate dose and for chronic use | | | |
| 844: 13 | for treating osteoarthritis with lower doses. | | | |
| 844: 14 | BY MR. RABER: | | | |
| 844: 15 | Q: When you use the phrase 'acute use,' | | | |
| 844: 16 | what does that mean? | | | |
| 844: 17 | A: It meant treating things like dental | | | |
| 844: 18 | pain or acute pain situations like that for three or | | | |
| 844: 19 | four or five days, but no longer than that. | | | |
| 844: 20 | Q: And what does 'chronic use' refer to? | | | |
| 844: 21 | A: Chronic is just greater than that | | | |
| 844: 22 | period of time. | | | |
| 844: 23 | Q: What did the clinical studies show | | | |
| 844: 24 | about the effect of Vioxx on the stomach and the GI | | | |
| 844: 25 | system? | | | |
| **845:4 - 846:14** | Scolnick, Edward 2005-06-01 | 00:02:13 | | |
| 845: 4 | THE WITNESS: The clinical studies, | | | |
| 845: 5 | before submitting the NDA for Vioxx, focused on two | | | |
| 845: 6 | kinds of gastrointestinal safety studies: studies | | | |
| 845: 7 | to look at the effects of Vioxx on the stomach by a | | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| [903:24 - 904:13] Q: In general, what happened at that Advisory Committee meeting as best you can recall?<br>A: Well, I don't remember the details of the meeting, but it followed the form of the usual Advisory Committees. We presented a background package, the FDA did, we presented our data, the Merck team did, that is, and the FDA presented full discussion, lots of questions, lots of debate about the gastrointestinal data, the cardiovascular data, and then votes that -- I don't remember the questions that the group was asked, votes about it. The whole day came out, I thought, very favorably. Everyone looked at the data and basically accepted the hypothesis with some caveats that you needed to follow up on this and be 100,000 percent sure. | | [903:24-904:13]<br>**Pltf Obj:** R.801, R.802. Hearsay. | **Smith:** Overruled.<br>**Mason:** Overruled.<br>Overruled |
| 904:17 - 904:20 Scolnick, Edward 2005-06-01<br>Q: Dr. Scolnick, did the FDA Advisory Committee recommend at that time that Vioxx be taken off the market?<br>A: No, not at all.<br>Q. I want to show you a document that's been marked previously as Exhibit 12 on April 29, 2005. It has the numbers MRK-ACT0018064. | 00:00:09 | | |
| 905:1 - 907:16 Scolnick, Edward 2005-06-01<br>Can you identify the e-mail that appears towards the bottom of this exhibit?<br>A: Yes, I can. It's an e-mail from myself on February 8th to Douglas Greene, Alise Reicin, Alan Nies, Harry Guess, Deborah Shapiro and Thomas Simon, and the subject is 'Today.'<br>Q: Doctor, your e-mail reads 'To ALL.' Well, let me back up. What was the context of your sending this e-mail to those individuals on this day?<br>A: The context was to congratulate them for the wonderful job they had done in presenting the data to the committee, answering all the questions in great detail, being prepared for the details that the Advisory Committee wanted on additional questions, and I thought they had just done a fantastic job, and I wanted to encourage them and tell them what a great job it was.<br>Q: Your E-mail reads: 'To ALL. I bit my nails all day. You all were FANTASTIC. You made them look like grade d high school students and you won big huge and completely. You should be proud happy and exhausted. Enjoy and bask in the warmth of having done an impossible job superbly/Ed.' Do you see that?<br>A: Yes, I do.<br>Q: Can you explain to us your reference there to making someone look like grade D high school students?<br>A: Yes. I was trying to praise the team in a way that was simply an analogy to something that had that happened several years ago during our Crixivan NDA review.<br>Q: What had happened there?<br>A: When we presented Crixivan at a comparable FDA Advisory Committee meeting, and I don't recall the exact year this was, it was in the earlier '90s, we had come -- it was a two-day meeting on protease inhibitors. Another sponsor had presented theirs on the first day, and we were presenting on the second day. Our presentation was finished by the physician who made it, and when he finished, the first hand up from the Advisory | 00:03:32 | | |

