Plaintiff's and Defendant's Designations of Laura Demopoulos

| Designated Testimony of Laura Demopoulos | | Objections | Rulings |
|---|---|---|---|
| Plaintiff = Red<br>Defendant = Blue | | | |
| 15:18 - 15:23 | | | |
| 15: 18 | Q. You are Dr. Laura Demopoulos? | | |
| 15: 19 | A. Yes. | | |
| 15: 20 | Q. And at one point in time you were the | | |
| 15: 21 | senior director of cardiovascular clinical research | | |
| 15: 22 | at Merck; is that true? | | |
| 15: 23 | A. Yes. | | |
| 16:10 - 16:20 | | | |
| 16: 10 | Q. How long did you work for Merck all | | |
| 16: 11 | together? | | |
| 16: 12 | A. Six years. | | |
| 16: 13 | Q. From when to when? | | |
| 16: 14 | A. I started in August of 1996 and left | | |
| 16: 15 | in March of 2003. | | |
| 16: 16 | Q. And Dr. Demopoulos, where do you work | | |
| 16: 17 | now? | | |
| 16: 18 | A. University of Pennsylvania. | | |
| 16: 19 | Q. And what do you do there? | | |
| 16: 20 | A. I'm a clinical cardiologist. | | |
| 1  26:20 - 27:7 | Demopoulos, Laura 2006-02-13                 00:00:41 | | |
| 26: 20 | Q: Now, ma'am, then let's look at Vioxx | | |
| 26: 21 | as a drug. | | |
| 26: 22 | You know what the word | | |
| 26: 23 | 'prothrombotic' means, don't you? | | |
| 26: 24 | A: Yes. | | |
| 26: 25 | Q: Prothrombotic means something might | | |
| 27: 1 | cause a clot in the body, right? | | |
| 27: 2 | A: Correct. | | |
| 27: 3 | Q: And you knew at Merck that one of the | | |
| 27: 4 | reasons, at least the VIGOR study showed an increase | | |
| 27: 5 | in heart attack risks with Vioxx, you knew one of | | |
| 27: 6 | the possible explanations was Vioxx was causing | | |
| 27: 7 | clots, right? | | |
| 2  27:10 - 27:25 | Demopoulos, Laura 2006-02-13                 00:00:37 | | |
| 27: 10 | THE WITNESS: That was one of several | | |
| 27: 11 | possible explanations. | | |
| 27: 12 | BY MR. LANIER: | | |
| 27: 13 | Q: And it was a possible explanation | | |
| 27: 14 | that you knew about consciously in your mind as a | | |
| 27: 15 | possibility back when you were the senior director | | |
| 27: 16 | of heart research at Merck, right? | | |
| 27: 17 | A: I and others within Merck stated that | | |
| 27: 18 | as a possibility. | | |
| 27: 19 | Q: Right. Because it wasn't just you, | | |
| 27: 20 | everybody at Merck knew that one of the | | |
| 27: 21 | possibilities for why the ViGOR study showed what it | | |
| 27: 22 | showed is your Vioxx was causing the clotting, | | |
| 27: 23 | right? | | |
| 27: 24 | A: We enumerated that among the | | |
| 27: 25 | possibilities. | | |
| 28:1 - 28:4 | | | |
| 28: 1 | Q. But that's not the possibility you | | |
| 28: 2 | went out and told the public, is it? | | |
| 28: 3 | A. It was among the explanations that we | | |
| 28: 4 | gave, yes. | | |
| 3  28:21 - 29:1 | Demopoulos, Laura 2006-02-13                 00:00:11 | | |
| 28: 21 | Q: But you dealt with the public affairs | | |
| 28: 22 | people, didn't you? | | |
| 28: 23 | A: I did. | | |
| 28: 24 | Q: And you put out a video news release, | | |

| | | Designated Testimony of Laura Demopoulos | | Objections | Rulings |
|---|---|---|---|---|---|
| | 28: 25 | or you were a part of it at least, right? | | | |
| | 29: 1 | A: Yes. | | | |
