## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| **Plaintiff = red**<br>**Defendant = blue**<br><br>[6:11] - [6:17] 10/9/2006 Mark Koenig, M.D.<br><br>page 6<br>11  Q.  Doctor, could you state your full name<br>12  for the record, please, sir?<br>13  A.  Mark Koenig.<br>14  Q.  Dr. Koenig, my name is John Skidmore, and<br>15  I represent Merck in this lawsuit.  We've never met<br>16  before today, have we?<br>17  A.  No. | **Pl.'s Obj.:** R.401, R. 402. "Q. 'We've never met before today, have we?' A. No." Irrelevant. | **Deft's Resp.:** Relevant background information and establishes no prior meetings to discuss testimony or facts of case. |
| [7:5] - [7:8] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 7<br>5  Q.  Now, you understand we're here because<br>6  one of your former patients, a Mr. Dedrick, has sued<br>7  ⬤ck concerning his use of Vioxx?<br>8  A.  Yes. | | |
| [7:17] - [7:22] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 7<br>17  Q.  Have you had a chance to look back over<br>18  your medical records?<br>19  A.  Yes.<br>20  Q.  You don't have very many for Mr. Dedrick,<br>21  do you?<br>22  A.  No. | | |
| [7:23] - [8:15] 10/9/2006 Mark Koenig, M.D.<br><br>page 7<br>23  Q.  Other than the cath procedure you did on<br>24  January 10th of '03, did you do any other procedures<br>25  or any other care of Mr. Dedrick?<br>page 8<br>1  A.  No, sir.<br>2  Q.  So that, and then you wrote a letter to<br>3  his primary care physician?<br>4  A.  Yes, sir.<br>5  Q.  And that is the extent of your care of | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 6  him?<br>7    A.    Yes, sir.<br>8    Q.    Okay.  You have brought with you today<br>9  your medical records?<br>10    A.    Yes, sir.<br>11    Q.    And I'm just going -- make sure you keep<br>12  those handy, but I want to tell you, if you need to<br>13  refer to them at any time, feel free to do so.<br>14    A.    Thank you.<br>15    Q.    This is not a memory contest.<br><br><br>[8:18] - [10:14] 10/9/2006 Mark Koenig, M.D.<br><br>page 8<br>18    Q.    Do you -- do you do a lot of cath<br>19  procedures?<br>20    A.    Yes, sir.<br>21    Q.    Approximately how many do you do a week<br>22  or a year or --<br>23    A.    Over 500.<br>24    Q.    Is that a year?<br>2⬤  A.    Yes, sir.<br>page 9<br>1    Q.    And is that a field of specialty for you?<br>2    A.    Yes, sir.<br>3        (Defendant's Exhibit Number 1<br>4        was marked for identification.)<br>5    Q.    Now -- okay.  We have sitting on the<br>6  table, marked as deposition Exhibit 1, a copy of your<br>7  CV or resume; is that correct?<br>8    A.    Is it correct you have a copy of my CV?<br>9  Yes.  Is the CV correct was your question?  Let me be<br>10  sure.<br>11        Yes, sir.<br>12    Q.    Now, can you briefly describe for --<br>13    A.    One -- one correction.  The board<br>14  certification in cardiology would -- I've got the<br>15  recertification down there -- okay.  It's correct,<br>16  sir.<br>17    Q.    And that's going to be one of my next<br>18  questions after I get a little more information for<br>19  the jury.  Can you describe for the jury your<br>20  educational background leading up to becoming a<br>21  doctor?<br>22    A.    I attended College at Virginia Tech 1983<br>2⬤, 1984, received a Bachelor of Science degree in<br>24  biology, did just under a year of graduate school and | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 25  then started college and went to medical school at<br>page 10<br>1  Eastern Virginia Medical School at the Medical<br>2  College of Hampton Roads in Norfolk, Virginia.<br>3  Graduated in 1989.<br>4          From there, I did a three-year residency<br>5  at Georgetown University in Washington, D.C., which<br>6  completed in 1992.  I did a three-year cardiology<br>7  fellowship in the University of Florida Health<br>8  Science program in Jacksonville, Florida.  That<br>9  finished in 1995.  And I did an interventional<br>10  cardiology fellowship, which completed in 1996.<br>11     Q.     You have significant specialization in<br>12  cardiology and -- and some invasive procedures in<br>13  cardiology?<br>14     A.     Yes, sir.<br><br>[10:15] - [14:11] 10/9/2006 Mark Koenig, M.D.<br><br>page 10<br>15     Q.     Can you tell the jury what areas you're<br>16  board certified in?<br>17     A.     I am board certified in cardiology and<br>18  board certified in interventional cardiology.<br>19     Q.     Can you explain to the jury what<br>20  interventional cardiology is?<br>21     A.     That's the subspecialty of cardiology<br>22  involved with angioplasty.<br>23     Q.     And by "angioplasty," can you explain a<br>24  little more to the jury -- when we say<br>25  "interventional," it implies that you're going in to<br>page 11<br>1  do something in the heart; is that true?<br>2     A.     Yes, sir.<br>3     Q.     And can you explain to the jury what the<br>4  interventional cardiology is, just somewhat in<br>5  laymen's terms?<br>6     A.     Okay.  That usually involves fixing the<br>7  blood vessel through a tube either in the leg or the<br>8  arm by putting a wire down the blood vessel and<br>9  putting a balloon over the wire to open up the blood<br>10  vessel and/or putting a spring coil or a stent inside<br>11  the blood vessel.  This is all done what we say<br>12  percutaneously, which means through a -- hole in<br>13  the blood vessel, as opposed to open-heart surgery,<br>14  which requires physically opening up the chest and<br>15  separating the ribs and using bypass grafts.<br>16     Q.     Is -- is this a procedure whereby you | | |

### Dedrick v. Merck Co., Inc.
#### Plaintiff's and Defendant's Designations of Testimony of
#### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 17 enter by the leg or the arm?<br>18    A.    Yes, sir.<br>19    Q.    And you use different types of imaging<br>20 equipment to actually see the inside of the heart?<br>21    A.    Yes, sir.<br>22    Q.    And then based upon what you see, you can<br>23 make treatment decisions?<br>24    A.    Yes, sir.<br>25    Q.    And that -- and that is something you<br>page 12<br>1 specialize in?<br>2    A.    Yes, sir.<br>3    Q.    Have you published or made presentations<br>4 in the field of interventional cardiology?<br>5    A.    Yes, sir.<br>6    Q.    Can you tell the jury what you do for a<br>7 practice here?  We're in Nashville, Tennessee,<br>8 correct?<br>9    A.    Yes.<br>10    Q.    And can you tell the jury what your<br>11 practice is here?<br>12    A.    I spend approximately half my time doing<br>13 procedures, either interventional cardiology<br>14 procedures, either diagnostic heart catheterizations,<br>15 which involves putting a tube into the leg, putting<br>16 that into the heart or legs or kidneys, injecting<br>17 fluid with iodine, and that lines the blood vessels,<br>18 and looking for narrowing in the blood vessels or<br>19 using spring coils or stents, shaving devices and<br>20 other devices to open up blood vessels.<br>21          The other half the time I spend seeing<br>22 patients sometimes with EKGs or looking at<br>23 ultrasounds of the heart, doing stress tests or other<br>24 vascular procedures such like ultrasounds of the neck<br>25 arteries or kidney arteries.<br>page 13<br>1    Q.    When you're going into the heart to look<br>2 at it for blockages, what are those blockages called?<br>3    A.    In laymen's terms, we usually say<br>4 blockages, plaques, stenosis.  Stenosis is a degree<br>5 of narrowing in the blood vessel.<br>6    Q.    Is it also known as atherosclerosis?<br>7    A.    Yes, sir.<br>8    Q.    And when is -- when does atherosclerosis<br>9 start to develop in people?<br>10    A.    There has been reports of atherosclerosis<br>11 18 year olds or younger, and I've seen it in 12 or<br>12 14 year olds. | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 13  Q.    Is atherosclerosis something that builds<br>14 over time in the body?<br>15  A.    Yes, sir.<br>16  Q.    And builds over time in the<br>17 cardiovascular system?<br>18  A.    Yes, sir.<br>19  Q.    So at an early age, do most people begin<br>20 to develop some atherosclerotic plaque in their<br>21 coronary or heart arteries?<br>22  A.    I don't know if most people do, but a lot<br>23 of people develop some plaque.  It's usually<br>24 subclinical.  We wouldn't know it.<br>25  Q.    And over time, does that grow as you age?<br>page 14<br>1  A.    It can.  Yes, sir.<br>2  Q.    And there are risk factors that can<br>3 predispose somebody to develop more?<br>4  A.    Yes, sir.<br>5  Q.    And to progress faster?<br>6  A.    Yes, sir.<br>7  Q.    Now, do you treat patients that have a<br>8 broad array of risk factors?<br>9  A.    Yes, sir.<br>10  Q.    Is smoking a significant risk factor?<br>11  A.    Yes, sir.<br><br><br>[14:15] - [16:23] 10/9/2006 Mark Koenig, M.D.<br><br>15  Q.    How many years have you treated patients<br>16 with heart problems and cardiovascular problems?<br>17  A.    Do you -- I was on the rescue squad when<br>18 I was a student at college, so I started seeing<br>19 patients with chest pain and heart disease in 1981.<br>20  Q.    So it's --<br>21  A.    That wasn't -- I was assisting or<br>22 treating or doing pre-hospital care.<br>23  Q.    And what was the rescue squad?  Is that<br>24 like EMS?<br>25  A.    Yes, sir, EMS.<br>page 15<br>1  Q.    And was -- was this when you were in<br>2 college?<br>3  A.    Yes, sir.<br>4  Q.    Were you trained as an EMS?<br>5  A.    Yes.  I've got my EMT shock trauma tech<br>6 and then cardiac tech.  We start IVs, we spend time<br>7 in the hospital, we would look at monitor or rhythm | **Pl.'s Obj.:**  R.401, R. 402. | **Deft's Resp.:**  Relevant<br>background information<br>about the witness  which<br>sets forth his experience,<br>training and qualifications. |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 8  strips. | | |
