**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 24   A.   Yes, sir.<br>25<br>page 66<br>1 that a normal functioning heart in terms of pumping<br>2 action.<br>3   A.   Normal overall function of the heart.<br>4   Q.   In terms of a patient who's had an MI,<br>5 like Mr. Dedrick, is this the kind of number you hope<br>6 for when you go in there and look?<br>7   A.   Based on the number itself, yes.<br>8   Q.   Okay. But you mentioned that there is<br>9 some -- was some wall abnormality?<br>10   A.   Yes, sir.<br>11   Q.   And I assume that is a reflection of<br>12 damage from the heart attack itself?<br>13   A.   Or stunning, yes.<br>14   Q.   You mentioned before this concept of<br>15 stunning, and just so the jury understands, is -- is<br>16 that some impact to the heart that you see shortly<br>17 after a heart attack like this that can change over<br>18 time?<br>19   A.   Yes, sir.<br>20   Q.   And what -- can it improve?<br>21   A.   Yes, sir.<br>22   Q.   If you have a patient that's had a heart<br>23 attack, like Mr. Dedrick, and you get an ejection<br>24 fraction of 55 to 60 percent, do -- so long as they<br>25 continue to improve, do you go back in and check that<br>page 67<br>1 number again?<br>2   A.   Yes, sir.<br>3   Q.   And how often do you do that?<br>4   A.   Typically, in this situation, we would<br>5 probably wait a period of time after surgery. It<br>6 depends on the cardiologist. It depends on the<br>7 clinical condition. It depends upon if the patient<br>8 was getting back to work and needed data sooner.<br>9 Usually, between one and three months, we would<br>10 reassess the function of the heart.<br>11   Q.   Okay. Now, you mentioned earlier that<br>12 you do this check, this left ventricle, the ejection<br>13 fraction or EF, to determine if it's safe to proceed<br>14 with surgery, too. It's one of the things you do?<br>15   A.   Yes. It gives us the an idea of the risk<br>16 of surgery.<br>17   Q.   And did this give you an indication -- a<br>18 comfort zone that he was -- his heart was fine for<br>19 surgery? | **Pl's Obj.:** R. 611 -- leading.<br><br>Overruled 611c | **Deft's Resp.:** Leading objection was not made at the deposition and is waived Fed.R.Civ.P.32(d)(3)(B); Defendant may lead treating physician identified with Plaintiff - R.611(c). |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 20  A.   Yes, sir. | | |
| 21  Q.   Did it give you some comfort that he has, | | |
| 22 you know, fairly -- given his heart attack, fairly | | |
| 23 well-preserved functionality of the heart? | | |
| 24  A.   His overall systolic function, the amount | | |
| 25 that's pumped out, is normal here. | | |
| page 68 | | |
| 1  Q.   And that -- that's a good thing? | | |
| 2  A.   That's good, yes, sir. | | |
| 3  Q.   And that -- does that help you in terms | | |
| 4 of making a decision on future therapy and future | | |
| 5 prognosis? | | |
| 6  A.   It does. | | |
| 7  Q.   Okay.  Does -- did this enable you to say | | |
| 8 that he was a good candidate for bypass surgery? | | |
| 9  A.   Yes, sir. | | |
| 10  Q.   And did you make that recommendation? | | |
| 11  A.   Yes, sir. | | |
| 12  Q.   And going back to Exhibit 3 for a minute, | | |
| 13 your cardiac cath report, I just -- kind of to | | |
| 14 summarize, in the left descending, I noted anywhere | | |
| 15 from a 40 percent to 75 percent stenosis on your | | |
| 16 report? | | |
| 17  A.   Yes, sir. | | |
| 18  Q.   And does that -- when we say "stenosis," | | |
| 19 do we mean blockage? | | |
| 20  A.   Yes, sir. | | |
| 21  Q.   Okay.  And the next one is the LCX.  And | | |
| 22 what is that? | | |
| 23  A.   The circumflex artery.  It's the one that | | |
| 24 goes behind the heart. | | |
| 25  Q.   And I saw on that one different areas of | | |
| page 69 | | |
| 1 disease ranging from 50 to 80 percent? | | |
| 2  A.   Yes, sir. | | |
| 3  Q.   And that would be significant stenosis? | | |
| 4  A.   Yes, sir. | | |
| 5  Q.   Then in the right coronary artery, that | | |
| 6 seems to be where he had the largest stenosis? | | |
| 7  A.   Yes, sir. | | |
| 8  Q.   And can you tell the jury how much | | |
| 9 stenosis you saw there? | | |
| 10  A.   The blood vessel had a 95 percent | | |
| 11 blockage in the middle of the blood vessel. | | |
| 12  Q.   And what was that due to?  What was the | | |
| 13 cause of that? | | |
| 14  A.   That was the blood clot, the heart | | |
| 15 attack. | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 16   Q.      Was the actual stenosis itself in that 17 area, the atherosclerosis, 95 percent; or was that 18 the atherosclerosis, plus a blood clot? 19   A.      That's probably combined. 20   Q.      Okay.  And so do you know how much 21 stenosis there was before they had -- he had plaque 22 rupture in that area? 23   A.      I do not know. 24   Q.      Is the probable cause of the blood clot 25 in that area a plaque rupture? page 70 1   A.      Most likely. 2   Q.      And as you described earlier, is that one 3 of the most common ways heart attacks occur? 4   A.      Yes, sir. 5   Q.      So in a patient, if you just had one 6 blocked artery, whether it's Mr. Dedrick or someone 7 else, would you recommend something other than 8 bypass? 9   A.      Typically, we would recommend 10 angioplasty. 11   Q.      And is that where you talked about the 12 balloon or a stent? 13   A.      Yes, sir. 14   Q.      Where you go in and open that vessel up 15 and put something in there to keep it open? 16   A.      Yes, sir. 17   Q.      Okay.  Now, the fact that he had disease 18 in -- did you say three -- 19   A.      Yes, sir. 20   Q.      -- three of the main coronary arteries -- 21   A.      Yes. 22   Q.      -- did that help you make a decision as 23 to what you were going to recommend? 24   A.      Yes, sir. 25   Q.      And can you explain that to the jury? page 71 1   A.      When someone has significant disease in 2 more than one blood vessel, say 70 percent or more 3 multiple blood vessels, we tend to try and see the 4 best way to open up these blood vessels or to 5 revascularize, to restore blood flow to the heart. If 6 we feel all these blood vessels have significant 7 blockages in them, we try to make a decision on 8 whether or not to perform angioplasty or bypass 9 surgery.  If they're very short focal blockages, we 10 could easily place stents into, we would do the blood 11 vessel that had the heart attack first, let the | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 12 patient go home.  If these other blockages are not 90<br>13 percent, and bring them back in and do the other<br>14 blockages electively.  But when you have multiple<br>15 blockages, we tend to say there's -- it would require<br>16 too many stents, and there's data that shows that<br>17 diabetics with multivessel coronary disease,<br>18 especially with some dysfunction of part of the<br>19 heart, maybe the best choice would be bypass surgery<br>20 for him.  I think he had not focal blockages, but he<br>21 had many blockages.  And I thought angioplasty was<br>22 probably not the best thing for him. | | |
| 23    Q.    When you mentioned that he had -- didn't<br>24 just have focal blockages, he had many blockages?<br>25    A.    Yes, sir.<br>page 72<br>1    Q.    In other words, in one vessel you might<br>2 have had a really big one, but were there others down<br>3 the line of the vessel?<br>4    A.    On the right side, there were.  On the<br>5 left side, there were blockages in the branch<br>6 vessels.<br>7    Q.    Now, one other thing you did was you<br>8 determined whether he had a suitable --<br>9    A.    -- Mammary artery.<br>10    Q.    -- mammary artery, correct?<br>11    A.    Yes, sir.<br>12    Q.    And did he?<br>13    A.    Yes, sir.<br>14    Q.    Now, your impression on your report,<br>15 could you read that for the jury, please?<br>16    A.    Critical disease in the right coronary<br>17 artery with severe disease in both left anterior<br>18 descending artery and circumflex artery with normal<br>19 overall systolic function.<br>20    Q.    All right.  When you say "normal overall<br>21 systolic function," are you referring to that<br>22 ejection fraction?<br>23    A.    Yes, sir.<br>24    Q.    And is ejection fraction, is that<br>25 measuring the systolic function?<br>page 73<br>1    A.    Yes, sir.<br>2    Q.    Then under the discussions, you talked --<br>3 generally what you've already told us, but you<br>4 mentioned he'd be best served by bypass grafting,<br>5 especially with his known diabetes.  Does this have<br>6 to do with diabetics reblocking or blocking again?<br>7    A.    Yes, sir. | **Pl.'s Obj.:**  R.611 - leading.<br><br>Overruled | **Deft's Resp.:**  Leading<br>objection was not made at<br>the deposition and is waived<br>Fed.R.Civ.P.32(d)(3)(B);<br>Defendant may lead treating<br>physician identified with<br>the Plaintiff - R.611(c).<br>Question is not leading as<br>it summarizes prior<br>testimony, it seeks<br>clarification. |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 8   Q.    And is that kind of what we talked about<br>9  earlier, the risk of cardiovascular disease in<br>10  diabetics?<br>11   A.    Yes, sir.<br>12   Q.    So somebody with this severe disease in<br>13  so many different places and a diabetic, would you<br>14  typically recommend this bypass surgery?<br>15   A.    Usually.<br>16   Q.    Now, if a patient like Mr. Dedrick had<br>17  come to you, you know, a week earlier before he had<br>18  the heart attack and you had done a cath procedure<br>19  and found these blockages, would you have made the<br>20  same recommendation on bypass versus<br>21  revascularization?<br>22   A.    Typically, we perform cardiac<br>23  catheterization based on symptoms from a stress test,<br>24  so --<br>25   Q.    If you had done a stress test and he had<br>page 74<br>1  some abnormalities that suggested a cardiac cath and<br>2  you did a cardiac cath and found these type of<br>3  blockages, would you have made the same<br>4  ●mmendations, you believe?<br>5   A.    Yes, sir.<br>6   Q.    That it was best for him to have bypass<br>7  surgery?<br>8   A.    Yes, sir.<br>9   Q.    For -- if you had to go through and clear<br>10  out each vessel, you couldn't do that all at one time<br>11  with him, could you?<br>12   A.    No, sir.<br>13   Q.    Would it take multiple procedures?<br>14   A.    Yes, sir.<br>15   Q.    And was there a risk of those failing?<br>16   A.    Yes, sir.<br>17   Q.    You also mentioned -- okay.  I'm sorry.<br>18        With stents, when you put those stents in<br>19  to open up blood vessels --<br>20   A.    Yes, sir.<br>21   Q.    -- are -- is that an area where you have<br>22  a restenosis risk, or is that in other locations?<br>23   A.    Restenosis is the area that you put<br>24  stents in or dilate with a balloon.<br>25   Q.    Okay.<br>page 75<br>1   A.    So at that location.<br>2   ●Q.    So it would be at that location?<br>3   A.    Yes, sir. | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 4   Q.    And would it just form over the stent? | | |
| 5   A.    Yes, sir. | | |
| 6   Q.    And so based upon that you made the | | |
| 7 recommendation, would it go back to Dr. McPherson or | | |
| 8 to someone else about doing the bypass surgery? | | |
| 9   A.    I discussed it with him from what I can | | |
| 10 recall. | | |
| 11   Q.    With Dr. McPherson? | | |
| 12   A.    Yes, sir. | | |
| 13   Q.    I know it's been a long time, so -- | | |
| 14   A.    Yes. | | |
| 15   Q.    -- you may not remember the details well. | | |
| 16 But was Dr. McPherson kind of the head cardiologist | | |
| 17 for this patient? | | |
| 18   A.    Yes, sir. | | |
| 19   Q.    Okay.  And once you finished your cath, | | |
| 20 you wrote a letter to Dr. Herrera? | | |
| 21   A.    Yes, sir. | | |
| 22   Q.    And you probably discussed this at some | | |
| 23 point with Dr. McPherson? | | |
| 24   A.    Yes, sir. | | |
| 25   Q.    And is a letter to Dr. Herrera something | | |
| p. 76 | | |
| 1 you would typically do -- | | |
| 2   A.    Yes, sir. | | |
| 3   Q.    -- when seeing somebody else's -- a | | |
| 4 primary care's patient? | | |
| 5   A.    Yes, sir. | | |
| 6   Q.    I'm going to mark this letter as Exhibit | | |
| 7 Number 5. | | |
| 8         (Defendant's Exhibit Number 5 | | |
| 9         was marked for identification.) | | |
| 10   Q.    And is that a copy of the letter you sent | | |
| 11 to Dr. Herrera? | | |
| 12   A.    Yes, sir. | | |
| 13   Q.    And in it, I -- you essentially | | |
| 14 summarized what -- what you had found in the cardiac | | |
| 15 cath procedure? | | |
| 16   A.    Yes. | | |
| 17   Q.    And then recommended in here that he | | |
| 18 undergo bypass grafting? | | Overruled |
| 19   A.    Yes, sir. | | |
| 20   Q.    Okay.  And do you recall if you ever had | | |
| 21 any follow-up after that letter with regard to | | |
| 22 Mr. Dedrick? | | |
| 23   A.    No, sir. | | |
| 24   Q.    Now, with a patient such as Mr. Dedrick, | **Pl's Obj.:**  R. 611 -- leading. | **Deft's Resp.:**  Leading |
| 25 once you recommend them for bypass grafting, if they | | objection was not made at |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| page 77<br>1 have a lot of risk factors like smoking,<br>2 hypertension, diabetes, hyperlipidemia, things of<br>3 those nature, are they still at risk for developing<br>4 more cardiovascular disease and blockages?<br>5    A.    Yes, sir.<br>6    Q.    If you're treating the patient, if they<br>7 go in and have bypass surgery, what do you do then?<br>8 Do you try and treat their risk factors?<br>9    A.    Yes, sir.<br>10    Q.    And is that an important part of dealing<br>11 with your patients after they've had a heart attack?<br>12    A.    Yes, sir.<br>13    Q.    What are you trying to do?<br>14    A.    You're trying to reduce the risk of<br>15 sudden cardiac death, of people dying suddenly in the<br>16 future, trying to reduce the risk of a second<br>17 myocardial infarction and a second heart attack.<br>18 You're trying to modify the risk factors you're able<br>19 to modify.<br>20    Q.    It's my understanding that a large number<br>21 of cardiac deaths each year are in people who had no<br>22 [                ]a they had cardiovascular disease.<br>23    A.    Yes, sir. | | the deposition and is waived<br>Fed.R.Civ.P.32(d)(3)(B);<br>Defendant may lead treating<br>physician identified with<br>Plaintiff - R.611(c).<br>Question does not suggest<br>the answer. |
| | **Pl's Obj.:**  R. 611 -- leading. | **Deft's Resp.:**  Leading<br>objection was not made at<br>the deposition and is waived<br>Fed.R.Civ.P.32(d)(3)(B);<br>Defendant may lead treating<br>physician identified with<br>Plaintiff - R.611(c). |
| [78:2] - [79:10] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 78<br>2         Can you explain to the jury, kind of,<br>3 what you understand as a cardiologist, from your<br>4 training, kind of, the number of percentages of<br>5 people that their first sign of cardiovascular<br>6 disease is -- is a heart attack and sometimes death?<br>7    A.    I don't remember those numbers exactly.<br>8 And it depends upon the age group.  A large<br>9 percentage of male haves their first heart attack,<br>10 may not have any symptoms at all.  Typically, you<br>11 could have a blood vessel that has a 30 percent<br>12 blockage in it, and you may not even know you had a<br>13 blockage in it.  And for whatever reason, it can<br>14 rupture and cause sudden death or cause a heart<br>15 attack without sudden death, and that's actually very<br>16 common.  I'm trying to remember the exact numbers.<br>17 And I don't recall them exactly, but I think a -- in<br>18 certain age groups of young males, 25 to 40 percent<br>19 [   ] these males, the first sign of coronary disease<br>20 can be a heart attack or sudden death. | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 21   Q.   Does it frequently happen that people in 22 the age of 40 to 50 years old have a heart attack, 23 and that's their first knowledge they had 24 cardiovascular disease? 25   A.   Yes, sir. | | |
| page 79 1   Q.   In that group of people, do some of these 2 folks die before they can get intervention? 3   A.   Yes, sir. 4   Q.   If they survive their heart attack, you, 5 as the cardiologist, at that point, is that when you 6 go in and start dealing with what are their risk 7 factors? 8   A.   Typically, it's -- it's the cardiologist, 9 but some primary care physicians are aggressive in 10 managing it themselves. | | |
| [80:21] - [81:1] 10/24/2006 Koenig, Mark 9-12-2006 | | |
| page 80 21   From the beginning of the development of 22 atherosclerosis in someone's vessels like 23 Mr. Dedrick, until they have the -- until the time 24 that you see the blockages that you saw at the time 25 of his cardiac cath, just a rough estimate of years page 81 1 that takes? | PI's Obj.: Lack of foundation. R. 602. Speculation. | Deft's Resp.: Witness is a board certified cardiologist and interventional cardiologist who has treated patients with heart disease for over 15 years and who is qualified based upon his education, training and experience to opine about how long it usually takes atherosclerosis to get to a certain point. |
| [81:3] - [85:1] 10/24/2006 Koenig, Mark 9-12-2006 | | |
| Page 81 3   A.   I'm going to -- you're asking me to 4 speculate. Years. It may take -- it may take a 5 decade, maybe more. But I have no way of knowing in 6 this gentleman when it specifically started. 7   Q.   Now, from when it started until it was to 8 the point where he had a heart attack from the 9 blockages you saw, one thing -- one major factor in 10 all that is the number of risk factors he has and 11 whether they're controlled or not? 12   A.   Yes, sir. 13   Q.   Now, from the medical history there, you 14 -- you have some familiarity with Mr. Dedrick's risk 15 factors? 16   A.   Yes, sir. 17   Q.   The ones we talked about before, I think, | PI's Obj.: Same. | |
| | PI's Obj.: Asked and | Deft's Resp.: Although |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 18  from looking at your report, were the positive family<br>19  history in a younger brother?<br>20    A.    Yes<br>21    Q.    Hypertension?<br>22    A.    Yes, sir.<br>23    Q.    Hyperlipedemia?<br>24    A.    Yes, sir.<br>25    Q.    Diabetes?<br>page 82<br>1    A.    Yes, sir.<br>2    Q.    Smoking?<br>3    A.    Yes, sir.<br>4    Q.    And were there any others?<br>5    A.    We've discussed tobacco use.<br>6    Q.    Right.<br>7    A.    You said diabetes, hypertension, and<br>8  hyperlipidemia with a younger brother, coronary<br>9  disease at a premature age.<br>10    Q.    Assuming the history that -- that your<br>11  group was given on Mr. Dedrick was true, do you have<br>12  an opinion as to whether those risk factors caused<br>13  the progression, development and progression of<br>1    . Dedrick's atherosclerosis?<br>15    A.    Yes, I -- I presume that those are the<br>16  typical risk factors we normally see in people that<br>17  start the initiation of blockages and cause them to<br>18  progress.<br>19    Q.    You mentioned -- we discussed earlier the<br>20  fact that most heart attacks are caused by where<br>21  someone's plaque breaks loose and a blood clot forms<br>22  over it?<br>23    A.    Yes, sir.<br>24    Q.    The risk factors that Mr. Dedrick has,<br>25  you mentioned at least two of those that are known to<br>page 83<br>1  cause or contribute to that type of plaque rupture;<br>2  do you recall that?<br>3    A.    Yes, sir.<br>4    Q.    And which ones are those?<br>5    A.    We discussed tobacco use and<br>6  hypertension.  But dyslipidemia may play a role as<br>7  well as diabetes.<br>8    Q.    And all of those risk factors that you<br>9  just discussed, can those cause a plaque rupture?<br>10    A.    They could -- they could -- they could<br>11  accelerate the risk of plaque rupture.<br>1    Q.    And can at least some of them,<br>13  hypertension and smoking, can that be a cause of the | answered. | certain risk factors were<br>referenced in prior<br>testimony, these questions<br>were not previously asked<br>and it is appropiate to<br>incorporate all of the risk<br>factors identified in the<br>witness's report when<br>asking questions about the<br>Plaintiff's history and<br>whether those factors<br>caused Plaintiff's<br>atherosclerosis. |

