UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Motion for Leave to File Notice of Filing Joint Deposition Designations of Case-Specific Witnesses under seal and submit exhibits in camera and under seal,

IT IS ORDERED that Plaintiff be and hereby is granted leave to file his Notice of Filing Joint Deposition Designations of Case-Specific Witnesses under seal and to submit the accompanying exhibits in camera and under seal.

NEW ORLEANS, LOUISIANA, this 29th day of November, 2006.

_____
DISTRICT JUDGE