221:11 people taking regular dose Vioxx as well.
221:12          Q.    Okay.
221:13                And was there further
221:14 discussion about the co-authorship of the
221:15 paper?
221:16          A.    Yes.
221:17          Q.    Okay.
221:18                Would you please read that?
221:19          A.    Yes.  In Paragraph 2, Dr.
221:20 Solomon writes, "I would like to discuss
221:21 your co-authorship on the paper.  You
221:22 have contributed substantially to the
221:23 project and I am very comfortable with
221:24 you being a co-author, assuming that you
222: Page 222
222: 1 are comfortable with its content.  In
222: 2 light of our findings, there may be
222: 3 aspects of the paper that will be
222: 4 problematic from Merck's perspective.
222: 5 You may be in a difficult position as a
222: 6 Merck employee and a co-author."
222: 7          Q.    Stop right there, Doctor.
222: 8                What did you and Dr. --
222: 9                What was your concern as
222:10 reflected in this paragraph?
222:11          A.    Well, this, again, was a
222:12 note that he sent to Dr. Cannuscio at my
222:13 suggestion to convey to her that we did
222:14 feel that she was a member of the project
222:15 team, but that we were both worried, now
222:16 that the study had shown that Vioxx did
222:17 increase the risk of heart attack, would
222:18 that be a problem for Merck and would
222:19 that be problematic for her to have her
222:20 name on the paper.
222:21          Q.    Did you actually present
222:22 this paper --
222:23                Did you actually present
222:24 this at a professional meeting?
223: Page 223
223: 1          A.    Dr. Solomon presented it in
223: 2 the fall of 2003 at the American College
223: 3 of Rheumatology.
223: 4                -  -  -
223: 5                (Whereupon, Deposition
223: 6          Exhibit Avorn-28, ARC 2003
223: 7          Presentation MRK-AAD0333175 -
223: 8          MRK-AAD0333207, was marked for
223: 9          identification.)
223:10                -  -  -
223:11 BY MR. TISI:
223:12          Q.    I'm handing you what's
223:13 marked as Exhibit Number 23.
223:14          A.    Yes.


ID:              Avorn 22622
Page Range:      226:22-227:15


  226:22          Q.    Doctor, is this the abstract

226:23 that was presented in -- at the
226:24 association --
227: Page 227
227: 1          A.      The American.
227: 2          Q.      -- the American College of
227: 3 Rheumatology in 2003?
227: 4          A.      Correct.
227: 5          Q.      Okay.
227: 6                  And is this the results of
227: 7 your study, your Merck-funded study?
227: 8          A.      Correct.
227: 9          Q.      Okay.
227:10                  And does it have Carolyn
227:11 Cannuscio's name on the top?
227:12          A.      Yes, it does.
227:13          Q.      Does it have your name on
227:14 the top?
227:15          A.      Yes, it does.


ID:              AVORN  22802
Page Range:      228:2-228:9

228: 2          Q.      Okay.
228: 3                  Doctor, did there come a
228: 4 time when you sought to convert this
228: 5 abstract into an actual published
228: 6 article?
228: 7          A.      Yes.
228: 8          Q.      And did you do that?
228: 9          A.      Yes.


ID:              AVORN  22820
Page Range:      228:20-229:21

228:20                  Did you submit that
228:21 manuscript to Merck for its comment?
228:22          A.      Yes, we did.
228:23          Q.      Okay.
228:24                  Did they have an opportunity
229: Page 229
229: 1 to make comments?
229: 2          A.      Yes.
229: 3          Q.      Did you accept some
229: 4 comments?
229: 5          A.      We accepted some and we
229: 6 didn't accept others.
229: 7          Q.      Okay.
229: 8                  Would you describe for us
229: 9 the comments that Merck did not accept?
229:10          A.      You mean that we did not
229:11 accept?
229:12          Q.      You did not accept that
229:13 Merck --
229:14          A.      Right, sure.
229:15                  There were some helpful
229:16 comments that Merck made about making
229:17 things clearer.  We accepted those.  And
229:18 then there were others which we felt

229:19 would have deemphasized the importance or
229:20 the extent of our findings, and we tended
229:21 to not accept those.


ID:              D AVORN 23017
Page Range:      230:17-232:14

230:17      Q.   Would you please tell us
230:18 what was rejected by you that Merck had
230:19 suggested?
230:20      A.   Sure. As best I can recall,
230:21 there were, for example, in the abstract
230:22 of the paper, as it was eventually
230:23 presented, there was one finding that
230:24 demonstrated an increased risk of Vioxx,
231: Page 231
231: 1 and the statistical significance of that
231: 2 was a p-value of .054. Now, let me
231: 3 explain what that means.
231: 4           A p-value of .05 or 5
231: 5 percent means that there's a 95 percent
231: 6 certainty that the finding you are
231: 7 reporting was not the result of chance.
231: 8 And that is a benchmark that is often
231: 9 used, it's not engraved in stone, but it
231:10 is a convenient benchmark that people
231:11 often use to understand how likely it is
231:12 that this was not just the result of
231:13 happenstance.
231:14           And one of our findings had
231:15 a p-value of 0.54, which means that
231:16 instead of a 95 percent certainty or
231:17 likelihood that this was not the result
231:18 of chance, there was instead of 95
231:19 percent, 94.6 percent likelihood that
231:20 this was not the result of chance. We
231:21 felt that given particularly the public
231:22 health importance of heart attack and the
231:23 widespread use of this drug that that
231:24 needed to be in the abstract.
232: Page 232
232: 1           Merck objected that this
232: 2 was, quote, not a significant finding
232: 3 because it was a 94.6 percent probability
232: 4 that it was not chance instead of a 95
232: 5 percent and said we should take it out of
232: 6 the abstract.
232: 7           They also told us that we
232: 8 should change the way we described that
232: 9 finding as a numerical difference that
232:10 was not significant or something to that
232:11 effect. And we disagreed on both points.
232:12      Q.   And did you have discussions
232:13 with Merck about this?
232:14      A.   Yes.


ID:              AVORN 23215
Page Range:      232:15-233:1

```
232:15        Q.    And did there come a time
232:16 where you had to make a decision about
232:17 what remained in the paper and what did
232:18 not remain in the paper?
232:19        A.    Yes.  Dr. Solomon and I
232:20 discussed this on an almost daily basis
232:21 at that point.
232:22        Q.    Okay.
232:23              And did you actually submit
232:24 the paper as you wished it to be?
233: Page 233
233: 1        A.    Yes.
```

ID:              D AVORN 23302
Page Range:      233:2-233:9

```
233: 2        Q.    And was it accepted for
233: 3 publication?
233: 4        A.    Yes.  It was initially sent
233: 5 to the New England Journal and JAMA, and
233: 6 they passed on it, and it was eventually
233: 7 accepted in Cardiology -- I'm sorry, in
233: 8 Circulation, which is the number one
233: 9 cardiology journal in the world.
```

ID:              Avorn 23310
Page Range:      233:10-233:21

```
233:10        Q.    And did anything unusual
233:11 happen at about the time of the
233:12 publication of the article that we've
233:13 been talking about?
233:14        A.    Yes.  As the article was in
233:15 galley on page proof, which is the
233:16 printed version of the article that is
233:17 sent back to the authors to make sure
233:18 there's no typos, we received a phone
233:19 call from Dr. Santanello instructing us
233:20 to remove Dr. Cannuscio's name from the
233:21 paper.
```

ID:              AVORN 24102
Page Range:      241:2-241:6

```
241: 2              Did her name come off the
241: 3 paper?
241: 4        A.    Her name came off the paper,
241: 5 and I reluctantly agreed to let that
241: 6 happen.
```

ID:              AVORN 24312
Page Range:      243:12-244:19

```
243:12        Q.    Did you acknowledge Dr.
243:13 Cannuscio in any other way in that paper?
```

243:14        A.    Yes.  I wrote an
243:15 acknowledgment that I asked Dr. Solomon
243:16 to include in the paper.
243:17        Q.    And you did that?
243:18        A.    Yes.  That was my  -- those
243:19 are my words.
243:20              Because I felt that leaving
243:21 aside the ethics of it, here was a young
243:22 woman starting out her career who was
243:23 about to have a paper in the best
243:24 cardiology journal in the world and that
244: Page 244
244: 1 she deserved to be a co-author of.  And I
244: 2 was concerned, almost in my faculty role,
244: 3 that here somebody's hard work was being
244: 4 snatched away from her.
244: 5              So, I wrote that language
244: 6 that indicated there was an unnamed
244: 7 epidemiologist who had worked with us, as
244: 8 it says, "Actively in the study design,
244: 9 statistical analysis, and interpretation
244:10 of the date and preparation of the
244:11 manuscript," which are, in fact, the
244:12 criteria for authorship.  And while we
244:13 are forbidden from using Dr. Cannuscio's
244:14 name, I wanted her to be able to refer to
244:15 that as she went on in her career and say
244:16 that was really me.  And so we did put
244:17 the acknowledgment that I wrote at the
244:18 end of the paper, but still respected her
244:19 wishes to be not listed as a co-author.


ID:             Avorn 24504
Page Range:     245:4-247:4

245: 4        Q.    Now, Doctor, this article
245: 5 was then published in Circulation?
245: 6        A.    That's right.
245: 7              MR. TISI:  Okay.
245: 8              And I'm going to show you
245: 9 what I would like to have marked
245:10 as Exhibit 30.
245:11                    -  -  -
245:12              (Whereupon, Deposition
245:13        Exhibit Avorn-30, Bulletin
245:14        4-21-04 MRK-AAR0069284, was
245:15        marked for identification.)
245:16                    -  -  -
245:17 BY MR. TISI:
245:18        Q.    And you testified before,
245:19 and I just want to refer you to that
245:20 testimony, that you felt this was an
245:21 important public health issue that your
245:22 study was addressing?
245:23        A.    I've said that, and I felt
245:24 that, and I feel that.
246: Page 246
246: 1        Q.    Okay.
246: 2              Now, let me show you what I

246: 3 have had marked as Exhibit Number 29 --
246: 4          THE COURT REPORTER:   30.
246: 5 BY MR. TISI:
246: 6          Q.    30.  I will represent to you
246: 7 that it is a bulletin being used for
246: 8 detailers detailing Vioxx.
246: 9          A.    You mean the sales
246:10 representatives?
246:11          Q.    The sales representatives.
246:12          A.    For Merck?
246:13          Q.    Yes.
246:14                And it's dated April 21st,
246:15 2004.
246:16          A.    Correct.
246:17          Q.    Do you see that, Doctor?
246:18                And does it refer to your
246:19 particular study?
246:20          A.    Yes.
246:21          Q.    And it's called an "Obstacle
246:22 Response."  Do you see that?
246:23          A.    Right.
246:24          Q.    Did you consider your paper
247: Page 247
247: 1 an obstacle?
247: 2 .        A.    No.
247: 3          Q.    You're smiling.  Why do you
247: 4 smile?


ID:              Avorn 24707
Page Range:      247:7-247:15

247: 7                THE WITNESS:  Because it was
247: 8           an important finding about the
247: 9           risks of a very, very widely-used
247:10           drug in relation to a very common
247:11           and important and dangerous side
247:12           effect that was only an obstacle,
247:13           I suppose, from the perspective of
247:14           Vioxx sales, but it was not an
247:15           obstacle in terms of science.


