ID:                    Avorn Redirect

ID:              Avorn 83520
Page Range:      835:20-836:3

835:20  Doctor, you
835:21  expressed a lot of opinions in your
835:22  direct-examination, and I'm going to go
835:23  through some of those opinions and see
835:24  whether you still hold them to a
836: Page 836
836: 1 reasonable degree of medical and
836: 2 scientific certainty.  Okay?
836: 3  .      A.     Okay.


ID:              Avorn 83702
Page Range:      837:2-837:11

837: 2        Q.     And he has indeed shown you
837: 3 quite a few documents, correct?
837: 4        A.     Correct.
837: 5   .    Q.     Is there any document that
837: 6 Mr. Beck has shown you that has changed
837: 7 the opinion you gave on
837: 8 direct-examination that Vioxx is capable
837: 9 of causing heart attacks in human beings?
837:10        A.     I have not changed my
837:11 opinion.


ID:              Avorn 83719
Page Range:      837:19-838:3

837:19        Q.     Is there any document that
837:20 Mr. Beck has shown you in
837:21 cross-examination that changes your
837:22 qpinion that there was a reasonable
837:23 evidence of association between heart
837:24 attack and Vioxx when the VIGOR results
838: Page 838
838: 1 became available to Merck in March of  ,
838: 2 2000?
838: 3        A.     That is still my opinion.


ID:         .    Avorn 83810
Page Range:      838:10-838:16

838:10              Is there anything that Mr.
838:11 Beck showed you in cross-examination that
838:12 changed your opinion that Merck failed.to
838:13 express in a fair and accurate way the
838:14 scientific and medical evidence of Vioxx
838:15 as that evidence was emerging as you have
838:16 reviewed it?


ID:              Avorn 83903
Page Range:      839:3-839:17

```
839: 3              THE WITNESS:  Nothing he has
839: 4      shown me has changed my opinion
839: 5      about that matter.
839: 6 BY MR. TISI:
839: 7      Q.    Is there anything that Mr.
839: 8 Beck has shown you in the course of the
839: 9 past eight hours or so that has changed
839:10 any of the core opinions that you have
839:11 given in a direct-examination in this
839:12 case?
839:13      A.    Nothing.
839:14      Q.    You were asked questions
839:15 about who has financial interest in this
839:16 case.  Do you remember that question?
839:17      A.    Yes.
```

```
ID:             Avorn 84705
Page Range:     847:5-848:12
```

```
847: 5      Q.    Doctor, I have placed two
847: 6 exhibits before you, before you sat down
847: 7 there, and they are exhibits -- would you
847: 8 tell me what exhibits those are?
847: 9      A.    Yes.  41 and 42.
847:10      Q.    You were asked some
847:11 questions about Exhibit Number 42, and
847:12 those being those eight documents that
847:13 were relevant to Merck's defenses.  Do
847:14 you remember those lines of questions?
847:15      A.    Yes.
847:16      Q.    Could you please turn to the
847:17 next exhibit, Document 41?
847:18      A.    Yes.
847:19      Q.    And can you tell me how many
847:20 references are in document -- could you
847:21 tell me what Document 41 is?
847:22      A.    Yes.  It is the reliance
847:23 materials or the materials that were sent
847:24 to me by plaintiffs' counsel in
848: Page 848
848: 1 formulating my opinion.
848: 2      Q.    And the document that is
848: 3 Exhibit Number 42 says, "Additional
848: 4 materials provided," correct?
848: 5      A.    Correct.
848: 6      Q.    "Related to Merck's
848: 7 defenses"?
848: 8      A.    Correct.
848: 9      Q.    And it lists eight
848:10 additional pieces of information,
848:11 correct?
848:12      A.    Correct.
```

```
ID:             Avorn 84823
Page Range:     848:23-849:7
```

```
848:23              Now, if you'd turn to
```

```
848:24 Exhibit 41, you've indicated that there
849: Page 849
849: 1 are almost 200 references in that
849: 2 document?
849: 3        A.    That's right.
849: 4        Q.    Included in those documents
849: 5 are depositions of Dr. Scolnick, for
849: 6 example, correct?
849: 7        A.    Right.
```

```
ID:              Avorn 84911
Page Range:      849:11-849:19
```

```
849:11             Included in those are
849:12 published peer-reviewed medical journal
849:13 articles published by Merck officials,
849:14 Merck employees, correct?
849:15        A.    That's right.
849:16        Q.    Included in that would be
849:17 FDA compilations of data that you
849:18 reviewed; is that correct?
849:19        A.    That's right.
```

```
ID:              Avorn 84923
Page Range:      849:23-850:8
```

```
849:23             Has any of that literature
849:24 that was provided to you been generated
850: Page 850
850: 1 by the plaintiffs' lawyers, in other
850: 2 words, are those our documents?
850: 3        A.    No.
850: 4        Q.    Okay.
850: 5             So, those either came from
850: 6 the public, the public domain, from
850: 7 Merck, or from the FDA, correct?
850: 8        A.    Right.
```

```
ID:              Avorn 85009
Page Range:      850:9-850:17
```

```
850: 9        Q.    Doctor, you were asked some
850:10 questions about the preapproval signals.
850:11 Do you remember that?
850:12        A.    Yes.
850:13        Q.    Okay.
850:14             Do you remember we talked a
850:15 little bit about -- let's talk first
850:16 about trial 17.  Do you remember that?
850:17        A.    Yes.
```

```
ID:              Avorn 85020
Page Range:      850:20-852:2
```

```
850:20             First of all, was that a
850:21 placebo-controlled trial?
```

```
850:22      A.    I believe it was.
850:23      Q.    Was it blinded?
850:24      A.    I believe it was.
851: Page 851
851: 1      Q.    And you were asked a
851: 2 question by Mr. Beck whether or not the
851: 3 investigator in the case, in that
851: 4 individual case where there was a heart
851: 5 attack, attributed the heart attack to
851: 6 Vioxx.  Do you remember that question?
851: 7      A.    I remember the question.
851: 8      Q.    Is that possible to do in a
851: 9 blinded placebo-controlled trial?  Does
851:10 the investigator know whether or not the
851:11 patient is on the experimental drug or
851:12 the sugar pill?
851:13      A.    The study would have to be
851:14 unblinded for them to know that.
851:15      Q.    And typically that is not
851:16 the case with an investigator, they do
851:17 not get that information?
851:18      A.    Right.
851:19      Q.    And where does the
851:20 investigator in a company-run trial get
851:21 information about the side effects of the
851:22 study drug?
851:23      A.    Well, especially if it's a
851:24 drug that is not yet on the market, the
852: Page 852
852: 1 only place they could get it would be
852: 2 from the company.


ID:             Avorn 85319
Page Range:     853:19-853:21

853:19      Q.    Could you please go to
853:20 Exhibit Number 44 in the stack of
853:21 documents that you were given.  And that


ID:             Avorn 85410
Page Range:     854:10-855:10

854:10      Q.    That would be Dr.
854:11 Villalba's, just for the record, her
854:12 medical officer report preapproval of the
854:13 drug in 1998; is that correct?
854:14      A.    1998 through 1999, yes.
854:15      Q.    Would you please go to the
854:16 page -- they're not really paginated
854:17 there.
854:18      A.    Tell me the table number.
854:19      Q.    Table 51 to 52.
854:20      A.    Got it.
854:21      Q.    Would you read the paragraph
854:22 starting, "Evaluation of CV
854:23 thromboembolic events"?
854:24      A.    Yes.  "Evaluation of
855: Page 855
```

```
855: 1 cardiovascular thromboembolic events
855: 2 regardless of seriousness shows a
855: 3 numerically higher incidence of
855: 4 ischemic/thromboembolic events (angina,
855: 5 myocardial infarction, CVA," which is
855: 6 stroke, "TIA)," which is like a stroke,
855: 7 "in patients taking rofecoxib when
855: 8 compared with patients taking placebo,
855: 9 but the exposure to placebo was less than
855:10 the exposure to rofecoxib."
```

```
ID:         .       Avorn 85523
Page Range:         855:23-856:3
```

```
855:23              "In 6 weeks studies there
855:24 was one event in the placebo group" or
856: Page 856
856: 1 2/10ths of a percent "and a total of 12
856: 2 events (approximately 1%) in the
856: 3 rofecoxib groups."
```

```
ID:                 Avorn 85619
Page Range:         856:19-857:8
```

```
856:19      A.   "In 6-month studies there
856:20 were 3 events in placebo (approximately
856:21 1%) and 23 (approximately 1%) in the
856:22 total rofecoxib group, even though
856:23 placebo patients were only exposed for up
856:24 to 18 weeks.  The data seem to suggest
857: Page 857
857: 1 that in 6-week studies, thromboembolic
857: 2 events are more frequent in patients
857: 3 receiving rofecoxib than placebo but do
857: 4 not show a clear dose response
857: 5 relationship with rofecoxib."
857: 6      Q.   Is that consistent with what
857: 7 you ultimately saw in your study which
857: 8 was published in 2004?
```

```
ID:                 Avorn 85710
Page Range:         857:10-857:17
```

```
857:10              THE WITNESS:  Yes.  It's all
857:11      the same pattern of a higher rate
857:12      seen with rofecoxib or Vioxx
857:13      compared to placebo.
857:14 BY MR. TISI:
857:15      Q.   And is that what you meant
857:16 by way of a signal where you look at, you
857:17 see a trend and it raises a red flag?
```

```
ID:                 Avorn 85719
Page Range:         857:19-857:24
```

```
857:19              THE WITNESS:  That's right.
```

