FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28 P 1:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-6235 | |
| | MAGISTRATE JUDGE |
| JUANITA CARTAGENA-MARRERO, et al. | KNOWLES |
| Plaintiffs, | |
| v. | |
| MERCK & CO., INC., et al. | |
| Defendants. | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiffs Juanita Cartagena-Marrero, on her own behalf and on behalf of the conjugal partnership composed by her and decedent Wilfred Bruno Cabrera, Wilfredo Bruno Cartagena, Nestor A. Buruno Cartagena, Jessenia Bruno Cartagena and Juan Bruno against defendants be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

*Plaintiffs' counsel shall make the necessary changes to Lexis-Nexis File + Serve pursuant to Pre-Trial order 8B.*

NEW ORLEANS, LOUISIANA, this 27th day of November, 2006

_____
DISTRICT JUDGE

___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

815588v.1