UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| Linda M. Cable v. Merck & Co., Inc., | * | KNOWLES |
| 05-cv-04759, And Only Regarding | * | |
| Sheila McCoy, Ann L. Ramsey | * | |
| representing the estate of Alisa Ann | * | |
| Thomas, and Robert K. Ford. | * | |
| | * | |
| Rueben Miranda Velez v. Merck & Co., | * | |
| Inc., 05-cv-04590, And Only Regarding | * | |
| Rosa Otero Soto, Teresa Oquendo | * | |
| Rivera, and Maria M. Rosario Rivera. | * | |
| | * | |
| Antonia Acosta Cabrera v. Merck & Co., | * | |
| Inc., 05-cv-04589, And Only Regarding | * | |
| Minerva Torres Torres Individually and | * | |
| on behalf of the estate of Gilberto | * | |
| Candelario Figueroa, Pedro Castillo | * | |
| Torres, and Jose E. Collazo Serrano. | * | |
| | * | |
| Johnny E. Anderson v. Merck & Co., | * | |
| Inc., 05-cv-04762, And Only Regarding | * | |
| Carrie T. Dixon. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

**DEFENDANT MERCK & CO., INC.'S NOTICE OF WITHDRAWAL**

NOW INTO COURT, Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, hereby notifies all parties that it withdraws its motion for an entry of an Order requiring plaintiffs in the cases captioned above to show cause why their individual claims should not be dismissed for failure to provide a responsive and complete Plaintiff Profile Form ("PPF") in compliance with Pre-Trial Order No. 18C ("PTO 18C").

The following plaintiffs have supplemented their grossly deficient PPFs and are no longer in violation of PTO 18C:

| Plaintiff | Docket Number |
|---|---|
| Alisa Ann Thomas | 05-cv-04759 |
| Pedro Castillo Torres | 05-cv-04589 |
| Carrie T. Dixon | 05-cv-4762 |

Plaintiffs' counsel have already dismissed the following cases with prejudice, making a Motion to Dismiss unnecessary at this time:

| Plaintiff | Docket Number |
|---|---|
| Sheila McCoy | 05-cv-04759 |
| Robert K. Ford | 05-cv-04759 |
| Rosa Otero Soto | 05-cv-04590 |
| Teresa Oquendo Rivera | 05-cv-04590 |
| Maria M. Rosario Rivera | 05-cv-04590 |
| Gilberto Candelario Figueroa | 05-cv-04589 |
| Jose E. Collazo Serrano | 05-cv-04589 |

DATED: December 1, 2006

Respectfully submitted,

/s/ Dorothy H. Wimberly

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of December, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2