UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | **:** | **MDL NO. 1657** |
| **IN RE: VIOXX** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **SECTION: L** |
| | **:** | |
| | **:** | **JUDGE FALLON** |
| | **:** | **MAG. JUDGE KNOWLES** |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | **:** | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

IT IS ORDERED that Merck's Motion for Expedited Hearing on its Motion for Protective Order Regarding the Trial Preservation Deposition of Dr. Steven Nissen (Rec. Doc. 8882) is GRANTED.

IT IS FURTHER ORDERED that Merck's Motion for a Protective Order Regarding the Trial Preservation Deposition of Dr. Steven Nissen (Rec. Doc. 8883) is DENIED.  Accordingly, Dr. Nissen's deposition will proceed as noticed on December 12, 2006 in Cleveland, Ohio.

New Orleans, Louisiana, this   29th   day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE