1 | Laura Gianni, Esq.   SBN 178130
  | Marcus Petoyan, Esq. SBN 109817
2 | GIANNI ✦ PETOYAN
  | 17383 Sunset Blvd., Suite A340
3 | Pacific Palisades, CA 90272
  | Tel:   310/230-6767
4 | Fax:   310/230-6051

5 | Attorneys for Plaintiffs

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**FOR THE COUNTY OF LOS ANGELES**

| Coordination Proceeding | ) | JCCP 4247 |
| Special Title (Rule 1550(b)) | ) | Hon. Victoria G. Chaney |
| | ) | Dept. 324 |
| **VIOXX® CASES** | ) | |
| | ) | |
| This document relates to: | ) | **NOTICE OF CHANGE OF FIRM** |
| | ) | **ADDRESS** |
| **ALL CASES** | ) | |

PLEASE TAKE NOTICE that effective December 8, 2006, the Law Offices of GIANNI ✦ PETOYAN, counsel for Plaintiffs, will change its **suite number only** to the following:

**GIANNI ✦ PETOYAN**
**17383 Sunset Boulevard,**
**Suite A-200**
**Pacific Palisades, California 90272**

The telephone number and facsimile number remain the same as indicated above. Please note this change in all future correspondence and pleadings in the above-entitled matter.

Dated: December 4, 2006

GIANNI ✦ PETOYAN

by: _____
Laura Gianni, Esq.
Marcus Petoyan, Esq.

Attorneys for Plaintiffs

NOTICE OF CHANG OF FIRM ADDRESS

## ELECTRONIC PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 17383 Sunset Blvd., Suite A200, Pacific Palisades, CA 90272.

On this date, pursuant to the Court's Electronic Case Management Order (CMO No. 1), I:

- ☒ submitted an electronic version of the following document via file transfer protocol to CaseHomePage;
- ☐ submitted a hard copy of the following document to CaseHomePage by _____.

Document:   **NOTICE OF CHANGE OF FIRM ADDRESS**

Additionally, this document was mailed, via First Class U.S. Mail, to:
**SEE ATTACHED MAILING LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2006 at Los Angeles, California.

s/ Joe Remigio
JOE REMIGIO

NOTICE OF CHANG OF FIRM ADDRESS

**MAILING LIST**

Michael Brown, Esq.
Thomas J. Yoo, Esq.
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90017
Tel: 213/457-8000
Fax: 213/457-8080
***Attorneys for Defendant Merck & Co., Inc.***

Ralph Campillo, Esq.
Wendy Tucker, Esq.
Michael Walsh, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa St., 18th Floor
Los Angeles, CA 90017
Tel: 213/426-6900
Fax: 213/426-6921
***Attorneys for Defendant Merck & Co., Inc.***

Thomas J. Brandi, Esq.
John Hornbeck, Esq.
The Brandi Law Firm
44 Montgomery Street - Suite 1050
San Francisco, CA 94104
Tel: 415/989-1800
Fax: 415/989-1801
***Attorneys for Plaintiffs***

James O'Callahan, Esq.
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: 213/977-0211
Fax: 213/481-1554
***Plaintiff's Liaison Counsel***