# Exhibit A

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 14, 2006

**VIA TELECOPY AND MAIL (860-444-6103)**

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Frank Pescatello v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01255-EEF-DEK*

Dear Mr. Monaco:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Frank Pescatello. Pretrial Order No. 18B required Mr. Pescatello to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Frank Pescatello no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

MDG6610922



```
                        ┌─────────────────────┐
                        │  JOB STATUS REPORT   │
                        └─────────────────────┘

                            TIME  : 02/14/2006 15:26
                            NAME  : HUGHES HUBBARD
                            FAX#  : 2019465738
                            TEL.# :
                            SER.# : 000005180038
```

```
    DATE,TIME                    02/14  15:25
    FAX NO./NAME                 18007341035186044446103
    DURATION                     00:00:32
    PAGE(S)                      02
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ralph J. Monaco, Esq. | Conway & Londregan, P.C. | 860-444-6103 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MD05810923



# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ralph J. Monaco, Esq. | Conway & Londregan, P.C. | 860-444-6103 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006610924

NY 1008862_1.DOC