# Exhibit B

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

VIA TELECOPY (860-444-6103) & US MAIL

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Frank Pescatello v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-01255-EEF-DEK*

Dear Mr. Monaco:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Frank Pescatello. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Frank Pescatello no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

```
JOB STATUS REPORT

TIME   : 04/04/2006 19:39
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038

DATE,TIME        04/04  19:39
FAX NO./NAME     10007341835186044461Ø3
DURATION         00:00:26
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ralph J. Monaco, Esq. | Conway & Londregan, P.C. | 860-444-6103 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008161304

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ralph J. Monaco, Esq. | Conway & Londregan, P.C. | 860-444-6103 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.