# Exhibit C

EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:06-cv-01761-AVC

Pescatello v. Merck & Co Inc
Assigned to: Judge Alfred V. Covello
Demand: $7,000,000
Cause: 28:1391 Personal Injury

Date Filed: 11/03/2006
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Frank Pescatello**                         represented by **Ralph J. Monaco**
                                             Conway & Londregan
                                             38 Huntington St., PO Box 1351
                                             New London, CT 06320
                                             860-447-3171
                                             Fax: 860-444-6103
                                             Email: rmonaco.c-l@snet.net
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**                           represented by **Alan G. Schwartz**
                                             Wiggin & Dana
                                             265 Church Street P.O. Box 1832
                                             New Haven, CT 06508-1832
                                             203-498-4332
                                             Fax: 203-782-2889
                                             Email: aschwartz@wiggin.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Iris Gafni-Kane**
                                             Wiggin & Dana-NH
                                             One Century Tower
                                             265 Church Street P.O. Box 1832
                                             New Haven, CT 06508-1832
                                             203-498-4578
                                             Fax: 203-782-2889
                                             Email: igafni-kane@wiggin.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Rachel Amankulor**

Wiggin & Dana-NH
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
203-498-4335
Fax: 203-782-2889
Email: ramankulor@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2006 | 1 | COMPLAINT against Merck & Co Inc ( Filing fee $ 350 receipt number N019737), filed by Frank Pescatello.(Brown, S.) (Entered: 11/08/2006) |
| 11/03/2006 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 2/3/07. Amended Pleadings due by 1/2/2007. Discovery due by 5/5/2007. Dispositive Motions due by 6/4/2007.. Signed by Clerk on 11/3/06. (Brown, S.) Modified on 11/8/2006 (Brown, S.). (Entered: 11/08/2006) |
| 11/03/2006 | 3 | Electronic Filing ORDER . Signed by Judge Mark R. Kravitz on 11/3/06. (Brown, S.) (Entered: 11/08/2006) |
| 11/06/2006 |  | Summons Issued as to Merck & Co Inc. (Brown, S.) (Entered: 11/08/2006) |
| 11/08/2006 |  | Docket Entry Correction re 2 Order on Pretrial Deadlines; modified Motion to Dismiss deadline to correct year (Brown, S.) (Entered: 11/08/2006) |
| 11/08/2006 |  | Docket Entry Correction; modified and corrected file date (Brown, S.) (Entered: 11/08/2006) |
| 11/13/2006 | 4 | NOTICE of Appearance by Iris Gafni-Kane on behalf of Merck & Co Inc (Gafni-Kane, Iris) (Entered: 11/13/2006) |
| 11/13/2006 | 5 | NOTICE of Appearance by Rachel Amankulor on behalf of Merck & Co Inc (Amankulor, Rachel) (Entered: 11/13/2006) |
| 11/13/2006 | 6 | Corporate Disclosure Statement by Merck & Co Inc. (Amankulor, Rachel) (Entered: 11/13/2006) |
| 11/14/2006 | 7 | NOTICE of Appearance by Alan G. Schwartz on behalf of Merck & Co Inc (Schwartz, Alan) (Entered: 11/14/2006) |
| 11/15/2006 | 8 | ORDER OF TRANSFER. Case reassigned to Judge Alfred V. Covello for all further proceedings. Signed by Judge Mark R. Kravitz on 11/15/06. (Inferrera, L.) (Entered: 11/15/2006) |
| 11/22/2006 | 9 | ANSWER to Complaint with Affirmative Defenses with Jury Demand by Merck & Co Inc.(Amankulor, Rachel) (Entered: 11/22/2006) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 12/04/2006 12:11:44 |||
| PACER Login: hh0002 | Client Code: | |
| Description: Docket Report | Search Criteria: | 3:06-cv-01761-AVC |
| Billable Pages: 1 | Cost: | 0.08 |