# Exhibit D

Printable Version

<u>Click to Print</u>

## Transaction 12296218

Multi-case

LA US District Court Eastern District E-Service-Vioxx

Served only (public) at 9/7/2006 3:05 PM CDT
No calendar event scheduled

### ⊟ Document List (4)    Total Statutory Fees: $0.00

**Main Document, 8 pages   ID: 14047014**

|  |  |  |
|---|---|---|
| Document type: | Other Court Filed Documents | Clerk review status/action:   N/A |
| Security: | Secure Public | |
| Statutory fee: | $0.00 | |
| Document title: | Merck's Rule to Show Cause why Cases should not be Dismissed with Prejudice | |

**Supporting 14047014, 87 pages   ID: 14047015**

|  |  |  |
|---|---|---|
| Document type: | Exhibits | Clerk review status/action:   N/A |
| Security: | Secure Public | |
| Statutory fee: | $0.00 | |
| Document title: | Exhibits A-W | |

**Supporting 14047014, 2 pages   ID: 14047016**

|  |  |  |
|---|---|---|
| Document type: | Proposed Order | Clerk review status/action:   N/A |
| Security: | Secure Public | |
| Statutory fee: | $0.00 | |
| Document title: | Proposed Order | |

**Supporting 14047014, 3 pages   ID: 14047017**

|  |  |  |
|---|---|---|
| Document type: | Notice (Other) | Clerk review status/action:   N/A |
| Security: | Secure Public | |
| Statutory fee: | $0.00 | |
| Document title: | Notice of Hearing | |

### ⊟ Sending Parties and Recipients
#### ⊟ Sending Parties (7)

1-7 of 7 sending parties

| △Party | Attorney | Firm |
|---|---|---|
| Daniel L Robinson | Phillip Wittmann | Stone Pigman Walter Wittmann LLC |
| Defendants Liaison Counsel | Dorothy H Wimberly | Stone Pigman Walter Wittmann LLC |
| Defendants Liaison Counsel | Phillip Wittmann | Stone Pigman Walter Wittmann LLC |
| Merck & Co Inc | Carmelite Bertaut | Stone Pigman Walter Wittmann LLC |
| Merck & Co Inc | Dorothy H Wimberly | Stone Pigman Walter Wittmann LLC |
| Merck & Co Inc | Phillip Wittmann | Stone Pigman Walter Wittmann LLC |
| San Diego Sports Medicine | Phillip Wittmann | Stone Pigman Walter Wittmann LLC |

1-7 of 7 sending parties

#### ⊟ Recipients (260)

1-260 of 260 recipients

| ▲ Party | Attorney | Firm | Delivered | Method | Type |
|---------|----------|------|-----------|--------|------|
| Agnew, Frank | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Agnew, Frank | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Agnew, Frank | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Aiken, Elizabeth | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Akers, Shirley | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Akers, Shirley | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Akers, Shirley | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Allen, Clarrisa | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Allen, Clarrisa | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Allen, Clarrisa | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Allen, Gloria | Thomas J Pearson | Pearson Campbell PC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Allen, Gloria | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Allen, Lafaye | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arango, Daniel MD PA | Jay H Henderson | Cruse Scott Henderson & Allen LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arango, Daniel MD PA | Scott Allen | Cruse Scott Henderson & Allen LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arango, Dario MD PA | Jay H Henderson | Cruse Scott Henderson & Allen LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arango, Dario MD PA | Scott Allen | Cruse Scott Henderson & Allen LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arnall, Tammy | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arnall, Tammy | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arnall, Tammy | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arnold, Ruth | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arnold, Ruth | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Arnold, Ruth | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Barklage, Elaine | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Battenburg, Bill | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Battenburg, Bill | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Battenburg, Bill | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Blesz, Debra | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Borland, Deana | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Boston, Carlene | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Boston, Carlene | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Brake, Douglas | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |

