# Exhibit E

CLOSED, EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:04-cv-01721-PCD

| | |
|---|---|
| Cochrane v. Liedtka Trucking Inc et al | Date Filed: 10/14/2004 |
| Assigned to: Judge Peter C. Dorsey | Date Terminated: 10/17/2006 |
| Demand: $500,000 | Jury Demand: None |
| Cause: No cause code entered | Nature of Suit: 350 Motor Vehicle |
| | Jurisdiction: Diversity |

**Plaintiff**

**Richard A. Cochrane**                  represented by  **Patrick J. Day**
                                                          Morrison Mahoney LLP
                                                          One Constitution Plaza
                                                          10th Floor
                                                          Hartford, CT 06103
                                                          860-616-4441
                                                          Fax: 860-541-4887
                                                          Email: pday@morrisonmahoney.com
                                                          *TERMINATED: 05/16/2006*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ralph J. Monaco**
                                                          Conway & Londregan
                                                          38 Huntington St., PO Box 1351
                                                          New London, CT 06320
                                                          860-447-3171
                                                          Fax: 860-444-6103
                                                          Email: rmonaco.c-l@snet.net
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Commodity Carriers, Inc**              represented by  **Robert K. Jahn**
                                                          Morrison Mahoney - Const Plaza
                                                          One Constitution Plaza
                                                          10th Floor
                                                          Hartford, CT 06103-1810
                                                          860-616-7624
                                                          Fax: 860-244-3800
                                                          Email: rjahn@morrisonmahoney.com
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Liedtka Trucking Inc**                    represented by   **Cynthia Ann Jaworski**
                                                             Law Offices of Cynthia Jaworski
                                                             55 Capital Blvd., Suite 210
                                                             Rocky Hill, CT 06067
                                                             860-513-6410
                                                             Fax: 860-513-6445
                                                             Email: Cynthia.Jaworski@CNA.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth J. Mastroni**
                                                             Law Offices of Cynthia Jaworski
                                                             55 Capital Blvd., Suite 210
                                                             Rocky Hill, CT 06067
                                                             860-513-6431
                                                             Fax: 860-513-6445
                                                             Email: kenneth.mastroni@cna.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Philip Liedtka**

**Defendant**

**William R. Burnett**                      represented by   **Cynthia Ann Jaworski**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth J. Mastroni**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Kentech Marine Inc**                      represented by   **James G. Geanuracos**
                                                             Malliet & Geanuracos
                                                             45 S. Main St., Suite 105
                                                             West Hartford, CT 06107
                                                             860-233-5900
                                                             Fax: 860-233-5901
                                                             Email: JGeanuracos@sbcglobal.net
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Marvin R. Layton**                        represented by   **James G. Geanuracos**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Parkside Kosher Meats**
*TERMINATED: 07/28/2005*

represented by **Brian D. Danforth**
Richard F. Tolisano
2 Congress St.
Hartford, CT 06114
860-549-0520
Fax: 860-549-5879
Email: bdanforth@choiceonemail.com
*TERMINATED: 07/28/2005*
*ATTORNEY TO BE NOTICED*

**James M. Moher**
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St., PO Box 261798
Hartford, CT 06126-1798
860-525-3101
Fax: 860-247-4201
Email: jmm@hksflaw.com
*TERMINATED: 07/28/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanley Lahrer**
*TERMINATED: 07/28/2005*

represented by **Brian D. Danforth**
(See above for address)
*TERMINATED: 07/28/2005*
*ATTORNEY TO BE NOTICED*

**James M. Moher**
(See above for address)
*TERMINATED: 07/28/2005*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2004 | 1 | COMPLAINT against William R. Burnett, Kentech Marine Inc, Stanley Lahrer, Marvin R. Layton, Philip Liedtka, Liedtka Trucking Inc, Parkside Kosher Meats ( Filing fee $ 150 receipt number N-13682.), filed by Richard A. Cochrane.(Depino, F.) (Entered: 10/15/2004) |
| 10/14/2004 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 1/14/05. Amended Pleadings due by 12/13/2004. Discovery due by 4/15/2005. Dispositive Motions due by 5/15/2005.. Signed by Clerk on 10/14/04. (Depino, F.) (Entered: 10/15/2004) |
| 10/14/2004 | 3 | ELECTRONIC FILING ORDER . Signed by Judge Peter C. Dorsey on 10/14/04. (Depino, F.) Additional attachment(s) added on 10/15/2004 (Depino, F.). (Entered: 10/15/2004) |
| 10/14/2004 | 4 | SUPPLEMENTAL ORDER . Signed by Judge Peter C. Dorsey on 10/14/04. (Depino, F.) (Entered: 10/15/2004) |

| 10/14/2004 | | Summons Issued as to William R. Burnett, Kentech Marine Inc, Stanley Lahrer, Marvin R. Layton, Philip Liedtka, Liedtka Trucking Inc, Parkside Kosher Meats. (Depino, F.) (Entered: 10/15/2004) |
|---|---|---|
| 10/15/2004 | | DOCKET ENTRY CORRECTION re 3 Order Added pdf and entered correct filing date (Depino, F.) (Entered: 10/15/2004) |
| 10/27/2004 | 5 | NOTICE of Appearance by Cynthia Ann Jaworski on behalf of William R. Burnett, Liedtka Trucking Inc (Inferrera, L.) (Entered: 10/27/2004) |
| 10/27/2004 | 6 | NOTICE of Appearance by Kenneth J. Mastroni on behalf of William R. Burnett, Liedtka Trucking Inc (Inferrera, L.) (Entered: 10/27/2004) |
| 11/17/2004 | 7 | WAIVER OF SERVICE Returned Executed by Richard A. Cochrane. William R. Burnett waiver sent on 10/8/2004, answer due 12/7/2004. (Depino, F.) (Entered: 11/17/2004) |
| 11/17/2004 | 8 | WAIVER OF SERVICE Returned Executed by Richard A. Cochrane. Kentech Marine Inc waiver sent on 10/8/2004, answer due 12/7/2004. (Depino, F.) (Entered: 11/17/2004) |
| 11/30/2004 | 9 | NOTICE of Appearance by Brian D. Danforth on behalf of Stanley Lahrer, Parkside Kosher Meats (Danforth, Brian) (Entered: 11/30/2004) |
| 11/30/2004 | 10 | NOTICE of Appearance by James M. Moher on behalf of Stanley Lahrer, Parkside Kosher Meats (Moher, James) (Entered: 11/30/2004) |
| 12/06/2004 | 11 | WAIVER OF SERVICE Returned Executed by Richard A. Cochrane. Marvin R. Layton waiver sent on 10/8/2004, answer due 12/7/2004. (Inferrera, L.) (Entered: 12/06/2004) |
| 12/07/2004 | 12 | MOTION to Dismiss for Lack of Jurisdiction by Parkside Kosher Meats.Responses due by 12/28/2004 (Attachments: # 1 Affidavit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F)(Danforth, Brian) (Entered: 12/07/2004) |
| 12/07/2004 | 13 | MOTION to Dismiss for Lack of Jurisdiction by Stanley Lahrer.Responses due by 12/28/2004 (Attachments: # 1 Affidavit Exhibit A# 2 Affidavit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E)(Danforth, Brian) (Entered: 12/07/2004) |
| 12/07/2004 | 14 | NOTICE of Appearance by James G. Geanuracos on behalf of Kentech Marine Inc, Marvin R. Layton (Geanuracos, James) (Entered: 12/07/2004) |
| 12/07/2004 | 15 | ANSWER to Complaint with Special Defenses by Kentech Marine Inc, Marvin R. Layton.(Geanuracos, James) (Entered: 12/07/2004) |
| 12/08/2004 | 16 | ANSWER to Complaint with Affirmative Defenses by William R. Burnett, Philip Liedtka, Liedtka Trucking Inc.(Depino, F.) (Entered: 12/09/2004) |
| 12/10/2004 | 17 | Reply to Special Defenses re 15 Answer to Complaint by Richard A. Cochrane. Modified on 12/13/2004 (Falcone, K.). (Entered: 12/10/2004) |

| 12/13/2004 | | Docket Entry Correction: Text corrected to remove e-filing message re 17 Response (Falcone, K.) (Entered: 12/13/2004) |
| --- | --- | --- |
| 12/22/2004 | 19 | WAIVER OF SERVICE Returned Executed by Richard A. Cochrane. Stanley Lahrer waiver sent on 10/8/2004, answer due 12/7/2004. (Depino, F.) (Entered: 12/28/2004) |
| 12/22/2004 | 20 | WAIVER OF SERVICE Returned Executed by Richard A. Cochrane. Parkside Kosher Meats waiver sent on 10/8/2004, answer due 12/7/2004. (Depino, F.) (Entered: 12/28/2004) |
| 12/27/2004 | | Docket Entry Correction re [18] Order DOCKETED ERRONEOUSLY ON THIS CASE (Depino, F.) (Entered: 12/27/2004) |
| 01/31/2005 | 21 | MOTION for Extension of Time to File Response 12 MOTION to Dismiss for Lack of Jurisdiction until 2/15/05 by Richard A. Cochrane. (Brown, S.) Additional attachment(s) added on 1/31/2005 (Brown, S.). (Entered: 01/31/2005) |
| 02/02/2005 | 22 | NOTICE OF ELECTRONIC ORDER granting 21 Motion for Extension of Time until 2/15/05 to File Response re 12 MOTION to Dismiss for Lack of Jurisdiction Responses due by 2/15/2005. Signed by Judge Peter C. Dorsey on 2/2/05. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. (Villano, P.) (Entered: 02/02/2005) |
| 02/02/2005 | 23 | Docket Entry Correction re 21 MOTION for Extension of Time to 2/15/05 to File Response to 12 MOTION to Dismiss for Lack of Jurisdiction; electronic document (pdf) Notice of Manual Filing added (electronic document) (Brown, S.) (Entered: 02/02/2005) |
| 02/15/2005 | 24 | RESPONSE to Special Defenses contained in 15 answer filed by Richard A. Cochrane. (Monaco, Ralph) Modified on 2/16/2005 (Depino, F.). (Entered: 02/15/2005) |
| 02/15/2005 | 25 | Objection to12 Motion to Dismiss filed by Defendant Parkside Kosher Meats, Inc. by Richard A. Cochrane. (Monaco, Ralph) Modified on 2/16/2005 (Depino, F.). (Entered: 02/15/2005) |
| 02/15/2005 | 26 | OBJECTION to 13 Motion to Dismiss by Stanley Lehrer filed by Richard A. Cochrane. (Monaco, Ralph) Modified on 2/16/2005 (Depino, F.). (Entered: 02/15/2005) |
| 02/16/2005 | | Docket Entry Correction re 25 OBJECTION to Motion to Dismiss Correctly linked document and altered text to match caption (Depino, F.) (Entered: 02/16/2005) |
| 02/16/2005 | 27 | Docket Entry Correction re 26 Objection to Motion to Dismiss CORRECTLY LINKED DOCUMENT AND ALTERED TEXT TO MATCH CAPTION (Depino, F.) (Entered: 02/16/2005) |
| 02/16/2005 | | Docket Entry Correction re [27] Docket Annotation ERRONEOUSLY ASSIGNED DOCUMENT NUMBER (Depino, F.) (Entered: 02/16/2005) |
| | | |

| 02/16/2005 | | Docket Entry Correction re 24 Response to special Defenses LINKED TO ANSWEER CONTAINED (Depino, F.) (Entered: 02/16/2005) |
|---|---|---|
| 03/10/2005 | 28 | First MOTION for Extension of Time until 3/17/2005 Reply to Objection 26 Response by Stanley Lahrer. (Danforth, Brian) (Entered: 03/10/2005) |
| 03/10/2005 | 29 | First MOTION for Extension of Time until 3/17/2005 Reply to Objection 25 Response by Parkside Kosher Meats. (Danforth, Brian) (Entered: 03/10/2005) |
| 03/15/2005 | 30 | REPLY to Response to 12 MOTION to Dismiss for Lack of Jurisdiction, 29 First MOTION for Extension of Time until 3/17/2005 Reply to Objection 25 Response *to Objection to Motion to Dismiss* filed by Parkside Kosher Meats. (Danforth, Brian) (Entered: 03/15/2005) |
| 03/15/2005 | 31 | REPLY to Response to 28 First MOTION for Extension of Time until 3/17/2005 Reply to Objection 26 Response, 13 MOTION to Dismiss for Lack of Jurisdiction *Response to Plaintiff Objection* filed by Stanley Lahrer. (Danforth, Brian) (Entered: 03/15/2005) |
| 03/16/2005 | 32 | ELECTRONIC ORDER granting 28 Motion for Extension of Time until 3/17/2005 Reply to Objection 26 Response. Signed by Judge Peter C. Dorsey on 3/16/05. (Villano, P.) (Entered: 03/16/2005) |
| 03/16/2005 | 33 | ELECTRONIC ORDER granting 29 Motion for Extension of Time until 3/17/2005 Reply to Objection 25 Response . Signed by Judge Peter C. Dorsey on 3/16/05. (Villano, P.) (Entered: 03/16/2005) |
| 04/01/2005 | 34 | First MOTION for Extension of Time until 45 days post decision on motion to dismiss Discovery Responses by Stanley Lahrer. (Danforth, Brian) (Entered: 04/01/2005) |
| 04/01/2005 | 35 | First MOTION for Extension of Time until 45 days post decision on motion to dismiss discovery responses by Parkside Kosher Meats. (Danforth, Brian) (Entered: 04/01/2005) |
| 04/04/2005 | 36 | ELECTRONIC ORDER granting in part 34 Motion for Extension of Time until 45 days post decision on motion to dismiss Discovery Responses. A deadline for defendant's filing will be set, if necessary in ruling on the motion to dismiss . Signed by Judge Peter C. Dorsey on 4/4/05. (Villano, P.) (Entered: 04/04/2005) |
| 04/04/2005 | 37 | ELECTRONIC ORDER granting in part 35 Motion for Extension of Time until 45 days post decision on motion to dismiss Discovery Responses. A deadline will be set, if necessary in ruling on the motion to dismiss . Signed by Judge Peter C. Dorsey on 4/4/05. (Villano, P.) (Entered: 04/04/2005) |
| 04/07/2005 | 38 | MOTION for Extension of Time until.5-9-05 to respond to discovery by Marvin R. Layton. (Geanuracos, James) (Entered: 04/07/2005) |
| 04/07/2005 | 39 | MOTION for Extension of Time until 5-9-05 to respond to discovery by Kentech Marine Inc. (Geanuracos, James) (Entered: 04/07/2005) |

| | | |
|---|---|---|
| 04/08/2005 | 40 | ORDER Approving 38 Motion for Extension of Time to 5/9/05 to respond to discovery, Approving 39 Motion for Extension of Time to 5/9/05 to respond to discovery . Signed by Clerk on 4/8/05. (Depino, F.) (Entered: 04/08/2005) |
| 04/11/2005 | 41 | MOTION for Extension of Time until 5/5/05 to respond to discovery by Richard A. Cochrane. (Depino, F.) (Entered: 04/12/2005) |
| 04/14/2005 | 42 | ELECTRONIC ORDER granting 41 Motion for Extension of Time until 5/5/05 to respond to discovery. Discovery shall be completed by 5/5/05. Dispositive motions shall be filed, compliant with the supplemental order on or before 5/15/05. Signed by Judge Peter C. Dorsey on 4/14/05. (Villano, P.) (Entered: 04/14/2005) |
| 04/14/2005 | | Set Deadlines: Discovery due by 5/5/2005. Dismissal due by 5/15/2005 (Villano, P.) (Entered: 04/14/2005) |
| 04/14/2005 | 43 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement/Status Conference set for Thursday, 5/12/2005, at 10:30 AM in Chambers Room 107, 141 Church St., New Haven, CT before PJO Dennis Curtis. See attached calendar for details. (Miller, K.) (Entered: 04/14/2005) |
| 05/12/2005 | | Minute Entry for proceedings held before PJO Dennis Curtis: Settlement/Status Conference held on 5/12/2005. (Miller, K.) (Entered: 06/01/2005) |
| 07/28/2005 | 44 | RULING: granting 12 Motion to Dismiss for Lack of Jurisdiction, granting 13 Motion to Dismiss for Lack of Jurisdiction . Signed by Judge Peter C. Dorsey on 7/25/05. (Rodko, B.) (Entered: 07/29/2005) |
| 11/03/2005 | 45 | TRIAL PREPARATION ORDER. Section A due 11/18/05; Section B due 11/28/05; and Section C Trial Brief due by 12/5/2005, at which time this case will be deemed ready for trial. See attached TPO. Signed by Judge Peter C. Dorsey on 11/3/05. (Miller, K.) (Entered: 11/03/2005) |
| 11/04/2005 | 46 | NOTICE OF E-FILED NOTICE TO COUNSEL COURT TRIAL CALENDAR CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. (Villano, P.) (Entered: 11/04/2005) |
| 11/04/2005 | 47 | NOTICE OF E-FILED AMENDED NOTICE TO COUNSEL COURT TRIAL CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. (Villano, P.) (Entered: 11/04/2005) |
| 11/08/2005 | 48 | MOTION for Extension of Time until (no specific time given) for Trial Preparation Order Deadlines to be continued 45 Trial Preparation Order by Liedtka Trucking Inc. (Ghilardi, K.) (Entered: 11/08/2005) |

| 11/09/2005 | 49 | ELECTRONIC ORDER taking under advisement 48 Motion for Extension of Time until (no specific time given) for Trial Preparation Order Deadlines to be continued 45 Trial Preparation Order. The motion will be held in abeyance until a PJO, with whom a conference will be scheduled shortly, recommends completion of discovery. While the motion to dismiss went unresolved too long, absent a stay there is no reason for counsel to refrain from all discovery particularly since granting the motion to dismiss would not have ended the case as to all defendants. . Signed by Judge Peter C. Dorsey on 11/9/05. (Villano, P.) (Entered: 11/09/2005) |
| 11/23/2005 | 50 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement/Status Conference set for THURSDAY, DECEMBER 8, 2005 (parties previously been given incorrect date), at 9:30 AM in Chambers Room 107, 141 Church St., New Haven, CT before PJO Dennis Curtis. (Miller, K.) (Entered: 11/23/2005) |
| 12/05/2005 | 51 | MOTION to Compel by Liedtka Trucking Inc.Responses due by 12/26/2005 (Mastroni, Kenneth) (Entered: 12/05/2005) |
| 12/08/2005 | | Minute Entry for proceedings held before Judge PJO Dennis Curtis: Settlement Conference held on 12/8/2005. (Miller, K.) (Entered: 01/26/2006) |
| 01/27/2006 | 52 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement/Status Conference set for Monday, 3/27/2006, at 9:30 AM in Chambers Room 107, 141 Church St., New Haven, CT before PJO Dennis Curtis. (Miller, K.) (Entered: 01/27/2006) |
| 01/30/2006 | 53 | RESPONSE to 51 Motion to Compel by Richard A. Cochrane. (Monaco, Ralph) Modified on 1/31/2006 to create link(Brown, S.). (Entered: 01/30/2006) |
| 02/27/2006 | 54 | NOTICE OF COMPLIANCE WITH PRETRIAL/SUPPLEMENTAL ORDER by Kentech Marine Inc, Marvin R. Layton (Attachments: # 1) (Geanuracos, James) (Entered: 02/27/2006) |
| 02/27/2006 | 55 | MOTION for Summary Judgment by Kentech Marine Inc, Marvin R. Layton.Responses due by 3/20/2006 (Attachments: # 1 Memorandum in Support # 2 Statement of Material Facts # 3 Exhibit Case Law# 4 Exhibit Deposition Excerpt# 5 Exhibit Affidavit of Layton# 6 Exhibit Liedtka Accident Report)(Geanuracos, James) (Entered: 02/27/2006) |
| 03/22/2006 | 59 | ENTERED IN ERROR: Memorandum in Opposition re 55 MOTION for Summary Judgment filed by Richard A. Cochrane. Exhibits in paper format only. (Pesta, J.) Modified on 3/28/2006 (Pesta, J.). (Entered: 03/28/2006) |
| 03/24/2006 | 56 | NOTICE of Appearance by Patrick J. Day on behalf of Richard A. |

|  |  | Cochrane (Day, Patrick) (Entered: 03/24/2006) |
|---|---|---|
| 03/24/2006 | 57 | First Memorandum in Opposition re 55 MOTION for Summary Judgment filed by Richard A. Cochrane. (Attachments: # 1 Affidavit Richard Cochrane)(Day, Patrick) (Entered: 03/24/2006) |
| 03/24/2006 | 58 | Local Rule 56(a)2 Statement re: 55 Motion for Summary Judgment filed by Richard A. Cochrane. (Day, Patrick) Modified on 3/27/2006 to create link to motion(Pesta, J.). (Entered: 03/24/2006) |
| 03/27/2006 |  | Minute Entry for proceedings held before PJO Dennis Curtis: Settlement/Status Conference held on 3/27/2006. (Miller, K.) (Entered: 04/28/2006) |
| 03/28/2006 |  | Docket Entry Correction re: 59 Memorandum in Opposition to Motion, was a duplicate of previous filed document. (Pesta, J.) (Entered: 03/28/2006) |
| 03/30/2006 | 60 | ELECTRONIC ORDER denying as moot pursuant to conversation with PJO Dennis Curtis 51 Motion to Compel . Signed by Judge Peter C. Dorsey on 3/30/06. (Villano, P.) (Entered: 03/30/2006) |
| 04/12/2006 | 61 | MOTION for Exemption from Electronic Filing by Richard A. Cochrane.Responses due by 5/3/2006 (Inferrera, L.) (Entered: 04/13/2006) |
| 04/28/2006 | 62 | ELECTRONIC ORDER re: deadlines. Per PJO Curtis's recommendation, any accident reconstruction expert must be disclosed by 5/15/06 and deposed by 7/14/06. Defendant's expert to be disclosed by 9/1/06. Defendant's medical expert to be disclosed by 7/3/06. Signed by Judge Peter C. Dorsey on 4/28/06. (Miller, K.) (Entered: 04/28/2006) |
| 05/02/2006 | 63 | ELECTRONIC ORDER denying as moot 61 Motion for Exemption from Electronic Filing . Signed by Judge Peter C. Dorsey on 5/2/06. (Villano, P.) (Entered: 05/02/2006) |
| 05/10/2006 | 64 | NOTICE of Appearance by Robert K. Jahn on behalf of Commodity Carriers, Inc. (Jahn, Robert) (Entered: 05/10/2006) |
| 05/10/2006 | 65 | MOTION to Intervene by Commodity Carriers, Inc..Responses due by 5/31/2006 (Attachments: # 1 Text of Proposed Order Intervening Complaint)(Jahn, Robert) (Entered: 05/10/2006) |
| 05/12/2006 | 66 | MOTION for Patrick J. Day to Withdraw as Attorney by Richard A. Cochrane. (Day, Patrick) (Entered: 05/12/2006) |
| 05/15/2006 | 67 | ENTERED IN ERROR: NOTICE OF COMPLIANCE WITH PRETRIAL/SUPPLEMENTAL ORDER by Richard A. Cochrane (Monaco, Ralph) Modified on 5/16/2006 pdf is discovery material (Brown, S.)(Monaco, Ralph) Modified on 5/16/2006 to seal pdf (S-Brown, S.) (Entered: 05/15/2006) |
| 05/16/2006 | 68 | ELECTRONIC ORDER granting 66 Motion to Withdraw as Attorney. Attorney Patrick J. Day terminated. Signed by Judge Peter C. Dorsey on |

| | | |
|---|---|---|
| | | 5/16/06. (Miller, K.) (Entered: 05/16/2006) |
| 05/16/2006 | | Docket Entry Correction re [67] Notice of Compliance with Pretrial/Supplemental Order; sealed pdf as it relates to discovery material (Brown, S.) (Entered: 05/16/2006) |
| 06/05/2006 | 69 | ELECTRONIC ORDER granting 65 Motion to Intervene. Intervening Plaintiff shall efile Intervening Complaint by 6/8/06 . Signed by Judge Peter C. Dorsey on 6/5/06. (Villano, P.) (Entered: 06/05/2006) |
| 06/07/2006 | 70 | ELECTRONIC ORDER denying 48 Motion for Extension of Time until (no specific time given) for Trial Preparation Order Deadlines to be continued 45 Trial Preparation Order . Signed by Judge Peter C. Dorsey on 6/7/06. (Villano, P.) (Entered: 06/07/2006) |
| 06/07/2006 | 71 | Ruling denying 55 Motion for Summary Judgment . Signed by Judge Peter C. Dorsey on 6/7/06. (Brown, S.) (Entered: 06/07/2006) |
| 06/12/2006 | 72 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement/Status Conference set for Thursday, 6/29/2006, at 10:30 AM in Chambers Room 107, 141 Church St., New Haven, CT before PJO Dennis Curtis. (Miller, K.) (Entered: 06/12/2006) |
| 06/12/2006 | 73 | ELECTRONIC TRIAL PREPARATION ORDER. Section A due 7/13/06; Section B due 7/27/06; and Section C Trial Brief is to be completed by 8/10/2006, at which time this case will be deemed ready for trial. Signed by Judge Peter C. Dorsey on 6/12/06. (Miller, K.) (Entered: 06/12/2006) |
| 06/26/2006 | 74 | ENTERED IN ERROR: First MOTION to Appoint Expert *Christopher Tolsdorff, MD* by Liedtka Trucking Inc, William R. Burnett. (Attachments: # (1) Notice of Manual Filing)(Mastroni, Kenneth) Modified on 6/27/2006 (Brown, S.).ENTERED IN ERROR: First MOTION to Appoint Expert *Christopher Tolsdorff, MD* by Liedtka Trucking Inc, William R. Burnett. (Attachments: # (1) Notice of Manual Filing)(Mastroni, Kenneth) Modified on 6/27/2006 (Brown, S.). (Entered: 06/26/2006) |
| 06/27/2006 | | Docket Entry Correction re ENTERED IN ERROR: [74] First MOTION to Appoint Expert *Christopher Tolsdorff, MD*; terminated disclosure filed as motion (Brown, S.) (Entered: 06/27/2006) |
| 06/29/2006 | | Minute Entry for proceedings held before PJO Dennis Curtis: Settlement/Status Conference held on 6/29/2006. (Miller, K.) (Entered: 07/12/2006) |
| 06/29/2006 | 76 | ELECTRONIC ORDER re deadlines. Per PJO Curtis's recommendation, discovery deadline is extended to 9/15/2006. The Trial Preparation Order deadlines are extended as follows: Section A due by 9/27/06; Section B due by 10/4/06; and Section C Trial Brief due by 10/11/2006, at which time this case will be deemed ready for trial. Signed by Judge Peter C. |

| | | |
|---|---|---|
| | | Dorsey on 6/29/06. (Miller, K.) (Entered: 07/12/2006) |
| 07/12/2006 | 75 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement/Status Conference set for Thursday, 7/20/2006, at 10:30 AM in Chambers Room 107, 141 Church St., New Haven, CT before PJO Dennis Curtis. (Miller, K.) (Entered: 07/12/2006) |
| 07/27/2006 | 77 | NOTICE OF E-FILED JURY SELECTION CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 9/14/2006 10:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 07/27/2006) |
| 09/18/2006 | 78 | NOTICE OF E-FILED JURY SELECTION CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 10/4/2006 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 09/18/2006) |
| 09/29/2006 | 79 | NOTICE OF E-FILED SECOND AMENDED JURY SELECTION CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 10/4/2006 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 09/29/2006) |
| 10/02/2006 | 80 | Proposed Voir Dire by Liedtka Trucking Inc, William R. Burnett. (Mastroni, Kenneth) (Entered: 10/02/2006) |
| 10/02/2006 | 81 | MOTION in Limine by Commodity Carriers, Inc.Responses due by 10/23/2006 (Jahn, Robert) (Entered: 10/02/2006) |
| 10/05/2006 | 82 | NOTICE OF E-FILED THIRD AMENDED JURY SELECTION CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 10/17/2006 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 10/05/2006) |
| 10/17/2006 | 83 | STIPULATION of Dismissal of Defendants *Liedtka Trucking, William Burnett, Kentech Marine, Marvin Layton* by Richard A. Cochrane. (Monaco, Ralph) (Entered: 10/17/2006) |
| 10/17/2006 | 84 | ELECTRONIC ORDER DISMISSING CASE re 83 Stipulation of Dismissal . Signed by Judge Peter C. Dorsey on 10/17/06. (Villano, P.) (Entered: 10/17/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/04/2006 15:43:26 | | | |
| **PACER Login:** | hh0002 | **Client Code:** | 000734-1835 |
| **Description:** | Docket Report | **Search Criteria:** | 3:04-cv-01721-PCD |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |