# Exhibit F



Attorneys

# Ralph J. Monaco

New London, Connecticut

**Phone:** (860) 447-3171
**Fax:** (860) 444-6103
**Email:** Contact Me

FIRM OVERVIEW
PRACTICE AREAS
PRODUCT LIABILITY
ATTORNEYS
ARTICLES
MAP
RESOURCE LINKS
REPRESENTATIVE CLIENTS
RATE SCHEDULE

**Attorney Ralph J. Monaco** has been a member of the Connecticut Bar, the New Jersey Bar, the U.S. Districts Court/District of Connecticut and the U.S. District Court/District of New Jersey since 1993. Attorney Monaco is also admitted to practice before the United States Court of Appeals for the Second Circuit. He is a Board Certified Trial Lawyer, a distinction held by very few attorneys. Attorney Monaco has extensive experience with jury and court trials in both federal and state court and has had many significant verdicts. His practice is concentrated in civil and commercial litigation in the areas of personal injury, product liability, municipal litigation, insurance litigation, police brutality and civil rights cases, real estate litigation, zoning litigation and contract litigation. He represents both plaintiffs and defendants. Attorney Monaco also advises the firm's municipal clients on a regular basis, and is involved in the firm's real estate practice. Reported cases: Honan v. Greene, 37 Conn. App. 137 (1995); Branch v. Occhionero, 239 Conn. 199 (1996); McIntosh v. McIntosh, 47 Conn. App. 907 (1997); New Milford Block v. Grondahl, 51 Conn. App. 454 (1999); Kroll v. Steere, 60 Conn. App. 376 (2000); Kroll v. Sebastian, 58 Conn. App. 262 (2000); and Olynciw v. Stop n Shop, Inc., 67 Conn.App. 773 (2002); DaCruz v. State Farm, 69 Conn.App. 510 (2002). Molchik v. Div. of Criminal Justice, 266 Conn. 728 (2003). Attorney Monaco was the Assistant Secretary-Treasurer of the Connecticut Bar Association and serves on the House of Delegates of the Connecticut Bar Association. He has been Secretary, Treasurer, and a Director of the Connecticut Bar Association YLS. He is a Past Chair of the Connecticut Bar Association YLS. He is a member of the Connecticut Bar Association, the Connecticut Trial Lawyers Association, and the New London County Bar Association. He also is the past President of the New London Young Lawyers Bar Association.

**Areas of Practice**

- Civil Litigation
- Commercial Litigation
- Personal Injury
- Product Liability
- Municipal Litigation
- Insurance Litigation

- Police Brutality
- Civil Rights
- Real Estate Litigation
- Zoning Litigation
- Contract Litigation

**Certification/Specialties**

- Board Certified Trial Lawyer

**Bar Admissions**

- U.S. Court of Appeals 2nd Circuit
- Connecticut, 1993
- New Jersey, 1993
- U.S. District Court District of Connecticut, 1993
- U.S. District Court District of New Jersey, 1993

**Representative Cases**

- *Honan v. Greene, et al.*, 37 Conn. App. 137 (Connecticut Appellate Court 1995)
- *Branch v. Occhionero*, 239 Conn. 199 (Connecticut Supreme Court 1996)
- *McIntosh v. McIntosh*, 47 Conn. App. 907 (Connecticut Supreme Court 1997)
- *New Milford Block v. Grondahl*, 51 Conn. App. 454 (Connecticut Appellate Court 1999)
- *Kroll v. Steere*, 60 Conn. App. 376 (Connecticut Appellate 2000)
- *Kroll v. Sebastian*, 58 Conn. App. 262 (Connecticut Appellate Court 2000)
- *Olynciw v. Stop n Shop, Inc.*, 67 Conn. App. 773 (Connecticut Appellate Court 2002)
- *DaCruz v. State Farm*, 69 Conn. App. 510 (Connecticut Appellate Court 2002)
- *Malchik v. Div. Criminal Justice*, 266 Conn 728 (2003)
- *Cheryl Terry V. Hartford*, 270 Conn. 619 (2004)

**Professional Associations and Memberships**

- Connecticut Bar Association
  Member

- Connecticut Bar Association
  Assistant Secretary-Treasurer

- Connecticut Bar Association
  House of Delegates

- Trial Lawyers Association
  Board of Governors

- Connecticut Bar Association YLS
  Secretary

- Connecticut Bar Association YLS
  Treasurer

- Connecticut Bar Association YLS
  Director

- Connecticut Bar Association YLS
  Past Chair

- Connecticut Trial Lawyers Association
  Member

- New London County Bar Association
  Member

- New London Young Lawyers Bar Association
  Past President

Firm Overview | Practice Areas | Product Liability | Attorneys | Articles | Map
| Resource Links | Representative Clients | Rate Schedule

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for individual advice regarding your own situation.

Copyright © 2006 by Conway & Londregan, P.C. All rights reserved. You may reproduce materials available at this site for your own personal use and for non-commercial distribution. All copies must include this copyright statement.