UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL No. 1657 <br> ) SECTION L <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) MAGISTRATE JUDGE <br> ) DANIEL E. KNOWLES, III <br> ) |

THIS DOCUMENT RELATES TO:
*Gary Gray, OBO Wallace Gray, deceased v. Merck & Co., Inc., No. 06-0337*

## PLAINTIFF'S MOTION TO FILE
## FIRST AMENDED COMPLAINT AND SUGGESTIONS IN SUPPORT

COMES NOW plaintiff, by and through counsel, and pursuant to F.R.C.P. 15(a) and 21 respectfully seeks leave to file his First Amended Complaint to add Phillip Gray, individually, and Kenneth Gray, individually and as Personal Representative of the Estate of Wallace C. Gray, as party plaintiffs and to file their First Amended Complaint, attached hereto, reflecting their claims.

## SUGGESTIONS IN SUPPORT

1. This is a product liability lawsuit regarding the pharmaceutical drug Vioxx.

2. Plaintiff originally filed this lawsuit on behalf of Wallace Gray against Merck & Co., Inc. on January 25, 2006 alleging that defendant designed, manufactured, marketed, distributed, warranted and sold the Vioxx that decedent ingested.

3. Gary Gray, Phillip Gray and Kenneth Gray are the surviving sons of decedent. As such, they are proper parties under Kansas' wrongful death statute to bring a cause of action on behalf of all the person's entitled to bring an action for the wrongful death of decedent.

4. Kenneth Gray was appointed Personal Representative of decedent's estate on September 4, 2002 by the Probate Division of the Circuit Court of Penobscot County, Maine. As

such, he is entitled to pursue the death and survival claims on behalf of decedent in this capacity.

5.      Plaintiffs' Complaint should reflect their proper capacity to bring this lawsuit.

6.      F.R.C.P. 21 provides that "parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just."

7.      Rule 15(a) provides that leave to amend shall be freely given when justice so requires.

8.      No defendant will suffer any undue prejudice or unfair surprise by allowing plaintiff to file her First Amended Complaint.

WHEREFORE, plaintiff respectfully moves for an Order granting leave to add Phillip Gray, individually and Kenneth Gray, individually and as Personal Representative of the Estate of Wallace C. Gray, as party plaintiffs and to file their First Amended Complaint, attached hereto as Exhibit "A." Plaintiff's Proposed Order is attached hereto as Exhibit "B."

Respectfully submitted,

Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram          MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever         MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton       MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

Kirk Goza                 MO #32475
Brad Honnold              MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, Mo 64148-2355
(816) 512-2171
Fax (816) 512-2172

Grant L. Davis            MO #34799
Shawn Foster              MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey           Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, Pa 19103
(800) 568-5868
Fax (215) 568-7495
**ATTORNEYS FOR PLAINTIFFS**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to File First Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __5TH__ day of _December_, 2006.

_____
Attorney