**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY GRAY, <br> OBO WALLACE GRAY, DECEASED | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | MDL No. 1657 |
| v. | ) <br> ) | |
| MERCK & CO., INC. | ) <br> ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Now on this ____ day of _____, 2006, the Court takes up for consideration Plaintiff's Motion to File First Amended Complaint, and after being fully and duly advised in the premises hereby finding good cause therefore, hereby sustains said motion. Plaintiff may now file his First Amended Complaint.

IT IS HEREBY ORDERED.

_____
The Honorable Eldon E. Fallon