UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: Charlotte Mahan v. Merck & Co., Inc., No. 05-05374-EEF-DEK. | * | JUDGE FALLON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff in the above-styled captions ("Plaintiff") and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuits, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff has been a party and had had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted,

THE LAW OFFICES OF CASSANDRA COLLIER-WILLIAMS, LLC

*/s/ Cassandra Collier-Williams*

CASSANDRA COLLIER-WILLIAMS, ESQ., #0051951
ZAKIYYAH N. ASHSHAHEED, ESQ., #0077006
ANTHONY T. PARKER, ESQ., #0068873
P.O. Box 94062
Cleveland, Ohio 44101
(216) 621-9190
(216) 621-9020 (fax)

**ATTORNEYS FOR PLAINTIFF CHARLOTTE MAHAN**

*/s/ Dorothy H. Wimberly*

PHILLIP A. WHITTMAN, 13625
DOROTHY H. WIMBERLY, 18509
CARMELITE M. BERTAUT, 3054
STONE PIGMAN WALTHER WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone:   (504) 581-3200
Facsimile:   (504) 581-3361

**DEFENDANT'S LIAISON COUNSEL**

**JOHN A. KENNEY, OBA #4976**
**SHERYL N. YOUNG, OBA #14183**
**BRANDON L. BUCHANAN, OBA #18661**
**MCAFEE & TAFT A PROFESSIONAL CORPORATION**
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone:   (405) 235-9621
Facsimile:   (405) 235-0439

**COUNSEL FOR DEFENDANT MERCK & CO., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of December, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2