UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Sokoloff, et al v. Merck & Co., Inc.* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-06107-EEF-DEK) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Willie Cobb ("Cobb") and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1) to a dismissal without prejudice of the above-named lawsuit, subject to the following conditions:

1.  Cobb agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States District Court; and

2.  Cobb further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Prods. Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Cobb, as though Cobb had been a party and had had an opportunity to participate in that discovery.

Cobb agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-named lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully submitted,

By: _____
Michael A. Stratton (ct08166)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel.: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

*Attorney for Plaintiff Willie Cobb*

By: _____
Phillip A. Whittmann (13625)
~~Anthony M. DiLeo (4942)~~
Dorothy H. Wimberly (18509)
Carmelite M. Bertaut (3054)
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Tel.: (504) 581-3200
Fax: (504) 581-3361

*Defendant's Liaison Counsel*

By: _____
Alan G. Schwartz (CT 05891)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: (203) 498-4400
Fax: (203) 782-2889
aschwartz@wiggin.com

*Attorney for Defendant Merck & Co. Inc.*

\17467\22\626223.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of December, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2