IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>This Document Relates to: )<br>)<br>*Allen Atkinson, et al., v.* )<br>*Merck & Company, et al.* )<br>)<br>**(THOMAS R. HENDRICKSON, and** )<br>**PATRICIA HENDRICKSON ONLY)** )<br>)<br>**CASE NO. 02:05cv4130** )<br>) | MDL NO. 1657<br>Section L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Thomas R. Hendrickson and Patricia Hendrickson, ("Plaintiffs"), and Defendant, Merck & Company, Inc., ("Merck"), hereby stipulate to a dismissal without prejudice of Plaintiffs' claims in the instant lawsuit against Merck, subject to the following conditions:

1.  Plaintiffs, Thomas R. Hendrickson and Patricia Hendrickson, agree that, in the event they refile a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiffs, Thomas R. Hendrickson and Patricia Hendrickson, further agree that in the even they refile such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and products Liability Litigation* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is to specific to a particular plaintiff, can be used in any such lawsuit refiled by Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

Plaintiffs, Thomas R. Hendrickson and Patricia Hendrickson, agree to the above-stated conditions and wishes to dismiss their claims in the instant lawsuit without prejudice to refiling. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs, Thomas R. Hendrickson and Patricia Hendrickson, in the above-styled lawsuit without prejudice to refiling, subject to the conditions stated above.

Respectfully Submitted by:



Dated: December 4, 2006

Mark P. Robinson, Jr., Esq., SBN 054426
Carlos A. Prietto, III, Esq., SBN 166410
Ted B. Wacker, Esq., SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

Attorneys for Plaintiffs,
*Thomas R. Hendrickson and Patricia Hendrickson*

Dated: December 5, 2006

Richard C. Stanley, SBN 8487
Bryan C. Reuter, SBN 23910
Thomas P. Owen, Jr., SBN 28181
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Fax: (504) 524-0069

Phillip A. Wittmann, SBN 13625
Dorothy H. Wimberly, SBN 18509
Carmelite M. Bertaut, SBN 3054
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 5th day of December, 2006.