**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO 06-CV-1951 | Judge Eldon Fallon<br>Magistrate Judge Knowles |

**ORDER DENYING DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on the motion for summary judgment filed by defendants, G. Randy Schrodt, Jr., MD and Integrative Psychiatry, LLC. The Court having considered the submissions and arguments of the parties and being otherwise sufficiently advised, and finding that genuine issues of material fact preclude summary judgment,

**IT IS HEREBY ORDERED** that defendants' motion is denied.

Judge Eldon E. Fallon
United States District Court, Eastern District of Louisiana