MINUTE ENTRY
FALLON, J.
NOVEMBER 29, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
     LIABILITY LITIGATION              MDL 1657

ANTHONY WAYNE DEDRICK
                                      REF NO. 05-2524
VERSUS
                                      SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON       WEDNESDAY, NOVEMBER 29, 2006, 8:30 am
Case Manager: Gaylyn Lambert            (Continued from 11-28-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Dr. Jerry Avorn - video deposition resumes.  Transcript filed into the record.

Dr. Carolyn Cannuscio - by video deposition.  Transcript to be filed into the record.

Dr. Lemuel Moye - sworn - accepted as expert.

Dr. Edward Scolnick - by video deposition.

Court adjourned at 5:10 pm until Thursday, November 30th, 8:30 am.

JS-10:     6:13