MINUTE ENTRY
FALLON, J.
NOVEMBER 30, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION             MDL 1657

ANTHONY WAYNE DEDRICK

                                            REF NO. 05-2524

VERSUS

                                            SECTION:  L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON       THURSDAY,  NOVEMBER 30, 2006, 8:40 am
Case Manager: Gaylyn Lambert           (Continued from 11-29-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                  Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

The video deposition testimony of Dr. Edward Scolnick is interrupted.

David Westbrook Anstice - sworn - (adverse witness).

Donna Arnett, Ph.D. - sworn - accepted as expert.

Court adjourned at 5:20 pm until Friday, December 1st at 8:30 am.

JS-10:     6:16