MINUTE ENTRY
FALLON, J.
DECEMBER 1, 2006

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION          MDL 1657

ANTHONY WAYNE DEDRICK
                                          REF NO. 05-2524
VERSUS
                                          SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON      FRIDAY, DECEMBER 1, 2006, 8:30 am
Case Manager: Gaylyn Lambert         (Continued from 11-30-06)
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
               Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Donna Arnett, Ph.D. - resumes testimony.

Cornelia Pechmann, Ph.D. - sworn

Dr. Edward Scolnick - video deposition resumes

Court adjourned at 4:50 pm until Saturday, December 2, 2006, at 8:00 am.

JS-10:     5:00