MINUTE ENTRY
FALLON, J.
DECEMBER 2, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
     LIABILITY LITIGATION           MDL 1657

ANTHONY WAYNE DEDRICK
                                               REF NO. 05-2524
VERSUS
                                               SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON      SATURDAY, DECEMBER 2, 2006, 8:20 am
Case Manager: Gaylyn Lambert          (Continued from 12-1-06)
Court Reporter:  Cathy Pepper

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                  Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

The video deposition testimony of Dr. Edward Scolnick is interrupted.

Dr. Eric Topol - by video deposition.  Transcript to be filed into the record.

Dr. Edward M. Scolnick - video deposition resumes.


Court adjourned at 1:05 pm until Monday, December 4, 2006, at 8:30 am.

| JS-10: | 4:29 |
|---|---|