MINUTE ENTRY
FALLON, J.
DECEMBER 4, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS  LIABILITY LITIGATION | MDL 1657 |
| ANTHONY WAYNE DEDRICK | REF NO. 05-2524 |
| VERSUS | SECTION: L |
| MERCK & CO., INC. | |

before JUDGE ELDON E. FALLON     MONDAY, DECEMBER 4, 2006, 8:20 am
Case Manager: Gaylyn Lambert             (Continued from 12-2-06)
Court Reporter:  Cathy Pepper and Toni Tusa

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
             Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

outside jury's presence:
Motion of Plaintiff for Additional Time to Present Evidence, or in the Alternative, for Mistrial (#9078):
Argument - DENIED.   Jury in:

Plaintiff's Witnesses:

Dr. Edward M. Scolnick - video deposition resumes.  Transcript to be filed into the record.

Dr. Mark Ira Furman - sworn - accepted as an expert.

Melissa McAllister - by video deposition.

Court adjourned at 5:25 pm until Tuesday, December 5th at 830 am.

JS-10:    7:00