UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX  PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 1657  SECTION: L  JUDGE FALLON  MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

### ORDER

Given that Merck has withdrawn the following Rule to Show Cause, IT IS ORDERED that Merck & Co., Inc.'s Rule to Show Cause Why Cases Should Not Be Dismissed for Providing a Grossly Deficient Plaintiff Profile Form in Contravention of Pre-Trial Order No. 18C (Rec. Doc. 7897) is DENIED AS MOOT.

New Orleans, Louisiana, this __4th__ day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

1