IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINA L. DUDLEY, Individually And As The Representative of The Estate of ARIMENTHA DIANE DUDLEY | CIVIL ACTION NO. 05-5551 |
| V. | |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to: ARIMENTHA DIANE DUDLEY | JUDGE FALLON MAG. JUDGE KNOWLES |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

On _November 28th_, 2006, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint and ORDERS that Plaintiff have leave to file Plaintiff's First Amended Complaint.

SIGNED on _November 28th_, 2006.

_____
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

_____
Russell W. Endsley
Attorney for Plaintiffs