# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO**
*Ochoa v. Merck & Co., Inc., et al.*, 06-1048

## ORDER

IT IS ORDERED that Ankur Sarkar, M.D.'s Motion to Dismiss with Prejudice (Rec. Doc. 8904) is CONTINUED until December 14, 2006, at 9:30 a.m., so that it may be heard after the next monthly status conference in accordance with the Court's practice in this multidistrict litigation.

New Orleans, Louisiana, this   30th   day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE