UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
   *Dedrick v. Merck & Co., Inc.*, 05-2524

## ORDER

Before the Court are the Defendant's Motion for Order Excluding Testimony of Cornelia Pechmann, Ph.D. (Rec. Doc. 8360) and the Defendant's Motion for Order Excluding Testimony of Lemuel A. Moye, M.D., Ph.D. (Rec. Doc. 8353). For the reasons stated in previous trials in this multidistrict litigation, IT IS ORDERED that:

(1) The Defendant's Motion for Order Excluding Testimony of Cornelia Pechmann, Ph.D. (Rec. Doc. 8360) is GRANTED IN PART AND DENIED IN PART; and

(2) The Defendant's Motion for Order Excluding Testimony of Lemuel A. Moye, M.D., Ph.D. (Rec. Doc. 8353) is DENIED.

New Orleans, Louisiana, this   1st   day of   December  , 2006.

_____
UNITED STATES DISTRICT JUDGE