## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

In Re:  VIOXX                                    :

PRODUCTS LIABILITY LITIGATION     :

:    MDL Docket NO. 1657

:    SECTION L

This document relates to:                 :

:    JUDGE FALLON
:    MAG. JUDGE KNOWLES

LENE ARNOLD                             :

v.                                                :

MERCK & CO., INC.                       :

Case No. 05-2627                           :

and                                      :

ALICIA GOMEZ                            :

v.                                                :

MERCK & CO., INC.                       :

Case No. 05-1163                           :
_____:

**O R D E R**

    Considering the Motion for Leave to File Sixth Supplemental Authority of Plaintiffs, Lene Arnold and Alicia Gomez;

    IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Sixth Supplemental Authority in opposition to Merck & Co.'s Motion for Summary Judgment.

    New Orleans, Louisiana this __1st__ day of _____December_____, 2006.

_____
Honorable Eldon E. Fallon
U.S. District Judge