UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
   *Dedrick v. Merck & Co., Inc.*, 05-2524

## ORDER

Before the Court are the Defendant's Motion for Order Excluding Testimony of Donna K. Arnett, Ph.D. (Rec. Doc. 8349) and the Defendant's Motion for Order Excluding Testimony of Mark I. Furman, M.D., FACC, FAHA (Rec. Doc. 8365 & Rec. Doc. 8699).  For the reasons stated on the record at trial, IT IS ORDERED that:

(1) The Defendant's Motion for Order Excluding Testimony of Donna K. Arnett, Ph.D. (Rec. Doc. 8349) is DENIED; and

(2) The Defendant's Motion for Order Excluding Testimony of Mark I. Furman, M.D., FACC, FAHA (Rec. Doc. 8365 & Rec. Doc. 8699) is DENIED.

New Orleans, Louisiana, this   4th   day of   December  , 2006.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE