MINUTE ENTRY
FALLON, J.
DECEMBER 5, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION                   MDL 1657

ANTHONY WAYNE DEDRICK
                                            REF NO. 05-2524
VERSUS
                                            SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON      TUESDAY, DECEMBER 5, 2006, 8:30 am
Case Manager: Gaylyn Lambert            (Continued from 12-4-06)
Court Reporter:  Cathy Pepper and Toni Tusa

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                 Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:
Plaintiff's Witnesses:

Melissa McAllister - video deposition resumes.  Transcript to be filed into the record.

Anthony Wayne Dedrick - sworn

Dr. Esmeraldo Herrera - sworn

Mary Blake - by video deposition.  Transcript to be filed into the record.

Jan Weiner - by video deposition.  Transcript to be filed into the record.

Dr. Laura Demopolous - by video deposition.  Transcript to be filed into the record.

Court adjourned at 5:15 pm until Wednesday, December 6th, at 8:30 am.

JS-10:      6:40