UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2524 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

### MOTION OF MERCK & CO., INC. ("MERCK") AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR MERCK'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant Merck, through undersigned counsel, hereby moves the Court for an extension of the page length for the memorandum in support of its Motion for Judgment as a Matter of Law, for the following reasons:

1. Plaintiff has asserted eight causes of action against Merck in this case. Many of these claims involve complex issues of Tennessee and federal law.

2. In order to address these claims, the memorandum in support of Merck's Motion for Judgment as a Matter of Law will require more than the allotted page limit.

WHEREFORE, defendant respectfully requests that it be granted twelve (12) additional pages, for a total of thirty-six (37) pages for its supporting memorandum.


Dated: December 6, 2006                         Respectfully submitted,


                                                s/ Dorothy H. Wimberly
                                                Phillip A. Wittmann, 13625
                                                Dorothy H. Wimberly, 18509
                                                STONE      PIGMAN      WALTHER
                                                WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Phone: 504-581-3200
                                                Fax:    504-581-3361

                                                Defendants' Liaison Counsel

                                                Philip S. Beck
                                                Mark Ouweleen
                                                Carrie Jablonski
                                                BARTLIT BECK HERMAN PALENCHAR
                                                & SCOTT LLP
                                                54 West Hubbard Street, Suite 300
                                                Chicago, Illinois  60610
                                                Phone: 312-494-4400
                                                Fax:    312-494-4440

                                                Douglas Marvin
                                                Elaine Horn
                                                WILLIAMS & CONNOLLY LLP
                                                725 Twelfth Street, N.W.
                                                Washington, D.C.  20005
                                                Phone: 202-434-5000
                                                Fax:    202-434-5029

                                                And

                                                Brian S. Currey
                                                A. Patricia Klemic
                                                O'MELVENY & MYERS LLP
                                                400 South Hope Street
                                                Los Angeles, CA 90071
                                                Phone: 213-430-6000
                                                Fax:    213-430-6407

                                                Attorneys for Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Merck's Motion for Judgment as a Matter of Law has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Dedrick, Andy Birchfield, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of December, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel