

A CERTIFIED TRUE COPY

DEC - 4 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -5  AM 11:05

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 4 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Pat Young, etc. v. Merck & Co., Inc., et al.,* S.D. Illinois, C.A. No. 3:06-760   ED LA 06-10772
*Velva Trammel, et al. v. Merck & Co., Inc.,* E.D. Missouri, C.A. No. 4:06-1435   ED LA 06-10773

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Young* and *Trammel*) on October 31, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Young* and *Trammel* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-71" filed on October 31, 2006, is LIFTED insofar as it relates to these two actions. The actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No___