UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| *This document relates to:* | * | **JUDGE FALLON** |
| | * | |
| JOSE RIVERA, as Administrator of the | * | **MAG. JUDGE KNOWLES** |
| Estate of Eugenia Roman a/k/a | * | |
| EUGINIA ROMAN RIVERA | * | |
| *06 - 1986* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

### CORRECTED AND AMENDED STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jose *Rivera, as Administrator of the Estate of Eugenia Roman a/k/a Euginia Roman Rivera,* Defendants Juan Diego Harris, M.D., Montefiore Medical Center, Montefiore Medical Group and Fordham Family Practice, and Defendant Merck & Co., Inc. (collectively "Defendants"), through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss with prejudice his claims against Defendants in the above-captioned case and the agreement of Defendants not to seek from Plaintiff their fees and costs, this case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Plaintiff further agrees not to re-file any suit based on any similar claims related to Vioxx against Defendants, any of their subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum.

3. Each party is to bear its own costs and attorneys' fees.

Dated: ~~November~~ DECEMBER 7th, 2006

*AGREED TO AND ACCEPTED BY:*

JAROSLAWICZ & JAROS

By _____
Robert J. Tolchin
150 William Street, 19th Floor
New York, New York 10038
(212) 227-2181

Attorneys for Plaintiff

WIDOWSKI & STEINHART LLP

By *Esther Widowski*
Esther S. Widowski (EW-0588)
425 Madison Avenue, Suite 700
New York, New York 10017
(212) 308-0888

Attorneys for Juan Diego Harris, M.D., and Montefiore Medical Center [sued herein as "Montefiore medical Center"], Montefiore Medical Group and Fordham Family Practice"

HUGHES HUBBARD & REED LLP

By _____
Theodore V. H. Mayer
One Battery Park Plaza
New York, New York 10004
(212) 837-6888

Attorneys for Defendants Merck & Co, Inc.

NY 1105402_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Corrected and Amended Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of December, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2