MINUTE ENTRY
FALLON, J.
DECEMBER 6, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
     LIABILITY LITIGATION              MDL 1657

ANTHONY WAYNE DEDRICK
                                                 REF NO. 05-2524

VERSUS

                                                 SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON         WEDNESDAY, DECEMBER 6, 2006, 8:30 am
Case Manager: Gaylyn Lambert              (Continued from 12-5-06)
Court Reporter:  Cathy Pepper and Toni Tusa

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                 Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Dr. James Fries - by video deposition.  Transcript to be filed into the record.

Plaintiff rests.
Defendant's oral motion for judgment as a matter of law is considered submitted timely.  The Court reserves the right to defendant to supplement its motion in writing.

Defendant's Witnesses:

Dr. Briggs Morrison - sworn.

Dr. Mark Koenig - by video deposition.

Court adjourned at 4:45 pm until Thursday, December 7, 2006, at 8:30 am.

   JS-10:     5:13