UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
  *ALL CASES*

### ORDER

Before the Court is Merck & Co., Inc.'s Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 6458). The Court originally ordered the Plaintiffs identified in the Rule to show cause on October 26, 2006 why the Rule should not be granted and ordered the Plaintiffs to file any opposition to the Rule by October 6, 2006. *See* Rec. Doc. 7049. The Plaintiffs did not file oppositions, but instead filed a motion for enlargement of time to file oppositions on October 25, 2006, one day before the scheduled show-cause hearing. The Court granted the Plaintiffs' motion, reset the Rule for November 14, 2006, and ordered the Plaintiffs to file any opposition to the Rule by October 26, 2006. *See* Rec. Doc. 8202. The Plaintiffs filed an untimely opposition on October 30, 2006, and failed to appear for the November 14, 2006 show-cause hearing.

In their untimely opposition, Plaintiffs' counsel contend that they received completed Plaintiff Profile Forms ("PPFs") from their clients in March 2006, but have failed to forward the

1

PPFs to Merck in accordance with Pre-Trial Order 18C due to a clerical error.  The Court has given the Plaintiffs every opportunity to comply with Pre-Trial Order 18C.  The Plaintiffs have failed to show cause why their cases should not be dismissed.  Accordingly, IT IS ORDERED that Merck & Co., Inc.'s Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 6458) is GRANTED for the reasons stated on the record in a similar show-cause hearing on October 26, 2006, and that the following cases are hereby DISMISSED WITH PREJUDICE:

1. *Andre Julien v. Merck & Co., Inc.*, 05-1745;

2. *Mathilde Julien v. Merck & Co., Inc.*, 05-1751;

3. *Manasse v. Merck & Co., Inc.*, 05-1750;

4. *Oltine v. Merck & Co., Inc.*, 05-1744;

5. *Louis v. Merck & Co., Inc.*, 05-1742;

6. *Reveil v. Merck & Co., Inc.*, 05-1748;

7. *Toussaint v. Merck & Co., Inc.*, 05-1752;

8. *Chavannes v. Merck & Co., Inc.*, 05-1743; and

9. *Achille v. Merck & Co., Inc.*, 05-1749.

New Orleans, Louisiana, this   4th   day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE