IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>           Products Liability Litigation | MDL NO. 1657<br><br>SECTION:  L<br><br>Judge Eldon E. Fallon<br><br>Mag. Judge Daniel E. Knowles, III |

This Document Relates to:

*Beam, et al. v. Merck & Co., Inc.*, MDL No. 06-08369
*Carpenter, et al. v. Merck & Co., Inc.*, MDL No. 06-08370
*Cook v. Merck & Co., Inc.*, MDL No. 05-04691
*Cooper, et al. v. Merck & Co., Inc.*, MDL No. 06-08371
*Copeland, et al. v. Merck & Co., Inc.*, MDL No. 05-03423
*Dalton v. Merck & Co., Inc.*, MDL No. 06-03351
*Fisher v. Merck & Co., Inc.*, MDL No. 05-02932
*Page, et al. v. Merck & Co., Inc.*, MDL No. 05-05654
*Phillips v. Merck & Co., Inc.*, MDL No. 05-01073
*Reid v. Merck & Co., Inc.*, MDL No. 05-05314
*Webb v. Merck & Co., Inc.*, MDL No. 06-02705
*Yelton v. Merck & Co., Inc.*, MDL No. 06-09376

## ORDER GRANTING SUBSTITUTION OF COUNSEL

This matter is before the Court on a Motion for Substitution of Counsel in the above-captioned matters submitted by Defendant Merck & Co, Inc. ("Merck").  The Court has reviewed the Motion.  For good cause shown, it is hereby

ORDERED that Merck's Motion for Substitution of Counsel is granted.  It is further

ORDERED that Crystal B. Baker of the law firm Nelson Mullins Riley & Scarborough LLP is granted leave to withdraw as counsel of record for Merck and that she is relieved of all responsibility as counsel of record in the above-captioned matters.  It is further

ORDERED that Stephen D. Martin of the law firm Nelson Mullins Riley & Scarborough LLP is now substituted as counsel of record. Christopher J. Blake of the same law firm will continue as counsel of record.

Signed this  1st  day of  December , 2006.

*[signature: Eldon E. Fallon]*

Judge Presiding