UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>HELEN MABE, et al.,<br><br>      Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>      Defendant. | MDL Docket NO. 1657<br><br>JUDGE ELDON E. FALLON<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**<br><br>CASE NO. 2:05-cv-05822-EEF-DEK<br><br>*/s/ Helen Mabe* |

  IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff HELEN MABE originally filed in the US District Court, District of Minnesota, Case Number 05-cv-2304-DWF-SRN, and then later transferred to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* may be and is hereby dismissed without prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 11/28/06     By: *Helen Mabe*
                        Helen Mabe

Dated: 12/1/06      By: _____
                        Jeffrey A. Bowersox, OSB # 81442
                        Email: Jeffrey@BLFpc.com
                        BOWERSOX LAW FIRM, P.C.
                        620 SW Fifth Avenue, Suite 1125
                        Portland, Oregon 97204
                        Telephone: (503) 452-5858
                        Facsimile: (503) 248-0200

                        Daniel E. Becnel, Jr., LA Bar #2929
                        Matthew B. Moreland, LA Bar #24567
                        Kevin P. Klibert, LA Bar #26954
                        LAW OFFICES OF DANIEL E. BECNEL, JR.
                        106 W. Seventh Street
                        Post Office Drawer H
                        Reserve, LA 70084
                        Telephone: (985) 536-1186
                        Facsimile: (985) 536-6445

                        *Attorneys for Plaintiff Shirley Berry*

Dated: 12/7/06      By: *Phil Wittmann*
                        Phillip A. Wittmann, Esq.
                        Stone, Pigman, Walther & Wittmann, L.L.C.
                        546 Carondelet Street
                        New Orleans, LA 70130
                        Telephone: (504) 581-3200
                        Facsimile: (504) 581-3361

                        *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of December, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2