UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 06-9738 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| CHARLES F. STALNAKER, LOREN E. NAVEL AND MILDRED N. GRISKO       Plaintiffs, | * | |
| vs. | * | |
| MERCK & CO., INC., et al       Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion and Memorandum in Support to Sever,

IT IS ORDERED that these plaintiff's claims are severed, allowing each plaintiffs' claims to proceed in separate lawsuits.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1