IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| | * | Case No. 2:06 CV 2601 |
| **BLAINE KIECH, Sole Surviving** | * | |
| **Child and as Personal Representative** | * | |
| **of the Estate of HARLOWE KIECH II,** | * | |
| **Deceased,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC., a** | * | |
| **foreign corporation,** | * | |
| | * | |
| **DEFENDANT.** | * | |

(Related Matter: Blaine Kiech, Sole Surviving Child and as Personal Representative of the Estate of Harlowe Kiech II, Deceased v. Merck & Co., Inc., a foreign corporation, No. 06-2601)

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

On _____, 2006, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the Court:

**GRANTS** Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

**SIGNED** this \_\_\_\_\_ day of December, 2006

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**