Leila H. Watson
Elizabeth A. Ellis
**CORY WATSON CROWDER**
**& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
205-328-2200
**Attorneys for Plaintiffs**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 27 PM 3:10

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1657 ) SECTION: L |
| ROBERT BRADY. JANET BRADY, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) Case no.: 06-09701 ) |
| MERCK & CO., INC., | ) **MOTION TO WITHDRAW AS** ) **COUNSEL FOR PLAINTIFF** |
| Defendant. | ) |

Now come Leila H. Watson and Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C., and respectfully move to withdraw as counsel for plaintiffs, and for that states:

1. The decision of counsel to withdraw has been thoroughly discussed with the Plaintiffs, and the reasons for the withdrawal are known to Plaintiffs.

2. Plaintiffs have been given their complete file and all copies of the court documents, including a copy of this Motion to Withdraw as Counsel. Plaintiffs have been provided with a copy of the Plaintiff's Profile Form for completion and filing in this litigation. All contact information for Plaintiffs is provided in the certificate of service hereto.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

3.  Plaintiffs will need some time to find new counsel. Allowing Plaintiffs time to find new counsel should not prejudice Defendant, and should not delay this proceeding. There are no motions pending before this Court relating to this specific case, and the case is current on all Case Management Orders. However, to ensure that Plaintiffs are given an opportunity to retain and orient new counsel, the undersigned counsel requests that no adverse action be taken against Plaintiffs for sixty days from the Order relieving them.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Counsel respectfully request that this Honorable Court would grant the motion and allow undersigned counsel and their firm to withdraw from this case as counsel for Plaintiffs, and would order that no adverse motion be filed against these Plaintiffs for sixty days from the date of any order allowing the withdrawal.

Leila H. Watson (ASB-3023-S74L)
Elizabeth A. Ellis (ASB-3521-A63E)
CORY, WATSON, CROWDER & DEGARIS, P.C.
Attorney for the Plaintiffs
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone No.: 205-328-2200
Fax No.: 205-324-7896
Email: lwatson@cwcd.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy has been served upon the following counsel of record and Plaintiffs, by mailing a copy to each by first class United States Mail, postage prepaid on this the 22nd day of November, 2006.

Fred M. Haston, III, Esquire
Anne Marie Seibel, Esquire
Andrew B. Johnson, Esquire
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203-2119
205-521-8000
205-521-8800 (facsimile)

Robert H. and Janet Brady
4538 Little Ridge Drive
Birmingham, Alabama  35242
205-981-1943 (Phone and fax)
205-249-3209 (cell phone)
bhbrady@scj.com

Leila H. Watson