IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to all cases* | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for Expedited Hearing and Incorporated Memorandum filed on behalf of Plaintiff Liaison Counsel;

IT IS ORDERED BY THE COURT that the Motion for Expedited Hearing be and is hereby granted;

**IT IS FURTHER ORDERED BY THE COURT** that the deposition of Dr. Eliav Barr shall not take place until after the hearing on Motion for Protective Order Relative to the Perpetuation Deposition of Dr. Eliav Barr and the Discovery Deposition of Robert Silverman and for Expedited Re-Review and/or Release of Certain Documents Previously Found Not to Be Privileged which is hereby set for expedited hearing on the _____ day of _____, 2006 at _____ o'clock ___.m.

NEW ORLEANS, Louisiana, this _____ day of _____, 2006.

_____
**Eldon E. Fallon**
**United States District Judge**

W:\25000-29999\27115.000 PLD\Protective Order re Barr Proposed Order for Expedited Hearing 2006-12-8.wpd rvw