# EXHIBIT "A"

# PRIVILEGE LOG CLAIMS
## RELATIVE TO DR. ELIAV BARR

## EXHIBIT "A"

| Bates Range | Date | From | To/CC | Description | Withheld |
|---|---|---|---|---|---|
| MRK-AAA0080367-MRK-AAA0080367 | 02/21/02 | Lewis, Suzanne M. Gregory* | Bain, Raymond P.; Barr, Eliav; Blois, David W.; Braunstein, Ned S.; Distlerath, Linda M; Gertz, Barry J.; Goldmann, Bonnie J.; Guess, Harry A; Hostelley, Linda S; Jerman, Jo C.; Leitmeyer, John E.; cc: Lahner, Joanne*; Loy, Tobi R.; Cabulong, Frederick X. | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAA0080368-MRK-AAA0080369 | 02/21/02 | Lewis, Suzanne M. Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAA0083567-MRK-AAA0083567 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, Raymond P.; Barr, Eliav; Blois, David W.; Braunstein, Ned S.; Distlerath, Linda M.; Gertz, Barry J.; Goldmann, Bonnie J.; Guess, Harry A.; Hostelley, Linda S.; Jerman, Jo C.; Leitmeyer, John E.; Morrison, Briggs W.; Nies, Alan S.; Oppenheimer, Leonar | E-mail transmitting memorandum that reflects legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAA0083568-MRK-AAA0083569 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAC0071267-MRK-AAC0071267 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; p | E-mail reflecting legal advice regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAC0071268- | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine | Memorandum reflecting legal advice | Entire document. |

1

| Bates Range | Date | Author | Recipients | Description | Withheld |
|---|---|---|---|---|---|
| MRK-AAC0071271 | | | E.; Mills, Tracy L.; Cannell, Thomas R.; El- Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D; Bissett, Robert T.*; plus others from Distribution list cc: | and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | |
| MRK-AAC0094887-MRK-AAC0094887 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, Raymond P.; Barr, Eliav; Blois, David W.; Braunstein, Ned S.; Distlerath, Linda M.; Gertz, Barry J.; Goldmann, Bonnie J.; Guess, Harry A.; Hostelley, Linda S.; Jerman, Jo C.; Leitmeyer, John E.; Morrison, Briggs W.; Nies, Alan S.; Oppenheimer, Leonar | E-mail transmitting memorandum that reflects legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAC0094888-MRK-AAC0094889 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo  cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAD0111835-MRK-AAD0111835 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; p | E-mail transmitting memorandum that reflects legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAD0111836-MRK-AAD0111839 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El- Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D; Bissett, Robert T.*; plus others from Distribution list  cc: | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAX0009749-MRK-AAX0009749 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, Raymond P.; Barr, Eliav; Blois, David W.; Braunstein, Ned S.; Distlerath, Linda M.; Gertz, Barry J.; Goldmann, Bonnie J.; Guess, Harry A.; Hostelley, Linda S.; Jerman, Jo C.; Leitmeyer, John E.; Morrison, Briggs W.; Nies, Alan S.; Oppenheimer, Leonar | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of Vioxx litigation. | Entire document. |

2

| | | | | | |
|---|---|---|---|---|---|
| MRK-AAX0009750-MRK-AAX0009751 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAZ0002149-MRK-AAZ0002149 | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; Davidovic, David | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAZ0002150-MRK-AAZ0002152 | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Dixon, Wendy L.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El-Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D.; McKines, Charlotte O.; Casola, Tom M.; McKeo | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAZ0003219-MRK-AAZ0003219 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; plus others cc: Boulware-Miller, Kay; Colbert Celia A.* Dalton, Dan | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AAZ0003220-MRK-AAZ0003223 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El- Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D; Bissett, Robert T.*; plus others from Distribution list  cc: | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABA0008451-MRK-ABA0008451 | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; Davidovic, David | E-mail transmitting memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABA0008452- | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Dixon, Wendy L.; | Memorandum reflecting legal advice | Entire document. |

3

| | | | | | |
|---|---|---|---|---|---|
| MRK-ABA0008454 | | | Beauchard, Lucine E.; Mills, Tracy L.;   Cannell, Thomas R.; El-Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D.; McKines, Charlotte O.; Casola, Tom M.; McKeo | and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | |
| MRK-ABA0010012-MRK-ABA0010012 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; plus others cc:  Boulware-Miller, Kay; Colbert Celia A.* Dalton, Dan | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABA0010013-MRK-ABA0010016 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; plus others cc:  Boulware-Miller, Kay; Colbert Celia A.* Dalton, Dan | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABC0024599-MRK-ABC0024599 | 08/28/02 | Fendelander, Helene C.; Nies, Alan S.; incorporating e-mail from Lahner, Joanne* to others and cc: Henshall, Ronald S*; Steinbugler, Kathryn*; Dalton, Daniel*; Colbert, Celia A*; Hacker, Michael A.*; Lewis, Suzanne Gregory*, atukaitis, Paul D.*; McGuire | Boslego, John W.; Burek, Dennis; Chodakewitz, Jeffrey A.; Demopoulos, Laura A.; Ewanik, Daria; Fanelle, Christine; Gertz, Barry J.; Margolskee, Dorothy; Morrison, Briggs W.; Nies, Alan S.; Reicin, Alise S.; Reines, Scott A.; Reiss, Theodore; Sabbaj, Jacobo | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABC0024600-MRK-ABC0024600 | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; Davidovic, David | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |

4

| | | | | | |
|---|---|---|---|---|---|
| MRK-ABC0024601-MRK-ABC0024603 | 08/28/01 | Lahner, Joanne* | Boslego, John; Burek, Dennis; Chodakewitz, Jeffrey; Demopoulos, Laura A.; Ewanik, Daria; Gertz, Barry; Margolskee, Dorothy; Morrison, Briggs; Nies, Alan; Reicin, Alise; Reines, Scott; Reiss, Theodore; Sabbaj, Jacobo; Sadoff, Jerald; Schodel, Floria | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABC0035381-MRK-ABC0035381 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; D | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABC0035382-MRK-ABC0035385 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El- Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D; Bissett, Robert T.*; plus others from Distribution list  cc: | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABP0016147-MRK-ABP0016329 | 02/13/01 | Kaguera, Kunio Morisson, Briggs Silverman, Robert E Keyser, Janet Imbeault, Danielle Holland, Sherry Bradstreet, Deborah C Adamsons, Ingrid Mortensen, Eric Altmeyer, Anne Skoien, Michael Barr, Eliav Cassel, Deborah Ma | Kaguera, Kunio Morisson, Briggs Silverman, Robert E of MRL Keyser, Janet Imbeault, Danielle Holland, Sherry Bradstreet, Deborah C Adamsons, Ingrid Mortensen, Eric Altmeyer, Anne Skoien, Michael Barr, Eliav Cassel, Debora | Agenda reflecting a request for, and provision of, legal advice and opinions regarding study completion dates. | Redacted portion(s). |
| MRK-ABP0016686-MRK-ABP0016863 | 03/13/01 | Morisson, Briggs Geba, Greg Lanchoney, Diana M Malmstrom, Kerstin Ng, Jennifer Silber, Jeffrey Khanna, Deepak Ortlieb, David Petty, Kevin Barr, Eliav Bohidar, Norman Hesley, Teresa Schneider, | Morisson, Briggs Geba, Greg Lanchoney, Diana M Malmstrom, Kerstin Ng, Jennifer Silber, Jeffrey Khanna, Deepak Ortlieb, David Petty, Kevin Barr, Eliav Bohidar, Norman Hesley, Teresa Schneider, Jill Kuykens, Luc Will | Agenda reflecting a request for, and provision of, legal advice and opinions regarding study completion dates. | Redacted portion(s). |

5

| | | Jill Wil | Kuykens, Luc | | |
|---|---|---|---|---|---|
| MRK-ABT0074946-MRK-ABT0074946 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, Raymond P.; Barr, Eliav; Blois, David W.; Braunstein, Ned S.; Distlerath, Linda M.; Gertz, Barry J.; Goldmann, Bonnie J.; Guess, Harry A.; Hostelley, Linda S.; Jerman, Jo C.; Leitmeyer, John E.; Morrison, Briggs W.; Nies, Alan S.; Oppenheimer, Leonar | E-mail transmitting memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of Vioxx litigation. | Entire document. |
| MRK-ABT0074947-MRK-ABT0074948 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo  cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABT0077939-MRK-ABT0077939 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, Raymond P.; Barr, Eliav; Blois, David W.; Braunstein, Ned S.; Distlerath, Linda M.; Gertz, Barry J.; Goldmann, Bonnie J.; Guess, Harry A.; Hostelley, Linda S.; Jerman, Jo C.; Leitmeyer, John E.; Morrison, Briggs W.; Nies, Alan S.; Oppenheimer, Leonar | E-mail transmitting memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of Vioxx litigation. | Entire document. |
| MRK-ABT0077940-MRK-ABT0077941 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo  cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ABY0071677-MRK-ABY0071677 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, Raymond P.; Barr, Eliav; Blois, David W.; Braunstein, Ned S.; Distlerath, Linda M.; Gertz, Barry J.; Goldmann, Bonnie J.; Guess, Harry A.; Hostelley, Linda S.; Jerman, Jo C.; Leitmeyer, John E.; Morrison, Briggs W.; Nies, Alan S.; Oppenheimer, Leonar | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of Vioxx litigation. | Entire document. |
| MRK-ABY0071678-MRK-ABY0071679 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo  cc: Lahner, | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures | Entire document. |

| | | | Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | taken in anticipation litigation. | |
|---|---|---|---|---|---|
| MRK-ACD0001051-MRK-ACD0001051 | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; S | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACD0001052-MRK-ACD0001054 | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Dixon, Wendy L.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El-Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D.; McKines, Charlotte O.; Casola, Tom M.; McKeo | Memorandum reflecting legal advice and opinions regarding document retention. | Entire document. |
| MRK-ACD0016985-MRK-ACD0016985 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; p | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACD0016986-MRK-ACD0016989 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El- Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D;  Bissett, Robert T.*; plus others from Distribution list  cc: | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACD0035199-MRK-ACD0035199 | 02/21/02 | Lewis, Suzanne Gregory* | Lahner, Jaonne*  Loy, Tobi R*  Spritzler, Christine M.   Ward, Jody L   Stauffer, Kevin M.  Blois, David W.   Oppenheimer, Leonard  Leitmeyer, John E.  Reines, Scott A.  Bain, Raymond P.  Barr, Eliav  Watson, Douglas J.  Weiner, Jan D.   Reicin, Alise S | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of Vioxx litigation. | Entire document. |

| | | | | | |
|---|---|---|---|---|---|
| MRK-ACD0035200-MRK-ACD0035201 | 02/21/02 | Lewis, Suzanne Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo  cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACF0003187-MRK-ACF0003187 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El-Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D; plus others in distribution list; CC: Boulware-Miller, Kay*; Col | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation with respect to record retention policies. | Entire document. |
| MRK-ACF0003188-MRK-ACF0003191 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El- Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D;  Bissett, Robert T.*; plus others from Distribution list  cc: | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACF0003294-MRK-ACF0003294 | 12/06/01 | Kirk, Christine M. | Barr, Eliav | E-mail reflecting a request for information necessary to provide legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACF0003417-MRK-ACF0003418 | 10/17/01 | Barr, Eliav | Kirk, Christine M. cc: Boulware-Miller, Kay*; Colbert, Celia A.*; Dalton, Daniel J.*; Frazier, Kenneth C.*; Glasser, Harold A.*; Hacker, Michael A.*; Henshall, Ronald S.*; Lewis, Suzanne M. Gregory*; Matukaitis, Paul D.*; McGuire, Richard P*.; Quinlan, Mic | E-mail reflecting a request for information necessary to provide legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACF0003432-MRK-ACF0003433 | 11/17/01 | Barr, Eliav incoporating email from Lahner, Joanne* | Kirk, Christine M. | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACF0003434-MRK- | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, | Memorandum reflecting legal advice and opinions regarding | Entire document. |

8

| | | | | | |
|---|---|---|---|---|---|
| ACF0003437 | | | Thomas R.; El- Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D; Bissett, Robert T.*; plus others from Distribution list  cc: | litigation issues and preparatory measures taken in anticipation of litigation. | |
| MRK-ACF0005701- MRK-ACF0005701 | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Dixon, Wendy L.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El-Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; WickZ, Nancy; McKeever, Jeffrey D; Greenberg, Bram; Silverstein, Leonard I; Melin, | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ACF0005702- MRK-ACF0005704 | 08/28/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Dixon, Wendy L.; Beauchard, Lucine E.; Mills, Tracy L.;  Cannell, Thomas R.; El-Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D.; McKines, Charlotte O.; Casola, Tom M.; McKeo | Memorandum reflecting legal advice and opinions regarding document retention. | Entire document. |
| MRK-ACI0007893- MRK-ACI0007893 | 05/19/00 | Weiner, Jan D. | Barr, Eliav; Lahner, Joanne*; Westrick, Ellen R. | E-mail reflecting a request for legal advice and opinions regarding revised CV issues. | Entire document. |
| MRK-ACO0016647- MRK-ACO0016648 | Undated | Lewis, Suzanne M. Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo  cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ADG0049748- MRK-ADG0049748 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; plus others cc:  Boulware-Miller, Kay; Colbert Celia A.* Dalton, Dan | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ADK0007084- MRK- | 02/21/02 | Lewis, Suzanne M. | Loy, Tobi R *, Lahner, Joanne* Inoa-Gonzalez, Carmen Stauffer, Kevin M.  Gilchrist, | E-mail reflecting legal advice and opinions regarding litigation | Entire document. |

9

| Bates Range | Date | Author | Recipients | Description | Redaction |
|---|---|---|---|---|---|
| ADK0007084 | | Gregory* | Cynthia L Blois, David W. Oppenheimer, Leonard Leitmeyer, John E. Reines, Scott A. Bain, Raymond P. Barr, Eliav Watson, Douglas J. Weiner, Jan D. Reicin, | issues and preparatory measures taken in anticipation of Vioxx litigation. | |
| MRK-ADK0007085-MRK-ADK0007086 | Undated | Lewis, Suzanne M. Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ADW0037936-MRK-ADW0037936 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Barr, Eliav; Beauchard, Lucine E.; Benezra-Kurshan, Diane; Bissett, Robert T.*; Block, Gilbert A.; Blois, David W.; Bold, Thomas M.; Bolognese, James A.; Brady, Leo M.; Cannell, Thomas R.; Casola, Tom M.; Chitty, Dawn; Curtis, Sean P.; p | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-ADW0037937-MRK-ADW0037940 | 11/16/01 | Lahner, Joanne* | Anstice, David W.; Sheares, Bradley T.; Beauchard, Lucine E.; Mills, Tracy L.; Cannell, Thomas R.; El-Dada, Riad H.; Park, Kimberly A.; Davidovic, David L.; Wicks, Nancy; McKeever, Jeffrey D; Bissett, Robert T.*; plus others from Distribution list cc: | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |
| MRK-AFI0117750-MRK-AFI0117750 | 05/29/01 | Roberts, Rick M. | Sperling, Rhoda S.; Barr, Eliav; Baumgartner, Susan L. cc: Bourdow, Carrie L. | E-mail reflecting a request for legal advice and legal opinions regarding potential reviewers for a cardiovascular safety publication. | Redacted portion(s). |
| MRK-AFV0204169-MRK-AFV0204169 | 02/21/02 | Lewis, Suzanne M. Gregory* | Bain, Raymond P.; Barr, Eliav; Blois, David W.; Braunstein, Ned S.; Distlerath, Linda M; Gertz, Barry J.; Goldmann, Bonnie J; Guess, Harry A; Hostelley, Linda S; Jerman, Jo C.; Leitmeyer, John E.; cc: Lahner, Joanne*; Loy, Tobi R.; Cabulong, Frederick X. | E-mail reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |

10

| | | | | | |
|---|---|---|---|---|---|
| MRK-AFV0204170-MRK-AFV0204171 | 02/21/02 | Lewis, Suzanne M. Gregory* | Bain, R.; Barr, E.; Blois, D.; Braunstein, Ned; Distlerath, L.; Gertz, B.; Goldmann, B.; Guess, H.; Hostelley, L.; Jerman, Jo  cc: Lahner, Joanne*; Loy, Tobi*; Cabulong, Frederick X.P.; Felicetta, Patrick plus others in the distribution | Memorandum reflecting legal advice and opinions regarding litigation issues and preparatory measures taken in anticipation of litigation. | Entire document. |

11