U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  12-2-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | MAG. JUDGE KNOWLES |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

### NOTICE OF FILING DEPOSITION TESTIMONY
### OF CAROLYN CANNUSCIO, SC.D.

Plaintiff Anthony Wayne Dedrick, by and through his attorneys, hereby gives notice of filing the final transcript of the deposition testimony of Carolyn Cannuscio, Sc.D. This testimony was played during the trial of this cause on November 28, 2006. A transcript is attached as Exhibit "A."

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

Respectfully submitted this 28th day of November, 2006.

_____
**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Deposition Testimony of Carolyn Cannuscio, Sc.D. has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of November, 2006.

*P. Leigh O'Dell*
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

```
                              Cannuscio
ID:           Cannuscio

   ID:            CC 0909
   Page Range:    9:9-9:11

      9: 9      Q.    Dr. Cannuscio, will you
      9:10 state your name, please?
      9:11      A.    Carolyn Christa Cannuscio.


   ID:            CC 1314
   Page Range:    13:14-13:23

     13:14      Q.    You're currently employed by
     13:15 Merck?
     13:16      A.    I am.
     13:17      Q.    And what's the position you
     13:18 hold today?
     13:19      A.    I'm a senior epidemiologist.
     13:20 And I'm currently working only one day a
     13:21 week as I'm -- I've actually begun a new
     13:22 job outside of Merck, and I'm -- I'm
     13:23 completing some of my tasks at Merck.


   ID:            CC 1407
   Page Range:    14:7-14:16

     14: 7      Q.    When did your status as a
     14: 8 full-time employee of Merck change?
     14: 9      A.    Well, while I was pregnant
     14:10 last summer, so a year ago, not just this
     14:11 past summer, I went down to part time
     14:12 status. And then I went on maternity
     14:13 leave at the end of January. My baby was
     14:14 born on January 31st. So I was then on
     14:15 maternity leave for about seven months
     14:16 and then returned just after Labor Day.


   ID:            CC 1422
   Page Range:    14:22-15:11

     14:22      Q.    How many senior
     14:23 epidemiologists were working on
     14:24 Vioxx-related projects at that time?
     15: Page 15
     15: 1      A.    How many senior
     15: 2 epidemiologists?
     15: 3      Q.    Yes.
     15: 4      A.    I was the -- I was the
     15: 5 primary one. And I may have been --
     15: 6 there may have been others. But I
     15: 7 didn't -- I didn't interact with any
     15: 8 other senior epidemiologists on a regular
     15: 9 basis regarding Vioxx. There may be
     15:10 other people who handle specific tasks.
     15:11 I'm not sure.


   ID:            D CC 5110
   Page Range:    51:10-51:22
```

Page 1

```
                        Cannuscio
51:10        Q.    And in none of your
51:11   discussions with them working on the --
51:12   working with them on the project and
51:13   analyzing the data did they say this
51:14   drug's dangerous, it's a safety problem?
51:15        A.    They may have said we have
51:16   an elevated relative risk.  And -- and
51:17   they did not say to me, though, you know,
51:18   definitively this solves it, this means
51:19   that the drug is dangerous and should be
51:20   removed from the market.  No, they did
51:21   not.  They -- Dr. Solomon and Dr. Avorn
51:22   did not say that to me.


ID:              D CC 5717
Page Range:      57:17-58:17

57:17        Q.    But you were the only senior
57:18   epidemiologist on Vioxx studies to your
57:19   knowledge as you sit here today?
57:20        A.    As I said, there was Dr.
57:21   Watson who was senior to me within the
57:22   epidemiology department, and
57:23   Dr. Santanello who was senior to him, and
57:24   Dr. Guess who was senior to
58: Page 58
58: 1   Dr. Santanello.  And that's just within
58: 2   the epidemiology department.  There were
58: 3   many, many other senior people in the
58: 4   company, some who may have had
58: 5   epidemiology training.  I was -- I was
58: 6   the person in the epidemiology department
58: 7   who was charged to conduct these
58: 8   epidemiological studies.
58: 9              But the term "senior
58:10   epidemiologist" is just a title, and it's
58:11   actually a very low rank among scientists
58:12   at the company.  I came just out of my
58:13   doctoral training to Merck and, you
58:14   know -- and -- and took a position that
58:15   is a position not for someone with many
58:16   years in the field but a position for
58:17   someone who is new to the field.


ID:              CC 6022
Page Range:      60:22-61:2

60:22        Q.    As a result of the excess
60:23   MIs in the VIGOR study, there was a very
60:24   real question at Merck as to whether or
61: Page 61
61: 1   not it was their drug that caused the
61: 2   deaths.  Right?


ID:              CC 6106
Page Range:      61:6-62:21

   61: 6              THE WITNESS: First of all,
   61: 7              I cannot remember -- I cannot
   61: 8              remember if in the VIGOR study the
                            Page 2
```

```
                          Cannuscio
61: 9       outcome was deaths from MI or if
61:10       it was nonfatal MIs. So that --
61:11       that part I cannot recall about
61:12       the VIGOR study. And I can't
61:13       remember what other elements were
61:14       in the end point, too.
61:15           But the question was raised
61:16       and discussed among scientists,
61:17       not just at Merck, but in the
61:18       broader scientific community, too.
61:19       The broader scientific community
61:20       was also asking the question, is
61:21       naproxen cardioprotective; is
61:22       vioxx associated with increased
61:23       risk; is there some combination of
61:24       those two things. And let's
62: Page 62
62: 1       invest in trying to get to the
62: 2       bottom of this. And that was my
62: 3       job. I was -- I was hired and
62: 4       asked to devote myself to pursuing
62: 5       that question.
62: 6 BY MS. LEWIS:
62: 7       Q.   And at the same time you
62: 8 were pursuing that question, Vioxx was
62: 9 being promoted and sold. Correct?
62:10       A.   Correct.
62:11       Q.   And do you know how many
62:12 Vioxx prescriptions, for example, had
62:13 been filled by the end of the VIGOR
62:14 study?
62:15       A.   No, I have no idea. I have
62:16 no idea.
62:17       Q.   You don't know how many
62:18 additional prescriptions were filled
62:19 after those results but before it was
62:20 taken off the market, do you?
62:21       A.   No. I have no idea.


ID:            CC 6701
Page Range:    67:1-67:2

   67: 1          THE WITNESS:  I saw it as an
   67: 2    open question.


ID:            CC 7623
Page Range:    76:23-77:2

   76:23       Q.   Are you familiar with the
   76:24 Kaiser Permanente August 25, 2004 study?
   77: Page 77
   77: 1       A.   I saw press reports of the
   77: 2 Graham study I think you're referring to.


ID:            CC 7703
Page Range:    77:3-77:15

   77: 3       Q.   Yes.
   77: 4       A.   But I don't -- I don't know
   77: 5 about it in detail. Again, I was still
```

```
                         Cannuscio
77: 6 on maternity leave when that study was --
77: 7 was presented. And I didn't attend the
77: 8 scientific meeting where it was
77: 9 presented.
77:10          Q.    Generally speaking, you know
77:11 it to be a large nested, case control
77:12 study?
77:13          A.    I don't know any of the
77:14 details about the study. I just know
77:15 that it received press attention.


ID:            CC 7716
Page Range:    77:16-77:19

77:16          Q.    Do you know that it showed a
77:17 three times increase in the -- the rate
77:18 of an acute cardiac event for people on
77:19 50 milligrams of Vioxx?


ID:            CC 7724
Page Range:    77:24-79:13

77:24                THE WITNESS: I -- I don't
78: Page 78
78: 1          know about the exact results of
78: 2          the Graham study, and I'm not
78: 3          familiar with the design of the
78: 4          study or the population in which
78: 5          it was done.
78: 6 BY MS. LEWIS:
78: 7          Q.    Given your involvement with
78: 8 Vioxx and your continued role as a senior
78: 9 epidemiologist, you didn't review even
78:10 the newspaper information about the
78:11 Kaiser Permanente study?
78:12          A.    I -- I briefly read reports
78:13 of it. But remember, I was on maternity
78:14 leave when it came out, and I was also
78:15 preparing to begin a new job, which I
78:16 have begun. And I am taking care of my
78:17 child, so I was not the person
78:18 responsible for following that. In my
78:19 absence, Dr. Watson was taking care of my
78:20 responsibilities in the epidemiology
78:21 department. And my responsibilities at
78:22 home in August were -- weren't about
78:23 epidemiology. They were about being a
78:24 mother.
79: Page 79
79: 1          Q.    I understand. Do you
79: 2 understand that the authors in that study
79: 3 concluded that Vioxx increased the risk
79: 4 of acute myocardial infarction and sudden
79: 5 cardiac death at doses greater than
79: 6 25 milligrams?
79: 7          A.    I -- I didn't know about the
79: 8 dose-specific findings from that study.
79: 9 I -- I am not familiar with the specific
79:10 data or results from that study. I am
79:11 just aware of the press reports that
79:12 there was an observation of increase in
```

```
                                   Cannuscio
79:13 relative risk.


ID:              CC 8320
Page Range:      83:20-84:3

   83:20      Q.    You knew at every juncture
   83:21 that if Vioxx was causing heart attacks,
   83:22 the more people that took it, the more
   83:23 heart attacks you'd see.  Right?
   83:24      A.    If -- if it were known to be
   84: Page 84
   84: 1 causal, it would follow that -- that
   84: 2 there would be elevated risk in -- in
   84: 3 people who were taking it.


ID:              CC 8709
Page Range:      87:9-87:13

   87: 9      Q.    Given the studies you've
   87:10 seen over your four years at Merck,
   87:11 you'll agree that some of the estimated
   87:12 20 million persons who took Vioxx have
   87:13 suffered heart attacks as a result?


ID:              CC 8717
Page Range:      87:17-87:21

   87:17            THE WITNESS:  Today, using
   87:18       the data available to us now.
   87:19 BY MS. LEWIS:
   87:20      Q.    Yes.
   87:21      A.    That's probably true.


ID:              CC 10213
Page Range:      102:13-102:20

   102:13     Q.    You know that in May of
   102:14 2004, Circulation published a study by
   102:15 Dr. Daniel Solomon, Dr. Jerry Avorn and
   102:16 others.
   102:17     A.    I do.
   102:18     Q.    And that was about four
   102:19 months prior to the recall of Vioxx.
   102:20 Correct?


ID:              CC 10224
Page Range:      102:24-103:15

   102:24            THE WITNESS:  Right, about
   103: Page 103
   103: 1      four months prior to the recall.
   103: 2 BY MS. LEWIS:
   103: 3      Q.    Do you have any idea of the
   103: 4 number of people that took Vioxx between
   103: 5 May 2004 and September 30th?
   103: 6      A.    I -- again, I'm not familiar
   103: 7 with prescription data, so no, I don't
   103: 8 know the numbers.
```

Page 5

```
                              Cannuscio
103: 9         Q.    At least initially you were
103:10 identified as an author on that study.
103:11 Right?
103:12         A.    Correct.
103:13         Q.    And Merck's senior
103:14 management made a decision to remove you
103:15 as an author of that study.  Right?


ID:              CC 10319
Page Range:      103:19-104:5

103:19               THE WITNESS:  I -- I
103:20         understand that my supervisor,
103:21         Dr. Santanello, made a decision
103:22         that it would be appropriate for
103:23         me to be removed as an author.
103:24 BY MS. LEWIS:
104: Page 104
104: 1         Q.    Is she Merck senior
104: 2 management?
104: 3         A.    I don't know what -- who's
104: 4 included in the formal definition of the
104: 5 term.  She's senior to me, certainly.


ID:              D CC 10518
Page Range:      105:18-105:21

105:18         Q.    Were you involved in the
105:19 discussions?
105:20         A.    Initially I was.  And then I
105:21 asked Dr. Santanello to take charge of it


ID:              CC 10803
Page Range:      108:3-109:12

108: 3         Q.    As of the time you went on
108: 4 maternity leave, you were to be named as
108: 5 an author on the paper?
108: 6         A.    The discussion had come up
108: 7 before that at various points of whether
108: 8 or not I should be included as a
108: 9 co-author.  But I believe that when I
108:10 went out on maternity leave -- when I
108:11 went out on maternity leave, I don't
108:12 think I was thinking about whether or not
108:13 I was going to be an author on the paper.
108:14 But I -- but if someone had asked me, I
108:15 would have probably thought that I would
108:16 have been an author on the paper at that
108:17 time.
108:18         Q.    You had done a lot of work?
108:19         A.    I had done a lot of work.  I
108:20 had really done a lot of work, yes.
108:21         Q.    Was your name on the
108:22 abstract that went to the FDA?
108:23         A.    I don't know if the author's
108:24 names were included on the abstract that
109: Page 109
109: 1 went to the FDA, but it was included in
109: 2 the abstract that was presented at the
```

```
                              Cannuscio
109: 3 American College of Rheumatology meeting.
109: 4      Q.   And was there a poster
109: 5 involved in that as well?
109: 6      A.   I'm sure there -- well, it
109: 7 might have been a presentation, actually,
109: 8 rather than a poster.
109: 9      Q.   And your name was included
109:10 in that?
109:11      A.   I -- I would assume so.  I
109:12 would hope so.  But I don't --


ID:              CC 10915
Page Range:      109:15-109:24

  109:15              THE WITNESS:  Yeah.  I
  109:16         haven't seen the front page of
  109:17         that.  But my name was definitely
  109:18         on the abstract.  But -- and
  109:19         that's usually what people use as
  109:20         the reference for these meetings.
  109:21 BY MS. LEWIS:
  109:22      Q.   Is it fair to say the
  109:23 decision to remove you as an author was
  109:24 over your objection?


ID:              CC 11004
Page Range:      110:4-110:16

  110: 4              THE WITNESS:  I -- I was
  110: 5         disappointed in the decision and
  110: 6         had hoped to be included as an
  110: 7         author on the paper.
  110: 8 BY MS. LEWIS:
  110: 9      Q.   What were the reasons given
  110:10 to you for removing your name as an
  110:11 author on the paper?
  110:12      A.   It was my understanding that
  110:13 the paper didn't adequately discuss the
  110:14 limitations of the data, for instance.
  110:15      Q.   That was the position of
  110:16 Drs. Watson, Guess and Ms. Lahner?


ID:              CC 11020
Page Range:      110:20-111:10

  110:20              THE WITNESS:  I can't speak
  110:21         for all of them, but -- but
  110:22         Dr. Santanello held the view and I
  110:23         think still holds the view that
  110:24         the paper didn't adequate --
  111: Page 111
  111: 1         adequately discuss or address the
  111: 2         limitations of this study.
  111: 3 BY MS. LEWIS:
  111: 4      Q.   The final version of that
  111: 5 article that doesn't have your name
  111: 6 anywhere, it implies that there's no
  111: 7 contribution from any Merck employee in
  111: 8 study design, statistical analysis or
  111: 9 preparation of the manuscript, doesn't
```

```
                           Cannuscio
111:10  it?


ID:              CC 11114
Page Range:      111:14-112:12

111:14                THE WITNESS:  Well,
111:15         ironically, my name is actually in
111:16         the manuscript in -- in a
111:17         footnote.  So it actually is on
111:18         the manuscript.  So there is --
111:19         there is a mention in there that a
111:20         Merck epidemiologist was involved.
111:21         I don't know if it says that I'm
111:22         an epidemiologist, but it does say
111:23         in a footnote Dr. Cannuscio, an
111:24         employee of Merck.
112: Page 112
112: 1 BY MS. LEWIS:
112: 2         Q.    Did that footnote remain in
112: 3 the published article?
112: 4         A.    It did.
112: 5         Q.    Have you seen the published
112: 6 article?
112: 7         A.    I've seen photocopies of the
112: 8 published article.
112: 9         Q.    who told you that the
112:10 footnote with your name in it remained on
112:11 the final published article in
112:12 Circulation?


ID:              CC 11218
Page Range:      112:18-112:24

112:18                THE WITNESS:  So I haven't
112:19         picked up the edition of
112:20         Circulation, but I've -- I've had
112:21         either printed PDF files or
112:22         photocopies.  And in the versions
112:23         I've seen, at least, my name is in
112:24         a footnote.


ID:              CC 11315
Page Range:      113:15-114:15

113:15         Q.    Will you confirm with me in
113:16 Exhibit 8 that your name is not in the
113:17 footnote?
113:18         A.    This sentence that says,
113:19 "Other than Dr. Cannuscio, an employee of
113:20 Merck, no authors have direct personal
113:21 financial relationship with any
113:22 pharmaceutical company."  And that's on
113:23 the version in Exhibit 7 where I'm not
113:24 listed as an author.  So it refers to me
114: Page 114
114: 1 as an author although I'm not listed as
114: 2 an author.  And then in this copy that
114: 3 you've given me, which you said you
114: 4 downloaded --
114: 5         Q.    I downloaded Exhibit 7.
```

```
                             Cannuscio
114: 6      A.    And then this one you --
114: 7      Q.    Is the published copy.
114: 8      A.    From the journal itself?
114: 9      Q.    Yes.
114:10      A.    Okay.  So in that version,
114:11 the sentence that I just read is no
114:12 longer there.  But I wasn't aware that
114:13 that's the way it looks in the magazine,
114:14 the journal itself.  I've only seen this
114:15 version prior to right now.


ID:              CC 11506
Page Range:      115:6-115:12

115: 6      Q.    The statement in the final
115: 7 published article that says, "No authors
115: 8 have direct personal financial
115: 9 relationships with any pharmaceutical
115:10 company" is somewhat misleading, given
115:11 your role in this work and drafting this
115:12 article, isn't it?


ID:              CC 11603
Page Range:      116:3-116:11

116: 3      Q.    It's certainly true that at
116: 4 the time you did your work on the Solomon
116: 5 study and worked on authoring the Solomon
116: 6 paper, you had a financial relationship
116: 7 with Merck?
116: 8      A.    Right.  I was an employee of
116: 9 Merck while I was working with Dr.
116:10 Solomon -- while I was working with him
116:11 in -- in doing the study.


ID:              CC 12421
Page Range:      124:21-124:24

124:21      Q.    And did you participate
124:22 actively in the study design of the
124:23 Solomon studies?
124:24      A.    I did.  I did.  Absolutely.


ID:              CC 12513
Page Range:      125:13-126:8

125:13      Q.    And you did statistical
125:14 analysis and you interpreted data, didn't
125:15 you?
125:16      A.    I assisted with -- I
125:17 assisted with the study design, the data
125:18 analysis, interpretation and reviews of
125:19 the manuscript.  I -- I participated in
125:20 all of those things.  There's no question
125:21 whatsoever about whether or not I
125:22 participated in those things.
125:23      Q.    There's an acknowledgment on
125:24 the last page of Exhibit 8 that says, "We
126: Page 126
```

Page 9

```
                              Cannuscio
126: 1 want to thank an epidemiologist who
126: 2 participated actively in the study
126: 3 design, statistical analysis and
126: 4 interpretation of the data, and
126: 5 preparation of the manuscript."
126: 6               Are you that epidemiologist?
126: 7      A.    I would say you're welcome.
126: 8 That's -- I think that's probably me.


ID:              D CC 12808
Page Range:      128:8-128:10

128: 8      Q.    And you believe the study
128: 9 reported in Exhibit 8, the Solomon paper,
128:10 is the truth?


ID:              D CC 12822
Page Range:      128:22-130:11

128:22            THE WITNESS:  Well, as a
128:23 scientist, this is the way I look
128:24 at -- at work that I'm involved
129: Page 129
129: 1 in.  I see it as one part of a big
129: 2 picture.  I -- I think I started
129: 3 earlier to say that I had an
129: 4 epidemiology professor very early
129: 5 on who taught me, and it was kind
129: 6 of her mantra, that no one study
129: 7 in epidemiology can prove
129: 8 anything.
129: 9            So I certainly looked at
129:10 this as one piece of data in the
129:11 larger context.  But I -- I --
129:12 when the results of this or any
129:13 other individual epidemiology
129:14 study came out, and in my best
129:15 assessment as an epidemiologist, I
129:16 didn't look at one study and say,
129:17 okay, now we have it.  We have,
129:18 quote, the truth.
129:19            You know, we have our best
129:20 attempt given whatever data we
129:21 have available and whatever flaws
129:22 there are in design.  We have --
129:23 we have -- always in epidemiology,
129:24 like we learned through the whole
130: Page 130
130: 1 hormone replacement therapy
130: 2 example, even our best studies
130: 3 sometimes lead us astray.
130: 4            So no, when -- I -- I wanted
130: 5 to participate in doing the best
130: 6 science possible with the data
130: 7 available, but I didn't finish any
130: 8 study, this or any other study and
130: 9 say, oh, thank goodness, now we
130:10 have the truth.  I felt like this
130:11 was still an ongoing process.
```

```
                          Cannuscio
ID:           CC 13115
Page Range:   131:15-132:5

   131:15         Q.    Were you the sole Merck
   131:16 epidemiologist involved in the Solomon
   131:17 study?
   131:18         A.    No; but I was the main
   131:19 epidemiologist involved in the study.
   131:20         Q.    I take it Drs. Santanello,
   131:21 Guess and Watson would have in some way
   131:22 helped you design the study?
   131:23         A.    I consulted them.
   131:24         Q.    And that study showed an
   132:   Page 132
   132: 1 increase of heart attack among Vioxx
   132: 2 users. Correct?
   132: 3 .       A.    The relative risks for some
   132: 4 of the comparisons were greater than
   132: 5 1.00.
```

Total Length - 00:16:54