Case 2:05-md-01657-EEF-DEK Document 9235-15 Filed 12/04/06   Page 1 of 19
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Jan Weiner

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 1 | 15:10 - 15:13  Weiner, Jan 2005-08-10 | 00:00:10 | | |
| | 15: 10  Q: You're currently employed by Merck? | | | |
| | 15: 11  A: Yes. | | | |
| | 15: 12  Q: Okay. When did you start with Merck? | | | |
| | 15: 13  A: October of 1989. | | | |
| 2 | 18:12 - 20:24  Weiner, Jan 2005-08-10 | 00:03:04 | | |
| | 18: 12  Tell me, when you started with Merck | | | |
| | 18: 13  in 1989, what was your first job? | | | |
| | 18: 14  A: My title was director of information | | | |
| | 18: 15  services and I worked in the public affairs | | | |
| | 18: 16  department for the US business. And my job | | | |
| | 18: 17  generally was to work on communications related to | | | |
| | 18: 18  Merck's products. | | | |
| | 18: 19  Q: How long did you have that direct -- | | | |
| | 18: 20  what was your title? | | | |
| | 18: 21  A: My title was director of information | | | |
| | 18: 22  services. | | | |
| | 18: 23  Q: Okay. How long did you have that | | | |
| | 18: 24  title? | | | |
| | 18: 25  A: A couple of years. | | | |
| | 19: 1  Q: Until about '91 or so? | | | |
| | 19: 2  A: '91, '92. | | | |
| | 19: 3  Q: Okay. And did your job change after | | | |
| | 19: 4  that? | | | |
| | 19: 5  A: My title changed to senior director, | | | |
| | 19: 6  and some of the responsibilities -- the | | | |
| | 19: 7  responsibilities were generally the same. | | | |
| | 19: 8  Q: Was it considered a promotion? | | | |
| | 19: 9  A: Yes, it was. | | | |
| | 19: 10  Q: Okay. And how long did you have that | | | |
| | 19: 11  job? | | | |
| | 19: 12  A: I had that job for, I guess, about | | | |
| | 19: 13  five years. | | | |
| | 19: 14  Q: Until like '97, '98, something like | | | |
| | 19: 15  that? | | | . |
| | 19: 16  A: Yeah. | | | |
| | 19: 17  Q: Okay. And in 1998, what job did you | | | |
| | 19: 18  take? | | | |
| | 19: 19  A: At that point the title was executive | | | |
| | 19: 20  director, public affairs, for US -- for the US | | | |
| | 19: 21  business, and it was the -- it was a higher title, | | | |
| | 19: 22  more responsibility. I had responsibility for all | | | |
| | 19: 23  of the products and some of the issues that were | | | |
| | 19: 24  current in the media at the time. | | | |
| | 19: 25  Q: Okay. For just domestic | | | |
| | 20: 1  responsibilities? | | | |
| | 20: 2  A: Yes, just -- just domestic. | | | |
| | 20: 3  Q: Okay. And how long did you hold that | | | |
| | 20: 4  title -- or that job? | | | |
| | 20: 5  A: That job where it was focused | | | |
| | 20: 6  strictly on domestic was until somewhere 2000; 2000, | | | |
| | 20: 7  2001. I'm having some trouble with the dates, | | | |
| | 20: 8  but -- | | | |
| | 20: 9  Q: Your best estimate. | | | |
| | 20: 10  A: Yes. The job and how we organized | | | |
| | 20: 11  that work changed for one year about that time. | | | |
| | 20: 12  Q: So around 2000, 2001, did your job -- | | | |
| | 20: 13  job title change? | | | |
| | 20: 14  A: Executive director, global product | | | |
| | 20: 15  communications. | | | |
| | 20: 16  Q: Okay. And how long did you hold that | | | |
| | 20: 17  job? | | | |
| | 20: 18  A: Until April of 2003. | | | |

Case 2:05-md-01657-EEF-DEK Document 9285-5 Filed 12/04/06 Page 2 of 19
Dedrick v. Merck & Co., Inc.
Plaintiff's and Defendant's Designations of Jan Weiner

| | | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|---|
| | 20: 19 | | Q: Then what job did you have? | | | |
| | 20: 20 | | A: Executive director of public affairs | | | |
| | 20: 21 | | for Asia, Japan, Australia and New Zealand. | | | |
| | 20: 22 | | Q: So you had no more domestic | | | |
| | 20: 23 | | responsibilities at that point? | | | |
| | 20: 24 | | A: That is correct. | | | |
| 3 | 22:4 - 23:13 | | Weiner, Jan 2005-08-10 | 00:02:07 | | |
| | 22: 4 | | Q: Approximately when were your first | | | |
| | 22: 5 | | responsibilities for Vioxx? When did you first take | | | |
| | 22: 6 | | on those responsibilities? | | | |
| | 22: 7 | | A: '97, '98. That's -- that's the best | | | |
| | 22: 8 | | I can do on timing. | | | |
| | 22: 9 | | Q: During the '97, 1998 time frame, what | | | |
| | 22: 10 | | were your responsibilities as it related to the drug | | | |
| | 22: 11 | | Vioxx? | | | |
| | 22: 12 | | A: The responsibilities were primarily | | | |
| | 22: 13 | | to develop communications plans for -- for the drug | | | |
| | 22: 14 | | and then also to develop news releases and other | | | |
| | 22: 15 | | materials related to scientific presentations and | | | |
| | 22: 16 | | publications about the drug. | | | |
| | 22: 17 | | Q: Did those responsibilities change at | | | |
| | 22: 18 | | all over time as it relates to the drug Vioxx? | | | |
| | 22: 19 | | A: Those remained the primary | | | |
| | 22: 20 | | responsibilities. | | | |
| | 22: 21 | | Q: Regardless of job title? | | | |
| | 22: 22 | | A: Yes. | | | |
| | 22: 23 | | Q: And were your responsibilities as | | | |
| | 22: 24 | | related to the drug Vioxx always focused on the US | | | |
| | 22: 25 | | market? | | | |
| | 23: 1 | | A: They were until I -- I held the title | | | |
| | 23: 2 | | of global product communications. | | | |
| | 23: 3 | | Q: And that was like 2000, executive | | | |
| | 23: 4 | | director of global product communications? | | | |
| | 23: 5 | | A: If you give me a minute, I can | | | |
| | 23: 6 | | reconstruct in my head the timing on that. | | | |
| | 23: 7 | | Q: Go ahead. Take your time. | | | |
| | 23: 8 | | A: The global product communications job | | | |
| | 23: 9 | | was during the calendar year of 2002. | | | |
| | 23: 10 | | Q: So up to 2002, your responsibilities | | | |
| | 23: 11 | | as it related to the drug Vioxx were limited to the | | | |
| | 23: 12 | | United States? | | | |
| | 23: 13 | | A: That is correct. | | | |
| 4 | 31:4 - 31:7 | | Weiner, Jan 2005-08-10 | 00:00:13 | | |
| | 31: 4 | | Q: Okay. And the press releases that | | | |
| | 31: 5 | | were issued to the news media, who -- what audience | | | |
| | 31: 6 | | was it that you -- you ultimately intended to reach | | | |
| | 31: 7 | | out to? | | | |
| 5 | 31:9 - 32:5 | | Weiner, Jan 2005-08-10 | 00:01:13 | | |
| | 31: 9 | | THE WITNESS: The news releases were | | | |
| | 31: 10 | | designed to be reviewed by news reporters who would | | | |
| | 31: 11 | | make judgment as to whether the information was | | | |
| | 31: 12 | | worthy of news coverage. And then it would be a | | | |
| | 31: 13 | | matter of who the audience is of any particular | | | |
| | 31: 14 | | media organization. | | | |
| | 31: 15 | | BY MR. PLACITELLA: | | | |
| | 31: 16 | | Q: Okay. You understood when those | | | |
| | 31: 17 | | press releases were issued that the information you | | | |
| | 31: 18 | | supplied could eventually be read or seen by people | | | |
| | 31: 19 | | taking Vioxx, correct? | | | |
| | 31: 20 | | A: Yes, we understood that. | | | |
| | 31: 21 | | Q: As well as doctors? | | | |
| | 31: 22 | | A: Yes. | | | |

| | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|
| | 31: 23 | Q: And as well as people who were not | | | |
| | 31: 24 | currently taking Vioxx but who might be candidates | | | |
| | 31: 25 | for taking Vioxx? | | | |
| | 32: 1 | A: You're really talking about the | | | |
| | 32: 2 | audience for the general media in the country? | | | |
| | 32: 3 | Q: Correct. | | | |
| | 32: 4 | A: And that's the general population who | | | |
| | 32: 5 | was consumers of news media. | | | |
| 6 | 32:9 - 32:17 | Weiner, Jan 2005-08-10 | 00:00:36 | | |
| | 32: 9 | Q: How did public affairs integrate with | | | |
| | 32: 10 | marketing? | | | |
| | 32: 11 | A: We -- we worked with marketing as one | | | |
| | 32: 12 | of the sources of information that -- that we had at | | | |
| | 32: 13 | our disposal and we worked with them. They had the | | | |
| | 32: 14 | opportunity, like our scientists, like investor | | | |
| | 32: 15 | relations, to review the news release and the Q and | | | |
| | 32: 16 | A, and we worked with them side by side as -- as | | | |
| | 32: 17 | departments do within a company. | | | |
| 7 | 37:3 - 37:11 | Weiner, Jan 2005-08-10 | 00:00:34 | | |
| | 37: 3 | Q: And what was Alise Reicin's primary | | | |
| | 37: 4 | function as it related to Vioxx and public | | | |
| | 37: 5 | relations? | | | |
| | 37: 6 | A: She -- she often was the person that | | | |
| | 37: 7 | we would go to either to obtain information or data | | | |
| | 37: 8 | on which we based our news releases and materials, | | | |
| | 37: 9 | and then she would often be the point person within | | | |
| | 37: 10 | MRL clinical to whom we would submit our materials | | | |
| | 37: 11 | for review and clearance. | | | |
| | 43:9 - 43:21 | Weiner, Jan 2005-08-10 | 00:00:40 | | |
| | 43: 9 | Q: Okay. The material that you used | | | |
| | 43: 10 | to -- as tools for public relations, they would | | | |
| | 43: 11 | include press releases, correct? | | | |
| | 43: 12 | A: Yes. | | | |
| | 43: 13 | Q: Would they include standby | | | |
| | 43: 14 | statements? | | | |
| | 43: 15 | A: Yes. | | | |
| | 43: 16 | Q: What is a standby statement? | | | |
| | 43: 17 | A: A standby statement is the company's | | | |
| | 43: 18 | position on an issue that is used by people in | | | |
| | 43: 19 | public affairs, typically, to respond to questions | | | |
| | 43: 20 | in cases where we are not going to be issuing a news | | | |
| | 43: 21 | release. | | | |
| 9 | 45:7 - 45:14 | Weiner, Jan 2005-08-10 | 00:00:35 | | |
| | 45: 7 | Q: Okay. What is the reason why some | | | |
| | 45: 8 | press releases were submitted to the FDA and others | | | |
| | 45: 9 | were not? | | | |
| | 45: 10 | A: Merck's practice had been to send to | | | |
| | 45: 11 | the FDA news releases related to regulatory actions | | | |
| | 45: 12 | as part of a launch campaign. The FDA typically | | | |
| | 45: 13 | likes to see launch campaigns, and so a news release | | | |
| | 45: 14 | as part of a launch campaign was sent to the FDA. | | | |
| 10 | 45:23 - 46:11 | Weiner, Jan 2005-08-10 | 00:00:40 | | |
| | 45: 23 | Q: I don't want to get anybody in | | | |
| | 45: 24 | trouble here. So you can just tell me what your | | | |
| | 45: 25 | understanding was for the reason why some press | | | |
| | 46: 1 | releases were sent to the FDA and others were not, | | | |
| | 46: 2 | your understanding? | | | |
| | 46: 3 | A: That the FDA liked to see launch | | | |
| | 46: 4 | materials. The news release was part of the launch. | | | |
| | 46: 5 | And on the basis of that, it was submitted to the | | | |

Case 2:05-md-01657-EEF-DEK Document 9285-15 Filed 12/04/06 Page 4 of 19
Eldridge v. Merck & Co., Inc.
Plaintiff's and Defendant's Designations of Jan Weiner

| | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|
| ● | 46: 6<br>46: 7<br>46: 8<br>46: 9<br>46: 10<br>46: 11 | FDA.<br>Q: Okay. So other than that, generally<br>speaking, the news releases were not submitted to<br>the FDA?<br>A: Generally speaking. There were<br>exceptions. | | | |
| 11 | 47:3 - 47:12<br>47: 3<br>47: 4<br>47: 5<br>47: 6<br>47: 7<br>47: 8<br>47: 9<br>47: 10<br>47: 11<br>47: 12 | Weiner, Jan 2005-08-10<br>Q: So every press release or video news<br>release was submitted to the FDA after it was<br>issued?<br>A: Those releases related to products,<br>yes.<br>Q: When you say 'related to products,'<br>what do you mean by that?<br>A: Well, news releases that the company<br>would issue about sales and earnings, for instance,<br>would not be submitted to the FDA. | 00:00:26 | | |
| 12 | 47:13 - 47:15<br>47: 13<br>47: 14<br>47: 15 | Weiner, Jan 2005-08-10<br>Q: Okay. Were you aware, as executive<br>director of public affairs, that the press releases<br>were governed by the FDA labeling requirements? | 00:00:14 | | |
| 13 | 47:17 - 47:21<br>47: 17<br>47: 18<br>47: 19<br>47: 20<br>47: 21 | Weiner, Jan 2005-08-10<br>THE WITNESS: Yes.<br>BY MR. PLACITELLA:<br>Q: Were standby statements ever reviewed<br>by the FDA?<br>A: I don't recall that. | 00:00:12 | | |
| ● | 49:16 - 50:10<br>49: 16<br>49: 17<br>49: 18<br>49: 19<br>49: 20<br>49: 21<br>49: 22<br>49: 23<br>49: 24<br>49: 25<br>50: 1<br>50: 2<br>50: 3<br>50: 4<br>50: 5<br>50: 6<br>50: 7<br>50: 8<br>50: 9<br>50: 10 | Weiner, Jan 2005-08-10<br>Q: Okay. I think I left off with Q and<br>As, questions and answers. Did public affairs<br>prepare Q and As as they related to Vioxx?<br>A: Yes.<br>Q: Can you tell us what a Q and A is and<br>what its function was related to Vioxx?<br>A: A Q and A is prepared to answer<br>questions that we may receive from reporters that<br>would not be covered in a news release. Sometimes<br>you can't put absolutely everything in a news<br>release and you know there are going to be<br>additional questions, and so that's where you put<br>the questions that you expect to receive and what<br>the answers would be.<br>Q: Okay. Were Q and As reviewed by the<br>FDA at any point in time concerning Vioxx?<br>A: To the best of my knowledge, no.<br>Q: Okay. Before you mentioned video<br>news releases. Can you tell us what a video news<br>release is? | 00:01:05 | | |
| 15 | 50:14 - 50:25<br>50: 14<br>50: 15<br>50: 16<br>50: 17<br>50: 18<br>50: 19<br>50: 20<br>50: 21<br>50: 22<br>50: 23<br>50: 24 | Weiner, Jan 2005-08-10<br>A: A video news release is prepared for<br>television stations, and it basically takes the<br>story in a print press release and puts it in a<br>format and form that television stations can choose<br>to use if they want to. And there are several<br>different ways of preparing them. And the way that<br>I thought about it was, you give a television<br>station the ingredients to do a story if they choose<br>to do it. You give them additional background<br>footage. You'll give them additional quotes so they<br>can tailor it, if they choose to do a story on that | 00:00:44 | | |

Case 2:05-md-01657-EEF-DEK   Document 9235-5   Filed 12/04/06   Page 5 of 19
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Jan Weiner

| | Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 50: 25 | particular subject. | | | |
| ● | 55:8 - 55:10<br>55: 8<br>55: 9<br>55: 10 | Weiner, Jan 2005-08-10<br>Did Merck distribute video news<br>releases concerning Vioxx to the media without going<br>to the FDA first? | 00:00:08 | | |
| 17 | 55:16 - 55:18<br>55: 16<br>55: 17<br>55: 18 | Weiner, Jan 2005-08-10<br>THE WITNESS: I don't remember all of<br>the video news releases that we did on Vioxx, so I<br>really can't answer your question. | 00:00:07 | | |
| 18 | 62:9 - 62:15<br>62: 9<br>62: 10<br>62: 11<br>62: 12<br>62: 13<br>62: 14<br>62: 15 | Weiner, Jan 2005-08-10<br>Q: Did you ever use the PR Newswire?<br>A: We used PR Newswire and BusinessWire<br>for distribution of press releases.<br>Q: And would you distribute those news<br>releases ever electronically over the PR Newswire on<br>the Internet?<br>A: Oh, now I see. Okay. Yes. | 00:00:18 | | |
| 19 | 63:7 - 63:11<br>63: 7<br>63: 8<br>63: 9<br>63: 10<br>63: 11 | Weiner, Jan 2005-08-10<br>Q: Okay. Did you understand that when<br>you distributed press releases on the PR Newswire or<br>BusinessWire over the Internet that those press<br>releases were likely to appear on various web sites<br>throughout the Internet? | 00:00:14 | | |
| 20 | 63:13 - 63:13<br>63: 13 | Weiner, Jan 2005-08-10<br>THE WITNESS: Yes. | 0 | | |
| ● | 74:23 - 75:1<br>74: 23<br>74: 24<br>74: 25<br>75: 1 | Weiner, Jan 2005-08-10<br>Q: Okay. Can you tell me the physicians<br>that you recall that were charged with<br>responsibility of reviewing Vioxx press -- press<br>releases? | 00:00:14 | | |
| 22 | 75:7 - 75:13<br>75: 7<br>75: 8<br>75: 9<br>75: 10<br>75: 11<br>75: 12<br>75: 13 | Weiner, Jan 2005-08-10<br>THE WITNESS: I can remember Dr.<br>Reicin reviewing releases. I know that Ed Scolnick<br>in one case reviewed a news release. I know that<br>there were other people on Dr. Reicin's staff who<br>reviewed news releases related to their<br>presentations and publications, but those would be<br>names I don't recall at this point. | 00:00:26 | | |
| 23 | 79:18 - 79:21<br>79: 18<br>79: 19<br>79: 20<br>79: 21 | Weiner, Jan 2005-08-10<br>Q: Sure. When is the first time you<br>learned that there were respected scientists that<br>were concerned that Vioxx might have a role in<br>causing heart attacks? | 00:00:27 | | |
| 24 | 79:23 - 80:11<br>79: 23<br>79: 24<br>79: 25<br>80: 1<br>80: 2<br>80: 3<br>80: 4<br>80: 5<br>80: 6<br>80: 7<br>80: 8<br>80: 9 | Weiner, Jan 2005-08-10<br>THE WITNESS: I remember that there<br>was a publication from Garret FitzGerald that raised<br>questions about COX-2 inhibitors. That's what I<br>remember.<br>BY MR. PLACITELLA:<br>Q: And when was that -- when was that<br>publication, before or after VIGOR?<br>A: I believe it was before.<br>Q: Before. Okay. And what were the<br>circumstances that -- well, strike that.<br>Garret FitzGerald was an occasional<br>paid advisor to -- medical advisor, to Merck. Were | 00:00:44 | | |

Case 2:05-md-01657-EEF-DEK   Document 9235-5   Filed 12/04/06   Page 6 of 19
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of Jan Weiner

| | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|
| | 80: 10 | you aware of that? | | | |
| | 80: 11 | A: No, I was not. | | | |
| 25 | 80:16 - 80:18 | Weiner, Jan 2005-08-10 | 00:00:12 | | |
| | 80: 16 | Q: Okay. What were the circumstances | | | |
| | 80: 17 | under which you learned about the Garret FitzGerald | | | |
| | 80: 18 | publication related to heart attacks and COX-2s? | | | |
| 26 | 80:20 - 81:4 | Weiner, Jan 2005-08-10 | 00:00:30 | | |
| | 80: 20 | THE WITNESS: We received a question | | | |
| | 80: 21 | from a reporter based upon that publication, and | | | |
| | 80: 22 | through the question we learned about the | | | |
| | 80: 23 | publication and prepared a standby statement and a Q | | | |
| | 80: 24 | and A. | | | |
| | 80: 25 | BY MR. PLACITELLA: | | | |
| | 81: 1 | Q: Okay. So the question that was asked | | | |
| | 81: 2 | by the reporter concerning the publication of Garret | | | |
| | 81: 3 | FitzGerald was what? | | | |
| | 81: 4 | A: I don't remember. | | | |
| 27 | 81:9 - 81:11 | Weiner, Jan 2005-08-10 | 00:00:12 | | |
| | 81: 9 | Q: Who decided that a stand boy — a | | | |
| | 81: 10 | standby statement and Q and A was necessary in | | | |
| | 81: 11 | relation to the Garret FitzGerald publication? | | | |
| 28 | 81:13 - 81:17 | Weiner, Jan 2005-08-10 | 00:00:19 | | |
| | 81: 13 | THE WITNESS: I don't know who | | | |
| | 81: 14 | specifically made that decision, but if you have a | | | |
| | 81: 15 | question from a reporter and you need to develop an | | | |
| | 81: 16 | answer, the usual mechanism is to develop a quick | | | |
| | 81: 17 | standby statement and Q and A. | | | |
| 29 | 82:22 - 83:5 | Weiner, Jan 2005-08-10 | 00:00:34 | | |
| | 82: 22 | Q: Okay. And, for the record, you were | | | |
| | 82: 23 | concerned about the question as it related to COX-2 | | | |
| | 82: 24 | because Vioxx was a COX-2, correct? | | | |
| | 82: 25 | A: That is correct. | | | |
| | 83: 1 | Q: Now, do you recall what Merck was | | | |
| | 83: 2 | prepared to tell the press in response to the | | | |
| | 83: 3 | FitzGerald article that was incorporated into the | | | |
| | 83: 4 | standby statement and Q and A at that point in time? | | | |
| | 83: 5 | A: I don't recall. | | | |
| 30 | 102:15 - 103:15 | Weiner, Jan 2005-08-10 | 00:01:37 | | |
| | 102: 15 | I think you had it marked. Her | | | |
| | 102: 16 | personnel file, December 31, 1997, is the cover | | | |
| | 102: 17 | page. | | | |
| | 102: 18 | I'm going to show you what has been | | | |
| | 102: 19 | marked Weiner Exhibit 2, and I'll make sure that | | | |
| | 102: 20 | we're on the same page, so I'm going to give you the | | | |
| | 102: 21 | page 3. Take a look, see where it says under Vioxx, | | | |
| | 102: 22 | and the third or fourth sentence down, it says, | | | |
| | 102: 23 | 'Strong media outreach contributed to the most | | | |
| | 102: 24 | successful launch in Merck history.' Do you see | | | |
| | 102: 25 | that? | | | |
| | 103: 1 | A: Yes, I see that. | | | |
| | 103: 2 | Q: Okay. 'Vioxx was highlighted in | | | |
| | 103: 3 | articles reaching a total of more than two | | | |
| | 103: 4 | billion-almost ten times per person.' Did I read | | | |
| | 103: 5 | that correctly? | | | |
| | 103: 6 | A: Yes, you did. | | | |
| | 103: 7 | Q: Okay. Does that refresh your | | | |
| | 103: 8 | recollection as to what the reach was of your media | | | |
| | 103: 9 | campaign in the year 1999? | | | |
| | 103: 10 | A: Somewhat. | | | |

| | Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 103: 11 | Q: Okay. 'Of this total, there were 1.4 | | | |
| | 103: 12 | billion impressions for Vioxx alone and an | | | |
| | 103: 13 | additional 700 million highlighting both agents.' | | | |
| | 103: 14 | That meaning -- that is Celebrex, correct? | | | |
| | 103: 15 | A: Yes. | | | |
| 31 | 104:4 - 104:8 | Weiner, Jan 2005-08-10 | 00:00:19 | | |
| | 104: 4 | Q: Would you agree with me, generating | | | |
| | 104: 5 | enough stories to reach ten times per person all the | | | |
| | 104: 6 | people in the United States is an extraordinary | | | |
| | 104: 7 | media outreach? | | | |
| | 104: 8 | A: I would say it was very successful. | | | |
| 32 | 106:17 - 106:20 | Weiner, Jan 2005-08-10 | 00:00:17 | | |
| | 106: 17 | So the two billion impressions means | | | |
| | 106: 18 | that, based on Merck's calculations, their message | | | |
| | 106: 19 | would have reached people in the United States two | | | |
| | 106: 20 | billion times? | | | |
| 33 | 106:23 - 107:7 | Weiner, Jan 2005-08-10 | 00:00:21 | | |
| | 106: 23 | THE WITNESS: It would have meant | | | |
| | 106: 24 | that two -- two billion people over the course of | | | |
| | 106: 25 | the year potentially would have seen the message. | | | |
| | 107: 1 | BY MR. PLACITELLA: | | | |
| | 107: 2 | Q: Okay. But we don't have two billion | | | |
| | 107: 3 | people in the United States? | | | |
| | 107: 4 | A: That is correct. | | | |
| | 107: 5 | Q: So to break down the math, it would | | | |
| | 107: 6 | mean that every person in the United States would | | | |
| | 107: 7 | have seen your message at least ten times? | | | |
| 34 | 107:10 - 107:16 | Weiner, Jan 2005-08-10 | 00:00:21 | | |
| | 107: 10 | Q: Correct? | | | |
| | 107: 11 | A: That is the way the math would work. | | | |
| | 107: 12 | Q: So if every person in the United | | | |
| | 107: 13 | States would have seen your message ten times in a | | | |
| | 107: 14 | given year, it would be extremely important to be | | | |
| | 107: 15 | sure that the information contained in the message | | | |
| | 107: 16 | was accurate and truthful in every respect? | | | |
| 35 | 107:21 - 107:21 | Weiner, Jan 2005-08-10 | 00:00:01 | | |
| | 107: 21 | A: I would agree with that. | | | |
| 36 | 148:16 - 148:23 | Weiner, Jan 2005-08-10 | 00:00:26 | | |
| | 148: 16 | Q: And this press release says, in its | | | |
| | 148: 17 | headline, 'Merck confirms favorable cardiovascular | | | |
| | 148: 18 | safety profile of Vioxx.' Did I read that | | | |
| | 148: 19 | correctly? | | | |
| | 148: 20 | A: Yes, you did. | | | |
| | 148: 21 | Q: Would the reader reading that | | | |
| | 148: 22 | headline believe that Vioxx had the potential to | | | |
| | 148: 23 | hurt your heart? | | | |
| 37 | 148:25 - 149:2 | Weiner, Jan 2005-08-10 | 00:00:08 | | |
| | 148: 25 | THE WITNESS: I don't know what the | | | |
| | 149: 1 | average person reading that would necessarily take | | | |
| | 149: 2 | away from the headline. | | | |
| 38 | 149:12 - 149:21 | Weiner, Jan 2005-08-10 | 00:00:37 | | |
| | 149: 12 | Q: Okay. It says in the first sentence, | | | |
| | 149: 13 | 'In response to speculative news reports, Merck & | | | |
| | 149: 14 | Company, Inc., today confirmed the favorable | | | |
| | 149: 15 | cardiovascular safety profile of Vioxx, its medicine | | | |
| | 149: 16 | that selectively inhibits COX-2.' Did I read that | | | |
| | 149: 17 | correctly? | | | |
| | 149: 18 | A: Yes, you did. | | | |
| | 149: 19 | Q: What did Merck do on April 28, 2000, | | | |
| | 149: 20 | to confirm that Vioxx was safe from a cardiovascular | | | |
| | 149: 21 | standpoint? | | | |

| | Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|---|
| 39 | 149:23 - 150:8 | Weiner, Jan 2005-08-10 | 00:00:30 | | |
| | 149: 23 | THE WITNESS: The word 'confirm' | | | |
| | 149: 24 | there is used in a news release context. You could | | | |
| | 149: 25 | have said today commented on, today announced, today | | | |
| | 150: 1 | said. It's -- it's used in terms of -- it's a news | | | |
| | 150: 2 | release type term as opposed to some other type | | | |
| | 150: 3 | meaning. | | | |
| | 150: 4 | BY MR. PLACITELLA: | | | |
| | 150: 5 | Q: Well, doesn't the average person, | | | |
| | 150: 6 | when they hear 'confirm,' think that that means that | | | |
| | 150: 7 | somebody checked something and now stands behind it? | | | |
| | 150: 8 | Isn't that what 'confirms' means? | | | |
| 40 | 150:10 - 150:13 | Weiner, Jan 2005-08-10 | 00:00:10 | | |
| | 150: 10 | THE WITNESS: That is another way in | | | |
| | 150: 11 | which the -- the word is used. But, again, you look | | | |
| | 150: 12 | at the total of the news release, not just the one | | | |
| | 150: 13 | sentence. | | | |
| 41 | 155:9 - 155:21 | Weiner, Jan 2005-08-10 | 00:00:44 | | |
| | 155: 9 | Q: Okay. Is there any mention in this | | | |
| | 155: 10 | press release concerning an alternate explanation | | | |
| | 155: 11 | for the heart attack findings in VIGOR, i.e., that | | | |
| | 155: 12 | Vioxx could be the cause of the heart attack | | | |
| | 155: 13 | imbalance in the VIGOR study? | | | |
| | 155: 14 | A: The specific language that you | | | |
| | 155: 15 | suggested is not in this particular news release. | | | |
| | 155: 16 | Q: Is there any indication whatsoever | | | |
| | 155: 17 | anywhere in this press release by Merck that one of | | | |
| | 155: 18 | the explanations for the VIGOR results is that Vioxx | | | |
| | 155: 19 | was causing the heart attacks? | | | |
| | 155: 20 | A: That specific language is not in the | | | |
| | 155: 21 | news release. | | | |
| 42 | 291:19 - 292:4 | Weiner, Jan 2005-08-11 | 00:00:37 | | |
| | 291: 19 | Q: Now, on -- in the next month, | | | |
| | 291: 20 | November 2000, the VIGOR study was published in the | | | |
| | 291: 21 | Journal of the American Medical Association. Do you | | | |
| | 291: 22 | recall that? | | | |
| | 291: 23 | A: I believe it was published in the New | | | |
| | 291: 24 | England Journal of Medicine. | | | |
| | 291: 25 | Q: You're right. You're correct. | | | |
| | 292: 1 | And did you have press activities | | | |
| | 292: 2 | around that publication? | | | |
| | 292: 3 | A: We issued a news release around that | | | |
| | 292: 4 | publication. | | | |
| 43 | 292:16 - 292:19 | Weiner, Jan 2005-08-11 | 00:00:11 | | |
| | 292: 16 | Q: Okay. And you also issued a video | | | |
| | 292: 17 | news release, correct? | | | |
| | 292: 18 | A: I don't -- I don't recall whether we | | | |
| | 292: 19 | did or not. | | | |
| 44 | 292:23 - 293:1 | Weiner, Jan 2005-08-11 | 00:00:21 | | |
| | 292: 23 | Q: I'm going to show you a video news | | | |
| | 292: 24 | release and then we'll talk about it. | | | |
| | 292: 25 | A: Okay. | | | |
| | 293: 1 | (Video clip shown.) | | | |
| 45 | 293:3 - 293:13 | Weiner, Jan 2005-08-11 | 00:00:28 | | |
| | 293: 3 | Q: Now, I've stopped the video news | | | |
| | 293: 4 | release in the beginning. It says, 'In a study of | | | |
| | 293: 5 | Vioxx published in the New England Journal of | | | |
| | 293: 6 | Medicine, Vioxx significantly reduced the risk of | | | |
| | 293: 7 | serious gastrointestinal side effects by half | | | |
| | 293: 8 | compared to naproxen. TV news feed: DWJ | | | |
| | 293: 9 | Television.' | | | |
| | 293: 10 | Have you ever seen this video news | | | |
| | 293: 11 | release before? | | | |

| | | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|---|
| | 293: 12 | | A: I'm certain that I saw it at the | | | |
| | 293: 13 | | time. | | | |
| ● | 293:22 | - 293:22 | Weiner, Jan 2005-08-11 | 00:00:07 | | |
| | 293: 22 | | (Video clip shown as follows: | | | |
| 47 | 294:17 | - 295:5 | Weiner, Jan 2005-08-11 | 00:00:31 | | |
| | 294: 17 | | Q: Do you recognize the individual on | | | |
| | 294: 18 | | this news release, the doctor? | | | |
| | 294: 19 | | A: I recognize the name. I have never | | | |
| | 294: 20 | | met the man, so seeing him, I assume that that's who | | | |
| | 294: 21 | | it is. | | | |
| | 294: 22 | | Q: And who is that? | | | |
| | 294: 23 | | A: His name is Dr. Loren Laine. | | | |
| | 294: 24 | | Q: And what was his relationship with | | | |
| | 294: 25 | | Merck? | | | |
| | 295: 1 | | A: He was involved in the VIGOR study. | | | |
| | 295: 2 | | I do not know his specific role in that study. | | | |
| | 295: 3 | | Q: Okay. Was he paid by Merck? | | | |
| | 295: 4 | | A: If he was an investigator in the | | | |
| | 295: 5 | | study, there would have been a contract. | | | |
| 48 | 296:23 | - 296:25 | Weiner, Jan 2005-08-11 | 00:00:13 | | |
| | 296: 23 | | Q: Okay. Now, in that video news | | | |
| | 296: 24 | | release, was there any mention of the heart attack | | | |
| | 296: 25 | | findings of VIGOR? | | | |
| 49 | 297:3 | - 297:21 | Weiner, Jan 2005-08-11 | 00:01:00 | | |
| | 297: 3 | | THE WITNESS: In the cut piece that | | | |
| | 297: 4 | | we just saw, there was no mention of cardiovascular. | | | |
| | 297: 5 | | BY MR. PLACITELLA: | | | |
| | 297: 6 | | Q: Now, when you say 'cut piece,' what | | | |
| | 297: 7 | | do you mean by that? | | | |
| ● | 297: 8 | | A: The video package, as we typically | | | |
| | 297: 9 | | put them together, had several different elements. | | | |
| | 297: 10 | | At the beginning you had the full news release, then | | | |
| | 297: 11 | | you have what we call, and the term in television is | | | |
| | 297: 12 | | cut piece, and that is the part that's put together | | | |
| | 297: 13 | | that we just saw, then you have the additional | | | |
| | 297: 14 | | background footage and other choices that the | | | |
| | 297: 15 | | television editors can use in putting together their | | | |
| | 297: 16 | | own pieces, and then we had full labeling at the | | | |
| | 297: 17 | | end. | | | |
| | 297: 18 | | Q: Okay. And any of the video connected | | | |
| | 297: 19 | | to this video news release, including the B-roll | | | |
| | 297: 20 | | portions, was there ever any mention of the heart | | | |
| | 297: 21 | | attack findings in VIGOR? | | | |
| 50 | 297:24 | - 298:5 | Weiner, Jan 2005-08-11 | 00:00:08 | | |
| | 297: 24 | | THE WITNESS: We have not reviewed | | | |
| | 297: 25 | | the full package. We haven't looked at the | | | |
| | 298: 1 | | background footage. | | | |
| | 298: 2 | | BY MR. PLACITELLA: | | | |
| | 298: 3 | | Q: Okay. | | | |
| | 298: 4 | | A: So I don't -- I can't answer your | | | |
| | 298: 5 | | question. | | | |
| 51 | 298:9 | - 298:17 | Weiner, Jan 2005-08-11 | 00:00:29 | | |
| | 298: 9 | | (Video clip shown.) | | | |
| | 298: 10 | | BY MR. PLACITELLA: | | | |
| | 298: 11 | | Q: This is a section without ambient | | | |
| | 298: 12 | | sound, meaning it's just photos, correct? | | | |
| | 298: 13 | | A: It's just visuals. | | | |
| ● | 298: 14 | | Q: Okay. And you use this in case | | | |
| | 298: 15 | | somebody wants to do a lead-in or a fade-out or | | | |
| | 298: 16 | | something like that when they're doing the story? | | | |
| | 298: 17 | | (Video clip shown as follows: | | | |
| 52 | 299:4 | - 299:7 | Weiner, Jan 2005-08-11 | 00:00:14 | | |

| | | | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|---|---|
| | 299: 4 | | Q: So far, have you seen anything from | | | |
| | 299: 5 | | Dr. Laine to indicate that he was telling the | | | |
| | 299: 6 | | viewers that one of the findings in VIGOR was that | | | |
| | 299: 7 | | people on Vioxx had more heart attacks? | | | |
| 53 | 299:9 - | 299:11 | Weiner, Jan 2005-08-11 | 00:00:06 | | |
| | 299: 9 | | THE WITNESS: There's no -- there's | | | |
| | 299: 10 | | no information that I have heard related to | | | |
| | 299: 11 | | cardiovascular. | | | |
| 54 | 299:22 - | 299:25 | Weiner, Jan 2005-08-11 | 00:00:13 | | |
| | 299: 22 | | Q: Do you see any language on this part | | | |
| | 299: 23 | | of the video news release telling people that one of | | | |
| | 299: 24 | | the findings in VIGOR was that the people on Vioxx | | | |
| | 299: 25 | | had more heart attacks? | | | |
| 55 | 300:6 - | 300:7 | Weiner, Jan 2005-08-11 | 00:00:02 | | |
| | 300: 6 | | THE WITNESS: I have not seen the | | | |
| | 300: 7 | | information related to cardiovascular. | | | |
| 56 | 300:25 - | 301:9 | Weiner, Jan 2005-08-11 | 00:00:20 | | |
| | 300: 25 | | Q: Now, what we're watching now is a | | | |
| | 301: 1 | | B-roll and a B-roll is typically silent, correct? | | | |
| | 301: 2 | | A: It can be either way, with ambient | | | |
| | 301: 3 | | sound or without. | | | |
| | 301: 4 | | Q: But it's really there just as | | | |
| | 301: 5 | | background, filler material, for people running the | | | |
| | 301: 6 | | story, right? | | | |
| | 301: 7 | | A: They have a visual to accompany | | | |
| | 301: 8 | | whatever sound they wish to add to it. | | | |
| | 301: 9 | | Q: Okay. | | | |
| 57 | 301:12 - | 301:15 | Weiner, Jan 2005-08-11 | 00:00:08 | | |
| | 301: 12 | | Q: While we're watching this silent | | | |
| | 301: 13 | | part, can you tell us whether this video news | | | |
| | 301: 14 | | release was submitted to the FDA before it was | | | |
| | 301: 15 | | issued? | | | |
| 58 | 301:19 - | 302:1 | Weiner, Jan 2005-08-11 | 00:00:33 | | |
| | 301: 19 | | Q: Do you know whether this was ever | | | |
| | 301: 20 | | submitted to the FDA before November 23rd, 2000? | | | |
| | 301: 21 | | A: It would -- it is unlikely that it | | | |
| | 301: 22 | | would have been submitted because our practice was | | | |
| | 301: 23 | | to submit for pre-clearance those items generally | | | |
| | 301: 24 | | that related to regulatory actions. This is a | | | |
| | 301: 25 | | study -- this is a study publication. Again, I | | | |
| | 302: 1 | | don't -- I don't know if this was ever issued. | | | |
| 59 | 302:3 - | 302:8 | Weiner, Jan 2005-08-11 | 00:01:50 | | |
| | 302: 3 | | (Video clip shown.) | | | |
| | 302: 4 | | BY MR. PLACITELLA: | | | |
| | 302: 5 | | Q: Anywhere on this video news release | | | |
| | 302: 6 | | did you hear mentioned that one of the findings in | | | |
| | 302: 7 | | VIGOR was that the people on Vioxx had more heart | | | |
| | 302: 8 | | attacks than the people on naproxen? | | | |
| 60 | 302:11 - | 302:18 | Weiner, Jan 2005-08-11 | 00:00:23 | | |
| | 302: 11 | | THE WITNESS: I did not hear that in | | | |
| | 302: 12 | | the video news release. | | | |
| | 302: 13 | | BY MR. PLACITELLA: | | | |
| | 302: 14 | | Q: Did the -- any of the spokespeople in | | | |
| | 302: 15 | | this video news release tell the audience that one | | | |
| | 302: 16 | | of the significant findings in VIGOR was that people | | | |
| | 302: 17 | | on Vioxx had more heart attacks than people on | | | |
| | 302: 18 | | naproxen? | | | |
| 61 | 302:20 - | 303:10 | Weiner, Jan 2005-08-11 | 00:00:54 | | |
| | 302: 20 | | THE WITNESS: There was no verbal | | | |
| | 302: 21 | | statement given related to the cardiovascular | | | |
| | 302: 22 | | findings in VIGOR. | | | |

| | | | Designated Testimony | Objections | Rulings |
|---|---|---|---|---|---|
| | 302: 23 | | BY MR. PLACITELLA: | | |
| | 302: 24 | | Q: Why not? | | |
| | 302: 25 | | A: I don't know. | | |
| | 303: 1 | | Q: Did medical/legal clear these -- this | | |
| | 303: 2 | | video news release? | | |
| | 303: 3 | | A: If this video news release were | | |
| | 303: 4 | | issued, it would have gone through the Merck review | | |
| | 303: 5 | | process, and it would have been seen and reviewed by | | |
| | 303: 6 | | a number of people. | | |
| | 303: 7 | | Q: When is it proper to issue press | | |
| | 303: 8 | | materials, including a video news release, that | | |
| | 303: 9 | | includes some significant findings of a study but | | |
| | 303: 10 | | not others? | | |
| 62 | 303:12 - | 303:16 | Weiner, Jan 2005-08-11 | 00:00:18 | |
| | 303: 12 | | THE WITNESS: When a video news | | |
| | 303: 13 | | release is prepared, there will be decisions about | | |
| | 303: 14 | | what is included and not included. I do not know | | |
| | 303: 15 | | the discussions or the decisions that were made in | | |
| | 303: 16 | | this case. I don't recall. | | |
| 63 | 304:7 - | 304:9 | Weiner, Jan 2005-08-11 | 00:00:12 | |
| | 304: 7 | | Q: Do you recall you or any of your | | |
| | 304: 8 | | staff raising objection to this news release on not | | |
| | 304: 9 | | including all of the significant findings of VIGOR? | | |
| 64 | 304:11 - | 304:15 | Weiner, Jan 2005-08-11 | 00:00:21 | |
| | 304: 11 | | THE WITNESS: I don't recall. | | |
| | 304: 12 | | BY MR. PLACITELLA: | | |
| | 304: 13 | | Q: Okay. This video news release did | | |
| | 304: 14 | | not include any information from the heart attack | | |
| | 304: 15 | | meta-analysis done by Merck a month before, correct? | | |
| | 304:17 - | 304:20 | Weiner, Jan 2005-08-11 | 00:00:12 | |
| | 304: 17 | | THE WITNESS: It -- it did not | | |
| | 304: 18 | | include cardiovascular information. It did not | | |
| | 304: 19 | | include cardiovascular information in the spoken | | |
| | 304: 20 | | part of the video news release. | | |
| 66 | 427:3 - | 427:9 | Weiner, Jan 2005-08-11 | 00:00:25 | |
| | 427: 3 | | Q: Now, in conjunction with the press | | |
| | 427: 4 | | release that you issued concerning the Topol | | |
| | 427: 5 | | article, you also constructed and issued a video | | |
| | 427: 6 | | news release, correct? | | |
| | 427: 7 | | A: My recollection is that we put | | |
| | 427: 8 | | together a video package but not a video news | | |
| | 427: 9 | | release per se. | | |
| 67 | 427:10 - | 427:21 | Weiner, Jan 2005-08-11 | 00:00:38 | |
| | 427: 10 | | Q: What's the difference? | | |
| | 427: 11 | | A: The difference is a video package | | |
| | 427: 12 | | gives just the elements, and that is it will be | | |
| | 427: 13 | | soundbites, if you will, and that is all. It does | | |
| | 427: 14 | | not present what is called a cut piece or a | | |
| | 427: 15 | | pre-prepared total story -- | | |
| | 427: 16 | | Q: Okay. | | |
| | 427: 17 | | A: -- which means that if a television | | |
| | 427: 18 | | station wants to use it, they're going to have to go | | |
| | 427: 19 | | in, construct their own story, and pull elements or | | |
| | 427: 20 | | ingredients from the package that we have prepared | | |
| | 427: 21 | | for them. | | |
| 68 | 428:2 - | 428:13 | Weiner, Jan 2005-08-11 | 00:00:31 | |
| | 428: 2 | | Q: Okay. And they could cut and paste | | |
| | 428: 3 | | whatever they wanted and stick it in their news | | |
| | 428: 4 | | story, correct? | | |
| | 428: 5 | | A: Essentially, yes. | | |
| | 428: 6 | | Q: Was the video package presented to | | |
| | 428: 7 | | the FDA before it was aired? | | |
| | 428: 8 | | A: I don't believe so. That would not | | |

| | Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|---|
| | 428: 9 | | have been normal practice. | | |
| | 428: 10 | | Q: Okay. Now I'm going to show you | | |
| | 428: 11 | | what's been produced to us by Merck's counsel | | |
| | 428: 12 | | concerning the Topol article in August 2001. | | |
| | 428: 13 | | A: Okay. | | |
| 69 | 428:15 - 428:20 | | Weiner, Jan 2005-08-11  00:00:16 | | |
| | 428: 15 | | (Video clip shown.) | | |
| | 428: 16 | | BY MR. PLACITELLA: | | |
| | 428: 17 | | Q: All right. Before we move forward, | | |
| | 428: 18 | | did you see that was from August 21, 2001? | | |
| | 428: 19 | | A: I glanced at it. | | |
| | 428: 20 | | Q: All right. Let me go back. | | |
| 70 | 428:22 - 428:22 | | Weiner, Jan 2005-08-11  00:00:01 | | |
| | 428: 22 | | THE WITNESS: I see August 21. | | |
| 71 | 429:3 - 429:10 | | Weiner, Jan 2005-08-11  00:01:01 | | |
| | 429: 3 | | Q: Okay. And this material, according | | |
| | 429: 4 | | to this, includes source disclosure, news release, | | |
| | 429: 5 | | super information. What's super information? | | |
| | 429: 6 | | A: It's the name and title of the people | | |
| | 429: 7 | | who are on the screen. | | |
| | 429: 8 | | Q: Okay. Soundbites, B-roll and | | |
| | 429: 9 | | prescribing information, correct? | | |
| | 429: 10 | | A: That is correct. | | |
| 72 | 430:24 - 431:6 | | Weiner, Jan 2005-08-11  00:00:25 | | |
| | 430: 24 | | THE TAPE: ...the kind of extensive | | |
| | 430: 25 | | data that...suggests that patients receiving Vioxx | | |
| | 431: 1 | | are not at an increased risk for heart attack or | | |
| | 431: 2 | | other cardiovascular event.) | | |
| | 431: 3 | | BY MR. PLACITELLA: | | |
| | 431: 4 | | Q: What is it that Laura Demopoulos just | | |
| | 431: 5 | | told the world about Vioxx and cardiovascular | | |
| | 431: 6 | | events? | | |
| 73 | 431:14 - 431:17 | | Weiner, Jan 2005-08-11  00:00:12 | | |
| | 431: 14 | | THE WITNESS: That there is -- that | | |
| | 431: 15 | | there is an extensive body of evidence that would | | |
| | 431: 16 | | tend to suggest that patients receiving. Vioxx are | | |
| | 431: 17 | | not at an increased risk of cardiovascular events. | | |
| 74 | 434:11 - 434:15 | | Weiner, Jan 2005-08-11  00:00:12 | | |
| | 434: 11 | | Q: Okay. To be fair, in the fullest | | |
| | 434: 12 | | sense, what I'm going to do is play the entire thing | | |
| | 434: 13 | | through, and then we'll go back and take pieces, | | |
| | 434: 14 | | rather than have you guess what's coming. Okay? | | |
| | 434: 15 | | Because that may not be a fair way to approach this. | | |
| 76 | 436:17 - 436:21 | | Weiner, Jan 2005-08-11  00:00:21 | | |
| | 436: 17 | | Q: Does Dr. Demopoulos tell people who | | |
| | 436: 18 | | are watching this video that Merck ran a study | | |
| | 436: 19 | | called VIGOR, that one of the theories was that | | |
| | 436: 20 | | there was at least four times as many heart attacks | | |
| | 436: 21 | | for people on Vioxx versus naproxen? | | |
| 77 | 436:23 - 437:2 | | Weiner, Jan 2005-08-11  00:00:10 | | |
| | 436: 23 | | THE WITNESS: That particular sound | | |
| | 436: 24 | | bite does not make reference to that statement. | | |
| | 436: 25 | | BY MR. PLACITELLA: | | |
| | 437: 1 | | Q: In fact, her statement is that Vioxx | | |
| | 437: 2 | | does not cause heart attacks, correct? | | |
| 78 | 437:5 - 437:6 | | Weiner, Jan 2005-08-11  00:00:04 | | |
| | 437: 5 | | THE WITNESS: I think -- I think her | | |
| | 437: 6 | | statement -- her statement is quite clear. | | |
| | 444:1 - 444:4 | | Weiner, Jan 2005-08-11  00:00:12 | | |
| | 444: 1 | | Q: And what she tells the world is that | | |
| | 444: 2 | | it's Merck's position, even as of August 2001, | | |
| | 444: 3 | | despite whatever Merck knew internally, that Vioxx | | |
| | 444: 4 | | can't cause heart attacks, true? | | |

| | Designated Testimony | | Objections | Rulings |
|---|---|---|---|---|
| 80 | 444:7 - 444:12 | Weiner, Jan 2005-08-11   00:00:18 | | |
| | 444: 7 | THE WITNESS: Again, I think what Dr. | | |
| | 444: 8 | Demopoulos said on the videotape is -- was quite | | |
| | 444: 9 | clear, that -- and, you know, we've talked about it | | |
| | 444: 10 | previously, that the data tended to suggest that | | |
| | 444: 11 | patients taking Vioxx did not have an increased | | |
| | 444: 12 | risk. | | |
| 81 | 444:14 - 444:15 | Weiner, Jan 2005-08-11   00:00:06 | | |
| | 444: 14 | Q: But Merck knew there was a lot of | | |
| | 444: 15 | data to the contrary, true? | | |
| 82 | 444:17 - 444:18 | Weiner, Jan 2005-08-11   00:00:05 | | |
| | 444: 17 | THE WITNESS: Again, her statements | | |
| | 444: 18 | went through the Merck review process. | | |
| 83 | 444:22 - 444:23 | Weiner, Jan 2005-08-11   00:00:06 | | |
| | 444: 22 | One, Merck had the information from | | |
| | 444: 23 | the VIGOR study at this point, true? | | |
| 84 | 445:3 - 445:10 | Weiner, Jan 2005-08-11   00:00:17 | | |
| | 445: 3 | A: Yes, Merck had the VIGOR results at | | |
| | 445: 4 | that time. | | |
| | 445: 5 | Q: Merck had the results of the | | |
| | 445: 6 | ADVANTAGE trial as of this point, true? | | |
| | 445: 7 | A: I believe that's the case. | | |
| | 445: 8 | Q: Merck had the results of the low back | | |
| | 445: 9 | pain study, true? | | |
| | 445: 10 | A: I don't know that to be a fact. | | |
| 85 | 446:1 - 446:4 | Weiner, Jan 2005-08-11   00:00:17 | | |
| | 446: 1 | Q: Okay. And Merck had in its | | |
| | 446: 2 | possession the study -- the analysis that Dr. | | |
| | 446: 3 | Shapiro did in October of 2000 concerning heart | | |
| | 446: 4 | attacks and Vioxx, true? | | |
| 86 | 446:6 - 446:11 | Weiner, Jan 2005-08-11   00:00:14 | | |
| | 446: 6 | THE WITNESS: We certainly had Dr. | | |
| | 446: 7 | Shapiro's analysis. | | |
| | 446: 8 | BY MR. PLACITELLA: | | |
| | 446: 9 | Q: And Laura Demopoulos mentioned none | | |
| | 446: 10 | of that on national television in response to Dr. | | |
| | 446: 11 | Topol's article, true? | | |
| 87 | 446:13 - 446:14 | Weiner, Jan 2005-08-11   00:00:06 | | |
| | 446: 13 | THE WITNESS: Her comments do not | | |
| | 446: 14 | include specific references to those things. | | |
| 88 | 525:21 - 525:23 | Weiner, Jan 2005-08-12   00:00:08 | | |
| | 525: 21 | Q: I'm going to show you a document that | | |
| | 525: 22 | we'll mark as Weiner-78 and ask if you can identify | | |
| | 525: 23 | it. | | |
| 89 | 526:4 - 527:3 | Weiner, Jan 2005-08-12   00:01:25 | | |
| | 526: 4 | THE WITNESS: This is the news | | |
| | 526: 5 | release that was issued to announce the preliminary | | |
| | 526: 6 | results of the VIGOR study. | | |
| | 526: 7 | BY MR. MAYER: | | |
| | 526: 8 | Q: Was there media coverage in response | | |
| | 526: 9 | to this news release? | | |
| | 526: 10 | A: There was a small amount of media | | |
| | 526: 11 | coverage on the day that this particular news | | |
| | 526: 12 | release was issued. But over the coming months, | | |
| | 526: 13 | there was a great deal of media coverage about this | | |
| | 526: 14 | topic. | | |
| | 526: 15 | Q: Did this news release say anything | | |
| | 526: 16 | about the cardiovascular results of the VIGOR study, | | |
| | 526: 17 | in particular, the difference in event rates between | | |
| | 526: 18 | Vioxx and naproxen? | | |
| | 526: 19 | A: Yes, it does. | | |
| | 526: 20 | Q: What does it say about that? | | |
| | 526: 21 | A: Reading from the release at the | | |
| | 526: 22 | beginning of the second paragraph, 'In addition, | | |
| | 526: 23 | significantly fewer thromboembolic events were | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 526: 24 | observed in patients taking naproxen in this GI | | |
| 526: 25 | outcomes study, which is consistent with naproxen's | | |
| 527: 1 | ability to block platelet aggregation. This effect | | |
| 527: 2 | on these events has not been observed previously in | | |
| 527: 3 | any clinical studies for naproxen.' | | |
| **528:6 - 528:20** | | | |
| 528: 6 | Q. Did the press release also disclose | | |
| 528: 7 | the gastrointestinal results of the study? | | |
| 528: 8 | A. Yes, it did. | | |
| 528: 9 | Q. Very briefly, what were the | | |
| 528: 10 | gastrointestinal results of the VIGOR study? | | |
| 528: 11 | A. The results related to that, I can | | |
| 528: 12 | characterize it as positive. I can read the | | |
| 528: 13 | relevant sentences for you if you wish. | | |
| 528: 14 | Q. If you could -- just directing your | | |
| 528: 15 | attention to the second sentence of the release, if | | |
| 528: 16 | you could just read that into the record. | | |
| 528: 17 | A. "Among patients treated with Vioxx, | | |
| 528: 18 | there was a significantly reduced incidence of | | |
| 528: 19 | serious gastrointestinal events compared to patients | | |
| 528: 20 | treated with naproxen." | | |
| **532:11 - 532:21** | | | |
| 532: 11 | Q. Why did Merck issue this release? | | |
| 532: 12 | A. Merck issued the release because | | |
| 532: 13 | there had been a large amount of very speculative | | |
| 532: 14 | media coverage on that day, some of it reflecting | | |
| 532: 15 | points of view raising questions about the safety of | | |
| 532: 16 | COX-2 inhibitors. | | |
| 532: 17 | Q. Was there any other purpose in | | |
| 532: 18 | issuing the release? | | |
| 532: 19 | A. It was to respond to the questions | | |
| 532: 20 | that were in the public domain and in news media | | |
| 532: 21 | coverage. | | |
| **532:25 - 534:9** | | | |
| 532: 25 | Q. But do you believe that the release | | |
| 533: 1 | was fair and accurate? | | |
| 533: 2 | A. Yes. | | |
| 533: 3 | Q. Did the release say anything about | | |
| 533: 4 | the difference in heart attack rates in the VIGOR | | |
| 533: 5 | study between Vioxx and naproxen? | | |
| 533: 6 | A. Yes, it did. | | |
| 533: 7 | Q. What did it say? | | |
| 533: 8 | A. Reading from the bottom of the first | | |
| 533: 9 | page, "Although the VIGOR study was a GI outcomes | | |
| 533: 10 | study and was not designed to show differences in | | |
| 533: 11 | cardiovascular effects, significantly fewer heart | | |
| 533: 12 | attacks were observed in patients taking naproxen | | |
| 533: 13 | (0.1 percent) compared to the group taking Vioxx 50 | | |
| 533: 14 | milligrams (0.5 percent) in this study. There" -- | | |
| 533: 15 | Q. Thank you. | | |
| 533: 16 | Did the release say anything about | | |
| 533: 17 | whether the naproxen hypothesis was the only | | |
| 533: 18 | possible explanation of the VIGOR results? | | |
| 533: 19 | A. No. It goes on in the next paragraph | | |
| 533: 20 | to say, "In extensive discussions, the Advisory | | |
| 533: 21 | Committee explored this finding, other studies of | | |
| 533: 22 | Vioxx and possible explanations for this result in | | |
| 533: 23 | VIGOR." | | |
| 533: 24 | MR. PLACITELLA: Could you read the | | |
| 533: 25 | rest of that paragraph, please? | | |
| 534: 1 | BY MR. MAYER: | | |
| 534: 2 | Q. You may read that. | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 534: 3 | A. "In the completed osteoarthritis | | |
| 534: 4 | trials and on-going clinical trials with Vioxx 12.5 | | |
| 534: 5 | milligram, 25 milligram and 50 milligram in 30,000 | | |
| 534: 6 | patients, there was no difference in the incidence | | |
| 534: 7 | of cardiovascular events, such as heart attacks, | | |
| 534: 8 | among patients taking Vioxx, other NSAIDs and | | |
| 534: 9 | placebo." | | |
| 537:23 - 538:5 | | | |
| 537: 23 | Q. Was the labeling for Vioxx changed to | | |
| 537: 24 | reflect the results of the VIGOR study? | | |
| 537: 25 | A. Yes, it was. | | |
| 538: 1 | Q. When was that? | | |
| 538: 2 | A. It was in April of 2002. | | |
| 538: 3 | Q. Did Merck issue any press release in | | |
| 538: 4 | connection with that label change? | | |
| 538: 5 | A. Yes, it did. | | |
| 538:13 - 538:22 | | | |
| 538: 13 | Q. I show you a document that we've | | |
| 538: 14 | marked as Weiner-81 and ask if you can identify | | |
| 538: 15 | that? It bears Bates Numbers MRK PRL 000246 to 250. | | |
| 538: 16 | A. This is a news release that Merck | | |
| 538: 17 | issued to announce that we had changed the | | |
| 538: 18 | prescribing information for Vioxx as requested by | | |
| 538: 19 | the FDA. | | |
| 538: 20 | Q. And did the news release include any | | |
| 538: 21 | information with regard to cardiovascular issues? | | |
| 538: 22 | A. Yes, it did. | | |
| 538:23 - 539:23 | | | |
| 538: 23 | Q. Directing your attention to the third | | |
| 538: 24 | paragraph, could you read that into the record? | | |
| 538: 25 | A. "The prescribing information also has | | |
| 539: 1 | been revised to include cardiovascular data from | | |
| 539: 2 | VIGOR. In this study, the number of patients with | | |
| 539: 3 | serious cardiovascular thrombotic events in the | | |
| 539: 4 | | | |
| 539: 5 | higher than in the group taking naproxen (n=19). In | | |
| 539: 6 | a placebo-controlled database derived from two other | | |
| 539: 7 | studies (n=2,142), the number of patients with | | |
| 539: 8 | serious cardiovascular thrombotic events among those | | |
| 539: 9 | receiving Vioxx 25 milligrams was 21 compared to 35 | | |
| 539: 10 | for patients taking placebo. These data also are | | |
| 539: 11 | reflected in the prescribing information. The | | |
| 539: 12 | significance of the cardiovascular findings from | | |
| 539: 13 | these three studies (VIGOR and the | | |
| 539: 14 | placebo-controlled studies) is unknown. Vioxx is | | |
| 539: 15 | not a substitute for aspirin to prevent | | |
| 539: 16 | cardiovascular events because of its lack of effect | | |
| 539: 17 | on platelets. The Precautions section of the | | |
| 539: 18 | prescribing information states that all of this | | |
| 539: 19 | information should be taken into consideration and | | |
| 539: 20 | caution should be exercised when Vioxx is used in | | |
| 539: 21 | patients with a medical history of ischemic heart | | |
| 539: 22 | disease, which includes patients with a history of | | |
| 539: 23 | angina or heart attack." | | |
| 541:11 - 542:15 | | | |
| 541: 11 | Q. Now, you've testified that you | | |
| 541: 12 | communicated with Merck scientists regarding the | | |
| 541: 13 | scientific and medical issues that were included in | | |
| 541: 14 | news releases regarding Vioxx; is that correct? | | |
| 541: 15 | A. That's correct. | | |

4

| Designated Testimony | | | Objections | Rulings |
|---|---|---|---|---|
| | 541: 16 | Q. To the best of your understanding | PI's Obj.: R. 801, R. 802. Communications from Merck scientists to Witness are hearsay. | Mason: Overruled. overruled |
| | 541: 17 | based on your communications with the Merck | | |
| | 541: 18 | scientists, did the Merck scientists with whom you | | |
| | 541: 19 | communicated during the period for which you had | | |
| | 541: 20 | responsibility for Vioxx have a belief with respect | | |
| | 541: 21 | to the cardiovascular safety of Vioxx? | | |
| | 541: 22 | A. Yes, they did. | | |
| | 541: 23 | Q. What was that belief? | | |
| | 541: 24 | A. The belief -- they had a strong | | |
| | 541: 25 | belief in the cardiovascular safety of Vioxx, and | | |
| | 542: 1 | they believed, as is reflected in the news releases, | | |
| | 542: 2 | in the effect of naproxen, and they also believed | | |
| | 542: 3 | that there was significant data from our other | | |
| | 542: 4 | studies that gave them confidence in the safety -- | | |
| | 542: 5 | cardiovascular safety profile of Vioxx. | | |
| | 542: 6 | Q. Ms. Weiner, did you ever take Vioxx | PI's Obj.: R. 401, R. 402, R. 403. Subject of MIL. Whether Witness took Vioxx and was pleased with pain relieve if irrelevant. No evidence has been submitted regarding her health condition, particularly her cardiac condition. Probative value of testimony is minima and is substantially outweighed by the prejudicial effect of the testimony. | Mason: Overruled. |
| | 542: 7 | yourself? | | |
| | 542: 8 | A. Yes, I did. | | |
| | 542: 9 | Q. Under what circumstances? | | |
| | 542: 10 | A. I broke my foot, and my doctor | | |
| | 542: 11 | prescribed it to relieve the acute pain that was | | |
| | 542: 12 | associated with that. | | |
| | 542: 13 | Q. And were you satisfied with the | | |
| | 542: 14 | results? | | |
| | 542: 15 | A. Yes. | | |
| 90 | 542:16 - 543:3 | Weiner, Jan 2005-08-12 | | |
| | 542: 16 | Q: Ms. Weiner, what is an impression? | | |
| | 542: 17 | From a public affairs point of view, what does that | | |
| | 542: 18 | word mean? | | |
| | 542: 19 | A: An impression is a calculation of the | | |
| | 542: 20 | potential reach of a news media story. It is -- in | | |
| | 542: 21 | the case of a newspaper, it's not just the | | |
| | 542: 22 | circulation, recognizing that a newspaper can go | | |
| | 542: 23 | into an office or a home and be seen by other | | |
| | 542: 24 | people, and so in the case of a newspaper, we will | | |
| | 542: 25 | obtain from that organization their best estimate of | | |
| | 543: 1 | the number of people on average who see each issue. | | |
| | 543: 2 | And so an impression would be the circulation times | | |
| | 543: 3 | whatever the pass-along factor is. | | |
| 91 | 543:6 - 543:15 | Weiner, Jan 2005-08-12 | 00:00:23 | |
| | 543: 6 | THE WITNESS: That covers print. And | | |
| | 543: 7 | then an impression as it relates to broadcast will | | |
| | 543: 8 | be their best estimate of the number of people who | | |
| | 543: 9 | are viewing a program. The data is much better for | | |
| | 543: 10 | broadcast than it is for print. | | |
| | 543: 11 | BY MR. MAYER: | | |
| | 543: 12 | Q: Does the calculation of impression, | | |
| | 543: 13 | for purposes of newspapers mean a person actually | | |
| | 543: 14 | saw or read a particular item? | | |
| | 543: 15 | A: No. | | |
| | 548:12 - 548:15 | | | |
| | 548: 12 | Q. By the way, did Merck disclose | | |
| | 548: 13 | publicly that there was a difference between Vioxx | | |
| | 548: 14 | and naproxen in heart attack rates? | | |
| | 548: 15 | A. Yes, on numerous occasions. | | |
| | 565:13 - 568:18 | | | |
| | 565: 13 | Did the Merck scientists provide you | | |
| | 565: 14 | any evidence that naproxen was cardioprotective? | | |
| | 565: 15 | A. I don't recall the specific -- I | | |
| | 565: 16 | don't recall. | | |
| | 565: 17 | Q. And the reason is because there was | [565:17-565:21] | Sustained witness doesn't know or recall |

Plaintiff's and Defendant's Designations of Jan Weiner

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 565: 18 | no evidence; correct? | Def's Obj.: Question completely mischaracterizes the witness's answer | Sustained |
| 565: 19 | MR. MAYER: Objection to the form. | | |
| 565: 20 | THE WITNESS: I don't recall -- I | | |
| 565: 21 | don't recall that level of detail. | | |
| 565: 22 | BY MR. PLACITELLA: | | |
| 565: 23 | Q. It's important, because I want to | [565:23-566:13] Def's Obj.: Witness has no knowledge of Alise Reicin's testimony. See, 566:13: "I do not know what Alise has said." Improper to ask one fact witness to comment on another fact witness's testimony. Further, question also mischaracterizes Alise's testimony. | |
| 565: 24 | make sure the record is clear. I'm going to show | | |
| 565: 25 | you what the Merck scientists testified to in this | | |
| 566: 1 | case about what they knew. | | |
| 566: 2 | MR. PLACITELLA: Could you please go | | |
| 566: 3 | to Alise Reicin. | | |
| 566: 4 | BY MR. PLACITELLA: | | |
| 566: 5 | Q. She was a person you relied upon; | | |
| 566: 6 | correct? | | |
| 566: 7 | A. She was among the people that we | | |
| 566: 8 | relied on. | | |
| 566: 9 | Q. Were you aware that Alise Reicin | | |
| 566: 10 | testified in this case that naproxen was never | | |
| 566: 11 | tested by its manufacturer to determine whether it | | |
| 566: 12 | had cardioprotective properties? | | |
| 566: 13 | A. I do not know what Alise has said. | | |
| 566: 14 | Q. Don't you believe that if the drug | [566:14-566:20] Def's Obj.: Calls for speculation; lack of personal knowledge as to what other drug companies might do (as shown by her answer) | |
| 566: 15 | had cardioprotective properties that the | | |
| 566: 16 | manufacturer of the drug would have attempted to | | |
| 566: 17 | market it for that purpose? | | |
| 566: 18 | MR. MAYER: Objection to the form. | | |
| 566: 19 | THE WITNESS: I can't speculate on | | |
| 566: 20 | what another drug company would do. | | |
| 566: 21 | MR. PLACITELLA: Can you show CP-1, | [566:21-567:13] Def's Obj.: Lack of foundation; hearsay. Counsel is reading from a document from Alise Reicin. It is improper to read one fact witness's testimony to another fact witness and ask for comment. Counsel then asks witness an improper question that calls for expert testimony and which is outside this witness's area of expertise or job description. | |
| 566: 22 | please. This is from Alise Reicin. | | |
| 566: 23 | BY MR. PLACITELLA: | | |
| 566: 24 | Q. "Question: Have you ever heard | | |
| 566: 25 | anyone affiliated with any company or entity that | | |
| 567: 1 | manufactures naproxen under any name, Naprosyn, | | |
| 567: 2 | whatever, claim that naproxen is cardioprotective? | | |
| 567: 3 | "Answer: No. And to my | | |
| 567: 4 | understanding, it's never been tested by those | | |
| 567: 5 | corporations." | | |
| 567: 6 | Were you ever told that? | | |
| 567: 7 | A. I don't recall. | | |
| 567: 8 | Q. Okay. | | |
| 567: 9 | And VIGOR does not prove that | | |
| 567: 10 | naproxen is cardioprotective; correct? | | |
| 567: 11 | MR. MAYER: Object to the form. | | |
| 567: 12 | THE WITNESS: I'm not a scientist who | | |
| 567: 13 | is really able to answer that question. | | |
| 567: 14 | BY MR. PLACITELLA: | | |
| 567: 15 | Q. Who is Deborah Shapiro? | | |
| 567: 16 | A. She's in this -- she's in statistics | | |
| 567: 17 | within Merck Research Laboratories. | | |
| 567: 18 | Q. One of the Merck research scientists | | |
| 567: 19 | that you said you rely upon your total opinion to | | |
| 567: 20 | provide you accurate information; correct? | | |
| 567: 21 | A. On occasion, she would review our | | |
| 567: 22 | releases, but she is not a regular reviewer. | | |
| 567: 23 | MR. PLACITELLA: Can you show me | | |
| 567: 24 | CP-2, please. | | |
| 567: 25 | BY MR. PLACITELLA: | | |
| 568: 1 | Q. This is from Deborah Shapiro sworn | [568:1-568:8] Def's Obj.: Lack of foundation; hearsay. Counsel is now reading from a document from Deborah Shapiro. Improper to | |
| 568: 2 | under oath. | | |
| 568: 3 | "Question: There is nothing in VIGOR | | |
| 568: 4 | that affirmatively establishes that naproxen has | | |
| 568: 5 | cardioprotective benefits, is there? | | |
| 568: 6 | "Answer: There is nothing in VIGOR | | |
| 568: 7 | by itself." | | |

| Designated Testimony | | Objections | Rulings |
|---|---|---|---|
| 568: 8 | Who is Briggs Morrison? | read one fact witness's testimony to another fact witness and ask for comment. Also, question without an answer.<br><br>[568:14-568:18]<br>Def's Obj.: Hearsay. Counsel is trying to backdoor (improper) testimony. | Sustained |
| 568: 9 | A. He worked in the Merck Research | | |
| 568: 10 | Laboratories. | | |
| 568: 11 | Q. One of the scientists that worked on | | |
| 568: 12 | Vioxx; correct? | | |
| 568: 13 | A. I believe so. | | |
| 568: 14 | Q. And did he ever tell you there are no | | |
| 568: 15 | studies to establish that naproxen was | | |
| 568: 16 | cardioprotective? | | |
| 568: 17 | MR. MAYER: Object to the form. | | |
| 568: 18 | THE WITNESS: I don't recall. | | |
| 583:19 - 584:13 | | | |
| 583: 19 | Q. Now, going back to March of 2000 when | | |
| 583: 20 | you started to issue press releases, and, Mr. Mayer, | | |
| 583: 21 | the first press release he put in front of you was | | |
| 583: 22 | March 27, 2000. Maybe you can put it in front of | | |
| 583: 23 | you again. | | |
| 583: 24 | The naproxen theory is in this press | | |
| 583: 25 | release; correct? | | |
| 584: 1 | A. There's language in this press | | |
| 584: 2 | release related to naproxen and what our scientists | | Overruled |
| 584: 3 | believed. | | |
| 584: 4 | Q. Show me in this press release, show | [584:4-584:13] | |
| 584: 5 | the jury, show the world right now where in this | Def's Obj.: Object to | |
| 584: 6 | press release Merck is telling people that one of | "show the world right | |
| 584: 7 | the explanations for VIGOR is that Vioxx can cause | now" language; 403. | |
| 584: 8 | heart attacks. | | |
| 584: 9 | MR. MAYER: Objection to the form and | | |
| 584: 10 | it's been asked and answered. | | |
| 584: 11 | THE WITNESS: The specific language | | |
| 584: 12 | that you are looking for is not present in the news | | |
| 584: 13 | release. | | |
| 671:25 - 672:11 | | | |
| 671: 25 | And that knowledge that heart | | |
| 672: 1 | attacks -- one explanation for the heart attack | | |
| 672: 2 | information in VIGOR was that it was Vioxx was the | | |
| 672: 3 | cause was not shared with the world in any of the | | |
| 672: 4 | press materials that you issued; true? | | |
| 672: 5 | MR. MAYER: Objection to the form. | | |
| 672: 6 | THE WITNESS: That statement was not | | |
| 672: 7 | reflected in the press materials that we issued. | | |
| 672: 8 | However, we did make clear that there was a | | |
| 672: 9 | difference in the cardiovascular events between the | | |
| 672: 10 | two groups, and we offered the opinion and | | |
| 672: 11 | perspective of our scientists on the issue. | | |
| 673:15 - 674:3 | | | |
| 673: 15 | Q. Point to one piece of press material | | |
| 673: 16 | that Merck put out from the time you were in charge | | |
| 673: 17 | until the time you weren't in charge where you told | | |
| 673: 18 | the world that one of the explanations for the | | |
| 673: 19 | results in VIGOR was that the Vioxx was causing the | | |
| 673: 20 | heart attacks. Point to one. | | |
| 673: 21 | A. We have reviewed a number of the news | | |
| 673: 22 | releases. My view is that a news release reflects | | |
| 673: 23 | the opinions and perspectives of a company, and in | | |
| 673: 24 | this case it was the opinions and perspectives of | | |
| 673: 25 | our scientists based upon the weight of evidence. | | |
| 674: 1 | We clearly disclosed that there was a difference in | | |
| 674: 2 | cardiovascular events, and a news release talks | | |
| 674: 3 | about a company's perspective. | | |

| Designated Testimony | Objections | Rulings |
|---|---|---|
| 674:4 - 675:3 | | |
| 674: 4   Q.   But you never, ever told the people | | |
| 674: 5   that you knew that one of the explanations for VIGOR | | |
| 674: 6   was that Vioxx could cause heart attacks; right? | | |
| 674: 7   MR. MAYER: Objection to the form. | | |
| 674: 8   THE WITNESS: It was not in the news | | |
| 674: 9   releases. It was clearly, however, widely discussed | | |
| 674: 10   in the news media and in the scientific circles. | | |
| 674: 11   BY MR. PLACITELLA: | | |
| 674: 12   Q.   But, you, Merck, people rely upon you | [674:12-674:14] | |
| 674: 13   to tell them what you know about your products, | Def's Obj.: 602. | Overruled |
| 674: 14   don't they? | | |
| 674: 15   MR. MAYER: Objection. | | |
| 674: 16   THE WITNESS: They rely on the | | |
| 674: 17   company to provide accurate information about its | | |
| 674: 18   medicines. | | |
| 674: 19   BY MR. PLACITELLA: | | |
| 674: 20   Q.   Yes. | | |
| 674: 21   And you, Merck, never told the people | [674:21-675:3] | |
| 674: 22   taking your products in your public relations | Def's Obj.: The same | |
| 674: 23   material that you were aware that one of the | question is asked and | |
| 674: 24   explanations for the results in VIGOR was that Vioxx | answered (at least twice) | |
| 674: 25   was causing the heart attacks; right? | above, including 675:4-6 | |
| 675: 1   MR. MAYER: Objection to the form. | (directly above). Asking | |
| 675: 2   THE WITNESS: The specific words to | over and over in a short | |
| 675: 3   that effect are not reflected in the press releases. | deposition clip is | |
| | repetitive, a waste of time, | |
| | and 403. | |