**Dedrick v. Merck Co., Inc.**
Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | Objections | Rulings |
|---|---|---|

Plaintiff ⬤ = Red
Defendant = Blue

| | | |
|---|---|---|
| 33:24 - | 34:1 | Graham, David 2006-05-09 |
| 33 24 | | Q: Dr. Graham, good morning. |
| 34 1 | | A: Good morning. |
| | | |
| 34:8 | 34:10 | |
| 34 8 | | 8     Q.   You're here under subpoena. |
| 34 9 | | 9   Do you understand that, sir? |
| 34 10 | | 10     A.   Yes. |
| | | |
| 35:13 - | 38:1 | Graham, David 2006-05-09 |
| 35 13 | | I would like to know who you |
| 35 14 | | are, sir. What is your current title and |
| 35 15 | | position at the FDA? |
| 35 16 | | A: I'm a medical officer and |
| 35 17 | | the associate director for science and |
| 35 18 | | medicine in the Office of Drug Safety. |
| 35 19 | | Q: What does that job involve, |
| 35 20 | | sir? |
| 35 21 | | A: I'm the senior scientific |
| 35 22 | | adviser for the office. I mentor the |
| 35 23 | | scientific staff. I advise the office |
| 35 24 | | director on all scientific and medical |
| 36 1 | | matters. I oversee intramural and |
| 36 2 | | extramural research programs within the |
| 36 3 | | office and serve as a resource to the |
| 36 4 | | center, the Center For Drug Evaluation on |
| 36 5 | | epidemiologic matters as well. |
| 36 6 | | Q: You are an epidemiologist, |
| 36 7 | | sir? |
| 36 8 | | A: Yes, I am. |
| 36 9 | | Q: And you're also a physician? |
| 36 10 | | A: That's correct. |
| 36 11 | | Q: So, you hold an M.D. degree |
| 36 12 | | as well; is that correct? |
| 36 13 | | A: Yes. |
| 36 14 | | Q: And you're a long-time |
| 36 15 | | employee of the FDA? |
| 36 16 | | A: Yes. |
| 36 17 | | Q: How many years, sir? |
| 36 18 | | A: About 22. |
| 36 19 | | Q: This deposition is about |
| 36 20 | | many of your public statements. |
| 36 21 | | One you made on November 18, |
| 36 22 | | 2004 to the United States Senate Finance |
| 36 23 | | Committee. You said, to quote you, |
| 36 24 | | Vioxx is a terrible tragedy and a |
| 37 1 | | profound regulatory failure. I would |
| 37 2 | | argue that the FDA as currently |
| 37 3 | | configured is incapable of protecting |
| 37 4 | | America against another Vioxx. We are |
| 37 5 | | virtually defenseless.' Did you make |
| 37 6 | | that statement? |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 37 7 | A: Yes, I did. | | |
| 37 8 | Q: You also made a statement on | | |
| 37 9 | November 18 before the United States | | |
| 37 10 | Senate where you said, 'Vioxx is the | | |
| 37 11 | single greatest drug safety catastrophe | | |
| 37 12 | in the history of this country.' Did you | | |
| 37 13 | make that statement, sir? | | |
| 37 14 | A: Yes, I did. | | |
| 37 15 | Q: Do you stick by that | | |
| 37 16 | statement, sir? | | |
| 37 17 | A: I do. | | |
| 37 18 | Q: You also said, 'The FDA, its | | |
| 37 19 | Center for Drug Evaluation and Research, | | |
| 37 20 | are broken.' Did you make that | | |
| 37 21 | statement, sir? | | |
| 37 22 | A: Yes, I did. | | |
| 37 23 | Q: Do you believe that and do | | |
| 37 24 | you stick to it today? | | |
| 38 1 | A: Yes, I do. | | |
| | | | |
| 39:8 -   40:2 | Graham, David 2006-05-09 | | |
| 39 8 | Sir, within the FDA, to what | | |
| 39 9 | have you devoted your entire professional | | |
| 39 10 | activities and professional life? | | |
| 39 11 | A: Post-marketing drug safety | | |
| 39 12 | and public health. | | |
| 39 13 | Q: What is post-marketing | | |
| 39 14 | safety, sir? | | |
| 39 15 | A: It's examining the safety of | | |
| 39 16 | drug products once they've been approved | | |
| 39 17 | for marketing. | | |
| 39 18 | Q: Do you have any interest of | | |
| 39 19 | any kind in the Vioxx litigation, sir? | | |
| 39 20 | A: No. | | |
| 39 21 | Q: Do you have any financial | | |
| 39 22 | interest in any drug company or any other | | |
| 39 23 | kind of conflict that you can think of | | |
| 39 24 | that you would disclose here? | | |
| 40 1 | A: I have none that I can think | | |
| 40 2 | of. | | |
| | | | |
| 40:3 -   40:11 | Graham, David 2006-05-09 | | |
| 40 3 | Q: Today, sir, are you here on | | |
| 40 4 | behalf of the FDA as an FDA | | |
| 40 5 | representative or are you expressing your | | |
| 40 6 | own opinions? | | |
| 40 7 | A: Well, I've been -- I | | |
| 40 8 | honestly don't know the answer. I've | | |
| 40 9 | been subpoenaed as an FDA employee, but | | |
| 40 10 | undoubtedly some of my opinions will not | | |
| 40 11 | represent those of the agency. | | |
| | | | |
| 40 20 -   41:13 | Graham, David 2006-05-09 | | |
| 40 20 | You have a Bachelor's Degree | | |
| 40 21 | *from Johns Hopkins; is that correct?* | | |
| 40 22 | A: Yes. | | |

**Dedrick v. Merck Co., Inc.**

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | Objections | Rulings |
|---|---|---|
| 40 23     Q: In what year, sir? | | |
| 40 24     A: 1976. | | |
| 41 1     Q: You graduated Phi Beta | | |
| 41 2     Kappa? | | |
| 41 3     A: Correct. | | |
| 41 4     Q: Meaning? | | |
| 41 5     A: That's a scholastic honorary | | |
| 41 6     society that's awarded to people who | | |
| 41 7     graduate in the top of their class. | | |
| 41 8     Q: Then you went to medical | | |
| 41 9     school where, sir? | | |
| 41 10     A: Johns Hopkins University. | | |
| 41 11     Q: You graduated second in your | | |
| 41 12     class? | | |
| 41 13     A: That's correct. | | |
| | | |
| 41:18 -   41:21     Graham, David 2006-05-09 | | |
| 41 18     Q: You then went on to get a | | |
| 41 19     Master's Degree in public health, is that | | |
| 41 20     correct? | | |
| 41 21     A: Yes. | | |
| | | |
| 41:22    42:16 | | |
| 41 22     22     Q. Tell us about that. Where | | |
| 41 23     23    did you get the Master in public health, | | |
| 41 24     24    and what did that involve? | | |
| 42 1     1     A. I went to the Johns Hopkins | | |
| 42 2     2    University School of Public Health and | | |
| 42 3     3    spent eleven months studying | | |
| 42 4     4    epidemiology, biostatistics and computer | | |
| 42 5     5    science, as well as some course work in | | |
| 42 6     6    general public health matters. It was | | |
| 42 7     7    part of a three-year fellowship in | | |
| 42 8     8    epidemiology with the Public Health | | |
| 42 9     9    Service. | | |
| 42 10     10     Q. That epidemiology fellowship | | |
| 42 11     11    was actually at the Food & Drug | | |
| 42 12     12    Administration? | | |
| 42 13     13     A. That's correct. | | |
| 42 14     14     Q. So, that's how you got your | | |
| 42 15     15    first involvement at the FDA? | | |
| 42 16     16     A. Yes. | | |
| | | |
| 42:17 -   43:1     Graham, David 2006-05-09 | | |
| 42 17     Q: You're a career FDA person | | |
| 42 18     then? | | |
| 42 19     A: Yes. | | |
| 42 20     Q: You did an internship and | | |
| 42 21     residency at Yale first; is that correct? | | |
| 42 22     A: Yes. | | |
| 42 23     Q: Then you did a residency in | | |
| 42 24     neurology? | | |
| 43 1     A: Correct. | | |
| | | |
| 43:2    43:11 | | |
| 43 2     2     Q. Which is a subspecialty of | | |

Dedrick v. Merck Co., Inc.

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | Objections | Rulings |
|---|---|---|
| 43 3 | 3 medicine, of course, correct? | | |
| 43 4 | 4   A.  Well, no.  It's independent | | |
| 43 5 | 5 of internal medicine.  It's a separate | | |
| 43 6 | 6 discipline. | | |
| 43 7 | 7   Q.  Yes.  In other words, you | | |
| 43 8 | 8 did an internship and residency in | | |
| 43 9 | 9 internal medicine, then you did another | | |
| 43 10 | 10 residency, correct? | | |
| 43 11 | 11   A.  Correct. | | |

43:12 -   44:22    Graham, David 2006-05-09
| | | | |
|---|---|---|---|
| 43 12 | Q: A second residency? | | |
| 43 13 | A: Yes. | | |
| 43 14 | Q: That second residency being | | |
| 43 15 | at the University of Pennsylvania? | | |
| 43 16 | A: Correct. | | |
| 43 17 | Q: So, you have an internship | | |
| 43 18 | at Yale, residency at Penn in neurology | | |
| 43 19 | and then your training in epidemiology? | | |
| 43 20 | A: Right. | | |
| 43 21 | Q: Your epidemiology training | | |
| 43 22 | was three years? | | |
| 43 23 | A: Three years. | | |
| 43 24 | Q: What is the -- and if you | | |
| 44 1 | could be precise, what is the study of | | |
| 44 2 | epidemiology? | | |
| 44 3 | A: Epidemiology, I think, is | | |
| 44 4 | the study of the causes and distribution | | |
| 44 5 | of diseases in populations. And in the | | |
| 44 6 | area of drug epidemiology, it is looking | | |
| 44 7 | at the distribution and causes of | | |
| 44 8 | drug-induced injuries, but you could also | | |
| 44 9 | be looking for the patterns of the way | | |
| 44 10 | drug products are used in the population. | | |
| 44 11 | Q: Okay. | | |
| 44 12 | How have you used | | |
| 44 13 | epidemiology during your entire | | |
| 44 14 | professional life? | | |
| 44 15 | A: It's been in the practice of | | |
| 44 16 | pharmacoepidemiology or drug safety. | | |
| 44 17 | Q: And what is | | |
| 44 18 | pharmacoepidemiology, sir? | | |
| 44 19 | A: It's a fancy word for drug | | |
| 44 20 | safety epidemiology, 'pharmaco' referring | | |
| 44 21 | to drugs, 'epidemiology,' study of the | | |
| 44 22 | distribution and causes of disease. | | |

47:8 -   47:19    Graham, David 2006-05-09
| | | | |
|---|---|---|---|
| 47 8 | Q: Along the way, sir, in your | | |
| 47 9 | career at the FDA, have you received many | | |
| 47 10 | different awards? | | |
| 47 11 | A: Yes, I have. | | |
| 47 12 | Q: As well as honors? I think | | |
| 47 13 | it's called in your curriculum vitae | | |
| 47 14 | honors and awards; is that correct? | | |
| 47 15 | A: Correct. | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 47 16 | MR. KLINE:  I'm going to | | |
| 47 17 | mark your curriculum vitae as | | |
| 47 18 | Exhibit 1 so we have it as part of | | |
| 47 19 | this record. | | |
| | | | |
| 48:9 -   48:11 | Graham, David 2006-05-09 | | |
| 48 9 | Would you confirm that | | |
| 48 10 | indeed that's your curriculum vitae? | | |
| 48 11 | A:  Yes, it is. | | |
| | | | |
| 60:10 -   60:13 | Graham, David 2006-05-09 | | |
| 60 10 | Q:  I would ask you, sir, do you | | |
| 60 11 | consider yourself an expert in drug | | |
| 60 12 | safety? | | |
| 60 13 | A:  Yes, I do. | | |
| | | | |
| 61:6 -   63:7 | Graham, David 2006-05-09 | | |
| 61 6 | Q:  In what areas of FDA do you | | |
| 61 7 | consider yourself expert? | | |
| 61 8 | A:  I am an expert in areas of | | |
| 61 9 | post-marketing drug safety. I am an | | |
| 61 10 | expert in areas of interaction between | | |
| 61 11 | the reviewing divisions, the preapproval | | |
| 61 12 | side of FDA and the postapproval side of | | |
| 61 13 | FDA. I'm an expert on the culture of | | |
| 61 14 | FDA, on the ways that science is used | | |
| 61 15 | within FDA for -- as it relates to drug | | |
| 61 16 | safety in particular, but also as it | | |
| 61 17 | relates to efficacy. I'm an expert in | | |
| 61 18 | the personnel practices of FDA in the | | |
| 61 19 | ways that it treats its medical officers, | | |
| 61 20 | and there's probably a host of other | | |
| 61 21 | areas that relate to life working within | | |
| 61 22 | FDA that I've become expert in. | | |
| 61 23 | Q:  You're a lifer there? | | |
| 61 24 | A:  Thus far, yes. | | |
| 62 1 | Q:  Let me -- do you have any | | |
| 62 2 | current intention of leaving the FDA? | | |
| 62 3 | A:  No, not unless I'm forced to | | |
| 62 4 | leave. I love the work that I do. | | |
| 62 5 | Q:  Let me ask you some | | |
| 62 6 | questions about your public statements. | | |
| 62 7 | You testified before the | | |
| 62 8 | United States Senate, Senate Finance | | |
| 62 9 | Committee Hearing on drug safety and the | | |
| 62 10 | worldwide withdrawal of Merck & Company, | | |
| 62 11 | Inc. of Vioxx, November 18, '04; is that | | |
| 62 12 | correct? | | |
| 62 13 | A:  Yes. | | |
| 62 14 | Q:  You appeared on 60 Minutes | | |
| 62 15 | on February 16, '05; is that correct? | | |
| 62 16 | A:  Yes. | | |
| 62 17 | Q:  You appeared on February 17, | | |
| 62 18 | 05 before the joint meeting of the | | |
| 62 19 | Arthritis Advisory Committee of the Drug | | |
| 62 20 | Safety and Risk Management Advisory | | |

**Dedrick v. Merck Co., Inc.**

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 62 21 | Committee of the FDA; is that correct? | | |
| 62 22 | A: Yes. | | |
| 62 23 | Q. On the Today Show with Katie | | |
| 62 24 | Couric on December 21, '05 you were | | |
| 63 1 | interviewed? | | |
| 63 2 | A. Was it '05 or '04? | | |
| 63 3 | Q. '04. I'm sorry. '04? | | |
| 63 4 | A. Yes. | | |
| 63 5 | Q. On Good Morning America with | | |
| 63 6 | Diane Sawyer on November 19, '04? | | |
| 63 7 | A. Yes. | | |
| | | | |
| 63:15 -    64:1 | Graham, David 2006-05-09 | | |
| 63 15 | Did you also appear on ABC | | |
| 63 16 | Nightline with Ted Koppel on December 3, | | |
| 63 17 | 04? | | |
| 63 18 | A. Yes, I did. | | |
| 63 19 | Q: And in many other forums | | |
| 63 20 | relating to Vioxx, the withdrawal of | | |
| 63 21 | Vioxx; is that correct? | | |
| 63 22 | A: Yes. | | |
| 63 23 | Q: Do you believe Vioxx is an | | |
| 63 24 | unsafe drug, sir? | | |
| 64 1 | A: Yes I, do. | | |
| | | | |
| 64:2 -    64:4 | Graham, David 2006-05-09 | | |
| 63 2 | Q.   Do you believe that Merck | | |
| 63 3 | was correct in taking it off the market? | | |
| 63 4 | A.   Yes. | | |
| | | | |
| 64:5 -    64:16 | Graham, David 2006-05-09 | | |
| 64 5 | Q: Should it ever have been on | | |
| 64 6 | the market in the first place? | | |
| 64 7 | A: It is my professional | | |
| 64 8 | opinion, based on the evidence that I've | | |
| 64 9 | looked at, that Vioxx should not have | | |
| 64 10 | been approved at the time that it was | | |
| 64 11 | approved, that there were substantial | | |
| 64 12 | areas of concern relating to | | |
| | | | |
| 64 13 | cardiovascular safety that should have | | |
| 64 14 | been explored more fully and more | | |
| 64 15 | thoroughly prior to consideration of an | | |
| 64 16 | approval. | | |
| | | | |
| 65:14    66:6 | | | |
| 65 14 | 14     Q.   Okay. | | |
| 65 15 | 15          Let's talk about the FDA | | |
| 65 16 | 16 itself, area number two. | | |
| 65 17 | 17          The FDA -- sir, on November | | |
| 65 18 | 18 18, '04, before the United States | | |
| 65 19 | 19 Congress you said, "The FDA culture uses | | |
| 65 20 | 20 the pharmaceutical industry as its | | |
| 65 21 | 21 client.  It overvalues the benefits of | | |
| 65 22 | 22 the drugs it approves and seriously | | |
| 65 23 | 23 undervalues, disregards and disrespects | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 65 24 | 24   drug safety."  Is that a view that you | | |
| 66 1 | 1   stated before United States Senators | | |
| 66 2 | 2   appearing in the Senate finance room? | | |
| 66 3 | 3      A.   Yes. | | |
| 66 4 | 4      Q.   Is that an opinion that you | | |
| 66 5 | 5   still hold today? | | |
| 66 6 | 6      A.   More strongly now than then. | | |
| | | | |
| 66:22   67:11 | | | |
| 66 22 | 22      Q.   Why do you say that, sir? | [66:22-67:11] | Barnett: Sustained. |
| 66 23 | 23   What is your basis? | Def's Obj.:  801, 802 - | Smith: Not designated. |
| 66 24 | 24      A.   In the course of my career, | hearsay. | Mason: Not designated. |
| 67 1 | 1   I have participated in countless internal | | |
| 67 2 | 2   meetings with the portion of FDA that | | Sustained |
| 67 3 | 3   reviews and approves new drugs where drug | | |
| 67 4 | 4   safety questions that occurred either | | |
| 67 5 | 5   premarketing or post-marketing were | | |
| 67 6 | 6   brought up and many times were of a | | |
| 67 7 | 7   serious nature.  And the virtually | | |
| 67 8 | 8   uniform response was -- from these | | |
| 67 9 | 9   divisions was to downplay or ignore the | | |
| 67 10 | 10   work that we did and the statements that | | |
| 67 11 | 11   we made. | | |
| | | | |
| 69:9   69:18 | | | |
| 69 9 | 9      Q.   Sir, from what you've | | |
| 69 10 | 10   observed while you, from what I heard you | | |
| 69 11 | 11   say, disagree with the concept that | | |
| 69 12 | 12   industry should be the client, is that | | |
| 69 13 | 13   indeed the way the FDA perceives it, that | | |
| 69 14 | 14   industry is the client? | | |
| 69 15 | 15      A.   Yes.  FDA perceives industry | | |
| 69 16 | 16   as its client as customer number one.  It | | |
| 69 17 | 17   is a point of view that I completely and | | |
| 69 18 | 18   totally disagree with. | | |
| | | | |
| 73:14   74:9 | | | |
| 73 14 | 14      Q.   Can Americans be confident | | |
| 73 15 | 15   that drugs that are on the market by and | | |
| 73 16 | 16   large are effective in terms of the way | | |
| 73 17 | 17   that they're approved?  For example, if a | | |
| 73 18 | 18   drug is a blood pressure drug, can we be | | |
| 73 19 | 19   confident that that drug will lower your | | |
| 73 20 | 20   blood pressure? | | |
| 73 21 | 21      A.   I think, in general, we can | | |
| 73 22 | 22   be. | | |
| 73 23 | 23      Q.   Is there an emphasis on that | | |
| 73 24 | 24   aspect of approval by office of new drug? | | |
| 74 1 | 1      A.   Yes.  Clinical trials are | | |
| 74 2 | 2   designed primarily to show the efficacy | | |
| 74 3 | 3   of a drug.  They're not designed to show | | |
| 74 4 | 4   the safety of a drug.  And when FDA does | | |
| 74 5 | 5   its reviews, it spends most of its time | | |
| 74 6 | 6   reviewing the efficacy.  And that's where | | |
| 74 7 | 7   the largest teams of individuals are | | |
| 74 8 | 8   gathered to examine the new drug | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | Objections | Rulings |
|---|---|---|
| 74 9 | 9 application. | | |

74:13    75:24

| | | | |
|---|---|---|---|
| 74 13 | 13 | Is there this group called | |
| 74 14 | 14 Office of Drug Safety? | | |
| 74 15 | 15 A. Yes. | | |
| 74 16 | 16 Q. Is it -- in any way, shape | | |
| 74 17 | 17 or form is it the size of, the shape of | | |
| 74 18 | 18 or funded like the Office of New Drugs? | | |
| 74 19 | 19 A. No, in terms of funding for | | |
| 74 20 | 20 the individual staff. It has funding for | | |
| 74 21 | 21 sort of obligatory FDA operations such as | | |
| 74 22 | 22 its adverse event reporting system. And | | |
| 74 23 | 23 so if you were to look at budgetary | | |
| 74 24 | 24 allocations for our office, you'll see | | |
| 75 1 | 1 large chunks of money going to these | | |
| 75 2 | 2 various operations, but they are FDA | | |
| 75 3 | 3 operations that FDA is obligated to | | |
| 75 4 | 4 maintain. They happen to be housed in | | |
| 75 5 | 5 the Office of Drug Safety. The actual | | |
| 75 6 | 6 budget for the Office of Drug Safety for, | | |
| 75 7 | 7 say, travel and training, its operating | | |
| 75 8 | 8 budget, is small. | | |
| 75 9 | 9 Q. And in terms of overall, | | |
| 75 10 | 10 what is the emphasis in the FDA and in | | |
| 75 11 | 11 CDER, as you've described it, in terms of | | |
| 75 12 | 12 development and approval of drugs versus | | |
| 75 13 | 13 drug safety? | | |
| 75 14 | 14 A. The primary function of CDER | | |
| 75 15 | 15 is to move the freight, that is, to | | |
| 75 16 | 16 review and approve new drugs as quickly | | |
| 75 17 | 17 as possible and to as large a number as | | |
| 75 18 | 18 possible. | | |
| 75 19 | 19 Q. Is the Office of Drug | | |
| 75 20 | 20 Safety, in your view, either under -- I | | |
| 75 21 | 21 was going to say undermanned, but it | | |
| 75 22 | 22 would be underpersoned or understaffed or | | |
| 75 23 | 23 underfunded in terms of being able to | | |
| 75 24 | 24 adequately assess drug safety? | | |

76:5    76:7

| | | | |
|---|---|---|---|
| 76 5 | 5 A. It is my opinion that the | | |
| 76 6 | 6 Office of Drug Safety is tremendously | | |
| 76 7 | 7 understaffed and underfunded. | | |

77:24 -    78:8

| | | | |
|---|---|---|---|
| | Graham, David 2006-05-09 | | |
| 77 24 | From what you've heard, my | | |
| 78 1 | questions and your answers, would a | | |
| 78 2 | layperson have an understanding of the | | |
| 78 3 | overall mechanism of the FDA, CDER and | | |
| 78 4 | then the Office of New Drugs and Office | | |
| 78 5 | of Drug Safety and where they fit in? | | |
| 78 6 | Would there be something to add here so | | |
| 78 7 | that we understood it any better in broad | | |
| 78 8 | brush terms? | | |

Case 2:05-md-01657-EEF-DEK   Document 9235-6   Filed 12/04/06   Page 9 of 49

Dedrick v. Merck Co., Inc.

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | Objections | Rulings |
|---|---|---|
| **78:13 - 79:10**   Graham, David 2006-05-09 | | |
| 78 13  A: I think it would be | | |
| 78 14  important for people to understand that | | |
| 78 15  in addition to the Office of New Drugs, | | |
| 78 16  there are a number of other offices | | |
| 78 17  within CDER whose purpose is to actually | | |
| 78 18  assist in the review and approval of new | | |
| 78 19  drugs. So, you have the Office of New | | |
| 78 20  Drugs, and that may have 7 or 800 people, | | |
| 78 21  but you have these other offices, as | | |
| 78 22  well, whose primary function is to work | | |
| 78 23  on the premarketing, the preapproval side | | |
| 78 24  of FDA's house, and without them, the | | |
| 79 1  drug couldn't be approved. And when you | | |
| 79 2  take those all together, you end up with | | |
| 79 3  like about 13 or 1400 people whose focus | | |
| 79 4  is getting drugs on the market; if you | | |
| 79 5  compare that to the Office of Drug | | |
| 79 6  Safety, where we have maybe in the | | |
| 79 7  neighborhood of 100 or 110 people | | |
| 79 8  responsible for the safety and monitoring | | |
| 79 9  of the safety of all drug products in the | | |
| 79 10  country. | | |
| **80:19 81:4** | | |
| 80 19  19    Q.  I've seen in a public | | |
| 80 20  20  statement of yours that roughly says that | | |
| 80 21  21  only five percent of the FDA's funding | | |
| 80 22  22  goes into the Office of Drug Safety.  Is | | |
| 80 23  23  that what you've said? | | |
| 80 24  24    A.  Yes. | | |
| 81 1  0081 | | |
| 81 2  1    Q.  And is that correct? | | |
| 81 3  2    A.  That's what it has been in | | |
| 81 4  3  the past based on numbers that were | | |
| 81 5  4  obtained from the web. | | |
| **82:18 - 82:24**   Graham, David 2006-05-09 | | |
| 82 18  Q:  What does OND largely rely | | |
| 82 19  upon in approval of drugs? | | |
| 82 20  A:  It relies on documents | | |
| 82 21  supplied to it by a drug company seeking | | |
| 82 22  approval of its drug. | | |
| 82 23  Q.  Only as good as the | | |
| 82 24  information provided? | | *Sustained* |
| **83:2 83:9** | | |
| | [83:2-9] | **Barnett:** Sustained as to |
| 83 2  THE WITNESS:  Correct. | | |
| 83 3  3  BY MR. KLINE: | **Def.'s Obj.:** 611c leading | line 2. |
| 83 4  4    Q.  Is the information | | **Smith:** Not designated. |
| 83 5  5  largely – | | **Mason:** Not designated. |
| 83 6  6    In fact, is the information | | |
| 83 7  7  exclusively by and large and as the rule, | | |
| 83 8  8  not the exception, information that comes | | |
| 83 9  9  from the drug company? | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 83:13 | 84:10 | | |

| | | | |
|---|---|---|---|
| 83 13 | 13 | A.  Yes.  The information that | |
| 83 14 | 14 | FDA scientists base their reviews and | |
| 83 15 | 15 | decisions about approval on are based on | |
| 83 16 | 16 | information supplied to it by the | |
| 83 17 | 17 | pharmaceutical industry in an official | |
| 83 18 | 18 | submission.  FDA scientists do not | |
| 83 19 | 19 | themselves do independent studies or | |
| 83 20 | 20 | independent work relating to the approval | |
| 83 21 | 21 | of those drugs. | |
| 83 22 | 22 | Q.  What has been the problems, | |
| 83 23 | 23 | if any, with that kind of system and | |
| 83 24 | 24 | situation? | |
| 84 1 | 1 | A.  You're dependent on the | |
| 84 2 | 2 | honesty, integrity and truthfulness of | |
| 84 3 | 3 | the drug company, that it will provide | |
| 84 4 | 4 | you with all information, that | |
| 84 5 | 5 | information which helps their cause in | |
| 84 6 | 6 | getting their drug approved, information | |
| 84 7 | 7 | that may call into question the | |
| 84 8 | 8 | effectiveness, the efficacy or the safety | |
| 84 9 | 9 | of their drug.  But it's based on trust | |
| 84 10 | 10 | and -- it's based on trust. | |

| 84:20 | 86:18 | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 84 20 | 20 | Q.  You have said publicly in | |
| 84 21 | 21 | statements that there is an institutional | |
| 84 22 | 22 | bias in the FDA which prevents the FDA | |
| 84 23 | 23 | from protecting Americans against unsafe | |
| 84 24 | 24 | drugs.  Do you recall saying that? | |
| 85 1 | 1 | A.  Yes, I do. | |
| 85 2 | 2 | Q.  Is that a correct statement? | |
| 85 3 | 3 | A.  Yes. | |
| 85 4 | 4 | Q.  Tell the members of the jury | |
| 85 5 | 5 | what the basis is for that statement. | |
| 85 6 | 6 | A.  Well, all you have to do | |
| 85 7 | 7 | sort of to see it crystal clear is to | |
| 85 8 | 8 | look at the drugs that have come off the | |
| 85 9 | 9 | market.  These are drugs where FDA | |
| 85 10 | 10 | approved them, and by approving them said | |
| 85 11 | 11 | the drugs were safe and effective, and | |
| 85 12 | 12 | then at some later date they come off the | |
| 85 13 | 13 | market because, a-ha, they're not safe or | |
| 85 14 | 14 | they are not as safe as we thought they | |
| 85 15 | 15 | were.  If we examine how long it takes | |
| 85 16 | 16 | from when the signal of the problem | |
| 85 17 | 17 | emerges to when the drug comes off the | |
| 85 18 | 18 | market, you will see that that is | |
| 85 19 | 19 | measured in years, sometimes in decades. | |
| 85 20 | 20 | With phenylpropanolamine, | |
| 85 21 | 21 | PPA, a drug product present in virtually | |
| 85 22 | 22 | every cough/cold preparation in the | |
| 85 23 | 23 | country, it was in over-the-counter diet | |
| 85 24 | 24 | aids to help people lose weight, was | |
| 86 1 | 1 | associated with hemorrhagic stroke | |
| 86 2 | 2 | primarily in young women, and this was | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 86 3 | 3  known since 1984. However, it wasn't | | |
| 86 4 | 4  until about 2000 or 2001 that FDA finally | | |
| 86 5 | 5  removed that product from the market. In | | |
| 86 6 | 6  the meantime, the company that made PPA | | |
| 86 7 | 7  or the companies that made PPA continued | | |
| 86 8 | 8  to make profits, and patients continued | | |
| 86 9 | 9  to be harmed. | | |
| 86 10 | 10      Q.   I want to just provide a | | |
| 86 11 | 11  schematic of the FDA insofar as where the | | |
| 86 12 | 12  Office of Drug Safety fits in that you | | |
| 86 13 | 13  actually presented in a PowerPoint | | |
| 86 14 | 14  presentation. There was a PowerPoint | | |
| 86 15 | 15  presentation that you apparently gave. | | |
| 86 16 | 16  You gave many public PowerPoint | | |
| 86 17 | 17  presentations, correct? | | |
| 86 18 | 18      A.   Yes. | | |
| | | | |
| 89:12       89:23 | | | |
| 89 12 | 12          (Whereupon, Deposition | | |
| 89 13 | 13  Exhibit Graham-2, "Drug Safety in | | |
| 89 14 | 14  America: A Nation Still at Risk," | | |
| 89 15 | 15  (Graham) Power Point Slides, | | |
| 89 16 | 16  DG000035 - DG000061, was marked | | |
| 89 17 | 17  for identification.} | | |
| 89 18 | 18          - - - | | |
| 89 19 | 19  BY MR. KLINE: | | |
| 89 20 | 20      Q.   Can we identify Exhibit 2, | | |
| 89 21 | 21  please, sir? | | |
| 89 22 | 22      A.   Yes. This is a copy of my | | |
| 89 23 | 23  PowerPoint presentation. | | |
| | | | |
| 91:18       94:15 | | | |
| 91 18 | 18      Q.   Now, all I want to do for | | |
| 91 19 | 19  now is to focus everyone where we are. | | |
| 91 20 | 20  We are on the structure of the FDA and | | |
| 91 21 | 21  the problems within the structure. Are | | |
| 91 22 | 22  you with me? | | |
| 91 23 | 23      A.   Uh-huh. | | |
| 91 24 | 24      Q.   And I want to go to the | | |
| 92 1 | 1  chart which we've labeled -- we've taken | | |
| 92 2 | 2  the liberty of putting some numbers on | | |
| 92 3 | 3  the bottom to help. And number 40 is an | | |
| 92 4 | 4  organizational chart. And if we can | | |
| 92 5 | 5  highlight in the middle, there's an | | |
| 92 6 | 6  island in the middle. That's the Office | | |
| 92 7 | 7  of Drug Safety, correct? | | |
| 92 8 | 8      A.   Correct. | | |
| 92 9 | 9      Q.   What was the point that you | | |
| 92 10 | 10  were making to your fellow physicians and | | |
| 92 11 | 11  colleagues on that day that you would | | |
| 92 12 | 12  make here upon my request? | | |
| 92 13 | 13      A.   Everything else that is | | |
| 92 14 | 14  circled on that organizational chart | | |
| 92 15 | 15  plays some role in the preapproval | | |
| 92 16 | 16  activities of the Center For Drug | | |
| 92 17 | 17  Evaluation. And what I was trying to | | |

Case 2:05-md-01657-EEF-DEK   Document 9235-6   Filed 12/04/06   Page 12 of 49

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 92 18 | 18  show is that the Office of Drug Safety is | | |
| 92 19 | 19  this tiny little group that's being | | |
| 92 20 | 20  swallowed by an amoeba, and so it's kind | | |
| 92 21 | 21  of a medical joke that this big sprawling | | |
| 92 22 | 22  mass is engulfing the Office of Drug | | |
| 92 23 | 23  Safety, eating it up. | | |
| 92 24 | 24      Q.   When you call it a, quote, | | |
| 93 1 | 1  medical joke, were you trying to make a | | |
| 93 2 | 2  point? | | |
| 93 3 | 3      A.   Yes. | | |
| 93 4 | 4      Q.   And the point was? | | |
| 93 5 | 5      A.   And the point is that the | | |
| 93 6 | 6  Office of Drug Safety has little in the | | |
| 93 7 | 7  way of resources, little in the -- no | | |
| 93 8 | 8  authority and really no weight or respect | | |
| 93 9 | 9  within the Center For Drug Evaluation, | | |
| 93 10 | 10  that in essence, drug safety is | | |
| 93 11 | 11  dominated -- the Center For Drug | | |
| 93 12 | 12  Evaluation for research is dominated by | | |
| 93 13 | 13  the mindset of review and approve new | | |
| 93 14 | 14  drugs.  Safety is an afterthought. | | |
| 93 15 | 15      Q.   How long have you observed | | |
| 93 16 | 16  that?  How long has that been your | | |
| 93 17 | 17  observation? | | |
| 93 18 | 18      A.   Well, I observed it even | | |
| 93 19 | 19  during my fellowship training, but it has | | |
| 93 20 | 20  accelerated in terms of how forcefully | | |
| 93 21 | 21  it's pursued and enforced by OND | | |
| 93 22 | 22  management, CDER management, since the | | |
| 93 23 | 23  introduction of the Prescription Drug | | |
| 93 24 | 24  User Fee Act in 1992, and that is | | |
| 94 1 | 1  referred to as PDUFA.  And it's by that | | |
| 94 2 | 2  means -- Congress passed a law that was | | |
| 94 3 | 3  specifically designed to speed up the | | |
| 94 4 | 4  review times of drugs that FDA was asked | | |
| 94 5 | 5  to look at by drug companies.  In return, | | |
| 94 6 | 6  drug companies would pay money to FDA so | | |
| 94 7 | 7  that FDA could hire more staff.  And so | | |
| 94 8 | 8  we now have a situation where more than | | |
| 94 9 | 9  50 percent of the Center For Drug | | |
| 94 10 | 10  Evaluation's budget comes from monies | | |
| 94 11 | 11  paid to it by regulated industry. | | |
| 94 12 | 12      Q.   What you're saying is that | | |
| 94 13 | 13  the FDA -- are you saying that the FDA is | | |
| 94 14 | 14  not funded by the citizens of the United | | |
| 94 15 | 15  States of America? | | |
| 94:19      95:3 | | | |
| 94 19 | 19          THE WITNESS:  I am saying | | |
| 94 20 | 20      that the majority of funding for | | |
| 94 21 | 21      the Center for Drug Evaluation and | | |
| 94 22 | 22      Research comes from industry, not | | |
| 94 23 | 23      from tax dollars. | | |
| 94 24 | 24  BY MR. KLINE: | | |
| 95 1 | 1      Q.   Is that, to your | | |
| 95 2 | 2  understanding, a well-known fact, sir, | | |

**Dedrick v. Merck & Co., Inc.**

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | | Objections | Rulings |
|---|---|---|---|---|
| 95 3 | 3 | outside of the pharmaceutical industry? | | |
| 95:5 | 97:17 | | | |
| 95 5 | 5 | THE WITNESS: I suspect that | | |
| 95 6 | 6 | the public doesn't appreciate | | |
| 95 7 | 7 | who's paying the bills at FDA. | | |
| 95 8 | 8 | BY MR. KLINE: | | |
| 95 9 | 9 | Q.   What is the impact on that, | | |
| 95 10 | 10 | sir?  What is the impact of 50 percent of | | |
| 95 11 | 11 | the budget coming under this PDUFA act, | | |
| 95 12 | 12 | which is the physician user -- | | |
| 95 13 | 13 | A.   Prescription Drug User Fee | | |
| 95 14 | 14 | Act. | | |
| 95 15 | 15 | Q.   Prescription Drug User Fee | | |
| 95 16 | 16 | Act. 199 -- | | |
| 95 17 | 17 | A.   2. | | |
| 95 18 | 18 | Q.   1992? | | |
| 95 19 | 19 | A.   It's been renewed, I think | | |
| 95 20 | 20 | we're on our third renewal, and they're | | |
| 95 21 | 21 | feverishly working to get the fourth | | |
| 95 22 | 22 | renewal.  The impact of this in my own | | |
| 95 23 | 23 | experience has been that the preapproval | | |
| 95 24 | 24 | people look for reasons to say yes to a | | |
| 96 1 | 1 | drug.  So, I've been in internal meetings | | |
| 96 2 | 2 | where a drug company wanted an approval | | |
| 96 3 | 3 | for a drug maybe for six different | | |
| 96 4 | 4 | indications.  So, those would be things | | |
| 96 5 | 5 | that the drug could be officially | | |
| 96 6 | 6 | promoted for to treat conditions for. | | |
| 96 7 | 7 | And the reviewing division medical | | |
| 96 8 | 8 | officers say this drug shouldn't be | | |
| 96 9 | 9 | approved at all, and then the pressure | | |
| 96 10 | 10 | will be put on the medical officer to | | |
| 96 11 | 11 | say, well, can't we approve it for just | | |
| 96 12 | 12 | one indication, just one indication, a | | |
| 96 13 | 13 | narrow indication.  Because all they want | | |
| 96 14 | 14 | to do is to be able to say yes. | | |
| 96 15 | 15 | I've been at other meetings | | |
| 96 16 | 16 | where when safety concerns were expressed | | |
| 96 17 | 17 | and people from our office raised the | | |
| 96 18 | 18 | question of having things put into the | | |
| 96 19 | 19 | label that the FDA people in the Office | | |
| 96 20 | 20 | of New Drugs who have the final | | |
| 96 21 | 21 | authority, they approve the drug and they | | |
| 96 22 | 22 | have the authority to say what happens | | |
| 96 23 | 23 | after the drug is on the market, that | | |
| 96 24 | 24 | they have said we can't do that because | | |
| 97 1 | 1 | the drug companies won't go along with it | | |
| 97 2 | 2 | or that will hurt the drug company's | | |
| 97 3 | 3 | profits. | | |
| 97 4 | 4 | These are remarks that have | | |
| 97 5 | 5 | been passed in internal meetings that I | | |
| 97 6 | 6 | have been present at.  And other | | |
| 97 7 | 7 | colleagues of mine have had similar | | |
| 97 8 | 8 | experiences.  And since I have gone | | |
| 97 9 | 9 | public with my Senate testimony, I have | | |

Dedrick v. Merck Co., Inc.

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | | Objections | Rulings |
|---|---|---|---|---|
| 97 10 | 10 | been approached now by probably 10 or 15 | | |
| 97 11 | 11 | medical reviewers from different | | |
| 97 12 | 12 | components of CDER with stories of being | | |
| 97 13 | 13 | pressured to change their reviews where | | |
| 97 14 | 14 | they thought a drug should not be | | |
| 97 15 | 15 | approved, but where management was | | |
| 97 16 | 16 | telling them you must now say yes to that | | |
| 97 17 | 17 | drug. | | |
| | | | | |
| 110:19    115:2 | | | | |
| 110 19 | 19 | All right. Now, cultural | | |
| 110 20 | 20 | issues, briefly. A paragraph, not a | | |
| 110 21 | 21 | chapter. | | |
| 110 22 | 22 | A.   We've talked about it | | |
| 110 23 | 23 | before. FDA views industry as its | | |
| 110 24 | 24 | primary customer, as its client. And | | |
| 111 1 | 1 | this gets transmitted to the management. | | |
| 111 2 | 2 | That's how management gets selected, by | | |
| 111 3 | 3 | how well they get along with industry. | | |
| 111 4 | 4 | And it filters downhill. And so as a | | |
| 111 5 | 5 | result, you have this organization that | | |
| 111 6 | 6 | seeks to work, in quotes, collegially, | | |
| 111 7 | 7 | with industry, we're going to partner | | |
| 111 8 | 8 | with industry. These are phrases that | | |
| 111 9 | 9 | are frequently used within FDA to | | |
| 111 10 | 10 | describe the relationship that is desired | | |
| 111 11 | 11 | between the regulator and the regulated. | | |
| 111 12 | 12 | Q.   By the way, back to | | |
| 111 13 | 13 | structural issues. | | |
| 111 14 | 14 | Are there not these | | |
| 111 15 | 15 | independent Advisory Committees? We know | | |
| 111 16 | 16 | you testified in front of an Advisory | | |
| 111 17 | 17 | Committee. Are these truly independent | | |
| 111 18 | 18 | Advisory Committees? | | |
| 111 19 | 19 | A.   In my opinion, no. These | | |
| 111 20 | 20 | Advisory Committees are part of the | | |
| 111 21 | 21 | structural problem. They are selected | | |
| 111 22 | 22 | by -- the members of those committees are | | |
| 111 23 | 23 | generally selected by the division | | |
| 111 24 | 24 | directors within the Office of New Drugs, | | |
| 112 1 | 1 | whose drugs that committee will talk | | |
| 112 2 | 2 | about. And so they pick people who they | | |
| 112 3 | 3 | know from the field and frequently can | | |
| 112 4 | 4 | talk with those people, will talk with | | |
| 112 5 | 5 | those people about upcoming Advisory | | |
| 112 6 | 6 | Committee meetings and the type of | | |
| 112 7 | 7 | direction that they wish that advisory | | |
| 112 8 | 8 | meeting to go in. | | |
| 112 9 | 9 | If you look at the Advisory | | |
| 112 10 | 10 | Committees in terms of their financial | | |
| 112 11 | 11 | attachments to industry, it's been in the | | |
| 112 12 | 12 | newspapers quite a bit that a third of | | |
| 112 13 | 13 | FDA committee members have financial ties | | |
| 112 14 | 14 | to industry, some large number. And if | | |
| 112 15 | 15 | you were to look at the Advisory | | |
| 112 16 | 16 | Committee meeting from February of 2005 | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 112 17 | 17  where we were talking about the | | |
| 112 18 | 18  nonsteroidal pain relievers and the COX-2 | | |
| 112 19 | 19  drugs including Vioxx and Celebrex and | | |
| 112 20 | 20  Bextra and the like -- | | |
| 112 21 | 21      Q.   Yes. | | |
| 112 22 | 22      A.   -- the committee was asked | | |
| 112 23 | 23  two questions.  It was asked one | | |
| 112 24 | 24  question, should Vioxx be kept off the | | |
| 113 1 | 1  market or allowed to remain on the | | |
| 113 2 | 2  market? | | |
| 113 3 | 3        And it was asked a second | | |
| 113 4 | 4  question, should Bextra be allowed to | | |
| 113 5 | 5  stay on the market or should it be | | |
| 113 6 | 6  withdrawn from the market. | | |
| 113 7 | 7        And I believe in this | | |
| 113 8 | 8  handout, I have a slide that combines the | | |
| 113 9 | 9  votes, it's number 42, that combines the | | |
| 113 10 | 10  votes -- | | |
| 113 11 | 11        MR. KLINE:  We can put it | | |
| 113 12 | 12  up. | | |
| 113 13 | 13        THE WITNESS:  -- from these | | |
| 113 14 | 14  committees based on whether the | | |
| 113 15 | 15  members of the committee had a | | |
| 113 16 | 16  financial tie with companies that | | |
| 113 17 | 17  make COX-2 selective NSAIDs or | | |
| 113 18 | 18  were working to develop COX-2 | | |
| 113 19 | 19  selective NSAIDs. | | |
| 113 20 | 20        And what you find is that if | | |
| 113 21 | 21  you're a committee member who had | | |
| 113 22 | 22  such a financial tie, you were 13 | | |
| 113 23 | 23  times more likely to vote to keep | | |
| 113 24 | 24  Vioxx or Bextra on the market than | | |
| 114 1 | 1  if you didn't.  And it's highly | | |
| 114 2 | 2  statistically significant.  So, | | |
| 114 3 | 3  the question is, well, are these | | |
| 114 4 | 4  people being influenced -- you | | |
| 114 5 | 5  know, is the financial tie causing | | |
| 114 6 | 6  them to vote the way they vote.  I | | |
| 114 7 | 7  can't answer that question.  But | | |
| 114 8 | 8  what I can say is that the | | |
| 114 9 | 9  financial ties, having that | | |
| 114 10 | 10  financial relationship with the | | |
| 114 11 | 11  company, is highly predictive of | | |
| 114 12 | 12  how an individual will vote when | | |
| 114 13 | 13  it comes to important decisions | | |
| 114 14 | 14  such as should a drug stay on the | | |
| 114 15 | 15  market or be removed from the | | |
| 114 16 | 16  market. | | |
| 114 17 | 17  BY MR. KLINE: | | |
| 114 18 | 18      Q.   Let me move through -- you | | |
| 114 19 | 19  believe you've covered -- I know we went | | |
| 114 20 | 20  back to structural issues, and there are | | |
| 114 21 | 21  many, as I think you're telling this | | |
| 114 22 | 22  jury. | | |
| 114 23 | 23      A.   Yes. | | |
| 114 24 | 24      Q.   The Advisory Committee being | | |

**Dedrick v. Merck Co., Inc.**

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | | Objections | Rulings |
|---|---|---|---|---|
| 115 1 | 1 | part of it, is that correct? | | |
| 115 2 | 2 | A.  Correct. | | |
| | | | | |
| 115:5     117:18 | | | | |
| 115 5 | 5 | BY MR. KLINE: | | |
| 115 6 | 6 | Q.  And now cultural issues, | | |
| 115 7 | 7 | sir.  Have we covered them? | | |
| 115 8 | 8 | A.  I think we've covered those | | |
| 115 9 | 9 | fairly well. | | |
| 115 10 | 10 | Q.  Is there a presumption that | | |
| 115 11 | 11 | a drug is safe until it is, as you say in | | |
| 115 12 | 12 | this public statement, proven guilty? | | |
| 115 13 | 13 | A.  Yes.  If you look at the way | | |
| 115 14 | 14 | that drug safety is evaluated in both | | |
| 115 15 | 15 | preapproval and postapproval, the -- | | |
| 115 16 | 16 | what's called the null hypothesis, the | | |
| 115 17 | 17 | assumption is that the drug is safe.  And | | |
| 115 18 | 18 | then what is required is to have | | |
| 115 19 | 19 | overwhelming evidence that says, no, it's | | |
| 115 20 | 20 | not safe before you'll say that the drug | | |
| 115 21 | 21 | is not safe.  And this is done by using a | | |
| 115 22 | 22 | measure called the p-value, which is a | | |
| 115 23 | 23 | measure used by statisticians to talk | | |
| 115 24 | 24 | about how likely or unlikely something is | | |
| 116 1 | 1 | to have occurred by chance.  And the | | |
| 116 2 | 2 | magic number is .05.  If something has a | | |
| 116 3 | 3 | 5 percent or less chance of happening by | | |
| 116 4 | 4 | chance, that is, there's a 95 percent or | | |
| 116 5 | 5 | greater chance that it occurred because | | |
| 116 6 | 6 | of the study that you've done, that the | | |
| 116 7 | 7 | drug works or that it has safety, then | | |
| 116 8 | 8 | we'll believe it.  But if it's only -- if | | |
| 116 9 | 9 | you're only 90 percent sure, we're going | | |
| 116 10 | 10 | to say that the drug is safe. | | |
| 116 11 | 11 | So, for example, we can | | |
| 116 12 | 12 | have -- and we have examples of this in | | |
| 116 13 | 13 | actually the Vioxx NDA, in the new drug | | |
| 116 14 | 14 | application there, where the medical | | |
| 116 15 | 15 | officer saw evidence of increased | | |
| 116 16 | 16 | cardiovascular risk and said, but we | | |
| 116 17 | 17 | cannot be absolutely certain.  And so | | |
| 116 18 | 18 | it's because FDA insists on absolute | | |
| 116 19 | 19 | certainty about safety that it in my | | |
| 116 20 | 20 | estimation gives the companies a free | | |
| 116 21 | 21 | pass on safety. | | |
| 116 22 | 22 | Because no company -- here's | | |
| 116 23 | 23 | the situation.  If I'm going to get a | | |
| 116 24 | 24 | drug approved, well, the assumption that | | |
| 117 1 | 1 | FDA makes is the drug doesn't work.  If | | |
| 117 2 | 2 | I'm a drug company, well, now I have an | | |
| 117 3 | 3 | incentive to do a really good study to | | |
| 117 4 | 4 | show FDA that the drug works.  So, the | | |
| 117 5 | 5 | incentives work in the right direction. | | |
| 117 6 | 6 | The company is going to try to do a | | |
| 117 7 | 7 | really good job to convince FDA to change | | |
| 117 8 | 8 | its mind about the drug because FDA | | |

Dedrick v. Merck Co., Inc.
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 117 9 | 9  starts off saying the drug doesn't work. | | |
| 117 10 | 10     On safety, it's just the | | |
| 117 11 | 11  reverse.  The bigger and better a study | | |
| 117 12 | 12  the company does, the more likely it's | | |
| 117 13 | 13  going to find a problem.  And so | | |
| 117 14 | 14  companies are actually rewarded for doing | | |
| 117 15 | 15  small studies that aren't able to show a | | |
| 117 16 | 16  problem because the assumption is that | | |
| 117 17 | 17  the drug is safe.  And that is the way | | |
| 117 18 | 18  FDA misuses statistics at FDA. | | |
| | | | |
| 118:18     120:12 | | | |
| 118 18 | 18     Q.  You analogized this in front | | |
| 118 19 | 19  of the United States Senate to bullets in | | |
| 118 20 | 20  a gun. | | |
| 118 21 | 21     A.  Yes. | | |
| 118 22 | 22     Q.  Would you tell the members | [118:18-120:12] | **Barnett:** Sustained. |
| 118 23 | 23  of the jury the same thing so they have | | **Smith:** Not designated. |
| 118 24 | 24  the benefit. | **Def. Obj.:**  Highly prejudicial | **Mason:** Not designated. |
| 119 1 | 1     A.  Right.  I was trying to get | (403) 401/402. | |
| 119 2 | 2  the Senators to understand the statistics | | |
| 119 3 | 3  of the matter, and I gave the analogy of | | |
| 119 4 | 4  a gun with 100 chambers.  And I said, | | *Sustained* |
| 119 5 | 5  let's play Russian roulette.  Now, we're | | |
| 119 6 | 6  going to put 95 bullets in the gun, so we | | |
| 119 7 | 7  are 95 percent certain that this drug | | |
| 119 8 | 8  causes whatever adverse reaction we're | | |
| 119 9 | 9  talking about.  Let's just say this drug | | |
| 119 10 | 10  causes liver failure.  This drug causes | | |
| 119 11 | 11  heart attacks.  We're 95 percent certain. | | |
| 119 12 | 12     Q.  That's the current test? | | |
| 119 13 | 13     A.  Right.  So, we put 95 | | |
| 119 14 | 14  bullets in, and we play Russian roulette. | | |
| 119 15 | 15  And at that point, the FDA says, we | | |
| 119 16 | 16  believe you, the gun is loaded, the drug | | |
| 119 17 | 17  isn't safe.  Let's take five bullets out | | |
| 119 18 | 18  of the chamber.  Now we have 90 bullets | | |
| 119 19 | 19  in the chamber.  So there's only 90 | | |
| 119 20 | 20  percent chance that when I pull the | | |
| 119 21 | 21  trigger, a bullet is going to come out of | | |
| 119 22 | 22  the gun.  FDA says the gun is not loaded. | | |
| 119 23 | 23  That's the misuse of statistics. | | |
| 119 24 | 24     Q.  How can that be? | | |
| 120 1 | 1     A.  It's a historical artifact, | | |
| 120 2 | 2  but it is one that is embedded in the way | | |
| 120 3 | 3  FDA does business. | | |
| 120 4 | 4     Q.  How should it be, sir? | | |
| 120 5 | 5     A.  My belief is that it is | | |
| 120 6 | 6  possible to design studies in advance in | | |
| 120 7 | 7  which you preapecify a level of risk that | | |
| 120 8 | 8  you would be willing to tolerate for the | | |
| 120 9 | 9  anticipated benefit of a drug, and then | | |
| 120 10 | 10  you design your study large enough to | | |
| 120 11 | 11  exclude risks greater than that maximum | | |
| 120 12 | 12  tolerable risk. | | |

# Dedrick v. Merck Co., Inc.
## Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 120:18 | 121:1 | [120:18-124:23] | **Barnett:** Overruled. |
| 120 18 | 18    MR. KLINE: I do want to | **Def.'s Obj.:** 403 (prejudicial | **Smith:** Not designated. |
| 120 19 | 19    show Exhibit Number 44, If I may. | cartoons). | **Mason:** Not designated. |
| 120 20 | 20    And if we can put it up. 44 to | | |
| 120 21 | 21    the PowerPoint. | | |
| 120 22 | 22 BY MR. KLINE: | | |
| 120 23 | 23    Q.   Now, I know, sir, this is a | | *Overruled* |
| 120 24 | 24    cartoon, but you did this at a | | |
| 121 1 | 1    professional meeting, correct? | | |
| | | | |
| 121:13 | 122:6 | | |
| 121 13 | 13 BY MR. KLINE: | | |
| 121 14 | 14    Q.   It's a cartoon. On the left | | |
| 121 15 | 15    side it's side effects.  On the right | | |
| 121 16 | 16    side it says the lifeguard is the FDA. | | |
| 121 17 | 17    "Hey, how am I supposed to hear his | | |
| 121 18 | 18    request for a new drug approval with all | | |
| 121 19 | 19    your screaming?"  And the pharmaceutical | | |
| 121 20 | 20    company is to the right.  Were you making | | |
| 121 21 | 21    a point, sir? | | |
| 121 22 | 22    A.   Yes, I was. | | |
| 121 23 | 23    Q.   What was the point?  Were | | |
| 121 24 | 24    you making a serious point? | | |
| 122 1 | 1    A.   I was making a very serious | | |
| 122 2 | 2    point.  This, in my view, crystallizes | | |
| 122 3 | 3    the situation that we have in the United | | |
| 122 4 | 4    States today and why I said that the | | |
| 122 5 | 5    United States was defenseless against | | |
| 122 6 | 6    another Vioxx. | | |
| | | | |
| 123:5 | 124:10 | | |
| 123 5 | 5 BY MR. KLINE: | | |
| 123 6 | 6    Q.   Now, again, a cartoon, but | | |
| 123 7 | 7    were you making a serious point to your | | |
| 123 8 | 8    medical colleagues at that time and | | |
| 123 9 | 9    place? | | |
| 123 10 | 10    A.   Most definitely. | | |
| 123 11 | 11    Q.   The cartoon shows a fox to | | |
| 123 12 | 12    the right, and it shows the press corps | | |
| 123 13 | 13    to the right and a lawyer, of all people, | | |
| 123 14 | 14    apparently standing there.  And the | | |
| 123 15 | 15    cartoon says, "Those responsible for | | |
| 123 16 | 16    putting my client in charge of the | | |
| 123 17 | 17    henhouse should be on trial here, not my | | |
| 123 18 | 18    client who, as a fox, was only doing his | | |
| 123 19 | 19    job."  Who is the fox in the cartoon as | | |
| 123 20 | 20    you understood it? | | |
| 123 21 | 21    A.   Is industry. | | |
| 123 22 | 22    Q.   Pharmaceutical industry? | | |
| 123 23 | 23    A.   Pharmaceutical industry. | | |
| 123 24 | 24    Q.   What was the point, the | | |
| 124 1 | 1    serious point that you were making, | | |
| 124 2 | 2    albeit in a humorous way?  You apparently | | |
| 124 3 | 3    have a good sense of humor. | | |
| 124 4 | 4    A.   I was trying to convey the | | |
| 124 5 | 5    message that FDA is not functioning in | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 124 6 | 6  the independent and objective interests | | |
| 124 7 | 7  of what's best for the public, that it is | | |
| 124 8 | 8  really functioning first and foremost for | | |
| 124 9 | 9  a service of its primary customer and | | |
| 124 10 | 10  client, the industry. | | |
| | | | |
| 124:17   124:18 | | | |
| 124 17 | 17     Q.  Who is the one who is | | |
| 124 18 | 18  profiting by the drug? | | |
| | | | |
| 124:20   124:23 | | | |
| 124 20 | 20        THE WITNESS:  The companies | | |
| 124 21 | 21  who manufacture and market these | | |
| 124 22 | 22  drugs are the ones who profit from | | |
| 124 23 | 23  them. | | |
| | | | |
| 129:14 -   129:22 | Graham, David 2006-05-09 | | |
| 129 14 | Did you find that to be the | | |
| 129 15 | case in your experience when you had | | |
| 129 16 | something to say about Vioxx in mid to | | |
| 129 17 | late 2004? | | |
| 129 18 | A:  Yes. I experienced threats, | | |
| 129 19 | intimidation and actually what in my view | | |
| 129 20 | appears to have been a very organized and | | |
| 129 21 | orchestrated campaign to smear and | | |
| 129 22 | discredit me. | | |
| | | | |
| 133:3 -   133:9 | | | |
| 133 3 | By the way, if you see | | |
| 133 4 | statistical significance in one of these | | |
| 133 5 | small studies, does that -- is there | | |
| 133 6 | greater significance to that?  If there's | | |
| 133 7 | a study that's not powered to show a | | |
| 133 8 | problem and then you show it anyway, is | | |
| 133 9 | there more significance to that? | | |
| | | | |
| 133:12 -   133:19 | Graham, David 2006-05-09 | [133:12-15] | **Barnett:** Overruled. |
| 133 12 | THE WITNESS:  In my view, | **Def's Obj.:** Answer without | **Smith:** No objections. |
| 133 13 | that is an alarming circumstance, | a question. | Testimony played. |
| 133 14 | one that demands intensive | | **Mason:** Sustained. |
| 133 15 | scrutiny and attention. | | |
| 133 16 | BY MR. KLINE: | | Overruled |
| 133 17 | Q:  Did that happen here in the | | |
| 133 18 | Vioxx story? | | |
| 133 19 | A:  Yes, it did. | | |
| | | | |
| 134:3 -   137:23 | Graham, David 2006-05-09 | | |
| 134 3 | BY MR. KLINE: | | |
| 134 4 | Q:  Now, I want to do a topic, | | |
| 134 5 | efficacy versus benefit. I'd like you to | | |
| 134 6 | explain to the members of the jury in | | |
| 134 7 | brief terms why efficacy, which is what | | |
| 134 8 | we sometimes hear, a drug is efficacious, | | |
| 134 9 | is different than benefit, and how those | | |
| 134 10 | two either equate, in your opinion, or | | |
| 134 11 | don't equate and what the significance | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 134 12 | is, please. | | |
| 134 13 | A: Okay. Efficacy is, does the | | |
| 134 14 | drug have a biological effect. So, if | | |
| 134 15 | the drug is supposed to treat high blood | | |
| 134 16 | pressure, the efficacy will be, does it | | |
| 134 17 | reduce your blood pressure. So, it's | | |
| 134 18 | reducing a body measurement. That's the | | |
| 134 19 | effect. And if it does that, we say that | | |
| 134 20 | it has efficacy. | | |
| 134 21 | Effectiveness is whether or | | |
| 134 22 | not that drug taken on a regular basis | | |
| 134 23 | will actually give you a health benefit | | |
| 134 24 | long-term. If the drug lowers your blood | | |
| 135 1 | pressure, but doesn't prevent you from | | |
| 135 2 | having heart attacks, strokes, kidney | | |
| 135 3 | failure or dying at a young age, well, | | |
| 135 4 | then, you've spent a lot of money to have | | |
| 135 5 | a lower blood pressure number, but have | | |
| 135 6 | derived no benefit from it. So, what you | | |
| 135 7 | want is, really, when you talk about | | |
| 135 8 | benefit/risk, is you want to look at what | | |
| 135 9 | is sort of the health benefits, the real | | |
| 135 10 | certifiable health benefit that you're | | |
| 135 11 | deriving from a drug versus what are the | | |
| 135 12 | real risks. | | |
| 135 13 | But what FDA frequently | | |
| 135 14 | does, almost always does, is it takes the | | |
| 135 15 | efficacy -- when it says benefits exceed | | |
| 135 16 | the risks, what it's really saying is in | | |
| 135 17 | our estimation, the FDA's estimation, the | | |
| 135 18 | efficacy should lead to a benefit, and we | | |
| 135 19 | say that benefit exceeds the risk. But | | |
| 135 20 | FDA has never done a formal benefit | | |
| 135 21 | analysis on any drug product to my | | |
| 135 22 | knowledge. It certainly did not do one | | |
| 135 23 | with Vioxx when it said that the benefits | | |
| 135 24 | exceeded the risks. | | |
| 136 1 | Q: Why is it important in the | | |
| 136 2 | Vioxx story to understand that the FDA | | |
| 136 3 | did no risk/benefit analysis as you've | | |
| 136 4 | just said? | | |
| 136 5 | A: It's because I think if you | | |
| 136 6 | look at the VIGOR study, you're | | |
| 136 7 | confronted with what at least in my read | | |
| 136 8 | is a startling revelation that for every | | |
| 136 9 | complicated perforated ulcer or bleed | | |
| 136 10 | that Vioxx prevented, there were almost | | |
| 136 11 | two thrombotic cardiovascular events that | | |
| 136 12 | were caused by the drug. And so if | | |
| 136 13 | you're talking about benefits and risks, | | |
| 136 14 | here we have a ratio of almost two to one | | |
| 136 15 | where the risks exceed the benefits. | | |
| 136 16 | Now, let's look at what the | | |
| 136 17 | case fatality rates are. Nationally, | | |
| 136 18 | about five percent of people with GI | | |
| 136 19 | bleeds die. And I learned that by going | | |

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 136 20 | to the National Centers For Health | | |
| 136 21 | Statistics and looking at death | | |
| 136 22 | certificate data and then going to the | | |
| 136 23 | National Hospital Discharge Survey and | | |
| 136 24 | looking at how many hospitalizations | | |
| 137 1 | there are for GI bleed. So, you have a | | |
| 137 2 | five percent death rate from GI bleeding. | | |
| 137 3 | In other words, you can have a GI bleed, | | |
| 137 4 | that's a pretty serious thing, you get | | |
| 137 5 | hospitalized for it, but most of the time | | |
| 137 6 | you're not going to die. With heart | | |
| 137 7 | attack, it's about a 40 percent chance | | |
| 137 8 | that you're going to die. So, if what | | |
| 137 9 | we're really interested in is sort of | | |
| 137 10 | benefit/risk, and let's take it to what's | | |
| 137 11 | the most important thing, and that's do I | | |
| 137 12 | live or do I die, in my view, the scales | | |
| 137 13 | are tilted greatly against Vioxx in terms | | |
| 137 14 | of safety versus benefit. | | |
| 137 15 | Q: Okay. | | |
| 137 16 | That risk/benefit analysis | | |
| 137 17 | was or was not done by FDA? | | |
| 137 18 | A: It was not done by FDA. | | |
| 137 19 | Q: In your opinion, had it been | | |
| 137 20 | done, it would have come out the way you | | |
| 137 21 | suggested if it had been correctly and | | |
| 137 22 | diligently and honestly done? | | |
| 137 23 | A: Yes. | | |
| 138:4 -  141:6 | Graham, David 2006-05-09 | | |
| 138 4 | Q: I'm reminded to ask, was | | |
| 138 5 | that risk/benefit done by the company, by | | |
| 138 6 | Merck? | | |
| 138 7 | A: To my knowledge, it was not. | | |
| 138 8 | And I could cite as evidence of that the | | |
| 138 9 | VIGOR study. And in the VIGOR study, | | |
| 138 10 | there's no real mention of weighing the | | |
| 138 11 | benefits and the risks in that study. | | |
| 138 12 | It's kind of implied that the benefits | | |
| 138 13 | exceed the risks, but there's no formal | | |
| 138 14 | analysis of it. | | |
| 138 15 | And it's also very curious | | |
| 138 16 | that in that paper, the most likely | | |
| 138 17 | explanation for the finding wasn't | | |
| 138 18 | addressed, which is the effect of Vioxx | | |
| 138 19 | on prostacyclin, which is the chemical | | |
| 138 20 | made by the body that causes blood | | |
| 138 21 | vessels to dilate and keeps platelets | | |
| 138 22 | from clotting. And what Vioxx does is, | | |
| 138 23 | it blocks the production of prostacyclin | | |
| 138 24 | and makes it more likely that a heart | | |
| 139 1 | attack can happen. And in that VIGOR | | |
| 139 2 | study, which was published in the New | | |
| 139 3 | England Journal of Medicine and got a lot | | |
| 139 4 | of press, there's not a single word or | | |
| 139 5 | mention or reference to this | | |

Dedrick v. Merck Co., Inc.

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 139 6 | pharmacologic fact that was well known | | |
| 139 7 | throughout the medical community by this | | |
| 139 8 | time and was published in the literature. | | |
| 139 9 | And it was well known to the FDA medical | | |
| 139 10 | officer in her NDA review which preceded | | |
| 139 11 | the publication of the VIGOR study. | | |
| 139 12 | Q: Was it all the more | | |
| 139 13 | significant as to Vioxx, and I know | | |
| 139 14 | you've talked about this, sir, the fact | | |
| 139 15 | that there were, I think it's in your | | |
| 139 16 | article, the fact that there were 106 | | |
| 139 17 | million prescriptions of Vioxx during the | | |
| 139 18 | lifetime of Vioxx from '99 to '04? | | |
| 139 19 | A: In the United States, | | |
| 139 20 | correct. | | |
| 139 21 | Q: What is the significance -- | | |
| 139 22 | and used by how many people to your | | |
| 139 23 | understanding? | | |
| 139 24 | A: Estimates that I've seen | | |
| 140 1 | range to about 20 million in the United | | |
| 140 2 | States. | | |
| 140 3 | Q: What is the significance of | | |
| 140 4 | this story -- in this story, we're going | | |
| 140 5 | to go into this in detail in a moment. | | |
| 140 6 | What's the significance in terms of all | | |
| 140 7 | of that usage, both premarketing and then | | |
| 140 8 | after the drug was marketed, the fact | | |
| 140 9 | that it was going to be used by -- | | |
| 140 10 | A: Well -- | | |
| 140 11 | Q: -- literally over a hundred | | |
| 140 12 | million prescriptions? | | |
| 140 13 | A: Right. The fact that the | | |
| 140 14 | drug was going to be used widely and that | | |
| 140 15 | it was used widely means that the | | |
| 140 16 | exposure to potential harm was very large | | |
| 140 17 | at a population level. So, at a | | |
| 140 18 | population level, if we were saying, oh, | | |
| 140 19 | only 1,000 people or 10,000 people got | | |
| 140 20 | this drug, well, the number of people who | | |
| 140 21 | could be injured as a result, that | | |
| 140 22 | absolute number, would be relatively | | |
| 140 23 | small. But when you give a drug to 20 | | |
| 140 24 | million people, you multiply the numbers | | |
| 141 1 | of people who can be affected. So, | | |
| 141 2 | that's -- from a public health | | |
| 141 3 | perspective, that is why I considered | | |
| 141 4 | this to be a public health catastrophe. | | |
| 141 5 | Q: Was it indeed -- was Vioxx | | |
| 141 6 | indeed a public health catastrophe? | | |
| | | | |
| 141:8 -   143:10 | Graham, David 2006-05-09 | | |
| 141 8 | THE WITNESS: Yes. | | |
| 141 9 | BY MR. KLINE: | | |
| 141 10 | Q: Why, sir? | | |
| 141 11 | A: Vioxx, in my opinion, was a | | |
| 141 12 | public health catastrophe because, A, it | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 141 13 | was a toxic drug that had severe | | |
| 141 14 | cardiovascular effects raising -- | | |
| 141 15 | increasing the risk of heart attack. | | |
| 141 16 | Two, heart attack is like | | |
| 141 17 | one of the leading causes of death in the | | |
| 141 18 | United States, so, the rate of it is | | |
| 141 19 | pretty high. If I have a drug that | | |
| 141 20 | increases the rate of something that | | |
| 141 21 | already happens at a high rate, I'm | | |
| 141 22 | multiplying two high numbers by each | | |
| 141 23 | other, and that's going to mean that lots | | |
| 141 24 | of people will probably have heart | | |
| 142 1 | attacks. | | |
| 142 2 | Three, the typical person | | |
| 142 3 | with osteoarthritis or rheumatoid | | |
| 142 4 | arthritis who was going to get Vioxx is | | |
| 142 5 | somebody who is older. And older people | | |
| 142 6 | have other risk factors for heart | | |
| 142 7 | disease. If your typical Vioxx user is | | |
| 142 8 | somebody in their 60s, well, if they are | | |
| 142 9 | male, they've got their gender is a risk | | |
| 142 10 | factor for heart attack, their age is a | | |
| 142 11 | risk factor for heart attack, and if you | | |
| 142 12 | look nationally at statistics on health | | |
| 142 13 | of Americans, they will also have at | | |
| 142 14 | least one of the following: they'll have | | |
| 142 15 | high blood pressure, high cholesterol, | | |
| 142 16 | diabetes or they'll smoke. So, right off | | |
| 142 17 | the bat, this drug is going to be | | |
| 142 18 | marketed -- your typical patient that is | | |
| 142 19 | getting this drug is going to be somebody | | |
| 142 20 | who has two or three risk factors for | | |
| 142 21 | heart disease already. So, you put all | | |
| 142 22 | these things together and then you | | |
| 142 23 | multiply it by the fact that I'm going to | | |
| 142 24 | it to 20 million people, and it's just | | |
| 143 1 | simple mathematics that you've got a | | |
| 143 2 | formula for disaster. | | |
| 143 3 | Q. Sir, you have actually | [143:3-144:18] | **Barnett:** Overruled at |
| 143 4 | quantified what you believe to be the | **Def.'s Obj.:** Dr. Graham's | 144:2-18 only. |
| 143 5 | formula in your study paper -- your | testimony regarding estimates | **Smith:** Overruled at |
| 143 6 | Kaiser study paper published by Lancet. | of 88,000-140,000 excess | 144:2-18 only. |
| 143 7 | Is Lancet a highly respected journal? | events caused by Vioxx | **Mason:** Not designated. |
| 143 8 | A. Yes. | should be excluded from this | |
| 143 9 | Q. Published in Britain? | case on Rule 403 grounds. | |
| 143 10 | A. Yes. | Also, no foundation or | |
| | | methodology that supports this | Overruled |
| 143:17 - 143:18 | | opinion. | |
| 143 17 | Q. What is it the equivalent of | **Pl's Resp.:** Witness explains | |
| 143 18 | in the United States? | methodology at p. 154-155. | |
| | | Estimates appear in one of | |
| 143:20 - 152:10 | | the premiere medical journals | |
| 143 20 | THE WITNESS: It's the | in the world. Paper and | |
| 143 21 | equivalent of the New England | conclusions were subject to | |
| 143 22 | Journal of Medicine or the Journal | peer-review. | |
| 143 23 | of the American Medical | | |

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | Objections | Rulings |
|---|---|---|
| 143 24 Association. | | |
| 144 1 BY MR. KLINE: | | |
| 144 2 Q. You stated there, "88,000 to | | |
| 144 3 140,000 excess cases of serious coronary | | |
| 144 4 heart disease probably occurred in the | | |
| 144 5 United States over the market life of | | |
| 144 6 Vioxx." Did you make that statement? | | |
| 144 7 A. Yes, I did. | | |
| 144 8 Q. Is that a true statement? | | |
| 144 9 A. Yes, it is. | | |
| 144 10 Q. Tell us why "88,000 to | | |
| 144 11 140,000 excess cases of serious coronary | | |
| 144 12 heart disease probably occurred in the | | |
| 144 13 United States over the market life of | | |
| 144 14 Vioxx." | | |
| 144 15 A. It occurred because Vioxx is | | |
| 144 16 unsafe at any dose. In other words, all | | |
| 144 17 doses of Vioxx can cause increased heart | | |
| 144 18 attack risk. Vioxx was used widely -- | | |
| 144 19 Q. How about the timing of it? | | |
| 144 20 A. The timing begins with the | | |
| 144 21 first dose, and there is lots of evidence | | |
| 144 22 now that points to that. In fact, on the | | |
| 144 23 APPROVe study, which we used to help | | |
| 144 24 formulate our estimate of heart attacks, | | |
| 145 1 was a study performed by Merck of | | |
| 145 2 patients with colon polyps, and they were | | |
| 145 3 giving them the 25 milligram strength of | | |
| 145 4 Vioxx to see if they could prevent colon | | |
| 145 5 polyps. And the study found a roughly | | |
| 145 6 twofold increase in heart attack risk in | | |
| 145 7 patients who were treated with Vioxx | | |
| 145 8 compared to people who are taking a sugar | | |
| 145 9 pill, a placebo. | | |
| 145 10 Now, in the paper that the | | |
| 145 11 company published, they did what's called | | |
| 145 12 a post hoc analysis. And this is an | | |
| 145 13 analysis that's done after the fact. And | | |
| 145 14 so FDA -- if this analysis had been | | |
| 145 15 presented to FDA for an -- for some | | |
| 145 16 statement to be put in their labeling, | | |
| 145 17 FDA would have thrown it out because | | |
| 145 18 they'd say it's post hoc, which means it | | |
| 145 19 could have happened by accident. In | | |
| 145 20 clinical trials, you're supposed to | | |
| 145 21 prespecify before the trial starts what | | |
| 145 22 analyses you will do. And the | | |
| 145 23 prespecified analysis that Merck said | | |
| 145 24 they would do showed a twofold increased | | |
| 146 1 risk. And the correct interpretation of | | |
| 146 2 that is that the risk would be increased | | |
| 146 3 from the start of the drug for as long as | | |
| 146 4 you took the drug. But Merck did a post | | |
| 146 5 hoc analysis. And the post hoc analysis | | |
| 146 6 showed these two curves where they said | | |
| 146 7 that the risk didn't begin until after | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 146 8 | you are on the drug for 18 months. And | | |
| 146 9 | as a result, there was a public | | |
| 146 10 | statement, a press release from Merck | | |
| 146 11 | that said that the risk doesn't begin | | |
| 146 12 | until after 18 months. Newspapers put it | [146:12-20] | **Barnett:** No objection. |
| 146 13 | up. It's in newspapers. There was just | **Def's Obj.:** Hearsay; 403. | Testimony played. |
| 146 14 | an editorial commentary in the Washington | | **Smith:** Objection not |
| 146 15 | Post last week of somebody saying how on | | ruled upon. |
| 146 16 | earth could a jury award money to a | | **Mason:** Not designated. |
| 146 17 | victim who had taken the drug for less | | |
| 146 18 | then 18 months because we all know that | | |
| 146 19 | Vioxx can't cause heart attacks before 18 | | Sustained |
| 146 20 | months. | | |
| 146 21 | Well, two things. One, that | | |
| 146 22 | was the approved -- that was a post hoc | | |
| 146 23 | analysis, so it can't be accepted. What | | |
| 146 24 | it can be used for is to raise a | | |
| 147 1 | hypothesis, a question, hmm, maybe this | | |
| 147 2 | is something -- maybe it only works after | | |
| 147 3 | 18 months. Then you have to go back to | | |
| 147 4 | do a second study to prove that. If you | | |
| 147 5 | look -- so, that's point one. | | |
| 147 6 | Point two is, if you look at | | |
| 147 7 | those two curves and you look at how many | | |
| 147 8 | patients they had in the study, how many | | |
| 147 9 | heart attacks they had in that study at | | |
| 147 10 | the time -- let's take six months, for | | |
| 147 11 | example. At six months, there were about | | |
| 147 12 | five or six heart attacks total in the | | |
| 147 13 | APPROVe study. And now they don't give | | |
| 147 14 | the figures in the paper, so, you've got | | |
| 147 15 | to kind of make these extrapolations from | | |
| 147 16 | proportions that are presented in the | | |
| 147 17 | paper. Five or six. In order to show a | | |
| 147 18 | relative risk of 2, which is what the | | |
| 147 19 | overall study showed, they would have to | | |
| 147 20 | have had -- | | |
| 147 21 | Q.  VIGOR? | | |
| 147 22 | A.  No. We're talking APPROVe. | | |
| 147 23 | Q.  I'm sorry. | | |
| 147 24 | A.  This is the 18 month. | | |
| 148 1 | They would have had to have | | |
| 148 2 | had 95 patients, 95 heart attacks by six | | |
| 148 3 | months, when all they had was five or | | |
| 148 4 | six. So, the study would have had to | | |
| 148 5 | have been almost 20 times larger in order | | |
| 148 6 | to have a chance of finding the problem. | | |
| 148 7 | As it is, with the five or six cases that | | |
| 148 8 | they had at six months, all that Merck | | |
| 148 9 | could say from a statistical perspective | | |
| 148 10 | is the risk of heart attack with Vioxx | | |
| 148 11 | can be no higher than about 200. | | |
| 148 12 | Q.  This is called power? | | |
| 148 13 | A.  This is power. And what | | |
| 148 14 | we're seeing there is the absence of | | |
| 148 15 | evidence is not evidence of absence. | | |

**Dedrick v. Merck Co., Inc.**

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 148 16 | They're saying the truth is, we don't | | |
| 148 17 | have the power. But Merck is using that | | |
| 148 18 | argument to say, ha-ha, because we don't | | |
| 148 19 | have the power, therefore there isn't a | | |
| 148 20 | risk, therefore, anybody with a heart | | |
| 148 21 | attack before then, it's their own bad | | |
| 148 22 | luck. | | |
| 148 23 | But I give you an analogy, | | |
| 148 24 | and the analogy is, we've got those two | | |
| 149 1 | curves, and if you have a picture of | | |
| 149 2 | APPROVe, you could put it up and then we | | |
| 149 3 | could talk from the curve. You've got | | |
| 149 4 | these two curves that come together, and | | |
| 149 5 | there's no power there in that first 18 | | |
| 149 6 | months to show a difference. And as I | | |
| 149 7 | just discussed, the study would have to | | |
| 149 8 | be 20 times larger in order to show a | | |
| 149 9 | twofold difference. You talk about | | |
| 149 10 | stacking the deck. That's a stacked | | |
| 149 11 | deck. | | |
| 149 12 | Here's the analogy. The | | |
| 149 13 | company is saying to you, to me, to the | | |
| 149 14 | jury, the moon has no craters. And they | | |
| 149 15 | say, look at the APPROVe study in the | | |
| 149 16 | first 18 months. I don't see a | | |
| 149 17 | difference there. I look at the moon. I | | |
| 149 18 | don't see any craters. I'm saying, wait | | |
| 149 19 | a second, here's a pair of binoculars. | | |
| 149 20 | Let's make that study 20 times bigger. | | |
| 149 21 | Let me give you binoculars that raises it | | |
| 149 22 | 20 times. Now you look at the moon and | | |
| 149 23 | you see there are craters. You look | | |
| 149 24 | here, you would see this heart attack. | | |
| 150 1 | Now, there had been 11 | | |
| 150 2 | published studies, observational studies. | | |
| 150 3 | So, you'll never get a clinical trial | | |
| 150 4 | that's that large to study this question. | | |
| 150 5 | So, it has to come from observational | | |
| 150 6 | studies. The preponderance of the | | |
| 150 7 | evidence of observational studies, there | | |
| 150 8 | are now 11 published observational | | |
| 150 9 | studies. Nine of those observational | | |
| 150 10 | studies found that Vioxx increases the | | |
| 150 11 | risk of heart attack. Of those nine, all | | |
| 150 12 | nine of them, when you look at it, you | | |
| 150 13 | have to tease it out, but in the studies, | | |
| 150 14 | they make it clear that the risk of heart | | |
| 150 15 | attack that they found in that study | | |
| 150 16 | occurred within 12 months. So, we're | | |
| 150 17 | already inside 18 months. Seven of those | | |
| 150 18 | studies have the evidence present within | | |
| 150 19 | six months. Four of those studies have | | |
| 150 20 | the evidence within the first | | |
| 150 21 | prescription. So, in other words, what | | |
| 150 22 | we have is evidence that Vioxx increases | | |
| 150 23 | the risk of heart attack from the first | | |

Dedrick v. Merck Co., Inc.

**Plaintiffs and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 150 24 | dose on. And we have no evidence to | | |
| 151 1 | suggest that the risk goes away with | | |
| 151 2 | time. | | |
| 151 3 | This follows precisely from | | |
| 151 4 | what we believed the underlying mechanism | | |
| 151 5 | is by which Vioxx and other COX-2 | | |
| 151 6 | inhibitors might cause heart attack. And | | |
| 151 7 | that is, suppressing prostacyclin so that | | |
| 151 8 | there's an excess of thromboxane. | | |
| 151 9 | Thromboxane causes platelets to clot and | | |
| 151 10 | can cause heart attacks. And if you | | |
| 151 11 | disturb that balance, that disturbance in | | |
| 151 12 | balance is going to happen within the | | |
| 151 13 | first dose, and so -- the first couple | | |
| 151 14 | doses. And so what you have is the | | |
| 151 15 | expectation that the risk should begin | | |
| 151 16 | early. The only reason people don't find | | |
| 151 17 | it is because they don't have 10 million | | |
| 151 18 | patients in a clinical trial on the first | | |
| 151 19 | day that would let them see it. | | |
| 151 20 | Q. You found it in your study? | | |
| 151 21 | A. And we found it in our | | |
| 151 22 | study. | | |
| 151 23 | Q. And was your study a large | | |
| 151 24 | scale observational study? | | |
| 152 1 | A. Yes. | | |
| 152 2 | Q. And do large term | | |
| 152 3 | observational studies provide an | | |
| 152 4 | important -- are they an important piece | | |
| 152 5 | of information in the matrix of | | |
| 152 6 | information about drug safety? | | |
| 152 7 | A. Yes, they are. And in this | | |
| 152 8 | situation, particularly where we're | | |
| 152 9 | talking about this 18-month question, it | | |
| 152 10 | is the only information available. | | |
| **152:21 - 153:13** | | | |
| 152 21 | I want to go back to the | [152:21-153:13] | **Barnett:** Overruled. |
| 152 22 | general question that was on the table all | **Def.'s Obj.:** Dr. Graham's | **Smith:** Overruled. |
| 152 23 | the time, which was, as to your statement | testimony regarding estimates | **Mason:** Not designated. |
| 152 24 | about the Kaiser study, in the Kaiser | of 88,000-140,000 excess | |
| 153 1 | study that 86 to 140,000 excess cases of | events caused by Vioxx | Overruled |
| 153 2 | serious coronary heart disease probably | should be excluded from this | |
| 153 3 | occurred in the United States over the | case on Rule 403 grounds. | |
| 153 4 | life of the drug Vioxx. And I had | Also, no foundation or | |
| 153 5 | interrupted you. | methodology that supports this | |
| 153 6 | What is the answer to that | opinion. | |
| 153 7 | question as to why you make that | **Pl's Resp.:** Witness explains | |
| 153 8 | statement, if you haven't already | methodology at p. 154-155. | |
| 153 9 | explained it? | Estimates appear in one of | |
| 153 10 | A. Right. | the premiere medical journals | |
| 153 11 | Q. You started off saying it's | in the world. Paper and | |
| 153 12 | unsafe at any dose. It starts at the | conclusions were subject to | |
| 153 13 | initial dose. Are there other factors? | | |

**Bedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | Objections | Rulings |
|---|---|---|

18 - 155:11

| | | |
|---|---|---|
| 153 18 | A. Just that it has wide use; | |
| 153 19 | that lower doses and higher doses | |
| 153 20 | increase the risk; that there's typical | |
| 153 21 | patients who are going to get the drugs | |
| 153 22 | have relatively high background rates for | |
| 153 23 | heart disease. And you take these | |
| 153 24 | factors together and you multiply them | |
| 154 1 | out, and you end up with large numbers. | |
| 154 2 | Q. While I don't want to do the | |
| 154 3 | exact statistical computation in front of | |
| 154 4 | the jury, have you done that to make that | |
| 154 5 | kind of statement in the peer reviewed | |
| 154 6 | medical literature? | |
| 154 7 | A. Yes, I have. | |
| 154 8 | Q. What is the construct there, | |
| 154 9 | please, just briefly? | |
| 154 10 | A. Right. Basically, what you | |
| 154 11 | do is -- what we did was, we took the two | |
| 154 12 | large published clinical trials that | |
| 154 13 | Merck conducted, the VIGOR study, which | |
| 154 14 | was at the higher doses of Vioxx, and the | |
| 154 15 | APPROVe study, which was at the lower | |
| 154 16 | doses of Vioxx, and we used those | |
| 154 17 | studies, the relative risks from those | |
| 154 18 | studies, five-fold increased risk in the | |
| 154 19 | VIGOR study, a two-fold increased risk in | |
| 154 20 | the APPROVe study for the lower dose, to | |
| 154 21 | then apply that to the U.S. population in | |
| 154 22 | terms of like about 18 percent of the | |
| 154 23 | population got the high dose and 82 | |
| 154 24 | percent got the lower dose. And you can | |
| 155 1 | do a series of calculations, | |
| 155 2 | epidemiologic formulas that basically | |
| 155 3 | just give you the answer, if you know how | |
| 155 4 | long the prescriptions are, and we had | |
| 155 5 | information that told us how long each | |
| 155 6 | prescription was for. | |
| 155 7 | Q. You did that kind of | |
| 155 8 | calculation? | |
| 155 9 | A. Yes. | |
| 155 10 | Q. That was your conclusion? | |
| 155 11 | A. Yes. | |

158:7 - 159:8   Graham, David 2006-05-09

| | | |
|---|---|---|
| 158 7 | Q: Would you give us your | |
| 158 8 | overview and your understanding of the | |
| 158 9 | Vioxx story? | |
| 158 10 | A: Well, Vioxx was approved in | |
| 158 11 | 1999. In November 2000, a study was | |
| 158 12 | published in the New England Journal of | |
| 158 13 | Medicine called VIGOR, which was a study | |
| 158 14 | performed by Merck showing that Vioxx | |
| 158 15 | reduced the occurrence of perforations, | |
| 158 16 | ulcers and bleeds in the gastrointestinal | |

Dedrick v. Merck Co., Inc.
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 158 17 | tract compared to naproxen therapy, but | | |
| 58 18 | also that it increased the risk of heart | | |
| 158 19 | attack by about a factor of five compared | | |
| 158 20 | to naproxen. | | |
| 158 21 | At that point then, the | | |
| 158 22 | article that got published in the New | | |
| 158 23 | England Journal of Medicine, rather than | | |
| 158 24 | talking about Vioxx increasing the risk | | |
| 159 1 | of heart attack, it actually changed the | | |
| 159 2 | way it did the analysis. And I thought | | |
| 159 3 | that this was really a misleading aspect | | |
| 159 4 | of the way they went about things. | | |
| 159 5 | When you do a scientific | | |
| 159 6 | study -- | | |
| 159 7 | Q: 'They' being? | | |
| 159 8 | A: 'They' being Merck. | | |
| | | | |
| 160:8 - 168:1 | Graham, David 2006-05-09 | | |
| 160 8 | Whenever you do a clinical | | |
| 160 9 | trial or a study, you have what's called | | |
| 160 10 | a reference group or a control group. | | |
| 160 11 | Frequently in a clinical trial, that will | | |
| 160 12 | be a placebo, which is a sugar pill. In | | |
| 160 13 | the VIGOR study, it was naproxen, which | | |
| 160 14 | is another pain reliever. When you have | | |
| 160 15 | a comparator and you have an experimental | | |
| 160 16 | treatment, in this case, Vioxx was the | | |
| 160 17 | experimental treatment, when you do your | | |
| 160 18 | analysis, you are supposed to put the | | |
| 160 19 | results for the experimental treatment, | | |
| 160 20 | in this case, Vioxx, in the numerator of | | |
| 160 21 | a ratio, and your reference, naproxen, in | | |
| 160 22 | the denominator. When the evidence was | | |
| 160 23 | presented on perforations, ulcers and | | |
| 160 24 | bleeds, that's the way the information | | |
| 161 1 | was presented. It was presented in the | | |
| 161 2 | classically accepted way, and it showed | | |
| 161 3 | that the risk of ulcers, et cetera, was | | |
| 161 4 | about one half, about .5, 50 percent that | | |
| 161 5 | of naproxen. | | |
| 161 6 | When it came to presenting | | |
| 161 7 | the heart attack risks, it flipped it | | |
| 161 8 | around. | | |
| 161 9 | Q: 'It' being who? | | |
| 161 10 | A: The company, Merck. They | | |
| 161 11 | flipped it around, and they put -- and | | |
| 161 12 | now in talking about heart attacks, they | | |
| 161 13 | put the risk of heart attack in naproxen | | |
| 161 14 | patients, which is the comparator, the | | |
| 161 15 | reference group, they put that in the | | |
| 161 16 | numerator, and they put Vioxx in the | | |
| 161 17 | denominator, and it should have been the | | |
| 161 18 | other way around. But by doing this, | | |
| 161 19 | then the number that you get is .2. So, | | |
| 161 20 | what they could say was, oh, the heart | | |
| 161 21 | attack risk with naproxen is 20 percent | | |

**Dedrick v. Merck Co., Inc.**

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 161 22 | that of Vioxx, rather than having to say | | |
| 161 23 | the risk of heart attack with Vioxx is | | |
| 161 24 | five times higher than it was with | | |
| 162 1 | naproxen. | | |
| 162 2 | It may seem like a minor | | |
| 162 3 | point, but it's really, I think, | | |
| 162 4 | fundamental, at least in my | | |
| 162 5 | understanding, of the study, because by | | |
| 162 6 | misrepresenting that information, it then | | |
| 162 7 | flows into what I would call the naproxen | | |
| 162 8 | hypothesis. And in the VIGOR study, what | | |
| 162 9 | Merck proposed was that naproxen | | |
| 162 10 | protected against heart attack. Even | | |
| 162 11 | though Vioxx had five times higher rate | | |
| 162 12 | of heart attack than naproxen, what they | | |
| 162 13 | said was, is here's Vioxx, here's | | |
| 162 14 | naproxen, what they said is, well, Vioxx | | |
| 162 15 | is normal, there's no increased risk | | |
| 162 16 | here, what it is is naproxen protects | | |
| 162 17 | against heart attack. And they cited one | | |
| 162 18 | reference to support that, and it was a | | |
| 162 19 | study that Merck itself had done in 22 | | |
| 162 20 | patients where they had given them | | |
| 162 21 | naproxen, taken blood samples from them, | | |
| 162 22 | and then did experiments in test tubes to | | |
| 162 23 | see what effect it had on the way their | | |
| 162 24 | platelets worked. | | |
| 163 1 | Well, this information, | | |
| 163 2 | subsequently the FDA basically said that | | |
| 163 3 | doesn't prove anything because there are | | |
| 163 4 | no controlled clinical trials to show | | |
| 163 5 | that naproxen protects against heart | | |
| 163 6 | attack. But the argument was that | | |
| 163 7 | naproxen protects against heart attack. | | |
| 163 8 | And that was the argument in VIGOR. | | |
| 163 9 | To me, what was -- when I | | |
| 163 10 | read that, there were two things that | | |
| 163 11 | really sort of struck me. One was that a | | |
| 163 12 | five-fold difference in heart attack risk | | |
| 163 13 | is something quite high and something | | |
| 163 14 | that you really have to pay attention to | | |
| 163 15 | because heart attack is such a serious | | |
| 163 16 | disorder, and it's so very common. | | |
| 163 17 | The second thing was that | | |
| 163 18 | just on the face of it, this notion of | | |
| 163 19 | naproxen being protective, I was highly | | |
| 163 20 | skeptical of it, and as a matter of fact, | | |
| 163 21 | so were my office leadership, including | | |
| 163 22 | Peter Honig, who is now at Merck, but was | | |
| 163 23 | my office director then, and Marty | | |
| 163 24 | Himmel, who is now at Merck, but was his | | |
| 164 1 | deputy office director. We were | | |
| 164 2 | skeptical of the naproxen hypothesis. We | | |
| 164 3 | were skeptical for the following reasons | | |
| 164 4 | -- I was skeptical for the following | | |
| 164 5 | reasons: | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 164 6 | 1. Naproxen has been on the | | |
| 164 7 | market for over 30 years. | | |
| 164 8 | 2. Naproxen had been used | | |
| 164 9 | in many, many, many clinical trials, and | | |
| 164 10 | nobody had ever reported this phenomenal | | |
| 164 11 | heart-protecting effect before. | | |
| 164 12 | 3. There were -- and we | | |
| 164 13 | talk about 100 million prescriptions or | | |
| 164 14 | 106 million prescriptions for Vioxx. | | |
| 164 15 | There were probably way, way more of that | | |
| 164 16 | of naproxen over the 30 years that it's | | |
| 164 17 | been on the market, so, there's | | |
| 164 18 | widespread use. | | |
| 164 19 | And then, finally, if | | |
| 164 20 | naproxen had had that kind of protective | | |
| 164 21 | effect that Merck was claiming in the | | |
| 164 22 | VIGOR study, it would have had to have | | |
| 164 23 | been about three times better than | | |
| 164 24 | aspirin at preventing heart attacks. And | | |
| 165 1 | aspirin has been well studied in clinical | | |
| 165 2 | trials. It reduces heart attack risks | | |
| 165 3 | probably on average about 25 percent, and | | |
| 165 4 | that's viewed pretty much as sort of a | | |
| 165 5 | wonder drug. Aspirin is a wonder drug. | | |
| 165 6 | Well, here Merck comes with | | |
| 165 7 | the VIGOR study and says naproxen is | | |
| 165 8 | three times better than the wonder drug | | |
| 165 9 | aspirin. And to me it just failed the | | |
| 165 10 | straight face test and so -- | | |
| 165 11 | Q: The straight face test? | | |
| 165 12 | A: Yes. Does it have sort of | | |
| 165 13 | face validity? Can you believe it on its | | |
| 165 14 | face. And on the face, to me as the | | |
| 165 15 | experienced drug safety scientist, I was | | |
| 165 16 | just highly skeptical of that. | | |
| 165 17 | Plus you have the underlying | | |
| 165 18 | biology of how Vioxx works that would | | |
| 165 19 | lead one to expect that it might increase | | |
| 165 20 | the risk of heart attack. And, in fact, | | |
| 165 21 | it's really funny how the VIGOR study | | |
| 165 22 | words this. You know, the argument that | | |
| 165 23 | is sort of commonly in the literature | | |
| 165 24 | talking about heart attack risk with the | | |
| 166 1 | COX-2 inhibitors talks about prostacyclin | | |
| 166 2 | being decreased by drugs like Vioxx, | | |
| 166 3 | leaving thromboxane, which causes | | |
| 166 4 | clotting, unopposed. So, there's an | | |
| 166 5 | excess of it. There's sort of a balance, | | |
| 166 6 | and now there's too much thromboxane. | | |
| 166 7 | In VIGOR, Merck said, well, | | |
| 166 8 | we were interested in cardiovascular | | |
| 166 9 | risk, but their argument was because | | |
| 166 10 | naproxen -- because Vioxx wouldn't affect | | |
| 166 11 | platelet clotting and so -- but naproxen | | |
| 166 12 | would. And so we thought there might be | | |
| 166 13 | a difference. So, they sort of took the | | |

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 166 14 | converse of what was sort of like | | |
| 166 15 | obviously on everybody -- this was | | |
| 166 16 | something that everybody was talking | | |
| 166 17 | about, at least in the literature. And | | |
| 166 18 | subsequently it became sort of a real | | |
| 166 19 | focus of research. | | |
| 166 20 | In any event, it was based | | |
| 166 21 | on reading that study and being highly | | |
| 166 22 | skeptical of it and recognizing that if | | |
| 166 23 | the high doses caused heart attack at a | | |
| 166 24 | five-fold increase, well, this thing | | |
| 167 1 | called dose response, well, there's a 25 | | |
| 167 2 | milligram dose and a 12-and-a-half | | |
| 167 3 | milligram dose. 25 milligram dose is the | | |
| 167 4 | most commonly used dose. With dose | | |
| 167 5 | response, if you get an effect with a | | |
| 167 6 | high dose, what dose response says is, | | |
| 167 7 | well, you might also have an effect with | | |
| 167 8 | the lower dose. It won't be as big an | | |
| 167 9 | effect. So, the question is, is there a | | |
| 167 10 | heart attack risk with lower dose. And | | |
| 167 11 | that was something that wasn't even | | |
| 167 12 | addressed in the VIGOR study in the | | |
| 167 13 | discussion. In the discussion, it was | | |
| 167 14 | something that one could have brought up, | | |
| 167 15 | but it wasn't brought up. In my view, | | |
| 167 16 | the discussion was unbalanced. | | |
| 167 17 | In any event, taking all | | |
| 167 18 | those things together, I thought that it | | |
| 167 19 | was important that we try to do another | | |
| 167 20 | study to examine the heart attack risks | | |
| 167 21 | with Vioxx. | | |
| 167 22 | Q: And that's how you got | | |
| 167 23 | involved? | | |
| 167 24 | A: And that's how I got | | |
| 168 1 | involved. | | |
| | | | |
| 169:17 -   171:24 | Graham, David 2006-05-09 | | |
| 169 17 | Q: So, you made -- you | | |
| 169 18 | presented this PowerPoint at numerous | | |
| 169 19 | professional meetings, correct -- | | |
| 169 20 | A: Right. This is from -- | | |
| 169 21 | Q: -- including the ISPE | | |
| 169 22 | conference in 2005; is that correct? | | |
| 169 23 | A: That's correct. | | |
| 169 24 | Q: That's the International | | |
| 170 1 | Society of Pharmacoepidemiologists? | | |
| 170 2 | A: Correct. | | |
| 170 3 | Q: A worldwide organization; is | | |
| 170 4 | that correct? | | |
| 170 5 | A: Yes. | | |
| 170 6 | Q: And by the way, you've been | | |
| 170 7 | asked to publicly appear at conferences | | |
| 170 8 | like that in your professional capacity, | | |
| 170 9 | correct? | | |
| 170 10 | A: Yes, I have. | | |

Dedrick v. Merck Co., Inc.

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 170 11 | Q: A group of your colleagues, | | |
| 170 12 | international epidemiologists from all | | |
| 170 13 | over the world, would hear your views | | |
| 170 14 | that you're telling this jury, correct? | | |
| 170 15 | A: Correct. | | |
| 170 16 | Q: All right. | | |
| 170 17 | Now, the theoretical | | |
| 170 18 | concern. What have you publicly said | | |
| 170 19 | about that before? | | |
| 170 20 | A: The theoretical concern was | | |
| 170 21 | that Vioxx would reduce or inhibit | | |
| 170 22 | prostacyclin and lead to an excess of | | |
| 170 23 | thromboxane, which would result in a | | |
| 170 24 | tendency for blood clots and | | |
| 171 1 | theoretically cardiovascular events such | | |
| 171 2 | as heart attack or stroke. | | |
| 171 3 | Q: Known to Merck back in 1999? | | |
| 171 4 | A: I would assume that it had | | |
| 171 5 | to have been. If it's known to the | | |
| 171 6 | medical officer who did this review, it | | |
| 171 7 | most certainly would have had to have | | |
| 171 8 | been known to Merck. | | |
| 171 9 | Q: And you looked at the | | |
| 171 10 | review, and once you got into -- you | | |
| 171 11 | looked into the history of it once you | | |
| 171 12 | got interested in the subject based on | | |
| 171 13 | naproxen, correct? | | |
| 171 14 | A: Actually, this particular | | |
| 171 15 | slide that we're looking at -- actually, | | |
| 171 16 | I began looking at this subsequent. At | | |
| 171 17 | the time that we were planning our study, | | |
| 171 18 | this wasn't something that I had focused | | |
| 171 19 | on. | | |
| 171 20 | Q: In the early period, did the | | |
| 171 21 | FDA know and appreciate that there were | | |
| 171 22 | high-risk patients that were excluded | | |
| 171 23 | from the study? | | |
| 171 24 | A. Yes, they did. | | |
| | | | |
| 172:3 - 172:3 | Graham, David 2006-05-09 | | |
| 172 3 | Q: Did Merck understand that? | | |
| | | | |
| 172:6 - 173:8 | Graham, David 2006-05-09 | | |
| 172 6 | THE WITNESS: It is clear | | |
| 172 7 | from the way the studies are | | |
| 172 8 | described that patients at high | | |
| 172 9 | risk of experiencing | | |
| 172 10 | cardiovascular events were | | |
| 172 11 | excluded from the study, and since | | |
| 172 12 | that's written in the VIGOR study, | | |
| 172 13 | I have to assume that Merck was | | |
| 172 14 | fully aware and that it was | | |
| 172 15 | intentional. | | |
| 172 16 | - - - | | |
| 172 17 | (Whereupon, Deposition | | |
| 172 18 | Exhibit Graham-3, 'Rofecoxib | | |

Dedrick v. Merck Co., Inc.

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 172 19 | Diagnosis and Treatment: What | | |
| 172 20 | went wrong? Can we avoid?' | | |
| 172 21 | (Graham)  PowerPoint Slides, | | |
| 172 22 | DG000014 - DG000034, was marked | | |
| 172 23 | for identification.) | | |
| 172 24 | - - - | | |
| 173 1 | BY MR. KLINE: | | |
| 173 2 | Q:  I'm going to mark another | | |
| 173 3 | Powerpoint which you presented to the | | |
| 173 4 | International Society of | | |
| 173 5 | Pharmacoepidemiologists. They had their | | |
| 173 6 | conference in 2005 in Nashville, | | |
| 173 7 | Tennessee, correct? | | |
| 173 8 | A:  Yes. | | |
| | | | |
| 174:11 -   174:20 | Graham, David 2006-05-09 | | |
| 174 11 | Q:  And were Merck -- are Merck | | |
| 174 12 | representatives always at the | | |
| 174 13 | international Society of | | |
| 174 14 | Pharmacoepidemiology? | | |
| 174 15 | A:  Well, I know that at this | | |
| 174 16 | particular meeting, several people from | | |
| 174 17 | Merck were there because they're | | |
| 174 18 | professional colleagues. So, we had | | |
| 174 19 | conversations during the meeting, and I | | |
| 174 20 | know that they attended this session. | | |
| | | | |
| 175:1 -   176:24 | Graham, David 2006-05-09 | | |
| 175 1 | Q:  Now, in it, and i just want | | |
| 175 2 | to focus you on the slide that's entitled | | |
| 175 3 | VIGOR:  deja vu all over again,' what | | |
| 175 4 | were you telling your fellow members of | | |
| 175 5 | the International Society of | | |
| 175 6 | Pharmacoepidemiologists? | | |
| 175 7 | A:  Which slide number are you | | |
| 175 8 | on? | | |
| 175 9 | Q:  Number 24. | | |
| 175 10 | A:  Oh, here what I was talking | | |
| 175 11 | about was trying to make a little joke | | |
| 175 12 | about Yogi Berra and deja vu, but what I | | |
| 175 13 | was trying to talk about here is the | | |
| 175 14 | evidence that was accruing on Vioxx and | | |
| 175 15 | heart attack risks and FDA's response, | | |
| 175 16 | which in my experience has been to | | |
| 175 17 | downplay or ignore those risks and to let | | |
| 175 18 | things get worse in a sense to, let the | | |
| 175 19 | problem continue unabated. So, that's | | |
| 175 20 | basically what I was, I think, trying to | | |
| 175 21 | convey there. | | |
| 175 22 | Q:  Understood. | | |
| 175 23 | Now, if you'd go to slide | | |
| 175 24 | number 29, this is something I'd like to | | |
| 176 1 | display. And regardless of whether the | | |
| 176 2 | display is there or not, the fact of the | | |
| 176 3 | matter is that you have used and you've | | |
| 176 4 | given this jury an explanation of the | | |

**Dedrick v. Merck Co., Inc.**
## Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 176 5 | naproxen and whether it was a plausible | | |
| 176 6 | explanation for the VIGOR results. That | | |
| 176 7 | is what you've done so far, correct? | | |
| 176 8 | A: Correct. | | |
| 176 9 | Q: What did you call it | | |
| 176 10 | publicly, sir, the naproxen -- | | |
| 176 11 | A: I called it an alibi. | | |
| 176 12 | Q: What is an alibi, sir? | | |
| 176 13 | A: Well, I'm not a lawyer, but | | |
| 176 14 | what I meant was, it's sort of an excuse | | |
| 176 15 | to explain away an uncomfortable | | |
| 176 16 | situation. | | |
| 176 17 | Q: What did you mean when you | | |
| 176 18 | described -- and I assume you're talking | | |
| 176 19 | about Merck's explanation later published | | |
| 176 20 | in the New England Journal that naproxen | | |
| 176 21 | was cardioprotective and thereby | | |
| 176 22 | explained the results of the VIGOR trial. | | |
| 176 23 | Is that what you were talking about? | | |
| 176 24 | A: That is correct. | | |
| | | | |
| 177:5 -   178:7 | Graham, David 2006-05-09 | | |
| 177 5 | My question is, what in that | | |
| 177 6 | context did you mean by the 'naproxen | | |
| 177 7 | alibi,' sir? | | |
| 177 8 | A: What I meant was that there | | |
| 177 9 | was -- it was much more likely based on | | |
| 177 10 | the available evidence at the time that | | |
| 177 11 | Vioxx was increasing the risk of heart | | |
| 177 12 | attack than that naproxen was protecting | | |
| 177 13 | against heart attack, but that pointing | | |
| 177 14 | to naproxen saying it protects against | | |
| 177 15 | heart attacks is an alibi. It's | | |
| 177 16 | basically to say it's not Vioxx that's | | |
| 177 17 | causing the heart attacks, it's naproxen | | |
| 177 18 | that's protecting against heart attacks. | | |
| 177 19 | What I also said at this | | |
| 177 20 | meeting was that it resulted in a | | |
| 177 21 | two-year wild goose chase as people in | | |
| 177 22 | their research focused on addressing | | |
| 177 23 | naproxen and whether it affects the risk | | |
| 177 24 | of heart attack, rather than focusing on | | |
| 178 1 | Vioxx and on lower-dose Vioxx, which was | | |
| 178 2 | being used by increasing numbers of | | |
| 178 3 | patients. | | |
| 178 4 | Q. That two-year wild goose | | |
| 178 5 | chase occurred roughly in what calendar | | |
| 178 6 | year? | | |
| 178 7 | A. 2001/2002. | | |
| | | | |
| 178:14 -   178:21 | Graham, David 2006-05-09 | | |
| 178 14 | Q: What was going on with | | |
| 178 15 | labeling in that same period of time, | | |
| 178 16 | sir? | | |
| 178 17 | A: Nothing was happening with | | |
| 178 18 | labeling, at least nothing visible. | | |

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 178 19 | Q: Was it your words when you | | |
| 178 20 | described it, those two years, as a wild | | |
| 178 21 | goose chase? | | |
| | | | |
| 178:23 - 179:6 | Graham, David 2006-05-09 | | |
| 178 23 | THE WITNESS: My reference | | |
| 178 24 | to wild goose chase was to the | | |
| 179 1 | efforts by the scientific | | |
| 179 2 | community to investigate what has | | |
| 179 3 | subsequently been shown, I think, | | |
| 179 4 | unequivocally to be an untruth, | | |
| 179 5 | which is that naproxen does not | | |
| 179 6 | protect against heart attack. | | |
| | | | |
| 179:7 - 179:13 | Graham, David 2006-05-09 | | |
| 179 7 | There are now, I think, 18 or 19 | | |
| 179 8 | published observational studies | | |
| 179 9 | that have looked at this. And | | |
| 179 10 | four of them say that naproxen is | | |
| 179 11 | protective. Four of them say it | | |
| 179 12 | increases the risk. And the | | |
| 179 13 | others say there's no difference. | | |
| | | | |
| 182:7 - 182:13 | Graham, David 2006-05-09 | | |
| 182 7 | Q: What is the bottom line, | | |
| 182 8 | bottom, bottom line on the science of | | |
| 182 9 | whether naproxen is cardioprotective and | | |
| 182 10 | whether this was an alibi? | | |
| 182 11 | A: Naproxen is not | | |
| 182 12 | cardioprotective, never was, and it | | |
| 182 13 | isn't. | | |
| | | | |
| 186:1 186:15 | | | |
| 186 1 | Q. Now, did you get -- by the | | |
| 186 2 | way, in 2000, I think the 2002 report, | | |
| 186 3 | there's an FDA report -- I don't want to | | |
| 186 4 | have to dig out the document. I hope | | |
| 186 5 | I'll be indulged here. | | |
| 186 6 | There's a report in which | | |
| 186 7 | Vioxx was -- there was a suspect drug | | |
| 186 8 | list in 2001 reported in 2002? | | |
| 186 9 | A. Yes. | | |
| 186 10 | Q. What drug was on the top of | | |
| 186 11 | the suspect drug list? | | |
| 186 12 | A. Vioxx. | | |
| 186 13 | Q. And was your study conceived | | |
| 186 14 | by you? | | |
| 186 15 | A. Yes. | | |
| | | | |
| 186:21 - 187:17 | Graham, David 2006-05-09 | | |
| 186: 21 | A: I wasn't aware at the time | | |
| 186: 22 | that it was the number one drug. In my | | |
| 186: 23 | mind, it was the leading public health | | |
| 186: 24 | safety question that needed to be focused | | |
| 187: 1 | on. When we went to -- when we decided | | |
| 187: 2 | to do the study, we had a teleconference, | | |

Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 187: 3 | videoconference with Merck that was | | |
| 187: 4 | attended by myself, my office director, | | |
| 187: 5 | Dr. Honig, his deputy, Dr. Himmel, both | | |
| 187: 6 | of whom are now at Merck, and then people | | |
| 187: 7 | from Kaiser. And we had a list of five | | |
| 187: 8 | or six drug safety questions that we were | | |
| 187: 9 | going to discuss which of these we | | |
| 187: 10 | thought was the most important one that | | |
| 187: 11 | needed to be studied. And the consensus, | | |
| 187: 12 | hands down, of that group was that Vioxx | | |
| 187: 13 | needed to be studied because that issue | | |
| 187: 14 | affected more lives and the impact of | | |
| 187: 15 | that was potentially greater than any of | | |
| 187: 16 | the other drug safety questions we talked | | |
| 187: 17 | about. | | |
| | | | |
| 187:23  -  188:13 | Graham, David 2006-05-09 | | |
| 187: 23 | Q:  Now, the study. It was -- | | |
| 187: 24 | tell us what you did, what you went about | | |
| 188: 1 | doing. It was funded by the FDA, | | |
| 188: 2 | correct? | | |
| 188: 3 | A:  It was funded -- this study, | | |
| 188: 4 | I've been told various estimates, that | | |
| 188: 5 | this study cost -- should have cost -- if | | |
| 188: 6 | it was being done today, it would have | | |
| 188: 7 | cost over $1 million. That's what I was | | |
| 188: 8 | told by people at the DSaRM committee in | | |
| 188: 9 | February 2005. FDA contributed a total | | |
| 188: 10 | of $60,000, which was basically good | | |
| 188: 11 | faith money, and Kaiser underwrote all | | |
| 188: 12 | the other expenses associated with the | | |
| 188: 13 | study. | | |
| | | | |
| 192:24  -  193:11 | Graham, David 2006-05-09 | | |
| 192: 24 | Q:  Now, you were the lead of | | |
| 193: 1 | the study? | | |
| 193: 2 | A:  Yes. | | |
| 193: 3 | Q:  And it was your baby; is | | |
| 193: 4 | that correct? | | |
| 193: 5 | A:  Correct. | | |
| 193: 6 | Q:  Was that known by your | | |
| 193: 7 | bosses at the FDA? | | |
| 193: 8 | A:  Oh, yes. | | |
| 193: 9 | Q:  And did they know that you | | |
| 193: 10 | were studying in particular Vioxx? | | |
| 193: 11 | A:  Yes. | | |
| 193: 12 | Q.    And were you studying other | | |
| 193: 13 | COX-2s as well? | | |
| 193: 14 | A.    We looked at Celebrex.  We | | |
| 193: 15 | were not able to look at Bextra because | | |
| 193: 16 | it wasn't used in Kaiser at the time of | | |
| 193: 17 | our study.  And we looked at other pain | | |
| 193: 18 | relievers as well, most particularly, | | |
| 193: 19 | naproxen, because we also, in addition to | | |
| 193: 20 | wanting to study whether or not Vioxx | | |

**Dedrick v. Merck Co., Inc.**

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 193: 21 | increased the risk of heart attack, we | | |
| 193: 22 | wanted to know whether naproxen protected | | |
| 193: 23 | against heart attack. And so we were | | |
| 193: 24 | going to test both of those questions. | | |
| | | | |
| 194:1 - 196:21 | Graham, David 2006-05-09 | | |
| 194: 1 | Q: Now, there's a story in | | |
| 194: 2 | between, but at the end of the day, was | | |
| 194: 3 | this study published in The Lancet? | | |
| 194: 4 | A: Yes, it was. | | |
| 194: 5 | Q: It was first on line January | | |
| 194: 6 | 25th of '05? | | |
| 194: 7 | A: Correct. | | |
| 194: 8 | Q: Was it peer reviewed by -- | | |
| 194: 9 | did it go through a peer review process | | |
| 194: 10 | and was it peer reviewed? | | |
| 194: 11 | A: It went through peer review | | |
| 194: 12 | twice. A total of ten different peer | | |
| 194: 13 | reviewers from The Lancet looked at this | | |
| 194: 14 | paper, five on each of two occasions. On | | |
| 194: 15 | each occasion, the paper was accepted for | | |
| 194: 16 | publication. | | |
| 194: 17 | Q: Was that unusual, that it | | |
| 194: 18 | was peer reviewed twice and by that many | | |
| 194: 19 | people? | | |
| 194: 20 | A: It was unusual, but it was | | |
| 194: 21 | necessitated by efforts by the FDA to | | |
| 194: 22 | suppress publication of the paper. | | |
| 194: 23 | Q: Yes, I'm going to have you | | |
| 194: 24 | tell that story in a minute in your own | | |
| 195: 1 | words. | | |
| 195: 2 | At the end of the day when | | |
| 195: 3 | you published the article, the article | | |
| 195: 4 | was entitled 'Risk of acute myocardial | | |
| 195: 5 | infarction and sudden cardiac death in | | |
| 195: 6 | patients treated with...' Is that | | |
| 195: 7 | correct? That's the study? | | |
| 195: 8 | A: Yes. | | |
| 195: 9 | MR. KLINE: And we have it | | |
| 195: 10 | here. We'll mark it as the next | | |
| 195: 11 | Exhibit Number, 4. | | |
| 195: 12 | - - - | | |
| 195: 13 | (Whereupon, Deposition | | |
| 195: 14 | Exhibit Graham-4, 'Risk of acute | | |
| 195: 15 | myocardial infarction and sudden | | |
| 195: 16 | cardiac death in patients treated | | |
| 195: 17 | with cyclo-oxygenase 2 selective | | |
| 195: 18 | and non-selective non-steroidal | | |
| 195: 19 | anti-inflammatory drugs: nested | | |
| 195: 20 | case-control study,' (Graham, et | | |
| 195: 21 | al)  The Lancet 2-5-05 Vol. 365, | | |
| 195: 22 | 475-481, was marked for | | |
| 195: 23 | identification.) | | |
| 195: 24 | - - - | | |
| 196: 1 | BY MR. KLINE: | | |
| 196: 2 | Q: This was the result, the | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 196: 3 | fruits of your four-year labor; is that | | |
| 196: 4 | correct? | | |
| 196: 5 | A:  Correct. | | |
| 196: 6 | Q:  What was your bottom line of | | |
| 196: 7 | your findings, sir? | | |
| 196: 8 | A:  The bottom line was that | | |
| 196: 9 | Vioxx at high dose increased the risk of | | |
| 196: 10 | heart attack compared to basically nonuse | | |
| 196: 11 | of the drug; that, compared to Celebrex, | | |
| 196: 12 | which was the other leading COX-2 pain | | |
| 196: 13 | reliever on the market, that Vioxx at | | |
| 196: 14 | high dose and low dose increased the risk | | |
| 196: 15 | of heart attack. With low dose, it was | | |
| 196: 16 | just a borderline statistical | | |
| 196: 17 | significance, but the point estimate was | | |
| 196: 18 | clearly there; and that naproxen did not | | |
| 196: 19 | protect against heart attack, if | | |
| 196: 20 | anything, it increased the risk | | |
| 196: 21 | slightly. | | |
| | | | |
| 203:14  -  205:23 | Graham, David 2006-05-09 | | |
| 203: 14 | Q:  And -- okay, now. If you | | |
| 203: 15 | look at the Advisory Committee meeting, | | |
| 203: 16 | your PowerPoint number 1 -- let's see, | | |
| 203: 17 | it's 114, Page 114. We'll put it up very | | |
| 203: 18 | briefly and try to work through this | | |
| 203: 19 | stuff in our waning moments. | | |
| 203: 20 | I see here, 'Risk of AMI | | |
| 203: 21 | with Celecoxib Or Rofecoxib.' I want to | | |
| 203: 22 | focus on Vioxx, rofecoxib. Okay? | | |
| 203: 23 | A:  Uh-huh. | | |
| 203: 24 | Q:  What you did here was to | | |
| 204: 1 | collect the data from the various | | |
| 204: 2 | studies, correct? | | |
| 204: 3 | A:  Correct. | | |
| 204: 4 | Q:  At all doses, just focusing | | |
| 204: 5 | on the 'all doses,' your study showed an | | |
| 204: 6 | increased risk of -- what are you showing | | |
| 204: 7 | increased risks of here to be clear? | | |
| 204: 8 | What are you characterizing it? | | |
| 204: 9 | A:  We showed an increased risk | | |
| 204: 10 | of heart attack and sudden cardiac death | | |
| 204: 11 | as a -- sort of considering those | | |
| 204: 12 | together. | | |
| 204: 13 | Q:  By the way, sir, and I hate | [204:13-205:6] | Barnett:  Overruled. |
| 204: 14 | to do it this way, but I forgot earlier. | Def.'s Obj.:  Dr. Graham's | Smith:  Overruled. |
| 204: 15 | When you gave me your figures of 88,000 | testimony regarding estimates | Mason:  Not designated |
| 204: 16 | to 140,000 excess cases of serious | of 88,000-140,000 excess | |
| 204: 17 | coronary heart disease in the life of | events caused by Vioxx | Overruled |
| 204: 18 | Vioxx in the United States, how many of | should be excluded from this | |
| 204: 19 | those -- did you do a calculation of how | case on Rule 403 grounds. | |
| 204: 20 | many of those were deaths? | Also, no foundation or | |
| 204: 21 | A:  Yes. It's about 40 percent. | methodology that supports this | |
| 204: 22 | So, if you multiply .4 by each of the | opinion. | |
| 204: 23 | numbers, you come up with a range that's | Pl's Resp.:  Witness explains | |

Dedrick v. Merck Co., Inc.
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 204: 24 | somewhere in the neighborhood of 40,000 | methodology at p. 154-155. | |
| 205: 1 | to 60,000. | Estimates appear in one of | |
| 205: 2 | Q: 40,000 to 60,000 excess | the premiere medical journals | |
| 205: 3 | deaths over those that would have been | in the world.  Paper and | |
| 205: 4 | if -- | conclusions were subject to | |
| 205: 5 | A:  Patients had not used | peer-review. | |
| 205: 6 | rofecoxib, had not used Vioxx. | | |
| 205: 7 | Q:  Back to the relative risks. | | |
| 205: 8 | If we can just focus in on all doses of | | |
| 205: 9 | Vioxx, we have relative risks which are | | |
| 205: 10 | above 1 in the Graham study, is that | | |
| 205: 11 | correct? | | |
| 205: 12 | A:  Yes. | | |
| 205: 13 | Q:  The Solomon study? | | |
| 205: 14 | A:  Yes. | | |
| 205: 15 | Q:  The Kimmel study? | | |
| 205: 16 | A:  Yes. | | |
| 205: 17 | Q:  The Ingenix study? | | |
| 205: 18 | A:  Yes. | | |
| 205: 19 | Q:  And the Medi-Cal study? | | |
| 205: 20 | A:  Yes. | | |
| 205: 21 | Q:  And you were involved in the | | |
| 205: 22 | Medi-Cal study as well, correct? | | |
| 205: 23 | A:  Correct. | | |
| | | | |
| 222:12 -   222:14 | Graham, David 2006-05-09 | | |
| 222 12 | Q:  In your view, did the | | |
| 222 13 | benefits clearly exceed the risk or | | |
| 222 14 | exceed them at all? | | |
| | | | |
| 222:16 -   222:20 | Graham, David 2006-05-09 | | |
| 222 16 | THE WITNESS:  No.  The | | |
| 222 17 | benefits did not exceed the risks. | | |
| 222 18 | BY MR. KLINE: | | |
| 222 19 | Q:  In fact, was it the | | |
| 222 20 | opposite? | | |
| | | | |
| 222:22 -   224:5 | Graham, David 2006-05-09 | | |
| 222 22 | THE WITNESS:  This drug was | | |
| 222 23 | risky.  And the benefits that one | | |
| 222 24 | gained at a population level for | | |
| 223 1 | the risks just weren't worth it. | | |
| 223 2 | The juice wasn't worth the | | |
| 223 3 | squeeze, and in my view, as I said | | |
| 223 4 | before, I think that Vioxx was | | |
| 223 5 | approved prematurely, and clearly | | |
| 223 6 | if more work had been done, | | |
| 223 7 | certainly the high dose shouldn't | | |
| 223 8 | have been approved.  And if it had | | |
| 223 9 | been approved, it should have been | | |
| 223 10 | withdrawn with the VIGOR study. | | |
| 223 11 | And at that point, intensive study | | |
| 223 12 | at the lower doses should have | | |
| 223 13 | been enacted with a very large | | |
| 223 14 | clinical trial done in a very | | |
| 223 15 | short space of time to nail down | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 223 16 | the question. And I'm not talking | | |
| 223 17 | about an APPROVe-like study that | | |
| 223 18 | takes four or five years to do and | | |
| 223 19 | has only five or six heart attacks | | |
| 223 20 | in six months. I'm talking about | | |
| 223 21 | a really huge study that gives you | | |
| 223 22 | the opportunity, the power, to | | |
| 223 23 | answer the question definitively. | | |
| 223 24 | And that was not done. | | |
| 224 1 | BY MR. KLINE: | | |
| 224 2 | Q: Everything of what you just | | |
| 224 3 | said, sir, was it within the resources | | |
| 224 4 | and capability of Merck & Company? | | |
| 224 5 | A: Yes, it was. | | |
| | | | |
| 227:8 - 227:13 | Graham, David 2006-05-09 | | |
| 227 8 | Q: Dr. Graham, you talked a | | |
| 227 9 | little bit on direct examination about | | |
| 227 10 | your medical training as well as your | | |
| 227 11 | training as an epidemiologist. Do you | | |
| 227 12 | practice medicine now? | | |
| 227 13 | A: No, I do not. | | |
| | | | |
| 228:16 - 228:21 | Graham, David 2006-05-09 | | |
| 228 16 | Q: So, for the last 15 years, | | |
| 228 17 | you have been focusing pretty much | | |
| 228 18 | exclusively on epidemiology and drug | | |
| 228 19 | safety rather than practicing medicine; | | |
| 228 20 | is that correct? | | |
| 228 21 | A: Correct. | | |
| | | | |
| 251:14 - 253:4 | Graham, David 2006-05-09 | | |
| 251 14 | Q: Another subject that you | | |
| 251 15 | discussed on direct examination is what | | |
| 251 16 | you call the naproxen myth. Do you | | |
| 251 17 | remember that? | | |
| 251 18 | A: Uh-huh. | | |
| 251 19 | Q: And that's a phrase that you | | |
| 251 20 | used in a couple of these PowerPoints | | |
| 251 21 | that were dated from 2005, right? | | |
| 251 22 | A: It's possible. I mean, I | | |
| 251 23 | don't have them in front of me, but it's | | |
| 251 24 | certainly possible. | | |
| 252 1 | Q: Well, you had one of them in | | |
| 252 2 | front of you before -- | | |
| 252 3 | A: That said 'alibi,' not myth. | | |
| 252 4 | Q: Oh, I'm sorry, naproxen | | |
| 252 5 | alibi. I stand corrected there. | | |
| 252 6 | Now, when you were writing | | |
| 252 7 | scientific articles in 2003 and 2004 and | | |
| 252 8 | you discussed this hypothesis of naproxen | | |
| 252 9 | being cardioprotective, you didn't call | | |
| 252 10 | it an alibi then, did you? | | |
| 252 11 | A: No. It's a different | | |
| 252 12 | audience. | | |
| 252 13 | Q: In fact, well, the audience | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 252 14 | that you are writing for in scientific | | |
| 252 15 | publications are other scientists and | | |
| 252 16 | doctors, right? | | |
| 252 17 | A: Correct. | | |
| 252 18 | Q: And when you were writing in | | |
| 252 19 | scientific publications for other | | |
| 252 20 | scientists and doctors, what you said was | | |
| 252 21 | that the naproxen hypothesis was one of | | |
| 252 22 | the possible explanations for the | | |
| 252 23 | difference that was seen in the VIGOR | | |
| 252 24 | trial between Vioxx and naproxen | | |
| 253 1 | patients, isn't that right, sir? | | |
| 253 2 | A: A very low possibility. | | |
| 253 3 | Q: Let's look at what you | | |
| 253 4 | actually said. | | |
| | | | |
| 253:16 - 254:14 | Graham, David 2006-05-09 | | |
| 253 16 | Q. I'll hand you want we've | | |
| 253 17 | marked as Exhibit 8. | | |
| 253 18 | Is Exhibit 8 a 2003 | | |
| 253 19 | publication? | | |
| 253 20 | A: Yes, based on a talk from | | |
| 253 21 | 2002 | | |
| 253 22 | Q: And the first named author | | |
| 253 23 | on here is Wayne Ray. Do you see that? | | |
| 253 24 | A: Yes. | | |
| 254 1 | Q: He, I think, was the person | | |
| 254 2 | that you said you recruited to help on | | |
| 254 3 | the Kaiser Permanente study that you | | |
| 254 4 | headed up, right? | | |
| 254 5 | A: Yes. | | |
| 254 6 | Q: And then also you're listed | | |
| 254 7 | as an author; is that right? | | |
| 254 8 | A: Correct. | | |
| 254 9 | Q. If you go over to the second | | |
| 254 10 | page, I'm going to direct you down to the | | |
| 254 11 | bottom of the left-hand column, and I've | | |
| 254 12 | blown this up and put it on the board. | | |
| 254 13 | If you want to look at it on the board, | | |
| 254 14 | it might be a little easier. | | |
| | | | |
| 254:15 - 258:7 | Graham, David 2006-05-09 | | |
| 254 15 | in this 2003 article of | | |
| 254 16 | yours and Dr. Ray's and the others, I see | | |
| 254 17 | you say that 'The VIGOR trial enrolled | | |
| 254 18 | 8076 patients with rheumatoid arthritis, | | |
| 254 19 | who were randomly assigned to rofecoxib' | | |
| 254 20 | -- that's Vioxx, right? | | |
| 254 21 | A: Uh-huh. | | |
| 254 22 | Q: -- '(50 milligrams...) or | | |
| 254 23 | naproxen, an established non-selective | | |
| 254 24 | NSAID.' And then do you say, 'MI' -- | | |
| 255 1 | now, first of all, what does MI stand | | |
| 255 2 | for? | | |
| 255 3 | A: That's myocardial | | |
| 255 4 | infarction. | | |

**Dedrick v. Merck Co., Inc.**

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 255 5 | Q: Is that the same thing as a | | |
| 255 6 | heart attack in common language? | | |
| 255 7 | A: Correct. Yes. | | |
| 255 8 | Q: Okay. | | |
| 255 9 | So, a heart attack 'occurred | | |
| 255 10 | in .4 percent of patients receiving | | |
| 255 11 | rofecoxib compared to .1 percent of | | |
| 255 12 | patients receiving naproxen. These data | | |
| 255 13 | may reflect an increased risk of heart | | |
| 255 14 | attack 'associated with rofecoxib;' being | | |
| 255 15 | Vioxx, 'a decreased risk associated with | | |
| 255 16 | naproxen; or a combination of both | | |
| 255 17 | effects.' | | |
| 255 18 | Do you see that? | | |
| 255 19 | A: Uh-huh. | | |
| 255 20 | Q: And then did you go on to | | |
| 255 21 | say that there were two recent published | | |
| 255 22 | studies that looked at 'whether naproxen | | |
| 255 23 | has a protective effect on the risk of | | |
| 255 24 | coronary heart disease'? | | |
| 256 1 | A: Uh-huh. | | |
| 256 2 | Q: And this thing that you | | |
| 256 3 | called an alibi today, back in 2003, did | | |
| 256 4 | you report that both of those studies | | |
| 256 5 | that you referred to there actually | | |
| 256 6 | reported a reduction in the risk of heart | | |
| 256 7 | attacks for people who were using | | |
| 256 8 | naproxen? | | |
| 256 9 | A: Well, a couple of things. | | |
| 256 10 | Q: Did you say that or not, | | |
| 256 11 | sir? | | |
| 256 12 | A: That is not what I said. | | |
| 256 13 | This paper represented a combined | | |
| 256 14 | distillation of, I guess it was four | | |
| 256 15 | different talks presented at a symposium. | | |
| 256 16 | And they frequently -- what they do is | | |
| 256 17 | they have one session and they condense | | |
| 256 18 | them into a single paper, and then they | | |
| 256 19 | list everybody as an author. And this | | |
| 256 20 | material was from someone other than me | | |
| 256 21 | in the section that I was presenting on. | | |
| 256 22 | Q: Who was it from? | | |
| 256 23 | A: I'd have to go back to the | | |
| 256 24 | topic headings of what the different | | |
| 257 1 | people, the four different speakers had, | | |
| 257 2 | what their speaking assignment was. My | | |
| 257 3 | speaking assignment at this meeting was | | |
| 257 4 | to talk about the association of | | |
| 257 5 | high-dose rofecoxib and hypertension. | | |
| 257 6 | Q: Let me ask, when your name | | |
| 257 7 | is listed as an author on an article like | | |
| 257 8 | this, do you have a chance to review the | | |
| 257 9 | whole article and decide whether you want | | |
| 257 10 | to be associated with the comments that | | |
| 257 11 | are made in there? | | |
| 257 12 | A: You get copies of articles | | |

Dedrick v. Merck Co., Inc.

**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 257 13 | like this. When I got it, I only really | | |
| 257 14 | read the section that was my purview, and | | |
| 257 15 | I really didn't read the other sections. | | |
| 257 16 | Q: Is this the first time that | | |
| 257 17 | you understood or knew that your name was | | |
| 257 18 | on a scientific article that said that | | |
| 257 19 | heart attacks may reflect a decreased | | |
| 257 20 | risk associated with naproxen? | | |
| 257 21 | A: Well, I mean, I knew my name | | |
| 257 22 | was on the paper. I hadn't read that | | |
| 257 23 | closely. The studies that are referenced | | |
| 257 24 | are studies that I talked about during | | |
| 258 1 | the previous part of the deposition that | | |
| 258 2 | are analyzed incorrectly and so really | | |
| 258 3 | don't show reductions in cardiovascular | | |
| 258 4 | risk with naproxen, but in any event. | | |
| 258 5 | Q: Did you ever ask that your | | |
| 258 6 | name be removed from this article? | | |
| 258 7 | A: No, I did not. | | |
| | | | |
| 258:20 -   263:21 | Graham, David 2006-05-09 | | |
| 258 20 | Q: Please take a look at what | | |
| 258 21 | we've marked as Exhibit 9. Is Exhibit 9 | | |
| 258 22 | a copy of a scientific article that has | | |
| 258 23 | your name on it as one of the authors? | | |
| 258 24 | A: Yes. | | |
| 259 1 | Q: Now, before we get into | | |
| 259 2 | Exhibit 9, is this one -- well, Dr. Ray | | |
| 259 3 | is on this one also, right? | | |
| 259 4 | A: Correct. | | |
| 259 5 | Q: So, a bunch of other authors | | |
| 259 6 | and you and Dr. Ray. Is this one where | | |
| 259 7 | everybody just gave speeches and you | | |
| 259 8 | didn't read it closely? | | |
| 259 9 | A: No, no. No. This was a | | |
| 259 10 | real study. | | |
| 259 11 | Q: This was a real study? | | |
| 259 12 | A: Yes. | | |
| 259 13 | Q: Okay. | | |
| 259 14 | Well, looking down then at | | |
| 259 15 | the first page of -- I'm sorry, we'll go | | |
| 259 16 | over to the fourth page of what you | | |
| 259 17 | called the real study that you and Dr. | | |
| 259 18 | Ray were both authors on. | | |
| 259 19 | This language that I've | | |
| 259 20 | blown up here from the right-hand column | | |
| 259 21 | at the bottom, did you and Dr. Ray say, | | |
| 259 22 | The cause of the excess of serious | | |
| 259 23 | cardiovascular events in the VIGOR trial | | |
| 259 24 | is still a matter of debate'? Is that | | |
| 260 1 | what you said in the scientific study in | | |
| 260 2 | 2004? | | |
| 260 3 | A: Yes. | | |
| 260 4 | Q: And it says, 'A recent | | |
| 260 5 | observational study reported a higher | | |
| 260 6 | rate of cardiovascular events in | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 260 7 | high-dose rofecoxib users.' That would | | |
| 260 8 | be the 50 milligrams; is that right? | | |
| 260 9 | A: That's what -- well, I'm | | |
| 260 10 | just looking at the reference for that, | | |
| 260 11 | and that would be, I think, any dose that | | |
| 260 12 | was over 25 milligrams. So, there are | | |
| 260 13 | people who take 37-and-a-half milligrams. | | |
| 260 14 | Q: Okay. | | |
| 260 15 | Are there very many people | | |
| 260 16 | who take that? | | |
| 260 17 | A: I don't know. I don't know | | |
| 260 18 | the number. | | |
| 260 19 | Q: Okay. | | |
| 260 20 | Anyway, over 25. | | |
| 260 21 | It says, 'A recent | | |
| 260 22 | observational study recorded a higher | | |
| 260 23 | rate of cardiovascular events in | | |
| 260 24 | high-dose rofecoxib users compared to | | |
| 261 1 | users of other NSAIDs and users of lower | | |
| 261 2 | doses of rofecoxib.' It says 'To date, | | |
| 261 3 | lower doses' -- that's talking about | | |
| 261 4 | Vioxx, right? | | |
| 261 5 | A: Uh-huh. | | |
| 261 6 | Q: 'To date,' you and Dr. Ray | | |
| 261 7 | say, 'lower doses' of Vioxx 'have not | | |
| 261 8 | been associated with a statistically | | |
| 261 9 | significant excess of these types of | | |
| 261 10 | serious events.' | | |
| 261 11 | Is that what you said to the | | |
| 261 12 | scientific and medical community in 2004? | | |
| 261 13 | A: It's based on the published | | |
| 261 14 | literature, yes. | | |
| 261 15 | Q: And then you go on to say, | | |
| 261 16 | Since the 50 milligram dose has | | |
| 261 17 | clinically significant undesirable | | |
| 261 18 | effects and has not been shown to be more | | |
| 261 19 | effective than lower doses' -- that's | | |
| 261 20 | more effective than lower doses of Vioxx, | | |
| 261 21 | right? | | |
| 261 22 | A: Uh-huh. | | |
| 261 23 | Q: -- 'chronic use of high-dose | | |
| 261 24 | rofecoxib should be discouraged.' | | |
| 262 1 | Do you see that? | | |
| 262 2 | A: Uh-huh. | | |
| 262 3 | Q: Now, today what you said was | | |
| 262 4 | that back in 2004, you were clamoring | | |
| 262 5 | that 50 milligrams should be withdrawn | | |
| 262 6 | from the market. Do you remember that? | | |
| 262 7 | A: I don't remember using the | | |
| 262 8 | word 'clamoring,' but... | | |
| 262 9 | Q: No. That was my word. | | |
| 262 10 | You said you were urging | | |
| 262 11 | that 50 milligrams -- what you said today | | |
| 262 12 | was that back in 2004, Dr. Graham was | | |
| 262 13 | urging that 50 milligrams should be | | |
| 262 14 | withdrawn from the market, right? | | |

Dedrick v. Merck Co., Inc.
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 262 15 | A: I don't think I used the | | |
| 262 16 | word 'urge,' but I thought that the | | |
| 262 17 | 50-milligram strength should come off the | | |
| 262 18 | market, yes. | | |
| 262 19 | Q: But in the actual scientific | | |
| 262 20 | publication that you and Dr. Ray authored | | |
| 262 21 | in 2004, what you said, all you said | | |
| 262 22 | about 50 milligrams was that chronic use | | |
| 262 23 | of high-dose Vioxx should be discouraged, | | |
| 262 24 | right? | | |
| 263 1 | A: Well, yes, but a couple | | |
| 263 2 | things. One, the paper was published | | |
| 263 3 | online in July of 2003; and, two, that | | |
| 263 4 | the paper was submitted in November of | | |
| 263 5 | 2002. And basically -- and then the | | |
| 263 6 | third thing is, is I'm not the senior | | |
| 263 7 | author, and so for things like this, I | | |
| 263 8 | certainly couldn't disagree with the | | |
| 263 9 | statement that chronic use of high-dose | | |
| 263 10 | should be discouraged. I would take it a | | |
| 263 11 | step further. | | |
| 263 12 | Back in 2002, I think that | | |
| 263 13 | the VIGOR study provided enough evidence | | |
| 263 14 | to seriously question Vioxx remaining on | | |
| 263 15 | the market. | | |
| 263 16 | Q: But that's not what you said | | |
| 263 17 | in the article that you published two | | |
| 263 18 | years later in print and a year later | | |
| 263 19 | online, is it, sir? | | |
| 263 20 | A: No, but I'm not the first | | |
| 263 21 | author. | | |
| 267:2 - 267:19 | Graham, David 2006-05-09 | | |
| 267 2 | Q: And on the Ray article, were | | |
| 267 3 | you an author of the Ray article as well, | | |
| 267 4 | just not the first author? | | |
| 267 5 | A: No. I was not a co-author | | |
| 267 6 | on that article. | | |
| 267 7 | Q: Okay. | | |
| 267 8 | So, your colleague, Dr. Ray, | | |
| 267 9 | who you later worked with on the Kaiser | | |
| 267 10 | study, he had done an epidemiological | | |
| 267 11 | study looking at the effects of taking | | |
| 267 12 | Vioxx, right? | | |
| 267 13 | A: Uh-huh. | | |
| 267 14 | Q: And focusing on the 25 | | |
| 267 15 | milligrams and less, basically what he | | |
| 267 16 | found, when it's 1.02, a 1 would mean | | |
| 267 17 | that's just the same as not taking any | | |
| 267 18 | medicine at all, right? | | |
| 267 19 | A: Right. | | |
| 268:8 - 270:3 | Graham, David 2006-05-09 | | |
| 268 8 | This confidence interval is | | |
| 268 9 | the thing that is in the parenthesis | | |
| 268 10 | here, right? | | |

Case 2:05-md-01657-EEF-DEK   Document 9235-6   Filed 12/04/06   Page 47 of 49
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | Objections | Rulings |
|---|---|---|
| 268 11 | A: Correct. | | |
| 268 12 | Q: And I hope that at trial | | |
| 268 13 | somebody else will describe confidence | | |
| 268 14 | interval because I'm not going to take | | |
| 268 15 | the time to do it with you today. But | | |
| 268 16 | you say it's consistent with being as | | |
| 268 17 | high as 1.37? | | |
| 268 18 | A: Right. | | |
| 268 19 | Or as low as .76. | | |
| 268 20 | Q: Or as low as .76. | | |
| 268 21 | So that this confidence | | |
| 268 22 | interval says that Vioxx 25 milligram, it | | |
| 268 23 | might be better than not taking any | | |
| 268 24 | medicine at all when it comes to heart | | |
| 269 1 | attacks, or it might be a little worse | | |
| 269 2 | than not taking any medicine at all. | | |
| 269 3 | But, basically, the best analysis is, | | |
| 269 4 | it's the same thing as not taking any | | |
| 269 5 | medicine at all, right? | | |
| 269 6 | A: That's the appropriate | | |
| 269 7 | interpretation of that study for that | | |
| 269 8 | dose. | | |
| 269 9 | Q: And then in your study, the | | |
| 269 10 | Graham study, what year was this from? | | |
| 269 11 | A: It was published in 2005, | | |
| 269 12 | but it was completed in 2004. | | |
| 269 13 | Q: So, this is the Kaiser | | |
| 269 14 | Permanente study? | | |
| 269 15 | A: This is the Kaiser | | |
| 269 16 | Permanente study. | | |
| 269 17 | Q: And here you found a | | |
| 269 18 | relative risk of 1.23, and then this | | |
| 269 19 | confidence interval of going below 1, | | |
| 269 20 | which would make it better than no | | |
| 269 21 | medicine at all, up to 1.71. And from a | | |
| 269 22 | statistical point of view, what this says | | |
| 269 23 | is that there is not a statistically | | |
| 269 24 | significant difference between a 25 | | |
| 270 1 | milligram dose and not taking any | | |
| 270 2 | medicine at all, correct? | | |
| 270 3 | A: Yes. But the maximum | | |
| | | | |
| 270:23 - 271:20 | Graham, David 2006-05-09 | | |
| 270 23 | Q: You mentioned before that | | |
| 270 24 | you wrote a chapter in a book on -- what | | |
| 271 1 | was the subject of the book? | | |
| 271 2 | A: Well, it's called | | |
| 271 3 | Pharmacoepidemiology. | | |
| 271 4 | Q: Yeah. | | |
| 271 5 | And do you know that in that | | |
| 271 6 | book on pharmacoepidemiology, it is | | |
| 271 7 | stated that if you have a relative risk | | |
| 271 8 | of less than 2.0, that's a relatively | | |
| 271 9 | weak relationship? | | |
| 271 10 | A: It's a view that I don't | | |
| 271 11 | subscribe to. | | |

**Dedrick v. Merck Co., Inc.**
**Plaintiff's and Defendant's Designations of David Graham, M.D.**

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 271 12 | Q: Do you know that that's the | | |
| 271 13 | view that's expressed in a book that you | | |
| 271 14 | wrote a chapter in? | | |
| 271 15 | A: A, I haven't read a chapter | | |
| 271 16 | where that view is expressed; and, B, | | |
| 271 17 | that's one chapter written by one author | | |
| 271 18 | in a textbook where the editor pretty | | |
| 271 19 | much lets you write what your point of | | |
| 271 20 | view is. | | |
| 271 21 | Q: Do you know whether your | **Pl's Obj:** Lack of foundation. | **Barnett:** Sustained. |
| 271 22 | colleague, Dr. Ray, has said under oath | Witness has no knowledge. | **Smith:** No objection. |
| 271 23 | that if the relative risk is less than 2, | Assumes facts not in evidence. | Testimony played. |
| 271 24 | then it's less likely than not for any | | **Mason:** Sustained. |
| | | R. 801, R. 802. | |
| 272:1 - 272:19 | Graham, David 2006-05-09 | | *Sustained* |
| 272 1 | particular person that Vioxx would have | | |
| 272 2 | contributed to a heart attack? | | |
| 272 3 | A: I'm not aware of anything | | |
| 272 4 | that Dr. Ray has said under oath. | | |
| 272 5 | Q: You spent a little bit of | | |
| 272 6 | time on direct examination concerning the | | |
| 272 7 | approval of Vioxx, as well as a | | |
| 272 8 | subsequent label change. And I just | | |
| 272 9 | wanted to make sure that we were clear on | | |
| 272 10 | this. | | |
| 272 11 | Did you have any personal | | |
| 272 12 | role whatsoever in the FDA's review of | | |
| 272 13 | the application that led to the approval | | |
| 272 14 | of Vioxx? | | |
| 272 15 | A: No. | | |
| 272 16 | Q: And did you have any role | | |
| 272 17 | whatsoever in reviewing proposed label | | |
| 272 18 | changes for Vioxx? | | |
| 272 19 | A: No. | | |
| 274:1 - 275:10 | Graham, David 2006-05-09 | | |
| 274: 1 | And that is, is it your view | | |
| 274: 2 | that warning language in labels does not | | |
| 274: 3 | have a significant effect on the | | |
| 274: 4 | decisions by doctors and whether to | | |
| 274: 5 | prescribe the medicines that the warnings | | |
| 274: 6 | accompany? | | |
| 274: 7 | A: It's my view that warnings | | |
| 274: 8 | as implemented by FDA have been very | | |
| 274: 9 | ineffective. There are means, I believe, | | |
| 274: 10 | whereby labeling could be constructed in | | |
| 274: 11 | a fashion that it actually would | | |
| 274: 12 | potentially influence physician behavior | | |
| 274: 13 | and perhaps then find its way into | | |
| 274: 14 | patient behavior. | | |
| 274: 15 | Q: Would that be a different | | |
| 274: 16 | way of going about labeling than the FDA | | |
| 274: 17 | currently does? | | |
| 274: 18 | A: It would actually just be | | |
| 274: 19 | more straightforward about what the | | |
| 274: 20 | problems are, using very bold and frank | | |

Case 2:05-md-01657-EEF-DEK   Document 9235-6   Filed 12/04/06   Page 49 of 49
Dedrick v. Merck Co., Inc.
Plaintiff's and Defendant's Designations of David Graham, M.D.

| Designated Testimony of David Graham, M.D. | | Objections | Rulings |
|---|---|---|---|
| 274: 21 | and plain language, not sort of using | | |
| 274: 22 | adjectives that kind of downplay it and | | |
| 274: 23 | not burying it in tremendous amounts of | | |
| 274: 24 | text so that when a physician looks at | | |
| 275: 1 | the label, they're confronted by three | | |
| 275: 2 | paragraphs of warnings, and the warning | | |
| 275: 3 | that really matters is kind of buried in | | |
| 275: 4 | the midst of it. I think that there's a | | |
| 275: 5 | lot of room for experimentation where | | |
| 275: 6 | these labeling interventions might | | |
| 275: 7 | actually have an effect. But as | | |
| 275: 8 | practiced, the way FDA implements them, | | |
| 275: 9 | they are not -- have not been, until now, | | |
| 275: 10 | effective, in my view. | | |
| | | | |
| 276:12  -  277:19 | Graham, David 2006-05-09 | | |
| 276: 12 | Q:  Did you say in a written | | |
| 276: 13 | publication in 2002, co-authored with | | |
| 276: 14 | Willy, that 'The findings from this study | | |
| 276: 15 | are consistent with the results from | | |
| 276: 16 | other studies showing that product | | |
| 276: 17 | labeling may not meaningfully affect | | |
| 276: 18 | physician behavior'? | | |
| 276: 19 | A:  Yes. | | |
| 276: 20 | Q:  Did you say in a 2001 | | |
| 276: 21 | article written by you as the lead | | |
| 276: 22 | author, 'This study suggests that | | |
| 276: 23 | labeling changes, including black box | | |
| 276: 24 | warnings, and instructions to monitor | | |
| 277: 1 | patients closely, as well as repeated | | |
| 277: 2 | 'Dear Healthcare Professional' letters to | | |
| 277: 3 | physicians cannot be assumed to be | | |
| 277: 4 | effective means of risk management'? | | |
| 277: 5 | A:  Yes, I said that. | | |
| 277: 6 | Q:  I want to move now to the | | |
| 277: 7 | Kaiser study. I think you described that | | |
| 277: 8 | this is an epidemiological study, not a | | |
| 277: 9 | clinical trial, right? | | |
| 277: 10 | A:  Correct. | | |
| 277: 11 | Q:  And what that means is that | | |
| 277: 12 | you and your colleagues examined the | | |
| 277: 13 | medical records from thousands or even | | |
| 277: 14 | more patients from the HMO, and you could | | |
| 277: 15 | see what medicines they were prescribed | | |
| 277: 16 | and you could see what problems they had | | |
| 277: 17 | or didn't have in their healthcare; is | | |
| 277: 18 | that right? | | |
| 277: 19 | A:  That's correct. | | |
| | | | |
| 287:24 - 288:9 | Graham, David 2006-05-09 | | |
| 287 24 | And I've prepared a chart, | | |
| 288 1 | and what I want to do is talk with you | | |
| 288 2 | about different statements that you made | | |
| 288 3 | in different publications about the | | |
| 288 4 | significance of 25 milligrams or below, | | |
| 288 5 | whether that poses a statistically | | |