UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -5 PM 1: 12

LORETTA G. WHYTE
CLERK

IN RE: VIOXX® § 
PRODUCTS LIABILITY CASES §
§
§
§ MDL NO: 1657
§
§ SECTION: L
§
§ JUDGE FALLON
§ MAG. JUDGE KNOWLES
§
§
§
§
§
§

## NOTICE OF CLARIFICATION OF FIRM NAME

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT MITHOFF AND JACKS, LLP, no longer exists and that the following cases are represented by MITHOFF LAW FIRM, rather than MITHOFF & JACKS, LLP:

> Cause No.: 05-1152; *Rasco, et al vs. Merck & Co., Inc.*; In The United States District Court, Eastern District of Louisiana;

> Cause No. 05-1154; *Jojuana Daniel, et al v. Merck & Co., Inc.*; The United States District Court, Eastern District of Louisiana; and

> Cause No.: 02:05-CV-1583; *George Zuzukin, M.D., and Connie Zuzukin v. Merck & Co., Inc.*; The United States District Court, Eastern District of Louisiana.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No_____

Accordingly, please make note of this clarification on the docket in your records and files.

                           Respectfully submitted,

                           MITHOFF LAW FIRM

                           JOSEPH R. ALEXANDER, JR.
                           Attorney-In-Charge
                           State Bar No. 00995150
                           S.D. Tex. Bar No. 1368
                           Penthouse, One Allen Center
                           500 Dallas, Suite 3450
                           Houston, Texas 77002
                           (713) 654-1122
                           (713) 739-8085 (Fax)

                           ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Clarification of Firm Name Change has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of December 2006.

                           JOSEPH R. ALEXANDER, JR.