Topol Complete

ID:                Topol New Direct

ID:                et 2511
Page Range:        25:11-25:13

25:11    Q.   Dr. Topol, good morning.
25:12 Nice to meet you, sir.
25:13    A.   Good morning.


ID:                et 2606
Page Range:        26:6-29:2

26: 6         I want to review very
26: 7 briefly the highlights of your
26: 8 background.
26: 9         You have a curriculum vitae.
26:10 I'm marking it as Exhibit 1 for this
26:11 deposition.
26:12         - - -
26:13         (Whereupon, Deposition
26:14    Exhibit Topol-1, Curriculum Vitae
26:15    Eric Jeffrey Topol, M.D., TOPOLE
26:16    0000001 - TOPOLE 0000127, was
26:17    marked for
26:18    identification.)
26:19         - - -
26:20 BY MR. KLINE:
26:21    Q.   The version that I have is
26:22 what I understand to be an abridged
26:23 version of 127 pages.  Suffice it to say,
26:24 you have a very substantial curriculum
26:Confidential - Subject to Protective Order
26:27
27: Page 27
27: 1 vitae outlining your background and
27: 2 experience; correct?
27: 3    A.   Yes.
27: 4    Q.   You are -- what is your
27: 5 current position, sir?
27: 6    A.   I'm Provost of the Cleveland
27: 7 Clinic Lerner College of Medicine, Chief
27: 8 Academic Officer of the Cleveland Clinic,
27: 9 and also the chairman of the Department
27:10 of Cardiovascular Medicine of the
27:11 Cleveland Clinic.
27:12    Q.   Take them one at a time.
27:13 Identify each one of those positions, and
27:14 tell me very briefly what they entail.
27:15    A.   The Provost of the medical
27:16 college is providing the oversight of
27:17 this college of medicine, which had its
27:18 beginning just three years ago, and it's
27:19 part of Case Western Reserve University.
27:20         The chief academic officer

Page 1

Topol Complete

27:21 responsibility is responsible for all
27:22 research and education here at this
27:23 academic medical center, and I've been
27:24 *chairman of the department of*
28: Page 28
28: 1 cardiovascular medicine since 1991, and
28: 2 this is a large department, one of the
28: 3 largest departments in cardiovascular
28: 4 medicine in the country.
28: 5    Q.   My understanding, sir, that
28: 6 *this -- and you are a cardiologist; is*
28: 7 that correct?
28: 8    A.   That's right.
28: 9    Q.   Trained as a cardiologist;
28:10 correct?
28:11    A.   That's exactly right.
28:12    Q.   You did your undergraduate
28:13 degree at the University of Virginia,
28:14 your medical school at the University of
28:15 Rochester, a residency at the University
28:16 of California, San Francisco, a
28:17 fellowship at Johns Hopkins in
28:18 cardiology, and then you became Board
28:19 Certified in internal medicine and in
28:20 cardiology.  All correct?
28:21    A.   That's all correct.
28:22    Q.   And then you practiced
28:23 medicine and eventually worked yourself
28:24 up to become the top person in the
29: Page 29
29: 1 department of cardiovascular medicine at
29: 2 the Cleveland Clinic; correct?


ID:                          et 2905
Page Range:           29:5-31:20


29: 5        THE WITNESS:  That's
29: 6 correct, yes.  As of 1991, I came
29: 7 to Cleveland Clinic.
29: 8 BY MR. KLINE:
29: 9    Q.   And when did you become
29:10 chairman of the department of
29:11 cardiovascular medicine?
29:12    A.   On my arrival.
29:13    Q.   Oh, right on your arrival?
29:14    A.   Yes.  That was why I was
29:15 recruited here.
29:16    Q.   Where were you previously?
29:17    A.   University of Michigan,
29:18 where I directed the cardiocatherization
29:19 laboratory, and I was a professor of
29:20 medicine there.
29:21    Q.   And you've spent your entire
29:22 career as a practicing cardiologist, sir?
29:23    A.   Yes.  I continue to practice

Page 2

Topol Complete

29:24 cardiology with patients.
30: Page 30
30: 1      Q.    And how many years have you
30: 2 been a cardiologist?
30: 3      A.    20 years.
30: 4      Q.    You also -- it mentioned
30: 5 that you're the Provost of the Cleveland
30: 6 Clinic, and that involves overseeing the
30: 7 entire medical college?
30: 8      A.    The medical college, which I
30: 9 founded with Case Western Reserve
30:10 University back in 2001,
30:11      Q.    In addition -- oh, and I
30:12 might add, the Cleveland Clinic, sir,
30:13 give us a sentence or two on what is the
30:14 Cleveland Clinic, especially in heart
30:15 medicine.
30:16      A.    Well, in the field of heart
30:17 medicine, it's been ranked by the U.S.
30:18 News & World Report as the number one
30:19 center for the last 11 years
30:20 consecutively.
30:21      Q.    You have been a clinical
30:22 investigator on many clinical studies; is
30:23 that correct?
30:24      A.    That's right.
31: Page 31
31: 1      Q.    Tell us about it briefly, a
31: 2 few sentences.
31: 3      A.    Well, I've chaired a number
31: 4 of clinical trials over the past 20
31: 5 years.  The most widely known are the
31: 6 so-called GUSTO trials of heart attack.
31: 7 All these trials had something to do with
31: 8 heart attack prevention or better
31: 9 treatment.
31:10         The cumulative 200,000
31:11 patients were enrolled, the largest heart
31:12 attack trials ever performed in the
31:13 United States, coordinated.  I've been
31:14 the chair of all of those trials.
31:15 They've been multinational trials,
31:16 involving 40 different countries around
31:17 the world, and these trials have had, I
31:18 think, a substantial impact on clinical
31:19 practice in the field of cardiology and
31:20 for patients.


ID:                    et 3124
Page Range:            31:24-33:5


31:24      Q.    You hold two patents; is
32: Page 32
32: 1 that correct, sir?
32: 2      A.    I think the patents have

Topol Complete

32: 3 been applied for. I'm not -- yes, yes.
32: 4     Q.   Now, in addition, you are on
32: 5 the editorial board of a number of
32: 6 peer-review journals; is that correct?
32: 7     A.   Yes.
32: 8     Q.   Would you explain them?
32: 9 Well, let me tick them off. I think it
32:10 could be done more quickly.
32:11         Circulation, JACC, American
32:12 College -- American Journal of
32:13 Cardiology, American Journal of Medicine,
32:14 among others; is that correct?
32:15     A.   That's right.
32:16     Q.   And what does that involve,
32:17 sir, very briefly?
32:18     A.   Well, that means being a
32:19 peer reviewer for manuscripts, work,
32:20 research that's being conducted
32:21 elsewhere, and to provide reviews and
32:22 input and at times editorials, to help
32:23 advance the field insofar as biomedical
32:24 research and literature.
33: Page 33
33: 1     Q.   You have been an
33: 2 investigator, according to your vitae, on
33: 3 many NIH projects, National Institutes of
33: 4 Health. Briefly, a few sentences, tell
33: 5 us about that.


ID:                 et 3308
Page Range:         33:8-34:4


33: 8         THE WITNESS: Well, the main
33: 9     one is at a specialized center of
33:10     clinically-oriented research,
33:11     which is the flagship grant of the
33:12     NIH, which I was awarded a year
33:13     ago. It's a five-year grant for
33:14     nearly $18 million to support our
33:15     work in genetics and genomics of
33:16     coronary artery disease and heart
33:17     attack, and that's been the main
33:18     research interest that I've had
33:19     over the past five years, has been
33:20     in the genetics and genomics of
33:21     heart attack.
33:22 BY MR. KLINE:
33:23     Q.   You've been a manuscript
33:24 reviewer for a number of journals, peer
34: Page 34
34: 1 review, including Nature, Science, the
34: 2 New England Journal of Medicine, JAMA,
34: 3 Lancet and many other prestigious
34: 4 journals; correct?

Topol Complete

ID:                    et 3407
Page Range:            34:7-34:20

    34: 7        THE WITNESS: Yes.
    34: 8 BY MR. KLINE:
    34: 9        Q.   I have by count, and I'm
    34:10 doing all of this, I might say, just to
    34:11 save time, to get through all of this,
    34:12 you have by my count, 909 original
    34:13 publications in the scientific
    34:14 literature.  Does that sound about right?
    34:15        A.   That's about right.
    34:16        Q.   You have 36 collaborative
    34:17 group-authored papers, meaning papers
    34:18 where a group is mentioned, not you, but
    34:19 you really were a major contributor.  Is
    34:20 that also correct?


ID:                    et 3423
Page Range:            34:23-34:24

    34:23        THE WITNESS:  That's
    34:24        correct.


ID:                    et 3502
Page Range:            35:2-35:7

    35: 2        Q.   You are -- you have 39
    35: 3 articles submitted for publication at the
    35: 4 time that the curriculum vitae you handed
    35: 5 us was.  In other words, these are not
    35: 6 even yet published, they're in the mill;
    35: 7 is that correct?


ID:                    et 3510
Page Range:            35:10-35:13

    35:10        THE WITNESS:  Yes.
    35:11 BY MR. KLINE:
    35:12        Q.   Again, by my count, an
    35:13 author or co-author on 30 books?


ID:                    et 3516
Page Range:            35:16-35:19

    35:16        THE WITNESS:  That's
    35:17        correct.
    35:18 BY MR. KLINE:
    35:19        Q.   164 book chapters?

Topol Complete

ID:                   et 3522
Page Range:           35:22-36:15

35:22          THE WITNESS:  That's
35:23      correct.
35:24 BY MR. KLINE:
36: Page 36
36: 1      Q.   And these all deal in the
36: 2 field of cardiology, sir?
36: 3      A.   Virtually all are cardiology
36: 4 pieces of work, yes.
36: 5      Q.   And there was a recent
36: 6 article, and I'd like you to tell me if
36: 7 this is correct, it sort of pulls some
36: 8 things together, on November 11th in the
36: 9 Associated Press which says, "One medical
36:10 journal index service ranked Topol as the
36:11 eighth most cited medical researcher
36:12 among its index publications in the past
36:13 ten years with his 498 papers cited by
36:14 colleagues, 21,050 times."
36:15          Is that about correct?


ID:                   et 3618
Page Range:           36:18-37:22

36:18          THE WITNESS:  That's
36:19      correct.  The ISI ranks medical
36:20      researchers, and in the last ten
36:21      years, I'm ranked number eight of
36:22      the most widely cited medical
36:23      researchers in the world.  So,
36:24      that's correct.
37: Page 37
37: 1 BY MR. KLINE:
37: 2      Q.   Let me ask it in a different
37: 3 way just to be sure.
37: 4          How does the -- what is the
37: 5 ISI, and how does it rank you as someone
37: 6 who is cited by others in the medical
37: 7 field?
37: 8      A.   That means that if you
37: 9 publish a paper and that paper is cited
37:10 by others, that's the cumulative tally of
37:11 citations of your impact in the medical
37:12 literature, in the medical community, and
37:13 so that is the most highly regarded
37:14 authority for collating that data.  And
37:15 in the ten-year cumulative tally, as you
37:16 mentioned, somewhere around 500
37:17 manuscripts were published, and that was
37:18 the eighth leading, I believe, citation
37:19 tally in the rankings.
37:20      Q.   Are you, sir, with this
37:21 background, an expert in the field of

Topol Complete

37:22 cardiovascular medicine?

ID:                     et 3801
Page Range:         38:1-38:2

38: 1          THE WITNESS:  I believe I
38: 2      am, yes.


ID:                     et 3819
Page Range:         38:19-39:17

38:19      Q.   Sir, at some point in time
38:20 you became interested in the drug Vioxx;
38:21 is that correct?
38:22      A.   Yes.
38:23      Q.   And that would have been
38:24 sometime around what year?
39: Page 39
39: 1      A.   Well, it was February 2001.
39: 2      Q.   Okay.
39: 3          Now, I want to fast forward
39: 4 before going to February 2001, which I'll
39: 5 go back.
39: 6          Between February 2001 and
39: 7 today, sitting here today, which is
39: 8 November --
39: 9          MS. VANCE:  22.
39:10 BY MR. KLINE:
39:11      Q.   -- 22nd of 2005, have you
39:12 expressed certain opinions publicly and
39:13 in the academic literature, as well as
39:14 privately in e-mails and writings,
39:15 relating to your beliefs and opinions
39:16 regarding the drug Vioxx?
39:17      A.   Yes, certainly.


ID:                     et 4408
Page Range:         44:8-44:13

44: 8      Q.   Now, you also formed
44: 9 opinions relating to the conduct of the
44:10 pharmaceutical company, Merck, and its
44:11 conduct of research and its marketing and
44:12 its making available to the public the
44:13 drug Vioxx; is that correct?


ID:                     et 4416
Page Range:         44:16-44:17

44:16          THE WITNESS:  That's
44:17      correct.

Topol Complete

ID:                    et 4505
Page Range:            45:5-45:20

```
45: 5      Q.   Now, what I'd like to do is
45: 6 to show you a document which is from
45: 7 November 24, '04, marked as Exhibit
45: 8 Number 2.
45: 9             - - -
45:10          (Whereupon, Deposition
45:11     Exhibit Topol-2, E-mails, TOPOLE
45:12     0000450, was marked for
45:13     identification.)
45:14             - - -
45:15 BY MR. KLINE:
45:16     Q.   It's an e-mail from you to
45:17 David Graham. Who is David Graham?
45:18     A.   David Graham is a safety
45:19 officer at the Food & Drug
45:20 Administration.
```

ID:                    et 4623
Page Range:            46:23-47:6

```
46:23      Q.   Does this e-mail reflect
46:24 some of the opinions and conclusions that
47: Page 47
47: 1 you reached relating to Merck's conduct
47: 2 of its scientific studies and its
47: 3 marketing of the drug Vioxx over the past
47: 4 four years since you have become involved
47: 5 in the matter?
47: 6      A.   Yes.
```

ID:                    et 5001
Page Range:            50:1-51:1

```
50: 1          Sir, I'm looking at the part
50: 2 where you say, "I am bothered." Do you
50: 3 see where you say to David Graham -- is
50: 4 Graham a physician?
50: 5      A.   Yes.
50: 6      Q.   So, you're saying to Dr.
50: 7 Graham, "I am bothered." Would you read
50: 8 that for us, please?
50: 9      A.   "I am bothered by the
50:10 continued outrageous lies of Merck with
50:11 their fullpage multiple ads that 'they
50:12 published everything' and that they never
50:13 had a trial which showed any harm of
50:14 Vioxx until APPROVe, when, in fact, there
50:15 were two by May 2000."
50:16     Q.   Continue.
50:17     A.   "I am also upset that the
```

Topol Complete

50:18 story of their scientific misconduct for
50:19 the VIGOR paper in" the New England
50:20 Journal of Medicine, that's "NEJM, with
50:21 errors of omission (deaths), erroneous
50:22 data (MIs)," or heart attacks, "and
50:23 incomplete data (more than 1/2 of the
50:24 thrombotic events) has not received any
51: Page 51
51: 1 attention whatsoever."


ID:                      et 5202
Page Range:              52:2-52:4

52: 2      Q.   Do you believe that there
52: 3 were, in the context of what Merck did,
52: 4 "outrageous lies" by Merck?


ID:                      et 5207
Page Range:              52:7-52:9

52: 7         THE WITNESS:  I believe that
52: 8 the data has been seriously
52: 9 misrepresented, yes.


ID:                      et 5211
Page Range:              52:11-52:17

52:11      Q.   You said in the next to last
52:12 sentence there, "This," the words, "This
52:13 cannot."  Do you see it in the very last
52:14 sentence?
52:15      A.   This cannot?
52:16      Q.   "This cannot stand and the
52:17 truth about Vioxx needs to come out."


ID:                      et 5220
Page Range:              52:20-52:21

52:20         THE WITNESS:  Yes, yes.
52:21 That's what I wrote.


ID:                      et 5308
Page Range:              53:8-53:11

53: 8      Q.   And today, sir, are you
53: 9 prepared to tell what you believe to be
53:10 the truth about Vioxx?
53:11      A.   Absolutely.


ID:                      et 5323

Topol Complete

Page Range:          53:23-54:14

53:23     Q.   Let me show you an article
53:24 which was in the Cleveland Clinic Journal
54: Page 54
54: 1 in December of 2004.  December of 2004,
54: 2 there's an article which was written,
54: 3 you'll have it in your hands in a moment,
54: 4 called "The sad story of Vioxx, and what
54: 5 we should learn from it."  Did you
54: 6 co-author that article?
54: 7     A.   Yes, I did.
54: 8     Q.   What is the Cleveland Clinic
54: 9 Journal of Medicine?
54:10     A.   That's the medical journal
54:11 of this institution, which is widely
54:12 circulated, has a circulation of nearly
54:13 100,000 physicians and paraprofessional
54:14 staff.


ID:                  et 5420
Page Range:          54:20-54:23

54:20          Is this a road map to the
54:21 saga or the story of Vioxx, as you see it
54:22 as a researcher and prominent physician
54:23 in cardiology?


ID:                  et 5506
Page Range:          55:6-55:9

55: 6     Q.   Please, sir.
55: 7     A.   I believe it's certainly
55: 8 part of trying to get the facts straight
55: 9 about this very sad story, yes.


ID:                  et 5611
Page Range:          56:11-56:15

56:11     Q.   Tell us the story as you
56:12 understand it as it happened in 1999
56:13 based on what you know, and tell us how
56:14 you knew it and what you know and how the
56:15 story began.


ID:                  et 5622
Page Range:          56:22-57:15

56:22          THE WITNESS:  -- in May, the
56:23          FDA approved Vioxx for commercial
56:24          use, so, that is an important
57: Page 57

Page 10

Topol Complete

57: 1    time, timeline.  That was also at
57: 2    the time when the FDA had a formal
57: 3    review of the medicine, where the
57: 4    primary reviewer already had
57: 5    expressed in her document, Dr.
57: 6    Villalba, that there was a concern
57: 7    regarding clotting events with
57: 8    Vioxx even at the time of approval
57: 9    in May 1999.
57:10 BY MR. KLINE:
57:11        Q.   You write here that, "The
57:12 approval was based on data from trials
57:13 lasting 3 to 6 months and involving
57:14 patients at low risk for cardiovascular
57:15 illness."  Do you see that?


ID:                    et 5718
Page Range:            57:18-57:21


57:18           THE WITNESS:  That's right.
57:19 BY MR. KLINE:
57:20        Q.   What is the significance of
57:21 that fact?


ID:                    et 5724
Page Range:            57:24-58:12


57:24           THE WITNESS:  Well, this is
58: Page 58
58: 1    one of the most significant parts
58: 2    of the whole clinical development
58: 3    of the Vioxx medicine, and that is
58: 4    that patients with heart disease
58: 5    were not tested in any meaningful
58: 6    way, and we know from multiple
58: 7    databases and surveys that at
58: 8    least 40 to 50 percent of the
58: 9    patients who actually took this
58:10    medicine when it was in clinical
58:11    use actually did have known heart
58:12    disease.


ID:                    et 5820
Page Range:            58:20-58:21


58:20        Q.   Why, as you view it, is that
58:21 an important fact?


ID:                    et 5824
Page Range:            58:24-59:13


58:24           THE WITNESS:  Well, it's

Topol Complete

59: Page 59
59: 1      important because if the medicine
59: 2      has a clotting risk in arteries
59: 3      such that it could induce heart
59: 4      attacks, strokes or death, the
59: 5      patients who are most liable to
59: 6      suffer as a consequence of that
59: 7      would be patients with preexisting
59: 8      or known atherosclerotic artery
59: 9      disease.
59:10 BY MR. KLINE:
59:11    Q.   And did this medicine or
59:12 does this medicine, in your opinion, have
59:13 such a risk?


ID:                    et 5916
Page Range:            59:16-59:23

59:16        THE WITNESS: There isn't
59:17    any question about the medicine's
59:18    risk in this regard.
59:19 BY MR. KLINE:
59:20    Q.   When you say there's no
59:21 question, sir, can you give us broadly,
59:22 and then I'll get into details with you
59:23 later, broadly why you say that?


ID:                    et 6002
Page Range:            60:2-60:11

60: 2        THE WITNESS: Well, the
60: 3    medicine's risk, Vioxx's risk, has
60: 4    been evident since trials
60: 5    conducted in 1999 and all the way
60: 6    through the time of withdrawal in
60: 7    September 30, 2004.
60: 8 BY MR. KLINE:
60: 9    Q.   Have there been multiple
60:10 tests and multiple studies that have, in
60:11 your opinion, proven that fact?


ID:                    et 6014
Page Range:            60:14-60:18

60:14        THE WITNESS: There's been
60:15    replication of untoward
60:16    significant excess of events of
60:17    heart attack, death and stroke in
60:18    multiple trials. That's right.


ID:                    et 6105
Page Range:            61:5-61:13

Page 12

Topol Complete

```
61: 5    Q.   I didn't say in the
61: 6 beginning of this deposition.  You were
61: 7 subpoenaed for this deposition; is that
61: 8 correct, sir?
61: 9    A.   That's correct.
61:10    Q.   And you have not been -- you
61:11 are not serving here as an expert witness
61:12 for any party; is that correct?
61:13    A.   No, I'm not.
```

ID:                    et 6203
Page Range:            62:3-62:22

```
62: 3    Q.   Now, there was a study
62: 4 called VIGOR; is that correct?
62: 5    A.   Yes.
62: 6    Q.   And you eventually became
62: 7 familiar with this study called VIGOR;
62: 8 correct?
62: 9    A.   Yes.
62:10    Q.   Did you participate in it?
62:11    A.   No, not at all.
62:12    Q.   Who did that study?
62:13    A.   This study was done by
62:14 rheumatologists, the doctors looking
62:15 after patients with rheumatoid arthritis.
62:16 It was a large trial by a network of
62:17 rheumatologists and patients, about 8,000
62:18 patients with rheumatoid arthritis.
62:19    Q.   Who funded the study?
62:20    A.   Merck.
62:21    Q.   Who conducted the study?
62:22    A.   Merck.
```

ID:                    et 6223
Page Range:            62:23-63:7

```
62:23    Q.   By the way, back to 1999 for
62:24 a moment.  Before the drug was even
63: Page 63
63: 1 studied clinically in patients, were
63: 2 there, to your knowledge, signals and
63: 3 issues relating to the drug from a
63: 4 pharmacological perspective that would
63: 5 indicate that the drug had any
63: 6 significant cardiovascular risks of any
63: 7 kind?  Yes or no?
```

ID:                    et 6310
Page Range:            63:10-65:11

```
63:10         THE WITNESS:  There have
```

Page 13

Topol Complete

63:11     been published papers, for
63:12     example, by Dr. Garret FitzGerald,
63:13     antedating the trials, which
63:14     raised a concern regarding
63:15     suppression of prostacyclin,
63:16     which, of course, could be linked
63:17     to the risk of heart attack, but
63:18     it had not been demonstrated in a
63:19     definitive way in clinical trials
63:20     at the time of the approval in May
63:21     1999.
63:22          But what was interesting is
63:23     that in May 1999, there already
63:24     was the VIGOR trial, the very
64: Page 64
64: 1     largest -- the largest trial of
64: 2     Vioxx that was ongoing and heading
64: 3     towards completion, but
64: 4     nonetheless, the drug had been
64: 5     approved in May 1999, knowing that
64: 6     this trial would be forthcoming in
64: 7     a matter of months.
64: 8 BY MR. KLINE:
64: 9     Q.   Let me jump ahead for a
64:10 moment.
64:11          There came a point in time
64:12 -- did there come a point in time where
64:13 you published a study in the Journal of
64:14 the American Medical Association?
64:15     A.   Yes.
64:16     Q.   Okay.
64:17          And what did that study
64:18 involve briefly?  I'm going to explore it
64:19 a lot later, but I want to put it in
64:20 context right now.
64:21     A.   Well, the JAMA paper was the
64:22 first published work to call out that
64:23 there was indeed a significant risk of
64:24 heart attack in the VIGOR trial and that
65: Page 65
65: 1 this needed a whole reset of our thinking
65: 2 of the safety of not just Vioxx, but also
65: 3 this whole class of COX-2 medicines.  We
65: 4 also had the data for Celebrex to analyze
65: 5 from their so-called CLASS trial and all
65: 6 the studies that had been recently
65: 7 completed.
65: 8          And so the main conclusion
65: 9 was that we were concerned about risk and
65:10 that patients with heart disease needed
65:11 to be appropriately studied.

ID:              et 6516
Page Range:      65:16-66:2

Topol Complete

65:16      Q..  In order to look at -- in
65:17 order to write that article -- and you
65:18 were a co-author; correct?
65:19      A.   Yes.
65:20      Q.   -- did you need at that
65:21 point in time in 2001, which would
65:22 obviously be true today, to learn and
65:23 understand the mechanism of action of the
65:24 drug as well as the clinical trials, as
66: Page 66
66: 1 well as the animal and in vivo studies
66: 2 that were done?


ID:                     et 6605
Page Range:             66:5-67:3

66: 5         THE WITNESS:  Well, in order
66: 6    to write the article, and I was a
66: 7    senior author, so, I was the
66: 8    person held responsible for the
66: 9    article, I had to be familiar with
66:10    all those points, that is, the
66:11    experimental animal data, the
66:12    pharmacokinetics, the pharmacology
66:13    of the drug, the background of the
66:14    drug and, of course, what clinical
66:15    data were available.  It mostly,
66:16    of course, centered around the
66:17    VIGOR trial.
66:18 BY MR. KLINE:
66:19      Q.   And how did you educate
66:20 yourself on that, sir?
66:21      A.   Well, Dr. Mukherjee, who was
66:22 our fellow at the time, was pulling all
66:23 the studies together.  I was also
66:24 reviewing the literature, as well as Dr.
67: Page 67
67: 1 Nissen.  So, the three of us worked
67: 2 together to put this analysis and then
67: 3 subsequently the paper together.


ID:                     et 6705
Page Range:             67:5-67:15

67: 5         Following our broad outline
67: 6 in the article that you wrote in the
67: 7 Cleveland Clinic Journal of Medicine in
67: 8 December of 2004, you indicate that
67: 9 "VIGOR's strong evidence that rofecoxib"
67:10 -- that's the name for Vioxx?
67:11      A.   Yes.
67:12      Q.   -- "increases the risk of
67:13 MIs," and it came out of that study;
67:14 correct?

Topol Complete

67:15      A.   That's right.

ID:                    et 6719
Page Range:            67:19-67:22

67:19      Q.   You also say that "The
67:20 incidence of MIs was higher in the
67:21 rofecoxib group than in the naproxen
67:22 group."  Is that correct?

ID:                    et 6801-6802
Page Range:            68:1-68:2

68: 1           THE WITNESS:  That's
68: 2      correct.

ID:                    et 6824
Page Range:            68:24-69:3

68:24      Q.   What did the VIGOR trial
69: Page 69
69: 1 say?  What did Merck say that the VIGOR
69: 2 trial showed relating to cardiovascular
69: 3 risks?

ID:                    et 6906
Page Range:            69:6-70:8

69: 6           THE WITNESS:  Right.  Well,
69: 7      I remember it very well, because
69: 8      the day that that panel had
69: 9      reviewed all the data, and one of
69:10      the panelists was my colleague,
69:11      Dr. Steven Nissen, I read -- I was
69:12      actually at the medical college of
69:13      Georgia, I was a visiting
69:14      professor, I was reading the USA
69:15      Today that morning, and it said
69:16      that this was due to naproxen,
69:17      that the VIGOR problems of heart
69:18      attack was an issue of naproxen
69:19      being beneficial rather than Vioxx
69:20      being detrimental.
69:21           So, I was a little puzzled
69:22      by that, but I didn't think too
69:23      much of it until I got back to
69:24      Cleveland, and the next day met
70: Page 70
70: 1      with Dr. Nissen and Dr. Mukherjee
70: 2      about the FDA proceedings.  And
70: 3      Dr. Nissen explained he didn't
70: 4      think it was just so simple as the

Page 16

Topol Complete

70: 5     naproxen hypothesis, as we later
70: 6     termed it, and we started to drill
70: 7     down on the data and concluded
70: 8     that it was quite concerning.


ID:                    et 7013
Page Range:            70:13-72:8


70:13        What did you find was
70:14 concerning about the VIGOR data?
70:15     A.   Yes.  Well, there were
70:16 several things that were particularly
70:17 bothersome.  Number one, that if naproxen
70:18 was protective, it had not ever been
70:19 proven, that is, it didn't -- we didn't
70:20 know for sure it had an aspirin-like
70:21 effect.  And so even if we could give --
70:22 assign naproxen the same magnitude of
70:23 protection as aspirin, that would be at
70:24 maximum a 25 percent reduction in heart
71: Page 71
71: 1 attacks, which has been very carefully
71: 2 studied for aspirin.
71: 3        .So, if naproxen was as good
71: 4 as aspirin, that could be 25 percent
71: 5 reduction.  But on the other hand, in
71: 6 VIGOR, we saw a 500 percent, that is, a
71: 7 20-fold increase in heart attacks.  So,
71: 8 the order of magnitude was greatly in
71: 9 excess of anything that aspirin could do.
71:10        Furthermore, the second
71:11 point, in that if you have a randomized
71:12 trial and you have an experimental arm,
71:13 which is a new drug which hasn't been
71:14 studied extensively, still a lot of
71:15 things that need to be discovered about
71:16 it, and you have an anchor drug,
71:17 naproxen, that had been available for 20
71:18 years, and if you then do a comparison
71:19 and you say, there's more than five-fold
71:20 heart attacks and two-fold excess of
71:21 cardiovascular serious events, how could
71:22 you possibly conclude that it was the
71:23 naproxen being beneficial?  The only
71:24 appropriate conclusion from that would be
72: Page 72
72: 1 that there's a problem with the
72: 2 experimental drug Vioxx.
72: 3        ·And beyond those concerns
72: 4 was that this trial was done in patients
72: 5 with rheumatoid arthritis without heart
72: 6 disease, and so whatever was being seen
72: 7 in the VIGOR trial could be far worse in
72: 8 patients with heart disease.


Page 17

Topol Complete

ID:                    et 7213
Page Range:            72:13-72:19

72:13      Q.   Now, what you've described
72:14 to us in the previous answer, is that
72:15 something that -- is that a capsule of
72:16 what you were thinking, you and your
72:17 colleagues were thinking, but you in
72:18 particular, when you saw the VIGOR trial
72:19 published in the New England Journal?


ID:                    et 7222
Page Range:            72:22-73:16

72:22          THE WITNESS:  Well, I didn't
72:23     even take notice of the VIGOR
72:24     trial when it was in the New
73: Page 73
73: 1     England Journal.  It wasn't on my
73: 2     radar screen, and it didn't really
73: 3     catch, I believe, the cardiology
73: 4     community, because the heart
73: 5     attack part of that publication
73: 6     was not -- it was not featured, it
73: 7     was the protection from the
73: 8     gastrointestinal side effects that
73: 9     was the main conclusion, but only
73:10     looked back at that paper after
73:11     the FDA review of the VIGOR data
73:12     and also of the celecoxib data.
73:13     There were two days of FDA
73:14     reviews.  One day was devoted to
73:15     Celebrex, and one day was
73:16     dedicated to Vioxx.


ID:                    et 7410
Page Range:            74:10-74:22

74:10      Q.   And it was after the
74:11 hearings in '01 where this, would it be
74:12 fair to say -- I hope there's not an
74:13 objection -- got on your radar screen?
74:14      A.   Yes.  It was only after the
74:15 FDA hearing and Dr. Nissen coming back
74:16 and Dr. Mukherjee going through the data,
74:17 getting it all collated and three of us
74:18 meeting, did this become something of an
74:19 area of interest.  It certainly was
74:20 nothing in medicine that I had any
74:21 interest in.  It wasn't in my field of
74:22 research up until that point in time.


Page 18

Topol Complete

ID:                        et 7503
Page Range:                75:3-75:4

    75: 3      Q.   Was it something that
    75: 4 concerned you?


ID:                        et 7507
Page Range:                75:7-75:18

    75: 7           THE WITNESS: As soon as we
    75: 8      looked at -- well, as soon as I
    75: 9      read about the FDA panel, as I
    75:10      said, that morning, in the
    75:11      newspaper, I was concerned.  But
    75:12      that concern was magnified after
    75:13      starting to review the data with
    75:14      my colleagues at the Cleveland
    75:15      Clinic.
    75:16 BY MR. KLINE:
    75:17      Q.   Okay.
    75:18           Were you alarmed?


ID:                        et 7521
Page Range:                75:21-75:22

    75:21           THE WITNESS: I don't
    75:22      know --


ID:                        et 7601
Page Range:                76:1-76:24

    76: 1           THE WITNESS: -- if I would
    76: 2      use the word "alarmed," but I was
    76: 3      significantly concerned that there
    76: 4      was a medicine that was gaining
    76: 5      increased wide scale use.  There
    76: 6      already was, of course, extensive
    76: 7      advertisements and popularity of
    76: 8      the medicine, and could something
    76: 9      be wrong.  That was a concern.  I
    76:10      would say it was a significant
    76:11      concern.
    76:12 BY MR. KLINE:
    76:13      Q.   Okay.
    76:14           What did you decide to do?
    76:15      A.   So, we decided we would put
    76:16 together a manuscript to pull all the
    76:17 data that we could together, because
    76:18 there had not yet been one, there had not
    76:19 yet been a registration in the medical
    76:20 literature to the medical community that
    76:21 this was potentially a big deal.
    76:22      Q.   Is that the kind of thing

Topol Complete

76:23 that you do as an independent academic
76:24 physician and scientist?


ID:                    et 7703
Page Range:            77:3-77:15

77: 3          THE WITNESS:  That's an
77: 4     obligation that we have, is to
77: 5     process data that's out there, try
77: 6     to make it available to our
77: 7     colleagues in the medical
77: 8     community, and in the interest of
77: 9     patients and caring for patients
77:10      in the optimal way.  This is the
77:11       sort of thing that is critical.
77:12 BY MR. KLINE:
77:13     Q.    Did you undertake what you
77:14 did with any axe to grind towards Merck
77:15 or towards the drug Vioxx?


ID:                    et 7718
Page Range:            77:18-78:7

77:18          THE WITNESS:  I had
77:19     absolutely no axe to grind.  I had
77:20     an excellent relationship with
77:21     Merck.  I had done clinical trials
77:22     with Merck.  In fact, I had just
77:23     completed a very large trial
77:24      called TARGET of over 6,000
78: Page 78
78: 1     patients published in the New
78: 2     England Journal of Medicine.  And
78: 3     so I actually, for many years,
78: 4     enjoyed a very good relationship
78: 5     with Merck.  So, I do not believe
78: 6     there was any axe to grind
78: 7     whatsoever.


ID:                    et 7911
Page Range:            79:11-80:9

79:11          . Tell me what you did then.
79:12 I mean, what process did you follow,
79:13 briefly?
79:14     A.    Well, we culled all the data
79:15 together, which did appear in the JAMA.
79:16 It didn't have much in the way of changes
79:17 from our initial submission to the actual
79:18 publication in August.  But the one
79:19 concern that came up along the way was
79:20 that the data were different in the New
79:21 England Journal of Medicine paper

Topol Complete

79:22 published in November 2000 and the FDA
79:23 database that was available in February
79:24 2001.
80: Page 80
80: 1          So, at that point, while we
80: 2 were ready to submit and did submit the
80: 3 paper to JAMA for consideration, I sent
80: 4 the paper to Merck, my colleague, Dr.
80: 5 Laura Demopoulos, who I had worked on
80: 6 this so-called TARGET trial, to see why
80: 7 there were discrepancies in the data
80: 8 between the published paper and the FDA
80: 9 database.


ID:                    et 8014
Page Range:            80:14-81:2


80:14      Q.   You actually went through
80:15 the process of getting the information
80:16 together and then drafting the paper; is
80:17 that correct?
80:18      A.   That's correct.
80:19      Q.   And did the papers represent
80:20 largely your findings and your
80:21 conclusions?
80:22      A.   Yes.
80:23      Q.   And were those findings and
80:24 conclusions critical of the VIGOR trial,
81: Page 81
81: 1 as well as raising some concerns relating
81: 2 to the drug Vioxx?


ID:                    et 8105
Page Range:            81:5-82:4


81: 5          THE WITNESS:  There is no
81: 6     question they were critical of the
81: 7     concern about the safety.  But I
81: 8     think the most important statement
81: 9     that we made, which appears in the
81:10     article, was about how there's a
81:11     mandate to do the appropriate
81:12     clinical trials which had not been
81:13     done and wrote, "definitive
81:14     evidence of such an adverse effect
81:15     will require a prospective
81:16     randomized clinical trial."  "It
81:17     is mandatory to conduct a trial
81:18     specifically assessing
81:19     cardiovascular risk and benefit of
81:20     these agents.  Until then, we urge
81:21     caution in prescribing these
81:22     agents to patients at risk for
81:23     cardiovascular morbidity."

Page 21

Topol Complete

81:24 BY MR. KLINE:
82: Page 82
82: 1     Q.    Okay.
82: 2           And I'm going to mark a copy
82: 3 of your JAMA article as the next exhibit
82: 4 number.  While it's being marked, let me


ID:                    et 8311
Page Range:            83:11-83:13


83:11 the process.  Before you published it,
83:12 you said to me, and I'm just recapping,
83:13 that you talked to Dr. Demopoulos?


ID:                    et 8316
Page Range:            83:16-85:6


83:16           THE WITNESS:  Yes.
83:17 BY MR. KLINE:
83:18     Q. .  You actually -- and I have a
83:19 copy of this.  You actually sent to her
83:20 the manuscript; correct?
83:21     A.    Yes.
83:22     Q.    In advance?
83:23     A.    Yes.
83:24     Q.    And what was the purpose of
84: Page 84
84: 1 sending her the manuscript, as you viewed
84: 2 it?
84: 3     A.    The main purpose was to
84: 4 reconcile the differences in data that
84: 5 had been published in the New England
84: 6 Journal of Medicine and what was
84: 7 appearing in the FDA database.  There
84: 8 were some significant discrepancies.
84: 9     Q.    The FDA database was made
84:10 available after the February 2001 hearing
84:11 to the public; is that correct?
84:12     A.    That's right.
84:13     Q.    Posted on the website?
84:14     A.    Posted on their website.
84:15     Q.    Available to anyone to see?
84:16     A.    Absolutely.
84:17     Q.    And Merck, did you have
84:18 access to their internal data?
84:19     A.    No, we did not.
84:20     Q.    Did you want to get it?
84:21     A.    Well, that's one of the
84:22 reasons that I tried to reach out to Dr.
84:23 Demopoulos.  Since I had worked with her,
84:24 we had a very good relationship in our
85: Page 85
85: 1 other trial that we had done, I know she
85: 2 did not do research in this area of COX-2

Page 22

Topol Complete

85: 3 inhibitors, but I thought she could be
85: 4 helpful to get these concerns about data
85: 5 inconsistencies straightened out.
85: 6      Q.  Was the data forthcoming?

ID:                  et 8511
Page Range:          85:11-85:17

85:11        THE WITNESS:  We never
85:12    received any revisions from anyone
85:13    from Merck.  That was never sent
85:14    to us, any suggestions, changes of
85:15    data.  There was never anything
85:16    sent back to me or to my
85:17    colleagues.

ID:                  et 8706
Page Range:          87:6-87:11

87: 6      Q.   I'm going to show you an
87: 7 e-mail.  I will mark it as the next
87: 8 exhibit number.  I'm going to put it in
87: 9 the record, it's brief, to save some --
87:10 you know what, I can put it right in
87:11 front of you.  Exhibit Number 5.

ID:                  et 8719
Page Range:          87:19-88:4

87:19      Q.   You'll see here it says, "It
87:20 was great to have the opportunity to meet
87:21 you in person."  This was after you met
87:22 with them.  "We appreciate the time you
87:23 took," and it is a request from a woman
87:24 by the name of Alise Reicin.  Do you know
88: Page 88
88: 1 who Alise Reicin was?
88: 2      A.   She was one of the people
88: 3 who visited me.  I had not met her
88: 4 previous to this.

ID:                  et 9005
Page Range:          90:5-90:11

90: 5      Q.   Now, it's a copy of -- I
90: 6 would like you to identify it, the front
90: 7 page of it.  There's an e-mail that says
90: 8 it's from Alise Reicin to Laura
90: 9 Demopoulos.  It says, "Did this in the
90:10 middle of the night -- not sure it makes
90:11 sense."

Page 23

Topol Complete

ID:                        et 9021
Page Range:                90:21-90:24

    90:21          And it says here, it
    90:22 basically transmits back Alise Reicin's
    90:23 markup, electronic markup of your
    90:24 document. Are you familiar with it?


ID:                        et 9103
Page Range:                91:3-91:14

    91: 3          THE WITNESS: I've never
    91: 4     seen this.
    91: 5 BY MR. KLINE:
    91: 6     Q.   Okay.
    91: 7          I want you to turn to Page
    91: 8 8, sir. I want to find out if this is
    91: 9 something that was ever suggested to you.
    91:10          If you'd look at the front
    91:11 page, please, first. Front page.
    91:12     A.   Oh, yes.
    91:13     Q.   Sorry.
    91:14     A.   Yes.


ID:                        et 9121
Page Range:                91:21-91:23

    91:21          "Selective COX-2 Inhibitors
    91:22 Are Associated With an Increased Risk of
    91:23 Cardiovascular Events."


ID:                        et 9210
Page Range:                92:10-92:11

    92:10     Q.   Do you see it?
    92:11     A.   Yes.


ID:                        et 9218
Page Range:                92:18-92:24

    92:18     Q.   This is your paper; correct?
    92:19     A.   Yes. Well, I mean, this was
    92:20 the one that apparently was worked over.
    92:21     Q.   Correct.
    92:22     A.   This is not our paper.
    92:23     Q.   Were you aware of the fact
    92:24 that Merck was working over your paper?


ID:                        et 9303
Page Range:                93:3-93:23

Topol Complete

93: 3          THE WITNESS:  I had no idea
93: 4     until this very moment.
93: 5 BY MR. KLINE:
93: 6     Q.   Look under "Results" on Page
93: 7 8.  Do you see -- I'd like you to look at
93: 8 the -- don't look at the underlined
93: 9 sentence yet.  Look at the last -- the
93:10 sentence that begins, "The results of the
93:11 event-free survival analysis on the 66
93:12 cases showed that the relative risk of
93:13 developing a cardiovascular event in
93:14 rofecoxib treatment arm was 2.37"
93:15 percent.
93:16          That's something you
93:17 eventually told people in your JAMA
93:18 paper; correct?
93:19     A.   Yes.
93:20     Q.   Did you know or did they
93:21 suggest it directly to you that according
93:22 to Dr. Reicin, "we prefer to flip the
93:23 data and say it was reduced on naproxen"?


ID:      .              et 9402
Page Range:            94:2-94:5


94: 2          THE WITNESS:  It's amazing.
94: 3     Yes, I see it here, but it's
94: 4     amazing.  It certainly didn't
94: 5     appear in our manuscript.


ID:                    et 9515
Page Range:            95:15-97:2


95:15     Q.   Sir, your JAMA article, I
95:16 think you read to me that your conclusion
95:17 was to call for a full large-scale study;
95:18 correct?
95:19     A.   That's right.
95:20     Q.   Did you want a primary
95:21 cardiovascular endpoint study performed?
95:22     A.    Not only did it need to have
95:23 cardiovascular endpoints, but it had to
95:24 have cardiovascular patients.  Patients
96: Page 96
96: 1 had been excluded essentially from all of
96: 2 these studies, and so that was a patient
96: 3 group that we were most worried about,
96: 4 because they would have the highest
96: 5 predisposition to life-threatening
96: 6 events.
96: 7     Q.   Why was it important to
96: 8 study patients who were at high risk for
96: 9 cardiovascular events when taking the

Page 25

Topol Complete

96:10 drug Vioxx and COX-2s generally?
96:11     A.   Well, we already knew that a
96:12 large proportion of patients who have
96:13 heart disease have concomitant arthritis.
96:14 And, in fact, in my practice, the vast
96:15 majority of patients who have come to see
96:16 me with heart disease, they also have
96:17 arthritis.  But there was the Ray paper
96:18 in Lancet, the Tennessee Medicaid
96:19 database, there was the other papers that
96:20 I have referred to where 45, 50 percent
96:21 or higher percent of patients taking
96:22 Vioxx or other medicines in this class
96:23 had established known coronary heart
96:24 disease.  So, these patients were
97: Page 97
97: 1 essentially the highest risk for having a
97: 2 life-threatening event.


ID:                      et 9707
Page Range:         97:7-97:17

97: 7     Q.   So, did your study, what you
97: 8 were proposing, was it to study the drug
97: 9 in those people who were the logical
97:10 people who were going to take the drug?
97:11     A.   Yes.  The only way we could
97:12 get to the answer here, was it safe for
97:13 people with heart disease who have
97:14 arthritis to take the medicine, was to do
97:15 a trial in these particular patients who
97:16 had been completely neglected in the
97:17 development of Vioxx.


ID:                      et 9916
Page Range:         99:16- 100:6

99:16     Q.   Look at Page 18.
99:17     A.   Yes.
99:18     Q.   "Until then," and this ended
99:19 up in your paper, "we urge caution in
99:20 prescribing these agents to patients at
99:21 risk for cardiovascular morbidity."  Your
99:22 words?
99:23     A.   That's the words that's here
99:24 in the paper that are published, yes.
100: Page 100
100: 1     Q.   The underlined words are Dr.
100: 2 Reicin's, according to her e-mail which
100: 3 she wrote.  Did you see what she said?
100: 4     A.   Yes.
100: 5     Q.   "Conclusion needs to be
100: 6 toned down."

Page 26

Topol Complete

ID:                    et 10118
Page Range:            101:18-101:21

101:18     Q.   And when she came to see
101:19 you, sir, did you believe that one of the
101:20 purposes was to neutralize you and your
101:21 opinion?

ID:                    et 10124
Page Range:            101:24-105:2

101:24         THE WITNESS:  Well,
102: Page 102
102: 1     certainly.  The comments she made
102: 2     at that meeting would go along
102: 3     with that.  I mean, she basically
102: 4     said that -- I remember the
102: 5     conversation.  It actually was
102: 6     supposed to be three people coming
102: 7     to visit, which was unusual, to
102: 8     discuss a manuscript, but because
102: 9     of our prior relationship with
102:10     Merck and Dr. Demopoulos and Dr.
102:11     DiBattiste, I had reluctantly
102:12     agreed to this meeting.  But Dr.
102:13     DiBattiste didn't show up, it was
102:14     supposed to be the three of them,
102:15     and the meeting started out with
102:16     that we got it wrong, that we
102:17     would be embarrassed.
102:18 BY MR. KLINE:
102:19     Q.   "We" meaning?
102:20     A.   Dr. Nissen, Dr. Mukherjee
102:21 and I.
102:22     Q.   Three physicians at the
102:23 Cleveland Clinic?
102:24     A.   Right.
103: Page 103
103: 1     Q.   Got it wrong?
103: 2     A.   Got it wrong, that we would
103: 3 be embarrassed if we published this
103: 4 paper.
103: 5     Q.   Her word?
103: 6     A.   That's the word.  The word
103: 7 is "embarrassed."  And I thought that was
103: 8 harsh.  And she came across as kind of
103: 9 arrogant, I thought.  But we talked it
103:10 through, and I explained to her that, you
103:11 know, we don't feel that way at all, and
103:12 we will stand by our data.  We only
103:13 wanted the input on inconsistencies of
103:14 data.  We did not ask to them -- for Dr.
103:15 Reicin or colleagues to opine about our
103:16 perspective.

Page 27

Topol Complete

103:17       But the discussion ended up
103:18 okay. You know, she came about the
103:19 naproxen hypothesis, which I dismissed as
103:20 the explanation. She came with the
103:21 rheumatoid arthritis -- that patients
103:22 with rheumatoid arthritis, you know, Dr.
103:23 Topol, have much higher rates of heart
103:24 attack. And I said, well, that doesn't
104: Page 104
104: 1 explain it, because all the patients had
104: 2 rheumatoid arthritis. So, if there's a
104: 3 gradient of heart attack, it can't just
104: 4 be from that explanation.
104: 5       She also came with the
104: 6 notion that there were lots of data that
104: 7 we didn't know about, Dr. Nissen, Dr.
104: 8 Mukherjee and I, that was in the Merck
104: 9 files that the FDA had, but we didn't
104:10 have access. And I said, well, we can't
104:11 comment on data we don't have access to,
104:12 and I'm sorry.
104:13       So, the meeting probably
104:14 went on about an hour-and-a-half. It
104:15 ended cordially. And at times she said
104:16 that Merck was considering doing a trial
104:17 in heart patients, and if we had any
104:18 ideas, she welcomed us to forward a
104:19 proposal, protocol, and that seemed to
104:20 be -- I got the sense it was a gesture.
104:21 I didn't really think that Dr. Reicin was
104:22 serious about it, but nonetheless, I
104:23 thought that we probably should at least
104:24 send some type of protocol sketch if they
105: Page 105
105: 1 would like to see what our ideas were for
105: 2 pursuing this question.


ID:              et 10614
Page Range:      106:14-107:12


106:14   Q.   Let me just briefly show you
106:15 another document. It's a Merck document,
106:16 Exhibit Number 7.
106:17            - - -
106:18       (Whereupon, Deposition
106:19   Exhibit Topol-7, E-mails, with
106:20   attachment, "Selective COX-2
106:21   Inhibitors are Associated with An
106:22   Increased Risk of Cardiovascular
106:23   Events," (Mukherjee, et al) draft
106:24   manuscript, MRK-ABA0009661 -
107: Page 107
107: 1   MRK-ABA0009693, was marked for
107: 2   identification.)
107: 3            - - -

Page 28

Topol Complete

107: 4 BY MR. KLINE:
107: 5      Q.   Very briefly.  And, again, I
107: 6 don't have the time to have you sit and
107: 7 read the whole thing, but I want you to
107: 8 look at the front page.
107: 9           Apparently the manuscript
107:10 was further worked on internally at
107:11 Merck.  Are you aware of that fact?
107:12      A.   No.


ID:                      et 10715
Page Range:          107:15-108:10

107:15           THE WITNESS:  I had no
107:16      knowledge of that.
107:17 BY MR. KLINE:
107:18      Q.   And there's an e-mail from
107:19 Dr. Demopoulos to a number of people,
107:20 including Alise Reicin.  And they took a
107:21 crack at revising it, and if you look at
107:22 the last sentence of the e-mail, "We
107:23 recognize that the revised" transcript
107:24 "does not completely neutralize the
108: Page 108
108: 1 potential negative impact of the
108: 2 publication, but...it is substantially
108: 3 removed from the original.  We" feel
108: 4 "that revising it further to more
108: 5 completely present a Merck perspective
108: 6 might alienate the authors and" thus
108: 7 "jeopardize our opportunity to contribute
108: 8 at all."
108: 9           Did you know that's what was
108:10 going on?


ID:                      et 10813
Page Range:          108:13-108:14

108:13           THE WITNESS:  This is
108:14      remarkable.  I didn't know --


ID:                      et 10817
Page Range:          108:17-108:18

108:17           THE WITNESS:  -- this was
108:18      going on at all.


ID:                      et 10921
Page Range:          109:21-110:6

109:21      Q.   Is part of the academic
109:22 process -- you've worked --

Topol Complete

109:23        You've done studies for
109:24 large pharmaceutical companies, Merck?
110: Page 110
110: 1    A.   Yes.
110: 2    Q.   Is part of the process to
110: 3 get the scientific facts in the medical
110: 4 literature, or is the real objective, or
110: 5 is part of the objective to get the,
110: 6 quote, drug company perspective?


ID:                      et 11008
Page Range:          110:8-110:20


110: 8        THE WITNESS:  Well, you
110: 9    know, I had been trying to have an
110:10    intellectually fulfilling and
110:11    collaborative relationship with
110:12    people at Merck, and that was
110:13    something that I think we enjoyed
110:14    up until this sort of thing, which
110:15    is obviously a departure from
110:16    that, but --
110:17 BY MR. KLINE:
110:18    Q.   Is it --
110:19    A.   -- it's unfortunate.
110:20    Q.   Is it a departure --


ID:                      et 11024
Page Range:          110:24-111:4


110:24    Q.   -- from sound academic and
111: Page 111
111: 1 scientific practice to attempt to
111: 2 neutralize papers and try to inject a
111: 3 particular perspective, rather than what
111: 4 is the down the middle truth?


ID:                      et 11108
Page Range:          111:8-111:14


111: 8        THE WITNESS:  Yes.  I mean,
111: 9    I think that the role of academic
111:10    medicine is to publish a highly
111:11    objective independent processing
111:12    of data and perspective, and
111:13    anything to try to warp that or
111:14    twist it is unacceptable.


ID:                      et 11511
Page Range:          115:11-115:18


115:11    Q.   I'm marking, and those who

Page 30

Topol Complete

115:12 see this will be familiar with this, the
115:13 February 1, 2001 memo of Shari L. Targum
115:14 of the Division of Cardiorenal Drug
115:15 Products at the FDA --.
115:16    A.   Yes --
115:17    Q.    -- correct?
115:18    A.   Yes.


ID:                et 11622
Page Range:        116:22-117:1

116:22    Q.   What are the concerning
116:23 parts to you that were known and flagged
116:24 in the Targum report dated February 1,
117: Page 117
117: 1 2001?


ID:                et 11704
Page Range:        117:4-117:6

117: 4         THE WITNESS:  On Page 5 it
117: 5    talks about the DSMB, which is the
117: 6    data and safety monitoring board.


ID:                et 11711
Page Range:        117:11-118:5

117:11    Q.   Yes.
117:12    A.   And the first thing it says
117:13 is during -- this is at the bottom of the
117:14 page, the last paragraph, "During the
117:15 November 18, 1999 meeting, discussion and
117:16 focus on the 'excess deaths and
117:17 cardiovascular adverse experiences in
117:18 group A compared to group B'...In this
117:19 report, there were 40 and 17 patients
117:20 that discontinued the study because of
117:21 cardiovascular adverse events," and then
117:22 there's a blood pressure.  And it's
117:23 pretty easy to tell which is group A and
117:24 group B.
118: Page 118
118: 1         This is November 18, 1999.
118: 2 This is highly concerning, that there's
118: 3 excess deaths in a trial and the DSMB is
118: 4 noting in the course of the VIGOR trial.
118: 5    Q..  You said November 18, 1999?


ID:                et 11808
Page Range:        118:8-118:22

118: 8         THE WITNESS:  Yes.  This

Page 31

Topol Complete

118: 9      would be a time when any concerns
118:10      about the drug, and, of course,
118:11      now already the 090 trial, which I
118:12      presume we'll get into, that
118:13      already was known in May of 1999.
118:14          So, now we have the largest
118:15      trial ever of the drug, and it's
118:16      causing, in the midst of the
118:17      trial, excess deaths and serious
118:18      cardiovascular events.  So, this
118:19      did not apparently lead to the
118:20      alert that I would have thought in
118:21      the course of a large scale trial
118:22      of 8,000 patients.


ID:                  et 11902
Page Range:          119:2-119:5

119: 2      Q.   What are you saying to us?
119: 3 Are you saying that in the period by the
119: 4 year 2001 that there were a series of
119: 5 things that were known to Merck?


ID:                  et 11909
Page Range:          119:9-119:19

119: 9          THE WITNESS:  Well, what's
119:10      evident here is it calls out the
119:11      53 versus 29 serious excess deaths
119:12      in cardiovascular events as early
119:13      as November of 1999.  In the wake
119:14      of another trial, they had a 760
119:15      percent excess of heart attacks.
119:16 BY MR. KLINE:
119:17      Q.   What study was the 53
119:18 deaths, for instance?
119:19      A.   That's the VIGOR trial.


ID:                  et 12023
Page Range:          120:23-121:11

120:23      Q.   Is what you're saying that
120:24 the Targum memo, to put it in
121: Page 121
121: 1 perspective --
121: 2           Is what you're saying is
121: 3 that the VIGOR -- you learned from seeing
121: 4 this document that the VIGOR data had
121: 5 been analyzed, as you would expect, going
121: 6 along at various stages?
121: 7      A.   Yes.
121: 8      Q.   And that at various stages,
121: 9 were there red flags that you can see in

Page 32

Topol Complete

121:10 this data?
121:11     A.   Exactly.


ID:                et 12114
Page Range:        121:14-121:22

121:14          THE WITNESS:  Exactly.  And
121:15     the point is, is that later we're
121:16     told that the first time they ever
121:17     knew about any problem was well
121:18     into 2000, which couldn't possibly
121:19     be true.  Someone of the sponsor
121:20     had to be alerted by this DSMB
121:21     concern of excess deaths and
121:22     serious cardiovascular events.


ID:                et 12203
Page Range:        122:3-122:14

122: 3     Q.   Now, let's talk about VIGOR,
122: 4 because that was some focus of what you
122: 5 were doing when you retrospectively
122: 6 looked at VIGOR and also a number of
122: 7 other studies including 090.
122: 8     A.   Yes.
122: 9     Q.   Okay.
122:10          You looked at, I think, a
122:11 study called 085, 090, VIGOR.  Any other?
122:12     A.   Those are the principal
122:13 ones.  I think all the studies, but those
122:14 are the ones that we focused on the most.


ID:                et 12417
Page Range:        124:17-125:4

124:17     .    You looked at the VIGOR
124:18 trial, and you made some determinations
124:19 there; correct?
124:20     A.   That's right.
124:21     Q.   Okay.
124:22          What did you -- I would like
124:23 you to list out sequentially.  If you've
124:24 covered it already, list it so we have it
125: Page 125
125: 1 in a list.
125: 2          What were your major
125: 3 findings as you looked independently back
125: 4 at the VIGOR trial?


ID:                et 12507
Page Range:        125:7-126:6

Page 33

Topol Complete

125: 7        THE WITNESS:  I think the
125: 8    most important finding is
125: 9    summarized in Figure 1 of that
125:10    paper, which comes right from the
125:11    FDA Targum report.  And basically
125:12    what that figure, first time now
125:13    published to the medical
125:14    community, it shows that there's a
125:15    divergence of the heart attack and
125:16    serious event curves.  The event
125:17    curves is Figure 1, whereby
125:18    starting at four to six weeks
125:19    after the start of the medicine,
125:20    Vioxx compared to naproxen, there
125:21    is an over two-fold risk of
125:22    serious events.
125:23 BY MR. KLINE:
125:24    Q.    That Kaplan-Meier curve,
126: Page 126
126: 1 which will be marked -- we don't have to
126: 2 display it right now, but I want to mark
126: 3 it so that it's part of an exhibit to be
126: 4 displayed as part of this transcript.  We
126: 5 will put a number 9 on table -- on Figure
126: 6 1 of the Topol JAMA article.


ID:                    et 12623
Page Range:            126:23-127:4


126:23    Q.    That Figure 1, which is the
126:24 Kaplan-Meier curve showing the time to
127: Page 127
127: 1 cardiovascular adverse events, the line
127: 2 separated how many days?
127: 3    A.    Between four and six weeks
127: 4 these curves diverge.


ID:                    et 12708
Page Range:            127:8-127:10


127: 8    Q.    Is this, by the way,
127: 9 something that has been replicated in
127:10 other studies?


ID:                    et 12713
Page Range:            127:13-127:18


127:13        THE WITNESS:  It's been
127:14    replicated in four randomized
127:15    trials.
127:16 BY MR. KLINE:
127:17    Q.    That it separates at an
127:18 early time?

Topol Complete

ID:                    et 12720
Page Range:            127:20-128:17

127:20        THE WITNESS:  That's right.
127:21 BY MR. KLINE:
127:22    Q.   Okay.
127:23          And what are those studies?
127:24    A.   Study 090, which was a
128: Page 128
128: 1 six-week trial, which had a 760 percent
128: 2 excess within the six weeks.
128: 3    Q.   Yes.
128: 4    A.   The VIGOR trial I just
128: 5 mentioned.
128: 6    Q.   Yes.
128: 7    A.   The ADVANTAGE trial, which
128: 8 was a 12-week trial that showed a
128: 9 significant excess in the 12-week time
128:10 frame.
128:11          And the VICTOR trial, which
128:12 has not yet been published, which is a
128:13 colon cancer trial of 2,300 patients
128:14 coordinated out of Oxford, which has been
128:15 at least commented on by the
128:16 investigators having immediate excess in
128:17 heart attack risk.


ID:                    et 12903
Page Range:            129:3-129:7

129: 3          What conclusion have you
129: 4 reached, Dr. Topol, relating to the
129: 5 increased risk of cardiovascular events,
129: 6 heart attacks and strokes relating to
129: 7 short-term usage of the drug?


ID:                    et 12910
Page Range:            129:10-130:3

129:10        THE WITNESS:  Well, there is
129:11        -- I should also add the four
129:12        randomized trials, there's the
129:13        cumulative analysis by Dr. Juni
129:14        published in the Lancet which
129:15        shows no relationship between
129:16        duration of therapy and heart
129:17        attack excess.
129:18          But interestingly, all four
129:19        of these trials, and the
129:20        cumulative Juni analysis, was on
129:21        patients without heart disease.
129:22        So, the risk of it being immediate

Page 35

Topol Complete

129:23      and early could actually be much
129:24      more exaggerated in patients with
130: Page 130
130: 1      heart disease.
130: 2 BY MR. KLINE:
130: 3      Q.   Any doubt --


ID:                  et 13008
Page Range:          130:8-130:13

130: 8      Q. . -- about it in your mind?
130: 9      A.   There isn't any question
130:10 about this.  To see it replicated across
130:11 four trials in patients who don't even
130:12 have heart disease is quite an important
130:13 finding.


ID:                  et 13018
Page Range:          130:18-131:5

130:18      Q.   In this particular
130:19 Kaplan-Meier curve for the VIGOR trial,
130:20 that was not published in the New England
130:21 Journal of Medicine; is that correct?
130:22      A.   No.  As I mentioned earlier,
130:23 the New England Journal of Medicine paper
130:24 featured the gastrointestinal side
131: Page 131
131: 1 effects and benefit, but it did not show
131: 2 in any graphic form, and there are other
131: 3 irregularities of this paper, but it
131: 4 certainly did not highlight the heart
131: 5 attack problems.


ID:                  et 13120
Page Range:          131:20-132:2

131:20      You mentioned already that
131:21 there was an increased risk of
131:22 cardiovascular events starting at the
131:23 six-week period in this study; correct?
131:24      A.   Yes.
132: Page 132
132: 1      Q.   Replicated by other studies
132: 2 we now know later?


ID:                  et 13205
Page Range:          132:5-132:22

132: 5      THE WITNESS:  Three other
132: 6      randomized trials.
132: 7 BY MR. KLINE:

Page 36

Topol Complete

132: 8      Q.   Yes.
132: 9      A.   Yes.
132:10      Q.   And by the way, I'm going to
132:11 get to naproxen.  On this naproxen
132:12 theory, has there ever been a randomized
132:13 clinical trial demonstrating that
132:14 naproxen is cardioprotective?
132:15      A.   There is no -- there are no
132:16 data that I am aware of to show that
132:17 naproxen in any randomized trial is
132:18 cardioprotective.
132:19      Q.   Do you think that if there
132:20 were such a study, you would know about
132:21 it?
132:22      A.   I would think so.


ID:                    et 13301
Page Range:            133:1-133:4

133: 1      Q.   So, what do you think of
133: 2 this naproxen hypothesis that was put
133: 3 forward by Merck to justify the results
133: 4 in VIGOR?


ID:                    et 13307
Page Range:            133:7-133:16

133: 7        THE WITNESS:  It doesn't
133: 8    justify -- I mean, as I mentioned
133: 9    earlier, the problem is you have
133:10    an experimental drug which is not
133:11    fully defined, and you compare it
133:12    to a drug that's been known for 20
133:13    years.  To all of a sudden to
133:14    ascribe some type of magical
133:15    protective effect without any
133:16    basis is not acceptable.


ID:                    et 13512
Page Range:            135:12-135:16

135:12        So, your opinion formed in
135:13 the context of reviewing this Merck data
135:14 and Merck study in VIGOR, was that the
135:15 naproxen hypothesis was tenable or
135:16 untenable?


ID:                    et 13519
Page Range:            135:19-136:3

135:19      .  THE WITNESS:  Well, in the
135:20    manuscript, back in 2001, we tried

Page 37

Topol Complete

135:21    to present that that's a possible
135:22    explanation.  We actually pointed
135:23    that out in a couple of points in
135:24    the paper.  But at the end, our
136: Page 136
136: 1    cautionary statement was because
136: 2    we didn't believe that this was an
136: 3    acceptable explanation.


ID:                     et 13605
Page Range:            136:5-136:11


136: 5    Q.   Tell me, Dr. Topol, as you
136: 6    wrote it in JAMA and as you believed it
136: 7    then and today, the significance of 090,
136: 8    the study 090.  What was that study?
136: 9    When was it performed?  Just tell me what
136:10    it was and what its significance was to
136:11    you.


ID:                     et 13614
Page Range:            136:14-138:10


136:14        THE WITNESS:  To me, that
136:15    study has been overlooked.  It
136:16    has, in many ways, extraordinary
136:17    significance in the clinical
136:18    development of Vioxx.  And the
136:19    reason is is that this study had
136:20    978 patients.  And within the 978
136:21    patients, they were randomly
136:22    assigned, they had the typical
136:23    arthritis, osteoarthritis
136:24    so-called, they were randomly
137: Page 137
137: 1    assigned to Vioxx, a medicine
137: 2    called nabumetone or known as
137: 3    Relafen, which isn't used very
137: 4    much, or placebo.
137: 5        And so what they had were
137: 6    these three arms tested with only
137: 7    12-and-a-half milligrams of Vioxx.
137: 8    So, it's a very low dose of Vioxx
137: 9    relative to these other trials
137:10    that we've been discussing.
137:11 BY MR. KLINE:
137:12    Q.   090 being a 12.5 milligram,
137:13 as opposed to VIGOR, which was 50?
137:14    A.   That's right.
137:15    Q.   Okay.
137:16    A.   And what is so striking
137:17 about this trial is that it has, at the
137:18 end of six weeks of therapy, a
137:19 statistically significant 760 percent

Page 38

Topol Complete

137:20 excess of heart attacks.  Now, it's not
137:21 quite 1,000 patient trial, but certainly
137:22 that can't be minimized.  And the point
137:23 being is that if you see that trial in
137:24 replication with the problems with VIGOR,
138: Page 138
138: 1 you have a very serious problem.
138: 2          But moreover, what is the
138: 3 misleading statements that have been
138: 4 made, is that there have been no trials
138: 5 ever done with Vioxx, before APPROVe,
138: 6 comparing the drug except for naproxen,
138: 7 in which there was a risk.  In fact,
138: 8 there was study 090, which compared to
138: 9 placebo or nabumetone, which showed a
138:10 highly significant excess risk.


ID:                      et 13821
Page Range:          138:21-138:24

    138:21      Q.   Was there, as you view this
    138:22 and as you viewed it back then in 2001, a
    138:23 real public health threat out there in
    138:24 the form of the drug Vioxx?


ID:                      et 13903
Page Range:          139:3-139:18

    139: 3          THE WITNESS:  Yes.  When we
    139: 4     published our article in August
    139: 5     2001, there was an accompanying
    139: 6     article in the Wall Street
    139: 7     Journal, an A1 article, in which I
    139: 8     stated just precisely that, that
    139: 9     we're staring a public health -- I
    139:10     don't know if I used the word
    139:11     "disaster," but it was a
    139:12     significant word, that this is a
    139:13     major public health issue, yes.
    139:14 BY MR. KLINE:
    139:15      Q.   Why did you state it in
    139:16 those blunt terms, sir?
    139:17      A.   Because it obviously was a
    139:18 public --


ID:                      et 13921
Page Range:          139:21-140:11

    139:21      ∙ THE WITNESS:  Here you have
    139:22     a possible five-fold increase in
    139:23     heart attacks in patients without
    139:24     heart disease; you have a drug
    140: Page 140

Page 39

Topol Complete

140: 1    that's being given to -- tens of
140: 2    millions of prescriptions,
140: 3    millions of people are taking it,
140: 4    and it could be much worse in
140: 5    patients with heart disease; we've
140: 6    got direct-to-consumer advertising
140: 7    unleashed with the most successful
140: 8    launch of prescription medicines
140: 9    in the history of pharmaceutical
140:10    development; we have a major
140:11    significant jeopardy, yes.


ID:                    et 14105
Page Range:            141:5-141:21

141: 5         As of August 22, 2001, all
141: 6 you were asking Merck to do was what?
141: 7    A.   To do an appropriate trial,
141: 8 to acknowledge that there may be risks,
141: 9 and that didn't occur, but to also do an
141:10 appropriate trial in patients with heart
141:11 disease.
141:12    Q.   You made a big point in your
141:13 paper about the fact that the trials that
141:14 *were done, I think you already told us,*
141:15 weren't done in patients who were at risk
141:16 for cardiovascular disease.  Correct so
141:17 far?
141:18    A.   Yes.
141:19    Q.   Those would be the real
141:20 patients you'd have to really worry
141:21 about; correct?


ID:                    et 14124
Page Range:            141:24-142:3

141:24         THE WITNESS: Exactly.  The
142: *Page 142*
142: 1    patients with heart disease had
142: 2    been completely excluded from
142: 3    these trials.


ID:                    et 14207
Page Range:            142:7-142:8

142: 7    Q.   You needed to study them;
142: 8 correct?


ID:                    et 14211
Page Range:            142:11-142:12

142:11         THE WITNESS:  That's

Page 40

Topol Complete

142:12      correct.


ID:                    et 14316
Page Range:            143:16-143:21

143:16      Q.    Had anything that is called
143:17 a prespecified cardiovascular endpoint
143:18 study, has it ever been done by Merck?
143:19      A.    It has never been done in my
143:20 mind to this day.
143:21      Q.    Did it need to be done?


ID:                    et 14324
Page Range:            143:24-144:9

143:24          THE WITNESS:  Absolutely.
144: Page 144
144: 1      And we called for it innumerable
144: 2      times.
144: 3 BY MR. KLINE:
144: 4      Q.    And here's the question.
144: 5 Why?  And why is that different than what
144: 6 we've heard -- we hear from Merck that,
144: 7 well, we studied, and we went back and we
144: 8 looked at the end points.  Why, sir --
144: 9 you can tell us, why?


ID:                    et 14418
Page Range:            144:18-145:9

144:18      A.    Yeah.  The main thing is
144:19 that Merck was saying that they were
144:20 doing trials to look at cardiovascular
144:21 endpoints like APPROVe, like VICTOR and a
144:22 prostate cancer trial.  These were not
144:23 being done for a cardiovascular endpoint.
144:24 They were done in patients without heart
145: Page 145
145: 1 disease.
145: 2          These were trials being done
145: 3 to extend the indications for the drug to
145: 4 new areas, such as prevention of colon
145: 5 polyps or prevention of prostate cancer.
145: 6 They had nothing to do with assuring
145: 7 safety from a cardiovascular standpoint.
145: 8 That could only be done in trials of
145: 9 patients with heart disease.


ID:                    et 14519
Page Range:            145:19-145:20

145:19      Q.    Did they do what they should

Page 41

Topol Complete

145:20 have done here?

ID:                         et 14523
Page Range:          145:23-146:2

145:23          THE WITNESS:  They did not
145:24      do what was needed to be done,
146: Page 146
146: 1      which we called for in our JAMA
146: 2      paper.

ID:                         et 15007
Page Range:          150:7-150:7

150: 7     Q.   Why was --

ID:                         et 15011
Page Range:          150:11-150:15

150:11       Q.   -- as you saw it, the
150:12  incremental risk of increased risk of
150:13  heart attacks and strokes so important,
150:14  and how did it relate to the numbers of
150:15  people who were taking it?

ID:                         et 15018
Page Range:          150:18-151:4

150:18          THE WITNESS:  Well, if one
150:19      thinks about the risk here, if
150:20      it's -- if we use the APPROVe data
150:21      in colon cancer patients without
150:22      heart disease, it's 16 per
150:23      thousand patients, and you can
150:24      just do the math about -- if you
151: Page 151
151: 1      have millions of people, 16 per
151: 2      thousand having a heart attack,
151: 3      that's an extraordinary risk for
151: 4      the population.

ID:                         et 15108
Page Range:          151:8-151:9

151: 8     Q.   Okay.
151: 9          Merck took after you, sir?

ID:                         et 15112
Page Range:          151:12-152:10

Topol Complete

151:12       THE WITNESS:  The problems
151:13       that occurred after August 22nd,
151:14       2001 were quite profound in many
151:15       respects.  So, not only did they
151:16       have consultants that they
151:17       communicated to the media, like
151:18       Dr. Konstam and Dr. FitzGerald,
151:19       accusing us of having tortured the
151:20       data and manipulated the data, but
151:21       they also sent out an overnight
151:22       mail to every healthcare provider
151:23       in the country that was commented
151:24       on -- Dr. Sherwood, he was the
152: Page 152
152: 1       doctor who sent it, and it was in
152: 2       the JAMA letter correspondence
152: 3       about our article, that one of the
152: 4       doctors was complaining, having
152: 5       received this overnight with the
152: 6       five-page taking on the
152: 7       Mukherjee/JAMA paper, and so it
152: 8       certainly unleashed a very robust
152: 9       response from Merck and its
152:10       consultants.


ID:                    et 16605
Page Range:            166:5-166:7


166: 5       The warnings on this drug,
166: 6 were there adequate warnings on this
166: 7 drug, sir, in the '99 and 2002 labels?


ID:                    et 16610
Page Range:            166:10-166:21


166:10    Q.    As to cardiovascular risks?
166:11       THE WITNESS:  In my opinion,
166:12       both the original label and then
166:13       the revision in April 2002 did not
166:14       show adequate safety concerns
166:15       about heart attacks, strokes and
166:16       death that could occur from the
166:17       medicine.  So, it wasn't present
166:18       at all in the first iteration in
166:19       1999, and it certainly was not
166:20       adequately flagged in the 2002
166:21       revision.


ID:                    et 17516
Page Range:            175:16-175:23


175:16       We were talking about
175:17 naproxen and this whole thing, its

Topol Complete

175:18 cardioprotective effect. In VIGOR, Merck
175:19 had made the point, as you well know,
175:20 that they had no long-term randomized
175:21 clinical trial to show that naproxen was
175:22 cardioprotective. We've covered that
175:23 point; correct?


ID:                        et 17601
Page Range:        176:1-176:8

176: 1          THE WITNESS: Yes, yes.
176: 2 BY MR. KLINE:
176: 3      Q.    I'm just putting it in
176: 4 context.
176: 5      A.    No. There are no data to
176: 6 support in any definitive fashion or
176: 7 meaningful way that naproxen has a
176: 8 cardioprotective effect.


ID:                        et 17711
Page Range:        177:11-177:18

177:11      Q.    And, therefore, when you
177:12 were writing here that "lack of
177:13 cardioprotective effect of naproxen,"
177:14 were you saying that there was definitely
177:15 no at all cardioprotective effect, or
177:16 were you saying that a cardioprotective
177:17 effect of naproxen could not explain the
177:18 results in VIGOR?


ID:                        et 17721
Page Range:        177:21-177:21

177:21      Q.    Or something else?


ID:                        et 17723
Page Range:        177:23-178:4

177:23          THE WITNESS: No. It was
177:24      the latter. That if there was a
178: Page 178
178: 1      cardioprotective effect, it was
178: 2      modest at best, and it could not
178: 3      explain the five-fold increase in
178: 4      heart attacks in the VIGOR trial.


ID:                        et 19704
Page Range:        197:4-197:6

197: 4      Q.    And you did believe at that

Topol Complete

197: 5 time that the drug needed a black box
197: 6 warning; correct?


ID:              et 19708
Page Range:      197:8-197:20

197: 8          THE WITNESS:  Yes.  We're
197: 9    now in August of 2004 publishing
197:10    this.
197:11 BY MR. KLINE:
197:12    Q.   Yes, sir.
197:13    A.   And the extraordinary amount
197:14 of evidence, not just from VIGOR, but
197:15 from various other trials and studies,
197:16 was really quite excessive in my opinion,
197:17 and that's why the black box warning was
197:18 long overdue in August 2004.
197:19    Q.   Do you have a sense of when
197:20 it was due by?


ID:              et 19722
Page Range:      197:22-198:18

197:22          THE WITNESS:  It could have
197:23    easily been imposed as of February
197:24    2001, or if we go back to the Juni
198: Page 198
198: 1    analysis in the Lancet, also
198: 2    published in the Lancet, it could
198: 3    have been back in year 2000.  So,
198: 4    somewhere between 2000 and 2001
198: 5    there was more than adequate
198: 6    confirmation.
198: 7       Essentially all you need is
198: 8    VIGOR and study 090 together, and
198: 9    I could take you through the Juni
198:10    analysis in the Lancet, but that
198:11    basically crosses the line for
198:12    proven hazard of heart attacks.
198:13 BY MR. KLINE:
198:14    Q.   Did you observe any pattern
198:15 of conduct by Merck every time or any
198:16 time an investigator like yourself or
198:17 Juni did a critical analysis and
198:18 questioned the safety of the drug Vioxx?


ID:              et 19820
Page Range:      198:20-199:7

198:20          THE WITNESS:  Each time we
198:21    published a paper or a study was
198:22    also published by other
198:23    investigators questioning the

Page 45

Topol Complete

198:24      safety of Vioxx, there would be
199: Page 199
199: 1      immediately a PR attack on the
199: 2      report.  Merck would refute the
199: 3      findings and/or they would have
199: 4      consultants of theirs refute the
199: 5      findings.  So, there was a
199: 6      published and then anti force that
199: 7      would occur without any question.


ID:                     et 20405
Page Range:             204:5-204:12


204: 5      Q.   Now, this was published in
204: 6 the Lancet?
204: 7      A.   Yes, in November of 2004.
204: 8      Q.   So, not only could
204: 9 physicians see it, but Merck could see it
204:10 as well; correct?
204:11      A.   Yes.
204:12      Q.   Okay.


ID:                     et 20514
Page Range:             205:14-205:17


205:14      Q.   Was Juni independent of
205:15 Merck, from what you knew?
205:16      A.   Juni was, as best I know,
205:17 fully independent of Merck.


ID:                     et 21407
Page Range:             214:7-214:14


214: 7         One thing that Merck said
214: 8 from the APPROVe study was that there was
214: 9 an increased risk after 18 months.  Do
214:10 you recall that claim?
214:11      A.   Yes.
214:12      Q.   How did you see that in the
214:13 context of the full picture of the
214:14 articles?


ID:                     et 21416
Page Range:             214:16-216:5


214:16         THE WITNESS:  This was
214:17      another extremely concerning part
214:18      of that dissemination on the day
214:19      of withdrawal, that it took 18
214:20      months for there to be any risk,
214:21      because that's not true.
214:22         In fact, as I reviewed

Page 46

Topol Complete

214:23    earlier in this deposition, there
214:24    were four trials that showed that
215: Page 215
215: 1    the timeline for that was
215: 2    considerably quicker.  In VIGOR,
215: 3    with four to six weeks, there was
215: 4    separation.  In ADVANTAGE, within
215: 5    12 weeks.  In VICTOR, this was
215: 6    immediate.  And in study 090,
215: 7    within six weeks.
215: 8        And in all of these trials,
215: 9    there were no heart disease
215:10    patients.  So, it could have been
215:11    much worse than -- in the days or
215:12    weeks.  And beyond all that,
215:13    there's the issue of a problem of
215:14    statistical power, that is, you
215:15    have to do a very large trial if
215:16    you're not expecting adequate
215:17    number of events, and so none of
215:18    the trials were adequately powered
215:19    from a time perspective.
215:20        · But, given all those things,
215:21    that is, statistical power, lack
215:22    of cardiovascular patients, and
215:23    four randomized trials, in
215:24    addition to the Juni analysis,
216: Page 216
216: 1    there's a pretty strong case that
216: 2    the risk of Vioxx for heart
216: 3    attacks can occur at any time
216: 4    after the initiation of the
216: 5    medicine.


ID:            et 21610
Page Range:    216:10-216:13


216:10    Q.   What you've stated to us is
216:11 your conclusion, based on your review of
216:12 all of the information which you cited;
216:13 is that correct?


ID:            et 21615
Page Range:    216:15-217:4


216:15        ' THE WITNESS:  Yes.
216:16 BY MR. KLINE:
216:17    Q.   By that time or by the
216:18 time -- by today, by today there were
216:19 studies done by -- let's see, there was a
216:20 study done by Ray, correct, in Lancet, in
216:21 '02, the Ray study?
216:22    A.   Yes.
216:23    Q.   I'm talking epidemiology

Topol Complete

216:24 studies.
217: Page 217
217: 1      A.    There were two Ray studies
217: 2 in the Lancet.
217: 3      Q.    Did that show an increased
217: 4 risk of heart attacks?


ID:                    et 21706
Page Range:            217:6-217:11


217: 6          THE WITNESS: Yes.
217: 7 BY MR. KLINE:
217: 8      Q.    There was a study by Solomon
217: 9 in Circulation in 2004.  I'm talking just
217:10 the epidemiological studies.  Did that
217:11 show an increased risk of heart attacks?


ID:                    et 21713
Page Range:            217:13-217:18


217:13          THE WITNESS: Yes.
217:14 BY MR. KLINE:
217:15      Q.    There was a study by Graham
217:16 in Lancet in 2005, which we'll get to.
217:17 Did that show an increased risk of heart
217:18 attacks?


ID:                    et 21720
Page Range:            217:20-218:1


217:20          THE WITNESS: Yes.
217:21 BY MR. KLINE:
217:22      Q.    There was a study by Kimmel
217:23 in the Annals of Internal Medicine
217:24 published, I'm not sure when.  Did that
218: Page 218
218: 1 show an increased risk of heart attacks?


ID:                    et 21803
Page Range:            218:3-218:7


218: 3          THE WITNESS: Yes.
218: 4 BY MR. KLINE:
218: 5      Q.    There was a study by
218: 6 Levesque, L-E-V-E-S-Q-U-E.  Did that show
218: 7 an increased risk of heart attacks?


ID:                    et 21809
Page Range:            218:9-218:9


218: 9          THE WITNESS:  Yes.

Topol Complete

ID:                    et 21811
Page Range:            218:11-219:8

218:11      Q.   Now, I'd like to go back to
218:12 VIGOR because I didn't cover this, and I
218:13 think it's essential.
218:14           In VIGOR, you have a series
218:15 of criticisms of VIGOR about the data and
218:16 about -- and I had that in the memo that
218:17 you wrote to Graham originally.  You
218:18 cited scientific misconduct in the VIGOR
218:19 trial, and I think I glossed over this,
218:20 and I don't want to miss it.
218:21           You said there were errors
218:22 of omissions --
218:23           MR. GOLDMAN:  Do you have a
218:24      document?
219: Page 219
219: 1      ` MR. KLINE:  I'm back to the
219: 2      Graham thing, which is Exhibit 2.
219: 3 BY MR. KLINE:
219: 4      Q.   You said there were "errors
219: 5 of omission (deaths)."  Please explain.
219: 6 You're talking about what Merck did that
219: 7 constituted scientific misconduct.
219: 8 That's the point I'm at.


ID:                    et 21915
Page Range:            219:15-219:18

219:15      Q.   Scientific misconduct in
219:16 VIGOR by Merck.  First of all, you said
219:17 there were "errors of omission."  Please
219:18 explain concisely.


ID:                    et 21920
Page Range:            219:20-220:5

219:20           THE WITNESS:  I summarized
219:21      this in the letter in the New
219:22      England Journal, which goes
219:23      through the VIGOR correct data, as
219:24      compared to the data that was in
220: Page 220
220: 1      the manuscript from November of
220: 2      2000.
220: 3 BY MR. KLINE:
220: 4      Q.   Is that a good place to go
220: 5 to find it?


ID:                    et 22007

Topol Complete

Page Range:          220:7-221:12

220: 7          THE WITNESS:  I really
220: 8     believe you should get this
220: 9     document to look at --
220:10 BY MR. KLINE:
220:11     Q.   Let's.
220:12     A.   -- because together we can
220:13 take you through this quickly.
220:14     Q.   Fine.
220:15          Let's look at the New
220:16 England Journal of Medicine editorial.
220:17     A.   No, letter.
220:18     Q.   I'm sorry, letter.
220:19     A.   December 30, 2004.
220:20     Q.   December 30, 2004.
220:21     A.   Right.  It's a
220:22 correspondence based on the editorial.
220:23     Q.   Okay.
220:24          Let me get that in my hand.
221: Page 221
221: 1 We have it.
221: 2     A.   Good.
221: 3     Q.   How many articles and
221: 4 editorials have you published in the
221: 5 medical literature, Dr. Topol, relating
221: 6 to the Vioxx and the COX-2s?
221: 7     A.   There have been 16 articles
221: 8 and editorials published.
221: 9     Q.   And what you've done in
221:10 those is to put your views out in front
221:11 of the medical world at large to let them
221:12 know what you're thinking?


ID:                et 22114
Page Range:          221:14-221:21

221:14          THE WITNESS:  Yes.  And a
221:15     few of those were actually
221:16     directed to the lay public.
221:17 BY MR. KLINE:
221:18     Q.   Okay.
221:19        ' Do you have the reply in
221:20 front of you?
221:21     A.   Yes.


ID:                et 22122
Page Range:          221:22-222:3

221:22     Q.   All right.
221:23          Now, my purpose is to go
221:24 through your criticisms of the VIGOR
222: Page 222
222: 1 trial and what you think Merck did that

Page 50

Topol Complete

222: 2 constitutes scientific misconduct.  Can
222: 3 you do so, sir?


ID:                      et 22209
Page Range:          222:9-223:24


222: 9          THE WITNESS:  Okay.
222:10          So, what I cited here in
222:11    this correspondence is how the
222:12    article in the New England
222:13    Journal -- this goes back to what
222:14    we discussed earlier today, which
222:15    is when the paper was published in
222:16    November 2000 as compared to the
222:17    FDA documents that we have a
222:18    chance to review in February of
222:19    2001, there was -- there were
222:20    gross discrepancies, which is why
222:21    we had contacted Merck in the
222:22    first place about this manuscript.
222:23          Then, finally, we had the
222:24    ability to work with the New
223: Page 223
223: 1    England Journal of Medicine
223: 2    editors, Dr. Curfman, Dr. Drazen,
223: 3    and to figure out what was going
223: 4    on.
223: 5          Now, as it turns out, in the
223: 6    VIGOR manuscript, in the New
223: 7    England Journal in 2000, in three
223: 8    times in the paper, this is first
223: 9    authored by Bombardier, and three
223:10    times it says that the mortality
223:11    was the same between naproxen and
223:12    Vioxx.  And that was untrue.
223:13          In fact, there was a 46
223:14    percent difference.  There were 22
223:15    deaths in the Vioxx arm versus 15
223:16    deaths in the naproxen arm.  And
223:17    so instead of presenting the
223:18    deaths as they should, the authors
223:19    only used percentages, rounded
223:20    them off, but moreover, they
223:21    asserted strongly in three
223:22    different places that the
223:23    mortality was the same.  So,
223:24    that's issue number one.


ID:                      et 22401
Page Range:          224:1-224:2


224: 1          Issue number two with that
224: 2    manuscript --

Topol Complete

ID:              et 22422
Page Range:      224:22-225:18

224:22     A.   The second issue was the
224:23 false data regarding heart attacks.  So,
224:24 instead of a five-fold increase, which we
225: Page 225
225: 1 know is true at the bare minimum, because
225: 2 there wasn't the right adjudication in
225: 3 this trial as we learned and I reviewed
225: 4 earlier from the Targum report, but now
225: 5 we're talking about that the authors knew
225: 6 the correct number of heart attacks.
225: 7          They could have fixed the
225: 8 galley proofs, and this is told to me by
225: 9 the editors of the New England Journal,
225:10 but they decided to give the correct
225:11 numbers in the published New England
225:12 Journal paper.  So, they had a four-fold
225:13 increase in heart attacks rather than a
225:14 five-fold increase in heart attacks.
225:15          And that is erroneous, and
225:16 that appears to be, best I can
225:17 reconstruct with the New England Journal
225:18 editors, an error of commission.


ID:              et 22522
Page Range:      225:22-227:13

225:22     Q.   And the third?
225:23     A.   The third is, rather than
225:24 report any of the other clotting events,
226: Page 226
226: 1 like strokes, like transient ischemic
226: 2 attacks, like unstable angina, like
226: 3 peripheral arterial thrombosis, like
226: 4 venous thrombosis, like pulmonary
226: 5 embolism, none of these were reported in
226: 6 the New England Journal of Medicine
226: 7 paper.
226: 8     Q.·  You also state on the top of
226: 9 a column on Page 2878 of your
226:10 correspondence, which is now marked as
226:11 exhibit --
226:12          MR. HAMELINE:  16.
226:13              - - -
226:14          (Whereupon, Deposition
226:15          Exhibit Topol-16, "Rofecoxib,
226:16          Merck, and the FDA," (Kim et al),
226:17          N Engl J Med 351;27 December 30,
226:18          2004, 2875 - 2878, was marked for
226:19          identification.)
226:20              - - -
226:21 BY MR. KLINE:

Topol Complete

226:22      Q.   -- 16, thank you.
226:23           You state here, something we
226:24 talked about earlier, which is, "We
227: Page 227
227: 1 indeed" -- top of the second column,
227: 2 2878.
227: 3           "We indeed acknowledged that
227: 4 naproxen may have a cardioprotective
227: 5 effect, but the magnitude of the effect
227: 6 would be unlikely to exceed that of
227: 7 aspirin, at a 25 percent reduction of
227: 8 heart attacks.  Instead, in the VIGOR
227: 9 trial, there was a 500 percent increase
227:10 in heart attacks.  This makes any
227:11 'naproxen hypothesis' of cardioprotection
227:12 mathematically indefensible."  Correct?
227:13 Your words?


ID:                    et 22719  .
Page Range:            227:19-228:11

227:19           THE WITNESS:  I wrote this.
227:20      These are my words, absolutely.
227:21 BY MR. KLINE:
227:22      Q.   And you said in this article
227:23 or this correspondence, putting out there
227:24 for the public, for the medical
228: Page 228
228: 1 community, a little further down, "There
228: 2 were no differences in the rate of
228: 3 perforation (0.1 percent in...rofecoxib
228: 4 and naproxen groups)."
228: 5           Your words, "It is hard to
228: 6 imagine that the small protection from
228: 7 gastric or duodenal ulcers in the VIGOR
228: 8 trial is an acceptable trade-off as
228: 9 compared with twice the incidence of
228:10 death, heart attacks, and strokes."
228:11           Did you write those words?


ID:                    et 22813
Page Range:            228:13-228:17

228:13           THE WITNESS:  Yes, I
228:14      certainly did.
228:15 BY MR. KLINE:
228:16      Q.   And were you doing a
228:17 risk/benefit analysis there in your mind?


ID:                    et 22819
Page Range:            228:19-229:2

228:19           THE WITNESS:  Yes.

Page 53

Topol Complete

228:20 BY MR. KLINE:
228:21      Q.   And were you weighing the
228:22 risk of pain medication versus the risk
228:23 of dying from a disease that -- let me
228:24 start again.
229: Page 229
229: 1          Were you weighing the risk
229: 2 of pain relief versus death?


ID:                    et 22904
Page Range:            229:4-229:9


229: 4          THE WITNESS:  We were
229: 5          weighing -- I was weighing, when I
229: 6          wrote that statement, the risk of
229: 7          heart attacks principally versus
229: 8          the small protection from
229: 9          significant stomach complications.


ID:                    et 27102
Page Range:            271:2-272:3


271: 2      Q.   Did you believe, sir,
271: 3 looking at your list, that no publication
271: 4 of 090, which we've discussed, the
271: 5 Bombardier paper, which is the VIGOR
271: 6 paper, where there were deaths and
271: 7 incomplete information, the multiple
271: 8 publications by Reicin and Konstam --
271: 9 what does that refer to?
271:10      A.   The Merck people, whether
271:11 they were Dr. Reicin or Dr. Konstam, who
271:12 was a consultant, published multiple
271:13 articles, and Dr. Konstam published an
271:14 article in Circulation just a few months
271:15 after our JAMA paper to challenge it with
271:16 a so-called meta-analysis of their data
271:17 which had considerable issues, did not
271:18 provide the results per trial.  It did,
271:19 in fact, show a statistically significant
271:20 excess of heart attacks compared to
271:21 naproxen.
271:22          So, the Konstam paper was
271:23 out there.  There were multiple papers
271:24 that Merck authored in different journals
272: Page 272
272: 1 to take the data that we published on as
272: 2 well as other case-control studies that I
272: 3 had touched on earlier.


ID:                    et 27923
Page Range:            279:23-279:23

Topol Complete
279:23          What was the VALOR study?


ID:                 et 28002
Page Range:         280:2-281:22

280: 2          THE WITNESS:  I only learned
280: 3      about that trial through the New
280: 4      York Times, but Bryan Myers, the
280: 5      reporter, called Dr. Bhatt, who
280: 6      actually had authored a protocol.
280: 7      That was the one, remember when
280: 8      Dr. Reicin and Dr. Demopoulos
280: 9      visited in April of 2001?
280:10 BY MR. KLINE:
280:11      Q.   Yes.
280:12      A.   And she said, well, why
280:13 don't you send us a protocol?
280:14      Q.   Yes.
280:15      A.   So, I spoke to my colleague,
280:16 Dr. Bhatt, and just a couple of weeks
280:17 later, around the 2nd of May, we
280:18 submitted a protocol, actually Dr. Bhatt
280:19 did, to Dr. Reicin and Dr. Demopoulos.
280:20          That protocol was testing in
280:21 patients with so-called acute coronary
280:22 syndrome, unstable angina, or heart
280:23 attack, who had abnormal inflammation
280:24 blood protein markers to test a study of
281: Page 281
281: 1 Vioxx versus placebo on top of the other
281: 2 normal medicines.  So, that was a
281: 3 proposal.  It was a mini proposal, but
281: 4 that was sent.
281: 5          And then what we found out
281: 6 later was that there was a trial called
281: 7 VALOR reported in the New York Times, a
281: 8 70-page protocol, had extensive network
281: 9 development, and somewhere along the
281:10 line, the trial that we initially had
281:11 proposed, apparently, didn't get very
281:12 far, we never heard back about that, but
281:13 that trial was, indeed, being planned by
281:14 Merck, and at some point the plug was
281:15 pulled, and that's what that New York
281:16 Times article was about.
281:17      Q.   You proposed to them to do a
281:18 study in the people that were high risk
281:19 patients who had cardiovascular disease
281:20 who were susceptible.  Do I have it
281:21 right?
281:22      A.   Yes.


ID:                 et 28306
Page Range:         283:6-283:9

Topol Complete

283: 6    Q.   But it wasn't done?
283: 7    A.   It wasn't done.
283: 8    Q.   And it should have been
283: 9 done?


ID:                   et 28312
Page Range:           283:12-283:15

283:12    Q.   Should it have been done?
283:13    A.   Any trial to establish the
283:14 risk in patients with heart disease
283:15 should have been done.


ID:                   et 28409
Page Range:           284:9-284:12

284: 9         Now, was it an adequate
284:10 substitute to look at CV events in
284:11 studies to which the primary endpoint was
284:12 something else?


ID:                   et 28414
Page Range:           284:14-285:6

284:14         THE WITNESS:  It's more the
284:15    population of patients.  It's not
284:16    about patients of population who
284:17    had colon polyps with no heart
284:18    disease.  It's about the
284:19    population of patients who have
284:20    one of the most common diseases of
284:21    American society, which is
284:22    coronary disease, established
284:23    coronary disease.  That's where
284:24    there was a gap, that's where 40
285: Page 285
285: 1    to 50 percent of patients taking
285: 2    the drug of the 20 million
285: 3    estimated had never been studied
285: 4    as to what would happen, would
285: 5    they derive a benefit, or would
285: 6    they incur harm?  Unknown.


ID:                   et 29201
Page Range:           292:1-292:20

292: 1         You mentioned that you had
292: 2 done a study for Merck; correct?
292: 3    A.   With Merck, yes, the TARGET
292: 4 trial, yes.
292: 5    Q.   Yes.

                    Page 56

Topol Complete

292: 6        And what drug was that, by
292: 7 the way?
292: 8      A.   That was a drug, the
292: 9 commercial name is known as Aggrastat,
292:10 tirofiban.
292:11      Q.   Were you actually paid by
292:12 Merck?
292:13      A.   No.  I was not paid.  I did
292:14 do the trial.
292:15      Q.   Was there funding provided
292:16 to the institution here, the Cleveland
292:17 Clinic, by Merck?
292:18      A.   There was funding to the
292:19 Cleveland Clinic and to the 60 sites that
292:20 participated in the trial, yes.

Untitled

ID:                 Topol Redirect

ID:                     Topol_RD_555.15-555.17
Page Range:             555:15-555:17

555:15     Q.   Dr. Topol, nice to see you
555:16 again.
555:17     A.   Yes.

ID:                     Topol_RD_555.18-556.04
Page Range:             555:18-556:4

555:18     Q.   And I want to ask you a
555:19 couple of questions that the Merck lawyer
555:20 may not have -- in fact, I know didn't
555:21 ask you.
555:22          First of all, I didn't know
555:23 that he was making a chart of the CV
555:24 event analysis.  Apparently he was
556: Page 556
556: 1 writing numbers.  Do you recall when he
556: 2 was writing numbers and you were
556: 3 disagreeing that those numbers were
556: 4 comparing apples and apples?

ID:                     Topol 55606-55611
Page Range:             556:6-556:11

556: 6     .    THE WITNESS:  Yes.
556: 7 BY MR. KLINE:
556: 8     Q.   Well, no, he was
556: 9 disagreeing, that it was comparing apples
556:10 and apples.  You are saying it was like
556:11 comparing two different fruits?

ID:   ·                 Topol 55613-55720
Page Range:   .         556:13-557:20

556:13          THE WITNESS:  Yes.
556:14 BY MR. KLINE:             .
556:15     Q.   All right.
556:16          I see here that he prepared
556:17 and marked something called Exhibit 48,
556:18 and what he says here, I'll put it in
556:19 front of us, that in August of '01, JAMA,
556:20 he says Vioxx -- help me with that.
556:21     A.   Nabumetone.
556:22     Q.   -- nabumetone, placebo.
556:23     A.   Right.
556:24     Q.   And he has August, '91,
557: Page 557
557: 1 JAMA, 6, 2, 1?
557: 2     A.   Right.

Untitled

557: 3      Q.   Vioxx, nabumetone, placebo
557: 4 for October 25th, 7, 1, 1?
557: 5      A.   Those are Dr. Targum's
557: 6 numbers, but the basis of them was
557: 7 uncertain.  So, that's what we were going
557: 8 on, until we could zoom in on each and
557: 9 every patient and figure out whether they
557:10 had a heart attack, a death or a stroke.
557:11      Q.   Understood.
557:12           And then in November 12,
557:13 it's 5, 1, 0?
557:14      A.   That was after the final
557:15 review of each patient's detailed
557:16 clinical history.
557:17      Q.   This is 090; correct?
557:18      A.   That's 090.
557:19      Q.   That study for Merck was
557:20 bad; correct?


ID:              Topol 55722-55807
Page Range:      557:22-558:7

557:22      THE WITNESS:  Well, let's
557:23      put it this way.  I only learned,
557:24      you know, back in November of '04
558: Page 558
558: 1      that it was finished in 1999.  So,
558: 2      now it's 2005, it's six years
558: 3      later, it hasn't been published,
558: 4      and as far as I know, it's the
558: 5      only significant large trial in
558: 6      nearly 1,000 patients that has not
558: 7      been published in the Vioxx trial.


ID:              Topol 56204-56206
Page Range:      562:4-562:6

562: 4      Do you consider in looking
562: 5 at the Vioxx safety, do you consider
562: 6 yourself to be independent, sir?


ID:              Topol 56208-56218
Page Range:      562:8-562:18

562: 8      THE WITNESS:  I don't know
562: 9      how I could be more independent.
562:10      I certainly wasn't involved in the
562:11      trials, but on the other hand, I'm
562:12      looking at it as a seasoned
562:13      clinical trialist, so, yes, I
562:14      believe I'm an independent viewer.
562:15 BY MR. KLINE:
562:16      Q.   Which of the two studies, if

Page 2

Untitled

562:17 they had to pick one, should have been
562:18 published, and why?


ID:                Topol 56220-56318
Page Range:        562:20-563:18

562:20        THE WITNESS:  Well, study
562:21    090 should have been published as
562:22    soon as possible, and that was the
562:23    concern that I registered.  And,
562:24    of course, that was that Mr.
563: Page 563
563: 1     Goldman's e-mail that I first saw,
563: 2     internal FDA, they talked about,
563: 3     should they have done something
563: 4     with that data much earlier.  But
563: 5     that one was the one of concern.
563: 6     And just because there's another
563: 7     trial of similar size and design
563: 8     that doesn't show the problem,
563: 9     doesn't negate, it doesn't make
563:10    you in any way not seriously
563:11    concerned about 090.
563:12 BY MR. KLINE:
563:13    Q.   These data, even looking at
563:14 them the way he compares them, 6 Vioxx to
563:15 3 when you combined nabumetone and
563:16 placebo, or 7 versus 2 or 5 versus 1, are
563:17 any of those numbers, sir, reassuring
563:18 that Vioxx is safe?


ID:                Topol 56320-56411
Page Range:        563:20-564:11

563:20        THE WITNESS:  They're not at
563:21    all reassuring.  We're running on
563:22    a relatively low event, but they
563:23    are an imbalance of events no
563:24    matter how you look at study 090.
564: Page 564
564: 1     And then in the wake of VIGOR, or,
564: 2     actually, it preceded VIGOR by
564: 3     many months, but when you put the
564: 4     two together, you have a large
564: 5     trial of 8,000 patients, you have
564: 6     a trial of 1,000 patients, which
564: 7     is a respectable number, it's not
564: 8     so small, you see the same problem
564: 9     in both trials, that's when you
564:10    have to make a conclusion that
564:11    there's a significant problem.


ID:                Topol 58013-58103

Page 3

Untitled

Page Range:          580:13-581:3

580:13          Now, let's move right along.
580:14          Let's talk about statistical
580:15 analysis.
580:16          As far as your statistical
580:17 analysis is concerned, did you at all
580:18 times, sir, conduct a statistical
580:19 analysis consistent with good and sound
580:20 scientific practice?
580:21     A.   That's the only way I would
580:22 know how to do, is to do the best we can
580:23 with the data and the statistics and the
580:24 analysis, yes.
581: Page 581
581: 1     Q.   Okay.
581: 2          Was that also Merck's
581: 3 obligation, to do the same thing?


ID:                     Topol 58105-58119
Page Range:          581:5-581:19

581: 5          THE WITNESS:  Any medical
581: 6     research should be done in that
581: 7     way, yes.
581: 8 BY MR. KLINE:
581: 9     Q.   Okay.
581:10          Now, have you had a chance
581:11 now to explain adequately what you wanted
581:12 explained to the jury about the Targum
581:13 memo and what you did in terms of
581:14 drilling down the data and what you were
581:15 after?
581:16     A.   I believe so.
581:17     Q.   Anything else that you think
581:18 has to be covered to get the full import
581:19 of it out?


ID:                     Topol 58121-58212
Page Range:          581:21-582:12

581:21          THE WITNESS:  Well, I mean,
581:22     I think the other points that Dr.
581:23     Targum made in her conclusion of
581:24     her report about the fact that
582: Page 582
582: 1     the --
582: 2 BY MR. KLINE:
582: 3     Q.   Page?
582: 4     A.   Page 34, "The sponsor claims
582: 5 that the difference in heart attacks
582: 6 between the groups is primarily due to
582: 7 the anti-platelet effects of naproxen."
582: 8     Q.   Yes.

Page 4

Untitled

582: 9      A.    I've already discussed that,
582:10 that that was an untenable conclusion.
582:11      Q.    Well, wait.  But what does
582:12 she say?


ID:                    Topol 58216-58308
Page Range:            582:16-583:8

582:16      Q.    Does she say something that
582:17 disagrees with you?
582:18      A.    Yes.  She says, "The
582:19 hypothesis is not supported by any
582:20 prospective placebo-controlled trials
582:21 with naproxen."
582:22      Q.    It's the same thing you told
582:23 us earlier?
582:24      A.    That's right.
583: Page 583
583: 1      Q.    And she says here, and you
583: 2 highlighted this next point or put an
583: 3 asterisk next to it, "The sponsor claims
583: 4 that the majority of cardiovascular
583: 5 events in the VIGOR study occurred in
583: 6 those patients who should have been on
583: 7 aspirin for cardioprotection."
583: 8      .    And what does she say?


ID:                    Topol 58310-58321
Page Range:            583:10-583:21

583:10          THE WITNESS:  Well, this
583:11     claim has not convinced this
583:12     medical reviewer, it certainly did
583:13     not convince me, and so this is
583:14     not a reasonable conclusion from
583:15     the data.
583:16 BY MR. KLINE:
583:17      Q.    She notes that "The sponsor
583:18 claims that the patients with rheumatoid
583:19 arthritis are at increased risk for
583:20 cardiovascular events."
583:21          What does she say?


ID:                    Topol 58323-58409
Page Range:            583:23-584:9

583:23          THE WITNESS:  Well, there's
583:24     some literature.  She agrees with
584: Page 584
584: 1     it, I agree with it, there's some
584: 2     literature, but it is actually a
584: 3     very modest amount of literature.
584: 4     And actually, the most recent data

Page 5

Untitled

584: 5    from 2005, which we didn't have
584: 6    back then, would suggest that
584: 7    there is an increased incidence of
584: 8    heart attacks, but it's not
584: 9    particularly striking.


ID:                 Topol 58414-58420
Page Range:         584:14-584:20


584:14    Q:   And does it explain, does
584:15 that point explain the results of VIGOR?
584:16    A.   Not in any way.
584:17    Q.   VIGOR, when combined with
584:18 090, combined now with all the
584:19 epidemiologic studies, where does VIGOR
584:20 fit into the scheme of things?


ID:                 Topol 58422-58522
Page Range:         584:22-585:22


584:22       THE WITNESS:  The VIGOR was
584:23  in many ways the front runner.
584:24   That one is the one that really
585: Page 585
585: 1    predicted what was going to
585: 2    happen, not only in the
585: 3    epidemiologic studies, but, of
585: 4    course, in the subsequent
585: 5    randomized trials.
585: 6        There was one last point in
585: 7    this report that I think deserves
585: 8    to be underscored, and it says,
585: 9    "The sponsor recommends use of
585:10   low-dose aspirin in conjunction
585:11   with rofecoxib in those at risk
585:12   for cardiovascular events."
585:13       There are no data whatsoever
585:14   to substantiate that.  Dr. Targum
585:15   agrees with that and, again, we're
585:16   talking about millions of patients
585:17   in the United States and beyond,
585:18   and to recommend taking aspirin
585:19   without having any proof of that,
585:20   without any data, without any
585:21   meaningful trial, is really, I
585:22   believe, unacceptable.


ID:                 Topol_RD_597.03-598.03
Page Range:         597:3-598:3


597: 3    Q.   They asked you questions
597: 4 about whether you, sir, took Vioxx?
597: 5    A.   Yes.

Page 6

Untitled

597: 6      Q.    First of all, did you take
597: 7 Vioxx regularly or did you just take it
597: 8 intermittently?
597: 9      A.    I took it once a week or
597:10 every couple, few weeks.  It was very
597:11 sporadic.  A single dose as needed for
597:12 knee pain.
597:13      Q.    Did you have any special
597:14 circumstances that you thought that you
597:15 could tolerate the risk?
597:16      A.    Well, I mean, I started
597:17 taking it when I was -- in '99, so, that
597:18 was -- I was 45.  I had had an exercise
597:19 stress test.  I had no risk factors for
597:20 coronary disease or heart disease.  I'm
597:21 fit, so, I didn't think that,
597:22 particularly as we learned more about the
597:23 risk profile of the drug, that I was one
597:24 of the people who would, I think, be
598: Page 598
598: 1 worried about the risk of the drug
598: 2 relative to an older person with any risk
598: 3 factors for heart disease.


ID:                          Topol_RD_602.02-602.04
Page Range:,              602:2-602:4

602: 2      Q.    You were asked about this
602: 3 Alastair Wood memo?
602: 4      A.    Yes, yes.


ID:                          Topol 60210-60216
Page Range:              602:10-602:16

602:10      Q.    There is this Alastair Wood
602:11 thing, and let me just put my hand on
602:12 what I want to point out to you.  You may
602:13 know other stuff.
602:14            What was the discussion you
602:15 were having with defense counsel about,
602:16 as you understood it?


ID:                          Topol 60218-60320
Page Range:              602:18-603:20

602:18            THE WITNESS:  Yeah, I wanted
602:19   to bring out the point that one of
602:20   the highest regarded trialists,
602:21   and in this field in particular,
602:22   Dr. Wood, probably the most
602:23   revered pharmacologist and
602:24   trialists in the country, he
603: Page 603

Untitled

603: 1   completely agreed and said that --
603: 2   about the fact that we needed a
603: 3   trial and the fact that his
603: 4   statement he had was really quite
603: 5   perfect.
603: 6        Basically he's saying it was
603: 7   unethical not to do a trial, and
603: 8   the statement here, he says, "Such
603: 9   a study would have been undoable
603:10   because of the size and time
603:11   requirements."  This is what Merck
603:12   has been saying.  And "I am
603:13   surprised that gets repeated so
603:14   frequently without challenge from
603:15   the data."  And he basically in
603:16   this back and forth e-mail agrees
603:17   that there's so many patients that
603:18   are getting the therapy today,
603:19   Vioxx, with heart disease, that we
603:20   have to resolve this problem.


ID:                Topol 60322-60401
Page Range:        603:22-604:1

603:22        THE WITNESS:  And it was
603:23   only -- the irony is that it's
603:24   only ethical to do the trial, not
604: Page 604
604: 1   to back off from not doing it.


ID:                Topol 61113-61119
Page Range:        611:13-611:19

611:13   Q.   Next, the Konstam paper.
611:14        You told the Merck lawyer
611:15 that you could review the Konstam paper,
611:16 you didn't get to talk about it.  I have
611:17 it here.  Is there a minute or two way
611:18 through it?
611:19   A.   Yeah.  Well, this --


ID:                Topol 61121-61309
Page Range:        611:21-613:9

611:21        THE WITNESS:  This paper,
611:22   the actual reprint I have, this
611:23   has very significant problems in
611:24   trying to interpret it.  So, for
612: Page 612
612: 1   example, here, study 090, the data
612: 2   are included in this amalgamation
612: 3   --
612: 4        MR. KLINE:  I've marked it

Page 8

Untitled

612: 5    as the next exhibit.  Number?
612: 6    What is it?
612: 7       MR. HAMELINE:  52, 52.
612: 8       MR. KLINE:  52.
612: 9       - - -
612:10       (Whereupon, Deposition
612:11    Exhibit Topol-52, "Cardiovascular
612:12    Thrombotic Events in Controlled,
612:13    Clinical Trials of Rofecoxib,"
612:14    (Konstam, et al), Circulation
612:15    2001;104:r15-r23, was marked for
612:16    identification.)
612:17       - - -
612:18       THE WITNESS:  Yes.  This was
612:19    published shortly after our --
612:20    there's a lot of interesting
612:21    things about this paper.  It was
612:22    received on October 2nd and
612:23    accepted the next day and
612:24    published very rapidly.  But the
813: Page 813
613: 1    paper includes the trials of Vioxx
613: 2    that were available, and what it
613: 3    does is it never reports the
613: 4    actual individualized data of the
613: 5    trial.
613: 6       So, for example, here's a
613: 7    chance that since Merck hadn't
613: 8    published the data for study 090,
613: 9    why not present it here.


ID:          Topol 61313-61314
Page Range:    613:13-613:14

613:13    Q.   They're his consultant, he's
613:14 their consultant; right?


ID:          Topol 61318-61418
Page Range:    613:18-614:18

613:18       THE WITNESS:  All the other
613:19    doctors are Merck employees on the
613:20    paper except for Dr. Konstam, who
613:21    is a consultant.  But the
613:22    important thing is, they don't
613:23    present the individual trial data.
613:24    And this is the thing that's
614: Page 614
614: 1    grossly overlooked.
614: 2       They present, just as Mr.
614: 3    Goldman reviewed earlier, that
614: 4    1.69 risk, that's 169 percent,
614: 5    comparing Vioxx with naproxen.
614: 6    So, what's striking here is that

Untitled

614: 7     they show statistical
614: 8     significance, they basically
614: 9     confirm the VIGOR paper, they
614:10    confirm study 090, and they
614:11    basically are then trying to
614:12    conclude that there isn't a
614:13    problem, when it's statistically
614:14    significant, 169 percent excess of
614:15    risk.
614:16 BY MR. KLINE:
614:17    Q.   How do you do that?  How do
614:18 you do tat?

ID:              Topol 61421-61422
Page Range:     614:21-614:22

614:21    Q.   How do you get to that
614:22 result?

ID:              Topol 61424-61501
Page Range:     614:24-615:1

614:24     THE WITNESS:  I just can't
615: Page 615
615: 1    imagine.