U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  12-6-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | MAG. JUDGE KNOWLES |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

### NOTICE OF FILING DEPOSITION TESTIMONY
### OF LAURA DEMOPOULOS, M.D.

Plaintiff Anthony Wayne Dedrick, by and through his attorneys, hereby gives notice of filing the final transcript of the deposition testimony of Laura Demopoulos, M.D. This testimony was played during the trial of this cause on December 5, 2006. A transcript is attached as Exhibit "A."

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

Respectfully submitted this 5th day of December, 2006.

_____
**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiffs' Liaison Counsel**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Deposition Testimony of Laura Demopoulos, M.D. has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of December, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

# EXHIBIT A

ID:            Demopoulos

ID:            D LD 1518
Page Range:    15:18-15:23

    15:18    Q.    You are Dr. Laura Demopoulos?
    15:19    A.    Yes.
    15:20    Q.    And at one point in time you were the
    15:21 senior director of cardiovascular clinical research
    15:22 at Merck; is that true?
    15:23    A.    Yes.


ID:            D LD 1610
Page Range:    16:10-16:20

    16:10    Q.    How long did you work for Merck all
    16:11 together?
    16:12    A.    Six years.
    16:13    Q.    From when to when?
    16:14    A.    I started in August of 1996 and left
    16:15 in March of 2003.
    16:16    Q.    And Dr. Demopoulos, where do you work
    16:17 now?
    16:18    A.    University of Pennsylvania.
    16:19    Q.    And what do you do there?
    16:20  . A.    I'm a clinical cardiologist.


ID:            LD 2620
Page Range:    26:20-27:7

    26:20    Q.    Now, ma'am, then let's look at Vioxx
    26:21 as a drug.
    26:22          You know what the word
    26:23 "prothrombotic" means, don't you?
    26:24    A.    Yes.
    26:25    Q.    Prothrombotic means something might
    27: Page 27
    27: 1 cause a clot in the body, right?
    27: 2    A.    Correct.
    27: 3    Q.    And you knew at Merck that one of the
    27: 4 reasons, at least the VIGOR study showed an increase
    27: 5 in heart attack risks with Vioxx, you knew one of
    27: 6 the possible explanations was Vioxx was causing
    27: 7 clots, right?


ID:            LD 2710
Page Range:    27:10-27:25

    27:10          THE WITNESS:    That was one of several
    27:11 possible explanations.
    27:12 BY MR. LANIER:
    27:13    Q.    And it was a possible explanation
    27:14 that you knew about consciously in your mind as a
    27:15 possibility back when you were the senior director
    27:16 of heart research at Merck, right?
    27:17    A.    I and others within Merck stated that
    27:18 as a possibility.

```
27:19         Q.       Right.  Because it wasn't just you,
27:20 everybody at Merck knew that one of the
27:21 possibilities for why the VIGOR study showed what it
27:22 showed is your Vioxx was causing the clotting,
27:23 right?
27:24         A.       We enumerated that among the
27:25 possibilities.


ID:             D LD 2801
Page Range:     28:1-28:4

28: 1         Q.       But that's not the possibility you
28: 2 went out and told the public, is it?
28: 3         A.       It was among the explanations that we
28: 4 gave, yes.


ID:             LD 2821
Page Range:     28:21-29:1

28:21         Q.       But you dealt with the public affairs
28:22 people, didn't you?
28:23         A.       I did.
28:24         Q.       And you put out a video news release,
28:25 or you were a part of it at least, right?
29: Page 29
29: 1         A.       Yes.


ID:             D LD 2902
Page Range:     29:2-29:5

29: 2         Q.       And you understand that video news
29: 3 release was being used by the marketing people,
29: 4 don't you?
29: 5         A.       I have no idea who it was used by.


ID:             LD 2920
Page Range:     29:20-30:11

29:20         Q.       When you did your taping, what was
29:21 involved in the taping?
29:22         A.       I responded to some questions that
29:23 related to an article which had been published by
29:24 Eric Topol, and the questions and my answers were
29:25 made in response to that article.
30: Page 30
30: 1         Q.       And to put this into a year frame, do
30: 2 you remember when that article was?
30: 3         A.       It was August of 2002, I believe.
30: 4         Q.       Two years before Merck pulled the
30: 5 drug, right?
30: 6         A.       Yes.
30: 7         Q.       And in August of 2002, the article
30: 8 came out.  How soon after that did you do your
30: 9 videotaping for the company?
30:10         A.       I don't recall exactly, but I suspect
30:11 it was within several weeks.
```

```
ID:              LD 3112
Page Range:      31:12-31:18

    31:12      Q.      Do you recall when they came in
    31:13 whether or not they would get you to, in essence,
    31:14 practice, practice, practice, say the same thing
    31:15 over and over and over, get it just right?
    31:16      A.      My recollection is that we did
    31:17 several takes, if you'd call it that, if that's the
    31:18 right term, of similar questions.


ID:              LD 3421
Page Range:      34:21-35:1

    34:21              MR. LANIER:  Okay.
    34:22              Would you please -- we've got this,
    34:23 all the outtakes from this, and I want to play some
    34:24 of them with you and see if this refreshes your
    34:25 memory a little bit about what went on.
    35: Page 35
    35: 1      A.      Okay.


ID:              LD 8714
Page Range:      87:14-88:1

    87:14              FEMALE SPEAKER 2:  Now, ideally what
    87:15 we need from you as kind of a company person out
    87:16 there is, you know, Merck stands behind the safety
    87:17 profile, or whatever you feel comfortable saying,
    87:18 and then give your reasons for why.  I think you
    87:19 gave different reasons or reasons we didn't even
    87:20 have in here, and that is, you know, the product's
    87:21 been in millions of people, we've studied it
    87:22 routinely, we continue monitoring it, you know,
    87:23 we've reported -- we've reported things and look at
    87:24 reports coming from physicians.  So, whatever makes
    87:25 you comfortable in saying that Merck stands behind
    88: Page 88
    88: 1 the safety.


ID:              LD 8823
Page Range:      88:23-89:11

    88:23              "DR. DEMOPOULOS:  Do you think it's
    88:24 useful to -- I mean, I think, you know, in fairness
    88:25 and in our own standby statement and, you know, the
    89: Page 89
    89: 1 PIRs and our own publications, we say that one
    89: 2 possible explanation for the VIGOR results is the
    89: 3 prothrombotic effect of Vioxx.  We say it ourselves.
    89: 4 I mean, we've said it in lots of different places.
    89: 5 And it's in there and they raised that.  And there
    89: 6 isn't a single person in the company who's going to
    89: 7 say that that's not a possible explanation.  So, you
    89: 8 know, to say that, you know, to make the answer an
```

```
117: 1  how I'm missing it, so, I just want to make sure
117: 2  I've got this right.
117: 3              You do agree that every -- that one
117: 4  possible explanation for the VIGOR result is a
117: 5  prothrombotic effect of Vioxx, right?
117: 6  .    A.     Yes.  That's a possible explanation.
117: 7       Q.     And you do agree, quote, there isn't
117: 8  a single person in the company who's going to say
117: 9  that's not a possible explanation, right?
117:10       A.     A possible explanation.
117:11       Q.     And you do agree that Merck ought to
117:12  tell customers the truth about its drugs, right?
117:13       A.     The truth, yes.
117:14       Q.     And you do agree that if Merck thinks
117:15  Vioxx possibly causes heart attacks, that Merck
117:16  ought to at least say we think that's possible,
117:17  true?
117:18       A.     No, not necessarily.  I think there
117:19  are many instances where it may or may not be
117:20  appropriate or prudent to raise questions that one
117:21  might have.


ID:          D LD 11807
Page Range:  118:7-118:18

118: 7       Q.     All right.
118: 8       A.     First let's go back and recall that
118: 9  that's not what happened.  This issue had been
118:10  discussed exhaustively in a number of public venues.
118:11       Q.     Name one.
118:12       A.     Both with the FDA, at the Advisory
118:13  Committee, and at scientific meetings, in
118:14  publications.  This was no secret.
118:15       Q.     Name one.
118:16       A.     This was -- the FDA Advisory
118:17  Committee meeting, my letter to JAMA, the VIGOR
118:18  manuscript.  This was all over the place.


ID:          D LD 45206
Page Range:  452:6-452:20

452: 6              I understand that you're a
452: 7  cardiologist?
452: 8       A.     Yes.
452: 9       Q.     That's a heart doctor?
452:10       A.     That is.
452:11       Q.     Okay.
452:12              Can you tell us a little bit about
452:13  your education?  Where did you go to college,
452:14  medical school?
452:15       A.     I went to college at MIT and
452:16  subsequently went to medical school at New York
452:17  University.  I did an internship, residency and year
452:18  as chief resident in internal medicine also at New
452:19  York University, and then I completed a cardiology
452:20  fellowship also at New York University.
```

```
ID:              D LD 45325
Page Range:      453:25-454:17

453:25      Q.    Are you Board Certified?
454: 0454
454: 1      A.    I am.
454: 2      Q.    In what specialties?
454: 3      A.    Internal medicine and cardiology.
454: 4      Q.    What years were you at Merck?
454: 5      A.    I was at Merck from 1996 until 2003.
454: 6      Q.    Can you tell us generally what your
454: 7   responsibilities were while you were at Merck?
454: 8      A.    I ran clinical trials for
454: 9   cardiovascular products.
454:10      Q.    What types of cardiovascular
454:11   products?
454:12      A.    Drugs for patients with different
454:13   forms of heart disease, so, drugs to prevent
454:14   clotting for patients who had heart attacks or
454:15   threatened heart attacks, high blood pressure drugs,
454:16   drugs which could help the vasculature of patients
454:17   at risk for heart disease.


ID:              D LD 45501
Page Range:      455:1-457:19

455: 1      Q.    And what is your position today?
455: 2   Where are you?
455: 3      A.    I'm at the University of
455: 4   Pennsylvania.
455: 5      Q.    And what do you do at the University
455: 6   of Pennsylvania?
455: 7      A.    I have a general cardiology practice.
455: 8      Q.    Are you on staff at the University of
455: 9   Pennsylvania?
455:10      A.    Yes.
455:11      Q.    Okay.
455:12            As a cardiologist?
455:13      A.    Yes.
455:14      Q.    Do you see -- you treat patients
455:15   today?
455:16      A.    I do.
455:17      Q.    Did there come a time at Merck when
455:18   you became involved with Vioxx, looking at Vioxx?
455:19      A.    Yes.
455:20      Q.    You were asked some questions during
455:21   the plaintiffs' exam about Dr. Eric Topol.  Do you
455:22   remember that?
455:23      A.    Yes, I do.
455:24      Q.    And that was regarding an article
455:25   that Dr. Topol was writing about Vioxx in early
456: 0456
456: 1   2001.  Do you recall that?
456: 2      A.    Yes.
456: 3      Q.    Had you worked with Dr. Topol prior
456: 4   to 2001?
456: 5      A.    Yes, I had.
456: 6      Q.    Can you tell us a little bit about
456: 7   that?
```

```
ID:              D LD 46420
Page Range:      464:20-465:11

  464:20          Q.       And did this article repeatedly
  464:21   mention that COX-2 inhibitors might be
  464:22   prothrombotic?
  464:23          A.       It did.
  464:24          Q.       You also mentioned that there was --
  464:25   there wasn't a scientist at Merck who was working on
  465: 0465
  465: 1   Vioxx who wasn't considering this theory.  Do you
  465: 2   recall that?
  465: 3          A.       Yes.
  465: 4          Q.       Was this theory that COX-2 inhibitors
  465: 5   might be prothrombotic widely debated in the medical
  465: 6   literature back in 2001?
  465: 7          A.       Yes, it was.
  465: 8          Q.       Debated at the FDA?
  465: 9          A.       Certainly.
  465:10          Q.       And is it still being debated today?
  465:11          A.       It is.


ID:              D LD 46515
Page Range:      465:15-465:18

  465:15          Q.       You were asked during this video
  465:16   interview back in August of 2001 whether Merck stood
  465:17   behind the safety of Vioxx.  Do you recall that?
  465:18          A.       Yes.


ID:              D LD 46817
Page Range:      468:17-469:4

  468:17          Q.       Were you uncomfortable about any of
  468:18   the issues you were being asked to address in this
  468:19   video interview?
  468:20          A.       No.
  468:21          Q.       Did you accurately present your views
  468:22   about what the science reflected on Vioxx?
  468:23          A.       Absolutely.
  468:24          Q.       Were you coached to say anything you
  468:25   did not agree with during this interview?
  469: 0469
  469: 1          A.       No.
  469: 2          Q.       Were you allowed to express your
  469: 3   views in your own words?
  469: 4          A.       Yes.


ID:              D LD 47123
Page Range:      471:23-472:8

  471:23          Q.       Have you ever seen the final video
  471:24   news release?
  471:25          A.       No.
  472: 0472
  472: 1          Q.       Were you aware that the final video
  472: 2   news release that went out explained that it was
```

```
472: 3     issued in response to Dr. Topol's article?  Were you
472: 4     aware of that?
472: 5          A.     No.
472: 6          Q.     Is that consistent with your
472: 7     understanding of why it was prepared?
472: 8          A.     Clearly, yes.


ID:             D LD 47217
Page Range:     472:17-472:25

472:17          Q.     Did you have anything to do with
472:18     preparing the final video news release?
472:19          A.     No.
472:20          Q.     Do you know whether the final video
472:21     news release was ever used by any news outlet?
472:22          A.     No.
472:23          Q.     Did anybody come up to you and say,
472:24     hey, I saw you on TV or anything like that?
472:25          A.     No.
```

Total Length - 00:15:14