U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT FILED  12-6-06

EASTERN DISTRICT OF LOUISIANA  LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF FILING DEPOSITION TESTIMONY
## OF JAN WEINER

Plaintiff Anthony Wayne Dedrick, by and through his attorneys, hereby gives notice of filing the final transcript of the deposition testimony of Jan Weiner. This testimony was played during the trial of this cause on December 5, 2006. A transcript is attached as Exhibit "A."

Fee
Process
X Dktd
CtRmDep
Doc. No.

Respectfully submitted this 5th day of December, 2006.

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**Plaintiffs' Liaison Counsel**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
*(504) 522-2304 (telephone)*
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
*(713) 650-1669 (telecopier)*

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

*Thomas R. Kline, Esquire*
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

*Christopher V. Tisi, Esquire*
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Deposition Testimony of Jan Weiner has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail, on Merck's Counsel, Douglas R. Marvin and Philip S. Beck, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A; and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of December, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

# EXHIBIT  A

Jan Weiner.txt

ID:        Jan Weiner

**ID:**              Weiner 1510
**Page Range:**      15:10-15:13

        15:10        Q.      You're currently employed by Merck?
        15:11        A.      Yes.
        15:12        Q.      Okay.  When did you start with Merck?
        15:13        A.      October of 1989.


**ID:**              Weiner 1812
**Page Range:**      18:12-20:24

        18:12                Tell me, when you started with Merck
        18:13 in 1989, what was your first job?
        18:14        A.      My title was director of information
        18:15 services and I worked in the public affairs
        18:16 department for the US business.  And my job
        18:17 generally was to work on communications related to
        18:18 Merck's products.
        18:19        Q.      How long did you have that direct --
        18:20 what was your title?
        18:21        A.      My title was director of information
        18:22 services.
        18:23        Q.      Okay.  How long did you have that
        18:24 title?
        18:25        A.      A couple of years.
        19: Page 19
        19: 1        Q.      Until about '91 or so?
        19: 2        A.      '91, '92.
        19: 3        Q.      Okay.  And did your job change after
        19: 4 that?
        19: 5        A.      My title changed to senior director,
        19: 6 and some of the responsibilities -- the
        19: 7 responsibilities were generally the same.
        19: 8        Q.      Was it considered a promotion?
        19: 9        A.      Yes, it was.
        19:10        Q.      Okay.  And how long did you have that
        19:11 job?
        19:12        A.      I had that job for, I guess, about
        19:13 five years.
        19:14        Q.      Until like '97, '98, something like
        19:15 that?
        19:16        A.      Yeah.
        19:17        Q.      Okay.  And in 1998, what job did you
        19:18 take?
        19:19        A.      At that point the title was executive
        19:20 director, public affairs, for US -- for the US
        19:21 business, and it was the -- it was a higher title,
        19:22 more responsibility.  I had responsibility for all
        19:23 of the products and some of the issues that were
        19:24 current in the media at the time.
        19:25        Q.      Okay.  For just domestic
        20: Page 20
        20: 1 responsibilities?
        20: 2        A.      Yes, just -- just domestic.
        20: 3        Q.      Okay.  And how long did you hold that
        20: 4 title -- or that job?
        20: 5        A.      That job where it was focused
        20: 6 strictly on domestic was until somewhere 2000; 2000,
        20: 7 2001.  I'm having some trouble with the dates,
                              Page 1

Jan Weiner.txt

```
20: 8 but --
20: 9          Q.        Your best estimate.
20:10          A.        Yes.  The job and how we organized
20:11 that work changed for one year about that time.
20:12          Q.        So around 2000, 2001, did your job --
20:13 job title change?
20:14          A.        Executive director, global product
20:15 communications.
20:16          Q.        Okay.  And how long did you hold that
20:17 job?
20:18          A.        Until April of 2003.
20:19          Q.        Then what job did you have?
20:20          A.        Executive director of public affairs
20:21 for Asia, Japan, Australia and New Zealand.
20:22          Q.        So you had no more domestic
20:23 responsibilities at that point?
20:24          A.        That is correct.
```

ID:              Weiner 2204
Page Range:      22:04-23:13

```
22: 4          Q.        Approximately when were your first
22: 5 responsibilities for Vioxx?  When did you first take
22: 6 on those responsibilities?
22: 7          A.        '97, '98.  That's -- that's the best
22: 8 I can do on timing.
22: 9          Q.        During the '97, 1998 time frame, what
22:10 were your responsibilities as it related to the drug
22:11 Vioxx?
22:12          A.        The responsibilities were primarily
22:13 to develop communications plans for -- for the drug
22:14 and then also to develop news releases and other
22:15 materials related to scientific presentations and
22:16 publications about the drug.
22:17          Q.        Did those responsibilities change at
22:18 all over time as it relates to the drug Vioxx?
22:19          A.        Those remained the primary
22:20 responsibilities.
22:21          Q.        Regardless of job title?
22:22          A.        Yes.
22:23          Q.        And were your responsibilities as
22:24 related to the drug Vioxx always focused on the US
22:25 market?
23: Page 23
23: 1          A.        They were until I -- I held the title
23: 2 of global product communications.
23: 3          Q.        And that was like 2000, executive
23: 4 director of global product communications?
23: 5          A.        If you give me a minute, I can
23: 6 reconstruct in my head the timing on that.
23: 7          Q.        Go ahead.  Take your time.
23: 8          A.        The global product communications job
23: 9 was during the calendar year of 2002.
23:10          Q.        So up to 2002, your responsibilities
23:11 as it related to the drug Vioxx were limited to the
23:12 United States?
23:13          A.        That is correct.
```

ID:              Weiner 3104
Page Range:      31:04-31:07

Jan Weiner.txt
```
31: 4          Q.         Okay.  And the press releases that
31: 5 were issued to the news media, who -- what audience
31: 6 was it that you -- you ultimately intended to reach
31: 7 out to?
```

ID:               Weiner 3109
Page Range:       31:09-32:05

```
31: 9                     THE WITNESS:  The news releases were
31:10 designed to be reviewed by news reporters who would
31:11 make judgment as to whether the information was
31:12 worthy of news coverage.  And then it would be a
31:13 matter of who the audience is of any particular
31:14 media organization.
31:15 BY MR. PLACITELLA:
31:16          Q.         Okay.  You understood when those
31:17 press releases were issued that the information you
31:18 supplied could eventually be read or seen by people
31:19 taking Vioxx, correct?
31:20          A.         Yes, we understood that.
31:21          Q.         As well as doctors?
31:22          A.         Yes.
31:23          Q.         And as well as people who were not
31:24 currently taking Vioxx but who might be candidates
31:25 for taking Vioxx?
32: Page 32
32: 1          A.         You're really talking about the
32: 2 audience for the general media in the country?
32: 3          Q.         Correct.
32: 4          A.         And that's the general population who
32: 5 was consumers of news media.
```

ID:               Weiner 3209
Page Range:       32:09-32:17

```
32: 9          Q.         How did public affairs integrate with
32:10 marketing?
32:11          A.         We -- we worked with marketing as one
32:12 of the sources of information that -- that we had at
32:13 our disposal and we worked with them.  They had the
32:14 opportunity, like our scientists, like investor
32:15 relations, to review the news release and the Q and
32:16 A, and we worked with them side by side as -- as
32:17 departments do within a company.
```

ID:               Weiner 3703
Page Range:       37:03-37:11

```
37: 3          Q.         And what was Alise Reicin's primary
37: 4 function as it related to Vioxx and public
37: 5 relations?
37: 6          A.         She -- she often was the person that
37: 7 we would go to either to obtain information or data
37: 8 on which we based our news releases and materials,
37: 9 and then she would often be the point person within
37:10 MRL clinical to whom we would submit our materials
37:11 for review and clearance.
```

ID:               Weiner 4309

Page 3

Jan Weiner.txt
Page Range:      43:09-43:21

43: 9        Q.        Okay.  The material that you used
43:10 to -- as tools for public relations, they would
43:11 include press releases, correct?
43:12        A.        Yes.
43:13        Q.        Would they include standby
43:14 statements?
43:15        A.        Yes.
43:16        Q.        What is a standby statement?
43:17        A.        A standby statement is the company's
43:18 position on an issue that is used by people in
43:19 public affairs, typically, to respond to questions
43:20 in cases where we are not going to be issuing a news
43:21 release.


ID:          Weiner 4507
Page Range:      45:07-45:14

45: 7        Q.        Okay.  What is the reason why some
45: 8 press releases were submitted to the FDA and others
45: 9 were not?
45:10        A.        Merck's practice had been to send to
45:11 the FDA news releases related to regulatory actions
45:12 as part of a launch campaign.  The FDA typically
45:13 likes to see launch campaigns, and so a news release
45:14 as part of a launch campaign was sent to the FDA.


ID:          Weiner 4523
Page Range:      45:23-46:11

45:23        Q.        I don't want to get anybody in
45:24 trouble here.  So you can just tell me what your
45:25 understanding was for the reason why some press
46: Page 46
46: 1 releases were sent to the FDA and others were not,
46: 2 your understanding?
46: 3        A.        That the FDA liked to see launch
46: 4 materials.  The news release was part of the launch.
46: 5 And on the basis of that, it was submitted to the
46: 6 FDA.
46: 7        Q.        Okay.  So other than that, generally
46: 8 speaking, the news releases were not submitted to
46: 9 the FDA?
46:10        A.        Generally speaking.  There were
46:11 exceptions.


ID:          Weiner 4703
Page Range:      47:03-47:12

47: 3        Q.        So every press release or video news
47: 4 release was submitted to the FDA after it was
47: 5 issued?
47: 6        A.        Those releases related to products,
47: 7 yes.
47: 8        Q.        When you say "related to products,"
47: 9 what do you mean by that?
47:10        A.        Well, news releases that the company
47:11 would issue about sales and earnings, for instance,
47:12 would not be submitted to the FDA.
                         Page 4

Jan Weiner.txt

ID:                Weiner 4713
Page Range:        47:13-47:15

   47:13      Q.        Okay.  Were you aware, as executive
   47:14 director of public affairs, that the press releases
   47:15 were governed by the FDA labeling requirements?


ID:                Weiner 4717
Page Range:        47:17-47:21

   47:17                 THE WITNESS:  Yes.
   47:18 BY MR. PLACITELLA:
   47:19      Q.        Were standby statements ever reviewed
   47:20 by the FDA?
   47:21      A.        I don't recall that.


ID:                Weiner 4916
Page Range:        49:16-50:10

   49:16      Q.        Okay.  I think I left off with Q and
   49:17 As, questions and answers.  Did public affairs
   49:18 prepare Q and As as they related to Vioxx?
   49:19      A.        Yes.
   49:20      Q.        Can you tell us what a Q and A is and
   49:21 what its function was related to Vioxx?
   49:22      A.        A Q and A is prepared to answer
   49:23 questions that we may receive from reporters that
   49:24 would not be covered in a news release.  Sometimes
   49:25 you can't put absolutely everything in a news
   50: Page 50
   50: 1 release and you know there are going to be
   50: 2 additional questions, and so that's where you put
   50: 3 the questions that you expect to receive and what
   50: 4 the answers would be.
   50: 5      Q.        Okay.  Were Q and As reviewed by the
   50: 6 FDA at any point in time concerning Vioxx?
   50: 7      A.        To the best of my knowledge, no.
   50: 8      Q.        Okay.  Before you mentioned video
   50: 9 news releases.  Can you tell us what a video news
   50:10 release is?


ID:                Weiner 5014
Page Range:        50:14-50:25

   50:14      A.        A video news release is prepared for
   50:15 television stations, and it basically takes the
   50:16 story in a print press release and puts it in a
   50:17 format and form that television stations can choose
   50:18 to use if they want to.  And there are several
   50:19 different ways of preparing them.  And the way that
   50:20 I thought about it was, you give a television
   50:21 station the ingredients to do a story if they choose
   50:22 to do it.  You give them additional background
   50:23 footage.  You'll give them additional quotes so they
   50:24 can tailor it, if they choose to do a story on that
   50:25 particular subject.


Page 5

Jan Weiner.txt

```
ID:              Weiner 5508
Page Range:      55:08-55:10

    55: 8                    Did Merck distribute video news
    55: 9 releases concerning Vioxx to the media without going
    55:10 to the FDA first?


ID:              Weiner 5516
Page Range:      55:16-55:18

    55:16                    THE WITNESS:  I don't remember all of
    55:17 the video news releases that we did on Vioxx, so I
    55:18 really can't answer your question.


ID:              Weiner 6209
Page Range:      62:09-62:15

    62: 9          Q.       Did you ever use the PR Newswire?
    62:10          A.       We used PR Newswire and BusinessWire
    62:11 for distribution of press releases.
    62:12          Q.       And would you distribute those news
    62:13 releases ever electronically over the PR Newswire on
    62:14 the Internet?
    62:15          A.       Oh, now I see.  Okay.  Yes.


ID:              Weiner 6307
Page Range:      63:07-63:11

    63: 7          Q.       Okay.  Did you understand that when
    63: 8 you distributed press releases on the PR Newswire or
    63: 9 BusinessWire over the Internet that those press
    63:10 releases were likely to appear on various web sites
    63:11 throughout the Internet?


ID:              Weiner 6313
Page Range:      63:13-63:13

    63:13                    THE WITNESS:  Yes.


ID:              Weiner 7423
Page Range:      74:23-75:01

    74:23          Q.       Okay.  Can you tell me the physicians
    74:24 that you recall that were charged with
    74:25 responsibility of reviewing Vioxx press -- press
    75: Page 75
    75: 1 releases?


ID:              Weiner 7507
Page Range:      75:07-75:13

    75: 7                    THE WITNESS:  I can remember Dr.
    75: 8 Reicin reviewing releases.  I know that Ed Scolnick
    75: 9 in one case reviewed a news release.  I know that
    75:10 there were other people on Dr. Reicin's staff who
    75:11 reviewed news releases related to their
    75:12 presentations and publications, but those would be
```

Page 6

Jan Weiner.txt
75:13 names I don't recall at this point.


ID:              Weiner 7918
Page Range:      79:18-79:21

     79:18          Q.        Sure.  When is the first time you
     79:19 learned that there were respected scientists that
     79:20 were concerned that Vioxx might have a role in
     79:21 causing heart attacks?


ID:              Weiner 7923
Page Range:      79:23-80:11

     79:23              THE WITNESS:  I remember that there
     79:24 was a publication from Garret FitzGerald that raised
     79:25 questions about COX-2 inhibitors.  That's what I
     80: Page 80
     80: 1 remember.
     80: 2 BY MR. PLACITELLA:
     80: 3          Q.        And when was that -- when was that
     80: 4 publication, before or after VIGOR?
     80: 5          A.        I believe it was before.
     80: 6          Q.        Before.  Okay.  And what were the
     80: 7 circumstances that -- well, strike that.
     80: 8              Garret FitzGerald was an occasional
     80: 9 paid advisor to -- medical advisor, to Merck.  Were
     80:10 you aware of that?
     80:11          A.        No, I was not.


ID:              Weiner 8016
Page Range:      80:16-80:18

     80:16          Q.        Okay.  What were the circumstances
     80:17 under which you learned about the Garret FitzGerald
     80:18 publication related to heart attacks and COX-2s?


ID:              Weiner 8020
Page Range:      80:20-81:04

     80:20              THE WITNESS:  We received a question
     80:21 from a reporter based upon that publication, and
     80:22 through the question we learned about the
     80:23 publication and prepared a standby statement and a Q
     80:24 and A.
     80:25 BY MR. PLACITELLA:
     81: Page 81
     81: 1          Q.        Okay.  So the question that was asked
     81: 2 by the reporter concerning the publication of Garret
     81: 3 FitzGerald was what?
     81: 4          A.        I don't remember.


ID:              Weiner 8109
Page Range:      81:09-81:11

     81: 9          Q.        Who decided that a stand boy -- a
     81:10 standby statement and Q and A was necessary in
     81:11 relation to the Garret FitzGerald publication?

Page 7

Jan Weiner.txt

ID:               Weiner 8113
Page Range:       81:13-81:17

```
81:13                THE WITNESS:  I don't know who
81:14 specifically made that decision, but if you have a
81:15 question from a reporter and you need to develop an
81:16 answer, the usual mechanism is to develop a quick
81:17 standby statement and Q and A.
```

ID:               Weiner 8222
Page Range:       82:22-83:05

```
82:22       Q.       Okay.  And, for the record, you were
82:23 concerned about the question as it related to COX-2
82:24 because Vioxx was a COX-2, correct?
82:25       A.       That is correct.
83: Page 83
83: 1       Q.       Now, do you recall what Merck was
83: 2 prepared to tell the press in response to the
83: 3 FitzGerald article that was incorporated into the
83: 4 standby statement and Q and A at that point in time?
83: 5       A.       I don't recall.
```

ID:               Weiner 10215
Page Range:       102:15-103:15

```
102:15               I think you had it marked.  Her
102:16 personnel file, December 31, 1997, is the cover
102:17 page.
102:18               I'm going to show you what has been
102:19 marked Weiner Exhibit 2, and I'll make sure that
102:20 we're on the same page, so I'm going to give you the
102:21 page 3.  Take a look, see where it says under Vioxx,
102:22 and the third or fourth sentence down, it says,
102:23 "Strong media outreach contributed to the most
102:24 successful launch in Merck history."  Do you see
102:25 that?
103: Page 103
103: 1       A.       Yes, I see that.
103: 2       Q.       Okay.  "Vioxx was highlighted in
103: 3 articles reaching a total of more than two
103: 4 billion-almost ten times per person."  Did I read
103: 5 that correctly?
103: 6       A.       Yes, you did.
103: 7       Q.       Okay.  Does that refresh your
103: 8 recollection as to what the reach was of your media
103: 9 campaign in the year 1999?
103:10       A.       Somewhat.
103:11       Q.       Okay.  "Of this total, there were 1.4
103:12 billion impressions for Vioxx alone and an
103:13 additional 700 million highlighting both agents."
103:14 That meaning -- that is Celebrex, correct?
103:15       A.       Yes.
```

ID:               Weiner 10404
Page Range:       104:04-104:08

```
104: 4       Q.       Would you agree with me, generating
104: 5 enough stories to reach ten times per person all the
```

Page 8

Jan Weiner.txt

104: 6 people in the United States is an extraordinary
104: 7 media outreach?
104: 8        A.      I would say it was very successful.


ID:              Weiner 10617
Page Range:      106:17-106:20

106:17                So the two billion impressions means
106:18 that, based on Merck's calculations, their message
106:19 would have reached people in the United States two
106:20 billion times?


ID:              Weiner 10623
Page Range:      106:23-107:07

106:23                 THE WITNESS:  It would have meant
106:24 that two -- two billion people over the course of
106:25 the year potentially would have seen the message.
107: Page 107
107: 1 BY MR. PLACITELLA:
107: 2        Q.      Okay.  But we don't have two billion
107: 3 people in the United States?
107: 4        A.      That is correct.
107: 5        Q.      So to break down the math, it would
107: 6 mean that every person in the United States would
107: 7 have seen your message at least ten times?


ID:              Weiner 10710
Page Range:      107:10-107:16

107:10        Q.      Correct?
107:11        A.      That is the way the math would work.
107:12        Q.      So if every person in the United
107:13 States would have seen your message ten times in a
107:14 given year, it would be extremely important to be
107:15 sure that the information contained in the message
107:16 was accurate and truthful in every respect?


ID:              Weiner 10721
Page Range:      107:21-107:21

107:21        A.      I would agree with that.


ID:              Weiner 14816
Page Range:      148:16-148:23

148:16        Q.      And this press release says, in its
148:17 headline, "Merck confirms favorable cardiovascular
148:18 safety profile of vioxx."  Did I read that
148:19 correctly?
148:20        A.      Yes, you did.
148:21        Q.      Would the reader reading that
148:22 headline believe that Vioxx had the potential to
148:23 hurt your heart?


ID:              Weiner 14825
Page Range:      148:25 - 149:02
                          Page 9

Jan Weiner.txt

148:25                    THE WITNESS:  I don't know what the
149: Page 149
149: 1 average person reading that would necessarily take
149: 2 away from the headline.


ID:                Weiner 14912
Page Range:        149:12-149:21

149:12         Q.      Okay.  It says in the first sentence,
149:13 "In response to speculative news reports, Merck &
149:14 Company, Inc., today confirmed the favorable
149:15 cardiovascular safety profile of Vioxx, its medicine
149:16 that selectively inhibits COX-2."  Did I read that
149:17 correctly?
149:18         A.      Yes, you did.
149:19         Q.      What did Merck do on April 28, 2000,
149:20 to confirm that Vioxx was safe from a cardiovascular
149:21 standpoint?


ID:                Weiner 14923
Page Range:        149:23-150:8

149:23                    THE WITNESS:  The word "confirm"
149:24 there is used in a news release context.  You could
149:25 have said today commented on, today announced, today
150: Page 150
150: 1 said.  It's -- it's used in terms of -- it's a news
150: 2 release type term as opposed to some other type
150: 3 meaning.
150: 4 BY MR. PLACITELLA:
150: 5         Q.      Well, doesn't the average person,
150: 6 when they hear "confirm," think that that means that
150: 7 somebody checked something and now stands behind it?
150: 8 Isn't that what "confirms" means?


ID:                Weiner 15010
Page Range:        150:10-150:13

150:10                    THE WITNESS:  That is another way in
150:11 which the -- the word is used.  But, again, you look
150:12 at the total of the news release, not just the one
150:13 sentence.


ID:                Weiner 15509
Page Range:        155:09-155:21

155: 9         Q.      Okay.  Is there any mention in this
155:10 press release concerning an alternate explanation
155:11 for the heart attack findings in VIGOR, i.e., that
155:12 Vioxx could be the cause of the heart attack
155:13 imbalance in the VIGOR study?
155:14         A.      The specific language that you
155:15 suggested is not in this particular news release.
155:16         Q.      Is there any indication whatsoever
155:17 anywhere in this press release by Merck that one of
155:18 the explanations for the VIGOR results is that Vioxx
155:19 was causing the heart attacks?
155:20         A.      That specific language is not in the
                              Page 10

Jan Weiner.txt

155:21 news release.

ID:              Weiner 29119
Page Range:      291:19-292:04

    291:19        Q.        Now, on -- in the next month,
    291:20 November 2000, the VIGOR study was published in the
    291:21 Journal of the American Medical Association.  Do you
    291:22 recall that?
    291:23        A.        I believe it was published in the New
    291:24 England Journal of Medicine.
    291:25        Q.        You're right.  You're correct.
    292: Page 292
    292: 1                  And did you have press activities
    292: 2 around that publication?
    292: 3        A.        We issued a news release around that
    292: 4 publication.


ID:              Weiner 29216
Page Range:      292:16-292:19

    292:16        Q.        Okay.  And you also issued a video
    292:17 news release, correct?
    292:18        A.        I don't -- I don't recall whether we
    292:19 did or not.


ID:              Weiner 29223
Page Range:      292:23-293:01

    292:23        Q.        I'm going to show you a video news
    292:24 release and then we'll talk about it.
    292:25        A.        Okay.
    293: Page 293
    293: 1                  (Video clip shown.)


ID:              Weiner 29303
Page Range:      293:3-293:13

    293: 3        Q.        Now, I've stopped the video news
    293: 4 release in the beginning.  It says, "In a study of
    293: 5 Vioxx published in the New England Journal of
    293: 6 Medicine, Vioxx significantly reduced the risk of
    293: 7 serious gastrointestinal side effects by half
    293: 8 compared to naproxen.  TV news feed:  DWJ
    293: 9 Television."
    293:10                  Have you ever seen this video news
    293:11 release before?
    293:12        A.        I'm certain that I saw it at the
    293:13 time.


ID:              Weiner 29322
Page Range:      293:22-293:22

    293:22                  (Video clip shown as follows:


ID:              Weiner 29417
Page Range:      294:17-295:5
                                    Page 11

Jan Weiner.txt

```
294:17          Q.          Do you recognize the individual on
294:18 this news release, the doctor?
294:19          A.          I recognize the name.  I have never
294:20 met the man, so seeing him, I assume that that's who
294:21 it is.
294:22          Q.          And who is that?
294:23          A.          His name is Dr. Loren Laine.
294:24          Q.          And what was his relationship with
294:25 Merck?
295: Page 295
295: 1          A.          He was involved in the VIGOR study.
295: 2 I do not know his specific role in that study.
295: 3          Q.          Okay.  Was he paid by Merck?
295: 4          A.          If he was an investigator in the
295: 5 study, there would have been a contract.
```

ID:              Weiner 29623
Page Range:      296:23-296:25

```
296:23          Q.          Okay.  Now, in that video news
296:24 release, was there any mention of the heart attack
296:25 findings of VIGOR?
```

ID:              Weiner 29703
Page Range:      297:03-297:21

```
297: 3                  THE WITNESS:  In the cut piece that
297: 4 we just saw, there was no mention of cardiovascular.
297: 5 BY MR. PLACITELLA:
297: 6          Q.          Now, when you say "cut piece," what
297: 7 do you mean by that?
297: 8          A.          The video package, as we typically
297: 9 put them together, had several different elements.
297:10 At the beginning you had the full news release, then
297:11 you have what we call, and the term in television is
297:12 cut piece, and that is the part that's put together
297:13 that we just saw, then you have the additional
297:14 background footage and other choices that the
297:15 television editors can use in putting together their
297:16 own pieces, and then we had full labeling at the
297:17 end.
297:18          Q.          Okay.  And any of the video connected
297:19 to this video news release, including the B-roll
297:20 portions, was there ever any mention of the heart
297:21 attack findings in VIGOR?
```

ID:              Weiner 29724
Page Range:      297:24-298:05

```
297:24                  THE WITNESS:  We have not reviewed
297:25 the full package.  We haven't looked at the
298: Page 298
298: 1 background footage.
298: 2 BY MR. PLACITELLA:
298: 3          Q.          Okay.
298: 4          A.          So I don't -- I can't answer your
298: 5 question.
```

Page 12

Jan Weiner.txt

ID:                Weiner 29809
Page Range:        298:09-298:17

```
298: 9                 (video clip shown.)
298:10 BY MR. PLACITELLA:
298:11         Q.      This is a section without ambient
298:12 sound, meaning it's just photos, correct?
298:13         A.      It's just visuals.
298:14         Q.      Okay.  And you use this in case
298:15 somebody wants to do a lead-in or a fade-out or
298:16 something like that when they're doing the story?
298:17                 (video clip shown as follows:
```

ID:                Weiner 29904
Page Range:        299:4-299:7

```
299: 4         Q.      So far, have you seen anything from
299: 5 Dr. Laine to indicate that he was telling the
299: 6 viewers that one of the findings in VIGOR was that
299: 7 people on Vioxx had more heart attacks?
```

ID:                Weiner 29909
Page Range:        299:9-299:11

```
299: 9                 THE WITNESS:  There's no -- there's
299:10 no information that I have heard related to
299:11 cardiovascular.
```

ID:                Weiner 29922
Page Range:        299:22-299:25

```
299:22         Q.      Do you see any language on this part
299:23 of the video news release telling people that one of
299:24 the findings in VIGOR was that the people on Vioxx
299:25 had more heart attacks?
```

ID:                Weiner 30006
Page Range:        300:6-300:7

```
300: 6                 THE WITNESS:  I have not seen the
300: 7 information related to cardiovascular.
```

ID:                Weiner 30025
Page Range:        300:25-301:09

```
300:25         Q.      Now, what we're watching now is a
301: Page 301
301: 1 B-roll and a B-roll is typically silent, correct?
301: 2         A.      It can be either way, with ambient
301: 3 sound or without.
301: 4         Q.      But it's really there just as
301: 5 background, filler material, for people running the
301: 6 story, right?
301: 7         A.      They have a visual to accompany
301: 8 whatever sound they wish to add to it.
301: 9         Q.      Okay.
```

Page 13

Jan Weiner.txt

ID:                 Weiner 30112
Page Range:         301:12-301:15

   301:12      Q.      While we're watching this silent
   301:13 part, can you tell us whether this video news
   301:14 release was submitted to the FDA before it was
   301:15 issued?


ID:                 Weiner 30119
Page Range:         301:19-302:1

   301:19      Q.      Do you know whether this was ever
   301:20 submitted to the FDA before November 23rd, 2000?
   301:21      A.      It would -- it is unlikely that it
   301:22 would have been submitted because our practice was
   301:23 to submit for pre-clearance those items generally
   301:24 that related to regulatory actions.  This is a
   301:25 study -- this is a study publication.  Again, I
   302: Page 302
   302: 1 don't -- I don't know if this was ever issued.


ID:                 Weiner 30203
Page Range:         302:03-302:02

   302: 2      Q.      Okay.  Thank you.


ID:                 Weiner 30205
Page Range:         302:5-302:8

   302: 5      Q.      Anywhere on this video news release
   302: 6 did you hear mentioned that one of the findings in
   302: 7 VIGOR was that the people on Vioxx had more heart
   302: 8 attacks than the people on naproxen?


ID:                 Weiner 30211
Page Range:         302:11-302:18

   302:11              THE WITNESS:  I did not hear that in
   302:12 the video news release.
   302:13 BY MR. PLACITELLA:
   302:14      Q.      Did the -- any of the spokespeople in
   302:15 this video news release tell the audience that one
   302:16 of the significant findings in VIGOR was that people
   302:17 on Vioxx had more heart attacks than people on
   302:18 naproxen?


ID:                 Weiner 30220
Page Range:         302:20-303:10

   302:20              THE WITNESS:  There was no verbal
   302:21 statement given related to the cardiovascular
   302:22 findings in VIGOR.
   302:23 BY MR. PLACITELLA:
   302:24      Q.      Why not?
   302:25      A.      I don't know.
   303: Page 303
   303: 1      Q.      Did medical/legal clear these -- this
   303: 2 video news release?

Jan Weiner.txt
```
303: 3        A.      If this video news release were
303: 4 issued, it would have gone through the Merck review
303: 5 process, and it would have been seen and reviewed by
303: 6 a number of people.
303: 7        Q.      When is it proper to issue press
303: 8 materials, including a video news release, that
303: 9 includes some significant findings of a study but
303:10 not others?
```

ID:              Weiner 30312
Page Range:      303:12-303:16

```
303:12              THE WITNESS:  When a video news
303:13 release is prepared, there will be decisions about
303:14 what is included and not included.  I do not know
303:15 the discussions or the decisions that were made in
303:16 this case.  I don't recall.
```

ID:              Weiner 30407
Page Range:      304:07-304:09

```
304: 7        Q.      Do you recall you or any of your
304: 8 staff raising objection to this news release on not
304: 9 including all of the significant findings of VIGOR?
```

ID:              Weiner 30411
Page Range:      304:11-304:15

```
304:11              THE WITNESS:  I don't recall.
304:12 BY MR. PLACITELLA:
304:13        Q.      Okay.  This video news release did
304:14 not include any information from the heart attack
304:15 meta-analysis done by Merck a month before, correct?
```

ID:              Weiner 30417
Page Range:      304:17-304:20

```
304:17              THE WITNESS:  It -- it did not
304:18 include cardiovascular information.  It did not
304:19 include cardiovascular information in the spoken
304:20 part of the video news release.
```

ID:              Weiner 42703
Page Range:      427:03-427:09

```
427: 3        Q.      Now, in conjunction with the press
427: 4 release that you issued concerning the Topol
427: 5 article, you also constructed and issued a video
427: 6 news release, correct?
427: 7        A.      My recollection is that we put
427: 8 together a video package but not a video news
427: 9 release per se.
```

ID:              D Weiner 42710
Page Range:      427:10-427:21

```
427:10        Q.      What's the difference?
                    Page 15
```

Jan_Weiner.txt
427:11       A.       The difference is a video package
427:12 gives just the elements, and that is it will be
427:13 soundbites, if you will, and that is all.  It does
427:14 not present what is called a cut piece or a
427:15 pre-prepared total story --
427:16       Q.       Okay.
427:17       A.       -- which means that if a television
427:18 station wants to use it, they're going to have to go
427:19 in, construct their own story, and pull elements or
427:20 ingredients from the package that we have prepared
427:21 for them.


ID:               Weiner 42802
Page Range:       428:2-428:13

428: 2       Q.       Okay.  And they could cut and paste
428: 3 whatever they wanted and stick it in their news
428: 4 story, correct?
428: 5       A.       Essentially, yes.
428: 6       Q.       Was the video package presented to
428: 7 the FDA before it was aired?
428: 8       A.       I don't believe so.  That would not
428: 9 have been normal practice.
428:10       Q.       Okay.  Now I'm going to show you
428:11 what's been produced to us by Merck's counsel
428:12 concerning the Topol article in August 2001.
428:13       A.       Okay.


ID:               Weiner 42815
Page Range:       428:15-428:20

428:15                (Video clip shown.)
428:16 BY MR. PLACITELLA:
428:17       Q.       All right.  Before we move forward,
428:18 did you see that was from August 21, 2001?
428:19       A.       I glanced at it.
428:20       Q.       All right.  Let me go back.


ID:               Weiner 42822
Page Range:       428:22-428:22

428:22                THE WITNESS:  I see August 21.


ID:               Weiner 42903
Page Range:       429:03-429:10

429: 3       Q.       Okay.  And this material, according
429: 4 to this, includes source disclosure, news release,
429: 5 super information.  What's super information?
429: 6       A.       It's the name and title of the people
429: 7 who are on the screen.
429: 8       Q.       Okay.  Soundbites, B-roll and
429: 9 prescribing information, correct?
429:10       A.       That is correct.


ID:               Weiner 43024
Page Range:       430:24-431:06

Page 16

Jan Weiner.txt
```
430:24            THE TAPE:  ...the kind of extensive
430:25 data that...suggests that patients receiving Vioxx
431: Page 431
431: 1 are not at an increased risk for heart attack or
431: 2 other cardiovascular event.)
431: 3 BY MR. PLACITELLA:
431: 4        Q.      What is it that Laura Demopoulos just
431: 5 told the world about Vioxx and cardiovascular
431: 6 events?
```

```
ID:            Weiner 43114
Page Range:    431:14-431:17
```

```
431:14            THE WITNESS:  That there is -- that
431:15 there is an extensive body of evidence that would
431:16 tend to suggest that patients receiving.  Vioxx are
431:17 not at an increased risk of cardiovascular events.
```

```
ID:            D Weiner 43411
Page Range:    434:11-435:19
```

```
434:11        Q.      Okay.  To be fair, in the fullest
434:12 sense, what I'm going to do is play the entire thing
434:13 through, and then we'll go back and take pieces,
434:14 rather than have you guess what's coming.  Okay?
434:15 Because that may not be a fair way to approach this.
434:16            (Video clip shown as follows:
434:17            THE TAPE:  Merck has studied Vioxx in
434:18 thousands of patients.  And we recently did an
434:19 analysis of many of our studies, which included over
434:20 28,000 patients, and this study was not included in
434:21 the article from Drs. Nissen and Topol.  The 28,000
434:22 patients were treated either with Vioxx or with a
434:23 placebo sugar pill or with an anti-inflammatory
434:24 drug, like ibuprofen.  And our analysis showed that
434:25 the patients who received Vioxx had no increase in
435: Page 435
435: 1 their risk of cardiovascular events, like heart
435: 2 attack, versus those treated either with the placebo
435: 3 pill or those treated with the anti-inflammatory
435: 4 drugs, like ibuprofen, diclofenac and nabumetone.
435: 5            Our current extensive body of data,
435: 6 based on millions of patients who received Vioxx
435: 7 either as a prescription from the doctors or in one
435: 8 of our clinical trials, tends to suggest that Vioxx
435: 9 did not result in an increased risk of
435:10 cardiovascular events.
435:11            Patient safety is of paramount
435:12 interest to Merck.  We're currently in the process
435:13 of carefully reviewing not only all of the existing
435:14 available data but also some newly emerging data to
435:15 help us in our assessment of possible future trials.
435:16 The existing extensive body of data now would tend
435:17 to suggest that there is not an increase in the risk
435:18 of cardiovascular events as a result of treatment
435:19 with Vioxx.
```

```
ID:            D Weiner 43608
Page Range:    436:8-436:9
```

Jan Weiner.txt
```
436: 8        Q.       Okay.   Now I want to go back through
436: 9 and ask some questions.
```

```
ID:              Weiner 43611
Page Range:      436:11-436:15
```

```
436:11                  THE TAPE:  The current extensive body
436:12 of data available would tend to suggest that
436:13 patients receiving Vioxx are not at an increased
436:14 risk for heart attack or other cardiovascular
436:15 event.)
```

```
ID:              Weiner 43617
Page Range:      436:17-436:21
```

```
436:17        Q.       Does Dr. Demopoulos tell people who
436:18 are watching this video that Merck ran a study
436:19 called VIGOR, that one of the theories was that
436:20 there was at least four times as many heart attacks
436:21 for people on Vioxx versus naproxen?
```

```
ID:              Weiner 43623
Page Range:      436:23-437:02
```

```
436:23                  THE WITNESS:  That particular sound
436:24 bite does not make reference to that statement.
436:25 BY MR. PLACITELLA:
437: Page 437
437: 1        Q.       In fact, her statement is that Vioxx
437: 2 does not cause heart attacks, correct?
```

```
ID:              Weiner 43705
Page Range:      437:05-437:06
```

```
437: 5                  THE WITNESS:  I think -- I think her
437: 6 statement -- her statement is quite clear.
```

```
ID:              D Weiner 44401
Page Range:      444:1-444:4
```

```
444: 1        Q.       And what she tells the world is that
444: 2 it's Merck's position, even as of August 2001,
444: 3 despite whatever Merck knew internally, that Vioxx
444: 4 can't cause heart attacks, true?
```

```
ID:              D Weiner 44407
Page Range:      444:7-444:12
```

```
444: 7                  THE WITNESS:  Again, I think what Dr.
444: 8 Demopoulos said on the videotape is -- was quite
444: 9 clear, that -- and, you know, we've talked about it
444:10 previously, that the data tended to suggest that
444:11 patients taking Vioxx did not have an increased
444:12 risk.
```

```
ID:              Weiner 44414
```

                              Jan Weiner.txt
Page Range:        444:14-444:15

   444:14        Q.      But Merck knew there was a lot of
   444:15 data to the contrary, true?


ID:             Weiner 44417
Page Range:        444:17-444:18

   444:17              THE WITNESS:  Again, her statements
   444:18 went through the Merck review process.


ID:  ·           Weiner 44422
Page Range:        444:22-444:23

   444:22              One, Merck had the information from
   444:23 the VIGOR study at this point, true?


ID:             Weiner 44503
Page Range:        445:03-445:10

   445: 3        A.      Yes, Merck had the VIGOR results at
   445: 4 that time.
   445: 5        Q.      Merck had the results of the
   445: 6 ADVANTAGE trial as of this point, true?
   445: 7        A.      I believe that's the case.
   445: 8        Q.      Merck had the results of the low back
   445: 9 pain study, true?
   445:10        A.      I don't know that to be a fact.


ID:             Weiner 44601
Page Range:        446:1-446:4

   446: 1        Q.      Okay.  And Merck had in its
   446: 2 possession the study -- the analysis that Dr.
   446: 3 Shapiro did in October of 2000 concerning heart
   446: 4 attacks and Vioxx, true?


ID:             Weiner 44606
Page Range:        446:06-446:11

   446: 6              ·THE WITNESS:  We certainly had Dr.
   446: 7 Shapiro's analysis.
   446: 8 BY MR. PLACITELLA:
   446: 9        Q.      And Laura Demopoulos mentioned none
   446:10 of that on national television in response to Dr.
   446:11 Topol's article, true?


ID:             Weiner 44613
Page Range:        446:13-446:14

   446:13              THE WITNESS:  Her comments do not
   446:14 include specific references to those things.


ID:             D Weiner 52521
Page Range:        525:21-525:23

                              Page 19

Jan Weiner.txt
525:21        Q.        I'm going to show you a document that
525:22 we'll mark as Weiner-78 and ask if you can identify
525:23 it.


ID:              D Weiner 52604
Page Range:      526:4-527:3

526: 4                   THE WITNESS:  This is the news
526: 5 release that was issued to announce the preliminary
526: 6 results of the VIGOR study.
526: 7 BY MR. MAYER:
526: 8        Q.        Was there media coverage in response
526: 9 to this news release?
526:10        A.        There was a small amount of media
526:11 coverage on the day that this particular news
526:12 release was issued.  But over the coming months,
526:13 there was a great deal of media coverage about this
526:14 topic.
526:15        Q.        Did this news release say anything
526:16 about the cardiovascular results of the VIGOR study,
526:17 in particular, the difference in event rates between
526:18 Vioxx and naproxen?
526:19        A.        Yes, it does.
526:20        Q.        What does it say about that?
526:21        A.        Reading from the release at the
526:22 beginning of the second paragraph, "In addition,
526:23 significantly fewer thromboembolic events were
526:24 observed in patients taking naproxen in this GI
526:25 outcomes study, which is consistent with naproxen's
527: Page 527
527: 1 ability to block platelet aggregation.  This effect
527: 2 on these events has not been observed previously in
527: 3 any clinical studies for naproxen."


ID:              D JW 52806
Page Range:      528:6-528:20

528: 6        Q.        Did the press release also disclose
528: 7 the gastrointestinal results of the study?
528: 8        A.        Yes, it did.
528: 9        Q.        Very briefly, what were the
528:10 gastrointestinal results of the VIGOR study?
528:11        A.        The results related to that, I can
528:12 characterize it as positive.  I can read the
528:13 relevant sentences for you if you wish.
528:14        Q.        If you could -- just directing your
528:15 attention to the second sentence of the release, if
528:16 you could just read that into the record.
528:17        A.        "Among patients treated with Vioxx,
528:18 there was a significantly reduced incidence of
528:19 serious gastrointestinal events compared to patients
528:20 treated with naproxen."


ID:              D JW 53211
Page Range:      532:11-532:21

532:11        Q.        Why did Merck issue this release?
532:12        A.        Merck issued the release because
532:13 there had been a large amount of very speculative
532:14 media coverage on that day, some of it reflecting

Jan Weiner.txt
```
532:15 points of view raising questions about the safety of
532:16 COX-2 inhibitors.
532:17          Q.      Was there any other purpose in
532:18 issuing the release?
532:19          A.      It was to respond to the questions
532:20 that were in the public domain and in news media
532:21 coverage.


ID:              D JW 53225
Page Range:      532:25-534:9

532:25          Q.      But do you believe that the release
533: Page 533
533: 1 was fair and accurate?
533: 2          A.      Yes.
533: 3          Q.      Did the release say anything about
533: 4 the difference in heart attack rates in the VIGOR
533: 5 study between Vioxx and naproxen?
533: 6          A.      Yes, it did.
533: 7          Q.      What did it say?
533: 8          A.      Reading from the bottom of the first
533: 9 page, "Although the VIGOR study was a GI outcomes
533:10 study and was not designed to show differences in
533:11 cardiovascular effects, significantly fewer heart
533:12 attacks were observed in patients taking naproxen
533:13 (0.1 percent) compared to the group taking Vioxx 50
533:14 milligrams (0.5 percent) in this study.  There" --
533:15          Q.      Thank you.
533:16          Did the release say anything about
533:17 whether the naproxen hypothesis was the only
533:18 possible explanation of the VIGOR results?
533:19          A.      No.  It goes on in the next paragraph
533:20 to say, "In extensive discussions, the Advisory
533:21 Committee explored this finding, other studies of
533:22 Vioxx and possible explanations for this result in
533:23 VIGOR."
533:24          MR. PLACITELLA:  Could you read the
533:25 rest of that paragraph, please?
534: Page 534
534: 1 BY MR. MAYER:
534: 2          Q.      You may read that.
534: 3          A.      "In the completed osteoarthritis
534: 4 trials and on-going clinical trials with Vioxx 12.5
534: 5 milligram, 25 milligram and 50 milligram in 30,000
534: 6 patients, there was no difference in the incidence
534: 7 of cardiovascular events, such as heart attacks,
534: 8 among patients taking Vioxx, other NSAIDs and
534: 9 placebo."


ID:              D JW 53723
Page Range:      537:23-538:5

537:23          Q.      Was the labeling for Vioxx changed to
537:24 reflect the results of the VIGOR study?
537:25          A.      Yes, it was.
538: Page 538
538: 1          Q.      When was that?
538: 2          A.      It was in April of 2002.
538: 3          Q.      Did Merck issue any press release in
538: 4 connection with that label change?
538: 5          A.      Yes, it did.
```
Page 21

Jan Weiner.txt

```
ID:              D JW 53813
Page Range:      538:13-538:22

   538:13      Q.       I show you a document that we've
   538:14 marked as Weiner-81 and ask if you can identify
   538:15 that?  It bears Bates Numbers MRK PRL 000246 to 250.
   538:16      A.       This is a news release that Merck
   538:17 issued to announce that we had changed the
   538:18 prescribing information for Vioxx as requested by
   538:19 the FDA.
   538:20      Q.       And did the news release include any
   538:21 information with regard to cardiovascular issues?
   538:22      A.       Yes, it did.


ID:              JW 53823
Page Range:      538:23-539:23

   538:23      Q.       Directing your attention to the third
   538:24 paragraph, could you read that into the record?
   538:25      A.       "The prescribing information also has
   539: 1 been revised to include cardiovascular data from
   539: 2 VIGOR.  In this study, the number of patients with
   539: 3 serious cardiovascular thrombotic events in the
   539: 4 group treated with Vioxx 50 milligram (n=45) was
   539: 5 higher than in the group taking naproxen (n=19).  In
   539: 6 a placebo-controlled database derived from two other
   539: 7 studies (n=2,142), the number of patients with
   539: 8 serious cardiovascular thrombotic events among those
   539: 9 receiving Vioxx 25 milligrams was 21 compared to 35
   539:10 for patients taking placebo.  These data also are
   539:11 reflected in the prescribing information.  The
   539:12 significance of the cardiovascular findings from
   539:13 these three studies (VIGOR and the
   539:14 placebo-controlled studies) is unknown.  Vioxx is
   539:15 not a substitute for aspirin to prevent
   539:16 cardiovascular events because of its lack of effect
   539:17 on platelets.  The Precautions section of the
   539:18 prescribing information states that all of this
   539:19 information should be taken into consideration and
   539:20 caution should be exercised when Vioxx is used in
   539:21 patients with a medical history of ischemic heart
   539:22 disease, which includes patients with a history of
   539:23 angina or heart attack."


ID:              D JW 54111
Page Range:      541:11-542:15

   541:11      Q.       Now, you've testified that you
   541:12 communicated with Merck scientists regarding the
   541:13 scientific and medical issues that were included in
   541:14 news releases regarding Vioxx; is that correct?
   541:15      A.       That's correct.
   541:16      Q.       To the best of your understanding
   541:17 based on your communications with the Merck
   541:18 scientists, did the Merck scientists with whom you
   541:19 communicated during the period for which you had
   541:20 responsibility for Vioxx have a belief with respect
   541:21 to the cardiovascular safety of Vioxx?
```

Page 22

Jan Weiner.txt

```
541:22      A.      Yes, they did.
541:23      Q.      What was that belief?
541:24      A.      The belief -- they had a strong
541:25 belief in the cardiovascular safety of Vioxx, and
542: Page 542
542: 1 they believed, as is reflected in the news releases,
542: 2 in the effect of naproxen, and they also believed
542: 3 that there was significant data from our other
542: 4 studies that gave them confidence in the safety --
542: 5 cardiovascular safety profile of Vioxx.
542: 6      Q.      Ms. Weiner, did you ever take Vioxx
542: 7 yourself?
542: 8      A.      Yes, I did.
542: 9      Q.      Under what circumstances?
542:10      A.      I broke my foot, and my doctor
542:11 prescribed it to relieve the acute pain that was
542:12 associated with that.
542:13      Q.      And were you satisfied with the
542:14 results?
542:15      A.      Yes.
```

```
ID:            D Weiner 54216
Page Range:    542:16-543:3
```

```
542:16      Q.      Ms. Weiner, what is an impression?
542:17 From a public affairs point of view, what does that
542:18 word mean?
542:19      A.      An impression is a calculation of the
542:20 potential reach of a news media story.  It is -- in
542:21 the case of a newspaper, it's not just the
542:22 circulation, recognizing that a newspaper can go
542:23 into an office or a home and be seen by other
542:24 people, and so in the case of a newspaper, we will
542:25 obtain from that organization their best estimate of
543: Page 543
543: 1 the number of people on average who see each issue.
543: 2 And so an impression would be the circulation times
543: 3 whatever the pass-along factor is.
```

```
ID:            D Weiner 54306
Page Range:    543:6-543:15
```

```
543: 6      THE WITNESS:  That covers print.  And
543: 7 then an impression as it relates to broadcast will
543: 8 be their best estimate of the number of people who
543: 9 are viewing a program.  The data is much better for
543:10 broadcast than it is for print.
543:11 BY MR. MAYER:
543:12      Q.      Does the calculation of impression,
543:13 for purposes of newspapers mean a person actually
543:14 saw or read a particular item?
543:15      A.      No.
```

```
ID:            D JW 54812
Page Range:    548:12-548:15
```

```
548:12      Q.      By the way, did Merck disclose
548:13 publicly that there was a difference between Vioxx
548:14 and naproxen in heart attack rates?
548:15      A.      Yes, on numerous occasions.
```

Jan Weiner.txt

ID:            JW 56513
Page Range:    565:13-565:16

    565:13                  Did the Merck scientists provide you
    565:14 any evidence that naproxen was cardioprotective?
    565:15          A.      I don't recall the specific -- I
    565:16 don't recall.


ID:            JW 58319
Page Range:    583:19-584:8

    583:19          Q.      Now, going back to March of 2000 when
    583:20 you started to issue press releases, and, Mr. Mayer,
    583:21 the first press release he put in front of you was
    583:22 March 27, 2000.  Maybe you can put it in front of
    583:23 you again.
    583:24                  The naproxen theory is in this press
    583:25 release; correct?
    584: Page 584
    584: 1          A.      There's language in this press
    584: 2 release related to naproxen and what our scientists
    584: 3 believed.
    584: 4          Q.      Show me in this press release, show
    584: 5 the jury, show the world right now where in this
    584: 6 press release Merck is telling people that one of
    584: 7 the explanations for VIGOR is that Vioxx can cause
    584: 8 heart attacks.


ID:            JW 58411
Page Range:    584:11-584:13

    584:11                  THE WITNESS:  The specific language
    584:12 that you are looking for is not present in the news
    584:13 release.


ID:            D JW 67125
Page Range:    671:25-672:4

    671:25                  And that knowledge that heart
    672: Page 672
    672: 1 attacks -- one explanation for the heart attack
    672: 2 information in VIGOR was that it was Vioxx was the
    672: 3 cause was not shared with the world in any of the
    672: 4 press materials that you issued; true?


ID:            D JW 67206
Page Range:    672:6-672:11

    672: 6                  THE WITNESS:  That statement was not
    672: 7 reflected in the press materials that we issued.
    672: 8 However, we did make clear that there was a
    672: 9 difference in the cardiovascular events between the
    672:10 two groups, and we offered the opinion and
    672:11 perspective of our scientists on the issue.


ID:            D JW 67315

Page 24

Jan Weiner.txt
Page Range:      673:15-674:3

    673:15        Q.       Point to one piece of press material
    673:16 that Merck put out from the time you were in charge
    673:17 until the time you weren't in charge where you told
    673:18 the world that one of the explanations for the
    673:19 results in VIGOR was that the Vioxx was causing the
    673:20 heart attacks.  Point to one.
    673:21        A.       We have reviewed a number of the news
    673:22 releases.  My view is that a news release reflects
    673:23 the opinions and perspectives of a company, and in
    673:24 this case it was the opinions and perspectives of
    673:25 our scientists based upon the weight of evidence.
    674: Page 674
    674: 1 We clearly disclosed that there was a difference in
    674: 2 cardiovascular events, and a news release talks
    674: 3 about a company's perspective.


ID:              JW 67404
Page Range:      674:4-674:6

    674: 4        Q.       But you never, ever told the people
    674: 5 that you knew that one of the explanations for VIGOR
    674: 6 was that Vioxx could cause heart attacks; right?


ID:              JW 67408
Page Range:      674:8-674:14

    674: 8                 THE WITNESS:  It was not in the news
    674: 9 releases.  It was clearly, however, widely discussed
    674:10 in the news media and in the scientific circles.
    674:11 BY MR. PLACITELLA:
    674:12        Q.       But, you, Merck, people rely upon you
    674:13 to tell them what you know about your products,
    674:14 don't they?


ID:              JW 67416
Page Range:      674:16-674:25

    674:16                 THE WITNESS:  They rely on the
    674:17 company to provide accurate information about its
    674:18 medicines.
    674:19 BY MR. PLACITELLA:
    674:20        Q.       Yes.
    674:21                 And you, Merck, never told the people
    674:22 taking your products in your public relations
    674:23 material that you were aware that one of the
    674:24 explanations for the results in VIGOR was that Vioxx
    674:25 was causing the heart attacks; right?


ID:              JW 67502
Page Range:      675:2-675:3

    675: 2                 THE WITNESS:  The specific words to
    675: 3 that effect are not reflected in the press releases.


Total Length - 00:54:25

Jan Weiner.txt