District Court
District of Louisiana

FILED DEC 04 2006

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

05 MD 0657

12-01-2006

STANLEY BETHEA,
           PLAINTIFF

CASE NO: 05-6775
L(3)

VS.

MERCK + CO., INC.
           DEFENDANT

## Notice of Appeal

NOTICE IS HEREBY GIVEN THAT STANLEY BETHEA PLAINTIFF IN THE ABOVE NAMED CASE HEREBY APPEAL TO THE SUPERIOR COURT OF APPEALS FROM AN ORDER THAT DENIED PLAINTIFF REMAND OF CASE TO A STATE COURT ON THE 17TH DAY OF NOVEMBER 2006 BY UNITED STATES DISTRICT JUDGE FALLON.

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

Fee Not paid
Process___
X Dktd___
X CtRmDep___
Doc. No.___

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE OF APPEAL WAS SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER ESQ
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

HARRISBURG PA 171
01 DEC 2006 PM 5 T

United States District Court
Eastern District of Louisiana
Clerk of Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

7013043367