```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
                    DECEMBER 7, 2006
ANTHONY WAYNE DEDRICK                          MDL 1657

VERSUS                                         CIVIL ACTION 05-2524

MERCK & CO., INC.                              SECTION:  L
```

### NOTICE FOR REMOVAL OF EXHIBITS

     Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case.  It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

     LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case.  The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records.  If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

     Distributed this 6th day of December, 2006.

                                              GAYLYN M. LAMBERT
                                              CASE MANAGER-SECTION L

     *THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBIT

```
                              ____Fee_____
                              ____Process_____
                              X   Docket_____
                              X   CtRm Dep_____
                              ____Document No._____
```