UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
   *Dedrick v. Merck & Co., Inc.*, 05-2524

## ORDER

Before the Court is the Plaintifff's Motion to Reassert Daubert Motions Previously Considered by the Court (Rec. Doc. 8359).  Specifically, the Plaintiff reasserts the Motion to Exclude the Testimony of Dr. Janet Arrowsmit-Lowe, the Motion to Exclude the Testimony of Dr. Nicholas Flavahan, Ph.D., and the Motion to Exclude Argument or Opinion Testimony that an Increased Risk of Heart Attack Exists Only After 18 Months of Vioxx Use.  For reasons previously stated by the Court, IT IS ORDERED that the Plaintiff's reasserted motions are DENIED.

   New Orleans, Louisiana, this   7th   day of    December   , 2006.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE