MINUTE ENTRY
FALLON, J.
DECEMBER 7, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION             MDL 1657

ANTHONY WAYNE DEDRICK
                                          REF NO. 05-2524
VERSUS
                                          SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON     THURSDAY, DECEMBER 7, 2006, 8:30 am
Case Manager: Gaylyn Lambert          (Continued from 12-6-06)
Court Reporter:  Cathy Pepper and Toni Tusa

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
              Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Defendant's Witnesses:

The video deposition testimony of Dr. Mark Koenig is interrupted.

Dr. Janet Arrowsmith-Lowe - sworn - accepted as expert.

Dr. Mark Koenig - video deposition resumes.  Transcript to be filed into the record.

Dr. William Coltharp - by video deposition.

Court adjourned at 4:53 pm until Friday, December 8, 2006, at 1:30 pm.

JS-10:      6:03