MINUTE ENTRY
FALLON, J.
DECEMBER 8, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION                  MDL 1657

ANTHONY WAYNE DEDRICK
                                             REF NO. 05-2524
VERSUS
                                             SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON        FRIDAY, DECEMBER 8, 2006, 1:30 PM
Case Manager: Gaylyn Lambert              (Continued from 12-7-06)
Court Reporter:  Cathy Pepper and Toni Tusa

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                  Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Defendant's Witnesses:

The video deposition testimony of Dr. William Coltharp is interrupted.

Nicholas Flavahan, Ph.D. - sworn - accepted as expert.


Court adjourned at 5:10 pm until Saturday, December 9, 2006, at 8:00 am.


| JS-10: | 3:00 |
|---|---|