MINUTE ENTRY
FALLON, J.
DECEMBER 9, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION                    MDL 1657

ANTHONY WAYNE DEDRICK
                                            REF NO. 05-2524
VERSUS
                                            SECTION: L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON       SATURDAY, DECEMBER 9, 2006, 8:00 AM
Case Manager: Gaylyn Lambert            (Continued from 12-8-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Defendant's Witnesses:

Dr. Craig B. Pratt - sworn - accepted as expert.

Court adjourned at 11:30 am until Monday, December 11, 2006, at 8:30 am.

JS-10:    3:30