UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Miller v. Merck & Co., Inc., et al.*, 06-5595

## ORDER

The Court has received two letters from the Plaintiff and one letter from Plaintiffs' Liaison Counsel in this matter and issues this order to enter the letters into the record. In the first letter (attached as Exhibit 1), the Plaintiff moves the Court to appoint counsel to represent him. IT IS ORDERED that the Plaintiff's Motion for Appointment of Counsel is DENIED. In the second letter (attached as Exhibit 2 and mailed directly to the Plaintiff), Plaintiffs' Liaison Counsel provides the names of three attorneys in South Dakota that are handling Vioxx cases. The Court advises the Plaintiff to contact these attorneys to discuss representation.

In the third letter (attached as Exhibit 3), the Plaintiff moves the Court to hold all pleadings in abeyance until such time as he is able to locate counsel. IT IS FURTHER ORDERED that the Plaintiff's Motion to hold all pleadings in abeyance is DENIED.

1

New Orleans, Louisiana, this __30th__ day of November, 2006.

                                            UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Gerald Miller
#35867
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170