RECEIVED
NOV - 2 2006
CHAMBERS OF

United States District Court
Eastern District of Loaisiana

In Re:Vioxx
    Products Liability Litigation                 M D L No 1657
                                                                       Section:L

                                                                       Judge Fallon
                                                                       Mag. Judge
This Document Relates To:                      Knowles

Gerald Miller                                S.D.C.v 06-4126
      Plaintiff Pro Se              Motion for Appointment
  Vs                                          of counsel
Merck& Co.,Inc. and
Dr. Eugene Regier.
      Defendants

    Comes Now Gerald Miller Plaintiff Pro Se, and respectfully moves this Court to appoint counsel for the purpose of representing Plaintiff in the above numbered and entitled cause of action a Civil Action for Product Liability of Merck&Co. Inc. regarding Vioxx. Pursuant to 18 U.S.C.3006A. Plaintiff states that the action is meritorious and the issues are complex. Plaintiff due to his indigence is unable to retain counsel and due to incarceration is with out access to a legal library or any one trained in Law to assist in researching and preparing pleadings in this matter.
    Plaintiff believes there exist a compelling and meritorious need for counsel in this matter.

Ex 1

Although there is no coustitutional or statutryright for an indigent to have counsel appointed in a civil case. The Eighth Circuit held"We have in the past acknowledged the express authority of the district court to make such appointments." Nelson v Redfield Lithograph Printing,728f.2d1003(8th cir.1984).

If the Court will not use their discretion to appoint counsel.Plaintiff would ask the pleadings be held in abeyance so that the case will not be summarity dismissed because of some technecality due to Plaintiff's lack of representation and training.

Dated Oct 30-06

Respectfully, Submitted

Gerald Miller

Copy - Retained

Russell Folks 35867

**South Dakota**
**DEPARTMENT OF CORRECTIONS**
**STATE PENITENTIARY**
P. O. Box 5911
Sioux Falls, SD 57117-5911
Address Service Requested

GREAT FACES. GREAT PLACES.

SIOUX FALLS SD 571    $0.39

Judge Fallon; Mag. Judge Knowles
United States District Court
Eastern Division of Louisiana
New Orleans La 70130

70130/3995



**Herman, Herman, Katz & Cotlar, L.L.P.**
Attorneys at Law

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick‡

Stephen J. Herman
Brian D. Katz

Soren E. Gisleson
Joseph E. "Jed" Cain

Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone (504) 581-4892   Facsimile (504) 561-6024
Http://www.hhkc.com
Temporary Office:
Place St. Charles, 201 St. Charles Ave., Suite 4310
New Orleans, Louisiana 70170

* A Professional Law Corporation
‡ Also Admitted in Texas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gerel, LLP

November 28, 2006

**CERTIFIED MAIL RETURN**
**RECEIPT REQUESTED NO. 7006 0810 0001 2450 2079**

Gerald Miller
South Dakota State Penitentiary
ID #35867
Box 5911
Sioux Falls, SD 57117

Re:   **In Re: VIOXX MDL 1657**

Dear Mr. Miller:

Phil Wittmann recently forwarded to us your letter of October 22, 2006. Be advised that Mr. Wittmann's office currently represents the defendant, Merck & Co., Inc.

By Order dated February 28, 2005, I was appointed Plaintiffs' Liaison Counsel in the Vioxx Products Liability Litigation Multi-District Case pending in the United States District Court, Eastern District of Louisiana, MDL No. 1657.

There are presently attorneys in South Dakota that are handling Vioxx matters. The following attorneys are located in South Dakota and we recommend that you contact one of them.

1. Bradley Bonynge, Esq.
   Bonynge Law Firm
   100 S. Spring Ave.
   Suite 140
   Sioux Falls, SD 57104
   PH:   (605) 361-3600

2. Leon J. Vanderlinden, Esq.
   Delaney, Vanderlinden & Delaney
   P.O. Box 615
   Webster, SD 57274
   PH:   (605) 345-3321

Ex 2

Gerald Miller
November 28, 2006
PAGE 2

3. Thomas L. Sannes, Esq.
   Delaney, Vanderlinden & Delaney
   P.O. Box 615
   Webster, SD 57274
   PH:   (605) 345-3321

You should be aware that the Court has established a website where Pre-Trial Orders and certain other Orders have been posted. The Court will update the website on a regular basis. Should you have access to internet, feel free to visit the Court's website located at <http://vioxx.laed.uscourts.gov/Orders/Orders.htm>.

In the future, we recommend that you do not have any further communication directly with Phil Wittmann's office regarding your case. We strongly recommend that you retain a lawyer to represent you and that if any communications need to take place with defense counsel, that the communication take place through your lawyer.

Sincerely,

RUSS M. HERMAN

RMH:lmf
cc:   Phillip Wittmann, Esq.
      Honorable Eldon E. Fallon

United States District Court
Eastern District of Loaisiana

In Re: Vioxx
Product Liability Litigation

M D L No 1657
Section L
Judge Fallon
Mag. Judge Knowles

Gerald Miller
    Plaintiff Pro SE
  vs
Merck& Co. Inc., and
Dr Eugene Regier.
    Defendants

S.D. Civ.no 06-4126
Plea in Abeyance

    Comes Now Gerald Miller , Plaintiff Pro Se, in the above action a Civil Action against Merck& Co. Inc. For Product Liability in marketing Vioxx, and request this Court hold all pleadings regarding his complaint in abeyance until such times as he is able to locate Counsel in this matter.
    Plaintiff is writting to attorneys and diligently seeking representation in this matter. Being incarcerated Plaintiff is with out access to legal material (legal reporters,federal statutes, or assistance from any one trained in Law to assist in pursuing this case).
    Plaintiff believes that in this matter counsel is essential to gurantee that the ends of justice are met,and there exists a compelling and meritorious need for counsel in this matter.
    Where For Plaintiff prays this Honorable Court hold all pleadings in his complaint in abeyance until counsel can be found. The issues are complex and the damage Plaintiff suffered is grevious in this case.



RECEIVED
NOV - 2 2006
CHAMBERS OF
U.S. D
ELDO

E#3

    Plaintiff believes that in this matter counsel is essential to garantee that the ends of justice are met.
    Where For, Plaintiff Gerald Miller, prays this Honorable Court will appoint counsel to represent him in the above action.

Dated 04-30-06          Respectfully Submitted

                                                              Gerald Miller

*Copy - Retained*

Derald Mellon SS867
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
Address Service Requested

South Dakota
GREAT FACES. GREAT PLACES.

SIOUX FALLS SD 571   19:50 10/31

Judge Fallon Mag Judge Knowles
United States District Court
Eastern Division of Louisiana
New Orleans, La 70130

70130/9333