UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**<br><br>*Larry Bauman, et al v. Merck & Co., Inc.,*<br>*Cause No. 05-0562* | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

### PLAINTIFFS' Motion Challenging DEFENDANTS' SEPTEMBER 27, 2006 REDESIGNATION OF DOCUMENTS AS "PRIVILEGED," WITH SUPPORTING MEMORANDUM OF LAW.

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Larry Bauman, Lisa Bauman Tolbertt, Kelly Bauman Mincher, Ernest Charles Bauman, III, and Leslie Lynn Bauman Clay, individually and as Representatives of The Estate of Elise Geneva Bauman, Deceased ("Plaintiffs"), file this Motion Challenging Defendants' September 27, 2006, Redesignation of Documents as "Privileged," and would respectfully show the following:

### I. ARGUMENTS & AUTHORITY

1. Plaintiffs' counsel received the September 27, 2006, letter attached as Exhibit 1 from Kelli Chism Jones of FULBRIGHT & JAWORSKI LLP, counsel for Defendant Merck and Co., Inc. ("Merck"). The letter claims an they "inadvertently produced" and thus caused an "unintentional disclosure" of privileged documents bearing Bates numbers MRK-AFI0018133 through MRK-AFI0018189. Plaintiffs challenge these claim of privilege, particularly since the documents on their face do not indicate any basis for a claim of privilege and, in fact, no privilege is specified in the letter attached as Exhibit 1. See Generally FRCP 26(b)(5).

_____Fee_____
_____Process_____
_X_Dktd_____
_____CtRmDep_____
_____Doc.No._____

2.  Plaintiffs received the documents in question pursuant to an Agreed Protective Order entered in *Larry Lee Bauman, et al. vs. Merck & Co., Inc.;* Cause # A04 CA 707 LY, in the United States District Court, Western District of Texas, Austin Division, which was signed by the Honorable Lee Yeakel, United States District Judge on January 27, 2005. A true copy of said order is attached as Exhibit 2. Under paragraph 15 of said order, Plaintiffs are entitled to retain a copy of the materials in questions while this motion remains pending.

3.  Pursuant to paragraph 16 of said order, the documents in question that are in the possession of Plaintiffs are being filed herewith as a Sealed Document as Exhibit 3.

4.  Plaintiffs may need to take discovery concerning any privilege Merck may assert respecting these documents if, in fact, Merck makes any specific claim of privilege. Plaintiffs are willing to coordinate such discovery with other parties who may have received the same documents.

## II. Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff's respectfully pray that this Motion Challenging Redesignation of Documents as "Privileged" be granted and pray for other appropriate relief.

Respectfully submitted,

Tommy Jacks, TX Bar #10452000
Mark Guerrero, TX Bar #24032377
JACKS LAW FIRM
1205 Rio Grande
Austin, Texas 78701
512-478-4422
512-478-5015 fax

**ATTORNEYS FOR PLAINTIFFS**