UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>*Larry Bauman, et al v. Merck & Co., Inc.,*<br>*Cause No. 05-0562* | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**ORDER GRANTING PLAINTIFFS' REPLY TO DEFENDANTS' SEPTEMBER 27, 2006 REDESIGNATION OF DOCUMENTS AS "PRIVILEGED," WITH SUPPORTING MEMORANDUM OF LAW.**

Plaintiffs, Larry Bauman, et al., file a Motion Challenging Defendant Merck & Co., Inc.'s September 27, 2006, Redesignation of Documents pursuant to the Protective Order signed by the Honorable Lee Yeakel, United States District Judge on January 27, 2005, calling into question Merck's claim that certain documents produced by Merck in discovery were inadvertently and unintentionally produced when they were, in fact, Merck alleged, privileged. Merck's notice letters to the Plaintiffs dated September 26, 2005, January 31, 2006, and September 27, 2006, did not specify any applicable privilege and from an examination of the documents, which were filed under seal by the Plaintiffs in accordance with the Protective Order, there is nothing about the documents that would indicate they fall within any privilege. The Court is of the opinion that Plaintiffs' motion is meritorious and, accordingly, it is hereby ORDERED:

Plaintiffs' Motion Challenging Defendant Merck & Co., Inc.'s September 27, 2006, Redesignation of Documents is hereby GRANTED in all respects. Plaintiffs need not return

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
Doc.No.___

documents in question to Merck and may use them in this litigation in accordance with the Protective Order and applicable law.

SIGNED this _____ day of _____, 2006

_____<br>UNITED STATE DISTRICT JUDGE