```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                      EASTERN DISTRICT OF LA

                                                        2006 DEC -7 AM 10: 15
```

IN RE: VIOXX MARKETING,
SALES PRACTICES AND                §   MDL NO. 1657
PRODUCTS LIABILITY                 §
LITIGATION                         §   SECTION L                LORETTA G. WHYTE
                                   §                                CLERK
                                   §
THIS DOCUMENT RELATES TO:          §   JUDGE ELDON E. FALLON
Norbert Dardar, Individually and on §
Behalf of VIRGINIA DARDAR,         §   MAGISTRATE JUDGE
DECEASED                           §   DANIEL E. KNOWLES, III

Civil Action No: 05-5985
                                         *
* * * * * * * * * * * * * * * * * *

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other. Plaintiff's counsel shall make the necessary changes to party status directly on Lexis/Nexis File + Serve.

IT IS SO ORDERED.

ENTERED this 5th day of December, 2006.

_____
Hon. Eldon Fallon, U.S.D.J.

```
___ Fee_____
___ Process___
 X  Dktd_____
 ✓  CtRmDep___
___ Doc. No___
```