IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>VIRGINIA A. ROGERS,<br>    Plaintiff,<br>vs.<br>MERCK & COMPANY, INC.,<br>    Defendant.<br>2:06cv1463 | MDL No. 1657<br><br>JUDGE FALLON<br><br>MAG. JUDGE<br>KNOWLES |

## NOTICE OF APPEARANCE

Comes now Steven P. Gregory of the Gregory Law Firm, P.C., and hereby notices his appearance for the Plaintiff in the above-referenced action.

DATED:   December 4, 2006

Respectfully submitted,

_____
Steven P. Gregory

OF COUNSEL FOR PLAINTIFF:

GREGORY LAW FIRM, P.C.
46A Mt. Laurel Avenue
Birmingham, AL 35242
205-799-0380 telephone
205-278-8572 telecopier

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Notice of Appearance has been served on Defendant's Liaison Counsel by United States mail and email and on all parties via electronic upload to LexisNexis File & Serve in accordance with pre-trial Order No. 8, this December 4, 2006.