

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO:<br>Civil Action No: 06-0459 | Plaintiff: Mary Ann Sanders<br>JUDGE ELDON E. FALLON |

### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, Brady Edwards, Sandra T. Krider, and Edwards, Burns & Krider, LLP, (collectively referred to as "Movant"), and file this Motion for Withdrawal and Substitution of Counsel for plaintiff Mary Ann Sanders, and respectfully show the Court as follows:

1. Based on information obtained to-date, Movant is unable to continue representing plaintiff in this matter. Accordingly, good cause exists for Movant's withdrawal.

2. Movant respectfully requests this Court grant its withdrawal as counsel of record for plaintiff and substitute Christopher J. Hickey and Brent Coon & Associates as the firm/attorney-in-charge. The address and telephone number for Christopher J. Hickey and Brent Coon & Associates are as follows:

> Christopher J. Hickey
> BRENT COON & ASSOCIATES
> 1220 West Sixth Street, Suite 303
> Cleveland, Ohio 44113
> (216) 241-1872
> (216) 241-1873 (Facsimile)

3. This withdrawal and substitution is not sought for purposes of delay and will not affect the deadlines or trial date in this case.

WHEREFORE, Movant respectfully requests this Court grant its withdrawal as counsel of record for plaintiff and substitute Christopher J. Hickey and Brent Coon as Associates



as the firm/attorney-in-charge for plaintiff.

Respectfully submitted,

*Brady Edwards*

Brady Edwards
Texas Bar No. 00793021
EDWARDS, BURNS & KRIDER, L.L.P.
1000 Louisiana, Suite 1300
Houston, Texas 77002
Phone  713.339.3233
Fax      713.339.2233

*Christopher J. Hickey / Brady Edwards By Permission*

Christopher J. Hickey
BRENT COON & ASSOCIATES
1220 West Sixth Street, Suite 303
Cleveland, Ohio 44113
(216) 241-1872
(216) 241-1873 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on November 2, 2006, he conferred with Merck's counsel, Travis Sales, and Defendant is unopposed to the relief requested herein.

*Brady Edwards*

Brady Edwards

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on all counsel of record via *LexisNexis* on this 2nd day of November, 2006.

*Brady Edwards*

Brady Edwards

2