| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No: 06-0459 | Plaintiff: Mary Ann Sanders<br><br>JUDGE ELDON E. FALLON |

## CONSENT TO WITHDRAWAL AND SUBSTITUTION OF COUNSEL

I, Mary Ann Sanders, hereby consent to the withdrawal of Brady Edwards, Sandra T. Krider, and Edwards, Burns & Krider, L.L.P. as my counsel of record and agree to the substitution of Christopher J. Hickey, BRENT COON & ASSOCIATES, 1220 West Sixth Street, Suite 303, Cleveland, Ohio 44113, (216) 241-1872, (216) 241-1873 (Facsimile) as my new counsel in this matter

_____
Mary Ann Sanders
Plaintiff

11-27-06
_____
Date