FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC 11  AM 7:33
LORETTA G. WHYTE
CLERK

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No: 06-0459 | Plaintiff: Mary Ann Sanders<br><br>JUDGE ELDON E. FALLON |

## ORDER

On _December 7th_, 2006, the Court considered the unopposed Motion of Brady Edwards, Sandra T. Krider, and Edwards, Burns & Krider LLP for an order allowing their withdrawal as counsel of record for plaintiff, Mary Ann Sanders. The Court finds that good cause exists for the withdrawal. It is therefore,

**ORDERED** that Brady Edwards, Sandra T. Krider, and Edwards Burns & Krider LLP are permitted to withdraw as counsel of record for plaintiff; and

**IT IS FURTHER ORDERED** that Christopher J. Hickey and Brent Coon & Associates, 1220 West Sixth Street, Suite 303, Cleveland, Ohio 44113, (216) 241-1872 (Phone), (216) 241-1873 (Facsimile) are permitted to substitute in as the attorney/firm in charge for plaintiff and shall receive all future notices on behalf of plaintiff in this case.

SIGNED on _December 7th_, 2006.

_____
HONORABLE JUDGE PRESIDING

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.