# EXHIBIT  A

# DIRECT

**McAllister Direct**

ID:                    mcallister1

ID:                    MMPla6:5
Page Range:            6:5-6:11

6: 5   Q.    Good morning, Ms. McAllister.  I'm
6: 6 Andy Birchfield.  We met just a moment ago before
6: 7 we started the deposition; is that right?
6: 8   A.    Uh-huh, yes.
6: 9   Q.    Have you ever given a deposition
6:10 before?
6:11   A.    No, I haven't.

ID:                    MMDef6:22
Page Range:            6:22-7:1

6:22   Q.    You're currently employed with Merck;
6:23 is that right?
6:24   A.    Yes, I am currently with Merck.
6:25   Q.    And when were you first employed?
7: Page 7
7: 1   A.    I started with Merck in April 1998.

ID:                    MMPla7:2
Page Range:            7:2-7:14

7: 2   Q.    Okay.  And when you started in April
7: 3 of 1998, what was your position?
7: 4   A.    I was a professional representative.
7: 5   Q.    Okay.  And what's your title now?
7: 6   A.    I'm currently senior vaccine
7: 7 representative.
7: 8   Q.    Tell me what a professional
7: 9 representative does.
7:10   A.    A professional representative presents
7:11 information to the physician, educates them on
7:12 our products and complete and accurate with fair
7:13 balance, everything that's within the product
7:14 label.

ID:                    MMPla8:6
Page Range:            8:6-8:8

8: 6   Q.    It's important that you present the
8: 7 fair and balanced information about a product to
8: 8 the physicians; is that right?

ID:                    MMPla8:10
Page Range:            8:10-8:13

8:10          THE WITNESS:  In my training, that's

McAllister Direct

8:11  how we were trained to always present the
8:12  information on one of our products fair and
8:13  balanced, yeah.


ID:                    MMPla8:15
Page Range:            8:15-8:17

8:15  Q.    And fair and balanced, does that mean
8:16  that you present not only the good stuff about a
8:17  product but also the bad stuff?


ID:                    MMPla8:19
Page Range:            8:19-8:22

8:19       THE WITNESS:  In my experience with
8:20  Merck, I've -- you know, we present the
8:21  information, the benefits of the medication,
8:22  the limitations of the medicine.


ID:                    MMPla8:24
Page Range:            8:24-8:25

8:24  Q.    Okay.  When you say limitations, do
8:25  you mean the risk?


ID:                    MMPla9:2
Page Range:            9:2-9:6

9: 2       THE WITNESS:  Limitations can be as
9: 3  far as the dosing of it, you wouldn't want to
9: 4  overdose on a medicine or maybe a type of
9: 5  patient would not be a candidate for a
9: 6  medication.


ID:                    MMPla9:8
Page Range:            9:8-9:10

9: 8  Q.    Well, would you say that you have a
9: 9  responsibility to the physician to present fair
9:10  and balanced information about a product?


ID:                    MMPla9:12
Page Range:            9:12-9:16

9:12       THE WITNESS:  As a Merck
9:13  representative, I was trained and continually
9:14  trained to present medication, our products
9:15  within the product label and that include our
9:16  approved messages.


Page 2

McAllister Direct

ID:              MMPla9:18
Page Range:      9:18-9:21

   9:18   Q.    Can you answer this question yes or
   9:19 no?  Do you have a responsibility as a Merck
   9:20 representative to present fair and balanced
   9:21 information to a physician on a product?


ID:              MMPla9:23
Page Range:      9:23-10:1

   9:23        THE WITNESS:  I think I've answered,
   9:24   yes, I have a responsibility to present the
   9:25   information completely and accurately within
   10: Page 10
   10: 1   the product label.


ID:              MMPla10:3
Page Range:      10:3-10:15

   10: 3   Q.    And as a Merck representative, is that
   10: 4 a responsibility that you took seriously?
   10: 5   A.    I always take that seriously in my
   10: 6 sales -- discussions with physicians, healthcare
   10: 7 providers.
   10: 8   Q.    And you told us that that includes
   10: 9 taking -- presenting the benefits and the
   10:10 limitations on a product; is that correct?
   10:11   A.    That is correct, as far as presenting
   10:12 them the complete, you know, product circular for
   10:13 a certain medication.
   10:14   Q.    Would the limitations include the side
   10:15 effects and risks associated with a product?


ID:              MMPla10:17
Page Range:      10:17-10:22

   10:17        THE WITNESS:  In presenting
   10:18   information to a physician education, the
   10:19   approved messages are going to be about
   10:20   efficacy but they also included
   10:21   contraindications, warnings, precautions, side
   10:22   effects.


ID:              MMPla10:24
Page Range:      10:24-11:2

   10:24   Q.    When was your first involvement with
   10:25 Vioxx?
   11: Page 11
   11: 1   A.    When it was first launched in the

Page 3

McAllister Direct

11: 2 spring in 1999.


ID:                    MMDef11.03
Page Range:            11:3-11:7

11: 3   Q.    And prior to the product being
11: 4 launched, were you -- were you trained regarding
11: 5 Vioxx?
11: 6   A.    Yes, prior to the launch, we were
11: 7 trained on Vioxx and the disease state.


ID:                    MMDef12.08
Page Range:            12:8-12:24

12: 8   Q.    And so you -- when Vioxx was launched,
12: 9 did you begin at that point talking to doctors
12:10 and physicians about Vioxx?
12:11   A.    Within my scope of responsibilities
12:12 with my products, it wasn't the first product I
12:13 discussed.  It was a secondary responsive
12:14 reactive type product.
12:15   Q.    So you didn't have primary
12:16 responsibility for Vioxx?
12:17   A.    When it was first launched, I did not
12:18 have primary responsibility.
12:19   Q.    Now, sales representatives -- you will
12:20 talk -- you would have several products in your
12:21 bag, so to speak, that you would talk to doctors
12:22 about; is that right?
12:23   A.    At that time, I had several different
12:24 products.


ID:                    MMDef13.06
Page Range:            13:6-13:9

13: 6   Q.    But when Vioxx was first launched in
13: 7 the United States, you did have it in your bag
13: 8 and you would talk to your physicians about the
13: 9 benefits and risks of Vioxx; is that correct?


ID:                    MMDef13.11
Page Range:            13:11-13:13

13:11        THE WITNESS:  When Vioxx was
13:12 launched, I was trained on it and it was part
13:13 of my responsibility in a secondary position.


ID:                    MMPla13:15
Page Range:            13:15-13:19

13:15   Q.    Okay.  And did you start talking to

Page 4

McAllister Direct

13:16 physicians in May of 1999 about Vioxx?
13:17 A.     From my experience, that was a new
13:18 product and, yes, I had discussions with
13:19 physicians regarding Vioxx.


ID:                    MMPla14:21
Page Range:            14:21-15:4

14:21 Q.     Did you keep Vioxx in your bag and
14:22 talking with physicians the entire time that it
14:23 was on the market?
14:24 A.     Yes, in different capacities, I
14:25 carried Vioxx throughout.
15: Page 15
15: 1 Q.     Okay.  So from May of 1999 to
15: 2 September of 2004, day in and day out, you would
15: 3 have discussions with doctors about Vioxx;
15: 4 correct?


ID:                    MMPla15:6
Page Range:            15:6-15:8

15: 6        THE WITNESS:  During my -- my -- as a
15: 7  professional representative, I would have
15: 8  discussions about my products including Vioxx.


ID:                    MMPla15:10
Page Range:            15:10-15:12

15:10 Q.     Okay.  What is your -- what's your
15:11 understanding of the heart attack risk associated
15:12 with Vioxx?


ID:                    MMPla15:14
Page Range:            15:14-15:16

15:14        THE WITNESS:  Merck and myself, I
15:15  have never thought that there was risk
15:16  regarding Vioxx and heart attacks.


ID:                    MMDef15.18
Page Range:            15:18-15:21

15:18 Q.     Okay.  So even today, you say that
15:19 there is -- it's your understanding that there is
15:20 no risk, no heart attack risk associated with
15:21 Vioxx; correct?


ID:                    MMDef15.23
Page Range:            15:23-15:25

Page 5

McAllister Direct

15:23      THE WITNESS:  I don't know.  I
15:24  haven't kept up with the Vioxx but I still
15:25  believe that Vioxx is a safe product.


ID:                    MMPla16:2
Page Range:            16:2-16:5

16: 2   Q.    And I just want to make sure I
16: 3  understood you correctly.  You said that it's
16: 4  your understanding even today that there is no
16: 5  heart attack risk associated with Vioxx?


ID:                    MMPla16:7
Page Range:            16:7-16:16

16: 7      THE WITNESS:  I can only speak for
16: 8  myself and the issues of what happened in
16: 9  September, the APPROVe study came out and Merck
16:10  saw some differences and decided to voluntarily
16:11  remove that after that point, but I personally
16:12  still think Vioxx is a safe product.
16:13 BY MR. BIRCHFIELD:
16:14   Q.    Okay.  See if you can answer this
16:15 question yes or no.  Is there heart attack risk
16:16 associated with Vioxx?


ID:                    MMPla16:19
Page Range:            16:19-16:19

16:19      THE WITNESS:  No, I do not.


ID:                    MMPla16:21
Page Range:            16:21-16:23

16:21   Q.    And have you done any independent
16:22 research regarding Vioxx or do you rely solely on
16:23 what Merck executives tell you about the product?


ID:                    MMPla17:1
Page Range:            17:1-17:4

17: 1      THE WITNESS:  I'm a Merck
17: 2  representative.  I'm not a scientist, you know,
17: 3  I'm not a part of any of the discussions that
17: 4  the scientists have.


ID:                    MMPla17:6
Page Range:            17:6-17:7

McAllister Direct

17: 6   Q.     And well, do you receive information
17: 7 about your products from Merck scientists?


ID:                    MMPla17:9
Page Range:            17:9-17:13

17: 9        THE WITNESS:  I, as a Merck
17:10   representative, receive information via
17:11   bulletins regarding our products and have to
17:12   stay within product circulars as far as how I
17:13   have discussions with physicians.


ID:                    MMPla17:15
Page Range:            17:15-17:17

17:15   Q.     And so you rely on the information
17:16 that's provided to you by others at Merck; is
17:17 that correct?


ID:                    MMPla17:19
Page Range:            17:19-17:24

17:19        THE WITNESS:  As a representative,
17:20   that's how we receive our information is
17:21   through bulletins from whoever is, you know,
17:22   sending them.  I don't know if it's the --
17:23   sometimes it's scientists, marketing,
17:24   regulatory, but we follow the bulletins.


ID:                    MMPla18:1
Page Range:            18:1-18:1

18: 1   Q.     And you rely on that information?


ID:                    MMPla18:3
Page Range:            18:3-18:5

18: 3        THE WITNESS:  As a Merck employee,
18: 4   yes, I -- I'm a conscientious employee and I
18: 5   follow the bulletins.


ID:                    MMPla18:13
Page Range:            18:13-18:15

18:13   Q.     You rely on the information that you
18:14 receive from Merck about your products; correct?
18:15   A.     I trust --


ID:                    MMPla18:17

Page 7

McAllister Direct

Page Range:            18:17-18:18

18:17        THE WITNESS:  I trust the information
18:18    that I receive from Merck regarding products.


ID:                MMPla18:25
Page Range:            18:25-19:11

18:25   Q.    Do you rely on the information that
19: Page 19
19: 1 you get from Merck to guide your discussions with
19: 2 doctors?
19: 3   A.    Well, as I say, I get the bulletins
19: 4 from Merck and that's the direction that I go
19: 5 with because we have to stay within the product
19: 6 label and when we have discussions with Merck --
19: 7 with physicians.
19: 8   Q.    When you are -- when you're selling
19: 9 your product, do you limit the information that
19:10 you talk to doctors about to what you receive
19:11 from Merck?


ID:                MMPla19:13
Page Range:            19:13-19:21

19:13        THE WITNESS:  When I have discussions
19:14    with physicians regarding our Merck products, I
19:15    follow what has been issued in bulletins and I
19:16    stay within the product circular to give
19:17    complete accurate information that's either on
19:18    the label or consistent with the label.  If a
19:19    doctor asks about something that is off the
19:20    label, we have the professional information
19:21    requests, PIR.


ID:                MMPla19:23
Page Range:            19:23-20:8

19:23   Q.    It's important that -- that the
19:24 information that you get from Merck about your
19:25 products be accurate; right?
20: Page 20
20: 1   A.    Yes.  It should be accurate
20: 2 information within the product circular that
20: 3 should always be -- I should always be accurate
20: 4 about the product circular.
20: 5   Q.    And if there are serious risks
20: 6 associated with the drug, it's important that you
20: 7 as a Merck representative know about that
20: 8 information; is that correct?


ID:                MMPla20:10

McAllister Direct

Page Range:          20:10-20:14

20:10        THE WITNESS: As a Merck
20:11   representative, I always try to bring up the
20:12   limitations of a product, whether it was, you
20:13   know, down the list of contraindications,
20:14   warnings, precautions, side effects.


ID:                      MMPla20:16
Page Range:          20:16-20:18

20:16   Q.      It's important that you -- that you
20:17 have accurate information about the risks
20:18 associated with a drug; right?


ID:                      MMPla20:20
Page Range:          20:20-20:23

20:20        THE WITNESS: I truly believe that I
20:21   should always have the correct information
20:22   regarding our product, product label and
20:23   disseminate that information to the physicians.


ID:                      MMPla20:25
Page Range:          20:25-21:1

20:25   Q.      And the -- and the physicians rely on
21: Page 21
21: 1 you as a Merck representative to be truthful?


ID:                      MMPla21:3
Page Range:          21:3-21:9

21: 3        THE WITNESS: The physicians see us
21: 4   as one of the resources to get information, and
21: 5   yes, they do see us as one of those resources
21: 6   and I personally see myself as a resource and I
21: 7   want to always be trustworthy to them to give
21: 8   them the information completely about the
21: 9   prescribing information.


ID:                      MMDef21:19
Page Range:          21:19-22:1

21:19   Q.      And you have -- you've received
21:20 training, extensive training from Merck; correct?
21:21   A.      I've had many different training
21:22 classes regarding our products and disease
21:23 states.
21:24   Q.      And you've received -- you've received
21:25 extensive training about sales techniques from

Page 9

McAllister Direct

22: Page 22
22: 1 Merck; correct?

ID:                      MMDef22:3
Page Range:              22:3-22:5

22: 3       THE WITNESS:  I've had training
22: 4   regarding disease state, our products and ways
22: 5   of engaging with the physician.

ID:                      MMDef22:07
Page Range:              22:7-22:12

22: 7    Q.     Have you had sales training from
22: 8 Merck?
22: 9    A.     I've had training on how to have
22:10 interactions with physicians as far as how to
22:11 disseminate the information and interact with the
22:12 physician.

ID:                      MMPla25:13
Page Range:              25:13-25:19

25:13 BY MR. BIRCHFIELD:
25:14    Q.     And would you consider a heart attack
25:15 risk or the risk -- an increased risk of heart
25:16 attacks, would you see that as a serious side
25:17 effect?
25:18    A.     Well, hypothetically speaking, that's
25:19 something that you would not want.

ID:                      MMPla26:7
Page Range:              26:7-26:7

26: 7       THE WITNESS:  Repeat the question.

ID:                      MMPla26:9
Page Range:              26:9-26:12

26: 9    Q.     If one of your products significantly
26:10 increases the risk of heart attacks, that's
26:11 something that you would want to educate your
26:12 doctors about; right?

ID:                      MMPla26:14
Page Range:              26:14-26:19

26:14       THE WITNESS:  I haven't had that
26:15 experience, and so, I probably would want to
26:16 hear what our Merck scientists had to say

McAllister Direct

26:17  because in the context that you're presenting
26:18  it, I would want all the information as far as
26:19  from Merck to talk to physicians.

ID:                    MMPla26:21
Page Range:            26:21-26:25

26:21  Q.    Okay.  Well, if Merck scientists knew
26:22  that one of your products significantly increased
26:23  the risk of heart attacks, that's something that
26:24  you would want to educate your doctors about;
26:25  right?

ID:                    MMPla27:2
Page Range:            27:2-27:3

27:2        THE WITNESS:  I would want all the
27:3   information to discuss with physicians.

ID:                    MMDef27.05
Page Range:            27:5-27:13

27:5   Q.    Well, including heart attack risk,
27:6   that would be one you'd want to talk to?
27:7   A.    Limitations, benefits, the whole thing
27:8   within the product label.  I mean, FDA regulates
27:9   everything that we do and I have to stay by what
27:10  the FDA regulates.
27:11  Q.    It's safe to say that you never, never
27:12  ever discussed heart attack risk associated with
27:13  Vioxx with a doctor; correct?

ID:                    MMDef27:15
Page Range:            27:15-27:16

27:15       THE WITNESS:  Can you put that in a
27:16  time frame?

ID:                    MMPla27:18
Page Range:            27:18-28:7

27:18  Q.    You never ever told a doctor that
27:19  there is a potential increased risk of heart
27:20  attack associated with Vioxx?
27:21  A.    No, I did not ever mention there was
27:22  increased risk of heart attack.
27:23  Q.    And so from May of 1999 to September
27:24  30th, 2004, day in and day out, you were talking
27:25  to doctors about Vioxx; correct?
28: Page 28
28: 1  A.    Yes, I had discussions regarding

Page 11

McAllister Direct

28: 2 Vioxx.
28: 3   Q.    And never in any of those discussions
28: 4 did you ever tell a doctor that there's a
28: 5 potential increased risk of heart attacks with
28: 6 Vioxx?
28: 7   A.    No, I did not.


ID:                     MMDef30:01
Page Range:             30:1-30:3

30: 1   Q.    And in fact, your job, part of your
30: 2 job was to convince doctors that there was not an
30: 3 increased risk of heart attack with Vioxx?


ID:                     MMDef30:05
Page Range:             30:5-30:8

30: 5        THE WITNESS:  As a representative, my
30: 6 job, my responsibility was to talk to the
30: 7 physicians about the benefits and limitations
30: 8 of Vioxx.


ID:                     MMPla30:10
Page Range:             30:10-30:12

30:10   Q.    Yes or no, did your job include
30:11 convincing doctors that there was no increased
30:12 risk of heart attack with Vioxx?


ID:                     MMPla30:15
Page Range:             30:15-30:17

30:15        THE WITNESS:  I think that's -- like
30:16 I said, my job is to discuss the product within
30:17 the product circular.


ID:                     MMPla30:19
Page Range:             30:19-30:20

30:19   Q.    So you can't answer that question yes
30:20 or no?


ID:                     MMPla30:24
Page Range:             30:24-31:3

30:24   Q.    Can you answer this question yes or
30:25 no? Part of your training in your job as a Merck
31: Page 31
31: 1 representative was to convince doctors that there
31: 2 was no increased risk of heart attack associated

McAllister Direct

31: 3 with Vioxx?

ID:              MMPla31:6
Page Range:      31:6-31:21

31: 6        THE WITNESS:  Like I said, I'm not
31: 7   out there to convince doctors.  I'm out to
31: 8   educate physicians about the products.
31: 9 BY MR. BIRCHFIELD:
31:10   Q.     Well, after the VIGOR study -- you're
31:11 familiar with the VIGOR study; is that right?
31:12   A.     Yes, I am.
31:13   Q.     The VIGOR study showed a five fold
31:14 increase in heart attacks with Vioxx versus
31:15 naproxen; correct?
31:16   A.     The VIGOR study came up with -- there
31:17 was increased numbers of cardiac events with the
31:18 Vioxx versus naproxen.
31:19   Q.     Was there a five fold increase in
31:20 heart attacks between Vioxx and naproxen in
31:21 VIGOR?

ID:              MMPla31:23
Page Range:      31:23-31:25

31:23        THE WITNESS:  I can't remember the
31:24   specific number, I just know that there was an
31:25   increased number.

ID:              MMPla32:2
Page Range:      32:2-32:4

32: 2   Q.     Was there a significant difference in
32: 3 the heart attack rate Vioxx versus naproxen in
32: 4 the VIGOR study?

ID:              MMPla32:6
Page Range:      32:6-32:12

32: 6        THE WITNESS:  I don't recall if it
32: 7   was a significant -- I just don't remember the
32: 8   specifics.
32: 9 BY MR. BIRCHFIELD:
32:10   Q.     Tell me what you remember about the
32:11 VIGOR study as it pertains to heart attack risk
32:12 in Vioxx.

ID:              MMPla32:14
Page Range:      32:14-32:22

32:14        THE WITNESS:  The VIGOR study was a

Page 13

McAllister Direct

32:15   GI outcome study and it did show -- it did
32:16   further prove the -- what the scientists
32:17   believed that Vioxx was going to be safer on
32:18   the stomach.  There was also findings that the
32:19   cardiac event number was higher with Vioxx
32:20   versus naproxen but at the same time, we got
32:21   all this information in a bulletin when it was
32:22   published in 2000.

ID:                    MMPla32:24
Page Range:            32:24-33:9

32:24   Q.     Okay.  A bulletin from Merck?
32:25   A.     Merck bulletin that there was an
33: Page 33
33: 1   explanation for that.
33: 2   Q.     And what was the explanation that
33: 3   Merck gave you?
33: 4   A.     The scientists, after studying the
33: 5   information, their scientific judgment on this
33: 6   was that naproxen had cardio protective qualities
33: 7   and that was the reason why.
33: 8   Q.     And so what did you do with that
33: 9   information?

ID:                    MMPla33:11
Page Range:            33:11-33:14

33:11           THE WITNESS:  Well, the bulletin,
33:12   from what I can remember, that part of it was
33:13   background information for background use only
33:14   not to disseminate to physicians.

ID:                    MMPla33:16
Page Range:            33:16-33:19

33:16   Q.     While you were in the doctor's office
33:17   following the VIGOR study, were you ever asked by
33:18   a physician, wasn't there an increased risk in
33:19   heart attack seen in the VIGOR study?

ID:                    MMPla33:22
Page Range:            33:22-35:1

33:22   Q.     Was that issue ever raised?
33:23   A.     The time frame from when it was first
33:24   published and after?
33:25   Q.     At any point.
34: Page 34
34: 1   A.     Well, I'll talk about when it was
34: 2   first published because it was not part of our
34: 3   product label and depending on the time and

Page 14

McAllister Direct

34: 4 when -- what bulletin, the direction that we had,
34: 5 we could give an oral statement in questions in
34: 6 regards to if they had heard something because it
34: 7 was very much out there.  It was in the press
34: 8 reports.  It was in the Celebrex representatives
34: 9 talking about it.  Merck had press releases.  I
34:10 mean, there was just -- there was a lot of
34:11 information about it so we did get questions, but
34:12 there was a way of addressing this.
34:13             The first was to have an oral
34:14 statement and it just depended on the time if we
34:15 could give specific rates, and then if they
34:16 wanted information that was within the label, we
34:17 could address it by the OA studies, our CV card
34:18 talked about that, that was in our label
34:19 information, or -- and/or you could submit a PIR
34:20 regarding VIGOR.
34:21   Q.     Well, did you ever have a doctor ask
34:22 you about the VIGOR study?
34:23   A.     I mean, yeah.  I mean, I remember it
34:24 was a big topic of discussion.
34:25   Q.     And so what did you tell them was the
35: Page 35
35: 1 explanation for the difference in heart attacks?


ID:                     MMPla35:3
Page Range:          35:3-35:14

35: 3             THE WITNESS:  Because it was not part
35: 4 of our product label and we are trained, we are
35: 5 expected, because we're regulated by policies,
35: 6 that I followed the bulletin that was in place
35: 7 and pretty much was -- you didn't -- didn't,
35: 8 you know, duck it or anything.  You had an oral
35: 9 statement to say, yes, you must be talking
35:10 about Vioxx -- I mean VIGOR and then we either
35:11 proceeded to show them the CV card with on
35:12 label information with our OA studies or --
35:13 and/or if they wanted more information about
35:14 VIGOR, we could submit a PIR.


ID:                     MMPla35:16
Page Range:          35:16-36:5

35:16   Q.     And you've mentioned the CV card
35:17 several times.  Was that a sales -- a sales aid
35:18 piece?
35:19   A.     It was considered one of our pieces
35:20 with approved messages regarding if a physician
35:21 brought up CV questions, that we could use that.
35:22   Q.     All right.  Let me show you what's
35:23 marked as plaintiff's Exhibit P 1.0008.
35:24             Do you recognize that as a copy
35:25 of the CV card that you're talking about?

McAllister Direct

36: Page 36
36: 1   A.     Yes, it is.
36: 2   Q.     And the purpose of this sales aid was
36: 3 for you to use visiting with a doctor to allay
36: 4 any of his fears, to put aside any of his fears
36: 5 about Vioxx causing heart attacks; is that right?


ID:                         MMPla36:7
Page Range:                 36:7-36:10

36: 7          THE WITNESS:  Well, this piece was
36: 8 given to us as far as responding to questions
36: 9 they had regarding Vioxx with information that
36:10 was actually consistent with our product label.


ID:                         MMPla36:12
Page Range:                 36:12-36:15

36:12   Q.     And did you use this -- this piece,
36:13 this CV card in a way to convince doctors that
36:14 there was no increased risk of heart attack with
36:15 Vioxx?


ID:                         MMPla36:18
Page Range:                 36:18-37:3

36:18          THE WITNESS:  I use this as a
36:19 representative to have a discussion about,
36:20 let's talk about what we can -- I can discuss
36:21 with you as a representative, what I'm allowed
36:22 to talk to you within the product circular
36:23 because these are from studies from our product
36:24 circular to keep things in context as far as,
36:25 you know, I can talk about this.  If this
37: Page 37
37: 1 doesn't address what you're looking for, I can
37: 2 submit a PIR because the VIGOR study is not
37: 3 part of our label.


ID:                         MMDef37.05
Page Range:                 37:5-37:16

37: 5   Q.     And did you have doctors ask for a
37: 6 PIR?
37: 7   A.     I would think that I did.
37: 8   Q.     Tell the jury that what a PIR is.
37: 9   A.     A PIR stands for professional
37:10 information request and it's an unsolicited
37:11 request from a physician about a topic that's not
37:12 part of our product label.
37:13   Q.     And the PIR that was designed by Merck
37:14 to respond to the cardiovascular or the heart

Page 16

McAllister Direct

37:15 attack risk in VIGOR, do you know -- did you ever
37:16 see that, that PIR response?


ID:                    MMDef37.18
Page Range:            37:18-37:24

37:18        THE WITNESS:  I don't know, you know,
37:19   they only come across electronically and I
37:20   can't remember for certain if I looked at it.
37:21   Most likely, I looked at it because I like to
37:22   see what was being sent to my physicians but
37:23   the policy's that we delete PIRs within 60
37:24   days.


ID:                    MMDef38:1
Page Range:            38:1-38:4

38: 1   Q.     Well, following the VIGOR study, you
38: 2   said that there were press releases and you said
38: 3   that there were Celebrex representatives talking
38: 4   to doctors about the heart attack risk; right?


ID:                    MMDef38:6
Page Range:            38:6-38:8

38: 6        THE WITNESS:  Well, the information
38: 7   was out there regarding VIGOR as far as the
38: 8   whole aspect of the study.


ID:                    MMDef38:10
Page Range:            38:10-38:18

38:10   Q.   Okay.
38:11   A.     You know, the benefit that it showed
38:12   and then also the findings with cardiac --
38:13   cardiovascular.
38:14   Q.     All right.  Do this for me, let's say
38:15   that I'm -- that you're visiting a doctor and he
38:16   says, what about the heart attack risk associated
38:17   with Vioxx?  Tell the jury what you would say to
38:18   him.


ID:                    MMPla38:20
Page Range:            38:20-39:8

38:20        THE WITNESS:  I would ask the
38:21   physician, are you referring to the VIGOR
38:22   study, and depending on at that time -- the
38:23   time frame before it was part of our label, I
38:24   could give an oral statement as far as the
38:25   event, the numbers of event or maybe the

McAllister Direct

39: Page 39
39: 1    percentage, I think is how it was.  I'm not a
39: 2    hundred percent sure as far as, you know,
39: 3    each -- it just changed over time is all I can
39: 4    remember on that, and then we can also say,
39: 5    well, I can talk to you about cardiovascular
39: 6    information in our PI with this CV card and if
39: 7    they still wanted information regarding VIGOR
39: 8    that I could submit a PIR.


ID:                    MMPla39:10
Page Range:            39:10-39:11

    39:10   Q.    And so that's what you told the
    39:11 doctors?


ID:                    MMPla39:13
Page Range:            39:13-39:15

    39:13          THE WITNESS:  Yes.  That's how I
    39:14 would handle that if a physician brought up
    39:15 that subject.


ID:                    MMDef39:17
Page Range:            39:17-39:21

    39:17   Q.    If a physician said -- looks at you as
    39:18 the representative of Merck and the person who
    39:19 has gained his trust in visiting his office and
    39:20 he asked you, is there a heart attack risk with
    39:21 Vioxx, what do you say?


ID:                    MMDef39:23
Page Range:            39:23-40:12

    39:23          THE WITNESS:  Like I said, the
    39:24 previous question, yes, the same answer would
    39:25 be, are you talking about the VIGOR study, and
    40: Page 40
    40: 1 that's what they would be talking about and,
    40: 2 you know, as a Merck representative based on
    40: 3 policy and bulletins, I had, you know -- had a
    40: 4 pretty limited amount of what I could go into
    40: 5 because of being what's on product circular and
    40: 6 what's not on product circular.  So again, they
    40: 7 get an oral statement about VIGOR about the
    40: 8 numbers that I would be able to go into the CV
    40: 9 card because it was on the label which is what
    40:10 I can discuss and if they wanted further
    40:11 information on VIGOR, I would gladly send out a
    40:12 PIR.

Page 18

McAllister Direct

ID:                MMPla40:13
Page Range:        40:13-40:16

40:13 BY MR. BIRCHFIELD:
40:14  Q.    All right.  So all of the information
40:15 that's included in the CV card was also included
40:16 in the product label; is that what you're saying?

ID:                MMPla40:18
Page Range:        40:18-40:21

40:18        THE WITNESS:  It was part of --
40:19 consistent with the product label, the OA
40:20 studies that were part of the OA studies that
40:21 were in product circular.

ID:                MMPla40:23
Page Range:        40:23-41:6

40:23  Q.    All right.  Let's look at the first
40:24 page of the CV card.  This is the CV card, this
40:25 plaintiff's Exhibit 8; is that right?
41: Page 41
41: 1  A.    Uh-huh (affirmative response).
41: 2  Q.    Okay.
41: 3  A.    Yes.
41: 4  Q.    And the first page of that card, it
41: 5 lists the base line cardiovascular
41: 6 characteristics; is that right?

ID:                MMPla41:9
Page Range:        41:9-41:17

41: 9        MR. BIRCHFIELD:  Yes.  I mean you've
41:10  got the cover page and then the first page of
41:11  the material.
41:12 BY MR. BIRCHFIELD:
41:13  Q.    Do you see that?
41:14  A.    Yes, I do.
41:15  Q.    And it has the -- is that the base
41:16 line cardiovascular characteristics of those OA
41:17 studies that you're talking about?

ID:                MMPla41:19
Page Range:        41:19-42:13

41:19        THE WITNESS:  It's been a while since
41:20  I've looked at this so, I mean, from reading
41:21  the chart and information that's present, these
41:22  were -- these were the patients had a base
41:23  line.

Page 19

McAllister Direct

41:24 BY MR. BIRCHFIELD:
41:25  Q.     And it has hypertension 39 percent;
42: Page 42
42: 1 right?
42: 2  A.     Yes.
42: 3  Q.     Do you know how that compared to the
42: 4 hypertension population in the VIGOR study?
42: 5  A.     No, I do not.
42: 6  Q.     And then it has hypercholesterolemia
42: 7 11 percent; right?
42: 8  A.     Uh-huh (affirmative response).
42: 9  Q.     And then smoker 14 percent, do you see
42:10 that?
42:11  A.     Yeah.
42:12  Q.     Diabetes, seven percent.  All of these
42:13 are cardiovascular risk factors; right?


ID:                    MMPla42:15
Page Range:            42:15-43:10


42:15       THE WITNESS:  I don't -- I mean, I
42:16 don't know that they're risk factors or not.
42:17 As far as, I mean, within the context of the
42:18 study, how the study was developed.
42:19 BY MR. BIRCHFIELD:
42:20  Q.     Do you know one way or another whether
42:21 hypertension is a cardiovascular risk factor?
42:22  A.     From my knowledge of selling
42:23 cardiovascular products, yeah, hypertension is a
42:24 risk factor.
42:25  Q.     And what about hypercholesterolemia?
43: Page 43
43: 1  A.     Yes, it would be.
43: 2  Q.     And diabetes?
43: 3  A.     Yes, it would be.
43: 4  Q.     And then history of angina coronary
43: 5 artery disease; right?
43: 6  A.     Uh-huh (affirmative response).
43: 7  Q.     And this has five percent of the
43: 8 population in the OA studies had a history of
43: 9 angina and coronary artery disease; correct?
43:10  A.     Yes.


ID:                    MMPla43:25
Page Range:            43:25-44:12


43:25  Q.     Then we have a history of myocardial
44: Page 44
44: 1 infarction.  Is that another word for heart
44: 2 attack?
44: 3  A.     Yes, it is.
44: 4  Q.     And then three percent of the
44: 5 population in the OA studies had a history of
44: 6 heart attack; right?

McAllister Direct

44: 7  A.    Excuse me?
44: 8  Q.    Had a history of heart attacks?
44: 9  A.    From what this says, yes.
44:10  Q.    What about in the VIGOR study?  What
44:11 percentage of the people in the VIGOR study had a
44:12 history of heart attacks?


ID:              MMPla44:14
Page Range:      44:14-45:1

44:14        THE WITNESS:  I don't have it in
44:15  front of me.  I'd have to look at it.
44:16 BY MR. BIRCHFIELD:
44:17  Q.    And then the last category is
44:18 congestive heart failure, one percent; correct?
44:19  A.    Yes.
44:20  Q.    And then we see just below that the
44:21 mean age is 63 years?
44:22  A.    Uh-huh (affirmative response).
44:23  Q.    Is that correct?
44:24  A.    Yes.
44:25  Q.    What was the mean age in the VIGOR
45: Page 45
45: 1 study?


ID:              MMPla45:3
Page Range:      45:3-45:4

45: 3        THE WITNESS:  I'd have to look at the
45: 4  study.  I don't remember.


ID:              MMPla45:6
Page Range:      45:6-45:7

45: 6  Q.    And you talked to doctors about the
45: 7 VIGOR study, though; right?


ID:              MMPla45:9
Page Range:      45:9-45:11

45: 9        THE WITNESS:  I talked to doctors
45:10  regarding VIGOR once it became part of our
45:11  product label.


ID:              MMPla45:13
Page Range:      45:13-45:19

45:13  Q.    And when was that?
45:14  A.    Well, it was in the spring of 2002.
45:15  Q.    April 2002, does that sound right?
45:16  A.    2002.

McAllister Direct

45:17   Q.    And but you don't remember the age or
45:18 the mean age in the VIGOR study?
45:19   A.    I don't remember right now.


ID:                    MMPla46:17
Page Range:            46:17-47:18


46:17   Q.    Is there -- is there any mention of a
46:18 heart attack risk there?
46:19   A.    As far as under selected safety
46:20 information?
46:21   Q.    Yes.
46:22   A.    Is that right?  No, there's not.
46:23   Q.    Okay.  Is there any mention of a
46:24 stroke risk?
46:25   A.    No, there's not.
47: Page 47
47: 1   Q.    Is there any mention of a concern
47: 2 about Vioxx being prothrombotic?
47: 3   A.    No, there's not.
47: 4   Q.    And do you know what prothrombotic
47: 5 means?
47: 6   A.    Yes, I do.
47: 7   Q.    Tell the jury what prothrombotic
47: 8 means.
47: 9   A.    Well, it just means that -- I mean,
47:10 from what I -- from what I understand, like
47:11 aspirin is cardio protective, has no effect on,
47:12 you know, platelets and that type of thing.  I
47:13 mean, I'm not a doctor so...
47:14   Q.    Prothrombotic, does that mean like it
47:15 would cause a clot?
47:16   A.    I would think so, yeah.
47:17   Q.    Were you ever told by anybody at Merck
47:18 whether or not Vioxx could be prothrombotic?


ID:                    MMPla47:20
Page Range:            47:20-47:21


47:20         THE WITNESS:  No, I don't think I was
47:21   told that.


ID:                    MMPla47:23
Page Range:            47:23-47:25


47:23   Q.    So if the Merck scientists knew that
47:24 Vioxx could be prothrombotic, they never conveyed
47:25 that information to you; correct?


ID:                    MMPla48:2
Page Range:            48:2-48:9

McAllister Direct

48: 2        THE WITNESS:  The information that
48: 3  was conveyed to us was, like I said, we got the
48: 4  information on VIGOR and they also included in
48: 5  the background information that the difference
48: 6  was because of the naproxen being
48: 7  cardioprotective and that was -- that was their
48: 8  conclusion and they're scientists and I believe
48: 9  them.


ID:                    MMPla48:11
Page Range:            48:11-48:14


48:11  Q.     If the Merck scientists told you that
48:12  Vioxx could increase the risk of heart attacks,
48:13  is that something that you would tell the doctors
48:14  that trust you?


ID:                    MMPla48:16
Page Range:            48:16-48:23


48:16        THE WITNESS:  Well, the scientists,
48:17  from my experience and the information that I
48:18  received, that that was not -- it wasn't a risk
48:19  for getting heart attack or being
48:20  prothrombotic.  So, you know, it's kind of a --
48:21  that was not information that was given to us.
48:22  It was not what they believed.  It's not what I
48:23  believe.  So...


ID:                    MMPla48:25
Page Range:            48:25-49:4


48:25  Q.     But that's -- if a drug significantly
49: Page 49
49: 1  increases the risk of heart attack, I mean,
49: 2  that's important information for a doctor to know
49: 3  when he's making a decision about prescribing a
49: 4  drug; do you agree with that?


ID:                    MMPla49:6
Page Range:            49:6-50:3


49: 6        THE WITNESS:  Well, in the context of
49: 7  any product that's out there anywhere in the
49: 8  world, if there is a -- it's substantiated with
49: 9  studies and I would hope that Merck would say,
49:10  you know, based on their scientific judgment,
49:11  if that was the case, yes.  But in this case
49:12  that we're talking about, the scientists --
49:13  their conclusion was this was a great drug.
49:14  The benefits were phenomenal and the cardiac
49:15  protection that was seen with naproxen was the

McAllister Direct

49:16  reason for the difference.
49:17 BY MR. BIRCHFIELD:
49:18  Q.     At least that's what they were telling
49:19 you; correct?
49:20  A.     And I believe them.
49:21  Q.     That's what they were telling you?
49:22  A.     Their scientific information.  Their
49:23 conclusions, that's what their conclusions were.
49:24 That was issued into the bulletin.
49:25  Q.     And they were telling you that the
50: Page 50
50: 1 heart attack risk, the difference seen in VIGOR
50: 2 was explained because naproxen protects the
50: 3 heart; right?


ID:                    MMPla50:5
Page Range:            50:5-50:13

50: 5          THE WITNESS:  The way that, you know,
50: 6  the bulletin was written, from what I can
50: 7  recall, was that the reason why there was a
50: 8  difference in event numbers was because of the
50: 9  cardio protective qualities of naproxen.
50:10 BY MR. BIRCHFIELD:
50:11  Q.     Well, besides bulletins, you get
50:12 information from Merck executives in other ways;
50:13 right?


ID:                    MMPla50:15
Page Range:            50:15-50:19

50:15          THE WITNESS:  No, bulletins are
50:16  pretty much the way that we receive
50:17  information.  We might get voice mails but
50:18  bulletins are -- they're sent out to us and
50:19  that's what we follow.


ID:                    MMPla50:21
Page Range:            50:21-51:6

50:21  Q.     And voice mails, I mean, a Merck
50:22 executive has the capability of issuing a
50:23 voicemail that goes to all the sales reps for
50:24 Merck; correct?
50:25  A.     After Merck legal reviews everything.
51: Page 51
51: 1  Q.     And do you remember getting a
51: 2 voicemail message from David Anstice about Vioxx?
51: 3  A.     I don't remember getting a specific --
51: 4 I don't remember specific voice mails back then.
51: 5  Q.     All right.  Now, you receive training
51: 6 on how to use sales pieces; correct?

McAllister Direct

ID:                    MMPla51:8
Page Range:            51:8-51:23

51: 8        THE WITNESS:  We had training on
51: 9   pieces that had the approved messages on our
51:10   products.
51:11 BY MR. BIRCHFIELD:
51:12   Q.    And would you have sales meetings
51:13 where you would receive training on how to use
51:14 sales pieces like the CV card?
51:15   A.    We had district regional meetings
51:16 where we would discuss not -- it wasn't just --
51:17 you know, we had a lot of things to go over, but
51:18 a lot of times, we had -- if we had a new piece
51:19 from our marketing team that we would go over it.
51:20   Q.    What does a 2S '01 mean?  Tell me what
51:21 that is.
51:22   A.    2S, second semester meeting of 2001, I
51:23 guess.


ID:                    MMDef51.24
Page Range:            51:24-52:18

51:24   Q.    So would you have -- each semester,
51:25 would the sales representatives have meetings to
52: Page 52
52: 1 discuss various issues?
52: 2   A.    I think for the most part, we had
52: 3 usually two meetings a year.
52: 4   Q.    And where would those meetings be
52: 5 held?
52: 6   A.    The first meeting in the beginning of
52: 7 the year was usually a larger group so I know
52: 8 when I was in Tennessee, we had meetings in
52: 9 Atlanta because it was a central point.  In
52:10 Oklahoma, Tulsa or Dallas, you know, a place that
52:11 was close to where the majority of people could
52:12 fly into.
52:13   Q.    All right.  I want to show you --
52:14 well, at these training meetings, would you have
52:15 videos that were shown to the sales
52:16 representatives?
52:17   A.    There were some times that some videos
52:18 but it wasn't a common occurrence.


ID:                    MMPla53:7
Page Range:            53:7-53:12

53: 7   Q.    All right.  I want to show you a video
53: 8 that was used at the sales meetings in the second
53: 9 semester of '01 and I want you to watch this
53:10 video and then I'll ask you some questions about
53:11 it; okay?

Page 25

McAllister Direct

53:12   A.   Okay.


ID:                        McAllister 9.27.06 Clip 108.1
Page Range:        291:9-291:9


291: 9   approximately 16:30.  We're off the record.


ID:                        MMPla53:20
Page Range:        53:20-55:16

53:20   Q.   On the video that was just shown, it
53:21 talked about obstacles.  Will you tell the jury
53:22 in terms of Merck sales, what are obstacles?
53:23   A.   Well, obstacles as far as how Merck
53:24 sees them, I think most people think of as a wall
53:25 that, you know, you can't get through and -- but
54: Page 54
54: 1 it's more of an issue or a concern or question
54: 2 that a physician has on one of our products and
54: 3 the way that, you know, I've handled it was to
54: 4 reconfirm what they're saying to make sure that
54: 5 we're on the same page, that we're talking about
54: 6 the same issue or whatever, and then, you know,
54: 7 the information that I have at hand that was in
54: 8 the product label, to go over that to make sure
54: 9 that he understood or she understood, you know --
54:10 addressed that and then, you know, did I answer
54:11 your questions and if yes, then, you know, go on
54:12 to another subject or if it was something that
54:13 was beyond the scope of PI, then I could offer to
54:14 submit a PIR.  But it was -- it was to address a
54:15 concern.  It wasn't -- it was to really say, you
54:16 know, what are your issues.  You know, let's talk
54:17 about it so we can all -- you know, have an equal
54:18 understanding.
54:19   Q.   So an obstacle would be like a concern
54:20 that a physician or a doctor would raise;
54:21 correct?
54:22   A.   Yeah, a concern, yeah, question, you
54:23 know, it's anything that they were -- you know, I
54:24 want to know more about this.
54:25   Q.   And it's important to address that
55: Page 55
55: 1 concern head on; right?
55: 2   A.   Absolutely.  I mean, that's part of,
55: 3 you know, my job.  I take it seriously, that --
55: 4 if there's something that they need to know, I
55: 5 want to be able to tell them within the scope of
55: 6 what I can do, you know, what the FDA allows me
55: 7 to do.
55: 8   Q.   So you would want to answer their
55: 9 concern and make sure they have a clear answer to
55:10 that concern before you moved on to something
55:11 else; right?

McAllister Direct

55:12  A.    That's the mission, yes.
55:13  Q.    It's important that in -- that when
55:14 you deal with an obstacle or concern that a
55:15 physician has that he get a clear answer to his
55:16 concern?

ID:                MMPla55:18
Page Range:        55:18-56:5

55:18         THE WITNESS:  Well, I mean, as clear
55:19 as that I can give within the product circular.
55:20 I mean, it's an open book.  I mean, that's the
55:21 product circular.  It's what Merck has
55:22 submitted to the FDA and I have to go by that,
55:23 but if there was something that was -- you
55:24 know, a question that concerned something that
55:25 was not consistent with the PI or was outside
56: Page 56
56: 1  the PI, we always could offer a PIR.
56: 2 BY MR. BIRCHFIELD:
56: 3  Q.    And one of the concerns, one of the
56: 4 obstacles involving Vioxx was the heart attack;
56: 5 right?

ID:                MMPla56:7
Page Range:        56:7-56:9

56: 7         THE WITNESS:  One of the concerns we
56: 8  got was they just wanted information on
56: 9  cardiovascular information regarding Vioxx.

ID:                MMPla56:11
Page Range:        56:11-56:18

56:11  Q.    Okay.  And another thing that we saw
56:12 in the video was targeting top physicians.  What
56:13 are top physicians for a sales representative?
56:14  A.    Well, physicians that, you know, that
56:15 we -- that we had as far as targeted physician
56:16 was someone that had a large practice with
56:17 patients that potentially could benefit from our
56:18 product.

ID:                MMDef56.19
Page Range:        56:19-56:20

56:19  Q.    And how would you identify your top
56:20 physicians?

ID:                MMDef56.22
Page Range:        56:22-57:3

Page 27

McAllister Direct

56:22        THE WITNESS:  Well, you kind of, you
56:23   know, when you have -- if you've called on them
56:24   for a long time, you kind of can see what their
56:25   patient base is or we would get lists from
57: Page 57
57: 1   headquarters as far as doctors identified as
57: 2   having patients that would benefit from the
57: 3   product.


ID:                MMPla57:5
Page Range:        57:5-58:3

57: 5   Q.     Wait a minute.  You'd get list from
57: 6 headquarters about physicians?
57: 7   A.      Sometimes we'd get lists from
57: 8 headquarters but a lot of times, we had
57: 9 information database on our computers that we
57:10 could run information on.
57:11   Q.      Did you get lists from headquarters --
57:12 and you're talking about Merck headquarters;
57:13 right?
57:14   A.      Yes, Merck.
57:15   Q.      Did you get lists from Merck
57:16 headquarters that showed a doctor's prescribing
57:17 habits, drugs that he was actually prescribing?
57:18   A.      Well, Merck has contracted with IMS, I
57:19 don't know what that stands for, but it's
57:20 background information.  We don't talk about this
57:21 information to physicians.  It's just, you know,
57:22 for our background information.
57:23   Q.      Okay.  So you would have information
57:24 about the drugs that a particular doctor would
57:25 prescribe; correct?
58: Page 58
58: 1   A.      Yes.
58: 2   Q.      But you wouldn't let the doctor know
58: 3 that you had that information; correct?


ID:                MMPla58:5
Page Range:        58:5-58:24

58: 5        THE WITNESS:  You could not discuss.
58: 6   We could not show outside of Merck.
58: 7 BY MR. BIRCHFIELD:
58: 8   Q.      So you could look at these lists that
58: 9 you get from headquarters and see how much of
58:10 Vioxx a particular doctor was prescribing; right?
58:11   A.      Well, I could see if they had
58:12 prescribed Vioxx or other medications.
58:13   Q.      So not only Merck drugs, but you had
58:14 information about how much he was prescribing of
58:15 your competition; right?
58:16   A.      Yes, I had that information.

McAllister Direct

58:17   Q.     So you would know when you went to see
58:18 a doctor if he was prescribing more Celebrex than
58:19 he was Vioxx; right?
58:20   A.     Yes, I could see that.
58:21   Q.     And then you would use that
58:22 information but you wouldn't let the doctor know
58:23 that you were tracking his prescribing habits;
58:24 right?


ID:                    MMPla59:1
Page Range:            59:1-59:9

59: 1           THE WITNESS:  I would use that
59: 2  information as my background information
59: 3  because we have to sign a contract.  I mean,
59: 4  it's part of our policies that that information
59: 5  is confidential and it's background use only.
59: 6 BY MR. BIRCHFIELD:
59: 7   Q.     And then in the video that we just saw
59: 8 about Vioxx, it talked about the GI risk and
59: 9 emphasizing the GI risk.  Tell us about that.


ID:                    MMPla59:11
Page Range:            59:11-59:21

59:11           THE WITNESS:  You know, I don't
59:12  remember seeing this video.  All I know is
59:13  from -- in the beginning when we were first
59:14  starting to talk about Vioxx, it was a new
59:15  class and, you know, the whole reason for it
59:16  coming out was that it was -- you know, it was
59:17  to be safer on the stomach because of the COX-2
59:18  inhibitions as opposed to the generic older
59:19  NSAIDs and that's just one of the things in the
59:20  approved message because it was a COX-2, we're
59:21  looking at a safer profile as far as GI.


ID:                    MMDef59.23
Page Range:            59:23-60:1

59:23   Q.     Are you saying that you never saw this
59:24 video?
59:25   A.     I just don't remember seeing it.  I
60: Page 60
60: 1 really don't.


ID:                    MMDef61.04
Page Range:            61:4-61:11

61: 4   Q.     Ms. McAllister, can you tell me what
61: 5 training videos or what videos you've seen
61: 6 regarding Vioxx, period, in your training, in

Page 29

McAllister Direct

61: 7 your tenure with Merck?
61: 8   A.    I really -- I can't recall a
61: 9 specific -- I mean, we've had training videos on
61:10 other -- other issues.  I really can't remember
61:11 specific one.  I'm sorry.


ID:                          MMPla61:12
Page Range:          61:12-61:21

61:12   Q.     Okay.  So you know that you've seen
61:13 training videos, you just can't remember them
61:14 specifically?
61:15   A.     Right.
61:16   Q.     Now, I want to show you the next
61:17 segment of the Be the Power video that we watched
61:18 earlier and then I want to ask you questions
61:19 about this segment; okay?
61:20      (WHEREUPON THE VIDEO WAS PLAYED.)
61:21 BY MR. BIRCHFIELD:


ID:                          McAllister 9.27.06 Clip 118.1
Page Range:          0:0-0:0


ID:                          MMPla61:22
Page Range:          61:22-62:6

61:22   Q.     After seeing that segment, do you
61:23 specifically remember whether you saw this back
61:24 in 2001 or at any time while you were --
61:25   A.     I don't remember seeing -- seeing this
62: Page 62
62: 1 but like I said, if it was shown, I probably did
62: 2 see it.  I just -- it's been a long time.
62: 3   Q.     But what you saw here, I mean, that
62: 4 was -- it's consistent with what Merck was
62: 5 telling you about the safety risk and stuff of
62: 6 Vioxx; is that right?


ID:                          MMPla62:8
Page Range:          62:8-64:4

62: 8          THE WITNESS:  As far as that -- I'm
62: 9  not real easily influenced, I guess, by
62:10  something like that.  What I went by was what
62:11  bulletins that were issued to us as far as how
62:12  to address the issue, cardiovascular
62:13  information came up in the call and depending
62:14  on when -- you know, when that was, if it was
62:15  prior to VIGOR being put in the product label,
62:16  then I could make a verbal statement, oral
62:17  statement on it; and if the doctor wanted to

McAllister Direct

62:18  know about OA information or -- excuse me,
62:19  information in the prescribing information, I
62:20  could go to the CV card.
62:21       If they wanted information on VIGOR,
62:22  on the other hand, I could go to a PIR and that
62:23  was how we were to address those issues.
62:24 BY MR. BIRCHFIELD:
62:25  Q.    Okay.  And the lady in this little
63: Page 63
63: 1 skit that was representing safety concerns and
63: 2 MIs, do you recall that?
63: 3  A.    Yeah, from what I just saw.
63: 4  Q.    Okay.  And she was kind of a whiny
63: 5 little -- puny little woman; is that right?
63: 6  A.    From the character she portrayed, it
63: 7 appears so.
63: 8  Q.    And when she was asked about safety
63: 9 concerns and she's asked, I'm afraid Vioxx causes
63:10 MIs, do you recall -- do you remember seeing
63:11 that?
63:12  A.    Yes, I remember seeing that just then.
63:13  Q.    Now, MIs, that's heart attacks; right?
63:14  A.    That's what it does stand for.
63:15  Q.    And in this skit, she says that -- the
63:16 sales representative for Merck says that's not
63:17 true; remember?
63:18  A.    I don't remember exactly what --
63:19 there's a lot going on there, but from my
63:20 experience -- what is your question as far as --
63:21 is that what physicians --
63:22  Q.    No, my question is the sales rep in
63:23 this skit told the lady that was portraying the
63:24 safety concerns in the MI risk, she told them
63:25 it's not true that Vioxx causes heart attacks;
64: Page 64
64: 1 right?
64: 2  A.    Well, from that skit, which is kind of
64: 3 a make believe setting, that's what happened on
64: 4 there.


ID:                    MMDef64.05
Page Range:            64:5-64:6


64: 5  Q.    And that's consistent with what Merck
64: 6 was telling you about the heart attack risk?


ID:                    MMDef64.08
Page Range:            64:8-65:4


64: 8       THE WITNESS:  I would disagree.  That
64: 9  was not how it was portrayed to us in bulletins
64:10  and how we had interactions with healthcare
64:11  professionals.  Like I've stated before, if the
64:12  CV issue came up with healthcare professional

Page 31

McAllister Direct

64:13   prior to VIGOR being in the label, you know, I
64:14   had a certain thing that I could say, okay, are
64:15   you referring to VIGOR and if yes, you know,
64:16   that's usually what they were talking about
64:17   because it was everywhere out there.  So many
64:18   other resources of information that a doctor
64:19   has, conferences, journal articles,
64:20   competition, colleagues.  I mean, they talk
64:21   amongst themselves.
64:22        So, you know, before it became part
64:23   of the label, I can make an oral statement.
64:24   Then I could either provide what was on the
64:25   label because that's policy with Merck or with
65: Page 65
65: 1   the CV card or I could go and say if you're
65: 2   wanting additional information on VIGOR, it's
65: 3   outside of the product label, I can send you a
65: 4   PIR.


ID:                     MMPla65:7
Page Range:             65:7-65:16

65: 7   that wasn't my question.  My question was Merck
65: 8   was telling you that it's not true that Vioxx
65: 9   causes heart attacks.
65:10   A.     Merck issued bulletins giving us all
65:11   of the information on VIGOR with the background
65:12   information in there.  After their studies, after
65:13   their scientific research on this, their
65:14   scientific conclusion, judgment was that the
65:15   difference was caused by naproxen cardio
65:16   protective qualities.


ID:                     MMPla66:23
Page Range:             66:23-67:1

66:23   Q.     When you were visiting doctors and
66:24   talking about Vioxx and they raise the safety
66:25   concerns, did you give them that clear of an
67: Page 67
67: 1   answer about whether Vioxx causes heart attacks?


ID:                     MMPla67:3
Page Range:             67:3-67:4

67: 3        THE WITNESS:  I gave them the answer
67: 4   that I could give within the product label.


ID:                     MMPla67:6
Page Range:             67:6-67:7

67: 6   Q.     So you never told them yes or no,

McAllister Direct

67: 7 Vioxx causes heart attacks?

ID:                    MMPla67:9
Page Range:            67:9-67:10

67: 9        THE WITNESS:  No, I did not talk
67:10   about that.

ID:                    MMDef67:12
Page Range:            67:12-67:14

67:12   Q.    And you used the CV card to persuade
67:13  doctors that there was not a heart attack risk;
67:14  right?

ID:                    MMDef67:17
Page Range:            67:17-68:9

67:17        THE WITNESS:  Well, if an issue came
67:18   up about cardiovascular safety, like I said
67:19   before, I'm limited in what I can do as a
67:20   professional rep with Merck.  We have
67:21   guidelines.  We have policies.  I can give an
67:22   oral statement.  I could use the CV card and I
67:23   did use the CV card because it was information
67:24   that was consistent with our product label
67:25   which is what, defined as my job
68: Page 68
68: 1   responsibility, that's what I can do.  That's
68: 2   what I can do.  And then if they wanted further
68: 3   information regarding VIGOR so they could read
68: 4   about it and form their own -- their own
68: 5   conclusions, I wasn't trying to convince them
68: 6   of anything.  I just gave them the information
68: 7   that was provided to me.  If they wanted
68: 8   information on VIGOR, I could respond with a
68: 9   PIR.

ID:                    MMPla68:11
Page Range:            68:11-68:23

68:11   Q.    So you had a number of tools at your
68:12  disposal that Merck provided in dealing with
68:13  heart attack concerns raised by physicians;
68:14  right?
68:15   A.    I had -- yeah.  I had -- I was able to
68:16  respond verbally.
68:17   Q.    All right.
68:18   A.    And I was able to have a CV card.  I
68:19  had the PI and I was able to submit a PIR.
68:20   Q.    So you had the CV card at your
68:21  disposal; correct?

Page 33

McAllister Direct

68:22  A.    During the time from when it was
68:23 published until it became part of our PI.


ID:                    MMPla68:24
Page Range:            68:24-69:19

68:24  Q.    And you had PIRs at your disposal;
68:25 correct?
69: Page 69
69: 1  A.    Yes.  We had PIRs.
69: 2  Q.    And you had other sales aids; correct?
69: 3  A.    We had other -- yeah, other sales
69: 4 aids.
69: 5  Q.    And you had -- you had training on how
69: 6 to handle the obstacle of safety or MI concerns;
69: 7 right?
69: 8  A.    We had training on all kinds of
69: 9 aspects.  You know, like I said, we know the
69:10 complete and accurate information that's
69:11 contained in the PI and we are always trained on
69:12 that and whether it's, you know, we go over the
69:13 benefits and limitations, that's part of the full
69:14 circle of the -- of discussing it with the
69:15 physician.
69:16  Q.    And the -- all of these training
69:17 tools, these training aids that you had were
69:18 consistent in that Vioxx does not increase the
69:19 risk of heart attack; right?


ID:                    MMPla69:22
Page Range:            69:22-69:22

69:22  Q.    It was a consistent message; right?


ID:                    MMPla69:24
Page Range:            69:24-70:2

69:24         THE WITNESS:  It was part of the
69:25 bulletins that they sent out that that was --
70: Page 70
70: 1  their scientists conclusion was that Vioxx did
70: 2  not cause heart attacks.


ID:                    MMDef71:18
Page Range:            71:18-72:7

71:18  A.    Well, I was able to give them the
71:19 information, the information that I had provided
71:20 to me that I could talk about depending on if it
71:21 was before label inclusion or after labor
71:22 inclusion.  You know, I don't convince
71:23 physicians.  I educate them.  I give them

Page 34

McAllister Direct

71:24 everything.  I lay it out on the table.  You make
71:25 the decision.  You went to medical school.  I
72: Page 72
72: 1 don't have MD behind my name.  That's not what
72: 2 I'm about as a representative for Merck.  We
72: 3 believe in our products.  We have great products
72: 4 that have done a lot of good.  A lot of patients
72: 5 have benefited but like every product, you've got
72: 6 benefits and limitations and we lay it out on the
72: 7 table and they make the decisions themselves.

ID:                        MMPla72:22
Page Range:          72:22-73:1

72:22 BY MR. BIRCHFIELD:
72:23   Q.     All right.  Let's look at the last
72:24 segment of this training video.
72:25     (WHEREUPON THE VIDEO WAS PLAYED.)
73: Page 73
73: 1 BY MR. BIRCHFIELD:

ID:                        McAllister 9.27.06 Clip 130.1
Page Range:          291:9-291:9

291: 9  approximately 16:30.  We're off the record.

ID:                        MMPla73:2
Page Range:          73:2-73:6

73: 2   Q.     In the last segment of the -- of this
73: 3 video skit that we saw, the sales reps used --
73: 4 they kept saying data.  Do you remember that --
73: 5 to fight off those obstacles?  Do you remember
73: 6 that?

ID:                        MMPla73:8
Page Range:          73:8-73:13

73: 8         THE WITNESS:  From just watching it,
73: 9  yes.
73:10 BY MR. BIRCHFIELD:
73:11   Q.     Is that what you were talking about
73:12 when you said, you know, that you would just lay
73:13 everything out on the tables for the doctors?

ID:                        MMPla73:16
Page Range:          73:16-73:16

73:16   Q.     Lay the data out on the table?

McAllister Direct

ID:                    MMPla73:18
Page Range:            73:18-74:3

73:18        THE WITNESS:  Depending on what issue
73:19   they came up, like I said, we would talk
73:20   about -- make sure we were on the same page.
73:21   Have you seen this and then look in the PI as
73:22   far as talking about to find out, you know,
73:23   what the prescribing information says using
73:24   approved resources, approved messages and if it
73:25   was something that was outside the product
74: Page 74
74: 1   label, then I could send a PIR, so I had a lot
74: 2   of resources to hopefully address their
74: 3   concern.


ID:                    MMPla74:5
Page Range:            74:5-74:9

74: 5   Q.    Okay.  Now, the CV card that you have
74: 6   in front of you that's plaintiff's Exhibit
74: 7   1.0008, that's the same -- I mean, this is just a
74: 8   black and white copy of the CV card that was used
74: 9   in that skit; right?


ID:                    MMPla74:11
Page Range:            74:11-74:24

74:11        THE WITNESS:  I don't know.  I
74:12   couldn't see that far away.  I guess if that's
74:13   what was being used.
74:14 BY MR. BIRCHFIELD:
74:15   Q.    I mean, the actual CV card that you
74:16   used with doctors was a fold out -- a multi
74:17   colored fold out; right?
74:18   A.    From what I can remember, yes.
74:19   Q.    And it had the information that's
74:20   contained in plaintiff's Exhibit 8; right?
74:21   A.    Uh-huh (affirmative response).
74:22   Q.    All right.  And did you use data from
74:23   the CV card in addressing the cardiovascular
74:24   concerns with doctors?


ID:                    MMPla75:2
Page Range:            75:2-75:10

75: 2        THE WITNESS:  Well, before it became
75: 3   the VIGOR study -- before VIGOR, before it was
75: 4   in our product label, this was one of the
75: 5   resources that Merck gave to us.
75: 6 BY MR. BIRCHFIELD:
75: 7   Q.    And did you use it, though?
75: 8   A.    Yes, I used it.

Page 36

McAllister Direct

75: 9   Q.     And you used the data from the CV card
75:10 to address the heart attack risk with doctors?


ID:                    MMPla75:12
Page Range:            75:12-75:16

75:12          THE WITNESS: I used this as -- in
75:13 response to if they had a question about
75:14 cardiovascular concerns prior to VIGOR being
75:15 part of our label because this was part of our
75:16 label.


ID:                    MMPla76:8
Page Range:            76:8-76:10

76: 8   Q.     Tell us the data from the CV card that
76: 9 you would use with doctors in addressing heart
76:10 attack concerns.


ID:                    MMPla76:13
Page Range:            76:13-76:17

76:13          THE WITNESS: You know, in using this
76:14 piece to have a discussion with a physician
76:15 about questions they had about cardiovascular
76:16 with Vioxx, this first table, from what I can
76:17 remember --


ID:                    MMPla76:19
Page Range:            76:19-77:17

76:19   Q.     Let me make sure that we're on the
76:20 same page.
76:21   A.     Uh-huh (affirmative response).
76:22   Q.     And that the jury is able to follow
76:23 us. So you're on the first page, the one that we
76:24 looked at earlier; is that correct?
76:25   A.     Uh-huh, percentage of patients at base
77: Page 77
77: 1 line.
77: 2   Q.     Okay.
77: 3   A.     I probably would go over this table
77: 4 and talking about the percentages and that the
77: 5 mean age was 63. So, you know, Doctor, is this
77: 6 what a lot of your patients that you're thinking
77: 7 about maybe prescribing Vioxx to? Do they have
77: 8 similar characteristics? Do they have
77: 9 hypertension? Do some of them have high
77:10 cholesterol? Are they around the age of 63, so
77:11 kind of see if this looks -- because, you
77:12 know, -- you know, these were patients that had
77:13 had some issues as far as hypertension, blood

Page 37

McAllister Direct

77:14 pressure, smokers.
77:15   Q.     And would you use this to assure the
77:16 doctor that for high risk patients, heart attack
77:17 risk patients that Vioxx is safe?


ID:                    MMPla77:19
Page Range:            77:19-78:4


77:19          THE WITNESS:  No, I wouldn't use this
77:20 as a way to assure.  I would just say, you
77:21 know, this is information from our OA studies
77:22 and this is the patient mix that was in there.
77:23 Hopefully, you can see that it wasn't, you
77:24 know, someone that was 25 without any problems
77:25 at all, that this had a good representation of
78: Page 78
78: 1  maybe that would be seen in your patient
78: 2  population.  I don't know, what do you think,
78: 3  Physician?
78: 4 BY MR. BIRCHFIELD:


ID:                    MMDef78:5
Page Range:            78:5-78:6


78: 5   Q.     Okay.  All right.  Anything else?  Any
78: 6 other data that you would use?


ID:                    MMDef78:9
Page Range:            78:9-79:1


78: 9          THE WITNESS:  As far as -- you know,
78:10 maybe I would only have time for this page.
78:11 You know, it just depended on, you know,
78:12 obviously a physician, what they were asking,
78:13 but we always had the selected safety
78:14 information and that was, you know, a great way
78:15 to bring in fair balance into the discussion,
78:16 just talking about starting at the lowest dose,
78:17 that within said most spontaneous reports of
78:18 fatal GI events are in elderly or debilitated
78:19 patients so special care should be used, just
78:20 information the doctor needs to make the best
78:21 choice for the patient.
78:22 BY MR. BIRCHFIELD:
78:23   Q.     And when you say -- you talked about
78:24 the selected safety information, you talked about
78:25 a fair and balanced presentation; right?
79: Page 79
79: 1  A.     Right.


ID:                    MMDef79:21
Page Range:            79:21-79:21

McAllister Direct

79:21   Q.    But it's Merck's label, isn't it?

ID:                    MMDef79:23
Page Range:            79:23-79:24

79:23         THE WITNESS:  Well, it's a -- are you
79:24   referring to the product label?

ID:                    MMDef80:1
Page Range:            80:1-80:6

80: 1   Q.    Yes.
80: 2   A.    It's the product label that Merck, you
80: 3 know, puts in the information that the FDA gives
80: 4 final approval.  They have the final say as far
80: 5 as what is printed and what's put in, say, the
80: 6 PDR.

ID:                    MMPla81:10
Page Range:            81:10-81:14

81:10   Q.    All right.  Looking at the -- at the
81:11 CV card, is there any other data that you would
81:12 use with a physician if you had time?
81:13   A.    If I had time?
81:14   Q.    Yes, about the heart attack risk?

ID:                    MMPla81:16
Page Range:            81:16-82:7

81:16         THE WITNESS:  Like I said, this was
81:17 in response to if they have a question about
81:18 cardiovascular profile.  This was within the
81:19 PI, so this is -- you know, this is what's
81:20 contained in before this card was discontinued,
81:21 from what can I remember, once VIGOR became
81:22 part of the label in 2002.  So up until that
81:23 point, this is what we used because this was
81:24 what was in our PI or consistent with the PI.
81:25         So if they asked what studies can you
82: Page 82
82: 1 show me about cardiovascular event profile and
82: 2 here's a great resource because it talks about,
82: 3 you know, please, you know, look at this first
82: 4 chart as far as cardiovascular thromboembolic
82: 5 events, adverse events per hundred patient
82: 6 years and go through every single one of those
82: 7 products.

ID:                    MMPla82:9

McAllister Direct

Page Range:          82:9-83:13

82: 9   Q.     I'm sorry.  Tell us were you are.  Are
82:10 you still on the first page?
82:11   A.     No, I'm on the second page.
82:12   Q.     On the second page, okay.  All right.
82:13 And you're talking about that first -- the first
82:14 table there that's cardiovascular thromboembolic
82:15 adverse events; right?
82:16   A.     Yes, in the OA clinical study so this
82:17 is part of our product label.
82:18   Q.     Now, thromboembolic, what does that
82:19 mean?
82:20   A.     It means clot, clotting, and, you
82:21 know, just, Doctor, would you please look at this
82:22 table and the incidence events was similar among
82:23 the groups and that's the information I would
82:24 convey.
82:25   Q.     And so this is the -- you would use
83: Page 83
83: 1 this information from these OA studies to assure
83: 2 doctors that there was no heart attack risks with
83: 3 Vioxx; right?
83: 4   A.     I would use this information to say,
83: 5 look, if you have concerns about cardiovascular
83: 6 safety, I have a resource that I can use which is
83: 7 the cardiovascular event card.  Let's please look
83: 8 at this which is concerning our OA studies which
83: 9 are part of our product label.
83:10   Q.     And so this data that's included in
83:11 here, this table that you just pointed out,
83:12 that's favorable for Merck in regards to the
83:13 heart attack risk with Vioxx; right?


ID:                    MMPIa83:15
Page Range:          83:15-83:23

83:15          THE WITNESS:  This information is
83:16 just the information that was part of our OA
83:17 studies.  It doesn't say it's favorable or not.
83:18 It just said it was similar and that's part of
83:19 the label and that's what I can discuss with
83:20 physicians, just show them this information.
83:21 BY MR. BIRCHFIELD:
83:22   Q.     Well, look at it.  Does it look
83:23 favorable to you or not?


ID:                    MMPIa83:25
Page Range:          83:25-84:4

83:25          THE WITNESS:  It doesn't say
84: Page 84
84: 1 favorable.  It says similar among these groups.
84: 2 BY MR. BIRCHFIELD:

Page 40

McAllister Direct

84: 3   Q.     All right.  So would you consider that
84: 4 to be favorable for Vioxx or not?


ID:                    MMPla84:6
Page Range:        84:6-84:12

84: 6          THE WITNESS:  I'm not a scientist but
84: 7 from my experience, I would just say, Doctor,
84: 8 these are incidents.  These were similar among
84: 9 the groups.  That's the information I can
84:10 provide.  If they wanted further information
84:11 that was off label regarding VIGOR, then I
84:12 would have to go and offer a PIR.


ID:                    MMPla85:1
Page Range:        85:1-85:3

85: 1   Q.     Did Merck scientists ever tell you
85: 2 that there were studies that showed an increase
85: 3 risk of heart attacks?


ID:                    MMPla85:5
Page Range:        85:5-85:10

85: 5          THE WITNESS:  I'm not aware of those.
85: 6 BY MR. BIRCHFIELD:
85: 7   Q.     Okay.  But you agree with me that
85: 8 there's not any studies in this CV card that
85: 9 would raise concern about a heart attack risk
85:10 with Vioxx; correct?


ID:                    MMPla85:12
Page Range:        85:12-85:15

85:12          THE WITNESS:  The information
85:13 included in this card was consistent with our
85:14 PI and there was no -- there's no information
85:15 regarding that.


ID:                    MMPla85:12
Page Range:        85:12-85:15

85:12          THE WITNESS:  The information
85:13 included in this card was consistent with our
85:14 PI and there was no -- there's no information
85:15 regarding that.


ID:                    MMDef85.17
Page Range:        85:17-85:19

McAllister Direct

85:17   Q.     All right.  Any other data that you
85:18 would -- that you would use if you had time in
85:19 talking with doctors?

ID:                    MMPla85:21
Page Range:            85:21-86:18

85:21          THE WITNESS:  You know, going through
85:22 this piece, as far as on the chart below what
85:23 we were just discussing on that same page.
85:24 BY MR. BIRCHFIELD:
85:25   Q.     Right.
86: Page 86
86: 1   A.     Talking about specific cardiovascular
86: 2 thromboembolic events, the chart distinguishes
86: 3 between MI, CVA, TIA and angina, unstable angina.
86: 4   Q.     Uh-huh?
86: 5   A.     That might be something else I would
86: 6 talk about and just the fact that, you know,
86: 7 just, Doctor, you know, Doctor, look at the
86: 8 information, the incidence events was similar in
86: 9 all the groups.
86:10   Q.     And these -- and this is based on the
86:11 OA studies; right?
86:12   A.     That's correct.
86:13   Q.     And OA, that's osteoarthritis, right?
86:14   A.     Osteoarthritis.
86:15   Q.     And the osteoarthritis studies that
86:16 are -- that make up this data in this table, were
86:17 they designed to look at heart attack risk?
86:18   A.     To my --

ID:                    MMPla86:20
Page Range:            86:20-87:4

86:20          THE WITNESS:  To my knowledge, I
86:21 don't know how exactly the design -- they were
86:22 OA studies, and these were the findings from
86:23 that study.  I don't know.  I'm not -- I wasn't
86:24 one of the scientists that developed the study.
86:25 BY MR. BIRCHFIELD:
87: Page 87
87: 1   Q.     In evaluating how much information or
87: 2 how important a study is for a particular issue,
87: 3 do you know if it makes a difference if the study
87: 4 was actually designed for that purpose or not?

ID:                    MMPla87:6
Page Range:            87:6-87:11

87: 6          THE WITNESS:  I'm not one of those --
87: 7 I'm not part of the group that decides the
87: 8 protocol on studies so, you know, and like I

Page 42

McAllister Direct

87: 9   said, I would always preface it, this is from
87:10   our OA information and this was -- these are
87:11   results that were seen.

ID:                          MMPla87:13
Page Range:              87:13-87:16

87:13   Q.   So whether these studies that are in
87:14   this CV card are actually good, valid information
87:15   to alleviate concerns of heart attack risks, you
87:16   don't know one way or the other, do you?

ID:                          MMPla87:18
Page Range:              87:18-88:1

87:18          THE WITNESS:  I'm not a scientist so
87:19   I really don't have the expertise to comment on
87:20   something like that.  All I know is this is --
87:21   these are -- this is information that came out
87:22   as far as side effects or other issues as part
87:23   of the label and this is how I discussed it.
87:24 BY MR. BIRCHFIELD:
87:25   Q.     You're just relying on the information
88: Page 88
88: 1 that Merck and Merck folks give you; right?

ID:                          MMPla88:3
Page Range:              88:3-88:16

88: 3          THE WITNESS:  I trust the information
88: 4   that they give us and it's part of the PI that
88: 5   the FDA has approved, yes, I totally trust it.
88: 6 BY MR. BIRCHFIELD:
88: 7   Q.     And -- all right.  You count on that
88: 8 being good, reliable information to use with
88: 9 doctors; right?
88:10   A.     I trust that it's scientifically based
88:11 and researched and I have full respect for our
88:12 scientists.
88:13   Q.     All right.  Any other -- any other
88:14 data that you would use from the CV card in
88:15 dealing with doctors about the safety concerns of
88:16 Vioxx?

ID:                          MMPla88:18
Page Range:              88:18-89:3

88:18          THE WITNESS:  Well, like I've
88:19   mentioned before in previous answers, this was
88:20   in response to before VIGOR was part of our
88:21   label, and so I was able to use this if there
88:22   were questions about cardiovascular safety and

Page 43

McAllister Direct

88:23   there's several different topics in here so I
88:24   think we've -- I mean, I...
88:25 BY MR. BIRCHFIELD:
89: Page 89
89: 1   Q.     Anything else in here, any other data
89: 2 that you would use in talking with doctors about
89: 3 safety concerns, if you had time?


ID:                      MMPla89:5
Page Range:          89:5-89:21

89: 5          THE WITNESS: If I had time to
89: 6   address cardiovascular questions before this
89: 7   was -- VIGOR was put in our label, I would have
89: 8   gone over the overall mortality rates, and that
89: 9   included mortality -- overall mortality and
89:10   cardiovascular mortality and the fact that
89:11   Vioxx traditional NSAIDs and placebo were all
89:12   very similar.
89:13 BY MR. BIRCHFIELD:
89:14   Q.     Now, if we look at the total mortality
89:15 table and it has Vioxx .1, is that correct?
89:16   A.     .1.
89:17   Q.     And then it has NSAIDs, 1.1?
89:18   A.     Uh-huh (affirmative response).
89:19   Q.     And so that -- does that say that
89:20 there's 11 times the rate of mortality on NSAIDs
89:21 than Vioxx?


ID:                      MMPla89:24
Page Range:          89:24-89:25

89:24   Q.     Versus Vioxx?
89:25   A.     No.


ID:                      MMPla90:4
Page Range:          90:4-90:20

90: 4   Q.     Okay.
90: 5   A.     No, that's not how I see it. In
90: 6 presenting this, I can only speak for myself. I
90: 7 don't know what anybody else has done but with
90: 8 this type of data, you don't get into discussions
90: 9 like that with physicians. I think that's --
90:10 this is just saying, you know, here's the
90:11 information. It's very similar. You make the
90:12 choice. What's best for your patient based on
90:13 this information.
90:14   Q.     So you would just show the physician
90:15 this information?
90:16   A.     Yeah. I'd say, you know, look. What
90:17 are your thoughts on this?
90:18   Q.     And you would -- if you had time, you

McAllister Direct

90:19 would show him this overall mortality rates;
90:20 right?


ID:                    MMPla90:22
Page Range:            90:22-91:5

90:22        THE WITNESS: Well, I mean, if I had
90:23   time and this was a subject that they wanted to
90:24   go over, I would say we have information from
90:25   our OA studies that are consistent with our
91: Page 91
91: 1   product label and this is what I can go over.
91: 2   This is what I can show you based on, you know,
91: 3   what I can within the product label and this --
91: 4   you know, look at the numbers and let them make
91: 5   the decision.


ID:                    MMPla91:7
Page Range:            91:7-91:18

91: 7   Q.     Now, when we're talking about
91: 8 mortality, we're talking about death rates;
91: 9 right?
91:10   A.     Death rates.
91:11   Q.     And so if we're talking about total
91:12 mortality, we're talking about the total number
91:13 of people that died in that study; right?
91:14   A.     That's correct.
91:15   Q.     Okay.  And if we're talking about the
91:16 second column, second row there is cardiovascular
91:17 mortality and that's talking about deaths related
91:18 to the heart; right?


ID:                    MMPla91:20
Page Range:            91:20-92:3

91:20        THE WITNESS:  I don't know exactly
91:21   how they -- how they specified, you know, just
91:22   from my experience as a rep, total mortality
91:23   could mean everything from someone committing
91:24   suicide in a study to being in a car wreck.
91:25   It's everything that happens within that study.
92: Page 92
92: 1   Cardiovascular mortality is obviously anything
92: 2   that's cardiovascular, maybe not heart.  It
92: 3   could be other vascular issues.


ID:                    MMPla92:11
Page Range:            92:11-93:1

92:11   Q.     Well, in your experience -- you've
92:12 been dealing with doctors for years; right?

Page 45

McAllister Direct

92:13  A.    That's correct.
92:14  Q.    In your experience in dealing with
92:15 doctors, is mortality rates for drugs -- is that
92:16 something that's important to them?
92:17  A.    Well, when you're discussing a
92:18 product, you go over the information from studies
92:19 in the product label.  I mean, they want to know
92:20 what, you know, what are the side effects and,
92:21 you know, how -- you know, if there were any
92:22 mortality.  Yeah, absolutely, you would talk
92:23 about that.
92:24  Q.    Okay.  And the -- and you could talk
92:25 to doctors and you would actually show them all
93: Page 93
93: 1 of this data; right?


ID:                    MMPla93:3
Page Range:            93:3-93:10

93: 3        THE WITNESS:  Well, during the time
93: 4  period when VIGOR was published and, you know,
93: 5  put in the product label, this is what we used
93: 6  to talk about the cardiovascular safety of
93: 7  Vioxx within the product label.
93: 8 BY MR. BIRCHFIELD:
93: 9  Q.    And was all of this information in the
93:10 product label?


ID:                    MMPla93:12
Page Range:            93:12-93:25

93:12        THE WITNESS:  Well, as part of the OA
93:13  studies that were part of the label, you know,
93:14  our policy states that, you know, we have to
93:15  be, you know, consistent with the PI or, you
93:16  know, within label of the PI.  Now, how they
93:17  distinguish that, I'm not part of that decision
93:18  process.  So this is what Merck was -- allowed
93:19  us to discuss.

McAllister Shortened Direct

ID:                    McAllister Shortened Direct

ID:                         MM9510
Page Range:            95:10-95:17

95:10   Q.    Okay.  Well, I think we established
95:11   earlier that the label for Vioxx was changed to
95:12   include some information about VIGOR in April of
95:13   2002.
95:14   A.      April 2002.
95:15   Q.      Okay.  So before April 2002, the Vioxx
95:16   label did not include any information about
95:17   VIGOR; correct?


ID:                         MM9519
Page Range:            95:19-95:22

95:19        THE WITNESS:  Well, as far as, you
95:20   know, from what I can remember that the VIGOR
95:21   information was put into the Vioxx label in
95:22   2002.


ID:                         MMPla116:11
Page Range:            116:11-116:14

116:11   Q.    You said that you promoted it to
116:12   doctors.  You promoted it not knowing that it had
116:13   cardiovascular risk or a heart attack risk;
116:14   correct?


ID:                         MMPla116:16
Page Range:            116:16-116:19

116:16        THE WITNESS:  I've never and Merck
116:17   has never thought that it had a cardiovascular
116:18   risk associated with it, so I presented the
116:19   information that I had.


ID:                         MMPla116:21
Page Range:            116:21-116:22

116:21   Q.    At least that's what Merck told you;
116:22   correct?


ID:                         MMPla116:24
Page Range:            116:24-116:25

116:24        THE WITNESS:  I have to follow the
116:25   policies of Merck.

Page 1

McAllister Shortened Direct

Total Length - 00:00:58

# REDIRECT

McAllister Redirect New

ID:                    mcallister2

ID:                        MMPla250:3
Page Range:            250:3-250:6

250: 3   Q.    Ms. McAllister, if I understand your
250: 4 testimony correctly, everything that you've said
250: 5 to doctors had to be consistent with what was in
250: 6 the product label; is that correct?

ID:                        MMPla250:8
Page Range:            250:8-250:13

250: 8         THE WITNESS:  In my discussions with
250: 9  physicians, everything had to be within the
250:10   product label or consistent with the product
250:11   label.
250:12 BY MR. BIRCHFIELD:
250:13   Q.    So the answer is yes?

ID:                        MMPla250:15
Page Range:            250:15-251:9

250:15         THE WITNESS:  I think I answered it.
250:16  Yeah, I had to stay within the product label or
250:17   consistent with the product label.
250:18 BY MR. BIRCHFIELD:
250:19   Q.    So it would be very, very important
250:20 for you to as a Merck sales representative to be
250:21 familiar with the product label?
250:22   A.    Right.  I mean, we were -- we were
250:23 tested on the product label and, yes, we know the
250:24 product label.
250:25   Q.    So you kept up to date with what was
251: Page 251
251: 1 in the Vioxx product label at all times while you
251: 2 were promoting the drug; correct?
251: 3   A.    Well, and Merck would issue out
251: 4 bulletins and I would read them and make sure I
251: 5 understood them.
251: 6   Q.    And in preparing -- in the three days
251: 7 that you spent preparing for this deposition, you
251: 8 went back over the product labels for Vioxx;
251: 9 correct?

ID:                        MMPla251:24
Page Range:            251:24-251:25

251:24   Q.    Right.  Did you review the product
251:25 labels?

Page 1

McAllister Redirect New

ID:                     MMPla252:4
Page Range:             252:4-252:5

252: 4        THE WITNESS: I reviewed different
252: 5   versions.


ID:                     MMPla252:14
Page Range:             252:14-252:16

252:14   Q.    Do you believe that the information
252:15 contained in the Vioxx label is correct and
252:16 accurate information?


ID:                     MMPla252:18
Page Range:             252:18-252:23

252:18        THE WITNESS: The product label that
252:19 I, you know, used when I was having discussions
252:20 with Vioxx was the ones that, you know, were
252:21 issued down bulletins based on what Merck said
252:22 was the current product label and FDA said was
252:23 the current product label.


ID:                     MMPla252:25
Page Range:             252:25-253:13

252:25   Q.    So do you believe that the information
253: Page 253
253: 1 contained in the Vioxx product labels from the
253: 2 time that it first went on the market in '99
253: 3 until it was pulled off the market in September
253: 4 30, 2004, do you believe that all of the
253: 5 information contained in those labels was
253: 6 accurate information?
253: 7   A.    I have no other reason to believe so,
253: 8 I mean, that was what Merck had out as far as the
253: 9 current product label and FDA approved, so yes.
253:10   Q.    So then it's safe to say that there is
253:11 nothing in those product labels, in any of those
253:12 product labels, that suggest that Vioxx increases
253:13 the risk of heart attacks; correct?


ID:                     MMPla253:15
Page Range:             253:15-254:4

253:15        THE WITNESS: Say that again. I'm
253:16   sorry.
253:17 BY MR. BIRCHFIELD:
253:18   Q.    You've told us that you do not believe
253:19 that Vioxx causes heart attacks; correct?
253:20   A.    I believe that Vioxx does not cause
253:21 heart attacks.

Page 2

McAllister Redirect New

253:22  Q.    And you believe that all of the
253:23 information contained in the Vioxx product labels
253:24 is accurate; correct?
253:25  A.    I have no other -- I don't have any
254: Page 254
254: 1 reason to believe they're not.
254: 2  Q.    So then it's safe to say that there is
254: 3 nothing in the product labels that suggests that
254: 4 Vioxx causes heart attacks?


ID:                    MMPla254:6
Page Range:            254:6-254:11


254: 6        THE WITNESS: The information, up
254: 7  until the latest PI, had the whole VIGOR study
254: 8  information regarding the number of heart
254: 9  attacks with Vioxx and naproxen. That is
254:10  information I educated physicians on and the
254:11  physicians made the decision.


ID:                    MMPla254:21
Page Range:            254:21-254:24


254:21  Q.    Well, the information pertaining to
254:22 VIGOR that is set out in the product label does
254:23 not suggest that Vioxx causes heart attacks, does
254:24 it?


ID:                    MMPla255:1
Page Range:            255:1-255:7


255: 1        THE WITNESS: From my understanding
255: 2  as a representative, the information that's
255: 3  presented in this -- the latest Vioxx PI was
255: 4  the information that came from the VIGOR study.
255: 5 BY MR. BIRCHFIELD:
255: 6  Q.    Does it suggest that Vioxx causes
255: 7 heart attacks?


ID:                    MMPla255:9
Page Range:            255:9-255:13


255: 9        THE WITNESS: It states what the
255:10  number of heart attacks there were and it was
255:11  under the OA -- this new studies. It was under
255:12  the precautions and that's what the FDA -- I
255:13  mean, that's all approved by the FDA.


ID:                    MMPla255:18
Page Range:            255:18-255:19

McAllister Redirect New

255:18          THE WITNESS: I think I've answered
255:19  this.


ID:                    MMPla255:25
Page Range:            255:25-256:1

255:25   Q.     Does the label suggest that it
256: Page 256
256: 1 increases the risk of heart attacks?


ID:                    MMPla256:3
Page Range:            256:3-256:7

256: 3          THE WITNESS: Information in the PI,
256: 4  it just says this is what was seen.  This is
256: 5  the -- the numbers and this.  It doesn't say
256: 6  one way or the other.  It just has the
256: 7  information laid out.


ID:                    MMPla256:9
Page Range:            256:9-257:2

256: 9   Q.     Have you read the VIGOR article, VIGOR
256:10 study as it was published?
256:11   A.     I would assume I probably had at some
256:12 point.
256:13   Q.     Let me show you what's marked as
256:14 plaintiff's Exhibit 2.0146.  Do you recognize
256:15 that as a copy of the VIGOR study as it was
256:16 published in New England Journal of Medicine?
256:17   A.     Yes.
256:18   Q.     And the title of the article,
256:19 Comparison of Upper Gastrointestinal Toxicity of
256:20 Rofecoxib -- that's Vioxx; correct?
256:21   A.     That would be Vioxx.
256:22   Q.     And Naproxen in patients with
256:23 Rheumatoid Arthritis, that's the title of the
256:24 article?
256:25   A.     That's the title.
257: Page 257
257: 1   Q.     Nothing in there suggesting it has
257: 2 anything to do with cardiovascular risk; correct?


ID:                    MMPla257:4
Page Range:            257:4-257:13

257: 4          THE WITNESS: The title is it's a
257: 5  comparison of gastrointestinal toxicity.
257: 6 BY MR. BIRCHFIELD:
257: 7   Q.     And then right underneath the title,
257: 8  all of the authors of the study are listed.  Do
257: 9  you see that?

McAllister Redirect New

257:10  A.    Yes, I do.
257:11  Q.    And do you know that all of the
257:12 authors of this study are either Merck employees
257:13 or paid consultants of Merck?


ID:                      MMPla257:15
Page Range:              257:15-258:3

257:15          THE WITNESS: I'm not a part of the
257:16  study, so I don't know who all the different
257:17  authors are and their relationship with Merck.
257:18 BY MR. BIRCHFIELD:
257:19  Q.      Well, you discussed the VIGOR study
257:20 and its publication with physicians; correct?
257:21  A.      Yes, I did.
257:22  Q.      And surely, you read it before you
257:23 discussed it with physicians; correct?
257:24  A.      Yes, I read it.
257:25  Q.      And are you aware that in the article,
258: Page 258
258: 1 it states the connection that each of the authors
258: 2 have with Merck?
258: 3  A.      What page is that?


ID:                      MMPla258:12
Page Range:              258:12-258:23

258:12 BY MR. BIRCHFIELD:
258:13  Q.      And are you familiar with the -- with
258:14 the abstract section of a medical journal?
258:15  A.      Yes, I am.
258:16  Q.      And what is the abstract section?
258:17  A.      Abstract is basically kind of a quick
258:18 synopsis of the entire article.
258:19  Q.      Is there anything in the abstract
258:20 section that would tell doctors there's -- that
258:21 Vioxx increases the risk of heart attacks?
258:22  A.      Can I take a minute to read it?
258:23  Q.      Sure.


ID:                      MMPla258:24
Page Range:              258:24-259:16

258:24  A.      There's no mention of cardiovascular
258:25 safety in there.
259: Page 259
259: 1  Q.      All right. And if you will turn to
259: 2 the next to the last page in the very -- starting
259: 3 at the sentence at the very bottom of that page
259: 4 and then continuing to the next page, do you see
259: 5 where it says, thus, our results are consistent
259: 6 with the theory that naproxen has a contra --
259: 7 coronary protective effect and highlight the fact

Page 5

McAllister Redirect New

259: 8 that rofecoxib does not provide this type of
259: 9 protection owing to its selective inhibition of
259:10 cyclooxygenase-2 at its therapeutic dose and at
259:11 higher doses.  Do you see that?
259:12   A.    Yes, I do.
259:13   Q.    So the authors of this study are
259:14 concluding that the difference in heart attack
259:15 risk are explained by the cardio protective
259:16 effect of naproxen; correct?


ID:                    MMPla259:18
Page Range:            259:18-260:2


259:18        THE WITNESS:  I think it says not
259:19 risk but it states cardiovascular rates.
259:20 BY MR. BIRCHFIELD:
259:21   Q.    Okay.  The difference in rates?
259:22   A.    Difference in rates.
259:23   Q.    Are explained by a cardio protective
259:24 effect of naproxen; correct?
259:25   A.    That's what the study is saying.
260: Page 260
260: 1   Q.    That's what these authors are saying
260: 2 about the VIGOR study; correct?


ID:                    MMPla260:4
Page Range:            260:4-260:21


260: 4        THE WITNESS:  That's what they've
260: 5  concluded.
260: 6 BY MR. BIRCHFIELD:
260: 7   Q.    Now, you've talked about the basic
260: 8 training that you had at Merck?
260: 9   A.    Uh-huh (affirmative response).
260:10   Q.    And part of the basic training, this
260:11 ten week course, was a study of pharmacology
260:12 pertaining to the drugs that you were selling;
260:13 correct?
260:14   A.    Right.  We learned about pharmacology.
260:15 That was kind of in its own separate subject and
260:16 then, of course, when we were learning about the
260:17 products, how did they -- the pharmacology of it.
260:18   Q.    And you studied the pharmacology of
260:19 Vioxx; correct?
260:20   A.    Yeah, I mean, to the degree that was
260:21 within the prescribing information.


ID:                    MMPla264:25
Page Range:            264:25-265:3


264:25   Q.    The VIGOR article that was published
265: Page 265
265: 1 in the new England journal of medicine, was that

McAllister Redirect New

265: 2 used as a marketing tool by Merck sales
265: 3 representatives?


ID:                          MMPla265:5
Page Range:           265:5-265:10


 265: 5          THE WITNESS:  Well, once it became
 265: 6   part of the product label, excuse me, it was an
 265: 7   approved resource for us to use.
 265: 8 BY MR. BIRCHFIELD:
 265: 9   Q.      And you would use it as a marketing
 265:10 tool with physicians; correct?


ID:                          MMPla265:12
Page Range:           265:12-265:19


 265:12          THE WITNESS:  I would use it as a
 265:13   resource for educating physicians.
 265:14 BY MR. BIRCHFIELD:
 265:15   Q.      Educating physicians about the GI
 265:16 benefits of Vioxx; right?
 265:17   A.      Well, as far as I can remember, I
 265:18 think I stuck a lot to the PI information because
 265:19 it gave the benefits and limitations of Vioxx.


ID:                          MMPla266:11
Page Range:           266:11-266:13


 266:11   Q.      There's nothing in the VIGOR article
 266:12 that suggests that Vioxx increases risk of heart
 266:13 attacks?


ID:                          MMPla266:15
Page Range:           266:15-266:23


 266:15          THE WITNESS:  No.  The information
 266:16   that's presented in the VIGOR study -- I mean,
 266:17   obviously, it's looking at the GI safety but it
 266:18   also has the cardiovascular events.
 266:19 BY MR. BIRCHFIELD:
 266:20   Q.      Right.  But it presents the
 266:21 cardiovascular events in a way that explains away
 266:22 any heart attack risk associated with Vioxx; is
 266:23 that right?


ID:                          MMPla266:25
Page Range:           266:25-267:16


 266:25          THE WITNESS:  I wasn't part of the
 267: Page 267
 267: 1   study and how they came up with it and how they

McAllister Redirect New

267: 2  wrote it. I can only, as a representative,
267: 3  tell you what this actually has in there. It's
267: 4  a GI safety study and it's got all the numbers
267: 5  including the cardiovascular events.
267: 6 BY MR. BIRCHFIELD:
267: 7  Q.     But after reading the study and after
267: 8 using and discussing that study, that article
267: 9 with doctors, there was nothing in there to
267:10 suggest to you that Vioxx increases the risk of
267:11 heart attacks; right?
267:12  A.     Well, in reading the information,
267:13 there's no information.  There's nothing that
267:14 talks about risk.  It just -- it talks -- it just
267:15 has the information laid out in it as far as the
267:16 events.


ID:                        MMPla267:17
Page Range:                267:17-268:2


267:17  Q.     On the CV card and we've spent a lot
267:18 of time talking about that and you discussed that
267:19 just a moment ago with the Merck lawyer.  It's
267:20 your understanding that the FDA approved that
267:21 sales aid before y'all ever used it?
267:22  A.     Can you say that again?
267:23  Q.     Did I understand you correctly that
267:24 the FDA approves all of your sales material
267:25 before it's used by sales represents?
268: Page 268
268: 1  A.     Yeah, it has to go through FDA before
268: 2 we can use it.


ID:                        MMPla274:23
Page Range:                274:23-275:2


274:23  Q.     But the messages that the FDA calls
274:24 false and misleading and minimizing serious
274:25 cardiovascular risks, those are the same messages
275: Page 275
275: 1 that you were receiving from Merck about Vioxx;
275: 2 right?


ID:                        MMPla275:4
Page Range:                275:4-275:8


275: 4        THE WITNESS:  All I can say is I
275: 5 followed the bulletins that Merck gave us and I
275: 6 always thought Vioxx was a safe drug, great
275: 7 drug, worked well and I always followed the
275: 8 instructions that were given in bulletins.


ID:                        MMPla277:9

Page 8

McAllister Redirect New
Page Range:        277:9-277:20

277: 9   Q.      And you went over McAllister Number 6.
277:10 It was a pretty thick document here.  Do you see
277:11 that it has the bulletin and then it has the
277:12 product label, is that right, the new label, the
277:13 April 2002 Vioxx label; is that correct?  Do you
277:14 see that document?
277:15   A.      Yeah, I was just checking.  Yeah, it
277:16 does have April 2002.
277:17   Q.      And this is a document that you
277:18 believe that you discussed with Dr. Herrera;
277:19 correct?
277:20   A.      Like I said before --

ID:                MMPla277:22
Page Range:        277:22-278:17

277:22        THE WITNESS:  -- I don't have a
277:23 specific recollection of having this
277:24 conversation but during that time, it was a
277:25 requirement.  It was routine for me to go over
278: Page 278
278: 1  the changes in the prescribing information.
278: 2 BY MR. BIRCHFIELD:
278: 3   Q.      All right.  And you told us earlier
278: 4 that your visits, typical visits with the doctor
278: 5 was one to two minutes; is that correct?
278: 6   A.      Typically.
278: 7   Q.      Do you recall ever any meetings with
278: 8 Dr. Herrera that extended beyond one to two
278: 9 minutes?
278:10   A.      I might have had a lunch with Dr.
278:11 Herrera and that would have been more than one to
278:12 two minutes.
278:13   Q.      Do you ever recall meeting with Dr.
278:14 Herrera and reviewing the product label in a
278:15 discussion that lasted more than one or two
278:16 minutes?
278:17   A.      I can't remember a specific time.

ID:                MMPla278:18
Page Range:        278:18-279:20

278:18   Q.      Okay.  If you'll take a look at
278:19 McAllister Number 5 that Merck's lawyer showed
278:20 you.  Do you have that in front of you?
278:21   A.      Yes, I do.
278:22   Q.      And this is the letter to Dr. Herrera
278:23 in response to his request for information
278:24 pertaining to VIGOR; is that correct?
278:25   A.      Yes, it is.
279: Page 279
279: 1   Q.      Okay.  And if you'll look at that --

Page 9

McAllister Redirect New

279: 2 the first page there, all of that information
279: 3 pertains to the gastrointestinal issue; right?
279: 4   A.     Yes, it does.
279: 5   Q.     Okay.  And the same is true for the
279: 6 second page?
279: 7   A.     Yes.
279: 8   Q.     And the same is true for the third
279: 9 page until you get down to the very, very bottom
279:10 where it has cardiovascular; is that correct?
279:11   A.     Yes, it's at that point.
279:12   Q.     Okay.  And then that bottom paragraph,
279:13 which continues over to the next page, the top of
279:14 the next page, it talks about the cardiovascular
279:15 results in VIGOR; is that correct?
279:16   A.     Yes.
279:17   Q.     And so when Dr. Herrera asked for
279:18 information pertaining to VIGOR, this is what he
279:19 gets as a PIR; correct?
279:20   A.     It appears so at that time.


Total Length - 00:15:07

# EXHIBIT  B

# CROSS

**McAllister Merck Exam**

| Scene | Designation | Source | Tx Duration | Barcode |
|---|---|---|---|---|
| 1 | 160:11 -162:23 | McAllister, Melissa 2006-09-27 | 00:02:02 | Z26.1 |

| | |
|---|---|
| 160:11 | Q.  Good afternoon, Mrs. McAllister.  As |
| 160:12 | you know, my name is Paul Hourihan and I |
| 160:13 | represent Merck and Company in this action and I |
| 160:14 | have some questions that I want to ask you both |
| 160:15 | to follow up on questions Mr. Birchfield asked |
| 160:16 | you earlier as well as to fill in a little more |
| 160:17 | information about your experience regarding |
| 160:18 | Vioxx. |
| 160:19 | First, can you please tell us a |
| 160:20 | little bit about yourself starting with where you |
| 160:21 | grew up? |
| 160:22 | A.  I was born and raised in Lawton, |
| 160:23 | Oklahoma and went to University of Oklahoma, my |
| 160:24 | bachelor's arts and letters and went on to school |
| 160:25 | of economics for my masters science in European |
| 161:1 | studies.  From there, I went to -- for employment |
| 161:2 | to WilTel and primarily in the event |
| 161:3 | coordination. |
| 161:4 | Q.  Okay.  Let me just break that down a |
| 161:5 | little. |
| 161:6 | A.  Uh-huh (affirmative response). |
| 161:7 | Q.  So where did you get your |
| 161:8 | undergraduate degree and when? |
| 161:9 | A.  University of Oklahoma in 1991. |
| 161:10 | Q.  You said you received a graduate |
| 161:11 | degree, as well? |
| 161:12 | A.  Yes, graduate degree in London School |
| 161:13 | of Economics in England and it was in -- a |
| 161:14 | masters in European studies. |
| 161:15 | Q.  And when was that? |
| 161:16 | A.  I received that in 1992. |
| 161:17 | Q.  And then you said you worked a company |
| 161:18 | called WilTel? |
| 161:19 | A.  WilTel. |
| 161:20 | Q.  And what kind of company was that? |
| 161:21 | A.  WilTel was telecommunications. |
| 161:22 | Q.  And we're in Memphis, Tennessee today; |
| 161:23 | correct? |
| 161:24 | A.  Yes, we are. |
| 161:25 | Q.  Where do you live now? |
| 162:1 | A.  I currently live in Oklahoma City, |

162:2        Oklahoma.
162:3    Q.  How old are you, ma'am?
162:4    A.  37.
162:5    Q.  And are you married?
162:6    A.  Yes, I'm married.
162:7    Q.  Do you have children?
162:8    A.  I have one child, Claire.  She's 20
162:9        months.
162:10   Q.  And you are currently a Merck
162:11       employee?
162:12   A.  Yes, currently work for Merck.
162:13   Q.  Could you tell us what your current
162:14       job title is?
162:15   A.  I currently am a senior vaccine
162:16       representative.
162:17   Q.  And what are your responsibilities as
162:18       a senior vaccine representative?
162:19   A.  Responsibilities are to educate
162:20       physicians on Merck vaccines, the disease states
162:21       that incorporate those vaccines and I call on
162:22       physicians, nurses, county health departments so
162:23       theirs public health, as well.

---

2    163:11 -172:15    McAllister, Melissa 2006-09-27    00:09:51    Z26.2

163:11   Q.  For what vaccine products are you
163:12       currently responsible?
163:13   A.  I'm currently responsible for
163:14       Gardasil, that's spelled G-A-R-D-A-S-I-L and it's
163:15       for -- it's indicated for prevention of cervical
163:16       cancer and genital warts in girls and women.  I
163:17       also have responsibility for Vaqta, V-A-Q-T-A and
163:18       that's for hepatitis A and also Singulair which
163:19       is a tablet for allergies, seasonal allergic
163:20       rhinitis asthma and then I have secondary
163:21       responsibility for several vaccines, measles,
163:22       mumps and rubella, chicken pox vaccine, Hep-B,
163:23       hepatitis B, so all of the vaccines that Merck.
163:24   Q.  And before you became a vaccine
163:25       representative, what was your position with
164:1        Merck?
164:2    A.  Before that, I was a senior
164:3        professional representative.
164:4    Q.  And as a -- well, when did you first
164:5        join Merck?
164:6    A.  I first joined Merck on, I believe it
164:7        was April 19th of 1998.

164:8   Q.   And how was it that you came to work
164:9        for Merck?
164:10  A.   I had done research on the company and
164:11       had always thought it would be an incredible
164:12       place for a career and I came to employment
164:13       through a friend of the family that was a
164:14       business manager and submitted my resume and went
164:15       through the interview process.
164:16  Q.   What was it that made you want to work
164:17       for Merck?
164:18  A.   Well, Merck has always been known to
164:19       have incredible medications and vaccines, helped
164:20       a lot of people as far as preventing disease and
164:21       treating disease and strong ethical background,
164:22       very fluent type company that I really thought I
164:23       would enjoy working.
164:24  Q.   Presently, what geographic area are
164:25       you responsible for as a vaccine representative?
165:1   A.   As vaccine representative, I'm in
165:2        Oklahoma. I have western Oklahoma, southern
165:3        Oklahoma City and I30 divides Oklahoma in half so
165:4        I basically have the western part of the state.
165:5   Q.   At one point, were you a professional
165:6        representative for Merck in the state of
165:7        Tennessee?
165:8   A.   Yes, I was.
165:9   Q.   When was that?
165:10  A.   I started in Jackson, Tennessee March
165:11       of 2001 through June of 2004.
165:12  Q.   And how did you come to work in
165:13       Tennessee?
165:14  A.   My future husband, we gotten engaged
165:15       and he was actually in working in Jackson,
165:16       Tennessee.
165:17  Q.   So you were a professional
165:18       representative for Merck in Oklahoma?
165:19  A.   In Oklahoma.
165:20  Q.   And you came to Tennessee?
165:21  A.   Uh-huh (affirmative response).
165:22  Q.   Did you return to Oklahoma after that?
165:23  A.   Yes, I returned to Oklahoma.
165:24  Q.   How did that come about?
165:25  A.   We loved Tennessee, enjoyed it but had
166:1        family here and we really wanted to be back with
166:2        our family.
166:3   Q.   With Mr. Birchfield earlier today, you

166:4     discussed, to some extent, the training that you

166:5     received when you first joined Merck. Do you

166:6     remember that?

166:7  A.  Yes.

166:8  Q.  Can you elaborate on what the nature

166:9     of that basic training, I think you referred to

166:10     it as, was?

166:11  A.  Uh-huh (affirmative response). Basic

166:12     training when I went through was ten weeks long

166:13     and it was a very intense training because we had

166:14     to learn a great deal about pharmacology, medical

166:15     terms, the disease state of the product that we

166:16     would be representing. So, you know, the disease

166:17     state, the product label, the class of

166:18     medications, the other medications on the market.

166:19     We also were studying and were tested on policies

166:20     so it incorporated a lot of different aspects.

166:21  Q.  Where did that ten week training take

166:22     place?

166:23  A.  It was in Dallas, Texas.

166:24  Q.  So did you actually stay down in

166:25     Dallas during the training?

167:1  A.  At some points, yeah, I would stay

167:2     down in Dallas and then we had some home study.

167:3  Q.  What were you actually doing while you

167:4     were at the training session? Where were you

167:5     located and what kinds of things were going on?

167:6  A.  I think it was Homewood Suites. I'm

167:7     not real sure but it was a place like that

167:8     because we were there for long periods of time

167:9     but we would -- I think there was 21 people in my

167:10     class and you would just be -- we were in

167:11     sessions all day long and then we had study

167:12     periods, you know. We had binders that were

167:13     rather large on the disease state that we were

167:14     studying and we would be tested almost on an

167:15     every other day basis.

167:16  Q.  Let me ask you about the testing.

167:17     What subject areas were you tested on?

167:18  A.  Well, it would correspond with the

167:19     products that I represented. I had Zocor which

167:20     is a cholesterol medicine so we learned about

167:21     hyperlipidemia, it's a medical term for high

167:22     cholesterol. I had Cozaar and Hyzaar which is

167:23     hypertension blood pressure medicine, Maxalt

167:24     which is a migraine medicine. Singulair which,

167:25     at the time, it had asthma indications so those

168:1     were the disease states that I learned about.

168:2  Q.  And were you tested on anything

168:3     besides disease states?

168:4  A.  Well, we were tested on the disease

168:5     state, the prescribing information and, like I

168:6     said, policies, pharmacology information, medical

168:7     terms.

168:8  Q.  And what did you have to get to pass

168:9     the test?

168:10  A.  You had to achieve 90 percent or

168:11     better.

168:12  Q.  And what happens if you didn't achieve

168:13     90 percent?

168:14  A.  Well, it was communicated to us that

168:15     if you failed or received below 90 percent for

168:16     three exams, that you could be terminated from

168:17     the program.

168:18  Q.  And other than that initial ten week

168:19     training period, have you received any other

168:20     training from Merck regarding products and

168:21     policies and all the other topics you described?

168:22  A.  Yeah, if new indications came out,

168:23     say, for instance, Singulair, we had allergic

168:24     rhinitis and so we could get disease background

168:25     on that and be tested and certified to talk about

169:1     that.  New indications -- we were continually

169:2     required to take tests and to study and were

169:3     periodically just PI examed, as well.

169:4  Q.  Okay.  You've used the term PI, I

169:5     think, a couple times.  What does that

169:6     abbreviation stand for?

169:7  A.  It stands for product insert so it's

169:8     the product label for a product that's been

169:9     approved by FDA.

169:10  Q.  Okay.  So when you use the term PI or

169:11     product insert or product label, that's all

169:12     referring to the same thing?

169:13  A.  Yes, it is.

169:14  Q.  And does prescribing information also

169:15     refer to the same thing?

169:16  A.  Yes, yes.

169:17  Q.  So when we're talking about those

169:18     different terms, be it label or product insert --

169:19     oh, excuse me.  Is product circular another term

169:20     for the same thing?

169:21  A.  Yes, it is.
169:22  Q.  So regardless of whether we're using
169:23      the term PI or prescribing information or product
169:24      insert or product circular or label, those all
169:25      refer to the same --
170:1   A.  Yes.
170:2   Q.  -- thing?
170:3   A.  Same thing.
170:4   Q.  And what is that thing physically?  I
170:5       mean, what does it look like?
170:6   A.  It's a document that has all the
170:7       information that Merck has submitted to FDA and
170:8       FDA has approved as part of what we can discuss
170:9       about that product.  So it includes the
170:10      description, the pharmacology of it, indication,
170:11      contraindication, warning, precautions, adverse
170:12      events, dosage administration.
170:13  Q.  And who receives the copy of the
170:14      product label?
170:15  A.  Everybody receives a copy of the
170:16      product label.  Once the product is approved,
170:17      that's what we use to educate our physicians with
170:18      and other healthcare professionals.
170:19  Q.  Well, do physicians have access to
170:20      that?
170:21  A.  Yes, they do.  You know, we leave
170:22      copies of the PI when we are visiting with the
170:23      physicians.  They have access to it on handheld
170:24      personal device software I've seen them use.
170:25      They have old fashioned PDR which is the
171:1       physician drug reference book, huge book with all
171:2       prescribing information in it.  Now – I think
171:3       for a while on the internet, each drug has its
171:4       own web-site so there's several resources to
171:5       obtain the prescribing information.
171:6   Q.  The training that you had, both
171:7       initial basic training as well as the follow up
171:8       training, have you found it to be challenging or
171:9       easy?
171:10  A.  Oh, it's very challenging.  It's very
171:11      in-depth.  They really cover all the bases.
171:12  Q.  I think you said that the training
171:13      also covers policy?
171:14  A.  Yes, yeah.
171:15  Q.  What basic policies were you trained
171:16      on that govern your interactions with physicians?

171:17   A.  I think the main, you know, concept is
171:18      that we always provide complete and accurate
171:19      information about our product and that we always
171:20      have fair balance within a discussion.
171:21   Q.  And with respect to the complete and
171:22      accurate information you described, what is --
171:23      what's your source of that information?
171:24   A.  The prescribing information.
171:25   Q.  The label?
172:1   A.  The label, circular, PI, uh-huh
172:2      (affirmative response).
172:3   Q.  What's your understanding of who
172:4      determines what goes into a product label?
172:5   A.  I'm not part of that process.  I don't
172:6      know who comes up with that.  Someone at Merck
172:7      and the FDA and how that happens, I don't know.
172:8   Q.  What's your understanding of what the
172:9      FDA's role is with respect to product labels?
172:10   A.  I think it's very rudimentary as far
172:11      as what I know what the FDA looks for.  I think
172:12      they look at all the information.
172:13   Q.  And then what?
172:14   A.  They either approve the product or
172:15      they don't.

---

3    **172:18 - 173:9**    McAllister, Melissa 2006-09-27    00:00:39        Z26.3

172:18      In response to several questions
172:19      from Mr. Birchfield earlier today, you said that
172:20      in responding to physicians, you had to deliver
172:21      information on or consistent with the product
172:22      label.  Do you remember that?
172:23   A.  Yes, I do.
172:24   Q.  What's your understanding as to why
172:25      you as a sales representative were constrained by
173:1      the information that was -- constrained to the
173:2      information that was on or consistent with the
173:3      label?
173:4   A.  It was, you know, based on the
173:5      policies that Merck has set up that we stay
173:6      within the product label and it has to be in the
173:7      product label or consistent with and that --
173:8      those were the policy that was set forth from day
173:9      one of basic training.

---

4    **173:20 - 179:22**    McAllister, Melissa 2006-09-27    00:06:43        Z26.4

173:20   Q.  How did Merck ensure that        (Edited)
173:21      the messages that you were delivering were on or

173:22          consistent with the product label?

173:23   A.  Well, the policy was to send out

173:24          bulletins specific to the products that we had

173:25          responsibility for, and in those bulletins, it

174:1          contained, you know, direction as far as what we

174:2          could discuss with physicians and then, you know,

174:3          to stay within the product circular.

174:4   Q.  Are you familiar with the term

174:5          approved message?

174:6   A.  Yes, I am.

174:7   Q.  And what does that term mean as used

174:8          at Merck?

174:9   A.  Merck would send out bulletins with

174:10         approved messages that would be encompassing

174:11         efficacy, safety, dosing, that type of thing.

174:12  Q.  Okay.  In addition to what kinds of

174:13         things were approved messages, what was the

174:14         definition of that term?

174:15  A.  Well, an approved message was a

174:16         message that was taken from the product label or

174:17         consistent with the product label.

174:18  Q.  And were you also given certain

174:19         written materials that were approved for your use

174:20         with physicians?

174:21  A.  Yes, we had pieces that were given to

174:22         us from Merck.

174:23  Q.  And what's your understanding of the

174:24         FDA's role with respect to whether or not you

174:25         could use certain written materials?

175:1   A.  From my understanding, when Merck

175:2          would come up with a piece for us to use, they

175:3          had to send it to the FDA for approval.

175:4   Q.  And what, if anything, were you

175:5          trained regarding deviation from the approved

175:6          messages and approved materials?

175:7   A.  Well, that was being -- that would be

175:8          inconsistent with policy and that was -- you

175:9          weren't -- you weren't allowed to do that.

175:10  Q.  What would happen if you did?

175:11  A.  Well, get in trouble, I mean, as far

175:12         as, you know, different disciplinary actions, I

175:13         suppose that they could take including

175:14         termination.

175:15  Q.  Now, you also mentioned a policy of

175:16         providing fair balance?

175:17  A.  That's correct.

175:18   Q.   What does the term fair balance mean?

175:19   A.   Well, fair balance is, you know,

175:20        you've got benefits and limitations to a

175:21        medication and you don't just -- all you talk is

175:22        about all the benefits.  You also talk about the

175:23        limitations of the medication to a doctor.

175:24   Q.   And what are some examples of the

175:25        categories of information that would be part of

176:1        the limitation?

176:2   A.   A limitation would be maybe a type of

176:3        patient that you would need to make sure you

176:4        start with the lowest dose.

176:5   Q.   Let me ask a different question.

176:6        Where would you look on the label to find the

176:7        type of information that constitutes limitations

176:8        of the product?

176:9   A.   Well, it would be -- it can be under

176:10        the contraindications, warnings, precautions,

176:11        adverse events and even dosing.  I mean, that

176:12        would constitute.

176:13   Q.   How often were you supposed to include

176:14        fair balance in your discussions with physicians?

176:15   A.   On every sales call.

176:16   Q.   Based on your eight and a half years

176:17        at Merck, how important are these policies

176:18        staying on or consistent with the label and

176:19        providing fair balance?

176:20   A.   Very important.  I mean, that was

176:21        always instilled from the very beginning of my

176:22        career with Merck.

176:23   Q.   And did anybody ever tell you that was

176:24        okay to violate those policies in certain

176:25        circumstances?

177:1   A.   No.

177:2   Q.   How often are you retrained on those

177:3        policies of delivering approved messages and

177:4        providing fair balance?

177:5   A.   Well, as far as the first part, as far

177:6        as policies, we are on a quarterly or

177:7        semester-type basis.  We have to be tested on a

177:8        group of policies and so that, you know, revolves

177:9        each year and then as far as fair balance, that's

177:10        always a continual education, as well.

177:11   Q.   What do you mean by that?

177:12   A.   Just that, you know, we're always

177:13        making sure that we're always delivering the

177:14        complete story of the product.

177:15  Q.  During your details or your calls on

177:16        physicians, are there ever situations where a

177:17        doctor asks a question that you can't answer?

177:18  A.  Oh, absolutely.  That comes up quite

177:19        often because they're inquisitive people and they

177:20        want to know different information, if it's

177:21        something that's beyond the product label.

177:22  Q.  Let me interrupt you for a second.

177:23        First before you get to that, why is it that you

177:24        can't answer certain questions?

177:25  A.  Because their questions are referring

178:1        to something that is not part of the product

178:2        label.

178:3  Q.  Why can't you answer those questions?

178:4  A.  Because they're not part of the

178:5        product label and those conversations, we can't

178:6        have because they're not part of the FDA approved

178:7        product label.

178:8  Q.  And if a doctor asks you a question

178:9        that calls for information that's not from or

178:10        pertaining to the FDA approved product label,

178:11        what do you do?

178:12  A.  We ask them -- we tell them, you know,

178:13        I can't go into that because that's not part of

178:14        our product label but I can send for professional

178:15        information request, a PIR, to address the

178:16        question that he or she would have.

178:17  Q.  Okay.  And exactly how does the PIR or

178:18        professional information request process work?

178:19  A.  Well, it's an unsolicited request from

178:20        a physician, so in having a discussion, they

178:21        bring up a question or subject that's not part of

178:22        the PI.  I asked if they would like one.  They

178:23        say yes, so in -- it's a computer based, so when

178:24        I'm going in to my call information, I can go

178:25        into a subject of PIR and submit a PIR and it's

179:1        sent to them in the mail.

179:2  Q.  And what, if anything, is a

179:3        representative's responsibility after the PIR is

179:4        sent to the physician?  Actually, before I ask

179:5        that, will the rep receive a copy of the PIR

179:6        that's sent to the physician in response?

179:7  A.  We are sent an electronic file

179:8        attachment that's downloaded into our computers

179:9        and it's a read only text and policy is that we

| 179:10 | | delete them after 60 days. |
| 179:11 | Q. | Back to my earlier question now.  What |
| 179:12 | | is the responsibility of the representative once |
| 179:13 | | the PIR letter gets sent out to a physician? |
| 179:14 | A. | Really, the only thing that we can do |
| 179:15 | | is, you know, did you get that because you want |
| 179:16 | | to make sure that they did get because you |
| 179:17 | | offered and you say you were going to do that and |
| 179:18 | | hopefully that addressed their question. |
| 179:19 | Q. | And what, if anything, could a |
| 179:20 | | physician do if he or she had a question about a |
| 179:21 | | product for which he or she wanted an immediate |
| 179:22 | | answer? |

5     **179:24 - 181:7**     McAllister, Melissa 2006-09-27     00:01:31     Z26.5

| 179:24 | | THE WITNESS:  In some instances, we |
| 179:25 | | had to do a faxable PIR or if they wanted an |
| 180:1 | | answer right then, I would give them the number |
| 180:2 | | for the national call -- service call center |
| 180:3 | | which is a big call center that has operators |
| 180:4 | | and account type people that can help address |
| 180:5 | | questions so depending on what they needed to |
| 180:6 | | know, they could route them to the appropriate |
| 180:7 | | person because in that case, like the PIR, it's |
| 180:8 | | a physician to physician response. |
| 180:9 | | BY MR. HOURIHAN: |
| 180:10 | Q. | That was my next question.  Who is it |
| 180:11 | | that actually sends the responsive letters when a |
| 180:12 | | PIR comes in on behalf of a physician? |
| 180:13 | A. | It would be the Merck medical |
| 180:14 | | services. |
| 180:15 | Q. | And are those doctors? |
| 180:16 | A. | Yes. |
| 180:17 | Q. | During the time that Vioxx was on the |
| 180:18 | | market and I think you established with Mr. |
| 180:19 | | Birchfield this morning, that was roughly spring |
| 180:20 | | or May of 1999 through September of 2004. |
| 180:21 | A. | Uh-huh (affirmative response). |
| 180:22 | Q. | What was your job title and |
| 180:23 | | responsibilities? |
| 180:24 | A. | During that time? |
| 180:25 | Q. | Yes. |
| 181:1 | A. | Well, when I first started in Lawton, |
| 181:2 | | Oklahoma, I was a professional rep, |
| 181:3 | | representative and as far as having |
| 181:4 | | responsibility for Vioxx, it was -- when I was in |

| | | |
|---|---|---|
| 181:5 | Oklahoma, it was a secondary product and then |
| 181:6 | when I moved to Jackson, Tennessee in March of |
| 181:7 | 2001, it shifted into more of a primary product. |

| | | | | |
|---|---|---|---|---|
| 6 | 182:11 -185:23 | McAllister, Melissa 2006-09-27 | 00:03:37 | Z26.6 |

| | | |
|---|---|---|
| 182:11 | Q. | I think you said earlier that | (Edited) |
| 182:12 | | Vioxx was a COX-2 inhibitor? |
| 182:13 | A. | Yes. |
| 182:14 | Q. | What is your understanding of what |
| 182:15 | | COX-2 inhibitors are? |
| 182:16 | A. | COX-2 inhibitors are different from |
| 182:17 | | the traditional NSAIDs that they provided the |
| 182:18 | | pain relief but that they were -- they didn't |
| 182:19 | | have COX-1 which is just that protective quality |
| 182:20 | | for the stomach. |
| 182:21 | Q. | Let's break that down a little bit |
| 182:22 | | maybe in nonmedical terms. |
| 182:23 | A. | Okay. |
| 182:24 | Q. | First off, what general, in layman's |
| 182:25 | | terms, what type of drug is a COX-2 inhibitor |
| 183:1 | | like Vioxx? |
| 183:2 | A. | Well, the class -- it's a pain |
| 183:3 | | reliever and it's a different class than what had |
| 183:4 | | been out before. |
| 183:5 | Q. | Okay.  You said -- you used the term |
| 183:6 | | NSAID? |
| 183:7 | A. | NSAID. |
| 183:8 | Q. | Is that nonsteroidal antiinflammatory |
| 183:9 | | drug? |
| 183:10 | A. | Uh-huh (affirmative response). |
| 183:11 | Q. | And what kinds of drugs are NSAIDs? |
| 183:12 | A. | Like Ibuprofen, Aleve, I mean, those |
| 183:13 | | kind of -- the ones that are on the market that |
| 183:14 | | you can buy. |
| 183:15 | Q. | Kind you can buy at a drugstore? |
| 183:16 | A. | Yes. |
| 183:17 | Q. | And again, in layman's terms, what was |
| 183:18 | | your understanding of what the basic difference |
| 183:19 | | was between COX-2 inhibitor pain relievers as |
| 183:20 | | compared to the traditional types of pain |
| 183:21 | | relievers? |
| 183:22 | A. | Traditional pain relievers, they took |
| 183:23 | | care of the pain but they also could cause |
| 183:24 | | ulcers. bleeding ulcers in the stomach, GI issues |
| 183:25 | | whereas the COX-2 inhibitors, because they were |
| 184:1 | | more specific, more targeted in what they did, |

184:2        they targeted the pain but they didn't also
184:3        target the stomach.
184:4    Q.  Now, based on your experience while
184:5        you were responsible for Vioxx, were the doctors
184:6        that you were seeing interested in learning about
184:7        COX-2 inhibitors?
184:8    A.  Oh, absolutely.
184:9    Q.  Why was that?
184:10   A.  Any time a new class comes out,
184:11       they're very interested in knowing about the
184:12       medication and in this case, because -- it was
184:13       different than anything they had had before and
184:14       they were very interested in the GI safety it
184:15       would offer.
184:16   Q.  Now, Vioxx was not the only COX-2
184:17       inhibitor on the market; correct?
184:18   A.  That's correct.
184:19   Q.  What other drug in that class was
184:20       available, at least in 1999 when Vioxx first came
184:21       into the market?
184:22   A.  Celebrex.
184:23   Q.  And who sold Celebrex?  Who
184:24       manufactured Celebrex?
184:25   A.  Phizer.
185:1    Q.  Was there competition between Phizer
185:2        and Merck with respect to these two drugs?
185:3    A.  Yeah, I would say there was
185:4        competition.
185:5    Q.  And how did that effect your job as a
185:6        professional representative?
185:7    A.  Well, I think you take it in stride as
185:8        far as, you know, knowing that that's out there
185:9        and that's -- that could be an issue but, you
185:10       know, we were really trying to -- we were new on
185:11       the market and just trying to explain what our
185:12       product offered for a physician's patients.
185:13   Q.  Were the Celebrex or Phizer
185:14       representatives talking to doctors about Vioxx as
185:15       well as about Celebrex?
185:16   A.  I would think they would have.
185:17   Q.  What makes you say that?
185:18   A.  It's just a competitive environment
185:19       and doctors routinely how do you rate against
185:20       Celebrex or they might ask the Celebrex rep how
185:21       do you rate with Vioxx.  They were trying to kind
185:22       of understand the differences in the drugs or,

|  |  | 185:23 | you know, whatever. |  |
|---|---|---|---|---|
| 7 | **187:23 - 188:5** | McAllister, Melissa 2006-09-27   00:00:20 | | Z26.7 |

187:23   Q.  Was there any change in the policies
187:24       with respect to how you should interact with
187:25       physicians when you took on Vioxx in 1999?
188:1    A.  No.
188:2    Q.  Did anybody at Merck ever tell to you
188:3        deviate from the policies of staying consistent
188:4        with the label and providing fair balance with
188:5        respect to Vioxx?

| 8 | **188:7 - 188:13** | McAllister, Melissa 2006-09-27   00:00:14 | | Z26.8 |
|---|---|---|---|---|

188:7        THE WITNESS:  No, they did not.
188:8        BY MR. HOURIHAN:
188:9    Q.  And with respect to Vioxx, did you --
188:10       well, with respect to Vioxx, were there ever any
188:11       instances in which you disregarded those
188:12       policies?
188:13   A.  No.

| 9 | **188:16 - 193:23** | McAllister, Melissa 2006-09-27   00:05:58 | | Z26.9 |
|---|---|---|---|---|

188:16       You referred earlier today to
188:17       bulletins?
188:18   A.  Yes.
188:19   Q.  And you told Mr. Birchfield that from
188:20       time to time, you received bulletins from Merck
188:21       pertaining to Vioxx; is that right?
188:22   A.  Yes, I did.
188:23   Q.  What did those bulletins communicate
188:24       to you?
188:25   A.  Well, you know, it depended on, you
189:1        know, the time frame.
189:2    Q.  Okay.  I don't want to know the
189:3        specifics but generally, what was the purpose
189:4        of -- what was your understanding of what the
189:5        bulletins were being sent to you for?
189:6    A.  Well, giving us direction on Vioxx and
189:7        as far as when VIGOR was published, had direction
189:8        and then once VIGOR was put in our PI, we had
189:9        direction on that.
189:10   Q.  Did any of the bulletins give you
189:11       instructions on how to respond to specific types
189:12       of questions from physicians?
189:13   A.  Yes.
189:14   Q.  And did some of the bulletins address
189:15       how to respond to questions about VIGOR or

189:16       cardiovascular safety issues?

189:17   A.   Yes, they did.

189:18   Q.   You answered a number of questions

189:19       earlier today from Mr. Birchfield about VIGOR.

189:20       What is your general recollection as to what

189:21       the -- what that study showed?

189:22   A.   Well, VIGOR was a study that was

189:23       looking at GI safety.

189:24   Q.   And GI is gastrointestinal?

189:25   A.   Gastrointestinal, stomach safety and

190:1       it looked at Vioxx versus naproxen.

190:2   Q.   What kind of drug is naproxen?

190:3   A.   It's an NSAID.

190:4   Q.   Does that have a brand name that folks

190:5       would recognize?

190:6   A.   Oh, I can't think of the name. I

190:7       guess Aleve, yeah, Aleve is that. So anyway, it

190:8       was looking at how -- the safety on the stomach

190:9       and at the end of the study, it did show that

190:10       there were fewer perforations, ulcers and bleeds

190:11       or basically that Vioxx did show it was safer on

190:12       the stomach. Then there were also findings as

190:13       far as cardiovascular. There was a higher

190:14       cardiovascular number of MIs or cardiac events

190:15       versus -- with Vioxx versus naproxen.

190:16   Q.   And I think we established just a

190:17       moment ago, that study was first disclosed to the

190:18       public when?

190:19   A.   In 2000, spring of 2000.

190:20   Q.   And what -- do you remember how Merck

190:21       disclosed those results in spring of 2000?

190:22   A.   I can only think of how -- I remember

190:23       how it was disclosed to us as through a bulletin.

190:24   Q.   Do you remember whether it was

190:25       disclosed in any other manner in the year 2000?

191:1       For example, let me ask a more specific question.

191:2       Do you remember whether there was ever any

191:3       studies published pertaining to VIGOR?

191:4   A.   Yeah, I mean, I think there were

191:5       studies published and Merck issued press

191:6       releases, as well.

191:7   Q.   During that period immediately after

191:8       VIGOR was disclosed to the public in the spring

191:9       of 2000, were you as a professional

191:10       representative allowed to initiate discussions

191:11       about VIGOR?

191:12  A.  No, we weren't allowed to initiate

191:13      discussions.

191:14  Q.  And why not?

191:15  A.  Because it wasn't consistent or on the

191:16      product label.

191:17  Q.  Notwithstanding the fact that you

191:18      couldn't initiate discussions, did VIGOR

191:19      nevertheless come up in any of your conversations

191:20      with physicians?

191:21  A.  Yes, it did come up.

191:22  Q.  How frequently?

191:23  A.  Probably on a daily basis.

191:24  Q.  And if physicians weren't learning

191:25      about VIGOR through you initiating conversations

192:1      about it, did they tell you how they were

192:2      learning about it?

192:3  A.  I think a lot of it came from the

192:4      Phizer representatives bringing it up as part of

192:5      their call on a physician.  It was being spoken

192:6      at conventions, conferences, that type of thing;

192:7      and there was a lot of press reports about it.

192:8      So several different avenues of information.

192:9  Q.  Now, I think we established a second

192:10      ago that the VIGOR data did not actually go into

192:11      the Vioxx label until April 2002.  Prior to that,

192:12      did you receive bulletins instructing you how to

192:13      respond to questions about cardiovascular safety?

192:14  A.  Yes, we did.

192:15  Q.  And what -- generally speaking, what

192:16      was your instruction with respect to how to

192:17      approach doctors' questions about cardiovascular

192:18      safety?

192:19  A.  Well, we received different bulletins

192:20      and depending on the time frame and what the

192:21      direction was, that if we were asked about

192:22      cardiovascular safety, we could proactively, you

192:23      know, then say -- have a verbal statement

192:24      regarding the VIGOR study and then depending on

192:25      what the doctor wanted, we could say, would you

193:1      like for me to show you information that isn't on

193:2      product label or consistent with our product

193:3      label, the OA studies and cardiovascular event

193:4      card and/or if they wanted information regarding

193:5      VIGOR, then I would send a PIR.

193:6  Q.  Okay.  So you may have already

193:7      explained this, but just so it's clear, what

193:8        distinguished whether you used -- after you gave
193:9        your oral statement.
193:10   A.  Right.
193:11   Q.  What determined whether you utilized
193:12        the cardiovascular card or PIR or both?
193:13   A.  It's really what the physician was
193:14        wanting. What information did they want? Did
193:15        they want to see what had already been in our PI
193:16        or were they wanting to know about the VIGOR
193:17        study which was not part of the PI? So it
193:18        depended on what they wanted.
193:19   Q.  Let me focus on the cardiovascular
193:20        card for a moment because you were asked a number
193:21        of questions about that by Mr. Birchfield
193:22        earlier.
193:23   A.  Uh-huh (affirmative response).

---

**10**   **193:24 - 194:19**     McAllister, Melissa 2006-09-27     00:00:58          Z26.10

193:24   Q.  First off, do you know whether or not
193:25        you ever used the cardiovascular card with Dr.
194:1        Herrera?
194:2   A.  You know, it was my practice during
194:3        that time that, you know, when issues would come
194:4        up, that was the direction that I took, that is
194:5        was how we used that cardiovascular card so I
194:6        probably did but, you know, specific, I can't
194:7        remember specific exact time but it was my
194:8        general policy to use that if that's what the --
194:9        you know, physician wanted information on.
194:10   Q.  Okay. And do you know whether or not
194:11        Dr. Herrera ever asked you for the type of
194:12        information that would cause you to utilize the
194:13        cardiovascular card as you sit here today?
194:14   A.  I can't recall a specific -- specific
194:15        time but it was --- you know, that was the
194:16        direction that we got was to address those
194:17        concerns if that, you know, occurred and if that
194:18        would have happened, I would have -- you know, I
194:19        would have used the cardiac card.

---

**11**   **194:20 - 194:21**     McAllister, Melissa 2006-09-27     00:00:03          Z26.11

194:20   Q.  But is that speculation on your part
194:21        or are you testifying from memory?

---

**12**   **194:23 - 195:10**     McAllister, Melissa 2006-09-27     00:00:24          Z26.12

194:23        THE WITNESS: I'm just saying that it
194:24        was my general practice at that time that if it

| | | |
|---|---|---|
| 194:25 | | was -- if it were to come up, that's how I |
| 195:1 | | would have handled the situation. |
| 195:2 | | BY MR. HOURIHAN: |
| 195:3 | Q. | Okay.  And just again, do you know |
| 195:4 | | whether it came up with Dr. Herrera? |
| 195:5 | A. | I don't know if it came up with Dr. |
| 195:6 | | Herrera. |
| 195:7 | Q. | Was the CV card the type of approved |
| 195:8 | | material that you had referenced earlier that was |
| 195:9 | | provided to you by Merck? |
| 195:10 | A. | Yes, it was. |

| 13 | 195:17 -196:25 | McAllister, Melissa 2006-09-27 | 00:01:28 | Z26.13 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | 195:17 | Q. | Let me ask you to pull from the pile |
| | 195:18 | | of exhibits that Mr. Birchfield showed you |
| | 195:19 | | plaintiff's Exhibit 62 which I think is on the |
| Link > P1-662.1 | 195:20 | | top there.  It's the April 28th, 2000 bulletin |
| | 195:21 | | concerning the cardiovascular card. |
| Link > P1-662.1.1 | 195:22 | | In the middle of the second full |
| | 195:23 | | paragraph under the heading of background in bold |
| Link > P1-662.1.2 | 195:24 | | is the following sentence:  Cardiovascular card |
| | 195:25 | | is an obstacle handling piece and should only be |
| | 196:1 | | used with physicians in response to their |
| | 196:2 | | questions regarding cardiovascular effects of |
| | 196:3 | | Vioxx.  Do you see that? |
| | 196:4 | A. | Yes, I do. |
| | 196:5 | Q. | What did you understand that |
| Link > Hide | 196:6 | | instruction to mean? |
| | 196:7 | A. | This wasn't something that we |
| | 196:8 | | proactively brought up.  It was in response to if |
| | 196:9 | | a physician brought up cardiovascular safety |
| | 196:10 | | regarding Vioxx, saying, you know, give them the |
| | 196:11 | | oral statement based on the direction of the |
| | 196:12 | | bulletin about VIGOR and if they wanted to have |
| | 196:13 | | information that was consistent with the product |
| | 196:14 | | label, this is when we'd use this. |
| | 196:15 | Q. | Was the VIGOR data, the data that |
| | 196:16 | | wasn't yet in Vioxx's label contained in the |
| | 196:17 | | cardiovascular card? |
| | 196:18 | A. | No, it was not. |
| | 196:19 | Q. | Did you ever tell physicians that it |
| | 196:20 | | was contained in the cardiovascular card? |
| | 196:21 | A. | No, I didn't. |
| | 196:22 | Q. | Did you ever indicate to physicians |
| | 196:23 | | that the cardiovascular card contained all the |
| | 196:24 | | clinical data pertaining to cardiovascular |

McAllister Merck Exam

| | | 196:25 | safety? |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 14 | 197:2-197:16 | McAllister, Melissa 2006-09-27 | 00:00:36 | Z26.14 |

Link > Hide

197:2      THE WITNESS: No, I didn't.

197:3      BY MR. HOURIHAN:

197:4    Q.  What did you tell physicians was in

197:5      the cardiovascular card?

197:6    A.  Cardiovascular card, you know, had it

197:7      in black and white.  This is from our OA studies

197:8      which are part of the product label and here's

197:9      the information that I can disseminate to you.

197:10   Q.  And again, if a physician was

197:11     interested in data, not from the OA studies but

197:12     from the VIGOR study, what would you do?

197:13   A.  Then I could offer to send a PIR.

197:14   Q.  Did you ever utilize the

197:15     cardiovascular card to try to withhold the data

197:16     from VIGOR from any physicians?

| | | | | |
|---|---|---|---|---|
| 15 | 197:18-198:13 | McAllister, Melissa 2006-09-27 | 00:00:52 | Z26.15 |

197:18     THE WITNESS: No, I didn't.

197:19     BY MR. HOURIHAN:

197:20   Q.  Did there come a time when you were

197:21     instructed to stop using the cardiovascular card?

197:22   A.  Well, when -- in spring of 2002 when

197:23     VIGOR became part of the product label for Vioxx,

197:24     then we discontinued using that card because the

197:25     product label had both what was on the

198:1      cardiovascular card and the VIGOR study.  It was

198:2      all together.

198:3    Q.  So at least from the point of April

198:4      2002 forward, did you -- is there any doubt in

198:5      your mind as to whether or not you used the

198:6      cardiovascular card with any physician?

198:7    A.  I wouldn't have used this card after

198:8      that.  It was, you know, to be discontinued,

198:9      destroyed or whatever that, you know, they said

198:10     but why would I --

198:11   Q.  Is there any doubt in your mind as to

198:12     whether or not you used the cardiovascular card

198:13     with Dr. Herrera after April 2002?

| | | | | |
|---|---|---|---|---|
| 16 | 198:15-198:16 | McAllister, Melissa 2006-09-27 | 00:00:03 | Z26.16 |

198:15     THE WITNESS: There's no doubt in my

198:16     mind.  I wouldn't have used that with him.

| | | | | |
|---|---|---|---|---|
| 17 | 199:1-199:12 | McAllister, Melissa 2006-09-27 | 00:00:36 | Z26.17 |

199:1    Q.  Was there a bulletin that governed how

199:2       to respond to questions about cardiovascular

199:3       safety after the label changed?

199:4  A.  Yes.  It was a bulletin I can remember

199:5       because it was -- it was a mandatory -- it was

199:6       you must go out and talk about all aspects of the

199:7       new label change.

199:8  Q.  Was it your regular practice with all

199:9       physicians to deliver the approved messages that

199:10      were set forth in the bulletins that were in

199:11      effect at the time?

199:12  A.  Yes.

| 18 | 199:13 -199:20 | McAllister, Melissa 2006-09-27 | 00:00:25 | Z26.18 |

199:13  Q.  In your experience as a professional

199:14      representative and as a vaccine representative,

199:15      is it unusual for there to be a situation where

199:16      there is information about a drug available out

199:17      in the public but not yet incorporated into the

199:18      drug's label and, therefore, not something that

199:19      you as a representative can affirmatively

199:20      discuss?

| 19 | 199:22 -201:15 | McAllister, Melissa 2006-09-27 | 00:01:49 | Z26.19 |

199:22      THE WITNESS:  Yes.  There are

199:23      circumstances where that happens.

199:24      BY MR. HOURIHAN:

199:25  Q.  And in those situations, how do you

200:1       find out -- how do you as a Merck representative

200:2       find out about the public information that's not

200:3       in the label?

200:4  A.  Well, Merck sends out bulletins in

200:5       regards to the products that we have

200:6       responsibility for and in bold letters, it says

200:7       background, for background use only.

200:8  Q.  And you used that term background with

200:9       Mr. Birchfield several times today.  Can you just

200:10      elaborate a little bit on what background

200:11      information means as used at Merck?

200:12  A.  Well, at Merck, background information

200:13      would involve information that's about the

200:14      product but it's not in the product circular,

200:15      hasn't been FDA approved and it's just for our

200:16      background knowledge to keep things in the

200:17      context of the situation.

200:18  Q.  And when you say that to keep things

200:19      in the context of the situation, what do you mean

200:20      by that?

**McAllister Merck Exam**

200:21   A.  Just I think for us to have a better
200:22      understanding of the product that we have
200:23      responsibility for.
200:24   Q.  And Mr. Birchfield asked you several
200:25      questions about Merck's scientist's conclusion
201:1      that the cardiovascular event rates in VIGOR were
201:2      the result of naproxen having cardio protective
201:3      effects and not the result of Vioxx causing heart
201:4      attacks.  Do you remember those questions?
201:5   A.  Yes.
201:6   Q.  Was that conclusion of Merck
201:7      scientists background information?
201:8   A.  Yes, it was.
201:9   Q.  Was it ever an approved message?
201:10   A.  No, it was not.
201:11   Q.  And so what does that mean as with
201:12      respect to whether or not it was something that
201:13      you were ever authorized to say to physicians?
201:14   A.  I was never authorized to say that
201:15      because it was background information.

| 20 | 203:18 - 204:14 | McAllister, Melissa 2006-09-27 | 00:00:52 | Z26.20 |
| --- | --- | --- | --- | --- |

203:18   Q.  What did you say to physicians with
203:19      respect to what was the correct explanation for
203:20      the cardiovascular adverse event rates in VIGOR?
203:21   A.  I didn't give an explanation either
203:22      way.
203:23   Q.  What did you do?
203:24   A.  Well, depending on if it was in the
203:25      label, the VIGOR study, like I said, I could give
204:1      an oral statement about it depending on the
204:2      bulletin at that time.  If they wanted
204:3      information on the OA studies that was in the
204:4      prescribing information, I could do that, but if
204:5      they are wanting to know about the VIGOR
204:6      information, that's what I could do is to submit
204:7      the PIR.
204:8   Q.  Okay.  How about after the label
204:9      changed in April 2002?
204:10   A.  I still didn't make a comment either
204:11      way.
204:12   Q.  What did you do?
204:13   A.  Just go over the information that was
204:14      part of the product label.

| 21 | 204:25 - 206:8 | McAllister, Melissa 2006-09-27 | 00:01:15 | Z26.21 |
| --- | --- | --- | --- | --- |

204:25   Q.  Ms. McAllister, do you recall a Dr.

205:1      Esmereldo Herrera who practiced in Waynesboro,

205:2      Tennessee?

205:3  A.  Yes, I remember him.

205:4  Q.  Did you call on Dr. Herrera while you

205:5      were a professional representative with

205:6      responsibility for Vioxx?

205:7  A.  Yes, when I was in Jackson, I did call

205:8      on him.

205:9  Q.  Where was Dr. Herrera located?

205:10  A.  In Waynesboro, Tennessee.

205:11  Q.  And how far away is that from Jackson,

205:12      Tennessee where you were based?

205:13  A.  Probably a little over two hours.

205:14  Q.  And did you call on Dr. Herrera more

205:15      or less frequently than other doctors that you

205:16      called on?

205:17  A.  No, I didn't.

205:18  Q.  What was your relationship with Dr.

205:19      Herrera like?

205:20  A.  It was -- I he thought it was a, you

205:21      know, good relationship as far as between a

205:22      pharmaceutical rep and a physician.

205:23  Q.  Did he seem to you like he tried to

205:24      stay up to date on medical issues?

205:25  A.  Yes, I think so.

206:1  Q.  And did you have discussions with Dr.

206:2      Herrera about Vioxx?

206:3  A.  Yes, I did have discussions.

206:4  Q.  I think you testified to Mr.

206:5      Birchfield earlier that you don't recall any

206:6      specific conversations with Dr. Herrera about

206:7      Vioxx; is that right?

206:8  A.  That's true, nothing specific.

---

22    206:17 -207:9    McAllister, Melissa 2006-09-27    00:00:46            Z26.22

206:17  Q.  How frequently were those sorts of

206:18      questions coming up when you were in Tennessee?

206:19      Let's talk about when you first arrived in

206:20      Tennessee sort of mid 2001.

206:21  A.  From what I can remember, you know,

206:22      issues came up with Vioxx.

206:23  Q.  How frequently?  Let me make the

206:24      question more specific first.  How frequently

206:25      were you getting questions about VIGOR or

207:1      cardiovascular safety in 2001?

207:2  A.  Probably daily.

**McAllister Merck Exam**

|  |  |  |  |
|---|---|---|---|
| | 207:3 | Q. | And did you have any reason to believe |
| | 207:4 | | that those sorts of questions did not come up |
| | 207:5 | | with Dr. Herrera? |
| | 207:6 | A. | I don't have any reason not to believe |
| | 207:7 | | they wouldn't. |
| Link > MM4.1.1 | 207:8 | Q. | Let me ask you to take a look at what |
| | 207:9 | | I'm going to mark as McAllister Exhibit 4.     (Edited) |

---

| 23 | 207:10 -207:10 | McAllister, Melissa 2006-09-27     00:00:05 | | Z26.23 |
|---|---|---|---|---|
| | 207:10 | is a bulletin dated May 23rd, 2001. | | |

---

| 24 | 207:16 -208:5 | McAllister, Melissa 2006-09-27     00:00:29 | | Z26.24 |
|---|---|---|---|---|
| | 207:16 | Q. | Do you have a copy McAllister Exhibit | |
| | 207:17 | | 4 in front of you, ma'am? | |
| | 207:18 | A. | Yes, I do. | |
| | 207:19 | Q. | Is this a -- can you identify what | |
| | 207:20 | | this document is? | |
| | 207:21 | A. | It's a bulletin in regards to Vioxx. | |
| | 207:22 | Q. | And is this a bulletin that you | |
| | 207:23 | | received? | |
| | 207:24 | A. | Yes, I would have received this | |
| Link > Hide | 207:25 | | bulletin. | |
| | 208:1 | Q. | Is this the bulletin -- is this the | |
| | 208:2 | | bulletin that would have been in effect in summer | |
| | 208:3 | | of 2001 when you were first calling on Dr. | |
| | 208:4 | | Herrera? | |
| | 208:5 | A. | Yes, I believe it would. | |

---

| 25 | 208:12 -209:4 | McAllister, Melissa 2006-09-27     00:00:41 | | Z26.25 |
|---|---|---|---|---|
| | 208:12 | Q. | And what do you recall? | |
| | 208:13 | A. | Just that there was a lot of | |
| | 208:14 | | information going on about it, a lot of talk. | |
| | 208:15 | Q. | A lot of information and talk about | |
| | 208:16 | | what? | |
| | 208:17 | A. | As far as physicians bringing up this | |
| | 208:18 | | article and news reports and that type of thing. | |
| | 208:19 | Q. | And what was the subject of the | |
| | 208:20 | | article? | |
| | 208:21 | A. | Well, the subject was about the VIGOR | |
| | 208:22 | | study. | |
| | 208:23 | Q. | In any particular aspect of VIGOR? | |
| | 208:24 | A. | I think it was talking about the | |
| | 208:25 | | cardiovascular information involving VIGOR. | |
| | 209:1 | Q. | And so this bulletin was sent to you | |
| | 209:2 | | all in the field to instruct you how to respond | |
| | 209:3 | | to those sorts of questions? | |
| | 209:4 | A. | Yes. | |

| 26 | 210:10-211:2 | McAllister, Melissa 2006-09-27 | 00:00:36 | Z26.26 |

| | 210:10 | Q. | Were you ever trained to avoid or |
| | 210:11 | | dodge doctor's questions about a product? |
| | 210:12 | A. | No, we were not. |
| | 210:13 | Q. | Did you ever do that, in fact, try to |
| | 210:14 | | duck a question from a doctor? |
| | 210:15 | A. | No, I did not. |
| | 210:16 | Q. | What -- based on your experience, what |
| | 210:17 | | would happen if you as a professional |
| | 210:18 | | representative ducked or dodged or avoided a |
| | 210:19 | | question that a physician had about one of your |
| | 210:20 | | products? |
| | 210:21 | A. | A physician would not find you as a |
| | 210:22 | | trustworthy source of information. |
| | 210:23 | Q. | And how, if at all, would that effect |
| | 210:24 | | your job? |
| | 210:25 | A. | Probably wouldn't get back to talk to |
| | 211:1 | | them.  They wouldn't -- they just would dismiss |
| | 211:2 | | you. |

| 27 | 213:25-214:6 | McAllister, Melissa 2006-09-27 | 00:00:11 | Z26.27 |

| | 213:25 | Q. | And you said in your responses to Mr. |
| | 214:1 | | Birchfield that sometimes you could actually give |
| | 214:2 | | the actual cardiovascular event rates pertaining |
| | 214:3 | | to VIGOR? |
| | 214:4 | A. | Yes. |
| | 214:5 | Q. | Is that right? |
| | 214:6 | A. | Uh-huh (affirmative response). |

| 28 | 214:10-215:23 | McAllister, Melissa 2006-09-27 | 00:01:29 | Z26.28 |

| | 214:10 | Q. | Could you read the sentence that |
| | 214:11 | | you're talking about? |
| Link > MM4.1.1 | 214:12 | A. | Uh-huh (affirmative response).  It |
| Link > MM4.1.7 | 214:13 | | says in the Vioxx GI outcomes trial, VIGOR, the |
| | 214:14 | | incidence of MI was .5 percent with Vioxx and .1 |
| | 214:15 | | percent with naproxen. |
| | 214:16 | Q. | So that's something you would have |
| | 214:17 | | said in response to a doctor who asked you a |
| | 214:18 | | question about cardiovascular at that time this |
| | 214:19 | | bulletin was in effect? |
| | 214:20 | A. | Yes, that was the oral statement I |
| | 214:21 | | could give as of May 23rd, 2001. |
| | 214:22 | Q. | So if Dr. Herrera asked you a question |
| | 214:23 | | along those lines in mid 2001 when you were first |
| | 214:24 | | calling on him, this was the first thing you |
| | 214:25 | | would say to him in response, this statement in |
| | 215:1 | | here in paragraph that includes the sentence in |

**McAllister Merck Exam**

|  | 215:2 |  | Vioxx GI outcomes trial, the incidence of MI was |
|  | 215:3 |  | 0.5 percent with Vioxx and 0.1 percent with |
|  | 215:4 |  | naproxen? |
| Link > Hide | 215:5 | A. | That's correct. |
|  | 215:6 | Q. | And then you also referenced the |
|  | 215:7 |  | potential use of a PIR and/or cardiovascular |
|  | 215:8 |  | card? |
|  | 215:9 | A. | Uh-huh (affirmative response). |
|  | 215:10 | Q. | And how would that flow after you've |
|  | 215:11 |  | given this oral statement that we see here? |
|  | 215:12 | A. | Well, after giving the oral statement |
|  | 215:13 |  | in regards to VIGOR, you know, it -- you know, |
|  | 215:14 |  | what did the doctor want? Ask them do you -- |
|  | 215:15 |  | would you like more information than what's on |
|  | 215:16 |  | the product label, our OA studies that I can go |
|  | 215:17 |  | over or are you wanting information in regards to |
|  | 215:18 |  | VIGOR which I will send a PIR. |
|  | 215:19 | Q. | Did you feel that this particular |
|  | 215:20 |  | obstacle response that you were given was |
|  | 215:21 |  | responsive to the types of questions that you |
|  | 215:22 |  | were getting from physicians in 2001? |
|  | 215:23 | A. | Yes, I did. |

| 29 | 217:13 - 220:18 | McAllister, Melissa 2006-09-27 | 00:03:04 | Z26.29 |

|  | 217:13 | Q. | Mrs. McAllister, do you have a copy of |
|  | 217:14 |  | what's been marked as McAllister Exhibit 5 in |
|  | 217:15 |  | front of you? |
| Link > MM5.1 | 217:16 | A. | Yes, I do. |
|  | 217:17 | Q. | Can you identify that document, |
|  | 217:18 |  | please? |
|  | 217:19 | A. | It's a PIR, professional information |
|  | 217:20 |  | request. |
|  | 217:21 | Q. | Is it a request from -- well, who is |
|  | 217:22 |  | this letter from and who is it to? |
| Link > MM5.1.1 | 217:23 | A. | Well, it's from Merck Medical Services |
|  | 217:24 |  | and it's addressed to Esmereldo Herrera, Dr. |
|  | 217:25 |  | Herrera in Waynesboro, Tennessee and it was a |
|  | 218:1 |  | request given to Lee English and he obviously |
|  | 218:2 |  | submitted it in. |
|  | 218:3 | Q. | Okay. So this is an example of the |
|  | 218:4 |  | responsive letter from Merck medical doctors to a |
|  | 218:5 |  | physician? |
|  | 218:6 | A. | Yes. |
|  | 218:7 | Q. | And it is in response to a PIR? |
|  | 218:8 | A. | Yes, a PIR. |
|  | 218:9 | Q. | And this particular document, which is |

| | | |
|---|---|---|
| 218:10 | | dated June 8th, 2001, was sent from Merck to Dr. |
| 218:11 | | Herrera? |
| 218:12 | A. | Yes. |
| 218:13 | Q. | According to the first paragraph of |
| 218:14 | | the document, it was sent in response to a PIR |
| 218:15 | | submitted by Lee English; is that right? |
| 218:16 | A. | Yeah. |
| 218:17 | Q. | Do you know who Lee English is? |
| 218:18 | A. | Yes, Lee English was one of my |
| 218:19 | | colleagues in Jackson, Tennessee. |
| 218:20 | Q. | He was another professional |
| 218:21 | | representative? |
| 218:22 | A. | Yes. |
| 218:23 | Q. | Did he call on Dr. Herrera? |
| 218:24 | A. | Yes, he did call on Dr. Herrera. |
| 218:25 | Q. | Did he promote Vioxx to Dr. Herrera? |
| 219:1 | A. | Yes, he did. |
| 219:2 | Q. | So he would have had discussions with |
| 219:3 | | Dr. Herrera about Vioxx; right? |
| 219:4 | A. | Yes, he would. |
| 219:5 | Q. | And he would have fielded questions |
| 219:6 | | from Dr. Herrera about Vioxx? |
| 219:7 | A. | Yes. |
| 219:8 | Q. | Just like you? |
| 219:9 | A. | Just like me. |
| 219:10 | Q. | Is this the kind of PIR -- well, let's |
| 219:11 | | talk about the PIR for just a second.  Could you |
| 219:12 | | read the first and second sentences of this |
| 219:13 | | letter to Dr. Herrera? |
| 219:14 | A. | It says Dear Dr. Herrera -- |
| 219:15 | Q. | Let me just ask you to read slowly |
| 219:16 | | because it's hard sometimes to get all the words |
| 219:17 | | down. |
| 219:18 | A. | Okay. |
| 219:19 | Q. | If you read quickly. |
| 219:20 | A. | Okay. |
| 219:21 | Q. | So if you would, Mrs. McAllister, |
| 219:22 | | please read the first two sentences of this PIR |
| 219:23 | | letter from Merck to Dr. Herrera. |
| 219:24 | A. | Our medical representative Lee English |
| 219:25 | | has referred your request for information |
| 220:1 | | regarding Vioxx (rofecoxib tablets and oral |
| 220:2 | | suspension) your inquiry concerned a request for |
| 220:3 | | a reprint of the Vioxx gastrointestinal outcomes |
| 220:4 | | research trial (VIGOR). |
| 220:5 | Q. | Based on what you just read, what is |

Link > MM5.1.2

Link > Hide

|  |  |  |
|---|---|---|
| | 220:6 | your understanding of the question that Dr. |
| | 220:7 | Herrera was asking Mr. English that led to this |
| | 220:8 | letter? |
| | 220:9 | A. Well, I mean, I don't know what the |
| | 220:10 | exact question is but it had to have been in |
| | 220:11 | regards to VIGOR. |
| | 220:12 | Q. Okay. |
| | 220:13 | A. And the PIR was sent. |
| Link > MM5.1.3 | 220:14 | Q. And if you look at the very last line |
| | 220:15 | on the first page of this PIR. |
| | 220:16 | A. Uh-huh (affirmative response). |
| | 220:17 | Q. It begins with the words the enclosed |
| | 220:18 | reprint? |

| 30 | 221:2 -222:2 | McAllister, Melissa 2006-09-27 | 00:01:07 | Z26.30 |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| | 221:2 | A. The enclosed reprint of the         (Edited) |
| | 221:3 | VIGOR study should be reviewed for complete |
| | 221:4 | information. |
| Link > MM5.4.2 | 221:5 | Q. And then if you flip it over to the |
| | 221:6 | very last page underneath the signature block, it |
| | 221:7 | says that enclosed with the letter is a circular |
| | 221:8 | and reference? |
| | 221:9 | A. Uh-huh (affirmative response). |
| | 221:10 | Q. And what does the term circular mean? |
| | 221:11 | A. That would mean the product label, |
| | 221:12 | product information, PI. |
| | 221:13 | Q. What does the term reference refer to? |
| | 221:14 | A. I would assume that that would be the |
| | 221:15 | VIGOR study. |
| | 221:16 | Q. The reprint? |
| | 221:17 | A. The reprint, yeah. |
| Link > Hide | 221:18 | Q. And again, just to tie it in with your |
| | 221:19 | testimony earlier about your general instructions |
| | 221:20 | regarding how to respond to questions about |
| | 221:21 | cardiovascular safety, if you had a physician who |
| | 221:22 | asked you about cardiovascular safety and wanted |
| | 221:23 | additional information on the VIGOR study, is |
| | 221:24 | this the kind of PIR, at least one of the PIRs, |
| | 221:25 | that would have been submitted on behalf of such |
| | 222:1 | physician? |
| | 222:2 | A. Yes, that's what I would have done. |

| 31 | 222:25 -223:9 | McAllister, Melissa 2006-09-27 | 00:00:19 | Z26.31 |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| | 222:25 | Q. Well, now let's shift the time frame |
| | 223:1 | to the label change.  Do you remember the label |
| | 223:2 | change in April 2002? |
| | 223:3 | A. Yes, I do. |

|  |  |  |  |  |
|---|---|---|---|---|
| | 223:4 | Q. Do you recall receiving bulletins from | | |
| | 223:5 | Merck concerning the label change? | | |
| | 223:6 | A. Yes, I do remember those. | | |
| | 223:7 | Q. Let's take a look at those bulletins | | |
| | 223:8 | and let me hand you now what I'm marking at | | |
| Link > MM6.1 | 223:9 | McAllister Exhibit 6. | | |

| 32 | **223:15 -223:16** | McAllister, Melissa 2006-09-27 | 00:00:05 | Z26.32 |
|---|---|---|---|---|
| | 223:15 | Q. Ask you to take a moment and | | |
| | 223:16 | familiarize yourself with that document. | (Edited) | |

| 33 | **223:17 -224:8** | McAllister, Melissa 2006-09-27 | 00:00:34 | Z26.33 |
|---|---|---|---|---|
| | 223:17 | have McAllister 6 in front of you, ma'am? | | |
| | 223:18 | A. Yes, I do. | | |
| | 223:19 | Q. Can you identify that document, | | |
| | 223:20 | please? | | |
| Link > MM6.1.1 | 223:21 | A. It's a bulletin for Vioxx. | | |
| | 223:22 | Q. And was this a bulletin that you | | |
| | 223:23 | received as a member of the field personnel with | | |
| | 223:24 | responsibility for Vioxx? | | |
| | 223:25 | A. Yes, I received this. | | |
| | 224:1 | Q. And you would have received this on | | |
| | 224:2 | April 11th, 2002? | | |
| | 224:3 | A. That's -- yeah, that's the day it has | | |
| | 224:4 | on it. | | |
| Link > Hide | 224:5 | Q. Okay. Have you had an opportunity to | | |
| | 224:6 | kind of review the first page of this exhibit? | | |
| | 224:7 | A. Can I have another minute? | | |
| | 224:8 | Q. Sure. | | |

| 34 | **224:9 -227:21** | McAllister, Melissa 2006-09-27 | 00:03:41 | Z26.34 |
|---|---|---|---|---|
| | 224:9 | A. Okay. | | |
| | 224:10 | Q. What is the overall purpose of this | | |
| | 224:11 | communication to you? | | |
| | 224:12 | A. Overall is to -- I mean, the words | | |
| | 224:13 | here, diligently follow all actions with, you | | |
| | 224:14 | know, physicians and customers and to proactively | | |
| | 224:15 | review all changes to the PI. | | |
| Link > MM6.1.3 | 224:16 | Q. Okay. Let's read together the section | | |
| | 224:17 | of this bulletin under the heading introduction. | | |
| | 224:18 | A. Uh-huh (affirmative response). | | |
| | 224:19 | Q. It says as previously communicated in | | |
| | 224:20 | June 2000, Merck submitted a supplemental MDA for | | |
| | 224:21 | Vioxx based on the Vioxx GI outcome's research | | |
| | 224:22 | study, VIGOR. On April 11th, 2002, the FDA | | |
| | 224:23 | issued the following label revisions based upon | | |
| | 224:24 | the VIGOR results. Simultaneously, the FDA | | |

|  |  |  |  |
|---|---|---|---|
|  | 224:25 |  | issued a new indication for Vioxx for treatment |
|  | 225:1 |  | of signs and symptoms of rheumatoid arthritis in |
|  | 225:2 |  | adults.  The purpose of this bulletin is to |
|  | 225:3 |  | provide you with important updated information |
|  | 225:4 |  | based on the results of this label change and |
|  | 225:5 |  | immediate actions required by you. |
|  | 225:6 |  | Did I read that correctly? |
| Link > Hide | 225:7 | A. | Yes, you did. |
|  | 225:8 | Q. | Under the heading below that of action |
|  | 225:9 |  | required, the first bulletin point says |
| Link > MM6.1.2 | 225:10 |  | diligently follow all actions with physicians and |
|  | 225:11 |  | customers; right? |
|  | 225:12 | A. | Yes. |
| Link > MM6.1.7 | 225:13 | Q. | The next bullet point says review the |
|  | 225:14 |  | new label for Vioxx and distribute to physicians |
|  | 225:15 |  | and customers, and attached to this bulletin |
| Link > Hide | 225:16 |  | are -- well, there's several items that are |
|  | 225:17 |  | attached to it.  Can you tell us whether or not |
|  | 225:18 |  | one of the things that's attached is a copy of |
|  | 225:19 |  | the new Vioxx label? |
|  | 225:20 | A. | Yes, it has it on the very last page |
|  | 225:21 |  | of the PI issued April 2002. |
| Link > MM6.1.4 | 225:22 | Q. | And now let's look at the next heading |
|  | 225:23 |  | on Page 1 of the bulletin which was referenced |
|  | 225:24 |  | earlier.  Actions with physicians and customers. |
|  | 225:25 |  | What does -- what does actions with physicians |
|  | 226:1 |  | and customers mean? |
|  | 226:2 | A. | Means this is what we're supposed to |
|  | 226:3 |  | do when we went to visit with them. |
| Link > MM6.1.5 | 226:4 | Q. | Okay.  And the very first thing listed |
|  | 226:5 |  | under that heading is proactively review all |
|  | 226:6 |  | changes to the PI with physicians and customers, |
|  | 226:7 |  | and then underneath that, it says, bullet point, |
|  | 226:8 |  | new Vioxx GI outcomes research study information, |
|  | 226:9 |  | then another bullet point, new CV precaution.  Do |
|  | 226:10 |  | you see that? |
|  | 226:11 | A. | Yes, I do. |
|  | 226:12 | Q. | What did you interpret this |
|  | 226:13 |  | instruction to mean? |
|  | 226:14 | A. | It means that we were to go out and |
|  | 226:15 |  | proactively discuss all of the new label changes |
| Link > Hide | 226:16 |  | on every call. |
|  | 226:17 | Q. | And what does it mean when you say |
|  | 226:18 |  | proactively discuss? |
|  | 226:19 | A. | It means that's the first thing that |
|  | 226:20 |  | comes out of your mouth is I've got these changes |

| | |
|---|---|
| 226:21 | to discuss with you. |
| 226:22 | Q. And what specific changes were you |
| 226:23 | instructed to point out to physicians? |
| 226:24 | A. The Vioxx GI outcomes research |
| 226:25 | information. |
| 227:1 | Q. That's the VIGOR information? |
| 227:2 | A. VIGOR, uh-huh, the new CV precaution. |
| 227:3 | Q. What's the new CV precaution? |
| 227:4 | A. It was under the precautions that |
| 227:5 | included the VIGOR study, findings of the VIGOR |
| 227:6 | study was now included in the PI. |
| 227:7 | Q. Under the heading of precautions? |
| 227:8 | A. Precautions. |
| 227:9 | Q. And anywhere else in the label, as |
| 227:10 | well? |
| 227:11 | A. From what I can remember, it was under |
| 227:12 | the precautions. |
| 227:13 | Q. Okay. We'll take a look at the label |
| 227:14 | in just a second. |
| 227:15 | A. Okay. |
| 227:16 | Q. And what did this bulletin tell you |
| 227:17 | not to do? If you look at the next bullet point |

Link > MM6.1.6

| | |
|---|---|
| 227:18 | under the heading action with physicians and |
| 227:19 | customers, it reads do not provide promotional |
| 227:20 | messaging until the PI has been thoroughly |
| 227:21 | reviewed with the physician or customer. |

| 35 | **227:24 -228:9** | McAllister, Melissa 2006-09-27 | 00:00:29 | Z26.35 |
|---|---|---|---|---|

| | |
|---|---|
| 227:24 | Q. Do you see that? |
| 227:25 | A. Yes, I do. |
| 228:1 | Q. What did you understand this |
| 228:2 | instruction to mean? |
| 228:3 | A. We were to utilize the prescribing |
| 228:4 | information in all of our contacts with |
| 228:5 | physicians. That was what we were to use and we |
| 228:6 | weren't to have promotion. It was to inform them |

Link > Hide

| | |
|---|---|
| 228:7 | of all the new product label changes. |
| 228:8 | Q. Did you follow this bulletin? |
| 228:9 | A. Yes. |

| 36 | **229:7 -229:15** | McAllister, Melissa 2006-09-27 | 00:00:28 | Z26.36 |
|---|---|---|---|---|

Link > MM7.1

| | | |
|---|---|---|
| 229:7 | Q. I'm | (Edited) |
| 229:8 | going to mark a new exhibit which is McAllister | |
| 229:9 | Exhibit 7. It's got some of the same | |
| 229:10 | information, but why don't you take a look at | |
| 229:11 | that? And I just want to explain to you, because | |
| 229:12 | I know you've never seen this before, Ms. | |

|  | | | |
|---|---|---|---|
| | 229:13 | McAllister, but this is a document that was | |
| | 229:14 | produced by Merck in this litigation. | |
| | 229:15 | A. Uh-huh (affirmative response). | |

| 37 | 230:2 -230:20 | McAllister, Melissa 2006-09-27    00:00:58 | Z26.37 |
|---|---|---|---|
| | 230:2 | Q. And I want to point you in particular | |
| Link > MM7.10.1 | 230:3 | to the very last page of McAllister 7, and if you | |
| | 230:4 | look there about halfway down the page, there's a | |
| | 230:5 | series of entries with your name next to it. It | |
| | 230:6 | says Dr. Herrera and then there's several dates | |
| | 230:7 | and then it says MeLissa McAllister. Do you see | |
| | 230:8 | that? | |
| | 230:9 | A. Yes, uh-huh. | |
| | 230:10 | Q. And among other things, it reflects | |
| Link > MM7.10.4 | 230:11 | calls on Dr. Herrera pertaining to Vioxx on April | |
| | 230:12 | 11th, 2002. Do you see that? | |
| | 230:13 | A. Uh-huh, yes, I do. | |
| Link > MM7.10.5 | 230:14 | Q. And above that, May 23rd, 2002? | |
| | 230:15 | A. Uh-huh (affirmative response). | |
| Link > MM7.10.6 | 230:16 | Q. And above that, June 11th, 2002. | |
| | 230:17 | A. Uh-huh (affirmative response). | |
| | 230:18 | Q. Do you have any reason to doubt that | |
| | 230:19 | you, in fact, did call on Dr. Herrera to discuss | |
| Link > Hide | 230:20 | Vioxx on those dates? | |

| 38 | 230:22 -231:17 | McAllister, Melissa 2006-09-27    00:00:44 | Z26.38 |
|---|---|---|---|
| | 230:22 | THE WITNESS: I mean, it states that | |
| | 230:23 | I was there and I had discussions with him, and | |
| | 230:24 | I think it would be reasonable that I would | |
| | 230:25 | have brought up the product label changes. | |
| | 231:1 | BY MR. HOURIHAN: | |
| | 231:2 | Q. Okay. Well, that's kind of my | |
| Link > MM6.1.5 | 231:3 | question. You have this bulletin that went to | |
| | 231:4 | you on April 18th, right -- excuse me -- April | |
| | 231:5 | 11th? | |
| | 231:6 | A. Okay. | |
| | 231:7 | Q. Instructing you to go over the new | |
| | 231:8 | label with all the physicians that you called on. | |
| | 231:9 | A. Uh-huh (affirmative response). | |
| | 231:10 | Q. Right? | |
| Link > Hide | 231:11 | A. Right. | |
| | 231:12 | Q. And I think we just saw that Merck | |
| | 231:13 | records reflect that you called on Dr. Herrera on | |
| | 231:14 | April 11th as well as May 23rd and June 11th? | |
| | 231:15 | A. Uh-huh (affirmative response). | |
| | 231:16 | Q. 2002; right? | |
| | 231:17 | A. Right. | |

**McAllister Merck Exam**

| 39 | 232:4 -232:8 | McAllister, Melissa 2006-09-27 | 00:00:11 | | Z26.39 |

232:4  Q.  How often did you get                                                    (Edited)
232:5      instructions from Merck to go out and discuss a
232:6      label change and make sure you discussed it
232:7      before having any promotional conversations with
232:8      the physician?

| 40 | 232:10 -233:12 | McAllister, Melissa 2006-09-27 | 00:01:03 | | Z26.40 |

232:10      THE WITNESS:  It was very strong
232:11      language for sure as far as, you know, what
232:12      they wanted us to do.
232:13      BY MR. HOURIHAN:
232:14  Q.  And in your career, how often have you
232:15      received those sorts of very strong language
232:16      bulletins, to use your phrase?
232:17  A.  Not very often.
232:18  Q.  Do you have a memory of going out and
232:19      going over this label change with different
232:20      physicians?
232:21  A.  Yes.  I remember this, uh-huh
232:22      (affirmative response).
232:23  Q.  Do you know whether Merck -- do you
232:24      recall whether Merck did anything else to alert
232:25      physicians to this label change besides the
233:1      bulletin that we just looked at that instructed
233:2      sales representatives to speak with physicians?
233:3  A.  I mean, other than the bulletin, I
233:4      mean, I don't know if they issued press releases
233:5      at that time or, you know, what; but as far as
233:6      any experience as a professional rep at that
233:7      point, I followed the bulletin that was on April
233:8      11th.
233:9  Q.  Okay.  Well, let me -- let's move now
233:10      to another bulletin just a week later on April
233:11      18th, 2002.  I've marked this as McAllister
233:12      Exhibit 8                                               (Edited)

| 41 | 233:15 -233:17 | McAllister, Melissa 2006-09-27 | 00:00:07 | | Z26.41 |
| Link > MM8.1 | | | | | |

233:15      Let me hand you now a copy of McAllister Exhibit
233:16      8 and ask you to take a moment to familiarize
233:17      yourself with that.

| 42 | 233:23 -234:19 | McAllister, Melissa 2006-09-27 | 00:00:40 | | Z26.42 |

233:23  Q.  Okay.  Do you recognize this document,
233:24      ma'am?
233:25  A.  Yes, I do.
234:1  Q.  And what is it?

| | | | |
|---|---|---|---|
| Link > MM8.1.1 | 234:2 | A. | It's another bulletin in regards to |
| | 234:3 | | Vioxx, and it's an action required for dear |
| | 234:4 | | healthcare provider letter distribution. |
| | 234:5 | Q. | What is the date on this particular |
| | 234:6 | | bulletin? |
| | 234:7 | A. | April 11th -- I mean April 18th, 2002. |
| | 234:8 | Q. | And again, that's the same time frame |
| | 234:9 | | that we just saw you had several calls on Dr. |
| | 234:10 | | Herrera? |
| | 234:11 | A. | Yes. |
| Link > MM8.1.4 | 234:12 | Q. | And this particular bulletin is |
| | 234:13 | | addressed to all field sales representatives? |
| | 234:14 | A. | Uh-huh (affirmative response). |
| | 234:15 | Q. | Would that include you? |
| | 234:16 | A. | Yes, that would include me. |
| | 234:17 | Q. | So is this a document that you would |
| | 234:18 | | have received? |
| Link > Hide | 234:19 | A. | Yes, I would have received this. |

| 43 | 235:5 -237:5 | McAllister, Melissa 2006-09-27 | 00:02:17 | Z26.43 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | 235:5 | Q. | When you received this bulletin back |
| | 235:6 | | in April 2002, what did you understand its |
| | 235:7 | | purpose to be? |
| | 235:8 | A. | Was to let us know that there was a |
| | 235:9 | | dear healthcare provider letter that was going |
| | 235:10 | | out to physicians but it wasn't something that we |
| | 235:11 | | could print off but we were to receive additional |
| | 235:12 | | quantities and to make sure that, you know, in |
| | 235:13 | | our follow-up visits with physicians that they |
| | 235:14 | | did receive it and if they didn't receive it, to |
| | 235:15 | | offer that to them. |
| | 235:16 | Q. | What is a dear healthcare provider |
| | 235:17 | | letter? |
| | 235:18 | A. | Basically what it is.  It's a dear |
| | 235:19 | | healthcare provider with changes like, you know, |
| | 235:20 | | in this situation to the prescribing information |
| | 235:21 | | for Vioxx. |
| | 235:22 | Q. | Well, who sends out a dear healthcare |
| | 235:23 | | provider letter? |
| | 235:24 | A. | Merck.  Merck sends that out. |
| | 235:25 | Q. | And when we use the term healthcare |
| | 236:1 | | provider, who are we talking about? |
| | 236:2 | A. | That would include physicians, nurse |
| | 236:3 | | practitioners, physician assistants, pharmacists, |
| | 236:4 | | healthcare professionals. |
| | 236:5 | Q. | So is this a letter from Merck to all |

|  |  |  |
|---|---|---|
|  | 236:6 | healthcare professionals? |
|  | 236:7 | A.  I believe it would be. |
|  | 236:8 | Q.  And did you follow this bulletin back |
|  | 236:9 | in April of 2002? |
|  | 236:10 | A.  Yes, I did. |
|  | 236:11 | Q.  How confident are you that you would |
|  | 236:12 | have followed this bulletin with all your |
|  | 236:13 | physicians? |
|  | 236:14 | A.  I mean, I was very confident because |
|  | 236:15 | this was the direction that was set forth for us. |
| Link > MM8.3 | 236:16 | Q.  Attached to this bulletin is a |
|  | 236:17 | letter -- I think it's Page 3 of the exhibit on |
|  | 236:18 | Merck letterhead dated April 2002.  It says dear |
|  | 236:19 | healthcare professional underneath it and then it |
|  | 236:20 | contains the following -- the first two |
| Link > MM8.3.1 | 236:21 | paragraphs read as follows:  Merck and Company |
|  | 236:22 | would like to bring to your attention recent |
|  | 236:23 | changes in the current prescribing information |
|  | 236:24 | and patient product information for Vioxx.  Vioxx |
|  | 236:25 | is a nonsteroidal antiinflammatory drug NSAID |
|  | 237:1 | that was approved by the United States Food and |
|  | 237:2 | Drug Administration or FDA in May 1999 for relief |
|  | 237:3 | of the signs and symptoms of osteoarthritis, |
|  | 237:4 | management of acute pain in adults and the |
|  | 237:5 | treatment of primary dysmenorrhea? |

| 44 | 237:11 -237:21 | McAllister, Melissa 2006-09-27 | 00:00:31 | Z26.44 |
|---|---|---|---|---|
|  | 237:11 | Q.  Did I read that paragraph correctly? |  |  |
|  | 237:12 | A.  Yes, you did. |  |  |
| Link > MM8.3.2 | 237:13 | Q.  The next sentence reads -- the next |  |  |
|  | 237:14 | paragraph reads, the prescribing information has |  |  |
|  | 237:15 | been revised to reflect the results of the Vioxx |  |  |
|  | 237:16 | gastrointestinal outcomes research or VIGOR study |  |  |
|  | 237:17 | and the FDA approval of Vioxx for the relief of |  |  |
|  | 237:18 | the signs and symptoms of rheumatoid arthritis in |  |  |
|  | 237:19 | adults.  Excerpts of the changes to the |  |  |
|  | 237:20 | prescribing information are provided below.  Did |  |  |
|  | 237:21 | I read that sentence correctly? |  |  |

| 45 | 237:23 -238:25 | McAllister, Melissa 2006-09-27 | 00:01:15 | Z26.45 |
|---|---|---|---|---|
| Link > Hide | 237:23 | THE WITNESS: Yes, you did. |  |  |
|  | 237:24 | BY MR. HOURIHAN: |  |  |
|  | 237:25 | Q.  The remainder of this letter contains |  |  |
|  | 238:1 | what, ma'am? |  |  |
|  | 238:2 | A.  The prescribing information. |  |  |
|  | 238:3 | Q.  And attached to the letter -- well, |  |  |
|  | 238:4 | let me step back for just a second.  The |  |  |

|  |  |  |
|---|---|---|
| | 238:5 | information that's contained in the remainder of |
| | 238:6 | this dear healthcare provider comes from where? |
| | 238:7 | A.  Comes from the PI. |
| | 238:8 | Q.  The new PI? |
| | 238:9 | A.  The new PI, uh-huh (affirmative |
| | 238:10 | response). |
| | 238:11 | Q.  And attached to the letter itself is |
| | 238:12 | what? |
| | 238:13 | A.  The new PI. |
| | 238:14 | Q.  The bulletin that attaches these |
| | 238:15 | letters refers to a highlighted PI, highlighted |
| | 238:16 | copy of the PI.  If you look at the first |
| | 238:17 | paragraph under the heading overview? |
| | 238:18 | A.  Uh-huh (affirmative response). |
| Link >  MM8.1.3 | 238:19 | Q.  It says that beginning Friday, a copy |
| | 238:20 | of the attached dear healthcare provider letter |
| | 238:21 | will be sent to all prescribers of Vioxx, |
| | 238:22 | pharmacists and managed care customers in the |
| | 238:23 | Merck universe along with highlighted copies of |
| | 238:24 | the PI and PPI for Vioxx.  Do you know what that |
| | 238:25 | term refers to, highlighted copy of the PI? |

| 46 | 239:2 - 239:4 | McAllister, Melissa 2006-09-27 | 00:00:07 | Z26.46 |
|---|---|---|---|---|
| | 239:2 | THE WITNESS:  It refers to a PI that | | |
| | 239:3 | Merck has highlighted with the changes to -- | | |
| Link >  Hide | 239:4 | the new changes. | | |

| 47 | 239:13 - 240:1 | McAllister, Melissa 2006-09-27 | 00:00:24 | Z26.47 |
|---|---|---|---|---|
| | 239:13 | Q.  I may have asked this before but let | | |
| | 239:14 | me ask again, how confident are you that you | | |
| | 239:15 | would have followed up with all your physicians | | |
| | 239:16 | to confirm that they had received a dear | | |
| | 239:17 | healthcare provider as set forth in this | | |
| | 239:18 | bulletin? | | |
| | 239:19 | A.  I'd be very confident that I followed | | |
| | 239:20 | these instructions. | | |
| | 239:21 | Q.  And how confident are you that you | | |
| | 239:22 | would have followed up with Dr. Herrera to ensure | | |
| | 239:23 | that he received a copy of the dear healthcare | | |
| | 239:24 | provider letter? | | |
| | 239:25 | A.  I would have followed up with Dr. | | |
| Link >  Hide | 240:1 | Herrera, as well. | | |

| 48 | 240:4 - 240:5 | McAllister, Melissa 2006-09-27 | 00:00:04 | Z26.48 |
|---|---|---|---|---|
| | 240:4 | Q.  Let me now hand you what I've marked | | |
| Link >  MM9.1 | 240:5 | as McAllister Exhibit 9. | | |

| 49 | 240:11 - 244:6 | McAllister, Melissa 2006-09-27 | 00:04:04 | Z26.49 |
|---|---|---|---|---|

**McAllister Merck Exam**

240:11  Q.  Can you identify what McAllister
240:12      Exhibit 9 is, ma'am?
240:13  A.  It's the dear healthcare professional
240:14      letter that was sent out for Merck in April and
240:15      has the excerpts from the PI and has the
240:16      highlighted PPI and the highlighted prescribing
240:17      information.
240:18  Q.  So this is the actual color copy of
240:19      the document that we saw in black and white
240:20      attached to the bulletin; right?
240:21  A.  Yes.
240:22  Q.  And the version that would have been
240:23      sent to physicians and distributed by you and
240:24      your colleagues to physicians, would that have
240:25      been color or black and white?
241:1   A.  It would have been color.
241:2   Q.  And in this document, McAllister

Link > MM9.2.1    241:3      Exhibit 9, the color PPI, at the top of the
241:4      letter in the blue box are the words important
241:5      prescribing information.
241:6   A.  Yes.
241:7   Q.  Right?
241:8   A.  Uh-huh (affirmative response).
241:9   Q.  And that blue box with those words
241:10      would have been a letter that you distributed to
241:11      physicians you called on?

Link > Hide       241:12  A.  Yes, sir.
241:13  Q.  And if you flip now to the attachments
241:14      and in particular, the attached copy of the

Link > MM9.8      241:15      product label which I believe begins at the page
241:16      with the Bates ending MRK — well, last three
241:17      digits are 436.  Do you have that in front of
241:18      you?
241:19  A.  Yes, I do.
241:20  Q.  There's yellow highlighting in
241:21      numerous places both on this first page and
241:22      throughout the rest of the label; right?
241:23  A.  Yes.
241:24  Q.  Would that yellow highlighting have
241:25      been on the version of the PI and dear healthcare
242:1       provider letter that was sent to Dr. Herrera and
242:2       that was distributed by you to the physicians you
242:3       called on?
242:4   A.  Yes.
242:5   Q.  And what portions of the label are
242:6       highlighted in yellow?

**McAllister Merck Exam**

|  |  |  |
|---|---|---|
|  | 242:7 | A. The new changes to the PI. |
|  | 242:8 | Q. And does that highlighted section |
| Link > Hide | 242:9 | include -- well, let's talk about the dear |
|  | 242:10 | healthcare provider letter first.  If you flip |
| Link > MM9.2.2 | 242:11 | back to Page 1 of the dear healthcare provider |
|  | 242:12 | letter.  As we just read a moment ago, it says |
|  | 242:13 | that there have been changes to the prescribing |
|  | 242:14 | information; right? |
| Link > Hide | 242:15 | A. Yes. |
|  | 242:16 | Q. And as we turn over to Page 2 and |
|  | 242:17 | carrying over to Page 3, what kinds of changes |
|  | 242:18 | are discussed on Pages 2 to 3 of the dear |
|  | 242:19 | healthcare provider letter? |
|  | 242:20 | A. Are you referring to the second from |
|  | 242:21 | the bottom paragraph? |
|  | 242:22 | Q. Yes. |
| Link > MM9.3 | 242:23 | A. Other safety findings, cardiovascular |
|  | 242:24 | safety. |
|  | 242:25 | Q. And in particular, on that page |
|  | 243:1 | carrying over to the next page, is there anything |
|  | 243:2 | about the VIGOR cardiovascular data as set forth |
|  | 243:3 | in the dear healthcare provider letter? |
| Link > MM9.4 | 243:4 | A. Yes, Table 2 and Table 3, it has |
|  | 243:5 | information regarding VIGOR summary of patients |
|  | 243:6 | with serious cardiovascular thrombotic adverse |
|  | 243:7 | events over time comparison to naproxen. |
| Link > MM9.5.4 | 243:8 | Q. And if you now turn to the fourth page |
|  | 243:9 | of the dear healthcare provider letter, there's a |
|  | 243:10 | section under the heading precautions.  Do you |
|  | 243:11 | see that? |
|  | 243:12 | A. Yeah, uh-huh. |
|  | 243:13 | Q. And what kind of information is |
|  | 243:14 | discussed under the heading of precautions? |
|  | 243:15 | A. Cardiovascular events. |
|  | 243:16 | Q. And what specifically is discussed as |
|  | 243:17 | a precaution under the heading cardiovascular |
|  | 243:18 | effects? |
| Link > MM9.5.5 | 243:19 | A. The information below should be taken |
|  | 243:20 | into consideration and caution should be |
|  | 243:21 | exercised when Vioxx is used in patients with a |
|  | 243:22 | medical history of ischemic heart disease. |
| Link > MM9.5.6 | 243:23 | Q. And following that in the paragraph |
|  | 243:24 | below, is there anything about VIGOR? |
|  | 243:25 | A. Yeah, it states in VIGOR. |
|  | 244:1 | Q. And what information from VIGOR is |
|  | 244:2 | contained in that paragraph? |

|  |  | 244:3 | A. | You want me to read it? |
|  |  | 244:4 | Q. | Why don't you take a moment and review |
|  |  | 244:5 |  | it and just let us know if there's anything that |
|  |  | 244:6 |  | pertains to cardiovascular results in there? |

| 50 | 244:7 - 244:25 | McAllister, Melissa 2006-09-27 | 00:00:49 | Z26.50 |
|---|---|---|---|---|

|  |  | 244:7 | A. | Yeah, it does talk about in the |
|  | Link > MM9.5.3 | 244:8 |  | duration of exposure of nine months, the risk of |
|  |  | 244:9 |  | developing a serious cardiovascular thrombotic |
|  |  | 244:10 |  | event was significantly higher in patients |
|  |  | 244:11 |  | treated with Vioxx 50 milligram once daily, |
|  |  | 244:12 |  | number was 45 as compared with patients treated |
|  |  | 244:13 |  | with naproxen 500 milligrams twice daily and the |
|  |  | 244:14 |  | number there was 19. |
|  | Link > MM9.8 | 244:15 | Q. | Now let me ask you to turn to the |
|  |  | 244:16 |  | highlighted PI that was attached to this letter |
|  |  | 244:17 |  | that was sent to physicians.  The very first page |
|  |  | 244:18 |  | of this highlighted PI, almost the entire right |
|  |  | 244:19 |  | hand column is in yellow highlighting. |
|  |  | 244:20 | A. | Uh-huh (affirmative response). |
|  |  | 244:21 | Q. | And that's under the heading special |
|  |  | 244:22 |  | studies and in particular, it says Vioxx GI |
|  |  | 244:23 |  | outcomes research or VIGOR study.  Do you see |
|  |  | 244:24 |  | that? |
|  |  | 244:25 | A. | Yes. |

| 51 | 245:3 - 246:15 | McAllister, Melissa 2006-09-27 | 00:01:25 | Z26.51 |
|---|---|---|---|---|

|  |  | 245:3 | Q. | What kind of -- where under that |
|  |  | 245:4 |  | heading would we find any information about the |
|  |  | 245:5 |  | cardiovascular safety results of VIGOR? |
|  |  | 245:6 | A. | It's actually further down.  It's the |
|  |  | 245:7 |  | paragraph above Table 2. |
|  |  | 245:8 | Q. | Okay.  And Table 2, by the way, is |
|  | Link > MM9.8.1 | 245:9 |  | titled -- Table 2 contains what information? |
|  |  | 245:10 | A. | VIGOR summary of patients with serious |
|  |  | 245:11 |  | cardiovascular thrombotic adverse events over |
|  |  | 245:12 |  | time comparison to naproxen. |
|  | Link > MM9.8.2 | 245:13 | Q. | And the paragraph that you're |
|  |  | 245:14 |  | referring to above that is under the heading |
|  |  | 245:15 |  | other safety findings, cardiovascular safety; |
|  |  | 245:16 |  | right? |
|  |  | 245:17 | A. | Yes, it does state that. |
|  |  | 245:18 | Q. | And if you turn to the next page, |
|  | Link > MM9.9.1 | 245:19 |  | there's another table that contains data from |
|  |  | 245:20 |  | VIGOR pertaining to cardiovascular results; |
|  |  | 245:21 |  | correct? |
|  |  | 245:22 | A. | Yes. |

McAllister Merck Exam

|           |              |          |                                                          |
|-----------|--------------|----------|----------------------------------------------------------|
|           | 245:23       | Q.       | Now, can you also point us to the                        |
|           | 245:24       |          | precaution section of this new label?                    |
| Link > MM9.9.3 | 245:25  | A.       | Yes. It's on two columns over from                       |
|           | 246:1        |          | that.                                                    |
|           | 246:2        | Q.       | So we're still on the second page of                     |
|           | 246:3        |          | the label, far right hand column?                        |
|           | 246:4        | A.       | Yes, far right hand column under                         |
|           | 246:5        |          | precautions.                                             |
|           | 246:6        | Q.       | Under precautions, there's a one --                      |
|           | 246:7        |          | three paragraph section under the heading of             |
|           | 246:8        |          | cardiovascular effects. Is that what you're              |
|           | 246:9        |          | referring to?                                            |
|           | 246:10       | A.       | Yes, I am.                                                |
|           | 246:11       | Q.       | Does that also contain a discussion of                   |
|           | 246:12       |          | the VIGOR cardiovascular data?                           |
|           | 246:13       | A.       | Yes, it does.                                             |
|           | 246:14       | Q.       | What's your understanding of why Merck                   |
|           | 246:15       |          | has highlighted the new portions of the label?           |

| 52 | 246:17 -247:5 | McAllister, Melissa 2006-09-27 | 00:00:35 | Z26.52 |
|----|---------------|--------------------------------|----------|--------|

|           |          |                                                          |
|-----------|----------|----------------------------------------------------------|
|           | 246:17   | THE WITNESS: Because it's the new --                     |
|           | 246:18   | it's new information that's been added to the            |
|           | 246:19   | PI and wanted to draw attention to all the new           |
|           | 246:20   | information that was added to the PI.                    |
| Link > Hide | 246:21 | BY MR. HOURIHAN:                                        |
|           | 246:22   | Q. Did you use this highlighted copy of                  |
|           | 246:23   | the PI in your conversations with physicians to          |
|           | 246:24   | draw their attention to the new information?             |
|           | 246:25   | A. Well, I mean, if they had not received                |
|           | 247:1    | this information, we received copies of that and         |
|           | 247:2    | we were able to use it.                                  |
|           | 247:3    | Q. Did Dr. Herrera ever indicate to you                  |
|           | 247:4    | that he didn't understand any aspect of the VIGOR        |
|           | 247:5    | study?                                                    |

| 53 | 247:7 -247:15 | McAllister, Melissa 2006-09-27 | 00:00:18 | Z26.53 |
|----|---------------|--------------------------------|----------|--------|

|           |          |                                                          |
|-----------|----------|----------------------------------------------------------|
|           | 247:7    | THE WITNESS: I don't recall any                          |
|           | 247:8    | specific question.                                       |
|           | 247:9    | BY MR. HOURIHAN:                                         |
|           | 247:10   | Q. Do you recall Dr. VIGOR ever                          |
|           | 247:11   | indicating -- sorry. Do you recall Dr. Herrera           |
|           | 247:12   | ever indicating that he did not understand any of        |
|           | 247:13   | the VIGOR cardiovascular data that was contained         |
|           | 247:14   | in the new label or in the dear healthcare               |
|           | 247:15   | provider label?                                          |

| 54 | 247:16 -247:21 | McAllister, Melissa 2006-09-27 | 00:00:13 | Z26.54 |
|----|----------------|--------------------------------|----------|--------|

**McAllister Merck Exam**

247:16    A.   I don't recall a specific time of him
247:17      asking that.
247:18    Q.   Did Dr. Herrera ever indicate to you
247:19      that he wasn't satisfied in any way with the
247:20      information that he was receiving from you or
247:21      from Merck concerning Vioxx?

---

| 55 | 247:23-247:24 | McAllister, Melissa 2006-09-27 | 00:00:02 | Z26.55 |

247:23      THE WITNESS:  No, I don't remember
247:24      any specific times.

---

| 56 | 248:1-248:16 | McAllister, Melissa 2006-09-27 | 00:00:41 | Z26.56 |

248:1    Q.   During the course of your trainings
248:2      and retrainings at Merck and just across the
248:3      eight and a half years you've been with the
248:4      company, what have you been taught about the
248:5      importance of patient safety?
248:6    A.   It's first and foremost.  I mean, that
248:7      was one of the -- I can remember the first day of
248:8      training, they talked about, you know, Merck's,
248:9      you know, statements that you put patients first
248:10      and the profits will follow and that's -- that is
248:11      definitely something that has been engrained in
248:12      all Merck employees.
248:13    Q.   At any time did Merck or -- did
248:14      anybody at Merck ever suggest to you that sales
248:15      or profits were more important than patient
248:16      safety?

---

| 57 | 248:20-249:12 | McAllister, Melissa 2006-09-27 | 00:00:42 | Z26.57 |

248:20    Q.   How, if at all, did patient safety
248:21      effect how you did your job?
248:22    A.   Well, I mean, it's always part of the
248:23      conversation.  I want to make sure that I convey
248:24      the information so that the physician makes the
248:25      right choice for that patient to make sure that
249:1      they have the appropriate drug for the
249:2      appropriate patient, appropriate dose so that
249:3      they make the most -- the best decision for that
249:4      patient.
249:5    Q.   Did you ever see any situation where a
249:6      Merck employee was doing something that you felt
249:7      compromised a patient's safety?
249:8    A.   No, I have not.
249:9    Q.   When you were promoting Vioxx to
249:10      physicians, did you believe that you were selling
249:11      a drug that was causing heart attacks?

**McAllister Merck Exam**

249:12    A.   No, I did not.

Play Time for this Script:    **01:11:28**

**McAllister Merck Exam**

Total time for all Scripts in this report:     **01:11:28**

# RE-CROSS

## McAllister Merck Recross

| Scene | Designation | Source | | Tx Duration | Barcode |
|---|---|---|---|---|---|
| 1 | **281:10 -283:1** | McAllister, Melissa 2006-09-27 | | 00:01:49 | Z26A.1 |
| | | 281:10 | Q. | Ms. McAllister, I want to start with | |
| | | 281:11 | | plaintiff's Exhibit 2.0146 and I know you got a | |
| | | 281:12 | | bunch of them there in front of you.  Why don't | |
| | | 281:13 | | we take a minute and get that in front of you? | |
| Link > | P2-146.1.1 | 281:14 | | This is a copy of the VIGOR | |
| | | 281:15 | | reprint that Mr. Birchfield asked you about, and | |
| | | 281:16 | | the other thing, if you could hang on to the | |
| | | 281:17 | | color copy of the 2002 label. | |
| | | 281:18 | A. | Okay. | |
| | | 281:19 | Q. | All right.  This New England Journal | |
| | | 281:20 | | of Medicine article, this is the reprint that | |
| | | 281:21 | | was, at least according to the statements on | |
| | | 281:22 | | McAllister Exhibit 5, the PIR letter, enclosed | |
| | | 281:23 | | with the PIR letter and sent to Dr. Herrera; is | |
| | | 281:24 | | that right? | |
| | | 281:25 | A. | Yes, it was. | |
| | | 282:1 | Q. | And Mr. Birchfield asked you some | |
| | | 282:2 | | questions about the abstract section? | |
| | | 282:3 | A. | Uh-huh (affirmative response). | |
| | | 282:4 | Q. | Of that, do you remember? | |
| | | 282:5 | A. | Yes. | |
| | | 282:6 | Q. | He was asking you if you could find | |
| | | 282:7 | | any place where it talked about, you know, the | |
| | | 282:8 | | risk of heart attacks or information pertaining | |
| | | 282:9 | | to heart attacks.  Do you remember that? | |
| | | 282:10 | A. | Uh-huh (affirmative response). | |
| | | 282:11 | Q. | And I think you took a look at it and | |
| Link > | P2-146.1.2 | 282:12 | | said you couldn't find anything and let me direct | |
| | | 282:13 | | your attention to under the third paragraph of | |
| | | 282:14 | | abstract which is titled results.  About, oh, | |
| | | 282:15 | | two-thirds of the way down, there's a sentence | |
| | | 282:16 | | that says the incidence of myocardial infarction. | |
| | | 282:17 | | Do you see that one? | |
| | | 282:18 | A. | Yes, I do. | |
| | | 282:19 | Q. | That full sentence reads the incidence | |
| | | 282:20 | | of Myocardial infarction was lower among patients | |
| | | 282:21 | | in the naproxen than among those in the rofecoxib | |
| | | 282:22 | | group.  Rofecoxib was Vioxx? | |
| | | 282:23 | A. | Yes. | |
| Link > | P2-146.1.3 | 282:24 | Q. | 0.1 percent versus 0.4 percent, | |
| | | 282:25 | | relative risk 0.2, 95 percent confidence | |

**McAllister Merck Recross**

| | | | | |
|---|---|---|---|---|
| | 283:1 | interval, 0.1 to 0.7. Do you see that? | | |
| 2 | 283:3 - 283:3 | McAllister, Melissa 2006-09-27 | 00:00:01 | Z26A.2 |
| Link > Hide | 283:3 | THE WITNESS: Yes. | | |
| 3 | 283:9 - 283:13 | McAllister, Melissa 2006-09-27 | 00:00:11 | Z26A.3 |
| | 283:9 | Having reviewed that sentence | | |
| | 283:10 | now, can you see anything in this abstract that | | |
| | 283:11 | answers Mr. Birchfield's question as to whether | | |
| | 283:12 | or not it disclosed information about heart | | |
| | 283:13 | attacks? | | |
| 4 | 283:15 - 283:19 | McAllister, Melissa 2006-09-27 | 00:00:13 | Z26A.4 |
| | 283:15 | THE WITNESS: Yes. Actually there is | | |
| | 283:16 | a sentence in there in the abstract. | | |
| | 283:17 | BY MR. HOURIHAN: | | |
| | 283:18 | Q. And that sentence actually discloses | | |
| | 283:19 | what about the rates for heart attacks? | | |
| 5 | 283:21 - 284:22 | McAllister, Melissa 2006-09-27 | 00:01:04 | Z26A.5 |
| | 283:21 | THE WITNESS: That the naproxen group | | |
| | 283:22 | was .1 percent and the Vioxx group was .4 | | |
| | 283:23 | percent with a relative risk of .2 percent with | | |
| | 283:24 | a 95 percent confident interval, .1 to .7. | | |
| | 283:25 | BY MR. HOURIHAN: | | |
| | 284:1 | Q. And so that's something that would | | |
| | 284:2 | have been enclosed -- this document is something | | |
| | 284:3 | that would have been enclosed with the PIR to Dr. | | |
| | 284:4 | Herrera? | | |
| | 284:5 | A. Yes. I think I remember it had that | | |
| | 284:6 | in one of the enclosures. | | |
| Link > P2-146.7 | 284:7 | Q. Now I want to talk about the other | | |
| | 284:8 | sentence in this article that Mr. Birchfield | | |
| | 284:9 | pointed out to you. I believe it's the last -- | | |
| Link > P2-146.7.1 | 284:10 | second to last -- no, third to last page of the | | |
| | 284:11 | exhibit that ends with numbers 307 in the bottom | | |
| | 284:12 | right-hand corner. | | |
| | 284:13 | A. Yes. | | |
| | 284:14 | Q. He showed you the sentence carrying | | |
| | 284:15 | over from that page to the next? | | |
| | 284:16 | A. Uh-huh (affirmative response). | | |
| | 284:17 | Q. And I want you to look at two | | |
| | 284:18 | paragraphs above that. It's paragraph beginning | | |
| | 284:19 | the overall mortality rate. Do you see that? | | |
| | 284:20 | A. Uh-huh (affirmative response). | | |
| | 284:21 | Q. Could you read out loud the second | | |
| | 284:22 | sentence of that paragraph? | | |
| 6 | 284:24 - 285:2 | McAllister, Melissa 2006-09-27 | 00:00:09 | Z26A.6 |

**McAllister Merck Recross**

| | | | |
|---|---|---|---|
| | 284:24 | THE WITNESS:  The rate of myocardial | |
| | 284:25 | infarction was significantly lower in the | |
| | 285:1 | naproxen group than in the Vioxx group | |
| | 285:2 | rofecoxib .1 percent versus .4 percent. | |

| 7 | 285:4 -287:15 | McAllister, Melissa 2006-09-27    00:02:28 | Z26A.7 |
|---|---|---|---|
| | 285:4 | Q.  That's good enough.  So that sentence, | |
| | 285:5 | is that sentence talking about heart attacks? | |
| Link > Hide | 285:6 | A.  Yes. | |
| | 285:7 | Q.  And what does that sentence say about | |
| | 285:8 | heart attacks? | |
| | 285:9 | A.  That the rate of heart attacks, of | |
| | 285:10 | myocardial infarction was significantly lower in | |
| | 285:11 | the naproxen group than the rofecoxib group. | |
| | 285:12 | Q.  And when you provided reprints like | |
| | 285:13 | this either through PIR or actually handing it to | |
| | 285:14 | physicians, was it your expectation that a | |
| | 285:15 | physician who was interested in it would actually | |
| | 285:16 | read it? | |
| | 285:17 | A.  That was the hope.  They asked for it | |
| | 285:18 | if they had an interest in it. | |
| Link > MM9.2 | 285:19 | Q.  Let me ask you to turn now to | |
| | 285:20 | McAllister Exhibit 9 which is that highlighted -- | |
| | 285:21 | well, color copy of the dear healthcare provider | |
| | 285:22 | and the highlighted product label. | |
| | 285:23 | A.  Okay. | |
| | 285:24 | Q.  Mr. Birchfield asked you some | |
| | 285:25 | questions about whether or not there was anything | |
| | 286:1 | in there saying that Vioxx increases the risk of | |
| | 286:2 | heart attack? | |
| | 286:3 | A.  Uh-huh (affirmative response). | |
| | 286:4 | Q.  And what were -- what was your | |
| | 286:5 | response to those questions? | |
| | 286:6 | A.  That the information contained in the | |
| | 286:7 | PI was the actual VIGOR studies and response to | |
| | 286:8 | the numbers that were submitted on myocardial | |
| | 286:9 | events with Vioxx and naproxen. | |
| | 286:10 | Q.  And after the label changed, if you | |
| | 286:11 | got a question from a physician about the risk of | |
| | 286:12 | heart attacks or cardiovascular safety, what | |
| | 286:13 | exactly were you supposed to go over with him or | |
| | 286:14 | her? | |
| | 286:15 | A.  I was supposed to go over all the | |
| | 286:16 | numbers that came about from the VIGOR study. | |
| | 286:17 | Q.  Let me direct your attention to the | |
| | 286:18 | page ending with numbers 437, the precaution | |

**McAllister Merck Recross**

| | | |
|---|---|---|
| | 286:19 | section? |
| | 286:20 | A. Yes. |
| | 286:21 | Q. In the heading cardiovascular effects? |
| | 286:22 | A. Uh-huh (affirmative response). |
| | 286:23 | Q. Do you remember that is the |
| | 286:24 | section that you were supposed to go over with |
| | 286:25 | physicians in response to questions about heart |
| | 287:1 | attacks? |
| | 287:2 | A. Yes. |
| Link > MM9.9.4 | 287:3 | Q. And let's look at the second paragraph |
| | 287:4 | of that section. That paragraph discusses both |
| | 287:5 | the data from the VIGOR study as well as the data |
| | 287:6 | from the OA studies? |
| | 287:7 | A. Yes, it does. |
| | 287:8 | Q. So that VIGOR data is the same data |
| | 287:9 | that is contained in the VIGOR study itself; |
| | 287:10 | right? |
| | 287:11 | A. Uh-huh, yes. |
| | 287:12 | Q. And that OA study -- excuse me, that |
| | 287:13 | OA data is the same data that is contained in the |
| | 287:14 | cardiovascular card that you all used sometime |
| | 287:15 | before the label changed? |

| | | | | |
|---|---|---|---|---|
| 8 | 287:17 -287:22 | McAllister, Melissa 2006-09-27 | 00:00:13 | Z26A.8 |
| | | 287:17 | THE WITNESS: Yes, that's correct. | |
| | | 287:18 | BY MR. HOURIHAN: | |
| Link > MM9.9.5 | | 287:19 | Q. Let me ask you now to read out loud | |
| | | 287:20 | the second to last sentence of that paragraph | |
| | | 287:21 | that you were to go over with physicians. It | |
| | | 287:22 | begins with the words the significance. | |

| | | | | |
|---|---|---|---|---|
| 9 | 288:1 -288:14 | McAllister, Melissa 2006-09-27 | 00:00:34 | Z26A.9 |
| | | 288:1 | A. The significance of the cardiovascular | |
| | | 288:2 | findings from these three studies, VIGOR and the | |
| | | 288:3 | two placebo control studies is unknown. | |
| | | 288:4 | Q. Was that an approved message? | |
| | | 288:5 | A. Yes, it was. | |
| | | 288:6 | Q. And as an approved message, is that | |
| | | 288:7 | something that you delivered to physicians who | |
| | | 288:8 | had questions about cardiovascular safety issues | |
| | | 288:9 | after you discussed all the data? | |
| | | 288:10 | A. Yes, it was one of the messages after | |
| | | 288:11 | discussing all the data. | |
| | | 288:12 | Q. And just so it's clear, could you just | |
| | | 288:13 | read it again a little more slowly so we make | |
| | | 288:14 | sure we get it right in the record? | |

**McAllister Merck Recross**

| 10 | 288:16 - 288:23 | McAllister, Melissa 2006-09-27 | 00:00:11 | Z26A.10 |

288:16       THE WITNESS:  Significance of the
288:17       cardiovascular findings from these three
288:18       studies, VIGOR and the two placebo controlled
288:19       studies is unknown.

Link > Hide

288:20       MR. HOURIHAN:  Thank you.  I don't
288:21       have any further questions.
288:22       MR. BIRCHFIELD:  I've got a couple
288:23       follow up on that.

| 11 | 290:15 - 291:2 | McAllister, Melissa 2006-09-27 | 00:00:33 | Z26A.11 |

290:15   Q.  Well, the last sentence says that the
290:16       results are consistent with the theory that
290:17       naproxen has a coronary protective effect and
290:18       highlight the fact that rofecoxib does not
290:19       provide this type of protection, owing to it's
290:20       selective inhibits of COX-two and it's
290:21       therapeutic dose and higher doses.  Do you see
290:22       that?
290:23   A.  Well, like I've said before, that
290:24       information was background information.  Now, it
290:25       wasn't something that we discussed so...
291:1        MR. BIRCHFIELD:  All right.  Thank
291:2        you.

Play Time for this Script:       00:07:26

**McAllister Merck Recross**

Total time for all Scripts in this report:    00:07:26