**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 8, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | **MDL NO. 1657** |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

The Court held a brief status conference via telephone on this date to discuss issues relating to upcoming depositions. Chris Tisi and Lenny Davis participated on behalf of the Plaintiffs' Steering Committee. Tarek Ismail participated on behalf of the Defendant.

JS10(00:10)