UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

IT IS ORDERED that the Plaintiffs' Steering Committee's ("PSC") Motion for Expedited Hearing (Rec. Doc. 9231) is DENIED.

However, IT IS FURTHER ORDERED that the deposition of Dr. Eliav Barr shall not take place until after the hearing on the PSC's Motion for a Protective Order Relative to the Perpetuation Deposition of Dr. Eliav Barr and the Discovery Deposition of Robert Silverman and for Expedited Re-Review and/or Release of Certain Documents Previously Found Not to be Privileged, which the Court will schedule at a later date.

New Orleans, Louisiana, this  _11th_  day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE