UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                          |       MDL NO. 1657
        Product Liability Litigation  |
                                      |       SECTION:    L
                                      |
                                      |       JUDGE ELDON E. FALLON
                                      |
                                      |       MAGISTRATE JUDGE
                                      |       DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Rita B. Barker, et al. v. Merck & Co., Inc., et al.* No.
05-6535

---
### PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL
### SUBJECT TO PLAINTIFF'S MOTION TO REMAND
---

1.    Plaintiffs, Rita B. Barker, Sandy L. Barton, Lillie Beavers, Lucy Boatner, Margie

Colbert, Sherry L. Collins, Michael P. Copas, Jonathan Davis, Candy Dirickson, Mabel

C. Dumbell, Hubert Ellis, Cheryl Gilbert, Phyllis Hayden, Etta R. James, Freddie L.

Jones, Joan Kassabaum, Fred Kirk, Harry Linley, Elizabeth Logwood, Sandra K. Long,

Joseph Mickels, Norman Nelson, John Pickett, Donald Rappold, Anita D. Risner, Peter

A. Rulo, John Smith, James Lee Underhill, Marva L. Vanhooser, Susan A. Walker,

Wanda F. Weaver, Jodie E. Winkfield, Robin Robinson, Bryan Umstead, Vanetta

Williams, Walter Cooper, Earl Foster, Carl Shinkle, Virginia Tackitt, Toby Bell, Curtis

Johnson, Velma Porter, Diann Arbogast, Joe Damron, Lura Richards, Robert J. White,

Jack Schaffer, James Cooley, Bobby L. Moxter, Edith H. Pauley and Willie G. Helm files

this Motion to Substitute Kenneth T. Fibich, Attorney-in-Charge and the law firm of

Fibich, Hampton & Leebron, LLP. as counsel for Plaintiffs, Rita B. Barker, Sandy L.

Barton, Lillie Beavers, Lucy Boatner, Margie Colbert, Sherry L. Collins, Michael P.

Copas, Jonathan Davis, Candy Dirickson, Mabel C. Dumbell, Hubert Ellis, Cheryl

Gilbert, Phyllis Hayden, Etta R. James, Freddie L. Jones, Joan Kassabaum, Fred Kirk, Harry Linley, Elizabeth Logwood, Sandra K. Long, Joseph Mickels, Norman Nelson, John Pickett, Donald Rappold, Anita D. Risner, Peter A. Rulo, John Smith, James Lee Underhill, Marva L. Vanhooser, Susan A. Walker, Wanda F. Weaver, Jodie E. Winkfield, Robin Robinson, Bryan Umstead, Vanetta Williams, Walter Cooper, Earl Foster, Carl Shinkle, Virginia Tackitt, Toby Bell, Curtis Johnson, Velma Porter, Diann Arbogast, Joe Damron, Lura Richards, Robert J. White, Jack Schaffer, James Cooley, Bobby L. Moxter, Edith H. Pauley and Willie G. Helm in place of Todd S. Hagemann, and the law firm of Simon and Passanante, PC.

2.      The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3.      The substitution of counsel is agreed to by the Plaintiffs Rita B. Barker, Sandy L. Barton, Lillie Beavers, Lucy Boatner, Margie Colbert, Sherry L. Collins, Michael P. Copas, Jonathan Davis, Candy Dirickson, Mabel C. Dumbell, Hubert Ellis, Cheryl Gilbert, Phyllis Hayden, Etta R. James, Freddie L. Jones, Joan Kassabaum, Fred Kirk, Harry Linley, Elizabeth Logwood, Sandra K. Long, Joseph Mickels, Norman Nelson, John Pickett, Donald Rappold, Anita D. Risner, Peter A. Rulo, John Smith, James Lee Underhill, Marva L. Vanhooser, Susan A. Walker, Wanda F. Weaver, Jodie E. Winkfield, Robin Robinson, Bryan Umstead, Vanetta Williams, Walter Cooper, Earl Foster, Carl Shinkle, Virginia Tackitt, Toby Bell, Curtis Johnson, Velma Porter, Diann Arbogast, Joe Damron, Lura Richards, Robert J. White, Jack Schaffer, James Cooley, Bobby L. Moxter, Edith H. Pauley and Willie G. Helm, and Plaintiffs respectfully request that the Court grant this Motion and all other just relief.

Respectfully submitted,

Simon • Passanante, PC

Todd S. Hageman
Missouri State Bar No. 44770
701 Market Street
Suite 1450
St. Louis, MO  63101
Telephone:  314.241.2929
Telecopier:  314.241.2029
Withdrawing Attorney-In-Charge for
Plaintiffs Plaintiffs Rita B. Baker, Sandy L.
Barton, Lillie Beavers, Lucy Bontner, Margie
Colbert, Sherry L. Collins,  Michael P. Copas,
Jonathan Davis,  Candy Dirickson, Mabel C.
Dumbell, Hubert Ellis, Cheryl Gilbert, Phyllis
Hayden, Etta R. James, Freddie L. Jones, Joan
Kassabaum, Fred Kirk, Harry Linley, Elizabeth
Logwood, Sandra K. Long, Joseph Mickels,
Norman Nelson, John Pickett, Donald Rappold,
Anita D. Risner, Peter A. Rulo, John Smith,
James Lee Underhill, Marva L. Vanhooser,
Susan A. Walker, Wanda F. Weaver, Jodie E.
Winkfield, Robin Robinson, Bryan Umstead,
Vanetta Williams, Walter Cooper, Earl Foster,
Carl Shinkle, Virginia Tackitt, Toby Bell, Curtis
Johnson, Velma Porter, Diann Arbogast, Joe
Damron, Lura Richards, Robert J. White, Jack
Schaffer, James Cooley, Bobby L. Moxter, Edith
H. Pauley and Willie G. Helm

Respectfully submitted,

Fibich, Hampton & Leebron, LLP

Kenneth T. Fibich
State Bar No. 06952600
W. Michael Leebron, II

State Bar No. 12149000
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: 713.751.0025
Telecopier: 713.751.0030
**Substituting Attorney-In-Charge for
Plaintiffs Rita B. Barker, Sandy L. Barton, Lillie
Beavers, Lucy Boatner, Margie Colbert, Sherry
L. Collins, Michael P. Copas, Jonathan Davis,
Candy Dirickson, Mabel C. Dumbell, Hubert
Ellis, Cheryl Gilbert, Phyllis Hayden, Etta R.
James, Freddie L. Jones, Joan Kassabaum, Fred
Kirk, Harry Linley, Elizabeth Logwood, Sandra
K. Long, Joseph Mickels, Norman Nelson, John
Pickett, Donald Rappold, Anita D. Risner, Peter
A. Rulo, John Smith, and James Lee Underhill
Marva L. Vanhooser, Susan A. Walker, Wanda
F. Weaver, Jodie E. Winkfield, Robin Robinson,
Bryan Umstead, Vanetta Williams, Walter
Cooper, Earl Foster, Carl Shinkle, Virginia
Tackitt, Toby Bell, Curtis Johnson, Velma
Porter, Diann Arbogast, Joe Damron, Lura
Richards, Robert J. White, Jack Schaffer, James
Cooley, Bobby L. Moxter, Edith H. Pauley and
Willie G. Helm**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for
Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip
Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties
by electronically uploading the same to LexisNexis File & Serve Advanced in accordance
with PreTrial Order No. 8A on December ⫯⫯ , 2006. The undersigned hereby certifies
that counsel will make the change directly on File & Serve LexisNexis as soon as the
Order is entered.

_____
Holly M. Wheeler