MINUTE ENTRY
FALLON, J.
DECEMBER 11, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION                  MDL 1657

ANTHONY WAYNE DEDRICK
                                                REF NO. 05-2524
VERSUS
                                                SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON       MONDAY, DECEMBER 11, 2006, 8:30 AM
Case Manager: Gaylyn Lambert          (Continued from 12-9-06)
Court Reporter:  Cathy Pepper and Toni Tusa

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff
                Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

JURY TRIAL:

Defendant's Witnesses:

Dr. Alise Susan Reicin - sworn.

Court adjourned at 5:28 pm until Tuesday, December 12, 2006, at 8:30 am.

JS-10:        6:35