IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 05-2524<br><br>ANTHONY WAYNE DEDRICK,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**NOTICE OF FILING COURT'S<br>RULINGS ON CERTAIN<br>DEPOSITION DESIGNATIONS** |

TO:    Andy Birchfield
         Leigh O'Dell
         BEASLEY, ALLEN, CROW, METHYVIN, PORTIS & MYLES, P.C.
         234 Commerce Street
         Post Office Box 4160
         Montgomery, AL 36103
         (334) 269-2343

Merck hereby files the Court's rulings on certain deposition designations from the *Barnett* (Ex. A.1 – A.7), *Smith* (Ex. B.1 – B.5), and *Mason* cases (Ex. C.1 – C.6), for witnesses whose deposition designations the Parties offered into evidence in those cases.

The Parties have agreed that all of the objections made to these designations in *Barnett*, *Smith*, and *Mason* are preserved for appeal purposes in *Dedrick*. See October 11, 2006 Joint Stipulation Regarding Deposition Designations for Non-Case Specific Witnesses, attached as Ex. D. Merck hereby incorporates the Court's rulings from *Barnett*, *Smith*, and *Mason* so that the record of the Court's rulings is complete for the *Dedrick* case. While the Parties believe each of their non-case-specific objections from *Barnett, Smith* and *Mason* are valid, in *Dedrick* the

Parties highlighted only certain objections that they asked the Court to give heightened review. These objections are reflected in the deposition designation binders filed on November 20, 2006 November 24, 2006 and November 25, 2006.

These designations and rulings from *Barnett, Smith* and *Mason* are for the following witnesses: Avorn, Blake, Cannuscio, Fries, Scolnick, Topol and Weiner.

Dated: December 12, 2006

        Respectfully submitted,

        */s/ Dorothy H. Wimberly*
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax:   504-581-3361

        *Defendant's Liaison Counsel*

        Philip S. Beck, 147168
        Tarek Ismail, 6225226
        Shayna S. Cook, 6285959
        BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
        Courthouse Place
        54 West Hubbard Street, Suite 300
        Chicago, Illinois 60610
        Telephone:   (312) 494-4400
        Telecopier:   (312) 494-4440

        *Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF FILING COURT'S RULINGS ON CERTAIN DEPOSITION DESIGNATIONS, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of December, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel