UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jose Vasquez v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-01092 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT comes plaintiff, Jose Vasquez, who moves this Honorable Court for an order enrolling Russ M. Herman and Soren E. Gisleson and the law firm of Herman, Herman, Katz & Cotlar, LLP, as additional counsel for plaintiff in this matter.

Respectfully submitted,

/s/ Russ M. Herman

**Russ M. Herman,** La. Bar No. 6819
**SOREN E. GISLESON,** La. Bar No. 26302
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue
New Orleans, LA 70113

*Temporary Address:*
201 St. Charles Ave., Suite 4310
New Orleans. LA 70170
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: rwestenfeld@hhkc.com

**Paul L. LeClair, Esq.**
**The Gucciardo Law Firm**
99 Wall Street, 19th Floor
New York, NY 10005
Telephone: (201) 742-0500

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of November, 2006.

/s/ Russ M. Herman

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>*Jose Vasquez v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-01092 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Russ M. Herman and Soren E. Gisleson and the law firm of Herman, Herman, Katz & Cotlar, LLP, be enrolled as additional counsel for plaintiff, Jose Vasquez, in this matter.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE