IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | |
| PRODUCTS LIABILITY LITIGATION | |
| This document relates to<br>Case No. 05-2524 | MDL DOCKET NO. 1657<br>SECTION L |
| ANTHONY WAYNE DEDRICK, | JUDGE FALLON |
| Plaintiff, | MAGISTRATE JUDGE KNOWLES |
| v. | **NOTICE OF FILING OF<br>OBJECTIONS TO EXHIBITS** |
| MERCK & CO., INC., | |
| Defendant. | |

TO:   Andy Birchfield
      Leigh O'Dell
      BEASLEY, ALLEN, CROW, METHYVIN, PORTIS & MYLES, P.C.
      234 Commerce Street
      Post Office Box 4160
      Montgomery, AL 36103
      (334) 269-2343

Merck hereby files objections to certain exhibits offered during the above captioned case. The Parties have agreed that all of the objections made to these exhibits in *Plunkett II*, *Barnett*, *Smith*, and *Mason* are preserved for appeal purposes in *Dedrick*.  See December 12, 2006 Joint Stipulation Regarding Objections to Exhibits, attached as Ex. E.  Attached to this notice are those objections to exhibits made in *Irvin II* (Ex. A), *Barnett* (Ex.. B), *Smith* (Ex.. C), and *Mason* (Ex.. D).  Merck hereby incorporates its exhibit objections from *Irvin II*, *Barnett, Smith,* and *Mason* so that the record of the Court's rulings is complete for the *Dedrick* case.  While the Parties believe each of their objections to exhibits from *Irvin II*, *Barnett, Smith*, and *Mason* is valid, in *Dedrick* the Parties only raised certain objections for heightened review.

Dated:   December 12, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

*Defendant's Liaison Counsel*


Philip S. Beck
Mark Ouweleen
Carrie A. Jablonski
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:          (312) 494-4400
Telecopier:          (312) 494-4440

*Attorneys for Merck & Co., Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing NOTICE OF FILING OF OBJECTIONS TO EXHIBITS, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of December, 2006.

      */s/ Dorothy H. Wimberly*
      Dorothy H. Wimberly, 18509
      STONE PIGMAN WALTHER
      WITTMANN L.L.C.
      546 Carondelet Street
      New Orleans, Louisiana  70130
      Phone:  504-581-3200
      Fax:    504-581-3361
      dwimberly@stonepigman.com

      Defendants' Liaison Counsel