


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| EVELYN IRVIN, | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MERCK & CO., INC'S OBJECTIONS TO PLAINTIFF'S PRE-ADMISSION LIST (EXCLUDING DEPOSITION EXHIBITS)

Defendant Merck & Co., Inc., through undersigned counsel, hereby submits its objections to plaintiff's pre-admission list (excluding deposition exhibits).

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
Defendants' Liaison Counsel



Philip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60601
Phone: 312-494-4400
Fax:   312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

And

John H. Beisner
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:   213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck & Co., Inc.'s Objections to Plaintiff's Pre-Admission List (Excluding Deposition Exhibits) has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Andy Birchfield by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 2nd day of February, 2006.

_Dorothy H. Wimberly_

Pre-Admission List (Excluding Dep. Exhs.)

| exhibit no. | begin bates | end bates | doc date | description | Defendants Objections |
|---|---|---|---|---|---|
| 1.0003 | MRK-ACR0014514 | MRK-ACR0014514 | 4/6/2001 | letter | NO OBJECTION |
| 1.0004 | MRK-NJ0315892 | MRK-NJ0315894 | 2/26/1997 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol | NO OBJECTION |
| 1.0007 | MRK-AAR0019773 | MRK-AAR0019786 | | Vioxx Dodgeball | 403: Document relates to a specific salesperson training game that was used at a few meeting. No connection at all to this case as no Merck salesperson who ever heard of this game ever had any contact with Schirmer or Irvin; MIL#1 |
| 1.0015 | MRK-AFK0190651 | MRK-AFK0190651 | 2/1/2005 | VICTOR KM Plot--Confirmed Thrombotic CV events | 403: Preliminary clinical trial data (as it states on the face of the document). Cannot be offered for notice as it was prepared nearly four years after Irvin's death. No reason why jurors should be confused with the preliminary data of a study when more complete data is available; MIL#6 |
| 1.0016 | MRK-AFK0190652 | MRK-AFK0190652 | 2/1/2005 | VICTOR KM Plot--APTC events | 403: Preliminary clinical trial data (as it states on the face of the document). Cannot be offered for notice as it was prepared nearly four years after Irvin's death. No reason why jurors should be confused with the preliminary data of a study when more complete data is available; MIL#6 |
| 1.0022 | MRK-01420101964 | MRK-01420101967 | 4/17/2001 | April 17, 2001 "approvable" letter from Jonca Bull of the FDA to R. Silverman | NO OBJECTION |
| 1.0074 | MRK-AAX0000597 | MRK-AAX0000600 | 8/21/2001 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | 401, 402, 403. Irrelevant since it post-dates Irvin's death. |
| 1.0082 | MRK-AAX0002413 | MRK-AAX0002420 | 11/21/1996 | Memo from Thomas Musliner to B. Friedman, A. Nies and R. Spector; Subject: Anticipated consequences of NSAID Antiplatlet effects of cardiovascular events and effects of excluding low-dose aspirin use in the Cox-2 GI Outcomes | NO OBJECTION |
| 1.0087 | MRK-AAX0002768 | MRK-AAX0002850 | 3/2/2000 | Statistical Data Analysis Plan Amendment No. 1 for VIGOR by Deborah Shapiro, et al. | NO OBJECTION |

Pre-Admission List (Excluding Dep. Exhs.).

| | | | | | |
|---|---|---|---|---|---|
| 1.0091 | MRK-AAX0008561 | MRK-AAX0008581 | | 10/15/2001 | Draft VIOXX Label | 401, 402, 403: FDA's draft response to Merck's proposed label change occurred five months after Irvin's death. Any alleged action or inaction by Merck in response to FDA's post-death label proposal is irrelevant, confuses the jury and unnecessarily lengthens the presentation of the evidence as Merck is required to respond. |
| 1.0118 | MRK-ABC0033809 | MRK-ABC0033809 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality | 4/12/2000 | | NO OBJECTION |
| 1.0124 | MRK-ABD0002346 | MRK-ABD0002347 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI | 1/28/2001 | | 403: with respect to the sentence about the "Fries incident". Last time, this document was received with the Fries sentence redacted. Merck requests the same treatment this time as well. MIL #3 |
| 1.0138 | MRK-ABI0000515 | MRK-ABI0000515 | Email from Jan Nissen to Marty Carroll Re: VIOXX Launch Meeting Theme Party | 4/16/1999 | | 403: The party planning and costs for a Vioxx launch party are completely irrelevant to the issues presented and invite a sideshow. Particularly, reference to the dollars spent on a party should not be admitted in the compensatory phase of the trial. |
| 1.0149 | MRK-ABI0002784 | MRK-ABI0002784 | Email from Leonard Tacconi to David Anstice, et al. Re: Vioxx DTC Campaign | 10/19/2000 | | 403: No evidence that DTC advertising had any impact on Irvin's use of Vioxx in this case. Further, the question of how much money was spent on advertising should not be admitted in the compensatory phase of the trial: MIL#1 |
| 1.0184 | MRK-ABO0002854 | MRK-ABO0002865 | Email from Marilyn Krahe to David Abrahamson, et al. Re: Meeting Dr. Gurkipan Singh | 11/8/2000 | | 403 and 802. The e-mail is full of hearsay and double hearsay as it purports to attribute comments from others outside of Merck. Moreover, the entire debate has to do one doctor's comments in California about Vioxx and cannot have any possible connection to Irvin's use of Vioxx in Florida. MIL #3 |

2/2/2006

Page 2 of 8

Pre-Admission List (Excluding Dep. Exhs.)

| | | | | | |
|---|---|---|---|---|---|
| 1.0225 | MRK-ABW0003690 | MRK-ABW0003690 | 11/12/2001 | Email from Paul Fonteyene to Thomas Cannell RE Dorothy Hamill Quantitative Results | 403. Evidence is that Irvin did not see any television advertising about Vioxx and therefore could not have been influenced by it. Also, this particular ad ran only after Irvin's death and therefore could not possibly have any relevance to this case; MIL#1 |
| 1.0231 | MRK-ABW0014720 | MRK-ABW0014722 | 10/26/2001 | Email from Steven Vignau to Wendy Dixon Re: New crop of arthritis drugs under safety cloud | 403 and 802. The e-mail attaches a newspaper article that is hearsay. The document cannot go to notice since it is dated five months after Irvin's death. The cover e-mail transmitting the article is irrelevant and potentially confusing to the jury |
| 1.0255 | MRK-ABY0030000 | MRK-ABY0030030 | 5/1/2001 | Memo from Joshua Chen to Raymond Bain Re: MK-966 AD Program Mortality Analysis for Protocol 091, 078, & 126 | 403: All-cause mortality analysis from Alzheimer's trials is irrelevant to this case. Data has potential to confuse the jury as it relates to causes of death having nothing to do with Irvin. Further, unnecessarily lengthens the trial as Merck must respond to the irrelevant data. No objection to presentation of cardiovascular data; MIL#7 |
| 1.0288 | MRK-ACI0013241 | MRK-ACI0013246 | 11/19/2001 | Attachments to Casola to Abrams letter | 403: on same grounds as the warning letter itself. If the warning letter is received over objection, Merck has no objection to this document. MIL #4 |
| 1.0383 | MRK-AEG0037638 | MRK-AEG0037639 | 9/12/2002 | Email from mervyn Turner to Joan Lasota RE: NitroMed | 401, 402, 403: Irrelevant discussion on an experimental COX-2 compound (not Vioxx) five months after Irvin's death |
| 1.0386 | MRK-AEI0002734 | MRK-AEI0002746 | 5/6/1998 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program | NO OBJECTION |
| 1.0402 | MRK-AFI0010400 | MRK-AFI0010401 | 4/18/2001 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) | 401, 402, 403: sales data irrelevant and unfairly prejudicial, particularly in compensatory phase. Further, sales data outside of Florida is not admissible under *State Farm* opinion. MIL #2 |
| 1.0424 | MRK-AFJ0000576 | MRK-AFJ0000576 | 3/9/2002 | Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC Options for CV Outcome Trials | NO OBJECTION |

Pre-Admission List (Excluding Dep. Exhs.)

| | | | | | |
|---|---|---|---|---|---|
| 1.0426 | MRK-AFJ0008381 | MRK-AFJ0008382 | | Email from Drs. Richard and Jane Dybas to Peter S. Kim Re: Merck's Stock Retreats over VIOXX concerns | 802, 401, 402, 403: News article forwarded via an e-mail from a non-Merck individual. Both the e-mail and the article are hearsay. Nor can the document be used for notice as it sent three years after Irvin's death. |
| 1.0479 | MRK-NJ0066297 | MRK-NJ0066301 | | Time | NO OBJECTION |
| 1.0498 | MRK-NJ0121906 | MRK-NJ0121907 | 4/13/2000 | Email from James Bolognese to Alise Reicin, et al. Re: RA and CV Mortality | NO OBJECTION |
| 1.0506 | MRK-NJ0130083 | MRK-NJ0130087 | 2/14/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Searle: Recapturing Momentum in COX-2 Inhibitor Market | 802: Attached news article is hearsay |
| 1.0726 | MRK-AAD0356476 | MRK-AAD0356477 | | Email from Peter Kim to Alise Reicin regarding Naproxen | 401, 402, 403: Document is post-withdrawal (three years post-death). Discussion relates to theoretical potential combinations of marketed drugs that have not been marketed together. NO OBJECTION |
| 1.0729 | MRK-AFO0128716 | | 11/1/2001 | Email from Edward Scolnick to Karen Grosser regarding Vioxx Circular | NO OBJECTION |
| 1.0739 | MRK-ABS0034494 | MRK-ABS0034577 | | Clinical Investigator's Confidential Informational Brochure | NO OBJECTION |
| 1.0812 | MRK-V 0000041 | | | Dorothy Hamill – Morning: 30 | 401, 402, 403. Evidence is that Irvin did not see any television advertising about Vioxx and therefore could not have been influenced by it. Also, this particular ad ran only after Irvin's death and therefore could not possibly have any relevance to this case: MIL#1 |
| 1.0815 | MRK-V 0000044 | | | "Dog Park" Letterbox: 30 | 401, 402, 403. Evidence is that Irvin did not see any television advertising about Vioxx and therefore could not have been influenced by it. Also, this particular ad ran only after Irvin's death and therefore could not possibly have any relevance to this case: MIL#1 |

Pre-Admission List (Excluding Dep. Exhs.)

| | | | | |
|---|---|---|---|---|
| 1.0816 | MRK-V 0000045 | | Clammer. 30 Reminder DR | 401, 402, 403. Evidence is that Irvin did not see any television advertising about Vioxx and therefore could not have been influenced by it. Also, this particular ad ran only after Irvin's death and therefore could not possibly have any relevance to this case; MIL#1 |
| 1.0817 | MRK-V 0000046 | | Teacher: 60 | 401, 402, 403. Evidence is that Irvin did not see any television advertising about Vioxx and therefore could not have been influenced by it. Also, this particular ad ran only after Irvin's death and therefore could not possibly have any relevance to this case: MIL#1 |
| 1.0818 | MRK-V 0000046 | | Teacher: 60 | 401, 402, 403. Evidence is that Irvin did not see any television advertising about Vioxx and therefore could not have been influenced by it. Also, this particular ad ran only after Irvin's death and therefore could not possibly have any relevance to this case; MIL#1 |
| 1.0819 | MRK-V 0000046 | | Teacher: 30 | 401, 402, 403. Evidence is that Irvin did not see any television advertising about Vioxx and therefore could not have been influenced by it. Also, this particular ad ran only after Irvin's death and therefore could not possibly have any relevance to this case: MIL#1 |
| 1.1013 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 HHPAC Presentation-Key Marketing Messages | 403: Marketing plan irrelevant to this case as neither Schirmer nor Irvin had any exposure to Merck marketing documents or advertisements; MIL#1 |
| 1.1067 | | | Excerpts from the Merck Manual - 16th Edition | 401, 402, 403: Irrelevant and potentially confusing to jury. No evidence that any person connected to this case ever saw the Merck Manual. MIL #12 |

Pre-Admission List (Excluding Dep. Exhs.)

| | | | | | |
|---|---|---|---|---|---|
| 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | | 07/01/01 | US Long Range Operating Plan Franchise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib | 403: sales data irrelevant and unfairly prejudicial, particularly in compensatory phase. Further, sales data outside of Florida is not admissible under *State Farm* opinion. |
| 1.1234 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | | 7/12/01 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 | NO OBJECTION |
| 1.1254 | MRK-AFI0047953 | MRK-AFI0047953 | | 5/24/2000 | Email from Gregory Bell to Reiss, Sandra Marie, El Dada, Riad H., Baumgartner and Gregory Bell re: Singh tells Belgians Vioxx isn't safe and they are going to get a warning CV. | 401, 402, 403, 802: E-mails relate hearsay and double hearsay statements by non-Merck persons: MIL #3 |
| 1.1256 | MRK-AFN0052502 | MRK-AFN0052523 | | No Date | NEJM Manuscript 05-0493; comments from reviewers approve manuscript. | 403 and 802: Peer review comments are not from a Merck person and are hearsay. Merck attempted to obtain discovery on the identity of the peer reviewers but was denied access. It is unfair to admit anonymous hearsay statements when Merck has been denied discovery into the identity and qualifications of the individuals. |
| 1.1258 | MRK-ABI0008659 | MRK-ABI0008683 | | 7/12/2001 | US Long Range Operating Plan for Vioxx | 401, 402, 403: sales data is irrelevant and unfairly prejudicial, particularly in compensatory phase. Further, sales data outside of Florida is not admissible under *State Farm* opinion |
| 1.1262 | MRK-ADW0057100 | MRK-ADW0057101 | | 9/28/2001 | Email from Dunn to Shaffer re: project offense; media reports, Vioxx being pulled off market; Vioxx extremely important to Merck. | 401, 402, 403: Marketing documents five months after Irvin's death is irrelevant; MIL#1 |
| 1.1273 | MRK-ADG0002386 | MRK-ADG0002386 | | 8/23/2001 | Email from Robinson to Dunn, Lindstrom, Cannell, Krahe, Herrera, Randall re: WE RBG CFT Feedback/Needs on JAMA Article; has raised CV warning issue for Vioxx, Managed Health Care is concerned, Kaiser is recommending doctors don't use Vioxx until safety is resolved. | 401, 402, 403, 802: E-mails relate hearsay statements by non-Merck persons |
| 1.1275 | MRK-ABK0043450 | MRK-ABK0043489 | | 10/15/2001 | Operations Review A&A Franchise; shows sales of Vioxx dipping after NY Times reports on Vigor and after Mukherjee article in JAMA. Then "Project Offense" is launched w/CV card. | 401, 402, 403: sales data is irrelevant and unfairly prejudicial, particularly in compensatory phase. Further, sales data outside of Florida is not admissible under *State Farm* opinion |

Pre-Admission List (Excluding Dep. Exhs.)

| | | | | |
|---|---|---|---|---|
| 1.1309 | | | Public Health Advisory Non-Steroidal Anti-Inflammatory Drug Products (NSAIDS) | 403 and 802: Document printed out from FDA website is not the final agency action regarding its investigation of the NSAID class. It is prejudicial and potentially confusing given the existence of final analysis. |
| 1.1315 | MRK-ACO0075897 | | Email from Alise Reicin to Thomas Bold et al., Re: 8/4/2003 MI Risk-short term use of rofecoxib | 403: Case reports are inherently unreliable and many courts have excluded use of case reports to draw any conclusions about risks and benefits. Does not go to notice because is dated two years after Irvin's death; MIL#11 |
| 1.1349 | MRK-18940096438 | MRK-18940096445 | Protocol 145 (VICTOR) Memo | NO OBJECTION |
| 1.1402 | | | Memo from Tom Easley (NEJM Managing Director of Publishing) to Greg Curfman Re: Number of Reprints of Bombardier Article (Curfman Deposition Exhibit #42) | 401, 402, 403, 802: NEJM memo is hearsay. Number of reprints of VIGOR article is irrelevant to this case given Dr. Schirmer did not read it. |
| 1.1504 | TOPOLE0000304 | TOPOLE0000309 | "Vioxx Vanished" handwritten note says oped@nytimes.com | 401, 402, 403, 801, 802: This document is hearsay. Document does not have a date, but was clearly written after the withdrawal of Vioxx from the market, thus having nothing to do with Mr. Irvin's death. |
| 1.1689 | | | Raw footage of the filming of Video News Releases (multiple DVDs) | Plaintiffs have not yet identified what video this exhibit relates to. In general, news releases are irrelevant to this case because neither Dr. Schirmer nor Mr. Irvin had any exposure to them. |
| 2.0032 | MRK-ADJ0035003 | MRK-ADJ0035008 | Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors, by Debabrata Mukherjee, et al., Journal of American Medicine, 8/22/2001 8/22-8/29, Vol. 286, No. 8, Pg. 954-959 | Medical articles are not admissible under FRE 802 |
| 2.0050 | MRK-ACO0144158 | MRK-ACO0144164 | Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs; nested case-1/2/2005 control study by David Graham, et al., The Lancet, | Medical articles are not admissible under FRE 802 |

Pre-Admission List (Excluding Dep. Exhs.)

| | | | | | |
|---|---|---|---|---|---|
| 2.0104 | MRK-ABT0018283 | MRK-ABT0018288 | 1/15/2002 | American Journal of Cardiology – "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-Inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" by A Reicin, D Shap | Medical articles are not admissible under FRE 802 |
| 2.0125 | MRK-ABI0013854 | MRK-ABI0013862 | 11/5/2004 | Risk of cardiovascular events and rofecoxib: cumulative meta-analysis by Peter Juni, The Lancet, 11-5-04, Pg. 1-9 | Medical articles are not admissible under FRE 802 |
| 2.0133 | MRK-ABA0004431 | MRK-ABA0004440 | 11/6/2001 | Circulation – "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib" by MA Konstam, MR Weir, A Reicin, D Shapiro, RS Sperling, E Barr et al. appeared on pp. 2280-2288 of volume 104. | Medical articles are not admissible under FRE 802 |
| 4.0001 | | | | Irvin | NO OBJECTION |
| 4.0002 | | | | VIOXX prescription bottle | NO OBJECTION |
| 4.0003 | | | | Tissue slides | NO OBJECTION |
| 4.0011 | | | | Certified Autopsy Report | NO OBJECTION |
| Shapiro Ex. 79 | | | Nov-99 | DSMB Minutes - VIGOR | NO OBJECTION |

2/2/2005