**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: VIOXX**<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to Case No. 06-0485**<br><br>**GERALD D. BARNETT and CORINNE BARNETT,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**MERCK & CO., INC.,**<br><br>Defendant. | **MDL DOCKET NO. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES**<br><br>**Merck & Co., Inc.'s Objections to Plaintiff's Preliminary Pre-Admissible Exhibit List** |

TO: Mark P. Robinson, Jr.
Robinson, Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660

Andrew Birchfield
Leigh O'Dell
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104

and

Russ Herman
Herman, Herman, Katz & Cotlar
Place St. Charles
201 St. Charles Avenue, Office 4310
New Orleans, LA 70170



Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections to Plaintiff's Preliminary Pre-Admissible Exhibit List (attached as Exhibit A). Merck reserves the right to add additional objections, withdraw any objections, and make other changes. Merck also reserves all right to object to the use of any of the documents on Plaintiff's Pre-Admissible Exhibit List (including exhibits Merck did not object to) with a specific witness.

Merck reserves the right to supplement or amend its Objections if Plaintiff alters or amends his pre-admissible list. Merck also reserves the right to supplement or amend its Objections based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this trial, including rulings on its motions *in limine*.

In Exhibit A, Merck makes its specific objections for the Barnett trial, but also provides the Court with a column showing Merck's objections to the exhibit in Plunkett II, and a column showing the Court's ruling. If the "Court's Ruling" box says "Admitted; No ruling on objection", that means the Court did not specifically rule on Merck's objection and admitted the exhibit into evidence. If the Court overruled an objection to a document and the document was admitted, the box says "Admitted." If the Court overruled an objection to a document and the document was not admitted, the box says "Admissible."

Dated: May 29, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60601
Phone: 312-494-4400
Fax: 312-494-4440

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing **Merck's Objections to Plaintiff's Preliminary Pre-Admissible Exhibit List** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Mark Robinson and Leigh O'Dell by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 29th day of May, 2006.

*/s/ Dorothy H. Wimberly*

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0001 | MRK-ACT0018064 | MRK-ACT0018064 | 2/8/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | 403. Takes statement out of context and confuses jury. Any probative value is outweighed by prejudicial effect. | 403 | Admitted |
| PX 1.0002 | MRK-ABW0004799 | MRK-ABW0004799 | 10/16/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | 401, 402, 403. Any probative value is outweighed by prejudicial effect. | 401, 402, 403 | Admissible to the extent they relate to testimony that has been admitted |
| PX 1.0003 | MRK-ACR0014514 | MRK-ACR0014514 | 4/6/2001 | Email from Scolnick to Greene in re Approvable letter | 401, 402, 403 | | |
| PX 1.0004 | MRK-NJ0315892 | MRK-NJ0315894 | 2/26/1997 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol | | | |
| PX 1.0005 | MRK-ABX0016509 | MRK-ABX0016510 | 11/26/2001 | Email from D. Anstice FW: Three Items | | | |
| PX 1.0006 | MRK-ABA0003277 | MRK-ABA0003284 | 9/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin | 401, 402, 403, 801, 802. Any probative value is outweighed by prejudicial effect. The letter also contains hearsay statements by non-Merck individuals. | 401, 402, 403, 602, 801, 802 | Admitted |

Dated: May 29, 2006

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| ExhibitNo | BeginBates | EndBates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0007 | MRK-AAR0019773 | MRK-AAR0019786 | 00/00/0000 | Vioxx Dodgeball | 401, 402, 403, 901. Any probative value is outweighed by prejudicial effect. Also irrelevant because the two prescribing physicians testified that no Merck sales rep avoided any of their questions. The exhibit is also incomplete because it does not include the rules of the game. | 403 | Admissible |
| PX 1.0008 | MRK-AAR0019055 | MRK-AAR0019060 | 00/00/0000 | CV Card | 401, 402, 403. This is irrelevant and prejudicial because there is no evidence Barnett's prescribers ever saw the CV Card. | 401, 402, 403 | Admissible (Carroll deposition) |
| PX 1.0009 | MRK-AAO0000073 | MRK-AAO0000126 | 9/1/2000 | 2001 Profit Plan for Vioxx | 401, 402, 403, 602. Sales data is irrelevant and unfairly prejudicial, especially in compesatory phase. Witness lacks personal knowledge of document. | 401, 402, 403, 602 | Admissible for Carroll; For Dixon, admissible to the extent they relate to testimony that has been admitted |
| PX 1.0010 | MRK-ABH0014114 | MRK-ABH0014118 | 6/1/1998 | Email from Edward Scolnick to Errol McKinney Re: Celebrax submission within 2 months - Schroders | 401, 402, 403, 801, 802. Sales data is unfairly prejudicial, especially in compesatory phase. Discussion of other medicines is irrelevant. Stock analyst report is hearsay. | 401, 402, 403, 801, 802 | Admitted; No ruling on objection |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0011 | MRK-ABS0194661 | MRK-ABS0194664 | 10/20/1998 | Email from Scolnick: Message | 401, 402, 403, 801, 802. Stock analyst report is hearsay. Financial data is irrelevant and prejudicial. | 401, 402, 403, 801, 802 | No ruling on objection |
| PX 1.0012 | MRK-ABK0302077 | MRK-ABK0302077 | 4/3/2000 | Email from Patrono to Laurenzi--CV issue | 801, 802. The email is impermissible hearsay. | | |
| PX 1.0013 | MRK-AFI0201416 | MRK-AFI0201442 | 7/23/1999 | List of physicians to neutralize | 401, 402, 403, 801, 802. No evidence any of the physicians mentioned ever had any contact with anyone in this case. Any probative value outweighed by prejudice. | 401, 402, 403, 801, 802 | Admitted |
| PX 1.0015 | MRK-AFK0190651 | MRK-AFK0190651 | 2/1/2005 | VICTOR KM Plot--Confirmed Thrombotic CV events | Incomplete, 401, 402, 403. This is preliminary clinical trial data and is confusing. The jurors should not be confused with preliminary data when more complete data is available. | 403 | Ruling Reserved |
| PX 1.0016 | MRK-AFK0190652 | MRK-AFK0190652 | 2/1/2005 | VICTOR KM Plot--APTC events | Incomplete, 401, 402, 403. This is preliminary clinical trial data and is confusing. The jurors should not be confused with preliminary data when more complete data is available. | 403 | Ruling Reserved |
| PX 1.0017 | MRK-NJ0070364 | MRK-NJ0070397 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | Appears to be three separate documents stuck together. Also, 602 as the witness lacks personal knowledge. | 602 | Admitted; No ruling on objection |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0020 | MRK-NJ0000862 | MRK-NJ0000869 | 9/12/1996 | Memo from Terri Randall to Vioxx Project Team Members Re: Project team minutes for 9-4-96 | 901. There is no foundation for the handwriting. | 602, 801, 802 | Admitted; No ruling on objection |
| PX 1.0021 | MRK-01420099060 | MRK-01420099061 | 4/11/2001 | FDA-MRL Meeting NDA 21 042/S-007: VIGOR Re: Protocol 069 Minutes | | 801, 802 | Admitted; No ruling on objection |
| PX 1.0022 | MRK-01420101964 | MRK-01420101967 | 4/17/2001 | April 17, 2001 "approval" letter from Jonca Bull of the FDA to R. Silverman | | | |
| PX 1.0033 | MRK-AAD0329040 | MRK-AAD0329043 | 7/31/2003 | Standby Statement: Trial of Vioxx (rofecoxib) in Alzheimer's disease | | | |
| PX 1.0060 | MRK-AAR 0073258 | MRK-AAR 0073258 | 00/00/0000 | VIDEO: Be the Power 2S01 | 401, 402, 403. No evidence that anyone in the case saw this video, and therefore it is irrelevant. Any probative value is outweighed by the danger of unfair prejudice. | 401, 402, 403 | No Ruling |
| PX 1.0061 | MRK-AAR0007240 | MRK-AAR0007248 | 5/23/2001 | Bulletin for Vioxx Action Required: Response to New York Times Article | | 401, 402, 403, 602 | Admitted; No ruling on objection |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0062 | MRK-AAR0007383 | MRK-AAR0007384 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card | 401, 402, 403. No evidence that anyone in the case saw this document, and therefore it is irrelevant. This is also a draft CV card that was never shown to any doctors, much less any doctor in this case. Any probative value is outweighed by the danger of unfair prejudice. | 401, 402, 403, 602 | Admitted; No ruling on objection |
| PX 1.0064 | MRK-AAR0010111 | MRK-AAR0010126 | 00/00/0000 | Obstacle Jeopardy | 401, 402, 403. No evidence that anyone in the case saw this document, and therefore it is irrelevant. Both of the prescribing physicians in this case said no Merck sales rep ever docged any question about Vioxx. Any probative value is outweighed by the danger of unfair prejudice. | | |
| PX 1.0069 | MRK-AAR0021110 | MRK-AAR0021110 | 08/00/2001 | Letter from Lewis Sherwood to Healthcare Provider | | | |
| PX 1.0074 | MRK-AAX0000597 | MRK-AAX0000600 | 8/21/2001 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | | 401, 402, 403 | Admissible |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0076 | MRK-AAX0000696 | MRK-AAX0000705 | 00/00/0000 | Deaths in MK-0966 Studies 078, 091, 126 | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0077 | MRK-AAX0000710 | MRK-AAX0000724 | 4/8/2001 | Memo from J. Chen to R. Bain re: MK-0966 protocol 078 prevention trial / summary of the Interim Mortality Analyses | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0078 | MRK-AAX0000725 | MRK-AAX0000751 | 4/4/2001 | Memo from J. Chen to R. Bain re: MK-0966 protocol 091 first AD Treatment trial / summary of the mortality analysis | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0079 | MRK-AAX0000752 | MRK-AAX0000776 | 4/8/2001 | Memo from G. Block and S. Reines to Edward Scolnick Re: MK-966 AD Progression Trials (Protocol 091) Imbalance in the Number of Deaths | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. | 401, 402, 403, 602 | Admitted; No ruling on objection |
| PX 1.0082 | MRK-AAX0002413 | MRK-AAX0002420 | 11/21/1996 | Memo from Thomas Musliner to B. Friedman, A. Nies and R. Spector; Subject: Anticipated consequences of NSAID Antiplatlet effects of cardiovascular events and effects of excluding low-dose aspirin use in the Cox-2 GI Outcomes Megatrial | | | |
| PX 1.0087 | MRK-AAX0002768 | MRK-AAX0002850 | 3/2/2000 | Statistical Data Analysis Plan - Amendment No. 1 for VIGOR by Deborah Shapiro, et al. | | | |
| PX 1.0091 | MRK-AAX0008561 | MRK-AAX0008581 | 10/15/2001 | Draft VIOXX Label | | 401, 402, 403 | Admitted |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection – Barnett | Merck Objection – Plunkett II | Court's Ruling – Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0092 | MRK-AAZ0001608 | MRK-AAZ0001609 | 5/6/2001 | Email from Edward Scolnick to Laura Demopoulos Re: Topol Idea | | | |
| PX 1.0095 | MRK-ABA0003490 | MRK-ABA0003491 | 2/4/2002 | Letter from Carlos Patrono to Dr. Braunwald Re: VALOR-TIMI 30 protocol | 801, 802. The document is hearsay and should not be admitted. | 401, 402, 403, 602, 801, 802 | No Ruling |
| PX 1.0106 | MRK-ABC0002150 | MRK-ABC0002150 | 11/17/1997 | Letter from John Oates to Barry Gertz re: origin of beta-oxidation metabolite of prostacyclin | 801, 802. The document is hearsay and should not be admitted. | | |
| PX 1.0107 | MRK-ABC0002198 | MRK-ABC0002198 | 9/28/1998 | Memo from Martino Laurenzi to Alan Nies re: Proposal of Prof. Patrono in the fields of CV and Renal Physiopathology | | | |
| PX 1.0115 | MRK-ABC0017484 | MRK-ABC0017484 | 8/13/1997 | Memo from Alan Nies and Alise Reicin to Jim Bolognese, et al. MK-0966 GI outcomes study | | | |
| PX 1.0116 | MRK-ABC0022825 | MRK-ABC0022878 | 4/27/2000 | Alan Nies' Presentation to the Board of Advisors Re: VIGOR Preliminary Result | | | |
| PX 1.0118 | MRK-ABC0033809 | MRK-ABC0033809 | 4/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV mortality | | | |
| PX 1.0122 | MRK-ABC0048699 | MRK-ABC0048706 | 10/10/1996 | Research Management Committee No. 96-10 – Blue Bell | | 602 | Admitted |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0124 | MRK-ABD0002346 | MRK-ABD0002347 | 1/28/2001 | Email from Edward Scolnick to Eve Slate re: OPDRA report vs. FOI | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. Also should be excluded if Fries letter (PX 1.0176) is excluded. | 403 | Admissible |
| PX 1.0125 | MRK-ABG0001226 | MRK-ABG0001243 | 4/11/2002 | VIOXX Label Change Questions and Answers | | 401, 402, 403 | No Ruling |
| PX 1.0130 | MRK-ABH0014002 | MRK-ABH0014002 | 1/13/1998 | Email from A. Ford-Hutchinson to E. Scolnick RE: Tylenol and Cox 2 | | | |
| PX 1.0132 | MRK-ABH0016219 | MRK-ABH0016219 | 3/9/2000 | Email from Edward Scolnick to Deborah Shapiro et al.; Subject: Vigor | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. Concerns preliminary analysis of data which was subsequently revised. | 401, 402, 403 | Admitted |
| PX 1.0133 | MRK-ABH0017386 | MRK-ABH0017386 | 3/13/2000 | Email from Alise Reicin to Edward Scolnick Re: An article stating the potential cardioprotective effects of an NSAID. | | | |
| PX 1.0138 | MRK-ABI0000515 | MRK-ABI0000515 | 4/16/1999 | Email from Jan Nissen to Marty Carroll Re: VIOXX launch meeting theme party | 401, 402, 403. Unfairly prejudicial, especially in compensatory phase. "Launch party" email is not relevant to any issue in the case and the Plaintiff seeks to use this solely to inflame the jury. | 403 | Admissible |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0140 | MRK-ABI0001556 | MRK-ABI0001556 | 2/23/1998 | Memo from David Anstice to J. Carroll, et al. Re: Pfizer and the promotion of Celebrex | 401, 402, 403. Irrelevant, and unfairly prejudicial, especially in compensatory phase. | 401, 402, 403 | Admitted (Carroll Deposition) |
| PX 1.0143 | MRK-ABL0001899 | MRK-ABL0001915 | 5/17/2000 | Key Marketing Messages HHPAC | 401, 402, 403. Irrelevant, and unfairly prejudicial, especially in compensatory phase. | | |
| PX 1.0145 | MRK-ABI0002126 | MRK-ABI0002128 | 5/8/2000 | Email from Dixon to Edward Scolnick Re: Renal and CV issues for Vioxx | 401, 402, 403. Irrelevant, and unfairly prejudicial, especially in compensatory phase. | 401, 402, 403, 801, 802 | Admitted |
| PX 1.0147 | MRK-ABI0002269 | MRK-ABI0002309 | 4/20/2000 | Vioxx Interim Review for HHPAC | | | |
| PX 1.0149 | MRK-ABI0002784 | MRK-ABI0002784 | 10/19/2000 | Email from Leonard Tacconi to David Anstice, et al. Re: Vioxx DTC campaign | | 403 | Admissible |
| PX 1.0151 | MRK-ABI0003148 | MRK-ABI0003155 | 10/1/2001 | Letter from David Anstice to Thomas Abrams Re: DDMAC's 9-17-01 Warning Letter | Conditional: 401, 402, 403. No objection if Warning Letter is admitted. If the warning letter is excluded, object to this exhibit because it would be prejudicial. | | |
| PX 1.0152 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx | 401, 402, 403, 602. No evidence that anyone in the case saw this press release. Any probative value outweighed by prejudicial effect. | 401, 402, 403, 602 | For Dixon deposition - Admissible to the extent they relate to testimony that has been admitted |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0154 | MRK-ABI0003291 | MRK-ABI0003293 | 12/16/1999 | Letter from Spencer Salis to Ellen R. Westrick Re: Homemade Promotional Pieces | 401, 402, 403. Concerns homemade marketing pieces that have nothing to do with this case. The letter is overly prejudicial, especially since it has no probative value. | 401, 402, 403 | No ruling |
| PX 1.0155 | MRK-ABI0004488 | MRK-ABI0004499 | 5/24/1999 | VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives | 401, 402, 403. Irrelevant, and unfairly prejudicial. It is simply Anstice remarks at a Vioxx launch meeting. None of the treating doctors in this case attended this meeting. | 401, 402, 403 | No ruling |
| PX 1.0156 | MRK-ABI0005078 | MRK-ABI0005078 | 2/25/1999 | Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking Points | | | |
| PX 1.0158 | MRK-ABI0005912 | MRK-ABI0005915 | 12/6/2001 | Email from David W. Anstice to Edward M. Scolnick re: FW: Analyst report on VIOXX | 401, 402, 403, 801, 802. The analyst report is hearsay. Irrelevant, and unfairly prejudicial. | 401, 402, 403, 801, 802 | No ruling |
| PX 1.0166 | MRK-ABI0011027 | MRK-ABI0011081 | 7/15/2002 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia | 401, 402, 403. Sales data is irrelevant and unfairly prejudicial, especially in compensatory phase. | 401, 402, 403 | No ruling |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0176 | MRK-ABO0000250 | MRK-ABO0000253 | 1/9/2001 | Letter from James Fries to Raymond Gilmartin Re: Dr. Sherwood's complaints about Dr. Gurkipal Singh | 401, 402, 403, 602, 801, 802. No evidence that anyone in this case had any contact with any of the doctors discussed in the letter. Any probative value is substantially outweighed by the risk of unfair prejudice. | 401, 402, 403, 602, 801, 802 | Objection Sustained - 403, 802 (w/ Baumgartner) |
| PX 1.0177 | MRK-ABO0000257 | MRK-ABO0000263 | 3/27/2001 | Memo from Tracy Mills & Susan Baumgartner to Wendy Dixon, et al. Re: scientific communication plan for VIOXX | 401, 402, 403. Irrelevant because no evidence any one in this case was exposed to these particular marketing messages. Any probative value is substantially outweighed by the risk of unfair prejudice. Document is also incomplete and is missing Attachment #4. | 401, 402, 403 | Admitted (Baumgartner deposition) |
| PX 1.0184 | MRK-ABO0002864 | MRK-ABO0002865 | 11/8/2000 | Email from Marilyn Krahe to David Abrahamson et al., Re: Meeting Dr. Gurkipan Singh | 401, 402, 403, 802. The email is full of hearsay and double hearsay. The email is also irrelevant because it relates to the comments of a California doctor who has no connection to Mr. Barnett's use of Vioxx. | 403, 802 | Admissible |
| PX 1.0192 | MRK-ABP0016650 | MRK-ABP0016677 | 00/00/0000 | Vioxx Ad program slide set | | 401, 402, 403, 602 | Admitted; No ruling on objection |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0198 | MRK-ABS0037036 | MRK-ABS0037048 | 12/30/1997 | Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) Osteoarthritis Clinical Trials | | | |
| PX 1.0200 | MRK-ABS0066396 (1st pg); MRK-ABS0066689 | MRK-ABS0067019 | 10/26/1998 | E. Clinical Safety - MK-0966 Clinical Documentation | | | |
| PX 1.0206 | MRK-ABS0212130 | MRK-ABS0212132 | 9/15/1999 | Email from Eric Mortensen to Cynthia Arnold et al. Re: FW: John Baron's Feedback | | | |
| PX 1.0221 | MRK-ABT0022650 | MRK-ABT0022657 | 1/18/2000 | Email from Douglas Watson to Thomas Capizzi, et al. re VIGOR CV events analysis | | | |
| PX 1.0225 | MRK-ABW0003690 | MRK-ABW0003690 | 11/12/2001 | Email from Paul Fonteyene to Thomas Cannell RE Dorothy Hamill quantitative results | | 403 | Admissible |
| PX 1.0226 | MRK-ABW0005623 | MRK-ABW0005625 | 9/17/2001 | Email from Steven A. Nichtberger to Wendy L. Dixon re: Conducting a CV Study | | 401, 402, 403 | Dixon - Admissible to the extent they relate to testimony that has been admitted |
| PX 1.0227 | MRK-ABW0010182 | MRK-ABW0010184 | 8/25/2001 | Email from Kenneth Sperling to Alan Nies, et al. re: decision on CV meta-analysis journal selection | | | |
| PX 1.0229 | MRK-ABW0011956 | MRK-ABW0011957 | 10/1/2001 | Email from Wendy Dixon to David Anstice re: CV outcomes trial press release | | 401, 402, 403 | Admitted; No ruling on objection |

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0231 | MRK-ABW0014720 | MRK-ABW0014722 | 10/26/2001 | Email from Steven Vignau to Wendy Dixon re: new crop of arthritis drugs under safety cloud | 401, 402, 403, 801, 802. The email attaches a newspaper article that is hearsay. The email at the top of page 1 is irrelevant to any of the issues in this case. | 403, 802 | Ruling Reserved |
| PX 1.0234 | MRK-ABX0002309 | MRK-ABX0002332 | 1/1/1998 | Original label submission for VIGOR | | | |
| PX 1.0235 | MRK-ABX0002367 | MRK-ABX0002404 | 2/1/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 review of Cardiovascular Safety Database | | 602 | Admitted (Carroll deposition) |
| PX 1.0255 | MRK-ABY0030000 | MRK-ABY0030030 | 5/1/2001 | Memo from Joshua Chen to Raymond Bain re: MK-966 AD program mortality analysis for protocol 091, 078, &126 | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. | 403 | Ruling Reserved |
| PX 1.0265 | MRK-ACD0068340 | MRK-ACD0068344 | 00/00/0000 | FDA's VIGOR label | | | |
| PX 1.0278 | MRK-ACF0004015 | MRK-ACF0004016 | 1/29/2001 | Email from Deborah Shapiro to Eliav Barr, et al. re: Alzheimer's studies | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0283 | MRK-ACG0000828 | MRK-ACG0000839 | 1/21/1999 | DiCesare memo re: Clinical development oversight committee meeting / January 6,1999 | | | |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0287 | MRK-ACI0013234 | MRK-ACI0013240 | 11/19/2001 | Attachments to Casola to Abrams letter | Conditional: 401, 402, 403. Merck does not object if the Warning Letter is admitted. If the Warning Letter is not admitted, this document is irrelevant because no evidence any one in this case saw this lette. Also, any probative value is outweighed by prejudicial effect. | | |
| PX 1.0288 | MRK-ACI0013241 | MRK-ACI0013246 | 11/19/2001 | Attachments to Casola to Abrams letter | Conditional: 401, 402, 403. Merck does not object if the Warning Letter is admitted. If the Warning Letter is not admitted, this document is irrelevant because no evidence any one in this case saw this lette. Also, any probative value is outweighed by prejudicial effect. | 403 | Admissible |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0298 | MRK-ACR0008985 | MRK-ACR0008985 | 1/31/2001 | Email from Edward Scolnick to Raymond Gilmartin, et al. re: Monday MC | 401, 402, 403. Any probative value is substantially outweighed by the potential prejudicial effect. Also, reference to Dr. Fries is irrelevant because no evidence any one in this case had interaction with him or the doctors listed in his letter. | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0304 | MRK-ACR0009295 | MRK-ACR0009296 | 11/26/2001 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate | | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0305 | MRK-ACR0009297 | MRK-ACR0009297 | 2/25/2002 | Email from Edward Scolnick to Bonnie J. Goldmann re: VIOXX Label | | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0309 | MRK-ACR0014502 | MRK-ACR0014503 | 3/22/2001 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD safety data - imbalance in the number of deaths | | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0311 | MRK-ACR0040000 | MRK-ACR0040024 | 4/8/2001 | Email from Joshua Chen to Raymond Bain regarding a summary of MK-0966 Combined Mortality Analysis | 401, 402, 403. Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0328 | MRK-ACX0005041 | MRK-ACX0005041 | 00/00/0000 | National Advocates - Call in next 10 business days | | | |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0329 | MRK-ACX0005129 | MRK-ACX0005132 | 10/4/2000 | Memo from Susan Baumgartner to Lou Sherwood re Interactions with Gurkipal Singh | 401, 402, 403, 801, 802. The document contains numerous hearsay statements by non-Merck persons. The document is also irrelevant because it relates to pesentations that none of the doctors in this case attended. | 401, 402, 403, 801, 802 | Admissible (Baumgartner deposition) |
| PX 1.0339 | MRK-ADB0009039 | MRK-ADB0009042 | 00/00/0000 | Roadmap to CV Card | 401, 402, 403. CV card issues are irrelevant to this case because there is no evidence that Mr. Barnett's doctors saw the CV card. Also, any probative value is outweighed by prejudicial effect. | | |
| PX 1.0354 | MRK-ADI0007971 | MRK-ADI0007972 | 6/4/1999 | Email correspondence between Scolnick and Weiner | 801, 802. The document is hearsay. | | |
| PX 1.0356 | MRK-ADI0007975 | MRK-ADI0007975 | 6/4/1999 | Email correspondence between Scolnick and Weiner | | | |
| PX 1.0362 | MRK-ADL0082197 | MRK-ADL0082197 | 6/20/2000 | Email from Martino Laurenzie to Brian Daniels, et al. Re: Patrono - Eular | 401, 402,, 403602, 801, 802. The statements attributed to Patrono are hearsay. No evidence that anyone involved in this case attended the presentation. | 403, 602, 801, 802 | Admitted (Baumgartner deposition) |
| PX 1.0364 | MRK-ADO0040848 | MRK-ADO0040848 | 4/12/2001 | Email from Thomas Cannell to Jim Dunn Re: Whelton Q&A | | 401, 402, 403, 602 | Admitted (Baumgartner deposition) |