Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Merck's Objections Plaintiff | Merck's Objection Plaintiff | Court's Ruling |
|---|---|---|---|---|---|---|---|
| PX 1.0374 | MRK-AEF0000653 | MRK-AEF0000653 | 3/4/2002 | Email from James Yergey to Tom Baille-Subject re Prostanoid assays | | | |
| PX 1.0383 | MRK-AEG0037638 | MRK-AEG0037639 | 9/12/2002 | Email from Mervyn Turner to Jean Lasota re: NitroMed | | 401, 402, 403 | Admissible |
| PX 1.0386 | MRK-AEI0002734 | MRK-AEI0002746 | 5/6/1998 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program | | | |
| PX 1.0396 | MRK-AFF0000318 | MRK-AFF0000352 | 5/9/2002 | Hui Quan Memo re: Safety Update for APPROVe | | | |
| PX 1.0400 | MRK-AFI0000001 | MRK-AFI0000197 | 2/7/2001 | Baumgartner Diary: 01/01/2001 to 09/27/2001 | 801, 802.  The document contains multiple hearsay statements by non-Merck personnel. | 401, 402, 403, 801, 802 | Admitted (Baumgartner deposition) |
| PX 1.0401 | MRK-AFI0010255 | MRK-AFI0010255 | 1/31/2001 | National Thought Leader Summary VIGOR Study | 602, 801, 802.  Witness lacks personal knowledge. Document contains hearsay statements of non-Merck personnel. | 602, 801, 802 | Sustained objection (Baumgartner) |
| PX 1.0402 | MRK-AFI0010400 | MRK-AFI0010401 | 4/18/2001 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) | 401, 402, 403.  This is sales data and is irrelevant and unfairly prejudicial in compensatory phase. | 401, 402, 403 | Admissible |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beg Bates | End Bates | Date | Document Description | Merck's Objection | Merck's Objection | Court's Ruling |
|---|---|---|---|---|---|---|---|
| PX 1.0408 | MRK-AFI0044662 | MRK-AFI0044663 | 7/26/1999 | Email from Bruce Freundlich to Susan Baumgartner RE physicians to neutralize | 401, 402, 403, 801, 802. Irrelevant because no evidence that it relates to any of the doctors in this case. Also unfairly prejudicial. Also contains hearsay statements from non-Merck personnel. | 401, 402, 403 | Admitted (Baumgartner deposition) |
| PX 1.0409 | MRK-AFI0045236 | MRK-AFI0045237 | 9/9/1999 | Email from Caroline Yarbrough to Susan Baumgartner re: Background on Dr. Andrew Welton | 401, 402, 403. Irrelevant because not related to any of the doctors in this case. Also unfairly prejudicial. | | · |
| PX 1.0411 | MRK-AFI0045966 | MRK-AFI0045967 | 11/9/1999 | Email from Thomas McCready to Susan L. Baumgartner re: Nov 3rd Appointment with Dr. James McMillen | 401, 402, 403, 801, 802. Irrelevant because no evidence that it relates to any of the doctors in this case. Also unfairly prejudicial. Also contains hearsay statements regarding non-Merck personnel. | | · |
| PX 1.0413 | MRK-AFI0136524 | MRK-AFI0136524 | 8/22/2001 | Email from Linda Coppola to Russell Koslorek re: CV Card (1year) Revatilation for use in Promotion | 401, 402, 403. CV card issues are irrelevant to this case because there is no evidence that Mr. Barnett's doctors saw the CV card. Also, any probative value is outweighed by prejudicial effect. | 401, 402, 403, 602 | Admitted; No ruling on objection |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Bates Begin | Bates End | Date | Description | Merck Objection / Plaintiff | Merck Objection / Plaintiff | Court Ruling |
|---|---|---|---|---|---|---|---|
| PX 1.0414 | MRK-AFI0174637 | MRK-AFI0174637 | 4/29/1999 | Email from Leonardo Mendez to Susan Baumgartner, et al. re: Physicians to Neutralize | 401, 402, 403. Irrelevant and prejudicial because this does not relate to any of Mr. Barnett's doctors. | | |
| PX 1.0415 | MRK-AFI0182292 | MRK-AFI0182293 | 7/1/1999 | Memo from Susan Baumgartner to Charlotte McKines, et al. re: Advocate Development Opportunity: physicians to neutralize | 401, 402, 403. Irrelevant because the document has nothing to do with any of the doctors in this case. Also unfairly prejudicial given the lack of probative value. | 401, 402, 403 | Admitted (Baumgartner deposition) |
| PX 1.0423 | MRK-AFI0000520 | MRK-AFI0000520 | 2/3/2002 | Email from Edward Scolnick to Peter Kim; Subject: Coxib Task Force | | | |
| PX 1.0424 | MRK-AFI0000576 | MRK-AFI0000576 | 3/9/2002 | Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC options for CV outcome trials | | | |
| PX 1.0426 | MRK-AFI0008381 | MRK-AFI0008382 | 8/27/2004 | Email from Drs. Richard and Jane Dybas to Peter S. Kim re: Merck's stock retreats over VIOXX concerns | 401, 402, 403, 801, 802. The document contains a hearsay press report, followed by an email from a non-Merck individual. | 401, 402, 403, 802 | Ruling Reserved 4017 (date) |
| PX 1.0445 | MRK-AFT0005926 | MRK-AFT0005927 | 4/19/2004 | Email from Susanne Eddowes to Raymond Bain, et al. Re: The Need to set up external DSMB for ongoing Vioxx AD prevention trial | 602. There is no foundation as to handwriting. | | |
| PX 1.0460 | MRK-I2690007833 | MRK-I2690008224 | 11/26/2003 | Clinical Study Report for Protocol 078 | | | |
| PX 1.0463 | MRK-LBL0000035 | MRK-LBL0000038 | 11/00/1999 | Vioxx Label Nov. '99 | | | |
| PX 1.0464 | MRK-LBL0000047 | MRK-LBL0000050 | 7/1/2000 | Vioxx Label July 2000 | | | |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit Number | Begin Bates | End Bates | Document Date | Description | Merck Objection Barnett | Court Ruling Barnett |
|---|---|---|---|---|---|---|
| PX 1.0465 | MRK-LBL0000059 | MRK-LBL0000062 | 7/11/2001 | Vioxx Label July 2001 | | |
| PX 1.0466 | MRK-LBL0000063 | MRK-LBL0000066 | 4/1/2002 | Vioxx Label April 2002 | | |
| PX 1.0467 | MRK-LBL0000248 | MRK-LBL0000251 | 3/1/2004 | Vioxx Label March 2004 | | |
| PX 1.0470 | MRK-NJ0000827 | MRK-NJ0000835 | 9/26/1996 | Memo from Terri Randall re: MK-0966 Project Team Minutes | | |
| PX 1.0479 | MRK-NJ0066297 | MRK-NJ0066301 | 00/00/0000 | Charts re: VIGOR: Myocardial Infarctions Over Time | | |
| PX 1.0487 | MRK-NJ0106699 | MRK-NJ0106722 | 10/13/2000 | Shapiro Meta-analysis | | |
| PX 1.0498 | MRK-NJ0121906 | MRK-NJ0121907 | 4/13/2000 | Email from Janns Bolognesc to Alise Reicin et al., re: RA and CV mortality | | |
| PX 1.0506 | MRK-NJ0130083 | MRK-NJ0130087 | 2/14/2000 | Email from Edward Scolnick to Deborah Shapiro re: Searle Recapturing Momentum in COX-2 Inhibitor Market | 801, 802. Article attached to the document is hearsay. | Ruling Reserved |
| PX 1.0511 | MRK-NJ0162361 | MRK-NJ0162371 | 4/13/1998 | Attachment #1, Dr. Alan Nies' write-up for meeting of Board of Scientific Advisors on | | |
| PX 1.0514 | MRK-NJ0183397 | MRK-NJ0183402 | 11/6/2001 | Draft Letter to Jonca Bull re: Amendment to the Supplemental New Drug Application | | |
| PX 1.0516 | MRK-NJ0189508 | MRK-NJ0189509 | 3/28/2000 | Email from Alan Nies to Barry Gertz R: Patrono on VIGOR | 801, 802. The email contains hearsay statements from a non-Merck individual. | 602, 801, 802 |
| PX 1.0531 | MRK-NJ0267715 | MRK-NJ0267777 | 1/8/2001 | Letter from Robert Silverman to Jonca Bull attaching IND 46,894; VIOXX (rofecoxib) | | Admitted (Baumgartner deposition) |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Document Description | Merck's Objection | Merck's Objection (Plaintiff) | Merck's Ruling |
|---|---|---|---|---|---|---|---|
| PX 1.0539 | MRK-NJ0317338 | MRK-NJ0317341 | 8/14/1997 | Email from Kyra Lindenmann to Beth Seidenberg et al re: MK9666 GI outcomes Standby | | | |
| PX 1.0541 | MRK-NJ0320174 | MRK-NJ0320177 | 5/25/2000 | Email from Margie McGlynn to Alise Reicin | 401, 402, 403, 602, 801, 802. Analyst reports are hearsay. The witness does not have personal knowledge. | | Not Admissible (Weiner) 602, 801, 802 |
| PX 1.0542 | MRK-NJ0333225 | MRK-NJ0333235 | 3/21/2001 | Memo Re: MK-0966 AD Progression Trail (Protocol No 091) Imbalance in the Number of Deaths | 401, 402, 403. The all-cause mortality data in this exhibit is irrelevant to this case. | 401, 402, 403 | Admitted; No ruling on objections |
| PX 1.0581 | MRK-PRL0000114 | MRK-PRL0000115 | 3/27/2000 | Press Release: Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | | | |
| PX 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 4/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | | | |
| PX 1.0584 | MRK-PRL0000124 | MRK-PRL0000127 | 5/24/2000 | Press release - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. | | 401, 402, 403 (602 for Weiner) | Admitted (Weiner deposition) |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Document Description | Merck Objection/Barnett Response | Court Ruling |
|---|---|---|---|---|---|---|
| PX 1.0587 | MRK-PRL0000131 | MRK-PRL0000133 | 6/22/2000 | Press Release: Researchers present findings from the first study evaluating the efficacy and tolerability of Vioxx Celecoxib and Acetaminophen in the treatment of osteoarthritis | | |
| PX 1.0667 | | | 4/14/1999 | Wall Street Journal Article "Drugs: Merck's Health Hinges on Sale of Arthritis Pill" By R Langreth | 403, 602, 801, 802. This is a Wall Street Journal article and is pure hearsay, and also contains hearsay statements by non-Merck personnel. Also irrelevant and its prejudicial effect outweighs any probative value. | 403, 602, 801, 802 Sustained (Carroll deposition) |
| PX 1.0726 | MRK-AAD0356476 | MRK-AAD0356477 | 10/3/2004 | Email from Peter Kim to Alise Reicin re NO-Naproxen | 401, 402, 403. Irrelevant because this is past-withdrawal, and because this is a discussion about potential combinations of drugs that have not ever actually been combined. | 401, 402, 403 Admissible |
| PX 1.0727 | MRK-ACD0012344 | MRK-ACD0012344 | 9/20/2001 | Email from Dawn Chitty to Christa DeBusco, et al., regarding VIOXX CBE | | |
| PX 1.0729 | MRK-AFO0128716 | MRK-AFO0128716 | 11/1/2001 | Email from Edward Scolnick to Karen Grosser re Vioxx Circular | | |
| PX 1.0732 | MRK-NJ0220388 | MRK-NJ0220454 | 00/00/0000 | Product Development Plan Stage 0 Review | | |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Preliminary | Begdate | Enddate | Document Date | Description | Merck Objection Barnett | Ruling |
|---|---|---|---|---|---|---|---|
| PX 1.0739 | MRK-ABS003494 | MRK-ABS0034577 | 6/6/1997 | Clinical Investigator's Confidential Informational Brochure | | | |
| PX 1.0755 | MRK-AFN0052502 | MRK-AFN0052523 | 00/00/0000 | NEJM Manuscript 05-0493- Author's responses to Reviewer's Comments | 401, 402, 403, 801, 802. The document is hearsay, and contains hearsay statements from non-Merck employees. Also irrelevant and unfairly prejudicial given the lack of probative value. | | |
| PX 1.0812 | MRK-V0000041 | MRK-V0000041 | 00/00/0000 | VIDEO: Dorothy Hamill - Morning: 30 | 401, 402, 403. Irrelevant because Mr. Barnett testified that the Dorothy Hamill ad had nothing to do with his decision to take Vioxx. | 401, 402, 403 | Ruling Reserved |
| PX 1.0815 | MRK-V0000044 | MRK-V0000044 | 00/00/0000 | VIDEO: "Dog Park" Letterbox: 30 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0816 | MRK-V0000045 | MRK-V0000045 | 00/00/0000 | VIDEO: Clammer: 30 Reminder DR | 401, 402, 403. Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0817 | MRK-V0000046 | MRK-V0000046 | 00/00/0000 | VIDEO: Teacher: 60 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Bates Begin | Bates End | Document Date | Description | Merck Objections/Barnett | Merck Objections Barnett | Court Rulings |
|---|---|---|---|---|---|---|---|
| PX 1.0818 | MRK-V0000046 | MRK-V0000046 | 00/00/0000 | VIDEO: Teacher: 60 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0819 | MRK-V0000046 | MRK-V0000046 | 00/00/0000 | VIDEO: Teacher: 30 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0965 | MRK-N00200304 | MRK-N00200304 | 8/1/2001 | Email from Ken Truitt to Barry Gertz RE: 966 peds | 401, 402, 403. The document contains profit and sales data, which is irrelevant and unfairly prejudicial in the compensatory phase of the trial. | | |
| PX 1.0966 | MRK-ABW0005449 | MRK-ABW0005475 | 00/00/2002 | Profit Plan 2002-Merck A&A Franchise | 401, 402, 403, 602. The document contains profit and sales data, which is irrelevant and unfairly prejudicial in the compensatory phase of the trial. | 401, 402, 403, 602 | No ruling on objections |
| PX 1.0972 | MRK-AFO0286612 | MRK-AFO0286638 | 1/10/2005 | Draft Article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial" | 801, 802. The draft article contains hearsay from non-Merck authors. | | |
| PX 1.0973 | MRK-AGO0076955 | MRK-AGO0076990 | 1/13/2005 | Draft Article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial" | 801, 802. The draft article contains hearsay from non-Merck authors. | | |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit | Defense Exhibits Bates | Defense Exhibits Bates | Document Date | Description | Merck's Objection | Plaintiff's Response to Merck's Objection (Barnett) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| PX 1.1004 | MRK-ABL0000609 | MRK-ABL0000654 | 6/21/1999 | VIOXX INTERIM STAGE REVIEW | | 401, 402, 403 | Admissible (Carroll deposition) |
| PX 1.1005 | MRK-ABL0000688 | MRK-ABL0000690 | 7/15/1999 | Minutes of 6/25/1999 HHPAC meeting | 401, 402, 403, 602. The document is irrelevant because relates to pill-splitting, which has nothing to do with Mr. Barnett. | 401, 402, 403, 602 | No ruling on objections |
| PX 1.1013 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | HHPAC Presentation - Key Marketing Messages | | 403 | Admissible |
| PX 1.1014 | MRK-ABL0000938 | MRK-ABL0000941 | 6/6/2000 | Memorandum from R.T. Bissett re: Meeting Minutes- 5/17/2000 HH PAC Meeting | | 401, 402, 403, 602 | No ruling on objections |
| PX 1.1016 | MRK-ABA0025859 | MRK-ABA0025860 | 2/27/2002 | Email from Anne Espisito to Peter DiBattiste RE: VALOR Study | | | |
| PX 1.1034 | MRK-S04200531001 | MRK-S04200531185 | 00/00/0000 | MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK-0966) on the Recurrence of Neoplastic Poly | | | |
| PX 1.1044 | MRK-ACC0009462 | MRK-ACC0009462 | 00/00/0000 | Merck & Co. Inc. - Code of Conduct for Clinical Trials | | | |
| PX 1.1049 | | | 00/00/0000 | Physicians Desk Reference - 54th Edition 2003 | | | |

Barnett v. Merck
Defendant's Objections to Plaintiffs' Preliminary Pre-admissible Exhibit List

| Exhibit Number | Beginning Bates | Ending Bates | Document Date | Description | Merck's Objection | Merck's Objection/Plaintiff's Objection | Counter... |
|---|---|---|---|---|---|---|---|
| PX 1.1052 | MRK CAAD 13902 | | 00/00/2000 | Physicians Desk Reference - 51st Edition 2000 | | | |
| PX 1.1066 | MRK-NJ0244665 | MRK-NJ0244672 | 00/00/0000 | Patient Informed Consent | | | |
| PX 1.1073 | MRK-ACR0009148 | MRK-ACR0009149 | 4/7/2001 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter | | | |
| PX 1.1081 | MRK-AAO0000035 | MRK-AAO0000072 | 00/00/2000 | Anti-inflammatory and analgesic TBG- 2000 profit plan | 401, 402, 403. Irrelevant and unfairly prejudicial, especially in compensatory phase, because the exhibit relates to the 2000 profit plan. | | |
| PX 1.1084 | MRK-ABW0000581 | MRK-ABW0000607 | 2/8/2001 | FDA Advisory Committee Briefing Document | | | |
| PX 1.1085 | MRK-NJ0174804 | MRK-NJ0175048 | 2/8/2001 | Transcript of the Arthritis Advisory Committee Meeting | 801, 802. The transcript is hearsay. | | |
| PX 1.1086 | MRK-ABH0014143 | MRK-ABH0014166 | 5/12/1998 | Memo from Suzanne Pennick to Project Team Members regarding Project Team Minutes for May 12, 1998 | | | |
| PX 1.1087 | | | 00/00/0000 | Excerpts from the Merck Manual - 16th Edition | 401, 402, 403. Irrelevant and potentially confusing. No evidence that anyone involved with this case has seen the Merck Manual. | 401, 402, 403 | Admissible |
| PX 1.1094 | MRK-ABH0016104 | MRK-ABH0016104 | 9/11/1999 | Email from Peter Ernster to Edward Scolnick regarding Vioxx DTC | | | |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beg Bates | End Bates | Document Date | Description | Merck's Objection | Plaintiff's Objection | Court's Ruling |
|---|---|---|---|---|---|---|---|
| PX 1.1097 | MRK-ABI0011772 | MRK-ABI0011787 | 9/29/2004 | Questions and Answers: VIOXX Voluntary Market Withdrawal | 401, 402, 403, 602. Mr. Scolnick does not have personal knowledge of the document. The document is also irrelevant and unfairly prejudicial. | 401, 402, 403, 602 | Admitted; No ruling on objection |
| PX 1.1098 | MRK-AFJ0001537 | MRK-AFJ0001537 | 11/8/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | | 401, 402, 403 | Admitted; No ruling on objections |
| PX 1.1099 | MRK-ABT0000639 | MRK-ABT0000639 | 4/15/2000 | Email from Alise Reicin to Edward Scolnick regarding Background Material for 4/18/00 | | | Admitted; No ruling on objections |
| PX 1.1100 | MRK-ABT0014818 | MRK-ABT0014827 | 00/00/0000 | VIOXX Outcomes Study Potential Designs | | 602 | Admitted; No ruling on objection |
| PX 1.1101 | MRK-AAZ0001608 | MRK-AAZ0001609 | 5/8/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | | | Admitted; No ruling on objection |
| PX 1.1103 | MRK-AAR0033237 | MRK-AAR0033243 | 00/00/0000 | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | 401, 402, 403. This exhibit is irrelevant because it was used by sales representatives and there is no evidence that Mr. Barnett or any of the doctors in this case saw this exhibit. | 401, 402, 403, 602. | Admitted; No ruling on objections |
| PX 1.1104 | MRK-NJ0030204 | MRK-NJ0030204 | 10/9/2001 | Email from Deborah Wolf to Briggs Morrison, re: CV outcome total cost - still HIGH | | | |
| PX 1.1106 | MRK-ABH0017814 | MRK-ABH0017814 | 3/28/2000 | Reicin email to Nies and Gertz, re: Curlo Patrono on VIGOR | 801, 802. The email contains hearsay statements from non-Merck personnel. | 801; 802 | Admitted; No ruling on objection |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beg Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Plaintiff's | Court's Ruling |
|---|---|---|---|---|---|---|---|
| PX 1.1111 | | | 00/00/0000 | Extracts from P3.0021 - H James Williams | 401, 402, 403, 801, 802, 901. The exhibit is incomplete, contains multiple documents, is irrelevant to the issues in this case, and contains hearsay. | | |
| PX 1.1112 | | | 00/00/0000 | Extracts from P3.0021 - M Michael Wolfe | 401, 402, 403. The exhibit is irrelevant and unfairly prejudicial because it relates to a doctor who has never seen Mr. Barnett and who has nothing to do with this case. | | |
| PX 1.1113 | | | 00/00/0000 | Extracts from P3.0021 - Byron L Cryer | 401, 402, 403. The exhibit is irrelevant and unfairly prejudicial because it relates to a doctor who has never seen Mr. Barnett and who has nothing to do with this case. | | |
| PX 1.1123 | MRK-IB940096392 | MRK-IB940096445 | 00/00/0000 | Protocol 201 (VIP) CSR | | | |
| PX 1.1130 | | | 5/24/2000 | Dear Doctor Letter from Jeffrey Melin | 901, 902. There is no foundation for the handwriting on p. 3 and p. 4, and it appears that plaintiffs' expert Dr. Egilman. | | |
| PX 1.1132 | MRK-00420008087 | MRK-00420008117 | 6/29/2000 | Excerpts of 6/29/00 sNDA | | | |
| PX 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 7/1/2001 | US Long Range operating Plan Franchise: Analgesic & Anti-Inflammatory Products; Vioxx, Etoricoxib | 401, 402, 403. Sales data is irrelevant and unfairly prejudicial in compensatory phase. | 403 | Admissible |

**Barnett v. Merck**

**Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List**

| Exhibit Number | Beg Bates | End Bates | Document Date | Description | Merck Objection Daubert | Merck Objection Plaintiff | Court Ruling Daubert |
|---|---|---|---|---|---|---|---|
| PX 1.1140 | MRK-1894007884.0 | MRK-1894007884.2 | 12/17/2003 | Letter to Brian Harvey from Diane Louie regarding IND 46, 894. | 901. Incomplete document. | | . . . |
| PX 1.1141 | MRK-NJ0214478 | MRK-NJ0214478 | 11/21/2001 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design. | | 401, 402, 403 | No ruling on objections |
| PX 1.1142 | MRK-ABC0017482 | MRK-ABC0017482 | 8/13/1997 | Email from Alan Nies and Alise Reicin to Jim Bolognese, et al. regarding GI Outcomes Study. | | | . |
| PX 1.1144 | MRK-ACD0105492 | MRK-ACD0105815 | 6/20/2000 | Clinical Study Report of Protocol 088/089 | | | . |
| PX 1.1160 | MRK-AAF0003713 | MRK-AAF0003715 | 2/27/2001 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 | | | . |
| PX 1.1194 | MRK-ADI0800000 | MRK-ADI0800045 | 00/00/1997 | Personnel File on Jan Weiner | 401, 402, 403. Individual employee's personnel file is not probative of any issue in this case. This employee's responsibilities involved press releases, which are not relevant given the facts of this case. | 401, 402, 403 | Admitted (Weiner deposition) |
| PX 1.1227 | MRK-AAD08000069 | MRK-AAD08000079 | 00/00/2003 | 2003 Year-End Review for Alise Reicin | 401, 402, 403. Individual employee's personnel file is not probative of any issue in this case. | | . |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beg Bates | End Bates | Document Date | Description | Merck Objection | Plaintiff's | Court's ruling |
|---|---|---|---|---|---|---|---|
| PX 1.1231 | MRK-NJ0071320 | MRK-NJ0071332 | 7/5/2000 | Memo Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update – VIGOR | 602. The witness through whom the plaintiff attempts to offer this document has no first-hand knowledge of the document (it is an internal Merck document, the witness's name appears nowhere on the document, and the witness has no personal knowledge of its contents. | 602 | Admitted; No ruling on objection |
| PX 1.1234 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | 7/12/2001 | FDA medical Officer Review for NDA 21-042 and NDA 21-052 | | | |
| PX 1.1236 | MRK-AAX0008561 | MRK-AAX0008581 | 7/1/2000 | Draft Vioxx Label | | | |
| PX 1.1240 | MRK-AGO0077012 | MRK-AGO0077013 | 1/31/2005 | Email from Marvin Konstam to Christopher Lines et al regarding APPROVe Paper | 801, 802. The exhibit contains hearsay from a non-Merck employee. | | |
| PX 1.1245 | MRK-AFV0341732 | MRK-AFV0341794 | 7/21/2001 | VIGOR/RA SNDA Reviews: Response to Merck's Complete Response to Approvable Letter | | | |
| PX 1.1249 | MRK-AAC0139936 | MRK-AAC0139937 | 1/27/2004 | Email from Christopher Lines to Eric Yuen regarding Vioxx Prot 078 Paper | | | |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Merck Objection / Plaintiff | Merck Objection / Plaintiff II | Court's Ruling / Plaintiff III |
|---|---|---|---|---|---|---|---|
| PX 1.1485 | MRK-AF10045078 | MRK-AF10045078 | 8/23/1999 | Email from Charlotte McKines to Susan Baumgartner re: putting Whelton on the "Bad Guys List" | 401, 402, 403, 602. The witness plaintiff seeks to use this document with has no personal knowledge of the document. These draft answers to potential questions from journalists are also irrelevant and unfairly prejudicial. | 401, 402, 403, 602 | Admitted (Baumgartner deposition) |
| PX 1.1491 | MRK-ADG0057776 | MRK-ADG0057845 | | Slides from Presentation by Tom Cannell | | | |
| PX 1.1492 | MRK-ADG0059921 | MRK-ADG0059921 | 6/5/2002 | Email from Thomas Cannell to Antonio Sisti titled RE: ["3,2,1, Go Theme?]" | 401, 402, 403. The amount of articles Merck ordered is irrelevant and unfairly prejudicial. | | |
| PX 1.1568 | MRK-ACI0004568 | MRK-ACI0004591 | 8/26/2002 | 2003 Profit Plan for Vioxx | 401, 402, 403. Salaries and stock options for various executives at various companies are irrelevant and unfairly prejudicial, especially in the compensatory phase. | | |
| PX 1.1702 | MRK-ABI0003662 | MRK-ABI0003679 | 4/4/2001 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice (Anstice Deposition Exhibit #130) | 401, 402, 403. Sales and profit information is irrelevant and unfairly prejudicial, especially in the compensatory phase of the case. | | |
| Anstice Ex. No. 166 | MRK-ACW0008375 | MRK-ACW000837 | | Table re deaths from VIGOR analyses | 602. There is no showing that the witness (Anstice) has personal knowledge. | | |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit Number | Bates Begin | Bates End | Document Date | Description | Merck Objection | Plaintiff's Ruling |
|---|---|---|---|---|---|---|
| Krahe Ex. No. 17 | MRK AKC 0014303 | MRK-AKC0014320 | Sept./Oct/2001 | PMRLD (Promotion Message Recall Data) An Exclusive Service of the com.DAT Division, dtw Marketing Research Group, Inc." | 401, 402, 403, 602, 801, 802.  The document contains triple hearsay – it is a document prepared by a third party relating to what doctors they interviewed recalled about what Merck sales reps allegedly told the doctors. Also irrelevant because it relates to sales reps in California, who have nothing to do with this case. | |
| Krahe Ex. No. 5 | MRK CAAD 0001696 | MRK-CAAD0001757 | 1/8/2001 | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. | 401, 402, 403.  There is no evidence that any of the sales reps that called on Barnett's two prescribing physicians (Dr. McCaffrey and Dr. Mikola) ever used this information.  The document has nothing to do with this case and is unfairly prejudicial. | |

Barnett v. Merck
Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Merck Objections | Plaintiff | Court Ruling |
|---|---|---|---|---|---|---|---|
| CM.0002 | MRK-ABO0001407 | MRK-ABO0001415 | 6/5/2000 | Email string from Nickelski to Melon, Daniels, Dervishian, Russell, Lahner, Bassmun, Baumgartner, Braznl, Bell, Bourdow, Chopp, Coppola, El-Dada, McKines, Morio, Reiss, Rode, Wawrzak, Wynd, Yarborough re: Vioxx Cardiovascular Safety Issues Unresolved; GI Sa | 801, 802. This exhibit contains a stock analyst report which is hearsay. | | |
| CM.0005 | MRK-AFI0043905 | MRK-AFI0043923 | | Email re Physicians to Neutralize | 401, 402, 403. This document is irrelevant and unfairly prejudicial because none of Barnett's doctors are on this list. | | |
| CM.0006 | MRK-ADN0018203 | MRK-ADN0018224 | 6/22/1905 | Vioxx Consumer Marketing 2000 Profit Plan (powerpoint presentation) | 401, 402, 403. This document is irrelevant and prejudicial in the compensatory phase because it relates to sales and profits. | | |
| CM.0008 | MRK-ADA0015245 | MRK-ADA0015273 | 7/14/1999 | 2000 Profit Plan Extended Team Meeting for Vioxx | 401, 402, 403. 401, 402, 403. This document is irrelevant and prejudicial in the compensatory phase because it relates to sales and profits. | | |

Barnett v. Merck
Defendant's Objections to Plaintiffs Preliminary Pre-admissible Exhibit List

| Exhibit No. | Bates Begin | Bates End | Document Date | Description | Merck Objection - Barnett | Merck Objection - Barnett |
|---|---|---|---|---|---|---|
| CM.0009 | MRK-ADK0003208 | MRK-ADK0003407 | 7/7/2000 | Year 2000 Advocate Plan for Merck Coxibs (Draft) | 401, 402, 403. This document is irrelevant because it is only a draft. It is also unfairly prejudicial because it does not relate to any of Barnett's doctors. | |
| CM.0013 | MRK-ABI0000441 | MRK-ABI0000441 | 9/28/1999 | Email from Anstice to McKines Dixon, Donnelly, and Treconni re: Vioxx and Consumer Awareness and the need to gather more data; similar to CM.0014, but with additional email strings attached regarding the same. | | |
| CM.0026 | MRK-AFI0038769 | MRK-AFI0038772 | 6/21/1905 | List of Physicians | 401, 402, 403, 602. None of the doctors on this exhibit have anything to do with Mr. Barnett or this case, and therefore this document is irrelevant and unfairly prejudicial. | |
| CM.0034 | MRK-AFI0043358 | MRK-AFI0043359 | 4/30/1999 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner email of 04/29/1999 attached. | 401, 402, 403. This document relates to certain physicians, and none of them are doctors who ever saw Mr. Barnett. Therefore it is irrelevant and unfairly prejudicial to use this document in this case. | |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beg Bates | End Bates | Document Date | Description | Merck Objection - Barnett | Merck Objection - Court Ruling |
|---|---|---|---|---|---|---|
| CM.0051 | MRK-AD10017595 | MRK-AD10017597 | 1/25/1999 | Email string from Higbee to Weiner, Lindemann, Panelle in regards to Intelligence/NEJM | 401, 402, 403, 801, 802. Much of the document contains hearsay in the form of articles or regarding conversations with non-Merck personnel. It is also irrelevant and unfairly prejudicial because Dr. Wolfe has nothing to do with this case. | |
| CM.0052 | MRK-AD10013761 | MRK-AD10013764 | 2/10/1999 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM | 401, 402, 403, 801, 802. Much of the document contains hearsay in the form of articles or regarding conversations with non-Merck personnel. It is also irrelevant and unfairly prejudicial because Dr. Wolfe has nothing to do with this case. | |
| CM.0059 | MRK-ACI0005170 | MRK-ACI0005215 | 4/9/2002 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. | | |
| CM.0060 | MRK-EAD0001604 | MRK-EAD0001605 | 5/19/2000 | Email from Douglas Wynd to Dreyer and Miltes RE: For your eyes only - Draft VIGOR Messages with attachments | 901. There appear to be three different documents put together. | |

Dated: May 29, 2006

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Beg Bates | End Bates | Document Date | Description | Merck Objections | Plaintiff Objection | Court Ruling |
|---|---|---|---|---|---|---|---|
| CM.0071 | MRK-AKC0026709 | MRK-AKC0031037 | 1998-2000 | Merck Disbursement Voucher Requests | 401, 402, 403, 901. This is a compilation of multiple documents that do not belong together and is also irrelevant and unfairly prejudicial because it relates to doctors who did not treat Mr. Barnett. | | |
| CM.0072 | MRK-ACI0004336 | MRK-ACI0004445 | 6/22/1905 | 2000 Profit Plan | 401, 402, 403. This document relates to the 2000 profit plan for Vioxx, and is therefore irrelevant and unfairly prejudicial for the compensatory phase of the trial. | | |
| CM.0074 | MRK-ABY0030136 | MRK-ABY0030137 | 9/20/2001 | Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter | 401, 402, 403, 801, 802. Merck objects to the Warning Letter itself. The Warning Letter also contains hearsay statements by non-Merck individuals. Therefore, if the Warning Letter is not admitted, this exhibit should not be admitted either. | | |

Barnett v. Merck

Defendant's Objections to Plaintiff's Preliminary Pre-admissible Exhibit List

| Exhibit No. | Plaintiff's Bates Begin | Bates End | Document Date | Description | Merck Objection | Merck Objection | Court's Ruling |
|---|---|---|---|---|---|---|---|
| CM.0075 | FRIJ0000021 | FRIJ0000031 | 11/15/2000 | Fax from James McMillen, M.D. To Jim Fries Enclosing letters from Merck. One letter from Huskey Medical Center, one to James McMillen inviting him to a VIGOR meeting and then one rescinding that invitation. | 401, 402, 403, 801, 802. The exhibit is full of hearsay statements. Because it does not relate to anything in this case and concerns individuals with no relation to this case, it is also irrelevant and unfairly prejudicial. | | |
| CM.0077 | MRK-AF10181589 | MRK-AF10181597 | | Physician Action Plans – ADVOCATE | 401, 402, 403. The document is irrelevant and unfairly prejudicial because it does not relate to any doctors that have anything to do with Mr. Barnett or this case. | | |