Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.0544 | MRK-NJ0353996 | MRK-NJ0354027 | 10/25/2001 | MRL Response to Comments for Interim Cardiovascular Meta-Analysis | Compound exhibit, 401, 402, 403, 801, 802. Exhibit combines two unrelated documents. The document is hearsay, and contains hearsay statements from non-Merck employees. Also irrelevant and unfairly prejudicial given the lack of probative value. | |
| 1.0545 | MRK-NJ0362712 | MRK-NJ0362737 | 06/12/1998 | Proposal to Generate GI Outcomes Data on Vioxx | 401, 402, 403. Financial data are irrelevant and unfairly prejudicial in compensatory phase, and are inadmissible under Kentucky law. | |
| 1.0581 | MRK-PRL0000114 | MRK-PRL0000115 | 03/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | None | Admissible. |
| 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 04/28/2000 | "Merck News Release ""Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx""" | None | Admissible. |
| 1.0584 | MRK-PRL0000124 | MRK-PRL0000127 | 05/24/2000 | Press Release - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. | None | |
| 1.0587 | MRK-PRL0000131 | MRK-PRL0000133 | 06/22/2000 | Press Release: Researchers present findings from the first study evaluating the efficacy and tolerability of Vioxx Celecoxib and Acetaminophen in the treatment of osteoarthritis | None | |
| 1.0630 | MRK-PRL0000424 | MRK-PRL0000428 | 08/26/2004 | Press Release: Merck Strongly Disagrees with Conclusions of Observational Analysis Presented at International Medical Meeting | None | |
| 1.0667 | | | 04/14/1999 | "Wall Street Journal article ""Drugs: Merck's Health Hinges on Sales of Arthritis Pill"" by R Langreth" | 401, 402, 403, 801, 802. This is a Wall Street Journal article and is pure hearsay, and also contains hearsay statements by non-Merck personnel. Also irrelevant and its prejudicial effect substantially outweighs any probative value. | |
| 1.0722 | MRK-NJ0090392 | MRK-NJ0090399 | | Vigor Data Analysis Plan Amendment | None | |

Page 22

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.0726 | MRK-AAD0356476 | MRK-AAD0356477 | 10/03/2004 | Email from Peter Kim to Alise Reicin regarding NO-Naproxen | 401, 402, 403. Irrelevant because this is past-withdrawal, and because this is a discussion about potential combinations of drugs that have not ever actually been combined. | |
| 1.0727 | MRK-ACD0012344 | MRK-ACD0012344 | 09/20/2001 | "Email from Dawn Chilty to Christa Defusco, et al. regarding VIOXX CBE" | None | |
| 1.0728 | MRK-ACX0017933 | MRK-ACX0017935 | 05/25/2000 | Email from Gregory Kylish to Jens Kasperzik et al attaching VIGOR - CV Obstacle Handling Aid | 401, 402, 403. This is a draft detail piece, not a final version that was actually used. Irrelevant because there is no evidence Smith's prescriber or anyone else in this case ever saw any version of this detail piece. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.0729 | MRK-AFO0128716 | MRK-AFO0128716 | 11/01/2001 | Email from Edward Scolnick to Karen Grosser regarding Vioxx Circular | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Smith's prescriber. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.0732 | MRK-NJ0220388 | MRK-NJ0220454 | | Product Development Plan Stage 0 Review | None | Admissible. |
| 1.0739 | MRK-ABS0034494 | MRK-ABS0034577 | | Clinical Investigator's Confidential Informational Brochure | None | |
| 1.0755 | MRK-AFN0052502 | MRK-AFN0052523 | | NEJM Manuscript 05-0493-Author's responses to Reviewer's Comments | 401, 402, 403, 801, 802. The document is hearsay, and contains hearsay statements from non-Merck employees. Also Irrelevant and unfairly prejudicial given the lack of probative value. | Objections sustained. |
| 1.0812 | MRK-V 0000041 | MRK-V 0000041 | | Dorothy Hamill - Morning: 30 | 401, 402, 403. Irrelevant because there is no evidence this video had anything to do with Mr. Smith's decision to take Vioxx. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.0815 | MRK-V 0000044 | MRK-V 0000044 | | "Dog Park" Letterbox: 30 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Smith ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.0816 | MRK-V 0000045 | MRK-V 0000045 | | Clammer: 30 Reminder DR | 401, 402, 403. Irrelevant because there is no evidence that Mr. Smith ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.0817 | MRK-V 0000046 | MRK-V 0000046 | | Teacher: 60 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Smith ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.0818 | MRK-V 0000046 | MRK-V 0000046 | | Teacher: 60 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Smith ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.0819 | MRK-V 0000046 | MRK-V 0000046 | | Teacher: 30 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Smith ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.0965 | MRK-NJ0200304 | MRK-NJ0200304 | 08/01/01 | Email from Ken Truitt to Barry Gertz RE: 965 peds | 401, 402, 403. Irrelevant because no evidence Merck ever marketed Vioxx as "safe enough for children" or that any of Mr. Smith's doctors were exposed to any such marketing messages. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.0966 | MRK-ABW0005449 | MRK-ABW0005475 | | Profit Plan 2002-Merck A&A Franchise | 401, 402, 403. The document contains profit and sales data, which are irrelevant and unfairly prejudicial in the compensatory phase of the trial, and inadmissible under Kentucky law. | Either this exhibit or P 1.0009. Both runs afowl of 403. |
| 1.0972 | MRK-AFO0286612 | MRK-AFO0286638 | 01/10/05 | "Draft article ""Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial" | 801, 802. The draft article contains hearsay from non-Merck authors. Also, articles, including drafts, are inadmissible hearsay. | |
| 1.0973 | MRK-AGO0076955 | MRK-AGO0076990 | 01/13/05 | "Draft article ""Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial" | 801, 802. The draft article contains hearsay from non-Merck authors. Also, articles, including drafts, are inadmissible hearsay. | |
| 1.1002 | MRK-ADG0033592 | MRK-ADG0033618 | 11/16/2001 | A&A Operations Review | 401, 402, 403, 801, 802. The document contains profit and sales data, which are irrelevant and unfairly prejudicial in the compensatory phase of the trial, and inadmissible under Kentucky law. Survey responses are hearsay. | |
| 1.1004 | MRK-ABL0000609 | MRK-ABL0000654 | 06/21/1999 | VIOXX® INTERIM STAGE REVIEW | None | |
| 1.1005 | MRK-ABL0000688 | MRK-ABL0000690 | 07/15/1999 | Memorandum from RT Bissett re: Minutes of 6/25/99 HH PAC Meeting | None | |

Page 24

Smith v. Merck

Ex. A to Merck's Objections to Plaintiffs First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.1012 | MRK-NJ0121906 | MRK-NJ0121907 | 04/13/2000 | Email from James Bolognese to Alise Reicin re: RA and CV mortality | None | |
| 1.1014 | MRK-ABL0000938 | MRK-ABL0000941 | 06/06/2000 | Memorandum from R.T. Bissett re: Meeting Minutes-5/17/2000 HH PAC Meeting | None | Admissible. |
| 1.1016 | MRK-ABA0025859 | MRK-ABA0025860 | 02/27/2002 | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study | None | |
| 1.1034 | MRK-S0420051001 | MRK-S0420051331 | 03/16/2005 | "MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK-0966) on the Recurrence of Neoplastic Pol | None | |
| 1.1035 | MRK-ABW0000797 | MRK-ABW0000963 | 02/08/2001 | FDA Advisory Committee Background Information for VIGOR | None | |
| 1.1044 | MRK-ACC0009462 | MRK-ACC0009462 | NONE | Merck & Co. Inc.-Code of Conduct for Clinical Trials | None | |
| 1.1049 | NONE | NONE | 2003 | Physicians Desk Reference-54th Edition 2003 | None | |
| 1.1052 | NONE | NONE | 2000 | Physicians Desk Reference-51st Edition 2000 | 401, 402, 403. Vioxx label contained in this book pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Smith's prescriber. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.1066 | MRK-NJ0244665 | MRK-NJ0244672 | 12/04/1998 | Patient Informed Consent FOR Study to Assess the Incedense of PUBs During Chronic Treament with MK-0960 or Naproxen in Patients with Rheumatoid Arthritis | None | |
| 1.1073 | MRK-ACR0009148 | MRK-ACR0009149 | 04/07/2001 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Smith's prescriber. Any probative value is substantially outweighed by prejudicial effect. | |

**Smith v. Merck**

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.1081 | MRK-AAO0000035 | MRK-AAO0000072 | 01/01/2000 | Anti-inflammatory and analgesic TBG 2000 profit plan | 401, 402, 403. The document contains profit and sales data, which are irrelevant and unfairly prejudicial in the compensatory phase of the trial, and inadmissible under Kentucky law. | None |
| 1.1084 | MRK-ABW0000581 | MRK-ABW0000607 | 02/08/2001 | FDA Advisory Committee Briefing Document | None | |
| 1.1085 | MRK-NJ0174804 | MRK-NJ0175048 | 02/08/2001 | Transcript of the Arthritis Advisory Committee Meeting | 801, 802. The transcript is hearsay. | |
| 1.1086 | MRK-ABH0014143 | MRK-ABH0014166 | 05/12/1998 | "Memo from Suzanne Pemrick to Project Team Members regarding Project Team Minutes for May 12, 1998" | None | Admissible. |
| 1.1087 | | | | Excerpts from the Merck Manual - 16th edition | | Admissible. |
| 1.1091 | | | | Excerpts from the Merck Manual - 17th Edition | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 1.1094 | MRK-ABH0016104 | MRK-ABH0016104 | 09/11/1999 | Email from Peter Emsler to Edward Scolnick regarding Vioxx DTC | None | |
| 1.1097 | MRK-ABI0011772 | MRK-ABI0011787 | 09/29/2004 | Questions and Answers: VIOXX Voluntary Market Withdrawal | 401, 402, 403, 602. Dr. Scolnick does not have personal knowledge of the document. The document is also irrelevant and any probative value is substantially outweighed by prejudicial effect. | |
| 1.1098 | MRK-AFJ0001537 | MRK-AFJ0001537 | 11/08/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Smith's prescriber. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.1099 | MRK-ABT0000639 | MRK-ABT0000639 | 04/15/2000 | Email from Alise Reicin to Edward Scolnick regarding Background Material for 4/18/00 | None | |
| 1.1100 | MRK-ABT0014818 | MRK-ABT0014827 | | VIOXX Outcomes Study Potential Designs | None | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiffs First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.1103 | MRK-AAR0033237 | MRK-AAR0033243 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | 401, 402, 403. This is irrelevant because there is no evidence Smith's prescriber or anyone else in this case ever saw the CV Card. Any probative value is substantially outweighed by prejudicial effect. Even if Smith's prescriber had seen the CV Card, use of the CV Card by Merck sales reps was discontinued upon approval of the April 2002 label, and the information in the CV Card was superceded by the information in that label, which Smith's prescriber relied upon prior to prescribing Vioxx to Smith. | |
| 1.1104 | MRK-NJ0030204 | MRK-NJ0030204 | 10/09/2001 | "Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH" | None | |
| 1.1106 | MRK-ABH0017814 | MRK-ABH0017814 | 03/28/2000 | "Reich email to Niles and Gertz, re: Carlo Patrono on VIGOR" | 801, 802. The email contains hearsay statements from non-Merck personnel. | |
| 1.1111 | | | | Extracts from P3.0021 - H James Williams | 401, 402, 403, 801, 802, 901. The exhibit is incomplete, contains multiple documents, and contains hearsay. The exhibit is irrelevant and unfairly prejudicial because it relates to a doctor who has never seen Mr. Smith and who has nothing to do with this case. | Objection sustained. |
| 1.1112 | | | | Extracts from P3.0021 - M Michael Wolfe | 401, 402, 403. The exhibit is irrelevant and unfairly prejudicial because it relates to a doctor who has never seen Mr. Smith and who has nothing to do with this case. | Objection sustained. |
| 1.1113 | | | | Extracts from P3.0021 - Byron L. Cryer | 401, 402, 403. The exhibit is irrelevant and unfairly prejudicial because it relates to a doctor who has never seen Mr. Smith and who has nothing to do with this case. | Objection sustained. |
| 1.1123 | MRK-I8940096392 | MRK-I8940096445 | | Protocol 201 (VIP) CSR | None | |
| 1.1130 | | | 05/04/2000 | Dear Doctor Letter from Jeffrey Melin | 901, 902. There is no foundation for the handwriting on p. 3 and p. 4, and it appears that of plaintiffs' expert Dr. Egilman. | |
| 1.1131 | MRK-ABW0000062 | MRK-ABW0000063 | 09/13/2001 | MVX for Vioxx - DWA to USHH US fields sales force | None | |

**Smith v. Merck**

Ex. A to Merck's Objections to Plaintiffs' First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.1132 | MRK-D042000818 | MRK-D042000B123 | 06/29/2000 | Excerpts of 6/29/00 sNDA for VIGOR | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Smith's prescriber. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 07/12/2001 | "US Long Range Operating Plan Franchise: Analgesi & Anti-Inflammatory Products: Vioxx, Etoricoxib" | 401, 402, 403. Sales data are irrelevant and unfairly prejudicial in compensatory phase, and inadmissible under Kentucky law. With regard to labeling projections, pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Smith's prescriber. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.1140 | MRK-18940078840 | MRK-18940078842 | 05/04/2004 | "Letter to Brian Harvey from Diane Louie regarding IND 46,894" | 901. Incomplete document. Exhibit contains two unrelated documents. | |
| 1.1141 | MRK-NJ0214478 | MRK-NJ0214478 | 11/21/2001 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design | None | |
| 1.1142 | MRK-ABC0017482 | MRK-ABC0017482 | 08/13/1997 | "Email from Alan Nies and Alise Reicin to Jim Bolognese, et al. regarding GI Outcomes Study" | None | |
| 1.1144 | MRK-ACD0105492 | MRK-ACD0105815 | 06/20/2000 | CSR for Protocol 088/089 (VIGOR) | None | |
| 1.1160 | MRK-AAF0003713 | MRK-AAF0003715 | 02/27/2001 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 | None | |
| 1.1184 | MRK-NJ0017794 | MRK-NJ0017822 | 02/18/1998 | "Memo from Briggs Morrison to Alan Nies, et al regarding Manuscript for Protocol 023" | 801, 802. Hearsay – contains out of court statements from non-Merck personnel followed by inadmissible draft article. | |

Ex. A to Merck's Objections to Plaintiffs' First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description / Support/Limit Statements | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.1188 | MRK-AAR0038744 | MRK-AAR0038848 | | Support/Limit Statements | 401, 402, 403. Any probative value is substantially outweighed by prejudicial effect. Irrelevant because there is no evidence that the prescribing physician or any other doctor in this case was exposed to any of these detail pieces (including CV Card) or messages. Even if Smith's prescriber had seen the CV Card, use of the CV Card by Merck sales reps was discontinued upon approval of the April 2002 label, and the information in the CV Card was superceded by the information in that label, which Smith's prescriber relied upon prior to prescribing Vioxx to Smith. Also irrelevant to prescribing physician testified that no Merck sales rep avoided any of his questions. | |
| 1.1194 | MRK-ADI0800000 | MRK-ADI0800045 | | Personnel File of Jan Weiner | 401, 402, 403. Individual employee's personnel file is not probative of any issue in this case. This employee's responsibilities involved press releases, which are not relevant given the facts of this case. | |
| 1.1198 | MRK-JRAA0000438 | MRK-JRAA0000451 | 06/01/2000 | Memo from L. R. Mandel to Licensing Management Committee Members regarding the agenda for 3/30/00 meeting | None | |
| 1.1219 | MRK-S0420111979 | MRK-S0420111985 | 05/03/2005 | Memo of Type A Face to Face Meeting of NDA 21-042 | 401, 402, 403. These post-withdrawal communications between Merck and FDA are irrelevant to the issues in this case and any probative value is substantially outweighed by the prejudicial effect. | |
| 1.1227 | MRK-AAD0800069 | MRK-AAD0800079 | | 2003 Year-End Review for Alise Reicin | 401, 402, 403. Individual employee's personnel file is not probative of any issue in this case. | |
| 1.1231 | MRK-NJ0071320 | MRK-NJ0071332 | 07/05/2000 | Memo from Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update – VIGOR | None | Admissible. |
| 1.1234 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | 07/12/2001 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 | None | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiffs' First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.1240 | MRK-AGO0077012 | MRK-AGO0077013 | 01/31/2005 | Email from Marvin Konstam to Christopher Lines et al regarding APPROVe Paper | 801, 802. The exhibit contains hearsay from a non-Merck employee. | |
| 1.1245 | MRK-AFV0341732 | MRK-AFV0341794 | 07/21/2001 | VIGOR/RA SNDA Reviews: Response to Merck's Complete Response to Approvable Letter | None | |
| 1.1249 | MRK-AAC0139936 | MRK-AAC0139937 | 01/27/2004 | Email from Christopher Lines to Eric Yuen regarding Vioxx Prot 078 Paper | None | |
| 1.1256 | MRK-NJ0362784 | MRK-NJ0362790 | 03/01/2000 | Version 2 Standby Statement 0 Vioxx and Cardiovascular Events in VIGOR | 401, 402, 403. Draft, not final document. Irrelevant and highly prejudicial. | |
| 1.1395 | MRK-NJ0243718 | MRK-NJ0243720 | | Listing of VIGOR Cardiovascular Adverse Experiences Eligible for Adjudication | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 1.1397 | MRK-AJA0119085 | MRK-AJA0119087 | 05/25/2000 | Email from Linda Nelsen to Alise Reicin Re: Adjudication results for 11 events after 2/10/00 | 602. Foundation objection if used with a witness (like Curfman) who has never seen this before. | |
| 1.1465 | EJT 000248 | EJT 000211 | 02/01/2001 | Handwritten Note of Topol of Targum's Reivew | 602. Foundation objection if used with a witness who has never seen this before. | |
| 1.1485 | MRK-AFI0045078 | MRK-AFI0045078 | 08/23/1999 | Email from Charlotte McKines to Susan Baumgartner Re: Background - Dr. Andrew Welton | 401, 402, 403. Irrelevant because not related to any of the doctors in this case. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.1491 | MRK-ADG0057776 | MRK-ADG0057845 | | Slides from Presentation by Tom Cannell | None | |
| 1.1492 | MRK-ADG0059921 | MRK-ADG0059921 | 06/05/2002 | "Email from Thomas Cannell to Antonia Sisti, et al., Re: ""3, 2, 1 Go"" theme"" | 401, 402, 403. This email relates to a specific marketing program, and there is no evidence that Mr. Smith or his doctors ever saw that marketing program. Therefore the document is irrelevant and any probative value is substantially outweighed by the prejudicial effect. | |
| 1.1512 | MRK-ADI0015428 | MRK-ADI0015428 | 10/19/2000 | "Email from Deb Wambold to Mary Basaman, et al., Re: Updated Master Briefing Book for Vioxx""" | None | |
| 1.1522 | | | 04/30/1999 | Memo from Juan Pelaya to Sandra Cook Re: Consultation NDA 21-042 - Review of Cardiovascular and Renal Safety database | None | |

Page 30

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.1582 | MRK-AJF0000235 | MRK-AJF0000236 | 6/20/2001 | Email to Carroll from Hinckley re: 4 main components of Vioxx message. Nothing regarding CV risk. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 1.1588 | MRK-ACJ0004568 | MRK-ACJ0004591 | 08/26/2002 | 2003 Profit Plan for Vioxx | 401, 402, 403.  Sales and financial data are irrelevant and unfairly prejudicial, especially in the compensatory phase.  Also inadmissible under Kentucky law. | |
| 1.1592 | MRK-AJF0000235 | MRK-AJF0000236 | 6/20/2001 | Email to Carroll from Hinckley re: 4 main components of Vioxx message. Nothing regarding CV risk. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.1686 | MRK-NJ0274249 | MRK-NJ0274249 | 08/20/2000 | "Page C-27, Figure C-2 of Comparison of Rofecoxib, A Highly Selective-Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial" (Curfman Deposition Exhibit # | 602, 801, 802.  No foundation, hearsay, incomplete document. | |
| 1.1702 | MRK-ABI0003662 | MRK-ABI0003679 | 04/04/2001 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice (Anstice Deposition Exhibit #130) | 401, 402, 403.  Sales and financial data are irrelevant and unfairly prejudicial, especially in the compensatory phase.  Also inadmissible under Kentucky law. | |
| 1.1790 | MRK-ABW0011849 | MRK-ABW0011864 | | Vioxx Going on OFFENSE (Ex. 20 to Dixon depo 1/19/05) | 602.  Foundation objection if used with any witness who has never seen this document before. | |
| 1.1813 | MRK-ABW0008495 | MRK-ABW0008514 | 09/10/2001 | Cardiovascular and Renal Review, HHMC | 401, 402, 403.  Irrelevant because no evidence any of the doctors in this case were exposed to any of these marketing messages.  Any probative value is substantially outweighed by the prejudicial effect. | |
| 1.1833 | MRK-ABI0003479 | MRK-ABI0003481 | 02/14/2001 | Results of Label Message Test for VIGOR | 401, 402, 403.  Irrelevant because survey respondents have nothing to do with this case (not plaintiff or doctors).  Also, pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Smith's prescriber.  Any probative value is substantially outweighed by prejudicial effect. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiffs First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.2590 | MRK-GUE0061686 | MRK-GUE0061773 | 7/31/1998 | Merck's plans for VIGOR: Naproxen 500 bid chosen because it's most commonly used dose for RA | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 1.2592 | | | 07/20/2006 | Union of Concerned Scientists: Voices of Scientists at FDA: Protecting Public Health Depends on Independent Science (Survey Summary, Methodology, and Demographics). | 401, 402, 403, 601, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |
| 1.2593 | | | 07/20/2006 | Union of Concerned Scientists: 2006 UCS and PEER Survey of U.S. Food and Drug Administration Scientists (Survey Questions and Responses). | 401, 402, 403, 601, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |
| 1.2594 | | | 07/20/2006 | Union of Concerned Scientists: UCS Food and Drug Administration Survey Selected Excerpts form Essay Responses (Selected Essay Responses). | 401, 402, 403, 601, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |
| 1.2595 | | | 07/20/2006 | Union of Concerned Scientists: Scientific Integrity at Risk: The Food and Drug Administration (Abuses of Science and FDA). | 401, 402, 403, 601, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |
| 1.2596 | | | 07/20/2006 | Union of Concerned Scientists: FDA Survey Demographics | 401, 402, 403, 601, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |
| 1.2597 | | | 07/20/2006 | Union of Concerned Scientists: UCS and PEER Survey of FDA Scientists; Additional Questions and Responses | 401, 402, 403, 601, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.2598 | | | 07/20/2006 | Union of Concerned Scientists: UCS Food and Drug Administration Scientists' Survey Centers for Drugs, Food Safety, Biologics and Devices (FDA Centers Response Analysis). | 401, 402, 403, 501, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |
| 1.2599 | | | 07/20/2006 | Union of Concerned Scientists: UCS 2006 Food and Drug Administration Survey Compared to the 2002 Health and Human Services Inspector General Survey. | 401, 402, 403, 501, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |
| 1.2600 | | | 07/20/2006 | Union of Concerned Scientists: Summary of 2002 Inspector General Survey | 401, 402, 403, 501, 602, 801, 802, 901. Lack of foundation and authentication. Document is inadmissible hearsay. Irrelevant and any probative value substantially outweighed by prejudicial effect. | |
| 1.2612 | MRK-AFI0201399 | MRK-AFI0201399 | 04/29/1999 | Email from Susan Baumgartner to Leonardo Mendez Re: Physicians to neutralize | 401, 402, 403. No evidence any of the physicians mentioned ever had any contact with anyone in this case. Any probative value is substantially outweighed by prejudicial effect. | |
| 1.2631 | MRK-AFI0201415 | MRK-AFI0201442 | | Email from Baumgartner to Bel, et al. re: Physicians to neutralize | 401, 402, 403, 801, 802. No evidence any of the physicians mentioned ever had any contact with anyone in this case. Any probative value is substantially outweighed by prejudicial effect. Document contains hearsay statements. | |
| 1.2637 | MRK-ABW000062 | | | Anstice phone message to US Sales force for Vioxx | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | · |
| 1.2639 | MRKGUE0019150 | MRKGUE0019198 | | VIGOR Final results slides: what the NEJM article should have contained | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2640 | MRK-GUE0002837 | MRK-GUE0002838 | 1/17/2000 | Email from Harry Guess showing that February 10 "prespecified" cutoff date for CV events had not been specified | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiffs' First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.2649 | MRK-ABI0002453 | MRK-ABI0002454 | | Direct to Consumer Marketing for Vioxx | 401, 402, 403. Irrelevant because there is no evidence that direct-to-consumer advertising played any factor in Mr. Smith's decision to take Vioxx. Any probative value is substantially outweighed by the prejudicial effect. | |
| 1.2651 | MRKaax0002761 | | 1/24/2000 | Memo re: Merck Management Requests to VIGOR Data and Monitoring Board | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2652 | MRK-AFI0045966 | MRK-AFI0045840 | 1/28/2004 | Memo from Lourdes Villalba to Brian Harvey regarding response to FDA request for information for Studies 078 and 091 (Alzheimer Studies) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2653 | MRK-AAX0002760 | | 1/24/2000 | Curfman Letter with attachments | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2654 | MRKOABI0001934 | | 3/27/2000 | PIR about VIGOR - states difference in CV events (not included in NEJM), says ADVANTAGE shows no CV problem (doesn't mention significantly more deaths) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2661 | MRK-LAU0034404 | MRK-LAU0034565 | 3/20/2001 | Merck VIOXX HHPAC STAGE IV - REVIEW MEETING 3-20-01 Marketing Strategy including naproxen | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2662 | MRK-ABI0001899 | MRK-ABI0001915 | | HHPAC Key Marketing Messages | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2667 | MRK-ABX0071232 | MRK-ABX0071233 | 00/00/2003 | Merck Dear Doctor 2003 in response to observational study | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2670 | MRK-H10STM001118 | MRK-H10STM001191 | | Project OFFENSE MEETING AGENDA 7 CONTENT and CV obstance response | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.2671 | MRK-H3STM001173 | MRK-H3STM001177 | 2/9/2001 | Bulletin for Vioxx FDA Artritis Advisory Committee Meeting 2/9/01 | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2685 | MRK-NJ0272447 | MRK-NJ02723458 | 7/5/2000 | Merck 7/5/00 meeting with 3 additional Mfs | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 1.2692 | | | | Merck's 2000 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. Also inadmissible under Kentucky law. | |
| 1.2693 | | | | Merck's 2001 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. Also inadmissible under Kentucky law. | |
| 1.2694 | | | | Merck's 2003 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. Also inadmissible under Kentucky law. | |
| 1.2695 | | | | Merck's 2005 Annual Report and 10K. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. Also inadmissible under Kentucky law. | |
| 1.2696 | | | | Merck's 2004 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. Also inadmissible under Kentucky law. | |
| 1.2697 | | | | Merck's 1999 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. Also inadmissible under Kentucky law. | |
| 1.2698 | | | | Merck's 2002 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. Also inadmissible under Kentucky law. | |
| 1.2710 | MRK AKC 0014303 | MRK-AKC0014320 | Sept./Oct/20 01 | "PMRD (Promotion Message Recall Data) An Exclusive Service of the com.DAT Division, d/w Marketing Research Group, Inc."" | 401, 402, 403, 801, 802. Document consists entirely of inadmissible hearsay statements. Irrelevant because document has nothing to do with any of the doctors in this case. Any probative value is substantially outweighed by the prejudicial effect. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 1.2719 | NEJM000374 | NEJM000375 | 12/29/2005 | ""Expression of Concern" article re VIGOR. [N Eng J Med 2005; 353: 2813-14]" | 801, 802. Document is inadmissible hearsay. | |
| 1.2722 | | | | Handwritten note between Dr. Braunstein and Brian Harvey (7/19/2006 Braunstein (Vol. II) Depo - Exhibit 24). | 401, 402, 403, 602, 901, 802. Irrelevant because post-withdrawal. Any probative value is substantially outweighed by prejudicial effect. Lack of foundation if used with any witness who cannot authenticate the handwriting. | |
| 1.2724 | | | | APPROVE Investigator reported AE's | None | |
| 1.2750 | | | 3/17/2006 | NEJM: Response to Expression of Concern Regarding VIGOR Study | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 2.0167 | | | 2/15/2005 | "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chromprevention Trial by Robert Besseller, et al., The New England Journal of Medicine, Page 1-22" | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 2.0183 | MRK-ABA0001301 | MRK-ABA0001309 | 11/23/2000 | "Comparison of Upper Gastrointestinal Toxicit of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis by Claire Bombardier, et al., The New England Journal of Medicine, 343, Pg. 1520-1528" | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 4.5001 | SmithR-AllianceLab-00001 | SmithR-AllianceLab-00008 | | Medical records of Alliance Laboratoy Services. | None | |
| 4.5002 | SmithR-AlliancePCMR-00001 | SmithR-AlliancePCMR-00044 | | Medical records of Alliance Primary Care. | None | |
| 4.5003 | SmithR-GieskeMDr-00001 | SmithR-GieskeMDr-00006 | | Billing records of Alliance Primary Care (M. Gieske M.D.). | None | |
| 4.5004 | SmithR-BCBSMN-00001 | SmithR-BCBSMN-00006 | | Records of Blue Cross Blue Shield. | None | |
| 4.5005 | SmithR-CVSPhar-00001 | SmithR-CVSPhar-00007 | | Pharmacy records of CVS Pharmacy. | None | |
| 4.5006 | | | | Medical records of Comprehensive Rehabilitation Services. | None | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 4.5007 | SmithR-CourtadeDDr 00001 | SmithR-CourtadeDDr 00056 | | Medical records of Dr. Daniel Courtade. | None | |
| 4.5008 | SmithR-EastCOrthopMMD-0001 | SmithR-EastCOrthopMMD-0003 | | Billing record of Eastern Cinti OrthoOrthopaedic: Miller, Charles D. MD. | None | |
| 4.5009 | SmithR-GreferMDr-00001 | SmithR-GreferMDr-00116 | | Medical records of Dr. Michael Grefer (Greater Cincinnati Orthopaedic Center). | None | |
| 4.5010 | SmithR-GreatCinOrthMR-00001 | SmithR-GreatCinOrthMR-00056 | | Additional medical records of Dr. Michael Grefer. | None | |
| 4.5011 | SmithR-HandSurgSommMD-00001 | SmithR-HandSurgSommMD-00016 | | Medical records of Hand Surgery Specialists: T. Greg Summerkamp, M.D. | None | |
| 4.5012 | SmithR-HomeInsurance-00001 | SmithR-HomeInsurance-00390 | | Records of Home Insurance in Liquidation. | None | |
| 4.5013 | SmithR-NorthKHeartMR-00001 | SmithR-NorthKHeartMR-00076 | | Medical records of Northern Kentucky University. | None | |
| 4.5014 | SmithR-PatientsFirst-00001 | SmithR-PatientsFirst-00031 | | Medical records of Patient First Physicians Group. | None | |
| 4.5015 | SmithR-PatnlFrstSandMD-00001 | SmithR-PatnlFrstSandMD-00030 | | Medical records of Patient First Physicians Group (Dr. Sanders). | None | |
| 4.5016 | SmithR-SRDofCH-00001 | SmithR-SRDofCH-00121 | | Medical records of Similar Resins Division of Interplastic Chemicals. | None | |
| 4.5017 | SmithR-StElizabethMC-00001 | SmithR-StElizabethMC-00551 | | Medical records of St. Elizabeth Medical Center. | None | |
| 4.5018 | 000001 | 000049 | | Additional medical records of St. Elizabeth Group | None | |
| 4.5019 | SmithR-StElizabethMCR-00001 | SmithR-StElizabethMCR-00010 | | Medical records of St. Elizabeth Medical Center (Radiology). | None | |
| 4.5020 | SmithR-StLukeHospMR-00001 | SmithR-StLukeHospMR-00021 | | Medical records of St. Lukes Hospital West. | None | |
| 4.5021 | SmithR-Walmart-00001 | SmithR-Walmart-00023 | | Pharmacy records of Wal-Mart. | None | |

Page 37

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barrett Ruling |
|---|---|---|---|---|---|---|
| 4.5022 | SmithR-WorkersComp-00001 | SmithR-WorkersComp-00012 | | Entire file for Workers Compensation. | None | |
| 4.5023 | 000001 | 000092 | | Medical records of Northern Kentucky Heart, PSC | None | |
| 4.5024 | SmithR-StLukeHospPath-00001 | SmithR-StLukeHospPath-00023 | | Records of St. Luke Hospital West (Pathology) | None | |
| 4.5026 | SmithR-NorthKHeartBill-00001 | SmithR-NorthKHeartBill-00005 | | Billing records of North Kentucky Heart, P.S.C. | None | |
| 4.5027 | SmithR-SuperXDrug-00001 | SmithR-SuperXDrug-00005 | | Pharmacy records of Super X Drugs | None | |
| 4.5028 | | | | Medical record of St. Luke Hospitals (1page) | None | |
| 4.5029 | | | 2/18/2003 | Compact Disck of Cardiac Catheterization Scan for Robert G. Smith | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 4.5030 | | | 7/10/2003 | Ultrasound Video of Robert G. Smith - St. Elizabeth Hospital | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 4.5031 | SmithR-IndependAnest-00001 | SmithR-IndependAnest-00002 | | Medical records of Independent anesthesiologists | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 4.5032 | SmithR-StElizabethMCP-00001 | SmithR-StElizabethMCP-00003 | | Medical records of St. Elizabeth Medical Center (Pathology) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 4.5033 | Smith R-LabOneOhio-00001 | Amith R-LabOneOhio-00007 | | Medical Records of Lab One Ohio | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 4.5034 | Smith R-PatientFirstMR-00001 | Smith R-PatientFirstMR-00034 | | Additional medical records of Patient First Physicians Group | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document. | |
| 4.6000 | MRK-SMPF0000333 | MRK-SMPF000395 | 05/05/2006 | Supplemental Merck Profile Form with attached documents. | 401, 402, 403, 801, 802. This is a Rule 26 equivalent per court order. Irrelevant and highly prejudicial. Hearsay. | |
| 4.6001 | MRK-MPF0042776 | MRK-MPF0042845 | 02/24/2006 | Merck Profile Form and attached documents | 401, 402, 403, 801, 802. This is a Rule 26 equivalent per court order. Irrelevant and highly prejudicial. Hearsay. | |
| 4.6002 | MRK-MPF0043514 | MRK-MPF0043516 | 02/24/2006 | Attachments to Merck Profile Form. | 401, 402, 403, 801, 802. This is a Rule 26 equivalent per court order. Irrelevant and highly prejudicial. Hearsay. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 4.6003 | MRK-MPF0043523 | MRK-MPF0043526 | 02/24/2006 | Attachments to Merck Profile Form. | 401, 402, 403, 801, 802. This is a Rule 26 equivalent per court order. Irrelevant and highly prejudicial. Hearsay. | |
| 4.6004 | MRK-MPF0043571 | MRK-MPF0043631 | 02/24/2006 | Merck Profile Form and attached documents. | 401, 402, 403, 801, 802. This is a Rule 26 equivalent per court order. Irrelevant and highly prejudicial. Hearsay. | |
| 4.6005 | MRK-SMPF0019182 | MRK-SMPF0019455 | 07/10/2006 | Supplemental Merck Profile Form with attached documents. | 401, 402, 403, 801, 802. This is a Rule 26 equivalent per court order. Contains information about doctors unrelated to this case. Irrelevant and highly prejudicial. Hearsay. | |
| 4.6006 | | | 12/9/2005 | Plaintiff Profile Form. | None | |
| 4.6007 | | | 6/15/2006 | Amended Plaintiff Profile Form. | None | |
| 4.6008 | | | | Local Climatological Data for September 2002 - February 2003. | 401, 402, 801, 802. Document is hearsay. Irrelevant because weather report is for a different city (not Florence, KY) and dates having nothing to do with this case. | |
| 4.6009 | | | | Plaintiff's Tax Returns from the year 2002 - 2004. | None | |
| 4.6010 | MRK-AKT1131701 | MRK-AKT113714 | 05/25/2001 | Letter to Grefer re comparison of Vioxx and Celebrex. | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6011 | MRK-AKT2010758 | MRK-AKT2010771 | 08/27/2001 | Letter to Grefer re comparison of Vioxx and Celebrex. | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6012 | MRK-AKT2686343 | MRK-AKT2686344 | 06/05/2002 | Letter to Grefer re reprint of VIGOR | None | |
| 4.6013 | MRK-AKT2833063 | MRK-AKT2833096 | 08/12/2002 | Letter to Grefer re comparison of Vioxx and Celebrex. | None | |
| 4.6014 | MRK-AKT3150850 | MRK-AKT3150851 | 08/11/1999 | Letter to Grefer re comparison of Vioxx and Celebrex. | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6015 | MRK-AKT3210592 | MRK-AKT3210593 | 06/02/1999 | Letter to Grefer re comparison of Vioxx and Celebrex. | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 4.6016 | MRK-AKT3210614 | MRK-AKT3210615 | 06/02/1999 | Letter to Grefer re use of Vioxx in a Patient allergic to sulfonamides. | 401, 402, 403.  Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer.  Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6017 | MRK-AKT4010933 | MRK-AKT4010942 | 03/24/1999 | Letter to Grefer re published studies on Vioxx. | 401, 402, 403.  Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer.  Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6018 | MRK-AKT4064704 | MRK-AKT4064705 | 08/11/1999 | Letter to Grefer re comparison of Vioxx and Celebrex. | 401, 402, 403.  Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer.  Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6019 | MRK-AKT4067993 | MRK-AKT4067994 | 06/02/1999 | Letter to Grefer re use of Vioxx in a Patient allergic to sulfonamides. | 401, 402, 403.  Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer.  Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6020 | MRK-AKT4068485 | MRK-AKT4068486 | 06/02/1999 | Letter to Grefer re comparison of Vioxx and Celebrex. | 401, 402, 403.  Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer.  Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6021 | MRK-AKT4143327 | MRK-AKT4143327 | 02/29/2000 | Letter to Grefer re design and duration of the acute pain clinical trials conducted with Vioxx. | 401, 402, 403.  Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer.  Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6022 | MRK-AKT4143328 | MRK-AKT4143330 | 02/29/2000 | Letter to Grefer re information on the mechanism of NSAID-induced gastropathy. | 401, 402, 403.  Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer.  Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6023 | MRK-AKT4143331 | MRK-AKT4143332 | 02/29/2000 | Letter to Grefer re use of Vioxx in a Patient allergic to sulfonamides. | 401, 402, 403.  Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer.  Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6024 | MRK-SMTAA0000001 | MRK-SMTAA0000015 | 05/22/2006 | Dr. Michael Grefer Prescriber RX history, IMS data produced by Merck on May 22, 2006. | 801, 802.  Inadmissible hearsay. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barrett Ruling |
|---|---|---|---|---|---|---|
| 4.6025 | MRK-SMTA-A0000031 | MRK-SMTA-A0000045 | | Dr. Forest Hels Prescriber RX history, IMS data produced by Merck | 801, 802. Inadmissible hearsay. | |
| 4.6026 | | | | Grefer Rep Summary/All Contacts. | 401, 402, 403, 602, 902. Irrelevant because concerns contacts with sales reps about drugs other than Vioxx. Any probative value is substantially outweighed by the prejudicial effect. Foundation objection if used with any witness who has never seen document before. Lack of authentication. | |
| 4.6027 | MRK-AKT4190533 | MRK-AKT4190537 | 04/24/2000 | Letter to Grefer re specifically for cyclooxygenase-2 (COX-2). | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6028 | MRK-AKT1050988 | MRK-AKT1050991 | 05/15/2001 | Letter to Grefer re reprint of VIGOR | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6029 | MRK-SMTAB0000001 | MRK-SMTAB0000007 | | Dr. Daniel Courtade Call Notes and database information. | 401, 402, 403. Irrelevant because Dr. Courtade did not prescribe Vioxx to Mr. Smith. Any probative value is substantially outweighed by the prejudicial effect. | |
| 4.6030 | MRK-AKT4143333 | MRK-AKT4143337 | 02/29/2000 | Letter to Grefer re comparision oo Vioxx and Celebrex. | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6031 | MRK-AKT4170890 | MRK-AKT4170894 | 03/29/2000 | Letter to Grefer re comparison of Vioxx and Celebrex. | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |
| 4.6032 | MRK-ANP0000025 | MRK-ANP0000025 | | Dr. Michael Grefer Call Notes. | 801, 802. Document contains hearsay statements by non-Merck persons. | |
| 4.6033 | MRK-AKT1050988 | MRK-AKT1050991 | 05/15/2001 | PIR to Dr. Grefer: May 15, 2001 - Letter plus NEJM VIGOR article | 401, 402, 403. Pre-dates Smith's use of Vioxx, and pre-dates the April 2002 label relied upon by Dr. Grefer. Any probative value is substantially outweighed by prejudicial effect. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 4.6034 | MRK-AKT2833063 | MRK-AKT2833096 | 08/12/2002 | PIR letter to Dr. Greier re comparison of Vioxx and Celebrex | None | |
| 4.6035 | MRK-AKT2686343 | MRK-AKT2686344 | 06/05/2002 | PIR to Dr. Greier: June 5, 2002: Letter and NEJM VIGOR article | None | |
| 4.6036 | SmithR-PatientsFirst-00017 | SmithR-PatientsFirst-00019 | 9/30/00 | Alliance Laboratory Report (6/15/06 Smith Depo Exhibit 9). | None | |
| 4.6037 | SmithR-PatntFrstSandMD-00011 | SmithR-PatntFrstSandMD-00011 | 12/27/01 | Patient First Physicians Group - Physical Exam (6/15/06 Smith Depo Exhibit 10). | None | |
| 4.6038 | SmithR-GreierMMD-00077; and 00067 | SmithR-GreierMMD-00077; and 00067 | | Patient History Form (6/29/06 Greier Discovery Depo Exhibit 6). | None | |
| 4.6039 | | | | Levitra Information (6/15/06 Smith Depo Exhibit 13). | None | |
| 4.6040 | | | | Memorandum made public on April 6, 2005 from the FDA regarding NSAID's (6/29/06 Greier Discovery Depo Exhibit 8). | None | |
| 4.6041 | SmithR-HandSurgSomrMD-00001 | SmithR-HandSurgSomrMD-00004 | 9/6/00 | Consultation - Dr. Summerkamp (6/15/06 Smith Depo Exhibit 8). | None | |
| 4.6042 | | | | Calender - October 2002 - February 2003 (6/15/06 Smith Depo Exhibit 18). | None | |
| 4.6043 | | | | Plaintiff's Responses and Objections to Merck & Co., Inc.'s First Request for Production (6/15/06 Smith Depo Exhibit 31). | None | |
| 4.6044 | SmithR-GreatCinOrthMR-00007 | SmithR-GreatCinOrthMR-00008 | | Medical Records - Dr. Greier (6/15/06 Smith Depo Exhibit 17). | None | |
| 4.6045 | SmithR-StLukeHospMR-00004 | SmithR-StLukeHospMR-00006 | 2/17/03 | Emergency Department Physician Report (6/15/06 Smith Depo Exhibit 20). | None | |
| 4.6046 | SmithR-PPR-00030 | SmithR-PPR-00031 | 2/17/03 | Progress Notes - St. Elizabeth Medical Center (6/15/06 Smith Depo Exhibit 19). | None | |
| 4.6048 | SmithR-CVSPhar-00003 | SmithR-CVSPhar-00005 | | CVS Pharmacy Prescription Record (6/15/06 Smith Depo Exhibit 11). | None | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 4.6049 | | | | Any and all exhibits attached to the deposition of Gary E. Sander, MD, taken on August 15, 2006 | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.6050 | | | | Any and all exhibits attached to the videotaped deposition of James Ravencraft taken on July 17, 2006 | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.6051 | SmithR-StElizabethMC-00195 | SmithR-StElizabethMC-00196 | | St. Elizabeth Medical Center Records (6/15/06 Smith Depo Exhibit 32). | None | |
| 4.6053 | | | | Amended Plaintiff Profile Form (6/15/06 Smith Depo Exhibit 30). | None | |
| 4.6054 | | | | Amended Plaintiff Profile Form - working draft (6/15/06 Smith Depo Exhibit 29). | None | |
| 4.6055 | | | | Plaintiff's Answers and Objection's to Merck & Co., Inc.'s First Set of Interrogatories (6/15/06 Smith Depo Exhibit 28). | None | |
| 4.6056 | SmithR-GreatCinOrthMR-00033 | SmithR-GreatCinOrthMR-00038 | 8/24/05 | Fax from Commonwealth Orthopaedic Centers, P.S.C. (6/15/06 Smith Depo Exhibit 27). | None | |
| 4.6057 | | | 8/3/2005 | Letter to Dr. Sander from Dr. Courtade (6/15/06 Smith Depo Exhibit 26). | None | |
| 4.6058 | SmithR-NorthKHeartMR-00050 | SmithR-NorthKHeartMR-00051 | 5/28/04 | Letter to Dr. Sander from Dr. Courtade (6/15/06 Smith Depo Exhibit 25). | None | |
| 4.6059 | SmithR-NorthKHeartMR-00048 | SmithR-NorthKHeartMR-00049 | 9/29/03 | Letter to Dr. Sander from Dr. Courtade (6/15/06 Smith Depo Exhibit 24). | None | |
| 4.6060 | | | | Levitra Patient Information (6/15/06 Smith Depo Exhibit 12). | None | |
| 4.6061 | SmithR-StElizabethMC-00308 | SmithR-StElizabethMC-00308 | 1/4/94 | St. Elizabeth - Nursing Data Base - January 4, 1994 (6/15/06 Smith Depo Exhibit 3). | None | |
| 4.6062 | | | | Any and all exhibits attached to the videotaped deposition of T. Greg Sommerkamp, MD, taken on July 21, 2005 | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.6063 | SmithR-GreferMDr-00003 | SmithR-GreferMDr-00004 | | Dr. Grefer Medical Records (6/15/06 Smith Depo Exhibit 14). | None | |
| 4.6064 | MRK-LBL0000013 | MRK-LBL0000014 | | Vioxx Patient Information (6/15/06 Smith Depo Exhibit 15). | None | |

Page 43

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 4.6065 | | | | Garry's blood pressures - St. Elizabeth Medical Center - Post Anesthesia Careunit Record dated November 18, 1993 with various records attached (6/22/06 Courtade Depo - Exhibit 5). | None | |
| 4.6066 | | | | Laboratory levels (Alliance Laboratory Services dated September 30, 2000 with various records attached (6/22/06 Courtade Depo - Exhibit 6). | None | |
| 4.6067 | | | | All the physicians notes in Dr. Grefer's medical file as well as visits to Drs. Grefer and Heis (6/29/06 Grefer Discovery Depo Exhibit 2). | None | |
| 4.6068 | SmithR-GreferMMD-00080 | SmithR-GreferMMD-00080 | | Prescription record from chart (6/29/06 Grefer Discovery Depo Exhibit 3). | None | |
| 4.6069 | MRK-LBL0000067 | MRK-LBL0000070 | | Vioxx Information (6/15/06 Smith Depo Exhibit 16). | None | |
| 4.6070 | SmithR-PIProfileForm-00001 | SmithR-PIProfileForm-00013 | | Plaintiff's Profile Form (6/15/06 Smith Depo Exhibit 2). | None | |
| 4.6072 | SmithR-HomeInsurance-00030 | SmithR-HomeInsurance-00030 | 2/16/94 | Letter from Dr. Sommerkamp to Dr. Grefer (6/15/06 Smith Depo Exhibit 4). | None | |
| 4.6073 | SmithR-PPR-00025 | SmithR-PPR-00027 | | St. Elizabeth Medical Center Records (6/15/06 Smith Depo Exhibit 21). | None | |
| 4.6074 | SmithR-NorthKHeartMR-00046 | SmithR-NorthKHeartMR-00047 | 3/17/03 | Letter to Dr. Sander from Cardiology Associates, P.S.C. (6/15/06 Smith Depo Exhibit 22). | None | |
| 4.6075 | SmithR-CourtadeDDr-00003 | SmithR-CourtadeDDr-00003 | 3/20/03 | Return to work slip - Cardiology Associates, P.S.C. (6/15/06 Smith Depo Exhibit 23). | None | |
| 4.6076 | | | | New England Journal of Medicine editorial dated March 16, 2006 - Expression of Concern Reaffirmed (6/29/06 Grefer Trial Deposition - Exhibit 6). | 403, 602, 801, 802. Document is inadmissible hearsay. Lack of foundation as to handwritten underlining; witness lacks personal knowledge. Any probative value is substantially outweighed by the prejudicial effect. | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiffs First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 4.6078 | SmithR-HomeInsurance-00105 | SmithR-HomeInsurance-00109 | 2/17/94 | Rehabilitation Progress Report (6/15/05 Smith Depo Exhibit 5). | None | |
| 4.6079 | MRK-P0011429 | MRK-P0011439 | | Dear Healthcare Provider letters (6/29/06 Grefer Discovery Depo Exhibit 5). | None | |
| 4.6080 | SmithR-PatientFirstMR-00001 | PatientFirstMR-00002 | 6/15/00 | Male History - Patient First Medical Record (6/15/06 Smith Depo Exhibit 7). | None | |
| 4.6081 | SmithR-HomeInsurance-00093 | SmithR-HomeInsurance-00094 | 3/21/94 | Rehabilitation Progress Report (6/15/05 Smith Depo Exhibit 6). | None | |
| 4.6082 | | | | Package insert - the label for Vioxx that was in effect from April 2002 on (6/29/06 Grefer Discovery Depo Exhibit 4). | None | |
| 5.0001 | | | | Curriculum Vitae and Expert Report of Dr. Richard Kapit | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0002 | | | | Curriculum Vitae and Expert Report of Jerry Avorn, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0003 | | | | Curriculum Vitae and Expert Report of Leslie Clelan, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0004 | | | | Curriculum Vitae and Expert Report of John W. Farquar, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0005 | | | | Curriculum Vitae and Expert Report for Egil Fossilen, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0006 | | | | Curriculum Vitae and Expert Report of Richard Kronmal, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0007 | | | | Curriculum Vitae and Expert Report of Lemuel Moye, III, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0008 | | | | Curriculum Vitae and Expert Report of Douglas P. Zipes, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0009 | | | | Curriculum Vitae and Expert Report of Jeffrey Popma, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 5.0010 | | | | Curriculum Vitae and Expert Report of Cornelia Pechman, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0011 | | | | Any and all documents available from the FDA Website regarding Vioxx | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0012 | | | | Any and all documents available from the Waxman website regarding Vioxx | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0013 | | | | Any and all documents available from the Senate Health, Education, Labor and Pensions Website regarding Vioxx | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0014 | | | | Any and all documents available from the Senate Finance Committee Website regarding Vioxx | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0015 | | | | Any and all exhibits attached to all Plaintiff's expert depositions and expert reports as well as document they cite in their report | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0016 | | | | Any and all exhibits attached to all Defendant's expert depositions and expert reports as well as document they cite in their report | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0017 | | | | Any and all clinical trial information including reports, CSR, adverse events, summaries and memorandum | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0018 | | | | Blow ups of any exhibits already listed | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0019 | | | | Any document or material necessary for demonstrative purposes | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0020 | | | | Any animation to be used for demonstrative purposes | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0021 | | | | Plaintiffs reserves the right to use all video tapes of depositions | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 5.0022 | | | | Plaintiff reserves the right to use any exhibit listed by Defendant | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0023 | | | | Plaintiff reserves the right to use any exhibit necessary for cross examination | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0024 | | | | Plaintiff reserves the right to use any exhibit necessary for rebuttal | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0025 | | | | Plaintiff reserves the right to use any exhibit found through outstanding discovery | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0026 | | | | Plaintiff reserves the right to use any exhibit found through any discovery requested but not yet produced | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0027 | | | | Plaintiff reserves the right to use any all depositions and any exhibits attached hereto taken in this matter | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0028 | | | | Plaintiff reserves the right to use all depositions and any exhibits attached thereto for any future depositions taken in this matter | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0030 | | | | All documents received, reviewed or referenced by Dr. Zipes attendant to his report | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0033 | | | | Curriculum Vitae and Expert Report of John Abramson, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0034 | | | | Supplemental Expert Report of John W. Farquhar, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0035 | | | | Any and all documents available from the Senate Health, Education, Labor and Pensions Website regarding Vioxx | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0036 | | | | Any and all clinical trial information including reports, CSR, adverse events, summaries and memorandum | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 5.0037 | | | | All exhibits to the deposition of John D. Abramson, MD taken on August 3, 2006 | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0038 | | | | All exhibits to the deposition of John Farquhar, MD, taken on July 19, 2006 | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0039 | | | | All exhibits to the deposition of Douglas Zipes, MD, taken on July 19, 2006 | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0046 | | | | Any and all exhibits to the deposition of Laura Demopoulos | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0047 | | | | Any documents referenced in the rpeorts of Drs. Moye, Abramson, and/or Avorn | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.0048 | | | | Any and all exhibits to the deposition of Jo Jerman | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5024 | | | | Rep Contacts in Date Order/Notes (First date: Huber, Donna 01/01/1994; Last date: Block, Amy 08/13/2003. | 801, 802. Document contains hearsay statements by non-Merck persons. | |
| 5.5025 | | | | Rep Contacts in Date Order/Notes - 1/01/1994 - 8/13/2003. | 801, 802. Document contains hearsay statements by non-Merck persons. | |
| 5.5026 | | | | Rep table. | 602, 902. Lack of foundation or authentication. | |
| 5.5028 | | | | Declaration of Terry R. Jacklin. | 401, 402, 403, 801, 802. Irrelevant and any probative value is substantially outweighed by prejudicial effect. Hearsay. | |
| 5.5029 | | | | Any and all exhibits to the deposition(s) of Edward Scolnick, MD (taken March 19, 2001, January 30, 2003, March 22, 2005, April 29, 2005 and May 17, 2005) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5030 | | | | Expert report and curriculum citae of Kyung Mann Kim, PhD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5033 | | | | Any and all exhibits from the deposition(s) of David Anstice (taken March 16, 17, and 18, 2006 and April 12, 2005) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 5.5034 | | | | Any and all exhibits from the deposition of Raymond Gilmartin | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5035 | | | | Any and all exhibits from the deposition of Stephen Epstein | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5036 | | | | Any and all exhibits from the deposition of Jan Weiner | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5037 | | | | Any and all exhibits from the deposition of Eric Topol | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5038 | | | | Any and all exhibits from the deposition of Ned S. Braunstein, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5039 | | | | Any and all exhibits from the deposition of Daniel J. Courtade, MD | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5040 | | | | Any and all exhibits to the deposition(s) of Michael A. Greifer, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5041 | | | | Any and all exhibits to the deposition of Mary E. Blake. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5042 | | | | Any and all exhibits to the deposition of David Anstice. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5043 | | | | Any and all exhibits to the deposition of James Dunn. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5044 | | | | Any and all exhibits to the deposition(s) of Wendy Dixon. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5045 | | | | Any and all exhibits to the deposition of Tom Cannell. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5047 | | | | Any and all exhibits to the deposition of David Graham. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5049 | | | | Any and all exhibits to the deposition(s) of Jerry Avorn. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| 5.5050 | | | | Any and all exhibits to the deposition of John William Farquhar, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5051 | | | | Any and all exhibits to the deposition of Douglas P. Zipes, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5052 | | | | Any and all exhibits to the deposition of Richard M. Kaplit, M.D. taken February 3, 2006. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5053 | | | | Any and all exhibits to the deposition of Alan Nies. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5054 | | | | Any and all exhibits to the deposition of Richard M. Kaplit, M.D. taken on June 19, 2006. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5055 | | | | Any and all exhibits to the deposition of Carolyn Cannusdio. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5056 | | | | Curriculum Vitae and Expert Report of Wayne A. Ray, Ph.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5057 | | | | Curriculum Vitae and Expert Report of Gary E. Sander M.D., Ph.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5058 | | | | Any and all exhibits to the deposition of Gregory Curfman. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5059 | | | | Any and all exhibits to the deposition of Susan Baumgartner. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 5.5060 | | | | Any and all exhibits to the deposition of J. Martin Carroll. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| Anstice Ex. No. 166 | | | | "Table of All Deaths and/or Confirmed Adjudicated Serious Thromboembolic AE's from VIGOR" - Introduced as a Table reflecting the mortality data from Vigor | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Page 50

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| CM.0002 | MRK-ABO0001407 | MRK-ABO0001415 | 06/05/2000 | "Email string from Nieketkid to Melon, Daniels, Dervishian, Russell, Lahner, Basaman, Baumgartner, Bazmi, Bell, Bourdow, Chope, Coppola, El-Dada, McKines, Morio, Reiss, Rode, Wawczak, Wynd, Yarborough re: Vioxx Cardiovascular Safety Issues Unresolved; GI S | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0005 | MRK-AFI0043906 | MRK-AFI0043923 | NO DATE | "List of Physicians with information provided by A&A with comments from National HSAs, RMDs, TBG, etc. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0006 | MRK-ADN0018203 | MRK-ADN0018224 | 2000 | Vioxx Consumer Marketing 2000 Profit Plan (powerpoint presentation) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0008 | MRK-ADA0015245 | MRK-ADA0015273 | 07/14/1999 | 2000 Profit Plan Extended Team Meeting for Vioxx | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0009 | MRK-ADK0003208 | MRK-ADK0003407 | 07/07/2000 | Year 2000 Advocate Plan for Merck Coxibs (Draft) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0013 | MRK-ABI000441 | MRK-ABI0004441 | 09/28/1999 | "Email from Anstice to McKines, Dixon, Donnelly, and Tacconi re: Vioxx and Consumer Awareness and the need to gather more data; similar to CM.0014, but with additional email strings attached regarding the same." | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0026 | MRK-AFI0038769 | MRK-AFI0038772 | 1999 | List of Physicians | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0034 | MRK-AFI0043358 | MRK-AFI0043359 | 04/30/1999 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner email of 04/29/1999 attached. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0051 | MRK-ADI0017595 | MRK-ADI0017597 | 01/25/1999 | Email string from Higbee to Weiner, Lindemann, Fanella in regards to Intelligence/NEJM* | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0052 | MRK-ADI0013761 | MRK-ADI0013764 | 02/10/1999 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

Smith v. Merck

Ex. A to Merck's Objections to Plaintiff's First Amended Pre-Admit List

| Exhibit No. | Beginning Bates | Ending Bates | Date | Description | Merck Objections | Barnett Ruling |
|---|---|---|---|---|---|---|
| CM.0059 | MRK-ACJ0005170 | MRK-ACJ0005215 | 04/09/2002 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0060 | MRK-EAD0001604 | MRK-EAD0001605 | 05/19/2000 | Email from Douglas Wynd to Dreyer and Miles RE: For your eyes only - Draft VIGOR Messages with attachments | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0071 | MRK-AKO0026709 | MRK-AKO0031037 | 1998-2000 | Merck Disbursement Voucher Requests | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0072 | MRK-ACJ0004336 | MRK-ACJ0004445 | 2000 | 2000 Profit Plan | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0074 | MRK-ABY0030136 | MRK-ABY0030137 | 09/20/2001 | "Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter" | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| CM.0075 | FRI0000021 | FRI0000031 | | Physician Action Plans - ADVOCATE | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| Krahe Ex. No. 5 | MRK-CAAD0001696 | MRK-CAAD0001757 | 01/08/2001 | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |