| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.0357 | MRK-ADI0024346 | MRK-ADI0024346 | 03/22/1999 | "Email from Rebecca Higbee to Kym Lindermann, et al. Re: Advantage Ideas" | 401, 402, 403. Irrelevant because no evidence anyone in this case was exposed to ADVANTAGE study PR messages. Any probative value is substantially outweighed by the risk of unfair prejudice. | Admissible with appropriate witness. |
| 1.0359 | MRK-ADI0042906 | MRK-ADI0042909 | 06/25/2002 | "Press Release - Cardiovascular Event Rates in Analysis of Combined Studies of Nearly 2,900 Elderly Patients Taking Vioxx or Placebo" | None | None. |
| 1.0362 | MRK-ADL0082197 | MRK-ADL0082197 | 06/20/2000 | "Email from Martino Laurenzi to Brian Daniels, et al. Re: Patrono - Esthr" | 403, 602, 801, 802. The statements attributed to Patrono are hearsay. No evidence that anyone involved in this case attended the presentation. Any probative value is substantially outweighed by prejudicial effect. | Reserve ruling. |
| 1.0364 | MRK-ADO0040848 | MRK-ADO0040848 | 04/12/2001 | Email from Thomas Cannell to Jim Dunn Re: Whelton Q&A | None | None. |
| 1.0367 | MRK-ADT0000170 | MRK-ADT0000183 | 12/03/1998 | Presentation: Standard Operating Procedures for the Surveillance Monitoring and Adjudication of Acute Thrombotic Embolic Vascular Events in Clinical Trials of COX-2 Specific Agents | None | None. |
| 1.0374 | MRK-AEF0000653 | MRK-AEF0000653 | 03/04/2002 | Email from James Yergey to Tom Baille-Subject Prostanoid assays | None | None. |
| 1.0383 | MRK-AEG0037638 | MRK-AEG0037639 | 09/12/2002 | Email from mervyn Turner to Joan Lasota RE: NitroMed | None | None. |
| 1.0384 | MRK-AEG0048904 | MRK-AEG0048905 | 10/25/2000 | Email from Metters to Nicholson | None | None. |
| 1.0386 | MRK-AEI0002734 | MRK-AEI0002746 | 05/06/1998 | "Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program" | None | Admissible. |
| 1.0396 | MRK-AFF0000318 | MRK-AFF0000352 | 05/09/2002 | Hui Quan Memo re: Safety Update for APPROVe | None | None. |
| 1.0400 | MRK-AFI0000001 | MRK-AFI0000197 | 02/07/2001 | Baumgartner Diary: 01/01/2001 to 09/27/2001 | None | Admissible. |
| 1.0401 | MRK-AFI0010255 | MRK-AFI0010255 | 01/31/2001 | National Thought Leader Summary VIGOR Study | 602, 801, 802. Witness lacks personal knowledge. Document contains hearsay statements of non-Merck personnel. | Admissible. Relevant to what and when known. 401 and 402. |
| 1.0402 | MRK-AFI0010400 | MRK-AFI0010401 | 04/18/2001 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) | 401, 402, 403. Financial data are irrelevant and unfairly prejudicial in compensatory phase. | Reserve ruling. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.0406 | MRK-AFI0043342 | MRK-AFI0043349 | | "Memo from Omskov Flemming to Leo Mendez, et al. Re: Challenging MD customers in ther NERBG (rheumatologists)" | 401, 402, 403, 801, 802. Irrelevant because document does not relate to any of the doctors in this case. Any probative value is substantially outweighed by prejudicial effect. Document contains hearsay statements by non-Merck persons. | Reserve ruling. |
| 1.0408 | MRK-AFI0044662 | MRK-AFI0044665 | 07/26/1999 | Email from Bruce Freundlich to Susan Baumgartner RE Physicians to neutralize | 401, 402, 403, 801, 802. Irrelevant because document does not relate to any of the doctors in this case. Any probative value is substantially outweighed by prejudicial effect. Document contains hearsay statements by non-Merck persons. | Admissible with sender or receiver. |
| 1.0409 | MRK-AFI0045236 | MRK-AFI0045236 | 09/09/1999 | Email from Caroline Yarbrough to Susan L. Baumgartner Re: Background on Dr. Andrew Welton | 401, 402, 403. Irrelevant because not related to any of the doctors in this case. Any probative value is substantially outweighed by prejudicial effect. | Admissible with sender or receiver. |
| 1.0411 | MRK-AFI0045966 | MRK-AFI0045967 | 11/09/1999 | Email from Thomas McCready to Susan L. Baumgartner Re: Nov. 3rd Appointment with Dr. James McMillen | 401, 402, 403, 801, 802. Irrelevant because no evidence that it relates to any of the doctors in this case. Also unfairly prejudicial. Also contains hearsay statements regarding non-Merck personnel. | Admissible with sender or receiver. |
| 1.0413 | MRK-AFI0136524 | MRK-AFI0136524 | 08/22/2001 | Email from Linda Coppola to Russell Kosiorek Re: CV Card (1 Year) Revalidation for use in Promotion | 401, 402, 403. Even if Mason's prescriber had seen the CV Card, use of the CV Card by Merck sales reps was discontinued upon approval of the April 2002 label, and the information in the CV Card was superceded by the information in that label. | Admissible. Relevant to actions of Merck re: adverse results of VIOXX studies. |
| 1.0414 | MRK-AFI0174637 | MRK-AFI0174637 | 04/29/1999 | "Email from Leonardo Mendez to Susan Baumgartner, et al. Re: Physicians to neutralize" | 401, 402, 403. Irrelevant because this does not relate to any of Mr. Mason's doctors. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.0415 | MRK-AFI0182292 | MRK-AFI0182293 | 07/01/1999 | "Memo from Susan Baumgartner to Charlotte McKines, et al. Re: Advocate Development Opportunity: Physicians to Neutralize" | 401, 402, 403. Irrelevant because this does not relate to any of Mr. Mason's doctors. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.0419 | MRK-AFI0200437 | MRK-AFI0200466 | 06/22/2000 | Advocate Development Plan 2000 Vioxx | 401, 402, 403. Financial data are irrelevant and unfairly prejudicial in compensatory phase. | Reserve ruling. |
| 1.0423 | MRK-AFI0000520 | MRK-AFI0000520 | 02/03/2002 | Email from Edward Scolnick to Peter Kim; Subject: coxib task force | None | None. |
| 1.0424 | MRK-AFI0000576 | MRK-AFI0000576 | 03/09/2002 | "Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC Options for CV Outcome Trials" | Incomplete document | Reserve ruling. |
| 1.0425 | MRK-AFI0003506 | MRK-AFI0003510 | 04/30/2003 | "Email from Barry J. Gertz to Peter S. Kim, et al. Re: Review of the Manuscript on the Relationship Between Selective COX-2 Inhibitors and Acute Myocardial Infarction" | None | None. |
| 1.0427 | MRK-AFI0009715 | MRK-AFI0009716 | 10/02/2004 | Email from Edward Scolnick to Peter S. Kim Re: VIOXX Withdrawal | 401, 402, 403, 801, 802. These are past withdrawal comments by a former Merck employee, so they are hearsay. Also irrelevant and any probative value is substantially outweighed by the prejudicial effect. | Reserve ruling. |
| 1.0442 | MRK-AFO0023534 | MRK-AFO0023536 | 05/20/1998 | "Memo from Doug Watson to J. Anderson, et al. Re: 5-15-98 COX-2 CV SAE surveillance task force meeting minutes" | None | Admissible. |
| 1.0445 | MRK-AFT0005926 | MRK-AFT0005927 | 04/19/2004 | "Email from Susanne Eddowes to Raymond Bain, et al. Re: The Need to Set Up External DSMB for ongoing Vioxx AD Prevention Trial" | 602. There is no foundation as to handwriting. | Reserve ruling. |
| 1.0460 | MRK-I2690007833 | MRK-I2690008224 | 11/26/2003 | MRL Clinical Study Report for Protocol 078 | None | None. |
| 1.0463 | MRK-LBL0000035 | MRK-LBL0000038 | 11/01/1999 | Vioxx Label (package insert) Nov. '99 | 401, 402, 403. Pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.0464 | MRK-LBL0000047 | MRK-LBL0000050 | 07/01/2000 | Vioxx Label (package insert) July 2000 | 401, 402, 403. Pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.0465 | MRK-LBL0000059 | MRK-LBL0000062 | 07/01/2001 | Vioxx Label (package insert) July 2001 | 401, 402, 403. Pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.0466 | MRK-LBL0000063 | MRK-LBL0000066 | 04/01/2002 | Vioxx Label (package insert) April 2002 | None | Admissible. |
| 1.0467 | MRK-LBL0000248 | MRK-LBL0000251 | 03/01/2004 | Vioxx Label (package insert) March 2004 | 401, 402, 403. Post-dates Mr. Mason's Vioxx prescription. | None. |
| 1.0470 | MRK-NJ0000827 | MRK-NJ00000835 | 09/26/1996 | Draft Memo from Terri Randall re: MK-0966 Project Team Minutes | None | None. |
| 1.0473 | MRK-NJ0017825 | MRK-NJ0017853 | 02/17/1998 | Letter from Catella-Lawson and Garret FitzGerald to Briggs Morrison Re: MK 966 in the elderly | 801, 802. Hearsay – out of court statement from non-Merck personnel followed by inadmissible draft article. | |
| 1.0477 | MRK-NJ0051533 | MRK-NJ051534 | 10/24/1997 | Email from Garrett Fitzgerald to Alan Nies et al; Subject: FW: cox2 pgi phenomenon investigation | None | Admissible. |
| 1.0479 | MRK-NJ0066297 | MRK-NJ0066301 | | Charts re: VIGOR: Myocardial Infarctions Over Time | None | None. |
| 1.0487 | MRK-NJ0106699 | MRK-NJ0106722 | 10/13/2000 | Shapiro Meta-Analysis | None | None. |
| 1.0489 | MRK-NJ0120246 | MRK-NJ0120248 | 12/21/1999 | Changes to the VIGOR Data Analysis Plan 12-1-99 | None | None. |
| 1.0498 | MRK-NJ011906 | | 04/12/2000 | Reicin emails re RA and CV Mortality, Scolnick Agony memo | None | |
| 1.0502 | MRK-NJ0124427 | MRK-NJ0124428 | 11/08/2000 | Email from E. Barr RE to A. Reicin: Hypertensive Heart Disease Patient (could be persuaded to say COD "unknown") | None | None. |
| 1.0506 | MRK-NJ0130083 | MRK-NJ0130087 | 02/11/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Searle Recapturing Momentum in COX-2 Inhibitor Market | 401, 402, 403, 801, 802. Stock analyst report is hearsay. Financial data are irrelevant and unfairly prejudicial, especially in compensatory phase. | Admissible. |
| 1.0510 | MRK-NJ0155912 | MRK-NJ0155916 | 08/13/1999 | Letter from John Oates to Edward Scolnick Re: Thrombotic Complications Occurring in Patients with Antiphospholipid Syndrome | 801, 802. Hearsay - out of court statement by non-Merck employee. | Admissible with drafter and receiver of letter. |
| 1.0511 | MRK-NJ0162361 | MRK-NJ0162371 | 04/13/1998 | "Attachment #1, Dr. Alan Nies' writeup for meeting of Board of Scientific Advisors on" | None | None. |
| 1.0513 | MRK-NJ0170152 | MRK-NJ0170274 | 06/15/2000 | MRL Clinical Study Report: Protocol 90 | 602. Incomplete document. | Reserve ruling to see if incomplete. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.0514 | MRK-NJ0183397 | MRK-NJ0183402 | 11/06/2001 | Draft letter to Jonca Bull re: Amendment to the Supplemental New Drug Application | 401, 402, 403. Pre-dates Mason's use of probative value is substantially outweighed by prejudicial effect. Vioxx and the April 2002 label. Any | Admissible. |
| 1.0516 | MRK-NJ0189508 | MRK-NJ0189509 | 03/28/2000 | Email from Alan Nies to Barry Gertz R: Patrono on VIGOR | None | Admissible. |
| 1.0518 | MRK-NJ0209299 | MRK-NJ0209301 | 10/15/2001 | Email from Douglas Greene to Barry Gertz Re: William Harvey Research Conference | 401, 402, 403, 801, 802. Irrelevant and highly prejudicial. Document contains hearsay statements by non-Merck persons. | Admissible with drafter or receiver. |
| 1.0520 | MRK-NJ0210654 | MRK-NJ0210669 | 10/22/2001 | 906 Preliminary Analysis | None | None. |
| 1.0522 | MRK-NJ0214739 | MRK-NJ0214742 | 11/19/2001 | Memo from T. Simon and H. Quan to S. Reines and R. Bain subject Preliminary interim Results for the Vioxx Low-Dose Aspirin Endoscopy Study (Protocol 136) | None | None. |
| 1.0529 | MRK-NJ0259144 | MRK-NJ0259187 | 12/08/1997 | Memo re: MK-0966 (COX-2) project team minutes for November 17 1997 | None | None. |
| 1.0530 | MRK-NJ0260895 | MRK-NJ0260979 | 06/29/2000 | Vioxx sNDA (VIGOR Report) to FDA | Incomplete document | |
| 1.0531 | MRK-NJ0267715 | MRK-NJ0267777 | 01/08/2001 | "Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib)" | None | Admissible. |
| 1.0532 | MRK-NJ0272249 | MRK-NJ0272272 | 02/02/1998 | MRL Epidemiology Department Technical Report No. EPO71006.005.98 Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the Phase IIb/III VIOXX Osteoarthritis Clinical Trials | None | Admissible. |
| 1.0539 | MRK-NJ0317338 | MRK-NJ0317341 | 08/14/1997 | Email from Kyra Lindermann to Beth Seidenberg et al Re: MK9666 GI Outcomes Standby | None | None. |
| 1.0541 | MRK-NJ0320174 | MRK-NJ0320177 | 05/25/2000 | Email from Margie McGlynn to Alise Reicin | 401, 402, 403, 602, 801, 802. Analyst reports are inadmissible hearsay. Financial data are irrelevant and highly prejudicial, particularly at the compensatory stage. | Reserve ruling. |
| 1.0542 | MRK-NJ0333225 | MRK-NJ0333235 | 03/21/2001 | Memo Re: MK-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths | 401, 402, 403. Irrelevant because document concerns mortality and all-cause mortality, neither of which are at issue in this case. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.0544 | MRK-NJ0353996 | MRK-NJ0354027 | 10/25/2001 | MRL Response to Comments for Interim Cardiovascular Meta-Analysis | Compound exhibit, 401, 402, 403, 801, 802. Exhibit combines two unrelated documents. The document is hearsay, and contains hearsay statements from non-Merck employees. Also irrelevant and unfairly prejudicial given the lack of probative value. | Reserve ruling. |
| 1.0545 | MRK-NJ0362712 | MRK-NJ0362737 | 06/12/1998 | Proposal to Generate GI Outcomes Data on Vioxx | 401, 402, 403. Financial data are irrelevant and unfairly prejudicial in compensatory phase. | Reserve ruling. |
| 1.0581 | MRK-PRL0000114 | MRK-PRL0000115 | 03/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | None | Admissible. |
| 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 04/28/2000 | "Merck News Release ""Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx""" | None | Admissible. |
| 1.0584 | MRK-PRL0000124 | MRK-PRL0000127 | 05/24/2000 | Press Release - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. | None | None. |
| 1.0587 | MRK-PRL0000131 | MRK-PRL0000133 | 06/22/2000 | Press Release: Researchers present findings from the first study evaluating the efficacy and tolerability of Vioxx Celecoxib and Acetaminophen in the treatment of osteoarthritis | None | None. |
| 1.0630 | MRK-PRL0000424 | MRK-PRL0000428 | 08/26/2004 | Press Release: Merck Strongly Disagrees with Conclusions of Observational Analysis Presented at International Medical Meeting | None | None. |
| 1.0722 | MRK-NJ0090392 | MRK-NJ0090399 | | Vigor Data Analysis Plan Amendment | None | None. |
| 1.0726 | MRK-AAD0356476 | MRK-AAD0356477 | 10/03/2004 | Email from Peter Kim to Alise Reicin regarding NO-Naproxen | 401, 402, 403. Irrelevant because this is a post-withdrawal, and because this is a discussion about potential combinations of drugs that have not ever actually been combined. | Admissible. |
| 1.0727 | MRK-ACD0012344 | MRK-ACD0012344 | 09/20/2001 | "Email from Dawn Chitty to Christa Defusco, et al. regarding 'VIOXX CBE'" | None | None. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.0728 | MRK-ACX0017933 | MRK-ACX0017935 | 05/25/2000 | Email from Gregory Kylish to Jens Kasperzak et al attaching VIGOR - CV Obstacle Handling Aid | 401, 402, 403. This is a draft detail piece, not a final version that was actually used. Irrelevant because there is no evidence Mason's prescriber or anyone else connected to this case ever saw any version of this detail piece. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.0729 | MRK-AFO0128716 | MRK-AFO0128716 | 11/01/2001 | Email from Edward Scolnick to Karen Grosser regarding Vioxx Circular | 401, 402, 403. Pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.0732 | MRK-NJ0220388 | MRK-NJ0220454 | | Product Development Plan Stage 0 Review | None | Admissible. |
| 1.0739 | MRK-ABS0034494 | MRK-ABS0034577 | | Clinical Investigator's Confidential Informational Brochure | None | None. |
| 1.0812 | MRK-V 0000041 | MRK-V 0000041 | | Dorothy Hamill - Morning: 30 | 401, 402, 403. Irrelevant because there is no evidence this video had anything to do with Mr. Mason's decision to take Vioxx. Any probative value is substantially outweighed by prejudicial effect. | Reserve ruling. |
| 1.0815 | MRK-V 0000044 | MRK-V 0000044 | | "Dog Park" Letterbox: 30 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Mason ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | Reserve ruling. |
| 1.0816 | MRK-V 0000045 | MRK-V 0000045 | | Glimmer: 30 Reminder DR | 401, 402, 403. Irrelevant because there is no evidence that Mr. Mason ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | Reserve ruling. |
| 1.0817 | MRK-V 0000046 | MRK-V 0000046 | | Teacher: 60 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Mason ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | Reserve ruling. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.0818 | MRK-V 0000046 | MRK-V 0000046 | | Teacher: 60 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Mason ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | Reserve ruling. |
| 1.0819 | MRK-V 0000046 | MRK-V 0000046 | | Teacher: 30 | 401, 402, 403. Irrelevant because there is no evidence that Mr. Mason ever saw this video. Any probative value is substantially outweighed by prejudicial effect. | Reserve ruling. |
| 1.0966 | MRK-ABW0005449 | MRK-ABW0005475 | | Profit Plan 2002-Merck A&A Franchise | 401, 402, 403. The document contains profit and sales data, which are irrelevant and unfairly prejudicial in the compensatory phase of the trial. | Reserve ruling. |
| 1.0972 | MRK-AFO0286612 | MRK-AFO0286638 | 01/10/05 | "Draft article ""Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial" | 801, 802. The draft article contains hearsay from non-Merck authors. Also, articles, including drafts, are inadmissible hearsay. | Reserve ruling. May be more appropriate in cross. |
| 1.0973 | MRK-AGO0076955 | MRK-AGO0076990 | 01/13/05 | "Draft article ""Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial" | 801, 802. The draft article contains hearsay from non-Merck authors. Also, articles, including drafts, are inadmissible hearsay. | Reserve ruling. |
| 1.1002 | MRK-ADG0033592 | MRK-ADG0033618 | 11/16/2001 | A&A Operations Review | 401, 402, 403, 801, 802. The document contains profit and sales data, which are irrelevant and unfairly prejudicial in the compensatory phase of the trial. Survey responses are hearsay. | Reserve ruling. |
| 1.1004 | MRK-ABL0000609 | MRK-ABL0000654 | 06/21/1999 | VIOXX® INTERIM STAGE REVIEW | None | None. |
| 1.1005 | MRK-ABL0000688 | MRK-ABL0000690 | 07/15/1999 | Memorandum from RT Bissett re: Minutes of 6/25/99 HH PAC Meeting | None | None. |
| 1.1012 | MRK-NJ0121906 | MRK-NJ0121907 | 04/13/2000 | Email from James Bolognese to Alise Reicin re: RA and CV mortality | None | None. |
| 1.1014 | MRK-ABL0000938 | MRK-ABL0000941 | 06/06/2000 | Memorandum from R.T. Bissett re: Meeting Minutes-5/17/2000 HH PAC Meeting | None | Admissible. |
| 1.1016 | MRK-ABA0025859 | MRK-ABA0025860 | 02/27/2002 | Email from Anna Espistio to Peter DiBattiste RE: VALOR Study | None | None. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.1034 | MRK-S0420051001 | MRK-S0420051331 | 03/16/2005 | "MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK-0966) on the Recurrence of Neoplastic Pol | None | None. |
| 1.1035 | MRK-ABW0000797 | MRK-ABW0000963 | 02/08/2001 | FDA Advisory Committee Background Information for VIGOR | None | None. |
| 1.1044 | MRK-ACC0009462 | MRK-ACC0009462 | NONE | Merck & Co. Inc.-Code of Conduct for Clinical Trials | None | None. |
| 1.1049 | NONE | NONE | 2003 | Physicians Desk Reference-54th Edition 2003 | None | None. |
| 1.1052 | NONE | NONE | 2000 | Physicians Desk Reference-51st Edition 2000 | 401, 402, 403. Pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.1066 | MRK-NJ0244665 | MRK-NJ0244672 | 12/04/1998 | Patient Informed Consent FOR Study to Assess the Incedence of PUBs During Chronic Treament with MK-0960 or Naproxen in Patients with Rheumatoid Arthritis | None | None. |
| 1.1073 | MRK-ACR0009148 | MRK-ACR0009149 | 04/07/2001 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter | 401, 402, 403. Pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.1081 | MRK-AAO000035 | MRK-AAO000072 | 01/01/2000 | Anti - inflammatory and analgesic TBG - 2000 profit plan | 401, 402, 403. The document contains profit and sales data, which are irrelevant and unfairly prejudicial in the compensatory phase of the trial. | Reserve ruling. |
| 1.1084 | MRK-ABW0000581 | MRK-ABW0000607 | 02/08/2001 | FDA Advisory Committee Briefing Document | None | None. |
| 1.1085 | MRK-NJ0174804 | MRK-NJ0175048 | 02/08/2001 | Transcript of the Arthritis Advisory Committee Meeting | 801, 802. The transcript is hearsay. | Reserve ruling. Maybe under cross. |
| 1.1086 | MRK-ABH0014143 | MRK-ABH0014166 | 05/12/1998 | "Memo from Suzanne Pemrick to Project Team Members regarding Project Team Minutes for May 12, 1998" | None | Admissible. |
| 1.1094 | MRK-ABH0016104 | MRK-ABH0016104 | 09/11/1999 | Email from Peter Emsler to Edward Scolnick regarding Vioxx DTC | None | None. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.1097 | MRK-ABI0011772 | MRK-ABI0011787 | 09/29/2004 | Questions and Answers: VIOXX Voluntary Market Withdrawal | 401, 402, 403, 602. Dr. Scolnick does not have personal knowledge of the document. The document is also irrelevant and any probative value is substantially outweighed by prejudicial effect. | Admissible with appropriate witness. |
| 1.1098 | MRK-AFJ0001537 | MRK-AFJ0001537 | 11/08/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | 401, 402, 403. Pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.1099 | MRK-ABT0000639 | MRK-ABT0000639 | 04/15/2000 | Email from Alise Reicin to Edward Scolnick regarding Background Material for 4/18/00 | None | None. |
| 1.1100 | MRK-ABT0014818 | MRK-ABT0014827 | | VIOXX Outcomes Study Potential Designs | None | None. |
| 1.1103 | MRK-AAR0033237 | MRK-AAR0033243 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | 401, 402, 403. Even if Mason's prescriber had seen the CV Card, use of the CV Card by Merck sales reps was discontinued upon approval of the April 2002 label, and the information in the CV Card was superceded by the information in that label. | Admissible. |
| 1.1104 | MRK-NJ0030204 | MRK-NJ0030204 | 10/09/2001 | "Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH" | None | None. |
| 1.1106 | MRK-ABI0017814 | MRK-ABI0017814 | 03/28/2000 | "Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR" | 801, 802. The email contains hearsay statements from non-Merck personnel. | Admissible with appropriate witness. |
| 1.1123 | MRK-I894009639Z | MRK-I894009644S | | Protocol 201 (VIP) CSR | None | None. |
| 1.1130 | | | 05/04/2000 | Dear Doctor Letter from Jeffrey Melin | 401, 402, 403, 901, 902. There is no foundation for the handwriting on p. 3 and p. 4, and it appears that of plaintiffs' expert Dr. Egilman. No connection to this case. | Admissible. |
| 1.1131 | MRK-ABW0000062 | MRK-ABW0000063 | 09/13/2001 | MVX for Vioxx - DWA to USHH US fields sales force | None | None. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.1132 | MRK-00420008l8 | MRK-00420008123 | 06/29/2000 | Excerpts of 6/29/00 sNDA for VIGOR | 401, 402, 403. Pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 07/12/2001 | "US Long Range Operating Plan Franchise: Analgesi & Anti-Inflammatory Products: Vioxx, Etoricoxib" | 401, 402, 403. Sales data are irrelevant and unfairly prejudicial in compensatory phase. With regard to labeling projections, pre-dates Mason's use of Vioxx and the April 2002 label. | Admissible. |
| 1.1140 | MRK-18940078840 | MRK-18940078842 | 05/04/2004 | "Letter to Brian Harvey from Diane Louie regarding IND 46,894" | 901. Incomplete document. Exhibit contains two unrelated documents. | Admissible with receiver or sender. |
| 1.1141 | MRK-NJ0214478 | MRK-NJ0214478 | 11/21/2001 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design | None | None. |
| 1.1142 | MRK-ABC0017482 | MRK-ABC0017482 | 08/13/1997 | "Email from Alan Nies and Alise Reicin to Jim Bolognese, et al. regarding GI Outcomes Study" | None | None. |
| 1.1144 | MRK-ACD0105492 | MRK-ACD0105815 | 06/20/2000 | CSR for Protocol 088/089 (VIGOR) | None | None. |
| 1.1160 | MRK-AAF0003713 | MRK-AAF0003715 | 02/27/2001 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 | None | None. |
| 1.1184 | MRK-NJ0017794 | MRK-NJ0017822 | 02/18/1998 | "Memo from Briggs Morrison to Alan Nies, et al regarding Manuscript for Protocol 023" | 801, 802. Hearsay -- contains out of court statements from non-Merck personnel followed by inadmissible draft article. | Admissible with receiver or sender. |
| 1.1188 | MRK-AAR0038848 | MRK-AAR0038848 | | Support/Limit Statements | 401, 402, 403. Any probative value is substantially outweighed by prejudicial effect. Irrelevant because there is no evidence that the prescribing physician or any other doctor in this case was exposed to any of these detail pieces or messages. | Reserve ruling. |
| 1.1194 | MRK-AD10800000 | MRK-AD10800045 | | Personnel File of Jan Weiner | 401, 402, 403. Individual employee's personnel file is not probative of any issue in this case. This employee's responsibilities involved press releases, which are not relevant given the facts of this case. | Not admissible. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.1198 | MRK-JRAA0000438 | MRK-JRAA0000451 | 06/01/2000 | Memo from L. R. Mandel to Licensing Management Committee Members regarding the agenda for 3/30/00 meeting | None | None. |
| 1.1219 | MRK-S0420111979 | MRK-S0420111985 | 05/03/2005 | Memo of Type A Face to Face Meeting of NDA 21-042 | 401, 402, 403. These post-withdrawal communications between Merck and FDA are irrelevant to the issues in this case and any probative value is substantially outweighed by the prejudicial effect. | Reserve ruling. |
| 1.1227 | MRK-AAD0800069 | MRK-AAD0800079 | | 2003 Year-End Review for Alise Reicin | 401, 402, 403. Individual employee's personnel file is not probative of any issue in this case. | Reserve ruling. |
| 1.1231 | MRK-NJ0071320 | MRK-NJ0071332 | 07/05/2000 | Memo from Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update - VIGOR | None | Admissible. |
| 1.1234 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | 07/12/2001 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 | None | None. |
| 1.1240 | MRK-AGO0077012 | MRK-AGO0077013 | 01/31/2005 | Email from Marvin Konstam to Christopher Lines et al regarding APPROVe Paper | 801, 802. The exhibit contains hearsay from a non-Merck employee. | Admissible. |
| 1.1245 | MRK-AFV0341732 | MRK-AFV0341794 | 07/21/2001 | VIGOR/RA SNDA Reviews: Response to Merck's Complete Response to Approvable Letter | None | None. |
| 1.1249 | MRK-AAC0139936 | MRK-AAC0139937 | 01/27/2004 | Email from Christopher Lines to Eric Yuen regarding Vioxx Prot 078 Paper | None | None. |
| 1.1256 | MRK-NJ0362784 | MRK-NJ0362790 | 03/01/2000 | Version 2 Standby Statement 0 Vioxx and Cardiovascular Events in VIGOR | 401, 402, 403. Draft, not final document. Irrelevant and highly prejudicial. | Admissible. |
| 1.1397 | MRK-AJA0119085 | MRK-AJA0119087 | 05/26/2000 | Email from Linda Nelsen to Alise Reicin Re: Adjudication results for 11 events after 2/10/00 | 602. Foundation objection if used with a witness (like Curfman) who has never seen this before. | Admissible with appropriate witness. |
| 1.1465 | EIT 000211 | EIT 000248 | 02/01/2001 | Handwritten Note of Topol of Targum's Reivew | 602. Foundation objection if used with a witness who has never seen this before. | Reserve ruling. |
| 1.1485 | MRK-AFI0045078 | MRK-AFI0045078 | 08/23/1999 | Email from Charlotte McKines to Susan Baumgartner Re: Background - Dr. Andrew Welton | 401, 402, 403. Irrelevant because not related to any of the doctors in this case. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.1491 | MRK-ADG0057776 | MRK-ADG0057845 | | Slides from Presentation by Tom Cannell | None | None. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.1492 | MRK-ADG0059921 | MRK-ADG0059921 | 06/05/2002 | "Email from Thomas Cannell to Antonia Sisti, et al., Re: """3, 2, 1 Go""" theme""" | 401, 402, 403. This email relates to a specific marketing program, and there is no evidence that Mr. Mason or his doctors ever saw that marketing program. Therefore the document is irrelevant and any probative value is substantially outweighed by the prejudicial effect. | Reserve ruling. |
| 1.1512 | MRK-ADI0015428 | MRK-ADI0015428 | 10/19/2000 | "Email from Deb Wambold to Mary Bussman, et al., Re: Updated Master Briefing Book for Vioxx"""" | None | None. |
| 1.1522 | | | 04/30/1999 | Memo from Juan Pelayo to Sandra Cook Re: Consultation NDA 21-042 - Review of Cardiovascular and Renal Safety database | None | None. |
| 1.1568 | MRK-ACI0004568 | MRK-ACI0004591 | 08/26/2002 | 2003 Profit Plan for Vioxx | 401, 402, 403. Sales and financial data are irrelevant and unfairly prejudicial, especially in the compensatory phase. | Reserve ruling. |
| 1.1686 | MRK-NJ0274249 | MRK-NJ0274249 | 06/20/2000 | "Page C-27, Figure C-2 of Comparison of Rofecoxib , A Highly Selective-Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial"""" (Curfman Deposition Exhibit # | 602, 801, 802. No foundation, hearsay, incomplete document. | Reserve ruling. |
| 1.1702 | MRK-ABI0003662 | MRK-ABI0003679 | 04/04/2001 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice (Anstice Deposition Exhibit #130) | 401, 402, 403. Sales and financial data are irrelevant and unfairly prejudicial, especially in the compensatory phase. | Reserve ruling. |
| 1.1790 | MRK-ABW0011849 | MRK-ABW0011864 | | Vioxx Going on OFFENSE (Ex. 20 to Dixon depo 1/19/05) | 602. Foundation objection if used with any witness who has never seen this document before. | Admissible. |
| 1.1813 | MRK-ABW0008495 | MRK-ABW0008514 | 09/10/2001 | Cardiovascular and Renal Review, HHMC | 401, 402, 403. Irrelevant because no evidence any of the doctors in this case were exposed to any of these marketing messages. Any probative value is substantially outweighed by the prejudicial effect. | Admissible. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.1833 | MRK-ABI0003479 | MRK-ABI0003481 | 02/14/2001 | Results of Label Message Test for VIGOR | 401, 402, 403. Irrelevant because survey respondents have nothing to do with this case (not plaintiff or doctors). Also, pre-dates Mason's use of Vioxx and the April 2002 label. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.2612 | MRK-AFI0201399 | MRK-AFI0201399 | 04/29/1999 | Email from Susan Baumgartner to Leonardo Mendez Re: Physicians to neutralize | 401, 402, 403. No evidence any of the physicians mentioned ever had any contact with anyone in this case. Any probative value is substantially outweighed by prejudicial effect. | Admissible. |
| 1.2631 | MRK-AFI0201415 | MRK-AFI0201442 | | Email from Baumgartner to Bel, et a. re: Physicians to neutralize | 401, 402, 403, 801, 802. No evidence any of the physicians mentioned ever had any contact with anyone in this case. Any probative value is substantially outweighed by prejudicial effect. Document contains hearsay statements. | Admissible. |
| 1.2649 | MRK-ABI0002453 | MRK-ABI0002454 | | Direct to Consumer Marketing for Vioxx | 401, 402, 403. Irrelevant because there is no evidence that direct-to-consumer advertising played any factor in Mr. Mason's decision to take Vioxx. Any probative value is substantially outweighed by the prejudicial effect. | Admissible. |
| 1.2692 | | | | Merck's 2000 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. | Reserve ruling. |
| 1.2693 | | | | Merck's 2001 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. | Reserve ruling. |
| 1.2694 | | | | Merck's 2003 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. | Reserve ruling. |
| 1.2695 | | | | Merck's 2005 Annual Report and 10K. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. | Reserve ruling. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 1.2696 | | | | Merck's 2004 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. | Reserve ruling. |
| 1.2697 | | | | Merck's 1999 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. | Reserve ruling. |
| 1.2698 | | | | Merck's 2002 Form 10-K Annual Report. | 401, 402, 403. Sales data are irrelevant and highly prejudicial, especially in compensatory phase. | Reserve ruling. |
| 1.2710 | MRK AKC 0014303 | MRK-AKC0014320 | Sept/Oct2001 | "PMRD (Promotion Message Recall Data) An Exclusive Service of the com.DAT Division, dtw Marketing Research Group, Inc."" " | 401, 402, 403, 801, 802. Document consists entirely of inadmissible hearsay statements. Irrelevant because document has nothing to do with any of the doctors in this case. Any probative value is substantially outweighed by the prejudicial effect. | Admissible. |
| 1.2719 | NEJM000374 | | 12/29/2005 | """Expression of Concern"" article re VIGOR. [N Eng J Med 2005; 353: 2813-14]" | 801, 802. Document is inadmissible hearsay. | Admissible to show conduct of Merck. |
| 1.2722 | | NEJM000375 | | Handwritten note between Dr. Brunstein and Brian Harvey (7/19/2006 Brunstein (Vol. II) Depo - Exhibit 24). | 401, 402, 403, 602, 901, 902. Irrelevant because post-withdrawal. Any probative value is substantially outweighed by prejudicial effect. Lack of foundation if used with any witness who cannot authenticate the handwriting. | Admissible with drafter or receiver. |
| 1.2724 | | | | APPROVE Investigator reported AE's | None | None. |
| 1.2725 | | | 3/17/2006 | NEJM: Response to Expression of Concern Regarding VIGOR Study. | 801, 802. Documents are hearsay; letters to the editor of NEJM and the first page of Topol article. 901. Appears to be two documents molded together, and one is the first page of an article. | Reserve ruling. |
| 4.0005 | | | 6/13/2006 | Alta View Hospital - Film / X-ray Records (3 pages of records) | None | |
| 4.0005A | | | 7/25/2003 | Alta View Hospital - Films dated 07/25/03 | Cannot view electronic copy provided by Plaintiff. Reserves the right to object once hard copy is viewed. | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 4.0005B | | | 6/10/2005 | Alta View Hospital - Films dated 06/10/05 | Cannot view electronic copy provided by Plaintiff. Reserves the right to object once hard copy is viewed. | |
| 4.0010 | | | 8/14/2006 | Cottonwood Hospital - Film / X-ray Record | Xray not provided by Plaintiff. Reserves the right to object once hard copy is viewed. | |
| 4.0010A | | | | Cottonwood Hospital - Films | Cannot view electronic copy provided by Plaintiff. Reserves the right to object once hard copy is viewed. | |
| 4.0011 | | | 8/15/2006 | Gold Cross Ambulance - Transport Records (4 pages of records) | None | |
| 4.0012 | | | 8/15/2006 | Gold Cross Ambulance - Billing Records (2 pages) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0013 | | | 6/15/2006 | Heart and Lung Institute of Utah - Medical Records (14 pages of records) | None | |
| 4.0013A | | | | Heart and Lung Institute of Utah - Medical Records with deposition (129 pages of records) | None | |
| 4.0014 | | | 9/5/2006 | Heart and Lung Institute of Utah Dr. James Quan - Medical Records with deposition (86 pages of records) | None | |
| 4.0015 | | | 6/19/2006 | Heart and Lung Institute of Utah - Billing Records (2 pages of records) | None | |
| 4.0016 | | | 8/18/2006 | Intermountain Healthcare / Select Health - Insurance records (55 pages of records) | None | |
| 4.0017 | | | | LabCorp - Pathology / Diagnostic Records | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0018 | | | 6/21/2006 | LDS Hospital - Medical Records (90 pages of records) | None | |
| 4.0019 | | | 8/9/2006 | LDS Hospital - Billing Records (5 pages of records) | None | |
| 4.0020 | | | 5/16/2006 | LDS Hospital - X-ray Records | None | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 4.0020A | | | 5/16/2006 | LDS Hospital - X-rays (1disk) | Cannot view electronic copy provided by Plaintiff. Reserves the right to object once hard copy is viewed. | |
| 4.0021 | | | | Medco Pharmacy Records - Medical | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0022 | | | | Mount Olympus Radiology Group - Billing | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0023 | | | | Mountain Medical Physicians - Physician Billing | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0024 | | | 8/7/2006 | North American Company for Life & Health Insurance - Claims Records (82 pages) | None | |
| 4.0025 | | | | Pathology Associates Medical Services - Pathology Records (12 pages) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0026 | | | | Pathology Associates Medical Services - Billing (1 page) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0027 | | | | Quest Diagnostics - Pathology Records | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0028 | | | 6/14/2006 | Salt Lake City Clinic - Medical Records (4 pages) | None | |
| 4.0029 | | | 6/14/2006 | Salt Lake City Clinic - Billing Records (1 page) | None | |
| 4.0030 | | | 6/15/2006 | Sandy Family Practice - Medical Records (67 pages) | None | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 4.0031 | | | 8/8/2006 | Sandy Family Practice - Billing Records (9 pages) | None | |
| 4.0032 | | | 8/7/2006 | Sandy Health Care (fka Salt Lake Clinic) - Medical Records (23 pages) | None | |
| 4.0033 | | | 8/7/2006 | Sandy Health Care (fka Salt Lake Clinic) - Billing Records - ANR | None | |
| 4.0044 | | | 7/18/2006 | Sandy Instacare Clinic - Medical Records (1 page) | None | |
| 4.0045 | | | | Sandy Instacare Clinic - Billing Records (1 page) | None | |
| 4.0046 | | | 6/21/2006 | Sav-On Pharmacy - Pharmacy Records (20 pages) | None | |
| 4.0047 | | | 6/15/2006 | Southwest Dental - Dental Records (8 pages) | None | |
| 4.0048 | | | | South Valley Surgical Associates - Medical Records | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0049 | | | | South Valley Surgical Associates - Billing Records | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0050 | | | | The Heart Center - Medical Records (8 pages) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0051 | | | 9/5/2006 | The Heart Center - Billing Records (1 page) | None | |
| 4.0052 | | | 7/12/2006 | Unipath - Pathology Records (2 pages) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0053 | | | | United Healthcare of Utah - Insurance records | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0054 | | | 6/14/2006 | Utah First Credit Union - Personnel & Payroll (108) pages) | None | |
| 4.0055 | | | 2003 | Color photos of Cardiolite Scans of Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 4.0056 | | | 2003 | Cardiolite Scans of Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0057 | | | 2005 | Color photos of Cardiolite Scans of Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0058 | | | 2005 | Cardiolite Scans of Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0059 | | | 7/25/2003 | Chest X-rays from LDS Hospital of Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0060 | | | 7/25/2003 | Films Heart Catherization from Dr. Gunellon of Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0061 | | | Aug-03 | Films of Heart Catheterization from Dr. Symkoviak of Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0062 | | | | W2s, tax Statements and other tax related documents regarding Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0063 | | | | IRS Tax Records for Charles Mason's taxes | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.0064 | | | | Social Security Records of Charles Mason | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | |
| 4.2000 | MRK-MPF0206835 | MRK-MPF0206843 | 3/26/2006 | Merck Profile Form dated March 26, 2006 | None | |
| 4.2001 | MRK-MPF0206844 | MRK-MPF0206845 | | Merck's "Dear Doctor Report" of correspondence sent to Karen Olson-Fields (attachment to MPF 3-26 06) | None | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 4.2002 | MRK-MPF0206846 | MRK-MPF0206847 | | Merck's "Dear Doctor Report" of correspondence sent to Dr. Doug Vogeler (attachment to MPF 3-26-06) | None | |
| 4.2003 | MRK-MPF0206848 | MRK-MPF0206870 | | Sales Call Notes between Merck Sales Representative and Karen Olson-Fields (attachment to MPF 3-26-06) | None | |
| 4.2004 | MRK-MPF0206871 | MRK-MPF0206910 | | Documentation regarding sames given to Dr. Douglas Vogeler and Karen Olson-Fields (attachment to MPF 3-26-06) | None | |
| 4.2005 | MRK-MPF0206911 | MRK-MPF0207155 | | Documentation regarding retention of Plaintiff's Prescribing Physicians as a speaker - redacted (attachment to MPF 3-26-06) | 401, 402, 403: Deals with consulting programs Dr. Vogeler participated in prior to Vioxx being on the market. | |
| 4.2006 | MRK-MPF0207156 | | | Program Notes for Dr. Vogeler (attachment to MPF 3-26-06) | None | |
| 4.2007 | MRK-MPF0207157 | MRK-MPF0207165 | | Documentation regarding attendance of Dr. Douglas Vogeler and Karen Olson-Fields at Merck-sponsored conferences and/or events (attachment to MPF 3-26-06) | None | |
| 4.2008 | MRK-SMPF0001337 | MRK-SMPF0001348 | 5/16/2006 | Merck Supplemental Profile Form dated May 16, 2006 | None | |
| 4.2009 | MRK-SMPF0001350 | MRK-SMPF0001353 | | Merck's "Dear Doctor Report" of correspondence sent to Karen Olson-Fields (attachment to MPF 5-16-06) | None | |
| 4.2010 | MRK-AKT0025045 | MRK-AKT0025058 | 11/19/2001 | VIOB681: PIR Letter addressed to Karen Olson-Fields (identified but not produced in Merck's Supplemental Profile Form dated 5-16-06) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| 4.2011 | MRK-AKT4157855 | MRK-AKT4157855 | 3/14/2000 | VIO8553: PIR Letter addressed to Karen Olson-Fields "the design and duration of the acute pain clinic trials conducted with VIOXX" (identified but not produced in Merck's Supplemental Profile Form dated 5-16-06) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| 4.2012 | MRK-AKT4162144 | MRK-AKT4162152 | 3/22/2000 | VIO8140: Letter to Karen Olson-Fields (identified but not produced in Merck's Supplemental Profile Form dated 5-16-06) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| 4.2013 | MRK-AKT0121157 | MRK-AKT0121164 | 8/9/2000 | VIO8148: Letter to Dr. Douglas Vogeler "a comparison of Vioxx and Celebrex" (identified but not produced in Merck's Supplemental Profile Form dated 5-16-06) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 4.2014 | MRK-SMPF0001354 | MRK-SMPF0001376 | | Call Notes for Karen-Olson-Fields and Dr. Douglas Vogeler (attached to Merck's Supplemental Profile Form 5-16-06) | None | |
| 4.2015 | MRK-SMPF0001377 | MRK-SMPF0001416 | | Customer Disbursements Reports for Karen Olson-Fields and Dr. Douglas Vogeler (attached to Merck's Supplemental Profile Form 5-16-06) | None | |
| 4.2016 | MRK-SMPF0001417 | MRK-SMPF0001431 | | "Consulting with Plaintiff's Dispensing Healthcare Provider" documents (attached to Merck's Supplemental Profile Form 5-16-06) | 401, 402, 403: Deals with consulting programs Dr. Vogeler participated in prior to Vioxx being on the market. | |
| 4.2017 | MRK-SMPF0001432 | MRK-SMPF0001440 | | Reports of Merck' Sponsored Conferences and Events attended by Plaintiff's Healthcare providers, Karen Olson-Fields and Dr. Douglas Vogeler (attached to Merck's Supplemental Profile Form 5-16-06) | None | |
| 4.2018 | MRK-AMI0000001 | MRK-AMI0001098 | | "Universal Production of National Print and Television Advertising Data (identified but not produced in Merck's Supplemental Profile Form 5-16-06) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| 4.2019 | MRK-SMPF0018538 | MRK-SMPF0018553 | 6/24/2006 | Merck Supplemental Profile Form date June 24, 2006 | None | |
| 4.2020 | MRK-SMPF0018554 | MRK-SMPF0018555 | | Merck's "Dear Doctor Report" of correspondence sent to Karen Olson-Fields (attachment to Merck's Supplemental Profile Form 5-16-06) | None | |
| 4.2021 | MRK-SMPF0018556 | MRK-SMPF0018577 | | Call Notes for Karen-Olson-Fields and Dr. Douglas Vogeler (attached to Merck's Supplemental Profile Form 6-24-06) | None | |
| 4.2022 | MRK-SMPF0018578 | MRK-SMPF0018581 | | Documentation regarding samples given to Dr. Douglas Vogeler and Karen Olson-Fields (attachment to Merck's Supplemental Profile Form 3 26-06) | None | |
| 4.2023 | MRK-SMPF0018582 | MRK-SMPF0018583 | | "Consulting with Plaintiff's Dispensing Healthcare Provider" documents (attached to Merck's Supplemental Profile Form 6-24-06) | None | |
| 4.2024 | MRK-SMPF0018584 | MRK-SMPF0018585 | | Reports of Merck' Sponsored Conferences and Events attended by Plaintiff's Healthcare providers, Karen Olson-Fields and Dr. Douglas Vogeler (attached to Merck's Supplemental Profile Form 6-24-06) | None | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 4.2025 | MRK-AMI0000001 | MRK-AMI0001098 | | "Universal Production of National Print and Television Advertising Data (identified in Merck's Supplemental Profile Form 6-24-06) | None | |
| 4.2026 | MRK-AKT0025045 | MRK-AKT0025058 | 11/19/2001 | VIO8681: PIR Letter addressed to Karen Olson-Fields (identified in Merck's Supplemental Profile Form dated 5-16-06) | None | |
| 4.2027 | MRK-AKT4157855 | MRK-AKT4157855 | 3/14/2000 | VIO8553: PIR Letter addressed to Karen Olson-Fields "the design and duration of the acute pain clinic trials conducted with VIOXX" (identified in Merck's Supplemental Profile Form dated 5-16-06) | None | |
| 4.2028 | MRK-AKT4162144 | MRK-AKT4162152 | 3/22/2000 | VIO8140: Letter to Karen Olson-Fields (identified in Merck's Supplemental Profile Form dated 5-16-06) | None | |
| 4.2029 | MRK-AKT0121157 | MRK-AKT0121164 | 8/9/2000 | VIO8148: Letter to Dr. Douglas Vogeler "a comparison of Vioxx and Celebrex" (identified in Merck's Supplemental Profile Form dated 5-16-06) | None | |
| 4.2030 | MRK-P0000704 | MRK-P0011363 | | "Dear Doctor Letters" (attachment to Merck's Supplemental Profile Form 6-24-06) | None | |
| 4.2031 | MRK-AKT0000001 | MRK-AKT4391204 | | "Universal Mercury Database Vioxx PIRs" (identified to Merck's Supplemental Profile Form 6-24-06) | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| 4.2032 | MRK-IMS0000029 | MRK-IMS0000029 | | Karen Olson-Fields, R.N., F.N.P, Prescriber RX history, IMS data produced by Merck, IMS Reference No. 1887552 | None | |
| 4.2033 | MRK-IMS0000033 | MRK-IMS0000033 | | Douglas Vogeler, M.D., Prescriber RX history, IMS data produced by Merck, IMS Reference No. 58351 | None | |
| 4.2034 | MRK-ZAH0000050 | | | Master Database provided by Merck with IMS Data | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| 4.2035 | MRK-ZAH0000063 | | | Merck's production of an extract from the Merck FACTS Database with IMS Data for Dr. Douglas Vogeler and Karen Olson-Fields | None | |
| 4.2036 | MRK-MSNAA0000001 | MRK-MSNAA0000030 | | Merck's Production of IMS Data for Plaintiff's Prescribing Physicians | None | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 4.2037 | MRK-MSNAB0000001 | MRK-MSNAB0008765 | | Merck's Production of Custodial Files of Nancy Neilsen | 401, 402, 403. This is the entire custodial file for a sales rep who was not deposed or identified on either party's witness list. | |
| 4.2038 | MRK-MSNAC0000001 | MRK-MSNAC0004282 | | Merck's Production of Custodial Files of Jim Lawrence | 401, 402, 403. This is the entire custodial file for a sales rep who was not deposed or identified on either party's witness list. | |
| 4.2040 | MRK-ALZ0000001 | MRK-ALZ0000144 | | Merck's production of APPROVe data handling guidelines | Plaintiff has not provided Merck with the proposed exhibit. The file for this exhibit on the CD Plaintiff provided is empty. Merck reserves the right to object upon inspection of this document. | |
| 4.2044 | MRK-ZAY0000031 | MRK-ZAY0000038 | | Merck's supplemental production of SAS format for the VICTOR trial provided by Oxford University | Plaintiff has not provided Merck with the proposed exhibit. The file for this exhibit on the CD Plaintiff provided is empty. Merck reserves the right to object upon inspection of this document. | |
| 4.2045 | MRK-APA0000001 | MRK-APA0000028 | | Merck's production fo VICTOR data documentation provided by Oxford University | Plaintiff has not provided Merck with the proposed exhibit. The file for this exhibit on the CD Plaintiff provided is empty. Merck reserves the right to object upon inspection of this document. | |
| 4.2046 | MRK-ZBR0000041 | MRK-ZBR0000079 | | Merck's supplemental production of Files related to the APPROVe study and related data documents | Plaintiff has not provided Merck with the proposed exhibit. The file for this exhibit on the CD Plaintiff provided is empty. Merck reserves the right to object upon inspection of this document. | |
| 4.5000 | | | 1997 | American Association of Advertising Agencies, cited in Koller's Marketing Management 9th Edition, 1997 Page 60 | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves the right to object upon inspection of this document. | |
| 5.5024 | | | | Rep Contacts in Date Order/Notes (First date: Huber, Donna 01/01/1994; Last date: Block, Amy 08/13/2003. | 801, 802. Document contains hearsay statements by non-Merck persons. | Reserve ruling. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| 5.5025 | | | | Rep Contacts in Date Order/Notes - 1/01/1994 - 8/13/2003. | 801, 802. Document contains hearsay statements by non-Merck persons. | Reserve ruling. |
| 5.5026 | | | | Rep table. | 602, 902. Lack of foundation or authentication. | Reserve ruling. |
| 5.5033 | | | | Any and all exhibits from the deposition(s) of David Anstice | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon receipt of the document | Reserve ruling. |
| 5.5039 | | | | Any and all exhibits to the deposition of Malichi Mixon. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | Reserve ruling. |
| 5.5040 | | | | Any and all exhibits to the deposition of Laura Demopoulos. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | Reserve ruling. |
| 5.5050 | | | | Any and all exhibits to the deposition of Charlotte McKines. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | Reserve ruling. |
| 5.5051 | | | | Any and all exhibits to the deposition of James Fries, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | Reserve ruling. |
| 5.5052 | | | | Any and all exhibits to the deposition of Marilyn Krahe. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | Reserve ruling. |
| 5.5054 | | | | Any and all exhibits to the deposition of Jo Jerman. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | Reserve ruling. |
| Anstice Ex. No. 166 | | | | "Table of All Deaths and/or Confirmed Adjudicated Serious Thromboembolic AE's from VIGOR" - Introduced as a Table reflecting the mortality data from Vigor | Document is incomplete and appears to be one page of a much larger document. | Reserve ruling. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| CM.0002 | | MRK-ABO0001407 | 06/05/2000 | "Email string from Niekelski to Melon, Daniels, Dervishian, Russell, Lahner, Bassman, Baumgartner, Bazmi, Bell, Bourdow, Chope, Coppola, El-Dada, McKines, Morio, Reiss, Rode, Wawczak, Wynd, Yarborough re: Vioxx Cardiovascular Safety Issues Unresolved; GI | 401, 402, 403, 801, 802. Contains hearsay report from third-party analyst. Analyst's opinion on the meaning of the Vigor results is more prejudicial than probative. | Reserve ruling. |
| CM.0005 | MRK-AFI0043906 | MRK-AFI0043923 | NO DATE | "List of Physicians with information provided by A&A with comments from National HSAs, RMDs, TBG, etc. | 401, 402, 403, 801, 802.  No evidence any of the physicians mentioned ever had any contact with anyone in this case. Any probative value is substantially outweighed by prejudicial effect.  Document contains hearsay statements. | Reserve ruling. |
| CM.0006 | MRK-ADN0018203 | MRK-ADN0018222 | 2000 | Vioxx Consumer Marketing 2000 Profit Plan (powerpoint presentation) | 401, 402, 403.  Sales and financial data are irrelevant and unfairly prejudicial, especially in the compensatory phase. | Reserve ruling. |
| CM.0008 | MRK-ADA0015245 | MRK-ADA0015277 | 07/14/1999 | 2000 Profit Plan Extended Team Meeting for Vioxx | 401, 402, 403.  Sales and financial data are irrelevant and unfairly prejudicial, especially in the compensatory phase. 901. Unidentified handwriting on document. | Reserve ruling. |
| CM.0009 | MRK-ADK0003208 | MRK-ADK0003340 | 07/07/2000 | Year 2000 Advocate Plan for Merck Coxibs (Draft) | 401, 402, 403. More prejudicial than probative because no indication that the prescriber in this case was involved in any of the marketing programs discussed in this document, which dated years before Mr. Mason's prescription. 901. Document is a draft and also appears to be several documents stuck together. | Reserve ruling. |
| CM.0013 | MRK-ABI0000441 | MRK-ABI0000441 | 09/28/1999 | "Email from Anstice to McKines, Dixon, Donnelly, and Tacconi re: Vioxx and Consumer Awareness and the need to gather more data; similar to CM.0014, but with additional email strings attached regarding the same." | 401, 402, 403. No evidence that DTC advertising had any impact on Mr. Mason's decision to take Vioxx. More prejudicial than probative. | Reserve ruling. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| CM.0026 | MRK-AFI0038769 | MRK-AFI0038772 | 1999 | List of Physicians | 401, 402, 403. More prejudicial than probative because Mr. Mason's prescriber is not on this list and document has no connection to this case. | Reserve ruling. |
| CM.0034 | MRK-AFI0043358 | MRK-AFI0043359 | 04/30/1999 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner email of 04/29/1999 attached. | 401, 402, 403. More prejudicial than probative because Mr. Mason's prescriber is not on this list and document has no connection to this case. | Reserve ruling. |
| CM.0051 | MRK-ADI0017595 | MRK-ADI0017597 | 01/25/1999 | Email string from Higbee to Weiner, Lindemann, Fanelle in regards to Intelligence/NEJM* | 401, 402, 403, 602, 801, 802. Document discusses several physicians who have no connection to Mr. Mason's case. Contains hearsay and speculative statements and a hearsay newspaper article. | Reserve ruling. |
| CM.0052 | MRK-ADI0013761 | MRK-ADI0013764 | 02/10/1999 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM | 401, 402, 403, 602, 801, 802. Document discusses several physicians who have no connection to Mr. Mason's case. Contains hearsay and speculative statements and a hearsay newspaper article. | Reserve ruling. |
| CM.0059 | MRK-ACI0005170 | MRK-ACI0005215 | 04/09/2002 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. | 401, 402, 403. There is no evidence that DTC advertising had any impact on Mr. Mason's decision to take Vioxx. Contains several pages of slides about other drugs. | Reserve ruling. |
| CM.0060 | MRK-EAD0001604 | MRK-EAD0001605 | 05/19/2000 | Email from Douglas Wynd to Dreyer and Miles RE: For your eyes only - Draft VIGOR Messages with attachments | 401, 402, 403. Draft Vigor messages from 2000 are not relevant to this case, where Mr. Mason was prescribed Vioxx in September 2002, after the Vigor label came out. Unidentified handwriting on document. | Reserve ruling. |
| CM.0071 | MRK-AKO0026709 | MRK-AKO0031103 | 1998-2000 | Merck Disbursement Voucher Requests | 401, 402, 403. Vouchers for payments to individuals and entities with no connection to this case. More prejudicial than probative. | Reserve ruling. |
| CM.0072 | MRK-ACI0004336 | MRK-ACI0004445 | 2000 | 2000 Profit Plan | 401, 402, 403. Sales data are irrelevant and unfairly prejudicial, especially in compensatory phase. | Reserve ruling. |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| CM.0074 | MRK-ABY0030136 | MRK-ABY0030137 | 09/20/2001 | "Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter" | None (if FDA warning letter is allowed into evidence). | Reserve ruling. |
| CM.0075 | FRI0000021 | FRI0000031 | | Physician Action Plans - ADVOCATE | 801; 802. Hearsay communication between two third parties. 901. Contains handwritten notes of unidentified party; also appears to be several documents combined. 401, 402, 403. Speculation about Merck's intentions and activities; more prejudicial than probative as outlined in motion to exclude Fries letter. Finally, description does not match the document. | Reserve ruling. |
| CM.0077 | MRK-AFI0181589 | MRK-AFI0181597 | | Physician Action Plans - ADVOCATE | 401, 402, 403. Discussion of relationship with a doctor that has no connection to this case is more prejudical than probative. 901. Appears to be two documents melded together. | Reserve ruling. |
| Krahe Ex. No. 5 | MRK-CAAD000169 | MRK-CAAD00017 | 01/08/2001 | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. | 401, 402, 403. Irrelevant because there is no evidence that any case-specific sales reps saw or used these. Any probative value is substantially outweighed by prejudicial effect. | Reserve ruling. |
| | MRK-ZAX0000001 | MRK-ZAX0000048 | | Merck's production of SAS files related to APPROVe study and related to data documentation | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. Document has no exhibit number. | |
| | | | | Any and all of Plaintiff's Responses to Defendant's discovery requests and their attachments | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all of Defendant's Responses to Plaintiff's discovery requests and their attachments | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| | | | | Any and all exhibits to the depositions of Edward Ganellen, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Mark Keep, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Jay Grove, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Douglas Vogeler, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Bard Madsen, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Gary Symkoviak, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of James Zebruck, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Karen Olsen-Fields, N.P. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Benedict Lucchesi, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Curriculum Vitae of, Expert Report of and any documents referenced by Benedict Lucchesi, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| | | | | Any and all exhibits to the depositions of Jerry Avorn, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Curriculum Vitae of, Expert Report of and any documents referenced by Jerry Avorn, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Cornelia Pechmann, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Curriculum Vitae of, Expert Report of and any documents referenced by Connie Pechmann, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Gary Sander, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Curriculum Vitae of, Expert Report of and any documents referenced by Gary Sander, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Isaac Wiener, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Curriculum Vitae of, Expert Report of and any documents referenced by Isaac Wiener, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of Lemuel Moye, III, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Curriculum Vitae of, Expert Report of and any documents referenced by Lemuel Moye, III, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| | | | | Any and all exhibits to the depositions of Laura Plunkett, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Curriculum Vitae of, Expert Report of and any documents referenced by Laura Plunkett, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Any and all exhibits to the depositions of John Guerigian, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | | | | Curriculum Vitae of, Expert Report of and any documents referenced by John Guerigian, M.D. | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves right to object upon visual inspection of the exhibit. | |
| | MRK-AMC0000001 | MRK-AMC0003296 | | Merck's production of CV adjudication packages related to the APPROVe Study | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves the right to object upon inspection of this document. | |
| | MRK-ZBR0000001 | MRK-ZBR0000039 | | Merck's supplemental production of SAS files related to the APPROVe study and related ATA documentation | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves the right to object upon inspection of this document. | |
| | MRN-ANV0000001 | MRK-ANV0002716 | | Merck's supplemental production of CV adjudication packages related to the APPROVe Study | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves the right to object upon inspection of this document. | |
| | | | | Any and all other medical records, billing and/or radiology records pertaining to Charles Mason obtained after the filing of this document | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves the right to object upon inspection of this document. | |
| | | | | Any and all other employment, tax and/or disability records pertaining to Charles Mason obtained after the filing of this document | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves the right to object upon inspection of this document. | |
| | | | | Plaintiff's Second Amended and Supplemental Profile Form | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves the right to object upon inspection of this document. | |

| Exhibit No. | Beginning Bates | Ending Bates | Document Date | Description | Defendant's Objection | Ruling in Smith |
|---|---|---|---|---|---|---|
| | | | | Any and all attachments to Plaintiff's Profile Forms | Plaintiff has not provided Merck with the proposed exhibit. Merck reserves the right to object upon inspection of this document. | |