UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL DOCKET NO. 1657<br>SECTION L |
| PRODUCTS LIABILITY<br>LITIGATION | JUDGE FALLON |
| This document relates to:<br>Case No. 05-2524 | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | |

## JOINT STIPULATION REGARDING OBJECTIONS TO EXHIBITS

Plaintiff Dedrick and Defendant Merck ("the Parties") jointly submit this stipulation regarding objections to exhibits used by either party in the above captioned case.

The Parties agree that where an exhibit was offered in *Dedrick*, objections made to those exhibits in prior cases (specifically *Irvin II*, *Barnett*, *Smith* and *Mason*) are hereby incorporated into this case for purposes of preserving objections for appeal.

Dated: December 12, 2006.



EXHIBIT E

Respectfully Submitted,

| | |
|---|---|
| *[signature]* | *[signature]* |
| Andy Birchfield | Philip S. Beck |
| Leigh O'Dell | Mark S. Ouweleen |
| **BEASLEY, ALLEN, CROW,** | Carrie A. Jablonski |
| **METHYVIN, PORTIS & MILES, P.C.** | **BARTLIT BECK HERMAN** |
| 234 Commerce Street | **PALENCHAR & SCOTT LLC** |
| Post Office Box 4160 | 54 W. Hubbard, Suite 300 |
| Montgomery, AL 36103 | Chicago, IL 60610 |
| (334) 269-2343; fax (334) 954-7555 | (312) 494-4400; fax (312) 494-4440 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR MERCK |