- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
DECEMBER 14, 2006
<u>SUGGESTED AGENDA</u>

I.     Lexis/Nexis File & Serve

II.    State Court Trial Settings

III.   Selection of Cases for Early Federal Court Trial

IV.    Class Actions

V.     Discovery Directed to Merck

VI.    Discovery Directed to the FDA

VII.   Discovery Directed to Third Parties

VIII.  Deposition Scheduling

IX.    Plaintiff Profile Form and Merck Profile Form

X.     State/Federal Coordination -- State Liaison Committee

XI.    *Pro Se* Claimants

- 1 -

831270v.1

- 2 -

XII.     IMS Data

XIII.    Merck's Motion for Summary Judgment

XIV.     Tolling Agreements

XV.      Issues Relating to Pre-Trial Order No. 9

XVI.     Vioxx Suit Statistics

XVII.    Merck Insurance

XVIII.   Further Proceedings

XIX.     Mandatory Electronic Filing

XX.      Merck's Statute of Limitations Motion

XXI.     Merck's Second Request for Writ of Mandamus

XXII.    *Harrison v. Merck*

XXIII.   Discovery Issued by Merck to Plaintiffs

XXIV.    Next Status Conference

- 2 -

831270v.1