UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>DELLAS STAPLES,<br><br>                     Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation, et al.<br><br>                     Defendants, | MDL Docket No. 1657<br><br>JUDGE ELDON E. FALLON<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>CASE NO. 2:05-cv-538<br>(lead case transferred from N.D. Texas)) |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, Elizabeth Carolyn Pearson, and counsel for Merck & Co., Inc., that the Complaint of Plaintiff ELIZABETH CAROLYN PEARSON originally filed in the U.S. District Court, Northern District of Texas, Case No. 3:03-181, which matter was subsequently consolidated with *Dellas Staples, et al. v. Merck & Co., Inc., et al.*, No. 3:03-180 on the docket of that Court, which matter was in turn transferred to this Court as part of MDL No. 1657, *In Re: Vioxx Products*

-1-

839779v.1

*Liability Litigation*, and assigned Case No. 05-0538, may be and is hereby dismissed with prejudice.

The parties shall each bear their own costs.

Respectfully submitted:

Dated: December 7, 2006

Steven B. Stein, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  (415) 646-7171

Attorneys for Plaintiff Elizabeth Carolyn Pearson

Dated: December 12, 2006

Phillip A. Wittmann, Esq.
Dorothy H. Wimberly, Esq.
  Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3200

Defendant's Liaison Counsel

826474v.2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of December, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel