UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>DELLAS STAPLES,<br><br>      Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation, et al.<br><br>      Defendants, | MDL Docket No. 1657<br><br>JUDGE ELDON E. FALLON<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>CASE NO. 2:05-cv-538<br>(lead case transferred from N.D. Texas)<br><br>[DISMISSAL APPLIES SOLELY TO ELIZABETH CAROLYN PEARSON ACTION ORIGINALLY FILED IN THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, CASE NO. 3:03-181] |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Stipulation and Order of Dismissal With Prejudice filed herein,

IT IS ORDERED that the Complaint of Plaintiff ELIZABETH CAROLYN PEARSON (originally filed in the U.S. District Court, Northern District of Texas and bearing Case No. 3:03-181 on the docket of that Court [hereinafter, the "Pearson Action"]) be and it hereby is dismissed with prejudice, each party to bear its own costs. This dismissal shall apply solely to the Pearson Action and not apply to any other action consolidated into the captioned Staples action.

NEW ORLEANS, LOUISIANA, this _____ day of December, 2006.

            ELDON E. FALLON
            UNITED STATES DISTRICT JUDGE

841762v.2