UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC 11  PM 2:58
LORETTA G. WHYTE
      CLERK
```

| | |
|---|---|
| In re: VIOXX PRODUCTS LITIGATION | MDL NO: 1657 |
| | SECTION: L |
| This document relates to: | JUDGE FALLON |
| THOMAS MARSHALL and CAROL MARSHALL, | NOTICE OF APPEARANCE |
| Civil Case No. 2:05 CV 2272 | |

NOW COMES Jennifer L. Thompson, attorney at law with the firm of Burg Simpson Eldredge Hersh & Jardine, P.C., and enters her appearance as attorney on behalf of plaintiffs, Thomas Marshall and Carol Marshall, in the above captioned matter.

Date: December 6, 2006.

**BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.**

*Original Signature on file in this office and
available for inspection and/or copying upon request*

/s/ Jennifer L. Thompson
Jennifer L. Thompson
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112
Tel: (303) 792-5595
Fax: (303) 708-0527
E-mail: jthompson@burgsimpson.com
*Attorney for the Plaintiffs Thomas Marshall and Carol Marshall*

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing **NOTICE OF APPEARANCE** has been served on Liaison Counsel, Russ Herman and Phillip Witmann, as well as Defendants' Counsel Susan Pope, Frost Brown Todd, LLC, 250 West Main Street, Suite 2700, Lexington, KY 40507-1749, and Winston E. Miller, Frost Brown Todd, LLC, 400 West Market Street, 32nd Floor, Louisville, KY 40202, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by sending via U.S. Mail and in which the Court will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6th day of December, 2006.

/s/ Jennifer L. Thompson