UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER DOCHSTEINER, RICHARD RECTOR, JOHN EDWARDS, MELONIE ROBINSON, MARY MCMAIN, SALLY JOHNSON, JANET WISNER, JANET RHOADES, MAY DONAHUE, ARNOLD DEAN, SHARON MCKIVEN, JOSIF NEGRAU, ALMA MACKEY,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO. INC., AMY SEPKO, SHERRY ALBERTS, WALGREEN CO., d/b/a WALGREENS, MINERAL AREA HEALTH SERVICES, INC., ELLIOTT PHARMACY, INC., STEPHENS PHARMACY, INC., WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., JOHN AND/OR JANE DOES 1-100,<br><br>Defendants. | Case No. 05CV670ERW |

## AFFIDAVIT OF MICHAEL J. STEPHENS

STATE OF MISSOURI   )
                    ) ss
COUNTY OF POLK      )

COMES NOW affiant Michael J. Stephens, being of lawful age and otherwise qualified to make this Affidavit, after being duly sworn, hereby swears and states as follows:

1. I am the President of Stephens Pharmacy, Inc., and I have personal knowledge of the matters set forth herein.

2. I have reviewed the Petition in the above-styled action, and the assertion of liability against defendant Stephens Pharmacy, Inc., in Counts I, II, III, VI and XI of the Petition, is based solely on its status as a seller in the stream of commerce, with respect to the product or products referred to in the Petition. Furthermore, as to defendant Stephens Pharmacy, Inc., each of the claims asserted in such counts constitute solely a "product liability claim," as that term is defined in § 537.760, RSMo 2000.

3. The Petition names another defendant ais the manufacturer of all of the products referred to in the Petition (co-defendant Merck & Co. Inc.); assuming co-defendant Merck & Co. Inc. is properly before this Court, it will constitute a defendant from whom total recovery may be had for plaintiffs' claims, as set forth in Counts I, II, III, VI and XI of the Petition in this action.

4. Defendant Stephens Pharmacy, Inc., is aware of no facts or circumstances upon which a verdict might be reached against it, on Counts I, II, III, VI and XI of the Petition in this action, other than based on defendant Stephens Pharmacy, Inc.'s status as a seller in the stream of commerce.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHAEL J. STEPHENS

The above and foregoing was sworn to and signed before me, a Notary Public in and for the State and County aforesaid, on this 23 day of June, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

"NOTARY SEAL"
Joy T. Smith, Notary Public
Polk County, State of Missouri
My Commission Expires 2/13/2007