IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| This Document Relates To ) | MDL Docket No. 1657 |
| 05-00670-ERW ) | |
| ) | Section L |
| WALTER DOCHSTEINER, et al., ) | |
| ) | JUDGE FALLON |
| Plaintiffs, ) | |
| ) | MAGISTRATE JUDGE KNOWLES |
| vs. ) | |
| ) | |
| MERCK & COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Judge Fallon will hear Motion to Dismiss Plaintiff's Claims Without Prejudice Together with Memorandum of Law in Support of Defendant Stephens Pharmacy's Motion to Dismiss Pursuant to §538.225 RSMo for Failure to File a Healthcare Affidavit; For Failure to State a Claim Pursuant to §538.300 RSMo; and Failure to State a Claim Pursuant to §537.762; and for Failure to Plead Fraud With Sufficient Particularity on January 17, 2007 at 9:00 a.m.

{2567/0321: 00113425.DOC.}

Respectfully submitted,

SHAFFER LOMBARDO SHURIN

By: /s/ Jason R. Ballard
    Richard F. Lombardo    #29478
    Charles H. Stitt    #30390
    Jason R. Ballard    #53186
    911 Main Street; Ste. 2000
    Kansas City, Missouri 64105-5331
    (816) 931-0500
    (816) 931-5775 (Fax)
    rlombardo@sls-law.com
    hstitt@sls-law.com
    jballard@sls-law.com
    ATTORNEYS FOR DEFENDANT
    STEPHENS PHARMACY, INC.

## CERTIFICATE OF MAILING

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A on this 4th day of December, 2006, and additionally mailing a copy of same to the following:

Jeffrey J. Lowe
Francis J. Flynn
JEFFREY J. LOWE, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
ATTORNEYS FOR PLAINTIFFS

Randy J. Soriano
Steven G. Strauss
BRYAN CAVE, LLP
One Metropolitan Square
211 N Broadway, Suite 3600
St. Louis, Missouri 63102-2750
ATTORNEYS FOR DEFENDANTS
MERCK & COMPANY, INC.,
AMY SEPKO, and
SHERRY ALBERTS

Kevin J. Adrian
BROWN & JAMES
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANT
WALGREEN CO.

Bryant M. Struble
THOMPSON & COBURN
One U.S. Bank Plaza
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANT
WALGREEN CO.

{2567/0321: 00113425.DOC.}

Martin J. Buckley
BUCKLEY & BUCKLEY
1139 Olive Street, Suite 800
St. Louis, Missouri 63101-1928
ATTORNEYS FOR DEFENDANT
ELLIOTT PHARMACY, INC.

David A. Dick
Kelly E. Simon
THOMPSON & COBURN
One Firstar Plaza, Suite 3500
St. Louis, Missouri 63101-9702
ATTORNEYS FOR DEFENDANTS
WAL-MART STORES EAST, INC. and
WAL-MART STORES EAST, LP

James E. Whaley
BROWN & JAMES, PC
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANTS
WAL-MART STORES EAST, INC. and
WAL-MART STORES EAST, LP

/s/ Jason R. Ballard
ATTORNEY FOR DEFENDANT
STEPHENS PHARMACY, INC.

{2567/0321: 00113425.DOC.}