UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2524 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

## MOTION OF MERCK & CO., INC. ("MERCK") AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR MERCK'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant Merck, through undersigned counsel, hereby moves the Court for an extension of the page length for the memorandum in support of its Renewed Motion for Judgment as a Matter of Law, for the following reasons:

1. Plaintiff has asserted eight causes of action against Merck in this case. Many of these claims involve complex issues of Tennessee and federal law.

2. In order to address these claims, the memorandum in support of Merck's Renewed Motion for Judgment as a Matter of Law will require more than the allotted page limit.

WHEREFORE, defendant respectfully requests that it be granted sixteen (16) additional pages, for a total of forty-one (41) pages for its supporting memorandum.

Dated: December 12, 2006                    Respectfully submitted,

                                            s/ Dorothy H. Wimberly
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana 70130
                                            Phone: 504-581-3200
                                            Fax:   504-581-3361

                                            Defendants' Liaison Counsel

                                            Philip S. Beck
                                            Mark Ouweleen
                                            Carrie Jablonski
                                            BARTLIT BECK HERMAN PALENCHAR
                                            & SCOTT LLP
                                            54 West Hubbard Street, Suite 300
                                            Chicago, Illinois 60610
                                            Phone: 312-494-4400
                                            Fax:   312-494-4440

                                            Douglas Marvin
                                            Elaine Horn
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: 202-434-5000
                                            Fax:   202-434-5029

                                            And

                                            Brian S. Currey
                                            A. Patricia Klemic
                                            O'MELVENY & MYERS LLP
                                            400 South Hope Street
                                            Los Angeles, CA 90071
                                            Phone: 213-430-6000
                                            Fax:   213-430-6407

                                            Attorneys for Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Merck's Renewed Motion for Judgment as a Matter of Law has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Dedrick, Andy Birchfield, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of December, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel