UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2524 | * | |
| ANTHONY WAYNE DEDRICK, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Merck's Renewed Motion for Judgment as a Matter of Law, filed by defendant Merck & Co., Inc.,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted sixteen (16) additional pages, for a total of forty-one (41) pages for its supporting memorandum accompany its Renewed Motion for Judgment as a Matter of Law.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.

_____
DISTRICT JUDGE

1