UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY ) | MDL No. 1657 |
| LITIGATION ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE |
| ) | DANIEL E. KNOWLES, III |
| ) | |

THIS DOCUMENT RELATES TO:
*Ruth Jenkins, et al v. Merck & Co., Inc., No. 05-4054*

### PLAINTIFF O.L. CROWE'S MOTION FOR DISMISSAL WITHOUT PREJUDICE AND MEMORANDUM IN SUPPORT

COMES NOW Plaintiff, O.L. Crowe, by and through counsel, and moves this Court to dismiss his claims without prejudice in the above styled cause. Plaintiff Crowe submits the following memorandum in support of his motion:

### MEMORANDUM IN SUPPORT

1.  This lawsuit was filed on August 24, 2005. The lawsuit lists multiple plaintiffs, each alleging they suffered bodily injury as a result of ingesting the pharmaceutical drug Vioxx manufactured by Defendant Merck.

2.  As a result of counsels' continuing investigation of the facts of Plaintiff Oscar Crowe's case since filing, undersigned counsel believes that the available evidence will not support continued litigation of his claims.[1]

3.  In the past and as recent as November 27, 2006, defendant has been willing to stipulate to dismissals of individual claims filed in this lawsuit. *See* Stipulations of Dismissal attached hereto as Exhibit "A." Although those claims were at the same stage of litigation as this one, defendant is unwilling to stipulate to the dismissal of Plaintiff Crowe's claim.

---

[1] However, as with all personal injury cases, other counsel may not agree with the undersigned counsels' assessment of Plaintiff's Crowe's claim.

4.      Now, Plaintiff Crowe moves this Court to enter an Order dismissing his claim without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

5.      In most cases, a dismissal under Rule 41(a)(2) should be granted unless the defendant will suffer some prejudice other than the mere prospect of a second lawsuit. *Ritchey v. Ledoux*, 164 F.R.D. 186, 189 (E.D.La. 1995) (citing *Holiday Queen Land Corp. v. Baker*, 489 F.2d 1031, 1032 (5th Cir. 1974)).

6.      Ruling on a motion under Rule 41(a)(2) is within the sound discretion of the Court. *Holiday Queen Land Corp.*, 489 F.2d at 1032. But the district court may abuse its discretion by denying a motion to voluntarily dismiss when the defendant will suffer minimal expense and will only suffer the annoyance of a second litigation on the same subject matter. *Id.*

7.      This case is still in the early stages of litigation. Plaintiff Crowe has completed his Plaintiff Profile Form. Defendant Merck has not served its Defendant Profile Form. No depositions have been taken. No other motions are currently pending.

8.      In this early state of litigation, dismissal will not prejudice defendant. In addition, plaintiff is willing to abide by the same dismissal stipulations contained in other cases that defendant has stipulated to dismiss. *See* Exhibit "A." In such circumstances, dismissal without prejudice should be allowed. *Hartford Accident & Indem. Co. v. Costa Lines Cargo Servs., Inc.*, 903 F.2d 352, 360 (5th Cir. 1990) (finding that the stage at which Rule 41(a)(2) motion to dismiss is made is important in assessing prejudice).

9.      There is no just reason why Mr. Crowe should not be allowed to dismiss this case without prejudice as other Vioxx plaintiffs have done in the recent past in cases in the same stage of litigation as this one.

10.     A proposed Order with the same stipulations as contained in other dismissals

without prejudice is filed herewith.

WHEREFORE, for the foregoing reasons, plaintiff respectfully requests the Court to enter an Order dismissing Plaintiff O.L. Crowe's claims without prejudice and for such further relief as the Court deems just and proper.

Respectfully submitted,

_____
Thomas P. Cartmell			MO #45366
Brian J. Madden			MO #40637
Thomas J. Preuss			MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram			MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever			MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton			MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, Ks 66211
(913) 266-2300
Fax (913) 266-2366

3

Kirk Goza                MO #32475
Brad Honnold             MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, Mo  64148-2355
(816) 512-2171
Fax (816) 512-2172

Grant L. Davis           MO #34799
Shawn Foster             MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo  64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey          Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, Pa  19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of December, 2006.

Thomas P. Cartmell         MO #45366
Brian J. Madden            MO #40637
Thomas J. Preuss           MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372
tjpreuss@wcllp.com

J. Scott Bertram           MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever          MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

5

James P. Frickleton MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, Ks 66211
(913) 266-2300
Fax (913) 266-2366

Kirk Goza MO #32475
Brad Honnold MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, Mo 64148-2355
(816) 512-2171
Fax (816) 512-2172

Grant L. Davis MO #34799
Shawn Foster MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, Pa 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFFS**