**EXHIBIT A**

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:
*Nancy Menihan v. Merck & Co., Inc., No. 06-4247*

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Nancy Menihan ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party

claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

Counsel for plaintiff will make this change directly on File & Serve as soon as the Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Nancy Menihan in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully submitted on 11/27 , 2006,


Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

**ATTORNEYS FOR PLAINTIFFS**


Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, 28181
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580
FAX (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
FAX (504) 581-3361

**ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial

Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and

Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all

parties by electronically uploading the same to LexisNexis File and Serve Advanced in

accordance with Pre-Trial Order No. 8(B),  and that the foregoing was electronically filed

with the Clerk of the Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF system which will send a  Notice of Electronic Filing in

accord with the procedures established in MDL 1657 on this **27th** day of November

2006.

Thomas P. Cartmell          MO #45366
Brian J. Madden               MO #40637
Thomas J. Preuss              MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372
tjpreuss@wcllp.com

**ATTORNEYS FOR PLAINTIFFS**

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, 28181
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580
FAX (504) 524-0069

4

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
FAX (504) 581-3361

**ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.**

5

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:
*Nancy Menihan v. Merck & Co., Inc., No. 06-4247*

### ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Nancy

Menihan be and the same are hereby dismissed without prejudice to re-filing, subject to the

conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this _____28th_____ day of _____November_____, 2006.


_____
UNITED STATES DISTRICT JUDGE



12270942

Sep 5 2006
4:16PM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins et al. v. Merck & Co., Inc.,* No. 05-4054 **(Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid Only)**

### STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims and the instant lawsuit against Merck, subject to the following conditions:

1.  Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid agree that, in the event he or she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2.  Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid further agree that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United

States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid agree to the above-stated conditions and wish to dismiss his or her claims in the instant lawsuit without prejudice to re-filing.   There are no counterclaims or third-party claims.   Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.   Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: _____8-31-06_____, 2006

Thomas P. Cartmell    MO #45366
Brian J. Madden    MO #40637
Thomas J. Preuss    MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram    MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO  64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever    MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO  64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton    MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS  66211
(913) 266-2300
Fax (913) 266-2366

Kirk Goza    MO #32475
Brad Honnold    MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, MO  64148-2355
(816) 512-2171
Fax (816) 512-2172

3

Grant L. Davis        MO #34799
Shawn Foster       MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, MO  64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey     Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA  19103
(800) 568-5868
Fax (215) 568-7495

Attorneys for Plaintiffs John Kovacs, Opal McLemore,
and W.S. Norrid

Dated: __Sept. 5_____, 2006

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

4

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 5th day of September , 2006.

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins et al. v. Merck & Co., Inc.*, No. 05-4054 **(Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid Only)**

### ORDER OF PARTIAL DISMISSAL

Considering the foregoing Stipulation of Partial Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this ____6th____ day of ____September____, 2006.

_____
UNITED STATES DISTRICT JUDGE

6

M00609S862