UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY ) | MDL No. 1657 |
| LITIGATION ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE |
| ) | DANIEL E. KNOWLES, III |
| ) | |

THIS DOCUMENT RELATES TO:
*Ruth Jenkins, et al. v. Merck & Co., Inc., No. 05-4054*

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering Plaintiff O.L. Crowe's Motion to Dismiss His Claim Without Prejudice and Memorandum in Support;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff O.L. Crowe be and the same are hereby dismissed without prejudice to re-filing and with each party to bear its own costs, subject to the following conditions:

1. Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE