UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 11  PM 4: 45

LORETTA G. WHYTE
CLERK

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

Lily Sabio,

CASE NO: 2:06-CV-294

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

### NOTICE OF FILING SUGGESTION OF DEATH
### PURSUANT TO F.R.C.P. RULE 25

COMES NOW the Plaintiff, Lily Sabio by and through her undersigned counsel and, pursuant to F.R.C.P. Rule 25, files this Notice of Suggestion of Death and states as follows:

1. The lawsuit in this cause was filed on November 07, 2005.

2. Plaintiff died on December 2, 2006.

DATED this _8_ day of December 2006.

I HEREBY CERTIFY that a copy of the foregoing Suggestion of Death has been furnished by certified mail, return receipt requested, this _8_ day of _December_, 2006 to Ellen M. Gregg, Esq., Wamble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101 and Catherine Wheatfield, Esq., Squire Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Fl. 33401-6198, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546 Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone, Wamble Carlyle,

Fee_____
Process_____
X Dktd_____
__CtRmDep_____
__Doc. No_____

Sundridge & Rice, PLC.

        LAW OFFICES OF ROBERT J.. FENSTERSHEIB, P.A.
        Florida Bar No. 307300
        Attorneys for Plaintiff
        520 W. Hallandale Beach Blvd.
        Hallandale, Florida 33009
        Telephone: Broward (954) 456-2488
        Dade (305) 945-3630
        Fax: (954) 456-2588
        E-mail: RJF@Fenstrsheiblaw.com

By: _____
        ROBERT J. FENSTERSHEIB, Esq.
        Florida Bar No. 307300

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically file with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ___th day of ~~August~~ Dec. 2006.

        LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
        Attorneys for Plaintiff
        520 W. Hallandale Beach Blvd.
        Hallandale, Florida 33009
        Telephone: Broward (954) 456-2488
        Dade (305) 945-3630
        Fax: (954) 456-2588
        E-mail: RJF@Fenstrsheiblaw.com

By:
ROBERT J. FENSTERSHEIB, Esq.
Florida Bar No. 307300

_____