A CERTIFIED TRUE COPY

DEC - 7 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 12  AM 10: 39

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 21 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-75)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,171 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## SCHEDULE CTO-75 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #         CASE CAPTION

MINNESOTA
MN  0  06-4023            Gene C. Alister, et al. v. Merck & Co., Inc., et al.              EDLA 06-10871

MISSISSIPPI SOUTHERN
MSS 2  06-241             Cindy McKenzie, et al. v. Merck & Co., Inc., et al.               EDLA 06-10872

NEVADA
~~NV  2  06-1324~~        ~~Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.~~   OPPOSED 12/06/06
~~NV  2  06-1325~~        ~~Calvin Maestro, M.D., et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/06/06
~~NV  2  06-1326~~        ~~George Morris, et al. v. Merck & Co., Inc., et al.~~        OPPOSED 12/06/06
~~NV  2  06-1327~~        ~~Estate of Mary Hoffman Williams, et al. v. Merck & Co., Inc., et al.~~   OPPOSED 12/06/06
~~NV  2  06-1328~~        ~~George Mayfield, et al. v. Merck & Co., Inc., et al.~~      OPPOSED 12/06/06
~~NV  2  06-1329~~        ~~Barbara Wyman, et al. v. Merck & Co., Inc., et al.~~        OPPOSED 12/06/06
~~NV  3  06-557~~         ~~Byron Elmore, et al. v. Merck & Co., Inc., et al.~~         OPPOSED 12/06/06

NEW YORK EASTERN
NYE 1  06-5476            Winston Montgomery, Jr., etc. v. Merck & Co., Inc.              EDLA 06-10873

NEW YORK SOUTHERN
NYS 1  06-7122            Juliana Christian v. Merck & Co., Inc., et al.                  EDLA 06-10874

NEW YORK WESTERN
NYW 6  06-6517            Albert Lomonaco, et al. v. Merck & Co., Inc., et al.            EDLA 06-10875

OHIO NORTHERN
OHN 1  06-2500            Melvin Appell, et al. v. Merck & Co., Inc.                      EDLA 06-10876
OHN 1  06-2501            John Long, et al. v. Merck & Co., Inc.                          EDLA 06-10877
OHN 1  06-2503            Mordakhay Elnatanov, et al. v. Merck & Co., Inc.                EDLA 06-10878
OHN 1  06-2504            Michael D. Fairchild v. Merck & Co., Inc.                       EDLA 06-10879
OHN 4  06-2502            Kenneth R. Eucker, et al. v. Merck & Co., Inc.                  EDLA 06-10880

OHIO SOUTHERN
OHS 2  06-868             Johann Kaspar, et al. v. Merck & Co., Inc.                      EDLA 06-10881

OKLAHOMA NORTHERN
OKN 4  06-562             Edward Gentry, etc. v. Merck & Co., Inc.                        EDLA 06-10882
OKN 4  06-571             Robert Hatcher v. Merck & Co., Inc.                             EDLA 06-10883

TEXAS EASTERN
~~TXE 1  06-638~~         ~~Elton White, et al. v. Merck & Co., Inc., et al.~~    OPPOSED 11/30/06
~~TXE 6  06-433~~         ~~James Williams v. Merck & Co., Inc., et al.~~  OPPOSED 11/30/06

TEXAS NORTHERN
TXN 4  06-609             Olan Oglesby v. Merck & Co., Inc.                               EDLA 06-10884

SCHEDULE CTO-75 - TAG-ALONG ACTIONS (MDL-1657)                                Page 2 of 2

DIST. DIV. C.A. #            CASE CAPTION

TEXAS SOUTHERN
~~TXS 1 06-172~~            ~~Sandra Smith v. Merck & Co., Inc., et al.~~  OPPOSED 11/30/06
TXS 4 06-3273               Margaret Schunior v. Merck & Co., Inc.                 EDLA 06-10885
TXS 4 06-3274               Armando P. Manero, et al. v. Merck & Co., Inc.         EDLA 06-10886

TEXAS WESTERN
~~TXW 1 06-827~~            ~~Juanita Phillips v. Merck & Co., Inc., et al.~~  OPPOSED 11/30/06

WEST VIRGINIA NORTHERN
WVN 5 06-125                Roland W. Williams v. Merck & Co., Inc.                EDLA 06-10887
WVN 5 06-126                Rebecca A. Calhoun v. Merck & Co., Inc.                EDLA 06-10888
WVN 5 06-128                Charles E. Bolner v. Merck & Co., Inc.                 EDLA 06-10889

# INVOLVED COUNSEL LIST (CTO-75)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Georg Abakumov
1701 East 12 Street
Suite 3GW
Reserve Square
Cleveland, OH 44114

Douglas Alan Allison
Law Offices of Douglas A. Allison
500 North Water Street
Suite 1200
Corpus Christi, TX 78471

Denise A. Barton
Morris, Pickering & Peterson
300 South Fourth Street
Suite 900
Las Vegas, NV 89101

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Rickey J. Brantley
Jose, Henry, Brantley, MacLean & Alvarado
675 North Henderson Street
Ft. Worth, TX 76107

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Robert W. Cottle
Mainor Eglet Cottle, LLP
400 South Fourth Street
Sixth Floor
Las Vegas, NV 89101

Philomena M. Dane
Squire, Sanders & Dempsey, L.L.P.
41 South High Street
Suite 1300
Columbus, OH 43215

Sean Patrick Dwyer
Havkins Rosenfeld Ritzert & Varriale, LLP
Eleven Penn Plaza
Suite 2101
New York, NY 10001

Frank V. Floriani
Sullivan, Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Carl N. Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062

Zeev Friedman
Hoffman Legal Group
23230 Chagrin Blvd.
Suite 232
Cleveland, OH 44122

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

David Jaroslawicz
Jaroslawicz & Jaros
150 William Street
19th Floor
New York, NY 10038

INVOLVED COUNSEL LIST (CTO-75) MDL-1657                                         Page 3 of 3

Marion J. Tabor
2016 Main Street
Suite 110
Houston, TX 77002

David A. Tanner
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Road
Suite 120
Las Vegas, NV 89128

Richard S. Toon, Jr.
Toon & Osmond
1800 S. Baltimore
Suite 1000
Tulsa, OK 74119

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Ave. S.
Suite 8000
Minneapolis, MN 55415

Navan Ward, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Peter C. Wetherall
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

J. Stewart White
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

C. Craig Woods
Squire, Sanders & Dempsey, L.L.P.
1300 Huntington Center
41 South High
Columbus, OH 43215

# INVOLVED JUDGES LIST (CTO-75)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

~~Hon. Leonard E. Davis~~
~~U.S. District Judge~~
~~United States District Court~~
~~106 Federal Building~~
~~211 West Ferguson Street~~
~~Tyler, TX 75702~~

Hon. Peter C. Economus
U.S. District Judge
313 Federal Building & U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

~~Hon. Lloyd D. George~~
~~Senior U.S. District Judge~~
~~6073 Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Blvd., South~~
~~Las Vegas, NV 89101~~

Hon. James L. Graham
Senior U.S. District Judge
169 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

~~Hon. Andrew S. Hanen~~
~~U.S. District Judge~~
~~P.O. Box 61010~~
~~Houston, TX 77208-1010~~

~~Hon. Thad Heartfield~~
~~Chief Judge, U.S. District Court~~
~~212 Jack Brooks Federal Bldg. & U.S. Courthouse~~
~~300 Willow Street~~
~~Beaumont, TX 77001~~

~~Hon. Larry R. Hicks~~
~~U.S. District Judge~~
~~804 Bruce R. Thompson U.S. Courthouse~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

~~Hon. Robert C. Jones~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~7005 Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Blvd., South~~
~~Las Vegas, NV 89101~~

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

# INVOLVED CLERKS LIST (CTO-75)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

~~David J. Maland, Clerk~~
~~Jack Brooks Federal Bldg. & U.S. Courthouse~~
~~300 Willow Street, Suite 104~~
~~Beaumont, TX 77701~~

~~David J. Maland, Clerk~~
~~106 Federal Building~~
~~211 W. Ferguson Street~~
~~Tyler, TX 75702~~

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
337 Thomas D. Lambros Federal
Building & U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

~~Lance S. Wilson, Clerk~~
~~Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

~~Lance S. Wilson, Clerk~~
~~Bruce R. Thompson U.S. Courthouse~~
~~& Fed. Bldg., Suite 301~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

~~Michael N. Milby, Clerk~~
~~101 Federal Building & U.S. Courthouse~~
~~600 East Harrison Street~~
~~Brownsville, TX 78522-7114~~

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060

~~William G. Putnicki, Clerk~~
~~U.S. Courthouse~~
~~200 West 8th Street~~
~~Austin, TX 78701~~

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

December 7, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-75)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 21, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A