**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO 2:06-CV-1951 | * * * | Judge Eldon Fallon Magistrate Judge Knowles |
| * * * * * * * * * * * * | | |

**NOTICE - MOTION - ORDER**

**PLEASE TAKE NOTICE** that the undersigned, on Thursday, December 14, 2006, at the hour of 9:00 a.m. Central Standard Time, in the courtroom of the above Court, will make the following Motion, and tender the attached Order.

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC, by counsel, respectfully move the Court for leave to file the attached Reply to Plaintiff's Response to Motion for Summary Judgment. A Reply is warranted to clarify for the Court new legal and factual arguments raised by Plaintiff.

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice-Motion-Order for Leave to File Reply to Plaintiff's Response and Opposition to Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of December, 2006.

  I further certify that the foregoing was served on the following counsel via e-mail or U.S. mail, postage prepaid and properly addressed this 13th day of December, 2006:

    Susan Pope, Esq.
    Counsel for Defendant, Merck & Co.
    Frost Brown Todd, LLC
    Lexington Financial Center
    250 West Main
    Suite 2700
    Lexington, Kentucky 40507-1749

    Brian Rattliff, Esq.
    Counsel for Plaintiff
    Bubalo & Hiestand PLC
    401 South Fourth Street
    Suite 800
    Louisville Kentucky 40202

        s/ Stephen C. Hall_____
        Stephen C. Hall (Bar No. 84409)
        Seth A. Gladstein (Bar No. 90938)
        *Counsel for Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC*
        **STOLL KEENON OGDEN PLLC**
        2000 PNC Plaza
        500 West Jefferson Street
        Louisville, Kentucky 40202
        Telephone: (502) 333-6000
        Facsimile: (502) 333-6099
        Steve. Hall@skofirm.com
        Seth.Gladstein@skofirm.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * | MDL Docket No. 1657 |
| | * * | |
| THIS DOCUMENT RELATES TO 2:06-CV-1951 | * * | Judge Eldon Fallon Magistrate Judge Knowles |
| | * | |
| * * * * * * * * * * * * | | |

**ORDER**

Upon Motion of Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC, hearing held, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants shall be, and hereby are, granted leave to file their tendered Reply to Plaintiff's Response to Motion for Summary Judgment. Said pleading shall be considered filed of record with this Court upon entry of this Order.

_____
HON. ELDON FALLON, JUDGE
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

_____
DATE

No. 06-CV-1951
Order Granting Leave to File Reply Brief
Page Two of Two
_____
Tendered by:


s/ Stephen C. Hall_____
Stephen C. Hall (Bar No. 84409)
Seth A. Gladstein (Bar No. 90938)
*Counsel for Defendants, G.*
*Randolph Schrodt, Jr., M.D.*
*and Integrative Psychiatry, LLC*
**STOLL KEENON OGDEN PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Steve. Hall@skofirm.com
Seth.Gladstein@skofirm.com