UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * | MDL Docket No. 1657 |
| | * * | |
| THIS DOCUMENT RELATES TO 06-CV-1951 | * * | Judge Eldon Fallon Magistrate Judge Knowles |
| | * | |

* * * * * * * * * * * * *

### DECLARATION OF G. RANDOLPH SCHRODT, M.D.

The Declarant makes the following statement under oath, before a notary public:

1. My name is G. Randolph Schrodt, M.D. My business address is Integrative Psychiatry, PLLC, 105 North Lyndon Lane, Suite 106, Louisville, Kentucky 40222.

2. A physician-patient relationship existed between Sarah G Nichols ("Decedent") and me from October 2001 until her death on May 1, 2003.

3. Currently, I am aware that Sarah E. Nichols ("Ms. Nichols") is the personal representative of Decedent's Estate, and filed this action on behalf of that Estate.

4. From the time of Decedent's death through the present, Ms. Nichols and I have had no communications of any kind, neither written nor verbal, neither initiated by me nor initiated by her, regarding the autopsy performed on Decedent and its related reports, regarding factors that may (or may not) have caused or contributed to Decedent's death, regarding pulmonary emboli, nor regarding VIOXX.

Further, Declarant sayeth naught.

1

EXHIBIT A

Name: G. Randolph Schrodt, M.D.
Date: 12/13/06

STATE OF Kentucky )
                  ) SS:
COUNTY OF Jefferson )

Subscribed, sworn to, and acknowledged before me by G. Randolph Schrodt, M.D., on Dec. 13, 2006

Colleen Newton, Notary

My commission expires: December 17, 2008

2