UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**

    *Jacqueline Lilley et al. v. Merck & Co., Inc.*, **Case No. 06-6782**

    *Ruby Craft et al. v. Merck & Co., Inc.*, **Case No. 06-6967**

    *Norman C. Croom et al. v. Merck & Co., Inc.*, **Case No. 06-6973**

    *Daphne Gunter, on behalf of the Wrongful Death Heirs of Otie H. Garrett, deceased v. Merck & Co., Inc.*, **Case No. 06-6974**

    *Camellia Faye Hudson et al. v. Merck & Co., Inc.*, **Case No. 06-6976**

    *Jacqueline Keith et al. v. Merck & Co., Inc.*, **Case No. 06-6977**

    *Georgia F. Miller v. Merck & Co., Inc.*, **Case No. 06-6978**

    *Linda Norris, on behalf of the Wrongful Death Heirs of Willie G. Norris, deceased v. Merck & Co., Inc.*, **Case No. 06-6979**

    *Jane P. Russell et al. v. Merck & Co., Inc.*, **Case No. 06-6980**

    *Virginia Simmons v. Merck & Co., Inc.*, **Case No. 06-6981**

    *Geraldine M. Stevenson et al. v. Merck & Co., Inc.*, **Case No. 06-6982**

    *Anna Maria Lopez et al. v. Merck & Co., Inc.*, **Case No. 06-7085**

    *David H. Miller et al. v. Merck & Co., Inc.*, **Case No. 06-7086**

*Wanda Welch v. Merck & Co., Inc.*, **Case No. 06-7087**

*Wiley S. Scarborough et al. v. Merck & Co., Inc.*, **Case No. 06-7088**

*John H. Stillman et al. v. Merck & Co., Inc.*, **Case No. 06-7089**

*Lois Hood et al. v. Merck & Co., Inc.*, **Case No. 06-7090**

*Nelda Kay Anderson et al. v. Merck & Co., Inc.*, **Case No. 06-7091**

*Bobby E. Jones et al. v. Merck & Co., Inc.*, **Case No. 06-7092**

*Vernon B. Hemby, Individually and as Surviving Spouse of Mae Trammel Hemby, Deceased, For and on behalf of all Wrongful Death Beneficiaries v. Merck & Co., Inc.*, **Case No. 06-7093**

*Martha C. Mann v. Merck & Co., Inc.*, **Case No. 06-7094**

*Jeff Harvey, for and on behalf of all Heirs-at-Law, and as Administrator for the Estate of Barbara Jane Harvey, Deceased v. Merck & Co., Inc.*, **Case No. 06-7095**

*Cecil E. Taylor et al. v. Merck & Co., Inc.*, **Case No. 06-7097**

*Linda M. O'Neal v. Merck & Co., Inc.*, **Case No. 06-7119**

*Peggy H. Raines et al. v. Merck & Co., Inc.*, **Case No. 06-7120**

## MERCK & CO., INC.'S FIRST MOTION FOR EXTENSION OF TIME

Defendant, Merck & Co., Inc. ("Merck"), appearing solely for the purpose of this motion, with full reservation of all rights, and without waiving any defenses, or objections, respectfully moves the Court for an order granting an extension of time of seven (7) days, or through and until December 20, 2006, within which to respond to the Plaintiff's Complaint. In support of this motion, Merck represents that (1) no previous extension of time has been filed, and (3) the Plaintiff has not filed in the record and served on Merck an objection to an extension of time.

WHEREFORE, Merck & Co., Inc. respectfully requests that the Court grant its motion for extension of time of seven (7) days, or through and until December 20, 2006, within which to file responsive pleadings.

Dated: December 13, 2006

Respectfully submitted,

*[signature]*

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
Melissa V. Beaugh, 28250
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Ste. 2500
New Orleans, LA 70112
Telephone: (504) 523–1580
Telecopier: (504) 524–0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
    Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing First Motion for Extension of Time of Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 13th day of December, 2006.

_____