UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                   MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                   Section L

This Document Relates To: Annie                 Judge Fallon
Bradford, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-02328)              Mag. Judge Knowles

_____/

## PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

Plaintiff, AMANDA H. JOHNSON, files this Motion to Substitute Counsel, and in support thereof shows:

1. Plaintiff's Original Complaint, styled Annie Bradford, et al v. Merck & Co., Inc., et al, was filed on April 4, 2005, in the Southern District of Ohio, Western Division, by John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A. and Grant Kaiser of THE KAISER FIRM, L.L.P. Plaintiff, Amanda Johnson, was one of the plaintiffs listed in the Original Complaint.

2. The case was subsequently transferred to this Court on June 30, 2005, by order of the Judicial Panel on Multidistrict Litigation.

1

## RELIEF REQUESTED

3. Plaintiff, AMANDA JOHNSON, no longer wishes to be represented by the current counsel of record in this matter.

4. Plaintiff, AMANDA JOHNSON, wishes to be represented in this matter by following counsel: Arthur W. Harmon, Jr., Esquire, 1200 Cypress Street, Cincinnati, Ohio 45206, (513) 241-1991.

5. Current counsel of record agree to this substitution of counsel.

6. Therefore, Plaintiff, AMANDA JOHNSON, respectfully asks the court to substitute Arthur W. Harmon, Jr., Esq., as counsel of record for Plaintiff, AMANDA JOHNSON, and to remove John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A. and Grant Kaiser of THE KAISER FIRM, L.L.P., as counsel of record.

7. This substitution is intended for Plaintiff, AMANDA JOHNSON, only and does not affect Messrs. Climaco and Kaiser's representation of any other Plaintiffs in the Original Complaint.

8. This request is not intended to cause delay or prejudice.

WHEREFORE PREMISES CONSIDERED, Plaintiff, AMANDA JOHNSON, respectfully requests that her Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated: 12/15/2005

Respectfully submitted,

GRANT KAISER
Texas State Bar No. 11078900
The Kaiser Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77010-5001

AGREED AS TO FORM AND SUBSTANCE:

ARTHUR W. HARMON, JR., ESQ.
1200 Cypress Street
Cincinnati, Ohio 45206

3