UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 12 PM 1:57

LORETTA G. WHYTE
CLERK

In Re: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To: Annie Bradford, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02328)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

### ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Substitute Counsel, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney, Arthur W. Harmon, Jr., Esq. of HARMON, DAVIS & ASSOCIATES be substituted as counsel for Plaintiff, Amanda H. Johnson, in this matter, and that attorneys John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO., LPA and Grant Kaiser of THE KAISER FIRM, LLP be removed as counsel of record.

IT IS SO ORDERED.

December 11, 2006
Date

Judge Eldon E. Fallon

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
Doc. No_____