

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relate to: | SECTION L |
| *Timothy A. Baskay et. al. v. Merck & Co., Inc.*, | JUDGE FALLON |
| *Carol A. Silva et. al. v. Merck & Co., Inc.*, | MAGISTRATE JUDGE KNOWLES |
| | Case No. 2:05-cv-01998 |
| | Case No. 2:05-cv-01999 |
| *Nancy Stakum et. al. v. Merck & Co., Inc.*, | Case No. 2:05 cv – 1533 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully moves this Court to withdraw his appearance, in the above-captioned matter on behalf of the Plaintiffs in the referenced cases. Other counsel from Ury & Moskow has entered an appearance for these Plaintiffs.

Respectfully submitted,
URY & MOSKOW LLC

Date: November 28, 2006

By: _____
Manish I. Shah, Esq. (CT 25514)
Ury & Moskow LLC
883 Black Rock Turnpike
Fairfield, CT 06907
(203) 610-6393
Manish@urymoskow.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November 2006, a true and correct copy of the forgoing was forwarded via certified mail and a true, correct copy was forwarded by first-class mail, postage prepaid, to the parties listed below and upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Manish I. Shah, Esq. (CT 25514)
Ury & Moskow LLC
883 Black Rock Turnpike
Fairfield, CT 06907
(203) 610-6393
Manish@urymoskow.com