FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 12 PM 1:55

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relate to: | SECTION L |
| *Timothy A. Baskay et. al. v. Merck & Co., Inc.*, | JUDGE FALLON |
| *Carol A. Silva et. al. v. Merck & Co., Inc.*, | MAGISTRATE JUDGE KNOWLES |
| *Nancy Stakum et. al. v. Merck & Co., Inc.*, | Case No. 2:05-cv-01998<br>Case No. 2:05-cv-01999<br>Case No. 2:05 cv – 1533 |

## ORDER

This Motion to Withdraw Appearance having come before me this 11th day of December, 2006, I hereby ORDER same to be a judgment of this Court and direct that it be docketed as such.

_____
Judge

December 11, 2006
Date

Fee _____
Process _____
X Dktd _____
✓ _____