

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 11  PM 4: 50

LORETTA G. WHYTE
       CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 |
| | * |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAGISTRATE JUDGE |
| | * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Monte Safron v. Merck & Co., Inc, No.CV2:05-1032.*

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Monte Safron ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims against Merck, subject to the following conditions:

1. Plaintiff agrees that, in the event he or she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific

{585158 / 041206}

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wish to dismiss his or her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Monte Safron in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above. *Plaintiff shall make the necessary changes to party status on Lexis/Nexis File + Serve.*

NEW ORLEANS, LOUISIANA, this 12th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: December 5, 2006

Morry S. Cole, #46294
Gray, Ritter, & Graham, P.C.
701 Market Street, Ste. 800
St. Louis, MO 63101-1826
Telephone: (314) 241-5620
Fax: (314) 241-4140

Attorney for Plaintiff Monte Safron

Dated: December 5, 2006

Dan H. Ball #27227
Stephen G. Strauss #45018
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsmile: (314) 259-2020

Attorneys for Merck & Co., Inc.

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

Defendant's Liaison Cousnel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 8 day of Dec, 2006.

_____

{585158 / 041206}