UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 12-12-06
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## JOINT NOTICE OF FILING DEPOSITION TESTIMONY OF WILLIAM COLTHARP, M.D.

Defendant, Merck & Co., Inc., by and through its attorneys, hereby gives notice of filing the final transcript of the deposition testimony of William Coltharp, M.D. This testimony was played during the trial of this case on December 7, 2006 and December 12, 2006. The testimony played by Defendant Merck is attached as Exhibit "A," and the testimony played by Plaintiff is attached as Exhibit "B."

___ Fee___
___ Process___
_X_ Dktd
___ CtRmDep
___ Doc. No.

Respectfully submitted this 12th day of December, 2006.

_____
Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

_____
ANDY BIRCHFIELD
P. LEIGH O'DELL
Attorney for Plaintiff
*BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.*
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing JOINT NOTICE OF FILING DEPOSITION TESTIMONY OF WILLIAM COLTHARP, M.D. has been served on Plaintiff's counsel Andy Birchfield, Jr. via hand delivery and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of December, 2006.

Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440