coltharp plaintiff durlist on 12-5 11p.txt

Group:  Multi-clips

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     98:17-98:20

    98:17    Q.    Dr. Coltharp, I'm Andy Birchfield, and I
    98:18 represent Tony Dedrick.  And we have not met before
    98:19 today; is that correct?
    98:20    A.    That's right.

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     98:23-99:17

    98:23    Q.    Dr. Coltharp, you were asked a number of
    98:24 questions regarding the development or the progress
    98:25 that Tony Dedrick had made following his heart
    99: Page 99
    99: 1 attack; is that correct?
    99: 2    A.    Yes.
    99: 3    Q.    And you said that there were a number of
    99: 4 good signs following his heart attack pertaining to
    99: 5 his physical health; is that true?
    99: 6    A.    Yes.
    99: 7    Q.    And you said that there were a number
    99: 8 of -- that his -- his course was a good course
    99: 9 following his heart attack; is that correct?
    99:10    A.    Yes.
    99:11    Q.    And you were asked and agreed that there
    99:12 were a number of things that happened in his course
    99:13 of treatment that were what you hoped for in treating
    99:14 a patient; is that correct?
    99:15    A.    Yes.
    99:16    Q.    Dr. Coltharp, does that mean that
    99:17 Mr. Dedrick's heart attack was not a big deal?

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     99:19-99:22

    99:19    A.    No.
    99:20    Q.    Does it mean that his heart attack and
    99:21 his course of treatment was not a serious medical
    99:22 event?

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     99:24-100:10

    99:24    A.    No.
    99:25    Q.    Would you describe for us, in terms of
                        Page 1

```
        coltharp plaintiff durlist on 12-5 11p.txt
100: Page 100
100: 1 severity, the medical event that Mr. Dedrick
100: 2 experienced?
100: 3      A.    Well, I'll try.  Any myocardial
100: 4 infarction that leaves some part of the heart, of the
100: 5 ventricular wall motion abnormal is a significant
100: 6 heart attack.  It's more than what I would say a
100: 7 slight heart attack is.
100: 8              Mr. Dedrick was fortunate that the
100: 9 severity of his heart attack was limited by the
100:10 thrombolytic therapy that was given to him.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     100:13-100:18

100:13      Q.    Did Mr. Dedrick suffer a myocardial
100:14 infarction?
100:15      A.    Yes.  I -- yes.  I don't have the enzyme
100:16 data in front of me, but I believe that he did suffer
100:17 a myocardial infarction that was partially and mostly
100:18 avoided -- aborted with the thrombolytic therapy.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     100:19-109:7

100:19      Q.    And the term infarction, what does that
100:20 mean?
100:21      A.    Technically, it means cellular death.
100:22      Q.    And if you're talking about a myocardial
100:23 infarction, does that mean there's cellular death to
100:24 the myocardium?
100:25      A.    Right, to the heart muscles.  The heart
101: Page 101
101: 1 muscle cells themselves.
101: 2      Q.    And generally, is cell death -- cell
101: 3 death to the heart muscle, is that permanent?
101: 4      A.    Yes.
101: 5      Q.    I would like for you to, if you would,
101: 6 Dr. Coltharp, take a look at your report of
101: 7 operation.  It's Exhibit 6 to your deposition.
101: 8              And in -- under heading A, general
101: 9 description of procedure.  We have a description of
101:10 what you did in medical terms.  But what I'd like for
101:11 you to do for us is, if you would, would you describe
101:12 in layman's terms the procedure that you did on Tony
101:13 Dedrick?
101:14      A.    We harvested vein from his leg.
101:15      Q.    Okay.
101:16      A.    Greater saphenous vein from his leg.
101:17 Made a sternal incision, divided his breastbone and
                              Page 2
```

```
        coltharp plaintiff durlist on 12-5 11p.txt
101:18 sternum.
101:19       Q.      Okay.  Can I -- if you don't mind, I want
101:20 to go step by step.
101:21       A.      Okay.
101:22       Q.      You say that you harvested a vein from
101:23 his leg.  Tell us and tell the jury precisely what
101:24 you did to harvest that vein.
101:25       A.      I think that this was before we -- we now
102: Page 102
102: 1 use a less invasive technique, but we made --
102: 2 probably we made multiple small incisions, short
102: 3 incisions and followed his -- identified his
102: 4 saphenous vein in his ankle and followed it up and
102: 5 harvested it, removed it from his leg so that we had
102: 6 enough conduit or enough vein to bypass the blockages
102: 7 that we needed it for.
102: 8       Q.      So you made cuts or incisions in two
102: 9 places in his leg?
102:10       A.      Probably more than that.
102:11       Q.      Okay.  And then you would -- you would
102:12 actually cut the saphenous vein, and that's a vein in
102:13 the leg, right?
102:14       A.      Right.
102:15       Q.      And then you would pull that vein out; is
102:16 that right?
102:17       A.      We would dissect it free from the
102:18 surrounding tissue and remove it.
102:19       Q.      And that's what you would use to do the
102:20 bypass grafting?
102:21       A.      All except for the internal mammary
102:22 artery, which we harvest from the posterior aspect of
102:23 the sternum.
102:24       Q.      That's there in your chest, right?
102:25       A.      Right.
103: Page 103
103: 1       Q.      And so you would make cuts or incisions
103: 2 in the chest and pull out a vein from the chest?
103: 3       A.      Well, we make one chest incision.  We're
103: 4 able to elevate that side of the sternal -- of the
103: 5 sternum, that divided side of the sternum, and
103: 6 dissect the internal mammary artery off the posterior
103: 7 aspect of the sternum.
103: 8       Q.      The posterior aspect, what does that
103: 9 mean?
103:10       A.      The underside or the backside of it.
103:11       Q.      Okay.  And so you would pull the
103:12 saphenous vein out of the leg.  And then you said
103:13 that you would make an incision or a cut in the chest
103:14 area; is that right?
103:15       A.      Right.
103:16       Q.      Is that a small cut or is that a big cut?
103:17       A.      No, it's fairly sizable.  It's from
                        Page 3
```

coltharp plaintiff durlist on 12-5 11p.txt
103:18 the -- almost to the sternal angle.  You try not to
103:19 go all the way to the sternal angle, the sternal
103:20 notch, at the top of your breastbone down to below
103:21 sternum.
103:22      Q.      So you make that -- that incision.  Is
103:23 that just in the skin?
103:24      A.      No, you make it down to the sternum, and
103:25 then use a saw, a pneumatic saw, to divide the
104: Page 104
104: 1 breastbone itself.
104: 2      Q.      Okay.  When you say divide the
104: 3 breastbone, you use a saw to actually cut the
104: 4 breastbone; is that right?
104: 5      A.      Right.
104: 6      Q.      That's what you mean by the sternum?
104: 7      A.      Yes.
104: 8      Q.      And then when you cut the breastbone,
104: 9 then what do you do?
104:10      A.      The next step in general in an elective
104:11 nonemergent case is to harvest the internal mammary
104:12 artery graft.  So you put a special retractor in that
104:13 both lifts the left side of the sternum up and pushes
104:14 the right side of the sternum down.  And you can
104:15 see -- on the back side of the sternum, you can see
104:16 this artery, and you dissect it free from the
104:17 surrounding tissue area.
104:18      Q.      So that retractor, that's a tool that you
104:19 use to actually separate the sternum, raise one side
104:20 and push the other side down?
104:21      A.      So that it exposes the internal mammary
104:22 artery.
104:23      Q.      Okay.  And when you see the mammary
104:24 artery, then you just pull it out like you would the
104:25 saphenous vein in the leg?
105: Page 105
105: 1      A.      No, it's a lot more delicate technique
105: 2 because it's an artery rather than a vein.  Veins are
105: 3 more resilient than arteries are.
105: 4      Q.      So what would you have to do for the
105: 5 mammary artery?
105: 6      A.      You just use a technique that's called
105: 7 feathering.  You use the electrocautery device that
105: 8 has a distal end that's about two centimeters long
105: 9 and three or four millimeters wide.  And you can
105:10 electrocauterize tissue with it.  But if you're
105:11 not -- if you don't push the button to cauterize, you
105:12 can use it as an instrument to what we call feather
105:13 dissect it, to very gently dissect that artery off
105:14 the bottom side of the sternum.  And you have to
105:15 ligate the branches coming off of it as you do that
105:16 so that you don't damage the artery.
105:17      Q.      Let's back up and make sure we have a
                              Page 4

```
        coltharp plaintiff durlist on 12-5 11p.txt
105:18 clear understanding of these terms.  You said that
105:19 you cauterize.  Is that like burn?
105:20      A.      You use that electrocautery device to
105:21 burn tissue, yes.
105:22      Q.      And then you said that you would do that
105:23 on the distal end; is that right?
105:24      A.      No.  The distal end of the device has a
105:25 narrow end extension that we use as a dissecting
106: Page 106
106: 1 tool.
106: 2      Q.      Okay.
106: 3      A.      So the cautery device I use as a
106: 4 dissecting tool to dissect that artery free so I can
106: 5 ligate the branches off of it, preclude all of the
106: 6 branches and cut the branches.  And that just allows
106: 7 the artery to flop down to the heart, and you can use
106: 8 it as a conduit.
106: 9      Q.      And when you say ligate, what does that
106:10 mean?
106:11      A.      Tie off or put a clip on it, a metal clip
106:12 that restricts blood flow.
106:13      Q.      Okay.  So that after you have -- after
106:14 you sawed through the breastbone, you've used the
106:15 retractor to separate it and you've pulled out or
106:16 gone through this procedure to harvest?
106:17      A.      Right.
106:18      Q.      I think that's the term you used.
106:19      A.      Right.
106:20      Q.      To harvest the mammary artery.  Then what
106:21 did you do?
106:22      A.      Then you open the pericardium.  The
106:23 pericardium is the sac that the heart sits in.  It's
106:24 a tissue that's about anywhere from four to eight
106:25 millimeters thick.
107: Page 107
107: 1              If it's really thick, it can be more than
107: 2 that, I guess.  But it's a -- your heart sits in this
107: 3 pericardial sac, and you divide that pericardium and
107: 4 retract it, and the heart is exposed.
107: 5      Q.      Okay.  Before you do that, I mean, do you
107: 6 have to separate the rib cage?  Do you pull --
107: 7      A.      Yeah, you put a different -- put a
107: 8 different retractor in.
107: 9      Q.      And you would actually pull the chest or
107:10 the rib cage --
107:11      A.      Yes.
107:12      Q.      -- far enough apart that you could see --
107:13 could see the heart; is that right?
107:14      A.      Actually, the retractor has a crank on it
107:15 that you -- you can crank it open, and it pushes --
107:16 it doesn't pull, but it actually pushes the sternal
107:17 sides apart so that you can then expose the heart.
                          Page 5
```

```
        coltharp plaintiff durlist on 12-5 11p.txt
107:18     Q.     Okay.  And then once you've exposed the
107:19 heart, then you actually -- do you cut the
107:20 pericardium or the sac that surrounds the heart?
107:21     A.     You have to cut the pericardium to see
107:22 the heart.
107:23     Q.     Okay.
107:24     A.     To expose the heart.
107:25     Q.     The pericardium, that's a sac that
108: Page 108
108: 1 surrounds the heart?
108: 2     A.     Right.
108: 3     Q.     That's right.  Does it keep fluid in the
108: 4 pericardium?
108: 5     A.     Yes.
108: 6     Q.     Does that just serve to protect the
108: 7 heart?
108: 8     A.     Well, it's a lubricant.  The fluid is a
108: 9 lubricant.
108:10     Q.     All right.  So then you -- you cut the
108:11 pericardium and then you actually see the heart; is
108:12 that right?
108:13     A.     Right.
108:14     Q.     And when you -- and the heart is still
108:15 beating at this point; is that right?
108:16     A.     Yes.
108:17     Q.     Okay.  What do you do next?
108:18     A.     You look at the heart, number one.  You
108:19 examine the heart and see if it looks good, if
108:20 there's a big -- if the patient has had an infarct,
108:21 you look if there are any real severe wall motion
108:22 abnormalities.
108:23            You feel the aorta to make sure there's
108:24 no atherosclerotic plaque in it because you know
108:25 you're going to have to be dealing with the aorta,
109: Page 109
109: 1 putting instruments on it.  And you make a quick
109: 2 perusal of the pericardial contents to make sure
109: 3 there are not any abnormalities or unusual findings
109: 4 that would be notable.
109: 5     Q.     Okay.  When you looked at Tony Dedrick's
109: 6 heart, did you see the abnormalities in the wall
109: 7 motion that you expected based on the cath report?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    109:9-109:24

109: 9     A.     It seems like when I looked here -- if I
109:10 can find it, I'll tell you.
109:11            You know, I can't -- I can't right now.
109:12 I thought that -- I thought that there was a comment
109:13 on ventricular function in here, but I don't see one,
```

```
        coltharp plaintiff durlist on 12-5 11p.txt
109:14 which I think it -- which I -- from which I would
109:15 draw the conclusion that there was not any severe
109:16 abnormality.
109:17      Q.     The -- in the pre-op diagnosis of your
109:18 operation report, you note in there that the pre-op
109:19 diagnosis was acute inferior myocardial infarction.
109:20 Do you see that?
109:21      A.     Yes.
109:22      Q.     Okay.  And then the post-op diagnosis
109:23 says, same; is that correct?
109:24      A.     Yes.  I'm sorry.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     110:6-110:13

110: 6      Q.     And then when you did the procedure and
110: 7 you actually laid your eyes on the heart, then you
110: 8 confirmed that he had an acute myocardial infarction?
110: 9      A.     Correct.
110:10      Q.     Is that right?
110:11      A.     Well, yes.
110:12      Q.     And you can actually see that, that
110:13 infarction on the -- on the heart, correct?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     110:15-110:15

110:15      A.     Yes.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     112:19-133:14

112:19      Q.     Then what's your next step in this
112:20 procedure?
112:21      A.     In this procedure, using this technique,
112:22 the next step is to put the cannulation stitches in.
112:23 We -- using the technique that we use, we connect the
112:24 patient to the heart and lung machine.
112:25      Q.     What are cannulation stitches?  What's
113: Page 113
113: 1 cannulation?
113: 2      A.     Let me start with the heart and lung
113: 3 machine and then it will make more sense I think.
113: 4      Q.     Okay.
113: 5      A.     The heart and lung machine takes blood
113: 6 from the body, deoxygenated blood, oxygenates it, and
113: 7 pumps it back into the body, all throughout the
113: 8 body.  And it can allow you to stop the heart and
113: 9 work on the heart.
```

coltharp plaintiff durlist on 12-5 11p.txt
113:10            Now, to take the blood from the heart to
113:11 the machine and back to the heart -- back to the --
113:12 from the body, to the machine, back to the body, you
113:13 have to have cannulas that -- through which the blood
113:14 goes each way.
113:15            And the cannulation stitches are stitches
113:16 that you put in to secure those cannulas so that they
113:17 don't come out in the middle of the procedure.
113:18      Q.    Cannulas, that's like tubes?
113:19      A.    Tubes, yes.
113:20      Q.    So this heart and lung machine, that
113:21 actually allows you to bypass the heart?
113:22      A.    Right, the heart and lungs.
113:23      Q.    So you can pump -- pump the blood through
113:24 the body while the heart is stopped?
113:25      A.    Right.
114: Page 114
114: 1      Q.    Okay.  All right.  So what do you do
114: 2 next?
114: 3      A.    You put the cannulation stitches.  You
114: 4 have heparin to totally anticoagulate the patient.
114: 5      Q.    That's a blood thinner; is that right?
114: 6      A.    Yes.
114: 7      Q.    Okay.
114: 8      A.    You put the cannulas in and you connect
114: 9 them to the appropriate lines going to and from the
114:10 heart and lung machine.
114:11            So once you've completed that step, then
114:12 you've got a complete circuit from the patient to the
114:13 machine to the oxygenator and back to the patient.
114:14      Q.    And so this machine actually circulates
114:15 the blood and breathes essentially --
114:16      A.    Right.
114:17      Q.    -- for the patient; is that right?
114:18      A.    That's right.
114:19      Q.    So after you get that hooked up right,
114:20 then what do you do?
114:21      A.    Then you initiate cardiopulmonary
114:22 bypass.  You allow the machine to start pumping blood
114:23 from the heart and -- I mean from the body and back
114:24 to the body.
114:25            And once you have that, your blood
115: Page 115
115: 1 pressure is stable and manageable while you're on
115: 2 bypass.  That means you're on cardiopulmonary
115: 3 bypass.  You can lift the heart up and torque the
115: 4 heart around and find the vessels that you want to
115: 5 bypass, and you identify them.
115: 6            And then you -- once that's in -- at some
115: 7 point in there, you put what's called a vent through
115: 8 the right superior pulmonary vein into the left
115: 9 ventricle, which keeps the left ventricle empty while
                          Page 8

```
        coltharp plaintiff durlist on 12-5 11p.txt
115:10 you're working on it.  And that keeps it cool.
115:11              You cool the -- cool the body by cooling
115:12 the blood as it goes through the heart and lung
115:13 machine.
115:14      Q.     Can I stop you right there?
115:15      A.     Yes.
115:16      Q.     Before, you said that you could actually
115:17 look at the heart and turn it.  I mean, you actually
115:18 do that in your hand, right?
115:19      A.     Right.
115:20      Q.     You reached down in Tony Dedrick's chest
115:21 and held his heart in your hand; is that right?
115:22      A.     Right.
115:23      Q.     And you would actually turn the heart and
115:24 look at the coronary arteries or the heart arteries
115:25 that you want to bypass?
116: Page 116
116: 1      A.     Right.
116: 2      Q.     Now, do you stop the heart from beating
116: 3 before you do that?
116: 4      A.     No.  Not -- I like to see them before the
116: 5 heart is stopped, because you never know -- if you
116: 6 can't see them before the heart stops, you never know
116: 7 how long it's going take you to find them.
116: 8              If they're either intramyocardial, which
116: 9 means if they're not on the surface of the heart like
116:10 they are normally and they're down in the muscle, or
116:11 if the patient is a fat patient, they may have a lot
116:12 of fat on their heart, and sometimes it's hard to
116:13 find the muscles in the fat.
116:14              So I like for the heart to be beating and
116:15 be perfused while I'm identifying the vessels.
116:16      Q.     When you say perfused, tell us what you
116:17 mean by that.
116:18      A.     With blood flow going through it.  Not
116:19 stopped and arrested.
116:20      Q.     Okay.  So you -- you actually held Tony
116:21 Dedrick's heart in your hand while it was beating; is
116:22 that right?
116:23      A.     Yes.
116:24      Q.     And you looked at the arteries.  Can you
116:25 tell anything about the arteries?  Can you tell if
117: Page 117
117: 1 there's -- if there's blockage in those arteries?
117: 2      A.     Sometimes you can see them.  It depends
117: 3 on whether -- it depends on where they are.
117: 4              If they're very proximal, then a lot of
117: 5 times you can't see them because the proximal
117: 6 arteries are either covered with a lot of fat or in
117: 7 an inconvenient place to see them.
117: 8              And also the more proximal the artery is
117: 9 the bigger it is, the thicker the wall is, which
```

coltharp plaintiff durlist on 12-5 11p.txt

117:10 makes it harder to see an intraluminal blockage.
117:11     Q.     When you say proximal, what do you mean
117:12 by that?
117:13     A.     Upstream, closer to the aorta.  Proximal
117:14 is the opposite of distal, which is downstream, away
117:15 from the aorta or away from some center point of
117:16 origin.
117:17     Q.     And I think you told us that one of the
117:18 first things that you do when you open the
117:19 pericardium is you look at the aorta; is that right?
117:20     A.     Yeah.
117:21     Q.     And did you see anything in Tony
117:22 Dedrick's aorta that caused you any concern?
117:23     A.     No.  I dictated that there was minimal
117:24 ascending aortic atherosclerosis.
117:25     Q.     So not much plaque build-up at all in the
118: Page 118
118: 1 aorta?
118: 2     A.     Right.
118: 3     Q.     So what do you do next?
118: 4     A.     Well, we've got the -- we've identified
118: 5 the vessels.  We're on bypass.  We're cooling the
118: 6 body.
118: 7     Q.     How are you doing that?
118: 8     A.     You put the pump -- you put the lines
118: 9 through which the blood is circulated into an ice
118:10 water bath and monitor the tissue -- the
118:11 temperature.  When it gets to a certain -- when it
118:12 gets to the desired level, then you stop the cooling.
118:13     Q.     So the blood that's flowing from the body
118:14 to the heart and lung machine and then back into the
118:15 body, those tubes actually go through --
118:16     A.     Through a water bath, through a cooler,
118:17 mechanical.  It's not ice water actually, I don't
118:18 think, but it's a cooler machine that can either heat
118:19 it or cool it.
118:20     Q.     Okay.  And so, at this stage, you're
118:21 cooling the blood that's flowing through the --
118:22 through the heart and lung machine and back into the
118:23 body?
118:24     A.     Right.
118:25     Q.     And then what does that do for you?
119: Page 119
119: 1     A.     Well, cooling does a couple of things.
119: 2 One, it begins -- you want the heart to stay cool
119: 3 because it's better preserved while it's arrested.
119: 4             The other thing is cardiopulmonary bypass
119: 5 flow.  The flow of blood flow through the body is
119: 6 close to physiologic, but it's not physiologic.  And
119: 7 you don't get the same flows as you do your normal
119: 8 cardiac output.
119: 9     Q.     When you say physiologic, tell us what

```
        coltharp plaintiff durlist on 12-5 11p.txt
119:10 you mean.
119:11      A.      Normal for the body.
119:12      Q.      Okay.
119:13      A.      The flow also is not pulsatile.  Your
119:14 flow, blood flow through your body, is pulsatile with
119:15 each heartbeat.  The heart and lung machine is a
119:16 constant flow.
119:17              So those things change.  And by cooling
119:18 the body, you diminish oxygen requirements in the
119:19 tissues.  And that allows a little margin of error as
119:20 far as blood flow to the brain or the kidneys or
119:21 wherever it goes.
119:22      Q.      Okay.  And you said that cooling --
119:23 cooling the body helps preserve the heart as it's
119:24 arrested; is that right?
119:25      A.      Yes.
120: Page 120
120: 1      Q.      That's when it's stopped?
120: 2      A.      Right.
120: 3      Q.      And then how do you get the heart
120: 4 stopped?
120: 5      A.      Well, you -- the process begins with
120: 6 clamping the aorta so that there's no more blood from
120: 7 the heart and lung machine going to the heart.  And
120: 8 you infuse a solution called a cardioplegia solution
120: 9 into the heart.
120:10              That solution is a solution that has,
120:11 among other things, high potassium content which
120:12 stops the heart and chemicals that help preserve the
120:13 heart cells, keep them alive while they're stopped.
120:14 And that solution is almost freezing.  It's, you
120:15 know, five degrees centigrade.  So it's real cold.
120:16              It's real cold high potassium and has
120:17 preservatives in it to preserve the heart.  That
120:18 stops the heart and allows you to work on a still and
120:19 flaccid heart, nonbeating heart.
120:20      Q.      So after you get the blood flowing
120:21 through the heart and lung machine, you've got it
120:22 cooled down.  You've got the pressure regulated like
120:23 you want.  Is the next thing you do actually to clamp
120:24 off the aorta; is that right?
120:25      A.      Yes.
121: Page 121
121: 1      Q.      And then --
121: 2      A.      No, you clamp the aorta before the heart
121: 3 is stopped.  I don't know.  I may not be following
121: 4 you.
121: 5      Q.      Okay.
121: 6      A.      But you clamp the aorta.  Then you stop
121: 7 the heart.
121: 8      Q.      You clamp the aorta and then you inject
121: 9 the cardioplegia?
                        Page 11
```

```
        coltharp plaintiff durlist on 12-5 11p.txt
121:10      A.     That's right.
121:11      Q.     And then that stops the heart?
121:12      A.     That's right.
121:13      Q.     And then what next?
121:14      A.     And then you start on the veins to the
121:15 arteries.  You take -- you've taken the vein.  You've
121:16 left out this step -- but you -- of course you look
121:17 at the vein and make sure it's the adequate size and
121:18 doesn't have a lot of holes in it that you need to
121:19 repair and that sort of thing.
121:20             And then you -- once you've stopped the
121:21 heart, once again you find the artery that you're
121:22 going to sew first.  And you open the artery and make
121:23 sure that your opening in the artery is appropriate
121:24 size and sew the vein to it with a fine plastic nylon
121:25 thread.
122: Page 122
122: 1      Q.     And while you're doing this procedure,
122: 2 you've got a bunch of folks in the operating room
122: 3 with you; is that right?
122: 4      A.     Yes.  Uh-huh.
122: 5      Q.     Do you do all of this yourself, like
122: 6 removing the vein from the leg and the mammary --
122: 7      A.     No.  The vein usually is removed by a
122: 8 trained and certified first assistant that we've
122: 9 trained.
122:10             Everything in the chest I do, or I
122:11 harvest the mammary, open the pericardium, cannulate,
122:12 put the cannula in.  And --
122:13             But, you know, there's a scrub nurse that
122:14 hands me the instruments as I ask for them.  My
122:15 partner was assisting me.  And then there's a
122:16 circulating nurse in the room who hands things to the
122:17 scrub nurse as she needs them.
122:18      Q.     When you said that you identified the
122:19 artery that you want to bypass first, do you know
122:20 before you ever opened the chest up which artery
122:21 you're going to do first?
122:22      A.     No.  Usually -- usually, I make that
122:23 decision based on the vein, the quality of the vein,
122:24 and if there are any -- you know, for instance,
122:25 somebody might have a good quality vein, but it would
123: Page 123
123: 1 have two spots where it has a varicosity in it.
123: 2      Q.     What does that mean?
123: 3      A.     It's a dilation of the vein like a
123: 4 varicose vein.  And you would rather not use those
123: 5 two spots.
123: 6             So if you can divide the vein there and
123: 7 not use that bad section of vein, you try to fit that
123: 8 length of vein to one of the arteries.
123: 9             I don't know if I'm making myself clear.
                        Page 12
```

coltharp plaintiff durlist on 12-5 11p.txt
123:10 But some bypasses require longer pieces of vein.
123:11 Some are shorter.  And you try to match those
123:12 pieces -- those links of vein with the appropriate
123:13 arteries so you have plenty of vein.
123:14                    (Defendant's Exhibit Number 8 was
123:15                    marked for identification.)
123:16     Q.     Okay.  Doctor, let me hand you what I've
123:17 marked as --
123:18          MR. BIRCHFIELD:  What's our next
123:19     exhibit?
123:20          THE COURT REPORTER:  From my memory, the
123:21     next one will be 8.
123:22     Q.     Let me show you what's marked as Exhibit
123:23 8 to your deposition.  Is that just a diagram of the
123:24 coronary arteries?  And what I'd like for you to do
123:25 is just show us -- if you would, take a pen and show
124: Page 124
124: 1 us where you -- the bypasses that you did and -- is
124: 2 this diagram adequate for you to do that?
124: 3     A.     Yeah.  I'll start with the internal
124: 4 mammary artery.  This is a little incomplete.  You
124: 5 have the subclavian artery over here.
124: 6     Q.     Doctor, do you mind if I walk around
124: 7 behind you?
124: 8     A.     And carotid artery here, and the
124: 9 innominate artery here.
124:10     Q.     What's that last one?
124:11     A.     Innominate.  And that divides into the
124:12 right subclavian and right carotid.  But the reason
124:13 that I'm drawing those in is because the internal
124:14 mammary artery is a branch off the subclavian artery.
124:15     Q.     Yes.
124:16     A.     And let me just make sure where -- we put
124:17 that to the anterior descending.  So you -- we've
124:18 dissected it free.  We've harvested it from the
124:19 posterior aspect of the sternum and we bring it down
124:20 and sew it to the anterior descending like that.
124:21          It remains approximately -- it remains
124:22 naturally connected to the subclavian artery.
124:23     Q.     Okay.
124:24     A.     Whereas the vein, like we've talked
124:25 about, we completely removed the vein, and we have a
125: Page 125
125: 1 length of the vein like that.  And the vein --
125: 2     Q.     And that's the saphenous vein from the
125: 3 leg?
125: 4     A.     The saphenous vein, that's right.  And
125: 5 one piece of vein was sewn to the diagonal.  This is
125: 6 a diagonal branch right here.
125: 7          So we -- we sew one end of the vein to
125: 8 the aorta, and one end to the artery like that.  So
125: 9 that's the first vein graft.
                    Page 13

```
          coltharp plaintiff durlist on 12-5 11p.txt
125:10               Then we take another piece of vein -- and
125:11 it's kind of hard to see it, because this is on the
125:12 back side of the heart right here.  But this is the
125:13 obtuse marginal.  And I'm going to -- I'm going to
125:14 put it down here.  So that's the second graft, the
125:15 second vein graft.
125:16     Q.     So you connected -- you connected that
125:17 graft from the aorta to the obtuse marginal?
125:18     A.     Right.
125:19     Q.     Okay.
125:20     A.     And I'm going clarify that in just a
125:21 minute.  And then the final graft that we did is to
125:22 the anterior descending.  And that artery comes
125:23 around like this and is sewn to the aorta -- I mean,
125:24 that vein.  So there are four.
125:25               Now, the order that that's done in is --
126: Page 126
126: 1 you sew all of the distal anastomoses first.  This
126: 2 is, you sew the vein to the arteries and the mammary
126: 3 to the artery before you sew this proximal
126: 4 anastomosis; that is, the anastomosis of the vein to
126: 5 the aorta.
126: 6     Q.     And the anastomosis, that is a fancy word
126: 7 for connecting the vein --
126: 8     A.     Right.
126: 9     Q.     -- to the heart artery?
126:10     A.     Right.
126:11     Q.     Okay.
126:12     A.     And you do that because -- although a
126:13 heart is safe while it's stopped or rested and
126:14 preserved and cold like we talked about, you don't
126:15 want to waste any time with the heart in that
126:16 condition.  You'd rather it be -- have restored blood
126:17 flow.
126:18               So once you complete the distal artery
126:19 anastomoses, then you can take the cross clamp off
126:20 the aorta and restore the blood flow to the heart.
126:21 And then you put what's called a partial occlusion
126:22 clamp on the aorta.  And I'll just show you how that
126:23 works.
126:24               If this is the aorta from the side like
126:25 this, you put a partial occlusion clamp on it that
127: Page 127
127: 1 comes down like this.  And it has the same thing on
127: 2 the other side.
127: 3               And if you squeeze that together, then it
127: 4 occludes this part of the aorta.  Blood flow still
127: 5 goes this way and that way.  But this appears
127: 6 occluded.  And you can make your little holes, your
127: 7 aortotomy holes here to sew your vein grafts to the
127: 8 aorta with.
127: 9     Q.     While the -- while the heart is stopped,
```

```
          coltharp plaintiff durlist on 12-5 11p.txt
127:10 it's still getting blood flow through the heart and
127:11 lung machine?
127:12     A.    No.
127:13     Q.    No.
127:14     A.    Huh-uh.  No.  After you give --
127:15     Q.    It gets cut off because of the aorta
127:16 clamp, right?
127:17     A.    The only -- the only flow that the heart
127:18 gets when the cross clamp is on is the cardioplegia
127:19 solution.
127:20           Now, the cardioplegia solution, as I
127:21 said, has high potassium.  It's really cold.  It has
127:22 preservatives, and it also has blood in it,
127:23 oxygenated blood.  So we give intermittent doses of
127:24 that cardioplegia to the heart while it's arrested.
127:25 So we --
128: Page 128
128: 1           Although it doesn't have continuous blood
128: 2 supply, it has intermittent doses of blood supply,
128: 3 and that helps preserve it to avoid any cellular
128: 4 death, hopefully, while the heart's arrested and not
128: 5 being perfused.
128: 6     Q.    When you say you use this partial clamp,
128: 7 do you restore blood flow then or not?
128: 8     A.    Yes.  Yes.  We restore the blood flow,
128: 9 and then we put the partial occlusion clamp on.  And
128:10 it allows the blood flow to continue to the heart.
128:11 It just doesn't continue to this part of the aorta.
128:12     Q.    Okay.  What's your next step?
128:13     A.    Well, after we've sewn the distals and
128:14 we've sewn the proximals so we've restored the blood
128:15 flow to the heart past the blockages now, then we
128:16 warm the body, warm the blood back to 38 degrees.
128:17           While that's happening, we're putting
128:18 temporary pacing wires on the heart.  Those are wires
128:19 which are connected -- one set of two is connected to
128:20 the ventricle.  One set of two is connected to the
128:21 right atrium.  And they're brought out through the
128:22 skin, through separate spots on the skin and then
128:23 connected to pacing cables that are connected to a
128:24 pacemaker.
128:25           So you've got a temporary way to pace the
129: Page 129
129: 1 heart if you need to.
129: 2     Q.    Now, these pacing wires, those are like
129: 3 electrical wires?
129: 4     A.    Yeah.
129: 5     Q.    That you connect to a pacemaker?
129: 6     A.    Right.
129: 7     Q.    Okay.
129: 8     A.    And once the -- and sometimes the heart
129: 9 starts beating normally on its own.  Sometimes it's
                          Page 15
```

coltharp plaintiff durlist on 12-5 11p.txt
129:10 in ventricular fibrillation and you have to
129:11 defibrillate it, shock it.  Then you take that vent
129:12 out, which I referred to earlier, which keeps the
129:13 left ventricle empty while you're working on it.
129:14     Q.    What do you mean by vent?
129:15     A.    It's just a tube that goes through the
129:16 right superior pulmonary vein into the left ventricle
129:17 so that relatively warm blood doesn't pool in the
129:18 ventricle and cause the heart to get warm.
129:19     Q.    So it just pumps that blood out?
129:20     A.    It drains by gravity actually.
129:21     Q.    Okay.
129:22     A.    And so now we're back to normal body
129:23 temperature.  The heart is beating.  We've got
129:24 pacemaker wires in.  You ask the anesthesia people to
129:25 ventilate the lungs.  They start ventilating the
130: Page 130
130: 1 lungs again.  While you're on the heart and lung
130: 2 machine, you don't need to ventilate the lungs.
130: 3             And then you terminate cardiopulmonary
130: 4 bypass, and the heart hopefully sustains life once
130: 5 again.
130: 6     Q.    And in Tony's case, Mr. Dedrick's case,
130: 7 do you know if you had to defibrillate, or did his
130: 8 heart start beating on its own?
130: 9     A.    I usually don't dictate that.  Let me see
130:10 if I did.  No, I didn't.  I can't tell you.
130:11     Q.    And so what do you do next?
130:12     A.    Well, once you've -- once you've
130:13 terminated cardiopulmonary bypass, you take those
130:14 cannulas out of the heart.
130:15     Q.    Those tubes?
130:16     A.    Yeah.
130:17     Q.    Okay.
130:18     A.    And then reverse the anticoagulation.
130:19 You give heparin to anticoagulate a patient so it
130:20 will form no clot at all.
130:21             And then once you've completed the
130:22 operation, you give a drug called protamine, which
130:23 refers as the anticoagulation of heparin.  And they
130:24 start to make clot again.
130:25     Q.    And then in there you note that once you
131: Page 131
131: 1 do that, that hemostasis is achieved.  What does that
131: 2 mean?
131: 3     A.    Well, you just make sure there's no
131: 4 bleeding.  You make sure all that your anastomoses
131: 5 are hemostatic, aren't bleeding.
131: 6             You know, you just look around to see if
131: 7 where you harvested the mammary, make sure that's not
131: 8 bleeding.  That's what you do.  That's what that
131: 9 means.
                        Page 16

coltharp plaintiff durlist on 12-5 11p.txt
131:10      Q.      Okay.  And then after you do that, what's
131:11 your next step?
131:12      A.      I hope I'm following this.  I haven't
131:13 been following this report.  But then -- by then,
131:14 you're off bypass.  The cannulas are out.  Everything
131:15 is working the way it's supposed to work.  You put
131:16 the chest tubes in.
131:17            Chest tubes are tubes that you leave that
131:18 go in through a separate stab wound incisions and
131:19 drain any blood that might accumulate during the
131:20 postoperative period around the heart.  You put them
131:21 in, and then you start to close.
131:22            By that I mean you close the pericardium
131:23 with stitches and you close the sternum with the
131:24 stainless steel wire sutures.
131:25      Q.      You said you had a device that
132: Page 132
132: 1 actually --
132: 2      A.      Yeah.
132: 3      Q.      -- pulls the rib cage apart --
132: 4      A.      Right.
132: 5      Q.      -- and then you --
132: 6      A.      You remove that.
132: 7      Q.      You remove that, and then you sew the
132: 8 chest -- the rib cages back together; is that right?
132: 9      A.      You sew the sternal edges back together.
132:10      Q.      The bone?
132:11      A.      Right, the breastbone.
132:12      Q.      And then you do that with stainless steel
132:13 wires?
132:14      A.      Stainless steel wires.
132:15      Q.      And then what do you do?
132:16      A.      Then you sew the soft tissue layers
132:17 together with different types of stitches, and then
132:18 you close the skin, put dressing on it.
132:19      Q.      When you were doing the grafts of the
132:20 coronary arteries, did -- did you actually -- did you
132:21 see -- did you see the plaque build-up or
132:22 atherosclerosis?
132:23      A.      If you'll look down here in the --
132:24 where -- under number seven on page two, it's got
132:25 distal anastomoses.  For instance, number one,
133: Page 133
133: 1 posterior descending branch, and then it's a 1.5
133: 2 millimeter vessel with moderate disease.
133: 3            Moderate disease means that you can see
133: 4 moderate plaque build-up in that artery.  The obtuse
133: 5 marginal branch of the circumflex is 1.5 millimeter
133: 6 with moderate disease and heavy disease present
133: 7 proximal to the anastomosis.
133: 8            That just means you can see -- you can
133: 9 see the disease where we were following it.  And I
                          Page 17

        coltharp plaintiff durlist on 12-5 11p.txt
133:10 probably put a probe up to see if I could pass a
133:11 metal probe, a one millimeter or a one and a half
133:12 millimeter probe back up through the artery, and I
133:13 probably couldn't because of the moderate to heavy
133:14 disease.


Group:  Coltharp, william (Vol. 01) - 09/13/2006
Page Range:      136:2-136:9

136: 2      Q.      And if you could, just flip back to your
136: 3 pre-op diagnosis, and you looked at it earlier.  You
136: 4 said acute inferior myocardial infarction?
136: 5      A.      Uh-huh.
136: 6      Q.      Inferior, does that refer to the location
136: 7 of the heart attack?
136: 8      A.      Right, the inferior wall of the
136: 9 ventricles.


Group:  Coltharp, william (Vol. 01) - 09/13/2006
Page Range:      136:10-136:12

136:10      Q.      And did you -- while you were holding the
136:11 heart in your hand, did you see the abnormal wall
136:12 motion, any abnormal wall motion?


Group:  Coltharp, william (Vol. 01) - 09/13/2006
Page Range:      136:14-137:3

136:14      A.      I don't know if -- I don't -- I don't
136:15 know based on this report.  I don't think I dictated
136:16 that I could see any.
136:17      Q.      Any observations or findings of
136:18 significance about the posterior wall?
136:19      A.      No.  I don't -- I don't believe there
136:20 are.
136:21      Q.      Of the lateral wall?  And what about your
136:22 observation; what you could see about ventricular
136:23 function?
136:24      A.      I just want to make sure I don't miss
136:25 anything.  I didn't comment on -- let's see.  I
137: Page 137
137: 1 didn't comment on wall motion abnormalities that I
137: 2 can find right now.  And therefore, I would conclude
137: 3 that there were no severe wall motion abnormalities.


Group:  Coltharp, william (Vol. 01) - 09/13/2006
Page Range:      137:23-138:2

coltharp plaintiff durlist on 12-5 11p.txt
137:23     Q.    I'm going to show you -- this may be an
137:24 exhibit already.  If it is, I apologize.  For
137:25 efficiency sake, let me show you what's Exhibit 9 to
138: Page 138
138: 1 your deposition.  Is it your consultation record?
138: 2     A.    Uh-huh.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    138:3-139:5

138: 3     Q.    And quickly, in the history of present
138: 4 illness, you said -- you say there is no antecedent
138: 5 history of coronary artery disease, right?
138: 6     A.    Right.
138: 7     Q.    And antecedent, that means prior?
138: 8     A.    Right.
138: 9     Q.    Okay.  And you note that acute -- the
138:10 acute inferior myocardial infarction, that's a heart
138:11 attack in the inferior wall of the heart, right?
138:12     A.    Uh-huh.
138:13     Q.    And then in the paragraph right above the
138:14 past history, it says that there is inferior
138:15 hypokinesis?
138:16     A.    Uh-huh.
138:17     Q.    Can you tell us what hypokinesis means?
138:18     A.    Yes.  Kinesis is the movement -- is the
138:19 wall motion as the muscle contracts normally.
138:20 Hypokinesis is less than normal contraction.
138:21 Akinesis is no contraction.  Hyperkinesis is a real
138:22 hyper ventricle that is just banging away.
138:23          So hypokinesis is less than normal
138:24 contraction of some part of the wall.
138:25     Q.    And when it says inferior hypokinesis,
139: Page 139
139: 1 what does inferior mean?
139: 2     A.    The inferior wall of the left ventricle.
139: 3     Q.    So does that tell you whether or not
139: 4 there's been some measure of damage to the left
139: 5 ventricle?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    139:7-139:10

139: 7     A.    Yeah.  It tells you that there's -- that
139: 8 there's some damage that's either permanent
139: 9 infarction damage or stunning damage like we've
139:10 talked about earlier.


Group:  Coltharp, William (Vol. 01) - 09/13/2006

        coltharp plaintiff durlist on 12-5 11p.txt
Page Range:        139:14-139:16

    139:14    Q.      And at that time, did you have any
    139:15 understanding as to whether or not Vioxx increased
    139:16 the risk of heart attack?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:        139:19-141:7

    139:19    A.      Not that I remember.  You know, I
    139:20 don't -- I don't remember exactly what my knowledge
    139:21 was of Vioxx in January of 2003.  But I -- had I
    139:22 thought that there was an increased risk of a heart
    139:23 attack, I wouldn't have prescribed it on discharge.
    139:24    Q.      And if you'll look at the -- at the
    139:25 second page of this consult report under physical
    140: Page 140
    140: 1 examination, it's got blood pressure 126 over 80.  Is
    140: 2 that normal?
    140: 3    A.      Yeah.  Uh-huh.  That's good.
    140: 4    Q.      And then under the impression section, it
    140: 5 has acute inferior myocardial infarction, status,
    140: 6 post lytic therapy?
    140: 7    A.      Lytic therapy.
    140: 8    Q.      Lytic therapy.  And that's the --
    140: 9 thrombolytic, that's a clot buster; is that right?
    140:10    A.      Right.
    140:11    Q.      And that was given to him when he first
    140:12 showed up --
    140:13    A.      Right.
    140:14    Q.      -- at the emergency room in Wayne County;
    140:15 is that right?
    140:16    A.      Yes.
    140:17    Q.      When you say -- when you say the acute
    140:18 inferior myocardial infarction status post lytic
    140:19 therapy --
    140:20    A.      That just means that -- that means he had
    140:21 lytic therapy, and it's been completed.
    140:22    Q.      And then under the -- under the plan
    140:23 section, you state that we will get an
    140:24 echocardiogram.  Do you see that?
    140:25    A.      Uh-huh.
    141: Page 141
    141: 1    Q.      Tell us what an echocardiogram is.
    141: 2    A.      It's a test that looks at the function of
    141: 3 the heart with ultrasound waves.  And it allows you
    141: 4 to look at a number of different things, wall motion
    141: 5 abnormalities or wall motion, period, valvular
    141: 6 function, and -- and you can sometimes see -- pick up
    141: 7 atherosclerosis in the aorta with it.

                        Page 20

coltharp plaintiff durlist on 12-5 11p.txt

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      142:21-144:3

```
142:21      Q.      And what I handed you as Exhibit 10 to
142:22 your deposition, is that the echo report of the --
142:23 the echocardiogram report on Tony Dedrick?
142:24      A.      Yes.
142:25      Q.      And you would have reviewed that before
143: Page 143
143: 1 doing the surgery; is that right?
143: 2      A.      I would have reviewed the report or
143: 3 talked with the cardiologist that read it.
143: 4      Q.      Okay.  And what was your impression of
143: 5 the -- of the findings of this echo report?
143: 6      A.      Well, it said that there was inferior
143: 7 wall akinesis, ejection fraction estimated at 35 to
143: 8 40 percent with moderate posterior wall hypokinesis.
143: 9      Q.      And when you say moderate posterior wall
143:10 hypokinesis, what are we talking about?
143:11      A.      If you think about -- if you think about
143:12 the heart, it sits in the chest sort of like a
143:13 football.  The inferior wall -- the posterior wall
143:14 and the anterior wall come to an apex.  The inferior
143:15 is more proximal to the posterior wall.  It's just
143:16 semantics.
143:17             All of it refers to the posterior lateral
143:18 inferior wall, but the posterior wall refers to more
143:19 out toward the apex, where the inferior wall is more
143:20 towards the base of the heart.
143:21      Q.      And then the hypokinesis, that means
143:22 it's -- it's not moving as much as it should?
143:23      A.      As it normally does.
143:24      Q.      And then you've got the ejection fraction
143:25 as 35 to 40 percent; is that right?
144: Page 144
144: 1      A.      Yes.
144: 2      Q.      And what's the significance of an
144: 3 ejection fraction at 35 to 40 percent?
```

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      144:5-144:9

```
144: 5      A.      Well, 35 -- you know, if I were going to
144: 6 quantitate left ventricular dysfunction, I would say
144: 7 that 40 percent is mild to moderate dysfunction.  30
144: 8 to 40 is moderate, and less than 30 is moderate to
144: 9 severe.  Less than 20 is certainly severe.
```

Group:  Coltharp, William (Vol. 01) - 09/13/2006

        coltharp plaintiff durlist on 12-5 11p.txt
Page Range:     144:10-144:12

  144:10     Q.     And would an ejection fraction of 35 to
  144:11 40 percent, would that -- would that guide you in any
  144:12 way in doing the bypass surgery?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     144:14-144:17

  144:14     A.     It would reassure me that he hadn't had a
  144:15 terrific -- terrifically sized infarction.  And --
  144:16 and you have to also -- I think you have to -- so
  144:17 that's what that would tell me.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     145:11-145:15

  145:11     Q.     And in doing the bypass surgery and
  145:12 actually looking at and holding Tony Dedrick's heart,
  145:13 was there anything that you observed that's
  145:14 inconsistent with this -- with what you see in the
  145:15 echo report?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     145:17-146:1

  145:17     A.     I don't -- I can't say for sure because I
  145:18 can't recall precisely the operation.  But since I
  145:19 did not make any note of wall motion abnormalities, I
  145:20 would say that he may have -- that the echo may have
  145:21 overread his ejection -- his ventricular
  145:22 dysfunction.
  145:23            You know, I would -- to say that another
  145:24 way, if I were operating on somebody with an ejection
  145:25 fraction of 35 to 40 percent, I would expect to see
  146: Page 146
  146: 1 some wall motion abnormality and make a record of it.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     147:9-147:13

  147: 9     Q.     Is a difference in ejection fraction
  147:10 measurement of 35 to 40 percent versus an ejection
  147:11 fraction reading of 55 to 60 percent within a day of
  147:12 one another, is that -- is that unusual, or what
  147:13 would account for that?


                        Page 22

```
        coltharp plaintiff durlist on 12-5 11p.txt
Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      147:15-148:15
```

```
147:15     A.     I think there are a couple of things.
147:16 One is, these are different methods of arriving at
147:17 the ejection fraction.  And hardly ever will they
147:18 exactly agree.
147:19              The ejection fraction in this cath report
147:20 is calculated, I think, and McPherson or Koenig can
147:21 tell you for sure.  But it's calculated by their
147:22 program that takes all of these movies of the
147:23 angiograms.
147:24              It's a computer program that calculates
147:25 the ejection fraction.  And the ejection fraction on
148: Page 148
148: 1 the echocardiogram is usually -- it may be calculated
148: 2 from a computer program as well.
148: 3              Usually, the echocardiogram doctors will
148: 4 give an estimate if it's not calculated.  So it's
148: 5 a --
148: 6              Number one, there's a difference in
148: 7 method -- methodology of arriving at an ejection
148: 8 fraction.
148: 9              Number two, just for accuracy, I did --
148:10 even though I made reference to his echocardiogram
148:11 findings, I also made reference to normal left
148:12 ventricular function in the discharge diagnoses.
148:13              So there was, you know -- I would say
148:14 that there are -- the difference in methodology
148:15 probably is the reason for the difference in numbers.
```

```
Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      151:4-151:16
```

```
151: 4     Q.     If you'll take a look again at Exhibit 7
151: 5 to your deposition, it's the letter that Mark Tedder,
151: 6 your partner, wrote to John McPherson.  You may not
151: 7 even need it -- where it notes that Mr. Dedrick is
151: 8 walking at least two miles a day.  What's the
151: 9 significance of that?
151:10     A.     Well, again, that's a good sign.  You
151:11 know, recovery from heart surgery is not the type
151:12 recovery where you should feel a little better every
151:13 day and be a little stronger every day and be able to
151:14 walk a little farther every day.  Some people are
151:15 lucky and get back to a real functional level pretty
151:16 quickly, and he's one of those guys.
```

```
Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      151:17-151:19
```

coltharp plaintiff durlist on 12-5 11p.txt

151:17      Q.      And what does this letter -- what's
151:18 contained in this letter tell you about the efforts
151:19 that Mr. Dedrick is making to do the right things?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      151:21-152:9

151:21      A.      Well, it tells me that he's following the
151:22 recommendations as far as exercise goes.  His blood
151:23 pressure -- I mean, his blood sugar appears to be
151:24 under pretty good control.  There's no mention of
151:25 smoking.
152: Page 152
152: 1              But I think those are -- those are two
152: 2 good things, that he's walking like that and his
152: 3 blood sugar is under fairly good control.
152: 4      Q.      So he's exercising like he should, right?
152: 5      A.      Yes.
152: 6      Q.      And eating like he should?
152: 7      A.      Well, controlling his blood pressure.
152: 8      Q.      Blood sugars?
152: 9      A.      Eating -- I mean, blood sugar.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      152:21-152:24

152:21      Q.      Let me show you what's marked as Exhibit
152:22 12 to your deposition.  Are those the blood gas
152:23 studies or reports that were done on Tony Dedrick?
152:24      A.      Yes.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      153:7-154:24

153: 7      Q.      And on page -- well, we've got some
153: 8 records or some results that were obtained on the
153: 9 13th.  That's the date of the surgery; is that right?
153:10      A.      Yes.
153:11      Q.      And then on the second page, we've got
153:12 some that were taken on the 14th, the day after,
153:13 correct?
153:14      A.      Yes.
153:15      Q.      And then we also have --
153:16      A.      Well, there were -- on my -- my second
153:17 page, my page two of seven has a number of days with
153:18 results.
153:19      Q.      Right.  Including the 14th?
153:20      A.      Yes.
                         Page 24

```
         coltharp plaintiff durlist on 12-5 11p.txt
153:21     Q.     And then the 9th and the 10th?
153:22     A.     Yes.
153:23     Q.     On the -- on the bottom of page 2 where
153:24 it has the lipid and coronary risk studies, do you
153:25 see that?
154: Page 154
154: 1     A.     Uh-huh.
154: 2     Q.     And it has the total cholesterol.  That's
154: 3 the first column, and then triglycerides?
154: 4     A.     Uh-huh.
154: 5     Q.     And then the HDL, that's the good
154: 6 cholesterol that you talked about earlier, right?
154: 7     A.     Uh-huh.
154: 8     Q.     And then the LDL, that's the bad
154: 9 cholesterol that you talked about.  That's the one
154:10 that would cause the atherosclerosis, the plaque
154:11 build-up, right?
154:12     A.     Right.
154:13     Q.     And on there it notes that the LDL is 39?
154:14     A.     Uh-huh.
154:15     Q.     Is that good?
154:16     A.     Yeah, that's below the reference range.
154:17     Q.     That would be real good, wouldn't it?
154:18     A.     Yes.
154:19     Q.     Doctor, are you -- are you aware of -- of
154:20 studies that would show if you get the LDL down to a
154:21 certain level -- if you reduce it to a certain level
154:22 or below that it can actually cause a regression of
154:23 atherosclerosis?
154:24     A.     I'm aware of those fairly recent studies.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     155:15-157:10

155:15     Q.     And then on the -- on the next page,
155:16 though, we see that at least this indicates that the
155:17 cholesterol HDL ratio interpretation, if it's -- if
155:18 it's less than 4.0, it would be a decreased coronary
155:19 risk?
155:20     A.     That's right.
155:21     Q.     And Tony's, Mr. Dedrick's, was 3.1; is
155:22 that correct?
155:23     A.     That's correct.
155:24     Q.     So that indicates a decreased coronary
155:25 risk?
156: Page 156
156: 1     A.     Right.
156: 2     Q.     And the next category on page three of
156: 3 seven is the endocrine studies?
156: 4     A.     Yes.
156: 5     Q.     What is that talking about?
                      Page 25
```

coltharp plaintiff durlist on 12-5 11p.txt
156: 6     A.     That's a hemoglobin A1C value.
156: 7 Hemoglobin A1C gives -- value gives sort of a
156: 8 six-week summary of blood sugar control.  And then --
156: 9 and then you can use it for diagnosing diabetes in
156:10 previously undiagnosed diabetics, or you can use it
156:11 for a measure of blood sugar control.
156:12     Q.     And the -- when you say a six-week study,
156:13 doctors will use that to see if diabetics had been
156:14 cheating, right?
156:15     A.     Well, yes, in a -- that's right.  That
156:16 may be a little harsh.  But when they come in and
156:17 tell you that their blood sugar has been under good
156:18 control but their hemoglobin A1C is nine, you know it
156:19 hasn't been.
156:20     Q.     That gives you a measure over the entire
156:21 six-week period --
156:22     A.     Right.
156:23     Q.     -- preceding the test?
156:24     A.     Yes.
156:25     Q.     And what is Mr. Dedrick's reading, 5.7;
157: Page 157
157: 1 is that right?
157: 2     A.     5.7.
157: 3     Q.     And that's within the normal range?
157: 4     A.     Yes.
157: 5     Q.     And this test was taken on January the
157: 6 13th of '03?
157: 7     A.     Uh-huh.
157: 8     Q.     Does that tell you that his -- his blood
157: 9 sugars were under reasonable control for the six
157:10 weeks prior to --


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     157:12-157:13

157:12     Q.     Prior to that January 13th?
157:13     A.     I would say they're under good control.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     166:2-167:21

166: 2     Q.     Let me show you Exhibit 14 to your
166: 3 deposition.  And it's a -- is that an EKG strip that
166: 4 was run on January the 8th of 2003 on Tony Dedrick?
166: 5     A.     Uh-huh, 12-lead EKG.
166: 6     Q.     Will you read that for us and point out
166: 7 any results from this EKG that were significant to
166: 8 us -- to you?
166: 9     A.     The rhythm is sinus.  He has Q wave and
166:10 it's a small Q and two -- he's got a real Q in lead

```
          coltharp plaintiff durlist on 12-5 11p.txt
166:11 three and AVF with STT abnormalities.
166:12      Q.      I'm sorry, Doctor.  If you would, will
166:13 you take this exhibit and will you circle or label
166:14 what you're -- what you're referencing there?  You
166:15 said in lead two that you see a Q wave?
166:16      A.      Yeah, it's a small Q.  Do you want me to
166:17 mark on this?
166:18      Q.      If you would.
166:19      A.      Small Q with STT abnormalities.  And
166:20 there's a larger Q wave in three with ST
166:21 abnormalities.
166:22      Q.      Okay.  Before you go further, will you --
166:23 will you label this for us?  You said that the first
166:24 circle you drew indicated the Q wave; is that right?
166:25      A.      Yes.
167: Page 167
167: 1      Q.      And then the second one was the ST
167: 2 elevation?
167: 3      A.      And then here we have a Q wave and then
167: 4 ST abnormalities.
167: 5      Q.      So in the third lead, you have a Q wave
167: 6 with ST abnormalities?
167: 7      A.      Uh-huh.
167: 8      Q.      Okay.
167: 9      A.       And the same thing over here with F.
167:10      Q.      In the F segment of the -- on the third
167:11 lead; is that right?
167:12      A.      Yes.
167:13      Q.      Okay.
167:14      A.      And, you know, you have some -- these T
167:15 waves are a little bit inverted here, but probably
167:16 that's not meaningful.  So that's what I would say.
167:17 Again, he's in the sinus rhythm as they note here.
167:18      Q.      And is that consistent, those findings,
167:19 are those consistent with an acute inferior
167:20 myocardial infarction?
167:21      A.      Uh-huh.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     169:5-169:8

169: 5      Q.      Okay. All right.  In either Exhibit 14
169: 6 or 15, either of these EKG strips, do you see any
169: 7 indication of a -- of a prior heart attack, one
169: 8 before January of 2003?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     169:10-169:12

169:10      A.      No, I don't think so.  I think because
```
                            Page 27

coltharp plaintiff durlist on 12-5 11p.txt
169:11 the STT abnormalities are associated with those Q
169:12 waves that they appear acute rather than remote.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      170:7-172:13

170: 7       Q.     And let me show you Exhibit 16 to your
170: 8 deposition.  It's another EKG strip of Tony Dedrick;
170: 9 is that correct?
170:10                MR. KRUMHOLZ:   17?  Is that what you
170:11       said?
170:12       Q.     It's actually 17.
170:13       A.     Yeah, this is March.
170:14       Q.     March 24th, 2003; is that correct?
170:15       A.     Yeah.  Obviously, this guy has had a
170:16 terrific operation performed on him.
170:17       Q.     Brilliant surgeon.
170:18       A.     Actually, his STT abnormalities are
170:19 gone.  He has some abnormalities, but they're not
170:20 acute.  He still has those Q waves that he'll have
170:21 all his life.
170:22       Q.     When you say those Q waves, what do you
170:23 mean by that?
170:24       A.     That's the electrocardiographic evidence
170:25 of infarct.
171: Page 171
171: 1       Q.     And he'll have that all his life you
171: 2 said?
171: 3       A.     Yeah.
171: 4       Q.     Earlier today, you talked about the --
171: 5 you talked in terms of traditional risk factors for
171: 6 atherosclerosis or coronary artery disease.  Do you
171: 7 remember that?
171: 8       A.     Uh-huh.  I do.
171: 9       Q.     In discussing those traditional risk
171:10 factors, you listed some of those as they pertain to
171:11 Tony Dedrick, correct?
171:12       A.     (Nods head.)
171:13       Q.     Right?
171:14       A.     Yes.
171:15       Q.     And you listed in there family history,
171:16 correct?
171:17       A.     Yes.
171:18       Q.     And family history, you noted that that
171:19 indicated a genetic predisposition to atherosclerosis
171:20 or coronary artery disease; is that right?
171:21       A.     Yes.
171:22       Q.     Does a family history -- does it
171:23 necessarily indicate a genetic predisposition or not?
171:24       A.     No, it does not.  It -- for instance, my
171:25 grandfather had seven heart attacks before he died.
                        Page 28

```
        coltharp plaintiff durlist on 12-5 11p.txt
172: Page 172
172: 1 My mother is 77 and she smokes like a fiend and
172: 2 hasn't had a heart attack yet.
172: 3                Of course, that's -- those are the only
172: 4 two risk factors she has.  But it doesn't necessarily
172: 5 follow that you're going to have a heart attack if
172: 6 your parents do.
172: 7       Q.       Family history could also involve just
172: 8 other common risk factors.  Family members could
172: 9 follow similar diets, for example?
172:10       A.       Right.
172:11       Q.       Could follow similar lifestyles about
172:12 exercising and so forth; is that right?
172:13       A.       Yes.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     172:14-172:17

172:14       Q.       Do you have any indication one way or the
172:15 other as to whether or not Tony Dedrick was
172:16 genetically predisposed to coronary artery disease
172:17 or --


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     172:19-173:4

172:19       Q.       -- or a heart attack?
172:20       A.       Well, I think that -- I think that, you
172:21 know, what the risk factors are, are factors that
172:22 have been found to be statistically significantly
172:23 linked to heart disease.  And he falls into that
172:24 group that has a positive family history because of
172:25 his brother.
173: Page 173
173: 1                And because of that, I'd say that you
173: 2 have to -- you would say that he has a genetic
173: 3 predisposition to heart disease.  Was that your
173: 4 question?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     173:5-173:10

173: 5       Q.       Well, I'm trying to -- I'm trying to
173: 6 determine whether or not you could be -- you could
173: 7 have family history as a risk factor without
173: 8 necessarily being genetically predisposed to coronary
173: 9 artery disease?
173:10       A.       Yes.
```

Page 29

coltharp plaintiff durlist on 12-5 11p.txt

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    173:15-178:5

```
173:15      Q.       And so while Tony Dedrick may have the
173:16 family history risk factor, there are not any tests
173:17 or anything that you -- genetic tests that you're
173:18 aware of that suggest he's predisposed genetically?
173:19      A.       Right.  That's right.
173:20      Q.       And you mentioned smoking as a risk
173:21 factor, right?  What is it about smoking that -- how
173:22 does smoking increase coronary artery disease and the
173:23 risk for a heart attack?
173:24      A.       One way is that nicotine can cause
173:25 vasospasm.
174: Page 174
174: 1      Q.       And when you say vasospasm, are you
174: 2 talking about causing the vessel to squeeze in?
174: 3      A.       Yes.
174: 4      Q.       Okay.  VasoconstrictionS?
174: 5      A.       Right.
174: 6      Q.       Is another term for that?
174: 7      A.       Uh-huh.
174: 8      Q.       Okay.
174: 9      A.       Another way is various inhalants in the
174:10 smoke can cause the intimal damage that we talked
174:11 about earlier.
174:12               If they get into the bloodstream, they
174:13 can cause intimal damage that can cause deposition of
174:14 fats and cholesterol and calcium to create those
174:15 blockages.
174:16      Q.       When you say intimal damage, you're
174:17 talking about the inner lining of the blood vessel?
174:18      A.       The inside lining.  That's right.
174:19      Q.       That inner lining, that's also called
174:20 endothelium; is that correct?
174:21      A.       Right.
174:22      Q.       And so damage to the endothelium can
174:23 increase the risk of a heart attack and
174:24 atherosclerosis?
174:25      A.       Right.
175: Page 175
175: 1      Q.       And the damage to the endothelium, I
175: 2 think you were describing for us how it could
175: 3 cause -- it could lead to plaque build-up?
175: 4      A.       Right.
175: 5      Q.       And does the endothelium also play an
175: 6 important role in the -- in the clotting cascade?
175: 7      A.       Yes.
175: 8      Q.       And when I say clotting cascade, that's
175: 9 the things that happen to cause a blood clot?
175:10      A.       Right.
```
                          Page 30

```
        coltharp plaintiff durlist on 12-5 11p.txt
175:11      Q.      And so damage to the -- to the
175:12 endothelium could actually cause plaque build-up, and
175:13 it could also cause -- cause a person to be prone to
175:14 clot?
175:15      A.      Yes.
175:16      Q.      Is that correct?
175:17      A.      Yes.
175:18      Q.      And smoking is a -- is a significant risk
175:19 factor because it does -- it does those things.  It
175:20 causes vasoconstriction, and it can also cause damage
175:21 to the inner lining of the wall?
175:22      A.      Right.
175:23      Q.      It can cause that which leads to plaque
175:24 build-up, and it leads to a person being rupture
175:25 prone?  I'm sorry, being prone to clot?
176: Page 176
176: 1      A.      Yes.
176: 2      Q.      And I think you described earlier in
176: 3 talking about smoking, sticky platelets; is that
176: 4 right?
176: 5      A.      Yes.
176: 6      Q.      And sticky platelets, prone to clot,
176: 7 those are synonymous?  I mean, you're talking about
176: 8 the same thing, right?
176: 9      A.      Well, there are more things than just
176:10 sticky platelets that can make one prone to clot.
176:11 But sticky platelets are certainly one of the things
176:12 that can make one prone to clot.
176:13      Q.      So we have -- so we have smoking as a
176:14 significant risk factor because it does -- it does
176:15 those things, right?
176:16      A.      Yeah.
176:17      Q.      And you mentioned diabetes as a -- as
176:18 another traditional risk factor; is that right?
176:19      A.      Right.
176:20      Q.      And does diabetes -- does it increase the
176:21 risk of atherosclerosis or coronary artery disease
176:22 and heart attacks in a similar fashion?  Does it
176:23 cause you to be prone to clot?
176:24      A.      Yes.
176:25      Q.      Okay.
177: Page 177
177: 1      A.      Actually, diabetes -- diabetes causes a
177: 2 lot of things that lead to intimal damage.  Diabetes
177: 3 leads to hypertension, which can cause intimal
177: 4 damage.
177: 5              Diabetes -- you know, there's evidence
177: 6 now that diabetes is associated with this ubiquitous
177: 7 low state, low state inflammatory state in the body
177: 8 where that -- those intimal damage spots can occur.
177: 9              And there's a number of ways that
177:10 diabetes can be associated with creating those
                        Page 31
```

```
        coltharp plaintiff durlist on 12-5 11p.txt
177:11 blockages, which are associated with clot formation.
177:12    Q.    Okay.  And then you also talked about
177:13 hypertension as a traditional risk factor, right?
177:14    A.    Uh-huh.
177:15    Q.    And in regards to hypertension causing
177:16 atherosclerosis and heart attacks, you talked in
177:17 terms of the damage to the intimal layer, the
177:18 endothelium, that lining of that blood vessel?
177:19    A.    Yes.
177:20    Q.    Correct?
177:21    A.    Yes.
177:22    Q.    So these traditional risk factors, I
177:23 mean, they pose a significant increased risk of heart
177:24 attack because -- because of the way they act on the
177:25 blood vessels, right, causing damage to the intimal
178: Page 178
178: 1 layer that you described?
178: 2    A.    Yes.  And, you know, obesity doesn't
178: 3 cause it because of the way obesity acts, but it's a
178: 4 traditional risk factor though.  But the ones that
178: 5 you've -- that we just discussed certainly do, yes.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      178:25-179:9

178:25    Q.    Now, in the -- in the scientific and
179: Page 179
179: 1 medical community, has it been understood for years
179: 2 that damage to the endothelium would increase the
179: 3 risk of a heart attack?
179: 4    A.    Yeah, I'd say for years.  That's --
179: 5 that's a safe statement.
179: 6    Q.    And has it been understood that -- that
179: 7 increasing the -- increasing sticky platelets or
179: 8 making the blood more prone to clot would increase
179: 9 the risk of a -- of a heart attack or a stroke?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      179:11-179:22

179:11    A.    Yes.
179:12    Q.    And that has -- would you -- how long
179:13 would you say that's been understood?
179:14    A.    Well, it's primarily associated with
179:15 intimal damage because substance -- chemicals are
179:16 released from the intimal cells, endothelial cells
179:17 that cause those platelet -- actually, it's a normal
179:18 reaction of the platelets to those chemicals that are
179:19 released.
179:20              And that's -- you know, that's relatively
```

```
       coltharp plaintiff durlist on 12-5 11p.txt
   179:21 new stuff, but it's been around for years at the same
   179:22 time.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     180:6-180:15

   180: 6     Q.     Would you say that an agent that
   180: 7 increases a hypercoagulable state increases the
   180: 8 risk --
   180: 9     A.     Yes, it does.
   180:10     Q.     -- of a prothrombotic event or a heart
   180:11 attack?
   180:12     A.     It does.
   180:13     Q.     And would you say that an agent that
   180:14 causes acceleration of plaque build-up increases the
   180:15 risk of a heart attack?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     180:17-180:20

   180:17     A.     Yes.
   180:18     Q.     And would you say that an agent that
   180:19 makes plaque more rupture prone increases the risk of
   180:20 a heart attack?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     180:22-180:22

   180:22     A.     Yes.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     180:23-180:25

   180:23     Q.     And would you say that an agent that
   180:24 causes vasoconstriction would increase the risk of a
   180:25 heart attack?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     181:2-181:2

   181: 2     A.     Yes, I think so.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     181:10-181:25

   181:10     Q.     Would you describe for us what -- how the
                             Page 33
```

coltharp plaintiff durlist on 12-5 11p.txt
181:11 interaction of risk factors affect the increased risk
181:12 of a heart attack or coronary artery disease?
181:13      A.      Sure.  You know if you have -- for
181:14 instance, if some -- if a patient has diabetes that
181:15 has caused atherosclerosis and blockages and they
181:16 smoke, which causes nicotine causes vasospasm,
181:17 without the vasospasm the -- there may be adequate
181:18 blood flow.
181:19                But with the vasospasm, there may be
181:20 inadequate blood flow through that lesion.  So that's
181:21 an additive effect right there.
181:22      Q.      If you have -- if you have a patient, a
181:23 cardiac patient that has multiple risk factors, how
181:24 important is it for you as a treating doctor to avoid
181:25 adding an additional substantial risk factor?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      182:2-182:4

   182: 2      A.      Well, it's always important not to add
   182: 3 additional risk factors.
   182: 4      Q.      Why is that?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      182:6-182:10

   182: 6      A.      First, to do no harm, I guess.
   182: 7      Q.      If you have a patient that has multiple
   182: 8 traditional risk factors for a heart attack, would
   182: 9 you ever unnecessarily expose that patient to a drug
   182:10 that would increase the risk of heart attack?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      182:13-182:13

   182:13      A.      Not intentionally.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:      182:22-183:6

   182:22      Q.      Okay.  All right.  Well, at the time in
   182:23 2003, did you believe that Vioxx played a role in
   182:24 Mr. Dedrick's coronary artery disease?
   182:25      A.      No.
   183: Page 183
   183: 1      Q.      Okay.  And did you believe it played a
   183: 2 role in his heart attack?
   183: 3      A.      No.

coltharp plaintiff durlist on 12-5 11p.txt
183: 4      Q.      And at that time in 2003, did you have
183: 5 any idea as to whether or not Vioxx increased the
183: 6 risk of heart attack?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     183:9-183:19

183: 9      A.      I don't remember any at all.
183:10      Q.      And in looking back in -- well, you
183:11 notice on the discharge summary that he was -- he was
183:12 on Vioxx at the time he was discharged from the
183:13 hospital, correct?
183:14      A.      Yes.
183:15      Q.      Discharged from your care?
183:16      A.      Yes.  Uh-huh.
183:17      Q.      If you had had any idea that Vioxx
183:18 increased the risk of heart attack, would you have
183:19 left him on Vioxx?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     183:22-185:1

183:22      A.      Most likely not.  They're -- you know, it
183:23 depends on -- I guess actually it depends on what he
183:24 was taking the Vioxx for and whether he understood
183:25 the risk of it and whether the benefit of it in his
184: Page 184
184: 1 mind was worth the risk.  But in general, no, except
184: 2 in those special cases.
184: 3      Q.      Well, in the -- in making the risk versus
184: 4 benefit assessment, is that -- is that a role for
184: 5 the doctor plays, or is that completely up to the
184: 6 patient in all circumstances?
184: 7      A.      Well, I think the doctor is obligated to
184: 8 lay out the facts as -- as well as he can.  You know,
184: 9 it's the same thing with the heart surgery.
184:10          I try my best to give a patient their
184:11 mortality risk for that operation and what the
184:12 benefits will be if they survive it, and I'd like for
184:13 their family to hear that, too, you know.
184:14      Q.      Well, in January of 2003, January and
184:15 February of 2003, what was your understanding of the
184:16 indications for -- for Vioxx?  What would Vioxx be
184:17 prescribed for?
184:18      A.      Arthritis.  A lot of people were on it
184:19 for arthritis.
184:20      Q.      Was it a pain reliever?  Is it your
184:21 understanding --
184:22      A.      Yes.
184:23      Q.      -- that Vioxx was a pain reliever?  And

```
          coltharp plaintiff durlist on 12-5 11p.txt
184:24 do you know from -- in Tony Dedrick's case whether or
184:25 not he had in the past been on other pain relievers
185: Page 185
185: 1 that had been effective?
```

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     185:4-185:17

```
185: 4    A.    No, I can't -- I'm not sure I ever was
185: 5 aware if that's the case.  I don't know.
185: 6    Q.    Dr. Coltharp, would you consider yourself
185: 7 an expert as it pertains to Vioxx?
185: 8    A.    No.
185: 9    Q.    Typically, do you leave the prescription
185:10 of chronic pain relievers to the primary care
185:11 physician for a patient?
185:12    A.    Typically, if they aren't the type drug
185:13 that cause a lot of nausea after surgery, then I'll
185:14 reinstitute those drugs, and yes, leave them to the
185:15 primary care physicians thereafter.
185:16    Q.    In January of 2003, do you have any idea
185:17 how much time you would have spent researching Vioxx?
```

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     185:19-185:24

```
185:19    A.    Yeah.
185:20    Q.    And how much?
185:21    A.    None.
185:22    Q.    And what about as of today?  Have you
185:23 spent any time researching Vioxx?
185:24    A.    No.
```

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     186:3-186:9

```
186: 3    Q.    And do you have an understanding as to
186: 4 whether or not Vioxx is still available on the
186: 5 market?
186: 6    A.    I don't think it is.
186: 7    Q.    And do you have an understanding --
186: 8 what's your understanding as to why it's no longer
186: 9 available?
```

Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:     186:12-187:3

```
186:12    A.    I thought it was pulled by the FDA for --
```
                          Page 36

```
          coltharp plaintiff durlist on 12-5 11p.txt
186:13 because of the risk of stroke and heart attack.
186:14      Q.     In listing the traditional risk factors,
186:15 you mentioned -- you mentioned earlier that those
186:16 were the ones that had been shown to have a
186:17 statistically significant association with a heart --
186:18 heart attack or cardiovascular disease?
186:19      A.     Coronary disease.
186:20      Q.     Okay.  Is that right?
186:21      A.     Uh-huh.
186:22      Q.     And when you say statistically
186:23 significant, what do you mean by that?
186:24      A.     Using basic statistical analysis,
186:25 formulas.  You know, you can find -- you can find out
187: Page 187
187: 1 if an outcome is -- is random -- more likely to be
187: 2 random or more likely to be associated with certain
187: 3 factors.


Group:  Coltharp, william (Vol. 01) - 09/13/2006
Page Range:     188:22-189:3

188:22      Q.     In making or in -- in making a
188:23 determination as to whether or not Vioxx played a
188:24 role in Mr. Dedrick's heart attack or in the
188:25 development of coronary artery disease, would it be
189: Page 189
189: 1 important for you to have an understanding as to
189: 2 whether or not Vioxx increased the risk of heart
189: 3 attack?


Group:  Coltharp, william (Vol. 01) - 09/13/2006
Page Range:     189:5-189:8

189: 5      A.     Sure.
189: 6      Q.     And would it be important for you to have
189: 7 an understanding as to the mechanism or the way Vioxx
189: 8 works to increase heart attack risk?


Group:  Coltharp, william (Vol. 01) - 09/13/2006
Page Range:     189:11-189:16

189:11      A.     For information only, but it would be
189:12 nice to know if that's the case.
189:13      Q.     Well, if -- I mean, if Vioxx were known
189:14 to be or shown to be a prothrombotic agent, that
189:15 would be a mechanism that would be important for you,
189:16 right?
```

```
        coltharp plaintiff durlist on 12-5 11p.txt
Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    189:18-189:23

  189:18   A.    Right.
  189:19   Q.    And if Vioxx were shown to be a -- to
  189:20 cause vasoconstriction, that would be important to
  189:21 you in assessing whether or not it played a role in a
  189:22 heart attack or development of coronary artery
  189:23 disease?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    190:1-190:4

  190: 1   A.    Right.
  190: 2   Q.    And would it be important for you to know
  190: 3 whether or not Vioxx was shown to cause endothelium
  190: 4 damage or damage to the endothelium?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    190:7-190:13

  190: 7   A.    Sure.
  190: 8   Q.    And whether or not Vioxx played a role in
  190: 9 Mr. Dedrick's heart attack or in the development of
  190:10 the coronary artery disease, is that something that
  190:11 you would leave up to someone who's actually, you
  190:12 know, studied Vioxx and the medical literature
  190:13 regarding Vioxx?


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    190:15-190:15

  190:15   A.    Yes.


Group:  Coltharp, William (Vol. 01) - 09/13/2006
Page Range:    190:22-191:8

  190:22   Q.    Doctor, is it fair to say that you simply
  190:23 have no opinions regarding Vioxx or COX-2s as it
  190:24 relates to whether it does or does not cause
  190:25 increased risk for cardiovascular disease or heart
  191: Page 191
  191: 1 attacks?
  191: 2   A.    Yes.
  191: 3   Q.    And you would defer to others in that
  191: 4 regard?
  191: 5   A.    Yes.
  191: 6   Q.    And you don't have any reliable opinions
                 Page 38
```

```
        coltharp plaintiff durlist on 12-5 11p.txt
191: 7 in that regard?
191: 8    A.    Right.
```

Total Length - 01:22:03