UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-1986 | * | |
| JOSE RIVERS, as Administrator of the Estate of Eugenia Roman a/k/a EUGENIA ROMAN RIVERA | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC. et al., | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Stipulation and Order of Dismissal With Prejudice As to Merck & Co., Inc.,

IT IS ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed with prejudice, subject to the conditions stated in the Stipulation, with each party to pay their respective costs and attorney fees.

SO ORDERED, ADJUDGED AND DECREED, this 11th day of December, 2006.

_____
DISTRICT JUDGE