# THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No. 1657 |
| VIOXX PRODUCTS LIABILITY LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: VIRGINIA OLLER, ET AL V. MERCK & CO., INC., 05-1102 | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF PLAINTIFF PATRICIA JACQUES

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff Patricia Jacques filed herein,

IT IS ORDERED that the claims of Plaintiff Patricia Jacques be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 11th day of December, 2006.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**