## THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | ) | **MDL Docket No. 1657** |
| | ) | |
| **VIOXX PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **SECTION L** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **JUDGE FALLON** |
| **VIRGINIA OLLER, ET AL V.** | ) | |
| **MERCK & CO., INC., 05-1102** | ) | **MAG. JUDGE KNOWLES** |

### ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF
### PLAINTIFFS SHARRON WOLFORD and RONNIE McCLENDON

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiffs

Sharron Wolford and Ronnie McClendon filed herein,

IT IS ORDERED that the claims of Plaintiffs Sharron Wolford and Ronnie

McClendon be and they hereby are dismissed without prejudice, subject to the terms

and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 11th day of December, 2006.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**