IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| | * | Case No. 2:06 CV 2601 |
| **BLAINE KIECH, Sole Surviving** | * | |
| **Child and as Personal Representative** | * | |
| **of the Estate of HARLOWE KIECH II,** | * | |
| **Deceased,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC.**, a | * | |
| foreign corporation, | * | |
| | * | |
| **DEFENDANT.** | * | |

(Related Matter: Blaine Kiech, Sole Surviving Child and as Personal Representative of the Estate of Harlowe Kiech II, Deceased v. Merck & Co., Inc., a foreign corporation, No. 06-2601)

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On December 11th, 2006, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the Court:

**GRANTS** Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

**SIGNED** this 11th day of December, 2006

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE