UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657<br><br>SECTION L |
| BLAINE KIECH, Sole Surviving Child and Personal Representative of the Estate of, HARLOWE KIECH II, Deceased, | * * * * | CASE NO. 06-2601 |
| Plaintiff, | * * | JUDGE ELDON E. FALLON |
| v. | * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, | * * * | PLAINTIFF DEMANDS TRIAL |
| Defendant. | * | BY STRUCK JURY |

### FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Blaine Kiech, Sole Surviving Child and Personal Representative of the Estate of Harlowe Kiech II, Deceased, and amends his previously filed complaint as follows:

#### Identification of Parties

1. Plaintiff Blaine Kiech has been appointed the Personal Representative of the Estate of Harlowe Kiech II, Deceased, and is authorized to bring both this survival action, brought pursuant to Arkansas Code Annotated § 16-62-101, and this wrongful death action, brought pursuant to Arkansas Code Annotated § 16-62-101, filed as a result of the acts/or omissions that occurred in Craighead County, Arkansas and which cause the death of Harlowe Kiech II. A copy of the Letters of Administration/Testamentary are attached hereto as Exhibit "A."

1

2. Plaintiff Blaine Kiech is bringing this action in all counts set forth in the original filed Complaint, as amended, for the benefit of Blaine Kiech, sole surviving child of Harlowe Kiech II, and for the benefit of the Estate of Harlowe Kiech II.

3. At the time of his death, Harlowe Kiech II had a certain survivor as defined by Arkansas's Wrongful Death Act: his son, Blaine Kiech.

4. Blaine Kiech is the sole surviving child of Harlowe Kiech II and, at all times material hereto, was a resident of Craighead County, Arkansas. As a direct and proximate result of the death of Harlowe Kiech II and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended:

   a. The Estate of Harlowe Kiech II has incurred medical and/or funeral expenses due to the decedent's injury and death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

6. In all other respects, the identity and location of the named parties set forth in the original Complaint shall remain unchanged.

### Damages

7. In addition to the damages claimed and the recovery sought in the original Complaint, Blaine Kiech, Sole Surviving Child and Personal Representative of the Estate of Harlowe Kiech II, seeks the following additional damages, pursuant to Arkansas law:

   a. Blaine Kiech, as sole surviving child of Harlowe Kiech II, suffered the loss of decedent's parental companionship, instruction, and guidance, and has suffered mental pain and suffering from the date of decedent's injury and death.

2

b. The Estate of Harlowe Kiech II has incurred medical and/or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

c. Blaine Kiech, as Personal Representative, seeks all other damages recoverable under law and related to the death of Harlowe Kiech II.

8. In all other respects, Plaintiff Blaine Kiech adopts and incorporates the original complaint as if set forth fully herein.

## DEMAND FOR JURY TRIAL

**PLAINTIFF RESTATES HIS DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.**

Signed this _67th_ day of December, 2006.

By: /s/ Benjamin L. Locklar
ANDY D. BIRCHFIELD, JR. (BIR006)
BENJAMIN L. LOCKLAR (LOC009)
Attorneys for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 - Fax

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing First Amended Complaint has been served on Liason Counsel, Russ Herman and Phillip Whittman, by U.S. Mail or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No: 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _____ day of December, 2006.

ANDY BIRCHFIELD, JR.
(BIR006)
BENJAMIN L. LOCKLAR
(LOC0009)
Attorneys for Plaintiff
**Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C.**
**234 Commerce Street**
**Montgomery, Alabama 36104**
**Telephone:** 334-269-2343
**Facsimile:** 334 – 954-7555
Andy.Birchfield@beasleyallen.com
Paul.Sizemore@beasleyallen.com
Ben.Locklar@bealseyallen.com