MINUTE ENTRY
FALLON, J.
DECEMBER 12, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
     LIABILITY LITIGATION           MDL 1657

ANTHONY WAYNE DEDRICK
                                       REF NO. 05-2524
VERSUS
                                       SECTION:  L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON      TUESDAY, DECEMBER 12, 2006, 8:45 AM
Case Manager: Gaylyn Lambert           (Continued from 12-11-06)
Court Reporter:  Cathy Pepper and Toni Tusa

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff; Brian Currey, Esq.,
              Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

<u>JURY TRIAL:</u>

<u>Defendant's Witnesses:</u>
Dr. Alise Susan Reicin - resumes testimony.
Dr. Paul J. Roach - sworn
Dr. William Coltharp - video deposition resumes.  Transcript filed into the record.

Defendant rests.  On rebuttal, plaintiff calls Dr. David Graham - objection by defendant - The Court will not allow Dr. Graham to be called for the oral reasons given.  Plaintiff offers his testimony through Plaintiff Proffer No. 1 exhibit, the deposition of Dr. David Graham.

Jury excused for the day at 12:42 pm to return on Wednesday, December 13th at 8:30 am. Objections to jury charges and interrogatories are dictated on the record by both sides. Defendant filed this date a renewed Motion for Judgment as a Matter of Law which is Taken Under Submission.

Court adjourned at 4:35 pm until Wednesday, December 13, 2006, at 8:30 pm.

| JS-10: | 4:12 |
|---|---|