UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jose Vasquez v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-01092 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**ORDER**

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Russ M. Herman and Soren E. Gisleson and the law firm of Herman, Herman, Katz & Cotlar, LLP, be enrolled as additional counsel for plaintiff, Jose Vasquez, in this matter.

New Orleans, Louisiana this 13th day of December, 2006.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

Page 3