UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
   *Dedrick v. Merck & Co., Inc.*, 05-2524

## ORDER

IT IS ORDERED that the following motions are DENIED AS MOOT: (1) Merck's Motion for Order Excluding Testimony of Ira J. Gelb, M.D., F.A.C.C. (Rec. Doc. 8340); (2) Merck's Motion for Order Excluding Testimony of Colin Funk, Ph.D. (Rec. Doc. 8341); (3) Merck's Motion for Order Excluding Testimony of John L. Gueriguian, M.D. (Rec. Doc. 8356); (4) Merck's Motion for Order Excluding Testimony of John W. Farquhar, M.D. (Rec. Doc. 8362); and (5) Merck's Motion for Order Excluding Testimony of Egil Fosslien, M.D. (Rec. Doc. 8363).

New Orleans, Louisiana, this __14th__ day of __December__, 2006.

_____
UNITED STATES DISTRICT JUDGE