**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * | MDL Docket No. 1657 |
| | * * | |
| THIS DOCUMENT RELATES TO 2:06-CV-1951 | * * | Judge Eldon Fallon Magistrate Judge Knowles |
| | * | |
| * * * * * * * * * * * * | | |

**ORDER**

Upon Motion of Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC, hearing held, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants shall be, and hereby are, granted leave to file their tendered Reply to Plaintiff's Response to Motion for Summary Judgment. Said pleading shall be considered filed of record with this Court upon entry of this Order.

_____
HON. ELDON FALLON, JUDGE
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

12/14/06
_____
DATE

No. 06-CV-1951
Order Granting Leave to File Reply Brief
Page Two of Two
_____
Tendered by:

s/ Stephen C. Hall_____
Stephen C. Hall (Bar No. 84409)
Seth A. Gladstein (Bar No. 90938)
*Counsel for Defendants, G.*
*Randolph Schrodt, Jr., M.D.*
*and Integrative Psychiatry, LLC*
**STOLL KEENON OGDEN PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Steve.Hall@skofirm.com
Seth.Gladstein@skofirm.com