UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

    *Jacqueline Lilley et al. v. Merck & Co., Inc.*, **Case No. 06-6782**

    *Ruby Craft et al. v. Merck & Co., Inc.*, **Case No. 06-6967**

    *Norman C. Croom et al. v. Merck & Co., Inc.*, **Case No. 06-6973**

    *Daphne Gunter, on behalf of the Wrongful Death Heirs of Otie H. Garrett, deceased v. Merck & Co., Inc.*, **Case No. 06-6974**

    *Camellia Faye Hudson et al. v. Merck & Co., Inc.*, **Case No. 06-6976**

    *Jacqueline Keith et al. v. Merck & Co., Inc.*, **Case No. 06-6977**

    *Georgia F. Miller v. Merck & Co., Inc.*, **Case No. 06-6978**

    *Linda Norris, on behalf of the Wrongful Death Heirs of Willie G. Norris, deceased v. Merck & Co., Inc.*, **Case No. 06-6979**

    *Jane P. Russell et al. v. Merck & Co., Inc.*, **Case No. 06-6980**

    *Virginia Simmons v. Merck & Co., Inc.*, **Case No. 06-6981**

    *Geraldine M. Stevenson et al. v. Merck & Co., Inc.*, **Case No. 06-6982**

    *Anna Maria Lopez et al. v. Merck & Co., Inc.*, **Case No. 06-7085**

    *David H. Miller et al. v. Merck & Co., Inc.*, **Case No. 06-7086**

*Wanda Weich v. Merck & Co., Inc.*, Case No. 06-7087

*Wiley S. Scarborough et al. v. Merck & Co., Inc.*, Case No. 06-7088

*John H. Stillman et al. v. Merck & Co., Inc.*, Case No. 06-7089

*Lois Hood et al. v. Merck & Co., Inc.*, Case No. 06-7090

*Nelda Kay Anderson et al. v. Merck & Co., Inc.*, Case No. 06-7091

*Bobby E. Jones et al. v. Merck & Co., Inc.*, Case No. 06-7092

*Vernon B. Hemby, Individually and as Surviving Spouse of Mae Trammel Hemby, Deceased, For and on behalf of all Wrongful Death Beneficiaries v. Merck & Co., Inc.*, Case No. 06-7093

*Martha C. Mann v. Merck & Co., Inc.*, Case No. 06-7094

*Jeff Harvey, for and on behalf of all Heirs-at-Law, and as Administrator for the Estate of Barbara Jane Harvey, Deceased v. Merck & Co., Inc.*, Case No. 06-7095

*Cecil E. Taylor et al. v. Merck & Co., Inc.*, Case No. 06-7097

*Linda M. O'Neal v. Merck & Co., Inc.*, Case No. 06-7119

*Peggy H. Raines et al. v. Merck & Co., Inc.*, Case No. 06-7120

## ORDER

Considering the foregoing First Motion for Extension of Time;

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED. Defendant, Merck & Co., Inc. is granted an extension of time until December 20, 2006, within which to respond to the Plaintiff's Complaint.

New Orleans, Louisiana, this 14th day of December, 2006.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE