# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>    Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *   MDL No. 1657 <br> * |
|    BOYD EDMONDS and <br>      JANET EDMONDS, Plaintiffs, | *   SECTION L <br> * <br> *   JUDGE ELDON E. FALLON |
|   versus | * <br> *   MAGISTRATE JUDGE |
|    MERCK & CO., INC., Defendant, | *   KNOWLES <br> * |
|    Case No. 05-5450, | * <br> * |
| &   | * <br> * |
|    DONALD STINSON, Plaintiff, | * <br> * |
|   versus | * <br> * |
|    MERCK & CO., INC., Defendant, | * <br> * |
|    Case No. 05-5494, | * <br> * |
| &   | * <br> * |
|    TIMOTHY R. WATSON, Plaintiff, | * <br> * |
|   versus | * <br> * |
|    MERCK & CO., INC., Defendant, | * <br> * |
|    Case No. 05-5545. | * <br> * |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

844179v.1

## STIPULATED BRIEFING SCHEDULE

The parties have conferred and agree that the following schedule shall govern briefing related to defendant Merck & Co., Inc.'s pending Motion for Summary Judgment in these matters:

1. Plaintiffs shall file their opposition to the motion on or before January 4, 2007.

2. Defendants shall file a reply brief in support of the motion on or before January 19, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ Leonard A. Davis | /s/ Dorothy H. Wimberly |
| Russ M. Herman (Bar No. 6819) | Phillip A. Wittmann (Bar No. 13625) |
| Leonard A. Davis (Bar No. 14190) | Dorothy H. Wimberly (Bar No. 18509) |
| **Herman, Herman, Katz & Cotlar, LLP** | Carmelite M. Bertaut (Bar No. 3054) |
| 820 O'Keefe Avenue | **Stone Pigman Walther Wittmann L.L.C.** |
| New Orleans, LA  70113 | 546 Carondelet Street |
| PH:  (504) 581-4892 | New Orleans, LA  70130-3588 |
| FAX:  (504) 561-6024 | PH:    (504) 581-3200 |
| | FAX:   (504) 581-3361 |
| **Plaintiffs' Liaison Counsel** | **Defendants' Liaison Counsel** |

**Temporary address:**

**201 St. Charles Avenue**
**Suite 4310**
**New Orleans, LA  70170**

844179v.1

**CERTIFICATE**

I hereby certify that the above and foregoing Stipulated Briefing Schedule has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of December, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

844179v.1