IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|    Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
|    BOYD EDMONDS and * | SECTION L |
|      JANET EDMONDS, Plaintiffs, * | |
| * | JUDGE ELDON E. FALLON |
|    versus * | |
| * | MAGISTRATE JUDGE |
|    MERCK & CO., INC., Defendant, * | KNOWLES |
| * | |
|    Case No. 05-5450, * | |
| * | |
|       & * | |
| * | |
|    DONALD STINSON, Plaintiff, * | |
| * | |
|    versus * | |
| * | |
|    MERCK & CO., INC., Defendant, * | |
| * | |
|    Case No. 05-5494, * | |
| * | |
|       & * | |
| * | |
|    TIMOTHY R. WATSON, Plaintiff, * | |
| * | |
|    versus * | |
| * | |
|    MERCK & CO., INC., Defendant, * | |
| * | |
|    Case No. 05-5545. * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

844180v.1

2

## **ORDER**

Considering the foregoing Stipulated Briefing Schedule,

IT IS ORDERED that the following schedule shall govern briefing related to defendant Merck & Co., Inc.'s pending Motion for Summary Judgment in these matters:

1. Plaintiffs shall file their opposition to the motion on or before January 4, 2007.

2. Defendants shall file a reply brief in support of the motion on or before January 19, 2007.

NEW ORLEANS, LOUISIANA, this ____ day of December, 2006.

_____
DISTRICT JUDGE

844180v.1