## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

JACK HAWKINS,
                    Plaintiff,
vs.

MERCK & CO., INC., MARK MULLEN,
KIMBERLY ALVAREZ, JEROME PITTMAN,
THOMAS M. ADAMS, CHRISTOPHER HARRIS,
ROXANNE POST, and LYNN D. RICHARDS,

_____ Defendants. _____/

MDL No.: 1657

SECTION: L

Civil Action No. 2:06-CV-9349

JUDGE FALLON
MAG. JUDGE KNOWLES

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JACK HAWKINS, by and through his undersigned counsel, hereby files the

copy of an Affidavit of Service evidencing service upon Defendant, CHRISTOPHER HARRIS,

on August 9, 2006.

Dated this 19th day of December, 2006.

By: ____/s/ Brenda S. Fulmer_____
        BRENDA S. FULMER, Esq.
        Fla. Bar No. 999891
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Tele: (813) 222-0977
        Fax: (813) 224-0373
        *bfulmer@tampatriallawyers.com*
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of December, 2006.

By:___/s/ Brenda S. Fulmer_____ _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0033250

PERSON TO BE SERVED: CHRISTOPHER HARRIS
    CORP/DBA:
      ADDRESS: 2535 GERBER DAIRY RD
               WINTER HAVEN


      PLAINTIFF/ATTORNEY:

      BRENDA S FULMER
      ATTORNEY AT LAW
      PO BOX 3127
      TAMPA, FL  33601

PLAINTIFF: JACK HAWKINS
DEFENDANT: MERCK & CO INC, MARK MULLEN, KIMBERLY ALVAREZ, JEROME PITTMAN ETC

CASE NUMBER: GCO6470
        COURT: CIRCUIT/HIGHLANDS                COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 07/28/2006 and served the same at 06:05 PM
on 08/09/2006 in Polk County, Florida, as follows:

---

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial
pleadings, if any, with the date and hour of service endorsed thereon by
me, to: CHRISTOPHER HARRIS

---

CIVIL COSTS                                    GRADY JUDD, SHERIFF
---------                                     POLK COUNTY, FLORIDA
FEE: $40.00

TOTAL DEPOSIT: $40.00                  BY: _____
                                          PAULA CHRISTINE DAVIS,
                                          DEPUTY SHERIFF/SPECIAL PROCESS SERVER

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0033250

PERSON TO BE SERVED: CHRISTOPHER HARRIS
    CORP/DBA:
     ADDRESS: 2535 GERBER DAIRY RD
             WINTER HAVEN


     PLAINTIFF/ATTORNEY:

     BRENDA S FULMER
     ATTORNEY AT LAW
     PO BOX 3127
     TAMPA, FL  33601

PLAINTIFF: JACK HAWKINS
DEFENDANT: MERCK & CO INC, MARK MULLEN, KIMBERLY ALVAREZ, JEROME PITTMAN ETC

CASE NUMBER: GC06470
       COURT: CIRCUIT/HIGHLANDS              COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 07/28/2006 and served the same at 06:05 PM
on 08/09/2006 in Polk County, Florida, as follows:

---

INDIVIDUAL

  By delivering a true copy of this writ together with a copy of the initial
  pleadings, if any, with the date and hour of service endorsed thereon by
  me, to:  CHRISTOPHER HARRIS

---

CIVIL COSTS                                 GRADY JUDD, SHERIFF
                                   POLK COUNTY, FLORIDA
FEE: $40.00

TOTAL DEPOSIT: $40.00           BY: _____
                              PAULA CHRISTINE DAVIS,
                            DEPUTY SHERIFF/SPECIAL PROCESS SERVER

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## IN AND FOR HIGHLANDS COUNTY, STATE OF FLORIDA

JACK HAWKINS,

      Plaintiff,

vs.

MERCK & CO., INC., MARK MULLEN,
KIMBERLY ALVAREZ, JEROME PITTMAN,
THOMAS M. ADAMS, CHRISTOPHER HARRIS,
ROXANNE POST, and LYNN D. RICHARDS,

      Defendants.

_____/

Case No.: *GC06 - 470*
Division: _____

**SERVED**
In Polk County
Upon: *Christopher*
Type: *Harris*
*Personal*
Month *8*   Day *9*   Year *06*
Time: *6:05*   A.M./P.M.
GRADY JUDD, SHERIFF - Polk County
By: _____
Deputy/Special Process Server   Mem.#

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

*2765*

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint in the above styled cause upon the Defendant(s)

          Christopher Harris
          2535 Gerber Dairy Road    *-765*
          Winter Haven, FL 33880

    Each Defendant is hereby required to serve written defenses to said Complaint or petition
on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GREIWE, Esq. (FBN: 218911)**
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day
of service, and to file the original of said written defenses with the Clerk of said Court either

before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _____7–20_____, 2006.

Clerk of the Circuit Court

(Court Seal)

By:_____
                Deputy Clerk