UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
PRODUCTS LIABILIT LITIGATION )
) SECTION: L
)
) JUDGE FALLON

THIS DOCUMENT RELATES TO: IRA LEWIS TINGLE vs. MERCK & CO., INC., EDLA Sec. L/3 05-1727

## MOTION TO WITHDRAW

Comes Paul C. Garrison, of the law firm of Hollis & Wright, P.C., and respectfully requests the Court grant the undersigned leave to withdraw as counsel of record for the Plaintiffs in the above-referenced matter. The Plaintiffs will continue to be represented by the firm of Hollis & Wright, P.C., and specifically by attorneys Joshua J. Wright and Kathryn S. Harrington.

Respectfully submitted,

Paul C. Garrison No. GAR064
Attorney for Plaintiff
Email: paulg@hollis-wright.com

OF COUNSEL:

**HOLLIS & WRIGHT, P.C.**
505 North 20th Street Suite 1750
Birmingham, Alabama 35203
205-324-3600
205-324-3636 (fax)

**D. FRANK DAVIS**
**JOHNNY NORRIS**
**TYLER VAIL**
DAVIS & NORRIS, LLP
One Highland Place, Suite 100
2151 Highland Avenue
Birmingham, Alabama 35205

      Attorneys for Plaintiff Ira Lewis Tingle

## CERTIFICATE OF SERVICE

I do hereby certify that I have served on this the 30th day of November, 2006, via United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

**RUSS M. HERMAN**
Herman, Herman, Katz & Cotlar, LLP
PO Box 56292
Atlanta, GA 30343

**PHILLIP WITTMANN**
**ANTHONY M. DILEO**
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, Louisiana 70809

**D. FRANK DAVIS**
**JOHNNY NORRIS**
**TYLER VAIL**
DAVIS & NORRIS, LLP
One Highland Place, Suite 100
2151 Highland Avenue
Birmingham, Alabama 35205

**THEODORE V.H. MAYER, ESQ.**
**WILFRED P. CORONATO, ESQ.**
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

**DOUG R. MARVIN, ESQ.**
**LAURIE S. FULTON, ESQ.**
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 2005-5901

_/s/ Paul C. Garrison_
**OF COUNSEL**