FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 15  AM 10: 57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
        PRODUCTS LIABILIT LITIGATION

)  
)  MDL NO. 1657
)  
)  SECTION: L
)  
)  JUDGE FALLON
)  

THIS DOCUMENT RELATES TO: IRA LEWIS TINGLE vs. MERCK & CO., INC., EDLA Sec. L/3  05-1727

## ORDER

This matter coming on to be heard on the Motion to Withdraw filed by Paul C. Garrison, of the law firm of Hollis & Wright, P.C., is hereby GRANTED. The Plaintiffs will continue to be represented by the firm of Hollis & Wright, P.C., and specifically by attorneys Joshua J. Wright and Kathryn S. Harrington.

Done and Ordered this the 14th day of December, 2006.

Honorable Eldon E. Fallon

___ Fee_____  
___ Process_____  
X   Dktd_____  
✓   CtRmDep_____  
___ Doc. No_____