UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL CASE NUMBER 05-2002

(MDL 1657)

SECTION L
JUDGE FALLON

STANLEY MOSS and HELEN MOSS,
His wife,

    Plaintiffs,

Vs.

MERCK & CO., INC., a foreign corporation and WALGREEN CO., a foreign Corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation,

    Defendants.

_____:

FILED DEC 11 2006
LORETTA G. WHYTE
CLERK

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANTS, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, PURSUANT TO FRCP 41(a)(i)(ii),

**IT IS STIPULATED** by and among counsel for all parties pursuant to Federal Rules of Civil Procedure 41(a)(i)(ii) that Plaintiffs stipulate herewith their Notice of Voluntary Dismissal Without Prejudice only as to the Defendants,

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

<u>MOSS V. MERCK, ET AL.</u>     <u>MDL CASE NUMBER 05-2002</u>   (MDL 1657)

WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation, and that the case shall continue against the Defendant, Merck & Co., Inc., a foreign corporation.

DATED this 29th day of September, 2006.

| | |
|---|---|
| FAZIO, DiSALVO, CANNON, ABERS, PODRECCA, FAZIO & CARROLL<br>Attorneys for Plaintiffs<br>Post Office Box 14519<br>Fort Lauderdale, FL 33302<br>954-463-0585 Broward<br>305-940-3432 Dade<br>954-767-9461 Fax<br><br>By: _____<br>JEFF S. ABERS<br>FBN 300853 | WALTON, LANTAFF, SCHROEDER & CARSON LLP<br>Attorneys for Def., Walgreen<br>9350 So. Dixie Highway<br>9350 Financial Ctr – 10th Floor<br>Miami, FL 33156<br>305-670-1300 Tel.<br>305-670-7065 Fax<br><br>By: _____<br>LAWRENCE D. SMITH<br>FBN 323594 |
| SQUIRE, SANDERS & DEMPSEY, LLP<br>Attorneys for Def., Merck<br>200 South Biscayne Blvd., #4000<br>Miami, FL 33131-2362<br>305-577-7071 Tel.<br>305-577-7001 Fax<br><br>By: _____<br>CATHERINE WHITFIELD<br>FBN 132391 | PETERSON BERNARD<br>Attorneys for Def., Suncoast<br>Post Office Drawer 15700<br>West Palm Beach, FL 33416<br>561-686-5005 Tel.<br>561-471-5603 Fax<br><br>By: _____<br>ERIC A. PETERSON<br>FBN 178130 |

SCHWARTZ & HORWITZ, PLC
Attorneys for Def., Suncoast
3301 N.W. Boca Raton Blvd. #200
Boca Raton, FL 33431
561-395-4747 Tel.
561-367-1550 Fax

By: _____
STEVEN G. SCHWARTZ
FBN 890561

<u>MOSS V. MERCK, ET AL.</u>     MDL CASE NUMBER 05-2002     (MDL 1657)

WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation, and that the case shall continue against the Defendant, Merck & Co., Inc., a foreign corporation.

DATED this 29th day of September, 2006.

FAZIO, DiSALVO, CANNON, ABERS,
PODRECCA, FAZIO & CARROLL
Attorneys for Plaintiffs
Post Office Box 14519
Fort Lauderdale, FL 33302
954-463-0585 Broward
305-940-3432 Dade
954-767-9461 Fax

By:_____
    JEFF S. ABERS
    FBN 300853

SQUIRE, SANDERS & DEMPSEY, LLP
Attorneys for Def., Merck
200 South Biscayne Blvd., #4000
Miami, FL 33131-2362
305-577-7071 Tel.
305-577-7001 Fax

By: *Catherine Whitfield* (signature)
    CATHERINE WHITFIELD
    FBN 132391

SCHWARTZ & HORWITZ, PLC
Attorneys for Def., Suncoast
3301 N.W. Boca Raton Blvd. #200
Boca Raton, FL 33431
561-395-4747 Tel.
561-367-1550 Fax

By:_____
    STEVEN G. SCHWARTZ
    FBN 890561

WALTON, LANTAFF,
SCHROEDER & CARSON LLP
Attorneys for Def., Walgreen
9350 So. Dixie Highway
9350 Financial Ctr – 10th Floor
Miami, FL 33156
305-670-1300 Tel.
305-670-7065 Fax

By:_____
    LAWRENCE D. SMITH
    FBN 323594

PETERSON BERNARD
Attorneys for Def., Suncoast
Post Office Drawer 15700
West Palm Beach, FL 33416
561-686-5005 Tel.
561-471-5603 Fax

By:_____
    ERIC A. PETERSON
    FBN 178130

MOSS V. MERCK, ET AL.    MDL CASE NUMBER 05-2002    (MDL 1657)

WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation, and that the case shall continue against the Defendant, Merck & Co., Inc., a foreign corporation.

DATED this 29th day of September, 2006.

FAZIO, DiSALVO, CANNON, ABERS,
PODRECCA, FAZIO & CARROLL
Attorneys for Plaintiffs
Post Office Box 14519
Fort Lauderdale, FL 33302
954-463-0585 Broward
305-940-3432 Dade
954-767-9461 Fax

By:_____
JEFF S. ABERS
FBN 300853

WALTON, LANTAFF,
SCHROEDER & CARSON LLP
Attorneys for Def., Walgreen
9350 So. Dixie Highway
9350 Financial Ctr – 10th Floor
Miami, FL 33156
305-670-1300 Tel.
305-670-7065 Fax

By:_____
LAWRENCE D. SMITH
FBN 323594

SQUIRE, SANDERS & DEMPSEY, LLP
Attorneys for Def., Merck
200 South Biscayne Blvd., #4000
Miami, FL 33131-2362
305-577-7071 Tel.
305-577-7001 Fax

By:_____
CATHERINE WHITFIELD
FBN 132391

PETERSON BERNARD
Attorneys for Def., Suncoast
Post Office Drawer 15700
West Palm Beach, FL 33416
561-686-5005 Tel.
561-471-5603 Fax

By:_____
ERIC A. PETERSON
FBN 178130

SCHWARTZ & HORWITZ, PLC
Attorneys for Def., Suncoast
3301 N.W. Boca Raton Blvd. #200
Boca Raton, FL 33431
561-395-4747 Tel.
561-367-1550 Fax

By: /s/ Steven G. Schwartz
STEVEN G. SCHWARTZ
FBN 890561 911471

<u>MOSS V. MERCK, ET AL.</u>   <u>MDL CASE NUMBER 05-2002</u>   (MDL 1657)

WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation, and that the case shall continue against the Defendant, Merck & Co., Inc., a foreign corporation.

DATED this 29th day of September, 2006.

| | |
|---|---|
| FAZIO, DiSALVO, CANNON, ABERS, PODRECCA, FAZIO & CARROLL<br>Attorneys for Plaintiffs<br>Post Office Box 14519<br>Fort Lauderdale, FL 33302<br>954-463-0585 Broward<br>305-940-3432 Dade<br>954-767-9461 Fax<br><br>By:_____<br>       JEFF S. ABERS<br>       FBN 300853 | WALTON, LANTAFF, SCHROEDER & CARSON LLP<br>Attorneys for Def., Walgreen<br>9350 So. Dixie Highway<br>9350 Financial Ctr – 10th Floor<br>Miami, FL 33156<br>305-670-1300 Tel.<br>305-670-7065 Fax<br><br>By:_____<br>       LAWRENCE D. SMITH<br>       FBN 323594 |
| SQUIRE, SANDERS & DEMPSEY, LLP<br>Attorneys for Def., Merck<br>200 South Biscayne Blvd., #4000<br>Miami, FL 33131-2362<br>305-577-7071 Tel.<br>305-577-7001 Fax<br><br>By:_____<br>       CATHERINE WHITFIELD<br>       FBN 132391 | PETERSON BERNARD<br>Attorneys for Def., Suncoast<br>Post Office Drawer 15700<br>West Palm Beach, FL 33416<br>561-686-5005 Tel.<br>561-471-5603 Fax<br><br>By:_____<br>       ERIC A. PETERSON<br>       FBN 178130 |

SCHWARTZ & HORWITZ, PLC
Attorneys for Def., Suncoast
3301 N.W. Boca Raton Blvd. #200
Boca Raton, FL 33431
561-395-4747 Tel.
561-367-1550 Fax

By:_____
       STEVEN G. SCHWARTZ
       FBN 890561

<u>MOSS V. MERCK, ET AL.</u>   MDL CASE NUMBER 05-2002   (MDL 1657)

WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation, and that the case shall continue against the Defendant, Merck & Co., Inc., a foreign corporation.

DATED this 29th day of September, 2006.

FAZIO, DiSALVO, CANNON, ABERS,
PODRECCA, FAZIO & CARROLL
Attorneys for Plaintiffs
Post Office Box 14519
Fort Lauderdale, FL  33302
954-463-0585 Broward
305-940-3432 Dade
954-767-9461 Fax

By:_____
JEFF S. ABERS
FBN 300853

SQUIRE, SANDERS & DEMPSEY, LLP
Attorneys for Def., Merck
200 South Biscayne Blvd., #4000
Miami, FL  33131-2362
305-577-7071 Tel.
305-577-7001 Fax

By:_____
CATHERINE WHITFIELD
FBN 132391

SCHWARTZ & HORWITZ, PLC
Attorneys for Def., Suncoast
3301 N.W. Boca Raton Blvd. #200
Boca Raton, FL  33431
561-395-4747 Tel.
561-367-1550 Fax

By:_____
STEVEN G. SCHWARTZ
FBN 890561

WALTON, LANTAFF,
SCHROEDER & CARSON LLP
Attorneys for Def., Walgreen
9350 So. Dixie Highway
9350 Financial Ctr – 10th Floor
Miami, FL  33156
305-670-1300 Tel.
305-670-7065 Fax

By:_____
LAWRENCE D. SMITH
FBN 323594

PETERSON BERNARD
Attorneys for Def., Suncoast
Post Office Drawer 15700
West Palm Beach, FL  33416
561-686-5005 Tel.
561-471-5608 Fax

By:_/s/ Eric A. Peterson_____
ERIC A. PETERSON
FBN 178130

MOSS V. MERCK, ET AL.     MDL CASE NUMBER 05-2002     (MDL 1657)

## CERTIFICATE OF SERVICE

**I hereby certify** that the above and foregoing Stipulation for Dismissal Without Prejudice only as to Defendants, WALGREEN CO., a foreign corporation and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Service Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of December, 2006.

_____
Florida Bar Number 300853
Attorney for Plaintiff, Moss
FAZIO, DiSALVO, CANNON,
ABERS, PODRECCA, FAZIO
& CARROLL
Post Office Box 14519
Fort Lauderdale, FL  33302
Tel. 954-463-0585
Fax 954-767-9461
jabers@faziodisalvo.com