UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL CASE NUMBER 05-2002

(MDL 1657)

SECTION L
JUDGE FALLON

STANLEY MOSS and HELEN MOSS,
His wife,

       Plaintiffs,

Vs.

MERCK & CO., INC., a foreign corporation and WALGREEN CO., a foreign Corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation,

       Defendants.

_____:

## ORDER FOR DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANTS, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, PURSUANT TO FRCP 41(a)(i)(ii)

**THIS CAUSE** having come before the court on Stipulation of Dismissal Without Prejudice only as to Defendants, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, pursuant to F.R.C.P. 41(a)(i)(ii),

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

1

It is Ordered and Adjudged that the Defendants, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation, ONLY are hereby dismissed without prejudice, each party to bear their own costs. *If the Plaintiffs desire to refile their claims, they must do so in federal court.*

ORDERED at _New Orleans_, _Louisiana_, this _14th_ day of _December_, 2006.

_____
U.S. DISTRICT JUDGE

Copies furnished to:

Eric A. Peterson, Esquire, Peterson Bernard, P.O. Drawer 15700, West Palm Beach, FL 33416

Jeff S. Abers, Esquire, Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll, Post Office Box 14519, Fort Lauderdale, FL 33302

Lawrence D. Smith, Esquire, Walton, Lantaff, Schroeder & Carson, LLP, 9350 South Dixie Highway, 9350 Financial Center – 10th Floor, Miami, FL 33156

Catherine Whitfield, Esquire, Steel Hector & Davis, LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, FL 33401-6198

Steven G. Schwartz, Esquire, Schwartz & Horwitz, PLC, 3301 N.W. Boca Raton Boulevard, Suite 200, Boca Raton, FL 33431.