FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 13  AM 11: 59

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION <br> <br> Murray Bidner and Francine Bidner, h/w et al <br> <br> vs. <br> <br> Merck & Company, Peter S. Kim, Ph.D., <br> Louis M. Sherwood, M.D., <br> David W. Antice, <br> Edward M. Scolnick, M.D. | MDL Docket No. 1657 <br> <br> Civil Action No. 06-cv-3915 |

## STIPULATION OF DISMISSAL RELATING TO PLAINTIFFS
## LYLE WILKS AND MARLENE WILKS, H/W ONLY

AND NOW, this ___14th___ day of December, 2006 it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to all Defendants with respect to any re-filing in federal court only. The parties stipulate and it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE with respect to any re-filing in any state court. Each party to bear its own costs and counsel fees.

This Stipulation is filed on behalf of plaintiffs Lyle and Marlene Wilks and all defendants who have appeared in the above-captioned matter.

*Plaintiffs shall make the necessary changes to party status on Lexis/Nexis File + Serve.*

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
X /Dktd _____
___ CtRmDep _____
___ Doc. No _____

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
Thomas R. Kline, Esquire
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
ATTORNEYS FOR PLAINTIFFS


ATTORNEY FOR DEF. MERCK
ATTORNEY FOR DEF. PETER S. KIM, PH.D.

By: _____
Fred T. Magaziner
Joseph K. Hetrick
Joshua G. Schiller
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

ATTORNEY FOR DEF. DR. SHERWOOD

BY: _____
Mark A. Berman, Esquire
Gibbons, Del Deo, Dolan
Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

ATTORNEY FOR DEF. DR. SCOLNICK

BY: _/s/ Barbara G. Reid_____
Martin L. Perschetz, Esquire
Sung-Hee Suh, Esquire
William H. Gussman, Jr., Esquire
Barbara G. Reid, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

ATTORNEY FOR DEF. DR. ANSTICE

BY: *William J. Winning*
William Winning, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

## CERTIFICATE OF SERVICE

I, LEE B. BALEFSKY, ESQUIRE, hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served on the following defendants and counsel by first class mail, postage prepaid, this 12th day of December, 2006:

Mark A. Berman, Esquire
Gibbons, Del Deo, Dolan
Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102
Attorney for Def., Louis M. Sherwood, M.D.

Joshua G. Schiller, Esquire
Dechert LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19103
Attorney for Def. Peter Kim, M.D.
Attorney for Def. Merck & Co., Inc.

Martin L. Perschetz, Esquire
Sung-Hee Suh, Esquire
William H. Gussman, Jr., Esquire
Barbara G. Reid, Esquire

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Attorney for Def. Edward Scolnick, M.D.

William Winning, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103-3508
Attorney for Def. David W. Anstice, M.D.

KLINE & SPECTER

BY: _____
LEE B. BALEFSKY, ESQUIRE
Attorney for Plaintiff