MINUTE ENTRY
FALLON, J.
DECEMBER 13, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
    LIABILITY LITIGATION

MDL 1657

ANTHONY WAYNE DEDRICK

REF NO. 05-2524

VERSUS

SECTION: L

MERCK & CO., INC.

before JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper and Toni Tusa

WEDNESDAY, DECEMBER 13, 2006, 8:30 AM
(Continued from 12-12-06)

Appearances: Andy Birchfield, Esq. And Leigh O'Dell, Esq. For plaintiff; Brian Currey, Esq.,
    Phil Beck, Esq., Mark Ouweleen, Esq. & Carrie Jablonski, Esq. For defendant

### JURY TRIAL:

Closing Arguments.

Jury charged and instructed by the Court.
Jury retires for deliberations @ 1:00 pm
Jury returns from deliberations @ 2:50 pm
VERDICT: In favor of defendant. See verdict form attached.
Court orders verdict be entered into the record.
Jury thanked and excused.
Defendant, Merck & Co., Inc., for Judgment as a Matter of Law (#9249) and Defendant's
Renewed Motion for Judgment as a Matter of Law (#9343) are DENIED AS MOOT.

Court adjourned at 3:00 pm.

JS-10:  4:10