**Exhibits for**
**David Anstice**

MDL 1657   05-2524-L

*Dedrick v. Merck*

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.0002 | MRK-ABW0004799 | MRK-ABW0004799 | 10/16/2001 | E-mail from Ed Scolnick to David Anstice Subject: Vioxx Label | 11-30-06 |
| 3 | 1.0005 | MRK-ABX0016509 | MRK-ABX0016510 | 11/26/2001 | E-mail from David Anstice to Steven Nichtberger, et al., Subject: FW: Three | 11-30-06 |
| 4 | 1.0008 | MRK-AAR0019055 | MRK-AAR0019060 | undated | Cardiovascular System: Clinical Profile in Osteoarthritis Studies | 11-30-06 |
| 5 | 1.0013 | MRK-AFI0201416 | MRK-AFI0201442 | undated | Doctors to Neutralize | Obj 11-30-06 |
| 6 | 1.0029 | MRK-ABW0011956 | MRK-ABW0011957 | 10/1/2001 | E-mail from Wendy Dixon to David Anstice Subject: FW Vioxx | |
| 7 | 1.0062 | MRK-AAR0007383 | MRK-AAR0007384 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card | 11-30-06 |
| 8 | 1.0063 | MRK-AAR0007570 | MRK-AAR0007699 | undated | Reference Binder Update 2000 | 11-30-06 |
| 9 | 1.0074 | MRK-AAX0000597 | MRK-AAX0000600 | undated | Press Release "Merck Stands Behind the Cardiovascular Safety Profile of Vioxx" | 11-30-06 |
| 10 | 1.0125 | MRK-ABG0001226 | MRK-ABG0001243 | 4/11/2002 | VIOXX Label Change Questions and Answers | 11-30-06 |
| 11 | 1.0140 | MRK-ABI0001556 | MRK-ABI0001556 | 2/23/1998 | Memo from David Anstice to JM Carroll, et al Subject: Vioxx | 11-30-06 |
| 12 | 1.0143 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | Key Marketing Messages - HHPAC | 11-30-06 |
| 13 | 1.0149 | MRK-ABI0002784 | MRK-ABI0002784 | 10/19/2000 | E-mail from Jean Rowan to David Anstice Subject: Memo Form | 11-30-06 |
| 14 | 1.0155 | MRK-ABI0004488 | MRK-ABI0004499 | 5/24/1999 | Remarks for Vioxx Launch Meeting | 11-30-06 |
| 15 | 1.0156 | MRK-ABI0005078 | MRK-ABI0005081 | 2/25/1999 | Ray Gilmartin Dinner Speech | 11-30-06 |
| 16 | 1.0157 | MRK-ABI0005079 | MRK-ABI0005081 | 2/25/1999 | Gilmartin Dinner Speech Talking Points | 11-30-06 |
| 17 | 1.0158 | MRK-ABI0005912 | MRK-ABI0005915 | 12/1/2006 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX | 11-30-06 |
| 18 | 1.0226 | MRK-ABW0005623 | MRK-ABW0005625 | 9/17/2001 | E-mail from Steven Nichtberger to Wendy Dixon RE: Confidential | Obj 11-30-06 |
| 19 | 1.0229 | MRK-ABW0011956 | MRK-ABW0011957 | 10/1/2001 | Email from Wendy Dixon to David Anstice Re: CV Outcomes Trial Press Release | 11-30-06 |
| 20 | 1.0732 | MRK-NJ0220388 | MRK-NJ0220454 | undated | MK-966 Product Development Plan Stage 0 Review | 11-30-06 |

**Exhibits for
David Anstice**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 21 | 1.1131 | MRK-ABW0000062 | MRK-ABW0000063 | 9/13/2001 | MVX for Vioxx; DWA to USHH field sales force | 11-30-06 |
| 22 | 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 7/12/2001 | US Long Range Operating Plan Franchise: Analgesi & Anti-Inflammatory Products: | 11-30-06 |
| 23 | 1.1488 | | | 3/9/2005 | Merck Code of Conduct | 11-30-06 |

**Exhibits for**
**Donna K. Arnett, Ph.D., M.S.P.H.**

MDL 1657   05-3524-L

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.1246 | MRK-AFV0341795 | MRK-AFV0341881 | 3/30/2001 | VIGOR/RA SNDA Reviews: VIGOR SNDA Review 3/30/2001 | 12-1-06 |
| 3 | 5.0023 | | | | Curriculum Vitae for Donna K. Arnett, PhD, MSPH | 11-30-06 |

MDL 1657   05-2524 L

**Dedrick v. Merck Co., Inc.**
**Exhibits for Janet Arrowsmith-Lowe, M.D.**

| Exhibit Number | Begin Bates | End Bates | Document Date | Description | Admitted |
|---|---|---|---|---|---|
| 1.0017 | MRK-NJ0070364 | MRK-NJ0070416 | 18-Oct-00 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by | |
| 1.0091 | MRK-AAX0008561 | MRK-AAX0008581 | 15-Oct-01 | Draft VIOXX Label | 12-7-06 |
| 1.0234 | MRK-ABX0002309 | MRK-ABX0002332 | | Original Label Submission For VIGOR | 12-7-06 |
| 1.0353 | MRK-ADI0005375 | MRK-ADI0005502 | 19-May-99 | FDA Medical Officer NDA Review of Vioxx | 12-7-06 |
| 1.0466 | MRK-LBL0000063 | MRK-LBL0000066 | 01-Apr-02 | Vioxx Label April 2002 | |

**Dedrick v. Merck Co., Inc.**
**Jerome Avorn, M.D.**
**Deposition Designation**
**Exhibits**

| | A<br>EXHIBIT<br>NO. | B<br>BEGINNING BATES | C<br>ENDING BATES | D<br>DOC DATE | E<br>DESCRIPTION | F<br>ADMITTED |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | 1.0017 | MRK-NJ0070364 | MRK-NJ0070397 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | 12-2-06 |
| 3 | 1.0118 | MRK-ABC0033809 | MRK-ABC0033809 | 4/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality | obj. 12-2-06 |
| 4 | 1.0122 | MRK-ABC0048699 | MRK-ABC0048706 | 10/10/1996 | Research Management Committee No. 96-10 -- Blue Bell | obj. 12-2-06 |
| 5 | 1.0152 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx | |
| 6 | 1.0235 | MRK-ABX0002367 | MRK-ABX0002404 | 2/1/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database | obj. 12-2-06 |
| 7 | 1.0386 | MRK-AEI0002734 | MRK-AEI0002746 | 5/6/1998 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program | obj 12-2-06 |
| 8 | 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 7/12/2001 | US Long Range Operating Plan Franchise: Analgesi & Anti-Inflammatory Products: Vioxx, Etoricoxib | |
| 9 | 1.1313 | MRK-ADJ0020162 | MRK-ADJ0020183 | 3/23/2001 | GI Label Change for Vioxx, Public Affairs Plan" | 12-2-06 |
| 10 | 1.1865a | MRK-ABK0322061 | MRK-ABK0322070 | 11/6/2001 | NDA 21-042/S-007 Vioxx NDA 21-052-S-004 Vioxx amendment to supplemental new drug application - REDACTED | 12-9-06 |
| 11 | 1.1916 | | | 12/18/2004 | Interim Review of NDA 21042/s030 (Update of Cardiovascular thrombotic events in Alzheimer's studies 078 and 091). | obj. 12-2-06 |
| 12 | 1.2118 | | | | VIOXX-Excerpts from primary review of NDA 21-042-Osteoarthritis Vioxx NDA 21-042/21-052 | obj. 12-2-06 |
| 13 | Avorn Ex. 17a | MRK-ACC0018681 | MRK-ACC0018692 | 8/28/01 | Memo from Doug Watson to Santanello, Cannuscio et al RE recent abstracts - REDACTED | obj. 12-2-06 |
| 14 | Avorn Ex. 18 | MRK-ABY0020300 | MRK-ABY0020300 | 9/17/01 | Email from Cannuscio to Solomon and Avorn RE interest in COXIB study | |
| 15 | Avorn Ex. 27a | MRK-ADC0018638 | MRK-ADC0018639 | 4/28/2003 | Email from Solomon to Cannuscio RE: ACR Abstract - REDACTED | obj. 12-2-06 |
| 16 | Avorn Ex. 30 | MRK-AAR0069284 | MRK-AAR0069287 | 4/21/2004 | Bulletin for VIOXX: Background and Obstacle Responses on Retrospective Observational Analysis - Solomon Article. | 12-2-06 |
| 17 | Avorn Ex. 54 | MRK-ADC0003251 | MRK-ADC0003257 | 10/1/2003 | Fax of Letter to Solomon faxed Cannuscico from Solomon RE: MS# JOC31797, THE RELATIONSHIP BETWEEN SELECTIVE COX-2 INHIBITORS AND ACUTE MYOCARDIAL INFARCTION | 12-2-06 |

## Mary Blake
## Deposition Designation
## Exhibits

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.1328 | MRK-NJ0092058 | MRK-NJ0092133 | | Excerpt from "Drug Regualations: The Essentials, Medical Background" | obj 12-9-06 |
| 3 | 1.1735 | MRK-ACW0800000 | MRK-ACW0800030 | | Merck Performance Review Form, Mary Elizabeth Basaman, ( Blake)  [Ex 2 Blake Deposition 11/29/05]" in it's entirety | obj 12-9-06 |

12/5/2006

**Carolyn Cannuscio, Sc. D.**
**Deposition Designation**
**Exhibits**

MDL 1657   05-2524 ~L

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.1466a | FDACDER 023057 | FDACDER 023058 | 11/30/2004 | Email from Lourdes Villalba to Lee Lemley Re: Communications with Dr. Topol | 12-2-06 |
| 3 | 1.1729a | | | 2/5/2004 | Selective Cyclooxygenase - 2 Inhibitors and acute myocardial infarction in adults by Daniel Solomon, et al. pg 2068-2073 | |
| 4 | 2.0017a | MRK-ADY0006986 | MRK-ADY0006991 | 2/5/2004 | Cyclooxygenase - 2 Inhibitors and Acute Myocardial Infarction in Older Adults, Daniel Solomon, et al. Circulation pg 2068-2073 | 12-2-06 |

## William Coltharp, M.D.
## Deposition Designation
### Exhibits

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 4.0007A | | | 2/13/2003 | Letter from Dr. Tedder to Dr. McPherson  ( pg. | 12-12-06 |
| 3 | 4.0008A | | | 1/11/2003 | Consultation Report from St. Thomas Hospital  ( pg. 4-6) | 12-12-06 |
| 4 | 4.0009A | | | 3/24/2003 | EKG Strip from 3/24/03 visit with Dr. Koenig  ( pg. 26) | |
| 5 | 4.0011B | | | 1/9/2003 | Echo Report from St. Thomas Hospital  ( pg. 342-343) | 12-12-06 |
| 6 | 4.0011C | | | 1/13/2003 | Blood Gas Studies from St. Thomas Hospital  ( pg. 72-78) | 12-12-06 |
| 7 | 4.0011D | | | 1/8/2003 | EKG Strip from 1/8/03 at St. Thomas Hospital  ( pg. 79) | 12-12-06 |
| 8 | 4.0011E | | | 1/9/2003 | EKG Strip from 1/9/03 at St. Thomas Hospital  ( pg. 80) | 12-12-06 |
| 9 | 4.0011F | | | 1/9/2003 | EKG Strip from 1/9/03 at St. Thomas Hospital  ( pg. 81) | 12-12-06 |
| 10 | 4.0011G | | | 1/2/2003 | History & Physical from St. Thomas Hospital  ( pg. 253-255) | Withdrawn 12-12-06 → |
| 11 | 5.0046 | | | | Diagram of Coronary Arteries | 12-12-06 |

4.0011A – abm 12-4-06
      withdrawn 12-12-06

**Exhibits for**
**Anthony Wayne Dedrick**

MDL 1657    05-2524-L

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 4.0001 |  |  |  | Pharmacy Profile from Duren Drugs | 12-5-06 |

**Exhibits for**
**Mark I. Furman, MD, FACC, FAHA**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 4.0011 | | | | St. Thomas Hospital Medical Records | 12-4-06 |
| 3 | 5.0030a | | | | Curriculum Vitae for Mark I. Furman, MD, FACC, FAHA | 12-4-06 |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

**Exhibits for**
**Esmeraldo Herrera, M.D.**

MDL 1657   05-2524-L

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.0466 | MRK-LBL0000063 | MRK-LBL0000066 | 4/1/2002 | Vioxx Label April 2002 | |
| 3 | 1.2832 | MRK-P0003302 | MRK-P0003312 | 4/1/2002 | Herrera Dear Healthcare Provider Letter Important Prescribing Information April 2002 | |
| 4 | 4.0005 | | | | Dr. Esmeraldo Herrera | 12-5-06 |
| 5 | McAllister Depo Ex. 5 | | | | PIR from Merck to Dr. Herrera | |
| 6 | | | | | | |

# Mark Koenig, M.D.
## Deposition Designation
### Exhibits

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 4.0009A | | | | EKG Strip from 3/24/2003 visit to Dr. Koenig (pg.26) | 12-9-06 |
| 3 | 4.0009B | | | | Cardiac Catheterization Report from Dr. Koenig's records (pg. 13-15) | 12-9-06 |
| 4 | 4.0009C | | | | Letter from Dr. Koenig to Dr. Herrera (pg. 16) | 12-9-06 |
| 5 | 4.0011G | | | | History & Physical from St. Thomas Hospital (pg. 253-255) | Withdrawn→ 12-12-06 |

12/13-06

**Dedrick v. Merck Co., Inc.**
**Exhibits for Briggs Morrison**

MDL 1657   05-2524-L

| Exhibit Number | Begin Bates | End Bates | Document Date | Description | Admitted |
|---|---|---|---|---|---|
| 1.0015a | MRK-AFK0190650 | MRK-AFK0190654 | 01-Feb-05 | Email with attachments from Adelsberg to Jennifer Ng RE Preliminary VICTOR CV Counts | 12-6-06 |
| 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 28-Apr-00 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | |
| 1.1894 | MRK-NJ0017640 | MRK-NJ0017663 | 27-Jan-98 | Memo from Briggs Morrison to Beth Seidenberg et al. re: Protocol 023 manuscript | 12-6-06 |
| Lynch Ex. 5 | | | | Email RE: Africian Green Monkey | 12-6-06 |

## Dedrick v. Merck Co., Inc.
## Witness Exhibits for Lemuel Moye', M.D., Ph.D.

MDL 1657   05-2524-L

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.0463 | MRK-LBL0000035 | MRK-LBL0000038 | 11/1/1999 | Vioxx Label Nov. '99 | 11-29-06 |
| 3 | 1.0466 | MRK-LBL0000063 | MRK-LBL0000066 | 4/1/2002 | Vioxx Label April 2002 | 11-29-06 |
| 4 | 5.0029 | | | | Curriculum Vitae for Lemuel A. Moye, MD, PhD | 11-29-06 |

Dedrick v. Merck

Exhibits for Connie Pechmann, Ph.D.

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.0006 | MRK-ABA-0003277 | MRK-ABA0003284 | 9/17/2001 | 9/17/2001 WARNING LETTER | 12-1-06 * |
| 3 | 1.0009 | MRK-AAO0000073 | MRK-AAO000018 | 9/1/2000 | 2001 Profit Plan for VIOXX | 12-1-06 |
| 4 | 1.0152 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx | 12-1-06 |
| 5 | 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 4/28/2000 | News Release:  Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx | 12-1-06 |
| 6 | 1.2002 | MRK-ADJ0016201 | MRK-ADJ0016236 | 10/9/2001 | Annual Plan VIOXX 2002 | 12-1-06 |
| 7 | 1.2021 | MRK-AKP0023602 | MRK-AKP0023607 | 4/11/2002 | Bulletin for VIOXX:  Action Required:  Label Change for VIOXX GI Outcomes Research Study and RA Indication:  Obstacle Responses, Side by Side PI's and RA Backgrounder | 12-1-06 |
| 8 | 1.2031 | MRK-ABI---8139 | MRK-ABI0008214 | 1/31/2003 | Operations Review for VIOXX | 12-1-06 |
| 9 | 1.2032 | MRK-ABX0006045 | MRK-ABX0006085 | 1/7/2001 | VIOXX Monthly EAR Review November 2001 | obj NO |
| 10 | 1.2848 | MRK-HND0000922 | MRK-HND0000924 | 10/2/2001 | Post-Warning PIR with Naproxen Hypothesis | 12-1-06 |
| 11 | 5.0022 | | | undated | CV for Connie Pechmann, PhD | 12-1-06 |

* ADM 11-30-06 - Anstice
incorrectly numbered
as 1.0016

MDL 1657    052524-L

**Dedrick v. Merck Co., Inc.**
**Exhibits Admitted thru Alise Reicin, M.D.**

| Exhibit Number | Begin Bates | End Bates | Document Date | Description | Admitted |
|---|---|---|---|---|---|
| 1.0101 | MRK-ABA0044804 | MRK-ABA0044967 | 29-Mar-01 | Final Advantage Clinical Study Report | 12-12-06 |
| 1.0132 | MRK-ABH0016219 | MRK-ABH0016219 | 09-Mar-00 | Email from Edward Scolnick to Deborah Shapiro et al; Subject: vigor | |
| 1.0147 | MRK-ABI0002269 | MRK-ABI0002309 | 20-Apr-00 | 'Memo from Dr. Grosser to HHPAC, et al. Re: Background material for HHPAC April 20, 2000 Vioxx and MK-0663 interim review | 12-11-06 |
| 1.0341 | MRK-ADB0054391 | MRK-ADB0054392 | 17-Sep-04 | Approve ESMB meeting minutes | 12-11-06 |
| 1.0502 | MRK-NJ0124427 | MRK-NJ0124428 | 08-Nov-00 | A. Reicin email to E. Barr RE: Hypertensive Heart Disease Patient | 12-12-06 |
| 1.0713 | MRK-AHR0009546 | MRK-AHR0009546 | 20-Oct-97 | Memo from Birggs Morrison to Beth Seidenberg, et al. discussing Protocol 023 | 12-11-06 |
| 1.1149 | MRK-AAF0004013 | MRK-AAF0004014 | 14-Jun-01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 | 12-12-06 |
| 1.1159 | MRK-01420031266 | MRK-01420031268 | 20-Feb-01 | Letter for Lawrence Goldkind to Dr. Silverman regarding NDA 21-042/S-007 & NDA 21- | 12-11-06 |
| 1.1170 | MRK-NJ0069724 | MRK-NJ0069726 | 27-Nov-00 | Fax from Sandra Folkendt to Robert Silver regarding requests for NDA 21-042/S-007 | 12-11-06 |
| 1.1175 | MRK-AAF0004126 | MRK-AAF0004129 | 26-Jul-01 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 | 12-12-06 |
| 1.1177 | MRK-ACD0075472 | MRK-ACD0075473 | 13-Jul-01 | Fax from M.J. Walling to Robert Silverman regarding NDA 21-042 and 21-052 | 12-12-06 |
| 1.1223 | MRK-AAD0800032 | MRK-AAD0800032 | 06-Mar-02 | Performance Review Form for Alise Reicin. | 12-11-06 |
| 1.1224 | MRK-AAD0800033 | MRK-AAD0800068 | 18-Feb-04 | Personal Performance Grid for Alise Reicin. | 12-11-06 |
| 1.1228 | MRK-NJ0260898 | MRK-NJ0260901 | 29-Jun-00 | Letter from Dennis Erb to Central Document Room of the FDA regarding NDA 21-042 | 12-11-06 |
| 1.1229 | MRK-AAF0003685 | MRK-AAF0003686 | 14-Feb-01 | Fax from Sandra Folkendt to Robert Silverman regarding NDA 21-042/S-007 | 12-11-06 |
| 1.1230 | MRK-NJ0155849 | MRK-NJ0155851 | 06-Apr-01 | Letter from Jonca Bull to Robert Silverman regarding NDA 21-042/S-007 & NDA 21- | 12-11-06 |
| 1.1551 | MRK-NJ0144437 | MRK-NJ0144441 | | Dear Investigatior Letter | 12-11-06 |

**Dedrick v. Merck Co., Inc.**
**Edward Scolnick, M.D.**
**Deposition Designation**
**Exhibits**

MDL 1657   05-2524-L

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.0001 | MRK-ACT0018064 | MRK-ACT0018064 | 2/8/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | 12-09-06 |
| 3 | 1.0002 | MRK-ABW0004799 | MRK-ABW0004799 | 10/16/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | |
| 4 | 1.0017 | MRK-NJ0070364 | MRK-NJ0070416 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | |
| 5 | 1.0021 | MRK-01420099060 | MRK-01420099061 | 4/11/2001 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes | 12-9-06 |
| 6 | 1.0079 | MRK-AAX0000752 | MRK-AAX0000776 | 4/8/2001 | Memo from Joshua Chen to Raymond Bain RE: Combined Mortality Analysis Protocol 091 + Protocol 078 | obj 12-9-06 |
| 7 | 1.0095 | MRK-ABA0003490 | MRK-ABA0003491 | 2/4/2002 | Letter from Carlos Patrono to Dr. Braunwald Re: VALOR-TIMI 30 protocol | |
| 8 | 1.0118 | MRK-ABC0033809 | MRK-ABC0033809 | 4/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality | |
| 9 | 1.0124 | MRK-ABD0002346 | MRK-ABD0002347 | 1/28/2001 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI | obj 12-9-06 |
| 10 | 1.0145 | MRK-ABI0002126 | MRK-ABI0002128 | 5/8/2000 | Email from Dixon to Edward Scolnick Re: Renal and CV Issues for Vioxx | obj 12-9-06 |
| 11 | 1.0158 | MRK-ABI0005912 | MRK-ABI0005915 | 12/6/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX | |
| 12 | 1.0192 | MRK-ABP0016650 | MRK-ABP0016677 | | Vioxx AD Program Slide Set | 12-9-06 |
| 13 | 1.0234 | MRK-ABX0002309 | MRK-ABX0002332 | | Original Label Submission For VIGOR | |
| 14 | 1.0298 | MRK-ACR0008985 | MRK-ACR0008985 | 1/31/2001 | Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC | 12-9-06 |
| 15 | 1.0300 | MRK-ACR0009151 | MRK-ACR0009152 | 4/9/2001 | Email from Edward Scolnick to Douglas Greene Re: VIGOR Approval Letter | 12-9-06 |
| 16 | 1.0304 | MRK-ACR0009295 | MRK-ACR0009296 | 11/26/2001 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate | 12-9-06 |
| 17 | 1.0305 | MRK-ACR0009297 | MRK-ACR0009297 | 2/25/2002 | Email from Edward Scolnick to Bonnie J. Coldmann Re: VIOXX Label | 12-9-06 |

**Dedrick v. Merck Co., Inc.**
**Edward Scolnick, M.D.**
**Deposition Designation**
**Exhibits**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 2 | 1.0001 | MRK-ACT0018064 | MRK-ACT0018064 | 2/8/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | |
| 18 | 1.0309 | MRK-ACR0014502 | MRK-ACR0014503 | 3/22/2001 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD Safety Data - Imablance in the number of deaths. | Obj 12-9-06 |
| 19 | 1.0531 | MRK-NJ0267715 | MRK-NJ0267777 | 1/8/2001 | Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib) | |
| 20 | 1.0542 | MRK-NJ0333225 | MRK-NJ0333235 | 3/21/2001 | Memo Re: Mk-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths | Obj 12-9-06 |
| 21 | 1.1098 | MRK-AFJ0001537 | MRK-AFJ0001537 | 11/8/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | offer withdrawn 12-12-06 |
| 22 | 1.1100 | MRK-ABT0014818 | MRK-ABT0014827 | | VIOXX Outcomes Study Potential Designs | 12-9-06 |
| 23 | 1.1103 | MRK-AAR0033237 | MRK-AAR0033243 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | |
| 24 | 1.1106 | MRK-ABH0017814 | MRK-ABH0017814 | 3/28/2000 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR | Obj 12-9-06 |
| 25 | 1.1870 | MRK-AFT0009258 | MRK-AFT0009258 | 11/8/2001 | Email from Douglas Greene to Ed Scolnick, Bonnie Goldman RE: History Lesson" | |
| 26 | 2.0133 | MRK-ABA0004431 | MRK-ABA0004440 | 11/6/2001 | Circuiation - "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib" by MA Konstam, MR Weir, A Reicin, D Shapiro, RS Sperling, E Barr et al. appeared on pp. 2280-2288 of volume 104. | |
| 27 | Krahe Ex. No. 26 | MRK-AAR00038843 | MRK-AAR00038848 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card | |

15        11-8-01   E Mail String between Scolnik, Greene & Goldman Re: History Lesson        12-13-06

### Dedrick v. Merck Co., Inc.
### Eric Topol, M.D.
### Deposition Designation
### Exhibits

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.1442 | TOPLE 0000001 | TOPLE 0000127 | | Curriculum Vitae of Eric Jeffrey Topol, M.D." | |
| 3 | 1.1444 | MRK-ABA0009274 | MRK-ABA0009274 | 4/20/2001 | Email from Demopoulos to DiBattiste RE: Followup to meeting | 12-9-06 |
| 4 | 1.1445 | MRK-AAZ0001561 | MRK-AAZ0001593 | 4/26/2001 | Email from Alise Reicin to Laura Demopoulos with attachment "Selective COX-2 Inhibitors are Associated with an Increased Risk of Cardiovascular Events" | 12-9-06 |
| 5 | 1.1446 | MRK-ABA0009661 | MRK-ABA0009693 | 6/12/2001 | Email from Alan Nies to Laura Demopoulos, et al. Re: Topol Manuscript" | 12-9-06 |

**Jan Weiner**
**Deposition Designation**
**Exhibits**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | exhibit_no | begin_bates | end_bates | doc_date | description | admitted |
| 2 | 1.1194 | MRK-ADI0800000 | MRK-ADI0800045 | | Personnel File of Jan Weiner | obj 12-9-06 |
| 3 | | | | | | |

12/5/2006

**Dedrick v. Merck Co., Inc.**
**Deposition Testimony of David Graham, M.D. - Proffer No. 1**

ADMitteD
12 - 12 - 06

| | A | B |
|---|---|---|
| 1 | Proffer No. | description |
| 2 | 1 | Deposition Testimony of David Graham, M.D. |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Not For Jury