MDL 1657

**Dedrick v. Merck**
**Case No. 05-2524 - L**
**Joint Admitted Exhibits**

| Plaintiff's Exhibits | | | | |
|---|---|---|---|---|
| Exhibit No. | Doc Date | Description | Admitted Witness | Admitted Date |
| 1.0001 | 2/8/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | Scolnick | 12/9/2006 |
| 1.0002 | 10/16/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | Anstice | 11/30/2006 |
| 1.0005 | 11/26/2001 | Email from D. Anstice FW: Three Items | Anstice | 11/30/2006 |
| 1.0006 | 9/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin | Anstice | 11/30/2006 |
| 1.0008 | | CV Card | Anstice | 11/30/2006 |
| 1.0009 | 9/1/2000 | 2001 Profit Plan for Vioxx | Pechmann | 12/1/2006 |
| 1.0013 | 7/23/1999 | List of physicians to neutralize | Anstice | 11/30/2006 |
| 1.0015a | 2/1/2005 | Email with attachments from Adelsberg to Jennifer Ng RE Preliminary VICTOR CV Counts | Morrison | 12/5/2006 |
| 1.0017 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | Avorn | 11/29/2006 |
| 1.0021 | 4/11/2001 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes | Scolnick | 12/9/2006 |
| 1.0062 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card | Anstice | 11/30/2006 |
| 1.0063 | 1/1/2000 | Memo from Market Integration Team for Vioxx Re: Top Ten Obstacle Handlers and Obstacle Response Guide Vioxx | Anstice | 11/30/2006 |
| 1.0074 | 8/21/2001 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | Anstice | 11/30/2006 |
| 1.0079 | 4/8/2001 | Memo from Joshua Chen to Raymond Bain RE: Combined Mortality Analysis Protocol 091 + Protocol 078 | Scolnick | 12/9/2006 |
| 1.0091 | 10/15/2001 | Draft VIOXX Label | Arrowsmith-Lowe | 12/6/2006 |
| 1.0101 | 3/29/2001 | Final Advantage Clinical Study Report | Reicin | 12/11/2006 |
| 1.0118 | 4/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality | Avorn | 11/29/2006 |
| 1.0122 | 10/10/1996 | Research Management Committee No. 96-10 -- Blue Bell | Avorn | 11/29/2006 |
| 1.0124 | 1/28/2001 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI | Scolnick | 12/9/2006 |
| 1.0125 | 4/11/2002 | VIOXX Label Change Questions and Answers | Anstice | 11/30/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| 1.0140 | 2/23/1998 | Memo from David Anstice to J. Carroll, et al. Re: Pfizer and the promotion of Celebrex | Anstice | 11/30/2006 |
| 1.0143 | 5/17/2000 | Key Marketing Messages HHPAC | Anstice | 11/30/2006 |
| 1.0145 | 5/8/2000 | Email from Dixon to Edward Scolnick Re: Renal and CV Issues for Vioxx | Scolnick | 12/9/2006 |
| 1.0147 | 4/20/2000 | 'Memo from Dr. Grosser to HHPAC, et al. Re: Background material for HHPAC April 20, 2000 Vioxx and MK-0663 interim review | Reicin | 12/11/2006 |
| 1.0149 | 10/19/2000 | Email from Leonard Tacconi to David Anstice, et al. Re: Vioxx DTC Campaign | Anstice | 11/30/2006 |
| 1.0152 | 5/22/2001 | Press Release - Merck confirms favorable CV safety profile of Vioxx | Avorn | 11/29/2006 |
| 1.0155 | 5/24/1999 | VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives | Anstice | 11/30/2006 |
| 1.0156 | 2/25/1999 | Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking Points | Anstice | 11/30/2006 |
| 1.0157 | 2/25/1999 | Gilmartin Dinner Speech Talking Points | Anstice | 11/30/2006 |
| 1.0158 | 12/6/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX | Anstice | 11/30/2006 |
| 1.0192 | | Vioxx AD Program Slide Set | Scolnick | 12/9/2006 |
| 1.0226 | 9/17/2001 | Email from Steven A. Nichtberger to Wendy L. Dixon Re: Conducting a CV Study | Anstice | 11/30/2006 |
| 1.0229 | 10/1/2001 | Email from Wendy Dixon to David Anstice Re: CV Outcomes Trial Press Release | Anstice | 11/30/2006 |
| 1.0234 | | Original Label Submission For VIGOR | Arrowsmith-Lowe | 12/6/2006 |
| 1.0235 | 2/1/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database | Avorn | 11/29/2006 |
| 1.0298 | 1/31/2001 | Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC | Scolnick | 12/9/2006 |
| 1.0300 | 4/9/2001 | Email from Edward Scolnick to Douglas Greene Re: VIGOR Approval Letter | Scolnick | 12/9/2006 |
| 1.0304 | 11/26/2001 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate | Scolnick | 12/9/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| 1.0305 | 2/25/2002 | Email from Edward Scolnick to Bonnie J. Coldmann Re: VIOXX Label | Scolnick | 12/9/2006 |
| 1.0309 | 3/22/2001 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD Safety Data - Imablance in the number of deaths. | Scolnick | 12/9/2006 |
| 1.0341 | 9/17/2004 | Approve ESMB meeting minutes | Reicin | 12/11/2006 |
| 1.0353 | 5/19/1999 | FDA Medical Officer NDA Review of Vioxx | Arrowsmith-Lowe | 12/6/2006 |
| 1.0386 | 5/6/1998 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program | Avorn | 11/29/2006 |
| 1.0463 | 11/1/1999 | Vioxx Label Nov. '99 | Avorn | 11/29/2006 |
| 1.0466 | 4/1/2002 | Vioxx Label April 2002 | Avorn | 11/29/2006 |
| 1.0502 | 11/8/2000 | A. Reicin email to E. Barr RE: Hypertensive Heart Disease Patient | Reicin | 12/12/2006 |
| 1.0542 | 3/21/2001 | Memo Re: Mk-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths | Scolnick | 12/9/2006 |
| 1.0583 | 4/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | Pechmann | 12/1/2006 |
| 1.0713 | 10/20/1997 | Memo from Birggs Morrison to Beth Seidenberg, et al. discussing Protocol 023 data | Reicin | 12/11/2006 |
| 1.0732 | | Product Development Plan Stage 0 Review | Anstice | 11/30/2006 |
| 1.1100 | | VIOXX Outcomes Study Potential Designs | Scolnick | 12/9/2006 |
| 1.1106 | 3/28/2000 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR | Scolnick | 12/9/2006 |
| 1.1131 | 9/13/2001 | MVX for Vioxx - DWA to USHH US fields sales force | Anstice | 11/30/2006 |
| 1.1135 | 7/12/2001 | US Long Range Operating Plan Franchise: Analgesi & Anti-Inflammatory Products: Vioxx, Etoricoxib | Anstice | 11/30/2006 |
| 1.1149 | 6/14/2001 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042/S-007 | Reicin | 12/12/2006 |
| 1.1159 | 2/20/2001 | Letter for Lawrence Goldkind to Dr. Silverman regarding NDA 21-042/S-007 & NDA 21-052/S-004 | Reicin | 12/11/2006 |
| 1.1170 | 11/27/2000 | Fax from Sandra Folkendt to Robert Silver regarding requests for NDA 21-042/S-007 | Reicin | 12/11/2006 |
| 1.1175 | 7/26/2001 | Letter from Robert Silverman to Jonca Bull regarding NDA 21-042 | Reicin | 12/12/2006 |
| 1.1177 | 7/13/2001 | Fax from M.J. Walling to Robert Silverman regarding NDA 21-042 and 21-052 | Reicin | 12/12/2006 |
| 1.1194 | | Personnel File of Jan Weiner | Weiner | 12/5/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| 1.1223 | 3/6/2002 | Performance Review Form for Alise Reicin. | Reicin | 12/11/2006 |
| 1.1224 | 2/18/2004 | Personal Performance Grid for Alise Reicin. | Reicin | 12/11/2006 |
| 1.1228 | 6/29/2000 | Letter from Dennis Erb to Central Document Room of the FDA regarding NDA 21-042 | Reicin | 12/11/2006 |
| 1.1229 | 2/14/2001 | Fax from Sandra Folkendt to Robert Silverman regarding NDA 21-042/S-007 | Reicin | 12/11/2006 |
| 1.1230 | 4/6/2001 | Letter from Jonca Bull to Robert Silverman regarding NDA 21-042/S-007 & NDA 21-052/S-004 | Reicin | 12/11/2006 |
| 1.1246 | 3/30/2001 | VIGOR/RA SNDA Reviews: VIGOR SNDA Review 3/30/2001 | Arnett | 12/1/2006 |
| 1.1313 | 3/23/2001 | GI Label Change for Vioxx, Public Affairs Plan" | Avorn | 11/29/2006 |
| 1.1328 | | Excerpt from "Drug Regualations: The Essentials, Medical Background" | Blake | 12/5/2006 |
| 1.1444 | 4/20/2001 | Email from Laura Demopoulos to Peter M. DiBattiste Re: Followup to Meeting with Eric Topol | Topol | 12/9/2006 |
| 1.1445 | 4/26/2001 | Email from Alise Reicin to Laura Demopoulos with attachment "Selective COX-2 Inhibitors are Associated with an Increased Risk of Cardiovascular Events" | Topol | 12/9/2006 |
| 1.1446 | 6/12/2001 | Email from Alan Nies to Laura Demopoulos, et al. Re: Topol Manuscript" | Topol | 12/9/2006 |
| 1.1466a | 11/30/2004 | Email from Lourdes Villalba to Lee Lemley Re: Communications with Dr. Topol | Cannuscio | 11/29/2006 |
| 1.1488 | | The Merck Code of Conduct, http://www.merck.com/about/conduct_print.html" | Anstice | 11/30/2006 |
| 1.1551 | | Dear Investigatior Letter | Reicin | 12/11/2006 |
| 1.1735 | | Merck Performance Review Form, Mary Elizabeth Basaman, (Blake) [Ex 2 Blake Deposition 11/29/05]" | Blake | 12/5/2006 |
| 1.1865a | 11/6/2001 | NDA 21-042/S-007 Vioxx NDA 21-052-S-004 Vioxx amendment to supplemental new drug application - REDACTED | Avorn | 11/28/2006 |
| 1.1894 | 1/27/1998 | Memo from Briggs Morrison to Beth Seidenberg et al. re: Protocol 023 manuscript | Morrison | 12/5/2006 |
| 1.1916 | 12/18/2004 | Interim Review of NDA 21042/s030 by Lourdes Villalba, MD | Avorn | 11/29/2006 |
| 1.2002 | 10/9/2001 | Annual Plan Vioxx 2002 Review | Pechmann | 12/1/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| 1.2021 | 4/11/2002 | No. COX 02-029 Bulletin for VIOXX: Action Required: Label Change for VIOXX GI Outcomes Research Study and RA Indication: Obstacle Responses | Pechmann | 12/1/2006 |
| 1.2031 | 1/31/2003 | "Operations Review for VIOXX January 31, 2003" Report | Pechmann | 12/1/2006 |
| 1.2118 | | VIOXX-Excerpts from primary review of NDA 21-042-Osteoarthritis Vioxx NDA 21-042/21-052 | Avorn | 11/29/2006 |
| 1.2848 | 10/2/2001 | Post-Warning PIR with Naproxen Hypothesis | Pechmann | 12/1/2006 |
| 2.0017a | 2/5/2004 | Cyclooxygenase - 2 Inhibitors and Acute Myocardial Infarction in Older Adults, Daniel Solomon, et al. Circulation pg 2068-2073 | Cannuscio | 11/29/2006 |
| 4.0001 | 5/24/2006 | Duren Discount Drugs | Dedrick | 12/5/2006 |
| 4.0005 | | Dr. Esmeraldo Herrera | Herrera | 12/5/2006 |
| 4.0007A | 2/13/2003 | Letter from Dr. Tedder to Dr. McPherson (pg. 11) | Coltharp | 12/12/2006 |
| 4.0008A | 1/11/2003 | Consultation Report from St. Thomas Hospital (pg. 4-6) | Coltharp | 12/12/2006 |
| 4.0009A | 3/24/2003 | EKG Strip from 3/24/2003 visit with Dr. Koenig (pg. 26) | Koenig | 12/9/2006 |
| 4.0009B | | The Heart Group, Dr. Koenig Medical Records | Koenig | 12/9/2006 |
| 4.0009C | | The Heart Group, Dr. Koenig Medical Records | Koenig | 12/9/2006 |
| 4.0011 | 3/3/2006 | St. Thomas Hospital | Furman | 12/4/2006 |
| 4.0011B | 1/9/2003 | Echo Report from St. Thomas Hospital (pg. 342-343) | Coltharp | 12/12/2006 |
| 4.0011C | 1/13/2003 | Blood Gas Studies from St. Thomas Hospital | Coltharp | 12/12/2006 |
| 4.0011D | 1/8/2003 | EKG Strip from 1/8/2003 at St. Thomas Hospital | Coltharp | 12/12/2006 |
| 4.0011E | 1/9/2003 | EKG Strip from 1/9/2003 at St. Thomas Hospital | Coltharp | 12/12/2006 |
| 4.0011F | 1/9/2003 | EKG Strip from 1/9/2003 at St. Thomas Hospital | Coltharp | 12/12/2006 |
| 5.0022 | | Curriculum Vitae for Cornelia Pechmann, PhD | Pechmann | 12/1/2006 |
| 5.0023 | | Curriculum Vitae for Donna K. Arnett, PhD, MSPH | Arnett | 12/1/2006 |
| 5.0029 | | Curriculum Vitae for Lemuel A. Moye, MD, PhD | Moye | 11/29/2006 |
| 5.0030a | | Curriculum Vitae for Mark I. Furman, M.D., F.A.C.C., FAHA - Updated | Furman | 12/4/2006 |
| 5.0046 | | Diagram of Coronary Arteries | Coltharp | 12/12/2006 |
| Avorn Ex. 17a | 8/28/2001 | Memo from Doug Watson to Santanello, Cannuscio et al RE recent abstracts - REDACTED | Avorn | 11/29/2006 |
| Avorn Ex. 18 | 9/17/2001 | Email from Cannuscio to Solomon and Avorn RE interest in COXIB study | Avorn | 11/29/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| Avorn Ex. 27a | 4/28/2003 | Email from Solomon to Cannuscio RE: ACR Abstract - REDACTED | Avorn | 11/29/2006 |
| Avorn Ex. 30 | 4/21/2004 | Bulletin for VIOXX: Background and Obstacle Responses on Retrospective Observational Analysis - Solomon Article. | Avorn | 11/29/2006 |
| Avorn Ex. 54 | 10/1/2003 | Fax of Letter to Solomon faxed Cannuscico from Solomon RE: MS# JOC31797, THE RELATIONSHIP BETWEEN SELECTIVE COX-2 INHIBITORS AND ACUTE MYOCARDIAL INFARCTION | Avorn | 11/29/2006 |
| Lynch Ex. 5 | | Email RE: Africian Green Monkey | Morrison | 12/5/2006 |
| Scolnick Ex. 15 | 11/8/2001 | Email string between Scolnick, Greene and Goldman RE: History Lesson | Scolnick | 12/13/2006 |
| | | | | |
| Defendant's Exhibits | | | | |
| DX 0013 | 11/21/1996 | Memorandum from T. Musliner to B. Friedman, et al. | Morrison | 12/6/2006 |
| DX 0015 | 1/16/1997 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | Morrison | 12/6/2006 |
| DX 0026 | 4/13/1998 | Project Team Meeting Minutes | Morrison | 12/6/2006 |
| DX 0040 | 10/26/1998 | 'E. Clinical Safety' Vioxx Clinical Documentation | Morrison | 12/6/2006 |
| DX 0043-002 | 11/23/1998 | NDA Transmittal Letter | Morrison | 12/6/2006 |
| DX 0043-378 | 00/00/0000 | Excerpt of NDA - Protocol 002 | Morrison | 12/6/2006 |
| DX 0046 | 12/1/1998 | Policy Letter No. 110 | Anstice | 11/30/2006 |
| DX 0073 | 5/20/1999 | Letter from FDA to MRL re: NDA 21-042 | Morrison | 12/6/2006 |
| DX 0079 | 8/30/1999 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | Morrison | 12/6/2006 |
| DX 0091 | 10/28/1999 | Letter from FDA to MRL re: NDA 21-042/S-003 | Arrowsmith-Lowe | 12/7/2006 |
| DX 0114 | 3/22/2000 | E-mail from Reicin to Scolnick et al. | Reicin | 12/11/2006 |
| DX 0116 | 3/23/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | Reicin | 12/11/2006 |
| DX 0136 | 5/18/2000 | Letter to Robert Utiger from Claire Bombardier | Reicin | 12/11/2006 |
| DX 0145 | 6/29/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | Reicin | 12/11/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| DX 0155 | 10/13/2000 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | Reicin | 12/11/2006 |
|---|---|---|---|---|
| DX 0164 | 12/21/2000 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | Reicin | 12/11/2006 |
| DX 0174 | 1/8/2001 | Letter from R. Silverman to J. Bull re: IND 46,894: VIOXX (rofecoxib) Information Amendment - Clinical | Reicin | 12/11/2006 |
| DX 0185 | 2/2/2001 | DDMAC Letter to McMillen | Anstice | 11/30/2006 |
| DX 0186 | 2/4/2001 | Email from Harry Guess to Rhodes, Watson, et al. | Scolnick | 12/9/2006 |
| DX 0196 | 3/2/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | Reicin | 12/11/2006 |
| DX 0230 | 7/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | Reicin | 12/11/2006 |
| DX 0236 | 10/1/2001 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 | Anstice | 11/30/2006 |
| DX 0241 | 10/15/2001 | Email from Barbara Gould to Robert Silverman re: VIOXX Draft Label | Anstice | 11/30/2006 |
| DX 0243 | 11/6/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | Arrowsmith-Lowe | 12/7/2006 |
| DX 0244 | 11/7/2001 | Email from E. Scolnick to A. Reicin | Scolnick | 12/9/2006 |
| DX 0253 | 12/21/2001 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 Draft Label Proposal | Arrowsmith-Lowe | 12/7/2006 |
| DX 0268 | 3/12/2002 | Memorandum to file -- NDA 21-042/s007 (rofecoxib) | Reicin | 12/11/2006 |
| DX 0277 | 4/11/2002 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | Arrowsmith-Lowe | 12/9/2006 |
| DX 0321 | 3/26/2004 | Letter from FDA to Merck | Reicin | 12/11/2006 |
| DX 0324 | 8/19/2004 | Letter from FDA to MRL re: NDA 21-042 | Reicin | 12/11/2006 |
| DX 0328 | 10/1/2001 | Reminder re: Bulletings re: Appropriate Conduct as to Speakers and VIGOR | Anstice | 11/30/2006 |
| DX 0338 | 4/6/2005 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | Furman | 12/4/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| DX 0344 | 8/22/2005 | Merck, Letter from P. Huang to B. Rappaport re Information Amendment - Clinical, and attachment | Pratt | 12/9/2006 |
| DX 0353 | 1/4/2001 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | Reicin | 12/11/2006 |
| DX 0357 | 4/20/2001 | Email from Laura Demopoulos to Peter M. DiBattiste re: Followup to Meeting with Eric Topol | Topol | 12/9/2006 |
| DX 0358 | 6/20/2001 | Email from Peter DiBattiste to Eric Topol re: Risk of Cardiovascular Events Associated with Cox-2 | Topol | 12/9/2006 |
| DX 0359 | 1/2/2002 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. | Anstice | 11/30/2006 |
| DX 0361 | 2/7/2000 | Letter from Reicin to Weinblatt | Reicin | 12/11/2006 |
| DX 0373 | 5/2/2001 | Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation by Deepak Bhatt and Eric Topol | Topol | 12/9/2006 |
| DX 0376 | 6/22/2001 | Email from Eric Topol to Peter DiBattiste re Meeting with Steve Nissen | Topol | 12/9/2006 |
| DX 0409 | 1/24/2000 | Letter from Weinblatt to Reicin | Reicin | 12/11/2006 |
| DX 0436 | 5/3/2001 | Email from Peter DiBattiste to Laura Demopolous re: COX-2 inhibitors in ACS | Topol | 12/9/2006 |
| DX 0453 | 04/00/2002 | Dear Healthcare Professional Letter | Anstice | 11/30/2006 |
| DX 0459 | 9/10/2003 | Fax from FDA to MRL re: IND 46,894 Vioxx Protocol 302 Teeecon Minutes | Reicin | 12/11/2006 |
| DX 0470 | 10/25/2004 | E-mail from Marlene Goormastic to Eric Topol RE: Help on stats | Topol | 12/9/2006 |
| DX 0474 | 11/8/2004 | E-mail from L. Villalba to L. Lemley and J. Woodcock | Topol | 12/9/2006 |
| DX 0945 | 00/00/2006 | Vioxx Label | Arrowsmith-Lowe | 12/7/2006 |
| DX 0962 | 5/20/1999 | Letter re new drug application | Scolnick | 12/9/2006 |
| DX 0982 | 1/26/2005 | Merck Letter to FDA re: IND 59,222 | Reicin | 12/11/2006 |
| DX 2017 | 1/10/2002 | Bulletin for VIOXX: Background Information Only: Vioxx Acetaminophen, Celecoxib Trial (VACT Publication | Anstice | 11/30/2006 |
| DX 2033 | 4/11/2002 | Bulletin: Action Required; Vioxx Label Change (COX 02-27) | Anstice | 11/30/2006 |
| DX 2045 | Various | Records from Social Security Administration | Dedrick | 12/5/2006 |
| DX 2054 | Various | Records from Vanderbilt Medical Records Department | Dedrick | 12/5/2006 |
| DX 2057 | Various | Records from Vanderbilt Medical Center | Dedrick | 12/5/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| DX 2078 | 1/17/2003 | Coltharp Deposition Ex. 3 (Defendant's). Saint Thomas Hospital Discharge Summary | Coltharp | 12/12/2006 |
| DX 2079 | 1/10/2003 | Coltharp Deposition Ex. 4 (Defendant's). Cardiac Catheterization Laboratory - Saint Thomas Hospital, Nashville, Tennessee | Coltharp | 12/12/2006 |
| DX 2081 | 1/17/2003 | Coltharp Deposition Ex. 6 (Defendant's). Saint Thomas Hospital, Nashville, Tennessee - Report of Operation | Coltharp | 12/12/2006 |
| DX 2126 | 1/22/2003 | Herrera Deposition Ex. 15. Disability Determination and Transmittal | Herrera | 12/6/2006 |
| DX 2130 | 2/17/2006 | Koenig Deposition Ex. 1 (Defendant's). Curriculum Vitae of Mark Koenig, M.D., F.A.C.C. | Koening | 12/9/2006 |
| DX 2131 | 1/8/2003 | Koenig Deposition Ex. 2 (Defendant's). Saint Thomas Hospital Admission History and Physical Examination Report | Koenig | 12/9/2006 |
| DX 2132 | 1/10/2003 | Koenig Deposition Ex. 3 (Defendant's). Cardiac Catheterization Laboratory Procedures Performed (Dedrick) | Koenig | 12/9/2006 |
| DX 2134 | 1/10/2003 | Koenig Deposition Ex. 5 (Defendant's). Letter from Mark Koenig, M.D. to Esmeraldo Herrera, M.D. re: procedure performed | Koenig | 12/9/2006 |
| DX 2136 | 6/8/2001 | McAllister Deposition Ex. 5. Letter from Margaret Loveland, M.D. to Esmeraldo Herrera, M.D. regarding inquiry for a reprint of the VIOXX Gastrointestinal Outcomes Research Trial (VIGOR) | McAllister | 12/9/2006 |
| DX 2137 | 4/11/2002 | McAllister Deposition Ex. 6. Bulletin for VIOXX: Action Required: Label Change for Vioxx GI Outcomes Research Study and RA Indication | McAllister | 12/9/2006 |
| DX 2139 | 4/18/2002 | McAllister Deposition Ex. 8. Bulletin for VIOXX: Action Required: Dear Health Care Provider Letter Distribution | McAllister | 12/9/2006 |
| DX 2140 | 4/00/2002 | McAllister Deposition Ex. 9. Letter from John Yates to Dear Healthcare Professional regarding recent changes to Prescribing Information and Patient Product Information for VIOXX | McAllister | 12/9/2006 |
| DX 2143 | 1/10/2003 | McPherson Deposition Ex. 3 (Defendant's). Saint Thomas Hospital Admission History and Physical Examination | Coltharp | 12/12/2006 |
| DX 2147-A | | Excerpts of St. Thomas medical records. | Coltharp | 12/12/2006 |
| DX 2174-B | 2/12/2004 | Transcript of Hearing before thre Board of Veterans' Appeals | Dedrick | 12/5/2006 |
| DX 2387 | 9/00/06 | Curriculum Vitae of Dr. Janet B. Arrowsmith-Lowe | Arrowsmith-Lowe | 12/7/2006 |
| DX 2388 | 00/00/0000 | Curriculum Vitae of Dr. Craig M. Pratt | Pratt | 12/9/2006 |

**Dedrick v. Merck**
**Case No. 05-2524**
**Joint Admitted Exhibits**

| | | | | |
|---|---|---|---|---|
| DX 2389 | 00/00/0000 | Curriculum Vitae of Dr. Paul J. Roach | Roach | 1/0/1900 |
| DX 2395 | 00/00/0000 | Curriculum vitae of Dr. Nicholas Flavahan | Flavahan | 12/8/2006 |
| DX 3014 | 2/10/1999 | E-mail from J. Hoepfel to F. Annegers and L. Moye re: Response to NEJM Needed | Moye | 11/29/2006 |
| DX 3070 | 12/18/2004 | Interim Review of NDA 21042/s030 (Update of Cardiovascular Thrombotic Events in Alzheimer's Studies 078/091 | Arnett | 12/1/2006 |
| DX 3078 | 11/3/2001 | Scientific Evidence, Inc. Consulting Services Agreement | Moye | 11/29/2006 |
| DX 3087 | 4/11/2002 | Bulletin No. COX-02-027 re: Label Change | Pechmann | 12/1/2006 |
| DX 3679 | 00/00/0000 | Slide - How An Integrated Marketing Communications Campaign is Developed | Pechmann | 12/1/2006 |
| DX 3692 | 12/29/2004 | FDA ACM Background Package Draft | Arnett | 12/1/2006 |
| DX 3693 | 1/7/2005 | Letter from D. Arnett to P. Huang re: Review of FDA Advisory Committee Background Package | Arnett | 12/1/2006 |
| DX 3700 | 3/23/2005 | Letter from M. Couch to D. Arnett attaching Expert Consultation and Confidentiality Agreement | Arnett | 12/1/2006 |
| DX 3703 | 00/00/0000 | Risk Factors Chart | Furman | 12/12/2006 |
| DX 3712 | 5/20/1999 | List: VIOXX PI Required Questions | Anstice | 11/30/2006 |
| DX 3715 | 3/00/0000 | Merck Analgesic and Anti-Inflammatory Training Program | Anstice | 11/30/2006 |
| DX 3719 | 00/00/0000 | Physician List | Anstice | 11/30/2006 |
| DX 3737 | 10/10/2002 | IND 46,894: VIOXX (Rofecoxib) | Reicin | 12/11/2006 |
| P1.0004 | 2/26/1997 | Email from Brian F. Daniels to Thomas Simon, et al. re: GI Outcomes Trial Protocol | Morrison | 12/6/2006 |
| P1.0132 | 3/9/2000 | Email from Edward Scolnick to Deborah Shapiro et al. re VIGOR | Reicin | 12/11/2006 |
| P1.0430 | 12/22/1999 | Memorandum from Weinblatt to Bjorkman et al. re VIGOR | Reicin | 12/11/2006 |
| P1.0538 | 00/00/0000 | Draft GI Outcomes Protocol | Reicin | 12/11/2006 |
| | | | | |
| | | | | |