UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 14  AM 10: 57

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                                                         MDL 1657

ANTHONY W. DEDRICK                                                    NO. 05-2524

VERSUS

MERCK & CO., INC.                                                              SECTION: L

# ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to <u>MOTHER'S RESTAURANT</u> the sum of $ <u>85.25</u> for LUNCH meals for the jury in this matter on <u>DECEMBER 13, 2006</u>.

New Orleans, Louisiana, this /4th day of DECEMBER, 2006.

UNITED STATES DISTRICT JUDGE

Fee___
✓ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No.___

## Nobody!...But Nobody Bakes Ham Like
### *Mother's Restaurant, LLC*

401 Poydras Street                          Phone 523-9656

......"WHERE QUALITY REIGNS"......

New Orleans, LA  12·13                        20 06

*Federal Court Rm*

*Judge Fallon*                                *Acct 1323*

[RECEIVED stamp: DEC 1 3 2006 — CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON]

*Ruth H. Leard*

*$ 85.25*

Nº 0330

*Customer Copy*

[CLERK'S OFFICE A TRUE COPY DEC 14 2006 — Deputy Clerk, U.S. District Court, Eastern District Of Louisiana, New Orleans, La.]

---

**MOTHER'S RESTAURANT**

```
0057   #Party  1
SANDRA S    SvrCk: 57   9:00 12/13/06

1 NAME*,FEDERAL COURT RM.               0.00
1 SHRIMP SALAD*, grilled,
   house dressi                        12.50
1 RALPH/HALF*                           8.50
2 SHRIMP SALAD*, 2 grilled,
   house dressi,RANCH                  25.00
1 RED BEANS W/MEAT N VEGI*,
   w/greens,  baked ham whole          10.00
1 FRENCH FRIES*                         3.50
1 PECAN PIE*                            4.25
1 FRIED SHRIMP*, w/potato salad,
   w/fr fries, w/tartar,
   GARDEN SALAD RANCH                  12.50
1 FERDI*                                9.00

                        Sub Total:    85.25
12/13 11:10  TOTAL:                   85.25

US DIST COURT,
   1323
NOTES:



      ***   THANK   YOU   ***
         FOR DINING WITH US.
```

[barcode: 000000 000574]

```
             AMT-TEND    CHANGE    TALLY
HOUSE CHAR    85.25                85.25
                                  -------
                                   85.25

Memo: CREDIT 1323 -      85.25
12/13/06 11:10
```