**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
     LIABILITY LITIGATION               MDL 1657

ANTHONY WAYNE DEDRICK

                              REF NO. 05-2524

VERSUS

                              SECTION:  L

MERCK & CO., INC.

## J U D G M E N T

This matter came on before the Court for trial by jury on previous days.  Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Anthony Wayne Dedrick, dismissing said plaintiff's complaint with prejudice and costs.

New Orleans, Louisiana, this __15th__ day of December, 2006.

                            **ELDON E. FALLON**
                            **UNITED STATES DISTRICT JUDGE**