## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: Charles | § | JUDGE FALLON |
| McGriger v. Merck & Co., Inc., Civ. | § | |
| Action No. 05-4738 | § | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Charles McGriger ("Plaintiff"), and Defendant, Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

3. In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal of the above-captioned case.

31236995.1                                   1

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

_____
Bruce A. Craig,
State Bar No. 04975270
David C. Carlile
State Bar No. 03804500
D. Scott Carlile
State Bar No. 24004576
Casey Q. Carlile
State Bar No. 24025868
THE CARLILE FIRM, L.L.P.
400 S. Alamo
Marshall, Texas 75670
Telephone:   (903) 938-1655
Facsimile:   (903) 938-0235

Counsel for Plaintiff

*Jonathan B. Skidmore by Casey L. Moore w/permission #24055997*

Jonathan B. Skidmore
State Bar No. 18462500
H. Douglas Wabner
State Bar No. 20625550
Richard S. Krumholz
State Bar No. 00784425
Joe W. Tomaselli, Jr.
State Bar No. 24003064
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

Counsel for Defendant Merck & Co., Inc.

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendants' Liaison Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice of Remaining Foreign Class Action Complaints has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of December, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel