UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Edith Sokoloff, et al v. Merck & Co., Inc.
(2:05-cv-06107-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) & Local Rule 7, the plaintiff, Charles Dukes, only, moves the Court for a voluntary dismissal of his action against the defendant, without prejudice. The plaintiffs do not wish to proceed further in this action at this time. Accordingly, the motion for voluntary dismissal of the plaintiff, Charles Dukes, without prejudice, should be granted.

THE PLAINTIFF,

BY:_____
MICHAEL STRATTON CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
203-624-9500 t
203-624-9100 f
mstratton@strattonfaxon.com

## **CERTIFICATION**

I hereby certify that the above and foregoing Motion for Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of December, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz
Rachel Amankulor
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

Michael A. Stratton

2