UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:

| | |
|---|---|
| ELIZABETH CANNARD | Civil Action No. 2:06-cv-1690 |
| ROBERT CATLIN | Civil Action No. 2:06-cv-2175 |
| THOMAS CESARSKI | Civil Action No. 2:06-cv-6706 |
| BETTY DANIELS | Civil Action No. 2:06-cv-8327 |
| MARSHALL DENTMON | Civil Action No. 2:06-cv-5508 |
| KENNETH DEVOL | Civil Action No. 2:06-cv-1689 |
| ENA DIAZ | Civil Action No. 2:06-cv-8324 |
| TAMI DISANTO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GUIDO DISANTO, JR. DEASED | Civil Action No. 2:06-cv-964 |
| JOSEPH DUTKO | Civil Action No. 2:06-cv-290 |
| MARGARET ELLIS | Civil Action No. 2:06-cv-2172 |
| ARNOLD FERRANTE | Civil Action No. 2:06-cv-969 |
| GLADYS FLORES | Civil Action No. 2:06-cv-386 |
| BARBARA GERMANA | Civil Action No. 2:06-cv-670 |
| JANET GILSON | Civil Action No. 2:06-cv-1696 |
| ROBERT GRAHAM | Civil Action No. 2:06-cv-965 |
| THOMAS AND ESTHER GREENLEE, HIS WIFE, GREENLEE | Civil Action No. 2:06-cv-8325 |
| CHARLES GUSTAFSON | Civil Action No. 2:06-cv-1687 |
| IRENE HARMON | Civil Action No. 2:06-cv-2173 |
| FRANCIS GORDON HARPER, SR. | Civil Actoin No. 2:06-cv-972 |
| ALBERT HASSAN | Civil Action No. 2:06-cv-6707 |
| ORLANDO HERNANDEZ | Civil Acton No. 2:06-cv-2646 |
| JERRY KAISER | Civil Action No. 2:06-cv-8323 |
| VICKY LARSEN | Civil Action No. 2:06-cv-9347 |
| LOUIS LEO | Civil Action No. 2:06-cv-967 |
| EDWIN LINHART | Civil Action No. 2:06-cv-6704 |
| GEORGE MALMBERG | Civil Action No. 2:06-cv-971 |
| LINDA MATRULLA | Civil Action No. 2:06-cv-5505 |
| XENOPHEN MAXWELL, JR. | Civil Action No. 2:06-cv-949 |
| HAZEL L. MCDADE | Civil Action No. 2:06-cv-388 |
| ROSA MEDINA | Civil Action No. 2:06-cv-5509 |
| STANLEY MERRILL | Civil Action No. 2:06-cv-5777 |

| | |
|---|---|
| REINHART METZGER | Civil Action No. 2:06-cv-378 |
| ROBERT MICHAEL | Civil Action No. 2:06-cv-5776 |
| JOHN MIDKIFF | Civil Action No. 2:06-cv-1683 |
| JUDITH MIELE | Civil Action No. 2:06-cv-1681 |
| JAMES MOLLENHOUR | Civil Action No. 2:06-cv-3870 |
| WARREN MONBERG | Civil Action No. 2:06-cv-6705 |
| RUBY MOODY | Civil Action No. 2:06-cv-2174 |
| JULIAN NIEDBALA | Civil Action No. 2:06-cv-5504 |
| WALTER NOWICKI | Civil Action No. 2:06-cv-384 |
| JAMES OLIG | Civil Action No. 2:06-cv-401 |
| RICHARD OTIS | Civil Action No. 2:06-cv-667 |
| MAUREEN PERRICONE | Civil Action No. 2:06-cv-963 |
| CLOYD PIERCE | Civil Action No. 2:06-cv-975 |
| DAVID C. PINHOLSTER | Civil Action No. 2:06-cv-5774 |
| THEODORE PRESLEY | Civil Action No. 2:06-cv-8326 |
| JACK RICE | Civil Action No. 2:06-cv-5773 |
| CHRIS RICHARDSON | Civil Action No. 2:06-cv-9714 |
| AIDA RIVERA | Civil Action No. 2:06-cv-5506 |
| BEVERLY ROOS | Civil Action No. 2:06-cv-377 |
| GERALD SHELMADINE | Civil Action No. 2:06-cv-668 |
| BARBARA STEELE | Civil Action No. 2:06-cv-3830 |
| BARBARA SWETOKOS | Civil Action No. 2:06-cv-390 |
| ESTATE OF JOSEPH W. TAYLOR, III | Civil Action No. 2:06-cv-5500 |
| JACQUELINE M. THIBODEAU | Civil Action No. 2:06-cv-389 |
| RONALD TIMPANARO | Civil Action No. 2:06-cv-6708 |
| WYLIE TINDALE | Civil Action No. 2:06-cv-1689 |
| MARTHA TRAVIS | Civil Action No. 2:06-cv-5507 |
| ROSALYN VASQUEZ | Civil Action No. 2:06-cv-670 |
| WILLIAM WATTS | Civil Action No. 2:06-cv-1685 |
| EDWARD WEIRICK | Civil Action No. 2:06-cv-402 |
| JEFF WEISMAN | Civil Action No. 2:06-cv-5512 |
| WALTER WILLIAMS | Civil Action No. 2:06-cv-5775 |
| RUTH ZIER | Civil Action No. 2:06-cv-968 |

      Plaintiff,

vs.

MERCK & CO., INC., et al.

      Defendants.   /

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF APPEARANCE OF AMY D. PREVATT AS COUNSEL OF RECORD FOR PLAINTIFF**

COMES NOW, the law firm of ALLEY, CLARK, GREIWE & FULMER, hereby requests this Court enter an Order withdrawing Amy D. Prevatt as an attorney of record since Amy D. Prevatt has left the law firm of ALLEY, CLARK, GREIWE & FULMER and, therefore, no longer represents Plaintiff. However, the law firm of ALLEY, CLARK, GREIWE & FULMER continues to represent Plaintiff through the undersigned counsel.

Dated this 21st day of December, 2006.

By: ____/s/ Brenda S. Fulmer_____
 BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Withdrawal of Amy Prevatt as Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of December, 2006.

                By: /s/ Brenda S. Fulmer
                BRENDA S. FULMER, Esq.
                Fla. Bar No. 999891
                ALLEY, CLARK, GREIWE & FULMER
                701 E. Washington Street
                P.O. Box 3127
                Tampa, FL 33601-3127
                Tele: (813) 222-0977
                Fax: (813) 224-0373
                Attorneys for Plaintiff
                bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400

Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel