UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION                     MDL No.: 1657

                                         SECTION: L

This document relates to:

                                         JUDGE FALLON
                                         MAG. JUDGE KNOWLES

This document relates to:

| | |
|---|---|
| ELIZABETH CANNARD | Civil Action No. 2:06-cv-1690 |
| ROBERT CATLIN | Civil Action No. 2:06-cv-2175 |
| THOMAS CESARSKI | Civil Action No. 2:06-cv-6706 |
| BETTY DANIELS | Civil Action No. 2:06-cv-8327 |
| MARSHALL DENTMON | Civil Action No. 2:06-cv-5508 |
| KENNETH DEVOL | Civil Action No. 2:06-cv-1689 |
| ENA DIAZ | Civil Action No. 2:06-cv-8324 |
| TAMI DISANTO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GUIDO DISANTO, JR. DEASED | Civil Action No. 2:06-cv-964 |
| JOSEPH DUTKO | Civil Action No. 2:06-cv-290 |
| MARGARET ELLIS | Civil Action No. 2:06-cv-2172 |
| ARNOLD FERRANTE | Civil Action No. 2:06-cv-969 |
| GLADYS FLORES | Civil Action No. 2:06-cv-386 |
| BARBARA GERMANA | Civil Action No. 2:06-cv-670 |
| JANET GILSON | Civil Action No. 2:06-cv-1696 |
| ROBERT GRAHAM | Civil Action No. 2:06-cv-965 |
| THOMAS AND ESTHER GREENLEE, HIS WIFE, GREENLEE | Civil Action No. 2:06-cv-8325 |
| CHARLES GUSTAFSON | Civil Action No. 2:06-cv-1687 |
| IRENE HARMON | Civil Action No. 2:06-cv-2173 |
| FRANCIS GORDON HARPER, SR. | Civil Actoin No. 2:06-cv-972 |
| ALBERT HASSAN | Civil Action No. 2:06-cv-6707 |
| ORLANDO HERNANDEZ | Civil Acton No. 2:06-cv-2646 |
| JERRY KAISER | Civil Action No. 2:06-cv-8323 |
| VICKY LARSEN | Civil Action No. 2:06-cv-9347 |
| LOUIS LEO | Civil Action No. 2:06-cv-967 |
| EDWIN LINHART | Civil Action No. 2:06-cv-6704 |
| GEORGE MALMBERG | Civil Action No. 2:06-cv-971 |

| | |
|---|---|
| LINDA MATRULLA | Civil Action No. 2:06-cv-5505 |
| XENOPHEN MAXWELL, JR. | Civil Action No. 2:06-cv-949 |
| HAZEL L. MCDADE | Civil Action No. 2:06-cv-388 |
| ROSA MEDINA | Civil Action No. 2:06-cv-5509 |
| STANLEY MERRILL | Civil Action No. 2:06-cv-5777 |
| REINHART METZGER | Civil Action No. 2:06-cv-378 |
| ROBERT MICHAEL | Civil Action No. 2:06-cv-5776 |
| JOHN MIDKIFF | Civil Action No. 2:06-cv-1683 |
| JUDITH MIELE | Civil Action No. 2:06-cv-1681 |
| JAMES MOLLENHOUR | Civil Action No. 2:06-cv-3870 |
| WARREN MONBERG | Civil Action No. 2:06-cv-6705 |
| RUBY MOODY | Civil Action No. 2:06-cv-2174 |
| JULIAN NIEDBALA | Civil Action No. 2:06-cv-5504 |
| WALTER NOWICKI | Civil Action No. 2:06-cv-384 |
| JAMES OLIG | Civil Action No. 2:06-cv-401 |
| RICHARD OTIS | Civil Action No. 2:06-cv-667 |
| MAUREEN PERRICONE | Civil Action No. 2:06-cv-963 |
| CLOYD PIERCE | Civil Action No. 2:06-cv-975 |
| DAVID C. PINHOLSTER | Civil Action No. 2:06-cv-5774 |
| THEODORE PRESLEY | Civil Action No. 2:06-cv-8326 |
| JACK RICE | Civil Action No. 2:06-cv-5773 |
| CHRIS RICHARDSON | Civil Action No. 2:06-cv-9714 |
| AIDA RIVERA | Civil Action No. 2:06-cv-5506 |
| BEVERLY ROOS | Civil Action No. 2:06-cv-377 |
| GERALD SHELMADINE | Civil Action No. 2:06-cv-668 |
| BARBARA STEELE | Civil Action No. 2:06-cv-3830 |
| BARBARA SWETOKOS | Civil Action No. 2:06-cv-390 |
| ESTATE OF JOSEPH W. TAYLOR, III | Civil Action No. 2:06-cv-5500 |
| JACQUELINE M. THIBODEAU | Civil Action No. 2:06-cv-389 |
| RONALD TIMPANARO | Civil Action No. 2:06-cv-6708 |
| WYLIE TINDALE | Civil Action No. 2:06-cv-1689 |
| MARTHA TRAVIS | Civil Action No. 2:06-cv-5507 |
| ROSALYN VASQUEZ | Civil Action No. 2:06-cv-670 |
| WILLIAM WATTS | Civil Action No. 2:06-cv-1685 |
| EDWARD WEIRICK | Civil Action No. 2:06-cv-402 |
| JEFF WEISMAN | Civil Action No. 2:06-cv-5512 |
| WALTER WILLIAMS | Civil Action No. 2:06-cv-5775 |

**ORDER ON PLAINTIFF'S MOTION FOR**
**WITHDRAWAL OF APPEARANCE OF AMY D. PREVATT**
**AS COUNSEL OF RECORD FOR PLAINTIFF**

THIS CAUSE having come before the Court on Plaintiff's Motion For Withdrawal of Appearance of Amy D. Prevatt as Counsel of Record for Plaintiff, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.      Plaintiff's Motion is GRANTED to withdraw Amy D. Prevatt as attorney of record for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE