**Leila H. Watson**
**Elizabeth A. Ellis**
**CORY WATSON CROWDER**
 **& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama  35205
205-328-2200
**Attorneys for Plaintiffs**


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX PRODUCTS | ) | MDL NO. 1657 |
| LIABILITY LITIGATION | ) | SECTION:  L |

-------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ROBERT BRADY. | ) | |
| JANET BRADY, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Case no.:  06-09701 |
| | ) | |
| MERCK & CO., INC., | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL FOR PLAINTIFF |
|     Defendant. | ) | |

   Now come Leila H. Watson and Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C., and respectfully move to withdraw as counsel for plaintiffs, and for that states:

   1.   The decision of counsel to withdraw has been thoroughly discussed with the Plaintiffs, and the reasons for the withdrawal are known to Plaintiffs.

   2.   Plaintiffs have been given their complete file and all copies of the court documents, including a copy of this Motion to Withdraw as Counsel.  Plaintiffs have been provided with a copy of the Plaintiff's Profile Form for completion and filing in this litigation.  All contact information for Plaintiffs is provided in the certificate of service hereto.

3.  Plaintiffs will need some time to find new counsel.  Allowing Plaintiffs time to find new counsel should not prejudice Defendant, and should not delay this proceeding.  There are no motions pending before this Court relating to this specific case, and the case is current on all Case Management Orders.  However, to ensure that Plaintiffs are given an opportunity to retain and orient new counsel, the undersigned counsel requests that no adverse action be taken against Plaintiffs for sixty days from the Order relieving them.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Counsel respectfully request that this Honorable Court would grant the motion and allow undersigned counsel and their firm to withdraw from this case as counsel for Plaintiffs, and would order that no adverse motion be filed against these Plaintiffs for sixty days from the date of any order allowing the withdrawal.

**s/Leila H. Watson**
Leila H. Watson (ASB-3023-S74L)
Elizabeth A. Ellis  (ASB-3521-A63E)
CORY, WATSON, CROWDER & DEGARIS, P.C.
Attorney for the Plaintiffs
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone No.:  205-328-2200
Fax No.:  205-324-7896
Email:  lwatson@cwcd.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, pursuant to the Federal Rules of Civil Procedure a true and correct copy has been served on the following counsel of record on this 21st day of December, 2006, either by e-mail to the registered participants in ECF or by U.S. Mail to the non-registered counsel of record:

Fred M. Haston, III, Esquire
Anne Marie Seibel, Esquire
Andrew B. Johnson, Esquire
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203-2119
205-521-8000
205-521-8800 (facsimile)

Robert H. and Janet Brady
4538 Little Ridge Drive
Birmingham, Alabama  35242
205-981-1943 (Phone and fax)
205-249-3209 (cell phone)
bhbrady@scj.com

**s/Leila H. Watson**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX PRODUCTS | ) | MDL NO. 1657 |
| LIABILITY LITIGATION | ) | SECTION:  L |

-----------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ROBERT BRADY. | ) | |
| JANET BRADY, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Case no.:  06-09701 |
| | ) | |
| MERCK & CO., INC., | ) | ORDER ALLOWING PLAINTIFFS' |
| | ) | COUNSEL TO WITHDRAW |
|     Defendant. | ) | |

This matter came before the Court on Motion of Leila H. Watson, Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C. to withdraw as Plaintiffs' counsel. Accepting the representations of counsel as true, the Motion is hereby GRANTED.  Plaintiffs' counsel is ordered to serve a copy of this Order upon the Plaintiffs.  No adverse action shall be taken against the plaintiffs for sixty (60) days to allow them to retain new counsel.  All other requirements and deadlines of the Pretrial Orders, including service of completed Plaintiff Profile Forms, shall remain in full force and effect.

    DONE AND ORDERED THIS ___ DAY OF _____, 2006.

    _____
    UNITED STATES DISTRICT JUDGE