**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  VIOXX PRODUCTS | ) | **MDL NO. 1657** |
| LIABILITY LITIGATION | ) | **SECTION:  L** |

-------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ROBERT BRADY. | ) | |
| JANET BRADY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | **Case no.:  06-09701** |
| | ) | |
| MERCK & CO., INC., | ) | **ORDER ALLOWING PLAINTIFFS'** |
| | ) | **COUNSEL TO WITHDRAW** |
| Defendant. | ) | |

This matter came before the Court on Motion of Leila H. Watson, Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C. to withdraw as Plaintiffs' counsel. Accepting the representations of counsel as true, the Motion is hereby GRANTED.  Plaintiffs' counsel is ordered to serve a copy of this Order upon the Plaintiffs.  No adverse action shall be taken against the plaintiffs for sixty (60) days to allow them to retain new counsel.  All other requirements and deadlines of the Pretrial Orders, including service of completed Plaintiff Profile Forms, shall remain in full force and effect.

DONE AND ORDERED THIS ___ DAY OF _____, 2006.

_____
UNITED STATES DISTRICT JUDGE