UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

## **O R D E R**

Considering the Motion for Leave to File Seventh Supplemental Authority of Plaintiffs, Lene Arnold and Alicia Gomez;

IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Seventh Supplemental Authority in opposition to Merck & Co.'s Motion for Summary Judgment.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
Honorable Eldon E. Fallon
U.S. District Judge