# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROZLYN ACKERMANN | § § | |
| VS. | § § | Case No. 4:05cv84 (Judge Schneider) |
| WYETH PHARMACEUTICALS | § | |

### ORDER

Based upon the District Court's adopting the Report and Recommendation granting summary judgment on Defendant's state law claims, the Court hereby withdraws its Report and Recommendation (Dkt. No. 105) recommending granting Defendant's motion for partial summary judgment on preemption (Dkt No. 41).

**SO ORDERED.**

**SIGNED this 19th day of December, 2006.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE