UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Baskay, et al. v. Merck & Co., Inc.*, | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-01998) | * | |
| *Boyer, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-04674) | * | |
| *Chambers, et al. v. Merck & Co., Inc., et al.* | * | |
| (E.D. La. 2:05-cv-01997) | * | |
| *Cooper, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-00666) | * | |
| *Davis, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-04907) | * | |
| *Gainey v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:05-cv-03828) | * | |
| *Gray, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-01256) | * | |
| *Hanrahan, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:05-cv-04783) | * | |
| *Heintz, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-00982) | * | |
| *Lynch, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-05072) | * | |
| *Macher v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-06699) | * | |
| *Malek v. Rosenberg, et al.* | * | |
| (E.D. La. 2:05-cv-03794) | * | |
| *Pescatello v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-01255) | * | |
| *Silva, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-01999) | * | |
| *Sokoloff, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-06107) | * | |
| *Stakum, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-01533) | * | |
| *Viswanathan v. Belin, et al.* | * | |
| (E.D. La. 2:05-cv-04673) | * | |
| *Whittaker, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-01257) | * | |

* * * * * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7(b), Rachel L. Amankulor hereby gives notice of her withdrawal of appearance on behalf of Merck & Co., Inc. in the above-referenced cases. The reason for this withdrawal is that Attorney Amankulor will be leaving the firm of Wiggin and Dana LLP on December 22, 2006. Attorney Alan G. Schwartz has previously filed appearances in these matters on behalf of Merck & Co., Inc., and will continue to act as counsel on its behalf.

Dated: December 22, 2006.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
~~Anthony M. DiLeo, 4942~~
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

*/s/ Rachel Amankulor*

Rachel Amankulor (ct26965)
WIGGIN and DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06508-1832
Phone: (203) 498-4400
Fax: (203) 782-2889
E-Mail: RAmankulor@wiggin.com

Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Withdrawl** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in the MDL1657, on this 22nd day of December, 2006.

*[signature: Dorothy H. Wimberly]*