UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Baskay, et al. v. Merck & Co., Inc.*, | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-01998) | * | |
| *Boyer, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-04674) | * | |
| *Chambers, et al. v. Merck & Co., Inc., et al.* | * | |
| (E.D. La. 2:05-cv-01997) | * | |
| *Cooper, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-00666) | * | |
| *Davis, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-04907) | * | |
| *Gainey v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:05-cv-03828) | * | |
| *Gray, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-01256) | * | |
| *Hanrahan, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:05-cv-04783) | * | |
| *Heintz, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-00982) | * | |
| *Lynch, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-05072) | * | |
| *Macher v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-06699) | * | |
| *Malek v. Rosenberg, et al.* | * | |
| (E.D. La. 2:05-cv-03794) | * | |
| *Pescatello v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-01255) | * | |
| *Silva, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-01999) | * | |
| *Sokoloff, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-06107) | * | |
| *Stakum, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-01533) | * | |
| *Viswanathan v. Belin, et al.* | * | |
| (E.D. La. 2:05-cv-04673) | * | |
| *Whittaker, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. 2:05-cv-01257) | * | |
| * * * * * * * * * * * * * * * * * * | | |

## CERTIFICATE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 8B

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order of Withdrawal is entered by the Court she will make the change directly on File & Serve to reflect the withdrawal of Rachel L. Amankulor as counsel for Merck & Co., Inc. in the above-captioned cases.

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Defendant's Liaison Counsel

845266v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate of Compliance With Pre-Trial Order 8B has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of December, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

845266v.1