## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Baskay, et al. v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-01998) | * | |
| *Boyer, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-04674) | * | |
| *Chambers, et al. v. Merck & Co., Inc., et al.* | * | |
| (E.D. La. 2:05-cv-01997) | * | |
| *Cooper, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-00666) | * | |
| *Davis, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-04907) | * | |
| *Gainey v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:05-cv-03828) | * | |
| *Gray, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:06-cv-01256) | * | |
| *Hanrahan, et al. v. Merck & Co., Inc.* | * | |
| (E.D. La. 2:05-cv-04783) | * | |
| *Heintz, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-00982) | * | |
| *Lynch, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-05072) | * | |
| *Macher v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-06699) | * | |
| *Malek v. Rosenberg, et al.* | * | |
| (E.D. La. 2:05-cv-03794) | * | |
| *Pescatello v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-01255) | * | |
| *Silva, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-01999) | * | |
| *Sokoloff, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-06107) | * | |
| *Stakum, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-01533) | * | |
| *Viswanathan v. Belin, et al.* | * | |
| (E.D. La. 2:05-cv-04673) | * | |
| *Whittaker, et al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-01257) | * | |
| * * * * * * * * * * * * * * * * | | |

845266v.1

## ORDER

Considering the foregoing Notice of Withdrawal,

IT IS ORDERED, that Rachel L. Amankulor be and she hereby is permitted to withdraw as counsel of record for defendant Merck & Co., Inc. in the above-captioned cases.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006

_____
DISTRICT JUDGE