**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MARK HENNELLY AND STEPHANIE | : | MDL NO. 1657 |
| HENNELLY, H/W | : | SECTION L |
| | : | |
| Plaintiffs | : | |
| vs. | : | JUDGE ELDON E. FALLON |
| | : | |
| MERCK AND COMPANY | : | |
| Defendant | : | MAGISTRATE JUDGE KNOWLES |
| | : | |

**PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Mark Hennelly and Stephanie Hennelly, move for dismissal of their Complaint in the above-referenced action for the reasons set forth in the attached Memorandum of Law.

**Respectfully submitted,**

_____/s/ Randall A. Smith_____
**RANDALL A. SMITH, ESQ. - 2117**
**J. GEOFFREY ORMSBY, ESQ. - 24183**
        **Of**
**SMITH & FAWER, LLC**
**201 St. Charles Avenue, Suite 3702**
**New Orleans, Louisiana 70170**
**Telephone: (504) 525-2200**
**rasmith@smithfawer.com**

1

- and -

**RICHARD M. GOLOMB, ESQUIRE - 42845**
**RYAN J. DURKIN, ESQUIRE - 80888**
**Golomb & Honik**
**121 South Broad Street, 9th Floor**
**Philadelphia, PA 19107**
**Phone: 215-985-9177**
**Fax:     215-985-4169**
**rgolomb@golombhonik.com**
**rdurkin@golombhonik.com**
**Attorneys for Plaintiffs**