# EXHIBIT D

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for Initial Law Division — Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: CK  CG  CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| Field | Value |
|---|---|
| ATTORNEY/PRO SE NAME | RICHARD M. GOLOMB, ESQUIRE AND RYAN J. DURKING, ESQUIRE |
| TELEPHONE NUMBER | (215) 985-9177 |
| COUNTY OF VENUE | ATLANTIC |
| FIRM NAME | GOLOMB & HONIK |
| DOCKET NUMBER | ATL-L-7239-06 |
| OFFICE ADDRESS | 121 SOUTH BROAD STREET, 9TH FLOOR, PHILADELPHIA, PA 19107 |
| DOCUMENT TYPE | COMPLAINT |
| JURY DEMAND | [X] YES [ ] NO |
| NAME OF PARTY | PLAINTIFFS |
| CAPTION | MARK HENNELLY AND STEPHANIE HENNELLY, H/W VS. MERCK AND COMPANY |

CASE TYPE NUMBER: 619
IS THIS A PROFESSIONAL MALPRACTICE CASE? [ ] YES [X] NO
RELATED CASES PENDING? [ ] YES [X] NO
DO YOU ANTICIPATE ADDING ANY PARTIES? [ ] YES [X] NO
NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN: [ ] NONE [X] UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? [ ] YES [X] NO
B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? [ ] YES [X] NO

**RECEIVED AND FILED**
**JUL 19 2006**
**ATLANTIC COUNTY LAW DIVISION**

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? [ ] YES [X] NO
WILL AN INTERPRETER BE NEEDED? [ ] YES [X] NO

ATTORNEY SIGNATURE: [signature]

Revised effective 4/1/05

| SIDE 2 |  | **CIVIL CASE INFORMATION STATEMENT**<br>**(CIS)**<br>Use for Initial pleadings (not motions) under *Rule* 4:5-1 |
|---|---|---|

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I — 150 days' discovery**
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT
- 505  OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)

**Track II — 300 days' discovery**
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 602  ASSAULT AND BATTERY
- 603  AUTO NEGLIGENCE – PERSONAL INJURY
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 699  TORT – OTHER

**Track III — 450 days' discovery**
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV — Active Case Management by Individual Judge / 450 days' discovery**
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Mass Tort (Track IV)**
- 240  REDUX/PHEN-FEN (formerly "DIET DRUG")     601 ASBESTOS
- 248  CIBA GEIGY                                 619 VIOXX
- 264  PPA

999 OTHER (Briefly describe nature of action) _____

_____

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category:
☐ Verbal Threshold      ☐ Putative Class Action      ☐ Title 59

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Processing Section
Room 121
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn.: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd., P.O. Box 6555
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
4 Moore Road
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Law Division:
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102

Chancery Division (non-foreclosure):
Deputy Clerk of the Superior Court
Gibraltar Building
153 Halsey Street
P.O. Box 47025
Newark, NJ 07101
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn.: Intake
Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad St., P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Law Division, Middlesex County
Administration Building
Third Floor
1 Kennedy Square, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Law Division:
Deputy Clerk of the Superior Court
71 Monument Park
P.O. Box 1262
Court House, West Wing
Freehold, NJ 07728-1262

Chancery Division (non-foreclosure):
Deputy Clerk of the Superior Court
Hall of Records
1 East Main Street
Freehold, NJ 07728
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Administration & Records Building
P.O. Box 910
Morristown, NJ 07963-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 935-5829
LEGAL SERVICES
(609) 964-2010

**SOMERSET COUNTY:**
Law Division:
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876

Chancery Division (non-foreclosure):
Deputy Clerk of the Superior Court
Attn: Judge Diana's Chambers
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Law Division:
Deputy Clerk of the Superior Court
Court House, Room 107
2 Broad Street
Elizabeth, NJ 07207-6073

Chancery Division (non-foreclosure):
Deputy Clerk of the Superior Court
Chancery, General Equity
Courthouse
2 Broad Street
Elizabeth, NJ 07207
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010



**RECEIVED AND FILED**

JUL 19 2006

**ATLANTIC COUNTY LAW DIVISION**

[PLAINTIFF'S COUNSEL INFORMATION]
ATTORNEYS FOR PLAINTIFFS

IN THE SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, ATLANTIC COUNTY

MARK HENNELLY AND STEPHANIE HENNELLY, H/W

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.

MT: ATL-L-7239-06

VIOXX LITIGATION

Case Code Number: 619

**ABBREVIATED SHORT FORM COMPLAINT FOR VIOXX LITIGATION**

**JURY TRIAL DEMANDED**

## ABBREVIATED INDIVIDUAL COMPLAINT FOR VIOXX LITIGATION AND ADOPTION BY REFERENCE

1. Plaintiff for his/her claim against the Defendant states and alleges as follows and incorporates by reference the relevant portions of the Master Complaint on file entitled: In Re: Vioxx Litigation Case Code Number 619, now pending in the Superior Court of New Jersey, Law Division, Atlantic County before the Honorable Carol E. Higbee, J.S.C.

    Plaintiff selects and indicates by checking off the appropriate boxes, those claims that are specific to his or her case. Where claims require, pursuant to New Jersey law, specific pleading or case specific facts and individual information, plaintiff shall add and include them herein.

2. Plaintiff, _Mark Hennelly_ (hereinafter referred to as "Plaintiff"), is an individual who resides at _592 SNOWDEN ROAD, UPPER DARBY, PA_ in the State of _PENNSYLVANIA_.

2A. On or about __JUNE 20, 2001__ (date), Plaintiff suffered the following injury(ies) as a result of ingesting Vioxx: __Heart Attack__.

2B. Plaintiff brings this action:

__X__ on behalf of himself or herself

_____ as the representative of _____

_____ as the parent and natural guardian ad litem of _____, a minor born on _____.

_____ as Administrator of the Estate of Plaintiff's _____ (hereinafter "Decedent", see Letters of Administration annexed hereto as Exhibit A), who died on _____.

2C. Plaintiff claims damages as a result of:

__X__ Personal Injury to himself, herself or the person represented

_____ Wrongful Death

_____ Survival Action

__X__ Loss of Consortium (per quod)

__X__ Loss of Services

__X__ Economic Loss

3. Plaintiff/Decedent purchased and/or otherwise obtained Vioxx, which Plaintiff/Decedent ingested from __Summer 1999__ to __June 2001__.

4. Plaintiff's spouse, __Stephanie Hennel__ (hereinafter referred to as "Spouse") is an adult individual residing at __592 SNOWDEN ROAD__ in the State of __PENNSYLVANIA__ and claims damages as a result of:
UPPER DARBY, PA

__X__ Loss of Consortium, date of marriage __8/22/87__.

_____    Wrongful Death, date of death _____.

5. The following claims asserted in the Master Complaint and the allegations with regard thereto in the Master Complaint are herein adopted by reference:

__X__    Count I:    Product Liability – Defective Design (New Jersey Products Liability Act – N.J.S.A. 2A:58C-1 et seq.)

__X__    Count II:    Product Liability- Failure to Warn (New Jersey Products Liability Act - N.J.S.A. 2A:58C-1 et seq.)

__X__    Count III:    NJ Consumer Fraud Act (N.J.S.A. 56:8-1 et. seq.)

__X__    Count IV:    Breach of Express Warranty

__X__    Count V:    Punitive Damages Under Common Law & Products Liability Act (N.J.S.A. 2A:C-1)

_____    Count VI:    Wrongful Death

_____    Count VII:    Survival Action

_____    Count VIII:    Loss of Consortium

Plaintiff asserts the following additional theories of recovery against Merck & Co., Inc.:


\* If you include additional claims against entity(ies) other than Merck & Co., Inc., the facts supporting this count must be specifically pled by the plaintiff and the defendants against who they are alleged must be identified on a separate sheet of paper attached to the Complaint.

\* If you have included any additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must

be pleaded by the plaintiff in a manner complying with the requirements of the New Jersey Rules of Court.

## DEMAND FOR JURY TRIAL

Demand is hereby made for a trial by jury.

_____
Plaintiff's Counsel

Dated: 7/11/06

## CERTIFICATION PURSUANT TO RULE 4:5-1

Plaintiff upon information and belief is not aware of any pending or contemplated action. Further, upon information and belief, she/he is not aware of any other party who should be joined in this action.

_____
Plaintiff's counsel

Dated: 7/11/06

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Richard M. Golomb is hereby designated as trial counsel in this matter.

_____
Plaintiff's Counsel

Dated: 7/11/06

## CERTIFICATION OF NOTICE

Pursuant to N.J.S.A., 56:8-20, Plaintiff is mailing a copy of this Complaint and Jury Demand to the Office of Attorney General, Cn-006, Trenton, New Jersey, within (10) days of the filing of this Complaint and Jury Demand.

_____
Plaintiff's Counsel

Dated: 7/11/06