## THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | ) | **MDL Docket No. 1657** |
| | ) | |
| **VIOXX PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **SECTION L** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **JUDGE FALLON** |
| **VIRGINIA OLLER, ET AL  V.** | ) | |
| **MERCK & CO., INC., 05-1102** | ) | **MAG. JUDGE KNOWLES** |

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF
## PLAINTIFF BARRY TUCKER

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff

Barry Tucker filed herein,

IT IS ORDERED that the claims of Plaintiff Barry Tucker be and they hereby

are dismissed without prejudice, subject to the terms and conditions set forth in said

Stipulation.  Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.


**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**