THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In re:

VIOXX PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
VIRGINIA OLLER, ET AL V.
MERCK & CO., INC., 05-1102

MDL Docket No. 1657

SECTION L

JUDGE FALLON·

MAG. JUDGE KNOWLES

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## OF CLAIMS OF JASON WEBB

Plaintiff Jason Webb, and Defendant Merck & Co., Inc. ("Merck"), hereby stipulate,

pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Jason

Webb only in the above-styled lawsuit, subject to the following conditions:

1. Jason Webb agrees that, in the event he re-files a lawsuit against Merck that contains

claims relating to Vioxx®, such lawsuit will be filed in a United States District Court.

2. Jason Webb further agrees that in the event he re-files such lawsuit, any discovery that

has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL

proceeding that has been established in the United States District Court for the Eastern District of

Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed

by him, as though he had been a party and had had an opportunity to participate in that discovery.

3. Jason Webb agrees to the above-stated conditions and wishes to dismiss his claims in

the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party

claims. The petition shall remain in full force and effect on behalf of the remaining plaintiffs

against Merck.

4. In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that

as soon as the Order of Dismissal is entered by the Court they will make the change directly on

File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Jason Webb

only in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated

above.

David M. McMullan, MB No. 8494
Barrett Law Office, P.A.
P. O. Box 987
Lexington, MS 39095
Telephone: 662 834 2376
Facsimile:  662 834 2409

Attorney for Plaintiff

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Defendants' Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
Counsel for Merck & Co., Inc.

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice

has been served on liason Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail

or by hand delivery and e-mail and upon all parties by electronically uploading the same to

LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the

foregoing was electronically filed with the Clerk of Court of the United States District Court for

the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657 on this _26_ day

of _December_, 2006.

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendants' Liaison Counsel