## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Anna Lambropoulos v. Merck & Co., Inc., 05-cv-04621 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS STIPULATED AND AGREED between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed without costs to any party.  This dismissal is without prejudice and subject to the conditions set forth in the following paragraph.

IT IS FURTHER STIPULATED AND AGREED that should plaintiff or a representative on their behalf re-file plaintiff's claims against Merck & Co., Inc., they will so do only in the United States District Court in the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and shall not oppose transfer to MDL 1657.

Dated: November 16, 2006

| RICONDA & GARNETT, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: _____<br>Joseph Dugan<br>Riconda & Garnett, LLP<br>753 West Merrick Road<br>Valley Stream, NY 11580 | By: _____<br>Vilia B. Hayes<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of December, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2