FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 19 PM 4:32

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 14 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

EDLA
SEC. L/3

*James Williams v. Merck & Co., Inc., et al.*, E.D. Texas, C.A. No. 6:06-433   06-11167
*Sandra Smith v. Merck & Co., Inc., et al.*, S.D. Texas, C.A. No. 1:06-172   06-11168

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE JANUARY 25, 2007 HEARING SESSION

A conditional transfer order was filed in these two actions (*Williams* and *Smith*) on November 21, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Williams* and *Smith* filed a notice of opposition to the proposed transfer. The Panel has now been informed that the opposition was filed in error.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-75" filed on November 21, 2006, is LIFTED insofar as it relates to these two actions. The actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 14, 2006, are VACATED insofar as they relate to this litigation.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY
DEC 14 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 14, 2006

Loretta G. Whyte, Clerk
United Stated District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*James Williams v. Merck & Co., Inc., et al.*, C.A. No. 6:06-433
*Sandra Smith v. Merck & Co., Inc., et al.*, C.A. No. 1:06-172

Ms. Whyte:

A conditional transfer order was filed in the above matter on November 21, 2006. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the actions to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Regina Hale
Calendar Clerk

Enclosures

cc:   Transferee Judge: Judge Eldon E. Fallon
      Transferor Judges: Judge Leonard E. Davis and Judge Andrew S. Hanen
      Transferor Clerks: David J. Maland and Michael N. Milby

JPML Form 68

INVOLVED COUNSEL
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Douglas Alan Allison
Law Offices of Douglas A. Allison
500 North Water Street, Suite 1200
Corpus Christi, TX  78471

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
201 St. Charles Avenue, Suite 4310
New Orleans, LA  70170

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza, 12th Floor
New York, NY  10004-1482

Maryanne Lyons
Baker Botts, L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX  77002-4995

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX  75202-3793

Jack H. Modesett III
Law Offices of Jack Modesett, III
500 North Water Street, Suite 1200
Corpus Christi, TX  78471

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588