U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 2 6 2006

LORETTA G. WHYTE
CLERK

**A CERTIFIED TRUE COPY**
DEC 2 2 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 22 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

06 - 11341 SECT. L MAG. 3

*Sammi Kimerer, et al. v. Merck & Co., Inc., et al.*, W.D. Missouri, C.A. No. 4:06-934

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER, SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

A conditional transfer order was filed in this action (*Kimerer*) on December 5, 2006. Prior to expiration of that order's 15-day stay of transmittal, certain defendants in *Kimerer* filed a notice of opposition to the proposed transfer only with respect to transfer of claims against defendants George R. Blake and MFA, Inc.

It appears from available pleadings that *Kimerer* contains claims relating to ingestion of the prescription drug Vioxx that are appropriate for inclusion in MDL-1657. It further appears that *Kimerer* also includes personal injury claims against defendants George R. Blake and MFA, Inc., allegedly related to a toxic chemical spill, that are not appropriate for inclusion in MDL-1657.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-77" in MDL-1657 is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS ALSO ORDERED that the claims in *Kimerer* against George R. Blake and MFA, Inc., are separated and simultaneously remanded to the Western District of Missouri.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee____
___ Process___
 X  Dktd
___ CtRmDep
___ Doc. No.___

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

December 22, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Sammi Kimerer, et al. v. Merck & Co., Inc., et al.*, W.D. Missouri, C.A. No. 4:06-934

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on December 5, 2006. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. Enclosed is a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By: _____
Docket Specialist

Enclosures

cc:  Transferee Judge: Judge Eldon E. Fallon
     Transferor Judge: Judge Robert E. Larsen
     Transferor Clerk: Patricia L. Brune

JPML Form 68A