**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING.**

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| U.S. [handwritten] _____ DISTRICT FLORIDA | CASE NO. 05-6775 |

Short Case Title _____ Court Reporter _____

Date Notice of Appeal Filed by Clerk of District Court _____ Court of Appeals # _____
(If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
☐ No hearings
☒ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in Clerk's office
☐ This is to order a transcript of the following proceedings: (check appropriate box)
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

**HEARING DATE(S)**           **PROCEEDING**           **JUDGE/MAGISTRATE**

[stamp: U.S. DISTRICT COURT Eastern District of Louisiana FILED DEC 2 2 2006 LORETTA G. WHYTE Clerk]

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
☐ Other _____

Signature _Fancey Bethel_ (handwritten)          Date Transcript Ordered _____
Print Name _FANCEY BETHEL_ (handwritten)          Counsel for _____
Address _P.O. Box 704, HBH, FL 17101_ (handwritten)   Telephone _____

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.**  COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|   |   |   |   |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ Date        _____ Signature of Court Reporter        _____ Telephone

Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

---

**PART III.**  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

                                                                    Fee _____
_____ Date        _____ Signature of Court Reporter        Process _____
                                                               X  Dktd _____
DKT-13 (5/96)                                                  X  CtRmDep _____
                                                                  Doc. No. _____

**Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part No.**



HARRISBURG PA 171
19 DEC 2006 PM 2 T

STANLEY BETHEA
704
P.O. Box
HBG, PA. 17108

United States District Court
Eastern District of Louisiana Clerk of
Room C-151 Court
500 Poydras Street
New Orleans, LA 70130

70130+3319 C024