UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCT LIABILITY LITIGATION

MDL DOCKET # 1657
SECTION L

This filing applies to All Actions

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Law Firm of Morgan & Morgan, P.A., **Tampa Office,** has the following new address:

One Tampa City Center
7th Floor, 201 North Franklin Street
Tampa, Florida 33602.

The phone and fax numbers remain the same.

Dated: December 21, 2006

Respectfully Submitted,

_____
Michael K. Houtz
Florida Bar # 438121
Russell E. Artille
Florida Bar # 0561290
One Tampa City Center
7th Floor, 201 North Franklin St.
Tampa, FL 33602
Phone: 813-223-5505
Fax: 813-223-5402

Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the Notice of Change of Address has been served on Liaison Counsel Russ Herman and Phillip Whittmann by US Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with the Pre-Trial Order No. 8 (B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in the MDL 1657 on this _____ day of December, 2006.

/s/ Michael K. Houtz
Michael K. Houtz
Florida Bar # 438121
Russell E. Artille
Florida Bar # 0561290
One Tampa City Center
7th Floor, 201 North Franklin St.
Tampa, FL 33602
Phone: 813-223-5505
Fax: 813-223-5402

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carodelet St.
New Orleans, LA 701310

Russ Herman
Herman, Herman, Katz & Cotlar LLP
201 St. Charles Avenue Suite 4310
New Orleans, LA 70170