UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK HENNELLY AND STEPHANIE HENNELLY, H/W | : | MDL NO. 1657 |
| | : | SECTION L |
| Plaintiffs | : | |
| vs. | : | JUDGE ELDON E. FALLON |
| | : | |
| MERCK AND COMPANY | : | |
| Defendant | : | MAGISTRATE JUDGE KNOWLES |
| | : | |

### PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Mark Hennelly and Stephanie Hennelly, move for dismissal of their Complaint in the above-referenced action for the reasons set forth in the attached Memorandum of Law.

**Respectfully submitted,**

     /s/ Randall A. Smith
RANDALL A. SMITH, ESQ. - 2117
J. GEOFFREY ORMSBY, ESQ. - 24183
    Of
SMITH & FAWER, LLC
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
rasmith@smithfawer.com

1

- and -

RICHARD M. GOLOMB, ESQUIRE - 42845
RYAN J. DURKIN, ESQUIRE - 80888
Golomb & Honik
121 South Broad Street, 9th Floor
Philadelphia, PA 19107
Phone: 215-985-9177
Fax:    215-985-4169
rgolomb@golombhonik.com
rdurkin@golombhonik.com
Attorneys for Plaintiffs