## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK HENNELLY AND STEPHANIE HENNELLY, H/W | : | MDL NO. 1657 |
| | : | SECTION L |
| | : | |
| Plaintiffs | : | |
| vs. | : | JUDGE ELDON E. FALLON |
| | : | |
| MERCK AND COMPANY | : | |
| Defendant | : | MAGISTRATE JUDGE KNOWLES |
| | : | |

## ORDER

Considering Plaintiffs' Motion to Voluntarily Dismiss Claims;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Defendant are hereby dismissed without prejudice.

New Orleans, Louisiana, this _____ day of _____, 200__.


_____
UNITED STATES DISTRICT JUDGE