UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Lucille Ballard et al. v. Merck & Co., Inc.,* **No. 05-4767 (Ronna K. LaFavers, Individually and as Representative of the Estate of Michael J. LaFavers Only).**

### STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff Ronna K. LaFavers, Individually and as Representative of the Estate of Michael J. LaFavers ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims in the instant lawsuit against Merck, subject to the following conditions:

1. Plaintiff Ronna K. LaFavers, Individually and as Representative of the Estate of Michael J. LaFavers agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff Ronna K. LaFavers, Individually and as Representative of the Estate of Michael J. LaFavers further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff Ronna K. LaFavers, Individually and as Representative of the Estate of Michael J. LaFavers agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Ronna K. LaFavers, Individually and as Representative of the Estate of Michael J. LaFavers in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: _____, 200__  
　　　　　　　　　　　　　　David P. Matthews, SBN 13206200  
　　　　　　　　　　　　　　Julie L. Rhoades, SBN 16811710  
　　　　　　　　　　　　　　Jason B. Ostrom, SBN 24027710  
　　　　　　　　　　　　　　Jason C. Webster, SBN 24033318  
　　　　　　　　　　　　　　Abraham, Watkins, Nichols, Sorrels, Matthews & Friend  
　　　　　　　　　　　　　　800 Commerce St.  
　　　　　　　　　　　　　　Houston, TX 77002-1776  
　　　　　　　　　　　　　　Telephone: (713) 222-7211  
　　　　　　　　　　　　　　Facsimile: (713) 225-0827

　　　　　　　　　　　　　　Attorneys for Plaintiff Ronna K. LaFavers, Individually  
　　　　　　　　　　　　　　and as Representative of the Estate of Michael J. LaFavers

Dated: January 3, 2007  
　　　　　　　　　　　　　　Richard C. Stanley, 8487  
　　　　　　　　　　　　　　Bryan C. Reuter, 23910  
　　　　　　　　　　　　　　Thomas P. Owen, Jr., 28181  
　　　　　　　　　　　　　　　　Of  
　　　　　　　　　　　　　　STANLEY, FLANAGAN & REUTER, L.L.C.  
　　　　　　　　　　　　　　909 Poydras Street, Suite 2500  
　　　　　　　　　　　　　　New Orleans, LA 70112  
　　　　　　　　　　　　　　Telephone: (504) 523-1580  
　　　　　　　　　　　　　　Telecopier: (504) 524-0069

　　　　　　　　　　　　　　Phillip A. Wittmann, 13625  
　　　　　　　　　　　　　　Dorothy H. Wimberly, 18509  
　　　　　　　　　　　　　　Carmelite M. Bertaut, 3054  
　　　　　　　　　　　　　　　　Of  
　　　　　　　　　　　　　　STONE PIGMAN WALTHER WITTMANN, L.L.C.  
　　　　　　　　　　　　　　546 Carondelet Street  
　　　　　　　　　　　　　　New Orleans, LA 70130  
　　　　　　　　　　　　　　Telephone: (504) 581-3200  
　　　　　　　　　　　　　　Telecopier: (504) 581-3361

　　　　　　　　　　　　　　Attorneys for Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 3rd day of January, 2007.

_____