UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

**ORDER**

Considering the foregoing Motion for Leave to File Plaintiff's Motion for New Trial and Brief in Support of Plaintiff's Motion for New Trial under seal and to submit exhibits in camera and under seal,

IT IS ORDERED that Plaintiff be and hereby is granted leave to file his Motion for New Trial and Brief in Support of Plaintiff's Motion for New Trial under seal and to submit the accompanying exhibits in camera and under seal.

NEW ORLEANS, LOUISIANA, this 4th day of January, 2007.

_____
DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.