# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| BOYD EDMONDS and JANET EDMONDS, Plaintiffs, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5450, | |
| and | |
| DONALD STINSON, Plaintiff, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5494, | |
| and | |
| TIMOTHY R. WATSON, Plaintiff, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5545. | |

**AFFIDAVIT OF TIMOTHY WATSON IN OPPOSITION TO
MERCK & CO.'S MOTION FOR SUMMARY JUDGMENT**

1

Timothy Watson, being duly sworn, states the following:

1. I am forty-seven years of age and currently reside in Cadiz, Kentucky.

2. I am submitting this Affidavit in opposition to Merck & Co., Inc.'s ("Merck") motion for summary judgment.

3. I was first prescribed Vioxx by Dr. Grace Teal in July 2001. I was prescribed Vioxx for treatment of ankylosing spondylitis. I was prescribed 25 mg of Vioxx and consumed this dosage of the drug from July 2001 to August 2002.

4. While taking Vioxx I suffered a stoke on August 23, 2002, approximately fourteen months after I began using the drug.

5. None of the doctors who treated me for my stroke informed me that Vioxx had any role in its cause.

6. Prior to the withdrawal of Vioxx from the market on September 30, 2004, I had no knowledge that the drug was associated with causing strokes and/or that other plaintiffs had brought claims against Merck.

FURTHER AFFIANT SAYETH NOT.

Dated: December 22, 2006

_____
TIMOTHY WATSON

Subscribed and sworn to before me this
22 day of December, 2006.
Notary Public

Amy Elizabeth Moore (Boyce)
Exp 6/26/10

2