# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| BOYD EDMONDS and JANET EDMONDS, Plaintiffs, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5450, | |
| and | |
| DONALD STINSON, Plaintiff, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5494, | |
| and | |
| TIMOTHY R. WATSON, Plaintiff, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5545. | |

**AFFIDAVIT OF DONALD STINSON IN OPPOSITION TO
MERCK & CO.'S MOTION FOR SUMMARY JUDGMENT**

1

Donald Stinson, being duly sworn, states the following:

1. I am sixty-eight years of age and currently reside in Cheatham County, Tennessee.

2. I am submitting this Affidavit in opposition to Merck & Co., Inc.'s ("Merck") motion for summary judgment.

3. I was first prescribed Vioxx by Dr. John Williams in April 2000. I was prescribed Vioxx for treatment of arthritis. I was prescribed 25 mg of Vioxx and consumed this dosage of the drug from April 2000 to April 2002, and then again from January 2003 to January 2004.

4. While taking Vioxx I suffered a heart attack on October 14, 2000, approximately six months after I began using the drug.

5. None of the doctors who treated me for my heart attack informed me that Vioxx had any role in its cause.

6. Prior to the withdrawal of Vioxx from the market on September 30, 2004, I had no knowledge that the drug was associated with causing cardiovascular injuries and/or that other plaintiffs had brought claims against Merck.

FURTHER AFFIANT SAYETH NOT.

Dated: December 27th, 2006

_____
DONALD STINSON

Subscribed and sworn to before me this
27th day of December, 2006.
Notary Public
Amanda Booksher
Exp. 03-09-09