# EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                              :

                                          :     MDL Docket NO. 1657

PRODUCTS LIABILITY LITIGATION             :

                                          :     SECTION L

                                          :

This document relates to:                 :     JUDGE FALLON

                                          :     MAG. JUDGE KNOWLES

    BOYD EDMONDS and                      :
    JANET EDMONDS, Plaintiffs,            :

                                          :

            v.                         :

                                          :

    MERCK & CO., INC.                     :

                                          :

    Case No. 05-5450,                     :

                                          :

            and                        :

                                          :

    DONALD STINSON, Plaintiff,            :

                                          :

            v.                         :

                                          :

    MERCK & CO., INC.                     :

                                          :

    Case No. 05-5494,                     :

                                          :

            and                        :

                                          :

    TIMOTHY R. WATSON, Plaintiff,         :

                                          :

            v.                         :

                                          :

    MERCK & CO., INC.                     :

                                          :

    Case No. 05-5545.                     :

                                          :

## AFFIDAVIT OF BOYD EDMONDS IN OPPOSITION TO
## MERCK & CO.'S MOTION FOR SUMMARY JUDGMENT

1

Boyd Edmonds, being duly sworn, states the following:

1. I am fifty years of age and currently reside in Guntersville, Alabama.

2. I am submitting this Affidavit in opposition to Merck & Co., Inc.'s ("Merck") motion for summary judgment.

3. I was first prescribed Vioxx by Dr. Steven Henderson in September 1999. I was prescribed Vioxx to treat spinal stenosis and arthritis. I continued taking Vioxx in varying dosages, i.e. 12.5 mg and 25 mg dosages, up until I stopped taking the drug in September 2004.

4. While taking Vioxx I suffered two heart attacks. The first heart attack occurred on March 27, 2001. The second heart attack occurred on September 2, 2001.

5. None of the doctors who treated me for my heart attacks informed me that Vioxx had any role in causing these injuries.

6. Prior to suffering the second heart attack in September 2001, I had been employed as a truck driver and/or heavy equipment operator. I have been unable to continue in this profession since suffering the second heart attack in September 2001.

7. Prior to the withdrawal of Vioxx from the market on September 30, 2004, I had no knowledge that the drug was associated with causing cardiovascular injuries and/or that other plaintiffs had brought claims against Merck.

FURTHER AFFIANT SAYETH NOT.

Dated: December  17, 2006

BOYD EDMONDS

Subscribed and sworn to before me this
19th day of December 2006

Carrie R Gillespie

my comm. exp. 4/9/08

2

\_\_\_ day of _____ , 2006.
Notary Public

3