# EXHIBIT F

IN THE CIRCUIT COURT
OF HOUSTON COUNTY, ALABAMA

OCT 0 4 2004

JUDY BYRD, CLER
HOUSTON CO., A

| | | |
|---|---|---|
| PAUL TURNER, SR., an individual, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO.: CV-2004-627 H |
| MERCK & CO., INC., a corporation; and Fictitious Defendant "A," being that person, corporation, or other legal entity who or which designed, distributed, manufactured, advertised, sold or otherwise placed into the stream of commerce the drug known as "VIOXX"; Fictitious Defendant "B," that person, corporation, or other legal entity who or which was responsible for adequately testing, for the condition and safety of the drug known as "VIOXX"; Fictitious Defendant "C," that person, corporation, or other legal entity who or which was responsible for providing instructions for use or adequate warnings to persons of the dangers associated with the defects of the drug known as "VIOXX"; Fictitious Defendant "D," that person, corporation, or other legal entity whose negligence, wantonness, misrepresentation, suppression, breach of contract, breach of warranty or other wrongful conduct proximately caused the Plaintiffs' injuries and damages alleged Herein or combined and concurred with the Conduct of other named and fictitious defendants to cause the injuries and damages alleged herein; Fictitious Defendant "F" being the successors in interest to the above named defendants and fictitious defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

## PLAINTIFF'S COMPLAINT
## AND DEMAND FOR TRIAL BY JURY

COMES NOW THE PLAINTIFF, Paul Turner, Sr., and hereby files his Complaint, on his own behalf and as representative of all of the individuals and/or citizens of the State of Alabama that have been injured and damaged by the drug known as "VOIXX", against all of the above named Defendants and fictitiously named Defendants, stating as follows:

## CLASS ACTION COMPLAINT

1. This action is brought by Plaintiff Paul Turner, Sr., as a class action, on his own behalf and on behalf of all others similarly situated, under the provisions of Rules 23(a) and 23(b) of the Alabama Rules of Civil Procedures.

2. The class so represented by Plaintiff Paul Turner, Sr., in this action, and of which Plaintiff is a member, consists of every individual and citizen of the State of Alabama, who at any point and time took the prescription drug known as "VIOXX", from the date of its release in 1999, through October 1, 2004, and hereafter, said patients being exposed to the dangers and hazards of "VIOXX" which have now been revealed by the FDA and the Defendants.

3. The exact number of members of the class, as hereinable identified and described, is not known, but it is estimated that there are in excess of 50,000 members. The class is so numerous that joinder of individual members herein is impracticable.

4. There are common questions of law and fact in the action that relate to and affect the rights of each member of the class and the relief sought is common to the entire class.

5. The claim of Plaintiff Paul Turner, Sr., who is a representative of the class herein, is typical of the claims of the class, in that the claims of all members of the class, including Plaintiff

2

Paul Turner, Sr., depend on a showing of the acts and omissions of the Defendants giving rise to the right of Plaintiffs to the relief sought herein. There is no conflict as between the named Plaintiff and other members of the class with respect to this action, or with respect to the claims for relief herein set forth.

6. The named Plaintiff is able to, and will, fairly and adequately protect the interests of the class. The attorneys for Plaintiff are experienced and capable in litigation in the field of tort and product liability litigation and have successfully represented claimants in other litigation of this nature.

7. This action is properly maintained as a Rule 23(b) class action inasmuch as the Defendants have acted on grounds generally applicable to the class.

8. Class-Action Plaintiff and Class Representative, Paul Turner, Sr., is a resident and citizen of the State of Alabama, and the County of Houston.

9. Class-Action Plaintiff and Class Representative, Paul Turner, Sr., was previously prescribed the drug known as "VIOXX", by his physician, he took the drug known as "VIOXX", in the method and manner prescribed by his physician and the Defendants, and thereafter, suffered from severe, debilitating and life-endangering difficulties, including kidney failure, kidney damage, liver damage, et.al. The complete extent and duration of said Class-Action Plaintiff and Class Representative, Paul Turner, Sr., are not entirely known at this point in time, but will be ascertained through discovery as this matter progresses.

10. All of the class-action plaintiffs have been injured and damaged in a manner almost identical to the injuries and damages suffered and sustained by the Class Action Plaintiff and Class Representative, Paul Turner, Sr.

3

11.  As a result of the injuries and damages suffered by all of the class-Action Plaintiffs, they hereby file suit against the Defendants and the Defendants are thus liable for Negligence, Wantonness, Breach of Contract, Breach of Warranty, Product Liability, Strict Liability, Fraud, Misrepresentation, Deceit, Suppression, Battery, Wrongful Death, Outrage, & Conspiracy, as the facts warrant and as the law may allow.

12.  The Defendant, Merck & Company, Inc., is domiciled in the State of New Jersey, and has as its principal place of business, Whitehouse Station, New Jersey 08889. Said Defendant and all Defendants named herein, have systematically and continuously done business in the State of Alabama, and otherwise, have the necessary minimum contacts with the State of Alabama, such that certification of this case is appropriate and just, and otherwise, this honorable Court has both personal jurisdiction over the parties hereto and subject matter jurisdiction over the claims presented herein.

WHEREFORE ALL PREMISES CONSIDERED, the Class-Action Plaintiff and Class Representative, Paul Turner, Sr., hereby files this Class Action Complaint as to all of the Defendants and fictitiously named Defendants, DEMANDINIG JUDGMENT, as to each of them in an amount to be determined by the trier of fact. Said Plaintiff further demands, on behalf of the class, all compensatory, punitive and/or other damages, which are available under the law, and which are necessary to adequately compensate the class-action Plaintiff and to punish and deter the Defendants from engaging in activities such as this in the future.

4

## COUNT II-FICTITOUS PARTIES

13.  Plaintiffs hereby adopt and reaver all for the foregoing paragraphs as if fully set out and reavered herein in full.

14.  Plaintiffs hereby adopt and reallege all of the above foregoing allegations, including Paragraphs numbered One through Thirteen (Numbered 13), against all fictitiously pled Defendants, et.al., whose identity is not currently known but who are otherwise liable to the Plaintiffs for the damages and injuries that they have sustained. Plaintiffs will substitute the true name of these parties when they are properly identified and when Plaintiffs are thus able to do so.

## PLAINTIFF'S DEMAND FOR TRIAL BY JURY

Class-Action Plaintiffs hereby demand a Trial by Jury as to each and every issue in the above stated Complaint, so triable.

The 4th of October, 2004.

_____
Herman W. Cobb, Esq. (COB004)
Richard E. Crum, Esq. (CRU012)

OF COUNSEL
COBB, SHEALY, CRUM & DERRICK, P.A.
206 N. LENA ST.
DOTHAN, ALABAMA 36302
(334)794-8526
(334)677-0030

Hon. Rufus. R. Smith, Jr.
RUFUS R. SMITH, JR. & ASSOCIATES
P. O. Drawer 6629
Dothan, Alabama 36301
(334) 671-7959

5