UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, | * | MDL NO. 1657 |
| SALES PRACTICES, and | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

************************************

**THIS DOCUMENT RELATES TO:** John Gray, on behalf of the Estate of Shirley M. Gray, Deceased v. Merck & Co., Inc., a foreign corporation, No. 05-6708

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, John Gray, pursuant to Fed. R. Civ. P.15, and LR 7.3E and LR 7.4.1W, files this unopposed motion for leave of Court to file an Amended Complaint for the purpose of changing the identity of the Plaintiff to "John Gray, as Surviving Spouse and as Personal Representative of the Estate of Shirley M. Gray, Deceased, " and by amending the Complaint to appropriately state causes of action against the Defendant Merck & Co., Inc., on behalf of the Estate of Shirley M. Gray, deceased, and on behalf of the survivors of Shirley M. Gray, as entitled to recover under Arkansas law. In further support of this motion, John Gray states as follows:

### I.

### FACTUAL AND PROCEDURAL HISTORY

1. On May 9, 2005, Plaintiff John Gray, filed an Original Complaint against Defendant Merck & Co., Inc. ("Defendant") seeking a claim on behalf of his deceased wife, Shirley M. Gray. John Gray, the surviving spouse, was, however, appointed personal representative of the Estate of Shirley M. Gray, deceased, since the 9th day of October, 2006.

2. This is both a survival action, brought pursuant to Arkansas Code Annotated 16-62-101, and a wrongful death action, brought pursuant to Arkansas Code Annotated 16-62-102, filed as a result of the acts and/or omissions that occurred in Garland County, Arkansas and which caused the death of Shirley M. Gray.

3. Shirley M. Gray died of a sudden heart attack on May 8, 2002. Approximately 11 months prior to her death, Shirley M. Gray's physician prescribed her VIOXX®, which she took as directed by her physician. Shirley M. Gray was healthy and active leading up to her death. Her ingestion of VIOXX® caused or significantly contributed to her heart attack and death.

4. Defendant Merck filed its answer to the complaint on or about November 7, 2005.

5. Counsel for Plaintiff contacted counsel for Defendant Merck on December 21, 2006. Defendant Merck consented to the filing of this Motion for Leave to File Amended Complaint.

## II.

### LEAVE SHOULD BE GRANTED FOR THE FOLLOWING REASONS

6. Pursuant to Fed. R. Civ. P. 15, a motion for leave to amend a complaint, "shall be freely given when justice so requires." Courts generally have accepted amended complaints unless the amended change is prejudicial to the opposing party. *Foman v. Davis,* 371 U.S. 178, 182, 83 S.Ct.227, 230 (1962).

7. Furthermore, if the amendment is not submitted for the purposes of undue delay, bad faith, or undue prejudice, "the leave sought should, as the rules require, be 'given freely.'" *Foman v. Davi,* 371 U.S. 178, 182, 83 S.Ct.227, 230 (1962).

8. Pursuant to Arkansas law, all surviving heirs of a decedent or the personal representative of the estate of a decedent is entitled to bring the cause of action on behalf of the deceased person and all legal heirs who are entitled to recover.

9. The amendment submitted by Plaintiff is offered in good faith. The original complaint did not correctly name the Plaintiff in this claim. The original complaint did not include the survival action claim pursuant to Arkansas Code Annotated §16-62-101. The amended complaint filed herewith more completely and correctly sets forth the proper identity of the Plaintiff and sets forth the claims recoverable under Arkansas law as a result of the injuries caused to and the death of Shirley M. Gray, resulting from her ingestion of Vioxx® (Rofecoxib), and more completely and correctly sets forth the claims of the surviving spouse, John Gray.

10. This Leave to File Amended Complaint is unopposed by counsel for Merck pursuant to LR 7.4.1W.

### III.

### CONCLUSION

11. For these reasons, Plaintiff prays that this Court grant leave to file Plaintiff's Amended Complaint to include all parties in this claim, and for such other and further relief to which Plaintiff may show himself entitled.

Respectfully submitted this 6th day of January, 2007.

_____
Andy D. Birchfield, Jr.
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama  36103
(334) 269-2343
(334) 954-7555 - Fax
Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Unopposed Motion for Leave to File Amended Compliant with Pre-Trial Order 8B has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-EFC system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of January 2007.

/s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama  36103
(334) 269-2343
(334) 954-7555 - Fax
Attorneys for the Plaintiff

5