UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657 SECTION L |
| JOHN GRAY, as Surviving Spouse and Personal Representative of the Estate of, SHIRLEY M. GRAY, Deceased, | * * * * | CASE NO. 05-6708 |
| Plaintiff, v. | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, Defendant. | * * * * | PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

### FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, John Gray, as Surviving Spouse and Personal Representative of the Estate of Shirley M. Gray, Deceased, and amends his previously filed complaint as follows:

### Identification of Parties

1. Plaintiff John Gray has been appointed the Personal Representative of the Estate of Shirley M. Gray, Ddceased, and is authorized to bring both this survival action, brought pursuant to Arkansas Code Annotated § 16-62-101, and this wrongful death action, brought pursuant to Arkansas Code Annotated § 16-62-101, filed as a result of the acts/or omissions that occurred in Garland County, Arkansas and which caused the death of Shirley M. Gray. A copy of the Letters of Administration/Testamentary are attached hereto as Exhibit "A."

1

2. Plaintiff John Gray is bringing this action in all counts set forth in the original filed Complaint, as amended, for the benefit of John Gray, surviving spouse of Shirley M. Gray and for the benefit of the Estate of Shirley M. Gray.

3. At the time of his death, Shirley M. Gray had a certain survivor as defined by Arkansas's Wrongful Death Act: her husband, John Gray.

4. John Gray is the surviving spouse of Shirley M. Gray and, at all times material hereto, was a resident of Garland County, Arkansas. As a direct and proximate result of the death of Shirley M. Gray and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended:

    a. The Estate of Shirley M. Gray has incurred medical and/or funeral expenses due to the decedent's injury and death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

6. In all other respects, the identity and location of the named parties set forth in the original Complaint shall remain unchanged.

## Damages

7. In addition to the damages claimed and the recovery sought in the original Complaint, John Gray, Surviving Spouse and Personal Representative of the Estate of Shirley M. Gray, seeks the following additional damages, pursuant to Arkansas law:

    a. Due to the injuries and death of Shirley M. Gray and because of the wrongful conduct of Defendant Merck, the Plaintiff John Gray has suffered and will continue to suffer the loss of services and consortium of his wife, Shirley M. Gray

    b. The Estate of Shirley M. Gray has incurred medical and/or funeral expenses due to the decedent's injury or death, and has lost the prospective net

accumulations which might have reasonably been expected but for the decedent's wrongful death.

   c. John Gray, as Personal Representative, seeks all other damages recoverable under law and related to the death of Shirley M. Gray

  8. In all other respects, Plaintiff John Gray adopts and incorporates the original complaint as if set forth fully herein.

### DEMAND FOR JURY TRIAL

**PLAINTIFF RESTATES HIS DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.**

Signed this _6th_ day of January, 2007.

By: _____
ANDY D. BIRCHFIELD, JR. (BIR006)
BENJAMIN L. LOCKLAR (LOC009)
**Attorneys for Plaintiff**

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing First Amended Complaint has been served on Liason Counsel, Russ Herman and Phillip Whittman, by U.S. Mail or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No: 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _6TH_ day of January, 2007.

    /s/ Benjamin L. Locklar
ANDY BIRCHFIELD, JR.
(BIR006)
BENJAMIN L. LOCKLAR
(LOC0009)
Attorneys for Plaintiff
**Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C.**
**234 Commerce Street**
**Montgomery, Alabama 36104**
**Telephone:** 334-269-2343
**Facsimile:** 334 – 954-7555
Andy.Birchfield@beasleyallen.com
Ben.Locklar@bealseyallen.com

4