IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| | * | Case No. 2:05 CV 6708 |
| **JOHN GRAY, as Surviving Spouse** | * | |
| **and as Personal Representative of** | * | |
| **the Estate of SHIRLEY M. GRAY,** | * | |
| **Deceased,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC., a** | * | |
| **foreign corporation,** | * | |
| | * | |
| DEFENDANT. | * | |

(Related Matter: John Gray, as Surviving Spouse and as Personal Representative of the Estate of Shirley M. Gray, Deceased v. Merck & Co., Inc., a foreign corporation, No. 05-6708)

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

On _____, 2007, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the Court:

**GRANTS** Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

**SIGNED** this _____ day of January, 2007

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**