UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br>     PRODUCTS LIABILITY LITIGATION | *    MDL No. 1657 <br> * <br> * <br> *    SECTION: L <br> * |
| **THIS DOCUMENT RELATES TO** *Gary Grizzell v. Merck & Co., Inc.,* No. 2:06-cv-00725-EEF-DEK, previously filed as 4:05-cv-04170, S.D. Ill. | * <br> * <br> *    Judge Fallon <br> *    Magistrate Judge Knowles |

**************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Stotlar Drug Company d/b/a Stotlar Drug Stores, in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Charles E. Schmidt of the law firm of Brandon, Schmidt & Goffinet be permitted to withdraw, and hereby are withdrawn, as counsel for Stotlar Drug Company d/b/a Stotlar Drug Stores in this matter.

It is further ORDERED that David A. Dick of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Stotlar Drug Company d/b/a Stotlar Drug Stores in this matter.

Dated: 1/4/07

*/s/ Eldon E. Fallon*

3390065