## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *   MDL No. 1657 <br> * |
| BOYD EDMONDS and <br>     JANET EDMONDS, Plaintiffs, | *   SECTION L <br> * |
| versus | *   JUDGE ELDON E. FALLON <br> * |
| MERCK & CO., INC., Defendant, | *   MAGISTRATE JUDGE <br> *   KNOWLES |
| Case No. 05-5450, | * <br> * |
| & | * <br> * |
| DONALD STINSON, Plaintiff, | * <br> * |
| versus | * <br> * |
| MERCK & CO., INC., Defendant, | * <br> * |
| Case No. 05-5494, | * <br> * |
| & | * <br> * |
| TIMOTHY R. WATSON, Plaintiff, | * <br> * |
| versus | * <br> * |
| MERCK & CO., INC., Defendant, | * <br> * |
| Case No. 05-5545. | * <br> * |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

844180v.1

## ORDER

Considering the foregoing Stipulated Briefing Schedule,

IT IS ORDERED that the following schedule shall govern briefing related to defendant Merck & Co., Inc.'s pending Motion for Summary Judgment in these matters:

1. Plaintiffs shall file their opposition to the motion on or before January 4, 2007.

2. Defendants shall file a reply brief in support of the motion on or before January 19, 2007.

NEW ORLEANS, LOUISIANA, this 29th day of December, 2006.

_____
DISTRICT JUDGE

844180v.1