UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
*Parker v. Merck & Co., Inc., et al.*, 06-805

## ORDER

In several filings with the Court, the parties have used the transferor court's case number (05-2446), instead of the case number assigned by this Court (06-805), which has caused some confusion. Counsel is reminded to use the case number assigned by this Court in future filings.

Given that the Court has already entered the corrected Order of Dismissal Without Prejudice, *see* Rec. Doc. 6070 filed August 1, 2006, IT IS ORDERED that the Plaintiff's Motion to Amend Order of Dismissal With Prejudice (Rec. Doc. 5896) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the incorrect Order of Dismissal With Prejudice (Rec. Doc. 5678) be STRICKEN from the record.

New Orleans, Louisiana, this  5th  day of January, 2007.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE