UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  
2:06-cv-01971

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiffs, Rose Watson and Helen Kalapinski. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Rose Watson and Helen Kalapinski, are dismissed, without prejudice, Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect these changes.

Dated this __29th__ day of __December__, 2006.

_____  
UNITED STATES DISTRICT JUDGE