UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr et al. v. Merck & Co., Inc.,* **No. 05-6369 (Henry Dinkins, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, and Elva Simpson only)**

<u>**ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**</u>

Considering the foregoing Stipulation of Partial Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Henry Dinkins, Lillie Hunter, individually and as surviving daughter of Tommie James Hunter, and Elva Simpson be and the same are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 29th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

4