# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | MDL Docket No. 1657 |
| ) | |
| VIOXX PRODUCTS LIABILITY ) | |
| LITIGATION ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL V. ) | |
| MERCK & CO., INC., 05-1102 ) | MAG. JUDGE KNOWLES |

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF
## PLAINTIFF JASON WEBB

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff Jason Webb filed herein,

IT IS ORDERED that the claims of Plaintiff Jason Webb be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 29th day of December, 2006.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**