UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| * * * * * * * * * * * * * * * *  * | MDL NO. 1657 |
| In re: VIOXX  * | SECTION: L |
| PRODUCTS LIABILITY LITIGATION  * | |
| * | JUDGE FALLON |
| WALTER M. PUCHALSKI and  * | |
| PATRICIA LOUISE PUCHALSKI,  * | MAG. JUDGE KNOWLES |
| Plaintiff,  * | NOTICE OF APPEARANCE OF |
| * | COUNSEL FOR PLAINTIFFS |
| vs.  * | WALTER M. PUCHALSKI and |
| * | PATRICIA LOUISE PUCHALSKI |
| MERCK & CO., INC., a New Jersey  * | |
| Corporation,  * | |
| Defendant.  * | |
| * * * * * * * * * * * * * * *  * | |

Pertains to: 06-CV-3970

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT in relation to the above captioned case, Kurt D. Hyzy of KENNETH B. MOLL & ASSOCIATES, LTD., provides this notice of his appearance as counsel or record for Plaintiffs **WALTER M. PUCHALSKI and PATRICIA LOUISE PUCHALSKI.** All papers relating to this action should be served upon Kurt D. Hyzy at the following address:

KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
kdh@kbmoll.com

The general office telephone and facsimile numbers for those attorneys are listed below:
TEL: 312.558.6444
FAX: 312.558.1112

WALTER M. PUCHALSKI et al. vs. MERCK & CO., INC.

Respectfully submitted,

By: /s/ Kurt D. Hyzy
Kurt D. Hyzy, Esq.
**KENNETH B. MOLL & ASSOCIATES, LTD.**
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com
National Counsel for Plaintiff

WALTER M. PUCHALSKI et al. vs. MERCK & CO., INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed in the Vioxx MDL 1657 or mailed by United Postal Service, to the following counsel of record listed below on this 4th day of January, 2007:

Attorneys for Defendant.

| Richard C. Stanley | Phillip A. Wittmann |
| Thomas P. Owen, Jr. | Dorothy H. Wimberly |
| Stanley, Flanagan & Reuter, LLC | Stone Pigman Walther Wittmann, LLC |
| 909 Poydras St., Suite 2500 | 546 Carondelet St. |
| New Orleans, LA 70112 | New Orleans, LA 70130 |
| rcs@sfr-lawfirm.com | pwittman@stonepigman.com |
| tpo@sfr-lawfirm.com | dwimberly@stonepigman.com |

By: /s/ Kurt D. Hyzy
Kurt D. Hyzy, Esq.
**KENNETH B. MOLL & ASSOCIATES, LTD.**
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com
National Counsel for Plaintiff

WALTER M. PUCHALSKI et al. vs. MERCK & CO., INC.