FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 15 P 4: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Thomas and Debbey Dunlap v. Merck & Co., Inc., (E.D. La. No. 2:05-cv-4959-EEF-DEK) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**PLAINTIFFS' UNOPPOSED MOTION SEEKING LEAVE OF COURT TO CORRECT FIRST AMENDED COMPLAINT**

Plaintiffs hereby move the Court pursuant to Fed. R. Civ. P. 15(a) for an Order allowing the amendment of the first amended Complaint in the above-captioned action which was transferred to the United States District Court, Eastern District of Louisiana, In Re: Vioxx MDL No. 1657, and docketed as Cause No. 05-4959, from the United States District Court, Western District of Washington, Case No. CV05-01419 MJP. This motion is being sought in order to correct a mistake reflected in the original Complaint, dated August 16, 2005, in the United States District Court, Western District of Washington. Defendant Merck & Co., Inc. ("Merck") does not oppose this motion and has stipulated to the relief sought herein. *See* Stipulation, attached hereto as Exhibit A.

The parties have stipulated and seek an Order from the Court that the first sentence of paragraph 19 of the original complaint, dated August 16, 2005, may be corrected as follows:

> "19. Thomas Dunlap received his first prescription for a 25-mg dosage of Vioxx and Vioxx samples on December 23, 1999 and his last prescription was filled August 29, 2002."

PLAINTIFFS' UNOPPOSED MOTION
SEEKING LEAVE OF COURT TO
CORRECT FIRST AMENDED COMPLAINT - 1





WILLIAMSON
& WILLIAMS
LAWYERS
811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 582-6001
(206) 587-6835 (FAX)
www.williamslaw.com

The parties have further stipulated and seek an order from the Court that because these corrections are not substantive amendments to the Original complaint, they do not alter or affect Merck's Answer and Affirmative Defenses that was filed in the United States District Court, Western District of Washington on October 18, 2005. Accordingly, Merck's Answer and Affirmative Defenses on file will apply with the same force and effect to the corrections indicated herein and Merck will not be required to file a response to the amendments in the original complaint.

RESPECTFULLY SUBMITTED this 13 day of December, 2006.

Kim Williams, WSBA#9077
Rob Williamson, WSBA#11387
Attorneys for Plaintiffs
Williamson & Williams
811 - 1st Avenue, Suite 620
Seattle, WA 98104
Telephone: (206) 387-3777
Fax: (206) 587-6835
E-Mail: robw@williamslaw.com
E-mail: kim@williamslaw.com

Arissa Peterson, WSBA #31875
Jeffrey R. Johnson, WSBA #11082
Attorneys for Merck & Co., Inc.
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
E-mail: dhofmann@wkg.com
E-mail: jjohnson@wkg.com

Mark A. Griffin, WSBA #16296
Amy N. L. Hanson, WSBA #28589
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
E-mail: mgriffin@kellerrohrback.com
E-mail: ahanson@kellerrohrback.com

PLAINTIFFS' UNOPPOSED MOTION
SEEKING LEAVE OF COURT TO
CORRECT FIRST AMENDED COMPLAINT - 2

WILLIAMSON & WILLIAMS
LAWYERS
811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 587-6834
(206) 587-6835 (FAX)
www.williamslaw.com

EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Thomas and Debbey Dunlap v. Merck & Co., Inc., (E.D. La. No. 2:05-cv-4959-EEF-DEK) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

### STIPULATION TO CORRECT FIRST AMENDED COMPLAINT

Plaintiffs and Defendant Merck & Co., Inc. ("Merck") hereby stipulate that the Plaintiffs may amend their Complaint in the above-captioned action which was transferred to the United States District Court, Eastern District of Louisiana, In Re: Vioxx MDL No. 1657, and docketed as Cause No. 05-4959, from the United States District Court, Western District of Washington, Cause No. CV05-01419 MJP, in order to correct a mistake reflected in the original Complaint, dated August 16, 2005, originally filed in the United States District Court, Western District of Washington.

The parties hereby stipulate that the first sentence of paragraph 19 of the complaint, dated August 16, 2005, may be corrected as follows:

> "19. Thomas Dunlap received his first prescription for a 25-mg dosage of Vioxx and Vioxx samples on December 23, 1999 and his last prescription was filled August 29, 2002."

STIPULATION TO CORRECT
FIRST AMENDED COMPLAINT - 1



WILLIAMSON & WILLIAMS
LAWYERS
811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 587-6834
(206) 587-6835 (FAX)
www.williamslaw.com

ORIGINAL

The parties further stipulate that these corrections are not substantive amendments and therefore do not alter or affect Merck's Answer and Affirmative Defenses that was filed on October 18, 2005, in the United States District Court, Western District of Washington, and that Merck's Answer and Affirmative Defenses will apply with the same force and effect to the corrections stipulated to herein and no further responsive pleading of Merck is required.

RESPECTFULLY SUBMITTED this 13 day of December, 2006.

| | |
|---|---|
| *Kim Williams* (signed) | *Arissa Peterson* (signed) |
| Kim Williams, WSBA#9077 | Arissa Peterson, WSBA #31875 |
| Rob Williamson, WSBA#11387 | Jeffrey R. Johnson, WSBA #11082 |
| Attorneys for Plaintiffs | Attorneys for Merck & Co., Inc. |
| Williamson & Williams | Williams, Kastner & Gibbs PLLC |
| 811 - 1st Avenue, Suite 620 | 601 Union Street, Suite 4100 |
| Seattle, WA 98104 | Seattle, WA 98101-2380 |
| Telephone: (206) 387-3777 | Telephone: (206) 628-6600 |
| Fax: (206) 587-6835 | Fax: (206) 628-6611 |
| E-Mail: robw@williamslaw.com | E-mail: dhofmann@wkg.com |
| E-mail: kim@williamslaw.com | E-mail: jjohnson@wkg.com |

Mark A. Griffin, WSBA #16296
Amy N. L. Hanson, WSBA #28589
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
E-mail: mgriffin@kellerrohrback.com
E-mail: ahanson@kellerrohrback.com

STIPULATION TO CORRECT
FIRST AMENDED COMPLAINT - 2



WILLIAMSON & WILLIAMS LAWYERS
811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 587-6834
(206) 587-6835 (FAX)
www.williamslaw.com

I hereby certify that the foregoing Plaintiff's Unopposed Motion Seeking Leave of Court to Correct First Amended Complaint and Proposed Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was mailed for filing to the Clerk of the Court of the United States District Court for the Eastern District of Louisiana in accordance with the procedures established in MDL 1657 on this 13th day of December, 2006.

*Kim Williams*

Kim Williams, WSBA # 9077
Attorney for Plaintiffs
Williamson & Williams
811 – 1st Avenue, Suite 620
Seattle, WA 98104
(206) 587-6834
(206) 587-6835 (fax)
kim@williamslaw.com

CERTIFICATE OF SERVICE