FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4  AM 8: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Thomas and Debbey Dunlap v. Merck & Co., Inc., (E.D. La. No. 2:05-cv-4959-EEF-DEK) | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CORRECT FIRST AMENDED COMPLAINT**

This matter having come on regularly for hearing before the undersigned Judge in the above-captioned matter on Plaintiffs' Unopposed Motion to Amend Original Complaint, and the Court having reviewed the Motion and the Stipulation of the parties, it is therefore

ORDERED that the first sentence of paragraph 19 of the complaint, dated August 16, 2005, shall be corrected as follows:

> "19. Thomas Dunlap received his first prescription for a 25-mg dosage of Vioxx and Vioxx samples on December 23, 1999 and his last prescription was filled August 29, 2002."

It is further ORDERED that Defendant Merck's Answer and Affirmative Defenses that was filed in the United States District Court, Western District of Washington on October 18, 2005 shall apply with the same force and effect to the corrections indicated herein and Merck will not be required to file a responsive pleading.

IT IS SO ORDERED.

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO
CORRECT FIRST AMENDED COMPLAINT - 1



WILLIAMSON & WILLIAMS
LAWYERS
811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 587-6834
(206) 587-6835 (FAX)
www.williamslaw.com



ORIGINAL

Fee_____
Process_____
X/ Dktd_____
_____ C_____
_____ Doc._____

ENTERED this 29th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO
CORRECT FIRST AMENDED COMPLAINT - 2



WILLIAMSON
& WILLIAMS
L A W Y E R S
811 FIRST AVENUE
SUITE 620
SEATTLE, WA 98104
(206) 587-6834
(206) 587-6835 (FAX)
www.williamslaw.com