

**Joseph R. Alexander, Jr., SBN 00995150**
**Richard Warren Mithoff, SBN 14228500**
**MITHOFF LAW FIRM**
**Penthouse, One Allen Center**
**500 Dallas, Suite 3450**
**Houston, Texas 77002**
**(713) 654-1122; Fax (713) 739-8085**
email: jalexander@mithofflaw.com; cliebergot@mithofflaw.com
**Attorneys for Plaintiff**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | § § § | |
| THIS DOCUMENT RELATES TO: | § § | DOCKET NO. 2:05-CV-4646 |
| JOHN O'NEILL, GWENDOLYN PARKER and JOHN PARKER, DORIS M. MERRILL, ROSEMARY LONDON, and DOUGLAS RUSH | § § § § § | MDL NO: 1657 SECTION: L |
| *Plaintiffs,* | § § § | JUDGE FALLON MAG. JUDGE KNOWLES |
| VS. | § § § | TRANSFEROR COURT: |
| MERCK & CO., INC. *Defendant.* | § § § § | U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CAUSE NO. H-05-2556 |

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## MOTION FOR LEAVE OF COURT TO FILE
## FIRST AMENDED COMPLAINT

Plaintiffs, JOHN O'NEILL, GWENDOLYN PARKER and JOHN PARKER, DORIS M. MERRILL, ROSEMARY LONDON, and DOUGLAS RUSH desire to amend their original Complaint through their undersigned counsel, to clarify the specific dates of injury of each plaintiff. Plaintiff JOHN O'NEILL further clarifies his injuries resulting from a thrombolic event known as a heart attack.

WHEREFORE, Plaintiffs pray that this motion be granted and that they be allowed leave of court to file their First Amended Complaint, which is on file with the Court.

Respectfully submitted,

MITHOFF LAW FIRM

RICHARD WARREN MITHOFF
State Bar No. 14228500
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I certify that my office has conferred with Opposing Counsel for Defendants regarding this motion for leave and an agreement was reached. Therefore, this motion is filed accordingly.

_____
JOSEPH R. ALEXANDER, JR.

## CERTIFICATE OF SERVICE

I certify that copies of this document have been served on defense counsel parties through their attorneys via mail to Ellen M. Gregg, Esq., Womble, Carlyle, Sandridge & Rice, PLLC, 301 N. Main Street, Suite 3000, Winston-Salem, NC 27101, mdl@wcsr.com, in accordance with Pretrial Order No. 15, on this 15th date of December 2006.

_____
JOSEPH R. ALEXANDER, JR.

## ORDER

**ON THIS DAY**, the Court considered Plaintiff's Motion for Leave to File the First Amended Complaint:

**IT IS HEREBY ORDERED** that Plaintiff is granted leave of Court to file his First Amended Complaint.

New Orleans, Louisiana this 29th day of December, 2006.

_____
JUDGE PRESIDING