IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| **In re:** VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § | MDL DOCKET NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| HAZELL G. HOWELL, et al.,<br><br>Plaintiffs,<br>vs.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | § § § § § § | CASE NO.<br>2:05-cv-05323-EEF-DEK |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   DEC 1 8 2006
LORETTA G. WHYTE
CLERK

___ Fee_____
___ Process____
 X /Dktd_____
 ✓ CtRmDep____
___ Doc. No____

---

**PLAINTIFFS' STIPULATION OF DISMISSAL OF CERTAIN CLAIMS
WITHOUT PREJUDICE**

---

Come now plaintiffs Hazell G. Howell and Colen Lewis Strickland (joined by counsel for all defendants) and file this stipulation of dismissal without prejudice as to all of their claims against defendants Andre J. Fontana, M.D. and J. Michael Cockrell, M.D, and as to all of the claims made by plaintiff Colen Lewis Strickland against any and all of the defendants, pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(ii) and, in support thereof, aver as follows:

- 1 -

This case was originally filed in the Circuit Court of Mobile County, Mobile, Alabama, on July 29, 2005, against Merck & Co., Inc., Stephen B. Cope, M.D., Peter C. Coates, M.D., J. Michael Cockrell, M.D. and Andre J. Fontana, M.D. (Civil Action No. CV-2005-2909). On September 13, 2005, the case was removed to the United States District Court for the Southern District of Alabama, Southern Division (Case No. 1:05-cv-0525-CG-B), and was thereafter transferred to this Court on October 6, 2005, pursuant to an Order of the Panel on Multidistrict Litigation.

Plaintiffs do not desire to pursue their claims against defendants Andre J. Fontana, M.D and J. Michael Cockrell, M.D., and plaintiff Colen Lewis Strickland does not wish to pursue his claims against any of the defendants. Plaintiffs hereby dismiss their claims against defendants Andre J. Fontana, M.D. and J. Michael Cockrell, M.D., without prejudice, effective upon the filing of this stipulation. Further, plaintiff Colen Lewis Strickland hereby dismisses his claims against all of the defendants, without prejudice, also effective upon the filing of this stipulation.

Plaintiff Strickland acknowledges and agrees that if he decides to reinstate or re-file his claim against Merck & Company, Inc., he will do so only by an action filed in federal court. Strickland further agrees that in the event that he re-files a lawsuit against Merck & Company, Inc., any discovery that has taken place or will take place in *In re Vioxx Products Liability Litigation* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by

Strickland, as though Strickland had been a party and had had an opportunity to participate in that discovery.

Nothing herein affects plaintiff Hazel G. Howell's claims against defendants Merck & Co., Inc., Stephen B. Cope, M.D., and/or Peter C. Coates, M.D. All costs are to be borne by the party incurring same.

Respectfully submitted,

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.

_Elisabeth French_
THOMAS E. DUTTON   phdkh-efiling@pittmanhooks.com
ELISABETH FRENCH
Attorneys for Plaintiffs
    2001 Park Place North
    1100 Park Place Tower
    Birmingham, Alabama 35203
    Phone: 205-322-8880
    Fax: 205-328-2711

RUSHTON, STAKLEY, JOHNSTON & GARRETT, P.A.

_Benjamin C. Wilson_
BENJAMIN C. WILSON    bcw@rsjg.com
ROBERT C. BROCK    rcb@rsjg.com
Attorneys for Defendant Merck & Co.
    Post Office Box 270
    Montgomery, Alabama 36101-0270
    Phone: 334-206-3100
    Fax: 334-262-6277

HAND ARENDALL, L.L.C.

*/s/ George M. Walker*

GEORGE M. WALKER          gwalker@handarendall.com
E. LUCKETT ROBINSON, II   lrobinson@handarendall.com
KATIE L. HAMMETT          khammett@handarendall.com
Attorneys for Defendant Andre J. Fontana, M.D.
    Post Office Box 123
    Mobile, Alabama 36601
    Phone:  251-432-5511
    Fax:    251-694-6375


WESLEY PIPES, P.C.

*/s/ Wesley Pipes*

WESLEY PIPES              wp@wesleypipeslaw.com
Attorney for Defendants Stephen B. Cope, M.D. and
J. Michael Cockrell, M.D
    Post Office Box 249
    Mobile, Alabama 36601
    Phone:  251-434-6455
    Fax:    251-434-0388


HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE

*/s/ R. Alan Alexander*

R. ALAN ALEXANDER          raa@helmsinglaw.com
Attorney for Defendant Peter C. Coates. M.D.
    Post Office Box 2767
    Mobile, Alabama 36652
    Phone:  251-432-5521
    Fax:    251-432-0633

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on liaison counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, on this the 11th day of December, 2006.

George M. Walker
Attorney for Defendant Andre J. Fontana, M.D.

547130_1