IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4  AM 8: 28

LORETTA G. WHYTE
CLERK

| | | | |
|---|---|---|---|
| In re: | VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § | MDL DOCKET NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| HAZELL G. HOWELL, et al., | | § | |
| | Plaintiffs, | § | CASE NO.<br>2:05-cv-05323-EEF-DEK |
| vs. | | § | |
| MERCK & CO., INC., et al., | | § | |
| | Defendants. | § | |

## ORDER

Based upon the stipulation of dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made against defendants Andre J. Fontana, M.D. and J. Michael Cockrell, M.D., are dismissed, without prejudice: and

(2) All claims made by plaintiff Colen Lewis Strickland are dismissed without prejudice.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

If plaintiff Strickland desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in a federal court. Plaintiffs' counsel shall make the necessary changes to party status on Lexis/Nexis File+Serve pursuant to Pre-Trial order 8B.

Done this 29th day of December, 2006.

                                          UNITED STATES DISTRICT JUDGE