U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   DEC 1 8 2006
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Charles Waine Baird and Beverley L. Baird,<br>    Plaintiffs,<br>v.<br>Merck & Company, Inc.<br>    Defendant.<br>Civil Action No.:   05-CV-3111<br><br>and,<br><br>Thomas Daniel Taylor and Owida Joy Taylor,<br>    Plaintiffs,<br>v.<br>Merck & Company, Inc.<br>    Defendant.<br>Civil Action No.: 2:06-CV-281 | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF APPEARANCE

COMES NOW Wesley L. Phillips of Gathings Law, and hereby enters an appearance as additional counsel for the Plaintiffs in the above-styled matters. All pleadings, correspondence, and court notices should also be directed to the attention of Wesley L. Phillips at the address listed below.

Respectfully submitted this __14th__ day of December, 2006.

_____
Wesley L. Phillips
Alabama Bar No.: ASB-6008-W78P

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

OF COUNSEL:
GATHINGS LAW
2001 Park Place North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 322-1201
Facsimile:  (205) 322-1202
Email: wphillips@gathingslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served on all parties/attorney(s) of record by placing a copy in the U. S. Mail, properly addressed, proper first class postage pre-paid this __14th__ day of December, 2006.

**_Defense Counsel for Baird Case_:**
Wilfred P. Coronato, Esq.
HUGHES, HUBBARD & REED, LLP
101 Hudson Street
Suite 3601
New Jersey City, New Jersey 07302-3918

Robert C. Brock
Benjamin C. Wilson
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

**_Defense Counsel for Taylor Case_:**
Wilfred P. Coronato, Esq.
HUGHES, HUBBARD & REED, LLP
101 Hudson Street
Suite 3601
New Jersey City, New Jersey 07302-3918

F.M. Haston III
Anne Marie Seibel
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

_____
OF COUNSEL