

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 1657<br>Section L/3 |
| | Judge Fallon<br>Mag. Judge Knowles |
| THIS RELATES TO:<br>*Mark Justus and Paige Justus, h/w vs.*<br>*Merck & Company, Peter S. Kim, Ph.D.,*<br>*Louis M. Sherwood, M.D., David W.*<br>*Antice, Edward M. Scolnick, M.D.*<br>Civil Action No.: 2:05-cv-04862 | |

### MOTION TO WITHDRAW AS COUNSEL AS RECORD FOR PLAINTIFFS, MARK JUSTUS and PAIGE JUSTUS, H/W

Kline & Specter, P.C. respectfully moves for leave to withdraw as counsel for plaintiffs, Mark Justus and Paige Justus, h/w, in the above-captioned matter and avers as follows in support of this motion:

1. On or about August 9, 2005 Kline & Specter, P.C. filed a Complaint on behalf of Mark Justus and Paige Justus, his wife, against defendant, Merck, et al. arising out of Mr. Justus' ingestion of the drug, Vioxx. Initially filed in the Eastern District of Pennsylvania the case was then transferred to the MDL in the Eastern District of Louisiana.

2. Good cause now exist for the Court to grant this Motion to Withdraw because, plaintiff, Mark Justus has not completed and returned the Plaintiff Profile Form (PPF), which is now significantly overdue.

3. Counsel has repeatedly contacted Mark Justus by first-class mail, certified mail, UPS, e-mail, and telephone (voice mail) advising that his case would be in jeopardy and subject to dismissal if there was continued failure to complete the Plaintiff Profile Form. By way of

```
___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____
```

example, see letter of November 15, 2006 as Exhibit "A".

4. Plaintiff was offered the option to voluntarily dismiss his case if he chose not to proceed or to contact a new lawyer to represent him.

5. Direct/verbal communication with Mr. Justus with regard to his failure to timely complete the Plaintiff Profile Form occurred on or about November 20, 2006 approximately five (5) days after the fourth letter requesting completion of the overdue Plaintiff Profile Form. In that letter and conversation plaintiff, Mark Justus, was advised that failure to return the completed PPF to counsel within ten (10) days would result in the instant Motion to Withdraw as Counsel of Record.

6. Without breaching any privilege, plaintiffs' counsel can only state that the options set forth in the letter were discussed, to wit, the two choices were to immediately complete the PPF or to sign an Authorization to Voluntarily Dismiss their case.

7. Subsequently, plaintiff has chosen to do neither. The Plaintiff Profile Form was not completed and returned to counsel and Mr. Justus did not call counsel as he indicated he would with regard to his decision.

8. Defendant Merck has put plaintiff's counsel on notice of their right to file for dismissal for continued failure to serve a completed PPF upon them.

9. A copy of this Motion will be delivered to the plaintiffs via regular and certified mail at their last known mailing address: PO Box 1891, Greenville, TX 75403. The last known telephone numbers are: (903) 662-5568 and (903) 513-4147.

10. In summary, because plaintiff has not returned a completed PPF after repeated attempts to obtain same, counsel is requesting permission to withdraw from this matter.

Mark and Paige Justus may continue their case *pro se,* if they so desire. Until further notice, all future Notices, Orders and Motions should be served directly on the plaintiffs, Mark and Paige Justus at PO Box 1891, Greenville, TX 75403.

Respectfully submitted,

*/s/*

Thomas R. Kline, Esquire
Shanin Specter, Esquire
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
Liason Counsel for Plaintiffs
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 1657 |
| | Section L/3 |
| | |
| | Judge Fallon |
| THIS RELATES TO: | Mag. Judge Knowles |
| *Mark Justus and Paige Justus, h/w vs. Merck & Company, Peter S. Kim, Ph.D., Louis M. Sherwood, M.D., David W. Antice, Edward M. Scolnick,M.D.* | |
| Civil Action No.: 2:05-cv-04862 | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to Withdraw as Counsel has been served on Liason Counsel, Russ Herman and Phillip Whittmann, by US Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8. Service is also being made by mail via US Postal Service, certified and first class mail, to the plaintiffs at the address listed below. The foregoing was filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by overnight UPS on this 18 day of December, 2006.

                        Mark and Paige Justus
                              PO Box 1891
                        Greenville, TX 75403
                               Plaintiffs

                                KLINE & SPECTER, P.C.

By: _____
      MARCIA F. ROSENBAUM, ESQUIRE



**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

MARCIA F. ROSENBAUM

215-772-1000
FAX: 215-772-1359

November 15, 2006

*Sent Via US First Class Mail, Certified Mail and*
*UPS Overnight Mail*
Mr. Mark Justus
P.O. Box 1891
Greenville, TX 75403

    RE:    **Mark Justus and Paige Justus (h/w) v. Merck & Co., Inc.; In The Superior Court of the Eastern District of Pennsylvania; Docket No. 05-cv-04862**

Dear Mr. Justus:

    Since May, I and my legal assistant have repeatedly attempted to contact by phone, mail and e-mail with respect to the pending litigation in your case. More specifically, we have advised that you have failed to complete the Court ordered Plaintiff Profile Form required to proceed with this litigation. Your completion of this form is mandatory and your failure to complete this form will result in your case being dismissed. Indeed, we have received notification from the attorneys representing defendant Merck and Company that the deadline for your completion of the Plaintiff Profile Form and attached Medical Authorizations has passed and at this time they have reserved the right to move to dismiss your case on the grounds of your failure to respond to discovery and your right to seek redress for the cardiovascular event identified in the Complaint if this form is not immediately produced.

    For the reasons set forth above, we will be unable to continue to handle your claim if we do not receive the completed Plaintiff Profile Form and attached Authorizations within the next ten (10) days. At that time, if we have not heard from you and received your Plaintiff Profile Form, we will file a Motion to withdraw as attorneys in this case.

    If you no longer wish to pursue this litigation and wish to have your case dismissed, please sign the attached copies of the Request to Dismiss acknowledging your decision to dismiss your case. Please return one copy to us in the self addressed stamped envelope enclosed and keep the second copy for your reference.

    Lastly, I am once again enclosing a copy of the Plaintiffs Profile Form and attached Authorizations for your completion and return to me within ten (10) days with the self addressed pre-paid UPS envelope provided for your convenience in returning the completed form to us.

November 15, 2006
Page Two

---

    Again, if we do not hear from you within the next ten (10) days, we will be filing a Motion to withdraw as counsel in this case.

    I would be pleased to speak with you with regard to any questions that you may have. Please call me at (215) 772-0435.

Very truly yours,

MARCIA F. ROSENBAUM

MFR:me
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| MARK JUSTUS and | : |
| PAIGE JUSTUS, h/w | :   MCL No. 05-cv-04862 |
| | : |
| v. | : |
| | : |
| Merck & Company, Peter S. Kim, Ph.D., | : |
| Louis M. Sherwood, M.D., | : |
| David W. Antice, | : |
| Edward M. Scolnick, M.D. | : |

We, Mark Justus and Paige Justus, husband and wife, have agreed to terminate the litigation with respect to Mark Justus' use of Vioxx and to dismiss our case against Merck and Co., Inc.

_____          _____
Mark Justus                               Date

_____          _____
Paige Justus                              Date