FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4 AM 8: 28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 1657 |
| | Section L/3 |
| THIS RELATES TO: | Judge Fallon |
| *Mark Justus and Paige Justus, h/w vs. Merck & Company, Peter S. Kim, Ph.D., Louis M. Sherwood, M.D., David W. Antice, Edward M. Scolnick, M.D.* Civil Action No.: 2:05-cv-04862 | Mag. Judge Knowles |

## ORDER

Before the Court is Kline & Specter, P.C.'s Motion for Leave to Withdraw as Counsel for plaintiffs, Mark Justus and Paige Justus (husband/wife). Accordingly, the Court being fully advised, rules as follows:

IT IS THE ORDER of the COURT that Kline & Specter, P.C.'s Motion for Leave to Withdraw as Counsel is GRANTED.

File and Serve shall be updated by plaintiffs' former attorney Kline & Specter, P.C. to reflect these changes. Until further notice, all future Notices, Orders, and Motions should be served directly on the plaintiffs, Mark and Paige Justus, h/w at PO Box 1891, Greenville, TX 75403.

IT IS SO ORDERED:

_[signature]_
United States District Judge

Date: January 2, 2007

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____