UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC 1 9 2006

LORETTA G. WHYTE
CLERK

In re:  VIOXX®

PRODUCTS LIABILITY LITIGATION

* MDL Docket No. 1657
*
* Cause No.:  05 CV 5607
*
* SECTION L
*
* JUDGE FALLON
*
* MAG. JUDGE KNOWLES

## MOTION FOR SUBSTITUTION OF COUNSEL

Comes now Robert F. Peters and Brooke S. Shreve of Lucas, Holcomb &

Medrea, LLP, and request that the Court grant this Motion for Substitution of Counsel

wherein Robert F. Peters and Brooke S. Shreve will appear as substitute counsel on

behalf of the Plaintiff and the appearance of Robert F. Peters, Jr. and Thomas L. Kirsch

shall be withdrawn due to the fact that the Plaintiffs no longer wish for Robert F. Peters,

Jr., and Thomas L. Kirsch to represent them in this matter.

Robert F. Peters, Atty. No. 5699-45
Lucas Holcomb & Medrea, LLP
300 East 90th Drive
Merrillville, IN  46410
(219) 769-3561

Robert F. Peters, Jr.
8700 Broadway
Merrillville, IN  46410
(219) 769-6205

Brooke S. Shreve, 23141-64
Lucas, Holcomb & Medrea, LLP
300 E. 90th Drive
Merrillville, IN  46410
(219) 769-3561

Thomas L. Kirsch
Thomas L, Kirsch & Associates
131 Ridge Road
Munster, IN 46321
(219) 836-1384

Fee_____
Process_____
X /Dktd_____
CtRmDep_____
Doc. No_____

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion for Substitution of Counsel has been served on Liason Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed via U.S. Mail with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana on this 4th day of December, 2006.


_Robert F. Peters_
Robert F. Peters
Attorney No. 5699-45
Attorney for Plaintiff
Lucas, Holcomb & Medrea, LLP
300 E. 90th Drive
Merrillville, IN 46410
Telephone:    (219) 769-3561
Facsimile:    (219) 756-7409
rpeters@lhmlaw.com