UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4 AM 8:28

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| | * | Cause No.: 05 CV 5607 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS RELATES TO: | * | |
| ROBERT KRSTEVSKI and | * | JUDGE FALLON |
| LUBA KRSTEVSKI, | * | |
| Plaintiffs | * | MAG. JUDGE KNOWLES |
| v. | * | |
| MERCK & CO., INC. | * | |
| Defendant. | * | |

## ORDER SUBSTITUTING APPEARANCE

Robert F. Peters and Brooke S. Shreve having filed their Motion to Substitute their appearance for that of Robert F. Peters, Jr. and Thomas L. Kirsch, the court being duly advised;

IT IS NOW ORDERED, ADJUDGED AND DECREED that the appearance of Robert F. Peters and Brooke S. Shreve is hereby entered on behalf of Plaintiffs, Robert Krstevski and Luba Krstevski, and the appearance of Robert F. Peters, Jr. and Thomas L. Kirsch is hereby withdrawn.

New Orleans, Louisiana, this 29th day of December, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dk'd_____
___ CtRmDep_____
___ Doc. No_____