# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY OCHELLO | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 05-6603 |
| | * | |
| MERCK& CO., | * | |
| AND DR. PHUONG VO | * | SECTION "L" |
| | * | |
| | * | MAGISTRATE (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW

On Motion of Allan Berger and John D. Sileo with the law firm of Allan Berger & Associates, P.L.C., and William P. Connick with the law firm of Connick and Connick, and on suggesting to the court that they have hereto represented the plaintiff in this case, but that they are no longer counsel for plaintiff and desire to withdraw from this cause. Petitioner, Betty Ochello, has been notified of this Motion to Withdraw and a copy of her signed certified receipt is attached. Notices and correspondences may be sent to plaintiff, Betty Ochello, 5133 Oak Drive, Marrero, LA 70072.



Respectfully submitted,

ALLAN BERGER & ASSOCIATES, PLC

_____
John D. Sileo (La. Bar No. 17797)
**Allan Berger (La. Bar No. 2977)**
473 Canal St.
New Orleans, LA 70119-5972
(504) 486-9481
E-mail: aberger@allan-berger.com

William P. Connick
2551 Metairie Road
Metairie, Louisiana 70001
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same in the United States mail, postage prepaid, this ⌊4ᵗʰ day of December, 2006.

_____
JOHN D. SILEO

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Betty Ochello
   6135 Oak Drive
   Marrero, LA 70072

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Betty S. Ochello   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Betty S. Ochello
C. Date of Delivery: 12-13-06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0000 2345 3090

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540