```
                    FILED
              U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA
              2007 JAN -5  PM 12: 07
                LORETTA G. WHYTE
                      CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BETTY OCHELLO** | * | CIVIL ACTION |
| versus | * | NO. 05-6603 |
| **MERCK & CO., AND DR. PHUONG VO** | * | SECTION "L" |
| | * | MAGISTRATE (3) |

## ORDER

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger and John D. Sileo of Allan Berger & Associates, P.L.C. and William P. Connick with the law firm of Connick and Connick be permitted to withdraw from this case and that their names be erased from the court records thereof as counsel for plaintiff.

Signed at New Orleans, Louisiana, this 4th day of January, 2007.

_____
JUDGE