UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN -3 PM 4:59
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the new address of The Gallagher Law Firm in the referenced matter effective November 13, 2006 is:

Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098

All telephone and fax numbers and email addresses will remain the same.

DATED: December 28, 2006.

Respectfully submitted,

_____
Michael T. Gallagher
SBN: 07586000
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record in the manner required by the Rules, on this the 28th day of December, 2006.

Russ Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA  70170

Phillip Whittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA  70130

All counsel of record