U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  JAN - 4 2007

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOBBY WILLIAMS

    Plaintiff,

MERCK & Co., INC,

    Defendant(s),
_____/

MDL No.1657 Sec.L

In re:VIOXX Product Libability Litigation.

HON.Eldon E.Fallon

This Document Relates TO:

BOBBY A.WILLIAMS V. MERCK & CO, INC, NO. 05-1010

### PLAINTIFF'S PRO PER MOTION FOR ORDER TO TRANSFER CASE BACK TO THE STATE COURT AND FOR COPY(S) OF ALL DISCOVERY

Plaintiff **Bobby A.Williams**, acting in **Pro Per**, hereby request that the court remand this cause back to the State Court-Marion County Superior Court, of Indiana case No.49D10-0412-2375.

The Court's ruling of November 22,2006, which denied classaction status would therefore, satisfy transfering this cause back to the State Court-Marion County Superior Court, because this litigation no longer involve common questions of fact per the Court's November 22,2006, ruling.

    Plaintiff also, request that the court enter an order requiring that he be provided copies of all discovery produced in case No:

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
    Doc. No._____

MDL No.1657 Sec.L, as plaintiff is and has been acting in **Pro Per**, in this cause of action, and has a right to all evidentiay material.

**WHEREFORE**, For all of the above said reasons setforth above plaintiff prays that the court GRANT his Motion.

Bobby A.Williams
In Pro Per
#147572
Florance Crane Corr.Fac.
38 Fourth Street
Coldwater,MI 49036

### PROOF OF SERVICE

I, Bobby A.Williams, states that on this December 15,2006, I served a true and correct copy of the herein pleading was served by U.S first class mail TO:

Phillip A.Wittmann
Stone pigman Walter Wittmann,LLC
546 Carondelet Street
New Orleans,LA 70130

Bobby A.Williams#147572

Dated:12/15/06



US District Court
777 Florida Street
suite 369
Baton Rouge,LA 70801-1717

December 15,2006

RE:Williams v Merck & Co/Inc/ No.05-1010
MDL No.1657 Sec.L Vioxx Litigation

Dear Clerk Of The Court:

    Enclosed please find plaintiff's Motion for Transfer and for discovery.

Please file in your usual manner.

Thank you,

Bobby A.Williams
#147572
38 Fourth St

Florance Corr.Fac.
Coldwater,MI 49036

Name    Mr. Bobby A. Williams    147572
FLORENCE CRANE CORRECTIONAL FACILITY
38 Fourth Street
Coldwater, MI 49036

Clerk Of The Court
United States District Court
777 Florida Street
suite 369
Baton Rouge, LA 70801-1717

70801+1717