FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2007 JAN -4  AM 8: 58

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

JACQUELINE ANDERSON,
                    Plaintiff,
vs.

Civil Action No. 2:06-cv-962

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., et al.

                    Defendants.              /

## ORDER ON PLAINTIFF'S MOTION FOR
## WITHDRAWAL OF APPEARANCE OF AMY D. PREVATT
## AS COUNSEL OF RECORD FOR PLAINTIFF

THIS CAUSE having come before the Court on Plaintiff's Motion For Withdrawal of

Appearance of Amy D. Prevatt as Counsel of Record for Plaintiff, which was unopposed by

Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Motion is GRANTED to withdraw Amy D. Prevatt as attorney of

record for Plaintiff.

New Orleans, Louisiana, this 29th day of December, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
X  Dktd _____
✓ CtRmDep_____
____ Doc. No_____