FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4  AM 8: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-cv-1682

DAVID BOYD,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., et al.

        Defendants.   /

### ORDER ON PLAINTIFF'S MOTION FOR WITHDRAWAL OF APPEARANCE OF AMY D. PREVATT AS COUNSEL OF RECORD FOR PLAINTIFF

THIS CAUSE having come before the Court on Plaintiff's Motion For Withdrawal of Appearance of Amy D. Prevatt as Counsel of Record for Plaintiff, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion is GRANTED to withdraw Amy D. Prevatt as attorney of record for Plaintiff.

New Orleans, Louisiana, this 29th day of December, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
X /Dktd _____
__ CtRmDep _____
__ Doc. No. _____