FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4  AM 8: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

TODD BRAY,
        Plaintiff,

vs.

MERCK & CO., INC., et al.

        Defendants.

Civil Action No. 06-CV-1684

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER ON PLAINTIFF'S MOTION FOR WITHDRAWAL OF APPEARANCE OF AMY D. PREVATT AS COUNSEL OF RECORD FOR PLAINTIFF

THIS CAUSE having come before the Court on Plaintiff's Motion For Withdrawal of Appearance of Amy D. Prevatt as Counsel of Record for Plaintiff, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.     Plaintiff's Motion is GRANTED to withdraw Amy D. Prevatt as attorney of record for Plaintiff.

New Orleans, Louisiana, this 29th day of December, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

____ Fee _____
____ Process _____
_X_ Dktd _____
__/ CtRmDep _____
____ Doc. No _____