UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN -5  PM 12: 03
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

## ORDER

Considering the Motion for Leave to File Fifth Supplemental Authority of Plaintiffs, Lene Arnold and Alicia Gomez;

IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Fifth Supplemental Authority in opposition to Merck & Co.'s Motion for Summary Judgment.

New Orleans, Louisiana this 5th day of January, 2007.

Honorable Eldon E. Fallon
U.S. District Judge

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____