UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to | * | CAUSE NO: 06-cv-1611 |
| Mario González Galán, et al. | * | JUDGE FALLON |
| Plaintiffs, | * | MAGISTRATE JUDGE KNOWLES |
| vs. | * | |
| Merck & Co., Inc. | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 4th day of January, 2007

_____
DISTRICT JUDGE

-1-