FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -5  PM 12: 03

LORETTA G. WHYTE
CLERK

~~BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION~~
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL NO. 1657 |
| ) | |
| ) | SECTION: L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Eldon E. Fallon |
| PATRICIA SANDERS #05-6198 ) | |

## ORDER

Defendant Saint Louis ConnectCare's Motion for Leave to file a Reply is hereby granted by this Court.

SIGNED AND ENTERED on this 5th day of January, 2007.

Presiding Judge Eldon E. Fallon

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____