IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX<br>Products Liability Litigation<br><br>This document relates to<br>Case No. 06-4890<br><br>Soledad Harris, George Harris, Jr.,<br><br>Plaintiffs,<br><br>vs.<br><br>Merck & Co., Inc. and Merck<br>Pharmaceuticals, a/k/a Merck,<br><br>Defendants. | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL

Plaintiffs, Soledad Harris and George Harris, Jr. ("Plaintiffs"), and Defendant, Merck & Co., Inc. ("Merck")[1], hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiffs agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern

---

[1] "Merck Pharmaceuticals, a/k/a Merck" is not an entity and has not been served.

District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

Plaintiffs agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal without prejudice to re-filing of the claims of the Plaintiffs, subject to the conditions stated above.

The parties further stipulate that immediately upon entry of the Order of Dismissal Without Prejudice, Lexis Nexis will be notified of the dismissal in accordance with Pre-Trial Order 8B.

Dated: 1/9/07

Arthur Sherman, 24403
Richard Salkow, 204572
Sherman & Salkow
A Professional Corporation
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
Tel: (310) 914-8484; Fax: (310) 914-0079

Counsel for Plaintiffs

Dated: 1/10/07

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Tel: (504) 581-3200; Fax: (504) 581-3361

Defendants' Liaison Counsel