IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX <br> Products Liability Litigation <br><br> This document relates to <br> Case No. 06-4890 <br><br> Soledad Harris, George Harris, Jr., <br><br> Plaintiffs, <br><br> vs. <br><br> Merck & Co., Inc. and Merck <br> Pharmaceuticals, a/k/a Merck, <br><br> Defendants. | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal in the case of Soledad Harris and George Harris, Jr.,

IT IS ORDERED, that all claims of Plaintiffs Soledad Harris and George Harris, Jr. be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE