UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Charlotte Welch et al. v. Merck & Co., Inc. et al.*, No. 06-cv-6359 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck") and Plaintiff Charlotte Welch ("Plaintiff"), through their respective undersigned counsel, as follows:

1. This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) in accordance with the following stipulations:

    A. Plaintiff will not re-file any suit based on any claims arising out of alleged personal injuries related to her use of Vioxx against Merck, any of it subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court.

    B. This stipulation is made without prejudice to plaintiff's right, if any, to participate as class members if a medical monitoring class were ever certified in this Court or in any another Vioxx proceeding. In so stipulating, Merck specifically denies that any putative medical monitoring class action of Vioxx users can be certified and specifically denies that

plaintiff is or can be members of any such class.

2. Each party is to bear its own costs and attorneys' fees.

Dated: January 5, 2007

SIMMONSCOOPER, LLC

Trent B. Miracle
David Miceli
707 Berkshire Blvd.
East Alton, IL 62024
Telephone: 618.259.2222

and

HANLEY CONROY BIERSTEIN
SHERIDIAN FISHER & HAYES
112 Madison Ave.
New York, NY 10017-1111
Telephone: 212.784.6400

Attorneys for Plaintiff

Dated: 1/9/07

REED SMITH LLP

Steven J. Boranian
R. Euna Kim
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile:  415.391.8269

Attorneys for Defendant Merck & Co., Inc.