UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 06-6359 | |
| | MAGISTRATE JUDGE KNOWLES |
| *Charlotte Welch, et al.* | |
| Plaintiffs, | |
| v. | |
| *Merck & Co., Inc., et al.*, | |
| Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Order of Dismissal With Prejudice,

IT IS ORDERED, that all claims of plaintiff Charlotte Welch in the above-captioned case be and they hereby are dismissed with prejudice, each party to bear its own costs and attorneys' fees, and subject the terms and conditions of the Stipulation that this dismissal is without prejudice to plaintiff's right, if any, to participate as class members if a medical monitoring class were ever certified in this Court or in any other Vioxx proceeding.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE