UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX           PRODUCTS LIABILITY LITIGATION | *   MDL NO. 1657<br>*<br>*   SECTION: L(3)<br>*<br>*   JUDGE FALLON<br>*   MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
   *Dochsteiner v. Merck & Co., Inc.*, 05-670

### ORDER

IT IS ORDERED that Stephens Pharmacy's Motion to Dismiss (Rec. Doc. 9284) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this   10th   day of   January  , 2007.

_____
UNITED STATES DISTRICT JUDGE