UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *This document relates to ALL CASES* | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave to File Supplemental Authority of The Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that The Plaintiffs' Steering Committee is granted leave of court to file the attached Supplemental Authority in opposition to Merck & Co's motion for protective order prohibiting discovery related to the Martin Report, and in support of its motion to compel compliance with third-party subpoenas.

New Orleans, Louisiana this __9th__ day of _____January_____, 2007.

_____
Honorable Eldon E. Fallon
U.S. District Judge