UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Johnny E. Anderson et al. v. Merck & Co., Inc.*, No. 05-4762 (Nakeisha A. Carr Only).

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Nakeisha A. Carr be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Partial Dismissal Without Prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___9th___ day of ___January___, 200_7_.

_____
UNITED STATES DISTRICT JUDGE

5