UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Lucille Ballard et al. v. Merck & Co., Inc.,* No. 05-4767 **(Ronna K. LaFavers, Individually and as Representative of the Estate of Michael J. LaFavers Only).**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Ronna K. LaFavers, Individually and as Representative of the Estate of Michael J. LaFavers be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Partial Dismissal Without Prejudice, each party to bear their own costs.

New Orleans, Louisiana, this  9th  day of  January , 200 7 .

_____
UNITED STATES DISTRICT JUDGE

5