

EXHIBIT

A

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
PROBATE DIVISION

IN THE MATTER OF THE ESTATE OF
SHIRLEY M. GRAY, DECEASED

No. P-2006-455

ORDER APPOINTING ADMINISTRATION AND
APPOINTING ADMINISTRATOR

On this _____ day of _____, 2006, there is presented to the Court the Petition of John Gray of Hot Springs, Arkansas, wherein he states and requests that administration of the estate be opened and that he be appointed to serve as administrator and personal representative, and upon consideration of such petition, and the facts and evidence in support thereof, the Court finds:

That Shirley M. Gray died on May 8, 2002, in Hot Springs, Arkansas, and at that time of her death, was a resident of Garland County, Arkansas. The Court finds further that there is a necessity for the administration of said estate; that John Gray is qualified to serve as personal representative and administrator. The Court further finds that said Petitioner need not file a bond with the Clerk based upon the waiver of all of the known heirs of the decedent. The Court further finds that this Court has jurisdiction and venue properly lies in this County.

It is therefore **CONSIDERED** and **ORDERED**, by the Court, that administration of the estate be, and hereby is, opened and that John Gray be, and hereby is, named the administrator of the estate of the decedent; that letters of administration shall be issued to said person.

_____
CIRCUIT JUDGE