UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Southard v. Merck & Co., Inc.*, **06-320**

### ORDER

IT IS ORDERED that the Plaintiff's Motion for Appointment of Counsel (Rec. Doc. 9020) is DENIED. Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657 and to assist him in obtaining counsel. IT IS FURTHER ORDERED that the Plaintiff's Motion for Order directing the North Carolina Department of Corrections to release his medical records (Rec. Doc. 9021) is also DENIED.[1]

New Orleans, Louisiana, this __10th__ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Larry Ray Southard
0382560
P.O. Box 1058
Burgaw, NC 28425

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

---

[1] If a Rule 45 subpoena is necessary for the Plaintiff to access his medical records, the subpoena should be requested from the local district court in North Carolina.