UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>JAMES DAVIS, INDIVIDUALLY AND<br>AS PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF BARBARA<br>DAVIS, JACQUELINE ALLEN,<br>AND GAYLYNN ELLERD V. MERCK<br>& CO., INC , ET AL. | * * * * * * * * * * * | MDL Docket No. 1657<br>Case: 2:05cv2487<br>Section L |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

TO THIS HONORABLE COURT:

COMES NOW James Davis, Individually and as Personal Representative of the Estate of Barbara Davis, Jacqueline Allen, and Gaylynn Ellerd, Plaintiffs herein, and would respectfully show unto the Court that they do not desire at this time to further prosecute their causes of action in the above styled and numbered civil action against Defendant Merck & Co., Inc. and pray for a non-suit and dismissal of said Defendant pursuant to FED. R. CIV. P. 41 along with entry of the accompanying Order.

ROBERTS & ROBERTS

BY: /s/ Randell C. Roberts
RANDELL C. ROBERTS
Bar No. 17016490
118 W. Fourth
Tyler, TX 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Postal Service Certified Mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this __11th__ day of January, 2007.

/s/ Randell C. Roberts
RANDELL C. ROBERTS
Texas State Bar No. 17016490
Attorney for Plaintiffs
Roberts & Roberts