# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 Case: 2:05cv2487 Section L |
| THIS DOCUMENT RELATES TO: JAMES DAVIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BARBARA DAVIS, JACQUELINE ALLEN, AND GAYLYNN ELLERD V. MERCK & CO., INC., ET AL. | * * * * * * * * | |

************************************

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this day came on for consideration the Plaintiffs' Motion to Dismiss Defendant Merck & Co., Inc., and the Court after considering said Motion, is of the opinion that it should be and is hereby GRANTED.

It is therefore ORDERED that Plaintiffs James Davis, Individually and as Personal Representative of the Estate of Barbara Davis, Jacqueline Allen, and Gaylynn Ellerd's causes of action against Defendant Merck & Co., Inc., in MDL No. 1657, be and the same are hereby dismissed, and that Defendant Merck & Co., Inc. be and the same is dismissed from these proceedings.

SIGNED this _____ day of _____, 2007.

_____
JUDGE PRESIDING

APPROVED AS TO FORM
AND ENTRY REQUESTED:

ROBERTS & ROBERTS


BY: /s/ Randell C. Roberts
    RANDELL C. ROBERTS
    Attorney for Plaintiffs
    James Davis, Individually and
    as Personal Representative of the
    Estate of Barbara Davis, Jacqueline
    Allen, and Gaylynn Ellerd