**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 10, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|        PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
        *ALL CASES*

      A conference was held on this date in the Chambers of Judge Eldon E. Fallon.  Leonard Davis and Drew Ranier participated on behalf of the Plaintiffs' Steering Committee ("PSC").  Andy Birchfield and Richard Arsenault also participated on behalf of the PSC via telephone.  Phillip Wittmann participated on behalf of Merck.  Benjamin Barnett and John Beisner also participated on behalf of Merck via telephone.

      At the conference, the parties discussed discovery of Merck insurance matters.  The Court expressed its desire to deal with this issue in a uniform and efficient fashion.  Accordingly, it was agreed that Merck and its insurers will file an omnibus motion for a protective order with respect to insurance matters no later than January 16, 2007.  The PSC will then file its response no later than January 23, 2007.  The Court will then hear oral argument on this issue following the January 25, 2007 monthly status conference.  The parties are directed to contact the Court should supplemental briefing be necessary, and the Court will reschedule oral argument for another day.

JS10(00:30)