UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| Relates to:<br><br>ALL MEDICAL MONITORING CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | |

MOTION FOR LEAVE OF COURT
TO FILE SUPPLEMENTAL AUTHORITY

     NOW INTO COURT, through undersigned counsel, come the Plaintiffs' Steering Committee ("PSC"), who request leave of court to file the attached Supplemental Authority relating to all medical monitoring class action complaints pending or subject to transfer to MDL 1657.

1

                                                Respectfully submitted,
                                        **PLAINTIFFS' STEERING COMMITTEE**

Date:  January 16, 2007                     By:/s/ Leonard A. Davis

                                                        **Russ M. Herman (Bar No. 6819)**
                                                        Leonard A. Davis (Bar No. 14190)
                                                        Stephen J. Herman (Bar No. 23129)
                                                        ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                                        Place St. Charles
                                                        201 St. Charles Avenue, Suite 4310
                                                        New Orleans, Louisiana 70170
                                                        Telephone: (504) 581-4892
                                                        Facsimile: (504) 561-6024

                                                        **PLAINTIFFS' LIAISON COUNSEL**

| | |
|---|---|
| Andy D. Birchfield, Jr., Esquire | Gerald E. Meunier, Esquire |
| Leigh O'Dell, Esquire | GAINSBURGH, BENJAMIN, DAVID, |
| BEASLEY, ALLEN, CROW, METHVIN, |   MEUNIER & WARSHAUER, L.L.C. |
| PORTIS & MILES, P.C. | Energy Centre |
| P.O. Box 4160 | 1100 Poydras Street, Ste. 2800 |
| 234 Commerce Street | New Orleans, LA 70163 |
| Montgomery, AL 36103-4160 | (504) 522-2304 (telephone) |
| (800) 898-2034 (telephone) | (504) 528-9973 (fax) |
| (334) 954-7555 (telecopier) | |
| **Co-Lead Counsel** | Troy Rafferty, Esquire |
| | LEVIN, PAPANTONIO, THOMAS, MITCHELL, |
| Richard J. Arsenault, Esquire | ECHSNER & PROCTOR, PA |
| NEBLETT, BEARD & ARSENAULT | 316 S. Baylen Street, Suite 400 |
| 2220 Bonaventure Court, P.O. Box 1190 | Pensacola, FL  32502 |
| Alexandria, LA  71301-1190 | (850) 435-7000 (telephone) |
| (318) 487-9874 (telephone) | (850) 497-7059 (telecopier) |
| (318) 561-2591 (telecopier) | |
| | Elizabeth J. Cabraser, Esquire |
| Christopher A. Seeger, Esquire | LIEFF, CABRASER, HEIMANN & |
| SEEGER WEISS |   BERNSTEIN, LLP |
| One William Street | Embarcadero Center West |
| New York, NY 10004 | 275 Battery Street, 30th Floor |
| (212) 584-0700 (telephone) | San Francisco, CA 94111 |
| (212) 584-0799 (telecopier) | (415) 956-1000 (telephone) |
| **Co-Lead Counsel** | (415) 956-1008  (telecopier) |

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX  77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of January, 2007.

  /s/ Leonard A. Davis
  Leonard A. Davis (Bar No. 14190)
  ***Herman, Herman, Katz & Cotlar, LLP***
  201 St. Charles Ave., Suite 4310
  New Orleans, LA  70170
  PH: (504) 581-4892
  FAX: (504) 561-6024
  ldavis@hhkc.com