UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| Relates to:<br><br>ALL MEDICAL MONITORING CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs' Steering Committee hereby submits the recent opinion of the Superior Court of New Jersey, Appellate Division in *Sinclair v. Merck & Co., Inc.*, No. A-5661-0425 (N.J.A.D. Jan. 16, 2007) attached hereto as Exhibit "A". The Appellate Division has reversed Judge Higbee's Opinion at 2005 WL 1278364 (N.J.Super. May 19, 2005)(Higbee, J.), whose opinion Merck relied upon extensively in its Motion to Dismiss.

The PSC requests that the Court take into consideration the Appellate's Division recent ruling when determining the instant motion.

1

                              Respectfully submitted,

                              **PLAINTIFFS' STEERING COMMITTEE**

Date:  January 16, 2007                        By:/s/ Leonard A. Davis
                                                      **Russ M. Herman (Bar No. 6819)**
                                                      Leonard A. Davis (Bar No. 14190)
                                                      Stephen J. Herman (Bar No. 23129)
                                                      ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                                      Place St. Charles
                                                      201 St. Charles Avenue, Suite 4310
                                                      New Orleans, Louisiana 70170
                                                      Telephone: (504) 581-4892
                                                      Facsimile: (504) 561-6024

                                                      **PLAINTIFFS' LIAISON COUNSEL**

| | |
|---|---|
| Andy D. Birchfield, Jr., Esquire<br>Leigh O'Dell, Esquire<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>(800) 898-2034 (telephone)<br>(334) 954-7555 (telecopier)<br>**Co-Lead Counsel**<br><br>Richard J. Arsenault, Esquire<br>NEBLETT, BEARD & ARSENAULT<br>2220 Bonaventure Court, P.O. Box 1190<br>Alexandria, LA  71301-1190<br>(318) 487-9874 (telephone)<br>(318) 561-2591 (telecopier) | Christopher A. Seeger, Esquire<br>SEEGER WEISS<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 (telephone)<br>(212) 584-0799 (telecopier)<br>**Co-Lead Counsel**<br><br>Gerald E. Meunier, Esquire<br>GAINSBURGH, BENJAMIN, DAVID,<br>  MEUNIER & WARSHAUER, L.L.C.<br>Energy Centre<br>1100 Poydras Street, Ste. 2800<br>New Orleans, LA 70163<br>(504) 522-2304 (telephone)<br>(504) 528-9973 (fax) |

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX  77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of January, 2007.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman, Katz & Cotlar, LLP***
    201 St. Charles Ave., Suite 4310
    New Orleans, LA  70170
    PH:     (504) 581-4892
    FAX:   (504) 561-6024
    ldavis@hhkc.com