UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| This document relates to | * | |
| ANTHONY WAYNE DEDRICK | * | |
| Plaintiff, | * | |
| V. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |
| Civil Action No. 2:05cv2524 | * | |

* * * * * * * * * * * * * * * * * *

## MERCK'S MOTION FOR TAXATION OF COSTS

Defendant Merck & Co., Inc. ("Merck"), by and through its undersigned counsel, pursuant to the Judgment in Merck's favor, entered on December 15, 2006 and filed on December 18, 2006, hereby requests the Clerk of the Court to tax costs against Plaintiff Anthony Wayne Dedrick in the amount of $43,567.30. Merck relies on the attached memorandum, bill of costs, affidavit and all attachments thereto, which are incorporated as if fully set forth herein.

1

849430v.1

Dated: January 16, 2007

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA  701310
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

—and—

Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR &
SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone:  312-494-4400
Fax:     312-494-4440


Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Merck & Co., Inc.'s Motion for Taxation of Costs has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of January, 2007.

            /s/ Dorothy H. Wimberly
            Dorothy H. Wimberly, 18509
            STONE PIGMAN WALTHER WITTMANN, LLC
            546 Carondelet Street
            New Orleans, LA  701310
            Phone: 504-581-3200
            Fax:  504-581-3361
            dwimberly@stonepigman.com

            Defendant's Liaison Counsel