UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| This document relates to | * | |
| ANTHONY WAYNE DEDRICK | * | |
| Plaintiff, | * | |
| V. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |
| Civil Action No. 2:05cv2524 | * | |

* * * * * * * * * * * * * * * * * *

## DECLARATION OF M. ELAINE HORN IN SUPPORT OF BILL OF COSTS

I, M. Elaine Horn, hereby declare as follows:

    1. I am an attorney licensed to practice law in New York and the District of Columbia, and I am an attorney for Defendant Merck in the above-captioned multi-district litigation proceedings. I am a Partner of the law firm Williams & Connolly LLP, counsel for Defendant. I submit this declaration in support of Defendant's Bill of Costs.

    2. Where I do not have first-hand knowledge of the costs for which recovery is sought, I have obtained information from other attorneys of record and staff who have knowledge of the costs.

3. Exhibit "A" to this Declaration itemizes deposition costs which Merck seeks to recover. I have reviewed the invoices for these depositions, which are attached behind Exhibit A. The attached documents are true and accurate representations of costs incurred by Merck.

4. Exhibit "B" to this Declaration itemizes trial transcript costs for use in connection with Merck's preparation for trial. I have reviewed the invoices for Merck's trial transcript costs, which are attached behind Exhibit B. The attached documents are true and accurate representations of costs incurred by Merck.

5. I certify that the costs stated herein are correct and have been necessarily incurred in this case to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on January 16, 2007.

_____
M. Elaine Horn