# EXHIBIT A

## Exhibit A

**Bill of Costs Itemization – Depositions**
**Submitted by Defense Counsel**

**Anthony Wayne Dedrick v. Merck & Co., Inc.**
**Case No.  2:05-CV-2524**

|  | **Deponent (Day)** | **Cost** | **Invoice Number** | **Firm** |
|---|---|---|---|---|
| 1. | Anthony Wayne Dedrick (Day 1 – September 7, 2006) | $1994.45 | Invoice #4068EML (Golkow Litigation Technologies, 09/21/06) Transcript & Exhibits | Williams & Connolly |
| 2. | John McPherson, M.D., Mark Koenig M.D. (Day 1 – September 12, 2006) | $2201.50 | Invoice #4096EML (Golkow Litigation Technologies, 09/29/06) Transcript, Exhibits & Attendance Fee | Fulbright & Jaworski |
| 3. | William Coltharp, M.D. (Day 1 – September 13, 2006) | $1899.00 | Invoice #4099EML (Golkow Litigation Technologies, 09/29/06) Transcript, Exhibits & Attendance Fee | Fulbright & Jaworski |
| 4. | Esmeraldo Herrera, M.D. (Day 1 – September 14, 2006) | $1971.00 | Invoice #4102 EML (Golkow Litigation Technologies, 09/29/06) Transcript, Exhibits & Attendance Fee | Fulbright & Jaworski |
| 5. | Sherry Curtis, Phil Dedrick, Kenny Dedrick (Day 1 – September 26, 2006) | $2155.95 | Invoice #4135EML (Golkow Litigation Technologies, 10/10/06) Transcript & Exhibits | Williams & Connolly |
| 6. | Melissa McAllister (Day 1 – September 27, 2006) | $1988.10 | Invoice #4169EML (Golkow Litigation Technologies, 10/23/06) Transcript & Exhibits | Williams & Connolly |
| 7. | Colin D. Funk, Ph. D. (Day 1 – October 10, 2006) | $4351.40 | Invoice #4182EML (Golkow Litigation Technologies, 10/24/06) | Fulbright & Jaworski |

|  | Deponent (Day) | Cost | Invoice Number | Firm |
|---|---|---|---|---|
|  |  |  | Transcript, Exhibits & Attendance Fee |  |
| 8. | Donna K. Arnett, Ph.D. (Day 1 – October 20, 2006) | $1867.20 | Invoice #4266EML (Golkow Litigation Technologies, 11/16/06) Transcript & Exhibits | Bartlit Beck Herman Palenchar & Scott |
| 9. | Paul J. Roach, M.D. (Day 1 – October 24, 2006) | $1632.50 | Invoice #4278EML (Golkow Litigation Technologies. 11/17/06) Transcript & Exhibits | Fulbright & Jaworski |
| 10. | Craig M. Pratt, M.D. (Day 1 – October 26. 2006) | $3013.60 | Invoice #4252EML (Golkow Litigation Technologies, 11/16/06) Transcript & Exhibits | Fulbright & Jaworski |
| 11. | Darrell Baker (Day 1 – November 15, 2006) | $780.00 | Invoice #4346EML (Golkow Litigation Technologies, 12/05/06) Transcript & Exhibits | Bartlit Beck Herman Palenchar & Scott |
| 12. | Anita Glover Saji Jacob, M.D. Alfred Stanley , M.D. (Day 1 – November 17, 2006) | $1358.00 | Invoice #4333EML (Golkow Litigation Technologies, 12/04/06) Transcript & Exhibits | Bartlit Beck Herman Palenchar & Scott |
| 13. | Anthony Wayne Dedrick, Vol II (November 24, 206) | $2673.00 | Invoice #4347EML (Golkow Litigation Technologies, 12/05) Transcript & Exhibits | Bartlit Beck Herman Palenchar & Scott |

**Total**: $27,885.70



**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134                    3235      ESQUD06
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA    FAX(917)591-5672

To: WILLIAMS & CONNOLLY
725 12TH STREET N.W.
WASHINGTON, DC 20005

| INVOICE NUMBER | DATE |
|---|---|
| 4068EML | 09/21/06 |

ATTN : M.ELAINE HORN, ESQ.

Due Upon Receipt | AMOUNT DUE | ENCL.



YOUR REFERENCE NUMBER:

CAPTION: VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 09/07/06

ANTHONY WAYNE DEDRICK

EXPEDITED DELIVERY (2DAY/V)
ORIGINAL & ONE COPY TRANSCRIPT        231 @  $8.45        1,951.95
ROUGH ASCII SURCHARGE                 231 @  $1.50          346.50
REAL-TIME SURCHARGE                   100 @  $1.25          125.00
EXHIBITS                               85 @  $0.35           29.75
EXHIBIT SCANNING                       85 @  $0.15           12.75
SHIPPING & HANDLING                                          30.00

JOB SITE: FLORENCE, AL

BALANCE DUE                                     TOTAL | 2,495.95 | Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

**Golkow Litigation Technologies**
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 3235  TOT: $2495.95
INVOICE #: 4068EML
DATE: 09/21/06

WILLIAMS & CONNOLLY
Attn: M.ELAINE HORN, ESQ.
725 12TH STREET N.W.
WASHINGTON, DC 20005



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134                3109      ALPHR01
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA    FAX(917)591-5672

To:   FULBRIGHT & JAWORSKI, LLP
      SUITE 2800
      2200 ROSS AVENUE
      DALLAS, TX 75201

| INVOICE NUMBER | DATE |
|---|---|
| 4096EML | 09/29/06 |

ATTN : RICHARD KRUMHOLZ, ESQUIRE

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 09/12/06:

JOHN MCPHERSON, M.D.
MARK KOENING, M.D.
EXPEDITED DELIVERY (3DAY)
 (TECHNICAL/V)
ORIGINAL & ONE COPY TRANSCRIPT        1,904.00
ATTENDANCE FEE: FULL-DAY                200.00
EXHIBITS                                 68.25
EXHIBIT SCANNING                         29.25
SHIPPING & HANDLING                      40.00
SHIPPING & HANDLING (R&S)                36.00

JOB SITE: NASHVILLE, TN

**BALANCE DUE**

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**TOTAL**   2,277.50   *Thank You!*

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Golkow Litigation Technologies**
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 3109  TOT: $2277.50
INVOICE #: 4096EML
DATE: 09/29/06

FULBRIGHT & JAWORSKI, LLP
Attn: RICHARD KRUMHOLZ, ESQUIRE
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134                    2957      ALPHR01
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA   FAX(917)591-5672

To: FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : RICHARD KRUMHOLZ, ESQUIRE

| INVOICE NUMBER | DATE |
|---|---|
| 4099EML | 09/29/06 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION: VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 09/13/06:

WILLIAM COLTHARP, M.D.

EXPEDITED DELIVERY (3DAY)
(TECHNICAL/V)
ORIGINAL & ONE COPY TRANSCRIPT              1,664.00
ATTENDANCE FEE: FULL-DAY                      200.00
EXHIBITS    (BINDER/CD)                        35.00
SHIPPING & HANDLING                            90.00
SHIPPING & HANDLING (R&S)                      36.00

JOB SITE: NASHVILLE, TN

**BALANCE DUE**

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**TOTAL**  2,025.00   *Thank You!*

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Golkow Litigation Technologies**
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 2957  TOT: $2025.00
INVOICE #: 4099EML
DATE: 09/29/06

FULBRIGHT & JAWORSKI, LLP
Attn: RICHARD KRUMHOLZ, ESQUIRE
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134          3232      ALPHR01
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA   FAX(917)591-5672

To:  FULBRIGHT & JAWORSKI, LLP
     SUITE 2800
     2200 ROSS AVENUE
     DALLAS, TX 75201

     ATTN : JONATHAN SKIDMORE, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 4102EML | 09/29/06 |

Due Upon Receipt | AMOUNT DUE | ENCL.

YOUR REFERENCE NUMBER:

CAPTION:  VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 09/14/06:

ESMERALDO HERRERRA, M.D.

EXPEDITED DELIVERY (3DAY)
  (TECHNICAL/V)
ORIGINAL & ONE COPY TRANSCRIPT          1,664.00
ATTENDANCE FEE: FULL-DAY                  250.00
EXHIBITS                                   39.90
EXHIBIT SCANNING                           17.10
SHIPPING & HANDLING                        60.00
SHIPPING & HANDLING (R&S)                  42.00

JOB SITE: WAYNESBORO, TN

BALANCE DUE                    TOTAL    2,073.00    Thank You

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

**Golkow Litigation Technologies**        JOB: 3232  TOT: $2073.00
4 Penn Center                             INVOICE #: 4102EML
Suite 1210                                DATE: 09/29/06
Philadelphia,PA 19103
Tax ID # 20-3781134

FULBRIGHT & JAWORSKI, LLP
Attn: JONATHAN SKIDMORE, ESQ.
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**GOLKOW** LITIGATION TECHNOLOGIES

**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA   FAX(917)591-5672

3400      ESQUD06

To:
WILLIAMS & CONNOLLY
725 12TH STREET N.W.
WASHINGTON, DC 20005

43560.0045

ATTN : M.ELAINE HORN, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 4135EML | 10/10/06 |

Due Upon Receipt | AMOUNT DUE | ENCL.

YOUR REFERENCE NUMBER:

CAPTION:   VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 09/26/06:

Pay

SHERRY CURTIS
PHIL DEDRICK
KENNY DEDRICK

EXPEDITED DELIVERY (2DAY)
ORIGINAL & ONE COPY TRANSCRIPT          251 @   $8.45       2,120.95
ROUGH ASCII SURCHARGE                   251 @   $1.50         376.50
EXHIBITS   (PAPER/CD)                                          35.00
SHIPPING & HANDLING                                           30.00

JOB SITE: FLORENCE, AL

RECEIVED
OCT 2 0 2006

BALANCE DUE                                   TOTAL | 2,562.45 | Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Golkow Litigation Technologies**
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 3400  TOT: $2562.45
INVOICE #: 4135EML
DATE: 10/10/06

WILLIAMS & CONNOLLY
Attn: M.ELAINE HORN, ESQ.
725 12TH STREET N.W.
WASHINGTON, DC 20005



**GOLKOW** LITIGATION TECHNOLOGIES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



Golkow Litigation Technologies
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA   FAX(917)591-5672

3431     ALPHR01

To:   WILLIAMS & CONNOLLY
      725 12TH STREET N.W.
      WASHINGTON, DC 20005

| INVOICE NUMBER | DATE |
|---|---|
| 4169EML | 10/23/06 |

ATTN : PAUL T. HOURIHAN, ESQ.

Due Upon Receipt | AMOUNT DUE | ENCL.

YOUR REFERENCE NUMBER:

CAPTION:   VIOXX (DEDRICK VS. MERCK)

*OK to pay — Merck/MDL*
*PTH*
*308914*

SERVICES PROVIDED ON 09/27/06:

MELISSA MCALLISTER

EXPEDITED DELIVERY (2DAY/V)
ONE COPY OF TRANSCRIPT              292 @   $6.55        1,912.60
ROUGH ASCII SURCHARGE               292 @   $1.50          438.00
EXHIBITS                            151 @   $0.35           52.85
EXHIBIT SCANNING                    151 @   $0.15           22.65
SHIPPING & HANDLING                                         30.00

JOB SITE: MEMPHIS, TN               *1300 octs*

RECEIVED NOV 0 6 2006

BALANCE DUE                         TOTAL     2,456.10     Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment
- - - - - - - - - - - - - - - - - -

Remit To:

**Golkow Litigation Technologies**
4 Penn Center
Suite 1210
Philadelphia,PA 19103
Tax ID # 20-3781134

JOB: 3431  TOT: $2456.10
INVOICE #: 4169EML
DATE: 10/23/06

WILLIAMS & CONNOLLY
Attn: PAUL T. HOURIHAN, ESQ.
725 12TH STREET N.W.
WASHINGTON, DC 20005



LINKING TESTIMONY, TRADITION AND TECHNOLOGY





**Golkow Litigation Technologies**
**4 Penn Center**
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA   FAX(917)591-5672

3513      ATCHD01

To:
FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

ATTN : JOSEPH W. TOMASELLI, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 4182EML | 10/24/06 |

Due Upon Receipt

| AMOUNT DUE | ENCL |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**   VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 10/02/06:

COLIN D. FUNK, PH.D.

| | AMOUNT DUE | |
|---|---|---|
| REGULAR DELIVERY (TECHNICAL) | | |
| ORIGINAL & ONE COPY TRANSCRIPT | 2,811.90 | ← |
| ROUGH ASCII SURCHARGE | 955.50 | |
| ATTENDANCE FEE: FULL-DAY | 250.00 | |
| EXHIBITS | 781.90 | |
| EXHIBITS (COLOR) | 86.25 | ← |
| EXHIBIT SCANNING | 335.10 | |
| COLOR EXHIBIT SCANNING | 86.25 | |
| SHIPPING & HANDLING (BOX #1) | 100.00 | |
| SHIPPING & HANDLING (BOX #2) | 110.00 | |

**** CONTINUED ****

| TOTAL | | Thank You! |
|---|---|---|

Please detach and send with payment

Remit To:



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
**4 Penn Center**
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA   FAX(917)591-5672

3605   ESQUD06

To: BARTLIT BECK HERMAN PALENCHAR & SCOTT
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610

ATTN : LORI BARNICKE

| INVOICE NUMBER | DATE |
|---|---|
| 4266EML | 11/16/06 |

Due Upon Receipt

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:   VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 10/20/06:

DONNA K. ARNETT, PH.D.

EXPEDITED DELIVERY (2DAY)
 (TECHNICAL/V)
ONE COPY OF TRANSCRIPT            1,729.20   ←
ROUGH ASCII SURCHARGE               396.00   ←
EXHIBITS                             96.60   ←
EXHIBIT SCANNING                     41.40   ←
SHIPPING & HANDLING                  60.00

JOB SITE: BIRMINGHAM, AL

**BALANCE DUE**

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TOTAL   2,323.20   Thank You!

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Golkow Litigation Technologies**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 20-3781134

JOB: 3605  TOT: $2323.20
INVOICE #: 4266EML
DATE: 11/16/06

BARTLIT BECK HERMAN PALENCHAR & SCOTT
Attn: LORI BARNICKE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
**4 Penn Center**
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA   FAX(917)591-5672

3657      ESQUD17

To:
FULBRIGHT & JAWORSKI, LLP
SUITE 2800
2200 ROSS AVENUE
DALLAS, TX 75201

| INVOICE NUMBER | DATE |
|---|---|
| 4278EML | 11/17/06 |

ATTN : ROBERT BLACKWELL, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 10/24/06:

PAUL J. ROACH, M.D.

| | AMOUNT DUE |
|---|---|
| REGULAR DELIVERY (TECHNICAL/V) | |
| ONE COPY OF TRANSCRIPT | 420.00 |
| EXHIBITS | 845.95 |
| EXHIBITS (COLOR) | 2.00 |
| EXHIBIT SCANNING | 362.55 |
| COLOR EXHIBIT SCANNING | 2.00 |
| SHIPPING & HANDLING/TRANSCRIPT | 50.00 |
| SHIPPING & HANDLING/EXHIBITS | 25.00 |
| SHIPPING & HANDLING/EXHIBITS | 80.00 |
| SHIPPING & HANDLING/EXHIBITS | 108.00 |

**** CONTINUED ****

TOTAL

Thank You!

Please detach and send with payment

Remit To:



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134          3659     WATS 01
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA    FAX(917)591-5672

To:  FULBRIGHT & JAWORSKI, LLP
     SUITE 2800
     2200 ROSS AVENUE
     DALLAS, TX 75201

     ATTN : ROBERT BLACKWELL, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 4252EML | 11/16/06 |

#10612204

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 10/26/06:

CRAIG M. PRATT, M.D.

| | |
|---|---|
| REGULAR DELIVERY (V) | |
| ONE COPY OF TRANSCRIPT | 367.50 |
| EXHIBITS | 1,852.55 |
| EXHIBIT SCANNING | 793.55 |
| SHIPPING & HANDLING | 108.00 |
| SHIPPING & HANDLING | 118.00 |
| SHIPPING & HANDLING | 98.00 |
| SHIPPING & HANDLING | 115.00 |

JOB SITE: HOUSTON, TX

**BALANCE DUE**

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

| TOTAL | 3,452.60 | Thank You! |
|---|---|---|

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment



**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA    FAX(917)591-5672

3880    ALPHR01

To:
BARTLIT BECK HERMAN PALENCHAR & SCOTT
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610

ATTN : LORI L. BARNICKE

| INVOICE NUMBER | DATE |
|---|---|
| 4346EML | 12/05/06 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:    VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 11/15/06:

DARRELL BAKER

REGULAR DELIVERY (V)
ONE COPY OF TRANSCRIPT         738.50   ←
ROUGH ASCII SURCHARGE          316.50
EXHIBITS                        29.05   ←
EXHIBIT SCANNING                12.45   ←
SHIPPING & HANDLING             25.00

JOB SITE: MEMPHIS, TN

## BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TOTAL   1,121.50   Thank You!

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Golkow Litigation Technologies**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 20-3781134

JOB: 3880  TOT: $1121.50
INVOICE #: 4346EML
DATE: 12/05/06

BARTLIT BECK HERMAN PALENCHAR & SCOTT
Attn: LORI L. BARNICKE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134                                    3817      ESQUD06
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA   FAX(917)591-5672

To:
BARTLIT BECK HERMAN PALENCHAR & SCOTT
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610

| INVOICE NUMBER | DATE |
|---|---|
| 4333EML | 12/04/06 |

ATTN : LORI L. BARNICKE

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  VIOXX 1657

SERVICES PROVIDED ON 11/07/06:

ANITA GLOVER
SAJI JACOB, M.D.
ALFRED STANLEY, M.D.

DAILY DELIVERY (TECHNICAL/V)                      1,323.00   ←
ORIGINAL & ONE COPY TRANSCRIPT                      220.50
REAL-TIME SURCHARGE                                  35.00   ←
EXHIBITS (BINDER/CD)                                 55.00
SHIPPING & HANDLING

JOB SITE: BIRMINGHAM, AL

BALANCE DUE                              TOTAL   1,633.50   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Golkow Litigation Technologies**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 20-3781134

JOB: 3817   TOT: $1633.50
INVOICE #: 4333EML
DATE: 12/04/06

BARTLIT BECK HERMAN PALENCHAR & SCOTT
Attn: LORI L. BARNICKE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Golkow Litigation Technologies**
4 Penn Center
Tax ID # 20-3781134                          3948        JOHNP01
1600 JFK Blvd., Ste. 1210
Philadelphia, PA 19103
(877)DEPS-USA    FAX(917)591-5672

To:
BARTLIT BECK HERMAN PALENCHAR & SCOTT
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610

ATTN : LORI L. BARNICKE

| INVOICE NUMBER | DATE |
|---|---|
| 4347EML | 12/05/06 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:   VIOXX (DEDRICK VS. MERCK)

SERVICES PROVIDED ON 11/24/06:

ANTHONY WAYNE DEDRICK, VOL II

DAILY DELIVERY (V)
ORIGINAL & ONE COPY TRANSCRIPT               2,673.00  ←
SHIPPING & HANDLING                             45.00

JOB SITE: NEW ORLEANS, LA

BALANCE DUE                           TOTAL   2,718.00    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

Remit To:

**Golkow Litigation Technologies**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 20-3781134

JOB: 3948  TOT: $2718.00
INVOICE #: 4347EML
DATE: 12/05/06

BARTLIT BECK HERMAN PALENCHAR & SCOTT
Attn: LORI L. BARNICKE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610



LINKING TESTIMONY, TRADITION AND TECHNOLOGY