# EXHIBIT B

# Exhibit B

## Bill of Cost Itemization – Transcripts of Trial Proceedings
## Submitted by Defense Counsel

### Anthony Wayne Dedrick v. Merck & Co., Inc.
### Case No. 2:05-CV-2524

|   | Date | Cost | Invoice | Firm |
|---|---|---|---|---|
| 1. | 11/27/06-12/13/06 | $7,840.80 | Invoice #20070002 (United States District Court for the Eastern District of Louisiana – **Court Reporter – Toni Tusa**\*, 01/03/07) Trial Transcript 11/27/06-12/13/06 | Bartlit Beck Herman Palenchar & Scott |
| 2. | 11/27/06-12/13/06 | $7,840.80 | Invoice #20060135 (United States District Court for the Eastern District of Louisiana – **Court Reporter – Cathy Pepper**\*, 01/03/07) Trial Transcript 11/27/06-12/13/06 | Bartlit Beck Herman Palenchar & Scott |

\* One court reporter recorded morning sessions while second court reporter covered afternoon sessions.

**Total**: $15,681.60

1

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20060135

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| PHILIP S. BECK, ESQUIRE<br>BARTLIT BECK HERMAN PALENCHAR & SCO<br>COURTHOUSE PLACE<br>54 WEST HUBBARD STREET<br>CHICAGO, IL 60601<br><br>Phone: (312) 494-4145<br>FAX: (312) 494-4440<br><br>www.bartlit-beck.com | CATHY PEPPER, CCR RPR CRR<br>Official Court Reporter<br>500 Poydras St, Room B406<br>New Orleans, LA 70130<br><br>Phone: (504) 589-7779<br>FAX   (504) 589-7726<br><br>cathy_pepper@laed.uscourts.gov |

[ ] CRIMINAL   [X] CIVIL    DATE ORDERED: 01-03-2007    DATE DELIVERED: 01-03-2007

**Case Style:** 05-2524 "L", IN RE: VIOXX, ANTHONY DEDRICK V MERCK & CO., INC.
TRANSCRIPT OF JURY TRIAL PROCEEDINGS BEFORE THE HONORABLE ELDON E. FALLON
TAKEN NOVEMBER 27 THROUGH DECEMBER 13, 2006

COST SPLIT EVENLY BETWEEN PARTIES.   TONI TUSA WILL SEND SEPARATE INVOICE

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | 792 | 6.60 | 5,227.20 | 2376 | 1.10 | 2,613.60 | | 0.83 | | 7,840.80 ←|
| Realtime | 792 | 2.75 | 2,178.00 | 792 | 1.00 | 792.00 | | | | 2,970.00 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 10,810.80 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | | TAX (If Applicable): | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | | TOTAL REFUND: | | |
| | Date Paid: | | | Amt: | | | | TOTAL DUE: | | $10,810.80 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE  01-03-2007

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20070002

**MAKE CHECKS PAYABLE TO:**

Philip S. Beck, Esq.
Bartlit Beck Herman
 Palenchar & Scott
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone:

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone: (504) 589-7778
FAX    (504) 589-7726

tdtusa1@aol.com

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 01-03-2007    DATE DELIVERED: 01-03-2007

**Case Style:** 05-CV-2524-L, Anthony Dedrick v Merck & Co., Inc.
Transcript of Jury Trial before the Honorable Eldon E. Fallon
November 27, 2006 - December 13, 2006

COST SPLIT EVENLY BETWEEN PARTIES; C. PEPPER WILL SEND SEPARATE INVOICE

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | 792 | 6.60 | 5,227.20 | 2376 | 1.10 | 2,613.60 | | 0.83 | | 7,840.80 ←  |
| Realtime | 792 | 2.75 | 2,178.00 | 792 | 1.00 | 792.00 | | | | 2,970.00 |

Misc. Desc.                                                             MISC. CHARGES:

TOTAL: 10,810.80

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid:          Amt:          TOTAL DUE: $10,810.80

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                               DATE  01-03-2007

*(All previous editions of this form are
cancelled and should be destroyed)*