UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

IT IS ORDERED that the following motions relating to the Martin Report currently set for oral argument on January 17, 2007, are CONTINUED until January 25, 2007, at 9:00 a.m., so that they may be heard following the monthly status conference:

(1) Merck's Motion for Protective Order Prohibiting Discovery of Attorney Work Product and Privileged Communications Related to the Martin Report (Rec. Doc. 7960);

(2) Plaintiffs' Steering Committee's Motion to Compel Responses to Third Set of Interrogatories and Third Set of Requests for Production of Documents Directed to Merck & Co., Inc. (Rec. Doc. 8697); and

(3) Plaintiffs' Steering Committee's Motion to Compel Compliance with Third-Party Subpoenas (Rec. Doc. 8881).

New Orleans, Louisiana, this  16th  day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE