849459v.1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>CASES | ) MDL NO. 1657<br>)<br>) SECTION: L<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE KNOWLES |

**JOINT MOTION OF MERCK & CO., INC. AND INSURERS TO QUASH AND/OR FOR PROTECTIVE ORDER PREVENTING IRRELEVANT <u>AND INAPPROPRIATE INSURANCE-RELATED DISCOVERY</u>**

Filed on behalf of:

    Merck & Co., Inc.
    American Alternative Insurance Company
    CNA Casualty of California
    Columbia Casualty Company
    Continental Casualty Company
    Continental Insurance Company
    Federal Insurance Company
    Lexington Insurance Company
    North Rock Insurance Company Limited
    Steadfast Insurance Company

*All counsel listed on back page*

January 16, 2007

Pursuant to the briefing schedule set by the Court on January 10, 2007, defendant Merck & Co., Inc. ("Merck") and non-party insurers American Alternative Insurance Company, CNA Casualty of California, Columbia Casualty Company, Continental Casualty Company, Continental Insurance Company, Federal Insurance Company, Lexington Insurance Company, North Rock Insurance Company Limited, and Steadfast Insurance Company (collectively, "Insurers") jointly move for an order preventing plaintiffs from conducting the insurance-related depositions that have been noticed by the PSC and quashing the insurance-related document requests that the PSC has served in conjunction with those deposition notices.[1]

As set forth in the attached memorandum, the topics plaintiffs seek to cover in these depositions and the subject matter of the requested documents – all of which relate to the details of Merck's insurance coverage and ongoing insurance coverage arbitrations – either are duplicative of materials already produced to plaintiffs or are irrelevant to this product liability litigation, confidential, or otherwise inappropriate subjects for discovery.  As a result, Merck and the subject insurance companies should not be required to designate corporate representatives for the noticed depositions or undertake any document production on any of these topics.  Moreover, even if any of the requested discovery were appropriate (and it is not), there would still be no reason to burden the non-party Insurers with such demands as any appropriate discovery could be obtained directly from Merck.

WHEREFORE, movants Merck and the Insurers respectfully request that the Court grant this motion and prohibit plaintiffs from obtaining further insurance-related discovery.

---

[1] This motion supplements and largely supersedes Merck's separate motion on this subject, as filed on November 16, 2006.  (*See* Barnett Decl., Ex. B.)

1

849459v.1

849459v.1

Respectfully submitted,


*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

Continental Casualty Company
Columbia Casualty Company
CNA Casualty Company of California
Continental Insurance Company
North Rock Insurance Company Limited


By: */s/ Carl E. Hellmers III*
Carl E. Hellmers III
Frilot Partridge, LC
1100 Poydras Street, Suite 3600
New Orleans, Louisiana 70163
504-599-8000

Patrick T. Nash
Zubair Khan
Grippo & Elden LLC
111 South Wacker Drive
Chicago, Illinois 60606-5076
312-704-7711


Federal Insurance Company


By: */s/ Paul N. Farquharson*
Paul N. Farquharson
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
410-576-4742


Steadfast Insurance Company


By: */s/ Glen E. Mercer*
Glen E. Mercer (#21752)
Salley, Hite, Rivera & Mercer, LLC
365 Canal Street
Suite 1710
New Orleans, Louisiana  70130
504-566-880

3

Antonia B. Ianniello
Molly Poag
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, D.C.  20038-1795
202-429-3000


Lexington Insurance Company


By: */s/ Charles E. Leche*
Charles E. Leche (08218)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130-3672
504-593-0790

Marlene Monteleone
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
New York, New York  10005-1886
212-363-3100


American Alternative Insurance Company


By: */s/ David F. Bienvenu*
David F. Bienvenu (La. Bar. No. 03070)
Nathan L. Schrantz (La. Bar. No. 21864)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street., 30th Floor
New Orleans, LA 70163
Phone: 504.569.2030
Fax: 504.569.2999

William McGrath
William Quackenboss
Smith, Stratton, Wise, Heher & Brennan, LLP
2 Research Way
Princeton, New Jersey 08540
609-924-6000

849459v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for Protective Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of January, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel