IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>CASES | ) MDL NO. 1657<br>)<br>) SECTION: L<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE KNOWLES |

### DECLARATION OF BENJAMIN R. BARNETT IN SUPPORT OF JOINT MOTION OF MERCK & CO., INC. AND INSURERS TO QUASH AND/OR FOR PROTECTIVE ORDER PREVENTING IRRELEVANT AND INAPPROPRIATE <u>INSURANCE-RELATED DISCOVERY</u>

I am a partner with the law firm Dechert LLP, counsel for Merck & Co., Inc. ("Merck"), in the above-captioned matter. I am a member in good standing of the bars of the District of Columbia, Maryland, and Pennsylvania. I make this Declaration in support of the Joint Motion of Merck & Co., Inc. and Insurers to Quash and/or for a Protective Order Preventing Irrelevant and Inappropriate Insurance-Related Discovery.

1. Exhibit A is a true and correct copy of the PSC's Notice of 30(b)(6) Corporate Deposition (Oral and Videotaped) for Merck dated October 27, 2006.

2. Exhibit B is a true and correct copy of Merck's Motion and Incorporated Memorandum for a Protective Order Preventing Corporate Deposition on Duplicative, Irrelevant and Privileged Topics filed on November 16, 2006.

3. Exhibit C is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for Columbia Casualty Company dated November 21, 2006.

4. Exhibit D is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for CNA Casualty of California dated November 21, 2006.

DC: 2412277-1

5. Exhibit E is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for Continental Casualty Company dated November 21, 2006.

6. Exhibit F is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for Continental Insurance Company dated November 21, 2006.

7. Exhibit G is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for Federal Insurance Company dated November 21, 2006.

8. Exhibit H is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for American Alternative Insurance Company dated November 22, 2006.

9. Exhibit I is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for Lexington Insurance Company dated November 22, 2006.

10. Exhibit J is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for North Rock Insurance Company dated November 22, 2006.

11. Exhibit K is a true and correct copy of the PSC's Notice of 30(b)(6) Deposition and Duces Tecum for Steadfast Insurance Company dated November 22, 2006.

12. Exhibit L is a true and correct copy of the Joint Objections and Responses of Merck & Co., Inc.'s Insurers to Plaintiffs' Subpoena's and Notice of 30(B)(6) Depositions and the Joint Objections and Responses of Merck & Co., Inc's Insurers to Plaintiff's Subpoenas for Production of Documents served on January 10, 2007.

13. On December 22, 2006, as one of Merck's MDL defense counsel, I and insurance coverage counsel for Merck met and conferred with PSC representatives concerning the PSC's insurance-related discovery reflected in Exhibit A and Exhibits C to K of this declaration. With the assistance of Merck's insurance counsel, we explained Merck's liability

insurance program, as set out in the insurance policies previously produced to the PSC and a liability insurance coverage chart Merck's insurance coverage counsel provided to the PSC representatives for the meeting.

14. Exhibit M is a true and correct copy of the insurance coverage chart Merck's insurance coverage counsel provided to PSC representatives on December 22, 2006.

15. During the December 22, 2006 meeting with PSC representatives, consistent with the restrictions on disclosures contained in the Confidentiality Orders identified below, Merck's counsel answered every question that the PSC representatives had about Merck's liability insurance policies and explained to the PSC representatives that Merck is actively pursuing full limits coverage under all of the applicable policies. We also explained to the PSC that, as Merck's public statements have made clear, Merck's payments and reserves for Vioxx-related defense costs to date already exceed the full limits of Merck's liability insurance program.

16. Exhibit N is a true and correct copy of the letter from Leonard A. Davis to the Honorable Eldon E. Fallon, dated January 9, 2006.

17. Exhibit O contains true and correct copies of substantive emails exchanged between myself and Drew Ranier from December 21, 2006 until January 12, 2007.

18. Exhibit P is a true and correct copy of the Confidentiality Order issued in *SR International Business Insurance, Ltd, et. al.* v. *Merck & Co., Inc.*

19. Exhibit Q is a true and correct copy of the Confidentiality Order issued in *Merck & Co., Inc. v. XL (Bermuda) Insurance, Ltd.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2007.

_____
Benjamin R. Barnett

4