# Exhibit M

# MERCK & CO., INC.
## General Liability Coverage - Products
### 1996 - 2004

