# Exhibit O

## Barnett, Ben

**From:** Barnett, Ben
**Sent:** Thursday, December 21, 2006 2:54 PM
**To:** 'DRanier@rgelaw.com'
**Subject:** Re: Vioxx insurance chart

Drew --

I am out of the office today moving my family to a new home -- a process that I will interrupt to meet in DC tomorrow. The chart is 11 X 23 and can't be scanned or transmitted by e-mail. I am having copies made and will have one for you tomorrow.

I'm sorry but that is the best I can do under the circumstances and given the circumstances this is pretty darn good.

See you tomorrow.

Ben

Benjamin R. Barnett
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1  215  994  2887    direct
+1  215  655  2887    fax
ben.barnett@dechert.com
www.dechert.com


-----Original Message-----
From: Carmen Dugas
To: Barnett, Ben
Sent: Thu Dec 21 13:20:40 2006
Subject: Vioxx insurance chart

Ben, please call me as soon as you can about the insurance coverage chart.  It would help a lot if I could see it before the meeting tomorrow.  Thanks, Drew



Drew Ranier

Ranier, Gayle & Elliot, LLC

1419 Ryan Street

Lake Charles, LA  70601

337-494-7171 (phone)

337-494-7218 (fax)

This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information.  If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.

## Barnett, Ben

| | |
|---|---|
| **From:** | Barnett, Ben |
| **Sent:** | Friday, December 29, 2006 10:42 AM |
| **To:** | dranier@rgelaw.com; Lenny Davis |
| **Subject:** | Bates Numbers For Produced Policies |
| **Attachments:** | Insurance Policies.xls |

Drew --

Per our discussion yesterday, attached is a chart that reflects the Bates numbers for the produced Merck insurance policies.

We are providing this to you in an effort to resolve the outstanding insurance discovery issues and do not waive any objections we have to the discovery directed at Merck or its insurers.

Thanks and best wishes for the New Year.

Ben



Insurance
Policies.xls (32 KB)...

1

# Barnett, Ben

**From:** Carmen Dugas [Cdugas@rgelaw.com] on behalf of Drew Ranier [DRanier@rgelaw.com]
**Sent:** Friday, January 05, 2007 10:39 AM
**To:** Barnett, Ben
**Subject:** RE: Vioxx insurance

Still working on it. Hope to get back with you within the hour.
Thanks, Drew.

Drew Ranier
Ranier, Gayle & Elliot, LLC
1419 Ryan Street
Lake Charles, LA 70601
337-494-7171 (phone)
337-494-7218 (fax)

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.

-----Original Message-----
From: Barnett, Ben [mailto:Ben.Barnett@dechert.com]
Sent: Friday, January 05, 2007 9:34 AM
To: Drew Ranier
Subject: FW: Vioxx insurance

Drew --

Consistent with our discussion last night on my way back from the NJ conference, we are looking for the following in order to make progress in our negotiations:

(1) A clear list of the areas of insurance discovery that the PSC wants to pursue (again, we want to make sure there are no misunderstandings and that the list is not going to grow or evolve post-negotiations);

(2) A brief extension of time for the insurers to serve objections/responses to your deposition notices; and

(3) Brief background materials on Louisiana's direct action statute (beyond the two cites you provided me last night).

I know you were going to talk to your folks and get back to me last night or this morning. Given that it is 10:30 my time, I am concerned that the PSC has either rejected this request or that we will run out of time today in which to try to make progress.

Would you shoot me an e-mail and let me know where we stand.

Thanks.

Ben

-----Original Message-----
From: Barnett, Ben
Sent: Thursday, January 04, 2007 10:24 AM
To: 'DRanier@rgelaw.com'
Subject: Re: Vioxx insurance

1

Drew --

My call last night lead to several others so I could not get back to you.

I am attending the NJ conference today and will call you on my way back.


Thanks.

Ben

Benjamin R. Barnett
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA   19104-2808
+1   215   994   2887     direct
+1   215   655   2887     fax
ben.barnett@dechert.com
www.dechert.com


-----Original Message-----
From: Carmen Dugas
To: Barnett, Ben
Sent: Wed Jan 03 16:33:01 2007
Subject  Vioxx insurance

Ben, if at all possible please call me right away.  I have a conference call in a few minutes at 4:00 p.m. Central when I will be asked about where we stand on insurance.  Thanks, Drew.



Drew Ranier

Ranier, Gayle & Elliot, LLC

1419 Ryan Street

Lake Charles, LA   70601

337-494-7171 (phone)

337-494-7218 (fax)



This communication may contain privileged and/or confidential information.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information.  If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.




This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# Barnett, Ben

**From:** Barnett, Ben
**Sent:** Friday, January 12, 2007 6:18 AM
**To:** 'Drew Ranier'
**Cc:** Lenny Davis; Russ Herman; Richard Arsenault (E-mail)
**Subject:** RE: Vioxx insurance

Drew --

One issue has arisen concerning the omnibus brief that I wanted to raise with you and your PSC colleagues.

In preparing our brief we want to make certain that we are focusing on "live" requests and not deposition topics and requests that the PSC has agreed to pull down. Frankly, we don't want to waste Judge Fallon's time or devote any portions of our brief to requests that the PSC is no longer pursuing with Merck or its insurers. To that end, would you send me either (1) a list of the deposition topics and document requests that the PSC is continuing to press and confirmation that the rest are withdrawn as to Merck and its insurers or (alternatively) (2) a list of the depositions topics and document requests that the PSC is withdrawing as to Merck and its insurers and confirmation that it wants the rest. This should not be difficult to do and it will help ensure that we don't end up including arguments about discovery requests that are no longer at issue. (This will also, hopefully, cut down on what Judge Fallon has to read).

In light of the holiday weekend and our Tuesday deadline, I'd would greatly appreciate receiving your list by noon Central time today.

In the event, that you feel like you cannot provide us this list, I would also appreciate receiving confirmation of that fact so that the folks writing the brief know what needs to get done sooner as opposed to later.

Thanks and have a good weekend.

Ben


-----Original Message-----
From: Carmen Dugas [mailto:Cdugas@rgelaw.com] On Behalf Of Drew Ranier
Sent: Friday, January 05, 2007 6:35 PM
To: Barnett, Ben
Cc: Lenny Davis; Russ Herman; Richard Arsenault (E-mail)
Subject: RE: Vioxx insurance

Ben --

Thank you for your response and your efforts to get these matters resolved, and I hope the extension will help.

I believe the PSC discovery items are substantially the same as we discussed in Washington. Item #8 regarding the DOJ/SEC actually takes an item that we discussed in Washington off the table for now. Item #7 simply provides for a privilege log which was also discussed in Washington. Items #5 and #6 provide for depos to explain the documentary discovery. So we are really down to only four substantive items, which are actually fewer than we discussed in Washington. It is also substantially winnowed down from the 30(b)(6) and RFP.

I can be available any time Monday afternoon. If you can, let me know a time so I can block it off my calendar. Thanks, Drew.

Drew Ranier

1

Ranier, Gayle & Elliot, LLC
1419 Ryan Street
Lake Charles, LA  70601
337-494-7171 (phone)
337-494-7218 (fax)

This communication may contain privileged and/or confidential
information.  It is intended solely for the use of the addressee.  If
you are not the intended recipient, you are strictly prohibited from
disclosing, copying, distributing or using any of this information.  If
you receive this communication in error, please contact the sender
immediately and destroy the material in its entirety, whether electronic
or hard copy.


-----Original Message-----
From: Barnett, Ben [mailto:Ben.Barnett@dechert.com]
Sent: Friday, January 05, 2007 4:52 PM
To: Drew Ranier
Cc: Lenny Davis; Russ Herman; Richard Arsenault (E-mail)
Subject: RE: Vioxx insurance

Drew --

Thanks for the response earlier this afternoon.  We particularly
appreciate the extension of time until January 10, 2007, for the
insurers' responses to the PSC's discovery.  We also thank you for the
case citations regarding Louisiana's direct action statute which we are
currently reviewing.

The list of PSC discovery items appears to have grown from the five
items listed by you on December 22, 2006 to eight items.  While we did
request that you clarify and memorialize your position, we actually
hoped that you would have reduced the number of issues in dispute.  In
any event, to comply with the Court's directive to meet and confer on
these discovery issues, we will discuss the eight items with Merck and
will be prepared to discuss our position with you on Monday afternoon.
If it does not appear that further progress is possible on these issues,
we will need to schedule a teleconference with Judge Fallon per his
instructions to counsel at the December conference.

Please let me know when you are available to talk Monday afternoon.

Thanks very much.

Ben

-----Original Message-----
From: Carmen Dugas [mailto:Cdugas@rgelaw.com] On Behalf Of Drew Ranier
Sent: Friday, January 05, 2007 12:44 PM
To: Barnett, Ben
Cc: Lerny Davis; Russ Herman; Richard Arsenault (E-mail)
Subject: RE: Vioxx insurance

Ben--
At your request this is to confirm in writing and specify the discovery
that we discussed in our meeting in Washington, pursuant to the PSC's
30(b)(6) and RFP filings to which Merck objected and filed a protective
order; in response to which the PSC has instructed me to file a motion
to compel.

This is also to confirm that in the spirit of cooperation in attempting
to resolve these matters that the PSC has agreed to an extension until
Wednesday, January 10, 2007 for the insurers to respond to the PSC's
deposition notices.

These are the areas of insurance discovery that the PSC requires and

2

believes are relevant to insurance coverage and/or Merck knowledge of the risks of Vioxx:
1) All underwriting files including insurance applications;
2) All claims files including reservations of rights letters;
3) All policies back to 1990;
4) All arbitration documents, with privilege claims submitted to the Judge;
5) 30(b)(6) one day depo of risk/underwriting manager;
6) 30(b)(6) one day depo of risk/claims manager;
7) Privilege log on all of the above;
8) DOJ/SEC documents to be handled separately.

As to your request for brief background materials on the Louisiana Direct Action Statute, the injured party has statutory status that cannot be negated by the insurer, the insured, or the terms of the policy, i.e., insurance exists to protect the plaintiff as well as the insured, "as if the plaintiff were an insured". Because of these principles, Louisiana courts favor insurance related production. The statute is La. Rev. Stat. 22:655 and the seminal case is Edwards v. Fidelity and Casualty Co. of New York, 123 So. 162 (Orleans 1929), (insurer not even entitled to trial against plaintiff). See also Louisiana Civil Law Treatise, Vol. 15, "Insurance Law and Practice" (2006 Thomson West).

Other cases you may want to look at are Zimmerman v. Intl. Companies & Consulting, Inc., 107 F.3d 344, 346 (5th Cir. 1997), citing, Grubbs v. Gulf Int'l Marine, Inc., 625 So.2d 495 (La. 1993); Quinlan v. Liberty Bank and Trust Co., 575 So.2d 336, 352 (La. 1991)(on rehearing); In the Matter of Talbott Bigfoot, Inc., 887 F.2d 611 (5th Cir. 1989); Blockbuster Entertainment Corp. v. McComb Video, Inc., 145 F.R.D. 402 (M.D. La 1992).

Finally, please take a look at the Louisiana Eastern District case, Caringal v. Karteria Shipping, Ltd., No. Civ. A. 99-3159, 2001 WL 874705, 2001 A.M.C. 1236 (E.D. La. Jan. 24, 2001), which ordered production of London arbitration proceedings.

Thanks and I look forward to hearing from you.

Drew Ranier
Ranier, Gayle & Elliot, LLC
1419 Ryan Street
Lake Charles, LA  70601
337-494-7171 (phone)
337-494-7218 (fax)

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.


-----Original Message-----
From: Barnett, Ben [mailto:Ben.Barnett@dechert.com]
Sent: Friday, January 05, 2007 9:34 AM
To: Drew Ranier
Subject: FW: Vioxx insurance

Drew --

Consistent with our discussion last night on my way back from the NJ conference, we are looking for the following in order to make progress in our negotiations:

3

(1) A clear list of the areas of insurance discovery that the PSC wants to pursue (again, we want to make sure there are no misunderstandings and that the list is not going to grow or evolve post-negotiations);

(2) A brief extension of time for the insurers to serve objections/responses to your deposition notices; and

(3) Brief background materials on Louisiana's direct action statute (beyond the two cites you provided me last night).

I know you were going to talk to your folks and get back to me last night or this morning. Given that it is 10:30 my time, I am concerned that the PSC has either rejected this request or that we will run out of time today in which to try to make progress.

Would you shoot me an e-mail and let me know where we stand.

Thanks.

Ben

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

## Barnett, Ben

**From:** Barnett, Ben
**Sent:** Friday, January 12, 2007 2:56 PM
**To:** 'Drew Ranier'
**Cc:** rarsenault@nbalawfirm.com; Lenny Davis; Russ Herman
**Subject:** RE: re: Vioxx Insurance

Drew --

I apologize if my message this morning was not clear. I was simply asking for a list of the deposition topics and document requests that the PSC intended to continue to pursue against Merck and its insurers or a list of deposition topics and document requests that the PSC had withdrawn. This request was designed to try to focus the briefing on the discovery that was truly at issue for the benefit of both sides and, more importantly, Judge Fallon. Given your response, it seems fair to conclude that no such list will be forthcoming.

Obviously, we disagree with your statements regarding this discovery, Merck's responses to this discovery, and our efforts to try to resolve these discovery issues all of which are contradicted by the record in this matter and manner in which Merck has addressed discovery generally in the Vioxx MDL.

In any event, I appreciate you getting back to me and letting me know the PSC's position.

Ben

---

**From:** Drew Ranier [mailto:DRanier@rgelaw.com]
**Sent:** Friday, January 12, 2007 12:01 PM
**To:** Barnett, Ben
**Cc:** rarsenault@nbalawfirm.com; Lenny Davis; Russ Herman
**Subject:** FW: re: Vioxx Insurance

```
Ben,

The PSC's discovery is relevant and focused on matters that establish the
details and parameters of coverage and Merck's knowledge about the CV risks of
Vioxx, and is not a waste of anyone's time.  Despite the Washington conference
and a number of e-mails, Merck rejected our proposals to resolve the matter
and did not make any counter proposal.  Mercks response to our discovery has
been limited solely to policies and a coverage chart which are incomplete and
confusing.  The insurers have responded with boilerplate refusals and have
produced nothing.  We are fully prepared to continue to discuss resolution of
our disagreements, but not to limit or delay the motions or briefs.

Regards, Drew


Drew Ranier
Ranier, Gayle & Elliot
1419 Ryan Street
Lake Charles, La   70601
(337) 494-7171
(37) 494-7218
dranier@rgelaw.com
```

1/16/2007