```
                    U.S. DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

                         DEC    2006

                        LORETTA G. WHYTE
                             CLERK
```

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX            )
PRODUCTS LIABILITY LITIGATION )
                        )
This Document Relates To: )    MDL Docket No. 1657
    05-00670-ERW        )
                        )    Section L
WALTER DOCHSTEINER, et al., )
                        )
            Plaintiffs, )    JUDGE FALLON
                        )
vs.                     )    MAGISTRATE JUDGE
                        )    KNOWLES
MERCK & COMPANY, INC., et al., )
                        )    Tag Along Case No. 05-2930
                        )
            Defendants. )

## NOTICE OF APPEARANCE

COME NOW Richard F. Lombardo and Jason R. Ballard, of Shaffer Lombardo Shurin, P.C., and hereby enter their appearances in the above matter on behalf of Defendant Stephens Pharmacy, Inc.

SHAFFER LOMBARDO SHURIN

*[signature]*

Richard F. Lombardo          MO #29478
Jason R. Ballard             MO #53186
911 Main Street, Suite 2000
Kansas City, Missouri 64105
(816) 931-0500 - Telephone
(816) 931-5775 - Facsimile
rlombardo@sls-law.com
jballard@sls-law.com

ATTORNEYS FOR DEFENDANT
STEPHENS PHARMACY, INC.

{2567/0321: 00114360.DOC.}

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF MAILING

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A on this 15th day of December, 2006, and additionally mailing a copy of same to the following:

Jeffrey J. Lowe
Francis J. Flynn
JEFFREY J. LOWE, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
ATTORNEYS FOR PLAINTIFFS

Randy J. Soriano
Steven G. Strauss
BRYAN CAVE, LLP
One Metropolitan Square
211 N Broadway, Suite 3600
St. Louis, Missouri 63102-2750
ATTORNEYS FOR DEFENDANTS
MERCK & COMPANY, INC.,
AMY SEPKO, and
SHERRY ALBERTS

Kevin J. Adrian
BROWN & JAMES
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANT
WALGREEN CO.

Bryant M. Struble
THOMPSON & COBURN
One U.S. Bank Plaza
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANT
WALGREEN CO.

Martin J. Buckley
BUCKLEY & BUCKLEY
1139 Olive Street, Suite 800
St. Louis, Missouri 63101-1928
ATTORNEYS FOR DEFENDANT
ELLIOTT PHARMACY, INC.

David A. Dick
Kelly E. Simon
THOMPSON & COBURN
One Firstar Plaza, Suite 3500
St. Louis, Missouri 63101-9702
ATTORNEYS FOR DEFENDANTS
WAL-MART STORES EAST, INC. and
WAL-MART STORES EAST, LP

James E. Whaley
BROWN & JAMES, PC
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANTS
WAL-MART STORES EAST, INC. and
WAL-MART STORES EAST, LP

/s/ Jason R. Ballard
ATTORNEY FOR DEFENDANT
STEPHENS PHARMACY, INC.

{2567/0321: 00114360.DOC.}