# Exhibit A

**Exhibit A**

Plaintiffs Who Failed To Provide Plaintiff Profile Forms Pursuant to Pre-Trial Order 18C

| Case Name | Docket Number | Plaintiff | Firm | Date of First Deficiency Notice | Ex | Date of 2nd Deficiency Notice | Ex |
|---|---|---|---|---|---|---|---|
| Inskeep, Mike v. Merck & Co., Inc. | 2:05-cv-06074-EEF-DEK | Mike Inskeep | Beasley Allen Crow Methvin Portis and Miles PC | August 2, 2006 | B | September 28, 2006 | R |
| Woods, Gwendolyn v. Merck & Co., Inc. | 2:05-cv-03375-EEF-DEK | Gwendolyn Woods on behalf of Caslean H. Gilmer | Beasley Allen Crow Methvin Portis and Miles PC | May 3, 2006 | C | September 28, 2006 | S |
| Rayford, Betty v. Merck & Co., Inc. | 2:05-cv-02354-EEF-DEK | Betty Rayford | Beasley Firm LLC | May 5, 2006 | D | September 28, 2006 | T |
| Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | Jackie Shaw, Sr. | The Carlile Firm, LLP | January 26, 2006 | E | April 7, 2006 | U |
| Jett, Rodgetta C. v. Merck & Co., Inc. | 2:06-cv-00282-EEF-DEK | Rodgetta Jett on behalf of Vivian Cantelow Colvin | Colom Law Firm, LLC | August 2, 2006 | F | September 28, 2006 | V |
| Prado, Carmen v. Merck & Co., Inc. | 2:05-cv-06303-EEF-DEK | Carmen Rodriguez | Fichera and Miller | August 15, 2006 | G | September 28, 2006 | W |
| Castillo, Sylvia v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Enrique Enriques | Houssiere Durant and Houssiere LLP | January 25, 2006 | H | September 28, 2006 | X |
| Lane, Russell A. v. Merck & Co., Inc. | 2:05-cv-01121-EEF-DEK | Russell A. Lane | Houston, Warren & Griffin | Febuary 15, 2006 | I | September 28, 2006 | Y |
| Thomas, Shantall v. Merck & Co., Inc. | 2:05-cv-01024-EEF-DEK | Shantall Thomas on behalf of Paula McAllister | Janel Jenner and Suggs LLC | February 16, 2006 | J | September 28, 2006 | Z |
| Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK | Betty Baker | Jones Verras and Frieberg LLC | February 16, 2006 | K | September 28, 2006 | AA |
| Anderson, Doreen P. v. Merck & Co., Inc. | 2:06-cv-00427-EEF-DEK | Doreen P. Anderson on behalf of Denis A. Anderson | Levinson and Associates, PC | May 18, 2006 | L | September 28, 2006 | BB |
| Rini, Patricia v. Merck & Co., Inc. | 2:05-cv-01083-EEF-DEK | Patricia Rini | Levinson and Associates, PC | April 7, 2006 | M | September 28, 2006 | CC |
| Ashworth, Kerns R. v. Merck & Co., Inc. | 2:05-cv-05561-EEF-DEK | Kerns Ashworth | Matthew N. Pope Law | September 12, 2006 | N | December 21, 2006 | DD |
| Walker, Wallie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | Phillip Nunn | Schafer and Lamere PC | May 18, 2006 | O | September 28, 2006 | EE |

Exhibit A

Plaintiffs Who Failed To Provide Plaintiff Profile Forms Pursuant to Pre-Trial Order 18C

| Case Name | Docket Number | Plaintiff | Firm | Date of 1st Deficient Notice | Ex. | Date of 2nd Deficient Notice | Ex. |
|---|---|---|---|---|---|---|---|
| Donoho, Barbara v. Merck & Co., Inc. | 2:05-cv-05896-EEF-DEK | Barbara Donoho | Stillman and Friedland | June 8, 2006 | P | September 28, 2006 | FF |
| Parks, Anita v. Merck & Co., Inc. | 2:05-cv-06517-EEF-DEK | Anita Parks | Lawson and Lawson | June 8, 2006 | Q | September 28, 2006 | GG |

# Exhibit B

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (334-954-7555)**

Anthony Birchfield, Jr., Esq.
Beasley Allen Crow Methvin Portis and Miles PC
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Mike Inskeep v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-06074-EEF-DEK***

Dear Mr. Birchfield:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mike Inskeep. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Inskeep to serve a PPF and medical authorizations passed on February 4, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

```
                              ********************
                         ***    TX REPORT    ***
                              ********************


      TRANSMISSION OK

      TX/RX NO                 0230
      RECIPIENT ADDRESS        13349547555
      DESTINATION ID
      ST. TIME                 08/02 11:53
      TIME USE                 04'40
      PAGES SENT                15
      RESULT                   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony Birchfield, Jr., Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 3, 2006

VIA TELECOPY (334-954-7555) & U.S. MAIL

James Paul Sizemore, Esq.
Beasley Allen Crow Methvin Portis and Miles PC
P.O. Box 4160
Montgomery, AL 36103

> *Re:*     *In re Vioxx® Products Liability Litigation*
>            *MDL No. 1657*
>            *Gwendolyn Woods v. Merck & Co., Inc.*
>            *Docket No. 2:05-cv-03375-EEF-DEK*

Dear Mr. Sizemore:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Caslean H Gilmer. Pretrial Order No. 18B required Mr. Gilmer to serve this PPF no later than November 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Caslean H Gilmer no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

NY

M006661315

```
** TX STATUS REPORT **                 AS OF   MAY 03 2006 17:18   PAGE.01

                                              HUGHES HUBBARD


       DATE  TIME       TO/FROM     MODE   MIN/SEC   PGS   JOB#   STATUS
  32   05/03 17:18      3349547555 EC—S   00'34"    002   196    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 3, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| James Paul Sizemore, Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL0661316

# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07310-3918
Telephone: 201-536-9720
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 5, 2006

VIA U.S. MAIL & TELECOPY (215-592-8360)

James J. McHugh, Esq.
Beasley Firm LLC
1125 Walnut Street
Philadelphia, PA 19107

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Betty Rayford v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02354-EEF-DEK*

Dear Mr. McHugh:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Rayford. Pretrial Order No. 18B required Ms. Rayford to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Rayford no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M006348016

```
** TX STATUS REPORT **          AS OF   MAY 05 2006 17:30   PAGE.01

                                         HUGHES HUBBARD

      DATE  TIME     TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   06  05/05 17:30   12155928360 EC--S   00'34"   002   069   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201.536.9220
Fax: 201.536.0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 5, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| James J. McHugh, Esq. | Beasley Firm LLC | 215-592-8360 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00634017

# Exhibit E

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 26, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> *Re:*      *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jackie Shaw, Sr. Pretrial Order No. 18B required Mr. Shaw to serve this PPF no later than December 11, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jackie Shaw, Sr. no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:      Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M005D16802

JOB STATUS REPORT

```
TIME  : 01/26/2006 11:13
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          01/26  11:13
FAX NO./NAME       1000734103519039300235
DURATION           00:00:30
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005D18803

# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

VIA U.S. MAIL & TELECOPY (662-329-4832)

W. Eason Mitchell, Esq.
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Rodgetta C. Jett v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00282-EEF-DEK*

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vivian Cantelow Colvin. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Jett to serve a PPF and medical authorizations for Vivian Cantelow Colvin passed on April 10, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M00781224B

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0252
RECIPIENT ADDRESS     16823294832
DESTINATION ID
ST. TIME              08/02 12:58
TIME USE              01'18
PAGES SENT            2
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-336-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | Colom Law Firm | 662-329-4832 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit G

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (312-673-4545)**

Dominic R. Fichera, Esq.
Fichera & Miller
415 North La Salle Street
Suite 301
Chicago, IL 60610

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Carmen Prado v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-06303-EEF-DEK*

Dear Mr. Fichera:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Carmen Rodriguez. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Rodriguez to serve a PPF and medical authorizations passed on February 12, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

MDL093114

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO               0330
RECIPIENT ADDRESS      13126734545
DESTINATION ID
ST. TIME               08/15 13:23
TIME USE               01'13
PAGES SENT             4
RESULT                 OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Dominic R. Fichera, Esq. | Fichera & Miller | 312-673-4545 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit H

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 25, 2006

**VIA TELECOPY (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:  *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *Sylvia Castillo v. Merck & Co., Inc.*
     *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Enrique Enriques. Pretrial Order No. 18B required Mr. Enriques to serve this PPF no later than November 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Enrique Enriques no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY

M006300057

---

| JOB STATUS REPORT |
| --- |

```
                                          TIME  : 01/25/2006 16:11
                                          NAME  :
                                          FAX#  :
                                          TEL.# :
                                          SER.# : 000005100038
```

| DATE,TIME | 01/25  16:11 |
| --- | --- |
| FAX NO./NAME | 10007341835171362637B9 |
| DURATION | 00:00:28 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | | Date |
| --- | --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | | January 25, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006300058

# Exhibit I

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9720
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (423-267-9271)**

C. Mark Warren, Esq.
Houston, Warren & Griffin
Flatiron Building; Suite 402
707 Georgia Avenue
Chattanooga, TN 37402

> *Re:*      *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Russell A. Lane v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01121-EEF-DEK*

Dear Mr. Warren:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced
above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and
appropriate medical authorizations for Russell A. Lane. Pretrial Order No. 18B required your
client, plaintiff Wanda Lane, to serve this PPF no later than December 15, 2005, and Merck has
not consented to any extension of time in which to respond.

Please produce a completed PPF for Russell A. Lane no later than twenty days
from the date of this letter. Merck reserves its right to move to dismiss the referenced action for
plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the
time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

| JOB STATUS REPORT |
| --- |

```
TIME  : 02/15/2006 11:35
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| DATE,TIME | 02/15  11:34 |
| --- | --- |
| FAX NO./NAME | 10007341835l4232679271 |
| DURATION | 00:00:25 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | February 15, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| C. Mark Warren, Esq. | Houston, Warren & Griffin | 423-267-9271 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit J

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (410-653-6903)**

Robert K. Jenner, Esq.
Janet, Jenner & Suggs, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

> Re:    *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Shantall Thomas v. Merck & Co., Inc.*
>        *Docket No. 2:05-cv-01024-EEF-DEK*

Dear Mr. Jenner:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Paula McAllister. Pretrial Order No. 18B required your client, plaintiff Shantall Thomas, to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Paula McAllister no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M006172503

```
┌─────────────────────────┐
│   JOB STATUS REPORT      │
└─────────────────────────┘
```

```
TIME  : 02/15/2006 11:48
NAME  : HUGHES HUBBARD
FAX#  : 2019465730
TEL.# :
SER.# : 000005100030
```

```
DATE,TIME           02/15  11:47
FAX NO./NAME        10007341835141065536903
DURATION            00:00:32
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Robert K. Jenner, Esq. | Janet, Jenner & Suggs, LLC | 410-653-6903 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005172504

# Exhibit K

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 16, 2006

VIA TELECOPY AND MAIL (504-523-2508)

Gladstone N. Jones, Esq.
Jones, Verras and Frieberg, LLC
601 Poydras Street
Suite 2655
New Orleans, LA 70130

> *Re:* *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Clarence Abarams v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-05204-EEF-DEK*

Dear Mr. Jones:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Baker. Pretrial Order No. 18B required Ms. Baker to serve this PPF no later than January 11, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Baker no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M0006910484

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME   : 02/16/2006 17:40
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

| DATE,TIME | 02/16  17:39 |
|-----------|--------------|
| FAX NO./NAME | 1000734183515045232508 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 16, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Gladstone N. Jones, Esq. | Jones, Verras and Frieberg, LLC | 504-523-2508 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006910495

# Exhibit L

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9120
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

VIA U.S. MAIL & TELECOPY (516-433-6404)

Ronald T. Levinson, Esq.
Levinson & Collins PC
998 Old Country Road
Suite 4
Plainview, NY 11803

Re:    *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Doreen P. Anderson v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-00427-EEF-DEK*

Dear Mr. Levinson:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced
above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and
appropriate medical authorizations for Denis A Anderson. Pretrial Order No. 18B required your
client, plaintiff Doreen P Anderson, to serve this PPF no later than April 12, 2006, and Merck
has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Denis A Anderson no later than twenty days
from the date of this letter. Merck reserves its right to move to dismiss the referenced action for
plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the
time requested, Merck may seek a dismissal without further warning.

                            Very truly yours,

                            */s/ John N. Poulos*

                            John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

NY

```
** TX STATUS REPORT **              AS OF   MAY 18 2006 17:05   PAGE.01

                                            HUGHES HUBBARD


     DATE  TIME       TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
 01  05/18 16:58 RightFax           EC--S   00'46"    002   172   OK
 02  05/18 17:00     5047996421 EC--S       00'35"    002   172   OK
 03  05/18 17:04     5164336404 EC--S       00'34"    002   172   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

· 101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 18, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald T. Levinson, Esq. | Levinson & Collins PC | 516-433-6404 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 504-561-6024 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Exhibit M



# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

VIA TELECOPY (516-433-6404) & US MAIL

Ronald T. Levinson, Esq.
Levinson & Collins, P.C.
998 Old Country Road
Suite 4
Plainview, NY 11803

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Patricia Rini v. Merck & Co., Inc.*
> <u>*Docket No. 2:05-cv-01083-EEF-DEK*</u>

Dear Mr. Levinson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Patricia Rini. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Patricia Rini no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

MDD6B063882

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Iol Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald T. Levinson, Esq. | Levinson & Collins, P.C. | 516-433-6404 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M006B06383

```
JOB STATUS REPORT
```

```
TIME  : 04/07/2006 10:24
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME           04/07  10:23
FAX NO./NAME        100073418351516433640
DURATION            00:08:24
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

MDL6806804

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (706-324-0466)

Matthew N. Pope, Esq.
Law Offices of Matthew N. Pope, PC
900 Second Avenue, Suite 150
P.O. Box 2624
Columbus, GA 31901

> Re:    *In re Vioxx® Products Liability Litigation*
>          *MDL No. 1657*
>          *Kerns R. Ashworth v. Merck & Co., Inc.*
>          *Docket No. 2:05-cv-05561-EEF-DEK*

Dear Mr. Pope:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Kerns R Ashworth. Pretrial Order No. 18C required Mr. Ashworth to serve this PPF no later than January 24, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Kerns R Ashworth no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

# Exhibit O

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

VIA U.S. MAIL & TELECOPY (618-467-1885)

Andrea B. Lamere, Esq.
Schaeffer and Lamere PC
5512 Godfrey Road
Suite B
Godfrey, IL 62035

> *Re:*      *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Willie M. Walker v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03137-EEF-DEK*

Dear Ms. Lamere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Phillip Nunn. Pretrial Order No. 18B required Mr. Nunn to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Phillip Nunn no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:      Phillip A. Wittmann, Esq. (via telecopy)
         Russ M. Herman, Esq. (via telecopy)

```
** TX STATUS REPORT **              AS OF   MAY 18 2006 16:19   PAGE.01

                                               HUGHES HUBBARD

     DATE  TIME        TO/FROM        MODE   MIN/SEC   PGS   JOBH  STATUS
01   05/18 16:16       16184671885 EC--S    00'40"    002   146   OK
02   05/18 16:17 RightFax              EC--S    00'45"    002   146   OK
03   05/18 16:18       5047996421 EC--S    00'51"    002   146   OK
```

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 18, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Andrea B. Lamere, Esq. | Schaeffer and Lamere PC | 618-467-1885 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 504-561-6024 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 8, 2006

VIA U.S. MAIL & TELECOPY (615-256-2988)

Michael D. Dillon, Esq.
Stillman and Friedland
404 James Robertson Parkway, Suite 104
Parkway Towers
Nashville, TN 37219

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Barbara Donoho v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-05896-EEF-DEK*

Dear Mr. Dillon:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Barbara Donoho. Pretrial Order No. 18B required Ms. Donoho to serve this PPF no later than February 4, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Barbara Donoho no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M000359448

```
06/08/2006 14:12 FAX  12124224726        HUGHES HUBBARD LLP                    @001

                              *********************
                          ***   TX REPORT   ***
                              *********************


              TRANSMISSION OK

              TX/RX NO              0096
              RECIPIENT ADDRESS     16152562988
              DESTINATION ID
              ST. TIME              06/08 14:11
              TIME USE              00'47
              PAGES SENT            2
              RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 8, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael D. Dillon, Esq. | Stillman and Friedland | 615-256-2988 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00GE95480

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 8, 2006

**VIA U.S. MAIL & TELECOPY (606-337-7475)**

W. Henry Lawson, Esq.
Lawson & Lawson
P.O. Box 449
Pineville, KY 40977

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Anita Parks v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-06517-EEF-DEK*

Dear Mr. Lawson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Anita Parks. Pretrial Order No. 18B required Ms. Parks to serve this PPF no later than February 27, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Anita Parks no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0D6195470

```
06/L :/2006 14:34 FAX  12124224726        HUGHES HUBBARD LLP                    ☑001
```

```
                              *********************
                         ***    TX REPORT    ***
                              *********************


            TRANSMISSION OK

            TX/RX NO             0104
            RECIPIENT ADDRESS    16063377475
            DESTINATION ID
            ST. TIME             06/08 14:33
            TIME USE             00'26
            PAGES SENT           2
            RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 8, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Henry Lawson, Esq. | Lawson & Lawson | 606-337-7475 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008195471