# Exhibit R

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (334-954-7555)

Anthony Birchfield, Jr., Esq.
Beasley Allen Crow Methvin Portis and Miles PC
P.O. Box 4160
Montgomery, AL 36103

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mike Inskeep v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-06074-EEF-DEK*

Dear Mr. Birchfield:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mike Inskeep. Merck's initial letter was sent on August 2, 2006. Pretrial Order No. 18C required Mike Inskeep to serve this PPF no later than February 4, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mike Inskeep no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

M002034174

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0518 |
| RECIPIENT ADDRESS | 13349547555 |
| DESTINATION ID | |
| ST. TIME | 09/28 11:32 |
| TIME USE | 01'17 |
| PAGES SENT | 3 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony Birchfield, Jr., Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (334-954-7555)**

James Paul Sizemore, Esq.
Beasley Allen Crow Methvin Portis and Miles PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103

> *Re:*     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Gwendolyn Woods v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03375-EEF-DEK*

Dear Mr. Sizemore:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Caslean H Gilmer. Merck's initial letter was sent on May 3, 2006. Pretrial Order No. 18C required Caslean H Gilmer to serve this PPF no later than November 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Caslean H Gilmer no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

M00BE10584

```
                        ********************
                   ***   TX REPORT   ***
                        ********************


     TRANSMISSION OK

     TX/RX NO               0516
     RECIPIENT ADDRESS      13349547555
     DESTINATION ID
     ST. TIME               09/28 11:26
     TIME USE               00'57
     PAGES SENT             2
     RESULT                 OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| James Paul Sizemore, Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MODBE10565

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (215-592-8360)

James J. McHugh, Esq.
Beasley Firm LLC
1125 Walnut Street
Philadelphia, PA 19107

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Betty Rayford v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02354-EEF-DEK*

Dear Mr. McHugh:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Rayford. Merck's initial letter was sent on May 5, 2006. Pretrial Order No. 18C required Betty Rayford to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Rayford no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

M008E10562

,09/28/2006 11:30 FAX  12124224728          HUGHES HUBBARD LLP                        ☑001

```
                              *********************
                          ***    TX REPORT    ***
                              *********************


        TRANSMISSION OK

        TX/RX NO            0517
        RECIPIENT ADDRESS   12155928360
        DESTINATION ID
        ST. TIME            09/28 11:29
        TIME USE            00'35
        PAGES SENT          2
        RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| James J. McHugh, Esq. | Beasley Firm LLC | 215-592-8360 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008E10563

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (903-938-0235) & US MAIL**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05cv04738*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jackie Shaw. Pretrial Order No. 18B required you to serve this PPF no later than December 11, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jackie Shaw no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

MD0B09434

NY

JOB STATUS REPORT

```
TIME   : 04/07/2006 10:06
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER. # : 000005100038
```

```
DATE,TIME            04/07  10:05
FAX NO./NAME         100073416351903938002235
DURATION             00:00:32
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

MDD6806435

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

MODGB06436

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (662-329-4832)

W. Eason Mitchell, Esq.
Colom Law Firm
PO Box 866
Columbus, MS 39703

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Rodgetta C. Jett v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-00282-EEF-DEK*

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vivian Cantelow Colvin. Merck's initial letter was sent on August 2, 2006. Pretrial Order No. 18C required Rodgetta Colvin Jett to serve this PPF no later than April 10, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Vivian Cantelow Colvin no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ John N. Poulos

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

MDL08705459

08/28/2006 11:41 FAX 12124224726          HUGHES HUBBARD LLP                                    ☑001

```
********************
***   TX REPORT   ***
********************
```

TRANSMISSION OK

TX/RX NO                    0523
RECIPIENT ADDRESS           16623294832
DESTINATION ID
ST. TIME                    09/28 11:40
TIME USE                    01'16
PAGES SENT                  2
RESULT                      OK

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | Colom Law Firm | 662-329-4832 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit W

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

301 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (312-673-4545)

Dominic Fichera, Esq.
Fichera and Miller
415 North LaSalle Street
Suite 301
Chicago, IL 60610

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Carmen Prado v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-06303-EEF-DEK*

Dear Mr. Fichera:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Carmen Rodriguez. Merck's initial letter was sent on August 15, 2006. Pretrial Order No. 18C required Carmen Rodriguez to serve this PPF no later than February 12, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Carmen Rodriguez no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

M009E31876

09/28/2006 11:48 FAX  12124224728        HUGHES HUBBARD LLP                    ☐001

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0529 |
| RECIPIENT ADDRESS | 13126734545 |
| DESTINATION ID | |
| ST. TIME | 09/28 11:47 |
| TIME USE | 00'49 |
| PAGES SENT | 2 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Dominic Fichera, Esq. | Fichera and Miller | 312-673-4545 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M009E31877

# Exhibit X

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (713-626-3709)**

Charles R. Houssiere, III, Esq.
Houssiere Durant and Houssiere LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Sylvia Castillo v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Enrique Enriques. Merck's initial letter was sent on January 25, 2006. Pretrial Order No. 18C required Enrique Enriques to serve this PPF no later than November 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Enrique Enriques no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M009628377

```
               *********************
          ***    TX REPORT    ***
               *********************


     TRANSMISSION OK

     TX/RX NO              0452
     RECIPIENT ADDRESS     17136263709
     DESTINATION ID
     ST. TIME              09/28 11:54
     TIME USE              03'03
     PAGES SENT            5
     RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Charles R. Houssiere, III, Esq. | Houssiere Durant and Houssiere LLP | 713-626-3709 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit Y

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (423-267-9271)

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Avenue
Suite 402
Chattanooga, TN 37402

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Russell A. Lane v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01121-EEF-DEK*

Dear Mr. Warren:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Russell A Lane. Merck's initial letter was sent on February 15, 2006. Pretrial Order No. 18C required Wanda Lane to serve this PPF no later than December 15, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Russell A Lane no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M009E31886

09/28/2006 11:59 FAX  12124224726          HUGHES HUBBARD LLP                    ☑001

```
                            ********************
                            ***  TX REPORT  ***
                            ********************


        TRANSMISSION OK


        TX/RX NO              0453
        RECIPIENT ADDRESS     14232678271
        DESTINATION ID
        ST. TIME              09/28 11:58
        TIME USE              00'28
        PAGES SENT            2
        RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| C. Mark Warren, Esq. | Houston, Warren & Griffin | 423-267-9271 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

JR81E363GDW

# Exhibit Z

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9720
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (410-653-6903)**

Robert K. Jenner, Esq.
Janet Jenner and Suggs LLC
1829 Reisterstown Road
Suite 320
Baltimore, MD 21208

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Shantall Thomas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01024-EEF-DEK*

Dear Mr. Jenner:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Paula McAllister. Merck's initial letter was sent on February 15, 2006. Pretrial Order No. 18C required Sireta Godwin, James McAllister, Paula McAllister and Shantall Thomas to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Paula McAllister no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*
John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

M005826372

09/28/2006 12:04 FAX  12124224726          HUGHES HUBBARD LLP                              ☑001

```
                                 *********************
                            ***    TX REPORT    ***
                                 *********************


                TRANSMISSION OK

                TX/RX NO              0458
                RECIPIENT ADDRESS     14106536903
                DESTINATION ID
                ST. TIME              09/28 12:03
                TIME USE              00'57
                PAGES SENT            2
                RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Robert K. Jenner, Esq. | Janet Jenner and Suggs LLC | 410-653-6903 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00926373

# Exhibit AA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (504-523-2508)

Gladstone N. Jones, III, Esq.
Jones Verras and Frieberg LLC
One Allen Center
500 Dallas Street, Suite P-15
Houston, TX 77002

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Clarence Abrams v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-05204-EEF-DEK*

Dear Mr. Jones:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Baker. Merck's initial letter was sent on February 16, 2006. Pretrial Order No. 18C required Betty Baker to serve this PPF no later than January 11, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Baker no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK


TX/RX NO                0536
RECIPIENT ADDRESS       15045232508
DESTINATION ID
ST. TIME                09/28 12:29
TIME USE                03'14
PAGES.SENT              10
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Gladstone N. Jones, III, Esq. | Jones Verras and Frieberg LLC | 504-523-2508 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit BB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (516-433-6404)

Ronald T. Levinson, Esq.
Levinson and Associates PC
998 Old Country Road
Suite 4
Plainview, NY 11803

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Doreen P. Anderson v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00427-EEF-DEK*

Dear Mr. Levinson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Denis A Anderson. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Doreen P Anderson to serve this PPF no later than April 12, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Denis A Anderson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M00AA21890

06  12:34 FAX   12124224726          HUGHES HUBBARD LLP                              ☑001

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0538 |
| RECIPIENT ADDRESS | 15164336404 |
| DESTINATION ID | |
| ST. TIME | 09/28 12:34 |
| TIME USE | 00'36 |
| PAGES SENT | 3 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald T. Levinson, Esq. | Levinson and Associates PC | 516-433-6404 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit CC

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9720
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

## BY FIRST CLASS MAIL & CERTIFIED MAIL

Ronald T. Levinson, Esq.
Levinson and Associates PC
998 Old Country Road
Suite 4
Plainview, NY 11803

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Patricia Rini v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01083-EEF-DEK*

Dear Mr. Levinson:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Patricia Rini. Merck's initial letter was sent on April 7, 2006. Pretrial Order No. 18C required Patricia Rini to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Patricia Rini no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M00A021691

09/28/2006 12:34 FAX  12124224726          HUGHES HUBBARD LLP                    ☑001

```
                              *********************
                         ***    TX REPORT    ***
                              *********************


         TRANSMISSION OK

         TX/RX NO              0538
         RECIPIENT ADDRESS     15164336404
         DESTINATION ID
         ST. TIME              09/28 12:34
         TIME USE              00'36
         PAGES SENT            3
         RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald T. Levinson, Esq. | Levinson and Associates PC | 516-433-6404 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00AA21892

# Exhibit DD



**Hughes**
**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

BY FIRST CLASS MAIL & TELECOPY (706-324-0466; 706-323-5348)

Matthew Neal Pope, Esq.
Matthew N. Pope, Attorney at Law
900 Second Avenue, Suite 150
P.O. Box 2624
Columbus, GA 31901

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Kerns R. Ashworth v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-05561-EEF-DEK***

Dear Mr. Pope:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Kerns R Ashworth. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Ashworth to serve this PPF no later than January 24, 2006.

Please produce a completed PPF for Kerns R Ashworth no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00A191001

12/21/2006 17:58 FAX  12124224726          HUGHES HUBBARD LLP                              ☑001

```
                           *********************
                     ***     TX REPORT     ***
                           *********************


          TRANSMISSION OK

          TX/RX NO               0803
          RECIPIENT ADDRESS      17063240466
          DESTINATION ID
          ST. TIME               12/21 17:56
          TIME USE               01'23
          PAGES SENT             3
          RESULT                 OK
```



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Matthew Neal Pope, Esq. | Matthew N. Pope, Attorney at Law | 706-324-0466; 706-323-5348 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M0DA191004

# Exhibit EE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (618-467-1885)**

Andrea B. Lamere, Esq.
Schaffer and Lamere PC
5512 Godfrey Road
Suite B
Godfrey, IL 62035

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Willie M. Walker v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03137-EEF-DEK*

Dear Ms. Lamere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Phillip Nunn. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Phillip Nunn to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Phillip Nunn no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

M009531664

09/28/2006 12:57 FAX  12124224726          HUGHES HUBBARD LLP                    ☒001

```
                    ************************
               ***   TX REPORT    '***
                    ************************


        TRANSMISSION OK

        TX/RX NO              0471
        RECIPIENT ADDRESS     18184671885
        DESTINATION ID
        ST. TIME              09/28 12:56
        TIME USE              01'34
        PAGES SENT               3
        RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Andrea B. Lamere, Esq. | Schaffer and Lamere PC | 618-467-1885 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M009E31866

# Exhibit FF

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (615-256-2988)

Michael D. Dillon, Esq.
Stillman and Friedland
404 James Robertson Parkway, Suite 104
Parkway Towers
Nashville, TN 37219

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Barbara Donoho v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-05896-EEF-DEK*

Dear Mr. Dillon:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Barbara Donoho. Merck's initial letter was sent on June 8, 2006. Pretrial Order No. 18C required Barbara Donoho to serve this PPF no later than February 4, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Barbara Donoho no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

M009626370

```
09/28/2006 12:42 FAX  12124224726        HUGHES HUBBARD LLP                    ☑001
```

```
                              *********************
                          ***    TX REPORT    ***
                              *********************


          TRANSMISSION OK

          TX/RX NO              0467
          RECIPIENT ADDRESS     16152562988
          DESTINATION ID
          ST. TIME              09/28 12:41
          TIME USE              00'58
          PAGES SENT            2
          RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Michael D. Dillon, Esq. | Stillman and Friedland | 615-256-2988 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M009628371

# Exhibit GG

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

BY FIRST CLASS MAIL & TELECOPY (606-337-7475)

W. Henry Lawson, Esq.
Lawson & Lawson
P.O. Box 449
Pineville, KY 40977

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Anita Parks v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-06517-EEF-DEK*

Dear Mr. Lawson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Anita Parks. Merck's initial letter was sent on June 8, 2006. Pretrial Order No. 18C required Anita Parks to serve this PPF no later than February 27, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Anita Parks no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M009E31892

09/28/2006 12:57 FAX  12124224726          HUGHES HUBBARD LLP                    ☑001

```
                              ********************
                         ***    TX REPORT    ***
                              ********************


         TRANSMISSION OK

         TX/RX NO              0547
         RECIPIENT ADDRESS     16063377475
         DESTINATION ID
         ST. TIME              09/28 12:56
         TIME USE              00'31
         PAGES SENT             2
         RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| W. Henry Lawson, Esq. | Lawson & Lawson | 606-337-7475 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.