**Wimberly, Dorothy H.**

| | |
|---|---|
| **From:** | Wimberly, Dorothy H. |
| **Sent:** | Wednesday, January 17, 2007 10:57 AM |
| **To:** | 'fallon@laed.uscourts.gov'; 'Jeremy_Grabill@laed.uscourts.gov'; Russ Herman; 'Lenny Davis' |
| **Cc:** | 'andy.birchfield@beasleyallen.com'; 'jbj@beasleyfirm.com'; 'bcraig@carlilelawfirm.com'; 'choussiere@hdhtex.com'; 'lawvol@aol.com'; 'rjenner@medlawlegalteam.com'; 'cmason@lawjvf.com'; 'RonaldLevinson@lclawyers.com'; 'alamere@riverbendlaw.com'; 'mddillon@jstillman.com'; 'henryl@lawson-law.com' |
| **Subject:** | See attached correspondence, Rule to Show Cause and Proposed Order filed today in the Vioxx MDL |
| **Attachments:** | Ltr sending Rule to Show Cause.pdf; Rule to show cause filed Jan 17.pdf; Proposed Order on Rule filed Jan 17.pdf; Exhibits A-Q Rule.pdf; Exhibits R-GG Rule.pdf |

   

Ltr sending Rule to    Rule to show cause    Proposed Order on    Exhibits A-Q         Exhibits R-GG
Show Cause...          filed Jan 1...        Rule filed J...      Rule.pdf (689 KB)... Rule.pdf (594 KB...

*MDL - 1657 - Vioxx*

*DEFT.*

**EXHIBIT**

*1*

*Attachment to*
*Rec. Doc. 9698*

1

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
WWW.STONEPIGMAN.COM

OUR FILE NUMBER

66,000

January 17, 2007

**BY HAND DELIVERY & E-MAIL**

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, Louisiana 70130

Re: _In re: VIOXX PRODUCTS LITIGATION_, MDL Docket No. 1657

Dear Judge Fallon:

I enclose a copy of Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C and Proposed Order which we have filed in the referenced cases.

As with the prior rules addressing this issue, the proposed order provides for a briefing schedule and hearing date to be determined by the Court.

Respectfully yours,

Dorothy H. Wimberly

DHW/jad
Enclosures

cc: Russ Herman, Esq./Lenny Davis, Esq. (via e-mail and U.S. Mail)
Andy Birchfield, Jr., Esq. (via e-mail) (counsel in _Inskeep_ and _Woods_ cases)
James E. Beasley, Esq. (via e-mail) (counsel in _Rayford_ case)
Bruce A. Craig, Esq. (via e-mail) (counsel in _Allen_ case)
W. Eason Mitchell, Esq. (via U.S. mail) (counsel in _Jett_ case)
Dominic R. Fichera, Esq. (via U.S. mail) (counsel in _Prado_ case)
Charles R. Houssiere, Esq. (via e-mail) (counsel in _Castillo_ case)
C. Mark Warren, Esq. (via e-mail) (counsel in _Lane_ case)

849568v.1

2

January 17, 2007

Robert K. Jenner, Esq. (via e-mail) (counsel in *Thomas* case)
Gladstone N. Jones, Esq. (via e-mail) (counsel in *Abrams* case)
Ronald T. Levinson, Esq. (via e-mail) (counsel in *Anderson* and *Rini* cases)
Matthew N. Pope, Esq. (via U.S. mail) (counsel in *Ashworth* case)
Andrea B. Lamere, Esq. (via e-mail) (counsel in *Walker* case)
Michael D. Dillon, Esq. (via e-mail) (counsel in *Donoho* case)
W. Henry Lawson, Esq. (via e-mail) (counsel in *Parks* case)
Vioxx National (via e-mail)

Click to Print

## Transaction 13482572

Multi-case
LA US District Court Eastern District E-Service-Vioxx

Served only (public) at 1/17/2007 11:26 AM CST
No calendar event scheduled

## ⊟ Document List (4)    Total Statutory Fees: $0.00

**Main Document, 9 pages   ID: 15591164**

| | | |
|---|---|---|
| **Document type:** | Motion | **Clerk review status/action:**  N/A |
| **Security:** | Secure Public | |
| **Statutory fee:** | $0.00 | |
| **Document title:** | Motion AND Memo Rule to Show cause why cases should not be dismissed for Failure to provide any response to the PPF Form required by PTO 18C | |

**Supporting 15591164, 3 pages   ID: 15591165**

| | | |
|---|---|---|
| **Document type:** | Proposed Order | **Clerk review status/action:**  N/A |
| **Security:** | Secure Public | |
| **Statutory fee:** | $0.00 | |
| **Document title:** | Porposed order | |

**Supporting 15591164, 51 pages   ID: 15591166**

| | | |
|---|---|---|
| **Document type:** | Exhibits | **Clerk review status/action:**  N/A |
| **Security:** | Secure Public | |
| **Statutory fee:** | $0.00 | |
| **Document title:** | A-Q | |

**Supporting 15591164, 49 pages   ID: 15591167**

| | | |
|---|---|---|
| **Document type:** | Exhibits | **Clerk review status/action:**  N/A |
| **Security:** | Secure Public | |
| **Statutory fee:** | $0.00 | |
| **Document title:** | R-GG | |

## ⊟ Other Transaction Data

**Client matter code**
066666 jjc

## ⊟ Sending Parties and Recipients

### ⊟ Sending Parties (1)

| ▲Party | Attorney | Firm |
|---|---|---|
| Defendants Liaison Counsel | Dorothy H Wimberly | Stone Pigman Walter Wittmann LLC |

### ⊟ Recipients (141)

*MDL 1657- Vioxx* (handwritten)

1-141 of 141 recipients

| ▲Party | Attorney | | Delivered | Method | Type |
|---|---|---|---|---|---|
| | | | 1/17/2007 11:26 | E- | |

*DEFT.* (handwritten)

EXHIBIT
2

*Attachment to Rec. Doc. 9698* (handwritten)

| Name | Attorney | Firm | Date/Time | Type | Service |
|---|---|---|---|---|---|
| Abrams, Clarence | Eberhard Garrison | Jones Verras & Freiberg LLC | AM CST | Service | Service |
| Abrams, Clarence | Lynn Swanson | Jones Verras & Freiberg LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Acevedo, Margarita | Dominic Ronald Fichera | Fichera & Miller | 1/17/2007 11:26 AM CST | E-Service | Service |
| Allen, Denise | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Anstice, David | Kevin F Berry | Cozen O'Connor | 1/17/2007 11:26 AM CST | E-Service | Service |
| Ashworth, Kerns R | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Ashworth, Kerns R | Matthew N Pope | Pope, Matthew N PC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Brando, Kim | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Brown, Billy | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Brown, Cal | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Brown, Joe Dan | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Brown, Wilma D | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Brown, Wilma D | Jeffrey J Lowe | Carey & Danis LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Caremark Illinois Mail Pharmacy LLC | David Dick | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Castillo, Sylvia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Cloy, Frank Stein | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Collier, Jimmy | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Courney Pharmacies PC | David Dick | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Courtney Pharmacies PC | B Matthew Struble | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Craig, William F | Rickey J Brantley | Jose Henry Brantley MacLean & Alvarado LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Cravens, Cleo | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Cravens, Cleo | Jeffrey J Lowe | Carey & Danis LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Defendants Liaison Counsel | Catherine Michelle Shelly Williams | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | 1/17/2007 11:26 AM CST | E-Service | Service |
| Donoho, Barbara | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Donoho, Barbara | Diane Fenner | Fenner & Boles LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Enriques, Enrique | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Ervin, Mark | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Fields, Clarence | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Fisher, Jimmy | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Gabaldon, Maria | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Garza, Alejandro | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Garza, Irma | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Garza, Narcia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |

| | | | | | |
|---|---|---|---|---|---|
| Garza, Narcisa | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Gibbs, Billy Lee | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Gildon, James | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Godwin, Kaylee | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Godwin, Sireta | Robert K Jenner | Janet Jenner & Suggs | 1/17/2007 11:26 AM CST | E-Service | Service |
| Granado, Joe | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Griffin, Thomas | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Griffith, Thomas | John L MacNaughton | Morris Manning & Martin | 1/17/2007 11:26 AM CST | E-Service | Service |
| Guzman, Alicia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Hadley, Gary R | Dominic Ronald Fichera | Fichera & Miller | 1/17/2007 11:26 AM CST | E-Service | Service |
| Harvey, Donald | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Hawthorne, Willie Elmer | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Hazelwood, Robert | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Holliday, Lonnie | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Horton, Opal | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Hunt, Edward | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Inskeep, Mike | Andy D Birchfield Jr | Beasley Allen Crow Methvin Portis & Miles PC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Inskeep, Mike | J Paul Sizemore | Beasley Allen Crow Methvin Portis & Miles PC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Jeter, Arono | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Jett, Rodgetta Colvin | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Jett, Rodgetta Colvin | W Eason Mitchell | Colom Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| K Mart Corp | David Dick | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Kalicosque, Therezinha | Dominic Ronald Fichera | Fichera & Miller | 1/17/2007 11:26 AM CST | E-Service | Service |
| King, Cathy | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Lane, Russell A | Mark Warren | Warren & Griffin PC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Lane, Wanda | Mark Warren | Warren & Griffin PC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Lofendo, James | Dominic Ronald Fichera | Fichera & Miller | 1/17/2007 11:26 AM CST | E-Service | Service |
| Lomax, Dorothy | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| M L M Pharmacy Inc | David Dick | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| M L M Pharmacy Inc | B Matthew Struble | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Marina, Guillermina | Dominic Ronald Fichera | Fichera & Miller | 1/17/2007 11:26 AM CST | E-Service | Service |
| McAllister, James | Robert K Jenner | Janet Jenner & Suggs | 1/17/2007 11:26 AM CST | E-Service | Service |
| | | | 1/17/2007 11:26 | E- | |

| | | | | | |
|---|---|---|---|---|---|
| Mcglothin, Thresia | Bruce A Craig | Carlile Law Firm | AM CST | Service | Service |
| Mcgriger, Charles | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Mckinney, Claude | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Medco Health Solutions Inc | David Dick | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Medco Health Solutions Inc | B Matthew Struble | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Memorial Family Pharmacy Inc | David Dick | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Norman C Kleinberg | Hughes Hubbard & Reed LLP-New York | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Charles W Cohen | Hughes Hubbard & Reed LLP-New York | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Richard L Josephson | Baker Botts LLP-Houston | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Jon Skidmore | Fulbright & Jaworski LLP-Dallas | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | John Beisner | OMelveny & Myers LLP-DC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | John L MacNaughton | Morris Manning & Martin | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Dan H Ball | Bryan Cave LLP-St Louis | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Theodore Mayer | Hughes Hubbard & Reed LLP-New York | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Wilfred P Coronato | Hughes Hubbard & Reed LLP-New York | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Joshua Schiller/970968 | Dechert LLP-Philadelphia | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Robert C Brock | Rushton Stakely Johnston & Garrett PA | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Jessica Davidson Miller | OMelveny & Myers LLP-DC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Thomas P Owen Jr | Stanley Flanagan & Reuter | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Frances C Fenelon | Waller Lansden Dortch & Davis | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | James M Doran Jr | Waller Lansden Dortch & Davis | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | S Keenan Carter | Waller Lansden Dortch & Davis | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Stephen G Strauss | Bryan Cave LLP-St Louis | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Robert T Ebert Jr | Bryan Cave LLP-St Louis | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Randy J Soriano | Bryan Cave LLP-St Louis | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Jeffrey Douglass | Morris Manning & Martin | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Robert Alpert | Morris Manning & Martin | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Vilia B Hayes | Hughes Hubbard & Reed LLP-New York | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Douglas R Marvin | Williams & Connolly LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Winston E Miller | Frost Brown Todd LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Susan J Pope | Frost Brown Todd LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | John David Owen | Bradley Arant Rose & White LLP-Birmingham | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Susan J Giamportone | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | 1/17/2007 11:26 AM CST | E-Service | Service |

| | | | | | |
|---|---|---|---|---|---|
| Merck & Co Inc | Eileen Burkhalter Smith | Waller Lansden Dortch & Davis | 1/17/2007 11:26 AM CST | E-Service | Service |
| Merck & Co Inc | Dimitrios Mavroudis/973004 | Dechert LLP-Philadelphia | 1/17/2007 11:26 AM CST | E-Service | Service |
| Mosley, Johnny | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Nickerson, Mike | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Nunn, Phillip | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Nunn, Phillip | Jeffrey J Lowe | Carey & Danis LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Ortiz, Lorenzo | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Ortiz, Rosa | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Parker, Charlie Earl | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Parker, Evie | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Parks, Anita | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Peek, Virgie | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Perrine, Brian | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Pierce, William | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Andy D Birchfield Jr | Beasley Allen Crow Methvin Portis & Miles PC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Christopher Seeger | Seeger Weiss LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Russ Herman | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Prado, Carmen | Dominic Ronald Fichera | Fichera & Miller | 1/17/2007 11:26 AM CST | E-Service | Service |
| Provines, Marilyn | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Provines, Marilyn | Jeffrey J Lowe | Carey & Danis LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Ramsey, John Paul | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Rayford, Betty | James J McHugh Jr | McHugh Firm PC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Ridriguez, Virginia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Rini, Ned | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Rini, Patricia | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Rite Aid Corp | Robert Rowan | Gollatz Griffin & Ewing PC-Wilmington | 1/17/2007 11:26 AM CST | E-Service | Service |
| Rodriguez, Carmen | Dominic Ronald Fichera | Fichera & Miller | 1/17/2007 11:26 AM CST | E-Service | Service |
| Rodriguez, Virginia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Shaw, Jackie Sr | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Simpson, Pat | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Thomas, Shantall | Robert K Jenner | Janet Jenner & Suggs | 1/17/2007 11:26 AM CST | E-Service | Service |
| | | | 1/17/2007 11:26 | E- | |

| | | | | | |
|---|---|---|---|---|---|
| Tomasello, Yolanda | Dominic Ronald Fichera | Fichera & Miller | AM CST | Service | Service |
| Urias, Regino | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Wal Mart Stores East Inc | David Dick | Thompson Coburn LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Walker, Wallie Mae | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Walker, Wallie Mae | Jeffrey J Lowe | Carey & Danis LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Watkins, Ronnie | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Watson, Randall | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Wickware, Ravay | Bruce A Craig | Carlile Law Firm | 1/17/2007 11:26 AM CST | E-Service | Service |
| Wolfe, Robert | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/17/2007 11:26 AM CST | E-Service | Service |
| Wolfe, Robert | Jeffrey J Lowe | Carey & Danis LLC | 1/17/2007 11:26 AM CST | E-Service | Service |
| Woods, Gwendolyn | J Paul Sizemore | Beasley Allen Crow Methvin Portis & Miles PC | 1/17/2007 11:26 AM CST | E-Service | Service |

1-141 of 141 recipients

⊟ **Additional Recipients (0)**

| Document/Notice | Name | Method | Delivered |
|---|---|---|---|
| | none available | | |

⊟ **Sender Information**

Submitted by:        John Chaillot, Stone Pigman Walter Wittmann LLC

Authorizer:          Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC

Click to Print

## Transaction 13634516

Multi-case                                                      Served only (public) at 1/30/2007 11:50 AM CST
LA US District Court Eastern District E-Service-Vioxx            No calendar event scheduled

### ⊟ Document List (1)        Total Statutory Fees: $0.00
**Main Document, 3 pages    ID: 15788052**

| | | | |
|---|---|---|---|
| Document type: | Order | Clerk review status/action: | N/A |
| Security: | Secure Public | | |
| Statutory fee: | $0.00 | | |
| Document title: | Order Setting Hearing and briefing on Motion to Dismiss signed by Judge Fallon | | |

### ⊟ Other Transaction Data
**Client matter code**
0666666

### ⊟ Sending Parties and Recipients
#### ⊟ Sending Parties (1)

| ▲Party | Attorney | Firm |
|---|---|---|
| Defendants Liaison Counsel | Dorothy H Wimberly | Stone Pigman Walter Wittmann LLC |

#### ⊟ Recipients (141)

1-141 of 141 recipients

| ▲Party | Attorney | Firm | Delivered | Method | Type |
|---|---|---|---|---|---|
| Abrams, Clarence | Eberhard Garrison | Jones Verras & Freiberg LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Abrams, Clarence | Lynn Swanson | Jones Verras & Freiberg LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Acevedo, Margarita | Dominic Ronald Fichera | Fichera & Miller | 1/30/2007 11:50 AM CST | E-Service | Service |
| Allen, Denise | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Anstice, David | Kevin F Berry | Cozen O'Connor | 1/30/2007 11:50 AM CST | E-Service | Service |
| Ashworth, Kerns R | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Ashworth, Kerns R | Matthew N Pope | Pope, Matthew N PC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Brando, Kim | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Brown, Billy | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Brown, Cal | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Brown, Joe Dan | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Brown, Wilma D | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Brown, Wilma D | Jeffrey J Lowe | Carey & Danis LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Caremark Illinois Mail | | | 1/30/2007 11:50 | E- | |

*Def. EXHIBIT 3*

*MDL 1657 - Vioxx Attachment to Rec. Doc. 9698*

| Pharmacy LLC | David Dick | Thompson Coburn LLP | AM CST | Service | Service |
|---|---|---|---|---|---|
| Castillo, Sylvia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Cloy, Frank Stein | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Collier, Jimmy | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Courney Pharmacies PC | David Dick | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Courtney Pharmacies PC | B Matthew Struble | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Craig, William F | Rickey J Brantley | Jose Henry Brantley MacLean & Alvarado LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Cravens, Cleo | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Cravens, Cleo | Jeffrey J Lowe | Carey & Danis LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Defendants Liaison Counsel | Catherine Michelle Shelly Williams | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | 1/30/2007 11:50 AM CST | E-Service | Service |
| Donoho, Barbara | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Donoho, Barbara | Diane Fenner | Fenner & Boles LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Enriques, Enrique | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Ervin, Mark | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Fields, Clarence | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Fisher, Jimmy | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Gabaldon, Maria | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Garza, Alejandro | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Garza, Irma | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Garza, Narcia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Garza, Narcisa | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Gibbs, Billy Lee | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Gildon, James | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Godwin, Kaylee | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Godwin, Sireta | Robert K Jenner | Janet Jenner & Suggs | 1/30/2007 11:50 AM CST | E-Service | Service |
| Granado, Joe | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Griffin, Thomas | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Griffith, Thomas | John L MacNaughton | Morris Manning & Martin | 1/30/2007 11:50 AM CST | E-Service | Service |
| Guzman, Alicia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Hadley, Gary R | Dominic Ronald Fichera | Fichera & Miller | 1/30/2007 11:50 AM CST | E-Service | Service |
| Harvey, Donald | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Hawthorne, Willie Elmer | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Hazelwood, Robert | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |

| | | | | | |
|---|---|---|---|---|---|
| Holliday, Lonnie | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Horton, Opal | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Hunt, Edward | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Inskeep, Mike | Andy D Birchfield Jr | Beasley Allen Crow Methvin Portis & Miles PC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Inskeep, Mike | J Paul Sizemore | Beasley Allen Crow Methvin Portis & Miles PC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Jeter, Arono | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Jett, Rodgetta Colvin | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Jett, Rodgetta Colvin | W Eason Mitchell | Colom Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| K Mart Corp | David Dick | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Kalicosque, Therezinha | Dominic Ronald Fichera | Fichera & Miller | 1/30/2007 11:50 AM CST | E-Service | Service |
| King, Cathy | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Lane, Russell A | Mark Warren | Warren & Griffin PC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Lane, Wanda | Mark Warren | Warren & Griffin PC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Lofendo, James | Dominic Ronald Fichera | Fichera & Miller | 1/30/2007 11:50 AM CST | E-Service | Service |
| Lomax, Dorothy | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| M L M Pharmacy Inc | David Dick | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| M L M Pharmacy Inc | B Matthew Struble | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Marina, Guillermina | Dominic Ronald Fichera | Fichera & Miller | 1/30/2007 11:50 AM CST | E-Service | Service |
| McAllister, James | Robert K Jenner | Janet Jenner & Suggs | 1/30/2007 11:50 AM CST | E-Service | Service |
| Mcglothin, Thresia | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Mcgriger, Charles | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Mckinney, Claude | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Medco Health Solutions Inc | David Dick | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Medco Health Solutions Inc | B Matthew Struble | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Memorial Family Pharmacy Inc | David Dick | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Norman C Kleinberg | Hughes Hubbard & Reed LLP-New York | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Charles W Cohen | Hughes Hubbard & Reed LLP-New York | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Richard L Josephson | Baker Botts LLP-Houston | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Jon Skidmore | Fulbright & Jaworski LLP-Dallas | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | John Beisner | OMelveny & Myers LLP-DC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | John L MacNaughton | Morris Manning & Martin | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Dan H Ball | Bryan Cave LLP-St Louis | 1/30/2007 11:50 AM CST | E-Service | Service |
| | | Hughes Hubbard & Reed LLP-New | 1/30/2007 11:50 | E- | |

| | | | | | |
|---|---|---|---|---|---|
| Merck & Co Inc | Theodore Mayer | York | AM CST | Service | Service |
| Merck & Co Inc | Wilfred P Coronato | Hughes Hubbard & Reed LLP-New York | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Joshua Schiller/970968 | Dechert LLP-Philadelphia | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Robert C Brock | Rushton Stakely Johnston & Garrett PA | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Jessica Davidson Miller | OMelveny & Myers LLP-DC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Thomas P Owen Jr | Stanley Flanagan & Reuter | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Frances C Fenelon | Waller Lansden Dortch & Davis | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | James M Doran Jr | Waller Lansden Dortch & Davis | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | S Keenan Carter | Waller Lansden Dortch & Davis | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Stephen G Strauss | Bryan Cave LLP-St Louis | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Robert T Ebert Jr | Bryan Cave LLP-St Louis | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Randy J Soriano | Bryan Cave LLP-St Louis | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Jeffrey Douglass | Morris Manning & Martin | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Robert Alpert | Morris Manning & Martin | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Vilia B Hayes | Hughes Hubbard & Reed LLP-New York | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Douglas R Marvin | Williams & Connolly LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Winston E Miller | Frost Brown Todd LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Susan J Pope | Frost Brown Todd LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | John David Owen | Bradley Arant Rose & White LLP-Birmingham | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Susan J Giamportone | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Eileen Burkhalter Smith | Waller Lansden Dortch & Davis | 1/30/2007 11:50 AM CST | E-Service | Service |
| Merck & Co Inc | Dimitrios Mavroudis/973004 | Dechert LLP-Philadelphia | 1/30/2007 11:50 AM CST | E-Service | Service |
| Mosley, Johnny | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Nickerson, Mike | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Nunn, Phillip | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Nunn, Phillip | Jeffrey J Lowe | Carey & Danis LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Ortiz, Lorenzo | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Ortiz, Rosa | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Parker, Charlie Earl | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Parker, Evie | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Parks, Anita | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Peek, Virgie | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Perrine, Brian | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |

| Pierce, William | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Andy D Birchfield Jr | Beasley Allen Crow Methvin Portis & Miles PC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Christopher Seeger | Seeger Weiss LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Russ Herman | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Prado, Carmen | Dominic Ronald Fichera | Fichera & Miller | 1/30/2007 11:50 AM CST | E-Service | Service |
| Provines, Marilyn | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Provines, Marilyn | Jeffrey J Lowe | Carey & Danis LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Ramsey, John Paul | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Rayford, Betty | James J McHugh Jr | McHugh Firm PC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Ridriguez, Virginia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Rini, Ned | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Rini, Patricia | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Rite Aid Corp | Robert Rowan | Gollatz Griffin & Ewing PC-Wilmington | 1/30/2007 11:50 AM CST | E-Service | Service |
| Rodriguez, Carmen | Dominic Ronald Fichera | Fichera & Miller | 1/30/2007 11:50 AM CST | E-Service | Service |
| Rodriguez, Virginia | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Shaw, Jackie Sr | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Simpson, Pat | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Thomas, Shantall | Robert K Jenner | Janet Jenner & Suggs | 1/30/2007 11:50 AM CST | E-Service | Service |
| Tomasello, Yolanda | Dominic Ronald Fichera | Fichera & Miller | 1/30/2007 11:50 AM CST | E-Service | Service |
| Urias, Regino | Monica C Vaughan | Houssiere Durant & Houssiere LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Wal Mart Stores East Inc | David Dick | Thompson Coburn LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Walker, Wallie Mae | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Walker, Wallie Mae | Jeffrey J Lowe | Carey & Danis LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Watkins, Ronnie | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Watson, Randall | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Wickware, Ravay | Bruce A Craig | Carlile Law Firm | 1/30/2007 11:50 AM CST | E-Service | Service |
| Wolfe, Robert | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/30/2007 11:50 AM CST | E-Service | Service |
| Wolfe, Robert | Jeffrey J Lowe | Carey & Danis LLC | 1/30/2007 11:50 AM CST | E-Service | Service |
| Woods, Gwendolyn | J Paul Sizemore | Beasley Allen Crow Methvin Portis & Miles PC | 1/30/2007 11:50 AM CST | E-Service | Service |

1-141 of 141 recipients

⊟ **Additional Recipients (0)**

| Document/Notice | Name | Method | Delivered |
| --- | --- | --- | --- |
| | none available | | |

## ⊟ Sender Information

Submitted by:                    John Chaillot, Stone Pigman Walter Wittmann LLC

Authorizer:                      Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC



OUR FILE NUMBER

66,000

7107 2607 1790 0002 7255

| RETURN RECEIPT SERVICE | POSTAGE | $0.63 | POSTMARK OR DATE |
| | RESTRICTED DELIVERY | | |
| | CERTIFIED | $2.40 | |
| | RETURN RECEIPT FEE | $1.85 | |
| SENT | TOTAL POSTAGE AND | $4.88 | |

File: 66,000/DHW/ecj
James E. Beasley, Jr., Esq.
1125 Walnut Street
Philadelphia, Pennsylvania 19107

2/5/2007 10:49 AM

PS FORM 3800

**UNITED STATES POSTAL SERVICE**  RECEIPT FOR CERTIFIED
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

2. Article Number

7107 2607 1790 0002 7255

Article Addressed to:

James E. Beasley, Jr., Esq.
1125 Walnut Street
Philadelphia, Pennsylvania 19107

2/5/2007 10:49 AM

File: 66,000/DHW/ecj

Form 3811            Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:  ☐ No

3. Service Type  ☒ Certified
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

MDL 1657-
Vioxx

Exhibit 4

Attachment to
Rec. Doc. 9698

854484v.1

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

DOROTHY H. WIMBERLY
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

February 5, 2007

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crow, Methvin,
  Portis & Miles
Post Office Box 4160
Montgomery, AL 36103

Ronald T. Levinson, Esq.
Levinson & Collins
998 Old Country Rd.
Suite 4
Plainview, NY 11803

W. Henry Lawson, Esq.
101 Virginia Ave.
Pineville, KY 40977

Matthew N. Pope, Esq.
Post Office Box 2624
Columbus, GA 31901

Michael D. Dillon, Esq.
404 James Robertson Pkwy.
Suite 104
Nashville, TN 37219

Gladstone N. Jones, Esq.
Jones, Verras & Freidberg
601 Poydras St., Suite 2655
New Orleans, LA 70130

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

*MDL 1657-*
*Vioxx*
*Exhibit 4*
*Attachment to*
*Rec. Doc. 9698*

854484v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

2

February 5, 2007

Re:   Order on Rule to Show Cause Why Cases Should Not Be Dismissed With
      Prejudice

Dear Mr. Beasley:

One or more of your plaintiffs is the subject of a Rule to Show Cause Why Cases
Should Not Be Dismissed With Prejudice.  To insure that you are aware of the applicable hearing
and briefing dates, I enclose a copy of the order by the Court setting Merck's Rule to Show
Cause for hearing on March 1, 2007.  Additionally, the Order provides that any opposition to the
Rule must be filed and served on or before February 16, 2007.  This Order already was served
via File & Serve.

Sincerely,

Original Signed By
DOROTHY H. WIMBERLY

Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:   Russ Herman, Esq. (via e-mail)

854484v.1



7107 2607 1790 0002 7491

| RETURN RECEIPT SERVICE | RESTRICTED DELIVERY | | POSTMARK OR DATE |
| | CERTIFIED | | |
| | RETURN RECEIPT FEE | $2.40 | |
| SENT | TOTAL POSTAGE AND | $1.85 | |

File: 66,000/DHW/ecj

W. Eason Mitchell
Post Office Box 866
Columbus, MS 39703

2/5/2007 2:43 PM

PS FORM 3800

**UNITED STATES POSTAL SERVICE** • **RECEIPT FOR CERTIFIED**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

2. Article Number

7107 2607 1790 0002 7491

Article Addressed to:

W. Eason Mitchell
Post Office Box 866
Columbus, MS 39703

2/5/2007 2:43 PM

File: 66,000/DHW/ecj

Form 3811                    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Tammy Brooks          ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Tammy Brooks                    2/8/07

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:        ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

854484v.1

# STONE PIGMAN WALTHER WITTMANN L.L.C.

## COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

DOROTHY H. WIMBERLY
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

February 5, 2007

## <u>CERTIFIED MAIL - RETURN RECEIPT REQUESTED</u>

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crow, Methvin,
 Portis & Miles
Post Office Box 4160
Montgomery, AL 36103

W. Henry Lawson, Esq.
101 Virginia Ave.
Pineville, KY 40977

Michael D. Dillon, Esq.
404 James Robertson Pkwy.
Suite 104
Nashville, TN 37219

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

Ronald T. Levinson, Esq.
Levinson & Collins
998 Old Country Rd.
Suite 4
Plainview, NY 11803

Matthew N. Pope, Esq.
Post Office Box 2624
Columbus, GA 31901

Gladstone N. Jones, Esq.
Jones, Verras & Freidberg
601 Poydras St., Suite 2655
New Orleans, LA 70130

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

854484v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
    2

February 5, 2007

Re:    Order on Rule to Show Cause Why Cases Should Not Be Dismissed With
        Prejudice

Dear Mr. Mitchell:

        One or more of your plaintiffs is the subject of a Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice. To insure that you are aware of the applicable hearing and briefing dates, I enclose a copy of the order by the Court setting Merck's Rule to Show Cause for hearing on March 1, 2007. Additionally, the Order provides that any opposition to the Rule must be filed and served on or before February 16, 2007. This Order already was served via File & Serve.

                        Sincerely,

                        Original Signed By
                        DOROTHY H. WIMBERLY

                        Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:    Russ Herman, Esq. (via e-mail)



854484v.1

**OUR FILE NUMBER**

66,000

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

Robert Kehner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

DOROTHY H. WIMBERLY
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

February 5, 2007

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crow, Methvin,
 Portis & Miles
Post Office Box 4160
Montgomery, AL  36103

Ronald T. Levinson, Esq.
Levinson & Collins
998 Old Country Rd.
Suite 4
Plainview, NY  11803

W. Henry Lawson, Esq.
101 Virginia Ave.
Pineville, KY  40977

Matthew N. Pope, Esq.
Post Office Box 2624
Columbus, GA  31901

Michael D. Dillon, Esq.
404 James Robertson Pkwy.
Suite 104
Nashville, TN  37219

Gladstone N. Jones, Esq.
Jones, Verras & Freidberg
601 Poydras St., Suite 2655
New Orleans, LA  70130

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL  62035

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD  21208

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN  37402

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX  77056

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL  60610

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX  75670

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA  19107

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS  39703

854484v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
         2

February 5, 2007

                    Re:     Order on Rule to Show Cause Why Cases Should Not Be Dismissed With
                            Prejudice

Dear Mr. Mitchell:

            One or more of your plaintiffs is the subject of a Rule to Show Cause Why Cases
Should Not Be Dismissed With Prejudice.  To insure that you are aware of the applicable hearing
and briefing dates, I enclose a copy of the order by the Court setting Merck's Rule to Show
Cause for hearing on March 1, 2007.  Additionally, the Order provides that any opposition to the
Rule must be filed and served on or before February 16, 2007.  This Order already was served
via File & Serve.

                                Sincerely,

                                   Original Signed By
                                DOROTHY H. WIMBERLY

                                Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:      Russ Herman, Esq. (via e-mail)

854484v.1



Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

854484v.1

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

DOROTHY H. WIMBERLY
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

February 5, 2007

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crow, Methvin,
 Portis & Miles
Post Office Box 4160
Montgomery, AL 36103

Ronald T. Levinson, Esq.
Levinson & Collins
998 Old Country Rd.
Suite 4
Plainview, NY 11803

W. Henry Lawson, Esq.
101 Virginia Ave.
Pineville, KY 40977

Matthew N. Pope, Esq.
Post Office Box 2624
Columbus, GA 31901

Michael D. Dillon, Esq.
404 James Robertson Pkwy.
Suite 104
Nashville, TN 37219

Gladstone N. Jones, Esq.
Jones, Verras & Freidberg
601 Poydras St., Suite 2655
New Orleans, LA 70130

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

854484v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
    2

February 5, 2007

Re:   Order on Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice

Dear Mr. Mitchell:

       One or more of your plaintiffs is the subject of a Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice. To insure that you are aware of the applicable hearing and briefing dates, I enclose a copy of the order by the Court setting Merck's Rule to Show Cause for hearing on March 1, 2007. Additionally, the Order provides that any opposition to the Rule must be filed and served on or before February 16, 2007. This Order already was served via File & Serve.

                           Sincerely,

                             Original Signed By
                           DOROTHY H. WIMBERLY

                         Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:   Russ Herman, Esq. (via e-mail)



OUR FILE NUMBER

66,000

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

Robert _____ r, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

854484v.1

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

DOROTHY H. WIMBERLY
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

February 5, 2007

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crow, Methvin,
 Portis & Miles
Post Office Box 4160
Montgomery, AL 36103

Ronald T. Levinson, Esq.
Levinson & Collins
998 Old Country Rd.
Suite 4
Plainview, NY 11803

W. Henry Lawson, Esq.
101 Virginia Ave.
Pineville, KY 40977

Matthew N. Pope, Esq.
Post Office Box 2624
Columbus, GA 31901

Michael D. Dillon, Esq.
404 James Robertson Pkwy.
Suite 104
Nashville, TN 37219

Gladstone N. Jones, Esq.
Jones, Verras & Freidberg
601 Poydras St., Suite 2655
New Orleans, LA 70130

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

854484v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

    2

February 5, 2007

Re:    Order on Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice

Dear Mr. Mitchell:

    One or more of your plaintiffs is the subject of a Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice. To insure that you are aware of the applicable hearing and briefing dates, I enclose a copy of the order by the Court setting Merck's Rule to Show Cause for hearing on March 1, 2007. Additionally, the Order provides that any opposition to the Rule must be filed and served on or before February 16, 2007. This Order already was served via File & Serve.

    Sincerely,

    Original Signed By
    DOROTHY H. WIMBERLY

    Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:    Russ Herman, Esq. (via e-mail)



854484v.1

OUR FILE NUMBER

66,000

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crow, Methvin,
  Portis & Miles
Post Office Box 4160
Montgomery, AL 36103

W. Henry Lawson, Esq.
101 Virginia Ave.
Pineville, KY 40977

Michael D. Dillon, Esq.
404 James Robertson Pkwy.
Suite 104
Nashville, TN 37219

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL 62035

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN 37402

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL 60610

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA 19107

Ronald T. Levinson, Esq.
Levinson & Collins
998 Old Country Rd.
Suite 4
Plainview, NY 11803

Matthew N. Pope, Esq.
Post Office Box 2624
Columbus, GA 31901

Gladstone N. Jones, Esq.
Jones, Verras & Freidberg
601 Poydras St., Suite 2655
New Orleans, LA 70130

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS 39703

## STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

DOROTHY H. WIMBERLY
DIRECT DIAL: (504) 593-0849
DIRECT FAX:  (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

February 5, 2007

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crow, Methvin,
   Portis & Miles
Post Office Box 4160
Montgomery, AL  36103

Ronald T. Levinson, Esq.
Levinson & Collins
998 Old Country Rd.
Suite 4
Plainview, NY  11803

W. Henry Lawson, Esq.
101 Virginia Ave.
Pineville, KY  40977

Matthew N. Pope, Esq.
Post Office Box 2624
Columbus, GA  31901

Michael D. Dillon, Esq.
404 James Robertson Pkwy.
Suite 104
Nashville, TN  37219

Gladstone N. Jones, Esq.
Jones, Verras & Freidberg
601 Poydras St., Suite 2655
New Orleans, LA  70130

Andrea Lamere, Esq.
Schaeffer & Lamere, P.C.
5512 Godfrey Rd.
Godfrey, IL  62035

Robert K. Jenner, Esq.
Janet, Jenner & Suggs
1829 Reisterstown Rd., Suite 320
Baltimore, MD  21208

C. Mark Warren, Esq.
Houston, Warren & Griffin
707 Georgia Ave., Suite 402
Chattanooga, TN  37402

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX  77056

Dominic R. Fichera, Esq.
Fichera & Miller
415 N. LaSalle St., Suite 301
Chicago, IL  60610

Bruce A. Craig, Esq.
The Carlile Law Firm
400 S. Alamo
Marshall, TX  75670

James E. Beasley, Jr., Esq.
1125 Walnut St.
Philadelphia, PA  19107

W. Eason Mitchell, Esq.
Colom Law Firm
Post Office Box 866
Columbus, MS  39703

854484v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE

    2

February 5, 2007


          Re:    Order on Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice

Dear Mr. Mitchell:

        One or more of your plaintiffs is the subject of a Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice.  To insure that you are aware of the applicable hearing and briefing dates, I enclose a copy of the order by the Court setting Merck's Rule to Show Cause for hearing on March 1, 2007.  Additionally, the Order provides that any opposition to the Rule must be filed and served on or before February 16, 2007.  This Order already was served via File & Serve.

                   Sincerely,

                   Original Signed By
                   DOROTHY H. WIMBERLY

                   Dorothy H. Wimberly


DHW/ecj
Enclosure

cc:    Russ Herman, Esq. (via e-mail)