Mr. DANNY BELL  #K-68611

F.S.P.       5-AB2-40

P.O. BOX 950

Folsom,, CA 95763

**U. S. DISTRICT COURT**
**Eastern District of Louisiana**

**FILED**  JAN - 4 2007

**LORETTA G. WHYTE**
Clerk WP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**500 POYDRAS ST.  RM. C-151**
**NEW ORLEANS, LA 70131**

05-1243 L (3)

IN RE: MULTI DISTRICT LITIGATION MDR 1657
VIOXX PRODUCTS LITIGATION
CIVIL ACTION NO 05-1243 DANNY BELL

DEAR CLERK OF THE COURT;

In contending in this complex litigation, I've encountered many obstacles, mainly that of presenting my case through hard copy presentations only.  I has not the access to nor convenience of a computer or internet...." Yet it seems the defendant Merck Co., is using said imbalance as reasons to deny my claim.  If is within your power, would you please send me some information as to **how to contend in this litigation using only Hard Copy presentations.**

Further, Plaintiff Bell, on the date of November, 11, 2005 has mailed as service of a Plaintiff Profile Forms as instructed in Pre Trial Order #5, to Defendant's counsel Phillip A. Wittman, of Stone Pigman, Walter, Wittman, LLC., and Plaintiff's counsel Russ M. Herman of Herman, Herman, Katz & Cotlar, LLP.

As grounds to penalize plaintiff Bell, due his lack of computer access, the Defendant Counsel John N. Poulos, of Hughes Hubbard & Reed LLP, on the date of July 18, 2006 mailed Plaintiff Bell a letter complaining of deficiencies they forsaw in Petitioner Bell's Plaintiff's Profile Form.

On August 4, 2006 Plaintiff Bell placed in the mail an Amended PPF, attempting to comply to the Defendant counsel complaint of deficiencies, by addressing each stated claim of deficiency, and placing the Amended PPF in the Mail on the date of August 4, 2006 Addressed to the defendant complaining attorney.(**see attachments**)

Plaintiff also mailed a copy of the Amended PPF to Plaintiff's L.L.P., the same date as instructed."

After receiving no response, Plaintiff mailed another PPF to Plaintiff' LLP counsel dated September 29, 2006.  On the date of November 6, 2006, Plaintiff Bell received mail of Plaintiff's LLP counsel, informing the Defendant's LLP

Process_____
X  Dktd_____
X  CtRmDep_____
Doc No._____

their receipt of the amended PPF as requested by defendant counsel, explaining that due to plaintiff's lack of computer access, is no ground for Defendant's taking adverse action on plaintiff Bell.

On the date of December 4, 2006, Defendant, Counsel Dechert LLP., mailed plaintiff Bell another letter complaining of the same deficiencies, plaintiff Bell addressed in his Amended PPF. Defendant counsel Dechert LLP., stated that Plaintiff Bell would not be a candidate for a Merck Profile Form, until plaintiff served his PPF on Defendant Hughes Hubbard & Reed LLP, as well as electronicaly via Lexis Nexis File & Serve ("LNFS") on three additional parties, including Dechert LLP. Defendant Counsel Dechert LLP, went on to explain the same deficiencies Plaintiff addressed in his Amended PPF To Defendant Counsel Hughes Hubbard& Reed LLP.

Plaintiff Bell has did all within his power to contend in this litigation, "with no counsel assistance, Plaintiff Bell has no other speedy or adequate remedy at law, but to address this Honorable Clerk Of Court for instruction, or information, despite of the court Order #5 addressing service to Liaison counsel, that as to what other service is necessary or where the PTO #5 failed to explain. Plaintiff Bell is attempting to address Defendant Counsel Dechert LLP., by Placing in the mail addressed to Plaintiff LLP counsel as well as the newly named counsel, Defendant Dechert, allege is necessary for service completion, "that Plaintiff Bell not be sanctioned adversely by Merck Co., Counsel.

## DECLARATION OF PLAINTIFF BELL, CA # 05-1243

On the dates of November 15, 2006, Plaintiff Bell CA #05-1243, received letters from Plaintiff's L.L.P. explaining to the Defendant's counsel, plaintiff's deficiency in not having computer access, which therefore, should stand as grounds of Plaintiff Bell's not being held to adverse actions from the defendants.

On December 10, 2006, Plaintiff Bell, received a letter from Defendant's counsel Dechert, dated December 4, 2006, complaining of the same deficiencies complained and assessed in Amended, Plaintiff's Profile form sent to other Defendant Counsel as ordered by PTO #5.

Plantiff prays the Honorable Clerk of Court assistance in that Plaintiff Bell has no other speedy of adequate remedy at law. Further Plaintiff Bell request Assistnce of Counsel, that Plaintiff Bell may serve all parties Electronically via., (LNFS), that Plaintiff Bell reveive no adverse sanctions due his inability of computer access, Further Plaintiff Bell Prays for any other action this Honorable Clerk Of The Court or The Honorable Judge feels appropriate and just to plaintiff

. status in this intricate Complex Litigation."

RESPECTFULLY SUBMITTED BY

DATE DECEMBER 22, 2006

Mr. DANNY BELL   #K-68611 (PRO SE) PLAINTIFF

F.S.P.          5-AB2-40

P.O. BOX 950

Folsom,, CA 95763

Mr. DANNY BELL   #K-68611
F.S.P.         5-AB2-40
P.O. BOX 950
Folsom,, CA 95763


MICHAEL P. Mc ILHINNEY
DECHERT LLP
CIRA CENTRE
2929 ARCH STREET
PLILADELPHIA, PA 19104-2808

IN RE: MULTI DISTRICT LITIGTION MDR 1657

VIOXX PRODUCTS LITIGATION

CA # 05-1243 DANNY BELL

MICHAEL P. ILHINNEY

I received a letter from you stating that your office did not receive a copy of the AMENDED PLAINTIFF PROFILE FORM, I mailed to Plaintiff's Liaison Counsel and the Defendant's Liaison Counsel on the date of August 4, 2006, addressing the discrepancies found the in the PPF presented December 11, 2005 to Defendant Counsel PHILLIP A. WITTMAN, OF STONE, PIGMAN, WALTER, WITTMEN, LLC and Plaintiff Liaison Counsel Russ Herman of HERMAN, HERMAN, KATZ & COTLAR, LLP..

In response to your letter I am sending a COPY OF THE AMENDED PLAINTIFF PROFILE FORM I mailed to Plaintiff Liaison Counsel on the 4th of August 2006, also addressing your office in service.  I were not aware of any PTO addressing your office as Defendant's representatives.  I have now Placed your address in my files and will make it my duty to include your office in future service presentations.

I have steadfastly maintained in my presentations to all counsel that I am an indigent and am not in access or control of a computer to maintain the criterion of service through the "LNFS".  If any information you have available on this issue, would you please forward said information to me..."

THANK YOU"

DATE December 22 2006

Mr. DANNY BELL  #K-68611 **(PRO SE) PLAINTIFF**
F.S.P.         5-AB2-40
P.O. BOX 950
Folsom,, CA 95763



Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

MICHAEL P. MC ILHINNEY

michael.mcilhinney@dechert.com
+1 215 994 2135  Direct
+1 215 994 2222  Fax

December 4, 2006

**Via First Class Mail**

Danny Bell #K-68611
Folsom Sate Prison
P.O. Box 950
Folsom, CA 95763
Inmate Number 147572

**In re Vioxx Products Liability Litigation- Merck Profile Forms**

Dear Sir or Madam:

**We are not permitted to communicate directly with a plaintiff who is represented by counsel.  Our records and a review of the court filings for this case indicate that you are currently not represented by an attorney, but rather, are representing yourself in this matter.  If you have obtained counsel, please do not contact us directly.  Please send this letter to your attorney and direct all communications with us through your attorney.**

In an effort to provide you with a Merck Profile Form ("MPF") as quickly as possible, Merck has conducted a preliminary review of the Plaintiff Profile Form ("PPF") you submitted in this VIOXX® coordinated proceeding.  The PPF for the matter referenced herein lacks the "core criteria" enumerated in paragraph 17 of Pretrial Order 18C and required by Merck to process an MPF.  Further, any amendment/supplementation to the PPF received in regard to this case failed to cure all of the deficiencies.

Merck is providing the accompanying report to identify the categories of core criteria in which your PPF is deficient.  Additionally, please refer to the attached chart which enumerates more specifically the information required to satisfy each category of the MPF core criteria.  Without this information, an MPF cannot be processed in your case.

Pursuant to Pretrial Order 18C, PPFs are to be served via hard copy on Will Coronato at Hughes Hubbard & Reed LLP as well as electronically via Lexis Nexis File & Serve ("LNFS") on three additional parties, including Dechert LLP.  PPFs are not candidates for MPFs until they have



Danny Bell
December 4, 2006
Page 2

been properly served on all appropriate parties. This deficiency is noted in the accompanying report where applicable.

Additionally, any PPF noted in the accompanying report with a deficiency of "Merck Served," has been identified as a case for which a complaint has not yet been served on Merck. PPFs are not candidates for MPFs until a complaint has been properly served upon Merck.

Merck will immediately begin processing an MPF to be served in this case within 90 days of receipt of a complete and verified PPF that includes the previously identified deficient core criteria. Importantly, upon a more thorough review of Plaintiff's responses in the PPF, Merck reserves the right to request additional information necessary for purposes of affirmative discovery under the Federal Rules and applicable court orders in this litigation.

Please direct all correspondence providing additional information satisfying the core criteria to me at the address indicated above. In addition, any amended and/or supplemental PPF must be served on all defense counsel pursuant to the terms of Pre-Trial Order 18C, as amended. Should you have any further questions, please do not hesitate to contact me.

Sincerely,

Michael P. Mc Ilhinney
Attachments

11/30/006

Deficiency Report

| User Name | Case Caption | Civil Action No | Deficiency Type | Description |
|-----------|-------------|-----------------|-----------------|-------------|
| Bell, Danny | Bell, Danny v. Merck & Co., Inc. | 2:05cv01243 | | LNFS Service;Injury Suffered;Date of Injury;Prescriber Name |

1

Mr. DANNY BELL  #K-68611
F.S.P.       5-AB2-40
P.O. BOX 950
Folsom,, CA 95763


RUSS M. HERMAN
HERMAN, HERMAN KATZ & COTLAR L.L.P.
(ATTORNEYS AT LAW)
820 O'Keefe Avenue,
New Orleans,, La. 70113-1116

IN RE: **MULTI DISTRICT LITIGATION MDR 1657**
**VIOXX PRODUCTS LITIGATION**
**CIVIL ACTION # 05-1243 DANNY BELL**

**DEAR RUSS HERMAN;**

I received a letter from Michael P. McIlhinney of DECHERT LLP, defendant's

LLP, on the 10th day of December 2006. This Defendant's counsel, raised the same

issue of the counsel at Hughes Hubbard & Reed LLP. Mr. Mc Ilhinney stated he were

the Defendant Merck & Co., Attorney, "that his office did not receive a copy of the

Amended Plaintiff Profile Form and due to plaintiff Bell's failure to service of his

office, Plaintiff Bell will not be receiving a Merck & Co., Profile Form.**(see**

**incorporated letter and attachments of DECHERT LLP).**

Plaintiff Bell, in interpreting PTO #5, concluded that the Liaison counsel were

the only necessary parties for service. If plaintiff Bell is misinformed, would you

please send me information as to exactly which parties are to be necessarily

included in plaintiff Bell's service responsibilities. Further Plaintiff Bell hs no

speedy and adequate remedy, so plaintiff prepared and mailed via U.S. Mail, a copy

of the Amended PPF on the 22nd of December 2006.

Your concern in this matter is very appreciated.


**RESPECTFULLY SUBMITTED**

DATE December 22 2006

Mr. DANNY BELL, #K-68611 **(PRO SE) PLAINTIFF**
F.S.P.       5-AB2-40
P.O. BOX 950
Folsom,, CA 95763


ra



**HERMAN, HERMAN, KATZ & COTLAR**
L.L.P.
Attorneys at Law

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick‡

Stephen J. Herman
Brian D. Katz

Soren E. Gisleson
Joseph E. "Jed" Cain

Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone (504) 581-4892    Facsimile (504) 561-6024
Http://www.hhkc.com
Temporary Office:
Place St. Charles, 201 St. Charles Ave., Suite 4310
New Orleans, Louisiana 70170

\* A Professional Law Corporation
‡ Also Admitted in Texas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gerel, LLP

November 6, 2006

**VIA E-MAIL**

Phillip Wittmann, Esq.
Stone Pigman
546 Carondelet Street
New Orleans, Louisiana 70130-3588

Re:    **In Re: VIOXX MDL 1657**

Dear Phil:

On June 6, 2005, we wrote *pro se* claimant Danny Bell and advised him regarding MDL 1657, *In re:* Vioxx Products Liability Litigation. Our letter was in response to correspondence received from Mr. Bell on May 4, 2005. We again wrote *pro se* Danny Bell on November 8, 2005, responding to correspondence forwarded by Mr. Bell to Dawn Barrios.

Since our prior correspondence, we received an additional communication from *pro se* claimant Danny Bell. A copy of his communication dated September 29, 2006 is enclosed (received by our office on October 16, 2006). We are furnishing this to you so that we are certain that you have a copy of the communication. Apparently, Mr. Bell does not have access to a computer or the Court's website.

On behalf of this *pro se* claimant and other *pro se* claimants, we request that the Defendants cease from taking any adverse actions.

Sincerely,

**LEONARD A. DAVIS**

LAD:lmf
Enclosures
cc:    Honorable Eldon E. Fallon
        Danny Bell

W:\25000-29999\27115\000\COR\LTR Wittmann, Phil re Pro Se Claimant Danny Bell 2006-11-6.wpd

Mr. DANNY BELL  #K-68611
F.S.P.        5-AB2-40
P.O. BOX 950
Folsom,, CA 95763

HERMAN, HERMAN KATZ & COTLAR L.L.P.
(ATTORNEYS AT LAW)
820 O'Keefe Avenue,
New Orleans,, La. 70113-1116

     Attorney, Herman;

     I received a letter from the Defendant's LLP, on the 18th day of July.  The letter
were expressing the Attorney's discrepancies concerning the Plaintiff Profile Form I
submitted pursuant to the request of the Court.  I, "in response to their request, for
clarity, presented a Amended Plaintiff Profile Form, to the Defendant's LLP, within the
20 day deadline they inquired I respond to their request for clarification.  I as of date
has not had funding and am presently sending a copy of the document I mailed to the
Defendants LLP.  I am not sending the attachments wherein I presented with the first PPF,
in that the attachments presented with the first filing were not contested and therefore
conceived acceptable by my person.

     Would you please, incorporate the amendments in this filing within my file that any
discrepancies may be answered!

                              RESPECTFULLY SUBMITTED BY:

DATE September 29, 2006.

                         _____
                         DANNY BELL (PRO SE) PLAINTIFF



**HERMAN, HERMAN, KATZ & COTLAR**
L.L.P.
Attorneys at Law

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick‡

Stephen J. Herman
Brian D. Katz

David K. Fox‡
Soren E. Gisleson

Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone (504) 581-4892    Facsimile (504) 561-6024
Http://www.hhkc.com
Temporary Office:
3411 Richmond Ave., Suite 460, Houston, Texas 77046
Telephone (713) 877-1843    Facsimile (713) 871-9750

* A Professional Law Corporation
‡ Also Admitted in Texas
† Also Admitted in Wisconsin and Illinois

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gerel, LLP

November 8, 2005

**CERTIFIED MAIL RETURN**
**RECEIPT REQUESTED NO.  7004 1160 0007 0743 7744**

Danny Bell, #K-68611
Folsom State Prison 5-AB2-40
P.O. Box 950
Folsom, CA 95763

RE:     <u>In re: Vioxx Products Liability Litigation</u>
MDL 1657
United States District Court
Eastern District of Louisiana

Dear Mr. Bell:

I have been provided a copy of your letter that was recently forwarded addressed to Dawn Barrios. I have advised Ms. Barrios that I would reply to your letter.

On June 6, 2005, we forwarded to you a response to your May 4, 2005 letter. A copy of our June 6, 2005 letter is enclosed. Again, we recommend that you contact one of the attorneys identified in our letter.

As a courtesy to you, we are enclosing additional Pre-Trial Orders that have been rendered in MDL 1657 of June 6, 2005. Specifically, and in response to your question regarding Plaintiff Profile Forms (PPFs), please review Pre-Trial Order No. 18 and 18(B). Be aware that the defendants have recently consented to extend the deadline for submission of PPFs until December 15, 2005.

If we can assist you further, please let us know.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
Enclosures
cc:     Honorable Eldon E. Fallon (w/o encls.)
Phillip Wittmann, Esq. (w/o encls.)
Dawn Barrios, Esq. (w/o encls.)

W:\25000-29999\27115\000\COR\LTR Bell, Danny (Pro Se) 2005-11-08.wpd:LF

Mr. DANNY BELL, #K-68611
F.S.P.        5-AB2-40
P.O. BOX 950
Folsom,, CA 95763
**(IN PROPRIA PERSONIA)**

| | |
|---|---|
| IN RE: VIOXX@ PRODUCTS<br>LIABILITY LITIGATION<br>———————————————<br><br>THIS RELATES TO: PLAINTIFF<br>DANNY BELL, CIVIL ACTION NO.<br>05- 1243 L(3)<br>——————————————— | MDL DOCKET NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**PLAINTIFF PROFILE FORM**

**I. CASE INFORMATION**

**A.** Name of person completing this form: (Answer) (DANNY BELL.

**B. Danny Bell** (Plaintiff) Social Security No. is 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, Plaintiff, Bell have not been known by any other names; Plaintiff Danny Bell's

address is:

Mr. DANNY BELL  #K-68611
F.S.P.        5-AB2-40
P.O. BOX 950
Folsom,, CA 95763

b   I Danny Bell am the Plaintiff herein Civil Action No. 05-1243, representing in my own behalf.  I have been appointed as Pro Se counsel inthe above matter by the United States District Court, Eastern District of Louisiana § L/3 By Judge E. Fallon on the date of May 18, 2005.

**C. CLAIM INFORMATION:**

1. Are you claiming that you have or may develope bodily injury as a result of taking Vioxx@?  (answer) YES.

a. If yes, "what is your understanding of the bidily injury you claim resulted from your use of VIOXX@ ?  (answer) After taking the medicationVIOXX@ for the first sixteen (16) months I suffered severe heart pains during the early morning sleep of April 1, 2003.  After three(3) years; after receiving the warnings sponsored on the T.V. the September mornings of 2004, I were granted a cardiograph granted by Dr. Gatonde of Old Folsom State Prison, which revealed, I now suffer abnormal heart rhythm, Low Red Blood lost   energy and continuous tiredness. **(see accompaning "MEDICAL CHRONOLOGY" and File).**

b. When do you claim this injury occurred? (answer) <u>Plaintiff Bell</u> <u>started taking Vioxx January 28, 2002, and suffered the severe,</u> <u>incapacitating, heart area, chest pain on April 1, 2004.  I went and</u> <u>complained to Dr. Torruella of the medication's in-agreement and</u> <u>requested a substitute of the medication Sulfasalazine.</u>(see MEDICAL FILE pp. 16, 36.)

c.  Who diagnosed the condition? (answer) <u>Abnormal heart rhythm, low</u> <u>Red Blood count, and Undersized Red Blood count were diagnosed by</u> <u>Dr. Gatonde of Folsom Medical, at Prison Road, Represa, Ca 95671, Phone#</u> <u>916-985-2561.</u>

d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? (Answer) <u>**I've never suffered an**</u> <u>**incapacitating pain in my heart area, ever.**</u>"

e.  Do you claim that your use of VIOXX® worsened a condition that you already had in the past? (Answer) <u>**No.**</u>.

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? (Answer) <u>**Yes.**</u>.  I equated the pains and shivering of my heart area to my VIOXX® consumption.  Thinking I were suffering onset ageing, I contemplated drastic measures due my circumstance, I feared my life were ending and I would not be afforded the privileged future of living with my daughter.

## II.  <u>PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®</u>

A.  Name: (answer) <u>DANNY BELL</u>

B.  Maiden or other names used or by which you have been known?: (answer) <u>**None.**</u>..

C.  Social Security Number: (answer) <u>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</u>

D.  Address:  Mr. DANNY BELL  #K-68611
            F.S.P.         5-AB2-40
            P.O. BOX 950
            Folsom,, CA 95763

E.  Identify each address at which you have resided during the last 10
years, and list when you started and stopped living at each one: (answer)
15015 Parthenia Street, San Fernando, CA, (1995-1997);  California State
Prison, Los Angeles Co. 44750 60th Street, West, Lancaster, CA 93536
(1997-1999); California Mens Colony, Highway 1, San Luis Obispo, CA
(1999-2000);  Ironwood State Prison, 19005 Wiley Well Road, Blythe, CA
(2000-2001);  Folsom State Prison, Prison Road, Represa, CA (2001-present)

F.  Drivers license Number and State issuing License: (answer)  Lic., no. C7050063;
California issued...

G.  Date and Place of Birth: (answer) July 15, 1957, in New Orleans Louisiana...

H.  Sex: (answer) Male...

I.  Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even is not completed), the dates of
attendance, courses of study, pursued, and diplomas or degrees awarded: (answer) I
completed high school in the United States Army, at Fort Stilcom Community College,
Forth Lewis Wa., I also pursued training as a Telephone Operator and Field Wireman in
the military.  My training and schooling in the Military were in the years of
1975-1977).  I completed Computer Technical Training at New Horozons Adult School in
Lancaster California in the years of 1997-1999 (see school Certificate attachment)

J.  Employment Information:  I am presently Unemployed; I Worked at Metro home Video, in
Van Nuys, California and Intermedia Video, in Conoga Park Ca., during 1990-1996.

K.  Military Service Information: Have you ever served in the military, including the
military reserve or national guard? (answer)  Yes.  (2) If yes,... "were you ever
rejected or discharged from military service for any reason relating to your physical,
psychiatric or emotional condition? (answer) Yes...  I were medically discharged from
the U.S. Army, due exacerbated injuries incurred during training which is the cause of
my onset Ostheo Arthritis.

3

**L.  INSURANCE / CLAIM INFORMATION:**

1.  Have you ever filed a worker's compensation and/ or Social Security Disability (SSI or SSD)? (answer) <u>Yes... but did not pursue claim</u>.  To the best of knowledge state:
a. Year claim was filed?; (answer) <u>1996)</u>.

 b. Nature of disability: (answer) <u>Ostheo Arthritis, Hip Injury, damage.</u>

 c. Approximate period of disability: (answer) <u>1976-present.</u>

2. Have you ever been out of work for more than thirty(30) days for reasons related to your health (other than pregnancy? (answer) <u>No...</u>

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to ny bodily injury? (answer) <u>No...</u>

M. As an adult, have you been convicted of, or pled guilty to, a felony and/or crime of fraud or dishonesty? (answer) <u>Yes... 1997 I were convicted of the crime of burglary,</u> in <u>Los Angeles California, wherein I am still incarcerated...</u>

### III. FAMILY INFORMATION

A. Plaintiff Danny Bell has never been married.

B.

C. To the best of your knowledge, did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, Heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, artrial fibrillation, stroke? (answer) <u>No...</u>

D. If applicable, for each of your childres, list his/her name age and address. (answer) <u>JAZZETTE DANIELLE BELL, 1222 Orange Grove Blvd., # 7, Pasadena, CA 91104.  Age 9,</u> <u>Birthday October 3, 1996.</u>

4

### IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? (answer) Dr. Joseph Torruella, Folsom Prison medical, Prescribed VIOXX® on January 28, 2002, which prescription lasted til October 4, 2004.

B. On which dates did you begin to take, and stop taking Vioxx®? (answer) as stated my prescription of VIOXX® started on January 28, 2002 and ended October 4, 2004.

C. Did you take VIOXX® continuously during that period? (answer) Yes...

D. To your understanding, for what condition were you prescribed VIOXX®? (answer) Ostheo Arthritis pain and joint stiffness...

E. I stop taking VIOXX® per warning of Pharmacist, Dr.A. Dazo, October 4, 2004.

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided?: (answer) I received a thirty(30) day prescription on January 28, 2002, and received 60 25mg., VIOXX® pills, instructing two(2) per day. I received a regular prescription, February 14, 2002, which prescription keep being renewed until discontinued October 4, 2004.

G. Which form of VIOXX® did you take?(check all that apply); (answer) 25mg Tablet (round, yellow, MRK 110)...

H. How many times per day did you take VIOXX®? (answer) I took Two(2) 25mg tablets of VIOXX® daily from January 2002 through August 2003, wherein the dosage were reduced as prescribed to one 25mg tablet daily.

1. Did you request that any doctor or clinic provide you with VIOXX® before you took it? (answer) NO...

J. INSTRUCTIONS OR WARNINGS:

1. Did you receive any written or oral information about VIOXX® before you took it? (answer) No... "the medication were dispensed in plastic bags with instructions of the dosage amount only and the Dr., prescribing.

K. What over-the-counter pain relief medications, if any were you

taking at the same time you were taking vioxx@? **From January 20,**
**2004, to April 27, 2004, I were taking Celebrex 100mg daily along with**
**one 25mg of VIOXX@..." From April 27, 2004 to October 2, 2004, I were**
**prescribed 500mg of Sulfsalazine with 25mg of VIOXX@.**

### V. MEDICAL BACKGROUND

A.   Height: **6'**

B.   Current Weight: **205 lbs.** Weight at time of the injury,
illness, or disability described in Section I(C): **215 lbs...**

C.   Smoking/Tobacco Use History: **I never smoked**
**cigaretts/cigars/pipe**

   **tobacco or used chewing tobacco/snuff...**

D.   Drinking History. Do you now drink or have you in the past
drank alcohol (beer, wine, whiskey, etc.)? **YES... I never drank**
**during the time I were on the medication VIOXX@...**

E.   Illicit Drugs. Have you ever used (even one time) any illicit
drugs of any kind within one(1) year before, or any time after, you
first experienced your alleged VIOXX@ related injury?" **NO...**

F. Please indicate to the best of your knowledge whether you have
ever received any of the following treatments or diagnostic
procedures:

1. Cardiovascular surgeries, including, but not limited to, the
following, and specify for what condition the surgery was performed:
open heart/ bypass surgery, pacemaker implantation, vascular surgery,
IVC filter placement, carotid (neck artery) surgery, lung resection,
intestinal surgery:   **NONE...**

2. Treatment/interventions for heart attack, angina (chest pain),
or lung ailments:   **NONE...**

6

3. To your knowledge, have you had any of the following test performed; chest x-ray, CT Scan, MRI, angiogram, EKG, Echocardiogram, TEE (trns-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter Monitor? (answer) <u>None...</u>

## VI. <u>DOCUMENTS</u>

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in thee possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes' please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.

(answer) <u>Yes...</u>   <u>See attached MEDICAL FILE)</u>

### VII <u>LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION</u>

List the name and address of each of the following:

A. Your current family and/or primary care physician: (answer)

<u>Dr. Reddy, Folsom Prison, Medical, Prison Road, Represa, CA 95671, phone 619-985-2561</u>

B. To the best of your ability, identify each of your primary care physicians for the last ten years. (answer) <u>Plaintiff Bell is incarcerated for the last ten(10) years and has no control of who would be the doctor answering any request by plaintiff to see a doctor.</u>

C. Each hospital, Clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten(10) years? (answer) <u>None...</u>

D. Each hospital,clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten(10) years. (answer) (1) California State prison, Los Angeles County, 44750 60th Street, West, Lancaster, CA 93536, Phone# 805-729-2000; (2) California Mens Colony, Highway 1, San Luis Obispo, 93409, Phone# 805-547-7900; (3) Ironwood State Prison, 19005 Wiley Well Road, Blythe, CA 92226, Phone# 760-921-3000; (4) Folsom State Prison, Prison Road, Represa, CA 95671 Phone# 916-985-2561.

E. Each physician or healthcare provider whom you have received treatment in the last ten(10) years. (answer) California Department of Corrections, including California State Prison, Los Angeles County, 44750, 60th Street, West, Lancaster, CA 93563 Phone# 805-729-2000; (2) California Mens Colony, Highway 1, San Luis Obispo, 93409, Phone# 805-547-7900; (3) Ironwood State Prison, 19005 Wiley Well Road, Blythe, CA 92226, Phone# 760-921-3000;(4) Folsom State Prison, Prison Road, Represa, CA 95671 Phone#916-985-2561.

F. Each pharmacy that has dispensed medication to you in the last ten(10) years. (answer) California Department of Corrections, including California StatePrison, Los Angeles County, 44750, 60th Street, West, Lancaster, CA 93563 Phone# 805-729-2000; (2) California Mens Colony, Highway 1, San Luis Obispo, 93409, Phone# 805-547-7900; (3) Ironwood Sate Prison, 19005Wiley Well Road, Blythe, CA 92226, Ph#.760-921-3000; (4) Folsom StatePrison, Prison Road, Represa, CA 95671 Phone#916-985-2561.

G. If you have submited a claim for social security disability benefits in the last ten(10) years, state the name and address of the office that is most likely to have records concerning your claim. (answer) San Fernando Valley, CA Social Security Office.

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim. (answer) Los Angeles, California, Avalon Avenue, unemployment Benefits Claims office.

## CERTIFICATION

I Danny Bell, Plaintiff, Civil Action No. <u>05-1243</u> declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true correct to the best of my knowledge, that I have completed the list of Medical Providers and other sources of information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent of my control, and that I have the medical File Authorization attached to this declaration.

I Plaintiff Danny Bell, Civil Action Case No., <u>05-1243</u>, further, certifies that I am the person who prepared this Plaintiff Profile Form and all the aforesaid answers to questions, are true, to the best of knowledge and belief...  If more specific answers are requested, requiring interpretation of some legal phrase, "I further, declare that, I am not an attorney and have no bar certification.  I have on some 100 request, written to attorneys for representation and am still inquiring attorney representation.

RESPECTFULLY SUBMITTED BY:

DATE ___August 4___ 2006

_____
DANNY BELL (PRO SE) Plaintiff

# PROOF OF SERVICE BY MAIL

I, **DANNY BELL**_____, DECLARE:

**I AM OVER THE AGE OF 18, I, (AM) (AM NOT) A PARTY TO THIS ACTION, AND A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA.**

MY PRISON NUMBER IS : __**K-68611**_____ , MY PRISON ADDRESS IS :

**P.O. BOX 950, FOLSOM, CALIFORNIA 95763.**

ON __**11/15/2005**_____ , 2005, I SERVED A COPY OF THE FOLLOWING DOCUMENT(S);

**PLAINTIFF'S PROFILE FORM**

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), REPRESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

**RUSS M. HERMAN**
**HERMAN,HERMAN,KATZ & COTLAR, LLP**
**820 O'keefe AVE., Suite 100**
**NEW ORLEANS, LA ████ 70113**

**PHILLIP A. WITTMAN**
**STONE, PIGMAN, WALTER, WITTMAN, LLC**
**546 Carondelet St.**
**NEW ORLEANS, LA 70130**

**CLERK OF COURT**
**EASTERN DISTRICT OF LOUISIANA**
**UNITED STATES DISTRICT COURT**
**500 Poydras St. Rm. C-151**
**NEW ORLEANS, LA 70131**

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON,___**11/15/**_____ , 2005, AT REPRESA, CALIFORNIA.

## PROOF OF SERVICE BY MAIL

I, _Danny Bell_ ,.AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.
MY PRISON NUMBER IS: _K-68611_
MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON _August 4_ , 2006, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

_Plantiff Profile Form /Amended_

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

_Russ M. Herman_
_Herman, Herman, Katz & Cotlar L.L.P_
_820 O'Keefe Ave. Suite 100_
_New Orleans, LA  70113_

_John N. Poulos_
_Hughes Hubbard & Reed L.L.P_
_101 Hudson St. Suite 3601_
_Jersey City, New Jersey 07302-3918_

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED _August 4_ , 2006, AT FOLSOM, CALIFORNIA..

# PROOF OF SERVICE BY MAIL

I, __DANNY BELL_____, DECLARE:

I AM OVER THE AGE OF 18, I, (AM)  (AM NOT)  A PARTY TO THIS ACTION, AND A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA.

MY PRISON NUMBER IS : __K-68611_____ , MY PRISON ADDRESS IS :

P.O. BOX 950, FOLSOM, CALIFORNIA 95763.

ON __DECEMBER 22,_____ , 2006, I SERVED A COPY OF THE FOLLOWING DOCUMENT(S);

AMENDED/ PLAINTIFF PROFILE FORM

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), REPRESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

WILL CORONATO
HUGHES, HUBBARD, & REED LLP
101 HUDSON ST.  SUITE 3601
Jersey City, New Jersey, 07302-3918

RUSS M. HERMAN
HERMAN, HERMAN, KATZ & COTLAR LLP
820 O'KEEFE AVE.  SUITE 100
New Orleans, LA 70113

MICHAEL P. ILHINNEY
DECHERT LLP
CIRA CENTRE
2929 Arch Street
Philadelphia, PA 19104-2808

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras  St. Rm., C-151
New Orleans, LA 70131

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON, __DECEMBER 22_____ , 2006, AT REPRESA, CALIFORNIA.



$01.35°

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS St., Rm. C 151
NEW ORLEANS, LA 70130

Drew Bell # K-68611
FSP
P.O. Box 950
Folsom CA 95163

CONFIDENTIAL-
LEGAL MAIL