OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -8  PM 5:02

LORETTA G. WHYTE
CLERK

Date: __December 29, 2006__

_____Nello Vittorini_____

vs.

__William Monaco, M.D., et al.__

C/W 05-md-1657

Case No. __06-9735__  Section __L/3__

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. (name) __William Monaco, M.D.__
   (address) __7255 W. Grand Ave; Elmwood Park, IL 60707__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
ROMANUCCI & BLANDIN

Attorneys for __Plaintiff__

Address __33 N. LaSalle St; Ste. 2000__
        __Chicago, IL 60602__

___ Fee _____
_✓_ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____