UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| Relates to:<br><br>ALL MEDICAL MONITORING CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | |

# O R D E R

Considering the Motion for Leave to File Supplemental Authority of the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the PSC is granted leave of court to file the attached Supplemental Authority relating to all medical monitoring class action complaints pending or subject to transfer to MDL 1657.

New Orleans, Louisiana this 17th day of January, 2007.

_____
Honorable Eldon E. Fallon
U.S. District Judge