UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-8325

THOMAS GREENLEE, and
ESTHER GREENLEE, his wife,

    Plaintiffs,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC.,

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, RALPH GREENLEE, as Personal Representative of the Estate of THOMAS GREENLEE, by and through his undersigned counsel, moves this Court pursuant to Rule 15, Federal Rules of Civil Procedure, for leave of Court to amend his Complaint. A copy of the proposed Amended Complaint is attached hereto as Exhibit "A." As grounds in support of this Motion, Plaintiff states:

1. Plaintiffs THOMAS GREENLEE and ESTHER GREENLEE initially filed a personal injury action against Defendant MERCK & CO., INC., on August 3, 2006.

2. On October 15, 2006, THOMAS GREENLEE died in Sun City Center, Florida. RALPH GREENLEE, as Personal Representative, requests leave of Court to file an Amended Complaint on behalf of the Estate of Thomas Greenlee and his surviving spouse, Esther Greenlee, to assert a wrongful death claim.

3. The granting of this Motion will not result in any prejudice to Defendant MERCK & CO., INC., and should relate back to the original date of filing.

4. Plaintiff RALPH GREENLEE has consulted with defense counsel for Merck, and defense counsel has no objections to the amendment of Plaintiff's complaint.

WHEREFORE, Plaintiff, RALPH GREENLEE, as Personal Representative of the Estate of THOMAS GREENLEE and RALPH GREENLEE, individually, requests that this Court enter an Order granting leave of Court to amend his Complaint. Further, Plaintiff requests that this Court order that the Amended Complaint attached hereto be filed *instanter* and direct Defendant to file appropriate responses within the time limits set forth in the Federal Rules of Civil Procedure.

Dated this 16th day of Jan, 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiff's Unopposed Motion to Amend Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis

File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of Jan., 2006.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel