UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-8325

THOMAS GREENLEE, and
ESTHER GREENLEE, his wife,

    Plaintiffs,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC.,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S UNOPPOSED
MOTION FOR LEAVE TO AMEND COMPLAINT**

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Unopposed Motion for Leave to Amend Complaint is hereby GRANTED.

2. The Amended Complaint is deemed filed, as of the date hereof and all Defendants shall file an Answer to the Amended Complaint within ten (10) days from the date hereof.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE