UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Gwendolyn L. Jones v. Merck & Co., Inc., et al.,* | * | |
| (E.D. La. Index No. CA- 05-6115-L) | * | MAG. JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT MERCK & CO., INC.'S NOTICE OF FILING SUPPLEMENTAL DECLARATION

Defendant, Merck & Co., Inc. ("Merck"), files the attached supplemental declaration that pertains to and is being filed in further support of Merck's Notice of Removal and its Memorandum of Law in Opposition to Plaintiffs' Motion to Remand and specifically in support of Merck's argument that the professional representative named as a co-defendant in this action, Richard Rice, is fraudulently joined. Attached as Exhibit A is the Declaration of Susan J. Brunstetter.

On October 11, 2005, Merck removed this product liability action to federal court based on diversity of citizenship. As set forth in Merck's notice of removal, diversity jurisdiction exists over this case because the non-diverse defendant – Richard Rice – was fraudulently joined. Merck has now obtained a declaration from Susan J. Brunstetter which provides further definitive support for Merck's assertion in its earlier-filed notice of removal and memorandum of law in opposition to Plaintiffs' motion to remand that Plaintiffs fraudulently joined Richard Rice in order to defeat diversity jurisdiction.

850293v.1

As set forth in Merck's notice of removal, Richard Rice is fraudulently joined because, among other reasons, Plaintiffs do not allege any factual link between Mr. Rice and Plaintiff Gwendolyn L. Jones's ingestion of Vioxx. The declaration obtained by Merck further supports this argument by confirming a critical fact - Merck never employed anyone by the name of Richard Rice. *See* ¶ 4 of Exhibit A.[1]

Dated: January 18, 2007.                    Respectfully submitted,

                                             */s/ Dorothy H. Wimberly*
                                             Phillip A. Wittmann, 13625
                                             Dorothy H. Wimberly, 18509
                                             Carmelite M. Bertaut, 3054
                                             STONE PIGMAN WALTHER WITTMANN L.L.C.
                                             546 Carondelet Street
                                             New Orleans, Louisiana 70130
                                             Phone: 504-581-3200
                                             Fax:     504-581-3361

                                             Defendant's Liaison Counsel

                                             Patricia E. Lowry
                                             John B. T. Murray, Jr.
                                             Dori K. Stibolt
                                             SQUIRE, SANDERS & DEMPSEY L.L.P.
                                             1900 Phillips Point West
                                             777 South Flagler Drive
                                             West Palm Beach, FL 33401-6198
                                             Phone: 561-650-7200
                                             Fax:     561-655-1509

                                             *Attorneys for Defendant Merck & Co., Inc.*

---

[1] *See Sierminski v. Transouth Financial Corp.*, 216 F. 3d 945, 948 (11th Cir. 2000) (holding that federal court's considering propriety of removal on diversity grounds are not limited to reviewing the allegations of the complaint and affirming denial of motion to remand); *TKI Inc. v. Nichols Research Corp.*, 191 F. Supp. 2d 1307 (M.D. Ala. 2002) (relying on deposition testimony to find in-state defendants fraudulently joined); *Goins v. Merck & Co.*, Case No. 4:03 CV-70-1 (M.D. Ga. Sept. 9, 2003) (relying on affidavits to find in-state pharmaceutical representatives fraudulently joined).

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Filing Supplemental Declaration has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of January, 2007.

                                                    */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3

850293v.1