UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Darrell Roberson v. Merck & Co., Inc., et al.,* | * | |
| (E.D. La. Index No. CA- 05-6109-L) | * | MAG. JUDGE KNOWLES |
| | * | |

*********************************************

### DECLARATION OF SUSAN J. BRUNSTETTER

I, Susan J. Brunstetter, declare as follows:

1. My name is Susan J. Brunstetter. I am over twenty-one years of age and I have personal knowledge of the truth of the matters stated herein. If called upon to testify to the facts set forth herein, I could and would do so truthfully and competently.

2. I am a Senior Analyst ("Senior Analyst") in the Enterprise Systems and Services department of Merck & Co., Inc. ("Merck") and work in Merck's West Point, Pennsylvania office. In my capacity as Senior Analyst, I have direct personal knowledge of the records that Merck maintains in the regular course of its business.

3. In my capacity as Senior Analyst, I have become familiar with and have direct personal knowledge regarding the employment records of the employees of Merck.

4. Those records indicate that Merck has no record of ever employing anyone named Richard Rice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2007.

_____
Susan J. Brunstetter

EXHIBIT A