A CERTIFIED TRUE COPY

JAN 12 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 16 PM 1:16

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 12 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

07-322

*William T. Krajcovic, Sr., etc. v. Merck & Co., Inc.*, W.D. Pennsylvania,
C.A. No. 2:06-1443

SECT. L MAG. 3

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Krajcovic*) on November 29, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Krajcovic* filed a notice of opposition to the proposed transfer. Plaintiff in *Krajcovic* subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-76" filed on November 29, 2006, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No _____

INVOLVED COUNSEL LIST
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

S. Tessie Corbin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Richard P. Kimmins
Kimmins, Kross & Morrow, LLC
304 Ross Street
7th Floor, Mitchell Building
Pittsburgh, PA 15219

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED
DISTRICT COURT
DISTRICT OF LA
2007 JAN 16 PM 1:20
LORETTA G. WHYTE
CLERK

January 12, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

    *William T. Krajcovic, Sr., etc. v. Merck & Co., Inc.*, W.D. Pennsylvania, C.A. No. 2:06-1443

Dear Ms. Whyte:

    A conditional transfer order was filed in the above matter on November 29, 2006. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

    **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

    A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
    Docket Specialist

Enclosures

cc:   Transferee Judge: Judge Eldon E. Fallon
      Transferor Judge: Judge Arthur J. Schwab
      Transferor Clerk: Robert V. Barth, Jr.

JPML Form 68A