UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| This document relates to: | * | **JUDGE FALLON** |
| *Barbara Fowler-Browning v. Merck & Co., Inc.,* | * | |
| *et al.,* | * | |
| (E.D. La. Index No. CA- 05-6340-L) | * | **MAG. JUDGE KNOWLES** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF HEIDI LUCAS

1.      My name is Heidi Lucas.  I am over twenty-one years of age, am of sound mind, and am competent to make this Declaration.  This Declaration is based upon my personal knowledge.

2.      I am not a physician and accordingly have never prescribed Vioxx.  I am also not a pharmacist and I have therefore never filled a Vioxx prescription as a pharmacist.  The information that I used during the course of my employment was provided to me by my employer.  Specifically, Merck provided me with the FDA-approved prescribing information and the other information I used in speaking with physicians regarding Vioxx.  I had no involvement in the development or preparation of prescribing information for Vioxx, and did not have responsibility for the content or other written warnings concerning Vioxx contained in other information provided to me by my employer.  I was not expected, as a Professional Representative or a Specialty Representative, to conduct independent research regarding the drugs I detailed.  I was not expected to review independent scientific studies published in journals unless Merck supplied them to me.



EXHIBIT

A

3.      At no time did I have any involvement at all with the manufacture, development or testing of Vioxx. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals.   They were, in my judgment and to the best of my knowledge, in a better position than I to make determinations concerning prescribing Vioxx.   I had no dealings at all at any time with any patients of any of the physicians on whom I called regarding Vioxx, and I had no knowledge or information of any of those patients' medical histories, symptoms, prognoses, or courses of treatment.

4.      At no time did I ever sell, offer to sell, or take orders for the sale of Vioxx to patients.  Physicians upon whom I would call would write their prescriptions for Vioxx based upon their own independent medical knowledge and judgment, and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients.

5.      I made no knowing misrepresentations concerning the safety or efficacy of Vioxx and acted in good faith at all times in my dealings with physicians who may have prescribed Vioxx.

6.      I have never made any presentations to the general public regarding Vioxx.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January  11 , 2007.

_Heidi Lucas_

2