## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 2:06-CV-11050

LYLE MOODY,
    Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., KIM MARIE ROCHE,
JEFFREY NORRIS, JEROME PITTMAN,
KRISTIN BAYER, HEIDI L. DINGFELDER MERCHANT,
JULIE SEWARD, and MONIQUE WARREN,

    Defendants.  /

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LYLE MOODY, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, HEIDI DINGFELDER MERCHANT, on October 4, 2006.

Dated this 18th day of January, 2007.

          By: ___/s/ Brenda S. Fulmer___
            BRENDA S. FULMER, Esq.
            Fla. Bar No. 999891
            ALLEY, CLARK, GREIWE & FULMER
            701 E. Washington Street
            P.O. Box 3127
            Tampa, FL 33601-3127
            Tele: (813) 222-0977
            Fax: (813) 224-0373
            *bfulmer@tampatriallawyers.com*
            Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of January, 2008.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

State of FLORIDA        County of CITRUS        Circuit Court

Case Number: 2006-CA-4256

Plaintiff:
**LYLE MOODY**

vs.

Defendant:
**MERCK & CO., INC., KIM MARIE ROCHE, JEFFREY NORRIS, JEROME PITTMAN, KRISTIN BAYER, HEIDI L. DINGFELDER MERCHANT, JULIE SEWARD, AND MONIQUE WARREN**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 2nd day of October, 2006 at 10:12 am to be served on **HEIDI DINGFELDER MERCHANT, 8837 CAMERON CREST DRIVE, TAMPA, FL 33626**.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **4th day of October, 2006** at **8:44 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **BILL MERCHANT** as **CO-RESIDENT**, of the within named person's usual place of abode, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

COPY
ORIGINAL FILED WITH COURT

Subscribed and Sworn to before me on the 5th day of October, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NATHANIAL POWELL
CPS02-4510244

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006005055

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n