## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 2:06-CV-11053

ROBERT SIDNEY SPANN,
             Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JENNIFER FAVATA GARCIA,
JEFFREY HANNETT, JESSE HOLLINGSWORTH,
PHILLIP ISHAM, JEFFREY KRAMER, RANDI PARRISH,
DOUGLAS PAUL, MARCI PETERS, HOPE ROYSTUN,
and MARK WAGNER,

             Defendants.    /

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ROBERT SIDNEY SPANN, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, PHILLIP ISHAM, on October 18, 2006.

Dated this 18th day of January, 2007.

             By: ___/s/ Brenda S. Fulmer_____
                   BRENDA S. FULMER, Esq.
                   Fla. Bar No. 999891
                   ALLEY, CLARK, GREIWE & FULMER
                   701 E. Washington Street
                   P.O. Box 3127
                   Tampa, FL 33601-3127
                   Tele: (813) 222-0977
                   Fax: (813) 224-0373
                   *bfulmer@tampatriallawyers.com*
                   Attorneys for Plaintiff

Case 2:05-md-01657-EEF-DEK   Document 9717   Filed 01/18/07   Page 2 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of January, 2008.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

| State of FLORIDA | County of HILLSBOROUGH | Circuit Court |
|---|---|---|

Case Number: 06-008903 DIV C

Plaintiff:
**SIDNEY ROBERT SIDNEY**

vs.

Defendant:
**MERCK & CO., INC., JENNIFER FAVATA GARCIA, JEFFREY HANNETT, JESSE HOLLINGSWORTH, PHILLIP ISHAM, JEFFREY KRAMER, RANDI PARRISH, DOUGLAS PAUL, MARCI PETERS, HOPE ROYSTUN AND MARK WAGNER**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 3rd day of October, 2006 at 12:30 pm to be served on **PHILLIP ISHAM, 110 WATEREDGE COURT, SAFETY HARBOR, FL 34695.**

I, Carol Storgion, being duly sworn, depose and say that on the **18th day of October, 2006** at **7:15 pm, I:**

**PERSONALLY** served by delivering two true and correct copies of the **SUMMONS AND COMPLAINT** and leaving the same with **ROBIN ISHAM** . That at the time and place set forth above, affiant duly-served the above described documents in the above-entitled matter upon **PHILLIP ISHAM**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy thereof to and leaving same with **ROBIN ISHAM** being a person of suitable age and discretion then resident therein.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 20th day of October, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Carol Storgion
Process Server

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

Our Job Serial Number: 2006005086

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n