## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No.: 1657<br>SECTION: L |
| This document relates to: | Civil Action No. 2:06-CV-11053 |
| ROBERT SIDNEY SPANN,<br>　　　　　　Plaintiff,<br>vs. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| MERCK & CO., INC., JENNIFER FAVATA GARCIA, JEFFREY HANNETT, JESSE HOLLINGSWORTH, PHILLIP ISHAM, JEFFREY KRAMER, RANDI PARRISH, DOUGLAS PAUL, MARCI PETERS, HOPE ROYSTUN, and MARK WAGNER,<br>　　　　　　Defendants.　　／ | |

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ROBERT SIDNEY SPANN, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, MARK WAGNER, on October 21, 2006.

Dated this 18th day of January, 2007.

　　　　　　　　　　　　　　By: ___/s/ Brenda S. Fulmer_____
　　　　　　　　　　　　　　　　BRENDA S. FULMER, Esq.
　　　　　　　　　　　　　　　　Fla. Bar No. 999891
　　　　　　　　　　　　　　　　ALLEY, CLARK, GREIWE & FULMER
　　　　　　　　　　　　　　　　701 E. Washington Street
　　　　　　　　　　　　　　　　P.O. Box 3127
　　　　　　　　　　　　　　　　Tampa, FL 33601-3127
　　　　　　　　　　　　　　　　Tele: (813) 222-0977
　　　　　　　　　　　　　　　　Fax: (813) 224-0373
　　　　　　　　　　　　　　　　*bfulmer@tampatriallawyers.com*
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of January, 2008.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

State of FLORIDA  County of HILLSBOROUGH  Circuit Court

Case Number: 06-008903 DIV C

Plaintiff:
**SIDNEY ROBERT SIDNEY**

vs.

Defendant:
**MERCK & CO., INC., JENNIFER FAVATA GARCIA, JEFFREY HANNETT, JESSE HOLLINGSWORTH, PHILLIP ISHAM, JEFFREY KRAMER, RANDI PARRISH, DOUGLAS PAUL, MARCI PETERS, HOPE ROYSTUN AND MARK WAGNER**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 3rd day of October, 2006 at 12:30 pm to be served on **MARK WAGNER, 4874 BRIDLE COURT, OLDSMAR, FL 34677**.

I, Carol Storgion, being duly sworn, depose and say that on the **21st day of October, 2006** at **6:00 pm**, I:

<u>SUBSTITUTE SERVED</u>: Pursuant to 48.031(1) by leaving a true copy of this **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: MRS. WAGNER, SPOUSE and informing said person of the contents thereof.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 27th day of October, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Carol Storgion**
Process Server

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006005085