UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX®** | * | |
| | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| This document relates to: *Lomonaco v. Merck &* | * | |
| *Co., Inc., et al.* (E.D. La. Index No. 06-10875) | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE KNOWLES** |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ANSWER AND JURY DEMAND OF DEFENDANT ROSEMARY SOLURI

Defendant Rosemary Soluri ("Ms. Soluri") answers Plaintiffs' Complaint ("Complaint")
herein as follows:

### RESPONSE TO "PARTIES"

1.      Upon information and belief admits the allegations contained in the first sentence
of paragraph 1 of the Complaint. Denies knowledge or information sufficient to form a belief as
to the truth or falsity of the allegations contained in the second sentence of paragraph 1 of the
Complaint except admits that Plaintiffs purport to bring derivative claims but denies that there is
any legal or factual basis for the relief sought.

2.      The allegations contained in paragraph 2 of the Complaint are not directed toward
Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed
required, Ms. Soluri admits that Merck is a New Jersey Corporation with its principal place of
business at One Merck Drive, Whitehouse Station, New Jersey.

3.      The allegations contained in paragraph 3 of the Complaint are not directed toward
Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed

required, Ms. Soluri denies each and every allegation contained in paragraph 3 of the Complaint except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx and that Vioxx is the brand name for rofecoxib.

4.      The allegations contained in paragraphs 4 through 23 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraphs.

5.      The allegations contained in paragraph 24 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

6.      Denies each and every allegation contained in paragraph 25 of the Complaint except admits that Ms. Soluri was hired by Merck as a professional representative in March, 2001, is a citizen of the State of New York and resides at 1715 Hyde Park Boulevard, Niagara Falls, New York.

7.      The allegations contained in paragraph 26 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

8.      Denies each and every allegation contained in paragraph 27 of the Complaint except admits Ms. Soluri was employed as a professional representative to have product discussions concerning Vioxx with health care professionals, from May 25, 2001 to December 31, 2001.

9.      Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 28 of the Complaint.

10.     Denies each and every allegation contained in paragraph 29 of the Complaint.

## RESPONSE TO "JURISDICTION, VENUE AND COORDINATION"

11.     Upon information and belief, admits the allegations contained in paragraph 30 of the Complaint.

12.     The allegations contained in paragraph 31 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph except admits that Merck, manufactured, marketed and distributed the prescription medicine Vioxx until it voluntarily withdrew Vioxx from the worldwide market on September 30, 2004, and that she worked as an employee of Merck in the State of New York.

13.     Denies each and every allegation contained in paragraph 32 of the Complaint except denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to whether or where Mr. Lomonaco ingested Vioxx.

14.     Denies each and every allegation contained in paragraph 33 of the Complaint except admits that Plaintiffs commenced an action in New York Supreme Court seeking an amount of damages that exceeds the jurisdictional limits of lower New York courts, but denies that there is any legal or factual basis for the relief sought.

## RESPONSE TO "SUBSTANTIVE ALLEGATIONS"

15.     The allegations contained in paragraph 34 of the Complaint are not directed at Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed

required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

16.     The allegations contained in paragraph 35 of the Complaint are not directed at Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

17.     The allegations contained in paragraph 36 of the Complaint are not directed at Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

18.     The allegations contained in paragraph 37 of the Complaint are not directed at Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in paragraph 37 of the Complaint except admits that Merck marketed the prescription medicine Vioxx in a manner consistent with the approved product label as required by FDA rules and regulations.

19.     The allegations contained in paragraph 38 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

20.     The allegations contained in paragraph 39 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

21.     The allegations contained in paragraph 40 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to
the referenced analyst report for its actual language and full text.

22.     The allegations contained in paragraph 41 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to
the referenced article for its actual language and full text.

23.     The allegations contained in paragraph 42 of the Complaint, including
subparagraphs a through e, are not directed toward Ms. Soluri and therefore no responsive
pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or
information sufficient to form a belief as to the truth or falsity of the allegations contained in said
paragraph, including subparagraphs a through e.

24.     The allegations contained in paragraph 43 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies each and every allegation contained in said paragraph.

25.     The allegations contained in paragraph 44 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to
the referenced NDAs for their actual language and full text.

26.     The allegations contained in paragraph 45 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced NDA for its actual language and full text.

27.     The allegations contained in paragraph 46 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph except admits that in May 1999 Merck received FDA approval to manufacture and market the prescription medicine Vioxx for certain indicated uses subject to the information contained in the FDA-approved prescribing information for Vioxx and respectfully refers the Court to the relevant prescribing information for its actual language and full text.

28.     The allegations contained in paragraph 47 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph except admits that Merck sought and, in 1999, received FDA approval to manufacture and market the prescription medicine Vioxx and that Vioxx is the brand name for rofecoxib.

29.     The allegations contained in paragraph 48 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in paragraph 48 of the Complaint.

30.     The allegations contained in paragraph 49 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the referenced article for its actual language and full text

31.     The allegations contained in paragraph 50 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the referenced article for its actual language and full text.

32.     The allegations contained in paragraph 51 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the referenced article for its actual language and full text.

33.     The allegations contained in paragraph 52 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the referenced article for its actual language and full text.

34.     The allegations contained in paragraph 53 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

35. The allegations contained in paragraph 54 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced press release for its actual language and full text

36. The allegations contained in paragraph 55 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the transcript of the referenced broadcast and the referenced studies for their actual language and full context.

37. The allegations contained in paragraph 56 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

38. The allegations contained in paragraph 57 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

39. The allegations contained in paragraph 58 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

40. The allegations contained in paragraph 59 of the Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced regulation for its actual language and full text.

41. The allegations contained in paragraph 60 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced FDA-approved prescribing information for its actual language and full text.

42. The allegations contained in paragraph 61 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced FDA-approved prescribing information for its full text.

43. The allegations contained in paragraph 62 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

44.     The allegations contained in paragraph 63 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced FDA-approved prescribing information for its full text.

45.     The allegations contained in paragraph 64 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

46.     The allegations contained in paragraph 65 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

47.     The allegations contained in paragraph 66 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

48.     The allegations contained in paragraph 67 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

49.    The allegations contained in paragraph 68 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

50.    The allegations contained in paragraph 69 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

51.    The allegations contained in paragraph 70 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced supplemental New Drug Application ("sNDA") and study for their actual language and full text.

52.    The allegations contained in paragraph 71 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

53. The allegations contained in paragraph 72 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced study for its actual language and full text.

54. The allegations contained in paragraph 73 of the Complaint, including subparagraphs a through c, are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph, including subparagraphs a through c.

55. The allegations contained in paragraph 74 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

56. The allegations contained in paragraph 75 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the transcript of the referenced deposition for its actual language and full text.

57. The allegations contained in paragraph 76 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the transcript of the referenced broadcast and the referenced studies for their actual language and full context.

58.     The allegations contained in paragraph 77 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced press release for its actual language and full text.

59.     The allegations contained in paragraph 78 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

60.     The allegations contained in paragraph 79 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

61.     Denies each and every allegation contained in the first sentence paragraph 80 of the Complaint. The allegations contained in the remaining sentences of paragraph 80 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

62.     The allegations contained in paragraph 81 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

63.     The allegations contained in paragraph 82 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to referenced briefing document for its actual language and full text.

64.     The allegations contained in paragraph 83 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced document for its actual language and full text.

65.     The allegations contained in paragraph 84 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to said memorandum for its actual language and full text.

66.     The allegations contained in paragraph 85 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced document for its actual language and full text.

67.     The allegations contained in paragraph 86 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the referenced study for its actual conclusions and full text.

68.     The allegations contained in paragraph 87 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the referenced study and article for their actual conclusions and full text.

69.     The allegations contained in paragraph 88 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the referenced article and study for their actual language and full text.

70.     The allegations contained in paragraph 89 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to

the referenced article for its actual language and full text.

71.     The allegations contained in paragraph 90 of the Complaint are not directed

toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

72.     The allegations contained in paragraph 91 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

73.     The allegations contained in paragraph 92 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced press release for its actual language and full text.

74.     The allegations contained in paragraph 93 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph

75.     The allegations contained in paragraph 94 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced document for its actual language and full text.

76.     The allegations contained in paragraph 95 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced document for its actual language and full text.

77. The allegations contained in paragraph 96 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

78. The allegations contained in paragraph 97 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

79. The allegations contained in paragraph 98 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

80. The allegations contained in paragraph 99 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced publications for their actual language and full text.

81. The allegations contained in paragraph 100 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced publication for its actual language and full text.

82.     The allegations contained in paragraph 101 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

83.     The allegations contained in paragraph 102 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

84.     The allegations contained in paragraph 103 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced document for its actual language and full text.

85.     The allegations contained in paragraph 104 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced FDA report for its actual language and full text.

86.     The allegations contained in paragraph 105 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations contained in said paragraph.

87.     The allegations contained in paragraph 106 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations contained in said paragraph.

88.     The allegations contained in paragraph 107 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to
the referenced article for its actual language and full text.

89.     The allegations contained in paragraph 108 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations contained in said paragraph.

90.     The allegations contained in paragraph 109 of the Complaint are not directed
toward Ms. Soluri and therefore no responsive pleading is required. Should a response be
deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to
the referenced press release for its actual language and full text.

91.     The allegations contained in paragraph 110 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to said press release for its actual language and full text.

92.     The allegations contained in paragraph 111 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to said press release for its actual language and full text.

93.     The allegations contained in paragraph 112 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

94.     The allegations contained in paragraph 113 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

95.     The allegations contained in paragraph 114 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

Page 21

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

96.    The allegations contained in paragraph 115 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced articles for their actual language and full text.

97.    The allegations contained in paragraph 116 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

98.    The allegations contained in paragraph 117 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

99.    The allegations contained in paragraph 118 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

100.    The allegations contained in paragraph 119 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced press release for its actual language and full text.

101.    The allegations contained in paragraph 120 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

102.    The allegations contained in paragraph 121 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph

103.    The allegations contained in paragraph 122 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

104.    The allegations contained in paragraph 123 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

105.    The allegations contained in paragraph 124 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

106.    Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in 125 of the Complaint.

107.    Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 126 of the Complaint.

108.    Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 127 of the Complaint.

109.    The allegations contained in paragraph 128 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck employs professional representatives.

110.    The allegations contained in paragraph 129 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

111.    The allegations contained in paragraph 130 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

112.    The allegations contained in paragraph 131 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

113.    The allegations contained in paragraph 132 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

114.    The allegations contained in paragraph 133 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced prescribing information, letter and Patient Information sheet for their actual language and full text.

115.    The allegations contained in paragraph 134 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the relevant prescribing information for Vioxx for its actual language and full text.

116.    The allegations contained in paragraph 135 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

117.    The allegations contained in paragraph 136 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced letter for its actual language and full text.

118.    The allegations contained in paragraph 137 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the relevant prescribing information for Vioxx for its actual language and full text.

119.    The allegations contained in paragraph 138 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph except admits that Merck employs professional representatives.

120.    The allegations contained in paragraph 139 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck employs professional representatives.

121.    The allegations contained in paragraph 140 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck employs professional representatives.

122.    The allegations contained in paragraph 141 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck employs professional representatives.

123.    The allegations contained in paragraph 142 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck employs professional representatives.

124.    The allegations contained in paragraph 143 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in paragraph 146 of the Complaint except admits that Merck employs professional representatives.

125.    The allegations contained in paragraph 144 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck employs professional representatives.

126.    The allegations contained in paragraph 145 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

127.    The allegations contained in paragraph 146 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

128.    The allegations contained in paragraph 147 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

129.    The allegations contained in paragraph 148 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

130.    The allegations contained in paragraph 149 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

131.    The allegations contained in paragraph 150 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

132.    The allegations contained in paragraph 151 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

133.    The allegations contained in paragraph 152 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

134.    The allegations contained in paragraph 153 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced advertisements for their actual language and full text.

135.    The allegations contained in paragraph 154 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced label for its actual language and full text.

136.    The allegations contained in paragraph 155 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced label for its actual language and full text.

137.    The allegations contained in paragraph 156 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced label for its actual language and full text.

138.    The allegations contained in paragraph 157 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced presentation and study for their actual language and full text.

139.    The allegations contained in paragraph 158 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced study for its actual language and full text.

140.    The allegations contained in paragraph 159 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced press release for its actual language and full text.

141.     The allegations contained in paragraph 160 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

142.     The allegations contained in paragraph 161 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

143.     The allegations contained in paragraph 162 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

144.     The allegations contained in paragraph 163 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

145.     The allegations contained in paragraph 164 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced broadcast for its actual language and full text.

146.    The allegations contained in paragraph 165 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

147.    The allegations contained in paragraph 166 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

148.    The allegations contained in paragraph 167 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

149.    The allegations contained in paragraph 168 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

150.    The allegations contained in paragraph 169 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

151.    The allegations contained in paragraph 170 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be

deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph.

152.    The allegations contained in paragraph 171 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced memorandum for its actual language and full text.

153.    The allegations contained in paragraph 172 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced memorandum for its actual language and full text.

154.    The allegations contained in paragraph 173 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph and respectfully refers the Court to the referenced article for its actual language and full text.

155.    The allegations contained in paragraph 174 of the Complaint are not directed toward Ms. Soluri and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation contained in said paragraph.

156.    Denies each and every allegation contained in paragraph 175 of the Complaint.

157.    Denies each and every allegation contained in paragraph 176 of the Complaint.

158.    Denies each and every allegation contained in paragraph 177 of the Complaint.

159.    Denies each and every allegation contained in paragraph 178 of the Complaint.

## RESPONSE TO "FIRST CAUSE OF ACTION"

160.    With respect to the allegations contained in paragraph 179 of the Complaint, Ms. Soluri repeats and re-alleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 159 of this Answer with the same force and effect as though set forth here in full.

161.    The allegations contained in paragraph 180 of the Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, to the extent the allegations contained in paragraph 180 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 180 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx in a manner consistent with the FDA-approved prescribing information for Vioxx.

162.    The allegations contained in paragraph 181 of the Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, to the extent the allegations contained in paragraph 181 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 181 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

163.     The allegations contained in paragraph 182 of the Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, to the extent the allegations contained in paragraph 182 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 182 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

164.     To the extent the allegations contained in paragraph 183 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 183 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

165.     To the extent the allegations contained in paragraph 184 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 184 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

166.     To the extent the allegations contained in paragraph 185 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 185 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

167.    To the extent the allegations contained in paragraph 186 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 186 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

168.    To the extent the allegations contained in paragraph 187 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 187 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph, including subparagraphs a through e.

169.    To the extent the allegations contained in paragraph 188 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 188 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

170.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 189 of the Complaint.

171.    To the extent the allegations contained in paragraph 190 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 190 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

172.    To the extent the allegations contained in paragraph 191 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 191 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

## RESPONSE TO "SECOND CAUSE OF ACTION"

173.    With respect to the allegations contained in paragraph 192 of the Complaint, Ms. Soluri repeats and re-alleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 172 of this Answer with the same force and effect as though set forth here in full.

174.    To the extent the allegations contained in paragraph 193 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 193 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx.

175.    To the extent the allegations contained in paragraph 194 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 194 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

176.    To the extent the allegations contained in paragraph 195 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 195 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

177.    To the extent the allegations contained in paragraph 196 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 196 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

178.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 197 of the Complaint.

179.    To the extent the allegations contained in paragraph 198 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 198 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

180.    To the extent the allegations contained in paragraph 199 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 199 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

## RESPONSE TO "THIRD CAUSE OF ACTION"

181.    With respect to the allegations contained in paragraph 200 of the Complaint, Ms. Soluri repeats and re-alleges each and every admission, denial, averment, and statement

Page 38

contained in paragraphs 1 through 180 of this Answer with the same force and effect as though set forth here in full.

182.    The allegations contained in paragraph 201 of the Complaint are legal conclusions as to which no responsive is required. Should a response be deemed required, to the extent the allegations contained in paragraph 201 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 201 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

183.    To the extent the allegations contained in paragraph 202 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 202 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

184.    To the extent the allegations contained in the first sentence of paragraph 203 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said sentence. To the extent the allegations contained in the first sentence of paragraph 203 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said sentence. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the second sentence of paragraph 203 of the Complaint.

185.    To the extent the allegations contained in paragraph 204 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 204 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

186.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 205 of the Complaint.

187.    To the extent the allegations contained in paragraph 206 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 206 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

188.    To the extent the allegations contained in paragraph 207 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 207 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

189.    To the extent the allegations contained in paragraph 208 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 208 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

## RESPONSE TO "FOURTH CAUSE OF ACTION"

190.    With respect to the allegations contained in paragraph 209 of the Complaint, Ms. Soluri repeats and re-alleges each and every admission, denial, averment, and statement

contained in paragraphs 1 through 189 of this Answer with the same force and effect as though set forth here in full.

191. To the extent the allegations contained in paragraph 210 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 210 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph, except admits that Merck manufactured, marketed and distributed Vioxx.

192. To the extent the allegations contained in paragraph 211 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 211 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

193. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 212 of the Complaint.

194. To the extent the allegations contained in paragraph 213 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 213 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

195. To the extent the allegations contained in paragraph 214 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the

allegations contained in paragraph 214 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

196. To the extent the allegations contained in paragraph 215 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 215 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

197. To the extent the allegations contained in paragraph 216 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 216 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

198. To the extent the allegations contained in paragraph 217 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 217 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

199. To the extent the allegations contained in paragraph 218 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 218 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

## RESPONSE TO "FIFTH CAUSE OF ACTION"

200.    With respect to the allegations contained in paragraph 219 of the Complaint, Ms. Soluri repeats and re-alleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 199 of this Answer with the same force and effect as though set forth here in full.

201.    To the extent the allegations contained in paragraph 220 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 220 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck manufactured, marketed and distributed the prescription medicine Vioxx in a manner consistent with the information contained in the FDA-approved prescribing information for Vioxx and respectfully refers the Court to said prescribing information for its actual language and full text.

202.    To the extent the allegations contained in paragraph 221 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 221 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph except admits that Merck scientists participated in studies involving Vioxx.

203.    To the extent the allegations contained in paragraph 222 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the

allegations contained in paragraph 222 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

204.   To the extent the allegations contained in paragraph 223 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 223 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

205.   To the extent the allegations contained in paragraph 224 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 224 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

206.   To the extent the allegations contained in paragraph 225 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 225 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

207.   To the extent the allegations contained in paragraph 226 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 226 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

208.    To the extent the allegations contained in paragraph 227 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 227 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

209.    To the extent the allegations contained in paragraph 228 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 228 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

210.    To the extent the allegations contained in paragraph 229 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 229 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

## RESPONSE TO "SIXTH CAUSE OF ACTION"

211.    With respect to the allegations contained in paragraph 230 of the Complaint, Ms. Soluri repeats and re-alleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 210 of this Answer with the same force and effect as though set forth here in full.

212.    To the extent the allegations contained in paragraph 231 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the

allegations contained in paragraph 231 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

213.    To the extent the allegations contained in paragraph 232 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 232 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

214.    To the extent the allegations contained in paragraph 233 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 233 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

215.    To the extent the allegations contained in paragraph 234 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 234 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

216.    To the extent the allegations contained in paragraph 235 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 235 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

217.    To the extent the allegations contained in paragraph 236 of the Complaint are not

directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the

allegations contained in paragraph 236 of the Complaint are directed toward Ms. Soluri, Ms.

Soluri denies each and every allegation contained in said paragraph.

218.    To the extent the allegations contained in paragraph 237 of the Complaint are not

directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the

allegations contained in paragraph 237 of the Complaint are directed toward Ms. Soluri, Ms.

Soluri denies each and every allegation contained in said paragraph.

219.    To the extent the allegations contained in paragraph 238 of the Complaint are not

directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the

allegations contained in paragraph 238 of the Complaint are directed toward Ms. Soluri, Ms.

Soluri denies each and every allegation contained in said paragraph.

220.    To the extent the allegations contained in paragraph 239 of the Complaint are not

directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the

allegations contained in paragraph 239 of the Complaint are directed toward Ms. Soluri, Ms.

Soluri denies each and every allegation contained in said paragraph.

221.    To the extent the allegations contained in paragraph 240 of the Complaint are not

directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the

allegations contained in paragraph 240 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

222.    To the extent the allegations contained in paragraph 241 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 241 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

223.    To the extent the allegations contained in paragraph 242 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 242 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

224.    To the extent the allegations contained in paragraph 243 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 243 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

225.    To the extent the allegations contained in paragraph 244 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 244 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph, including subparagraphs a through c.

226.    To the extent the allegations contained in paragraph 245 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 245 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

227.    To the extent the allegations contained in paragraph 246 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 246 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

228.    To the extent the allegations contained in paragraph 247 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 247 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

229.    To the extent the allegations contained in paragraph 248 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 248 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

230.    The allegations contained in paragraph 249 of the Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, to the extent the allegations contained in paragraph 249 of the Complaint are not directed toward Ms.

Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 249 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

231. To the extent the allegations contained in paragraph 250 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 250 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

232. To the extent the allegations contained in paragraph 251 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 251 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

## RESPONSE TO "SEVENTH CAUSE OF ACTION"

233. With respect to the allegations contained in paragraph 252 of the Complaint, Ms. Soluri repeats and re-alleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 232 of this Answer with the same force and effect as though set forth here in full.

234. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 253 of the Complaint.

235. To the extent the allegations contained in paragraph 254 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 254 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in paragraph 254 of the Complaint except admits that Plaintiffs commenced an action in New York Supreme Court seeking an amount of damages that exceeds the jurisdictional limits of lower New York courts, but denies that there is any legal or factual basis for the relief sought.

## RESPONSE TO "EIGHTH CAUSE OF ACTION"

236.    With respect to the allegations contained in paragraph 255 of the Complaint, Ms. Soluri repeats and re-alleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 234 of this Answer with the same force and effect as though set forth here in full.

237.    To the extent the allegations contained in paragraph 256 of the Complaint are not directed toward Ms. Soluri, Ms. Soluri denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in said paragraph. To the extent the allegations contained in paragraph 256 of the Complaint are directed toward Ms. Soluri, Ms. Soluri denies each and every allegation contained in said paragraph.

## RESPONSE TO "PRAYER FOR RELIEF"

238.    Plaintiffs' "Prayer For Relief" section of the Complaint is not an allegation of fact and therefore no responsive pleading is required. Should a response be deemed required, Ms. Soluri denies each and every allegation in the "Prayer For Relief" section, including subparagraphs A through I, of Plaintiffs' Complaint and denies that Plaintiffs are entitled to the relief requested.

## RESPONSE TO "JURY TRIAL DEMANDED"

239.    Plaintiffs' "Jury Trial Demand" section of the Complaint is not an allegation of

fact and therefore no responsive pleading is required.

### AS FOR A FIRST
### DEFENSE, MS. SOLURI ALLEGES:

240.    Each and every claim asserted or raised in the Complaint is barred by the

applicable statute of limitations and is otherwise untimely.

### AS FOR A SECOND
### DEFENSE, MS. SOLURI ALLEGES:

241.    The Complaint fails to state a claim upon which relief can be granted.

### AS FOR A THIRD
### DEFENSE, MS. SOLURI ALLEGES:

242.    Each and every claim asserted or raised in the Complaint is barred by the

doctrines of estoppel, waiver or statutory and regulatory compliance.

### AS FOR A FOURTH
### DEFENSE, MS. SOLURI ALLEGES:

243.    If Plaintiffs have sustained injuries or losses as alleged in the Complaint, upon

information and belief, such injuries or losses were caused in whole or in part through the

operation of nature or other intervening cause or causes.

### AS FOR A FIFTH
### DEFENSE, MS. SOLURI ALLEGES:

244.    To the extent that Plaintiffs assert claims based on Merck's adherence to and

compliance with applicable federal laws, regulations and rules, such claims are preempted by

federal law under the Supremacy Clause of the United States Constitution.

## AS FOR A SIXTH
## DEFENSE, MS. SOLURI ALLEGES:

245.    To the extent that Plaintiffs assert claims based upon an alleged failure by Ms.

Soluri to warn Plaintiffs directly of alleged dangers associated with the use of Vioxx, such claims

are barred under the learned intermediary doctrine because Ms. Soluri has discharged her duty to

warn in her warnings to the prescribing physician.

## AS FOR A SEVENTH
## DEFENSE, MS. SOLURI ALLEGES:

246.    If Plaintiffs have sustained injuries or losses as alleged in the Complaint, upon

information and belief, such injuries and losses were caused by the actions of persons not having

real or apparent authority to take said actions on behalf of Ms. Soluri and over whom Ms. Soluri

had no control and for whom Ms. Soluri may not be held accountable.

## AS FOR AN EIGHTH
## DEFENSE, MS. SOLURI ALLEGES:

247.    Any liability that might otherwise be imposed upon this defendant is subject to

reduction by the application of the doctrine of comparative negligence.

## AS FOR A NINTH
## DEFENSE, MS. SOLURI ALLEGES:

248.    If Plaintiffs have sustained injuries or losses as alleged in the Complaint, such

injuries or losses were only so sustained after Plaintiffs knowingly, voluntarily, and willfully

assumed the risk of any injury as the result of the consumption of, administration of, or exposure

to any drug or pharmaceutical preparation manufactured or distributed by Merck or other

manufacturer.

## AS FOR A TENTH
## DEFENSE, MS. SOLURI ALLEGES:

249.     If Plaintiffs have sustained injuries or losses as alleged in the Complaint, upon

information and belief, such injuries and losses were proximately caused by plaintiff's misuse or

abuse of Vioxx.

## AS FOR AN ELEVENTH
## DEFENSE, MS. SOLURI ALLEGES:

250.     If Plaintiffs have sustained injuries or losses as alleged in the Complaint, such

injuries or losses resulted from Plaintiffs' pre-existing and unrelated medical, genetic and

environmental conditions, diseases, or illnesses, subsequent medical conditions or natural

courses of conditions for which this defendant is not responsible.

## AS FOR A TWELFTH
## DEFENSE, MS. SOLURI ALLEGES:

251.     To the extent that Plaintiffs rely upon any theory of breach of warranty, such

claims are also barred for lack of timely notice of breach and lack of privity and because the

alleged warranties were disclaimed.

## AS FOR A THIRTEENTH
## DEFENSE, MS. SOLURI ALLEGES:

252.     Plaintiffs' claims are barred, in whole or in part, under the applicable state law

because Vioxx was subject to and received pre-market approval by the Food and Drug

Administration under 52 Stat. 1040, 21 U.S.C. § 301.

## AS FOR A FOURTEENTH
## DEFENSE, MS. SOLURI ALLEGES:

253.     Plaintiffs' claims are barred in whole or in part by the First Amendment.

## AS FOR A FIFTEENTH
### DEFENSE, MS. SOLURI ALLEGES:

254.    Plaintiffs' claims are barred in whole or in part because the product at issue was

made in accordance with the state of the art at the time it was manufactured.

## AS FOR A SIXTEENTH
### DEFENSE, MS. SOLURI ALLEGES:

255.    Plaintiffs' claims are barred in whole or in part under comment k to Section 402A

of the Restatement (Second) of Torts.

## AS FOR A SEVENTEENTH
### DEFENSE, MS. SOLURI ALLEGES:

256.    Plaintiffs' claims are barred in whole or in part because Merck provided legally

adequate "directions or warnings" as to the use of Vioxx and any other drug or pharmaceutical

preparation Plaintiffs allege to have taken within the meaning of comment j to Section 402A of

the Restatement (Second) of Torts.

## AS FOR AN EIGHTEENTH
### DEFENSE, MS. SOLURI ALLEGES:

257.    Plaintiffs' claims are barred under Section 4, *et. seq.,* of the Restatement (Third)

of Torts:  Products Liability.

## AS FOR A NINETEENTH
### DEFENSE, MS. SOLURI ALLEGES:

258.    To the extent Plaintiffs settled or will in the future settle with any person or entity

with respect to the injuries asserted in the Complaint, Ms. Soluri's liability, if any, should be

reduced accordingly.

## AS FOR A TWENTIETH
### DEFENSE, MS. SOLURI ALLEGES:

259.    To the extent Plaintiffs are seeking recovery for benefits entitled to be received or

actually received from any other source for injuries alleged in the Complaint, such benefits are

not recoverable in this action.

## AS FOR A TWENTY-FIRST
### DEFENSE, MS. SOLURI ALLEGES:

260.    Plaintiffs' claims are barred in whole or in part because Plaintiffs have failed to

mitigate the alleged damages.

## AS FOR A TWENTY-SECOND
### DEFENSE, MS. SOLURI ALLEGES:

261.    Plaintiffs' claims are barred in whole or in part because Vioxx "provides net

benefits for a class of patients" within the meaning of comment f to Section 6 of the Restatement

(Third) of Torts:  Product Liability.

## AS FOR A TWENTY-THIRD
### DEFENSE, MS. SOLURI ALLEGES:

262.    To the extent that Plaintiffs seek punitive damages for an alleged act or omission

of Ms. Soluri, no act or omission was malicious, willful, wanton, reckless, or grossly negligent

and, therefore, any award of punitive damages is barred.

## AS FOR A TWENTY-FOURTH
### DEFENSE, MS. SOLURI ALLEGES:

263.    Plaintiffs' demand for punitive damages is barred because Vioxx and its labeling

was subject to and received pre-market approval by the FDA under 52 Stat. 1040, 21 U.S.C. §

301.

## AS FOR A TWENTY-FIFTH
### DEFENSE, MS. SOLURI ALLEGES:

264.   To the extent that Plaintiffs seek punitive damages for the conduct which

allegedly caused injuries asserted in the Complaint, such an award would also, if granted, violate

Ms. Soluri's state and federal constitutional rights.

## AS FOR A TWENTY-SIXTH
### DEFENSE, MS. SOLURI ALLEGES:

265.   Plaintiffs' claims of fraud are barred by reason of Plaintiffs' failure to allege the

circumstances constituting fraud with particularity, as required by Federal Rule of Civil

Procedure 9(b) and Rule 3013 of the New York Civil Practice Law and Rules.

## AS FOR A TWENTY-SEVENTH
### DEFENSE, MS. SOLURI ALLEGES:

266.   Plaintiffs' claims under New York General Business Law Section 349 are barred

by reason of Plaintiffs' failure to allege sufficient facts identifying any statement or

misrepresentation alleged to constitute a deceptive act or practice and their failure to sufficiently

plead causation.

## AS FOR A TWENTY-EIGHTH
### DEFENSE, MS. SOLURI ALLEGES:

270.   Ms. Soluri's conduct and all activities with respect to the subject product were fair

and truthful based upon the knowledge existing at the relevant time alleged in the Complaint.

Therefore, Plaintiffs' claims under New York Business Corporation Law § 349 are barred.

## AS FOR A TWENTY-NINTH
### DEFENSE, MS. SOLURI ALLEGES:

271.   Plaintiffs' claims under New York General Business Law Section 350 are barred

by reason of Plaintiffs' failure to allege sufficient facts identifying any statement or

misrepresentation alleged to constitute false advertising and their failure to plead causation or
reliance with sufficient specificity.

## AS FOR A THIRTIETH
## DEFENSE, MS. SOLURI ALLEGES:

272.  Any injuries, losses or damages suffered by Plaintiffs were proximately caused, in
whole or in part, by the failure of Plaintiffs to exercise ordinary care and to follow the advice,
information, warnings and/or instructions provided with the subject pharmaceutical product and
therefore Plaintiffs' recovery, if any, must be diminished by the proportion of the negligence of
Plaintiffs which proximately caused or contributed to the alleged injuries, losses or damages.

## AS FOR A THIRTY-FIRST
## DEFENSE, MS. SOLURI ALLEGES:

273.  Plaintiffs' claims are barred in whole or in part because the product at issue was
not defective at the time that it left Merck's control.


Inasmuch as the Complaint does not describe the alleged underlying claims with
sufficient particularity to enable Ms. Soluri to determine all of its legal, contractual and equitable
rights, Ms. Soluri reserves the right to amend and supplement the averments of its answer to
assert any and all pertinent liability defenses ascertained through further investigation and
discovery of this action.

Ms. Soluri will rely on all defenses that may become available during discovery or trial.

WHEREFORE, Ms. Soluri respectfully demands judgment dismissing Plaintiffs'

Complaint with prejudice and awarding Ms. Soluri her reasonable costs and disbursements,

together with such and other and further relief that the Court may deem just and proper.

## JURY DEMAND

Ms. Soluri demands a trial by jury as to all issues so triable.


DATED:     New York, New York
               January 1Ꝗ, 2007

Respectfully submitted,

Phillip A. Whittmann, 13625
Dorothy H. Wimberly, 18509
Camelite M. Bertaut, 3054
Stone Pigman Walther Whittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

*Defendants' Liaison Counsel*

Theodore V. H. Mayer
Vilia B. Hayes
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Phone: 212-837-6000
Fax:   212-422-4726

*Attorneys for Defendant Rosemary Soluri*

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing Answer and Jury Demand of

Defendant Rosemary Soluri has been served on Liaison Counsel, Russ Herman and Phillip

Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-

Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF system

which will send a Notice of Electronic Filing in accord with the procedures established in MDL

1657, on this th day of January, 2007.

Dorothy H. Wimberly 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

*Defendants' Liaison Counsel*