UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 2:06-CV-11053

ROBERT SIDNEY SPANN,
                    Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JENNIFER FAVATA GARCIA,
JEFFREY HANNETT, JESSE HOLLINGSWORTH,
PHILLIP ISHAM, JEFFREY KRAMER, RANDI PARRISH,
DOUGLAS PAUL, MARCI PETERS, HOPE ROYSTUN,
and MARK WAGNER,

_____Defendants._____/

**NOTICE OF FILING AFFIDAVIT OF SERVICE**

Plaintiff, ROBERT SIDNEY SPANN, by and through his undersigned counsel, hereby

files the copy of an Affidavit of Service evidencing service upon Defendant, JEFFREY

KRAMER, on October 16, 2006.

Dated this 18th day of January, 2007.

By: ____/s/ Brenda S. Fulmer_____
          BRENDA S. FULMER, Esq.
          Fla. Bar No. 999891
          ALLEY, CLARK, GREIWE & FULMER
          701 E. Washington Street
          P.O. Box 3127
          Tampa, FL 33601-3127
          Tele: (813) 222-0977
          Fax: (813) 224-0373
          *bfulmer@tampatriallawyers.com*
          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service

has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-

mail and upon all parties by electronically uploading the same to LexisNexis File & Serve

Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF system which

will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657

on this ___18th___ day of January, 2008.

> By:___ /s/ Brenda S. Fulmer_____ _____
> BRENDA S. FULMER, Esq.
> Fla. Bar No. 999891
> ALLEY, CLARK, GREIWE & FULMER
> 701 E. Washington Street
> P.O. Box 3127
> Tampa, FL 33601-3127
> Tele: (813) 222-0977
> Fax: (813) 224-0373
> Attorneys for Plaintiff
> *bfulmer@tampatriallawyers.com*

**SERVICE LIST**

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0044765

PERSON TO BE SERVED: JEFFREY KRAMER
    CORP/DBA:
        ADDRESS: 5440 OVERLOOK POINT
                 LAKELAND (BARTOW)


    PLAINTIFF/ATTORNEY:

    BRENDA S FLUMER
    ALLEY CLARK GREIWE & FULMER
    PO BOX 3127
    TAMPA, FL  33601

PLAINTIFF: SIDNEY ROBERT SIDNEY
DEFENDANT: MERCK & CO INC/JENNIFER FAVATA GARCIA/JEFFREY HANNETT ETC

CASE NUMBER: 06008903
        COURT: CIRCUIT/HILLSBOROUGH                      COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 10/05/06 and served the same at 04:44 PM
on 10/16/2006 in Polk County, Florida, as follows:
--------------------------------------------------------------------------------
                              INDIVIDUAL

    By delivering a true copy of this writ together with a copy of the initial
    pleadings, if any, with the date and hour of service endorsed thereon by
    me, to:  JEFFREY KRAMER


--------------------------------------------------------------------------------

CIVIL COSTS                                          GRADY JUDD, SHERIFF
-----------------                                    POLK COUNTY, FLORIDA
FEE: $20.00

TOTAL DEPOSIT: $20.00             BY: _____
                                        JACKIE DIANA BOLES,
                                   DEPUTY SHERIFF/SPECIAL PROCESS SERVER
                                        mem # 2633

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0044765

PERSON TO BE SERVED: JEFFREY KRAMER
    CORP/DBA:
     ADDRESS: 5440 OVERLOOK POINT
              LAKELAND (BARTOW)


      PLAINTIFF/ATTORNEY:

      BRENDA S FLUMER
      ALLEY CLARK GREIWE & FULMER
      PO BOX 3127
      TAMPA, FL  33601

PLAINTIFF: SIDNEY ROBERT SIDNEY
DEFENDANT: MERCK & CO INC/JENNIFER FAVATA GARCIA/JEFFREY HANNETT ETC

CASE NUMBER: 06008903
       COURT: CIRCUIT/HILLSBOROUGH                    COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 10/05/06 and served the same at 04:44 PM
on 10/16/2006 in Polk County, Florida, as follows:

INDIVIDUAL

  By delivering a true copy of this writ together with a copy of the initial
  pleadings, if any, with the date and hour of service endorsed thereon by
  me, to: JEFFREY KRAMER


CIVIL COSTS                                     GRADY JUDD, SHERIFF
                                               POLK COUNTY, FLORIDA
FEE: $20.00

TOTAL DEPOSIT: $20.00              BY: _____
                                         JACKIE DIANA BOLES,
                                      DEPUTY SHERIFF/SPECIAL PROCESS SERVER
                                         mem # 2633

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA**

SIDNEY ROBERT SIDNEY,

    Plaintiff,

vs.

MERCK & CO., INC., JENNIFER FAVATA GARCIA,
JEFFREY HANNETT, JESSE HOLLINGSWORTH,
PHILLIP ISHAM, JEFFREY KRAMER, RANDI PARRISH,
DOUGLAS PAUL, MARCI PETERS, HOPE ROYSTUN,
and MARK WAGNER,

    Defendants.

_____/

06   008903

Case No.: _____
Division: _____

DIVISION C

2006 OCT -5 AM 7:48
RECEIVED
POLK COUNTY SHERIFF OFFICE
BARTOW, FL.

**SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint in the above styled cause upon the Defendant(s)

        **Jeffrey Kramer**
        **5440 Overlook Point**
        **Lakeland, FL 33813** (Blw)

    Each Defendant is hereby required to serve written defenses to said Complaint or petition
on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GREIWE, Esq. (FBN: 218911)**
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

SERVED
In Polk County
Upon: Jeffrey Kramer
Type: Personal

Month 10   Day 16   Year 06
Time: 4:44 A.M P.M

GRADY JUDD, SHERIFF - Polk County
By: _____
Deputy/Special Process Server   Mem.#
2633

#44765

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ___OCT - 2 2006___, 2006.

(Court Seal)

Clerk of the Circuit Court

By: _____
    Deputy Clerk

2