UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 2:06-CV-11052

BARBARA JOWERS,
        Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., CHRIS METROPOLUS,
JEFFREY HANNETT, JACQUELINE BADURA,
JEFF BASTI, MICHELLE BOETHIG,
MICHELLE FOXALL, KIMBERLY JAMES GUSTAFSON,
SETH H. KARDOS, LOUISE MCGUIRE, YVONNE MORROW,
MARK A. MULLEN, CRAIG J. OBER, SHERRI PEARSON,
KIMBERLY SINCLAIR, and FATIMA SURANI,

        Defendants.            /

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, BARBARA JOWERS, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, YVONNE MORROW, on June 28, 2006.

Dated this 18th day of January, 2007.

    By: ____/s/ Brenda S. Fulmer_____
        BRENDA S. FULMER, Esq.
        Fla. Bar No. 999891
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Tele: (813) 222-0977
        Fax: (813) 224-0373
        *bfulmer@tampatriallawyers.com*
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of January, 2008.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361

*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

PERSON TO BE SERVED:

RECEIPT NUMBER: 0001497-06

YVONNE MORROW
9121 SPRING VALLEY ROAD # R
ENGLEWOOD

PLAINTIFF: BARBARA JOWERS
 -VS-
DEFENDANT: MERCK & CO INC/CHRIS METROPOLUS/JEFFREY HANNETT ET AL

TYPE WRIT: AMENDED SUMMONS/AMENDED COMPLAINT

COURT: CIRCUIT/MANATEE
CASE #: 2006CA1696

COURT DATE:
COURT TIME:

Received the above-named writ on June 22, 2006, at 9:20 AM,
and served the same on June 28, 2006, at 3:50 PM,
in CHARLOTTE County, Florida, as follows:

SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the within named defendant's usual place of abode with a person residing therein who is fifteen (15) years of age, or older, to-wit: JOHN TURNER and informing said person of their contents.

CORRECT NAME: YVONNE MORROW.

SERVICE COST: $20.00
MT, CIVIL CLERK

JOHN DAVENPORT, SHERIFF
CHARLOTTE COUNTY, FLORIDA

BY: /s/ Kimberly Sackett
KIMBERLY SACKETT, D.S.

MAIL TO:

ALLEY & INGRAM
701 E WASHINGTON STREET
TAMPA, FL   33602-5016

RETURN OF SERVICE

PERSON TO BE SERVED:  RECEIPT NUMBER: 0001497-06

YVONNE MORROW
9121 SPRING VALLEY ROAD # R
ENGLEWOOD

PLAINTIFF: BARBARA JOWERS
 -VS-
DEFENDANT: MERCK & CO INC/CHRIS METROPOLUS/JEFFREY HANNETT ET AL

TYPE WRIT: AMENDED SUMMONS/AMENDED COMPLAINT

COURT: CIRCUIT/MANATEE
CASE #: 2006CA1696

COURT DATE:
COURT TIME:

Received the above-named writ on June 22, 2006, at 9:20 AM, and served the same on June 28, 2006, at 3:50 PM, in CHARLOTTE County, Florida, as follows:

SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the within named defendant's usual place of abode with a person residing therein who is fifteen (15) years of age, or older, to-wit: JOHN TURNER and informing said person of their contents.

CORRECT NAME: YVONNE MORROW.

SERVICE COST: $20.00
MT, CIVIL CLERK

JOHN DAVENPORT, SHERIFF
CHARLOTTE COUNTY, FLORIDA

BY: /s/ K Sackett 0956
KIMBERLY SACKETT, D.S.

MAIL TO:

ALLEY & INGRAM
701 E WASHINGTON STREET
TAMPA, FL   33602-5016

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, STATE OF FLORIDA

BARBARA JOWERS,
    Plaintiff,

Case No.: 2006-CA-1696

vs.

MERCK & CO., INC., CHRIS METROPOLUS,
JEFFREY HANNETT, JACQUELINE BADURA,
JEFF BASTI, MICHELLE BOETHIG,
MICHELLE FOXALL, KIMBERLY JAMES GUSTAFSON,
SETH H. KARDOS, LOUISE MCGUIRE, YVONNE MORROW,
MARK A. MULLEN, CRAIG J. OBER, SHERRI PEARSON,
KIMBERLY SINCLAIR, and FATIMA SURANI,
    Defendants.
_____/

**SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Amended Complaint in the above styled cause upon the Defendant(s)

**Yvonne Morrow**
**9121 Spring Valley Road, #R**
**Englewood, FL 34224**

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on MAY 2 6 2006, 2006.

H. B. SHORE

Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

"If you are a person with a disability who needs any accomodations in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Manatee County Jury Office, P.O. Box 25400, Bradenton, Florida 34206, (941) 741-4062, within two (2) working days of your receipt of this notice; if you are hearing impaired, call 711."

2