UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-2524 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE
TO FILE OPPOSITION OF MERCK & CO., INC. ("MERCK")
TO PLAINTIFF'S MOTION FOR NEW TRIAL UNDER SEAL AND TO
<u>SUBMIT ACCOMPANYING EXHIBITS IN CAMERA AND UNDER SEAL</u>**

Defendant Merck, through undersigned liaison counsel, hereby moves the Court for leave to file its Opposition to Plaintiff's Motion for New Trial under seal.  Merck further moves to submit the exhibits to the foregoing opposition in camera and under seal.  Merck seeks to file and submit these documents in camera and under seal because plaintiff filed the motion to which Merck's opposition brief responds, and the exhibits thereto, under seal.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Opposition to Plaintiff's Motion for New Trial under seal and to submit the accompanying exhibits in camera and under seal.

850610v.1

Dated:  January 19, 2007

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Mark Ouweleen
Carrie Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

And

Brian S. Currey
A. Patricia Klemic
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

850610v.1

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Leave to File Opposition of Merck & Co., Inc. to Plaintiff's Motion for New Trial Under Seal And To Submit Accompanying Exhibits In Camera and Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Dedrick, Andy Birchfield, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of January, 2007.

                  */s/ Dorothy H. Wimberly*
                  Dorothy H. Wimberly, 18509
                  STONE PIGMAN WALTHER
                  WITTMANN L.L.C.
                  546 Carondelet Street
                  New Orleans, Louisiana 70130
                  Phone: 504-581-3200
                  Fax:  504-581-3361
                  dwimberly@stonepigman.com

                  Defendants' Liaison Counsel

850610v.1