UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 17 AM 7:21
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| GARY GRAY, OBO WALLACE GRAY, DECEASED | ) ) ) |
| Plaintiff, | ) ) MDL No. 1657 "L" |
| v. | ) ) |
| MERCK & CO., INC. | ) ) |
| Defendant. | ) ) |

**ORDER**

Now on this 10th day of January, 2007, the Court takes up for consideration Plaintiff's Motion to File First Amended Complaint, and after being fully and duly advised in the premises hereby finding good cause therefore, hereby sustains said motion. Plaintiff may now file his First Amended Complaint.

IT IS HEREBY ORDERED.

The Honorable Eldon E. Fallon

_____ Fee
_____ Process
__X__ Dktd
_____ CtRmDep
_____ Doc. No.