## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX®** | * |
| | * MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * |
| | * SECTION L |
| This document relates to: *Lomonaco v. Merck & Co., Inc., et al.* (E.D. La. Index No. 06-10875) | * |
| | * **JUDGE FALLON** |
| | * |
| | * **MAG. JUDGE KNOWLES** |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL OF CASE AGAINST CERTAIN DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs ALBERT LOMONACO, and FRANCA LOMONACO hereby give notice that they voluntarily dismiss the above action without prejudice as against defendants William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Thier, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazarus, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, and Gia Orlando only.

Dated: January 16, 2007
    Rochester, New York

CULLEY MARKS TANENBAUM & PEZZULO LLP

By: _____
    Frank G. Montemalo (        )
    36 Main Street West, Suite 500
    Rochester, New York 14614
    (585) 546-7830
*Attorneys for Plaintiffs*

NY 1120427_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal of Case Against Certain Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of January, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2