IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO ALL | ) | |
| CASES | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |

**O R D E R**

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Response to the Joint Motion of Merck & Co, Inc. and Insurers to Quash and/or for Protective Order Preventing Irrelevant and Inappropriate Insurance Related Discovery, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE