|  |  |
|---|---|
| IN RE:  VIOXX® PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No:  06-763 | PLAINTIFF:<br>    LINDA BADER, AS PERSONAL<br>    REPRESENTATIVE OF THE ESTATE<br>    OF VIOLET BAILEY, DECEASED |

## CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

\* \* \* \* \* \* \* \*

Comes now the Plaintiff, Linda Bader, as Personal Representative of the Estate of Violet Bailey, and, as a result of the death of Violet Bailey on March 30, 2006, and with the consent of Defendants, respectfully moves this Court for leave to file an Amended Complaint for the purpose of substituting Plaintiff in the capacity of Personal Representative of Violet Bailey, in lieu of Plaintiff's former capacity under a Power of Attorney.

Respectfully submitted,

By:   s/ D. Brian Rattliff
Gregory J. Bubalo
D. Brian Rattliff
BUBALO & HIESTAND, PLC
401 South Fourth St., Suite 800
Louisville, Ky. 40202
Telephone: (502) 753-1600
Facsimile: (502) 753-1601
brattliff@bhtriallaw.com

and

Ann B. Oldfather
OLDFATHER & MORRIS
1330 South Third Street
Louisville KY 40208
Telephone: (502) 637-7200
Facsimile: (502) 637-3999

        and

        Tyler Thompson
        DOLT, THOMPSON, SHEPHERD & KINNEY
        310 Starks Building
        Louisville, KY 40202
        Telephone: (502) 587-6554
        *Co-Counsel for Plaintiff*

Defendants consent to this Motion and to entry of the Order tendered herewith.

By:    s/ Susan J. Pope    *(By Consent)*
       Susan J. Pope
       FROST BROWN TODD, LLC
       250 W. Main St., Suite 2700
       Lexington, KY 40507-1749
       *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Consent Motion for Leave to File Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with applicable Pretrial Orders, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of January, 2007.

        By:    s/ D. Brian Rattliff
              D. Brian Rattliff
              Kentucky Bar No. 56665
              BUBALO & HIESTAND, PLC
              401 South Fourth St., Suite 800
              Louisville, Ky. 40202
              Telephone: (502) 753-1600
              Facsimile: (502) 753-1601
              brattliff@bhtriallaw.com
              *Counsel for Plaintiff*