| AOC-056-11<br>Rev. 12-87<br><br>Commonwealth of Kentucky<br>Court of Justice | <br><br>CERTIFICATE<br>OF QUALIFICATION | Case No. **06P01596**<br><br>County _____Jefferson_____<br><br>Court District / Probate |
|---|---|---|

IN Re: Estate of **Violet M. Bailey**

Proper petition having been filed and the Court having appointed **Linda F. Bader** as **Executrix**

of the above estate on the _____ day of _____MAY 02 2006_____, 19___, and the fiduciary having filed in Court bond in the sum of $ **758,000**, the amount fixed, with _____ as surety, which was approved by the Court, said fiduciary was thereupon duly sworn as required by law and thus qualified on the above date.

The above Order and Qualification is in full force and effect this _____MAY 02 2006_____.

A COPY
ATTEST: Tony Miller, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE, KENTUCKY
BY _____

Attest: _____Tony Miller_____ Clerk

By _____ D.C.
Deputy Clerk