| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 06-763 | PLAINTIFF:<br>LINDA BADER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VIOLET BAILEY, DECEASED |

### ORDER ON CONSENT MOTION

* * * * * * * *

Motion having been made, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Consent Motion for Leave to file Amended Complaint be, and it hereby is, GRANTED, and the Amended Complaint shall be filed of record.

So ORDERED this _____ day of _____, 2007.

					_____
					Judge Eldon E. Fallon
					United States District Court of Eastern Louisiana

Tendered by:

 s/ D. Brian Rattliff
D. Brian Rattliff
BUBALO & HIESTAND, PLC
401 South Fourth St., Suite 800
Louisville, Ky. 40202
*Counsel for Plaintiff*

Agreed to by:

s/ Susan J. Pope	*(By Consent)*
Susan J. Pope
FROST BROWN TODD, LLC
250 W. Main St., Suite 2700
Lexington, KY 40507-1749
*Counsel for Defendants*