# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: Louise E. Regan v. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck, No. 06-5537 | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Louise E. Regan ("Regan"), and Defendant, Merck & Co., Inc. ("Merck"),[1] hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Regan agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Regan further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL–1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to particular plaintiff, can be used in any such lawsuit re-filed by Regan as though Regan had been a party and had had an opportunity to participate in that discovery.

---

[1] "Merck Pharmaceuticals, a/k/a/ Merck" is not an entity and has not been served.

Regan agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

*Patricia Kasputys*

Peter G. Angelos (Fed Bar #01645)
M. Albert Figinski (Fed Bar #02291)
H. Russell Smouse (Fed Bar #01637)
Patricia J. Kasputys (Fed Bar #03775)
Mary V. McNamara-Koch (Fed. Bar #26591)
LAW OFFICES OF PETER G. ANGELOS, PC
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410-649-2000
Facsimile: 410-649-2101

**Counsel for Plaintiff, Louise E. Regan**

*Dorothy H. Wimberly*

Phillip A. Whittmann, 13625
~~Anthony M. DiLeo, 4942~~
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, LLC
546 Corondelet Street
New Orleans, LA 70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

**Defendant's Liaison Counsel**

*[signature: Stephen E. Marshall /JCF]*

Paul F. Strain (Federal Bar No. 01255)
pfstrain@venable.com
Stephen E. Marshall (Federal Bar No. 08896)
semarshall@venable.com
Venable, LLP
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
410-244-7400 (phone)
410-244-7742 (facsimile)

**Counsel for Defendant Merck & Co., Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Stipulation of Dismissal Without Prejudice has been served on all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8 on this 23rd day of January, 2007.

*[signature: Dorothy H. Wimble]*