UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Product Liability Litigation | MDL NO. 1657<br><br>SECTION:    L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Bill Black, et al. v. Merck & Co., Inc., et al.* No. 05-4452

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

1.   Plaintiffs, Lewis C. Dean, Stephan Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett, Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde Sylvester, Dorothy Washington, and Arthur H. Worzel ("Plaintiffs") files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiffs in place of Robert L. Salim, Ronald E. Corkern, and Kenneth T. Fibich.

2.   The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3.   The substitution of counsel is agreed to by the Plaintiffs Lewis C. Dean, Stephan Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett, Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde Sylvester, Dorothy Washington, and Arthur H. Worzel.

Plaintiffs Lewis C. Dean, Stephan Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett, Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde

Schexnayder, Verde Sylvester, Dorothy Washington, and Arthur H. Worzel respectfully request that the Court grant this Motion and all other just relief.

Respectfully submitted,

_____
Robert L. Salim (#11663)
1762 Texas Street
Post Office Box 2069
Natchitoches, Louisiana  71457
318.352.5999 – Phone
318.352.5998 – Fax

Ronald E. Corkern (#4403)
Post Office Box 1036
Natchitoches, Louisiana  71458
318.352.2302 – Phone
318.352.7458 – Fax

Kenneth T. Fibich (#06952600)
1401 McKinney, Suite 1800
Houston, Texas  77010
713.751.0025 – Phone
713.751.0030 – Fax

**Withdrawing Attorney-In-Charge for Plaintiffs Lewis C. Dean, Stephan Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett,        Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde Sylvester, Dorothy Washington, and Arthur H. Worzel**

Blizzard, McCarthy & Nabers, LLP

_____
Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
Holly M. Wheeler
State Bar No.: 24006035
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

**Substituting Attorney-In-Charge for Plaintiffs Lewis C. Dean, Stephan Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett, Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde Sylvester, Dorothy Washington, and Arthur H. Worzel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A on January 23, 2007. The undersigned hereby certifies that counsel will make the change directly on File & Serve LexisNexis as soon as the Order is entered.

_____