UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX                               |    MDL NO. 1657
      Product Liability Litigation    |
                                            |    SECTION:    L
                                            |
                                            |    JUDGE ELDON E. FALLON
                                            |
                                            |    MAGISTRATE JUDGE
                                            |    DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO Melvin Cormier, *et al. v. Merck & Co., Inc., et al.*
No. 05-4991

---

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

---

1. Plaintiff, Hayward Edwards files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiff in place of Robert L. Salim, Ronald E. Corkern, and Kenneth T. Fibich.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. The substitution of counsel is agreed to by the Plaintiff Hayward Edwards.

4. Plaintiff Hayward Edwards respectfully requests that the Court grant this Motion and all other just relief.

                                Respectfully submitted,

                                _____
                                Robert L. Salim (#11663)
                                1762 Texas Street
                                Post Office Box 2069
                                Natchitoches, Louisiana  71457
                                318.352.5999 – Phone
                                318.352.5998 – Fax

Ronald E. Corkern (#4403)
Post Office Box 1036
Natchitoches, Louisiana 71458
318.352.2302 – Phone
318.352.7458 – Fax

Kenneth T. Fibich (#06952600)
1401 McKinney, Suite 1800
Houston, Texas 77010
713.751.0025 – Phone
713.751.0030 – Fax

**Withdrawing Attorney-In-Charge for Plaintiff Hayward Edwards**

Blizzard, McCarthy & Nabers, LLP

_____
Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
Holly M. Wheeler
State Bar No.: 24006035
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

**Substituting Attorney-In-Charge for Plaintiff Hayward Edwards**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A on January 23, 2007. The undersigned hereby certifies that counsel will make the change directly on File & Serve LexisNexis as soon as the Order is entered.

_____