UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK HENNELLY AND STEPHANIE HENNELLY, H/W | MDL NO. 1657 |
| | SECTION L |
| **Plaintiffs** | |
| vs. | JUDGE ELDON E. FALLON |
| MERCK AND COMPANY | |
| **Defendant** | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO VOLUNTARILY DISMISS**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Mark Hennelly and Stephanie Hennelly, and pursuant to Local Rule 7.4, respectfully request leave of this Court to file a supplemental memorandum in support of their Motion to Voluntarily Dismiss for reasons more fully set forth in the accompanying memorandum in support.

Respectfully submitted,

*/s/ RANDALL A. SMITH*

RANDALL A. SMITH (#2117)
J. GEOFFREY ORMSBY (#24183)
Of
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205
rasmith@smithfawer.com

And

RICHARD M. GOLOMB, T.A.
TODD M. MOSSER
Golomb & Honik
121 South Broad Street, 9th Floor
Philadelphia, PA 19107
Telephone: (215) 985-9177
Facsimile:   (215) 985-4169
rgolomb@golombhonik.com
tmosser@golombhonik.com

***Attorneys for Plaintiffs***