UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK HENNELLY AND STEPHANIE HENNELLY, H/W | : | MDL NO. 1657 |
| | : | SECTION L |
| **Plaintiffs** | : | |
| vs. | : | JUDGE ELDON E. FALLON |
| | : | |
| MERCK AND COMPANY | : | |
| **Defendant** | : | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave of Court to File a Supplemental Memorandum in Support of Motion to Voluntarily Dismiss is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiffs be permitted to file their Supplemental Memorandum in Support of Motion to Voluntarily Dismiss.

New Orleans, Louisiana, this _____ day of _____, 2007

_____
**UNITED STATES DISTRICT JUDGE**