UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK HENNELLY AND STEPHANIE HENNELLY, H/W | : : : | MDL NO. 1657 SECTION L |
| Plaintiffs vs. | : : : | JUDGE ELDON E. FALLON |
| MERCK AND COMPANY Defendant | : : | MAGISTRATE JUDGE KNOWLES |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO <u>VOLUNTARILY DISMISS</u>

Plaintiffs filed a Motion to Voluntarily Dismiss Claims pursuant to F.R.C.P. 41(a)(2) on December 22, 2006. Defendant filed its opposition to Plaintiffs' Motion on January 10, 2007. In its opposition, Defendant raises numerous arguments that are either not supported by authority, run contrary to well settled authority, or are factually inaccurate. As this Court is aware, leave to amend should be freely granted when justice requires. Plaintiffs therefore respectfully submit that a Supplemental Memorandum could aid this Court in resolving the instant dispute.

**WHEREFORE,** Plaintiffs respectfully request that this Court grant Plaintiffs leave to file the attached Supplemental Memorandum in Support of Motion to Voluntarily Dismiss.

Respectfully submitted,

*/s/ RANDALL A. SMITH*

---

RANDALL A. SMITH (#2117)
J. GEOFFREY ORMSBY (#24183)
Of
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205
rasmith@smithfawer.com

And

RICHARD M. GOLOMB, T.A.
TODD M. MOSSER
Golomb & Honik
121 South Broad Street, 9th Floor
Philadelphia, PA 19107
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golombhonik.com
tmosser@golombhonik.com

*Attorneys for Plaintiffs*