UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: Alice Labaj v. Merck & Co., Inc., Amerisource, Inc., Bergen Brunswig Drug Company d/b/a Amerisourcebergen; and Adam J. Schneider, M.D. No. 2:06-cv-10775-EEF-DEK | * | JUDGE FALLON |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Alice Labaj ("Labaj"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Labaj agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Labaj further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Labaj, as though Labaj had been a party and had had an opportunity to participate in that discovery.

Labaj agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

*Douglas Allison w/ permission by* *Anne Eley*
Douglas A. Allison
State Bar No. 01083500
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
Telephone: (361) 888-6002
Facsimile: (361) 888-6651

Counsel for Plaintiff,
Alice Labaj

*/s/ Stacey A. Martinez*
Stacey A. Martinez
State Bar No. 13144575
Anne E. Grigg
State Bar No. 24032252
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598


Charles A. Deacon
State Bar No. 0567330
Thomas A. Countryman, Senior Counsel
State Bar No. 04888100
Emilie P. Baine
State Bar No. 24027712
Katharyn Grant
State Bar No. 24050683
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Counsel for Defendant Merck & Co., Inc.


*/s/ Ramona Martinez* w/ permission by
Ramona Martinez                         */s/ Stacey A. Martinez*
COWLES & THOMPSON, P.C.
901 Main Street, Suite 4000
Dallas, Texas 7202-3793
Telephone: (214) 672-2000
Facsimile: (214) 672-2020

Counsel for Defendant Amerisource, Inc., Bergen
Brunswig Drug Company d/b/a Amerisourcebergen

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of January, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2