UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: James Daniel et ux v. Merck & Co., Inc., No. 05-6529 | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, James Daniel ("Daniel"), and Defendant, Merck & Co., Inc. ("Merck"),[1] hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Daniel agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Daniel further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Daniel, as though Daniel had been a party and had had an opportunity to participate in that discovery.

Daniel agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

---

[1] "Merck Pharmaceuticals, a/k/a Merck" is not an entity and has not been served.

852104v.1

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

/s/ T. Robert Hill
T. Robert Hill  (#08141)
HILL BOREN
1269 N. Highland Avenue
Jackson, TN  37303
(731) 423-3300   phone
(731) 423-2135   facsimile

Counsel for Plaintiff,
James Daniel and wife, Judy Daniel


/s/ Phillip A. Wittmann
PHILLIP A. WITTMANN (#13625)
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361

Defendants' Liaison Counsel

/s/ Charles C. Harrell
CHARLES C. HARRELL (#5886)
LISA M. MARTIN (#23314)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
(901)680-7200  phone
(901)680-7201  facsimile

Counsel for Defendant Merck & Co., Inc.

852104v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of January, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

852104v.1