UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to James Daniel | * | |
| et ux v. Merck & Co., Inc. | * | |
| No. 05-6592                              * | | |

## CONSENT ORDER OF DISMISSAL
## WITHOUT PREJUDICE AS TO MERCK & COMPANY, INC.

This cause came before the Court on the statements of counsel for both parties that the plaintiff wishes to dismiss the instant lawsuit without prejudice, subject to the following conditions:

1. Daniel agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Daniel further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in In re: Vioxx® Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Daniel, as though Daniel had been a party and had had an opportunity to participate in that discovery.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed without prejudice, subject to the conditions stated herein, with each party to pay their respective costs and attorney fees.

SO ORDERED, ADJUDGED AND DECREED, this _____ day of _____, 2007.

_____
DISTRICT JUDGE