IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION**, <br><br>*Walter Dochsteiner et al v. Merck & Co Inc et al*, 2:05-cv-00670 | MDL No. 1657 |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the defendant Stephens Pharmacy is VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs.

| | |
|---|---|
| Shaffer Lombardo Shurin <br><br> By: /s/ Jason R. Ballard <br> Jason R. Ballard  #53186 <br> jballard@sls-law.com <br> Attorney for Stephens Pharmacy <br> 911 Main Street <br> Suite 2000 <br> Kansas City, MO 64106 <br> (816) 931-0500 Fax: (816) 931-5775 | JEFFREY J. LOWE, PC <br><br> By: /s/ Francis J. Flynn <br> Jeffrey J. Lowe        #10538 <br> Francis J. "Casey" Flynn #118147 <br> Attorney for Plaintiff <br> 8235 Forsyth, Suite 1100 <br> St. Louis, Missouri 63105 <br> (314) 678-3400 <br> Fax: (314) 678-3401 <br><br> John Carey <br> Joseph P. Danis <br> David Bauman <br> Sarah Hale <br> CAREY & DANIS, LLC <br> 8235 Forsyth Boulevard, Suite 1100 <br> St. Louis MO 63105 <br> Telephone: 314-725-7700 |

{2567/0321: 00116193.DOC.}

Facsimile: 314-721-0905

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION**, *Walter Dochsteiner et al v. Merck & Co Inc et al*, 2:05-cv-00670 | MDL No. 1657 |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, Stephens Pharmacy is VOLUNTARILY DISMISSED WITHOUT PREJUDICE.

_____

United States District Judge Eldon Fallon

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties to be electronically served in this case:

_____

{2567/0321: 00116193.DOC.}

{2567/0321: 00116193.DOC.}