IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA

**In re: VIOXX PRODUCTS LIABILITY LITIGATION**,

*Walter Dochsteiner et al v. Merck & Co Inc et al*, 2:05-cv-2930

MDL No. 1657

### ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, Stephens Pharmacy is VOLUNTARILY DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge Eldon Fallon