IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| Carmen Prado, et al. v. Merck & Co., | ) | |
| Inc., 2:05 CV 6303 | ) | MAG. JUDGE KNOWLES |

## ORDER DISMISSING WITHOUT PREJUDICE
## CLAIMS OF YOLANDA TOMASELLO

Considering the Stipulation of Dismissal Without Prejudice of Claims of Yolanda Tomasello filed herein,

IT IS ORDERED that the claims of Plaintiff Yolanda Tomasello be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its won costs.

New Orleans, Louisiana, THIS _____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATE DISTRICT JUDGE