UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| | * | Cause No.:  05 CV 5607 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| JOHN S. CIECHNA and | * | |
| MICHELLE M. CIECHNA, | * | MAG. JUDGE KNOWLES |
| Plaintiffs | * | |
| v. | * | |
| MERCK & CO., INC. | * | |
| Defendant. | | |

**MOTION FOR NUNC PRO TUNC CORRECTION
OF ORDER SUSTITUTING APPEARANCE OF DECEMBER 29TH, 2006**

Plaintiffs, by counsel, Robert F. Peters of Lucas, Holcomb, & Medrea, LLP, requests that the Court enter an order *nunc pro tunc* correcting the order that was entered December 29, 2006, by amending the names of the Plaintiffs for the reasons set forth below:

1.  That counsel previously filed a Motion to Substitute Counsel in this matter, wherein the appearance of Robert F. Peters and Brooke S. Shreve would be substituted for that of Robert F. Peters, Jr. and Thomas Kirsch.  Robert F. Peters and Brooke S. Shreve have filed their appearances on behalf of Plaintiffs John Ciechna and Michelle Ciechna.

2.  That on or about December 20, 2006, pursuant to the request of this Court, counsel for the Plaintiffs provided an Order Substituting Appearance.

3. That in said Order counsel for the Plaintiffs inadvertently incorrectly identified the Plaintiffs as Robert Krstevski and Luba Krstevski, whose file the firm is reviewing, despite the fact that they represent John Ciechna and Michelle Ciechna.

4. That the correct names of the Plaintiffs should be set forth as John Ciechna and Michelle Ciechna, as Robert F. Peters and Brooke S. Shreve do not represent Robert Krstevski and Luba Krstevski.

**WHEREFORE,** the Plaintiffs, by counsel respectfully requests the Court to enter its Order Nunc Pro Tunc to reflect that Robert F. Peters and Brooke S. Shreve represent John Ciechna and Michelle Ciechna, in this cause effective as of the date of the original Order of Substituting Appearance entered on December 29, 2006.

    Respectfully submitted,

    LUCAS, HOLCOMB & MEDREA, LLP

BY: /s/ Robert F. Peters
Robert F. Peters, IN 5699-45
300 E. 90th Drive
Merrillville, IN  46410
(219) 769-3561
One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Motion has been served on Liason Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of January, 2007.

      /s/ Robert F. Peters
      Attorney for Plaintiff
      Lucas, Holcomb & Medrea, LLP
      300 E. 90th Drive
      Merrillville, IN  46410
      Telephone:   (219) 769-3561
      Facsimile:   (219) 756-7409
      kwhitton@lhmlaw.com