UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| | * | Cause No.:  05 CV 5607 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| JOHN S. CIECHNA and | * | |
| MICHELLE M. CIECHNA, | * | MAG. JUDGE KNOWLES |
| Plaintiffs | * | |
| v. | * | |
| MERCK & CO., INC. | * | |
| Defendant. | | |

## O R D E R
## CORRECTING ORDER SUBSITUTING APPEARANCE PRO TUNC

Plaintiffs, John Ciechna and Michelle Ciechna, by counsel, Brooke S. Shreve, having requested the Court to enter an Order Nunc Pro Tunc correcting the Order Substituting Appearance that was entered on December 29, 2006, by correcting the name of the Plaintiffs in said Order and it appearing that the error was caused by inadvertence or oversight and that the error should be corrected in order to have the Order Substituting Appearance correctly reflect the name of the Plaintiffs represented by Robert F. Peters and Brooke S. Shreve, and the Court finding that the interest of justice requires that the error be corrected Nunc Pro Tunc and that neither defendants or any other person would be prejudice thereby,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this Court's Order Substituting Appearance, should be and is hereby corrected Nunc Pro Tunc, correcting Order to show that Robert F. Peters and Brooke S. Shreve represent John Ciechna and Michelle Ciechna.

New Orleans, Lousiana, this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE