UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: Rosalinda | * | JUDGE FALLON |
| Trevino v. Merck & Co., Inc., | * | |
| Amerisourcebergen Drug Corporation; | * | |
| Ronald Munson, M.D.; Jairo A. | * | |
| Puentes, M.D.; and Bernard M. | * | |
| Seger, M.D. | * | |
| No. 06-11334 | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Rosalinda Trevino ("Trevino"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1.  Trevino agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.  Trevino further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Southern District of Texas, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Trevino, as though Trevino had been a party and had had an opportunity to participate in that discovery.

01/25/2007  09:15  FAX 361 888 6651    Received 01/25/2007 09:11AM in 00:46 on line [1] for JG10851 * Pg 3/3
DOUG ALLISON                    ☒003
NO.583      003

Trevino agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Douglas A. Allison
State Bar No. 01083500
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
Telephone: (361) 888-6002
Facsimile: (361) 888-6651

Counsel for Plaintiff,
Rosalinda Trevino

Gerry Lowry
State Bar No. 12641350
John Sullivan
State Bar No. 19485010
Julie Hardin
State Bar No. 24013613
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Counsel for Defendant Merck & Co., Inc.

01/24/2007 WED 16:22  [TX/RX NO 7933]  ☒003

PAGE 3/3 * RCVD AT 1/25/2007 9:11:50 AM [Central Standard Time] * SVR:HOFAX01/1 * DNIS:0 * CSID:361 888 6651 * DURATION (mm-ss):00:46

Ramona Martinez
COWLES & THOMPSON, P.C.
901 Main Street, Suite 4000
Dallas, Texas 7202-3793
Telephone:  (214) 672-2000
Facsimile:  (214) 672-2020

Counsel for Defendant Amerisourcebergen
Drug Corporation

Ken Patterson
PATTERSON AND WAGNER, L.L.P.
Northwest Center
7550 I-10 West, Suite 500
San Antonio, Texas 78229
Telephone:  (210) 979-7555
Facsimile:  (210) 979-9141

Counsel for Defendant Bernard M. Seger, M.D.

Jay H. Henderson
State Bar No. 09424050
T. Scott Allen, Jr.
State Bar No. 01059700
CRUSE, SCOTT, HENDERSON & ALLEN,
L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone:  (713) 650-6600
Facsimile:  (713) 650-1720

Counsel for Defendant Ronald Munson, M.D.

Ramona Martinez
COWLES & THOMPSON, P.C.
901 Main Street, Suite 4000
Dallas, Texas 7202-3793
Telephone: (214) 672-2000
Facsimile: (214) 672-2020

Counsel for Defendant Amerisourcebergen
Drug Corporation

Ken Patterson
PATTERSON AND WAGNER, L.L.P.
Northwest Center
7550 I-10 West, Suite 500
San Antonio, Texas 78229
Telephone: (210) 979-7555
Facsimile: (210) 979-9141

Counsel for Defendant Bernard M. Seger, M.D.

Jay H. Henderson
State Bar No. 09424050
T. Scott Allen, Jr.
State Bar No. 01059700
CRUSE, SCOTT, HENDERSON & ALLEN,
L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone: (713) 650-6600
Facsimile: (713) 650-1720

Counsel for Defendant Ronald Munson, M.D.

Received 01/24/2007 10:46AM in 00:36 on line [0] for JG10851 * Pg 3/3
01/24/2007  10:39    7136501720              CRUSE SCOTT HENDERSO                    PAGE  03/03
             --     FROM PATUTIKNE & Jaworski

                                                                    T-501   P.004/006  F-849

Ramona Martinez
COWLES & THOMPSON, P.C.
901 Main Street, Suite 4000
Dallas, Texas 7202-3793
Telephone: (214) 672-2000
Facsimile: (214) 672-2020

Counsel for Defendant Amerisourcebergen
Drug Corporation

Ken Patterson
PATTERSON AND WAGNER, L.L.P.
Northwest Center
7550 I-10 West, Suite 500
San Antonio, Texas 78229
Telephone: (210) 979-7555
Facsimile: (210) 979-9141

Counsel for Defendant Bernard M. Seger, M.D.

Jay H. Henderson
State Bar No. 09424050
T. Scott Allen, Jr.
State Bar No. 01059700
CRUSE, SCOTT, HENDERSON & ALLEN,
L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone: (713) 650-6600
Facsimile: (713) 650-1720

Counsel for Defendant Ronald Munson, M.D.

PAGE 3/3 * RCVD AT 1/24/2007 10:46:36 AM [Central Standard Time] * SVR:HOFAX01/0 * DNIS:0 * CSID:7136501720 * DURATION (mm-ss):00-36

JAN. 24. 2007  8:50AM  Received 01/24/2007 08:46AM in 00:44 on line [0] for JG10851 * Pg 3/3
                         Fulbr.      STINNETT THIEBAUD                    NO. 113.005/P. 3/3349

Russell G. Thornton
State Bar No. 19982850
Phillipa M. Remington
State Bar No. 16766100
STINNETT, THIEBAUD & REMINGTON, L.L.P.
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: (214) 954-2200
Facsimile: (214) 754-0999

Counsel for Defendant Jairo A. Puentes, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of January, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2