UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-11049

DANNY TAULBEE,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JEFF BASTI,
J.C. CORRADA, JULIE A. COOKE,
ROBIN E. ESTESS CHRISTESEN,
YVONNE MORROW, JEROME PITTMAN,
GENE REIDER, and ELLEN PAIGE WREDE JACKSON,

        Defendants.   /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, DANNY TAULBEE, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, YVONNE MORROW, on October 24, 2006.

Dated this 25th day of January, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
bfulmer@tampatriallawyers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of January, 2007.

By:  /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361

*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

| | |
|---|---|
| | RETURN OF SERVICE |

PERSON TO BE SERVED:                                           RECEIPT NUMBER: 0002622-06

```
YVONNE MORROW
9121 SPRING VALLEY ROAD, # R
ENGLEWOOD
```

PLAINTIFF: DANNY TAULBEE
 -VS-
DEFENDANT: MERCK & CO INC/JEFF BASTI/J C CORRADA/JULIE A COOKE ET AL

TYPE WRIT: SUMMONS/COMPLAINT

   COURT: CIRCUIT/CHARLOTTE                COURT DATE:
   CASE #: 062095CA                        COURT TIME:

   Received the above-named writ on October 5, 2006, at 12:23 PM,
   and served the same on October 24, 2006, at 5:40 PM,
   in CHARLOTTE County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: YVONNE MORROW


CORRECT NAME: YVONNE MORROW TURNER


SERVICE COST: $20.00                        JOHN DAVENPORT, SHERIFF
MT, CIVIL CLERK                             CHARLOTTE COUNTY, FLORIDA

                                            BY: /s/ KS
                                            _____
                                            KIMBERLY SACKETT, D.S.

MAIL TO:

   ALLEY CLARK GREIWE ET AL
   701 E WASHINGTON ST
   TAMPA, FL    33602-5016