UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-11049

DANNY TAULBEE,
        Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JEFF BASTI,
J.C. CORRADA, JULIE A. COOKE,
ROBIN E. ESTESS CHRISTESEN,
YVONNE MORROW, JEROME PITTMAN,
GENE REIDER, and ELLEN PAIGE WREDE JACKSON,

        Defendants.  /

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, DANNY TAULBEE, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, J.C. CORRADA, on October 23, 2006.

Dated this 25th day of January, 2007.

By: _/s/ Brenda S. Fulmer_____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of January, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361

*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

Sheriff's Department - Lee County

CHARLOTTE#CIR County      Case Number  062095CA

DANNY TAULBEE     Plaintiff vs. Defendant     MERCK & CO INC ET AL

SERVE
J C CORRADA

6361 ARAGON WAY
APT 303
Fort Myers FL 33912

SUMMONS-LAW SUIT
COMPLAINT

Fee: $        $20.00
Attorney
BRENDA S FULMER
PO BOX 3127
TAMPA FL 33601

Received this process on the 6 day of October 2006 at 09:24 AM and posted/served/non served the same on J Corrada, the within named (Respondent, Garnishee, Defendant, Witness) 6:45 A m. on the 23 day of Oct 200 6, in Lee County, Florida.

### INDIVIDUAL SERVICE

X  By delivering to the within named (Respondent-Garnishee-Defendant-Witness) a true copy of this process with the date and hour of service endorsed thereon by me, and at the same time I delivered to the within named (Respondent-Garnishee-Defendant-Witness) a copy of Plaintiff's initial pleading as furnished by the Plaintiff-petitioner.

### SUBSTITUTE SERVICE

_____ By leaving a true copy with a member of the household then and there residing above the age of 15 years to wit _____ and informing such person of contents thereof.

### CORPORATE SERVICE

_____ By delivering a true copy of the process with the date and hour endorsed thereon by me and copy of Plaintiff's initial pleading as furnished by the Plaintiff to _____ as _____ of said Corporation in the absence of any superior officer as defined in F.S. 48.081 or 48.091.

### POSTING

_____ By attaching a true copy of this process with date and hour of service endorsed thereon by me, together with a copy of the Complaint or Petition to a conspicuous place on the property described within. The above named (Tenant-Defendant) could not be found, and there was no person at the (Tenant's-Defendant's) usual place of abode _____ in Lee County, Florida, above the age of 15 years upon whom service could be made.

Comments: _____

Executed on _____ Non-executed on _____ for above stated reason.

Attempts made for Service
Date: 10-20-06 06058  Time: 1:30 pm
Date: 10-23-6 06036  Time: 6:46 AM
Date: _____  Time: _____

MIKE SCOTT, SHERIFF
LEE COUNTY, FLORIDA
By _____
Deputy Sheriff I.D.# 06036

## Sheriff's Department - Lee County

| CHARLOTTE#CIR County | | Case Number | 062095CA |
|---|---|---|---|
| DANNY TAULBEE | Plaintiff vs. Defendant | | MERCK & CO INC ET AL |

| SERVE | | Fee: $ | $20.00 |
|---|---|---|---|
| J C CORRADA | SUMMONS-LAWSUIT COMPLAINT | Attorney BRENDA S FULMER PO BOX 3127 | |
| 6361 ARAGON WAY APT 303 Fort Myers FL 33912 | | TAMPA FL 33801 | |

Received this process on the 6 day of October 2006 at 09:24 AM and posted/served/non served the same on J Corrada, the within named (Respondent, Garnishee, Defendant, Witness) 645A m. on the 23 day of OCT 200 6, in Lee County, Florida.

### INDIVIDUAL SERVICE

__X__ By delivering to the within named (Respondent-Garnishee-Defendant-Witness) a true copy of this process with the date and hour of service endorsed thereon by me, and at the same time I delivered to the within named (Respondant-Garnishee-Defendant-Witness) a copy of Plaintiff's initial pleading as furnished by the Plaintiff-petitioner.

### SUBSTITUTE SERVICE

_____ By leaving a true copy with a member of the household then and there residing above the age of 15 years to wit _____ and informing such person of contents thereof.

### CORPORATE SERVICE

_____ By delivering a true copy of the process with the date and hour endorsed thereon by me and copy of Plaintiff's initial pleading as furnished by the Plaintiff to _____ as _____ of said Corporation in the absence of any superior officer as defined in F.S. 48.081 or 48.091.

### POSTING

_____ By attaching a true copy of this process with date and hour of service endorsed thereon by me, together with a copy of the Complaint or Petition to a conspicuous place on the property described within. The above named (Tenant-Defendant) could not be found, and there was no person at the (Tenant's-Defendant's) usual place of abode _____ in Lee County, Florida, above the age of 15 years upon whom service could be made.

Comments: _____

Executed on _____  Non-executed on _____ for above stated reason.

Attempts made for Service

Date: 10-20-06 0605&  Time: 134PM
Date: 10-23-6 06036  Time: 645AM
Date: _____ Time: _____

MIKE SCOTT, SHERIFF
LEE COUNTY, FLORIDA
By _____
Deputy Sheriff I.D.# 06036

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, STATE OF FLORIDA

DANNY TAULBEE,

    Plaintiff,

vs.

MERCK & CO., INC., JEFF BASTI,
J.C. CORRADA, JULIE A. COOKE,
ROBIN E. ESTESS CHRISTESEN,
YVONNE MORROW, JEROME PITTMAN,
GENE REIDER, and ELLEN PAIGE WREDE JACKSON,

    Defendants.

_____/

Case No.: 06-2095 CA
Division: _____

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:



    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

**J. C. Corrada**
**6361 Aragon Way, Apt. 303**
**Ft. Myers, FL 33912**

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

2

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _Sept 5_, 2006.

(Court Seal)

Clerk of the Circuit Court

By: _Betty_____
Deputy Clerk