UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-11049

DANNY TAULBEE,
        Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JEFF BASTI,
J.C. CORRADA, JULIE A. COOKE,
ROBIN E. ESTESS CHRISTESEN,
YVONNE MORROW, JEROME PITTMAN,
GENE REIDER, and ELLEN PAIGE WREDE JACKSON,

        Defendants.   /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, DANNY TAULBEE, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, JEROME PITTMAN, on November 2, 2006.

Dated this 25th day of January, 2007.

By:   /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of January, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361

*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel


## RETURN OF SERVICE          Receipt Number: 0027202-06

**PERSON TO BE SERVED:** JEROME PITTMAN AKA *
* JEROME R. PITTMAN, JR.

**CORP/DBA:**

**ADDRESS:** 3038 40TH AVENUE S
ST PETERSBURG

**PLAINTIFF:** DANNY TAULBEE
-VS-
**DEFENDANT:** MERCK & CO., INC., ET AL

**CASE #:** 062095CA          **COURT:** CIRCUIT CHARLOTTE          **COURT DATE:**

**TYPE WRIT:** SUMMONS W/COMPLAINT

---

ALLEY CLARK GREIWE & FULMER

PO BOX 3127
TAMPA, FL 33601-3127

**PLAINTIFF/ATTORNEY:**

Received the above-named writ on November 02, 2006 at 9:52 AM and served the same at 4:20 PM on November 02, 2006 in PINELLAS County, Florida, as follows:

> **SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE**
>
> By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the within named defendant's usual place of abode with a person residing therein who is fifteen(15) years of age, or older, to-wit: KETURAH PITTMAN, MOTHER and informing said person of their contents.

JIM COATS, SHERIFF
PINELLAS COUNTY, FLORIDA

BY: ALEX HERRING

DEPUTY SHERIFF
CIVIL COSTS

DB          FEE: $ 20.00     TOTAL DEPOSIT : $   20.00

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, STATE OF FLORIDA

DANNY TAULBEE,

    Plaintiff,

vs.

MERCK & CO., INC., JEFF BASTI,
J.C. CORRADA, JULIE A. COOKE,
ROBIN E. ESTESS CHRISTESEN,
YVONNE MORROW, JEROME PITTMAN,
GENE REIDER, and ELLEN PAIGE WREDE JACKSON,

    Defendants.

_____/

Case No.: 06-2095 CA
Division: _____

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

> **Jerome Pittman**
> a/k/a Jerome R. Pittman, Jr.
> **3038 40th Ave., S.**
> **St. Petersburg, FL 33712**

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

> **BRENDA S. FULMER, Esq. (FBN: 999891)**
> **C. TODD ALLEY, Esq. (FBN: 321788)**
> **JAMES D. CLARK, Esq. (FBN: 191311)**
> **DON GREIWE, Esq. (FBN: 218911)**
> ALLEY, CLARK, GREIWE & FULMER
> 701 E. Washington Street
> P.O. Box 3127
> Tampa, FL 33601-3127
> Telephone: (813) 222-0977
> Fax: (813) 224-0373
> Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

    WITNESS my hand and seal of said Court on _____ 5, 2006.

                                        Barbara T. Scott,
                                        Clerk of the Circuit Court

(Court Seal)

                                        By: _____
                                                  Deputy Clerk

**RETURN OF SERVICE**     Receipt Number: 0027202-06

PERSON TO BE SERVED: JEROME PITTMAN AKA *
  * JEROME R. PITTMAN, JR.
  CORP/DBA :
  ADDRESS : 3038 40TH AVENUE S

                    ST PETERSBURG
  PLAINTIFF: DANNY TAULBEE
    -VS -
  DEFENDANT: MERCK & CO., INC., ET AL
CASE #: 062095CA          COURT :CIRCUIT CHARLOTTE       COURT DATE:
  TYPE WRIT: SUMMONS W/COMPLAINT

---

ALLEY CLARK GREIWE & FULMER

PO BOX 3127
TAMPA , FL 33601-3127

PLAINTIFF/ATTORNEY :

Received the above-named writ on November 02, 2006 at 9:52 AM and served the same at 4:20 PM on November 02, 2006 in PINELLAS County, Florida, as follows:

> **SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE**
>
> By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the within named defendant's usual place of abode with a person residing therein who is fifteen(15) years of age, or older, to-wit: KETURAH PITTMAN , MOTHER and informing said person of their contents.

JIM COATS,   SHERIFF
PINELLAS COUNTY, FLORIDA

                    BY:   ALEX HERRING
                    _____
                              DEPUTY SHERIFF
          CIVIL COSTS

DB    FEE: $ 20.00    TOTAL DEPOSIT : $   20.00