UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                                          MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION:
                                                            SECTION:  L

                                                             JUDGE FALLON
…………………………………………………..         MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
        2:06-cv-01971

### MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of Plaintiffs Latoya McQueen, Carol-Ann Mize, and Bobby Talley ("McQueen, Mize, and Talley").  Without breaching any privilege, Plaintiffs' counsel can only state that it is not in the best interest of these clients that he remain as counsel.  This motion applies only to representation of McQueen, Mize, and Talley, Seth Sharrock Webb and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action, not previously withdrawn from.  Upon receipt of the Order granting this Motion to Withdrawal, File & Serve will be updated by Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect this change in representation.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff Latoya McQueen: 8461 Alder Ave., St. Louis, MO  63134, (314) 522-9008

Plaintiff Carol-Ann Mize: 1459 County Road 510, Oak Ridge, MO  63769, (573) 266-0087

Plaintiff Bobby Talley:  4647 Cottage, St. Louis, MO  63113, (314) 534-1445

1

Respectfully submitted,

          BROWN & CROUPPEN, P.C.

          By: /s/ SETH SHARROCK WEBB
          Seth Sharrock Webb, Fed. Bar No. 505666
          720 Olive Street, Suite 1800
          St. Louis, MO  63101
          Ph: (314) 421-0216
          Fax: (314) 421-0359
          swebb@brownandcrouppen.com
          ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that Plaintiffs, McQueen, Mize, and Talley, have been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of January, 2007.

**Stephen G. Strauss**
**Dan H. Ball**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert T. Ebert, Jr.**
Bryan Cave, LLP - St. Louis
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000

**Plaintiff Latoya McQueen**: 8461 Alder Ave., St. Louis, MO 63134, (314) 522-9008

**Plaintiff Carol-Ann Mize**: 1459 County Road 510, Oak Ridge, MO 63769, (573) 266-0087

**Plaintiff Bobby Talley**: 4647 Cottage, St. Louis, MO 63113, (314) 534-1445

By:   /s/ SETH SHARROCK WEBB
        Seth Sharrock Webb, MO Fed. Bar No. 505666