UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ana Luberza-Ruiz v. Merck & Co., Inc. a/k/a and sometimes d/b/a Merck Sharp & Dohme (I.A.) Corp., a New Jersey corporation,* Case No. 05-4525

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and instant lawsuit of Plaintiff Ana Luberza-Ruiz, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this __23rd__ day of __January__, 2007.

_____
UNITED STATES DISTRICT JUDGE

4