UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-----------------------------------------------------------------------X
COUNTY OF SANTA CLARA, et al.,                           :
                                                          :
                Plaintiffs,            :   Civil No. 06cv9382
                                                          :
    v.                                                  :
                                                          :
MERCK & CO., INC.                                         :
               Defendant.             :
                                                          :
-----------------------------------------------------------------------X

## MOTION BY PLAINTIFF TO ADD CHERYL A. STEVENS TO COUNSEL OF RECORD AND ENROLL IN MDL NOTIFICATION

      Pursuant to directions provided by the Clerk's office, Plaintiff County of Santa Clara ("Santa Clara") hereby moves and seeks this Court to allow Cheryl A. Stevens, Deputy County Counsel, County of Santa Clara to be listed as co-counsel of record in this proceeding and also to be enrolled for MDL notification.

DATED: January 25, 2007                /s/ Seth R. Lesser
                                                                 Seth R. Lesser
                                                                 Locks Law Firm
                                                               110 East 55th Street
                                                               New York, NY 10022
                                                               212-838-3333
                                                               Fax:  212-838-3735
                                                               slesser@lockslawny.com
                                                               www.Lockslawny.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
------------------------------------------------------------------------X
COUNTY OF SANTA CLARA, et al.,                    :
                                                  :
        Plaintiffs,                       :   Civil No. 06cv9382
                                                  :
  v.                                              :
                                                  :
MERCK & CO., INC.                                 :
        Defendant.                        :
                                                  :
------------------------------------------------------------------------X

## ORDER TO ENROLL

Upon the motion of SETH R. LESSER, ESQ., counsel for Plaintiff,

    **IT IS HEREBY ORDERED** that

        Cheryl A. Stevens

        Deputy County Counsel
        County of Santa Clara
        70 W. Hedding Street
        9th Floor, East Wing
        San Jose, CA 95110
        408-299-5900
        cheryl.stevens@cco.sccgov.org

is permitted to enroll to the list of counsel of record and permitted to enroll in MDL notifications in the above-captioned case in the United States District Court for the Eastern District of Louisiana.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:

                                                                            _____
                                                                            United States District Judge