UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
------------------------------------------------------------------------X
COUNTY OF SANTA CLARA, et al.,                    :
                                                  :
             Plaintiffs,                          :   Civil No. 06cv9382
                                                  :
     v.                                           :
                                                  :
MERCK & CO., INC.                                 :
             Defendant.                           :
                                                  :
------------------------------------------------------------------------X

## ORDER TO ENROLL

Upon the motion of SETH R. LESSER, ESQ., counsel for Plaintiff,

**IT IS HEREBY ORDERED** that

    Cheryl A. Stevens

    Deputy County Counsel
    County of Santa Clara
    70 W. Hedding Street
    9th Floor, East Wing
    San Jose, CA 95110
    408-299-5900
    cheryl.stevens@cco.sccgov.org

is permitted to enroll to the list of counsel of record and permitted to enroll in MDL notifications in the above-captioned case in the United States District Court for the Eastern District of Louisiana. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:

                                                  _____
                                                  United States District Judge