IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO ALL | ) | |
| CASES | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |

**O R D E R**

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Response to the Joint Motion of Merck & Co, Inc. and Insurers to Quash and/or for Protective Order Preventing Irrelevant and Inappropriate Insurance Related Discovery, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana, this 23rd day of January, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE