THE HONORABLE ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY<br>LITIGATION | MDL DOCKET No. 1657<br><br>CA NO. 2:05cv1102EEF |
| This document relates to:<br><br>Virginia Oller, et al.<br><br>v.<br><br>Merck & Company, Incorporated | <br><br><br>MOTION TO WITHDRAW AS COUNSEL<br>AND FOR IN CAMERA CONSIDERATION<br>(AS TO PLAINTIFF JESSIE DOOLAN ONLY) |

Come now the law firms of Barrett Law Office, P.A. and Foshee and Yaffe, Attorneys At Law and hereby file this Motion for the Court to enter an Order allowing them to withdraw as counsel of record for the plaintiff Jessie Doolan for the reasons to be submitted to the Court in camera pursuant to Local Rule 5(g). The grounds for this motion are set forth in the affidavit of David McMullan, Jr., which is submitted under seal as Exhibit A to this motion.

(MDL Docket No. 1657)
Motion to Withdraw as Counsel and
For in Camera Consideration

It would be unduly prejudicial to the plaintiff and violate the attorney-client privilege if these matters were made public. Accordingly, Counsel requests the Court to permit these matters to be filed and to remain under seal and to consider this Motion in camera.

WHEREFORE premises considered, counsel requests an order from the Court permitting this motion to be considered in camera, permitting the Exhibit in support thereof to be submitted and to remain under seal and finally, permitting counsel to withdraw as counsel of record for Plaintiff Jessie Doolan

Should this Motion to Withdraw be granted, Counsel request the Court to allow Plaintiff Jessie Doolan twenty one (21) days to secure other counsel or to inform the Court of Plaintiff's decision to proceed *pro se*. Plaintiff will be informed that failure to do so will result in a dismissal of this case with prejudice.

A copy of this motion has been sent via certified mail to the plaintiff.

Respectfully submitted this the 26th day of January, 2007

s/David McMullan, Jr.

BARRETT LAW OFFICE, P.A.
P.O. Box 987
404 Court Square
Lexington, MS 39095
Phone:    662-834-2376
Facsimile: 662-834-2628

FOSHEE & YAFFE, ATTORNEYS AT LAW
P.O. Box 890420
12231 South May Avenue
Oklahoma City, OK 73189
Phone:    405-632-6668
          405-378-3033
Facsimile: 405-632-3063

(MDL Docket No. 1657)
Motion to Withdraw as Counsel and
For in Camera Consideration

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served this day via Electronic mail, and first class postage prepaid U.S. mail, upon the following:

Dorothy H. Wimberly, 18509
Phillip A. Wittmann, 13625
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

DEFENDANT'S LIAISON COUNSEL


Russ M. Herman, T.A. (La. Bar #6819)
Leonard A. Davis, #14190
HERMAN, HERMAN, KATZ AND COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: 504-581-4892
Fax: 504-561-6024

PLAINTIFFS' LIAISON COUNSEL


This the 26th day of January, 2007.

          s/David McMullan, Jr.


(MDL Docket No. 1657)
Motion to Withdraw as Counsel and
For in Camera Consideration