**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to**<br>**Case No. 06-763**<br><br>**LINDA BADER, AS PERSONAL**<br>**REPRESENTATIVE OF THE ESTATE OF**<br>**VIOLET BAILEY, DECEASED,**<br><br>　　　　　　　**Plaintiff,**<br><br>**v.**<br><br>**MERCK & CO., INC.,**<br><br>　　　　　　　**Defendant.** | **MDL DOCKET NO. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES**<br><br>　　<u>**ANSWER TO AMENDED**</u><br>　　　　<u>**COMPLAINT**</u> |

Defendant, Merck & Co., Inc., ("Merck"), hereby incorporates all of its responses and affirmative defenses in its answer to the averments to the Original Complaint and for its answer to the plaintiff's Amended Complaint, states as follows:

**RESPONSE TO "PARTIES, JURISDICTION AND VENUE"**

1.　　Merck is without knowledge or information sufficient to form a belief as to the truth of the averments in the first sentence of paragraph 1 of the Amended Complaint, and therefore Merck denies these averments.　Regarding the averments in the second sentence of paragraph 1 of the Amended Complaint, Merck admits that it sought and received the approval of the United States Food and Drug Administration ("FDA") to manufacture and market the prescription medicine Vioxx and, until the voluntary worldwide withdrawal of Vioxx from the market on September 30, 2004, did market Vioxx for the indicated uses set out in the relevant FDA-approved prescribing information. Merck is without knowledge or information sufficient

to form a belief as to the truth of the remaining averments in the second sentence of paragraph 1 of the Amended Complaint, and therefore it denies these averments.   Merck is without knowledge or information sufficient to form a belief as to the truth of the averments in the third sentence of paragraph 1 of the Amended Complaint, and therefore it denies these averments. Merck denies each and every averment in the fourth sentence of paragraph 1 of the Amended Complaint.

2.      Merck is without knowledge or information sufficient to form a belief as to the truth of the averments in the first sentence of paragraph 2 of the Amended Complaint, and therefore Merck denies these averments.  Merck admits that a copy of what purports to be a Certificate of Qualification was attached to the Amended Complaint.

3.      The averments in paragraph 3 of the Amended Complaint are statements for which no response is required.  To the extent these averments are deemed to contain facts, Merck admits that Violet Bailey and Linda Bader are referred to as "Plaintiff" in the Amended Complaint.

## RESPONSE TO "COUNT IX – DAMAGES, WRONGFUL DEATH AND SURVIVAL (Against All Defendants)"

4.      Merck denies each and every averment in the Original Complaint and paragraphs 1 - 3 of the Amended Complaint, except as expressly admitted, and it states as follows to the plaintiff's additional claims.

5.      The averments in paragraph 5 of the Amended Complaint are statements for which no response is required.  To the extent these averments are deemed to contain facts, Merck admits that plaintiff states that Count IX of the Amended Complaint is in full substitution of Count IX in the Original Complaint.

6.      Merck denies each and every averment in paragraph 6 of the Amended Complaint.

7.      Merck denies each and every averment in paragraph 7 of the Amended Complaint.

8.      Merck denies each and every averment in paragraph 8 of the Amended Complaint.

9.      Merck denies each and every averment in paragraph 9 of the Amended Complaint.

10.     Merck denies each and every averment in paragraph 10 of the Amended Complaint.

11.     Merck denies each and every averment in paragraph 11 of the Amended Complaint.

12.     Merck denies all averments in the Amended Complaint not expressly admitted.

## RESPONSE TO "PRAYER FOR RELIEF"

As for the unnumbered Prayer for Relief paragraph following paragraph 11 of the Amended Complaint, no responsive pleading is required.  Should a response be deemed required, Merck denies that the plaintiff is entitled to the relief requested in the Prayer for Relief, including paragraphs A - E.

## RESPONSE TO "JURY TRIAL DEMANDED"

Merck admits that the plaintiff is demanding a trial by jury.

## DEFENSES

Merck incorporates herein all affirmative defenses set forth in its answer to plaintiff's Original Complaint and additionally asserts that plaintiff's claims are barred, in whole or in part, because plaintiff lacks capacity and/or standing to bring such claims.

Merck respectfully requests that this Court:

1.    Dismiss the Amended Complaint with prejudice and without cost to Merck;

2.    Award to Merck its costs and attorneys' fees incurred in the defense of this action; and

3.    Award to Merck such other relief as this Court deems just and equitable.

## JURY DEMAND

Merck demands a trial by jury.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defense Liaison Counsel*

4

Susan J. Pope
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
(859) 231-0000 Telephone
(859) 231-0011 Facsimile

Winston E. Miller
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
(502) 589-5400 Telephone
(502) 581-1087 Facsimile

-and-

Stephen M. Gracey
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6800
(513) 651-6981

*Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer to Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of January, 2007.

_/s/ Dorothy H. Wimberly_____
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

6