# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| *Eugene Eastmoore v. Merck & Co., Inc., et al.,* | * | |
| **(E.D. La. Index No. CA- 06-0385-L)** | * | **MAG. JUDGE KNOWLES** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT MERCK & CO., INC.'S NOTICE OF FILING
### SUPPLEMENTAL DECLARATION

Defendant, Merck & Co., Inc. ("Merck"), files the attached supplemental declaration that pertains to and is being filed in further support of Merck's Notice of Removal and its Memorandum of Law in Opposition to Plaintiffs' Motion to Remand and specifically in support of Merck's argument that the professional representative named as a co-defendant in this action, Dominic Pavlinic, is fraudulently joined. Attached as Exhibit A is the Declaration of Susan J. Brunstetter.

On November 28, 2005, Merck removed this product liability action to federal court based on diversity of citizenship. As established in Merck's notice of removal, diversity jurisdiction exists over this case because the non-diverse defendants – Dominic Pavlinic and Jan Young – were fraudulently joined.[1] Merck has now obtained a declaration from Susan J. Brunstetter which provides further definitive support for Merck's assertion in its earlier-filed notice of removal and memorandum of law in

---

[1] In its memorandum of law in opposition to Plaintiffs' motion to remand, Merck clearly established that Mr. Young has no connection to Plaintiff's claims as Merck "has never employed a Professional Representative named Jan Young to have product discussions concerning Vioxx with health care professionals in Florida." *See* Exhibit E attached to Merck's Memo of Law.

opposition to Plaintiffs' motion to remand that Plaintiffs fraudulently joined Mr. Pavlinic in order to defeat diversity jurisdiction.

As set forth in Merck's notice of removal, Mr. Pavlinic is fraudulently joined because, among other reasons, Plaintiffs do not allege any factual link between Mr. Pavlinic and Plaintiff Eugene Eastmoore's ingestion of Vioxx. After this case was transferred to MDL-1657, Plaintiffs completed a Plaintiff Profile Form and identified Dr. Homer Paschall as the physician that prescribed Vioxx for Plaintiff Eugene Eastmoore. As provided in the attached declaration, Mr. Pavlinic never had any contact with Dr. Paschall regarding Vioxx and therefore he is fraudulently joined. *See* ¶ 5 of Exhibit A.[2]

---

[2] *See Sierminski v. Transouth Financial Corp.*, 216 F. 3d 945, 948 (11th Cir. 2000) (holding that federal court's considering propriety of removal on diversity grounds are not limited to reviewing the allegations of the complaint and affirming denial of motion to remand); *TKI Inc. v. Nichols Research Corp.*, 191 F. Supp. 2d 1307 (M.D. Ala. 2002) (relying on deposition testimony to find in-state defendants fraudulently joined); *Goins v. Merck & Co.*, Case No. 4:03 CV-70-1 (M.D. Ga. Sept. 9, 2003) (relying on affidavits to find in-state pharmaceutical representatives fraudulently joined).

Dated: January 26, 2007.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361

Defendant's Liaison Counsel

Patricia E. Lowry
John B. T. Murray, Jr.
Dori K. Stibolt
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax:     561-655-1509

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Supplemental Declaration has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of January, 2007.

WESTPALMBEACH/496059.1

3