UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Eugene Eastmoore v. Merck & Co., Inc., et al.*, | * | |
| (E.D. La. Index No. CA- 06-0385-L) | * | MAG. JUDGE KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF SUSAN J. BRUNSTETTER

I, Susan J. Brunstetter, declare as follows:

1. My name is Susan J. Brunstetter. I am over twenty-one years of age and I have personal knowledge of the truth of the matters stated herein. If called upon to testify to facts set forth herein, I could and would do so truthfully and competently.

2. I am a Senior Analyst ("Senior Analyst") in the Enterprise Systems and Services department of Merck & Co., Inc. ("Merck") and work in Merck's West Point, Pennsylvania office. In my capacity as Senior Analyst, I have direct personal knowledge of the records that Merck maintains in the regular course of its business.

3. Merck employed Professional Representatives to have product discussions concerning Vioxx® ("Vioxx") and other prescription drugs with health care professionals. It is the standard practice of Merck Professional Representatives to record the calls they make on health care professionals. Such records include the product or products that the Professional Representatives discussed during their calls.

4. I have reviewed records that Merck maintains in the ordinary course of its business on its current Professional Representative Dominic Pavlinic.

1



5. Those records indicate that current Professional Representative Dominic Pavlinic did not record any Vioxx-related calls on Dr. Homer Paschall.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2007.

_____
Susan J. Brunstetter