UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                  MDL NO. 1657
    **PRODUCTS LIABILITY LITIGATION:**

                                                        SECTION: L

                                                        JUDGE FALLON
………………………………………………..     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
      2:06-cv-03595

## ORDER

Before the Court is John J. Driscoll, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff Dolores Coulter, ("Coulter"). Attorney John J. Driscoll moves the Court for leave to withdraw as counsel for Coulter. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that John J. Driscoll, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies to Coulter's actions against Defendant Merck & Co., Inc., and Walgreens Co.. File & Serve shall be updated by Plaintiff's former attorney, John J. Driscoll and Brown & Crouppen, P.C. to reflect these changes.

                                         It is So Ordered:_____
                                                       JUDGE

DATE: _____