UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| Relates to: | JUDGE FALLON |
| ALL PERSONAL INJURY AND<br>WRONGFUL DEATH CLASS ACTION<br>COMPLAINTS PENDING OR SUBJECT<br>TO TRANSFER TO MDL 1657 | MAGISTRATE JUDGE KNOWLES |

## ORDER

IT IS **ORDERED** that the Plaintiffs' Steering Committee's Motion to Amend the Second Amended Master Class Action Complaint (Personal Injury and Wrongful Death) to Add by Interlineation Additional Plaintiff Representatives in Previously Filed Class Complaints is **GRANTED** and the Third Amended Master Class Action Complaint (Personal Injury and Wrongful Death) is hereby deemed as filed.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
Honorable Eldon E. Fallon
Untied States District Court Judge