UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Joan Storey and Larry Storey, her husband v. Merck & Co., Inc., a foreign corporation,* **Case No. 06-6562**

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Joan Storey and Larry Storey ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of the instant lawsuit against Merck. The Plaintiffs' claims in the instant lawsuit are duplicative of the claims filed by the Plaintiffs in *Joan Storey and Larry Storey, her husband v. Merck & Co., Inc., a foreign corporation,* Case No. 06-7040 ("Other Lawsuit"), currently pending in the United States District Court for the Eastern District of Louisiana. Because Plaintiffs would rather pursue their claims in the Other Lawsuit, the Plaintiffs and Merck hereby stipulate to a dismissal of the instant lawsuit without prejudice. This Stipulation will have no effect on the claims currently pending in the Other Lawsuit.

Further, nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation, including the Other Lawsuit. Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that he will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice, subject to the conditions stated above.

Respectfully Submitted by:

Dated: 1 - 22 , 2007

_____
Floyd L. Mathews, Jr., Esq.
Florida Bar No. 182511
Spohrer, Wilner, Maxwell & Matthews, P.A.
701 W. Adams Street
Jacksonville, Florida 32204
Telephone: (904) 354-8310
Facsimile: (904) 358-6889
E-mail: fmatthews@swmmlaw.com

Attorneys for Plaintiffs Joan Storey and Larry Storey

Dated: 1 - 29 , 2007

_____
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

>Phillip A. Wittmann, 13625
>Dorothy H. Wimberly, 18509
>Carmelite M. Bertaut, 3054
>    Of
>STONE PIGMAN WALTHER WITTMANN, L.L.C.
>546 Carondelet Street
>New Orleans, LA 70130
>Telephone: (504) 581-3200
>Telecopier: (504) 581-3361
>
>Attorneys for Merck & Co., Inc.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 29th day of January, 2007.

_____