# MERCK & CO., INC.
## General Liability Coverage - Products
## 1996 - 2004

■ **Monoline Policy**

☐ **S.I.R.**

[redacted]
North Rock Ins.
Unknown
$15m p/o $500m
xs $150m
Federal
7977 17 62 PHL
$13m p/o $500m
xs $150m
Self-Insured
$18.75m p/o $75m
xs $75m
Self-Insured
$18.75m p/o $75m
xs $75m
Gerling-Konzern
901/LK9803419(A)
$15.375m p/o $75m
xs $75m
Gerling-Konzern
901/LK9803419(B)
$18.75m p/o $75m
xs $75m
Continental
ADT 1028630173/ADE1028630173
$10.5m p/o $75m
xs $75m
Continental Casualty
ADE 1028630173-1
$10.5m p/o $75m
xs $75m
XL Ins. Switzerland
901/LK9803419(A)
$8.5m p/o $75m
xs $75m
XL Ins. Switzerland
901/LK9803419(B)
$8.5m p/o $75m
xs $75m
Haftpflichtverband
901/LK9803419(A)
$6m p/o $75m xs $75m
Haftpflichtverband, 901/LK9803419(B)
$6m p/o $75m
xs $75m
Federal, 79867384/79867384PHL
$3.5m p/o $75m xs $75m
Federal, 7988 72 84 PHL
$2.5m p/o $75m xs $75m
Colonia, LK9803419
$3.375m p/o $75m xs $75m
SR Int. Bus. Ins.
901/LK9803419(A)
$10m p/o $75m xs $75m
SR Int. Bus. Ins.
901/LK9803419(B)
$10m p/o $75m xs $75m
Self-Insured
$16m p/o $50m
xs $25m
Self-Insured
$16m p/o $50m
xs $25m
Lexington
901/LK9801630(A)
$10m p/o $50m
xs $25m
Continental Casualty
ADE 1028630186-1
$9.5m p/o $50m
xs $25m
Federal
73129433/17312-04-33PHL
$8.5m p/o $50m
xs $25m
Federal
7312 94 33 PHL
$8.5m p/o $50m
xs $25m
Continental Ins.
ADT 1028630186
$4.5m p/o $50m
xs $25m
Lexington, 901/LK 9801630 (B)
$5m p/o $50m
xs $25m
Gerling-Konzern, 901/LK9801630(A), $2m p/o $50m xs $25m
Gerling-Konzern, 901/LK9801630(B), $2m p/o $50m xs $25m
SR Int. Bus. Ins.
901/LK9801630(A)
$10m p/o $50m xs $25m
SR Int. Bus. Ins.
901/LK9801630(B)
$10m p/o $50m xs $25m
$150m
$75m
$50m
$25m
5
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006

| Bates Range | Insurance Company | Document Title |
|---|---|---|
| MRK-ANJ0000001 to MRK-ANJ0000005 | Columbia Casualty Company | Merck Insurance Policy - ADE 1028638156-1 |
| MRK-ANJ0000006 to MRK-ANJ0000029 | Chubb Group of Insurance Companies | Merck Insurance Policy - 7312-94-33 PHL |
| MRK-ANJ0000030 to MRK-ANJ0000034 | Columbia Casualty Company | Merck Insurance Policy - ADE 1028638173-1 |
| MRK-ANJ0000035 to MRK-ANJ0000047 | Chubb Group of Insurance Companies | Merck Insurance Policy - 7909-72-84 PHL |
| MRK-ANJ0000048 to MRK-ANJ0000117 | SR International Business Insurance Company Ltd | Merck Insurance Policy - 901/LK9601639 |
| MRK-ANJ0000118 to MRK-ANJ0000130 | Continental Insurance Company | Merck Insurance Policy - ADT 102863 81 56 |
| MRK-ANJ0000131 to MRK-ANJ0000140 | Chubb Group of Insurance Companies | Merck Insurance Policy - (99) 7312-94-33 TIG |
| MRK-ANJ0000141 to MRK-ANJ0000148 | Lexington Insurance Company | Merck Insurance Policy - 901/LK9601639 |
| MRK-ANJ0000149 to MRK-ANJ0000218 | Lexington Insurance Company | Merck Insurance Policy - 901/LK9601639 |
| MRK-ANJ0000219 to MRK-ANJ0000223 | AXA Colonia Versicherung | Merck Insurance Policy - 901/LK9802419 |
| MRK-ANJ0000224 to MRK-ANJ0000234 | Continental Insurance Company | Merck Insurance Policy - ADT 102863 81 73 |
| MRK-ANJ0000235 to MRK-ANJ0000245 | Chubb Group of Insurance Companies | Merck Insurance Policy - (99) 7909-72-84 TIG |
| MRK-ANJ0000246 to MRK-ANJ0000250 | Gerling-Konzern Allgemeine Versicherungs Aktiengesellschaft | Merck Insurance Policy - 901/LK9802419 |
| MRK-ANJ0000251 to MRK-ANJ0000256 | HDI - Hartpflichtverband der Deutschen Industrie Versicherungsverein Auf Gegenseitigkeit | Merck Insurance Policy - 901/LK9802419 |

| Bates Range | Insurer | Description |
|---|---|---|
| MRK-ANJ00000257 to MRK-ANJ00000305 | SR International Business Insurance Company Ltd | Merck Insurance Policy - 901/LK9802419 |
| MRK-ANJ00000306 to MRK-ANJ00000311 | Winterthur Swiss Insurance Company | Merck Insurance Policy - 901/LK9802419 |
| MRK-ANJ00000312 to MRK-ANJ00000350 | American Alternative Insurance Corporation | Merck Insurance Policy - 01-A2-FF-0000005-00 |
| MRK-ANJ00000351 to MRK-ANJ00000392 | None listed | Merck Insurance Policy |
| MRK-ANJ00000393 to MRK-ANJ00000393 | None listed | Merck Insurance Policy - Appendix |
| MRK-ANJ00000394 to MRK-ANJ00000394 | None listed | Merck Insurance Policy - Appendix |
| MRK-ANJ00000395 to MRK-ANJ00000395 | None listed | Merck Insurance Policy - Appendix |
| MRK-ANJ00000396 to MRK-ANJ00000396 | None listed | Merck Insurance Policy - Appendix |
| MRK-ANJ00000397 to MRK-ANJ00000424 | Chubb Group of Insurance Companies | Merck Insurance Policy - 7977-17-52 PHL |
| MRK-ANJ00000425 to MRK-ANJ00000450 | Gerling-Konzern Allgemeine Versicherungs Aktiengesellschaft | Multiline Multiyear Catastrophe Excess Lines Insurance Agreement |
| MRK-ANJ00000451 to MRK-ANJ00000488 | SR International Business Insurance Company Ltd | Multiline Multiyear Catastrophe Excess Lines Insurance Agreement |
| MRK-ANJ00000489 to MRK-ANJ00000518 | SR International Business Insurance Company Ltd | Multiline Multiyear Catastrophe Excess Lines Insurance Agreement |
| MRK-ANJ00000519 to MRK-ANJ00000528 | Steadfast Insurance Company | Merck Insurance Policy - IPR 3460369-00 |
| MRK-ANJ00000529 to MRK-ANJ00000537 | Steadfast Insurance Company | Merck Insurance Policy - IPR3460368 |
| MRK-ANJ00000538 to MRK-ANJ00000580 | XL Insurance LTD | Merck Insurance Policy - XLRKS-00298-98 |

| | | |
|---|---|---|
| MRK-ANJ0000581 to MRK-ANJ0000617 | SR International Business Insurance Company Ltd and Winterthur Swiss Insurance Company | Multiline Multiyear Catastrophe Excess Lines Insurance Agreement |