UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN **RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION:** | MDL NO. 1657 |
| | SECTION: L |
| ……………………………………………….. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
    2:06-cv-2101

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Thomas Erwin. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Thomas Erwin, are dismissed, without prejudice, all other Plaintiffs' claims remain in full force and effect. Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect these changes.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE