IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL Docket No. 1657 |
| ) | |
| PRODUCT LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| This document relates to: ) | JUDGE: FALLON |
| Marilyn Eggleston, et al. v Merck & Co. ) | |
| Inc. 2:06 CV 7084 ) | MAG. JUDGE KNOWLES |
| ) | |

## ORDER DISMISSING WITHOUT PREJUDICE
## CLAIMS OF ELOISE CORPENING

Considering the Stipulation of Dismissal Without Prejudice of Claims of Eloise Corpening filed herein,

IT IS ORDERED that the claims of Plaintiff ELOISE CORPENING be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this_____ day of _____, 2007.

                                                         _____
                                                         ELDON E. FALLON
                                                         UNITED STATES DISTRICT JUDGE