# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL Docket No. 1657 |
| ) | |
| PRODUCT LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| This document relates to: ) | JUDGE: FALLON |
| Marilyn Eggleston, et al. v Merck & Co. ) | |
| Inc. 2:06 CV 7084 ) | MAG. JUDGE KNOWLES |
| ) | |

## ORDER DISMISSING WITHOUT PREJUDICE
## CLAIMS OF GUILLERMO LUDENA

Considering the Stipulation of Dismissal Without Prejudice of Claims of Guillermo Ludena filed herein,

IT IS ORDERED that the claims of Plaintiff GUILLERMO LUDENA be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this_____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE