# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL Docket No. 1657 |
| ) | |
| PRODUCT LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| This document relates to: ) | JUDGE: FALLON |
| Marilyn Eggleston, et al. v Merck & Co. ) | |
| Inc. 2:06 CV 7084 ) | MAG. JUDGE KNOWLES |
| ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF MARK BASTRON

Plaintiff Mark Bastron and Defendant Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(l), to a dismissal without prejudice of all claims of Mark Bastron only in the above-styled lawsuit, subject to the following conditions:

1. Mark Bastron agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to VIOXX®, such lawsuit will be filed in a United States District Court.

2. Mark Bastron further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Mark Bastron, as though he had been a party and had had an opportunity to participate in that discovery.

3. Mark Bastron agrees to the above-stated conditions and wishes to dismiss his claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-

party claims. The petition shall remain in full force and effect on behalf of the remaining plaintiffs against Merck.

4.  In compliance with Pre-Trial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Mark Bastron only in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

_____
Hector G. Gancedo, 132139
GANCEDO & NIEVES, LLP.
144 West Colorado Bouelvard
Pasadena, CA 91105
Telephone : 626 685-9800
Facsimile  : 626 685-9808
Attorney for Plaintiff, Mark Bastron

_____
Phillip A. Whittman, 13625
Dorothy H. Wimberly, 18509
Camerlite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone : 504 581-3200
Facsimile  : 504 581-3361
Defendants' Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA # 14183
Brandon L. Buchanan, OBA # 18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone : 405 235-9621
Facsimile :  405 235-0439
Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of January, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2