IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS )
LIABILITY LITIGATION )
MDL Docket No. 1657 )
)
) CASE NO. 056266
)
)

## MOTION TO SUBSTITUTE PARTY

Comes now Betty Ann Hadsell, widow of William V. Hadsell, Jr., and advises the Court that William V. Hadsell, Jr. died the 28th day of January 2006 and that she, Betty Ann Hadsell, qualified as Administrator of his estate on December 21, 2006 in the Clerk's Office of the Circuit Court of Southampton County, Virginia. Attached is letter of qualification. The address of Betty Ann Hadsell, Administrator of the Estate of William V. Hadsell, Jr. is 236 North Drive, Franklin, Virginia 23851.

Betty Ann Hadsell respectfully moves this Court to allow the case filed herein to be amended to substitute as Plaintiff, Betty Ann Hadsell, Administrator of the Estate of William V. Hadsell, Jr. deceased, in lieu of the decedent, William V. Hadsell, Jr.

G. Elliott Cobb, Jr., counsel of record for William V. Hadsell, Jr., deceased, joins in this Motion.

_____
Betty Ann Hadsell, Administrator of the
Estate of William V. Hadsell, Jr., deceased


William V. Hadsell, Jr.
By: _____
Of Counsel

Law Office
G. Elliott Cobb, Jr., P.C.
506 N. Main Street
Franklin, VA

We, G. Elliott Cobb, Jr., counsel for William V. Hadsell, Jr., Plaintiff, and Betty Ann Hadsell, Administrator of the Estate of William V. Hadsell, Jr., deceased, certify that on the 12th day of January, 2007, we mailed a true copy of the foregoing Motion to Substitute Party to John N. Poulos, Esquire, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, counsel of record for Defendant, Merck & Co., Inc.

_____
G. Elliott Cobb, Jr., Esquire


_____
Betty Ann Hadsell, Administrator of the
Estate of William V. Hadsell, Jr., deceased

CERTIFICATE/LETTER OF QUALIFICATION
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.1-70, 6.1-195.28, 6.1-208.3, 6.1-208.5, 13.1-428, 37.1-134.15, 64.1-122, 64.1-128

Southampton County Circuit Court          Court File No.: CWF060000178

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on the fourteenth day of December, 2006,

**Betty Ann Hadsell**

duly qualified in this court, under applicable provisions of law, as **ADMINISTRATOR**

of the Estate of **William Valentine Hadsell Jr.**, deceased.

The powers of the fiduciary(ies) named above continue in full force and effect.

$100.00 bond has been posted.

Given under my hand and the seal of this Court on

December 14, 2006
DATE

Wayne M. Cosby, Clerk

by _____, Clerk/Deputy Clerk

FORM CC-1625 (w) PC 9/97