FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 22  PM 4:41

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS )
LIABILITY LITIGATION )
MDL Docket No. 1657 )
)
)    CASE NO. 056266
)
)

## ORDER SUBSTITUTING PARTY

Upon Motion of Betty Ann Hadsell, Administrator of the Estate of William V. Hadsell, Jr., deceased, and G. Elliott Cobb, Jr., counsel of record for William V. Hadsell, Jr., deceased, IT IS ADJUDGED, ORDERED AND DECREED that the above case is amended to substitute as Plaintiff, Betty Ann Hadsell, Administrator of the Estate of William V. Hadsell, Jr., deceased, in lieu of the Plaintiff, William V. Hadsell, Jr., deceased.

ENTER: This 17th day of January, 2007:

_____
JUDGE

We ask for this:

*Betty Ann Hadsell*
Betty Ann Hadsell, Administrator of the
Estate of William V. Hadsell, Jr., deceased
236 North Drive
Franklin, Virginia 23851

_____
G. Elliott Cobb, Jr., Esq.

SEEN:

_____
John N. Poulous, Esq.

___ Fee_____
___ Process_____
X  / Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Law Office
G. Elliott Cobb, Jr., P.C.
506 N. Main Street
Franklin, VA