IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L
2007 JAN 16 PM 1: 10
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS           )
LIABILITY LITIGATION             )
MDL Docket No. 1657              )
                                 )
                                 )   CASE NO. 056266
                                 )
                                 )
                                 )

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now Betty Ann Hadsell, Administrator of the Estate of William V. Hadsell, Jr., deceased, and G. Elliott Cobb, Jr., Counsel of record for William V. Hadsell, Jr., deceased, and advise the court that G. Elliott Cobb, Jr., is unable to continue his representation and Betty Ann Hadsell wishes him removed as counsel of record immediately. Mr. Cobb is a sole practitioner who has neither the technology nor support staff to comply with the Administrative Procedures for Electronic Case Filing adopted pursuant to Local rules 5.7.E.

G. Elliott Cobb, Jr. joins in this Motion to evidence consent to his termination as counsel of record and respectfully moves this Court to grant his Motion to withdraw as Counsel.

_____
Betty Ann Hadsell, Administrator of the
Estate of William V. Hadsell, Jr., deceased


William V. Hadsell, Jr.

By: _____
Of Counsel

We, G. Elliott Cobb, Jr., counsel for William V. Hadsell, Jr., Plaintiff, and Betty Ann Hadsell, Administrator of the Estate of William V. Hadsell, Jr., deceased, certify that on

Law Office
G. Elliott Cobb, Jr., P.C.
506 N. Main Street
Franklin, VA

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

the 12th day of January, 2007, we mailed a true copy of the foregoing Motion to Withdraw As Counsel Of Record to John N. Poulos, Esquire, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, counsel of record for Defendant, Merck & Co., Inc.

_____
G. Elliott Cobb, Jr., Esquire

_____
Betty Ann Hadsell, Administrator of the
Estate of William V. Hadsell, Jr., deceased