IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 22 PM 4:41
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS )
LIABILITY LITIGATION )
MDL Docket No. 1657 )
)
) CASE NO. 056266
)

### ORDER TO WITHDRAW AS COUNSEL OF RECORD

Upon Motion of Betty Ann Hadsell, Administrator of the Estate of William V. Hadsell, Jr., deceased, and G. Elliott Cobb, Jr., counsel of record for William V. Hadsell, Jr., deceased, IT IS ADJUDGED, ORDERED AND DECREED that G. Elliott Cobb, Jr., is removed as counsel of record for the Plaintiff.

ENTER: This 17th day of January, 2007:

_____
JUDGE

We ask for this:

*Betty Ann Hadsell*
Betty Ann Hadsell, Administrator of the
Estate of William V. Hadsell, Jr., deceased
236 North Drive
Franklin, Virginia 23851

_____
G. Elliott Cobb, Jr., Esq.

SEEN:

_____
John N. Poulous, Esq.

Law Office
G. Elliott Cobb, Jr., P.C.
506 N. Main Street
Franklin, VA

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____