```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
New Orleans Division

```
2007 JAN 23  PM 3: 03

LORETTA G. WHYTE
       CLERK
```

IN RE:        VIOXX PRODUCTS
              LIABILITY LITIGATION

MDL Docket No. 2:05-cv—1657-EEF-DEK

This document relates to:

BRENDA DELOACH, INDIVIDUALLY, and as
REPRESENTATIVE OF THE ESTATE OF
EUGENE DELOACH, DECEASED,

Case No. 2:05-cv-04879-EEF-DEK

                           Plaintiff,

VS.

MERCK & COMPANY, INC.,

                           Defendants.

## PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff, Brenda DeLoach, Individually, and as Representative of the Estate of Eugene

DeLoach, Deceased, files this Motion for Withdrawal and Substitution of Counsel for this cause

and would show unto the Court the following:

### I.

Plaintiff requests the Court enter an Order withdrawing James A. Morris as attorney of

record and substitute the following counsel of record:

> Darren L. Brown
> Texas State Bar No. 03108350
> Provost ✷ Umphrey Law Firm, L.L.P.
> 490 Park Street
> P.O. Box 4905
> Beaumont, Texas 77704
> 409-835-6000
> Fax:  409-838-8888

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

1

## II.

Counsel respectfully requests that all future correspondence, pleadings and other documents or communications to Plaintiff be directed to Darren L. Brown at Provost ✶ Umphrey Law Firm, L.L.P.

This withdrawal and substitution is done with the approval of the parties involved and is not sought for delay.

## III.

Wherefore, Plaintiff requests this Motion be in all things granted, that James A. Morris, Jr., be relieved as counsel of record for the above-named Plaintiff, and that Darren L. Brown at Provost ✶ Umphrey Law Firm, L.L.P. be substituted as attorney of record for Plaintiff.

Respectfully submitted,

PROVOST ✶ UMPHREY LAW FIRM, L.L.P.

By: _____
Darren L. Brown
Texas Bar No. 03108350
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
Telephone: 409-835-6000
Facsimile: 409-838-8888

2

AGREED TO:

By:_____

James A. Morris, Jr.
Texas Bar No. 14487050
Brent Coon & Associates
11614 Bee Caves Road, Suite 220
Austin, Texas 78738
Telephone: 512-263-7739
Facsimile:  512-263-7615

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has on this the
_____/7 th_____ day of January, 2007, been forwarded to all counsel of record.

_____
Darren L. Brown

3