IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
New Orleans Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 25 PM 2: 16

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:   VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2:05-cv-1657-EEF-DEK |
| This document relates to: BRENDA DELOACH, INDIVIDUALLY, and as REPRESENTATIVE OF THE ESTATE OF EUGENE DELOACH, DECEASED, Plaintiff, vs. MERCK & COMPANY, INC., Defendants. | Case No. 2:05-cv-04879-EEF-DEK |

**PLAINTIFF'S MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

**ORDER**

BE IT REMEMBERED that on the 25th day of January, 2007, came on for consideration Plaintiff's Motion for Withdrawal and Substitution of Counsel filed by Plaintiff in the above-entitled and numbered cause and the Court, being of the opinion that said Motion is well-taken, it is, accordingly;

ORDERED, ADJUDGED and DECREED that Darren L. Brown of Provost & Umphrey Law Firm, L.L.P. be counsel of record for Plaintiff.

SIGNED this the 25th day of January, 2007.

_____
JUDGE PRESIDING

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____