UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Lura Wurzbach v. Merck & Co., Inc., (E.D. La. Index No. 2:06-CV-06037) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

## PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD AND NOTICE OF APPEARANCE

Plaintiff, LURA WURZBACH, files this Motion to Substitute Counsel of Record and Notice of Appearance, and in support thereof shows:

### FACTUAL AND PROCEDURAL HISTORY

1.      Plaintiff's Original Petition was filed on July 3, 2006, in Bexar County, Texas by Alex Wyatt Wright of WAYNE WRIGHT, L.L.P.

2.      Defendant Merck & Co. removed the case to the Western District of Texas – San Antonio Division, on July 27, 2006.

3.      The Judicial Panel on Multidistrict Litigation transferred the case to this Court on September 15, 2006.

### RELIEF REQUESTED

4.      Plaintiff wants to be represented as counsel of record in this matter by following counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLP, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER

1

FIRM, LLP. Present counsel, Alex Wyatt Wright of WAYNE WRIGHT, L.L.P., consents to the substitution of counsel.

5. Plaintiff respectfully asks this Court to substitute Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, as counsel of record for Plaintiff in this matter.

6. Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, (Trial Attorney), file this Notice of Appearance on behalf of Plaintiff LURA WURZBACH.

7. This request is not intended to cause delay or prejudice.

WHEREFORE PREMISES CONSIDERED, Plaintiff LURA WURZBACH, respectfully requests that her Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which she may be entitled.

Dated:

January 30, 2007

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Phone: 409-835-6000
Fax: 409-838-8888

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Phone: 361-887-0500
Fax: 361-887-0055

ALEX WYATT WRIGHT
Texas State Bar No. 24037741
WAYNE WRIGHT
WAYNE WRIGHT, L.L.P
Interstate 10 West
San Antonio, Texas 78201
Phone: 210-734-7077
Fax: 210-735-3286

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Phone: 713-230-2200
Fax: 713-643-6226

DREW RANIER
Louisiana State Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Phone: 337-494-7171
Fax: 337-494-7218

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Phone: 713-223-0000
Fax: 713-223-0440
TRIAL ATTORNEY

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __30__ day of __January__, 2007.

Grant Kaiser