UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) | SECTION L |
| | ) | JUDGE FALLON |
| Referencing: Sheryll R. Macon vs. Merck & Co., Inc., USDC Case No. 2:05cv3523 | ) ) ) ) ) | MAGISTRATE JUDGE KNOWLES |

### NOTICE OF SUGGESTION OF DEATH

Now comes Plaintiff, by and through counsel, James M. Kelley, III, Esq. and Stephen S. Crandall, Esq. of Elk & Elk Co., Ltd., and herein notifies the Court and all counsel that on October 22, 2006, Plaintiff Sheryll R. Macon died.

Plaintiff has opened an estate with the appropriate Probate Court and is concurrently seeking from this Court leave to amend the Complaint to substitute the Estate as a party.

Respectfully submitted,

_____
James M. Kelley, III #0062552
Stephen S. Crandall #0063810
Attorney for Plaintiff(s)
Elk & Elk Co., Ltd.
6110 Parkland Boulevard
Mayfield Heights, Ohio 44124
Ph: (440) 442-6677
Fax: (440) 442-8281
jkelley@elkandelk.com
scrandall@elkandelk.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## Certificate of Service

I hereby certify that the above and foregoing Plaintiff's Notice to Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana in accord with the procedures established in MDL 1657 on this 3rd day of January, 2007.

James M. Kelley, III #0062552
Stephen S. Crandall #0063810
Attorney for Plaintiff(s)
Elk & Elk Co., Ltd.
6110 Parkland Boulevard
Mayfield Heights, Ohio 44124
Ph: (440) 442-6677
Fax: (440) 442-8281
jkelley@elkandelk.com
scrandall@elkandelk.com