IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>Products Liability Litigation | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

**This document relates to Peggy B. West v. Merck & Co., Inc., et al.,
No 05-1233, previously filed as CV-05-AR-0226-S, N.D. Al.**

## MOTION TO WITHDRAW

COME NOW, David H. Marsh and Jeffrey C. Rickard, and the law firm of Marsh, Rickard & Bryan, P.C., and moves to withdraw as counsel for the plaintiff, Peggy B. West, in the above-styled action and, in support of same, states:

(1) A copy of this Motion has been delivered to Mrs. West and Movant has notified her, in writing, by both certified mail and regular mail, of her right to object to the Motion.

(2) A copy of this Motion has been delivered to Plaintiffs' Liaison Counsel, Russ M. Herman, and Defendants' Liaison Counsel, Phillip Wittmann by regular mail;

(3) Plaintiff agrees to the withdrawal by Marsh, Rickard & Bryan, P.C., and has been actively seeking other counsel;

1

(4) Movant suggests that there is no pending motion in this case and that the case has not been set for trial; and

(5) Plaintiff's present address is 729 Crest Avenue, Birmingham, Alabama 35206, and her home telephone number is (205) 833-4623.

WHEREFORE Movant requests that David H. Marsh and Jeffrey C. Rickard, and the law firm of Marsh, Rickard & Bryan, P.C., be allowed to withdraw as the Attorneys-of-Record for Peggy West and for such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

_____
DAVID H. MARSH
Email: dmarsh@mrblaw.com

_____
JEFFREY C. RICKARD
Email: jrickard@mrblaw.com

**OF COUNSEL:**

MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600-D
Birmingham, Alabama 35209
Telephone: (205) 879-1981
Facsimile: (205) 879-1986

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw and Proposed Order were served on the __11th__ day of __January__ 2007, as described below to all counsel of record in accordance with the Federal Rules of Civil Procedure and more specifically, this Court's orders as entered in the MDL No. 1657. Moreover, pursuant to Local Civil Rule 83.2.11, Plaintiff Peggy West, by copy of this Motion, has been notified of all deadlines and, as indicated below, she is being so advised by both certified and regular U.S. Mail:

**Plaintiffs' Liaison Counsel:**
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Phone: 504-581-4892
Fax: 504-561-6024
Email: rherman@hhkc.com

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Phone: 504-581-4892
Fax: 504-561-6024
Email: ldavis@hhkc.com

**Defendants' Liaison Counsel:**
Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361
Email: pwittmann@stonepigman.com

**Plaintiff:**
Peggy B. West
729 Crest Avenue
Birmingham, Alabama 35206

**All Other Counsel of Record Via Lexis/Nexis File & Serve System**

By: _____
Attorney for Plaintiff