## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 19  PM 2: 33

LORETTA G. WHYTE
CLERK

In re: VIOXX            )
  Products Liability Litigation     )
                           )
                           )
                           )
                           )
                           )
                           )
                           )

**MDL NO. 1657**

**SECTION: L**

**JUDGE ELDON E. FALLON**

**MAGISTRATE JUDGE
DANIEL E. KNOWLES, III**

**This document relates to Peggy B. West v. Merck & Co., Inc., et al.,
No 05-1233, previously filed as CV-05-AR-0226-S, N.D. Al.**

## ORDER GRANTING MOTION TO WITHDRAW

The Court considered the Motion to Withdraw filed by plaintiff's counsel, David H. Marsh and Jeffrey C. Rickard, with law firm of Marsh, Rickard & Bryan, P.C. and decided to grant the motion.

It is ORDERED that David H. Marsh, Jeffrey C. Rickard, and the law firm of Marsh, Rickard & Bryan, P.C., are granted leave to withdraw as counsel of record for Peggy West and that they are relieved from all responsibility as counsel of record in this cause.

Signed the 17th day of January, 2007.

_____
Judge Presiding

cc:    David H. Marsh
      Jeffrey C. Rickard
      Peggy West
      Russ M. Herman
      Leonard A. Davis
      Phillip Wittmann

___ Fee_____
___ Process_____
_X_/ Dktd_____
___ CtRmDep_____
___ Doc. No._____