IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **VIOXX**<br>**Products Liability Litigation** | § § § § | MDL NO. 1657<br><br>SECTION: L |
| This Document Relates to:<br>*Mercy Leal, et al, v. Merck & Co., Inc.*<br>No. 2:05cv02066 | § § § | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL AS TO
## PLAINTIFF CATHY SULLIVAN, ONLY

On this the 26th day of January, 2007 came on to be heard the parties Joint Stipulation of Dismissal as to all causes of action brought by Plaintiff CATHY SULLIVAN, only. The Court is of the opinion that the same is meritorious and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that all stipulations set forth in the underlying joint motion are expressly approved by the Court and that all causes of action brought by Plaintiff CATHY SULLIVAN, only, are hereby DISMISSED without prejudice, provided that if Plaintiff decides to refile suit at a later date, she will file suit in the United States District Court. Plaintiff's counsel also agrees to update the LexisNexis File & Serve Advanced showing the status of this Plaintiff as being dismissed.

SIGNED this the 26th day of January, 2007.

Honorable Eldon E. Fallon
United States District Judge