UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| Inskeep, Mike v. Merck & Co., Inc., | * | **JUDGE KNOWLES** |
| 2:05-cv-06074. | * | |
| | * | |
| Woods, Gwendolyn v. Merck & Co., | * | |
| Inc., 2:05-cv-03375. | * | |
| | * | |
| Rayford, Betty v. Merck & Co., Inc., | * | |
| 2:05-cv-02354. | * | |
| | * | |
| Allen, Denise v. Merck & Co., Inc., 2- | * | |
| 05-cv-04738; and only regarding Jackie | * | |
| Shaw, Sr. | * | |
| | * | |
| Jett, Rodgetta C. v. Merck & Co., Inc., | * | |
| 2:06-cv-00282 | * | |
| | * | |
| Prado, Carmen v. Merck & Co., Inc., | * | |
| 2:05-cv-06303; and only regarding | * | |
| Carmez Rodriguez. | * | |
| | * | |
| Castillo, Sylvia v. Merck & Co., Inc., | * | |
| 2:05-cv-02380; and only regarding | * | |
| Enrique Eriques. | * | |
| | * | |
| Lane, Russell A. v. Merck & Co., Inc., | * | |
| 2:05-cv-01121. | * | |
| | * | |
| Thomas, Shantall v. Merck & Co., Inc., | * | |
| 2:05-cv-01024 | * | |
| | * | |
| Abrams, Clarence v. Merck & Co., Inc. | * | |
| 2:05-cv-05204; and only regarding Betty | * | |
| Baker. | * | |
| | * | |
| | * | |

849566v.1

| | |
|---|---|
| Anderson, Doreen P. v. Merck & Co., Inc., 2:06-cv-00427. | * * * |
| Rini, Patricia v. Merck & Co., Inc., 2:05-cv-01083. | * * * |
| Ashworth, Kerns R. v. Merck & Co., Inc., 2:05-cv-05561. | * * * |
| Walker, Wallie v. Merck & Co., Inc., 2:05-cv-03137; and only regarding Phillip Nunn. | * * * * |
| Donoho, Barbara v. Merck & Co., Inc., 2:05-cv-05896. | * * * |
| Parks, Anita v. Merck & Co., Inc., 2:05-cv-06517. | * * * |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 26  AM 7: 43

LORETTA G. WHYTE
         CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

## PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 1st day of March, 2007, at 9:00 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 16th day of February, 2007.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 23rd day of February, 2007.



849566v.1

NEW ORLEANS, LOUISIANA, this 25th day of January, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

849566v.1