UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX® PRODUCTS  MDL Docket No. 1657
LIABILITY LITIGATION  Section L

THIS RELATES TO:  Plaintiff: Virginia Nadine Perry
 Judge Fallon
Civil Action No.: 05-6514  Mag. Judge Knowles

### ENTRY OF APPEARANCE

\* \* \*             \* \* \* \* \* \*             \* \* \*

The undersigned, Brad C. Freeman, does hereby enter his appearance generally on behalf of the Plaintiff, Virginia Nadine Perry, replacing previous counsel, Hon. Jane Butcher, as counsel in the above-styled case, Hon. Jane Butcher having moved this Court for leave to withdraw as counsel of record for this Plaintiff on August 25, 2006. Notice is further given that a fully completed MDL 1657 Counsel Contact Information Form has been e-mailed to Liaison Counsel as required by Pretrial Order 5A.

HON. BRAD C. FREEMAN
Freeman & Childers
201 S. Main Street
P.O. Box 1546
Corbin, Kentucky 40702
Phone: (606) 528-1000
Fax: (606) 528-9000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip A. Wittman, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this the 24th day of January, 2007.

_____
COUNSEL FOR PLAINTIFF