

**REPLY TO:**
☒ RENO OFFICE
☐ LAS VEGAS OFFICE

GEOFFREY WHITE, ESQ.
DAVID G. MEANY, ESQ.
J. STEWART WHITE, ESQ.*
PETER C. WETHERALL, ESQ.**
BILLIE-MARIE MORRISON, ESQ.

\*     LICENSED IN NEVADA AND CALIFORNIA
\*\*   LICENSED IN NEVADA AND MINNESOTA

**RENO OFFICE:**

3185 LAKESIDE DRIVE
RENO, NEVADA 89509

TEL.:   (775) 828-9999
        (800) 574-1655

FAX:    (775) 828-9998

**LAS VEGAS OFFICE:**

@CENTRA POINT
8363 W. SUNSET ROAD
SUITE 340
LAS VEGAS, NEVADA 89113

TEL.:   (702) 838-8500
        (800) 574-1655

FAX:    (702) 837-5081

www.whiteandmeany.com

jswhite@whiteandmeany.com

dschwade@whiteandmeany.com

# LAW OFFICES OF
# WHITE MEANY & WETHERALL, LLP

January 22, 2007

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 23  AM 10: 45
LORETTA G. WHYTE
CLERK

*Via Federal Express*

United States District Court                    Phone: (504) 589-7545
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Attn: Deana, Civil Filing

   Re: MDL Vioxx Summonses for
       1. Michael & Christy Kreiling, Case No. 06-7077
       2. William Narron, Case No.: 06-7076

Dear Deana:

Enclosed please find the following:

1. An original and one copy of the Summonses for Michael & Christy Kreiling and William Narron as referenced above.

Please issue the originals and return them to me in the Fed Ex package enclosed.

**If there is a problem, please call me at (800) 574-1655.**

Thank you in advance for your courtesy and cooperation in this matter.

Sincerely,
WHITE MEANY & WETHERALL

*Dianne Schwade*
Dianne Schwade, Paralegal to
J. Stewart White, Esq.

:ds
Encls.

Fee _____
✓ Process _Summons issued_
X Dktd _____
_ CtRmDep _____
_ Doc. No _____