UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCT LIABILITY LITIGATION | ) | MDL NO. 1657 |
| | ) | |
| | ) | Eldon E. Fallon |
| | ) | U.S. District Judge |
| This Document Relates To: | ) | |
| | ) | Daniel E. Knowles, III |
| | ) | U.S. Magistrate Judge |
| | ) | |
| *Francisco Aviles*           06-cv-00118 | ) | |
| *Jose Cordero*                 05-cv-06552 | ) | |
| *Luis R. Carrion Velez*    05-cv-06411 | ) | |
| *William L. Lopez*          05-cv-06399 | ) | |
| *Teresita F. Matos*          05-cv-06413 | ) | |
| *Herminia Navarro*         05-cv-06403 | ) | |
| *Rafaela Roman Velez*   05-cv-00109 | ) | |
| *Jorge L. Perez Otero*     05-cv-06407 | ) | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

NOW after all parties having had an opportunity to be heard, and after due deliberation upon Plaintiffs' motion for substitution of counsel, it is

ORDERED that Francisco M. Troncoso and Troncoso & Schell, Esqs. are granted leave to withdraw as counsel of record for Plaintiffs Francisco Aviles, Jose Cordero, Luis R. Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia Navarro, Rafaela Roman Velez, and Jorge L. Perez Otero, and that they are relieved from all responsibility as counsel of record in this cause, and it is further

ORDERED that Glenn Zuckerman and Weitz & Luxenberg, P.C. are hereby substituted as counsel of record for Plaintiffs Francisco Aviles, Jose Cordero, Luis R.

Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia Navarro, Rafaela Roman Velez and Jorge L. Perez Otero.

_____
HON. ELDON E. FALLON

ENTERED: