## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion for substitution of counsel and proposed order granting substitution of counsel has been served on Liason Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30 day of January, 2007.

Daniel C. Burke
Attorney for Plaintiff
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038
Tel.:   (212) 558-5500
Fax:   (212) 344-5461
DBurke@weitzlux.com