UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>PRODUCT LIABILITY LITIGATION | ) MDL NO. 1657<br>)<br>) **Eldon E. Fallon**<br>) U.S. District Judge<br>) |
| This Document Relates To: | ) **Daniel E. Knowles, III**<br>) U.S. Magistrate Judge<br>) |
| *Francisco S. Aviles*           06-cv-00118<br>*Jose P. Cordero*              05-cv-06552<br>*Luis R. Carrion Velez*         05-cv-06411<br>*William L. Lopez*              05-cv-06399<br>*Teresita F. Matos*             05-cv-06413<br>*Herminia S. Navarro*           05-cv-06403<br>*Rafaela Roman Velez*           06-cv-00109<br>*Jorge L. Perez Otero*          05-cv-06407 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

1. Plaintiffs Francisco Aviles, Jose Cordero, Luis R. Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia Navarro, Rafaela Roman Velez, and Jorge L. Perez Otero file this motion seeking an order to substitute Glenn Zuckerman and Weitz & Luxenberg, P.C. as the attorney/firm in charge for Plaintiffs in place of Francisco M. Troncoso and Troncoso and Schell, Esqs. The address and telephone number for Glenn Zuckerman and Weitz & Luxenberg, P.C. are as follows:

   Glenn Zuckerman
   Weitz & Luxenberg, P.C.
   180 Maiden Lane
   New York, New York 10038-4925
   Tel.: (212) 558-5500
   Fax: (212) 344-5461

1

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. The substitution of counsel is agreed to and consented to by Plaintiffs Francisco Aviles, Jose Cordero, Luis R. Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia Navarro, Rafaela Roman Velez, and Jorge L. Perez Otero.

**WHEREFORE**, Plaintiffs Francisco Aviles, Jose Cordero, Luis R. Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia Navarro, Rafaela Roman Velez, and Jorge L. Perez Otero respectfully request that the Court grant this motion along with such other further and different relief as this Court may deem just and proper.

Dated: San Juan, Puerto Rico
January 23, 2007

Respectfully submitted,

**TRONCOSO & SCHELL, ESQS.**

Francisco M. Troncoso
P.O. Box 9023352
San Juan, PR  00902-3352
Tel.: (787) 722-0741
Fax: (787) 724-2563

**Withdrawing Attorney-In-Charge
For Plaintiffs**

Dated: New York, New York
January 19, 2007

Respectfully submitted,

**WEITZ & LUXENBERG, PC**

_____
Glenn Zuckerman
180 Maiden Lane
New York, New York 10038-4925
Tel.: (212) 558-5500
Fax: (212) 344-5461

**Substituting Attorney-In-Charge
For Plaintiffs**