## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| Raymond Taylor v. Merck & Co., Inc., 05-CV-6028 | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * *

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS STIPULATED AND AGREED between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraph.

IT IS FURTHER STIPULATED AND AGREED that should plaintiff or a representative on their behalf re-file plaintiff's claims against Merck & Co., Inc., they will so do only in the United States District Court in the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and shall not oppose transfer to MDL 1657.

Dated: January ___, 2007

| | |
|---|---|
| THE O'QUINN LAW FIRM | STONE PIGMAN WALTHER WITTMANN LLC |
| By: _____ | By: _____ |
| John R. Leach, III | Phillip A. Wittmann |
| Michael J. Lowenberg | 546 Carondelet St. |
| 440 Louisiana, Suite 2300 | New Orleans, LA 70130 |
| Houston, Texas 77002 | |
| (713) 223-1000 telephone | *Attorneys for Defendant* |
| (713) 223-0937 facsimile | |
| *Attorneys for Plaintiff* | |