# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Raymond Taylor v. Merck & Co., Inc., | * | MAG. JUDGE KNOWLES |
| 05-CV-6028                           * | | |
| | * | |

* * * * * * * * * * * * * * * * * * *

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2007.


_____
Hon. Eldon Fallon, U.S.D.J.