UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|       PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ........................................................... | : | |

**THIS DOCUMENT RELATES TO:**
   *Jones v. Merck & Co., Inc.*, 06-9803

### ORDER

   IT IS ORDERED that the Plaintiff's Motion for Appointment of Counsel (Rec. Doc. 9621) is DENIED.  Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657 and to assist him in obtaining counsel.

   New Orleans, Louisiana, this __26th__ day of January, 2007.

   *[signature: Eldon E. Fallon]*

   UNITED STATES DISTRICT JUDGE


Clerk is directed to serve the following by mail:

Homer Jones
#143946
P.O. Box 97
McAlester, Oklahoma 74502-0097

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170