UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|      PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**
*Williams v. Merck & Co., Inc.*, 05-1010

**ORDER**

IT IS ORDERED that the Plaintiff's Motion for Order to Transfer Case Back to State

Court (Rec. Doc. 9628) is DENIED.  In his motion to transfer, the Plaintiff also requests access

to discovered materials.  Accordingly, Plaintiffs' Liaison Counsel is directed to contact the

Plaintiff to inform him of the status of MDL 1657.

New Orleans, Louisiana, this   26th   day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Bobby A. Williams
#147572
FCCF
38 Fourth Street
Coldwater, MI 49036

Russ M. Herman                              Leonard A. Davis
201 St. Charles Ave., Suite 4310           201 St. Charles Ave., Suite 4310
New Orleans, LA 70170                      New Orleans, LA 70170