UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
---------------------------------------------------------------------X
COUNTY OF SANTA CLARA, et al.,                    :
                                                  :
                Plaintiffs,                   :   Civil No. 06cv9382
                                                  :
    v.                                          :
                                                  :
MERCK & CO., INC.                                 :
        Defendant.                            :
                                                  :
---------------------------------------------------------------------X

**ORDER TO ENROLL**

Upon the motion of SETH R. LESSER, ESQ., counsel for Plaintiff,

    **IT IS HEREBY ORDERED** that

        Cheryl A. Stevens

        Deputy County Counsel
        County of Santa Clara
        70 W. Hedding Street
        9th Floor, East Wing
        San Jose, CA 95110
        408-299-5900
        cheryl.stevens@cco.sccgov.org

is permitted to enroll to the list of counsel of record and permitted to enroll in MDL notifications in the above-captioned case in the United States District Court for the Eastern District of Louisiana. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:   1/29/07

                                                          _/s/ Eldon E. Fallon_
                                                          United States District Judge