UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Product Liability Litigation | MDL NO. 1657<br><br>SECTION:　L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO Melvin Cormier, *et al. v. Merck & Co., Inc., et al.*
No. 05-4991

---

ORDER GRANTING SUBSTITUTION OF COUNSEL

---

The Court considered Plaintiff Hayward ("Plaintiff") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Robert L. Salim, Ronald E. Corkern, and Kenneth T. Fibich are granted leave to withdraw as counsel of record for the Plaintiff and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiff Hayward Edwards.

Signed this 29th day of January, 2007

*/s/ Eldon E. Fallon*
Judge Presiding

APPROVED AND AGREED TO:

*[signature]*

Robert L. Salim (#11663)
1762 Texas Street
Post Office Box 2069
Natchitoches, Louisiana 71457
318.352.5999 – Phone
318.352.5998 – Fax

Ronald E. Corkern (#4403)
Post Office Box 1036
Natchitoches, Louisiana 71458
318.352.2302 – Phone
318.352.7458 – Fax

Kenneth T. Fibich (#06952600)
1401 McKinney, Suite 1800
Houston, Texas 77010
713.751.0025 – Phone
713.751.0030 – Fax

**Withdrawing Attorney-In-Charge for Plaintiff Hayward Edwards**


Blizzard, McCarthy & Nabers, LLP


*[signature]*

Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
Holly M. Wheeler
State Bar No.: 20406035
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

**Substituting Attorney-In-Charge for Plaintiff Hayward Edwards**