| Designated Testimony | Objections | Rulings |
| --- | --- | --- |
| 912: 12 THE DESIGN BEFORE THE PAC MEETING.' Do you see<br>912: 13 that?<br>912: 14 A: Yes, I do.<br>912: 15 Q: Why were you communicating that<br>912: 16 message to Alise Reicin in all capital letters?<br>912: 17 A: Alise was part of or one of the<br>912: 18 leaders of some part of the project team at that<br>912: 19 point, I don't recall, and so she would be<br>912: 20 responsible for thinking about trial designs that we<br>912: 21 were all thinking about at that point, and I was<br>912: 22 tossing out an idea to her, just as I did oftentimes<br>912: 23 to many other people in MRL over the years I was<br>912: 24 president. They didn't always accept them. They<br>912: 25 sometimes did. They sometimes told me why a study<br>913: 1 couldn't be done and would challenge me back and<br>913: 2 say, well, we can't do this, but we can do that,<br>913: 3 what do you think, and that would be the kind of<br>913: 4 dialogue we would have all the time.<br>913: 5 Q: But why did you write that particular<br>913: 6 message in all capital letters?<br>913: 7 A: Because at this time, although I<br>913: 8 accepted their hypothesis based on all our<br>913: 9 discussions, I still thought we needed even more<br>913: 10 data to have 1,000 percent certainty. | | |
| **913:24 - 914:6** Scolnick, Edward 2005-06-01 00:00:06<br>913: 24 Q: Dr. Scolnick, after you wrote this<br>913: 25 e-mail to Alise Reicin on April 12, 2000, did Merck<br>914: 1 continue to collect and analyze data about Vioxx<br>914: 2 during the year 2000?<br>914: 3 A: Yes. We continually looked at the<br>914: 4 updated, ongoing trial database to see if there was<br>914: 5 a difference between Vioxx and the other<br>914: 6 nonsteroidals. | | |
| **918:16 - 919:1** Scolnick, Edward 2005-06-01 00:00:32<br>918: 16 Q: Dr. Scolnick, did you consider taking<br>918: 17 Vioxx off the market in light of the VIGOR results?<br>918: 18 A: No, not at all. I never considered<br>918: 19 taking it off the market. As you know, I told you<br>918: 20 what my initial reaction was, and in the context of<br>918: 21 that initial reaction, I considered what kind of<br>918: 22 labeling we would have. But as the data evolved and<br>918: 23 there was no evidence to support my initial<br>918: 24 reaction, I never considered taking it off the<br>918: 25 market at all, even though I hadn't even considered<br>919: 1 it in the beginning. | | Sustained |
| **919:2 - 920:1**<br>919: 2 Q. Before the VIGOR results came out,<br>919: 3 had you used Vioxx personally?<br>919: 4 A. Yes.<br>919: 5 MR. BUCHANAN: Objection.<br>919: 6 BY MR. RABER:<br>919: 7 Q. For what condition?<br>919: 8 A. I have a chronic sciatic nerve<br>919: 9 problem due to a disc and a back fusion that was<br>919: 10 done in the late '70s.<br>919: 11 Q. How often did you take Vioxx before<br>919: 12 the VIGOR results came out?<br>919: 13 A. On the average, once or twice a week.<br>919: 14 Sometimes several days in a row when I traveled, but<br>919: 15 on the average, once or twice a week.<br>919: 16 Q. After the VIGOR results came out and<br>919: 17 showed a difference between Vioxx and naproxen, did<br>919: 18 you stop taking Vioxx?<br>919: 19 MR. KLINE: Objection.<br>919: 20 THE WITNESS: No. I used it in the<br>919: 21 same way.<br>919: 22 BY MR. RABER:<br>919: 23 Q. Did you have any concern that you<br>919: 24 were putting your health at risk by taking Vioxx?<br>919: 25 MR. KLINE: Objection. | **[919:2-920:1]**<br>Pltf Obj: R. 401-403<br>Subject of MIL that has been granted in previous trials by the Court. | **Irvin 2:** Initially sustained. Later overruled.<br>**Smith:** Sustained<br>**Mason:** Sustained. |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 956: 21 | get a negative result. It wasn't, people would say | | | |
| 956: 22 | you masked the effect by having anti-thrombotic | | | |
| 956: 23 | agents. So, that wasn't an acceptable trial design. | | | |
| 956: 24 | And yet again in considering those | | | |
| 956: 25 | trials in patients with cardiovascular disease, | | | |
| 957: 1 | knowing that Vioxx in some patients could cause | | | |
| 957: 2 | fluid retention and high blood pressure, that didn't | | | |
| 957: 3 | seem like a very ethical thing to do in patients | | | |
| 957: 4 | with cardiovascular risk. So, we could never come | | | |
| 957: 5 | up with a design, no matter how many people thought | | | |
| 957: 6 | about it, that satisfied what everybody regarded and | | | |
| 957: 7 | I constantly regarded as the critical question. And | | | |
| 957: 8 | it took many people a lot of time to try to | | | |
| 957: 9 | eventually come up with a design that actually could | | | |
| 957: 10 | be carried out in an ethical and proper way and | | | |
| 957: 11 | still give the information we wanted. | | | |
| **957:16 - 957:18** | Scolnick, Edward 2005-06-01 | 00:00:06 | | |
| 957: 16 | Q: Did Merck give up trying to design a | | | |
| 957: 17 | CV study because of these problems you just | | | |
| 957: 18 | described? | | | |
| **957:20 - 957:23** | Scolnick, Edward 2005-06-01 | 00:00:09 | | |
| 957: 20 | THE WITNESS: No. The clinical group | | | |
| 957: 21 | was constantly challenged to try to think of some | | | |
| 957: 22 | way to come up with an appropriate trial design and | | | |
| 957: 23 | eventually did. | | | |
| **957:25 - 958:21** | Scolnick, Edward 2005-06-01 | 00:01:09 | | |
| 957: 25 | Q: What was the design that the people | | | |
| 958: 1 | at Merck came up with at that point? | | | |
| 958: 2 | A: I have to credit Barry Gertz for this | | | |
| 958: 3 | because he came to one of our group meetings, I | | | |
| 958: 4 | don't remember which one, and pointed out that we'd | | | |
| 958: 5 | already started some trials testing Vioxx in cancer | | | |
| 958: 6 | for a different reason. Over the course of the | | | |
| 958: 7 | years that the COX-2 inhibitors had been available, | | | |
| 958: 8 | a number of studies had been carried out, some in | | | |
| 958: 9 | people, some in animals, that showed that Vioxx | | | |
| 958: 10 | might prevent the recurrence of polyps of the large | | | |
| 958: 11 | intestine, might retard the growth of certain kinds | | | |
| 958: 12 | of cancers, like colon cancer or prostate cancer, | | | |
| 958: 13 | and that we had begun and were planning additional | | | |
| 958: 14 | cancer studies comparing Vioxx to placebo for either | | | |
| 958: 15 | its treatment benefit or its preventive benefit in | | | |
| 958: 16 | various settings in cancer, and since those patients | | | |
| 958: 17 | could be completely -- in those patients we could | | | |
| 958: 18 | compare Vioxx to placebo, that seemed like a way to | | | |
| 958: 19 | collect the cardiovascular data versus placebo that | | | |
| 958: 20 | we had been searching for and not been able to think | | | |
| 958: 21 | of until this period of time. | | | |
| **959:2 - 959:20** | Scolnick, Edward 2005-06-01 | 00:00:45 | **[959:2-959:18]** **Pl's Obj.:** Any suggestion that Vioxx is a possible cure of cancer is irrelevant and unfairly prejudicial. R.401, R.402, & R. 403. | **Smith:** No objection. **Mason:** No objection. |
| 959: 2 | How many cancer trials were either | | | |
| 959: 3 | underway or planned at that time when Mr. Gertz came | | | |
| 959: 4 | up with this idea? | | | |
| 959: 5 | A: There were three planned. I don't | | | |
| 959: 6 | remember exactly what was underway. At least one of | | | |
| 959: 7 | them was already underway, the colonic polyp trial. | | | |
| 959: 8 | I don't remember whether the others were or weren't | | | |
| 959: 9 | underway, there were three. There was one in | | | |
| 959: 10 | colonic polyp recurrence prevention. There was one | | | |
| 959: 11 | in colonic cancer after surgery, seeing if time to | | | |
| 959: 12 | getting another tumor or metastasis would be | | | |
| 959: 13 | prevented. And there was a prostate cancer trial | | | |
| 959: 14 | that was going to be done. I don't recall the exact | | | |
| 959: 15 | design of that trial. | | | |
| 959: 16 | Q: So, you had three cancer studies, | | | |
| 959: 17 | though? | | | |
| 959: 18 | A: Yes, I think so. | | | |
| 959: 19 | Q: Was there a separate protocol that | | | |
| 959: 20 | Merck set up to combine those three studies? | | | |

11/28/06 at 11:30 after originally sustaining the Pl's objection 19 Heard oral argument 11/28/06 on this issue I reconsider the matter + overrule the objection + allow the testimony. [signature]

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 962: 13 | time now to follow up on some questions that you | | | |
| 962: 14 | were asked during the previous several days of your | | | |
| 962: 15 | deposition. | | | |
| 962: 16 | The first topic I want to discuss is | | | |
| 962: 17 | what's been referred to as the all cause mortality | | | |
| 962: 18 | data from the Alzheimer's trials. Do you remember | | | |
| 962: 19 | that generally? | | | |
| 962: 20 | A: Yes, generally I do. | | | |
| 962: 21 | Q: You were asked some questions by | | | |
| 962: 22 | counsel, specifically on Page 575 on May 17, 2005, | | | |
| 962: 23 | about whether mortality data was disclosed to the | | | |
| 962: 24 | FDA. Do you recall that? | | | |
| 962: 25 | A: Yes, I recall being asked that. | | | |
| **964:19 - 964:21** | Scolnick, Edward 2005-06-01 | 00:00:25 | | |
| 964: 19 | Q: I want to show you a document that | | | |
| 964: 20 | we'll mark as Exhibit 113. It has the numbers MRK | | | |
| 964: 21 | 18940078840 through 8932. | | | |
| **965:7 - 965:8** | Scolnick, Edward 2005-06-01 | 00:00:06 | | |
| 965: 7 | Q: I'm going to ask if you can identify | | | |
| 965: 8 | this? | | | |
| **965:12 - 965:18** | Scolnick, Edward 2005-06-01 | 00:00:38 | | |
| 965: 12 | THE WITNESS: This is a document | | | |
| 965: 13 | submitted to a Dr. Bruce Harvey at the FDA from a | | | |
| 965: 14 | Dr. Diane Louie from regulatory affairs, and it is a | | | |
| 965: 15 | response to FDA request for information. It's | | | |
| 965: 16 | apparently safety data from various Alzheimer's | | | |
| 965: 17 | studies. I think it's from various Alzheimer's | | | |
| 965: 18 | studies, quickly reading the first paragraph. | | | |
| **966:4 - 966:11** | Scolnick, Edward 2005-06-01 | 00:00:38 | | |
| 966: 4 | Dr. Scolnick, when you were asked | | | |
| 966: 5 | about the all cause mortality data on May 17, 2005 | | | |
| 966: 6 | at Page 511, you testified that whenever you have | | | |
| 966: 7 | statistically significant differences, one should | | | |
| 966: 8 | look at relevant -- that the 'relevant biology' is | | | |
| 966: 9 | taken into consideration in interpreting those | | | |
| 966: 10 | results. Do you recall that testimony generally? | | | |
| **966:13 - 966:13** | | | | |
| 966: 13 | THE WITNESS: Yes, I do. | | | |
| **966:15 - 967:7** | Scolnick, Edward 2005-06-01 | 00:00:56 | | |
| 966: 15 | Q: What did you mean by that? | | | |
| 966: 16 | A: On any single trial when you get a | | | |
| 966: 17 | result that is statistically significant, since | | | |
| 966: 18 | many, many measurements are made in clinical trials, | | | |
| 966: 19 | you can't always tell whether it's a fluke or | | | |
| 966: 20 | whether it is a result that reflects true biology, | | | |
| 966: 21 | and, therefore, one always looks at the data in | | | |
| 966: 22 | addition to the statistics and tries to think is | | | |
| 966: 23 | there a really good biological explanation for this | | | |
| 966: 24 | as part of the analysis of the data. | | | |
| 966: 25 | Q: Are you aware of any biological | | **[966:25-967:7]**<br>**Pl's Obj.:** R.401, R.402, & R. 403. | **Smith:** No objection.<br>**Mason:** Overruled. |
| 967: 1 | explanation as to how Vioxx would cause someone to | | | |
| 967: 2 | die from electrocution? | | | |
| 967: 3 | A: No, I'm not. | | | |
| 967: 4 | Q: Are you aware of any biological | | | |
| 967: 5 | explanation that would explain how Vioxx could cause | | | |
| 967: 6 | somebody to die from cancer? | | | |
| 967: 7 | A: I am not. | | | |
| **967:17 - 968:19** | Scolnick, Edward 2005-06-01 | 00:01:48 | **[967:17-968:19]**<br>**Pl's Obj.:** R.401, R.402, & R. 403. | **Smith:** No objection.<br>**Mason:** Overruled. |
| 967: 17 | Q: Are you aware of any biological | | | |
| 967: 18 | explanation that could cause someone to die from | | | |
| 967: 19 | head injuries because of Vioxx? | | | |
| 967: 20 | A: No, I'm not aware of such a possible | | | |
| 967: 21 | connection. | | | |
| 967: 22 | Q: Are you aware of any biological | | | |
| 967: 23 | explanation that could cause someone to die of | | | |

| Cite | Designated Testimony | Time | Objections | Rulings |
|---|---|---|---|---|
| 967:24<br>967:25<br>968:1<br>968:2<br>968:3<br>968:4<br>968:5<br>968:6<br>968:7<br>968:8<br>968:9<br>968:10<br>968:11<br>968:12<br>968:13<br>968:14<br>968:15<br>968:16<br>968:17<br>968:18<br>968:19 | pneumonia from taking Vioxx?<br>A: No, again, I'm not, not based on<br>anything I know.<br>Q: Are you aware of any biological<br>explanation that could cause someone to die from<br>infection because of Vioxx?<br>A: No, I'm not.<br>Q: Dr. Scolnick, you were asked some<br>questions about a meta-analysis that was done by<br>Deborah Shapiro in October of 2000 relating to the<br>VIGOR trial. Do you remember that?<br>A: Yes.<br>Q: Do you recall that one of the<br>portions of the meta-analysis involved a<br>meta-analysis of myocardial infarctions across<br>various studies?<br>A: Yes, I recall that discussion.<br>Q: If a meta-analysis combined naproxen<br>studies with non-naproxen studies, how would that<br>affect your view of conclusions reached from that<br>data? | | | |
| **968:23 - 969:7**<br>968:23<br>968:24<br>968:25<br>969:1<br>969:2<br>969:3<br>969:4<br>969:5<br>969:6<br>969:7 | Scolnick, Edward 2005-06-01<br>THE WITNESS: Based on all the data I<br>know about Vioxx, I would have thought that that was<br>not a valid meta-analysis because all of the data<br>I'm aware of in large aggregate databases shows the<br>imbalance in cardiovascular events in naproxen<br>versus Vioxx, but not in naproxen versus -- but not<br>in Vioxx versus other nonsteroidals. So, I would<br>see no reason to combine those two groups, which<br>appear to be quite distinct in their data on that<br>subject. | 00:00:30 | | |
| **969:9 - 969:11**<br>969:9<br>969:10<br>969:11 | Scolnick, Edward 2005-06-01<br>Q: If a meta-analysis were to fail a<br>statistical test for heterogeneity, how would that<br>affect your view of the results of that analysis? | 00:00:14 | **[969:9-973:19]**<br>**Pltf Obj:** Lack of foundation; speculation. | **Smith:** Previously played. No objection.<br>**Mason:** Previously played. No objection.<br>Sustained - adds nothing |
| **969:14 - 969:21**<br>969:14<br>969:15<br>969:16<br>969:17<br>969:18<br>969:19<br>969:20<br>969:21 | Scolnick, Edward 2005-06-01<br>THE WITNESS: I would have to have a<br>discussion with statisticians because I'm not<br>trained in statistics about what they meant by that.<br>If they meant that there were differences between<br>the studies which didn't allow them to be<br>statistically combined to do the meta-analysis, then<br>I would think that they shouldn't be combined, but I<br>would have to clarify that with appropriate experts. | 00:00:26 | | |
| **972:1 - 972:10**<br>972:1<br>972:2<br>972:3<br>972:4<br>972:5<br>972:6<br>972:7<br>972:8<br>972:9<br>972:10 | Scolnick, Edward 2005-06-01<br>Q: You were asked some questions on May<br>the 17th, 2005, specifically at Page 543, lines 12<br>through 22, about the concept of statistical<br>significance. Do you remember that?<br>A: Yes, I do remember that.<br>Q: I think you testified, words to the<br>effect, that statistical significance meant that if<br>you did the same study 100 times, you would get the<br>same result 95 times. Do you remember that<br>testimony? | 00:00:45 | **[969:9-973:19]**<br>**Pltf Obj:** Lack of foundation; speculation. | **Smith:** Previously played. No objection.<br>**Mason:** Previously played. No objection.<br>Overruled |
| **972:12 - 972:12**<br>972:12 | Scolnick, Edward 2005-06-01<br>THE WITNESS: Yes. Yes, I do. | 00:00:05 | | |
| **972:16 - 972:17**<br>972:16<br>972:17 | Scolnick, Edward 2005-06-01<br>Have you done anything to determine<br>whether or not you were correct in that response? | 00:00:06 | **[969:9-973:19]**<br>**Pltf Obj:** Lack of foundation; speculation. | **Smith:** Previously played. No objection.<br>**Mason:** Previously played. No objection. |
| **972:20 - 973:19**<br>972:20<br>972:21<br>972:22 | Scolnick, Edward 2005-06-01<br>THE WITNESS: Yes, I have. I did not<br>discuss Vioxx clinical trials as part of my<br>information finding as to whether I was correct or | 00:01:25 | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | not. I had no discussion whatsoever about Vioxx, I want to make that prestatement. I happened to be having the very next day a discussion about genetic statistics with two really expert statisticians at the Broad Institute who were giving me a lecture on certain aspects of genomics statistics. During the course of that discussion, I asked them a hypothetical question. I said, if you do a clinical trial and you get a statistically significant result, P.05, what does that – how do you interpret that result, what can you literally say about the study, and what does that predict about another study similar to that being statistically significant in the future? And they told me very clearly that the formal interpretation of the study is that one chance out of 20 that a study is actually a fluke, that it's an accident, and that it has absolutely no predictive value for the next study. So, I regret that I was -- I've been told by two people who I regard as experts that I was completely wrong about my agreeing to that interpretation. I didn't know that. | | | Overruled |
| **973:25 - 974:6** | Scolnick, Edward 2005-06-01<br>Q: Did anyone ask you to raise that question with the statisticians?<br>A: No. I decided myself. We were having a statistics discussion, and I'd had this discussion the very day before, and I thought I would take advantage of the people who I regarded as experts to ask them a hypothetical question. | 00:00:15 | **[973:25-974:6]**<br>**Pltf Obj:** Lack of foundation; speculation. R.401, R. 402. | **Smith:** No objection. |
| **977:7 - 977:17** | Scolnick, Edward 2005-06-01<br>Q: Earlier this morning you were shown Exhibit Number 44, which I'll pass across the table to you, and counsel had you read some sentences from that e-mail. Just to refresh your memory, that's an e-mail to you from Douglas Greene talking about a conversation between Bonnie Goldmann from Merck and Janet Woodcock from the FDA. Do you recall that?<br>A: Yes, I recall this.<br>Q: The date of this e-mail is October 5th, 2001; correct?<br>A: Yes. | 00:00:42 | | |
| **978:20 - 980:6** | Scolnick, Edward 2005-06-01<br>Q: Based on the content of this e-mail on October 5th, 2001, what did it lead you to believe about what the FDA's proposed label would look like?<br>A: It led me to believe that the label would be a balanced label presenting the data, but that we would not end up with a warning about cardiovascular risk because it wasn't clear that from this discussion with Dr. Woodcock -- it was clear to them that they didn't know if there was a cardiovascular risk. So, if they didn't know that there was a risk, I didn't expect that a proposed label would contain a warning.<br>Q: Shortly after this when you received the proposed label from the FDA, did you consider it to be balanced?<br>A: I did not. I was quite upset about it, as indicated by e-mail. The language I used in my e-mail was clearly, clearly inappropriate, it was not respectful of the FDA, and it was not representative of many, many other interactions with the FDA that MRL had had and that I had been somewhat of a party to over the years. The FDA had, for the most part, ignored the gastrointestinal outcomes data, had basically not modified the GI warning, despite the fact that they had asked us to | 00:02:04 | | |

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| 979: 21 | do the study so that they would modify the GI | | | |
| 979: 22 | warning, and that data was clear and unambiguous. | | | |
| 979: 23 | They had expressed in this discussion | | | |
| 979: 24 | with Dr. Goldmann that they didn't know whether | | | |
| 979: 25 | there was or wasn't a cardiovascular risk, and the | | | |
| 980: 1 | label we got that came in, which took a long time in | | | |
| 980: 2 | coming from them, ended up having a cardiovascular | | | |
| 980: 3 | warning and ignoring the GI data and had taken many | | | |
| 980: 4 | months in which it had been very difficult to have a | | | |
| 980: 5 | face-to-face negotiation with them, and that was | | | |
| 980: 6 | very frustrating to me. | | | |
| **980:10 - 981:6** | Scolnick, Edward 2005-06-01 | 00:01:10 | | |
| 980: 10 | Q: Dr. Scolnick, did you have any | | | |
| 980: 11 | personal involvement in the label discussions with | | | |
| 980: 12 | the FDA relating to the VIGOR study? | | | |
| 980: 13 | A: No, I did not. This was all handled | | | |
| 980: 14 | by Dr. Goldmann and Dr. Greene and the people in | | | |
| 980: 15 | development who, at this point, were clearly in | | | |
| 980: 16 | charge of Merck development, as I've said, as the | | | |
| 980: 17 | transition was going on in the laboratory. | | | |
| 980: 18 | Q: Had you had dealings with the FDA in | | | |
| 980: 19 | the past? | | | |
| 980: 20 | A: On a couple of occasions, had had | | | |
| 980: 21 | direct dealings with them. From the time that | | | |
| 980: 22 | Bonnie Goldmann had come and become trained in | | | |
| 980: 23 | regulatory affairs, I had virtually, if not no | | | |
| 980: 24 | interactions with the FDA directly. | | | |
| 980: 25 | Q: How would you describe your past | | | |
| 981: 1 | dealings with the FDA? | | | |
| 981: 2 | A: Excellent. I had wonderful | | | |
| 981: 3 | relationships with Dr. Temple, Dr. Kessler, many | | | |
| 981: 4 | other people who I would bump into at Advisory | | | |
| 981: 5 | Committee meetings. K-E-S-S-L-E-R, David Kessler, | | | |
| 981: 6 | who at one point was commissioner of the FDA. | | | |
| **1138:3 - 1138:8** | Scolnick, Edward 2005-08-16 | 00:00:24 | | Sustained |
| 1138: 3 | Q: You said in writing, sir, in an | | | |
| 1138: 4 | e-mail that for Vioxx, the CV outcomes study is the | | | |
| 1138: 5 | only essential study, and you were saying that as of | | | |
| 1138: 6 | September 17, 2001, long after the VIGOR results | | | |
| 1138: 7 | were known; correct? | | | |
| 1138: 8 | A: That is correct. And a study to get | | | |
| **1249:12 - 1250:9** | Scolnick, Edward 2005-08-16 | 00:00:46 | | |
| 1249: 12 | Q: Did Merck Research Labs or Merck ever | | | |
| 1249: 13 | do a study to evaluate adverse events of most | | | |
| 1249: 14 | concern, heart attacks and unstable angina, prior to | | | |
| 1249: 15 | approval, where they gave people aspirin? | | | |
| 1249: 16 | A: I'm not aware that that study was | | | |
| 1249: 17 | done. | | | |
| 1249: 18 | **Q: Why didn't you do it?** | | **[1249:18] - [1249:21]** | |
| 1249: 19 | **A: I'm unaware of this data, I don't** | | **Deft's Obj.:** Misleading; Foundation; Lack of personal knowledge (see 1247:22-1248:3)<br><br>**Pl's Resp.:** Goes to credibility. Witness testifies that a CV Study is essential but when asked why Merck did not do a CV Outcome Study has no answer -- didn't come up, no suggestion, etc. | **Smith:** No objection.<br>**Mason:** Sustained |
| 1249: 20 | **know why, and so the suggestion never came up, and** | | | |
| 1249: 21 | **so I can't answer your question.** | | | |
| 1249: 22 | Q: Did you ever do it? | | | |
| 1249: 23 | A: Did we evaluate Vioxx in the presence | | | |
| 1249: 24 | of aspirin? | | | |
| 1249: 25 | Q: Yes. | | | |
| 1250: 1 | A: Yes, we did endoscopy studies with | | | |
| 1250: 2 | that. | | | |
| 1250: 3 | Q: When? | | | |
| 1250: 4 | A: After the VIGOR trial. | | | |
| 1250: 5 | Q: You did it after approval; right? | | | |
| 1250: 6 | A: Yes. | | | |
| 1250: 7 | Q: Prior to approval, you didn't let | | | |
| 1250: 8 | people take aspirin in your endoscopy studies, did | | | |
| 1250: 9 | you? | | | |
| **1250:11 - 1250:17** | Scolnick, Edward 2005-08-16 | 00:00:07 | | |
| 1250: 11 | THE WITNESS: No. Because we thought | | | |
| 1250: 12 | aspirin would cloud the results of the endoscopy | | | |