| | 29:2 - 29:5 | | | | |
| | 29: 2 | Q. And you understand that video news | | | |
| | 29: 3 | release was being used by the marketing people, | | | |
| | 29: 4 | don't you? | | | |
| | 29: 5 | A. I have no idea who it was used by. | | | |
| 4 | 29:20 - 30:11 | Demopoulos, Laura 2006-02-13 | 00:01:05 | | |
| | 29: 20 | Q: When you did your taping, what was | | | |
| | 29: 21 | involved in the taping? | | | |
| | 29: 22 | A: I responded to some questions that | | | |
| | 29: 23 | related to an article which had been published by | | | |
| | 29: 24 | Eric Topol, and the questions and my answers were | | | |
| | 29: 25 | made in response to that article. | | | |
| | 30: 1 | Q: And to put this into a year frame, do | | | |
| | 30: 2 | you remember when that article was? | | | |
| | 30: 3 | A: It was August of 2002, I believe. | | | |
| | 30: 4 | Q: Two years before Merck pulled the | | | |
| | 30: 5 | drug, right? | | | |
| | 30: 6 | A: Yes. | | | |
| | 30: 7 | Q: And in August of 2002, the article | | | |
| | 30: 8 | came out. How soon after that did you do your | | | |
| | 30: 9 | videotaping for the company? | | | |
| | 30: 10 | A: I don't recall exactly, but I suspect | | | |
| | 30: 11 | it was within several weeks. | | | |
| 5 | 31:12 - 31:18 | Demopoulos, Laura 2006-02-13 | 00:00:28 | | |
| | 31: 12 | Q: Do you recall when they came in | | | |
| | 31: 13 | whether or not they would get you to, in essence, | | | |
| | 31: 14 | practice, practice, practice, say the same thing | | | |
| | 31: 15 | over and over and over, get it just right? | | | |
| | 31: 16 | A: My recollection is that we did | | | |
| | 31: 17 | several takes, if you'd call it that, if that's the | | | |
| | 31: 18 | right term, of similar questions. | | | |
| 6 | 34:21 - 35:1 | Demopoulos, Laura 2006-02-13 | 00:00:09 | | |
| | 34: 21 | MR. LANIER: Okay. | | | |
| | 34: 22 | Would you please -- we've got this, | | | |
| | 34: 23 | all the outtakes from this, and I want to play some | | | |
| | 34: 24 | of them with you and see if this refreshes your | | | |
| | 34: 25 | memory a little bit about what went on. | | | |
| | 35: 1 | A: Okay. | | | |
| 7 | 87:14 - 88:1 | Demopoulos, Laura 2006-02-13 | 00:00:35 | | |
| | 87: 14 | FEMALE SPEAKER 2: Now, ideally what | | | |
| | 87: 15 | we need from you as kind of a company person out | | | |
| | 87: 16 | there is, you know, Merck stands behind the safety | | | |
| | 87: 17 | profile, or whatever you feel comfortable saying, | | | |
| | 87: 18 | and then give your reasons for why. I think you | | | |
| | 87: 19 | gave different reasons or reasons we didn't even | | | |
| | 87: 20 | have in here, and that is, you know, the product's | | | |
| | 87: 21 | been in millions of people, we've studied it | | | |
| | 87: 22 | routinely, we continue monitoring it, you know, | | | |
| | 87: 23 | we've reported -- we've reported things and look at | | | |
| | 87: 24 | reports coming from physicians. So, whatever makes | | | |
| | 87: 25 | you comfortable in saying that Merck stands behind | | | |
| | 88: 1 | the safety. | | | |
| 8 | 88:23 - 89:11 | Demopoulos, Laura 2006-02-13 | 00:00:47 | | |
| | 88: 23 | DR. DEMOPOULOS: Do you think it's | | | |
| | 88: 24 | useful to -- I mean, I think, you know, in fairness | | | |
| | 88: 25 | and in our own standby statement and, you know, the | | | |
| | 89: 1 | PIRs and our own publications, we say that one | | | |
| | 89: 2 | possible explanation for the VIGOR results is the | | | |
| | 89: 3 | prothrombotic effect of Vioxx. We say it ourselves. | | | |
| | 89: 4 | I mean, we've said it in lots of different places. | | | |
| | 89: 5 | And it's in there and they raised that. And there | | | |

Case 2:05-md-01657-EEF-DEK Document 9060-4 Filed 11/28/06 Page 3 of 7
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Laura Demopoulos

| | | Designated Testimony of Laura Demopoulos | | Objections | Rulings |
|---|---|---|---|---|---|
| | 89: 6 | isn't a single person in the company who's going to | | | |
| | 89: 7 | say that that's not a possible explanation. So, you | | | |
| | 89: 8 | know, to say that, you know, to make the answer an | | | |
| | 89: 9 | absolute and say we stand behind the safety, it's | | | |
| | 89: 10 | unassailable, is, you know, probably too much of a | | | |
| | 89: 11 | generalization at least. | | | |
| 9 | 104:3 - 105:20 | Demopoulos, Laura 2006-02-13 | 00:02:04 | | |
| | 104: 3 | Q: Ma'am, what you told that person is, | | | |
| | 104: 4 | 'Do you think it's useful' -- I mean, you started | | | |
| | 104: 5 | out asking them if they thought it would be useful, | | | |
| | 104: 6 | right? | | | |
| | 104: 7 | A: I did, yes. | | | |
| | 104: 8 | Q: And then you changed it and you said, | | | |
| | 104: 9 | 'I mean, to think, you know, in fairness' -- that | | | |
| | 104: 10 | was your word, 'in fairness,' wasn't it? | | | |
| | 104: 11 | A: Correct. | | | |
| | 104: 12 | Q: 'And in our own standby statement, | | | |
| | 104: 13 | you know, the PIRs and our own publications, we say | | | |
| | 104: 14 | that one possible explanation for the VIGOR results | | | |
| | 104: 15 | is a prothrombotic effect of Vioxx.' | | | |
| | 104: 16 | You said that, didn't you? | | | |
| | 104: 17 | A: Correct. | | | |
| | 104: 18 | Q: You say, 'We say it ourselves. I | | | |
| | 104: 19 | mean, we've said it in lots of different places. | | | |
| | 104: 20 | And it's in there. And they raised that.' | | | |
| | 104: 21 | You said that, didn't you? | | | |
| | 104: 22 | A: I did. | | | |
| | 104: 23 | Q: You said, 'And there isn't a single | | | |
| | 104: 24 | person in the company who's going to say that that's | | | |
| | 104: 25 | not a possible explanation.' | | | |
| | 105: 1 | That's what you said, right? | | | |
| | 105: 2 | A: Yes. Merck said that many times. | | | |
| | 105: 3 | Q: Now, ma'am, if you'll look at the way | | | |
| | 105: 4 | you've ended this, because it kind of frames her | | | |
| | 105: 5 | first request of does the company stand by, you | | | |
| | 105: 6 | said, 'So, you know, to say that, you know, to make | | | |
| | 105: 7 | the answer an absolute and say we stand behind the | | | |
| | 105: 8 | safety, it's unassailable, is, you know, probably | | | |
| | 105: 9 | too much of a generalization at least.' | | | |
| | 105: 10 | That's what you said, isn't it? | | | |
| | 105: 11 | A: Yes. | | | |
| | 105: 12 | Q: Because it is too much of a | | | |
| | 105: 13 | generalization to say Merck stood behind the safety | | | |
| | 105: 14 | of Vioxx when it came to heart attacks, right? | | | |
| | 105: 15 | A: No. | | | |
| | 105: 16 | Q: So, when you say that it -- to make | | | |
| | 105: 17 | an answer and say, 'We stand behind the safety is | | | |
| | 105: 18 | probably too much of a generalization,' were you | | | |
| | 105: 19 | telling the truth? | | | |
| | 105: 20 | A: Yes. | | | |
| 10 | 116:24 - 117:21 | Demopoulos, Laura 2006-02-13 | 00:01:05 | | |
| | 116: 24 | Q: All right. | | | |
| | 116: 25 | So, make sure -- I don't understand | | | |
| | 117: 1 | how I'm missing it, so, I just want to make sure | | | |
| | 117: 2 | I've got this right. | | | |
| | 117: 3 | You do agree that every -- that one | | | |
| | 117: 4 | possible explanation for the VIGOR result is a | | | |
| | 117: 5 | prothrombotic effect of Vioxx, right? | | | |
| | 117: 6 | A: Yes. That's a possible explanation. | | | |
| | 117: 7 | Q: And you do agree, quote, there isn't | | | |
| | 117: 8 | a single person in the company who's going to say | | | |
| | 117: 9 | that's not a possible explanation, right? | | | |
| | 117: 10 | A: A possible explanation. | | | |
| | 117: 11 | Q: And you do agree that Merck ought to | | | |
| | 117: 12 | tell customers the truth about its drugs, right? | | | |
| | 117: 13 | A: The truth, yes. | | | |

Case 2:05-md-01657-EEF-DEK Document 9360-4 Filed 11/28/06 Page 4 of 7
Redick v. Merck & Co., Inc.
Plaintiff's and Defendant's Designations of Laura Demopoulos

| | Designated Testimony of Laura Demopoulos | | Objections | Rulings |
|---|---|---|---|---|
| | 117: 14 Q: And you do agree that if Merck thinks<br>117: 15 Vioxx possibly causes heart attacks, that Merck<br>117: 16 ought to at least say we think that's possible,<br>117: 17 true?<br>117: 18 A: No, not necessarily. I think there<br>117: 19 are many instances where it may or may not be<br>117: 20 appropriate or prudent to raise questions that one<br>117: 21 might have. | | | Sustained |
| | 117:22 - 118:2<br>117: 22 Q. So, your view is if Merck believes if<br>117: 23 every one, every single person in the company<br>117: 24 believes it's possible that the VIGOR study's<br>117: 25 results show Vioxx causes heart attacks, you think<br>118: 1 Merck ought to keep that quiet and not tell people?<br>118: 2 A. Well, first let's -- | | [117:22-118:6]<br>Deft's Obj.: Argumentative, 403<br>sarcastic, misleading and prejudicial, foundation | Barnett: Sustained<br>Smith: Not designated. |
| | 118:5 - 118:6<br>118: 5 Q. Is that what I'm hearing?<br>118: 6 A. No. | | | |
| | 118:7 - 118:18<br>118: 7 Q. All right.<br>118: 8 A. First let's go back and recall that<br>118: 9 that's not what happened. This issue had been<br>118: 10 discussed exhaustively in a number of public venues.<br>118: 11 Q. Name one.<br>118: 12 A. Both with the FDA, at the Advisory<br>118: 13 Committee, and at scientific meetings, in<br>118: 14 publications. This was no secret.<br>118: 15 Q. Name one.<br>118: 16 A. This was -- the FDA Advisory<br>118: 17 Committee meeting, my letter to JAMA, the VIGOR<br>118: 18 manuscript. This was all over the place. | | | overruled |
| 11 | 452:6 - 452:20 Demopoulos, Laura 2006-05-25<br>452: 6 I understand that you're a<br>452: 7 cardiologist?<br>452: 8 A. Yes.<br>452: 9 Q. That's a heart doctor?<br>452: 10 A. That is.<br>452: 11 Q. Okay.<br>452: 12 Can you tell us a little bit about<br>452: 13 your education? Where did you go to college,<br>452: 14 medical school?<br>452: 15 A. I went to college at MIT and<br>452: 16 subsequently went to medical school at New York<br>452: 17 University. I did an internship, residency and year<br>452: 18 as chief resident in internal medicine also at New<br>452: 19 York University, and then I completed a cardiology<br>452: 20 fellowship also at New York University. | 00:00:38 | Pltf Obj: R. 401, R. 402.<br>Irrelevant. Asked & answered above at 16:10 when witness states she is a clinical cardiologist. | Barnett: Not designated<br>Smith: Overruled. |
| 12 | 453:25 - 454:17 Demopoulos, Laura 2006-05-25<br>453: 25 Q. Are you Board Certified?<br>454: 1 A. I am.<br>454: 2 Q. In what specialties?<br>454: 3 A. Internal medicine and cardiology.<br>454: 4 Q. What years were you at Merck?<br>454: 5 A. I was at Merck from 1996 until 2003.<br>454: 6 Q. Can you tell us generally what your<br>454: 7 responsibilities were while you were at Merck?<br>454: 8 A. I ran clinical trials for<br>454: 9 cardiovascular products.<br>454: 10 Q. What types of cardiovascular<br>454: 11 products?<br>454: 12 A. Drugs for patients with different<br>454: 13 forms of heart disease, so, drugs to prevent<br>454: 14 clotting for patients who had heart attacks or<br>454: 15 threatened heart attacks, high blood pressure drugs, | 00:00:56 | Re: 453:25-454:9<br>Pltf Obj: R. 401, R. 402.<br>Irrelevant. Already stated she is a cardio-logist.<br><br>[454:10-454:17]<br>Pltf Obj: R. 401, R. 402.<br>R. 403. Subject to MIL re: "Good Acts" that has previously been granted by Court. | Barnett: Not designated<br>Smith: Overruled.<br><br><br><br>Barnett: Not designated<br>Smith: Overruled. |

Case 2:05-md-01657-EEF-DEK   Document 9060-4   Filed 11/28/06   Page 5 of 7
Bedrock v. Merck & Co., Inc.
Plaintiff's and Defendant's Designations of Laura Demopoulos

| Designated Testimony of Laura Demopoulos | | | Objections | Rulings |
|---|---|---|---|---|
| 454: 16<br>454: 17 | drugs which could help the vasculature of patients<br>at risk for heart disease. | | | |
| 455:1 - 457:19 | Demopoulos, Laura 2006-05-25 | 00:00:32 | Re: 455:1-457:19<br>Pltf Obj: R. 401, R. 402.<br>Irrelevant. Already<br>stated she is a cardio-<br>logist.<br><br>Overruled | Barnett: Not designated<br>Smith: Overruled. |
| 455: 1 | Q. And what is your position today? | | | |
| 455: 2 | Where are you? | | | |
| 455: 3 | A. I'm at the University of | | | |
| 455: 4 | Pennsylvania. | | | |
| 455: 5 | Q. And what do you do at the University | | | |
| 455: 6 | of Pennsylvania? | | | |
| 455: 7 | A. I have a general cardiology practice. | | | |
| 455: 8 | Q. Are you on staff at the University of | | | |
| 455: 9 | Pennsylvania? | | | |
| 455: 10 | A. Yes. | | | |
| 455: 11 | Q. Okay. | | | |
| 455: 12 | As a cardiologist? | | | |
| 455: 13 | A. Yes. | | | |
| 455: 14 | Q. Do you see -- you treat patients | | | |
| 455: 15 | today? | | | |
| 455: 16 | A. I do. | | | |
| 455: 17 | Q. Did there come a time at Merck when | | | |
| 455: 18 | you became involved with Vioxx, looking at Vioxx? | | | |
| 455: 19 | A. Yes. | | | |
| 455: 20 | Q. You were asked some questions during | | | |
| 455: 21 | the plaintiffs' exam about Dr. Eric Topol. Do you | | | |
| 455: 22 | remember that? | | | |
| 455: 23 | A. Yes, I do. | | | |
| 455: 24 | Q. And that was regarding an article | | | |
| 455: 25 | that Dr. Topol was writing about Vioxx in early | | | |
| 456: 1 | 2001. Do you recall that? | | | |
| 456: 2 | A. Yes. | | | |
| 456: 3 | Q. Had you worked with Dr. Topol prior | | | |
| 456: 4 | to 2001? | | | |
| 456: 5 | A. Yes, I had. | | | |
| 456: 6 | Q. Can you tell us a little bit about | | | |
| 456: 7 | that? | | | |
| 456: 8 | A. We were involved in conducting a | | | |
| 456: 9 | clinical trial together related to one of Merck's | | | |
| 456: 10 | anti-clotting drugs. | | | |
| 456: 11 | Q. In which clinical trial was that? | | | |
| 456: 12 | A. It was called the TARGET trial. | | | |
| 456: 13 | Q. And over what time span was the | | | |
| 456: 14 | TARGET trial? | | | |
| 456: 15 | A. It was probably from around 1998 to | | | |
| 456: 16 | 2000 | | | |
| 456: 17 | Q. And did you speak with Dr. Topol | | | |
| 456: 18 | again in early 2001 regarding a paper he was | | | |
| 456: 19 | 1preparing about Vioxx? | | | |
| 456: 20 | A. Yes. | | | |
| 456: 21 | Q. Did you speak with him over the | | | |
| 456: 22 | telephone? | | | |
| 456: 23 | A. Yes. | | | |
| 456: 24 | Q. Did you exchange e-mails with him? | | | |
| 456: 25 | A. We did, yes. | | | |
| 457: 1 | Q. And did you meet with him in person | | | |
| 457: 2 | at the Cleveland Clinic? | | | |
| 457: 3 | A. Yes. | | | |
| 457: 4 | Q. Did Dr. Topol ask for additional data | | | |
| 457: 5 | on Vioxx? | | | |
| 457: 6 | A. He did, yes. | | | |
| 457: 7 | Q. Did you provide it to him? | | | |
| 457: 8 | A. Oh, absolutely. | | | |
| 457: 9 | Q. Was any data withheld from Dr. Topol? | | | |
| 457: 10 | A. No, certainly not. | | | |
| 457: 11 | Q. Was the data that you provided to Dr. | | | |
| 457: 12 | Topol also provided to the FDA? | | | |
| 457: 13 | A. Yes. | | | |
| 457: 14 | Q. In fact, was it presented at an FDA | | | |
| 457: 15 | Advisory Committee meeting on Vioxx in 2001? | | | |

| | | Designated Testimony of Laura Demopoulos | | Objections | Rulings |
|---|---|---|---|---|---|
| | 457: 16 | A. Yes, it had been. | | | |
| | 457: 17 | Q. And was this data also eventually | | | |
| | 457: 18 | placed on the FDA's public website? | | | |
| | 457: 19 | A. Yes. | | | |
| 14 | 460:21 - 461:9 | Demopoulos, Laura 2006-05-25 | 00:00:39 | | |
| | 460: 21 | Q. Now, earlier in this deposition you | | | |
| | 460: 22 | were shown several outtakes from a video interview | | | |
| | 460: 23 | prepared in August 2001. Do you recall that? | | | |
| | 460: 24 | A. Yes. | | | |
| | 460: 25 | Q. We spent several days where you were | | | |
| | 461: 1 | asked questions about the video and followup | | | |
| | 461: 2 | questions by counsel. Let me ask you, Dr. | | | |
| | 461: 3 | Demopoulos, what was the purpose of that video | | | |
| | 461: 4 | interview in 2001? | | | |
| | 461: 5 | A. That was conducted as a response to | | | |
| | 461: 6 | the article written by Dr. Topol. | | | |
| | 461: 7 | Q. And were you asked to provide a | | | |
| | 461: 8 | scientific response to Dr. Topol's article? | | | |
| | 461: 9 | A. Yes, I was. | | | |
| 15 | 464:20 - 465:20 | Demopoulos, Laura 2006-05-25 | 00:01:47 | | Overruled |
| | 464: 20 | Q. And did this article repeatedly | | | |
| | 464: 21 | mention that COX-2 inhibitors might be | | | |
| | 464: 22 | prothrombotic? | | | |
| | 464: 23 | A. It did. | | | |
| | 464: 24 | Q. You also mentioned that there was -- | | | |
| | 464: 25 | there wasn't a scientist at Merck who was working on | | | |
| | 465: 1 | Vioxx who wasn't considering this theory. Do you | | | |
| | 465: 2 | recall that? | | | |
| | 465: 3 | A. Yes. | | | |
| | 465: 4 | Q. Was this theory that COX-2 inhibitors | | [465:4] - [465:14] | Barnett: Not designated |
| | 465: 5 | might be prothrombotic widely debated in the medical | | Pl's Obj.: foundation; | Smith: Overruled. |
| | 465: 6 | literature back in 2001? | | hearsay | |
| | 465: 7 | A. Yes, it was. | | | |
| | 465: 8 | Q. Debated at the FDA? | | | |
| | 465: 9 | A. Certainly. | | | |
| | 465: 10 | Q. And is it still being debated today? | | | |
| | 465: 11 | A. It is. | | | |
| | 465: 12 | Q. Was there anything secret about this | | | |
| | 465: 13 | theory then or now? | | | Sustained |
| | 465: 14 | A. No. No. | | | |
| | 465: 15 | Q. You were asked during this video | | | |
| | 465: 16 | interview back in August of 2001 whether Merck | | | |
| | 465: 17 | behind the safety of Vioxx. Do you recall that? | | | |
| | 465: 18 | A. Yes. | | | |
| | 465: 19 | MR. KIERNAN: Okay. I'd like to play | | | |
| | 465: 20 | two clips for you. | | | |
| | 466:14 - 467:2 | | | | |
| | 466: 14 | "DR. DEMOPOULOS: Am I allowed to say | | Re: 465:19-467:2 | Barnett: Not designated |
| | 466: 15 | Eric Topol takes Vioxx? I take Vioxx all the time. | | Pltf Obj: R. 401, R. 402, | Smith: Overruled. |
| | 466: 16 | "FEMALE SPEAKER 1: You can talk | | R. 403. Witness's | |
| | 466: 17 | about yourself. Let's do that. | | assertion that Dr. Topol | |
| | 466: 18 | "FEMALE SPEAKER 2: What is your | | takes Vioxx has been | |
| | 466: 19 | personal opinion about Vioxx and the safety of | | objected to in | |
| | 466: 20 | Vioxx, you, personally, not as an employee of Merck, | | relation to his testimony. | |
| | 466: 21 | but as a doctor? | | Moreover, Plaintiff has | |
| | 466: 22 | "DR. DEMOPOULOS: It's an extremely | | filed an MIL regarding the | |
| | 466: 23 | effective drug that has really changed pain | | use of Vioxx by Merck | |
| | 466: 24 | management. I use it all the time in my clinic | | employee family members | |
| | 466: 25 | patients. I take it myself. My mother takes it. | | which has been granted | |
| | 467: 1 | It's a phenomenal drug which has an excellent safety | | for previous trials. | |
| | 467: 2 | profile which we continue to study." | | Unfairly prejudicial. | |
| 16 | 467:17 - 468:4 | Demopoulos, Laura 2006-05-25 | 00:00:41 | | |
| | 467: 17 | "DR. DEMOPOULOS: Hey, do you want me | | Re: 467:17-468:4 | Barnett: Not designated |
| | 467: 18 | to tell you something? Eric takes Vioxx every day. | | Pltf Obj: Same as above. | Smith: Overruled. |
| | 467: 19 | Eric Topol takes Vioxx every day. Vioxx, Zocor. I | | | |

Case 2:05-md-01657-EEF-DEK Document 8860-4 Filed 11/28/06 Page 7 of 7
Bedrock v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Laura Demopoulos

| Designated Testimony of Laura Demopoulos | | | Objections | Rulings |
|---|---|---|---|---|
| | 467: 20  know his whole medical history. He's on all our | | | Sustained |
| | 467: 21  drugs.") | | | |
| | 467: 22  BY MR. KIERNAN: | | | |
| | 467: 23  Q.  Dr. Dempoulos, do you recall making | | | |
| | 467: 24  these statements at the time? | | | |
| | 467: 25  A.  Yes. | | | |
| | 468: 1  Q.  Were these statements accurate? | | | |
| | 468: 2  A.  Yes. | | | |
| | 468: 3  Q.  Truthful? | | | |
| | 468: 4  A.  Absolutely. | | | |
| 17 | 468:17 - 469:4  Demopoulos, Laura 2006-05-25 | 00:00:23 | | |
| | 468: 17  Q.  Were you uncomfortable about any of | | | |
| | 468: 18  the issues you were being asked to address in this | | | |
| | 468: 19  video interview? | | | |
| | 468: 20  A.  No. | | | |
| | 468: 21  Q.  Did you accurately present your views | | | |
| | 468: 22  about what the science reflected on Vioxx? | | | |
| | 468: 23  A.  Absolutely. | | | |
| | 468: 24  Q.  Were you coached to say anything you | | | |
| | 468: 25  did not agree with during this interview? | | | |
| | 469: 1  A.  No. | | | overruled |
| | 469: 2  Q.  Were you allowed to express your | | | |
| | 469: 3  views in your own words? | | | |
| | 469: 4  A.  Yes. | | | |
| | 471:23 - 472:8 | | | |
| | 471: 23  Q.  Have you ever seen the final video | | [471:23] - [472:8] | Barnett: Not designated |
| | 471: 24  news release? | | Pl's Obj.: Lack of | Smith: Not designated. |
| | 471: 25  A.  No. | | personal knowledge. | |
| | 472: 1  Q.  Were you aware that the final video | | Witness has not seen | |
| | 472: 2  news release that went out explained that it was | | the final news release | |
| | 472: 3  issued in response to Dr. Topol's article?  Were you | | and has no personal | |
| | 472: 4  aware of that? | | knowledge of who | |
| | 472: 5  A.  No. | | received the video news | |
| | 472: 6  Q.  Is that consistent with your | | release.  Speculative. | |
| | 472: 7  understanding of why it was prepared? | | Deft's Resp: Plaintiff's | |
| | 472: 8  A.  Clearly, yes. | | counsel spent several | |
| | | | days asking her | |
| | | | questions about the video | |
| | | | interview (with which she | |
| | | | was involved). Whether | |
| | | | she saw the final video | |
| | | | news release and her | |
| | | | understanding of why it | |
| | | | was prepared is directly | |
| | | | relevant to her involvement | |
| | | | in the video. | |
| | 472:17 - 472:25 | | | |
| | 472: 17  Q.  Did you have anything to do with | | [472:17] - [472:25] | Barnett: Not designated |
| | 472: 18  preparing the final video news release? | | Pl's Obj.: Same as | Smith: Not designated. |
| | 472: 19  A.  No. | | above | |
| | 472: 20  Q.  Do you know whether the final video | | R.401. Whether someone | |
| | 472: 21  news release was ever used by any news outlet? | | approached her about | |
| | 472: 22  A.  No. | | being on TV is irrelevant. | |
| | 472: 23  Q.  Did anybody come up to you and say, | | Deft's Resp: Same as | |
| | 472: 24  hey, I saw you on TV or anything like that? | | above. | |
| | 472: 25  A.  No. | | | |