| 9    Q.   So did you -- when you were an EMT, did | | |
| 10  you respond to calls involving people having apparent | | |
| 11  heart attacks? | | |
| 12    A.   Yes, sir. | | |
| 13    Q.   And so was that your first exposure to, I | | |
| 14  guess, emergency medicine? | | |
| 15    A.   Yes, sir. | | |
| 16    Q.   And did that peak your interest to become | | |
| 17  a physician? | | |
| 18    A.   Yes, it did. | | |
| 19    Q.   How long did you do that? | | |
| 20    A.   I did that from 1981 through, I believe, | | |
| 21  1985 -- let me -- 1984. | | |
| 22    Q.   And when did you graduate from undergrad? | | |
| 23    A.   1984. | | |
| 24    Q.   Help pay your way through school? | | |
| 25    A.   Volunteer. | | |
| page 16 | | |
| 1    Q.   Wow. | | |
| 2    A.   I shoveled asphalt to put myself through | | |
| 3  school. | | |
| 4    Q.   That is -- that is super. You've seen | | |
| 5  heart disease for many years, then? | | |
| 6    A.   Yes, sir. | | |
| 10    Q.   And why is that? | | |
| 11    A.   It's underdiagnosed. Obviously, it's -- | | |
| 12  it's my -- my main specialty. But it's the most | | |
| 13  common cause of death in this country above all | | |
| 14  others. It's a very common cause of disability. It's | | |
| 15  -- heart disease is the most common medicare | | |
| 16  diagnosis for people coming into the hospital. As we | | |
| 17  get older, it becomes more prevalent. It's a major | | |
| 18  cause of disability in patients. | | |
| 19    Q.   It's my understanding that it's been the | | |
| 20  leading cause of death for over 100 years. Does that | | |
| 21  seem consistent with your understanding? | | |
| 22    A.   Yes, sir. I don't know exactly how long, | | |
| 23  but I would -- I would not argue that, that data. | | |
| | | |
| | | |
| [17:13] - [17:24] 10/9/2006 Mark Koenig, M.D. | | |
| | | |
| page 17 | | |
| 13    Q.   Can you explain to the jury what | | |
| 14  atherosclerosis is? | | |
| 15    A.   Atherosclerosis is the buildup of a | | |
| 16  blockage inside a blood vessel wall. It's usually | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|

17 systemic. it can be in the heart, it can be in the
18 legs, it can be in the brain, the neck.  It starts
19 off as a -- a damage or a fatty -- a piece of fat, a
20 fatty streak in the blood vessel.  And over time, it
21 builds up, and the characteristics of this blockage
22 change in some people.  It can stabilize.  It can get
23 smaller.  It can get larger.  It can become more
24 diffuse.


[17:25] - [18:6] 10/9/2006 Mark Koenig, M.D.


page 17
25    Q.      And this buildup of plaque in some
page 18
1 people, can it cause any significant problems?
2    A.     Yes, sir.  It can cause heart attacks,
3 stroke, kidney failure, claudication of peripheral
4 arterial disease, or PAD, which is the narrowing in
5 the leg arteries, which can cause pain when you walk,
6 limb loss.


[18:7] - [19:19] 10/9/2006 Mark Koenig, M.D.


page 18
7    Q.     Over time, as plaque develops in a
8 person, it's my understanding that -- that at some
9 point, you can have ruptures of that plaque?
10   A.     Yes, sir.
11   Q.     Can you describe for the jury what that
12 is and how common that is?
13   A.     Blockages in the -- in the inside blood
14 vessels have different compositions, but typically,
15 they start off as very fatty, soft blockages.  Things
16 can happen.  There are things that we understand,
17 things that we don't understand.  We think that there
18 may be some inflammation involved in some patients.
19 We have white blood cells, certain cells that will
20 attack the blood vessel.  The top of the body tries
21 to heal these blockages by placing a fibrous cap over
22 the top, a piece of tissue, hard tissue over the top
23 of this fatty blockage.  The fatty blockage can grow,
24 outstrip that, a portion of that cap can lift off,
25 exposing the inside fatty tissue, this fatty piece of
page 19
1 inside the blood vessel, to the blood itself.  At
2 that point, it can change and grow rapidly.  It can

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 3  cause spasm in the blood vessel, the blood vessel can<br>4  block off as the body tries to heal that by putting<br>5  blood cells in there to kind of seal that off.  When<br>6  you put blood cells in there, it will narrow the<br>7  blood vessel rapidly, hours, minutes, days, and can<br>8  cause total blockage of the blood vessel, a very<br>9  tight blockage.  You can see thrombus in there.  You<br>10  can see blood clot in there in some patients.  This<br>11  in a heart can cause a heart attack or what's called<br>12  acute coronary syndrome, which is chest pain without<br>13  a heart attack.  You can have it in the brain.  It<br>14  can cause a stroke.  You can have it in the neck<br>15  arteries, where part of the cells break off and go<br>16  into the brain and seal off the small vessel.  You<br>17  can have strokes, ministrokes from this.  It can<br>18  happen in the legs.  It can happen in the kidneys.<br>19  You can have it pretty much anywhere.<br><br><br>[19:20] - [22:12] 10/9/2006 Mark Koenig, M.D.<br><br>page 19<br>2    Q.    Is -- in terms of heart attacks that<br>21  people have, is the fact that this plaque may rupture<br>22  and a blood clot form around it, is that a common<br>23  form of heart attack or not?<br>24    A.    Absolutely, very common.<br>25    Q.    Is that the -- kind of the leading<br>page 20<br>1  mechanism of heart attacks?<br>2    A.    Yes, sir.<br>3    Q.    And when you talk about the plaque<br>4  rupturing, we're talking about this fatty, thick<br>5  blockage that's slowly narrowing the artery?<br>6    A.    It could -- it could be slowly narrowing,<br>7  or it could be stable.  You can have 90 percent<br>8  blockage that's calcified or thick and never cause a<br>9  heart attack, never gets worse.  You could have a 30<br>10  percent blockage that suddenly ruptures and will<br>11  cause a heart attack without symptoms pro-drome,<br>12  without any symptoms before this.  And that can<br>13  happen over minutes to hours.<br>14    Q.    So you could have a smaller blockage, 30<br>15  to 40 percent, with this plaque rupture, and then it<br>16  could seal off and block the supply of blood to the<br>17  heart?<br>18    A.    Yes, sir.  And that's a very common --<br>19  very common cause of heart attacks.  In fact, 30 | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 20  percent -- you cannot predict, based on the degree of<br>21  narrowing, which blockage is unstable, which blockage<br>22  can cause a heart attack.<br>23     Q.     So it is fair to say that all blockages<br>24  are a risk?<br>25     A.     Yes, sir.<br>page 21<br>1     Q.     Now, do some people just have disease in<br>2  one vessel of the heart and some have disease in<br>3  multiple vessels?<br>4     A.     It depends on what you mean by "disease."<br>5  When we say "disease," we think of 50 percent<br>6  blockage or more, but we also think of it diffuse --<br>7  diffusely as well.  Some people only have a<br>8  significant blockage that we can pick up<br>9  angiographically in one blood vessel.  Some people<br>10  have blockages in multiple blood vessels.<br>11     Q.     Does the risk of a heart attack go up or<br>12  down depending upon the number of vessels you have<br>13  that have significant blockage?<br>14     A.     It would go up with the increasing number<br>15  of blood vessels.<br>16     Q.     So the more diffuse it is, the greater<br>17  the risk of a heart attack?<br>18     A.     Yes, sir.<br>19     Q.     Now, when you talk about significant<br>20  blockage that you could pick up through your<br>21  diagnostic procedures that you're trained to do, what<br>22  -- what levels is it that you can pick up?<br>23     A.     What level of blockage can I pick up?<br>24     Q.     Yes, sir.<br>25     A.     We could pick up, we think, mild luminal<br>page 22<br>1  irregularities, what we refer to blockage.  It could<br>2  be 5, 10, 20 percent.  You know, usually less than 10<br>3  percent, and you see blockages so mild, you don't<br>4  comment on them.<br>5     Q.     So the -- the interventional technology<br>6  right now is -- is capable of giving you a very good<br>7  look at these arteries?<br>8     A.     Yes, sir, angiographically.  There's<br>9  other ways to look at blockages invasively by placing<br>10  ultrasound probes down a blood vessel, and you can<br>11  pick up blockages that you can't even see<br>12  angiographically.  It's very common.<br><br>[   3] - [28:13] 10/9/2006 Mark Koenig, M.D. | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| page 22<br>13   Q.    And the type of intervention you did with<br>14 Mr. Dedrick was an angiographic --<br>15   A.     We call that a diagnostic cardiac<br>16 catheterization --<br>17   Q.    Okay.<br>18   A.    -- which is an angiographic procedure.<br>19   Q.    Now, when -- when you have this common<br>20 type of heart attack, where some of the plaque<br>21 ruptures and a clot forms, can you tell the jury what<br>22 that -- why you have a heart attack then?  What does<br>23 it do?<br>24   A.     When you occlude a blood vessel, you<br>25 reduce flow.  You reduce blood flow and blood supply<br>page 23<br>1 to a portion of the heart supplied by that blood<br>2 vessel.  When the heart does not have enough blood<br>3 flow, it starts to shut down.  After a period of<br>4 time, it may actually die by not receiving enough<br>5 blood flow.  It sometimes gets stunned where it<br>6 changes its metabolism, and the function may come<br>7 back with -- with time.<br>8   Q.    And that happens with heart attacks on<br>9 occasion where a heart -- where a heart muscle or the<br>10 heart itself becomes stunned after an attack, but<br>11 then you have some recovery?<br>12   A.    Yes, sir.<br>13   Q.    Can you explain that to the jury?<br>14   A.    It's like a boxer getting punched in the<br>15 head, where he's stunned for a period of time and he<br>16 -- he comes back.  When the heart does not get enough<br>17 blood flow, the metabolism changes.  Your body is<br>18 trying to conserve the muscle to the heart to limit<br>19 that damage to the heart.  Once you do what we call a<br>20 revascularization, either give them medicine that<br>21 dissolves the blood clot or do bypass surgery or do<br>22 an angioplasty or stent to restore blood flow, the<br>23 heart muscle will recover function to some degree. It<br>24 depends upon how much was damaged.  You can never<br>25 tell initially.  Sometimes the full extent of the<br>page 24<br>1 damage is not known for a month or two months.<br>2   Q.    And is -- is there a procedure that you<br>3 did on Mr. Dedrick to figure out what the function of<br>4 the heart was?<br>5   A.    I personally did, at the end of the<br>6 diagnostic catheterization, what we call a left<br>7 ventriculogram.  We put a tube into the heart itself, | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 8  into the -- the arteries lie on top of the heart, and<br>9  we put a tube inside the main pumping chamber of the<br>10  heart. We inject dye, and we look at the heart<br>11  contracting to see how strong the heart is. And<br>12  that's the procedure I did.<br>13     Q.     And why would you do that with a patient,<br>14  with a cardiology patient?<br>15     A.     You want to see -- it gives you<br>16  additional information. It gives you how --<br>17  information on how strong the heart is, what the<br>18  patient's risk factor for surgery is, if it's<br>19  extremely weak or if it's strong. It also gives you<br>20  information on if -- if you see part of the heart<br>21  that's not moving at all, dysfunctional, you may<br>22  suspect that this muscle is -- is either stunned or<br>23  infarcted. But if the heart muscle moves fairly<br>24  well, then you would know that if you -- even if the<br>25  vessel may be totally blocked off, if you bypass it,<br>page 25<br>1  you've got a reasonable chance of keeping the<br>2  function.<br>3     Q.     In a 40 to 50-year-old male or any<br>4  son, what would be a normal ejection fraction?<br>5     A.     55 percent or greater.<br>6     Q.     And can you explain to the jury what we<br>7  mean by "ejection fraction"?<br>8     A.     We look at the percent of the blood<br>9  that's ejected from the heart with each beat. So<br>10  typically what's done -- and this is a two-chamber --<br>11  it's a two-plane test. We're looking at it like a<br>12  piece of paper. We only see one plane here. We<br>13  trace the heart when it's relaxed, and then you trace<br>14  it again when it's contracted, and you look at the<br>15  difference in size. And it will give you the percent<br>16  change in the size of the heart when you eject fluid<br>17  into the main pumping chamber of the heart. The<br>18  pumping chamber is outlined with contrast, with dye.<br>19  Everything else is light, so you're looking at the<br>20  difference in area between a fully-rested and a<br>21  fully-contracted heart, and it gives you an<br>22  indication of how strong the heart is, how much of<br>23  the area -- how much of the blood was pumped out.<br>24     Q.     And -- and is this an important factor<br>25  for the physicians in determining future care for a<br>page 26<br>1  patient?<br>2     A.     Yes, sir.<br>3     Q.     And why is that? | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 4    A.    If you make a decision on how to treat<br>5  the patient, what medicines are going to be needed in<br>6  the future, based on the strength of the heart, if<br>7  the heart is extremely weak and stays weak, you need<br>8  to put a defibrillator in.  There's data showing that<br>9  when the heart pumps out less than 35 percent of its<br>10  volume in each beat in someone who has a blockage,<br>11  that these people benefit by having a special device<br>12  placed in the heart called a defibrillator, which if<br>13  your heart -- you're at more risk for a sudden<br>14  cardiac death or dying suddenly.  By placing a<br>15  defibrillator in the heart, that reduces the risk of<br>16  sudden death in these patients, so that gives us<br>17  another piece of information for that.  It tells the<br>18  surgeons what the mortality -- what the chance of<br>19  dying or having a problem from bypass surgery is.  If<br>20  the heart is very weak, the risk goes up.  If the<br>21  heart's strong, the risk is less during their bypass<br>22  surgery.  Same thing holds true for angioplasty.<br>23    Q.    So the higher the number, the better?<br>24    A.    Yes, sir.<br>25    Q.    And you mentioned -- what did you say the<br>p     27<br>1  normal was?<br>2    A.    55 percent or greater.<br>3    Q.    If a patient comes to you that has not<br>4  had a heart attack and is just asked -- you decided<br>5  that they need some type of diagnostic procedure like<br>6  this cardiac catheterization, if you found them to<br>7  have a -- an ejection fraction of a 55 to 60 percent,<br>8  would you consider that a good thing?<br>9    A.    Yes, sir.<br>10    Q.    Even with somebody that hasn't had a<br>11  heart attack?<br>12    A.    Yes, sir.<br>13    Q.    And why is that?<br>14    A.    Typically, the weaker the heart, the more<br>15  chance of developing symptoms.  If your ejection<br>16  fraction -- if your heart is pumping less than 40<br>17  percent, you're at risk for dying suddenly down the<br>18  road.  We now have medicines we can use to treat<br>19  people to improve the strength of the heart over<br>20  time.  If you see someone who walks into your office<br>21  -- and I presume this is your question -- who you did<br>22  an ultrasound of the heart and found the heart was<br>23  weak, you would want to find out why.  Is there<br>24  something you can do to improve the strength of the<br>25  heart, either medicine, angioplasty, valve surgery or | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| **page 28**<br>1  something along those lines.  Because you're going to<br>2  reduce not only the risk of dying suddenly, but you<br>3  will also reduce the risk of developing symptoms down<br>4  the road.  Many people have no symptoms and have a<br>5  weak heart and will develop symptoms subsequently.<br>6  So you can avoid that and avoid people developing<br>7  heart failure.  You can also avoid people needing<br>8  subsequent hospitalizations.<br>9     Q.    And if somebody has a good ejection<br>10  fraction or a good pumping heart, you know, 55 to 60<br>11  percent upon the testing, does that -- is that a good<br>12  prognosis indicator for them?<br>13     A.    Based on that one test, yes. | Pl.'s Obj.:  R.611 - Leading. | **Deft's Resp.:**  Leading objection was not made at the deposition and is waived Fed.R.Civ.P.32(d)(3)(B); question does not suggest the answer and is not leading; Defendant may lead Plaintiff's treating physician who is a witness identified with an adverse party -  R.611(c). |
| [29:1] - [33:3] 10/24/2006 Koenig, Mark 9-12-2006<br><br>**page 29**<br>1        We talked a little bit before about the<br>2  development of atherosclerosis over years and the<br>3  most common cause of heart attack being plaque<br>4  rupture of that atherosclerosis; do you recall that?<br>5     A.    Yes, sir.<br>6     Q.    Was -- back when you -- what year did you<br>7  first start practicing medicine?<br>8     A.    19 -- I finished my angioplasty<br>9  fellowship, my interventional cardiology fellowship,<br>10  in June 30th of '96, so I started in July of '96.<br>11     Q.    Okay.  Back in July of '96, was that the<br>12  most common cause of a heart attack?<br>13     A.    Yes, sir.<br>14     Q.    And today, sitting here in 2006, is it<br>15  still the most common cause of a heart attack?<br>16     A.    Yes, sir.<br>17     Q.    Even with all the advances in medicine,<br>18  is it still very difficult to predict who's going to<br>19  have a heart attack and when?<br>20     A.    Yes, sir.<br>21     Q.    You mentioned for a minute that different<br>22  levels of atherosclerosis sometimes are not a clear<br>23  indicator to cardiologists who's going to have a<br>24  heart attack and when; is that fair?<br>25     A.    Yes, sir.<br>p 30<br>1     Q.    So even people with very advanced versus | Pl's Obj.:  R.611- all questions are leading. | **Deft's Resp.:**  Leading objection was not made at the deposition and is waived Fed.R.Civ.P.32(d)(3)(B); Defendant may lead treating physician identified with Plaintiff - R.611(c). |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 2 people with very small -- much smaller areas of | | |
| 3 atherosclerosis can both have a significant risk of a | | |
| 4 plaque rupture and a thrombus? | | |
| 5     A.    Yes, sir. | | |
| 6     Q.    Now, when somebody -- when a person | | |
| 7 begins to develop atherosclerosis in their -- around | | |
| 8 their heart, the vasculature of their heart, are | | |
| 9 there certain things that can speed up the | | |
| 10 progression of the development of that? | | |
| 11     A.    Yes, sir. | | |
| 12     Q.    And those are known as risk factors? | | |
| 13     A.    Yes, sir. | | |
| 14     Q.    Now, there's some that we cannot control? | | |
| 15     A.    Yes. | | |
| 16     Q.    Like your age? | | |
| 17     A.    Correct. | | |
| 18     Q.    As we get older, we develop more | | |
| 19 atherosclerosis? | | |
| 20     A.    Yes. | | |
| 21     Q.    We also cannot control family history? | | |
| 22     A.    Correct. | | |
| 23     Q.    Can you explain to the jury, what does | | |
| 2[4] cardiovascular family history mean to a cardiologist | | |
| 25 such as yourself? | | |
| page 31 | | |
| 1     A.    Typically, when we interview patients, we | | |
| 2 ask them if there's anybody in their family that has | | |
| 3 had either a heart attack, bypass surgery, | | |
| 4 angioplasty. Especially at a young age, someone who | | |
| 5 has coronary disease in their 30s, 40s, maybe early | | |
| 6 50s, they're at an increased risk for developing it | | |
| 7 themselves if a first-degree relative has had this. | | |
| 8 If their father had it or if their brother had it, | | |
| 9 there might be a significantly increased risk of | | |
| 10 developing it. | | |
| 11     Q.    Does it matter whether it's on the | | |
| 12 maternal or the paternal side? | | |
| 13     A.    No, sir. | | |
| 14     Q.    And is it a -- if someone in your family | | |
| 15 had -- in your close family has had severe | | |
| 16 cardiovascular disease, does that increase the risk | | |
| 17 for you? | | |
| 18     A.    Yes. | | |
| 19     Q.    And is that -- can that be a significant | | |
| 20 increase in risk? | | |
| 21     A.    Yes, sir. | | |
| 2[2]    Q.    Is that why y'all ask about family | | |
| 23 history? | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 24    A.    Yes.<br>25    Q.    And once you know about family history,<br>page 32<br>1  what does that cause you as a cardiologist to do, if<br>2  it's a positive family history?<br>3    A.    We tend to screen patients.  We will look<br>4  for cholesterol, blood pressure levels.  We may be<br>5  more aggressive in treating the cholesterol in<br>6  someone with a strong family history who has other<br>7  risk factors than someone who has no family history.<br>8    Q.    So if they have a family history, they're<br>9  already at an increased risk?<br>10    A.    Yes, sir.<br>11    Q.    Now, there's certain risk factors that<br>12  are -- that are controllable?<br>13    A.    Yes.<br>14    Q.    I guess the most obvious example is<br>15  smoking?<br>16    A.    Uh-huh.<br>17    Q.    True?<br>18    A.    Yes, sir.<br>19    Q.    Can -- can you explain to the jury how<br>2_ significant smoking is with regard to the development<br>21  of cardiovascular disease?<br>22    A.    It's a very strong particular -- it's a<br>23  very strong increase in risk of developing<br>24  cardiovascular disease.  It affects the blockages<br>25  that you get.  It can cause inflammation.  It can<br>page 33<br>1  cause spasm of blood vessels.  It can accelerate,<br>2  increase the speed of development of blockages in --<br>3  in your heart.<br><br><br>[33:14] - [33:17] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 33<br>14        How do you rate smoking in terms of its<br>15  impact on cardiovascular health?<br>16    A.    I -- I think it's one of the most<br>17  important risk factors.<br><br><br>[34:6] - [41:3] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 34<br>6    Q.    If somebody smokes two cigarettes a day<br>7  a couple of years versus somebody that smokes<br>8  maybe a couple of packs a day for 30 years, is there | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of Testimony of**
**Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| 9 a difference in how that impacts their cardiovascular<br>10 health?<br>11    A.   I believe so. I believe that the more<br>12 you smoke, the higher your chance. But I don't<br>13 believe it's a -- I don't know if it's a linear<br>14 relationship. There's -- there's a level where it's<br>15 more significant than others, but even -- once you<br>16 have coronary disease, two cigarettes a day is a huge<br>17 increased risk over no cigarettes a day. And going<br>18 up from two to a pack may not be as big an increase.<br>19 It's -- it's initial smoking once you have known<br>20 coronary disease. | | |
| 21    Q.   And in terms of when you have coronary<br>22 disease -- in other words, some of this<br>23 atherosclerosis significantly developing in your<br>24 cardiovascular system -- how is it that smoking<br>25 impacts that? Just so the jury understands, what<br>page 35<br>1 does it do to be a -- to cause you to be at risk?<br>2    A.   Smoking is associated with several<br>3 different -- different mechanisms of metabolism of<br>4 your blood vessels. Smoking can cause the plaque to<br>5 develop. It can cause it to develop faster. It can<br>6 cause the plaque to -- it may be associated with<br>7 plaque rupture, instability of the plaque. It can<br>8 cause spasm of the blood vessels as well which can<br>9 shut off the blood vessel. So it would put you at an<br>10 increased risk for not just developing the coronary<br>11 disease, but also the development of myocardial<br>12 infarction, of a heart attack. | **Pl's Obj.:** Asked and<br>answered. | **Deft's Resp.:** No prior<br>testimony about how<br>smoking actually affects the<br>different mechanisms of<br>metabolism, how it causes<br>plaque to develop and grow<br>faster, how it is associated<br>with plaque rupture and how<br>it causes the development<br>of myocardial infarction.<br><br>*Overruled* |
| 13    Q.   Now, if somebody has smoked, you know, at<br>14 least a pack or more a day for 30 years of cigarettes<br>15 and they develop coronary artery disease, significant<br>16 coronary artery disease, would -- would you have an<br>17 opinion as to whether that cigarette smoking<br>18 contributed to that disease?<br>19    A.   Yes.<br>20    Q.   And what would that opinion be?<br>21    A.   It contributed to the coronary artery<br>22 disease. | | |
| 23    Q.   If -- if that person not only develops<br>24 significant blockages in their arteries, but also has<br>25 a heart attack with plaque rupture and a blood clot<br>page 36<br>1 forming, could the smoking be a cause of that?<br>2    A.   Absolutely.<br>3    Q.   In addition to smoking, you mentioned<br>4 very briefly another risk factor is high blood | **Pl's Obj.:** R.611 - leading<br>question. | **Deft's Resp.:** Leading<br>objection was not made at<br>the deposition and is waived<br>Fed.R.Civ.P.32(d)(3)(B);<br>question does not suggest<br>the answer; Defendant may<br>lead treating physician<br>identified with Plaintiff - |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 5 pressure? | | R.611(c). |
| 6    A.    Yes, sir. | | |
| 7    Q.    And how can that contribute to | | |
| 8 cardiovascular disease and heart attacks? | | |
| 9    A.    Similarly, high blood pressure can affect | | |
| 10 -- can increase the development of blockages     in | | |
| 11 the arteries of your heart, is one thing it can do. | | |
| 12 It can also cause sheer stress, or it can cause | | |
| 13 lifting of a -- we talked about the soft plaque | | |
| 14 having a cap over the top.  High blood pressure, we | | |
| 15 think, may predispose that plaque to becoming | | |
| 16 unstable, maybe to exposing the inside of the -- of | | |
| 17 the tissue inside the blood vessel.  And that may | | |
| 18 cause you to have a heart attack.  It's people who | | |
| 19 develop heart attack or increased angina symptoms | | |
| 20 when the blood pressure is very high.  So that -- | | |
| 21 that's also an independent risk factor if not only | | |
| 22 for development of blockage, but also for a heart | | |
| 23 attack itself. | | |
| 24    Q.    So can hypertension -- does that -- do | | |
| 25 you consider that a significant risk factor? | | |
| page 37 | | |
| 1    A.    Yes, sir. | | |
| 2    Q.    And that high -- high blood pressure can | | |
| 3 result in not only the development of the blockages, | | |
| 4 but also this plaque rupture? | | |
| 5    A.    Yes, sir. | | |
| 6    Q.    And that's through the stress it puts on | | |
| 7 the vessel walls? | | |
| 8    A.    That's one mechanism. | | |
| 9    Q.    I know there are a number -- many other | | |
| 10 risk factors out there, but I just want to touch on a | | |
| 11 couple of others for the benefit of the jury. | | |
| 12         Hyperlipedemia or dyslipidemia is a term | | |
| 13 you hear a lot. | | |
| 14    A.    Yes, sir. | | |
| 15    Q.    And I know it has to do with the | | |
| 16 different types of cholesterol and the levels and | | |
| 17 maybe triglycerides.  Can you explain to the jury, if | | |
| 18 somebody has a hyperlipedemia or dyslipidemia, what | | |
| 19 that means? | | |
| 20    A.    Typically, the main cholesterol means -- | | |
| 21 the main sets of cholesterol that we look at are good | | |
| 22 cholesterol, which is HDL cholesterol, and bad | | |
| 23 cholesterol, which is LDL cholesterol, and | | |
| 24 triglycerides.  And there's other subsets of that and | | |
| 25 other cholesterols in there as well.  But just to | | |
| page 38 | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 1 concentrate on those three, dyslipidemia is either a<br>2 low good cholesterol, a high triglyceride, a high bad<br>3 -- high LDL, or bad cholesterol, or variations<br>4 thereof.<br>5　　　Hyperlipedemia is just an increased<br>6 cholesterol. They're both -- they're both risk<br>7 factors, either dyslipidemia or hyperlipedemia.<br>8　Q.　If somebody has one of these risk<br>9 factors, does that increase their risk of a heart<br>10 attack?<br>11　A.　Yes, sir.<br>12　Q.　And the development of this plaque?<br>13　A.　Yes, sir.<br>14　Q.　Physical inactivity, not getting<br>15 exercise; it's very commonly known that's not good<br>16 for your heart?<br>17　A.　Correct.<br>18　Q.　Is that a risk factor?<br>19　A.　It's a risk factor.<br>20　Q.　What about obesity or excess weight?<br>21　A.　It's a risk factor as well.<br>22　Q.　Diabetes, is that a risk factor?<br>23　A.　Yes.<br>24　Q.　And is that a significant risk factor?<br>25　A.　Yes.<br>page 39<br>1　Q.　I know -- I don't want to try and get you<br>2 to rank the risk factors, but it's up there near the<br>3 top of the list, is it not?<br>4　A.　Yes, sir.<br>5　Q.　And can you explain to the jury how<br>6 diabetes is a significant risk factor for<br>7 cardiovascular disease?<br>8　A.　There are multiple ways, but diabetes<br>9 itself will cause blockages in your blood vessels,<br>10 like high triglycerides or like high blood pressure,<br>11 smoking. But diabetes tend to -- in some patients,<br>12 in a large amount of patients, especially older<br>13 patients, we see diffuse blockages. And sometimes<br>14 when we do arteriograms or cardiac catheterizations,<br>15 we can look at the arteriogram sometimes, not always,<br>16 and tell, this looks like a diabetic vessel. It's<br>17 diffuse -- very small, diffusely diseased throughout<br>18 the entire blood vessel. A lot of times in the<br>19 terminal branches of the blood vessel, the diabetes<br>20 can cause diffuse blockages in patients with coronary<br>21 disease. So that's -- that's a risk factor itself,<br>22 plus  diabetes also affects your lipid status. | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 23 Sometimes it goes hand-in-hand.  People who have 24 diabetes may have a low HDL and a high triglycerides 25 pattern and maybe with that as well, high LDL.  So it page 40 1 goes hand-in-hand, diabetes and what we refer to as 2 dyslipidemia. 3    Q.    And are -- you know, it's my 4 understanding that the number one cause of death for 5 diabetics is heart disease? 6    A.    Yes, sir. 7    Q.    Do you agree with that? 8    A.    Yes, sir. 9    Q.    Do you -- do you use Braunwald's? 10    A.    Have I looked in it before in my life? 11 Yes. 12    Q.    Is it a -- a reliable reference source 13 for cardiology? 14    A.    It's fairly reliable, but by the time 15 it's published, it's usually outdated. | | |
| [40:24] - [41:] 10/24/2006 Koenig, Mark 9-12-2006 24    Q.    One thing I was just glancing at in 25 Braunwald's and saw in there a note that mentioned page 41 1 that patients with diabetes have two to eightfold 2 higher rates of future cardiovascular events as 3 opposed to non -- nondiabetics. | | |
| [41:5] - [41:16] 10/24/2006 Koenig, Mark 9-12-2006 page 41 5    A.    Yes, sir. 6    Q.    Is that a statistic you're familiar with? 7    A.    Yes, sir. 8    Q.    What would you say the risk would be to a 9 -- a diabetic patient of developing cardiovascular 10 disease as opposed to a nondiabetic? 11    A.    I -- I don't know how to answer that 12 question.  I would just say I agree that it's 13 increased percent, but I can't give you a percentage. 14    Q.    Does the data -- does the two to 15 eightfold higher rates in Braunwald's seem consistent 16 with your understanding? | **Pl.'s Obj.:** R. 611. Leading. | **Deft's Resp.:** Question is not leading as it asks the witness's understanding and whether it is consistent with certain rates, it does |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| [41:20] - [42:1] 10/24/2006 Koenig, Mark 9-12-2006 | | not suggest the answer and, in any event, Defendant may lead the witness when cross-examining Plaintiff's treating physician who is a witness identified with an adverse party - R.611(c). |
| page 41<br>20   A.   Yes, sir<br>21   Q.   A couple of other things I wanted to<br>22  mention about the development of cardiovascular<br>23  disease and -- and indicators of that. A couple<br>24  things that I -- articles I've read have indicated<br>25  that erectile dysfunction can be an indicator of<br>page 42<br>1  cardiovascular disease. Are you familiar with that? | Pl's Obj.: Same.<br><br>Pl's Obj.: R.611. Leading. R.401, R.402 -- evidence related to erectile dsyfunction is not relevant to the issues in this case. Subject of MIL. | Deft's Resp.: Same as above.<br>Deft's Resp.: Question is not leading as it asks whether the witness is familiar with certain articles, it does not suggest the answer and, in any event, Defendant may lead the witness when cross-examining Plaintiff's treating physician who is a witness identified with an adverse party - R.611( c ); erectile dysfunction is relevant because it is linked to atherosclerosis; see Defendant's Memorandum in Opposition to Plaintiff's Motion in Limine # 1. |
| [42:5] - [42:18] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations | | |
| page 42<br>5   A.   Yes, sir. | Pl's Obj.: Same. | Deft's Resp.: Same as above. |
| 6   Q.   And why -- why is it that it can be an<br>7  indicator?<br>8   A.   It has to do with atherosclerosis. And<br>9  just the same as patients that have -- have pain in<br>10  their legs when they walk, may have blockage in their<br>11  legs, the circulation to your genitalia does come<br>12  from blood vessels, and blockage in those blood<br>13  vessels will inhibit blood flow to your genitalia,<br>14  which can cause erectile dysfunction. There also may<br>15  be other factors. Macrovascular disease, small tiny<br>16  blood vessels. And I don't know that data quite as<br>17  well, but that is a -- a possibility. That's one of<br>18  many, many other causes. | Pl's Obj.: R.611. Leading. R.401, R.402 -- evidence related to erectile dsyfunction is not relevant to the issues in this case. Subject of MIL. | Deft's Resp.: Leading objection was not made at the deposition and is waived Fed.R.Civ.P.32(d)(3)(B); question does not suggest the answer; Defendant may lead treating physician identified with Plaintiff - R. 611(c); Question is not leading because it is asking why erectile dysfunction can be an indicator of cardiovascular disease, it does not suggest the answer; erectile dysfunction is relevant to causation because it is linked to atherosclerosis; see |
| [42:24] - [43:13] 10/24/2006 Koenig, Mark 9-12-2006<br><br>* Defendant's Affirmative Depo Designations | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of Testimony of**
**Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| page 42<br>24   Q.      What about stress?  Is that a -- a risk<br>25 factor?<br>page 43<br>1    A.      We believe so, yes, sir.<br>2    Q.      And why is that?<br>3    A.      People that are in distress, as people<br>4  that are depressed as well, have a higher incidence<br>5  of myocardial infarction, heart attacks, and possibly<br>6  higher development of atherosclerosis.  We don't<br>7  fully understand the reasons.  There's -- there's<br>8  chemical reasons.  It may -- stress may affect your<br>9  blood pressure.  It may affect your handling of<br>10  lipids.  It affects certain hormones, certain stress<br>11  hormones, cortisol, as well, which can predispose you<br>12  to development of blockages from these hormones when<br>13  they're out of balance.  We think stress can do that. | | Defendant's Memorandum<br>in Opposition to Plaintiff's<br>Motion in Limine # 1. |
| [43:19] - [46:25] 10/24/2006 Koenig, Mark 9-12-2006<br><br>Defendant's Affirmative Depo Designations<br><br>page 43<br>19   Q.      Let me -- I want to turn to your medical<br>20  records for Mr. Dedrick, and I have some of the pages<br>21  copied here since you didn't have so many.  But let<br>22  me mark as Exhibit 2 a copy of the admission history<br>23  and physical at St. Thomas Hospital.  Do you have<br>24  that in your records?<br>25   A.      Yes, sir.<br>page 44<br>1            (Defendant's Exhibit Number 2<br>2            was marked for identification.)<br>3    Q.      And I'll set it there.  You may not need<br>4  it if you have it there in front of you, but I'll<br>5  just mark it as Exhibit 2 for reference purposes.<br>6            And before we get into this document too<br>7  much, who referred Mr. Dedrick to you, as best you<br>8  recall?<br>9    A.      Dr. McPherson sent him up for a cardiac<br>10  catheterization.<br>11   Q.      And do you do a lot of cardiac caths for<br>12  Dr. McPherson?<br>13   A.      No.  He does cardiac catheterizations as<br>14  well.  I just happened to be in the lab that day.<br>15  There's multiple physicians in our group that do | Pl's Obj.:  R.401, R.402. | |

### Dedrick v. Merck Co., Inc.
#### Plaintiff's and Defendant's Designations of Testimony of
#### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 16 catheterizations and angioplasty. Dr. McPherson does<br>17 quite a few as well. But the day that this gentleman<br>18 needed a catheterization, he probably was not in the<br>19 catheterization lab.<br>20   Q.   Can you explain to the jury your -- y'all<br>21 have a pretty big cardiology group here, and there's<br>22 some other cardiologist groups, are there not?<br>23   A.   Yes, sir.<br>24   Q.   And do y'all all work together?<br>25   A.   All of us within our group or other --<br>page 45<br>1 all the different groups?<br>2   Q.   Within your group.<br>3   A.   Yes, we do.<br>4   Q.   I notice that Dr. McPherson is seen in<br>5 the records, and you are seen in the records, as well<br>6 as a Dr. Coltharp?<br>7   A.   He's not in our group.<br>8   Q.   Right. He is in another group?<br>9   A.   Yes.<br>10   Q.   And he did the bypass surgery?<br>11   A.   Yes, sir.<br>12   Q.   Can you explain how y'all all work<br>13 together generally in a case like this?<br>14   A.   Typically, from my -- I don't know much<br>15 about this gentleman particularly. But he came in<br>16 with a myocardial infarction, was treated at the<br>17 outlying hospital. Dr. McPherson admitted him to the<br>18 hospital here and transferred here. Did the initial<br>19 -- put him on whatever medicines he was on and then<br>20 sent him up for a cardiac catheterization. And they<br>21 typically get put on the list, and we each have so<br>22 many patients that day in the catheterization suite.<br>23 He was on my list. I did his arteriogram. I called<br>24 Dr. McPherson when I was done, and we discussed it.<br>25 He may or may not have looked at the arteriograms and<br>page 46<br>1 made the decision to refer him to surgery. I can't<br>2 remember if Dr. McPherson or myself made the phone<br>3 call to the surgeons who reviewed the films.<br>page 46<br>11   Q.   So Mr. Dedrick was treated by several<br>12 different cardiologists, all who specialize in the<br>13 areas in which they treated him?<br>14   A.   I do not know that. I know that there is<br>15 two of us that treated him, two cardiologists:<br>16 . McPherson and myself. I do not know if other<br>17 cardiologists were involved. Dr. Coltharp is a | | |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 18 cardiovascular surgeon. He's a different specialty.<br>19 He does open-heart surgery. He -- he saw -- and he<br>20 may have had people in his group as well who assisted<br>21 him. So I -- I don't know that answer.<br>22    Q.    Okay. But Mr. Dedrick was referred to<br>23 somebody that specializes in this type of<br>24 cardiovascular surgery?<br>25    A.    Yes, sir.<br><br><br>[47:9] - [47:11] 10/9/2006 Mark Koenig, M.D.<br><br>page 47<br>9    Q.    And this is the only time you saw him,<br>10 was in -- when you did your cardiac cath procedure?<br>11    A.    Yes, sir.<br><br><br>[47:19] - [52:1] 10/9/2006 Mark Koenig, M.D.<br><br>page 47<br>19    Q.    On the first page of the admission<br>20 story and physical exam that we've marked as<br>21 Exhibit 2, I noted a couple of things. It said that<br>22 he had multiple cardiac risk factors as well as the<br>23 fact that he had had an MI and treated with<br>24 thrombolytic therapy.<br>25    A.    Yes, sir.<br>page 48<br>1    Q.    What is that -- what is thrombolytic<br>2 therapy?<br>3    A.    Thrombolytic therapy is a blood clot<br>4 dissolving medicine we use to treat patients with<br>5 heart attacks.<br>6    Q.    And is the hope to open up the -- the<br>7 passageway for more blood to flow?<br>8    A.    Yes, sir.<br>9    Q.    Now, I notice in the admission, it said<br>10 that Mr. Dedrick was sent up from Waynesboro,<br>11 Tennessee.<br>12    A.    I see that.<br>13    Q.    And is that -- is that some distance away<br>14 from here?<br>15    A.    Yes, sir.<br>16    Q.    And it says on arrival here, he was<br>17 feeling much better with resolution of his chest<br>18 pain. What does that indicate to you? That<br>19    A.    Let me see that for a second. That | | |

### Dedrick v. Merck Co., Inc.
#### Plaintiff's and Defendant's Designations of Testimony of
#### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 20  either implies that the medicine opened up the blood<br>21  vessel or it didn't and the heart attack was -- was<br>22  completed to a point where his pain resolved.<br>23     Q.     It also goes on to say in that same<br>24  sentence that resolution -- "with resolution of his<br>25  chest pain and resolution of his ST segment elevation<br>page 49<br>1  on his EKG." What does that mean about the ST<br>2  segment?<br>3     A.     When you have a heart attack, typically<br>4  you have a portion of your electrocardiogram which<br>5  looks like a bunch of lines and squiggles on a piece<br>6  of paper. Part of it raises -- part of a -- the<br>7  squiggle goes up from the baseline, and that implies<br>8  a heart attack. When you have resolution, when you<br>9  give the medicine, thrombolytic therapy, or whatever<br>10  you did to open up the blood vessel, whenever the<br>11  blood vessel is opened up, typically the ST segment<br>12  elevation will come down to baseline. It will<br>13  improve. It can also happen with resolution of the<br>14  heart attack. It can do nothing over time.<br>15     Q.     Can thrombolytics help with that?<br>16     A.     Yes, sir.<br>17     Q.     Restoring blood flow to the heart?<br>18     A.     Yes, sir.<br>19     Q.     Can a heart be kind of stunned after a<br>20  heart attack?<br>21     A.     Yes, sir.<br>22     Q.     And I've -- I've seen the word<br>23  "reperfusion." Does that mean blood flow getting<br>24  back to an area where it had been blocked?<br>25     A.     Yes, sir.<br>page 50<br>1     Q.     And can that -- can a heart improve once<br>2  it gets that blood flow?<br>3     A.     Yes.<br>4     Q.     Do y'all see that in patients?<br>5     A.     Yes.<br>6     Q.     Is that why therapy like that<br>7  thrombolytic therapy is given?<br>8     A.     Yes, sir.<br>9     Q.     The quicker the better?<br>10     A.     Yes.<br>11     Q.     On this history, I note then that it<br>12  talks about past medical history. Do you see that?<br>13     A.     Yes, sir.<br>14     Q.     In terms of risk factors, what are the<br>15  risk factors you note there from that? | | |

### Dedrick v. Merck Co., Inc.
#### Plaintiff's and Defendant's Designations of Testimony of
#### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 16   A.   Tobacco use, diabetes, hypertension, 17 hyperlipedemia.  And I don't know if rheumatoid 18 arthritis is -- is a risk factor at all in this 19 patient regarding this. 20   Q.   And down below at the bottom under 21 "Family History," what is denoted there? 22   A.   It says, "Younger brother has premature 23 coronary disease," which is blockage in the blood 24 vessel at a young age. 25   Q.   Now, the first one of these listed page 51 1 tobacco use.  We've discussed your thoughts on the 2 significance of it as a risk factor? 3   A.   Yes, sir. 4   Q.   Assume with me that Mr. Dedrick was 5 smoking one and a half to two packs of cigarettes a 6 day for 20 to 30 years prior to this heart attack. 7 Could that have significantly contributed? 8   A.   Yes, sir. 9   Q.   Is it likely that it contributed? 10   A.   Yes, sir. 11   Q.   The next thing is diabetes. Now, assume 12 with me that Mr. Dedrick had diabetes diagnosed for 13 some years before his heart attack and before you saw 14 him.  Okay? 15   A.   Okay. 16   Q.   I know we've discussed diabetes a little 17 bit earlier, but would you consider that a 18 contributing factor to his heart disease and heart 19 attack? 20   A.   Yes, sir. 21   Q.   Same thing with hypertension.  If Mr. 22 assume with me, as you note in the history, that he 23 has hypertension, that he had had problems with blood 24 pressure control for some years.  Would you consider 25 that a factor in his cardiovascular disease and heart page 52 1 attack? | **Pl.'s Obj.:**  R.611 - leading questions.<br><br><br><br><br>**Pl's Obj.:**  Assumes facts not in evidence.  Lack of foundation.  No evidence that Plaintiff's blood pressure has been uncontrolled, particularly for some years. | **Deft's Resp.:**  Questions are not leading as they incorporate prior testimony and evidence, they seek the witness's opinion about contributing factors to Plaintiff's heart attack, they do not suggest the answer and, in any event, Defendant may lead the witness when cross-examining Plaintiff's treating physician who is a witness identified with an adverse party - R.611(c).<br><br>**Deft's Resp.:**  Plaintiff's hypertension and blood pressure problems are or will be in evidence; witness is a board certified cardiologist and interventional cardiologist who has been treating patients with heart problems for over 15 years and who is qualified based upon his education, training and experience to answer a question about whether hypertension was a factor in the Plaintiff's cardiovascular disease. |
| [S    ] - [53:20] 10/24/2006 Koenig, Mark 9-12-2006 | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| page 52 | | |
| 3    A.    Yes, sir. | **Pl's Obj.:** Same. | **Deft's Resp.:** Same as above. |
| 4    Q.    Hypercholesterolemia, we discussed that a | | |
| 5  little bit earlier, which is shown as part of his | | |
| 6  medical history.  Do you have an opinion as to | | |
| 7  whether that could be a contributing factor to his | | |
| 8  heart disease? | | |
| 9    A.    Yes. | | |
| 10    Q.    And in what way would it be? | | |
| 11    A.    It would increase his risk of coronary | | |
| 12  disease. | | |
| 13    Q.    Okay.  The other one here, the family | | |
| 14  history you talked about earlier.  It says right | | |
| 15  here, "Notable for a younger brother with premature | | |
| 16  coronary artery disease"? | | |
| 17    A.    Yes, sir. | | |
| 18    Q.    I'm not sure if anything else is | | |
| 19  mentioned here.  Would it make a difference in his | | |
| 20  kind of risk profile whether there were other family | | |
| 21  members that also suffered from severe cardiovascular | | |
| 22  disease? | | |
| 23    A.    I think if you've got a younger brother | | |
| 24  with premature coronary artery disease, that's enough | | |
| 25  of a risk factor, where if you have three or four | | |
| page 53 | | |
| 1  more -- I'm not sure how much more -- it may be a | | |
| 2  little more -- may be a little additive.  But once | | |
| 3  you have a younger brother with coronary disease, | | |
| 4  that's pretty significant. | | |
| 5    Q.    And we know this patient was 47 years | | |
| 6  old? | | |
| 7    A.    Yes, sir. | | |
| 8    Q.    And what is significant about having a | | |
| 9  younger brother with the disease in terms of your | | |
| 10  cardiology assessment of a patient? | | |
| 11    A.    We expect the patients to develop | | |
| 12  coronary disease, everybody, when you get older to | | |
| 13  some degree or another.  So if your father died of a | | |
| 14  myocardial infarction, of a heart attack, when he was | | |
| 15  82 years old, that's not really as strong a risk | | |
| 16  factor as someone who has coronary disease and having | | |
| 17  angioplasty bypass surgery or myocardial infarction | | |
| 18  when you're in your 30s, 20s, or 40s. That's a -- | | |
| 19  that increases your risk significantly, as opposed to | | |
| 20  someone who's 60 or 70. | | |
| | | |
| [54:8] - [58:10] 10/24/2006 Koenig, Mark 9-12-2006 | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of Testimony of**
**Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| page 54<br>8   Q.     And it talks about next the 12-lead EKG?<br>9   A.     Yes, sir.<br>10   Q.     And it talks about it being markedly<br>11 improved.  What does that mean?<br>12   A.     It means that --<br>13   Q.     Would that be from the initial one, when<br>14 he came in?<br>15   A.     Right, from a prior EKG, correct.<br>16   Q.     And what would that indicate to you,<br>17 without knowing the specifics of what the improvement<br>18 was?<br>19   A.     That probably the medicine that they gave<br>20 helped in improving the blood -- in opening up the<br>21 blood vessel.<br>22   Q.     And does that help the heart recover<br>23 function?<br>24   A.     Yes, sir.<br>25   Q.     And down there under "Plan," it talks<br>page 55<br>1 about some things that Dr. McPherson was planning to<br>2   And one of them, he says that he'll get an echo<br>3 in the morning and a cardiac catheterization within<br>4 the next few days.<br>5   A.     Yes, sir.<br>6   Q.     And that's where you came in?<br>7   A.     Yes, sir.<br>8   Q.     Okay.  Well, that's what I want to turn<br>9 to, then, your cardiac cath report.<br>10         Now, one question I had is, sometimes<br>11 when a patient comes in having an acute MI, are they<br>12 cathed very quickly?<br>13   A.     It depends.<br>14   Q.     This one was, I guess, a couple days<br>15 later --<br>16   A.     Yes, sir.<br>17   Q.     -- that he was cathed?  Can you explain<br>18 to the jury why that would be in -- in a case like<br>19 this?<br>20   A.     When you present to the hospital with a<br>21 heart attack, our goal is to open up the blood vessel<br>22 as soon as possible.  We typically have a thing<br>23 called a door-to-balloon time.  We try to get the<br>24 blood vessel open within an hour and a half of the<br>25 time that they present to the emergency room with<br>page 56<br>1 chest pain. |  |  |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 2    Q.    Is that a -- is that something you had<br>3 with your group, or is that kind of --<br>4    A.    National. That's pretty much national<br>5 standards.<br>6    Q.    Okay.<br>7    A.    If it's going to be more than an hour and<br>8 a half from the time you do the arteriogram -- from<br>9 the time the patient arrives in the emergency room<br>10 until the time you do connection -- do the -- get the<br>11 patient to the catheterization lab after the<br>12 emergency room work is complete, do the arteriogram,<br>13 find the blockage, get the medicines into the<br>14 patient, get them wired past the blockage, and use<br>15 the balloon to open up the blood vessel. That whole<br>16 sequence has to be within 90 minutes. That's what we<br>17 strive for. If we think it's going to be longer than<br>18 that, we tend to use thrombolytic therapy.<br>19          So, for example, this gentleman was a<br>20 long ways away. We knew that there's no way he could<br>21 be flown or -- from where he was in Waynesboro up to<br>22 here, which is an hour and a half. We tend to give<br>23 thrombolytic therapy. That's pretty much what most<br>2● rdiologists do in this country. We give medicines<br>25 to open up the blood vessel. And, typically, once<br>page 57<br>1 you've opened up the blood vessel, if we think that<br>2 the patient is still have having a heart attack, if<br>3 the EKG has -- still has ST elevation and or it does<br>4 not look any better and the patient is having chest<br>5 pain or the patient is very unstable with blood or<br>6 fluid  in their lungs or something else is going on,<br>7 heart  rhythm problems, we then take them to the<br>8 catheterization lab emergently. If they're stable<br>9 and it looks like the medicine worked, we like to<br>10 wait at least a day, maybe more, to wait for the<br>11 medicine to wear off. Typically, the thrombolytic<br>12 therapy has a half life. Within 12 to 24 hours, it's<br>13 still around, it still is dissolving the clot, has<br>14 worked at dissolving our clot. Once the clot is<br>15 dissolved, a blood thinner called heparin, which, I<br>16 believe, he was on, is maintained, and that helps<br>17 keep the blood vessel open.<br>18          If you do an arteriogram on someone who<br>19 has just gotten this medicine, like in this case, of<br>20 thrombolytic therapy, the risk of bleeding from a<br>21 puncture site in the leg is higher, and they can have<br>2● ore complications. You may need transfusions or<br>23 need emergent surgery to fix the -- repair the damage | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of Testimony of**
**Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| 24  you may have done going in.  So, typically, we like<br>25  to wait for a day, and for other factors, he may have<br>page 58<br>1  waited a second day.<br>2    Q.    And he seemed to be stable?<br>3    A.    Yes, sir.<br>4          (Defendant's Exhibit Number 3<br>5          was marked for identification.)<br>6    Q.    Well, let me hand you what is marked as<br>7  Exhibit 3, which you can certainly refer to the one<br>8  in your records, which is a copy of your -- it's<br>9  supposed to be a copy of your cardiac cath report.<br>10    A.    I believe I have it here, sir.<br><br><br>[58:21] - [64:7] 10/9/2006 Mark Koenig, M.D.<br><br>page 58<br>21    Q.    Is this -- what I've marked as Exhibit 3<br>22  and there in your records, is that your report?<br>23    A.    Yes, sir.<br>24    Q.    And does that reflect your findings from<br>25  you know, what you did and your findings from the<br>page 59<br>1  cardiac cath procedure?<br>2    A.    Yes, sir.<br>3    Q.    And this is dated January 10th, 2003?<br>4    A.    Yes, sir.<br>5    Q.    At the top, it talks about the procedures<br>6  performed.<br>7    A.    Yes, sir.<br>8    Q.    And I note it shows actually four<br>9  procedures in -- in addition to him being sedated.<br>10  Can you just tell the jury what each one of those is<br>11  and what its purpose is?<br>12    A.    When we perform a -- what people will<br>13  refer to as a heart catheterization, a cardiac<br>14  catheterization, an angiogram of the heart, it has<br>15  several components, one is -- which is not listed, is<br>16  access, putting a tube into the leg.  After that, we<br>17  put a tube -- and there's different orders you can do<br>18  this in.  What I did is put a tube into the blood<br>19  vessel, into the blood vessel of the heart, and we<br>20  inject the fluid with iodine.  That outlines the<br>21  blood vessels.  That is called coronary angiography,<br>22  where you're doing an angiogram and doing an<br>23  arteriogram of outlining the blood vessels with dye.<br>24  And that is number three on my list down there. | **Pl's Obj.:**  Cumulative.<br>Document introduced twice.<br><br><br><br><br><br><br><br>*Overruled* | **Deft's Resp.:**  Although<br>Exhibit 3 was marked as<br>part of the witness's medical<br>records, the testimony<br>related to Exhibit 3 is not<br>cumulative and it will assist<br>the trier of fact in<br>understanding the<br>testimony as so marked. |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 25        Cardiac catheterization basically refers<br>page 60<br>1  to putting a tube into the main pumping chamber of<br>2  the heart and obtaining blood pressure measurements.<br>3  Left ventriculography is the part of the heart<br>4  catheterization that we inject dye into the tube into<br>5  the main pumping chamber of the heart.  That enables<br>6  us to take a look and see how strong the heart is at<br>7  that point in time.<br>8      Q.      And is that where you get the ejection<br>9  fraction?<br>10     A.     Yes, sir.<br>11     Q.      And is the left ventricular where the<br>12  main work of the heart is, the pumping?<br>13     A.     Yes, sir.<br>14     Q.      And so you looked -- you're going in to<br>15  look not only at whether he had blockages throughout<br>16  his heart in different areas, you're also looking to<br>17  see how strong was his heart following his heart<br>18  attack?<br>19     A.     Yes, sir.<br>20     Q.      And then I noticed one last thing you<br>2   ere doing.  It had something to do with a -- with<br>22  bypass grafting?<br>23     A.      Yes.  We do an angiogram of the shoulder<br>24  arteries sometimes to see if there's blockages in the<br>25  shoulder artery.  There's a blood vessel called the<br>page 61<br>1  mammary artery that comes off your left and right<br>2  shoulder arteries that supplies blood to your chest<br>3  wall.  And the surgeons will typically use that blood<br>4  vessel, if they can, in bypass grafting because it<br>5  stays open.  Sometimes people take a look at the<br>6  subclavian artery to make sure there's no blockages<br>7  in it because it supplies blood to the mammary<br>8  artery.  And look at the mammary artery for size for<br>9  bypass grafting.<br>10     Q.      And you do this in patients where you<br>11  might be contemplating the best course of action is<br>12  bypass surgery?<br>13     A.     Yes.<br>14     Q.      Now, with -- with Mr. Dedrick -- and I<br>15  guess I'll just start in the order of what you found<br>16  in your report.  The report starts off, you know,<br>17  what your procedure was.  And that is the procedure<br>18  you used to do these different examination<br>1   eterminations?<br>20     A.     Yes. | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of Testimony of**
**Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| 21    Q.    Now, you talked about the left 22 ventriculography, which is looking at the pumping 23 action of the left ventricle? 24    A.    Yes, sir. 25    Q.    And what did you find when you went in page 62 1 there and assessed the strength of the heart? 2    A.    Overall, the bottom wall of the heart was 3 not moving very well.  It was barely moving to any 4 proportion, if not moving at all, based on my report. 5 Overall strength of the heart in this study was 6 fairly normal. 7    Q.    Okay.  Now, if you're trying -- if you're 8 trying to determine the strength of the heart and how 9 well it's working, is this a study you would do? 10    A.    You're asking what the best test for 11 looking at the strength of the heart is in general 12 after a heart attack, or is this a test I would do to 13 look at the strength of the heart? 14    Q.    Number one, is this -- is this a test you 15 would do to look at the strength of the heart? 16    A.    Yes, sir. 1    Q.    And is this a good diagnostic test to 18 help you make treatment decisions from? 19    A.    Yes, it's a good diagnostic test to help 20 make decisions. 21    Q.    And based upon the strength of the heart, 22 how well it's pumping, that impacts future course of 23 therapy? 24    A.    Yes. 25    Q.    And you're comfortable that this page 63 1 procedure is one that you can use to make those 2 treatment decisions? 3    A.    In and of itself, in this case, yes. 4    Q.    Okay.  And I assume you knew when you did 5 it that others -- others that were caring for him 6 also would be relying upon that number? 7    A.    Relying on that number and other data. 8    Q.    Other data.  And I -- from there, you 9 looked at the coronary arteries? 10    A.    Yes, sir. 11    Q.    And kind of -- can you explain to the 12 jury what you found?  I think they're -- there are 13 four or five different arteries you looked at, or if 14 not more. A.    Yes.  The heart has a main artery on the 16 left side and a main artery on the right side.  The | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 17 one on the left side bifurcates; it forks to give a<br>18 blood vessel that supplies the front of the heart and<br>19 then one that supplies blood behind the heart. The<br>20 one on the right side supplies blood to the right<br>21 side of the heart to the right ventricle and<br>22 underneath the heart. What I found was basically<br>23 blockages in all three blood vessels.<br>24    Q.    Would you conserve -- consider that, you<br>25 know, mild, moderate or significant cardiovascular<br>page 64<br>1 disease?<br>2    A.    I wouldn't consider it mild to moderate.<br>3 I would say severe three-vessel coronary disease.<br>4 "Severe" meaning that you have blockages of 70<br>5 percent of more in three blood vessels. It's -- we<br>6 tend to refer to it as severe three-vessel coronary<br>7 disease.<br><br><br>[64:18] - [65:1] 10/9/2006 Mark Koenig, M.D.<br><br>page 64<br>18    Q.    Well, can you tell me from your report<br>19 what the blockages were, where they were, and how<br>20 significant they were?<br>21    A.    He has blockages in main vessels and what<br>22 appears to be branch vessels as well. When the blood<br>23 vessel splits off, it may branch out to form another<br>24 vessel, and that vessel may branch as well. He has<br>25 blockages in all the main branches and branch vessels<br>page 65<br>1 there.<br><br><br>[65:12] - [77:23] Mark Koenig<br><br>12    Q.    Doctor, let me hand you what's marked as<br>13 Exhibit 4. And that's probably in your records<br>14 somewhere. But it looks like some handwritten notes<br>15 from the cardiac cath procedure?<br>16    A.    Yes, sir.<br>17    Q.    And does -- does this say anything<br>18 different than your report says?<br>19    A.    No.<br>20    Q.    I noted on here that the very top item on<br>21 there, in terms of the list, is the left ventricle?<br>22    A.    Yes, sir.<br>23    Q.    And you put 55 to 60. Is that percent? | | |