### Dedrick v. Merck Co., Inc.
**Plaintiff's and Defendant's Designations of Testimony of**
**Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| 14 plaque rupture itself?<br>15    A.    Yes, it can be associated with plaque<br>16 rupture, yes.<br>17    Q.    Now, based upon what you've seen in his<br>18 records as one of his treating physicians, do you<br>19 have an opinion as to what caused Mr. Dedrick's heart<br>20 attack?<br>21    A.    You were asking me to speculate on -- on<br>22 -- -- --<br>23    Q.    No, I'm not asking you to speculate.  I'm<br>24 asking you -- you went in and looked at his heart,<br>25 did you not?<br>page 84<br>1    A.    Yes, sir.<br>2    Q.    Following a heart attack?<br>3    A.    Yes, sir.<br>4    Q.    And you saw a disease process, did you<br>5 not?<br>6    A.    Yes, sir.<br>7    Q.    And you also have been provided<br>8 information about his medical history?<br>9    A.    Yes, sir.<br>10    Q.    And some of that medical history is<br>11 significant in terms of cardiovascular disease?<br>12    A.    Yes, sir.<br>13    Q.    Based upon that information, every day<br>14 you have to make decisions about what causes people's<br>15 heart attacks and how to treat it?<br>16    A.    Yes, sir.<br>17    Q.    Based upon what you knew about<br>18 Mr. Dedrick, do you have an opinion as to what caused<br>19 his heart attack?<br>20    A.    We have the risk factors there.  We see a<br>21 ruptured plaque with a blood clot, blood vessel in<br>22 the coronary artery.  This is stuff we see pretty<br>23 much on a daily basis. | **PI's Obj.:** Lack of proper foundation.  Speculative. | **Deft's Resp.:**  Plaintiff's treating cardiologist who has been treating patients with heart disease for over 15 years is qualified based upon his education, training and experience to opine as to the cause of his patient's heart attack. If sustained, then Plaintiff's expert cardiologists should also be precluded from testifying about what caused the heart attack, on the same grounds of speculation. |
| 24    Q.    And based upon that, what would you say,<br>25 as one of the treating physicians, was the cause of<br>page 85<br>1 his heart attack? | **PI's Obj.:** Lack of proper foundation.  Speculative. | **Deft's Resp.:** Same as above. |

[85:3] - [85:9] 10/24/2006 Koenig, Mark 9-12-2006

page 85
3    A.    He has a lot of risk factors for coronary
4 disease.  I can't tell you which one.  I think they
5 all contributed to -- to the plaque rupture.  And I

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 6  think every one of them was a contributing factor.<br>7     Q.    Is -- based upon what you know about<br>8  Mr. Dedrick's history and what you saw in his heart,<br>9  is it any surprise he had a heart attack?<br><br>[85:11] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 85<br>11     A.    No, sir. | **Pl's Obj.:** R.611 - leading.<br><br>*Overruled*<br><br><br>**Pl's Obj.:** Same. | **Deft's Resp.:** Question is not leading does not suggest the answer; Defendant is entitled to lead treating physician identified with Plaintiff - R.611(c).<br><br>**Deft's Resp.:** Same as above. |

[85:14] - [87:8] 10/24/2006 Koenig, Mark 9-12-2006

page 85
14          Is there anything about what you saw in
15  his heart that indicated to you that it was something
16  other than -- his heart attack was caused by
17  something other than the normal aging process and his
18  known risk factors?
19     A.    No, sir, not that I could tell.
20     Q.    Now, you did not make any conclusion back
21  then that Vioxx contributed in any way to his heart
22  attack, did you?
23     A.    I don't think I had any thought one way
24  or another.
25     Q.    And I assume you don't have any opinions
page 86
1  about that today either, do you?
2     A.    No, sir.
3     Q.    I assume you have not studied all the
4  literature carefully in that area --
5     A.    No.
6     Q.    -- to render such an opinion?
7     A.    No, sir.
8     Q.    Is that correct?
9     A.    Correct, sir.
10    Q.    Can alcohol abuse contribute to coronary
11  artery disease?
12    A.    That's not typically a risk factor we see
13  directly causing coronary artery disease.  We know
14  alcohol use can -- low alcohol use can decrease the
15  risk of coronary disease.  We know alcohol disease
16  can cause a heart to weaken.  And we know that
17  increased alcohol intake can cause dyslipidemia, can
18  cause high blood pressure in those -- in those areas.
19    Q.    So if somebody's abusing alcohol, rather
20  than just socially drinking, from what I'm hearing

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of Testimony of**
**Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| 21 from you, that can contribute to the risk factors we<br>22 talked about earlier?<br>23   A.   Yes, it can -- it can contribute to the<br>24 risk factors.<br>25   Q.   Can cocaine use and abuse be a<br>page 87<br>1 contributing factor to cardiovascular disease or<br>2 heart attack?<br>3   A.   Yes, sir.<br>4   Q.   In what way?<br>5   A.   People that abuse cocaine can have either<br>6 atherosclerosis develop, and it's not uncommon to see<br>7 a myocardial infarction, a heart attack occur as a<br>8 direct result of cocaine without other risk factors. | **Pl's Obj.:** R.401, R.402,<br>R.403. Subject of MIL # 1.<br>Plaintiff's prior cocaine use<br>was intermittent, remote<br>from the date of his heart<br>attack, and thus, is irrelevant.<br>Prejudice substantially<br>outweighs any probative<br>value. | **Deft's Resp.:** Cocaine use<br>is relevant to causation<br>because it is linked to<br>atherosclerosis, relevant to<br>damages because of its<br>effect on life expectancy<br>and health; see Defendant's<br>Memorandum in Opposition<br>to Plaintiff's Motion in<br>Limine # 1; the testimony is not<br>prejudicial, confusing or a<br>waste of time. |
| [87:10] - [87:14] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 87<br>10     Do you treat many diabetic patients?<br>11   A.   Do I treat patients, or do I treat heart<br>12 disease in diabetics?<br>13   Q.   Do you treat heart disease in diabetics?<br>14   A.   Yes, sir.<br><br>[88:12] - [90:6] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 88<br>12   Q.   And out of control blood sugar, can that<br>13 be a risk factor for cardiovascular disease?<br>14   A.   Yes, sir. | *See my ruling on Motion.* | |
| 15   Q.   Do you treat any patients that are --<br>16 that are incarcerated?<br>17   A.   I -- I have treated patients that have<br>18 been incarcerated.<br>19   Q.   Can -- and we talked earlier about stress<br>20 being a possible contributing factor to<br>21 cardiovascular disease; do you recall that?<br>22   A.   Yes, sir. | **Pl's Obj.:** R.401, R. 402,<br>R. 403. Subject covered in<br>MIL # 1. | **Deft's Resp.:** As set forth<br>in Defendant's Memorandum<br>in Opposition to Plaintiff's<br>Motion in Limine # 1, Plaintiff's<br>prison time was stressful,<br>and stress causes<br>atherosclerosis. Prison also<br>relevant to Plaintiff's refusal<br>of medical care for diabetes.<br>The probative value<br>outweighs any prejudice. |
| 23   Q.   Can prison cause the type of stress that<br>24 would increase the risk of cardiovascular disease?<br>25   A.   I don't know -- I don't understand the<br>page 89 | **Pl's Obj.:** R. 401, R. 402,<br>R. 403. Subject covered in<br>MIL # 1. Moreover, witness<br>is not expert in stress or | **Deft's Resp.:** Same as<br>above. |

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 1 different kind of stress, how one stress can be<br>2 different than -- than another stress. A prison is a<br>3 stressor. There's a lot of things out there that are --<br>4 -- that are stressors, and I'm not sure I one<br>5 stressor is different than another stressor and how<br>6 it plays a role.<br>7   Q.   Stress is stress?<br>8   A.   Stress is stress.<br>9   Q.   Whether you're getting it at home or in<br>10 prison?<br>11   A.   Well, there are good stresses, and there<br>12 are bad stresses. The worst kind of stress -- and<br>13 I'm -- I'm not sure on the data on this, so I'm just<br>14 speculating. The worse kind of stress is where you<br>15 have no control over something, where things are out<br>16 of your control and you're stuck with the<br>17 consequences of that. And that's -- that's a potent<br>18 stressor. But there's a lot of stress out there.<br>19   Q.   For somebody like Mr. Dedrick, is their<br>20 prognosis depending upon getting those risk factors<br>21 under control --<br>22   A.   You --<br>23   Q.   -- to some degree?<br>24   A.   You can improve the prognosis. You can<br>25 -- our goal is to reduce the risk of subsequent<br>page 90<br>1 cardiac events based on the coronary disease.<br>2 Controlling the risk factors will modify the disease<br>3 process and will hopefully reduce the risk of sudden<br>4 cardiac death, second events and third events,<br>5 recurrent heart attacks, development of heart failure<br>6 and things along those lines.<br><br><br>[91:20] - [91:23] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 91<br>20   Q.   Was what you saw in his heart in looking<br>21 at it consistent or inconsistent with all of the risk<br>22 factors that you're aware of Mr. Dedrick had?<br>23   A.   Consistent.<br><br>[92:3] - [92:6]<br><br>Page 92<br>3   Q.   Good afternoon, Dr. Koenig. I represent<br>4  ony Dedrick in the lawsuit that was filed against<br>5 Merck, and you're aware of that; is that correct? | the effects of incarceration.<br>Witness is unqualified to render<br>opinion given. | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 6    A.    Yes, sir.<br><br>[92:19] - [93:5] 10/9/2006 Mark Koenig, M.D.<br><br>page 92<br>19    Q.    Just to make sure that we -- that we are<br>20  clear for the jury's sake, the first time that you --<br>21  you ever saw Tony Dedrick was on January the 10th of<br>22  2003; is that correct?<br>23    A.    Yes, sir.<br>24    Q.    And you saw him, and you performed a<br>25  heart cath?<br>page 93<br>1    A.    Yes, sir.<br>2    Q.    And that is the only occasion where you<br>3  provided care and treatment for Tony Dedrick; is that<br>4  correct?<br>5    A.    Yes, sir.<br><br>[93:6] - [93:9]<br><br>Page 93<br>6    Q.    Okay.  And so you have not seen Tony<br>7  Dedrick at any time since -- since January the 10th,<br>8  2003, correct?<br>9    A.    Correct.<br><br>[93:17] - [95:2] 10/9/2006 Mark Koenig, M.D.<br><br>page 93<br>17    Q.    Okay.  And when you're talking about<br>18  hypertension being a risk factor in -- for heart<br>19  disease in Tony Dedrick, can you tell us how<br>20  longstanding his hypertension had been?<br>21    A.    Based on review of the chart?<br>22    Q.    Well, let me -- let me back up then.  In<br>23  evaluating a risk factor for a patient and when<br>24  you're considering hypertension, does it make a<br>25  difference if the -- if the hypertension is a recent<br>page 94<br>1  development or longstanding?<br>2    A.    In the risk factor for the development of<br>3  coronary disease or the risk factor for myocardial<br>4  infarction?<br>5    Q.    Well, let's start first with the coronary<br>6  artery disease.<br>7    A.    I would presume that just a couple of<br>8  weeks or couple of months of hypertension would not | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 9  be a risk factor by itself.<br>10    Q.    Okay.  And do you -- do you know one way<br>11  or the other how longstanding the hypertension had<br>12  been with Tony Dedrick?<br>13    A.    Based on the review of what I have here?<br>14    Q.    Right.<br>15    A.    I reviewed the echocardiogram.  He has<br>16  what they describe as borderline concentric left<br>17  ventricular hypertrophy.  When you have longstanding<br>18  high blood pressure, the ventricle can thicken a<br>19  little bit.  His was borderline thickened.  I don't<br>20  know -- I have not reviewed the echo itself in<br>21  detail.  If his heart truly was a little bit<br>22  thickened, that implies that he's had high blood<br>23  pressure for a longer period of time.  And that's<br>24  related to that.<br>25         His was borderline.  So it's -- it's very<br>page 95<br>1  difficult to say.  I suspect it may have been longer<br>2  than a -- than a couple weeks, but I don't know.<br><br><br>[95 ] - [95:11] 10/9/2006 Mark Koenig, M.D.<br><br>page 95<br>3    Q.    Okay.  And then in regards to diabetes as<br>4  a -- as a risk factor that Tony Dedrick had that you<br>5  mentioned earlier, do you know how -- how well<br>6  controlled his diabetes was?<br>7    A.    I don't know.<br>8    Q.    And do you know how long he had -- he had<br>9  been suffering from diabetes?<br>10    A.    I don't have any LED data here, so I<br>11  don't -- do not know.<br><br><br>[95:12] - [95:23] 10/9/2006 Mark Koenig, M.D.<br><br>page 95<br>12    Q.    But in evaluating the -- the significance<br>13  of the a risk factor, those are -- those are<br>14  important questions, right, I mean, when you want to<br>15  know how longstanding the diabetes had been and how<br>16  well controlled it was?<br>17    A.    Those would be important questions.<br>18    Q.    Okay.  And in regards to the<br>hypercholesterolemia, do you know how well controlled<br>20  his hypercholesterolemia was with medications? |  |  |

### Dedrick v. Merck Co., Inc.
#### Plaintiff's and Defendant's Designations of Testimony of
#### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 21   A.   I do not know.<br>22   Q.   And do you know how longstanding his<br>23 hypercholesterolemia was?<br>24   A.   Based on this chart, I -- I do not know.<br><br>[97:2] - [97:18] 10/9/2006 Mark Koenig, M.D.<br><br>page 97<br>2   Q.   Dr. Koenig, when -- well, at the top, the<br>3 reason for admission on Defense Exhibit 2 is acute<br>4 myocardial infarction?<br>5   A.   Yes, sir.<br>6   Q.   Did Tony Dedrick have acute myocardial<br>7 infarction?<br>8   A.   Yes, sir.<br>9   Q.   And what does the word "infarction" mean?<br>10   A.   Infarction is -- is cell death, death of<br>11 part of a blood cell, whether it be muscle or heart,<br>12 brain.<br>13   Q.   Okay. And so when we say -- when it says<br>14 acute myocardial infarction, we're talking about cell<br>15 death, correct?<br>16   A.   Correct, sir.<br>17   Q.   And then when we mention "myocardial,"<br>18 and what is "myocardial"?<br><br>[97:19] - [97:19] 10/9/2006 Mark Koenig, M.D.<br><br>page 97<br>19   A.   Heart muscle.<br><br>[97:20] - [98:1] 10/9/2006 Mark Koenig, M.D.<br><br>page 97<br>20   Q.   And when -- so when we say "acute<br>21 myocardial infarction," are we talking about cell<br>22 death of the -- within the heart muscle?<br>23   A.   Yes.<br>24   Q.   Okay. And "acute" means that it occurred<br>25 suddenly; is that correct?<br>page 98<br>1   A.   Yes.<br><br>[98:2] - [98:16] 10/9/2006 Mark Koenig, M.D. | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| page 98<br>2　Q.　And the -- the heart cath that you<br>3　performed demonstrated that Tony -- Tony Dedrick had<br>4　acute myocardial infarction, correct?<br>5　　　MR. SKIDMORE:　Object to the form.<br>6　A.　Yes, sir.<br>7　Q.　And when you --<br>8　A.　Your -- your question you asked was are<br>9　the findings in my cardiac catheterization consistent<br>10　with this patient's acute myocardial infarction; is<br>11　that the question you asked?<br>12　Q.　Yes.<br>13　A.　Yes.<br>14　Q.　And when -- when you have cell death, is<br>15　-- the heart muscle, is that generally permanent?<br>16　A.　Usually.<br><br><br>[98:24] - [99:7] 10/9/2006 Mark Koenig, M.D.<br><br>page 98<br>24　Q.　Okay.　And the term "acute myocardial<br>25　infarction" or "myocardial infarction," is that what<br>page 99<br>1　we lay folks would -- would refer to as a heart<br>2　attack?<br>3　A.　Yes, sir.<br>4　Q.　And heart attacks are -- are serious,<br>5　life-threatening medical conditions, aren't they?<br>6　　　MR. SKIDMORE:　Object to the form.<br>7　A.　Yes, sir.<br><br><br>[99:8] - [99:10] 10/9/2006 Mark Koenig, M.D.<br><br>page 99<br>8　Q.　And they can -- can result in permanent<br>9　damage?<br>10　A.　Yes, sir.<br><br><br>[99:16] - [100:3] 10/9/2006 Mark Koenig, M.D.<br><br>page 99<br>16　Q.　And what are the -- what are the typical<br>17　symptoms of a heart attack?<br>18　A.　The typical symptoms described in the<br>19　literature usually are described in males.　Typically, | | |
| | **Deft's Obj.:** 401, 402, 403.<br>Symptoms other people might<br>have when having heart attacks<br>are irrelevant. Wast of time and | **Pl's Resp.:**　Testimony is<br>relevant to damages,<br>specifically to Plaintiff's<br>pain and suffering when he |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 20 nondiabetic males, it's substernal pain, pressure, 21 tightness, crushing substernal chest pain. It may be 22 radiating into the arms, maybe radiating into the 23 neck. It may be associated with shortness of breath, 24 diffuse sweating, nausea, vomiting, weakness. And 25 that's the classic -- and when you say "typical," I page 100 1 presume you mean classic symptoms -- 2 Q. Yes. 3 A. -- of myocardial infarction. | confusion: there is no dispute as to whether Mr. Dedrick had a heart attack. | had the heart attack. |
| [100:4] - [102:2] 10/9/2006 Mark Koenig, M.D. | | |
| page 100 4 Q. Can a heart attack or myocardial 5 infarction, can that cause or lead to an arrhythmia? 6 A. Yes, sir. 7 Q. And what is an arrhythmia? 8 A. An arrhythmia is a disturbance in the 9 normal rhythm of the heart. 10 Q. And can a heart attack cause or lead to 11 congestive heart failure? 12 A. Yes, sir. 13 Q. And what is congestive heart failure? 14 A. Congestive heart failure is fluid that 15 backs up into the lungs, typically congestion of the 16 lungs by fluid in patients with heart disease. 17 Q. That's a serious condition, isn't it, 18 Dr. Koenig? 19 A. What do you mean "serious"? 20 Q. Having congestive heart -- heart failure 21 is a serious medical condition, right? 22 A. Yes, it can be. We take it very 23 seriously. 24 Q. All right. And heart attacks, you told 25 us earlier, can cause death or sudden cardiac death? page 101 1 A. Yes, sir. 2 Q. And in your practice in treating patients 3 day in and day out, is it one of your goals to -- to 4 reduce or remove any risk factors for a heart attack 5 that you can? 6 A. Yes, sir. 7 Q. And why do you do that? 8 A. We want our patients to live longer, to 9 not be disabled and to be more functional, to get 10 back to a normal life. | **Deft's Obj.:** 401, 402, 403. What heart attacks can do to other people is irrelevant and confusing: there is no evidence that Mr. Dedrick suffered from arrythmia, congestive heart failure, or sudden cardiac death. | **Pl's Resp.:** Relevant to Plaintiff's claims regarding the seriousness of his heart attack. Relevant to show the peril Mr. Dedrick faced and the possible complications. Merck will attempt to say that Mr. Dedrick's heart attack was a "smal" heart attack. Evidence of the side effects of a heart attack is relevant to prove that there is no such thing as a small heart attack. All are life-threatening and serious, just as Mr. Dedrick's was. |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 11   Q.    And in describing the risk factors and<br>12  discussing the risk factors earlier, one of the<br>13  things that you talked about with -- with several of<br>14  the risk factors was the mechanism of cause of a<br>15  spasm.  Do you remember mentioning a spasm?<br>16    A.    That can happen.<br>17    Q.    And -- and when you refer to a spasm, are<br>18  you talking about the constriction or the squeezing<br>19  in of a -- of a blood vessel?<br>20    A.    Yes, sir.<br>21    Q.    Okay.  And you also talked about in terms<br>22  of these risk factors and how they would lead to a<br>23  heart attack.  In addition to the constriction of a<br>24  blood vessel, you talked about causing -- causing<br>25  plaque buildup, correct?  Some of the risk factors<br>page 102<br>1  could actually called plaque buildup?<br>2    A.    Yes, sir.<br><br><br>[102:5] - [103:11] 10/9/2006 Mark Koenig, M.D.<br><br>page 102<br>5    Q.    And another way that some of the risk<br>6  factors that you discussed could lead to a heart<br>7  attack, in addition to the spasm or the vessel<br>8  squeezing in, in addition to causing plaque buildup,<br>9  you mentioned the progression or acceleration of<br>10  plaque buildup; is that right?<br>11    A.    Yes, sir.<br>12    Q.    Okay.  And describe for -- is that a --<br>13  is that -- describe for us what you mean by<br>14  acceleration of plaque buildup.<br>15    A.    Plaque builds up at different speeds.<br>16  Sometimes fatty plaque can build up very fast, very<br>17  rapidly.  When a fatty plaque builds up very rapidly,<br>18  it becomes unstable.  That's more prone to cause a<br>19  heart attack.<br>20    Q.    Okay.  And -- and some of the risk<br>21  factors that you discussed earlier, you also<br>22  mentioned that they could cause plaque to become<br>23  unstable or rupture -- are more prone to rupture; is<br>24  that correct?<br>25    A.    Correct.<br>page 103<br>1    Q.    And so -- so any agent that you can<br>2  identify that would cause -- cause vessel<br>3  constriction or spasms, that could cause plaque | | |
| | | *Sustained* |
| | Deft's Obj.: 611: Improper for<br>plaintiff to lead witness who is<br>not adverse or identified with | Pl's Resp.:  Witness is<br>independent.  If he is<br>adverse to either party, it is |

### Dedrick v. Merck Co., Inc.
**Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| 4  buildup or the progression of atherosclerosis or<br>5  could cause a plaque to become prone to rupture, any<br>6  agent that caused that is something that you would<br>7  you would want to remove from a cardiac patient; is<br>8  that correct?<br>9          MR. SKIDMORE: Object to the form.<br>10  Leading.<br>11  A.    Yes, sir. | defendant. | the Plaintiff.  Proper<br>hypothetical question. |

[104:1] - [104:11] 10/9/2006 Mark Koenig, M.D.

page 104
1    Q.    And, Doctor, you -- are you familiar with
2  the term "prothrombotic"?
3    A.    Yes.
4    Q.    Would you tell us and tell the jury what
5  the term "prothrombotic" means?
6    A.    Prothrom -- a thrombus is a blood clot,
7  and a prothrombotic event is anything that makes you
8  more prone to develop a blood clot.
9    Q.    And a prothrombotic agent, that would
10  increase the -- the risk of a heart attack, correct?
11  A.    Yes.

[104:22] - [105:7] 10/9/2006 Mark Koenig, M.D.

page 104
22    Q.    Dr. Koenig, you said that there were a
23  number of risk factors that played a role in -- in
24  causing Tony Dedrick's heart attack and his coronary
25  artery disease; is that correct?
page 105
1    A.    Yes, sir.

| Designated Testimony | Objections | Response |
|---|---|---|
| 2    Q.    And in describing those risk factors and<br>3  how they -- they caused Tony Dedrick's heart attack,<br>4  is that based on the mechanisms that we went through<br>5  earlier, increasing plaque buildup, causing plaque<br>6  buildup, causing a clot formation, causing plaque to<br>7  become more prone to rupture -- | Deft's Obj.: 611: Improper for<br>plaintiff to lead witness who is<br>not adverse or identified with<br>defendant. | Pl's Resp.:  Witness is<br>independent.  If he is<br>adverse to either party, it is<br>the Plaintiff.  Proper<br>hypothetical question.<br>Counsel is summarizing<br>mechanisms of action at<br>at work when a patient has<br>CV risk factors. |

[105:9] - [106:10] 10/9/2006 Mark Koenig, M.D.

page 105

| Designated Testimony | Objections | Response |
|---|---|---|
| 9    Q.    -- is that correct?<br>10  A.    Yes. | Deft's Obj.: 611: Improper for<br>plaintiff to lead witness who is | Pl's Resp.:  Same |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 11 Q. And -- and you were asked what was the 12 cause of Tony Dedrick's heart attack. And if I 13 remember correctly, you said not the cause, but there 14 were a number of those risk factors that played a 15 role or contributed to his heart attack; is that 16 correct? 17 A. Yes, sir. 18 Q. And is that -- is that typically the 19 situation, where there will be more than one cause of 20 a heart attack? You'll have a number of risk factors 21 that -- that join together to cause a heart attack? 22 A. Yes, sir. 23 Q. And you described earlier that -- that 24 you were not -- you had not really reviewed the 25 medical literature pertaining to Vioxx; is that page 106 1 correct? 2 A. Yes. 3 Q. And you do not have an understanding, an 4 advanced understanding of how -- how Vioxx works and 5 the mechanism of action for Vioxx, do you? 6 A. Correct. 7 Q. And if -- if the medical literature 8 established that -- that Vioxx caused plaque buildup, 9 would you consider that to be a contributing factor 10 in Tony Dedrick's heart attack?<br><br>[106:13] - [106:17] 10/9/2006 Mark Koenig, M.D.<br><br>page 106 13 Q. You can answer it, Doctor. 14 A. You're asking me if the literature showed 15 that this, indeed, causes atherosclerosis, would I 16 consider it a risk factor? 17 Q. Yes.<br><br>[106:19] - [107:6] 10/9/2006 Mark Koenig, M.D.<br><br>page 106 | not adverse or identified with defendant.<br><br>*Sustained*<br><br>**Deft's Obj.:** 401, 402, 403: Dr. Koenig already testified he was unfamiliar with Vioxx literature and was not offering opinions on whether Vioxx caused the heart attack. Extent of his knowledge of Vioxx literature and mechanism is irrelevant and cumulative.<br><br>**Deft's Obj.:** 602, 401, 402, 403: Dr. has testified he is not familiar with Vioxx literature and does not have opinion about Vioxx as a cause of heart attack. This line of questioning improperly calls for irrelevant speculation about what opinions he might have formed if he had reviewed the literature and if the literature had established hypothetical facts about Vioxx.<br><br>**Deft's Obj.:** 602, 401, 402, 403: Dr. has testified he is not familiar with Vioxx literature and does not have opinion about Vioxx as a cause of heart attack. This line of questioning improperly calls for irrelevant speculation about what opinions he might have formed if he had reviewed the literature and if the literature had established hypothetical facts about Vioxx. | **Pl's Resp.:** Relevant to show that Dr. Koenig when he testified that Mr. Dedrick's traditional risk factors were the contributing causes of his heart attack that Dr. Koenig was not informed about the pro-thrombotic nature of Vioxx and if he had been, his view of Mr. Dedrick's risks for heart attack would have included Vioxx as another risk factor. Proper hypothetical. Merck's APPROVe article says that Vioxx causes atherosclerosis and increases the risk for heart attack.<br><br>**Pl's Resp.:** Same |

### Dedrick v. Merck Co., Inc.
**Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| 19  Q.    And if -- if the literature established<br>20  that -- the medical literature and the scientific<br>21  community established that Vioxx was prothrombotic,<br>22  would you consider that to be -- consider it to be a<br>23  contributing factor in Tony Dedrick's heart attack?<br>24        MR. SKIDMORE: Objection to form and<br>25  foundation.<br>page 107<br>1  A.   Yes.<br>2  Q.    And if the literature and the scientific<br>3  community established that Vioxx accelerated plaque<br>4  buildup, would you agree -- would you have the<br>5  opinion that it was a contributing factor in Tony<br>6  Dedrick's heart attack?<br><br><br>[107:9] 10/9/2006 Mark Koenig, M.D.<br><br>page 107<br>9  A.    Yes. | Deft's Obj.: 602, 401, 402, 403:<br>Dr. has testified he is not<br>familiar with Vioxx literature and<br>does not have opinion about<br>Vioxx as a cause of heart<br>attack. This line of questioning<br>improperly calls for irrelevant<br>speculation about what opinions<br>he might have formed if he had<br>reviewed the literature and if the<br>literature had established<br>hypothetical facts about Vioxx.<br><br><br><br><br><br>Deft's Obj.: 602, 401, 402, 403: | Pl's Resp.:  Same<br><br>*Sustained*<br><br><br><br><br><br><br><br><br><br><br>Pl's Resp.:  Same |
| [108:10] - [108:24] 10/9/2006 Mark Koenig, M.D.<br><br>page 107<br>10  Q.    Okay.  And, Doctor, you were asked about<br>11  alcohol abuse and whether or not it could lead to<br>12  heart problems; do you remember that?<br>13  A.    I -- I think the question was, does<br>14  alcohol abuse lead to a heart attack --<br>15  Q.    Okay.<br>16  A.    -- I believe, was the question.<br>17  Q.    All right.  And -- and you said that it<br>18  can?<br>19  A.    I didn't say that.<br>20  Q.    Okay.  All right.  I'm sorry.  Will you<br>21  just -- will clear that up for me and for the jury?<br>22  A.    Alcoholism can cause heart --<br>23  cardiovascular problems.  Alcoholism can directly<br>24  weaken the heart.  It can also increase blood<br>25  pressure.  It can cause pancreatitis, which<br>page 108<br>1  inflammation in the pancreas, an organ that controls<br>2  your blood sugar, may exacerbate diabetes.  But I<br>3  don't know of any definitive literature that states<br>4  that alcoholic beverages increases atherosclerosis,<br>5  per se, on -- by a direct mechanism.<br>6  Q.    And for the -- for alcohol abuse to cause | Dr. has testified he is  not<br>familiar with Vioxx literature and<br>does not have opinion about<br>Vioxx as a cause of heart<br>attack. This line of questioning<br>improperly calls for irrelevant<br>speculation about what opinions<br>he might have formed if he had<br>reviewed the literature and if the<br>literature had established<br>hypothetical facts about Vioxx.<br><br>Deft's Obj.: 403:<br>Mischaracterizes the witness's<br>testimony.<br><br><br><br><br><br><br><br><br><br>Deft's Obj.: 403: Ambiguous | <br><br><br><br><br><br><br><br><br>Pl.'s Resp.  Counsel's<br>misunderstanding of<br>Dr. Koenig's answer is<br>cleared up beginning in<br>line 20.<br><br><br><br>*Overruled*<br><br><br><br>Pl's Resp.:  If Merck is |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 7  the problems that you just described, is that -- is<br>8  that current alcohol abuse, or would you have alcohol<br>9  abuse in years past causing those types of problems?<br>10  A.  Alcohol abuse can weaken the heart.<br>11  Typically, if you stop in time, the heart gets<br>12  stronger again. If you do not stop in time and<br>13  you can get permanent damage to your heart that<br>14  becomes irreversible, the damage being a dilated,<br>15  weak heart.<br>16  Q.  Okay.<br>17  A.  Alcohol abuse, you asked with high blood<br>18  pressure?<br>19  Q.  Yes, sir.<br>20  A.  When you stop drinking, typically the<br>21  blood pressure will come down.<br>22  Q.  What about moderate alcohol use? Can<br>23  that have a cardio protective effect?<br>24  A.  Yes, sir. | and confusing. Question<br>changes in the midst of answer,<br>leaving it unclear whether<br>witness is talking about all<br>ways in which alcohol can affect<br>heart, or only alcohol's effects<br>through mechanism of blood<br>pressure. | going to be allowed to<br>claim that alcohol abuse<br>caused Mr. Dedrick's heart<br>attack, Plaintiff should be<br>able to put into context<br>the time period when<br>he was drinking heavily,<br>some 3 1/2 years prior to<br>his heart attack. |

[110:21] - [111:24] 10/9/2006 Mark Koenig, M.D.

page 110
21  Q.  And, Doctor, on the history around and
22  physical, it's -- it's noted that there's no prior
23  cardiac history. And it's Defense Exhibit 2, if you
24  want to reference that.
25  A.  Yes, sir.
page 111
1  Q.  You see where it says "No prior cardiac
2  history"?
3  A.  Yes, sir.
4  Q.  Okay. What's the significance of that?
5  A.  If you have known coronary disease, your
6  risk factors are higher. If someone comes to the
7  hospital and you mention to me, "I'm having chest
8  pain," and I know you have a history of coronary
9  disease, automatically I would like at you different.
10  My index of suspicion automatically is higher that
11  this truly is what's going on with you is from your
12  heart than someone who may not have known
13  coronary disease.
14  Q.  And now that Tony Dedrick has -- has had
15  an acute myocardial infarction, does that -- does
16  that increase his risk for a second heart attack?
17  A.  Yes, his risk is higher.
18  Q.  And what do you base that on?
19  A.  People who have had a heart attack are at

**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of Testimony of
Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 20  a risk for a second heart attack either in that blood<br>21  vessel or in another blood vessel with -- that has<br>22  blockages in it.  And he has several blockages in<br>23  there.  So we know now that he's at risk for another<br>24  heart attack.<br><br>[111:25] - [112:9]<br><br>Page 111<br>25          There are certain medicines and certain<br>112<br>1   things we give patients with heart attack to reduce<br>2   that risk down the road and in the future, including<br>3   controlling their cholesterol, using a beta blocker<br>4   is -- I think he was on that.  I don't have his<br>5   medication list.  Certainly, cholesterol-lowering<br>6   medications will reduce that risk, Enalapril, aspirin<br>7   and other risk factor modification can subsequently<br>8   reduce that risk of subsequent heart attack in<br>9   patients by a significant amount.<br><br>[112:10] - [114:8] 10/9/2006 Mark Koenig, M.D.<br><br>page 112<br>10    Q.    Dr. Koenig, I want us to take a look at<br>11  the cath tape --<br>12    A.    Yes.<br>13    Q.    -- the actual tape of the heart<br>14  catheterization that you performed on Tony Dedrick.<br>15    A.    Yes, sir.<br>16    Q.    Will you do that for us, walk us through?<br>17    A.    Yes, sir.<br>18    Q.    Before we do that, if you will, take just<br>19  a quick look at your heart cath report marked as<br>20  Defendant's Exhibit 3.<br>21    A.    Yes, sir.<br>22    Q.    In the "Findings" section -- well, first<br>23  of all, let me back up.<br>24          Did you find an abnormality in -- in wall<br>25  motion?<br>page 113<br>1    A.    Yes, sir.<br>2    Q.    And tell us what that -- what<br>3  significance that has.<br>4    A.    When you've had a heart attack or<br>5  sometimes severe blockage in the blood vessel, part<br>6  your heart muscle does not constrict, does not<br>7  pump or squeeze as well as the rest of the heart | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 8  muscle.  When we see a wall motion abnormality, we 9  surmise that in this case, this patient has had 10  damage to that part of his heart, either reversible 11  or irrevocable.<br>12    Q.    And in the "Findings" section under the 13  left ventricle, you note a severe inferior 14  hypokinesis?<br>15    A.    Yes, sir.<br>16    Q.    Will you describe for -- for us and for 17  the jury what is hyperkinesis?<br>18    A.    Hyperkinesis is reduced motion in part of 19  the heart.  It's hypokinetic.  It does not move as 20  well as the remaining heart.<br>21    Q.    So in this section, you note the normal 22  size left ventricle was severe, inferior, hypokinesis 23  to akinesis?<br>24    A.    Correct.  That means not moving.<br>25    Q.    Not -- hypokinesis means that it's not --<br>page 114<br>1  it's moving less than it should?<br>2    A.    Yes.<br>3    Q.    And akinesis means it's not moving at 4 --<br>5    A.    Correct.<br>6    Q.    Okay.  And that is to the mid-inferior 7  walls; is that correct?<br>8    A.    Correct.<br><br>[115:5] - [117:24] 10/9/2006 Mark Koenig, M.D.<br><br>page 115<br>5    Q.    Dr. Koenig, I'm going to ask you to take 6  a look at what we have marked as Plaintiff's Exhibit 7  Number 1.<br>8        (Plaintiff's Exhibit No. 1 9        was marked for identification.)<br>10    Q.    Can you tell us if -- whether this is a 11  tape of the heart catheterization that you performed 12  on Tony Dedrick?<br>13    A.    I believe it is.<br>14    Q.    Okay.  And, Dr. Koenig, what I'd ask you 15  to do is, if you would, play for us and play for the 16  jury the -- the heart cath tape and describe for us 17  what you're doing and what you are seeing.<br>18    A.    Okay.  This is a cardiac catheterization. 19  The dark line is a tube that's coming up from the 20  leg, going around the heart into the left main artery | **Deft's Obj.:** 403, 611(a): Witness is commenting as he watches a video, pointing and indicating what he see "here" and "there," referring to "this portion here" and "this dark area."  He stops play and starts play, changes views.  Even if the videotape is played for the jury, there is no way to sync it up with this testimony.  There is no way to know what he was playing when, what pointing to when.  It is inadmissible under 403 because hopelessly ambiguous and confusing; under | **Pl's Resp.:**  The tape that is being reviewed is the film of the actual catherization the Dr. Koenig performed on Mr. Dedrick.  Dr. Koenig is describing his findings.  This is the clearest evidence of the condition of Mr. Dedrick's heart after the heart attack.  This testimony could not be more relevant.  There is no reason that the text of testimony cannot appear simultaneously with the film of the actual |

### Dedrick v. Merck Co., Inc.
#### Plaintiff's and Defendant's Designations of Testimony of
#### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 21 on the left side here.  Arteries are on top of the | 611(a) because it is not a form | catherization.  Asking |
| 22 heart and supply blood supply into the muscle of the | of presentation of the evidence | Dr, Koenig to explain |
| 23 heart.  The main artery branches and supplies the | for the ascertainment of the | his findins is not leading. |
| 24 blood vessel down the front of the heart and the | truth. | |
| page 116 | | |
| 1 right side we'll see later that comes around this | | |
| 2 way.  The dark you see here is contrast. It's an | | |
| 3 iodinated fluid that's -- enables us to see it on | | |
| 4 X-ray.  These little dark dots over the vessels twist | | |
| 5 and come out in different directions.  Those aren't | | |
| 6 blockages.  Blockages are narrowings in the contrast | | |
| 7 of dye. | | |
| 8        Okay.  I'll let this play.  As we do the | | |
| 9 arteriogram, we take different projections of the | | |
| 10 heart and the blood vessels.  We have a tube above | | |
| 11 the heart and a tube below the heart.  The X-rays | | |
| 12 shoot below the heart and are captured on a frame on | | |
| 13 front and top of the patient captured on a -- what we | | |
| 14 call an image intensifier, which is a collecting tube | | |
| 15 a few inches away from the patient.  And that's how | | |
| 16 these images are recorded. | | |
| 17        Blockages aren't always perfectly | | |
| 18 circular.  They can be what we call eccentric.  In | | |
| 19 some views, you can see them; in some views, you | | |
| 20 can't.  So we take multiple projections as we move | | |
| 21 the tubes around in order to better see the | | |
| 22 blockages. | | |
| 23    Q.   And, Doctor, is this playing at -- at | | |
| 24 regular speed? | | |
| 25    A.   Yes, sir, this is normal speed here.  And | | |
| page 117 | | |
| 1 what you see is the catheter, the main artery.  The | | |
| 2 blood vessel down the front, the blood vessel behind | | |
| 3 the heart are branched with a blood vessel in front | | |
| 4 of the heart.  In this view, you'll see a blockage in | | |
| 5 the branch in front of the heart, some narrowings | | |
| 6 there and some narrowings there. | | |
| 7    Q.   And when you say "narrowings," you're | | |
| 8 talking about that -- that's -- | | |
| 9    A.   Plaque. | | |
| 10    Q.   -- the stenosis? | | |
| 11    A.   Correct, stenosis. | | |
| 12    Q.   Okay. | | |
| 13    A.   If you see, this dark area is bigger than | | |
| 14 the area next to it, the blood's going in this | | |
| 15 direction.  This blood vessel should be this big, all | | |
| 16 the way back to here.  This blood vessel should be at | | |
| 17 least as big as this, probably between this size and | | |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 18  this size.  It's a diffuse area of disease, a long<br>19  area of disease.  And the blood vessel is not<br>20  straight.  It's tortuous.  There's a blockage there,<br>21  there, and in some other blood vessels.  I'll try to<br>22  show you that next.<br>23        There's a different angulation, very<br>24  similar picture.<br><br><br>[119:17] - [122:4] 10/9/2006 Mark Koenig, M.D.<br><br>page 119<br>17  Q.   Dr. Koenig, is this -- is this the --<br>18  A.   Yes.<br>19  Q.   -- catheterization tube --<br>20  A.   Yes.<br>21  Q.   -- that you see here?<br>22  A.   Correct.  That's the catheterization<br>23  tube.  That's the main artery of the heart.  In this<br>24  view, the one coming down the front of the heart is<br>25  off to the right.  The one behind the heart is going<br>page 120<br>1  the right in that view.<br>2        This is the mammary artery I thought we<br>3  were going to use for bypass surgery.  It's a good<br>4  size blood vessel.  We took a good picture of that<br>5  for the surgeons.  This is the blood vessel on the<br>6  right side of the heart, and you can see that -- boy,<br>7  it's hard for you to see, but there's a narrowing<br>8  here, and there's a lucency in the center.  It looks<br>9  like a round circle there.  And I believe that's the<br>10  blood clot that we saw.<br>11  Q.   That's the thrombus that's referenced in<br>12  your heart cath report?<br>13  A.   Correct, correct.  And the blood vessel<br>14  has a little -- has a tight narrowing stenosis into<br>15  this branch and into this branch up here.  So it's<br>16  blocking kind of into both those branches.  And the<br>17  blood vessels are a good size at this location.<br>18        And this is a blood vessel on the right<br>19  side of the heart.  We use a different catheter.<br>20        And, again, just a different view, a<br>21  different angle on the right side of the heart.  It<br>22  shows you the narrowing in the blood vessel.  You can<br>23  see it starts here.  It goes through to here.  There's<br>24  another focal narrowing here.  But this is more<br>25  diffuse.  There's a mild narrowing there.<br>page 121 | **Deft's Obj.:** 403, 611(a):<br>Witness is commenting as he<br>watches a video, pointing and<br>indicating what he sees "here"<br>and "there" referring to "this<br>portion here" and "this dark<br>area." He stops play and starts<br>play, changes views.  Even if the<br>videotape is played for the jury,<br>there is no way to sync it up<br>with this testimony.  There is no<br>way to know what he was<br>playing when, what pointing to<br>when.  It is in admissible under<br>403 because hopelessly<br>ambiguous and confusing; under<br>611(a) because it is not a form<br>of presentation of the evidence<br>effective for the ascertainment<br>of the truth. | **Pl's Resp.:**  The tape that<br>is being reviewed is the<br>film of the actual catherization<br>the Dr. Koenig performed<br>on Mr. Dedrick.  Dr. Koenig<br>is describing his findings.<br>This is the clearest<br>evidence of the condition<br>of Mr. Dedrick's heart<br>after the heart attack.<br>This testimony could not<br>be more relevant.  There<br>is no reason that the text of<br>testimony cannot appear<br>simultaneously with the<br>film of the actual<br>catherization.  Asking<br>Dr, Koenig to explain<br>his findings is not leading. |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 1　　　You can see it's a pretty tight blockage<br>2 there in this view.<br>3　Q.　What artery is that?<br>4　A.　This is the same. This is the right<br>5 coronary artery.<br>6　Q.　Okay.<br>7　A.　And there's the last picture of the<br>8 heart. And if you take a look, we have -- the heart<br>9 will beat evenly, and then all of a sudden it will<br>10 beat a couple of times fast and then beat again.<br>11 That's why you get different readings, depending upon<br>12 which beat you look at in the left ventriculography.<br>13　　　This is the inferior wall. It's the<br>14 bottom wall of the heart. This is the anterior wall.<br>15 In this view, you cannot see the posterior or the<br>16 lateral walls or the posterior lateral wall. This is<br>17 the anterior lateral wall right up here, but the<br>18 posterior lateral wall, it cannot be seen.<br>19　　　In this view the heart is pumping fairly<br>20 normally. The bottom part hangs up. It does not<br>21 move as well as the top part, if you take a look at<br>22 the heart's pumping ability. I'm going to show you<br>23　yes, sir?<br>24　Q.　Is this the inferior wall, this area<br>25 right here (indicating).<br>page 122<br>1　A.　Yes. Yes, sir, that's the inferior wall.<br>2　Q.　And will -- will you show us the -- the<br>3 hypokinesis and the akinesis that you see?<br>4　A.　Okay.<br><br>[122:11] - [123:5] 10/9/2006 Mark Koenig, M.D.<br><br>page 122<br>11　A.　This area does not pump -- this is the<br>12 inferior wall. This does not pump as well as the --<br>13 as the anterior lateral wall up here. I'm going to<br>14 let it play a little bit, and I'm going to try to<br>15 show you -- this part of the heart is moving up. This<br>16 part's coming down. This is moving up, but not as<br>17 strong as that. And this portion here is almost<br>18 staying still. It's not -- it's not moving up as<br>19 well as this. See my finger? It's not really moving<br>20 up that much. I call that akinetic, and that's<br>21 hypokinetic. But overall, the strength of the heart<br>22　normal.<br>23　Q.　Okay. Thank you, Dr. Koenig. |  | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Deft's Obj.:** 403, 611(a):<br>Witness is commenting as he<br>watches a video, pointing and<br>indicating what he sees "here"<br>and "there," referring to "this<br>portion here" and "this dark<br>area." He stops play and starts<br>play, changes views. Even if the<br>video is played for the jury, there<br>is no way to sync it up with this<br>testimony. There is no way to<br>know what he was playing<br>when, what pointing to when. It | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Pl's Resp.:** The tape that<br>is being reviewed is the<br>film of the actual catherization<br>the Dr. Koenig performed<br>on Mr. Dedrick. Dr. Koenig<br>is describing his findings.<br>This is the clearest<br>evidence of the condition<br>of Mr. Dedrick's heart<br>after the heart attack.<br>This testimony could not<br>be more relevant. There<br>is no reason that the text of |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 24      Now, let me ask you, is what you observed<br>25 in this -- in this heart catheterization tape<br>page 123<br>1 consistent with what you reported in the heart<br>2 catheterization report --<br>3   A.   Yes.<br>4   Q.   -- that's known as Defendant's Exhibit 3?<br>5   A.   Yes. | is inadmissible under 403<br>because hopelessly ambiguous<br>and confusing; under 611(a)<br>because it is not a form of<br>presentation of the evidence for<br>the ascertainment of the truth. | testimony cannot appear<br>simultaneiously with the<br>film of the actual<br>catherization. Asking<br>Dr, Koenig to explain<br>his findins is not leading. |
| **[124:5] - [125:10] 10/9/2006 Mark Koenig, M.D.**<br><br>page 124<br>5   Q.   Okay. One last exhibit, Dr. Koenig. If<br>6 you'll look at what's marked as Koenig Exhibit Number<br>7 3, is that an EK -- EKG strip of Tony Dedrick that<br>8 was done on March 24th, 2003?<br>9   A.   I presume so.<br>10        (Plaintiff's Exhibit Number 3<br>11        was marked for identification.)<br>12   Q.   Okay. Is that -- is that part of your<br>13 file as well?<br>14   A.   That's the -- yes, that's one EKG I have.<br>15   Q.   And how is that part of your file; do you<br>16 know?<br>17   A.   I don't understand the question.<br>18   Q.   Did you perform the EKG strip?<br>19   A.   No.<br>20   Q.   And how did it -- how did this strip come<br>21 to be part of your file, is what I'm -- I'm asking?<br>22   A.   I wish I knew.<br>23   Q.   Okay. All right.<br>24   A.   It got -- the hospital sends stuff to the<br>25 office. Any office gets an EKG, or it came from the<br>page 125<br>1 hospital. I'm not sure if this came directly from<br>2 our office or if it came from the hospital.<br>3   Q.   Okay. And this EKG strip shows an -- it<br>4 shows an abnormal EKG or ECG?<br>5   A.   Yes.<br>6   Q.   And can you describe for us what's<br>7 abnormal about this EKG?<br>8   A.   This looks like a myocardial infarction<br>9 in the inferior wall of the right coronary<br>10 distribution.<br><br><br>**[125:11] - [125:13] 10/9/2006 Mark Koenig, M.D.** | **Deft's Obj.:**  602. Witness lacks<br>personal knowledge. Witness<br>did not perform the EKG, does<br>not know but "presumes" it is<br>Mr. Dedrick's, wishes he knew<br>how it came to be in the file. He<br>should not be permitted to<br>testify about it. | **Pl's Resp.:**  Dr. Koenig is<br>a cardiologist who reads<br>EKG strips daily. It is<br>undisputed that Pl's Ex.<br>3 is a EKG of Mr. Dedrick's<br>heart function. Though<br>Dr. Koenig does not know<br>how it came to be in his<br>file, Dr. Koenig is clearly<br>capable of reading the<br>strip which he does.<br>It is not required that a<br>cardiologist perform a EKG<br>in order to read a EKG strip.<br>It is unlikely that a<br>cardiologist would ever<br>perform a EKG on a patient<br>rather than a tehnician |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| page 125<br>11   Q.   Consistent with what you observed from<br>12  the heart cath?<br>13   A.   Yes, sir.<br><br>[125:21] - [126:6] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 125<br>21   Q.   Now, you're not aware of how long<br>22  Mr. Dedrick took Vioxx? | | |
| | **Pl's Obj.:** R.611 - leading. | **Deft's Resp.:** Question is not leading as does not suggest the answer; further Defendant is entitled to lead treating physician identified with Plaintiff - R.611(c). |
| 22  Mr. Dedrick took Vioxx?<br>23   A.   No, sir.<br>24   Q.   And you're not here to tell the jury that<br>25  Vioxx played any role in his heart attack, are you?<br>page 126<br>1    A.   No, sir.<br>2    Q.   When you saw Mr. Dedrick and looked at<br>3  his heart and saw the blockages and became familiar<br>4  with his risk factors, did you have sufficient<br>5  information at that time to make a determination as<br>6  to the cause of his heart attack? | **Pl's Obj.:** R.611 - leading. | **Deft's Resp.:** Question is not leading as does not suggest the answer; further Defendant is entitled to lead treating physician identified with Plaintiff - R.611(c). |
| [126:8] - [126:10] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 126<br>8    A.   I believe so. | **Pl's Obj.:** R.611 - leading. | **Deft's Resp.:** Same as above. |
| 9    Q.   And you stated earlier as to what you<br>10  believed was the cause of his heart attack, correct? | **Pl's Obj.:** R.611 - leading. | **Deft's Resp.:** Question is just transition to explain what the "that" is referring to in the next question on 126 line 13; Defendant is entitled to lead treating physician identified with Plaintiff - R.611(c). |
| [126:12] - [129:8] 10/24/2006 Koenig, Mark 9-12-2006<br><br>page 126<br>12   A.   Yes, sir.<br>13   Q.   And what was that? | **Pl's Obj.:** R.611 - leading. | **Deft's Resp.:** Same as above. |
| 14   A.   His risk factors of hypertension,<br>15  dyslipidemia, diabetes, family history and tobacco<br>16  use.<br>17   Q.   And are those -- do those fairly account<br>18  for the heart disease that you saw in this cath | **Pl's Obj.:** R. 611 - leading.<br>Calls for speculation. | **Deft's Resp.:**  Leading objection was not made at |

### Dedrick v. Merck Co., Inc.
**Plaintiff's and Defendant's Designations of Testimony of**
**Mark Koenig, M.D.**

| Designated Testimony | Objections | Response |
|---|---|---|
| 19 procedure?<br>20    A.    I believe so.<br>21    Q.    You mentioned earlier briefly that having<br>22 one heart attack in somebody like Mr. Dedrick, you<br>23 said, it puts him at risk for a second one?<br>24    A.    Yes, sir.<br>25    Q.    Does that have to do with risk -- risk<br>page 127<br>1 factors in existing heart disease, or does that have<br>2 to do with something else?<br>3    A.    Typically, it's risk factors, existing<br>4 heart disease, and the heart attack itself, which is<br>5 a more unstable plaque. | | the deposition and is waived<br>Fed.R.Civ.P.32(d)(3)(B);<br>Defendant is entitled to lead<br>treating physician identified<br>with Plaintiff - R.611(c). As<br>above, Plaintiff's treating<br>cardiologist is qualified to<br>opine as to the cause of his<br>patient's heart attack. It is<br>no more speculative than<br>Plaintiff's expert's opining<br>on causation. |
| 6    Q.    Prior to Mr. -- assume with me that<br>7 Mr. Dedrick, as is stated in his history, had no<br>8 prior cardiac events before this heart attack that<br>9 we're aware of from his history. Okay?<br>10    A.    Yes.<br>11    Q.    Now that he's had a heart attack, you've<br>12 gone in and looked at his heart, correct?<br>13    A.    Yes.<br>14    Q.    And you know what kind of blockages he<br>15 has throughout there?<br>16    A.    Yes.<br>17    Q.    And --<br>18    A.    As of the date of the catheterization.<br>19    Q.    Right. And subsequent to that there was<br>20 a bypass surgery?<br>21    A.    Yes, sir.<br>22    Q.    Somebody with the heart disease that you<br>23 see from that catheterization that has been bypassed<br>24 and has risk factors, as Mr. Dedrick does, do they<br>25 continue to be at risk for heart attacks?<br>page 128<br>1    A.    Yes, sir.<br>2    Q.    And is it real important they control<br>3 their risk factors?<br>4    A.    Yes, sir.<br>5    Q.    If you had a patient such as Mr. Dedrick<br>6 that had this type of significant three-vessel heart<br>7 disease and you recommended he be bypassed, and he<br>8 was, and he came back to you for further follow-up<br>9 care and reported to you that he was smoking a pack<br>10 of cigarettes a day, what would you tell him?<br>11    A.    I would tell him to discontinue tobacco.<br>12    Q.    And why is that?<br>13    A.    It's associated with restenosis of -- the<br>14 closing off of bypass grafts. They don't last as | **Pl's Obj.:** Lack of proper<br>foundation. Leading. | **Deft's Resp.:** Leading<br>objection was not made at<br>the deposition and is waived<br>Fed.R.Civ.P.32(d)(3)(B);<br>Defendant is entitled to lead<br>treating physician identified<br>with Plaintiff - R.611(c).<br>Plaintiff's treating<br>cardiologist is qualified to<br>opine as to the continued<br>risks for heart attacks<br>imposed by his patient's<br>heart disease. |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| 15 long in people that smoke. It's associated with<br>16 current heart attack and other things like stroke,<br>17 lung cancer, bronchitis.<br>18  Q.  Somebody with Mr. Dedrick's history, is<br>19 he taking a significant risk continuing to smoke?<br>20  A.  Yes, sir.<br>21  Q.  And does one of those risks include the<br>22 possibility of sudden death from a heart attack?<br>23  A.  Yes.<br>24  Q.  One last thing. You mentioned when you<br>25 did the -- the cath, you talked about some<br>page 129<br>1 hypokinesis and akinesis?<br>2  A.  Yes, sir.<br>3  Q.  Can some of that be stunning from a heart<br>4 attack that could occur over time?<br>5  A.  Yes, sir.<br>6  Q.  And you have not done a follow-up study<br>7 to see?<br>8  A.  No, sir. | PI's Obj.:  R.611 - leading. | Deft's Resp.:  Leading objection was not made at the deposition and is waived Fed.R.Civ.P.32(d)(3)(B); Defendant is entitled to lead treating physician identified with Plaintiff - R.611(c). |
| [129:15] - [130:2] 10/9/2006 Mark Koenig, M.D.<br><br>page 129<br>15  Q.  At the time that you determined that the<br>16 risk factors that you knew explained Tony<br>17 Dedrick's -- or were the cause of his heart attack,<br>18 did you understand one way or the other about Vioxx<br>19 whether Vioxx would increase the risk of -- of heart<br>20 attacks?<br>21  A.  I don't believe I remember what my<br>22 knowledge was at that point in time regarding Vioxx.<br>23  Q.  And you were asked if you would advise<br>24 Tony Dedrick to stop smoking. If you had known that<br>25 Vioxx substantially increased the risk of heart<br>page 130<br>1 attack, would you likewise have instructed him to stop<br>2 taking Vioxx? | Deft's Obj.:  601, 401, 402, 403:<br>Dr. has testified he is not familiar with Vioxx literature and does not have opinion about Vioxx as a cause of heart attack. This line of questioning improperly calls for irrelevant speculation about what he would have done if he had been aware of hypothetical facts about Vioxx. | PI's Resp.:  Relevant to show that Dr. Koenig when he testified that Mr. Dedrick's traditional risk factors were the contributing causes of his heart attack that Dr. Koenig was not informed about the pro-thrombotic nature of Vioxx and if he had been, his view of Mr. Dedrick's risks for heart attack would have included Vioxx as another risk factor. Proper hypothetical. Merck's APPROVe article says that Vioxx causes atherosclerosis and increases the risk for heart attack. Testimony is proper and shows that if Dr. Koenig had known about the risks associated with |
| [130:5] - [130:8] 10/9/2006 Mark Koenig, M.D.<br><br>page 130<br>5  A.  Yes, sir.<br>6  Q.  Okay. You would have instructed him to<br>7 stop taking Vioxx?<br>8  A.  Yes, sir. | Deft's Obj.:  602, 401, 402; 403:<br>Dr. has testified he is not familiar with Vioxx literature and does not have opinion about |  |

## Dedrick v. Merck Co., Inc.
### Plaintiff's and Defendant's Designations of Testimony of
### Mark Koenig, M.D.

| Designated Testimony | Objections | Response |
|---|---|---|
| | Vioxx as a cause of heart attack. This line of questioning improperly calls for irrelevant speculation about what he would have done if he had been aware of hypothetical facts about Vioxx. | Vioxx he would have taken Mr. Dedrick off the drug just as he would have encouraged him to stop smoking. |