ID:              Avorn 24720
Page Range:      247:20-248:7

247:20          Q.    When it says "Action
247:21 required," it says, "Do not initiate
247:22 discussions on this article with
247:23 physicians."  Do you see that?
247:24          A.    I see that.
248: Page 248
248: 1          Q.    Doctor, as somebody who has
248: 2 been involved in academic detailing,
248: 3 which we spoke about before, can you
248: 4 think of any medical or scientific reason
248: 5 why a responsible drug company would not
248: 6 want to have all of the evidence
248: 7 discussed with physicians?

```
ID:              Avorn 24813
Page Range:      248:13-248:18

 248:13       Q.    I'm not asking you to
 248:14 speculate, Doctor.  I'm asking you as
 248:15 somebody who has done research in this
 248:16 area, is there any medical or scientific
 248:17 reason why this article and this research
 248:18 should not be shared with doctors?


ID:              Avorn 24820
Page Range:      248:20-248:20

 248:20            THE WITNESS:  No.


ID:              Avorn 24822
Page Range:      248:22-249:10

 248:22       Q.    Why not?
 248:23       A.    As someone who has spent his
 248:24 life studying how doctors make
 249: Page 249
 249: 1 prescribing decisions and written papers
 249: 2 about and conducted programs in the fair
 249: 3 and evidenced-based presentations of both
 249: 4 benefit and risk data to physicians so
 249: 5 that they can be helped to make more
 249: 6 appropriate decisions to benefit their
 249: 7 patients, I can think of no reason that
 249: 8 anybody would -- no legitimate reason why
 249: 9 it would be ever appropriate to suppress
 249:10 negative findings about a drug risk.


ID:              Avorn 24914
Page Range:      249:14-256:21

 249:14       Q.    Is there anything in this
 249:15 obstacle response that indicates that
 249:16 Merck funded this study, approved the
 249:17 protocol, approved the statistical
 249:18 analysis and worked on the manuscript?
 249:19       A.    No.
 249:20       Q.    Doctor, I'd like for you to
 249:21 turn, and I'm going to switch topics for
 249:22 a moment.  Let's go to Avorn Exhibit
 249:23 Number 9, which is in the binder there.
 249:24 And it's an article entitled "Adjustment
 250: Page 250
 250: 1 for Unmeasured Confounders."
 250: 2       A.    Yes.
 250: 3       Q.    Do you remember that study?
 250: 4       A.    Yes.
 250: 5       Q.    Was that Merck funded?
 250: 6       A.    Yes.
 250: 7       Q.    And what was the purpose of
 250: 8 that study?
```

```
250: 9          A.      We wanted to be certain in
250:10 --
250:11                  When we found that there was
250:12 a higher risk of heart attack in patients
250:13 taking Vioxx, as I said before, we wanted
250:14 to make sure that that to be fair to the drug,
250:15 that was not because people who happened
250:16 to be on Vioxx were sicker or had -- or
250:17 were more likely to be smokers, which we
250:18 know causes heart attack, or might have
250:19 been more overweight or perhaps were less
250:20 likely to be taking aspirin.
250:21                  And these are all potential
250:22 risk factors for heart attack, but we did
250:23 not have information about them in our
250:24 data about their drug prescriptions and
251: Page 251
251: 1 their medical history.  And we wanted to
251: 2 have some independent assessment of maybe
251: 3 people who were taking Vioxx were sicker
251: 4 than people taking Celebrex.  And if that
251: 5 was the case, it would cast our findings
251: 6 into doubt and we wanted to get it right.
251: 7          Q.      And when you did the study,
251: 8 what did you find?
251: 9          A.      That there was no meaningful
251:10 difference between Vioxx users and
251:11 Celebrex users, and, in fact, to the very
251:12 small extent that there was a little bit
251:13 of a difference, it indicated that our
251:14 findings would have underestimated the
251:15 risk of Vioxx.
251:16          Q.      Go to the next document,
251:17 Exhibit Number 6.  It's another article,
251:18 "Determinants of Selective COX-2
251:19 Prescribing."
251:20          A.      Yes.
251:21          Q.      Do you see that?
251:22          A.      Yes.
251:23          Q.      Okay.
251:24                  "Are patient or physician
252: Page 252
252: 1 characteristics more important?"
252: 2          A.      Right.
252: 3          Q.      Do you see that?
252: 4          A.      Yes.
252: 5          Q.      Okay.
252: 6                  Is that an article you
252: 7 wrote?
252: 8          A.      Yes.  With my team.
252: 9          Q.      And it was published in
252:10 2003?
252:11          A.      Yes.
252:12          Q.      Okay.
252:13                  What, if anything, briefly,
252:14 did you conclude?
252:15          A.      Well, we were at that point
252:16 trying to understand how it could be that
252:17 the use of COX-2 drugs, both Vioxx and
252:18 Celebrex, were going through the roof
```

252:19 despite the fact that they had never been
252:20 shown to be better pain relievers or
252:21 anti-inflammatory drugs and with the
252:22 evidence that was already out there about
252:23 their risks.  The benefit that they had
252:24 in relation to less stomach symptoms did
253: Page 253
253: 1 not seem to us to be enough reason to
253: 2 explain that astronomical rise.
253: 3              So, we looked in our
253: 4 database at the patterns of use, and we
253: 5 thought, well, maybe there are more
253: 6 people out there who are getting this
253: 7 drug because they have a history of ulcer
253: 8 or a bleeding problem or are on
253: 9 anticoagulants, all of which would be
253:10 reasons to use them.
253:11         Q.     And what did you find?
253:12         A.     We found that that really
253:13 didn't predict who was getting these
253:14 drugs.
253:15         Q.     In the conclusion, if you go
253:16 to Page 720, it says, "Important
253:17 questions have emerged as to whether or
253:18 not possible increases in cardiovascular
253:19 risk associated with these agents should
253:20 limit their use to patients who are most
253:21 likely to benefit from improved
253:22 gastrointestinal safety."
253:23         A.     Correct.
253:24         Q.     What, if anything, are you
254: Page 254
254: 1 saying here about the risk/benefit of
254: 2 Vioxx?
254: 3         A.     That by 2003, we were
254: 4 writing that there was already, as we
254: 5 say, important questions about they
254: 6 might -- about whether they increase
254: 7 cardiovascular risk, and that, therefore,
254: 8 these should be drugs used in patients
254: 9 who are -- in whom it's worth taking that
254:10 risk if you really needed to have a drug
254:11 that was gentler on the stomach, but not
254:12 in other people who didn't need that
254:13 extra degree of stomach protection.
254:14         Q.     Could you turn to Page
254:15 718 -- 719, excuse me.
254:16         A.     Yes.
254:17         Q.     It says, "Other factors" in
254:18 the middle of the page.  "Other factors
254:19 may also be important correlates to
254:20 prescribing, such as patients education
254:21 level and...social" work, as well as --
254:22         A.     Social network.
254:23         Q.     -- "social network," and
254:24 "patient...exposure to advertising."
255: Page 255
255: 1              Do you see that?
255: 2         A.     Patient and physician
255: 3 exposure to advertising.

255: 4      Q.    Yeah.  And what did you mean
255: 5 by that?
255: 6      A.    That since we couldn't
255: 7 explain the very, very widespread use of
255: 8 these drugs based on their being
255: 9 prescribed to patients in whom it would
255:10 be worth the tradeoff of higher heart
255:11 attack risk in exchange for perhaps more
255:12 ulcer protection, that there must be
255:13 something else going on.  And one of the
255:14 factors that was an obvious potential
255:15 cause was the extensive advertising to
255:16 patients and to doctors.
255:17      Q.    Have you written about the
255:18 effect of direct-to-consumer advertising
255:19 in commercial detailing on prescribing
255:20 practices?
255:21      A.    Yes, I have.
255:22  ·   Q.    What, if any, effect does
255:23 direct-to-consumer advertising have on
255:24 physician prescribing behavior?
256: Page 256
256: 1      A.    As I've written, and as many
256: 2 people have found, it drives physician
256: 3 prescribing, which is why it gets done so
256: 4 much.  And that patients will often tell
256: 5 a doctor, I saw this ad or I heard this
256: 6 commercial, do you think I ought to be on
256: 7 this drug, give me t drug.
256: 8      Q.    Now, you've testified to a
256: 9 lot of issues that you developed during
256:10 the course of your work with Merck and
256:11 during the course of the time the drug
256:12 was on the market.  Do you hold those
256:13 opinions in things that you've testified
256:14 to to a reasonable degree of medical
256:15 certainty, Doctor?
256:16      A.    Yes, I do.
256:17      Q.    Okay.
256:18            And you still hold those
256:19 opinions to a reasonable degree of
256:20 medical certainty today?
256:21  ·   A.    Absolutely.


ID:          AVORN  26811
Page Range:  268:11-268:21

268:11      Q.    Do you feel it important to
268:12 the issues that we asked you to address
268:13 to review the deposition testimony or the
268:14 trial testimony of every Merck witness
268:15 who has testified in this litigation?
268:16      A.    That would not even be
268:17 possible even if I wanted to.  But my
268:18 concern has been on what was done and
268:19 said and acted upon at the time, not a
268:20 reconstruction of that years later in the
268:21 midst of litigation.

ID:                AVORN  27413
Page Range:        274:13-275:5

274:13          Q.     Now, let me ask you some of
274:14 your opinions generally, and we can
274:15 hopefully move through these fairly
274:16 quickly.
274:17               Doctor, we addressed this
274:18 previously about what your opinions were
274:19 at the time that you were studying Vioxx.
274:20 Let's move forward in time.
274:21               As of today, do you have an
274:22 opinion to a reasonable degree of medical
274:23 certainty as to whether or not Vioxx was
274:24 any more effective as a pain reliever
275: Page 275
275: 1 than other nonsteroidal
275: 2 anti-inflammatories, whether it be
275: 3 aspirin, Motrin, naproxen, all the others
275: 4 we've talked about?
275: 5          A.     Yes, I have such an opinion.


ID:                Avorn  27523
Page Range:        275:23-277:17

275:23          Q.     What is your opinion?
275:24          A.     My opinion, I think it's
276: Page 276
276: 1 pretty universal, is that there's really
276: 2 no evidence that Vioxx was or is any more
276: 3 effective as an analgesic or a pain
276: 4 reliever than any of the older
276: 5 nonsteroidals that are on the market.
276: 6          Q.     Do you know whether or not
276: 7 Merck ever claimed that Vioxx was better
276: 8 at pain relief than any other drug that
276: 9 was on the market?
276:10          A.     It did not.
276:11          Q.     Is that important in
276:12 applying the risk/benefit analysis that
276:13 we talked about before?
276:14          A.     Yes.  Because if there were
276:15 a drug that was -- when Vioxx first came
276:16 out, there were a lot of articles in the
276:17 newspapers calling it the super aspirin
276:18 and kind of implying that it worked much
276:19 better than aspirin or Motrin.  If that
276:20 were true, then maybe for somebody with
276:21 really bad arthritis, you might even be
276:22 willing to consider a slight increase in
276:23 some other risks if this was really the
276:24 most fantastic pain reliever ever.  But
277: Page 277
277: 1 it's about as good as all the others we
277: 2 have.
277: 3          Q.     Let me go on.
277: 4               Do you know whether or
277: 5 not -- do you have an opinion as to

277: 6 whether or not Vioxx had any effect on
277: 7 the GI system?
277: 8        A.    Yes.
277: 9        Q.    And what is that opinion?
277:10        A.    Well, like all drugs in the
277:11 nonsteroidal class, it's more irritating
277:12 than not taking anything.  But it also,
277:13 in the VIGOR study, was found to actually
277:14 be less irritating to the stomach and
277:15 less producing of important gastric
277:16 problems than other drugs like naproxen
277:17 in particular.


ID:              Avorn 27720
Page Range:      277:20-280:8

277:20   ·            In assessing the benefits
277:21 and the risks of Vioxx, have you
277:22 considered the fact that at least
277:23 compared to naproxen it had a better GI
277:24 benefit?
278: Page 278
278: 1        A.    Yes.  That was actually the
278: 2 substance of the discussions that I had
278: 3 with my colleagues around the time that
278: 4 the VIGOR data was coming out, that,
278: 5 well, if it is worse for your heart but
278: 6 better for your stomach, is that a
278: 7 tradeoff that was worth making?  Because
278: 8 often in either practice or research or
278: 9 teaching medical students or residents, I
278:10 have to confront the issue of this drug
278:11 is worse in this respect but better in
278:12 this respect, and how do you balance
278:13 those two.
278:14            There's a couple of sections
278:15 in my book about that, because a lot of
278:16 drugs will have some pluses and some
278:17 minuses, and you have to be able to
278:18 measure them and then weigh them.
278:19        Q.    Do you know whether or not
278:20 Merck, in connection with Vioxx, as time
278:21 went on, suggested that patients who are
278:22 at risk for heart problems should take
278:23 aspirin?
278:24        A.    Yes.
279: Page 279
279: 1        Q.    That Vioxx was no substitute
279: 2 for aspirin?
279: 3        A.    Correct.  They stated that.
279: 4        Q.    In patients in which aspirin
279: 5 and Vioxx were taken, how did that affect
279: 6 the GI benefit?  Do you have an opinion
279: 7 as to that?
279: 8        A.    I have an opinion.
279: 9        Q.    And what is that opinion?
279:10        A.    Well, based on Merck's own
279:11 study, they did a study which I think was
279:12 called the aspirin endoscopy study in

279:13 which they actually looked at whether or
279:14 not the gentler on your stomach advantage
279:15 of Vioxx would still be there in patients
279:16 who needed to take a baby aspirin a day
279:17 to protect their heart.
279:18          Because after the VIGOR
279:19 study came out, Merck themselves were
279:20 saying, if you need to be on aspirin
279:21 while you're taking Vioxx, you should
279:22 take aspirin to protect your heart.
279:23          And in the study which they
279:24 conducted of patients who were given both
280: Page 280
280: 1 aspirin and Vioxx, what they found was
280: 2 that the protective effect on the stomach
280: 3 of Vioxx was actually lost if a patient
280: 4 was taking aspirin in addition.  That is,
280: 5 you couldn't demonstrate the
280: 6 gastroprotective effect of Vioxx if a
280: 7 patient was taking a baby aspirin
280: 8 alongside it.


ID:           Avorn 28011
Page Range:.   280:11-281:2

280:11          Do you have an opinion that
280:12 you hold to a reasonable degree of
280:13 medical and scientific certainty as to
280:14 whether or not Vioxx is capable of
280:15 causing heart attacks in human beings?
280:16     A.    I have an opinion.
280:17     Q.    And what is that opinion?
280:18     A.    That Vioxx does cause heart
280:19 disease, specifically heart attacks in
280:20 human beings.
280:21     Q.    Would you briefly give us
280:22 the basis of that opinion?
280:23     A.    Yes.  I think that there's a
280:24 number of different reasons for coming to
281: Page 281
281: 1 that opinion, all of which, in my view,
281: 2 point in the same direction.


ID:           AVORN 28411
Page Range:   284:11-286:12

284:11     .       What are the bases of your
284:12 opinion as an epidemiologist that Vioxx
284:13 is capable of causing heart attacks in
284:14 human beings? .
284:15     A.    The clinical trial evidence
284:16 I think is the number one strongest
284:17 indication for -- or evidence for this,
284:18 that randomized controlled clinical
284:19 trials double blind in which patients who
284:20 were given Vioxx compared to other drugs,
284:21 the consistency of the evidence that
284:22 Vioxx causes a higher number of heart

284:23 attacks or other cardiovascular adverse
284:24 events from a number of studies which we
285: Page 285
285: 1 could go through, that is one key
285: 2 foundation of this association.  And that
285: 3 was found in VIGOR, in 090, in ADVANTAGE,
285: 4 in a number of studies, most of which
285: 5 actually were conducted by Merck which
285: 6 showed --
285: 7        Q.    APPROVe?
285: 8        A.    -- a higher -- I'm sorry?
285: 9        Q.    APPROVe, does APPROVe fit in
285:10 there?
285:11        A.    APPROVe, I'm sorry, that was
285:12 the one that got it off the market.
285:13              All of those are studies
285:14 which showed a higher rate of heart
285:15 attacks and other cardiovascular outcomes
285:16 in patients given Vioxx.  That is one
285:17 line of evidence.
285:18              The other line of evidence,
285:19 which is totally separate, but also
285:20 points in the same direction, is studies
285:21 of the kind that we have done where you
285:22 look at people taking Vioxx compared to
285:23 people taking Celebrex compared to other
285:24 medications, and, again, finding that the
286: Page 286
286: 1 people taking Vioxx out there in the
286: 2 normal world, not in the clinical trial,
286: 3 are having more heart attacks than people
286: 4 not taking it.
286: 5              And then in a way, the icing
286: 6 on the cake is if there is some reason
286: 7 for being able to say we think we may
286: 8 know why this happens, that is additional
286: 9 helpful information.
286:10        Q.    And did you have all three
286:11 of those in connection with -- to support
286:12 Vioxx?

ID:          Avorn 28703
Page Range:  287:3-288:14

287: 3        A.    Yes.  I think all three
287: 4 lines of argument were present and
287: 5 reasonably clear in the case of Vioxx.
287: 6        Q.    All right.  Moving forward,
287: 7 Doctor.
287: 8              Do you have an opinion as to
287: 9 whether or not it is generally accepted
287:10 in the medical and scientific community
287:11 today that Vioxx is capable of causing
287:12 heart attacks in human beings?
287:13        A.    Yes.  That was the unanimous
287:14 view of the FDA Advisory Committee that
287:15 met in 2005.
287:16        Q.    When you say "the unanimous
287:17 view," what do you mean?

```
287:18   .   A.   I think there were 32 people
287:19 voting, and I believe that 32 in answer
287:20 to the question, does Vioxx cause
287:21 cardiovascular disease in humans, I think
287:22 32 out of the 32 said yes, and I don't
287:23 think anyone said no.
287:24   Q.   Okay.
288: Page 288
288: 1          Dr. Avorn, do you have an
288: 2 opinion that you hold to a reasonable
288: 3 degree of medical certainty as to whether
288: 4 or not a person has to be taking Vioxx
288: 5 for any particular period of time before
288: 6 they are actually at risk for a
288: 7 Vioxx-induced heart attack?
288: 8   .   A.   Well, in our study, we found
288: 9 an increase in risk in 1 to 30 days, as
288:10 well as 30 to 90 days.  So -- and we've
288:11 recently just in the last week or two
288:12 seen that the contention --
288:13   Q.   Let me ask you a question.
288:14   A.   Okay.


ID:              Avorn 29005
Page Range:      290:5-290:11

290: 5          Has there been any evidence
290: 6 that has come out in the past two days
290: 7 that support your opinion that there is
290: 8 not a period of time in which it is
290: 9 necessary for a person to be on Vioxx
290:10 before they develop a Vioxx-induced heart
290:11 attack?


ID:              Avorn 29015
Page Range:      290:15-291:21

290:15   .   A.   Well, let's call it the last
290:16 week, because it was put up on the
290:17 website of the New England Journal of
290:18 Medicine in the last several days, and I
290:19 don't remember if it was two or three.  .
290:20   Q.   Go ahead.
290:21   A.   But it has just become known
290:22 to the world at large that the analysis
290:23 which was performed on the data from the
290:24 APPROVe study, which was the study that
291: Page 291
291: 1 was released in September of '04, which
291: 2 was the occasion for withdrawing the drug
291: 3 from the market, that the analysis which
291: 4 was initially done and reported in the
291: 5 New England Journal, to their
291: 6 embarrassment, was incorrect, and that it
291: 7 was -- it looked at this issue of before
291: 8 18 months versus after 18 months in a way
291: 9 that was erroneous in a statistical
291:10 sense.  And that if one looks at it in
```

291:11 the correct way, that there is not this
291:12 phenomenon of no effect before 18 months
291:13 and then the effect starts.
291:14        Q.    And --
291:15        A.    And if I could just complete
291:16 that thought.
291:17            The New England Journal
291:18 required the authors of that paper to
291:19 publish a correction to their original
291:20 report, which is the new element that has
291:21 come out in just the last few days.


ID:              Avorn 29202
Page Range:      292:2-293:8

292: 2        Q.    Doctor, are there any other
292: 3 clinical trials that you are aware of in
292: 4 reviewing the materials we asked you to
292: 5 review which were shorter term studies
292: 6 where risks were seen?
292: 7        A.    Yes.  The VIGOR study itself
292: 8 only lasted nine months, and that was the
292: 9 study in which the four or five-fold
292:10 increase in heart attacks was seen.  So,
292:11 if there was no effect before 18 months,
292:12 it would have not been seen in VIGOR, but
292:13 it was.
292:14            In addition, studies like
292:15 ADVANTAGE and study 090 were much briefer
292:16 than that, and they also found an effect
292:17 that was different in Vioxx users versus
292:18 the comparison group in well under six
292:19 months.
292:20        Q.    And looking at all of those
292:21 together, in your opinion, did a pattern
292:22 emerge that in any way suggested, good or
292:23 bad, that there was not a cutoff period
292:24 of time where the risk begins?
293: Page 293
293: 1        A.    I think looking at all the
293: 2 data together from the clinical trials,
293: 3 and in addition, separately looking at
293: 4 the data from the observational or the
293: 5 epidemiologic studies, the totality of
293: 6 the evidence does not suggest that there
293: 7 is a, quote, safe period early on when
293: 8 you don't get into trouble with the drug.


ID:              Avorn 29421
Page Range:      294:21-296:6

294:21        Q.    Doctor, we talked about the
294:22 VIGOR study in the earlier part of your
294:23 deposition.  Have you since come to learn
294:24 that the data from the VIGOR study is
295: Page 295
295: 1 different than you initially thought it
295: 2 was at the time it was published?

295: 3        A.    Yes.
295: 4        Q.    What did you understand is
295: 5 now different than what was originally
295: 6 reported by Merck in November of 2000?
295: 7        A.    Well, apparently -- not
295: 8 apparently, it is now agreed, I think, by
295: 9 all parties that there were three cases
295:10 of heart attack in patients who were in
295:11 the VIGOR study, who actually were in the
295:12 Vioxx arm of the VIGOR study whose heart
295:13 attacks were not included in the original
295:14 report as it was published in the New
295:15 England Journal of Medicine.
295:16        Q.    Were those in any particular
295:17 subgroup in the VIGOR study that is of
295:18 clinical importance?
295:19        A.    All of them were in what was
295:20 called the aspirin not indicated group,
295:21 which was the supposedly lower risk for
295:22 cardiac disease subgroup of the study.
295:23        Q.    In terms of the whole, what
295:24 we call the naproxen issue, what
296: Page 296
296: 1 significance, in as simple a way as you
296: 2 can explain it, what significance is it
296: 3 that the three deaths --
296: 4        A.    Heart attacks.
296: 5        Q.    -- heart attacks were not in
296: 6 the aspirin-indicated group?


ID:              Avorn 29711
Page Range:      297:11-299:5

297:11              THE WITNESS:  Okay.
297:12              The fact that the three
297:13         heart attacks that were not
297:14         originally reported in the first
297:15         -- in the publication of the
297:16         Vioxx -- of the VIGOR study, the
297:17         importance of their having all
297:18         occurred in the, quote, aspirin
297:19         not indicated group is the
297:20         following:
297:21              The argument that was being
297:22         made in the VIGOR study as it was
297:23         published was that the reason that
297:24         there were more heart attacks seen
298: Page 298
298: 1         in people taking Vioxx compared to
298: 2         people taking naproxen was that
298: 3         naproxen had this very powerful
298: 4         aspirin-like effect on your
298: 5         platelets which made them not
298: 6         clot, and that Vioxx didn't have
298: 7         that effect, and that's how
298: 8         naproxen was supposedly preventing
298: 9         heart attacks rather than having
298:10         Vioxx cause heart attacks.
298:11              The importance of those

```
298:12          three cases occurring in the
298:13          patients who didn't need aspirin
298:14          group is that that doesn't fit,
298:15          that if the issue was that Vioxx
298:16          lacked the aspirin-like effect
298:17          that naproxen supposedly had, then
298:18          you would not expect people who
298:19          didn't need aspirin to do any
298:20          worse, but, in fact, the people
298:21          who didn't need aspirin also did
298:22          worse on Vioxx, which is
298:23          consistent with the idea that it
298:24          wasn't just about some imagined
299: Page 299
299: 1          naproxen protective effect, but,
299: 2          rather, about the likelihood,
299: 3          which I think is now quite
299: 4          plausible that Vioxx was actually
299: 5          precipitating the heart attacks.
```

```
ID:             AVORN  30009
Page Range:     300:9-301:15
```

```
300: 9          Q.    Let's go to the next
300:10 question that we asked you to address,
300:11 which is Merck's investigation and
300:12 management of -- investigation of the
300:13 potential of Vioxx to cause heart attacks
300:14 and their management of that issue, the
300:15 studies, the communications, et cetera.
300:16 Okay?
300:17          First of all, have you
300:18 reviewed documents that were before the
300:19 new drug application was filed for Vioxx?
300:20          A.    Yes.  There were some
300:21 initial reports of clinical trials that
300:22 had been conducted.
300:23          Q.    What is the term "signal,"
300:24 Doctor?  First of all, is the term
301: Page 301
301: 1 "signal" something that is commonly used
301: 2 in your field of pharmacoepidemiology?
301: 3          A.    Yes.
301: 4          Q.    Would you please explain to
301: 5 the jury what a "signal" is?
301: 6     .      A.    Yes.  I think a good regular
301: 7 language word would be "clue."  That if
301: 8 there may be some evidence that comes up
301: 9 that is not in itself a slam dunk proof
301:10 that there's a problem, but something
301:11 that might be called a smoking gun,
301:12 something that sure looks suspicious and
301:13 warrants followup, even though in itself
301:14 it does not absolutely wrap up the
301:15 certainty that there's a problem.
```

```
ID:             Avorn 30122
Page Range:     301:22-302:7
```

```
301:22        Q.    Okay.
301:23              Doctor, do you have an
301:24 opinion as to whether or not Merck should
302: Page 302
302: 1 have recognized -- a reasonable and
302: 2 prudent company with the knowledge that
302: 3 Merck had before the drug was on the
302: 4 market should have recognized that there
302: 5 was the potential for cardiovascular
302: 6 disease in patients who took Vioxx?
302: 7        A.    Yes.


ID:               Avorn 30214
Page Range:       302:14-307:17

302:14              If one looks at the totality
302:15        of the information that was
302:16        available as of the time that the
302:17        new drug application was
302:18        submitted, there were a number of
302:19        pieces of information from
302:20        clinical trial data, as well as
302:21        from other sources, that certainly
302:22        raised a question as to whether or
302:23        not this was a problem.  And I'm
302:24        not saying that they were slam
303: Page 303
303: 1        dunk, to use a phrase from the
303: 2        current administration, slam dunk
303: 3        evidence that there was a problem,
303: 4        but that certainly were very
303: 5        suspicious worries.
303: 6                          -  -  -
303: 7              (Whereupon, Deposition
303: 8        Exhibit Avorn-31, Research
303: 9        Management Committee 4-10-96
303:10        MRK-ABC0048699 - MRK-ABC0048706,
303:11        was marked for identification.)
303:12                          -  -  -
303:13 BY MR. TISI:
303:14        Q.    I'm going to hand you what I
303:15 have had marked as Exhibit Number 31.
303:16 And for the record, this is a Research
303:17 Management Committee document dated
303:18 October 10, 1996, MRK-ABC0048699.
303:19              Have you seen this document
303:20 before?
303:21        A.    Yes, I have.
303:22        Q.    Is this a document you
303:23 relied on in supporting your opinion that
303:24 there was a, quote, signal of potential
304: Page 304
304: 1 cardiotoxicity for Vioxx prior to filing
304: 2 of the new drug application?
304: 3        A.    In part.
304: 4        Q.    Okay.
304: 5              Would you please go to Page
304: 6 8.
```

304: 7      A.      Yes.
304: 8      Q.      First of all, what is
304: 9 MK-966?
304:10      A.      That was the working name
304:11 for Vioxx before it was called Vioxx.
304:12      Q.      And is this a document that
304:13 is a Merck document?
304:14      A.      Yes.
304:15      Q.      In Section 3, it indicates a
304:16 section that says "Adverse Events."  Do
304:17 you see that?
304:18      A.      Yes.
304:19      Q.      Okay.
304:20 .              Would you tell us what, if
304:21 anything, was significant in your review
304:22 of this document which supports your
304:23 opinions?
304:24      A.      Sure.  In fairness, I should
305: Page 305
305: 1 point out that these were very, very big
305: 2 doses of Vioxx.  This was before they
305: 3 really knew what the right dose would be,
305: 4 and so these doses were 125 to 175
305: 5 milligrams.  I think that's part of the
305: 6 picture here.
305: 7      Q.      Sure.
305: 8      A.      Having said that, the second
305: 9 paragraph -- and the other important
305:10 point was that this study lasted only six
305:11 weeks.  And so it was a really remarkably
305:12 short period of time in which you really
305:13 would not expect to see a cardiovascular
305:14 risk because it was only a
305:15 month-and-a-half long.
305:16              And the second paragraph
305:17 reads, "Adverse events of most concern
305:18 were in the cardiovascular system (e.g.,
305:19 MI" or heart attack, "unstable angina"
305:20 which is increasing chest pain from heart
305:21 disease, "rapid fall in hemoglobin and
305:22 hematocrit in some subjects, and a small
305:23 increase in blood pressure."
305:24      Q.      And this is October of 1996?
306: Page 306
306: 1      A.      Correct.
306: 2              And then the next sentence
306: 3 which I think is also relevant, "We plan
306: 4 to evaluate MK-966" or Vioxx "in a study
306: 5 where subjects are also given low-dose
306: 6 aspirin."
306: 7      Q.      Was that study ever done?
306: 8      A.      It was not until the VIGOR
306: 9 data came out in 2000 that Merck began to
306:10 advocate using aspirin in people taking
306:11 Vioxx, and so that would have been, oh,
306:12 four years later.
306:13      Q.      All right.
306:14              Now, Doctor, did you also
306:15 review the medical officer reviews for
306:16 Vioxx, the FDA medical officer review for

306:17 Vioxx when the·drug was approved?
306:18        A.    Yes.
306:19        Q.    And did you consider the
306:20 views of the medical officer when forming
306:21 your opinions?
306:22        A.    Yes.  Because that was what
306:23 was known at the time.
306:24        Q.    What, if any, significance,
307: Page 307
307: 1 and I'm going to try to go through these
307: 2 fairly quickly, what, if any,
307: 3 significance was there in the
307: 4 cardiovascular section of the medical
307: 5 officer review for the Vioxx clinical
307: 6 trial program that assisted you in
307: 7 formulating your opinions?
307: 8        A.    Well, a number of the FDA
307: 9 staff that were evaluating Vioxx, and I'm
307:10 thinking of Dr. Pulayo, Dr. Villalba and
307:11 Dr. Targum, were struck with and noticed
307:12 and wrote about the fact that there
307:13 appeared to be an excess of
307:14 cardiovascular disease in patients who
307:15 were given Vioxx in the clinical trials
307:16 that were submitted by Merck to FDA in
307:17 the late '90s.


ID:              Avorn 30806
Page Range:      308:6-309:13

308: 6        Q.    I'm going to show you a
308: 7 document.  First of all, is this a
308: 8 document that you reviewed in the context
308: 9 of your opinions that you prepared to
308:10 render in this case?
308:11 .      A.    Yes.
308:12        Q.    Okay.
308:13              What is this document,
308:14 Doctor?
308:15        A.    This is labeled "Scientific
308:16 Advisors Meeting, May 3-May 6, 1998."
308:17        Q.    And what is this document?
308:18        A.    This is a summary of the
308:19 report of a group of scientific advisors
308:20 that Merck pulled together to advise it
308:21 on the development of the -- of Vioxx as
308:22 it was in its preapproval state, that is,
308:23 before it was ·-- before the FDA approved
308:24 it.
309: Page 309
309: 1        Q.    Would you turn to Page 11 of
309: 2 this document?
309: 3        A.    Yes.
309: 4        Q.    Under the section entitled
309: 5 "Cardiovascular."
309: 6        A.    Yes.
309: 7        Q.    Do you see that?
309: 8        A.    Yes.
309: 9        Q.    Would you please tell the

309:10 members of the jury what Merck was being
309:11 told by its Board of Scientific Advisors
309:12 about the potential problems for Vioxx
309:13 prior to the drug being on the market?


ID:              Avorn 30921
Page Range:      309:21-311:12

309:21          THE WITNESS:  The Board of
309:22    Scientific Advisors drew the
309:23    company's attention to three
309:24    specific issues that are numbered
310: Page 310
310: 1    here.  One was the possibility of,
310: 2    we talked about this balance of
310: 3    COX-1 and COX-2, that if you block
310: 4    COX-2 and don't block COX-1, the
310: 5    committee, which was outside
310: 6    pharmacologists of some renown,
310: 7    said here's something that could
310: 8    happen that one might expect or
310: 9    worry about if you block COX-2 and
310:10    don't block COX-1 as much.
310:11          One is "the development of
310:12    lipid rich coronary plaques."  And
310:13    that's basically gunk developed,
310:14    building up in the artery of the
310:15    heart, which can then erupt and
310:16    form a clot and cause heart
310:17    disease.
310:18          Two, 'The destabilization of
310:19    the cap of these plaques by
310:20    inflammatory cells, making them
310:21    'rupture prone'."  And that is
310:22    what we now believe is the
310:23    mechanism of heart attacks.  That
310:24    you have this fatty gunk sitting
311: Page 311
311: 1    in your arteries, and then for
311: 2    some reason it ruptures and the
311: 3    fat is kind of spilled into the
311: 4    artery and that causes the clot to
311: 5    form and that causes the heart
311: 6    attack.
311: 7          And three, "The thrombotic
311: 8    occlusion of the vessel at the
311: 9    site of plaque rupture with
311:10    ensuing consequences of ischemia."
311:11    That basically means having a
311:12    heart attack.


ID:              Avorn 31121
Page Range:      311:21-312:8

311:21          Q.   Doctor, putting all the kind
311:22 of evidence that we've been talking about
311:23 together, do you have an opinion as to
311:24 whether or not there was evidence prior

```
312:  Page 312
312:  1  to Vioxx being on the market that a
312:  2  reasonable and prudent company reviewing
312:  3  the safety profile of this drug would
312:  4  have considered in terms of designing
312:  5  their clinical trial program and
312:  6  investigating this signal?
312:  7       A.    Yes.
312:  8       Q.    What is that opinion?


ID:              Avorn 31302
Page Range:      313:2-316:8


313:  2            THE WITNESS:  In developing
313:  3       a drug or looking at drug risks
313:  4       and benefits, it is necessary to
313:  5       look not just at what is found in
313:  6       a particular study, but also what
313:  7       is all the evidence about what
313:  8       might work and what might not
313:  9       work.  And, in fact, what might
313:10       work can be very useful in
313:11       planning the development of the
313:12       drug.
313:13            And when I teach in a course
313:14       at Tufts Medical School for drug
313:15       company executives about thinking
313:16       about risks and benefits in drug
313:17       development, one of the points I
313:18       mention is that it's key to pull
313:19       together everything that's known
313:20       so that you can plan your clinical
313:21       development program, whether it's
313:22       animal studies or human studies or
313:23       followup epidemiologic studies so
313:24       as to follow up on signals.  Some
314:  Page 314
314:  1       signals may be good signals, like
314:  2       here is a potential really good
314:  3       effect of this drug that we want
314:  4       to find out more about, as well as
314:  5       the bad signals.
314:  6            And looking at it all
314:  7       together, there is the evidence
314:  8       from Merck's own pharmacology
314:  9       advisors saying here's some
314:10       problems that you guys need to
314:11       keep an eye out for because,
314:12       specifically, 1, 2, 3, here are
314:13       ways in which this drug might
314:14       cause heart attacks.  Nobody knew
314:15       specifically at the time that it
314:16       would, but they were told, watch
314:17       out for this.  I think there was
314:18       some phrase in here that they
314:19       should be actively pursued or
314:20       something to that effect.
314:21            There were the earlier
314:22       clinical trials that Merck had
```

314:23          performed in which whatever the
314:24          dose, if you have a drug that
315: Page 315
315: 1          increases heart attacks in a
315: 2          six-week study, that's an
315: 3          important signal to worry about.
315: 4              There were the animal
315: 5          studies and other pharmacologic
315: 6          studies that say, gee, you know,
315: 7          maybe blocking COX-2 selectively
315: 8          is not a totally good idea, maybe
315: 9          there are some important good
315:10          things a COX-2 does that you don't
315:11          want to block totally.  And that
315:12          was in the literature before the
315:13          drug was on the market.
315:14              And so combining the advice
315:15          from their scientific advisors,
315:16          the evidence from the animal
315:17          studies, from the pharmacologic
315:18          literature and the evidence from
315:19          their own clinical trial
315:20          suggesting an increase in events,
315:21          I'm not saying they should have
315:22          not marketed the drug, I'm not
315:23          saying they should have pulled it
315:24          off the market the day it was
316: Page 316
316: 1          approved, but I am saying that
316: 2          these were some smoking guns that
316: 3          a reasonable company would have
316: 4          said, as we market this drug,
316: 5          let's make sure that we're also
316: 6          keeping an eye on this potential
316: 7          problem that we've been warned
316: 8          about from multiple sources.


ID:          Avorn Part 3

ID:              Avorn 32718
Page Range:      327:18-328:1

327:18              Dr. Avorn, do you have an
327:19 opinion that you hold to a reasonable
327:20 degree of medical certainty as to when
327:21 there was reasonable evidence of an
327:22 association between Vioxx and heart
327:23 attacks?
327:24 A.    Yes.
328: Page 328
328: 1     Q.    What is that opinion?


ID:              AVORN 32919
Page Range:      329:19-330:16

329:19              That said, I have such an
329:20          opinion, and it is that by the
329:21          time the data from the VIGOR study

```
329:22        were available to Merck, which
329:23        would have been the spring of
329:24        2000, combining the VIGOR data
330: Page 330
330: 1        with the evidence from the other
330: 2        clinical trials, all of which
330: 3        Merck had conducted itself,
330: 4        coupled with the guidance that
330: 5        Merck had sought and received from
330: 6        its own Board of Scientific
330: 7        Advisors, coupled with the
330: 8        pharmacologic evidence that was
330: 9        out there in the literature prior
330:10        to that point, by the spring of
330:11        2000, the burden of evidence was
330:12        enough to suggest that there was
330:13        indeed a reason for concern that
330:14        Vioxx was associated with heart
330:15        attack and other cardiovascular
330:16        disease in humans.


ID:           AVORN  33105
Page Range:   331:5-333:13

331: 5        Q.    Let's talk about a couple of
331: 6 those trials.  You mentioned the
331: 7 ADVANTAGE trial before.  Could you tell
331: 8 me, first of all, when did the ADVANTAGE
331: 9 trial data become available to Merck as
331:10 best as you could tell from your review
331:11 of the evidence?
331:12        A.    As I understand it,
331:13 ADVANTAGE was conducted around the same
331:14 time frame as VIGOR, so that the evidence
331:15 from ADVANTAGE was becoming available in
331:16 2000 just as the evidence from VIGOR was
331:17 becoming available.
331:18        Q.    Let's talk about ADVANTAGE
331:19 for a little bit.
331:20              Would you please describe
331:21 for the members of the jury what, if any,
331:22 significance you attach to the ADVANTAGE
331:23 study?
331:24        A.    Yes.  That was a study that,
332: Page 332
332: 1 as I recall, enrolled a smaller number
332: 2 than VIGOR, my recollection would be
332: 3 something like 4 or 5,000 patients who
332: 4 were randomly allocated -- they were
332: 5 patients with osteoarthritis.  And that's
332: 6 important because one of the concerns
332: 7 that was raised by Merck was, well, the
332: 8 VIGOR study was in patients with
332: 9 rheumatoid arthritis, and they are not
332:10 like typical patients, and they have more
332:11 heart disease, so that must be part of
332:12 why there were more heart attacks.
332:13              But ADVANTAGE was not about
332:14 rheumatoid arthritis, it was about
```

332:15 patients who had osteoarthritis, which is
332:16 the garden variety arthritis people get
332:17 in their hips and hands and knees and so
332:18 forth.
332:19              Secondly, ADVANTAGE was not
332:20 in comparison -- well, it was in
332:21 comparison with naproxen, but there were
332:22 patients in it who were taking aspirin as
332:23 I recall.  And as a result, the issue of,
332:24 well, this is only seen if you don't have
333: Page 333
333: 1 people taking aspirin I don't believe was
333: 2 the case in ADVANTAGE.
333: 3              It was also a relatively
333: 4 brief study.  It did not last for the
333: 5 full nine months on average that VIGOR
333: 6 lasted.  It was much briefer than that,
333: 7 and yet there was still a
333: 8 disproportionate number of heart attacks
333: 9 in the Vioxx group compared to the
333:10 comparison group.  And that was another
333:11 kind of brick in the wall indicating that
333:12 there was a higher rate of cardiovascular
333:13 disease in people given Vioxx.


ID:              AVORN 33323
Page Range:      333:23-334:18

333:23      Q.    Let's talk about the 090
333:24 trial that you mentioned before.
334: Page 334
334: 1      A.    Right.
334: 2      Q.    What is the 090 trial?
334: 3      A.    That was another study done
334: 4 in patients who had arthritis, and it was
334: 5 reviewed on the FDA materials along with
334: 6 study 085, I believe.  And 090 was
334: 7 important in this whole story because it
334: 8 was not testing Vioxx against naproxen,
334: 9 and so the idea that this was all because
334:10 naproxen prevents heart attacks and that
334:11 explains the VIGOR findings did not apply
334:12 because the comparison groups in 090 were
334:13 another nonsteroidal called nabumetone
334:14 and placebo.  And there again, there was
334:15 an increase in study 090 in the number of
334:16 cardiovascular events that were in people
334:17 randomly assigned to Vioxx compared to
334:18 people on placebo or nabumetone.


ID:              Avorn 33701
Page Range:      337:1-339:11

337: 1 ask you this question.  Was 090, when did
337: 2 that become available to Merck?
337: 3      A.    My understanding is that
337: 4 that was also around the same time of
337: 5 2000.

337: 6        Q.      Okay.
337: 7                Now, in fairness, there's
337: 8 also another study called 085.  Are you
337: 9 familiar with that study?
337:10        A.      Yes.  That was very much
337:11 like 090.  And when the FDA reviewed the
337:12 data, they reviewed them both together
337:13 and did find this imbalance with more
337:14 events in the Vioxx group than in the two
337:15 other comparison groups, but for reasons
337:16 that are unclear, most of the action
337:17 seemed to be in the 090 and not in the
337:18 085 piece of the study.
337:19        Q.      In small studies like this,
337:20 in other words, I think you mentioned it
337:21 was a small study, if you see something
337:22 in one small study and you don't see it
337:23 in another study, do you ignore what you
337:24 see or how does that work in your
338: Page 338
338: 1 profession?
338: 2        A.      The absence of a finding
338: 3 does not cancel out the presence of a
338: 4 finding especially if the finding is an
338: 5 excess risk of heart attacks.  And --
338: 6        Q.      Why is that?  Why is that?
338: 7        A.      Because sometimes you don't
338: 8 find a bad thing.  Sometimes you don't
338: 9 find a good thing.  So, for example,
338:10 companies will often do multiple clinical
338:11 trials, and if some show good effect and
338:12 the others don't, very often they will
338:13 bring the ones that show a good effect to
338:14 FDA and say approve our drug on that
338:15 basis because a lot of things can cause a
338:16 study to yield a null finding, either a
338:17 good effect or a bad effect, and we know
338:18 that.  Studies are good things to do, and
338:19 often things don't go as expected.
338:20        Q.      Okay.
338:21        A.      But I think when one looks
338:22 at a 12-week study and you are seeing
338:23 heart attacks, that's enormously
338:24 important because you shouldn't be on
339: Page 339
339: 1 anything that will cause a higher risk of
339: 2 heart attacks in 12 weeks.
339: 3        Q.      Using VIGOR, 090 and
339: 4 ADVANTAGE and all the other evidence you
339: 5 talked about before, do you have an
339: 6 opinion to a reasonable degree of medical
339: 7 certainty as to what a reasonable and
339: 8 prudent company looking at the totality
339: 9 of that evidence should have concluded
339:10 about the cardiovascular safety of Vioxx
339:11 in the spring of 2000 when --

ID:             Avorn 34003
Page Range:     340:3-342:23

340: 3        Q.     Doctor, what is your
340: 4 opinion?
340: 5        A.     My opinion is that the
340: 6 burden of evidence in the spring of 2000
340: 7 was such that there was evidence of a
340: 8 likely association between Vioxx and
340: 9 heart disease in humans.
340:10               -    -    -
340:11               (Whereupon, Deposition
340:12          Exhibit Avorn-33, FDA Advisory
340:13          Committee Briefing Document
340:14          2-8-01 (27 pages), was marked for
340:15          identification.)
340:16               -    -    -
340:17 BY MR. TISI:
340:18        Q.     Doctor, I'm going to show
340:19 you two documents I'm going to hand you
340:20 side by side.  One is Exhibit Number 33,
340:21 which is the FDA Advisory Committee
340:22 briefing document, specifically the
340:23 report of Dr. Villalba, and that is
340:24 February 8th, 2001.
341: Page 341
341: 1               And I'm also going to hand
341: 2 you a second document, which is the FDA's
341: 3 cardiovascular report consultation of a
341: 4 Shari Targum.
341: 5               Have you seen both of these
341: 6 documents in connection with your
341: 7 opinions?
341: 8        A.     I've reviewed both of these.
341: 9        Q.     Okay.
341:10               Are these the kinds of
341:11 things that experts like yourself would
341:12 review in considering issues like the
341:13 ones we've asked you to address?
341:14        A.     Yes.  This is exactly the
341:15 kind of information that FDA asked me to
341:16 evaluate in relation to Lotronex around
341:17 the question of whether it should be
341:18 taken off the market around 2000 or so.
341:19        Q.     Now, Doctor, let me ask you
341:20 this.
341:21               You reviewed both of these
341:22 reports of these FDA medical officers.
341:23 Do you know that or do you have an
341:24 understanding as to whether they looked
342: Page 342
342: 1 at these three studies together,
342: 2 ADVANTAGE, 090, 085 -- actually, we'll
342: 3 add 085 in there as well, and VIGOR, and
342: 4 reached the same conclusions you've
342: 5 reached?
342: 6        A.     That is my impression.
342: 7        Q.     Okay.
342: 8               Doctor, let me show you --
342: 9 let's go to Dr. Villalba's report for a
342:10 moment.  If you can look at Page 11 and
342:11 12.

```
342:12      A.    Yes.
342:13      Q.    Do you see at the bottom of
342:14 there, there is a paragraph that starts,
342:15 "The sponsor explanation for the excess
342:16 of cardiovascular events in the VIGOR
342:17 study"?  Do you see that?
342:18      A.    Right.  Yes.
342:19      Q.    Would you describe --
342:20            And, of course, this is Dr.
342:21 Villalba's report.  Would you describe
342:22 the facts that -- what does Dr. Villalba
342:23 conclude here?
```

```
ID:            Avorn 34313
Page Range:    343:13-344:5
```

```
343:13      A.    Okay.
343:14            Dr. Villalba, who is an FDA
343:15 official who has reviewed all the data
343:16 submitted while the drug was still on the
343:17 market, concluded that it was implausible
343:18 that the difference between -- in the
343:19 VIGOR study, that the difference in heart
343:20 attack rates, and one can see that graph
343:21 go up quite high for incidence of heart
343:22 attacks in -- or thrombotic
343:23 cardiovascular serious adverse
343:24 experiences, the evidence that this could
344: Page 344
344: 1 be explained by the fact that naproxen
344: 2 was preventing heart attacks was
344: 3 implausible.
344: 4      Q.    And what are the factors
344: 5 that Dr. Villalba indicates?
```

```
ID:            Avorn 34518
Page Range:    345:18-347:13
```

```
345:18      A.    Dr. Villalba was speaking
345:19 specifically to the rapid rise in the
345:20 incidence of heart attacks in people
345:21 taking Vioxx as compared with naproxen.
345:22 And she notes that there is no -- there
345:23 are no placebo-controlled trials of
345:24 naproxen that ever have shown that it
346: Page 346
346: 1 reduces heart attacks.
346: 2      Q.    Stop right there.
346: 3            Is that something that you
346: 4 agree with?
346: 5      A.    Sure.
346: 6      Q.    Is that something you agreed
346: 7 with at the time?
346: 8      A.    I agree with it now too.
346: 9      Q.    Okay.
346:10            Is it something that you
346:11 actually investigated?
346:12      A.    Yes.
```

346:13          Q.     And you concluded that there
346:14 was no evidence -- did you conclude --
346:15                 What did you conclude about
346:16 the evidence of naproxen?
346:17          A.     At the time that this was
346:18 being discussed at FDA, we were
346:19 concurrently doing research in my
346:20 division on whether naproxen causes a
346:21 reduction in the risk of heart attacks.
346:22          Q.     Okay.
346:23                 Going to the next fact here
346:24 noted by Dr. Villalba.
347: Page 347
347: 1          A.     This is also in parallel
347: 2 with our own research, in that she points
347: 3 out that the effect of naproxen, and this
347: 4 is almost the exact language that we used
347: 5 in our paper, even though I had not seen
347: 6 her report at the time, that the effect
347: 7 size that you would need to have, that
347: 8 is, the protective effect of naproxen
347: 9 would need to be so huge that it would
347:10 make it huger than had ever been seen
347:11 with aspirin or with, frankly, any other
347:12 drug for that matter, and that that also
347:13 made the naproxen idea implausible.


ID:              AVORN  35011
Page Range:      350:11-350:15

350:11          Q.     Now, let's go to Dr.
350:12 Targum's report.
350:13          A.     Okay.
350:14          Q.     First of all, can we bring
350:15 that up?


ID:              AVORN  35111
Page Range:      351:11-354:24

351:11                 This is the report of Dr.
351:12 Targum at the cardiorenal division,
351:13 correct?
351:14          A.     Yes.
351:15          Q.     Okay.
351:16                 February 1st, 2004 --
351:17          A.     2001.
351:18          Q.     -- 2001, excuse me.
351:19          A.     Right.
351:20          Q.     Okay.
351:21                 If you'd go to page --
351:22 actually 36 -- 34.
351:23          A.     Got it.
351:24          Q.     Do you see the Section 4 at
352: Page 352
352: 1 the bottom of the page there, it talks
352: 2 about "Assessment of the sponsor's claim
352: 3 of CV risk"?
352: 4          A.     Yes.

```
352: 5       Q.    First of all, the sponsor's
352: 6 claim there that the "Sponsor claims that
352: 7 the difference in myocardial infarctions
352: 8 between the two groups is primarily due
352: 9 to the anti-platelet effects of
352:10 naproxen."
352:11       A.    Yes, I reviewed that
352:12 section.
352:13       Q.    Is that what they said in
352:14 the VIGOR paper that we reviewed earlier
352:15 today?
352:16       A.    Yes.
352:17       Q.    Okay.
352:18             Is that what they were
352:19 telling you and your people at Harvard?
352:20       A.    That's what Dr. Sherwood
352:21 told me.
352:22       Q.    Okay.
352:23             Is that what was being said
352:24 by Merck publicly in your experience in
353: Page 353
353: 1 2000 and 2001?
353: 2       A.    Correct.
353: 3       Q.    Okay.
353: 4             What does Dr. Targum say
353: 5 about the, quote, naproxen hypothesis?
353: 6       A.    I'll just read her words.
353: 7 "The sponsor claims that the difference
353: 8 in myocardial infarctions between the two
353: 9 groups is primarily due to the
353:10 anti-platelet effects" or the protective
353:11 effects "of naproxen."
353:12             And then she goes on to say,
353:13 "This hypothesis is not supported by any
353:14 prospective placebo-controlled trials
353:15 with naproxen.  One can further argue
353:16 that, no matter what the attribution, the
353:17 results (from the cardiovascular
353:18 standpoint) are favorable for naproxen."
353:19       Q.    Do you agree with that?
353:20       A.    Yes.
353:21       Q.    Is that what you testified
353:22 to earlier?
353:23       A.    Yes.
353:24       Q.    Next one, next bullet point
354: Page 354
354: 1 on the next page.  "The sponsor claims
354: 2 that the majority of the cardiovascular
354: 3 events in the VIGOR study occurred in
354: 4 those patients who should have been
354: 5 taking aspirin for cardioprotection."
354: 6       A.    Yes.
354: 7       Q.    Is that the issue that we
354: 8 talked about before that had to be
354: 9 corrected in the New England Journal of
354:10 Medicine?
354:11       A.    That's right.
354:12       Q.    And that was corrected in
354:13 2005?
354:14       A.    That's correct.
```

```
354:15        Q.     Okay.
354:16               Do you agree with Dr. Targum
354:17 as to the significance of that fact?
354:18        A.     Yes.  As she states it in
354:19 her own words, "This claim has not
354:20 convinced this medical reviewer," and she
354:21 goes on to say that there are increased
354:22 events, heart attacks in the Vioxx group
354:23 even in patients who did not fall into
354:24 the aspirin-indicated subgroup.
```

```
ID:              AVORN 35604
Page Range:      356:4-357:9
```

```
356: 4        Q.     Could you turn to Page 36,
356: 5 please?
356: 6        A.     Yes.
356: 7        Q.     At the bottom of the page
356: 8 there.
356: 9        A.     Yes.
356:10        Q.     The very bottom it says,
356:11 "Suggested labeling."
356:12        A.     Yes.
356:13        Q.     Do you see that there?
356:14        A.     Yes.
356:15        Q.     Would you read what she says
356:16 about that?
356:17        A.     Yes.
356:18        Q.     Well, actually, go to the
356:19 second sentence, if you don't mind.
356:20        A.     All right.
356:21               In bold it suggests labeling
356:22 that would properly address CV risks.
356:23        Q.     In the last sentence there?
356:24        A.     "It would be difficult to
357: Page 357
357: 1 imagine inclusion of VIGOR results in the
357: 2 rofecoxib" or Vioxx "labeling without
357: 3 mentioning cardiovascular safety results
357: 4 in the study description as well as the
357: 5 Warnings section."
357: 6        Q.     Okay.
357: 7               Do you agree with Dr.
357: 8 Targum?
357: 9        A.     Yes.
```

```
ID:              Avorn 35805
Page Range:      358:5-358:16
```

```
358: 5  .            Does your opinions about the
358: 6 confluence of 090, 085, ADVANTAGE,
358: 7 APPROVe and all the other --
358: 8        A.     Not APPROVe.  You mean
358: 9 VIGOR.
358:10        Q.     VIGOR, and all the evidence
358:11 surrounding that we've been talking
358:12 about, do you come to the same
358:13 conclusions about the validity of the
```

```
358:14 naproxen hypothesis that both of these
358:15 medical officers looking at the same
358:16 information came to?
```

ID:             Avorn 35822
Page Range:     358:22-359:7

```
358:22              THE WITNESS:  Yes, I do.
358:23          And I think equally importantly,
358:24          those are opinions which I wrote
359: Page 359
359: 1          myself in our publications around
359: 2          this period.
359: 3 BY MR. TISI:
359: 4          Q.   Okay.
359: 5               We haven't talked about the
359: 6 Alzheimer studies.
359: 7          A.   Right.
```

ID:             AVORN  35913
Page Range:     359:13-359:24

```
359:13              Do you have an opinion to a
359:14 reasonable degree of medical certainty as
359:15 to whether or not there was reasonable
359:16 evidence of increased mortality
359:17 associated with Vioxx?
359:18          A.   Yes.
359:19          Q.   What is that opinion?
359:20          A.   That opinion is that there
359:21 was an increase in mortality,
359:22 particularly as reflected in the
359:23 Alzheimer studies conducted by Merck with
359:24 Vioxx.
```

ID:             AVORN  36623
Page Range:     366:23-367:1

```
366:23          Q.   Doctor, when you looked at
366:24 cardiac death in the Alzheimer's trials,
367: Page 367
367: 1 was there an imbalance?
```

ID:             AVORN  36702
Page Range:     367:2-367:3

```
367: 2          A.   No.
367: 3          Q.   Cardiac death.
```

ID:             Avorn 36704
Page Range:     367:4-368:24

```
367: 4          A.   I'm sorry.  I thought you
367: 5 meant cardiac outcomes.  I don't remember
367: 6 the cardiac death by heart.  Let me look
```

367: 7 at that.  I think that -- was the 8 to 2
367: 8 or 8 to 3 ratio of deaths, as I recall?
367: 9 And I can dig through it here, but if we
367:10 agree that it was 8 to 2 or 8 to 3, the 2
367:11 and 3 varied.  But there was a
367:12 four-foldish increase.
367:13       Q.   Is that significant, Doctor?
367:14       A.   Well, it depends on what you
367:15 mean by "significant."  It is striking.
367:16 With small numbers, I honestly don't
367:17 recall whether it was significant in the
367:18 statistical sense.  But, again, I think
367:19 if you tell me that there are four times
367:20 as many people having cardiac deaths in
367:21 group A versus group B, that would catch
367:22 my attention.
367:23       Q.   All right.
367:24            Doctor, let's move on.
368: Page 368
368: 1       A.   There's one point, Mr. Tisi,
368: 2 in answer to your question that I didn't
368: 3 get to say.  And that is, if one looks at
368: 4 the means of ascertaining events in these
368: 5 studies, I was struck with the fact that
368: 6 the studies did not seem to me as a
368: 7 geriatrician and as somebody who has
368: 8 written about geriatric pharmacology to
368: 9 be set up in a way that would ascertain
368:10 cardiac events in a systematic way so
368:11 that you could really be confident of the
368:12 results that would come from any part of
368:13 the study design that would identify who
368:14 had a heart attack or who didn't or who
368:15 had an angina and who didn't, who had a
368:16 stroke and who didn't.
368:17            I was underwhelmed with the
368:18 care with which those outcomes were being
368:19 looked at.  Perhaps their focus was just
368:20 on tracking people's mental status.  But
368:21 another reason that I suspect there was
368:22 not a clear difference seen in
368:23 cardiovascular events was that they were
368:24 not being looked for very carefully.


ID:           Avorn 36910
Page Range:   369:10-371:18


369:10       Q.   Well, Doctor, did you review
369:11 the data analysis plan and the standard
369:12 operating procedure for ascertaining
369:13 cardiovascular events?
369:14       A.   Yes, I did.
369:15       Q.   Okay.  And did you find, did
369:16 you have an opinion as to whether or not
369:17 this was set up appropriately to
369:18 ascertain and analyze events in the Vioxx
369:19 clinical trials?
369:20       A.   Yes, I do.
369:21       Q.   And what is that opinion?

369:22        A.     Based on reviewing the
369:23 cardiac standard operating procedure that
369:24 Merck put together, which they argued was
370: Page 370
370: 1 their response to the VIGOR data to look
370: 2 for cardiac events in all their other
370: 3 studies, I was struck with the fact that
370: 4 a number of key presentations of heart
370: 5 attack, that is, key manifestations of
370: 6 having a heart attack, seemed to have
370: 7 been deleted in the course of that
370: 8 standard operating procedure being
370: 9 implemented.
370:10              So, for example, pulmonary
370:11 edema, which is well known to be a
370:12 presenting or a manifesting sign of a
370:13 heart attack, congestive heart failure,
370:14 arrhythmias, which is rhythm
370:15 disturbances, all were excised from
370:16 having been there before, were struck out
370:17 in the version of the standard operating
370:18 procedure at Merck that I saw, which
370:19 would clearly result in under
370:20 ascertainment or missing a lot of cases
370:21 of heart attack, which particularly in
370:22 the elderly, are going to present
370:23 themselves in precisely that way.
370:24        Q.     Doctor, do you have an
371: Page 371
371: 1 opinion to a reasonable degree of medical
371: 2 certainty as somebody who has taught
371: 3 pharmaceutical company executives about
371: 4 looking at signals and designing clinical
371: 5 trials as to whether or not it was
371: 6 feasible to do a cardiovascular outcomes
371: 7 study that would have definitively
371: 8 answered this question while Vioxx was on
371: 9 the market?
371:10        A.     Yes, I do.
371:11        Q.     And what is that opinion?
371:12        A.     My opinion is that it would
371:13 have been feasible and ethical and quite
371:14 doable to have such a study done in
371:15 response to the signals that emerged and
371:16 that the more than signals, the data that
371:17 emerged from the studies we have been
371:18 discussing.


ID:         ·        Avorn 37418
Page Range:        374:18-384:19

374:18        Q.     I'm going to show you what I
374:19 have had marked as Exhibit Number 36.  Is
374:20 this the document to which you refer?
374:21        A.     I think so.
374:22        Q.     Okay.
374:23              And when you look at the
374:24 e-mail from Dr. Scolnick dated April 12,
375: Page 375

375: 1 2000, and this would have been right
375: 2 after the VIGOR study, the VIGOR on our
375: 3 timeline --
375: 4        A.    Right.
375: 5        Q.    -- right after VIGOR was
375: 6 unblinded and the data became available?
375: 7        A.    Correct.
375: 8        Q.    Okay.
375: 9              Would you read what Dr.
375:10 Scolnick has to say?
375:11        A.    Yes.  This is to Dr. Reicin.
375:12 "Hi, Alise.  I have been trading e-mails
375:13 with Doug Greene in realtime.  We are all
375:14 online too late.  I will tell you my
375:15 worry quotient is high.  I actually am in
375:16 minor agony.  What I really want to do is
375:17 a 10,000 versus 10,000 patient study in
375:18 mild to moderate osteoarthritis Tylenol
375:19 versus Vioxx with PRN," which means as
375:20 needed, "low-dose ASA," which is aspirin,
375:21 "for those judged to need it.  Safety," I
375:22 guess he means would be the "first
375:23 primary endpoint and efficacy secondary
375:24 or co-primary.  WE WILL NOT" now this is
376: Page 376
376: 1 in capital letters, "WE WILL NOT KNOW FOR
376: 2 SURE WHAT IS GOING ON UNTIL WE DO THIS
376: 3 STUDY.  PLEASE THINK HARD ABOUT THE
376: 4 DESIGN BEFORE THE PAC MEETING.  Thanks,
376: 5 Ed."
376: 6        Q.    As somebody who conducts
376: 7 clinical trials and conducts
376: 8 epidemiologic studies and looks at these
376: 9 kinds of issues, would this have been an
376:10 ethical study to do?
376:11        A.    Yeah.  I think he got it
376:12 exactly right..
376:13        Q.    And was any such study ever
376:14 done?
376:15        A.    Not to my knowledge.
376:16        Q.    Moving on, Doctor.
376:17              Do you have an opinion as to
376:18 whether or not to a reasonable degree of
376:19 medical certainty, having reviewed all
376:20 the documents you reviewed in connection
376:21 with your prior experience, as to whether
376:22 or not the benefits of Vioxx were
376:23 outweighed by its risks?
376:24        A.    Yes.
377: Page 377
377: 1        Q.    And what is that opinion?
377: 2        A.    That its benefits were not
377: 3 outweighed by its risks.  If one counts
377: 4 up the number of serious gastrointestinal
377: 5 complications that it prevented, and it
377: 6 did at least in people not taking
377: 7 aspirin, and you compare those with the
377: 8 number of serious cardiovascular events
377: 9 that it caused, the numbers are actually
377:10 quite close.  And clinically, it is worse

377:11 to have a heart attack or a stroke than
377:12 to have a GI bleed because you can fix
377:13 the GI bleed by stopping the offending
377:14 drug, maybe the patient may need a blood
377:15 transfusion, and then they are as good as
377:16 they were before.  But if you've had a
377:17 heart attack or a stroke, there's often
377:18 permanent damage to your heart or your
377:19 brain, and you're usually not as good as
377:20 you were before.
377:21          Q.    Doctor, that brings me to
377:22 another question.
377:23                Do you have an opinion as to
377:24 whether or not all NSAIDs have the same
378: Page 378
378: 1 cardiovascular risk as Vioxx?
378: 2          A.    I have such an opinion.
378: 3          Q.    Okay.
378: 4                Is that something you've
378: 5 written about?
378: 6          A.    Yes.
378: 7          Q.    In fact, is that something
378: 8 that you looked at specifically in the
378: 9 context of your Vioxx studies compared to
378:10 Celebrex?
378:11          A.    Correct.
378:12          Q.    And, in fact, that's
378:13 something that you looked at in your
378:14 NSAID study comparing naproxen to other
378:15 drugs?
378:16          A.    Correct.
378:17          Q.    And in looking at the
378:18 totality of evidence, do you have an
378:19 opinion as to whether or not there is a,
378:20 quote, class effect, a cardiovascular
378:21 class effect between all nonsteroidal
378:22 anti-inflammatory drugs?
378:23          A.    I do have such an opinion.
378:24          Q.    And what is that opinion?
379: Page 379
379: 1          A.    My opinion is that there is
379: 2 not a unitary class effect, that is, it
379: 3 is not the same for all drugs, and that,
379: 4 in fact, there is a gradient of effects
379: 5 where with some drugs, which happen to be
379: 6 the ones that were taken off the market,
379: 7 namely, Vioxx and Bextra, having the
379: 8 worst risk of heart attack and stroke and
379: 9 then lower risk for Celebrex, but
379:10 certainly Celebrex at high doses, and I
379:11 think we know that from some clinical
379:12 trial data, and then probably lower risk
379:13 for the older nonsteroidals.  And then,
379:14 of course, aspirin, on the other end of
379:15 the spectrum, not only has no cardiac
379:16 risk, but it prevents heart attacks.
379:17    .     Q.    Have you communicated this
379:18 opinion to the Food & Drug
379:19 Administration?
379:20          A.    Yes, I have.

```
379:21        Q.     And is Celebrex still on the
379:22 market, by the way?
379:23        A.     Yes, it is.
379:24        Q.     Is naproxen still on the
380: Page 380
380: 1 market?
380: 2   .    A.     Yes, it is.
380: 3        Q.     Is diclofenac still on the
380: 4 market?
380: 5        A.     Yes, it is.
380: 6        Q.     Aspirin?
380: 7        A.     Yes.
380: 8        Q.     Naproxen?
380: 9        A.     Yes.
380:10        Q.     Doctor, you testified that
380:11 you're an expert in the factors that go
380:12 into physician prescribing practices.
380:13 What are those factors?
380:14        A.     We've done a number of
380:15 studies about what shapes physician
380:16 prescribing decisions, and I mentioned
380:17 the first one I published in 1982.  And
380:18 in doing that work, we tried to define
380:19 what predicts or drives what a doctor
380:20 prescribes.  And a great deal of it is
380:21 the doctor's perception of benefit versus
380:22 risk which he or she learns from a
380:23 variety of sources.
380:24        Q.     What are the sources in
381: Page 381
381: 1 which a pharmaceutical company
381: 2 communicates with doctors about their
381: 3 products?
381: 4        A.     Well, the legal governing
381: 5 document that is probably central because
381: 6 it determines what the company is allowed
381: 7 to say in all of its promotional material
381: 8 and all of its sales presentations is
381: 9 what FDA calls the labeling or sometimes
381:10 it's called the package insert.  But it's
381:11 a lengthy document, usually in small
381:12 print, that describes everything about a
381:13 drug, what it's used for, what its
381:14 benefits are, what its risks are, what
381:15 its dose is and so forth.
381:16  .     Q.     Are there any other methods
381:17 by which a pharmaceutical company
381:18 communicates with doctors that you're
381:19 familiar with?
381:20        A.     Sure.  They will also, of .
381:21 course, send out sales reps to doctors'
381:22 offices to talk to us about the
381:23 attributes of their drug, and, of course,
381:24 they will take out ads in medical
382: Page 382
382: 1 journals.  They will also take out ads or
382: 2 put commercials on TV for patients.  And
382: 3 they will sponsor continuing education
382: 4 programs for physicians.
382: 5        Q.     What about publication of
```

382: 6 medical articles?
382: 7        A.    Very often companies are
382: 8 heavily involved, as we've learned, in
382: 9 the publication of articles in the
382:10 medical literature.
382:11        Q.    Let me talk about some of
382:12 those things for a moment.  Let's talk
382:13 about the label for a moment.
382:14              First of all, what's a black
382:15 box warning?
382:16        A.    A black box warning is the
382:17 strongest kind of warning that appears on
382:18 a label which is literally in a black
382:19 box.  And if the FDA feels that there is
382:20 a particularly important risk for a given
382:21 drug, it insists that the manufacturer --
382:22 because the manufacturer kind of owns the
382:23 words in the label and negotiates with
382:24 the FDA, but ultimately it is the
383: Page 383
383: 1 manufacturer's words, the FDA will insist
383: 2 that a black box appear at the very
383: 3 beginning of the description of the drug
383: 4 in the labeling information warning about
383: 5 a particular problem.
383: 6        Q.    What is a warning?
383: 7        A.    A warning is the next
383: 8 highest level of alert, and it is a
383: 9 section in the labeling in which the most
383:10 important risks of a drug are presented.
383:11        Q.    What about a precaution?
383:12        A.    That's a much milder part of
383:13 the labeling in which it's kind of a
383:14 "watch out for this," but it's known as
383:15 to be a lower standard of risk.
383:16              -  -  -
383:17              (Whereupon, Deposition
383:18        Exhibit Avorn-37, Vioxx label
383:19        1999 MRK-LBL0000035 -
383:20        MRK-LBL0000038, was marked for
383:21        identification.)
383:22              -  -  -
383:23 BY MR. TISI:
383:24        Q.    Let's look at the -- have
384: Page 384
384: 1 you reviewed the label that was in effect
384: 2 from 1999 through 2002?
384: 3        A.    Yes, I have.
384: 4        Q.    And starting from the date
384: 5 of the VIGOR results, and let me hand
384: 6 that to you.
384: 7              Doctor, was there any black
384: 8 box warning for cardiovascular disease in
384: 9 this label?
384:10        A.    There was no black box
384:11 warning of any kind.
384:12        Q.    Was there a warning?
384:13        A.    No.
384:14        Q.    Was there even a precaution
384:15 in the original label that dealt with

384:16 cardiovascular disease?
384:17        A.    Let me just turn to the
384:18 precautions section because I want to be
384:19 sure I'm being fair to the company.


ID:            AVORN 38422
Page Range:    384:22-385:8

384:22              No.  I've just reviewed the
384:23 precautions section again and I don't see
384:24 anything about heart attack.
385: Page 385
385: 1        Q.    And that was in effect until
385: 2 April of 2002?
385: 3        A.    That's correct.
385: 4        Q.    Okay.
385: 5              And VIGOR came out, VIGOR
385: 6 results became available in 2000, early
385: 7 2000?
385: 8        A.    In the spring of 2000.


ID:            Avorn 38615
Page Range:    386:15-386:20

386:15              Doctor, given what was known
386:16 about Vioxx from 2000 to 2002, does this
386:17 label contain information about
386:18 cardiovascular risks that would have
386:19 allowed physicians to weigh those risks
386:20 against the benefits?


ID:            Avorn 38819
Page Range:    388:19-389:5

388:19              Does this label contain
388:20 accurate medical and scientific
388:21 information about the increased mortality
388:22 seen in the Alzheimer's trials?
388:23        A.    There's nothing in the label
388:24 about the doubling of the death rate in
389: Page 389
389: 1 the Alzheimer's study in this label.
389: 2 ·      Q.    Is that, in your opinion,
389: 3 important information for doctors to
389: 4 consider in making a fair risk/benefit
389: 5 analysis for their patients?


ID:            Avorn 38911
Page Range:    389:11-390:3

389:11              THE WITNESS:  As someone who
389:12              has published papers on doctors'
389:13              assessment of risk versus benefit
389:14              and how that drives their
389:15              prescribing, and as someone who
389:16              has conducted and studied programs

```
389:17        to present information to doctors
389:18        in an unbiased manner, I can
389:19        assert with complete confidence
389:20        that failing to indicate that a
389:21        given drug has been associated
389:22        with a doubling of death rate in a
389:23        study that was statistically
389:24        significant, failing to have that
390: Page 390
390: 1        in the label does not give doctors
390: 2        the information they need to use
390: 3        that drug appropriately.


ID:            AVORN  39015
Page Range:    390:15-390:18

390:15        Q.    Doctor, have you looked at
390:16 the 2002 label which I'm handing to you
390:17 now?
390:18 ·      A.    Yes, I have.


ID:            AVORN  39102
Page Range:    391:2-393:3

391: 2        Q.    Is it your understanding
391: 3 that in April of 2002 the Vioxx label was
391: 4 changed to include some information about
391: 5 the cardiac findings in the VIGOR study?
391: 6        A.    Yes.
391: 7        Q.    And have you reviewed that,
391: 8 Doctor?
391: 9        A.    Yes, I have.
391:10        Q.    And where does that --
391:11              First of all, let me ask
391:12 you, is there a black box warning for
391:13 doctors in the 2002 label?
391:14        A.    No.
391:15        Q.    Is there a warning on
391:16 cardiovascular risk in the label?
391:17        A.    No.
391:18        Q.    Where does the information
391:19 about VIGOR appear in this label?
391:20 ·      A.    It is over here in the
391:21 section that is called "Clinical
391:22 Studies."
391:23        Q.    Is it also in the
391:24 precautions section?
392: Page 392
392: 1        A.    I believe there is a
392: 2 precaution about gastro -- about
392: 3 cardiovascular effects.
392: 4        Q.    Do you know whether or not
392: 5 the --
392: 6              We talked about before, we
392: 7 looked at the medical officer report of
392: 8 Dr. Targum?
392: 9        A.    Yes.
392:10        Q.    Okay.
```

```
392:11              Which talks about the, I
392:12 think her words were, it is hard to
392:13 conceive that this information from VIGOR
392:14 would not be contained in the warnings
392:15 section.  Do you remember that?
392:16        A.    Correct.
392:17        Q.    Okay.
392:18              Do you know whether or not
392:19 the FDA, in fact, did recommend that the
392:20 company include a warning about the
392:21 cardiovascular risk seen in VIGOR?
392:22        A.    Yes, I know that.
392:23        Q.    And do you have an opinion
392:24 as to whether or not there was a
393: Page 393
393: 1 reasonable evidence of association
393: 2 between Vioxx and cardiovascular disease
393: 3 at the time that VIGOR became available?


ID:             Avorn 39309
Page Range:     393:9-393:16

393: 9        Q.    If that is the standard for
393:10 placing a warning --
393:11        A.    Yes.
393:12        Q.    -- would that information
393:13 alone have been enough to include the CV
393:14 risk in the warnings section of the Vioxx
393:15 label?
393:16        A.    Yes.


ID:             Avorn 39401
Page Range:     394:1-394:13

394: 1              Do you have an opinion,
394: 2 again, to a reasonable degree of medical
394: 3 certainty, as to whether or not the
394: 4 information in the warning label in 2002
394: 5 contained information about increased
394: 6 mortality?
394: 7        A.    Do I have an -- I'm sorry.
394: 8 Do I have an opinion as to whether it was
394: 9 there?
394:10        Q.    Do you know whether it is
394:11 there or not?
394:12        A.    I know that it was not
394:13 there.


ID:             Avorn 39519
Page Range:     395:19-395:24

395:19              Do you have an opinion to a
395:20 reasonable degree of medical certainty as
395:21 to whether or not the evidence of an
395:22 association between Vioxx and increased
395:23 mortality should have been contained in
395:24 the warnings section of the Vioxx label?
```

```
ID:            Avorn 39623
Page Range:    396:23-397:12
```

```
396:23            I have such an opinion, and
396:24 my opinion is that if a company is in
397: Page 397
397: 1 possession of data that indicates a
397: 2 statistically significant doubling of the
397: 3 death rate in a placebo-controlled
397: 4 randomized control trial that it
397: 5 conducted, then that information needs to
397: 6 be in the label to be able to guide
397: 7 physicians to make appropriate decisions
397: 8 about the use of that drug.
397: 9        Q.    Have you seen any evidence
397:10 that the FDA wanted to include
397:11 information about VIGOR and ADVANTAGE in
397:12 the warnings section?
```

```
ID:            Avorn 39805
Page Range:    398:5-398:16
```

```
398: 5            THE WITNESS:  I have seen
398: 6            correspondence between Merck and
398: 7            FDA in both directions about the
398: 8            modifications to the label that
398: 9            were proposed.
398:10 BY MR. TISI:
398:11        Q.    Okay.
398:12            And do you know whether or
398:13 not the FDA proposed that information
398:14 about VIGOR and ADVANTAGE on
398:15 cardiovascular events and cardiovascular
398:16 risk be placed in the warnings section?
```

```
ID:            Avorn 39919
Page Range:    399:19-400:4
```

```
399:19        A.    Yes.
399:20        Q.    Okay.
399:21            Having seen it, and as
399:22 somebody who is an expert in the factors
399:23 that drive doctors' prescribing
399:24 practices, do you have an opinion as to
400: Page 400
400: 1 whether or not that kind of information
400: 2 in the warnings section would have
400: 3 assisted doctors in making a risk/benefit
400: 4 analysis for their patients?
```

```
ID:            Avorn 40011
Page Range:    400:11-400:20
```

```
400:11            THE WITNESS:  I have such an
400:12            opinion that that would have been
```

```
400:13        an important piece of information
400:14        for doctors to have.
400:15 BY MR. TISI:
400:16        Q.   Do you think that the lack
400:17 of that information deprived doctors of
400:18 an important piece of information from
400:19 which they could make reasonable
400:20 prescribing choices?
```

```
ID:              Avorn 40109a
Page Range:      401:9-402:10
```

```
401: 9              As someone who has done
401:10 research on published and peer-reviewed
401:11 journals about physicians' assessments of
401:12 risks and benefits, and as someone who
401:13 teaches physicians about weighing risks
401:14 and benefits, and has written a book
401:15 about risks and benefits as drivers of
401:16 drug use, and as somebody who has written
401:17 a paper recently in the New England
401:18 Journal about the effect of labeling on
401:19 warnings and on prescribing, I can say
401:20 with a great deal of certainty that a
401:21 physician not having information about
401:22 doubling of mortality risk and of
401:23 increased risk of heart attack caused by
401:24 a drug would deprive that physician from
402: Page 402
402: 1 the ability to be able to make a wise
402: 2 prescribing decision.
402: 3        Q.   Doctor, let me ask you this.
402: 4             Do you have any evidence you
402: 5 have seen in this case that the addition
402: 6 of such a warning, as opposed to a
402: 7 precaution, would have been made a
402: 8 difference with respect to prescribing
402: 9 practices with respect to Vioxx?
402:10        A.   Yes.
```

```
ID:              Avorn 40518
Page Range:      405:18-406:21
```

```
405:18        Q.   Doctor, you mentioned
405:19 another method by which doctors
405:20 communicate -- companies communicate with
405:21 doctors is their statements to the press.
405:22 I think you mentioned that before?
405:23        A.   Right.
405:24        Q.   Have you seen statements
406: Page 406
406: 1 that Merck has made to the press about
406: 2 the cardiovascular safety of Vioxx?
406: 3        A.   Yes.
406: 4             MR. TISI:  I'm going to hand
406: 5        you what I would like to have
406: 6        marked as Exhibit Number 40.
406: 7                       -  -  -
```

```
406: 8                (Whereupon, Deposition
406: 9      Exhibit Avorn-40, News Release
406:10      5-22-01, MRK-ABI0003228 -
406:11      MRK-ABI0003230, was marked for
406:12      identification.)
406:13                  - - -
406:14                THE WITNESS:  Sounds right.
406:15 BY MR. TISI:
406:16      Q.    Doctor, have you seen this
406:17 before as an example of the kind of
406:18 communication that Merck made to the
406:19 press?
406:20      A.    Yes.
406:21      Q.    What is this?
```

```
ID:          Avorn 40703
Page Range:  407:3-407:14
```

```
407: 3                THE WITNESS:  This is
407: 4      labeled as a news release on
407: 5      Merck's stationary for immediate
407: 6      release, and the title of it is --
407: 7      and it's dated May 22nd, 2001.
407: 8      And the title is "Merck Confirms
407: 9      Favorable Cardiovascular Safety
407:10      Profile of Vioxx."
407:11 BY MR. TISI:
407:12      Q.    And this talks about the
407:13 VIGOR study?
407:14      A.    Right.
```

```
ID:          Avorn 40802
Page Range:  408:2-408:6
```

```
408: 2                Knowing what you know about
408: 3 VIGOR, and looking at the medicine and
408: 4 science surrounding VIGOR, is this
408: 5 medically and scientifically accurate
408: 6 information to disseminate to the public?
```

```
ID:          Avorn 40809
Page Range:  408:9-410:20
```

```
408: 9                THE WITNESS:  A great deal
408:10      of my work, Mr. Tisi, involves
408:11      looking at ways of presenting
408:12      complicated information about drug
408:13      risks and drug benefits both to
408:14      physicians and to patients.  We
408:15      did some of the first studies of
408:16      how to present information to
408:17      patients back in the early 1980s
408:18      relating to antibiotic risks and
408:19      benefits.
408:20                We have since produced
408:21      copious materials for patients in
408:22      our program in the State of
```

| | |
|---|---|
| 408:23 | Pennsylvania explaining to them |
| 408:24 | the risks and benefits of various |
| 409: | Page 409 |
| 409: 1 | drugs in addition to information |
| 409: 2 | for doctors to teach them about |
| 409: 3 | how to balance risks and benefits |
| 409: 4 | of drugs in a program supported by |
| 409: 5 | the State of Pennsylvania. |
| 409: 6 | Our other studies on |
| 409: 7 | presenting information about risks |
| 409: 8 | and benefits to patients and to |
| 409: 9 | physicians have been supported by |
| 409:10 | the National Institutes of Health |
| 409:11 | and the John A. Hartford |
| 409:12 | Foundation and a variety of other |
| 409:13 | sources, including the Arthritis |
| 409:14 | Foundation and Merck itself in a |
| 409:15 | current study that I'm doing with |
| 409:16 | Dr. Solomon about explaining to |
| 409:17 | patients how to balance their |
| 409:18 | risks and benefits of osteoporosis |
| 409:19 | drugs, of which the most prominent |
| 409:20 | one is made by Merck. |
| 409:21 | I have spent 25 years |
| 409:22 | studying the question of how one |
| 409:23 | can condense complicated data, |
| 409:24 | epidemiologic data, clinical data, |
| 410: | Page 410 |
| 410: 1 | biological data, to doctors and |
| 410: 2 | patients so as to inform their |
| 410: 3 | prescribing in a way that is |
| 410: 4 | driven by science and by patient |
| 410: 5 | benefit, rather than driven by the |
| 410: 6 | need to push or dump on a given |
| 410: 7 | product.  That is what my career |
| 410: 8 | has been about. |
| 410: 9 | I spend most days thinking |
| 410:10 | about how to present such |
| 410:11 | information fairly.  And based on |
| 410:12 | that 25 and 20 years of |
| 410:13 | experience, published in |
| 410:14 | peer-reviewed journals, funded by |
| 410:15 | federal agencies and peer-reviewed |
| 410:16 | grant proposals, I can tell you |
| 410:17 | that this is an inadequate and a |
| 410:18 | deceptive way of presenting this |
| 410:19 | information to the press, to |
| 410:20 | doctors, to patients or to anyone. |

ID:              Avorn 41116
Page Range:      411:16-412:9

| | |
|---|---|
| 411:16 | Q.   Doctor, we have talked about |
| 411:17 | another method of communicating risks and |
| 411:18 | benefits to patients and doctors as being |
| 411:19 | the peer-reviewed published literature. |
| 411:20 | We've talked about several articles today |
| 411:21 | that did that. |
| 411:22 | A.   Yes. |

411:23        Q.    Let's talk about the two
411:24 articles that appeared in the New England
412: Page 412
412: 1 Journal of Medicine, the APPROVe study
412: 2 and the VIGOR study.  Have you reviewed
412: 3 information about both of those studies?
412: 4        A.    Yes.
412: 5        Q.    Let's take VIGOR.  Was VIGOR
412: 6 accurate, complete and a scientifically
412: 7 appropriate way to present a fair and
412: 8 balanced picture of the data collected in
412: 9 that study?


ID:              Avorn 41214
Page Range:      412:14-412:16

   412:14        A.    No, it was not.
   412:15        Q.    Okay.
   412:16              Why was it not, Doctor?


ID:              Avorn 41307
Page Range:      413:7-414:23

   413: 7              Medically and scientifically
   413: 8 having reviewed the VIGOR data and
   413: 9 knowing what you know as an
   413:10 epidemiologist, was the information
   413:11 portrayed to doctors in a way that is
   413:12 medically and scientifically accurate?
   413:13        A.    No.
   413:14        Q.    Why is that?
   413:15        A.    Several reasons.  One is
   413:16 that it is inappropriate for authors,
   413:17 whether they work for a corporation or a
   413:18 university, to know about important side
   413:19 effects like a heart attack in patients
   413:20 in a study that they are reporting and to
   413:21 fail to include that information in the
   413:22 published version of that paper.  That's
   413:23 reason number one.
   413:24              Reason number two is the
   414: Page 414
   414: 1 so-called flipping of the data, and,
   414: 2 again, that's a Merck term, not mine, to
   414: 3 present the difference in the heart
   414: 4 attack rate between naproxen and Vioxx as
   414: 5 being explained by the fact that naproxen
   414: 6 was protecting patients' hearts, when at
   414: 7 least an equally plausible conclusion,
   414: 8 and, frankly, a far more plausible
   414: 9 conclusion was that Vioxx was causing the
   414:10 heart attacks, and that inversion is
   414:11 something which was not a fair
   414:12 presentation of the data.
   414:13        Q.    Let's move forward to the
   414:14 APPROVe study.  Having reviewed the
   414:15 APPROVe study and now knowing what you
   414:16 know and seeing what you've seen, was the

414:17 evidence presented and the information
414:18 presented in the APPROVe study a
414:19 medically and scientifically accurate
414:20 presentation of the data collected in
414:21 that study so that doctors in the
414:22 scientific community would understand the
414:23 risks and benefits associated with Vioxx?


ID:               Avorn 41503
Page Range:       415:3-417:2

415: 3            THE WITNESS:  All right.
415: 4            APPROVe was not a fair and
415: 5        accurate depiction of the data, we
415: 6        now know, for a couple of reasons.
415: 7            One is that it eliminated
415: 8        patients who had their cardiac
415: 9        events greater than two weeks
415:10        after stopping the drug, and we
415:11        now understand that there are
415:12        aspects of the way that Vioxx
415:13        might cause damage that could
415:14        easily occur greater than two
415:15        weeks after stopping the drug,
415:16        and, in fact, the stroke data from
415:17        the APPROVe followup does indicate
415:18        that patients who had been on
415:19        Vioxx continued to have a
415:20        statistically significant higher
415:21        rate of stroke after the study was
415:22        completed or the active phase was
415:23        completed compared to the patients
415:24        who were on placebo.  That's
416: Page 416
416: 1        reason number one.
416: 2            Reason number two is that it
416: 3        is now fairly well recognized that
416: 4        the study used an incorrect
416: 5        statistical approach which created
416: 6        the misimpression that the risk
416: 7        from Vioxx in that study only
416: 8        began at month 18 and that anyone
416: 9        taking the drug for less than 18
416:10        months, according to the way that
416:11        study was originally presented,
416:12        had no risk.
416:13            As of the last few days,
416:14        that has been corrected in the New
416:15        England Journal, and the statement
416:16        that this is not a problem before
416:17        18 months has been modified, as I
416:18        understand it, in response to this
416:19        becoming known by the editors of
416:20        the New England Journal, who, as I
416:21        know it, requested that change.
416:22            And I think those are the
416:23        two most important ways that, and
416:24        very important ways, APPROVe did
417: Page 417

```
417: 1          not present the data in an
417: 2          accurate and balanced manner.
```

```
ID:             Avorn 41723
Page Range:     417:23-419:8
```

```
417:23          Q.    Doctor, we talked about the
417:24 ADVANTAGE study and the publication of
418: Page 418
418: 1 the ADVANTAGE study.  Did the publication
418: 2 of the ADVANTAGE study contain
418: 3 information about myocardial infarction,
418: 4 heart attacks, as opposed to APTC events?
418: 5          A.    No.  The endpoint --
418: 6 although that data was collected, the
418: 7 endpoint that was chosen for publication
418: 8 was the so-called APTC or Anti-Platelet
418: 9 Trialists Collaborative definition, which
418:10 was much broader.  That definition did
418:11 not reveal a striking difference in
418:12 outcomes, but had heart attacks, which is
418:13 exactly the issue at hand, been the
418:14 outcome that was presented, that would
418:15 have revealed a difference.
418:16          Q.    Did any of the published
418:17 Alzheimer's studies publish the intention
418:18 to treat analysis that Dr. Chen reported
418:19 about the increased mortality in both of
418:20 those studies?
418:21          A.    No.  Even though that
418:22 analysis was done by Merck and available
418:23 to Merck, it was not presented in
418:24 published form to doctors.
419: Page 419
419: 1          Q.    Looking at all the major
419: 2 publications that were submitted to the
419: 3 medical and scientific community, do you
419: 4 have an opinion as to whether or not the
419: 5 medical and scientific information that
419: 6 came to them in their totality was a
419: 7 reasonable exposition of the medical and
419: 8 scientific information known to Merck?
```

```
ID:             Avorn 41914
Page Range:     419:14-420:13
```

```
419:14               THE WITNESS:  As someone who
419:15               reviews articles for the New
419:16               England Journal of Medicine,
419:17               reviews articles for JAMA, a
419:18               number of other publications in
419:19               which the editors seek my peer
419:20               review as to the appropriateness
419:21               of presentation of the data, as
419:22               someone who has published over 200
419:23               articles in which I myself have
419:24               been subjected to peer review
420: Page 420
```

```
420: 1        about the fairness of the
420: 2        presentation of our own data, as
420: 3        someone who has written widely
420: 4        about physicians' and patients'
420: 5        perception of risk and how that
420: 6        perception drives their
420: 7        prescribing, I can say that I have
420: 8        never known a collection of papers
420: 9        on any one topic in which there
420:10        has been such a constellation of
420:11        skewed and distorted presentation
420:12        of data in any drug studies that
420:13        I've ever looked at.
```

```
ID:              Avorn 42101
Page Range:      421:1-421:15
```

```
421: 1        Q.    Doctor, we talked about
421: 2 another method of Merck communicating the
421: 3 risks, accurate information about the
421: 4 risks.  You do understand that there was
421: 5 direct-to-consumer advertising for
421: 6 patients -- directly to patients, and
421: 7 you've written about that, correct?
421: 8        A.    Yes.
421: 9        Q.    Do you have an opinion as to
421:10 a reasonable degree of medical certainty
421:11 as to whether or not the
421:12 direct-to-consumer advertising conducted
421:13 by Merck played a role in what's a fair
421:14 and accurate depiction of the risks and
421:15 benefits associated with Vioxx?
```

```
ID:              AVORN  42122
Page Range:      421:22-423:2
```

```
421:22              THE WITNESS:  Yes.  As I
421:23        said in my Health Affairs article
421:24        about direct-to-consumer
422: Page 422
422: 1        advertising a couple of years ago,
422: 2        it's vital that patients be able
422: 3        to get a reasonable depiction of
422: 4        both the good news and the bad
422: 5        news about a drug.  And given what
422: 6        we now understand was available to
422: 7        Merck at the time that all -- that
422: 8        those $100 million a year of
422: 9        commercials and ads were being
422:10        run, I think it is absolutely
422:11        correct to say that they provided
422:12        all the good news about the drug
422:13        and did an inadequate job of
422:14        presenting the bad news about the
422:15        drug to patients.
422:16 BY MR. TISI:
422:17        Q.    Now, Doctor, let me turn to
422:18 the one last topic I would ask you about
```

```
422:19 here, and that is the detailing of the
422:20 doctors, which is another method in which
422:21 companies will communicate with doctors.
422:22           Have you reviewed any of the
422:23 detailing information that was provided
422:24 to doctors?
423: Page 423
423: 1      A.    Yes, as well as the training
423: 2 of the sales reps, which is part of that.


ID:                AVORN 42321
Page Range:        423:21-425:9

423:21      Q.    Did you see any information
423:22 about how to respond to doctors'
423:23 inquiries about cardiovascular events in
423:24 your review of the documents?
424: Page 424
424: 1      A.    Yes.
424: 2      Q.    What did you see?
424: 3      A.    Well, the most memorable was
424: 4 the dodge ball game that was apparently
424: 5 developed as a training tool for their
424: 6 sales reps to be able to respond to
424: 7 doctors' questions about the
424: 8 cardiovascular risks of Vioxx
424: 9 particularly after the APPROVe study
424:10 findings had come out.  And I was
424:11 struck --
424:12      Q.    You meant VIGOR, right?
424:13      A.    I'm sorry.  That's what I
424:14 meant to say.
424:15      Q.    All right.  Okay.
424:16      A.    And I was struck by the fact
424:17 that the purpose is pretty much summed up
424:18 in the name, that it was to dodge
424:19 questions about this very important risk
424:20 of the company's drug.
424:21           Merck's training materials
424:22 to their sales reps explicitly tell them,
424:23 do not raise or do not initiate any
424:24 discussion of our paper or of other
425: Page 425
425: 1 papers related to cardiovascular risk.
425: 2 And there were a number of completely
425: 3 evasive answers that were being fed to
425: 4 the sales reps for them to give as
425: 5 responses to doctors who asked about
425: 6 whether or not this drug could cause
425: 7 heart attacks.  And that did not seem to
425: 8 me to be a reasonable or scientifically
425: 9 accurate presentation of the data.


ID:                AVORN 42617
Page Range:        426:17-426:22

426:17      Q.    We talked about academic
426:18 detailing earlier in your deposition and
```

```
426:19  the programs that you've developed and
426:20  studied and published in the New England
426:21  Journal of Medicine.
426:22        A.    Yes.
```

```
ID:              AVORN  43004
Page Range:      430:4-430:21
```

```
430: 4        Q.    Okay.
430: 5              Now, let me ask you, given
430: 6  all of that experience, Doctor, in your
430: 7  experience of 20-some odd, 30-some odd
430: 8  years in teaching how to communicate the
430: 9  risks and the benefits, looking at all
430:10  the ways in which Vioxx was communicated,
430:11  the risks and the benefits, the good news
430:12  and the bad news to doctors, press
430:13  releases, medical journals, labels,
430:14  detailers, all of those things put
430:15  together, do you have an opinion to a
430:16  reasonable degree of medical and
430:17  scientific certainty as to whether or not
430:18  an accurate picture of the risks and
430:19  benefits of the drugs was communicated to
430:20  doctors so that they can make accurate
430:21  prescribing decisions for their patients?
```

```
ID:              Avorn 43109
Page Range:      431:9-432:10
```

```
431: 9              THE WITNESS:  That there was
431:10  a pattern of gross distortion of
431:11  the risks of Vioxx, and that no
431:12  matter which way physicians turn,
431:13  whether it was looking at the
431:14  label, hearing what they were
431:15  hearing from the Merck-trained
431:16  sales representatives, trying to
431:17  read the literature in the medical
431:18  journals and trying to get some
431:19  accurate, complete depiction of
431:20  what was happening in the clinical
431:21  trials, even the information their
431:22  patients were bringing to them
431:23  from the commercials and ads that
431:24  they had seen, across the board,
432: Page 432
432: 1  there was a pattern of what I
432: 2  would characterize as systematic
432: 3  distortion that rose almost to the
432: 4  level of grotesque.  And, frankly,
432: 5  it was an embarrassment for me as
432: 6  a member of the medical profession
432: 7  that this was going on in
432: 8  presenting information to doctors
432: 9  in such a one-sided and lopsided
432:10  way.
```

```
ID:              Avorn 43219
Page Range:      432:19-433:3

432:19        Q.    Now, is that opinion you
432:20 just gave an opinion that you are basing
432:21 on the scientific and medical information
432:22 that you know was available at the time?
432:23        A.    It is the opinion of me as
432:24 an expert who has spent 25 years studying
433: Page 433
433: 1 the risks and benefits of drugs and how
433: 2 those risks and benefits should be
433: 3 communicated to doctors and to patients.


Total Length - 02:53:53
```