857:20 BY MR. TISI:
857:21          Q.    Well, let me ask you,
857:22 Doctor, when you used the word "red flag"
857:23 in your direct testimony, what did that
857:24 mean?


ID:              Avorn 85815
Page Range:      858:15-858:22

858:15                A signal or a red flag is
858:16 evidence of an increased prevalence of a
858:17 problem, in this case in one drug
858:18 compared to another, even though
858:19 initially that may not reach the level of
858:20 statistical significance because there's
858:21 not yet enough experience with the drug
858:22 to see that.


ID:              Avorn 86011
Page Range:      860:11-860:24

860:11          Q.    You were asked some
860:12 questions about the Board of Scientific
860:13 Advisors report.  Do you remember that
860:14 earlier?
860:15          A.    Yes.
860:16          Q.    And Mr. Beck asked you
860:17 questions, and this is just for
860:18 reference, about some of the good
860:19 potential -- I think we can fairly call
860:20 them collateral potential benefits and
860:21 potential safety problems.  Do you
860:22 remember the good and the bad discussion
860:23 that you had with Mr. Beck?
860:24          A.    Yes.


ID:              Avorn 86106
Page Range:      861:6-862:3

861: 6                Well, first of all, do you
861: 7 know whether or not Vioxx was being
861: 8 investigated for the purpose of being a
861: 9 drug for cardioprotection?
861:10          A.    I don't know of any studies
861:11 that were conducted in humans to
861:12 demonstrate that.
861:13          Q.    Okay.
861:14                Do you know whether or not
861:15 that was the purpose for developing
861:16 Vioxx?
861:17          A.    No, it was not, as far as I
861:18 know.
861:19          Q.    Do you know whether or not
861:20 they filed a new drug application,
861:21 supplemental new drug application or
861:22 anything to investigate whether or not
861:23 Vioxx could be capable of being a

```
861:24 cardioprotective drug?
862: Page 862
862: 1        A.    That was never part of the
862: 2 Vioxx human development program as far as
862: 3 I know.


ID:              Avorn 86212
Page Range:      862:12-862:14

862:12        Q.    I would like you to find, if
862:13 you could, the Board of Scientific
862:14 Advisors note or report.


ID:              Avorn 86303
Page Range:      863:3-863:4

863: 3        Q.    If you'd go to the page with
863: 4 the cardiovascular issues.


ID:              Avorn 86313
Page Range:      863:13-864:1

863:13               Now, you see that they
863:14 identify three different issues?
863:15 .        A.    Yes.
863:16        Q.    And Mr. Beck asked you,
863:17 well, isn't it true that some of these
863:18 could be potentially helpful?
863:19        A.    Right.
863:20        Q.    First of all, he didn't ask
863:21 you about Number 3.  Let me ask you about
863:22 Number 3.
863:23        A.    Yeah.  Number 3 is where a
863:24 lot of the action is.  We didn't get to
864: Page 864
864: 1 talk about that.


ID:              Avorn 86407
Page Range:      864:7-865:9

864: 7        Q.    Let me ask you about Number
864: 8 3.  Can it ever be a good thing that
864: 9 there is "thromboembolic occlusion of the
864:10 vessel at the site of plaque rupture with
864:11 ensuing consequences of ischemia"?
864:12        A.    No.  That means that there's
864:13 a blood clot that forms and it blocks the
864:14 artery, and the ischemia refers to the
864:15 deprivation of the tissue of oxygen and
864:16 often results in the death of the tissue.
864:17        Q.    Is there ever a circumstance
864:18 where Number 3 is a good thing?
864:19        A.    Well, I think in fairness,
864:20 we need to point out that if you could
864:21 prevent it, it would be a good thing.  1,
864:22 2 and 3 were all phrased by the board as
```

```
864:23 the bad thing.  And in the case of 1,
864:24 they said it could be better or it could
865: Page 865
865: 1 be worse.  In the case of 2, Mr. Beck
865: 2 pointed out that their discussion was
865: 3 primarily of preventing the badness.  And
865: 4 in Number 3, it is predominantly about
865: 5 causing the badness, but I would want to
865: 6 spend a moment, in fairness, just making
865: 7 sure that they were not talking about
865: 8 preventing the badness of point number 3.
865: 9          Q.    Feel free to take a look.
```

```
ID:                 Avorn 86512
Page Range:         865:12-866:2
```

```
865:12              Okay.
865:13              I think a fair reading of
865:14 number 3 is that it is pretty much
865:15 exclusively looking at the likelihood or
865:16 the threat that a selective COX-2
865:17 inhibitor like Vioxx could just do harm.
865:18 There was no good news in their
865:19 presentation about topic number 3.
865:20 .       Q.    And do you have an opinion
865:21 to a reasonable degree of medical
865:22 certainty as to whether or not a
865:23 pharmaceutical company putting a drug on
865:24 the market has a responsibility to        ,
866: Page 866
866: 1 investigate potential bad things that it
866: 2 may become aware of?
```

```
ID:                 Avorn 86609
Page Range:         866:9-866:19
```

```
866: 9              THE WITNESS:  I have such an
866:10              opinion, and my opinion, which is
866:11              compatible with what I've written
866:12              in my book and teach to classes
866:13              that include pharmaceutical
866:14              executives, is that it's necessary
866:15              to do so.  I've -- since the Vioxx
866:16              withdrawal, I've even made the
866:17              argument that it is a good
866:18              business case to do so because you
866:19              can really regret it if you don't.
```

```
ID:                 Avorn 86704
Page Range:         867:4-867:15
```

```
867: 4              Do you have an opinion to a
867: 5 reasonable degree of medical and
867: 6 scientific certainty as an expert in drug
867: 7 risks and benefits and evaluating them as
867: 8 to whether or not Vioxx in this case had
867: 9 any responsibility to actually --
```

```
867:10        A.    You mean Merck had a
867:11 responsibility?
867:12        Q.    -- Merck had a
867:13 responsibility or not to investigate the
867:14 potential bad effect that's identified
867:15 here by the Board of Scientific Advisors?
```

```
ID:            Avorn 86804
Page Range:    868:4-868:22
```

```
868: 4          THE WITNESS:  I have such an
868: 5          opinion, and the opinion is that
868: 6          the company did have a
868: 7          responsibility to follow up the
868: 8          issued raised in an effective
868: 9          manner by the scientific board.
868:10 BY MR. TISI:
868:11        Q.    Now, I want you to put
868:12 yourself back in 1998 when the Board of
868:13 Scientific Advisors commented on the
868:14 potential good and the potential bad as
868:15 indicated here in this document.  Okay?
868:16        A.    Okay.
868:17        Q.    Could a responsible
868:18 pharmaceutical company have designed at
868:19 that time a trial to investigate whether
868:20 Vioxx was good or bad for the heart using
868:21 the information provided by the Board of
868:22 Scientific Advisors?
```

```
ID:            Avorn 86908
Page Range:    869:8-869:16
```

```
869: 8          THE WITNESS:  Yes.  I
869: 9          believe such a study could have
869:10          been initiated at that time.
869:11 BY MR. TISI:
869:12        Q.    And do you know whether or
869:13 not a study -- or was a cardiovascular
869:14 outcomes study ever designed in 1998 to
869:15 look at the issue identified by the Board
869:16 of Scientific Advisors?
```

```
ID:            Avorn 86922
Page Range:    869:22-871:1
```

```
869:22          THE WITNESS:  I'm not aware
869:23          that in any year a study was
869:24          designed and implemented to test
870: Page 870
870: 1          the question of the cardiovascular
870: 2          risk of Vioxx in particular.
870: 3 BY MR. TISI:
870: 4        Q.    You were asked some
870: 5 questions about arm bleeds and rat
870: 6 studies and all those kinds of questions.
870: 7 Do you remember those questions that you
```

870: 8  spoke to earlier?
870: 9          A.    Yes.
870:10          Q.    Beyond questions of looking
870:11 about whether or not these studies,
870:12 animal studies, et cetera, generally
870:13 demonstrate biologic plausibility, what
870:14 relevance do those studies have in light
870:15 of clinical trial and epidemiologic
870:16 evidence showing an association?
870:17          A.    The ultimate outcome is what
870:18 happens to patients.  And we try to learn
870:19 what happens -- what is going to happen
870:20 to patients based on animal studies or
870:21 lab models or other kinds of science,
870:22 which can be interesting and informative.
870:23 But at the end of the day, what matters
870:24 most is the good and the bad effects as
871: Page 871
871: 1 they are recorded in actual human beings.


ID:              Avorn 87121
Page Range:      871:21-872:1

871:21              Do you remember when Mr.
871:22 Beck asked you a series of questions
871:23 about why you did not mention the good
871:24 aspects of the Board of Scientific
872: Page 872
872: 1 Advisors?  Do you remember that?


ID:              Avorn 87205
Page Range:      872:5-872:6

872: 5              THE WITNESS:  I recall what
872: 6         you are talking about.


ID:              Avorn 87401
Page Range:      874:1-874:20

874: 1              Mr. Beck showed you a couple
874: 2 of articles.  I think he showed you the
874: 3 Burleigh article, and I think he showed
874: 4 you another article by Dr. --
874: 5          A.    Cipollone.
874: 6          Q.    -- Cipollone.  But there
874: 7 were other articles that you also cited
874: 8 in your article, correct?
874: 9          A.    Right.
874:10          Q.    Okay.
874:11              And ultimately, after
874:12 reviewing the literature on all sides of
874:13 the issue, including the articles that
874:14 Mr. Beck highlighted for you and
874:15 attached, looking at all the references
874:16 and doing your own studies, what did you
874:17 conclude?
874:18          A.    Well, I can probably best

```
874:19  answer --
874:20      Q.   In humans?


ID:              Avorn 87501
Page Range:      875:1-879:20

875: 1           THE WITNESS:  Well, I think
875: 2   an answer that is not going to
875: 3   repeat anything that we've done
875: 4   today is the papers that Mr.
875: 5   Goldman asked me to identify for
875: 6   him at the first deposition two
875: 7   weeks ago, because I think we've
875: 8   heard today a rather skewed
875: 9   presentation of the pharmacology
875:10   evidence that was in place before
875:11   the drug was marketed.  And two
875:12   weeks ago Mr. Goldman asked me to
875:13   identify animal studies that I had
875:14   relied upon in formulating my
875:15   opinion.  And we haven't gotten to
875:16   talk about those, but since we are
875:17   now talking about the animal
875:18   studies related to the effect of
875:19   Vioxx and related drugs, it
875:20   probably would be appropriate to
875:21   just mention them since they were
875:22   material that Mr. Goldman had
875:23   asked about.  And these are the
875:24   three papers that I had identified
876: Page 876
876: 1   for Merck's counsel.
876: 2           And very brief, because the
876: 3   hour is late, but one is from 1997
876: 4   in Nature.  And it's a paper by
876: 5   Murata, and I can provide the full
876: 6   reference later.  Mr. Goldman
876: 7   actually has it already, and I
876: 8   assume he shared that with Mr.
876: 9   Beck.  And essentially what it
876:10   says is that if one disrupts the
876:11   gene for prostacyclin, which is
876:12   the substance that Vioxx reduces
876:13   the production of, the
876:14   susceptibility to thrombosis is
876:15   increased.
876:16           And then they go on to say,
876:17   "Our results establish that
876:18   prostacyclin is an anti-thrombotic
876:19   agent in vivo."  And what that
876:20   means in English is, that the
876:21   material that Vioxx reduces the
876:22   production of prevents clotting,
876:23   so that blocking that would
876:24   increase clotting, and that was,
877: Page 877
877: 1   as I said, in 1997 in Nature.
877: 2           The other one Mr. Goldman
877: 3   asked me about was a paper that
```

877: 4   was in the Journal of Biological
877: 5   Chemistry, which is the main
877: 6   journal in biochemistry, published
877: 7   in 1999, again, February of 1999,
877: 8   before the availability of Vioxx
877: 9   on the market.
877:10         And this was a study in
877:11   which there was an investigation
877:12   of whether heart cells were
877:13   influenced by COX-2, the enzyme
877:14   that Vioxx blocks.  And their
877:15   conclusion on their abstract is
877:16   that in heart cells that are
877:17   injured in a variety of
877:18   experimental ways, prostacyclin,
877:19   which is the chemical that Vioxx
877:20   blocks, protects the heart cells.
877:21   And their conclusion was that if
877:22   you block that prostacyclin
877:23   chemical that protects the heart
877:24   cells, as you would do with a
878: Page 878
878: 1   COX-2 inhibitor such as Vioxx,
878: 2   that would block the protection of
878: 3   heart cells in an injured heart.
878: 4         And the third paper, very
878: 5   briefly, that I want to talk
878: 6   about -- that paper was by
878: 7   Adderley and Fitzgerald, a
878: 8   different Fitzgerald, by the way.
878: 9         And the last one is a paper
878:10   by Shinmura.  Again, Mr. Goldman,
878:11   and I expect Mr. Beck, have the
878:12   reference that I provided two
878:13   weeks ago.  This was a study about
878:14   the cardioprotective effects in
878:15   animal studies when they damage
878:16   animal hearts, and it says -- the
878:17   title is "Cyclooxygenase-2" or
878:18   COX-2, "mediates the
878:19   cardioprotective effects of" a
878:20   bunch of other things having to do
878:21   with heart damage.
878:22         And, again, in brief, what
878:23   it says, quite clearly, in their
878:24   abstract is that this study
879: Page 879
879: 1   identifies COX-2 as a
879: 2   cardioprotective protein.  They go
879: 3   on to say, "COX-2 mediates the
879: 4   anti-infarct effects," which means
879: 5   COX-2, which is the enzyme that is
879: 6   blocked by Vioxx, mediates or
879: 7   helps to promote the anti-heart
879: 8   attack effects in their model.
879: 9         So, these were -- Mr.
879:10   Goldman's question to me to which
879:11   these were a response was what
879:12   evidence was there before Vioxx
879:13   was marketed that inhibiting COX-2

```
879:14              selectively might be bad for the
879:15              heart.  And I think this is pretty
879:16              clear that, granted, there was
879:17              evidence on both sides, but there
879:18              was pretty compelling evidence on
879:19              the damage side already, even
879:20              before the drug hit the market.
```

```
ID:                Avorn 88102
Page Range:        881:2-881:17
```

```
881: 2                 Doctor, let me go back to
881: 3 your article, okay?  Your article, which
881: 4 is Number 7 in the book.
881: 5        A.      Is that my copy of the book?
881: 6        Q.      Yes.
881: 7        A.      Okay.
881: 8        Q.      In that article you refer to
881: 9 both the Burleigh and the --
881:10        A.      Cipollone.
881:11        Q.      -- Cipollone articles.
881:12        A.      Right.
881:13        Q.      Correct?
881:14        A.      Right.
881:15        Q.      So --
881:16        A.      Cipollone.
881:17        Q.      Cipollone.
```

```
ID:                Avorn 88120
Page Range:        881:20-881:24
```

```
881:20                 What were you trying to do
881:21 by referring the readers to articles like
881:22 these, as well as articles on the other
881:23 side of the issue that were also
881:24 contained in your paper?
```

```
ID:                Avorn 88203
Page Range:        882:3-882:24
```

```
882: 3                 THE WITNESS:  What that
882: 4 section is about was essentially
882: 5 saying this is a very active area
882: 6 of research.  There's a lot of new
882: 7 information that is developing
882: 8 about the effect of this COX-2
882: 9 enzyme which had not been fully
882:10 studied over the years but that
882:11 people had begun to understand was
882:12 having an important effect on the
882:13 health of the vessel wall, as well
882:14 as on the ability of blood to
882:15 clot, as well as on the function
882:16 of the arteries, and that this is
882:17 an important area because there's
882:18 a lot of very exciting research
882:19 going on, that COX-2 has a lot to
```

```
882:20          do with the arteries.
882:21 BY MR. TISI:
882:22          Q.    Now, and when you took those
882:23 issues and you actually studied them in
882:24 human beings, what did you find?
```

```
ID:             Avorn 88309
Page Range:     883:9-883:15
```

```
883: 9              THE WITNESS:  In brief, we
883:10          found that when all is said and
883:11          done, if you look at real typical
883:12          patients out there in the
883:13          community, they were more likely
883:14          to have heart attacks if they were
883:15          taking Vioxx.
```

```
ID:             Avorn 88415
Page Range:     884:15-884:23
```

```
884:15          Q.    In your article that you
884:16 wrote, did you acknowledge, and we went
884:17 through some of the articles on both
884:18 sides of the issue, that perhaps Vioxx
884:19 could have a beneficial effect and a bad
884:20 effect in terms of the animal models that
884:21 you identified?
884:22          A.    Right.  Those are the
884:23 citations that Mr. Beck asked me about.
```

```
ID:             Avorn 88608
Page Range:     886:8-887:5
```

```
886: 8              THE WITNESS:  In fairness, I
886: 9          can't speak to what Merck did or
886:10          didn't say.  This is an article
886:11          written by many people, and there
886:12          will be other testimony about what
886:13          Merck did or didn't do in relation
886:14          to the presentation of the
886:15          findings in VIGOR.
886:16              So, I can speak just to the
886:17          paper as it appeared in the New
886:18          England Journal that Dr.
886:19          Bombardier and colleagues wrote.
886:20          We know there was a lot of
886:21          interaction with Merck, but let me
886:22          just speak about the paper.
886:23              The paper is really
886:24          presented in a very one-sided way.
887: Page 887
887: 1          It was all about the good news,
887: 2          and the bad news was presented in
887: 3          a way that minimized, in fact,
887: 4          inverted it so that it was not
887: 5          even presented as bad news.
```

ID:              Avorn 88714
Page Range:      887:14-887:20

887:14          Q.    In any of the materials that
887:15 you've seen, the educational materials,
887:16 the label, the medical literature,
887:17 anything that came out of Merck, was
887:18 there ever an acknowledgment that at
887:19 least a potential mechanism of action was
887:20 that this drug would be prothrombotic?


ID:              Avorn 88805
Page Range:      888:5-888:11

888: 5          Q.    Well, let me ask you the
888: 6 question.
888: 7                What, if anything, have you
888: 8 ever seen -- have you seen in any of the
888: 9 Merck literature that presented Vioxx as
888:10 having any potential side effects before
888:11 APPROVe?


ID:              Avorn 88817
Page Range:      888:17-890:3

888:17                THE WITNESS:  The vast
888:18                preponderance of the material that
888:19                Merck produced either in articles
888:20                that it had its staff or
888:21                consultants author, or the
888:22                educational so-called materials
888:23                for physicians, the vast, vast
888:24                predominance of it was all the
889: Page 889
889: 1                good things about Vioxx.  And I
889: 2                cannot recall any materials that
889: 3                Merck produced that said this drug
889: 4                may increase -- may be
889: 5                prothrombotic, except in reciting
889: 6                the VIGOR data.
889: 7 BY MR. TISI:
889: 8          Q.    Doctor, do you remember the
889: 9 Tuleja article that you were asked about?
889:10 Do you remember whether these men -- and
889:11 this was the --
889:12          A.    Bleeding.
889:13          Q.    -- bleeding time study that
889:14 we talked about before.
889:15                Do you remember whether
889:16 these were healthy or unhealthy men?
889:17          A.    They were healthy men as far
889:18 as I know.
889:19          Q.    Do you know whether or not
889:20 they looked at -- what kind of vessels
889:21 they looked at?  Did they look at
889:22 capillaries, coronary arteries, anything
889:23 like that?

```
889:24        A.    I don't recall what kind of
890: Page 890
890: 1 vessels.
890: 2        Q.    Let me show you the article.
890: 3 I'm showing you my copy.
```

```
ID:             Avorn 89013
Page Range:     890:13-892:7
```

```
890:13               THE WITNESS:  It says,
890:14        "Standard microvascular injury."
890:15 BY MR. TISI:
890:16        Q.    What does that mean to you?
890:17        A.    That it is an experimental
890:18 technique in which they damage the
890:19 smallest vessels.
890:20        Q.    Okay.
890:21               Are those the same kind of
890:22 vessels that cause heart attacks in human
890:23 beings?
890:24        A.    No.
891: Page 891
891: 1        Q.    Okay.
891: 2               Did they have
891: 3 atherosclerosis?
891: 4        A.    No.  They were healthy men.
891: 5        Q.    And can you tell us who
891: 6 funded this particular study?
891: 7        A.    Merck of Poland.
891: 8        Q.    Let's go on to the next --
891: 9        A.    And in fairness, the Polish
891:10 State Research Council.
891:11        Q.    Let's discuss the 2001
891:12 Advisory Committee for a moment.  Do you
891:13 have that transcript there?  I believe
891:14 it's the big one there.
891:15        A.    Okay.
891:16        Q.    I'd like to take you through
891:17 some things here.
891:18               First of all, I would like
891:19 to orient the jury.  This was an Advisory
891:20 Committee that was held in February of
891:21 2001 to discuss the VIGOR data?
891:22        A.    Yes.
891:23        Q.    First of all, tell us a
891:24 little bit about Advisory Committees.
892: Page 892
892: 1 Are they -- how many drugs do they see
892: 2 over the course of sitting as an Advisory
892: 3 Committee?
892: 4        A.    It will vary.  Sometimes
892: 5 they will see a bunch at one sitting.
892: 6 Sometimes they will focus just on one
892: 7 drug.
```

```
ID:             Avorn 89218
Page Range:     892:18-894:12
```

892:18          And do they typically
892:19 receive a packet of information prior to
892:20 going in and sitting and hearing
892:21 presentations?
892:22          A.     Yeah.  But sometimes it's
892:23 just like the day before.
892:24          Q.     And how much information do
893: Page 893
893: 1 they actually get if you're typically
893: 2 speaking?
893: 3          A.     Well, again, it varies.
893: 4 Sometimes they get a ream that colleagues
893: 5 of mine who are on these committees say
893: 6 they can't possibly get through.
893: 7 Sometimes they get just a small packet.
893: 8          Q.     And who typically presents
893: 9 at these Advisory Committees?
893:10          A.     There will often be somebody
893:11 from FDA presenting.  There will often be
893:12 somebody from the company presenting.
893:13 And sometimes they even have patients
893:14 presenting.
893:15          Q.     Now, looking at the Advisory
893:16 Committee of 2001, this would have been
893:17 approximately a year after Merck became
893:18 aware of the VIGOR results?
893:19          A.     Right.
893:20          Q.     And would you go to the
893:21 transcript at Page 5, if you could.
893:22          First of all, it's a
893:23 presentation by Dr. Goldman.
893:24 · A.     Okay.
894: Page 894
894: 1          Q.     And Dr. Goldman, I'll
894: 2 represent to you, is the Merck
894: 3 representative.
894: 4          A.     Right.
894: 5          Q.     Do you see where it says,
894: 6 "We believe that the highly significant
894: 7 results from VIGOR mirrored a
894: 8 modification of the product label to
894: 9 reflect a more appropriate presentation
894:10 of the demonstrated GI safety benefits
894:11 that is specific to Vioxx"?
894:12          Do you see that?


ID:              Avorn 89507
Page Range:      895:7-895:19

895: 7          Do you have any
895: 8 understanding reading that as to what the
895: 9 primary purpose of this Advisory
895:10 Committee was?
895:11          A.     Well, sure.  Not just from
895:12 that paragraph, but from having reviewed
895:13 the transcript, the question, as well as
895:14 the rest of the history.  The question
895:15 was whether the official labeling of
895:16 Vioxx was going to be revised to include

```
895:17 in it information about Vioxx having a
895:18 greater safety on the GI tract compared
895:19 to other drugs.
```

```
ID:                Avorn 89820
Page Range:        898:20-899:18
```

```
898:20      Q.    First of all, this is an
898:21 internal e-mail from Merck dated January
898:22 29th, 2001; is that correct?
898:23      A.    That's right.
898:24      Q.    And is this before the
899: Page 899
899: 1 February 8th Advisory Committee?
899: 2      A.    About a week before.
899: 3      Q.    Okay.
899: 4            And do you see the first,
899: 5 the e-mail from Dr. Shapiro to, among
899: 6 other things, Alise Reicin?
899: 7      A.    Which one is that, that you
899: 8 want me to look at?
899: 9      Q.    The very top of the page.
899:10      A.    The top one.
899:11      Q.    Uh-huh.  Do you see that?
899:12  .   A.    From Dr. Shapiro to Dr.
899:13 Reicin, yes.
899:14      Q.    Yes.
899:15            And that's the same Dr.
899:16 Reicin that made the presentation to the
899:17 Advisory Committee --
899:18      A.    Right.
```

```
ID:                Avorn 90007
Page Range:        900:7-900:16
```

```
900: 7            THE WITNESS:  Yes.  30 to
900: 8 10.
900: 9 BY MR. TISI:
900:10      Q.    Okay.
900:11            Is that the kind of
900:12 information --
900:13            Do you know whether that
900:14 information was ever shared with the
900:15 members of the Advisory Committee?
900:16      A.    I don't believe it was.
```

```
ID:                Avorn 90110
Page Range:        901:10-901:13
```

```
901:10      A.    To my knowledge, that
901:11 information was never shared with the
901:12 Advisory Committee as it was thinking
901:13 about the labeling.
```

```
ID:                Avorn 90123
Page Range:        901:23-902:9
```

```
909:11 called RA has a relative risk of 1.82 or
909:12 almost a doubling of risk.
909:13               I think this is probably a
909:14 summary of all the RA studies, that is,
909:15 all the rheumatoid arthritis studies.
909:16 And the next line is non-RA, which, I
909:17 guess, is the non-rheumatoid arthritis
909:18 studies, and that has a relative risk of
909:19 1.68 or a 68 percent increase.  And then
909:20 the last line is OA-069, and that has a
909:21 lower number of 0.55.
909:22       Q.    Now, Doctor, looking at the
909:23 overall results, is that, that greater
909:24 than 2.0, is that the level that Dr.
910: Page 910
910: 1 Strom in his book that Mr. Beck put in
910: 2 front of you is highly significant?
```

ID:              Avorn 91011
Page Range:      910:11-910:18

```
910:11              THE WITNESS:  It's a
910:12 doubling of risk, and that is in
910:13 the category -- it's slightly
910:14 greater than a doubling of risk,
910:15 and that is in the category that,
910:16 according to Dr. Strom's textbook,
910:17 would be categorized as an
910:18 important big deal.
```

ID:              Avorn 91104
Page Range:      911:4-911:12

```
911: 4       Q.    Going back to the Advisory
911: 5 Committee which raised its hand and Mr.
911: 6 Beck asked you questions about what they
911: 7 recommended and why they recommended, the
911: 8 basis of their recommendations, was Dr.
911: 9 Shapiro's analysis, to your knowledge,
911:10 shared by Dr. Reicin before the Advisory
911:11 Committee when they raised their hand and
911:12 made their votes?
```

ID:              Avorn 91115
Page Range:      911:15-911:18

```
911:15              THE WITNESS:  To my
911:16 knowledge, none of this
911:17 information was shared with the
911:18 Advisory Committee by Merck.
```

ID:              Avorn 92220
Page Range:      922:20-923:2

```
922:20       Q.    Now, as a result of the
922:21 Advisory Committee, the FDA did make a
```

922:22 recommendation to Merck, did it not?
922:23        A.    Yes.
922:24        Q.    And when it did, did it ask
923: Page 923
923: 1 that a warning for cardiovascular events
923: 2 be included in the label?


ID:              Avorn 92308
Page Range:      923:8-923:12

923: 8               THE WITNESS:  Yes, they did.
923: 9        The documents I reviewed indicated
923:10        that was a request.
923:11 BY MR. TISI:
923:12        Q.    And was that ever done?


ID:              Avorn 92320
Page Range:      923:20-924:6

923:20        Q.    Was it ever done?
923:21        A.    It was never done, to my
923:22 knowledge.
923:23        Q.    He asked you -- Mr. Beck
923:24 asked you many questions about Dr. Topol
924: Page 924
924: 1 and Dr. Nissen.
924: 2        A.    Right.
924: 3        Q.    Have you read Dr. Topol and
924: 4 Dr. Nissen's public articles concerning
924: 5 Vioxx?
924: 6        A.    Sure.


ID:              Avorn 92507
Page Range:      925:7-925:17

925: 7               Since you were asked on your
925: 8 cross-examination about Dr. Nissen and
925: 9 Dr. Topol, I'm going to ask you this
925:10 question.
925:11               Having read -- having read
925:12 their scholarship on and their articles
925:13 on Vioxx --
925:14        A.    Yes.
925:15        Q.    -- how would you
925:16 characterize their scholarship in terms
925:17 of the risks and benefits of Vioxx?


ID:              Avorn 92522
Page Range:      925:22-926:6

925:22               THE WITNESS:  I think a fair
925:23        summary of what they have written,
925:24        and that's what I do, I summarize
926: Page 926
926: 1        the literature and look at what
926: 2        particular papers say viewed in

```
926: 3        the aggregate, is that both of
926: 4        them for years have expressed
926: 5        grave concerns about the safety of
926: 6        Vioxx.
```

```
ID:           Avorn 92714
Page Range:   927:14-927:19
```

```
927:14                 Turning to your study.
927:15 First of all, is the concept that you
927:16 referred to, the "depletion of the
927:17 susceptibles," a generally accepted
927:18 concept in epidemiology?
927:19        A.    Yes.
```

```
ID:           Avorn 92822
Page Range:   928:22-929:1
```

```
928:22              What was your explanation of
928:23 why you did not see a risk after 90 days
928:24 when you were asked that question by Mr.
929: Page 929
929: 1 Beck?
```

```
ID:           Avorn 92909
Page Range:   929:9-930:2
```

```
929: 9              Whether or not I used the
929:10 term "depletion of susceptibles,"
929:11 I certainly said to Mr. Beck that
929:12 our understanding of the failure
929:13 to see an effect after 90 days was
929:14 that in an observational study
929:15 where we're not controlling who
929:16 takes what drug, patients who were
929:17 going to get into trouble with
929:18 Vioxx, many of them had already
929:19 done so by 90 days or had had
929:20 related side effects to cause them
929:21 to drop out of the study, and that
929:22 that is what I believe explains
929:23 why we did not see an effect after
929:24 90 days, even though it is now
930: Page 930
930: 1 well known that there is an effect
930: 2 after 90 days.
```

```
ID:           Avorn 93008
Page Range:   930:8-930:19
```

```
930: 8        Q.    Is there a scientific or
930: 9 epidemiologic term for that phenomenon --
930:10        A.    Yes.
930:11        Q.    -- that you just described?
930:12        A.    It is called "depletion of
930:13 susceptibles."
```

```
930:14       Q.    And is that something that
930:15 is generally recognized in the
930:16 epidemiologic community as a principle of
930:17 when you look at epidemiologic studies
930:18 like this?
930:19       A.    Yes.
```

ID:              Avorn 93105
Page Range:      931:5-932:2

```
931: 5       Q.    You mentioned that in
931: 6 response to Mr. Beck's question that one
931: 7 of the reasons that it might -- that
931: 8 people may drop out in the first 30 to 90
931: 9 days would be things like hypertension,
931:10 CHF, those kinds of things, just
931:11 referring you to testimony.  Do you
931:12 remember that testimony?
931:13       A.    Yes.
931:14       Q.    Okay.
931:15             You have done studies into
931:16 comparing celecoxib or Vioxx -- Celebrex
931:17 and Vioxx on the issue of hypertension
931:18 and congestive heart failure.  Have you
931:19 done those kinds of studies?
931:20       A.    That is correct.
931:21       Q.    Okay.
931:22             Would those be the same two
931:23 comparators that were involved in your MI
931:24 study that we're referring to as Exhibit
932: Page 932
932: 1 Number 7?
932: 2       A.    Yes.
```

ID:              Avorn 93220
Page Range:      932:20-933:2

```
932:20             Is there a scientific basis,
932:21 based upon your own studies, for your
932:22 conclusion that people in the first 30 to
932:23 90 days would drop out at a greater rate
932:24 compared to Celebrex because of
933: Page 933
933: 1 hypertension and congestive heart
933: 2 failure?
```

ID:              Avorn 93308
Page Range:      933:8-933:13

```
933: 8       A.    Yes.  Our studies of
933: 9 hypertension in Vioxx, as well as those
933:10 of others such as Dr. Whelton, indicate a
933:11 higher rate of patients becoming
933:12 hypertensive when they take Vioxx
933:13 compared to when they take Celebrex.
```

ID:              Avorn 93415
Page Range:      934:15-936:18

934:15       Q.    Could you please go, Doctor,
934:16 to your methods and results section of
934:17 your paper that's up on the screen here?
934:18       A.    Yes.
934:19       Q.    Could you -- I think it's 4,
934:20 where it says .054, the p-value that Mr.
934:21 Beck --
934:22       A.    Yes.
934:23       Q.    -- was asking you about.
934:24 How many lines up is it?  My eyes are not
935: Page 935
935: 1 so good.
935: 2       A.    No.  It's in the abstract.
935: 3       Q.    In the abstract portion of
935: 4 it.
935: 5       A.    If you could just blow up
935: 6 the bottom half of the methods section.
935: 7       Q.    Right there.  Right there.
935: 8       A.    Yeah, that's good.  Okay.
935: 9             It's on Lines 2 and 3.
935:10       Q.    Do you see that?
935:11       A.    Yes.
935:12       Q.    You were asked some
935:13 questions about some suggestions by the
935:14 Journal of the American Medical
935:15 Association, about including the fact --
935:16 including information about statistical
935:17 significance.  Do you remember those
935:18 questions?
935:19       A.    Yes.
935:20       Q.    Did you do anything in
935:21 response to that particular suggestion
935:22 when you resubmitted the paper to
935:23 Circulation?
935:24       A.    Yes.  As Dr. Solomon
936: Page 936
936: 1 indicated on his handwritten note that
936: 2 Mr. Beck projected, we put the p-value
936: 3 into the abstract, as you can see it
936: 4 right there.
936: 5       Q.    And for anybody who's
936: 6 reading this article, is the p-value
936: 7 prominently displayed for them to look
936: 8 at?
936: 9       A.    Sure.  It's right there.
936:10 It's on line -- of the blowup, it's line
936:11 3, just a couple of characters in.  If
936:12 you can highlight that.  It's right
936:13 there, p=.054.
936:14       Q.    Now, in your article in the
936:15 journal of the -- comments of the Journal
936:16 of the American Medical Association,
936:17 which I believe was Exhibit Number 54, if
936:18 you can pull that, please.

ID:              Avorn 93702

Page Range:      937:2-937:13

937: 2          Q.    Overall comments of the
937: 3 people that investigated -- who looked at
937: 4 the paper, the peer reviewers?
937: 5          A.    Yes.  Do you want to
937: 6 indicate what page you're looking at?
937: 7          Q.    Page 2.
937: 8          A.    Page 2 of what?  Page 2 --
937: 9 well, yeah.  It's, I guess, Bates Number
937:10 3253 --
937:11          Q.    Yes.
937:12          A.    -- is probably the best way
937:13 to refer to it.


ID:              Avorn 93720
Page Range:      937:20-938:13

937:20          Q.    First of all, just so
937:21 everybody understands, these are
937:22 anonymous peer reviewers who look at
937:23 manuscripts that are submitted for
937:24 publication.  Is that fair?
938: Page 938
938: 1          A.    Right.
938: 2          Q.    So, you don't know who these
938: 3 people are?
938: 4          A.    Right.
938: 5          Q.    You don't know whether they
938: 6 -- who they work for, what their academic
938: 7 or affiliation is, nothing?
938: 8          A.    Right.  Just experts in the
938: 9 field.
938:10          Q.    Okay.
938:11                Now, what is the result --
938:12 what does the first author say about the
938:13 manuscript as a general matter?


ID:              Avorn 94012
Page Range:      940:12-943:2

940:12                THE WITNESS:  Okay.
940:13                I think in the interest of
940:14          time, I can just indicate that
940:15          reviews always start out with an
940:16          overview, and there's a
940:17          line-and-a-half overview that is
940:18          the reviewer's general impression.
940:19          I will just read the
940:20          line-and-a-half overview.
940:21                "This manuscript reports a
940:22          well-thought out investigation and
940:23          is well written and concise.
940:24          There are a number of probably
941: Page 941
941: 1          minor issues and one major issue."
941: 2          That's the general overview as
941: 3          stated by the reviewer.

```
941: 4 BY MR. TISI:
941: 5          Q.     Okay.
941: 6                 Going to the next comment.
941: 7          A.     The next reviewer, you mean?
941: 8          Q.     Yes.  Could you please read
941: 9 the --
941:10          A.     Okay.
941:11                 Yes.  Again, the overview
941:12 that the reviewer presents.  "The authors
941:13 have conducted a large scale study with
941:14 appropriate analysis."
941:15          Q.     Keep going, please.
941:16          A.     "The strength of the
941:17 manuscript is the consistency of findings
941:18 for different subgroups and the
941:19 sensitivity analysis.  However,
941:20 conclusions must be tempered with caveats
941:21 regarding retrospective data from a
941:22 database, rather than a prospective
941:23 randomized control trial or even a cohort
941:24 observational study with propensity
942: Page 942
942: 1 analysis of the likelihood of receiving a
942: 2 particular treatment."
942: 3          Q.     Okay.
942: 4                 Now, in your study that was
942: 5 published, did you address the
942: 6 limitations of observational analyses?
942: 7 Did you address the potential issues of
942: 8 the study that you conducted with Dr.
942: 9 Solomon?
942:10          A.     I believe we did that, yes.
942:11          Q.     Going to the next reviewer's
942:12 comments.  I'd like to refer you to
942:13 the general comment that says, "The
942:14 study's results are interesting."
942:15          A.     Yes.
942:16          Q.     Okay.
942:17                 "The study's results are
942:18 interesting, but not novel."
942:19          A.     Right.
942:20          Q.     "Previous observational
942:21 studies and meta-analyses have already
942:22 suggested a deleterious effect of
942:23 rofecoxib and/or a protective effect of
942:24 naproxen."
943: Page 943
943: 1                 Do you see that?
943: 2          A.     Yes.


ID:              Avorn 95301
Page Range:      953:1-953:22

953: 1                 Did you have the information
953: 2 that you have been made aware of during
953: 3 the course of this litigation about, let
953: 4 me ask you, trial 090?  Did you know
953: 5 that?
953: 6          A.     No, I did not have that
```

```
953: 7 information.
953: 8          Q.     Did you know of the results
953: 9 of the ADVANTAGE trial that you now know?
953:10          A.     I did not have that
953:11 information.
953:12          Q.     Did you know of the results
953:13 of the Alzheimer's study that you now
953:14 know?
953:15          A.     Right.   There was no way I
953:16 could have seen that information.
953:17          Q.     Did you know that in the
953:18 Alzheimer's study there was an imbalance
953:19 of cardiovascular deaths, 8 to 2?   Did
953:20 you know that?
953:21          A.     That information was never
953:22 made available.
```

```
ID:              Avorn 95414
Page Range:      954:14-954:20
```

```
954:14          Q.     Is that the kind of
954:15 information that you as a doctor helping
954:16 make decisions about what goes on a
954:17 pharmaceutical and therapeutics committee
954:18 at the Brigham hospital would have wanted
954:19 to know when you were making decisions
954:20 about patients in your hospital?
```

```
ID:              Avorn 95503
Page Range:      955:3-955:10
```

```
955: 3          If a drug doubles the risk
955: 4 of death, I would want to know that as a
955: 5 member of the pharmacy and therapeutics
955: 6 committee, because I would not be
955: 7 comfortable having that drug on our
955: 8 formulary unless it had some incredible
955: 9 beneficial property that would outweigh
955:10 the doubling of the risk of death.
```

```
ID:              Avorn 95622
Page Range:      956:22-957:8
```

```
956:22          Q.     Doctor, you wrote this in
956:23 the 2002/2003 time frame, which would
956:24 have been about the time that you were
957: Page 957
957: 1 writing these or editing these particular
957: 2 things for the Brigham?
957: 3          A.     Right.
957: 4          Q.     Would you tell us, sir, what
957: 5 you wrote in that time frame about the
957: 6 risk of heart attack based upon your
957: 7 understanding of the evidence?
957: 8          A.     Yes.
```

```
ID:              Avorn 95712
Page Range:      957:12-958:3

  957:12              THE WITNESS:  The first full
  957:13      paragraph on Page 202, "As for the
  957:14      products in question:" which is
  957:15      the COX-2 inhibitors, "Years of
  957:16      clinical research and experience
  957:17      have confirmed that the coxibs,"
  957:18      or COX-2 inhibitors, "are no more
  957:19      effective than older drugs,
  957:20      despite massive ad campaigns that
  957:21      subtly imply otherwise.  And while
  957:22      the coxibs do reduce gastric
  957:23      bleeding somewhat, this advantage
  957:24      appears to be modest.  Then, of
  958: Page 958
  958: 1      course, came the findings that
  958: 2      these medications can increase the
  958: 3      risk of heart attack and stroke."


ID:              Avorn 95823
Page Range:      958:23-960:4

  958:23  .    Q.    I thought this was --
  958:24       A.    Right, right.  No.  The
  959: Page 959
  959: 1 paperback was published later.  So, let
  959: 2 me read from Page 202 of the book as it
  959: 3 was -- came out in mid-'04, having been
  959: 4 written in 2002/2003.  Okay.  To read.
  959: 5              "As for the products in
  959: 6 question, years of clinical research and
  959: 7 experience have confirmed that the coxibs
  959: 8 are no more effective than older drugs
  959: 9 despite massive ad campaigns that subtly
  959:10 imply otherwise.  And while the coxibs do
  959:11 reduce gastric bleeding somewhat, this
  959:12 advantage appears to be modest.  Concerns
  959:13 have also emerged about other safety
  959:14 problems, primarily for Merck's Vioxx.
  959:15 Research led by Dr. Dan Solomon in my
  959:16 division, as well as studies from
  959:17 Vanderbilt University, and even Merck's
  959:18 own clinical trial data, indicate that
  959:19 Vioxx can increase the risk of heart
  959:20 attack, as well as cause high blood
  959:21 pressure.
  959:22  .           "Nonetheless, extravagant
  959:23 marketing aimed at patients and doctors
  959:24 have made these among the most profitable
  960: Page 960
  960: 1 drugs ever sold.  Those of us who work at
  960: 2 universities may not be very good at
  960: 3 turning ordinary things into gold, but
  960: 4 others clearly are."


ID:              Avorn 96203
```

Page Range:        962:3-962:12

962: 3                Would you please read the
962: 4  one sentence that begins with the word
962: 5  "Research."
962: 6        A.    "Research led by Dr. Dan
962: 7  Solomon in my division, as well as
962: 8  studies from Vanderbilt University, and
962: 9  even Merck's own clinical trial data,
962:10  indicate that Vioxx can increase the risk
962:11  of heart attack, as well as cause high
962:12  blood pressure."


ID:                Avorn 96306
Page Range:        963:6-963:9

963: 6                Is there information that
963: 7  you were not aware of that you are now
963: 8  aware of that would have changed in any
963: 9  way your statement in your book?


ID:                Avorn 96316
Page Range:        963:16-963:20

963:16                THE WITNESS:   The
963:17  information that I have become
963:18  aware of since the withdrawal of
963:19  the drug would have just made that
963:20  an even stronger statement.


ID:                Avorn 96411
Page Range:        964:11-965:5

964:11        Q.    Is there anything about
964:12  these documents that Mr. Beck showed you
964:13  that needs to be clarified, sir?
964:14        A.    Yes.  If the question is,
964:15  what did I believe about the riskiness of
964:16  Vioxx or the safety of Vioxx in 2003, I
964:17  think probably the most relevant piece is
964:18  the fact that Dr. Solomon and I asked our
964:19  pharmacy and therapeutics committee,
964:20  which we both sit on, to remove high-dose
964:21  Vioxx from the formulary because we felt
964:22  that it was unnecessarily safe (sic), and
964:23  we questioned the decision of having
964:24  Vioxx be the COX-2 of choice at our
965: Page 965
965: 1  hospital because we felt that at any
965: 2  dose, it was not as safe as other
965: 3  alternatives, and we requested the
965: 4  hospital computer system be changed to
965: 5  reflect that.


ID:                Avorn 96624
Page Range:        966:24-967:6

```
966:24              THE WITNESS:  Yes, I do.
967: Page 967
967: 1              And I did at the time that we
967: 2              prepared the document educating
967: 3              the Brigham doctors that Mr. Beck
967: 4              asked me about.
967: 5 BY MR. TISI:
967: 6         Q.   And what was that opinion?


ID:              Avorn 96717
Page Range:      967:17-968:5

967:17         A.   As of 2002/2003, there was
967:18 evidence in place in the literature, and
967:19 we now know beyond that, that Vioxx
967:20 increased the risk of heart attack, and
967:21 that comparable evidence of a similar
967:22 magnitude was not available for Celebrex,
967:23 which is why, in comparing the two drugs,
967:24 we had petitioned our pharmacy and
968: Page 968
968: 1 therapeutics committee to not have Vioxx
968: 2 be the COX-2 of choice, to not allow use
968: 3 of the high-dose drug at all, and to
968: 4 allow doctors to use Celebrex rather than
968: 5 Vioxx if that was their preference.


ID:              Avorn 97217
Page Range:      972:17-972:20

972:17         Q.   And, Doctor, do you have an
972:18 opinion as to whether or not Vioxx is an
972:19 unsafe drug?
972:20         A.   Yes, I do.


ID:              Avorn 97308
Page Range:      973:8-973:11

973: 8         Q.   And what is that?
973: 9         A.   I have such an opinion, and
973:10 the opinion is that Vioxx is an unsafe
973:11 drug.
```

Total Length - 00:46:13

## Avorn Merck ReCross

| Scene | Designation | Source | Tx |
|---|---|---|---|
| 1 | 973:18 - 974:16 | Avorne, Jerome 2006-06-30 | |
| | | 973:18 | Q:  Doctor, I have a few |
| | | 973:19 | questions on one subject that Mr. Tisi |
| | | 973:20 | asked you about, and that is |
| | | 973:21 | hypertension. |
| | | 973:22 | Do you remember talking with |
| | | 973:23 | Mr. Tisi about the question of whether |
| | | 973:24 | Vioxx increases the risk of hypertension? |
| | | 974:1 | A:  Yes. |
| | | 974:2 | Q:  Was hypertension and the |
| | | 974:3 | possibility that it could be caused by |
| | | 974:4 | Vioxx something that was in the Vioxx |
| | | 974:5 | label from day one? |
| | | 974:6 | A:  I have the labels here, and |
| | | 974:7 | let me just quickly look at them and I |
| | | 974:8 | can answer that. |
| | | 974:9 | Q:  Do you remember off the top |
| | | 974:10 | of your head? |
| | | 974:11 | A:  I know there was mention of |
| | | 974:12 | hypertension, but I can't tell you |
| | | 974:13 | whether it was from day one or whether |
| | | 974:14 | there was the April '02 label or the 1999 |
| | | 974:15 | label, but I know they're here, and I can |
| | | 974:16 | just find them and look at them. |
| 2 | 977:11 - 977:14 | Avorne, Jerome 2006-06-30 | |
| | | 977:11 | Q:  Is it true, sir, that all |
| | | 977:12 | NSAIDs can cause hypertension? |
| | | 977:13 | A:  Virtually all the ones that |
| | | 977:14 | I know about. |
| 3 | 978:14 - 978:17 | Avorne, Jerome 2006-06-30 | |
| | | 978:14 | Q:  -- is it true |
| | | 978:15 | that long before Vioxx came on the |
| | | 978:16 | market, the medical community knew that |
| | | 978:17 | NSAIDs could cause hypertension? |
| 4 | 978:20 - 978:21 | Avorne, Jerome 2006-06-30 | |
| | | 978:20 | THE WITNESS:  Yes, but some |
| | | 978:21 | can do it more than others. |
| 5 | 978:23 - 979:7 | Avorne, Jerome 2006-06-30 | |
| | | 978:23 | Q:  And, of course, it was also |
| | | 978:24 | known that hypertension could increase |
| | | 979:1 | the risk of heart attack and stroke, |

**Avorn Merck ReCross**

| | | |
|---|---|---|
| | 979:2 | correct? |
| | 979:3 | A: Yes. |
| | 979:4 | Q: Before the FDA approved |
| | 979:5 | Vioxx, was the FDA, to your knowledge, |
| | 979:6 | aware that Vioxx could cause |
| | 979:7 | hypertension? |

**6    979:17 - 979:18    Avorne, Jerome 2006-06-30**
979:17   THE WITNESS: I believe it
979:18   did.

**7    979:20 - 980:7    Avorne, Jerome 2006-06-30**
979:20   Q: You just said a second ago
979:21   that some NSAIDs -- I think you said that
979:22   all or most NSAIDs can increase blood
979:23   pressure, and some do it more than
979:24   others, right?
980:1   A: Correct.
980:2   Q: And from your review of the
980:3   material, is it true, sir, that the FDA
980:4   was aware, prior to approval of Vioxx,
980:5   that in some studies Vioxx increased
980:6   blood pressure and hypertension more than
980:7   certain other NSAIDs?

**8    980:11 - 980:14    Avorne, Jerome 2006-06-30**
980:11   THE WITNESS: I can't answer
980:12   that without looking at all the
980:13   materials, and I don't think we
980:14   have time for that.

**9    980:16 - 980:17    Avorne, Jerome 2006-06-30**
980:16   Q: Page 331 of your deposition,
980:17   going over to 332, starting at line 24.

**10    980:18 - 981:2    Avorne, Jerome 2006-06-30**
980:18   'Question: And the FDA was
980:19   also fully aware, prior to approval and
980:20   thereafter, that Vioxx, in some studies,
980:21   increased blood pressure and hypertension
980:22   more than comparator NSAIDs, right?
980:23   'Answer: I believe they
980:24   were aware of that.'
981:1   Was that your testimony a
981:2   couple of weeks ago?

**11    981:7 - 981:8    Avorne, Jerome 2006-06-30**
981:7   THE WITNESS: That is what
981:8   it says.

**Avorn Merck ReCross**

| 12 | **981:10 - 981:14** | Avorne, Jerome 2006-06-30 |
|---|---|---|
| | 981:10 | Q: You're aware, are |
| | 981:11 | you not, of other studies showing that |
| | 981:12 | there's no difference in the risk of |
| | 981:13 | hypertension between Vioxx and other |
| | 981:14 | NSAIDs? |

| 13 | **981:17 - 982:3** | Avorne, Jerome 2006-06-30 |
|---|---|---|
| | 981:17 | THE WITNESS:  And my answer |
| | 981:18 | now is the same as my answer then, |
| | 981:19 | that I was aware of studies and am |
| | 981:20 | aware of studies that come to the |
| | 981:21 | opposite conclusion, including our |
| | 981:22 | own. I cannot cite for you a |
| | 981:23 | study that shows no difference. |
| | 981:24 | But if there is one that you want |
| | 982:1 | me to review, I'd be happy to look |
| | 982:2 | at it. I don't have a citation in |
| | 982:3 | my head about that. |

| 14 | **982:18 - 983:3** | Avorne, Jerome 2006-06-30 |
|---|---|---|
| | 982:18 | Q:  It's mixed on whether Vioxx |
| | 982:19 | causes more hypertension or doesn't cause |
| | 982:20 | more hypertension? |
| | 982:21 | A:  I know there are some |
| | 982:22 | studies that show that it causes more. I |
| | 982:23 | know there's some studies that show that |
| | 982:24 | it causes a comparable amount. I can |
| | 983:1 | think of no studies that I'm aware of |
| | 983:2 | sitting here at the end of a long day |
| | 983:3 | that show that it causes less. |

**Total time for all Scripts in this report:    00:03:35**