| | | | | | |
|---|---|---|---|---|---|
| Brake, Douglas | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Brake, Tim | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Britton, Ora | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Bumstead, Charles | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Bumstead, Charles | James Frickleton | Bartimus Frickleton Robertson & Gorny PC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Burgess, Richard | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Butler, Robert | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Butler, Robert | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Butler, Robert | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Chace, Robert | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Chace, Robert | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Chace, Robert | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Coleman, Martha M | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Coleman, Martha M | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Coleman, Martha M | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Compos, John | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Compos, John | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Crowder, Diana | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Dancer, Jerry | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Dancer, Jerry | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Davidson, Carole | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Davis, Janice | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Davis, Janice | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Davis, Janice | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Davis, Sophia | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Deck, Martha | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Deck, Martha | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Deck, Martha | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Defendants Liaison Counsel | Catherine Michelle Shelly Williams | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Deshazer, Dorothy | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Deshazer, Dorothy | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Deshazer, Dorothy | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |

9/7/2006 3:05 PM E-

| | | | | | |
|---|---|---|---|---|---|
| Douglas, Rosena | Shawn G Foster | Davis Bethune & Jones | CDT | Service | Service |
| Douglas, Rosena | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Douglas, Rosena | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Downs, Olga | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Downs, Olga | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Downs, Olga | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Earles, Bernadette | Wm Dirk Vandever | Popham Law Firm | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Earles, Bernadette | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Estelle, Minnie | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Estelle, Minnie | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fabbri, Albert | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fabbri, Albert | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fabbri, Albert | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fisher, Joe | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fisher, Joe | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fox, Francis | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fox, Francis | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fox, Jimmie | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fulps, Walter | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fulps, Walter | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Fulps, Walter | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Gentry, Robert L | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Gentry, Robert L | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Gentry, Robert L | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Gibson, Beth | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Gibson, Beth | James Frickleton | Bartimus Frickleton Robertson & Gorny PC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Gicinto, Carol | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Griffith, John | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Griffith, John | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Griffith, John | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Hurst, Stan | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Hurst, Stan | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| James, Jason | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |

| | | | | |
|---|---|---|---|---|
| Klaus, Kelly | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Klaus, Kelly | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Knight, Florence | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Knight, Florence | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Knight, Florence | Chad Locke | Bertram Law Firm LLC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Latham, Barbara | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Latham, Barbara | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Laux, Robert | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Laux, Robert | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Laux, Robert | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Lee, Joseph | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Lee, Joseph | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Lowe, Sandra G | Floyd L Matthews | Spohrer Wilner Maxwell & Matthews PA | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Lowe, Sandra G | Norwood S Wilner | Spohrer Wilner Maxwell & Matthews PA | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Lowe, Sandra G | Stephanie J Hartley | Spohrer Wilner Maxwell & Matthews PA | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Martin, David | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Martin, James | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Martin, James | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mcmahon, Susan | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mcmahon, Susan | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mcmahon, Susan | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mcphail, Jim | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mcphail, Jim | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mcreynolds, William | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mcreynolds, William | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mcreynolds, William | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Charles W Cohen | Hughes Hubbard & Reed LLP-New York | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Richard L Josephson | Baker Botts LLP-Houston | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Jon Skidmore | Fulbright & Jaworski LLP-Dallas | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | John Beisner | OMelveny & Myers LLP-DC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | W Zachary Hughes | Baker Botts LLP-Houston | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Dan H Ball | Bryan Cave LLP-St Louis | 9/7/2006 3:05 PM E-CDT | Service | Service |

9/7/2006 3:05 PM E-

| | | | | | |
|---|---|---|---|---|---|
| Merck & Co Inc | Theodore Mayer | Hughes Hubbard & Reed LLP-New York | CDT | Service | Service |
| Merck & Co Inc | Wilfred P Coronato | Hughes Hubbard & Reed LLP-New York | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Michael K Brown | Reed Smith LLP-Los Angeles | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Jessica Davidson Miller | OMelveny & Myers LLP-DC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Thomas P Owen Jr | Stanley Flanagan & Reuter | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | George Verschelden | Stinson Morrison Hecker LLP-Kansas City | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | John Aisenbrey | Stinson Morrison Hecker LLP-Kansas City | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Travis Sales | Baker Botts LLP-Houston | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Maryanne Lyons | Baker Botts LLP-Houston | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Stephen G Strauss | Bryan Cave LLP-St Louis | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Dori Stibolt | Squire Sanders & Dempsey | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Patricia Lowry | Squire Sanders & Dempsey | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Alan G Schwartz | Wiggin & Dana LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Douglas R Marvin | Williams & Connolly LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Rene O Oliveira | Roerig Oliveira & Fisher LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Victor V Vicinaiz | Roerig Oliveira & Fisher LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Susan J Giamportone | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Ken Baum | Bartlit Beck Herman Palenchar & Scott-Chicago | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Iris Gafni-Kane | Wiggin & Dana LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Rachel L Amankulor | Wiggin & Dana LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Merck & Co Inc | Dimitrios Mavroudis/973004 | Dechert LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Metz, Ronald | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Metz, Ronald | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Metz, Ronald | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Moore, Odie | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Moore, Odie | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Morgan, Jim | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Morgan, Jim | James Frickleton | Bartimus Frickleton Robertson & Gorny PC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mount, Gary | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Mount, Gary | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Murray, Edward | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Murray, Edward | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Murray, Gary L | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |

| | | | | |
|---|---|---|---|---|
| Murray, Mary | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Nix, Carlos | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Nix, Carlos | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Orton, Deryl | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Owens, Delores | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT Service | Service |
| Owens, Delores | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT Service | Service |
| Owens, Delores | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Owens, Mae | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Owens, Mae | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Page, Carolyn | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Page, Carolyn | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Parmley, Nina Ruth | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT Service | Service |
| Parmley, Nina Ruth | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT Service | Service |
| Parmley, Nina Ruth | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Perry, Elijah | Arthur Sherman | Sherman & Salkow PC | 9/7/2006 3:05 PM E-CDT Service | Service |
| Perry, Mae | Arthur Sherman | Sherman & Salkow PC | 9/7/2006 3:05 PM E-CDT Service | Service |
| Pescatello, Frank | Ralph J Monaco Esq | Conway & Londregan PC | 9/7/2006 3:05 PM E-CDT Service | Service |
| Pierce, Charles Wesley | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Pierce, Charles Wesley | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT Service | Service |
| Plaintiffs Liaison Counsel | Andy D Birchfield Jr | Beasley Allen Crow Methvin Portis & Miles PC | 9/7/2006 3:05 PM E-CDT Service | Service |
| Plaintiffs Liaison Counsel | Christopher Seeger | Seeger Weiss LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Plaintiffs Liaison Counsel | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Plaintiffs Liaison Counsel | Russ Herman | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Polk, Hazel | Thomas J Pearson | Pearson Campbell PC | 9/7/2006 3:05 PM E-CDT Service | Service |
| Polk, Hazel | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Polk, Larry | Thomas J Pearson | Pearson Campbell PC | 9/7/2006 3:05 PM E-CDT Service | Service |
| Polk, Larry | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Richard, Ervin | Thomas J Pearson | Pearson Campbell PC | 9/7/2006 3:05 PM E-CDT Service | Service |
| Richard, Ervin | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Richard, Kernis | Thomas J Pearson | Pearson Campbell PC | 9/7/2006 3:05 PM E-CDT Service | Service |
| Richard, Kernis | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT Service | Service |
| Richard, Larry | Thomas J Pearson | Pearson Campbell PC | 9/7/2006 3:05 PM E-CDT Service | Service |

9/7/2006 3:05 PM E-

| | | | | | |
|---|---|---|---|---|---|
| Richard, Larry | Leonard Davis | Herman Herman Katz & Cotlar LLP | CDT | Service | Service |
| Richard, Lon | Thomas J Pearson | Pearson Campbell PC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Richard, Lon | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Richard, Lovincy | Thomas J Pearson | Pearson Campbell PC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Richard, Lovincy | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Richter, E A | James Frickleton | Bartimus Frickleton Robertson & Gorny PC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Rinella, Susan | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Rinella, Susan | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Roberts, Regina | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Roberts, Regina | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Rodriquez, Shirley | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Roling, Todd | James Frickleton | Bartimus Frickleton Robertson & Gorny PC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Rule, Beverly | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Rule, Beverly | James Frickleton | Bartimus Frickleton Robertson & Gorny PC | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Salinas, Reynaldo | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Sanchez, Olga | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Schoonover, Perry | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Scrudder, Amos | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Scrudder, Amos | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Scrudder, Doris | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Sharp, Franklin | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Smith, Gerald | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Smith, Helen | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Smith, Helen | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Smith, Helen | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Suderman, Emery L DO | Jay H Henderson | Cruse Scott Henderson & Allen LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Suderman, Emery L DO | Scott Allen | Cruse Scott Henderson & Allen LLP | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Summers, Alfred | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Taylor, Orval | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Taylor, Orval | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Taylor, Vera | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Terry, Mary Ann | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |
| Terryberry, Mary | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM E-CDT | Service | Service |

| | | | | | |
|---|---|---|---|---|---|
| Terryberry, Mary | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thibeault, Bill | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thibeault, Bill | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thibeault, Bill | Chad Locke | Bertram Law Firm LLC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thomas, Fred H | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thomas, Maria | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thompson, Bobbie Lee | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thompson, Bobbie Lee | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thompson, Bobbie Lee | Wm Dirk Vandever | Popham Law Firm | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thompson, Bobbie Lee | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thompson, Bobbie Lee | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thompson, Bobbie Lee | Leonard Davis | Herman Herman Katz & Cotlar LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thompson, Bobbie Lee | James Frickleton | Bartimus Frickleton Robertson & Gorny PC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thompson, Bobbie Lee | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Thorpe, Karen | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Timmerman, Audrey | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Tinder, Paulette | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Trocosso, Gerald | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Trocosso, Gerald | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Tyrrell, James Vernon | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Tyrrell, James Vernon | Brian J Madden Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Walden, Beverly | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Walden, Beverly | Ben Bertram | Bertram Law Firm LLC | 9/7/2006 3:05 PM CDT | E-Service | Service |
| WALGREEN CO | David Dick | Thompson Coburn LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| WALGREEN CO | B Matthew Struble | Thompson Coburn LLP | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Walgreens Co | John A Childers | Johnson & Bell Ltd | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Walgreens Co | Thomas J Andrews | Johnson & Bell Ltd | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Walgreens Co | Joshua S Singewald | Johnson & Bell Ltd | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Walgreens Home Care Inc | Kevin Adrian | Brown & James PC-St Louis | 9/7/2006 3:05 PM CDT | E-Service | Service |
| West-Ervin, Cora | Thomas P Cartmell Esq | Shrager Spivey & Sachs | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Williamson, Jerry Sr | Shawn G Foster | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| Williamson, Jerry Sr | Grant L Davis | Davis Bethune & Jones | 9/7/2006 3:05 PM CDT | E-Service | Service |
| | | | 9/7/2006 3:05 PM CDT | E- | |

Printable Version

| Williamson, Jerry Sr | Thomas P Cartmell Esq | Shrager Spivey & Sachs | | CDT | Service   Service |
|---|---|---|---|---|---|
| | | | | | 1-260 of 260 recipients |

☐ **Additional Recipients (0)**

| Document/Notice | | Name | Method | Delivered |
|---|---|---|---|---|
| | | none available | | |

☐ **Sender Information**

Submitted by:        John Chaillot, Stone Pigman Walter Wittmann LLC

Authorizer:          Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC